# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE 19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

February 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*

Invoice #   17619

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2011 | KEH | Code time/expense statement for Scarfone Hawkins' 9th monthly fee application for the period November 1, 2010 - November 30, 2010. | 0.80<br>190.00/hr | 152.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure (related document(s)[25776], [25954], [25955]) Filed by CNA Companies. | 0.40<br>350.00/hr | 140.00 |

Canadian ZAI Claimants                                             *2/1/2011*      *17619*            Page    2

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 1/3/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/10/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |
| 1/4/2011 | KEH | Telephone call to CourtCall to schedule telephonic appearance for DKHogan at 1/10/2011 hearing in Pittsburgh. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'David Thompson';'Cindy Yates' transmitting SH-9th Monthly Application for the period November 1, 2010, through November 30, 2010. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with response@courtcall.com. Reviewed CourtCall CONFIRMATION for hearing on January 10. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) confirming that Rep Counsel is not proposing any modifications to the claims distribution procedures set out in the Minutes at this time. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Pasparakis, Orestes that he will prepare motion materials now then on the basis of the terms agreed. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed and revised Scarfone Hawkins application application for November 1 – November 30, 2010. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting Certification duly executed by David Thompson. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Application to Employ/Retain Baer Higgins Fruchtman LLC as Co-Counsel to the Debtors Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with response@courtcall.com. Received and reviewed NOTICE OF CANCELLATION. | 0.20<br>350.00/hr | 70.00 |
| 1/5/2011 | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting LBL's 9th Monthly Application for the period November 1, 2010, through November 30, 2010. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Prepare for and electronically file the Ninth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | Prepare for and electronically file the Ninth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.50<br>190.00/hr | 95.00 |

Canadian ZAI Claimants                                                                        *2/1/2011*      *17619*           Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---:|---:|
| 1/5/2011 | KEH | Prepare for and electronically file the Ninth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | Prepare Federal Express package to Fee Auditor transmitting the 8th and 9th Monthly fee applications. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | Prepare Federal Express package to WRGrace transmitting the 8th and 9th Monthly fee applications. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from CourtCall re: cancelled appearance at 1/10/11 hearing; meeting with Daniel Hogan, re: same; telephone call to CourtCall - hearing/appearance cancelled by Ramona Baker, Judicial Assistant. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting LBL's 9th monthly fee application for review and execution of certification. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com' ;'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@jsbpc.com'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; 'et. al. - For service of the Ninth Monthly Application of The Hogan Firm, filed today, January 5, 2011, Docket No. 26017 | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com' ;'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@jsbpc.com'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; 'et. al. - For service of the Ninth Monthly Application of Scarfone Hawkins, filed today, January 5, 2011, Docket No. 26018 | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com' ;'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@jsbpc.com'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; 'et. al. - For service of the Ninth Monthly Application of Lauzon Belanger Lesperance, filed today, January 5, 2011, Docket No. 26019 | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Audit' transmitting, in Word format, the Ninth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 4 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| | | Claimants. The application was filed today in the U.S. Bankruptcy Court, Docket No. 26017 | | | |
| 1/5/2011 | KEH | E-mail correspondence with 'Fee Audit' transmitting, in Word format, the Ninth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. The application was filed today in the U.S. Bankruptcy Court, Docket No. 26018. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Audit' transmitting, in Word format, the Ninth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. The application was filed today in the U.S. Bankruptcy Court, Docket No. 26019. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com' transmitting, for hand delivery, the Ninth Monthly Application of The Hogan Firm; Scarfone Hawkins; and Lauzon Belanger Lesperance. Please copy each and hand deliver to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801; Billing reference9th Mo Appls. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Will, Jesse, of IKON confirming receipt of 9th monthly applications for hand delivery to the US Trustee. | | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed and revised 9th monthly fee application for Lauzon Belanger. | | 0.50 350.00/hr | 175.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for Lauzon Belanger's 9th monthly application. | | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed and finalized Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for November 2010. | | 0.60 350.00/hr | 210.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Ninth) for the period November 1, 2010, to November 30, 2010 Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Ninth) for the period November 1, 2010, to November 30, 2010 Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian | | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 5 |
|---|---|---|---|---|---|
| | | | | **Hrs/Rate** | **Amount** |
| | | ZAI Claimants (Ninth) for the period November 1, 2010, to November 30, 2010 Filed by Canadian ZAI Claimants. | | | |
| 1/5/2011 | DKH | Reviewed service of various 9th monthly fee applications. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Janet S. Baer transmitting Grace's draft of the Amendment to the CDN ZAI Minutes of Settlement we discussed.  Reviewed same. | | 0.50<br>350.00/hr | 175.00 |
| 1/6/2011 | DKH | E-mail correspondence with David Thompson transmitting Grace's draft of the Amendment to the CDN ZAI Minutes of Settlement. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning Grace's draft of the Amendment to the CDN ZAI Minutes of Settlement. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving the Settlement Agreement Between W.R. Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich (related document(s)[25863]). Signed on 1/6/2011. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting Debtors' Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies (related document(s)[25776], [25954], [25955], [25997]). Signed on 1/6/2011. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci with thoughts regarding the draft amendment.  Reviewed same. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Teleconference with Representative Counsel concerning the draft amendment to the MOS. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed and compared Statement of Professionals' Compensation re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2010 through December 31, 2010 Filed by W.R. Grace & Co., et al. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with Christine Hutton (David Thompson) transmitting  proposed blacklined revisions to the draft Amendment to Amended and Restated CDN ZAI Minutes of Settlement; reviewed same. | | 0.40<br>350.00/hr | 140.00 |
| 1/7/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[26005]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/10/2011 at 09:00 AM. | | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 6 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/7/2011 DKH | E-mail correspondence with response@courtcall.com. Reviewed confirmation for telephonic court appearance. | | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Janet S. Baer indicating that she reviewed our revisions to the Amendment and is agreeable to them. She attached agreement which has a few more minor changes to paragraph 3; reviewed same. | | | 0.40 350.00/hr | 140.00 |
| 1/10/2011 KEH | E-mail correspondence with Grace Accounts Payable transmitting deposit advice for THF's October fee application; review and revise application and payment spreadsheet; wire scheduled for 1/11/2011. | | | 0.80 190.00/hr | 152.00 |
| KEH | Begin preparation of THF's 10th Monthly fee application for the period December 1, 2010 through December 31, 2010. | | | 0.40 190.00/hr | 76.00 |
| DKH | Attended (telephonically) omnibus hearing. | | | 2.50 350.00/hr | 875.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief Filed by Garlock Sealing Technologies, LLC. | | | 0.40 350.00/hr | 140.00 |
| 1/11/2011 KEH | Post WRGrace wire to Trust Account - THF October Fee Application | | | 0.20 190.00/hr | 38.00 |
| DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the hearing yesterday. | | | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence to Representative Counsel updating them on the hearing held on January 10, 2011. | | | 0.30 350.00/hr | 105.00 |
| 1/12/2011 KEH | E-mail correspondence with Daniel Hogan to confirm receipt of $8,372.92 wire on 1/11/2011 into Trust Account. | | | 0.20 190.00/hr | 38.00 |
| KEH | Telephone call to WSFS wire department to initiate wire to Scarfone Hawkins for The Hogan Firm's Monthly Fee Application for the Period October 1, 2010, through October 31, 2010. | | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with David Thompson, Matt Moloci, Cindy Yates; cc: Careen Hannouche and Michel Belanger, re: wire initiated to Scarfone Hawkins account for The Hogan Firm's Eighth Monthly Fee Application for the Period October 1, 2010, through October 31, 2010. | | | 0.20 190.00/hr | 38.00 |
| DKH | E-mail correspondence with Lauren Mrowka (David Thompson) on the likelihood of appeals from an Order of Plan Confirmation. | | | 0.20 350.00/hr | 70.00 |
| 1/17/2011 KEH | Work on THF's Monthly Application for the December 2010 - Category codes on THF's invoice (thru pg. 9) | | | 1.00 190.00/hr | 190.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 7 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/17/2011 DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning getting Collectiva appointed as Claims Administrator. | | | 0.20<br>350.00/hr | 70.00 |
| 1/18/2011 KEH | Continue category codes for THF's monthly fee application for December, 2010; complete draft of THF's monthly fee application for December, 2010. | | | 0.80<br>190.00/hr | 152.00 |
| KEH | Preparation of THF's quarterly fee application for October, 2010, through December, 2010. | | | 0.90<br>190.00/hr | 171.00 |
| KEH | Meet with DKHogan, re: Claims Administrator and draft letter to Jan Baer, Esq.; update/change all prior address information for Janet Baer. | | | 1.30<br>190.00/hr | 247.00 |
| KEH | Prepare Letter to Janet Baer for signature and mailing; scan Collectiva information for file. | | | 0.40<br>190.00/hr | 76.00 |
| KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: time/expense statement for December 2010 and status of payment for 8th monthly application. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence from Cindy Yates, re: status of time/expense statement for December 2010; and status of payment from Grace. | | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting copy of correspondence to Jan Baer regarding the Claims Administrator. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: time/expense statements for the month of December; received payment from Grace in the amount of $ 3 983.48, however 8th Monthly Application requested payment of $ 3,949.52. Could be payment owed from a previous application (Q1). | | | 0.20<br>190.00/hr | 38.00 |
| DKH | E-mail correspondence with Matt Moloci transmitting the Order granted by Justice Morawetz modifying terms of settlement and further extending the CCAA stay.  Reviewed same. | | | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with Janet Baer announcing that The Law Offices of Janet S. Baer, P.C., has officially changed its name to Baer Higgins Fruchtman LLC. | | | 0.10<br>350.00/hr | 35.00 |
| DKH | E-mail correspondence to Matt Moloci concerning the CCAA approval of the amended MOS. | | | 0.10<br>350.00/hr | 35.00 |
| DKH | Drafted letter to Jan Baer regarding the Claims Administrator. | | | 0.50<br>350.00/hr | 175.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|

Canadian ZAI Claimants         2/1/2011    17619    Page 8

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/18/2011 | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning meeting with Anna Vetere of Collectiva. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning payment receipt from Grace and application of same. | 0.20<br>350.00/hr | 70.00 |
| 1/19/2011 | KEH | Review holdback payments - revise CanZAI WRGrace Payment Register. | 0.80<br>190.00/hr | 152.00 |
| | KEH | Investigate overpayment to LBL; email to Careen Hannouche, re: $33.96 was shorted in Holdback Q1. | 0.40<br>190.00/hr | 76.00 |
| | KEH | E-mail correspondence from Cindy Yates re: payments from WRGrace to Scarfone Hawkins for April-June Holdbacks and October, 2010, monthly application; review and update CanZAI WRGrace Payment Register with same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'Cindy Yates' sending email address for Grace accounts payable for her to inquire about recent payment. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' beginning preparation of the quarterly applications for October through December, 2010, and do not have payment information for LBLs April June 2010 holdback. | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Service of Notice of Amendment to CDN ZAI Minutes of Settlement and Definition 69 to the First Amended Joint Plan of Reorganization. (related document(s)[20872], [20874], [20877]) Filed by W.R. Grace & Co., et al. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Representative Counsel transmitting Notice of Service of Notice of Amendment to CDN ZAI Minutes of Settlement and Definition 69 to the First Amended Joint Plan of Reorganization. (related document(s)[20872], [20874], [20877]) Filed by W.R. Grace & Co., et al. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed spreadsheet of payments made by Grace in preparation of the quarterly applications for October through December, 2010. | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with Cindy Yates confirming receipt of wire transfer from W.R. Grace yesterday. Reviewed same. | 0.30<br>350.00/hr | 105.00 |
| 1/20/2011 | KEH | Preparation to draft Motion to Approve Claims Agent. | 0.40<br>190.00/hr | 76.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting LBL fee details for December 2010; reviewed same. | 0.50<br>350.00/hr | 175.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 9 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/21/2011 | KEH | E-mail correspondence with Cindy Yates, re; status of time/expense statement for December 2010. | | 0.10<br>190.00/hr | 19.00 |
| 1/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies. | | 0.30<br>350.00/hr | 105.00 |
| 1/24/2011 | KEH | Email to Careen Hannouche, re: whether payment was received from WRGrace for April through June 2010; draft email to WRGrace/Finke regarding same. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Preparation of LBL's 10th Monthly Fee application. | | 0.90<br>190.00/hr | 171.00 |
| | KEH | Preparation of Scarfone Hawkins' 10th Monthly fee application. | | 1.20<br>190.00/hr | 228.00 |
| | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Time/Expense statement for the Monthly Fee Application for December 1, 2010 - December 31, 2010; save to file and print for review. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to 'careen.hannouche@lauzonbelanger.qc.ca' ;'Michel Belanger' regarding detail needed on time/expense statement. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Careen Hannouche with updated time/expense statement. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Careen Hannouche verifying that LBL did not yet receive holdback payment from Grace. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with accounts.payable-na@grace.com'; richard.finke@grace.com', re:August 2010, LBL received payment for the May 1, 2010, through May 31, 2010, monthly fee application. 80% fee payment for May, 2010, was $15.00 short.  Therefore, holdback for May, 2010, is $1,236.84;<br>total holdback for LBLs April 1, 2010, through June 30, 2010, application is in the amount of $2,683.53; requesting status of payment. | | 0.30<br>190.00/hr | 57.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting attached details for the highlighted time entries; reviewed same. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche verifying that they did not receive any holdback payment from Grace. | | 0.10<br>350.00/hr | 35.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 10 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/25/2011 | KEH | Continued preparation of THF's quarterly fee application for October, 2010, through December, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Meeting with DKHogan, re: changes to Scarfone's summary on the Tenth Monthly fee application for December 2010; and holdback payments received as well as not received for LBL. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Revise Scarfone Hawkins' 10th monthly fee application per DKHogan's instructions; summary needs to show payments. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'thompson@shlaw.ca' transmitting Scarfone Hawkins Tenth Monthly Application for December 1, 2010, through December 31, 2010, for approval, along with certification for execution. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting LBLs Tenth Monthly Application for December 1, 2010, through December 31, 2010, for approval. | | 0.20<br>190.00/hr | 38.00 |
| | DKH | Reviewed and revised Scarfone Hawkins' Tenth Monthly Application for December 1, 2010, through December 31, 2010. | | 0.70<br>350.00/hr | 245.00 |
| | DKH | Reviewed and revised LBL's Tenth Monthly Application for December 1, 2010, through December 31, 2010. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting the certification duly executed by David Thompson. | | 0.10<br>350.00/hr | 35.00 |
| 1/26/2011 | KEH | Check Docket for objections to 9th Monthly Applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Prepare CNO for The Hogan Firm's 9th Monthly Fee Application for November 1, 2010, through November 30, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO for Scarfone Hawkins' 9th Monthly Fee Application for November 1, 2010, through November 30, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO for Lauzon Belanger Lesperance's 9th Monthly Fee Application for November 1, 2010, through November 30, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Careen Hannouche with approval for the 10th monthly fee application for LBL; also transmitting executed certification - attach to file and prepare as exhibit. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Various e-mails with DKHogan regarding CNOs for the Ninth Monthly fee applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | | 0.40<br>190.00/hr | 76.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 11 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/26/2011 | KEH | E-mail correspondence with Daniel Hogan regarding service of CNOs. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with DKHogan, re: service of CNOs. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-file CNO for The Hogan Firm's 9th Monthly Fee Application for November 1, 2010, through November 30, 2010; prepare document for service. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-file CNO for Scarfone Hawkins' 9th Monthly Fee Application for November 1, 2010, through November 30, 2010; prepare document for service. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-file CNO for Lauzon Belanger Lesperance's 9th Monthly Fee Application for November 1, 2010, through November 30, 2010; prepare document for service. | | 0.30 190.00/hr | 57.00 |
| | KEH | Further preparation of The Hogan Firm's Fourth Quarterly Fee Application for the Period October through December 31, 2010. | | 0.60 190.00/hr | 114.00 |
| | KEH | Begin preparation of Scarfone Hawkins' Fourth Quarterly Fee Application for the Period October through December 31, 2010. | | 1.00 190.00/hr | 190.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' for service of certificates of no objection as indicated on service list; 3-CNOs-9th Monthly | | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification. | | 0.10 350.00/hr | 35.00 |
| | DKH | Reviewed and revised Certificates of No Objection for the Ninth Monthly Fee Applications of the Hogan Firm, Scarfone Hawkins and LBL. | | 0.50 350.00/hr | 175.00 |
| | DKH | Reviewed docket for objections to Ninth Monthly Fee applications of the Hogan Firm, Scarfone Hawkins and LBL. | | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection for the Hogan Firm Ninth Monthly Fee application. | | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed Certificate of No Objection for Scarfone Hawkins for the Ninth Monthly Fee application. | | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed Certificate of No Objection for LBL for the Ninth Monthly Fee application. | | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Reviewed Certificate of No Objection for the Hogan Firm Ninth Monthly Fee application. | | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | *2/1/2011*  *17619* | Page   12 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 1/26/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Ninth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2010, to November 30, 2010 (related document(s)[26018]) Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Ninth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2010, to November 30, 2010 (related document(s)[26019]) Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| 1/27/2011 KEH | Further preparation of SH's 4th Quarterly Fee Application for the period October 1, 2010, through December 31, 2010. | | 0.60 190.00/hr | 114.00 |
| 1/28/2011 KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com' ;'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' ;'tcurrier@saul.com' ;'jcp@pgslaw.com' ;'khill@svglaw.com' ;'jbaer@bhflaw.net'; 'david.heller@lw.com' ;'wskatchen@duanemorris.com'; et.al., transmitting Tenth Monthly Application of The Hogan Firm, filed January 28, 2011, Docket No. 26131. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com' ;'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' ;'tcurrier@saul.com' ;'jcp@pgslaw.com' ;'khill@svglaw.com' ;'jbaer@bhflaw.net'; 'david.heller@lw.com' ;'wskatchen@duanemorris.com'; et.al., transmitting Tenth Monthly Application of Scarfone Hawkins, filed January 28, 2011, Docket No. 26132. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com' ;'mlastowski@duanemorris.com' ;'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' ;'tcurrier@saul.com' ;'jcp@pgslaw.com' ;'khill@svglaw.com' ;'jbaer@bhflaw.net'; 'david.heller@lw.com' ;'wskatchen@duanemorris.com'; et.al., transmitting Tenth Monthly Application of Lauzon Belanger Lesperance, filed January 28, 2011, Docket No. 26133. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Tenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. Docket No. 26131 | | 0.20 190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | | 2/1/2011 | 17619 | Page 13 |
|---|---|---|---|---|---|---|

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/28/2011 | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Tenth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. Docket No. 26132 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the 10th Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. Docket No. 26133. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com' for hand delivery of the Tenth Monthly Application of The Hogan Firm; Scarfone Hawkins; and Lauzon Belanger Lesperance to the Office of the United States Trustee. | 0.20 190.00/hr | 38.00 |
| | KEH | Prepare/copy 10th Monthly applications for overnight delivery to Fee Auditor and Grace. | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare for and electronically file the the Tenth Monthly Application of The Hogan Firm | 0.50 190.00/hr | 95.00 |
| | KEH | Prepare for and electronically file the Tenth Monthly Application of Scarfone Hawkins | 0.50 190.00/hr | 95.00 |
| | KEH | Prepare for and electronically file the Monthly Application of Lauzon Belanger Lesperance | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Day, Jason, at WRGrace regarding $15.00 discrepancy in LBL's payment. | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed and revised Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Tenth) for the period December 1, 2010, to December 31, 2010. | 0.80 350.00/hr | 280.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Tenth) for the period December 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed and revised Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Tenth) for the period December 1, 2010, to December 31, 2010. | 0.70 350.00/hr | 245.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI | 0.20 350.00/hr | 70.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 14 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| | | Claimants (Tenth) for the period December 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | | | |
| 1/28/2011 | DKH | Reviewed and revised Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (Tenth) for the period December 1, 2010, to December 31, 2010. | | 0.50 350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (Tenth) for the period December 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| 1/31/2011 | KEH | Preparation of LBL's 4th Quarterly Fee Application for the period October 1, 2010, through December 31, 2010. | | 0.50 190.00/hr | 95.00 |
| | KEH | Further preparation of LBL's 4th Quarterly Fee Application (review payments from Grace). | | 0.90 190.00/hr | 171.00 |
| | KEH | Email to Pachulski Stang Law Offices requesting updated 2002 service list; receive 2002 service list and format labels for service. | | 0.70 190.00/hr | 133.00 |
| | KEH | Further preparation of 4th Quarterly Application for THF - finalize for approval; meet with DKHogan. | | 1.10 190.00/hr | 209.00 |
| | KEH | Further preparation of LBL's 4th Quarterly Application - finalize for approval. | | 0.60 190.00/hr | 114.00 |
| | KEH | E-mail correspondence with 'David Thompson';'moloci@shlaw.ca' transmitting, for review, the 4th Quarterly Fee Application for Scarfone Hawkins, along with certification for execution. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting, for review, LBLs 4th Quarterly Application, along with certification for execution. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence from Cindy Yates at Scarfone Hawkins transmitting the Certification executed by David Thompson for the 4th quarterly application; attach to file and prepare as Exhibit D. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'Day, Jason' at WRGrace explaining LBL's $15.00 shortage and requesting status of payment for 20% holdback on 2nd quarterly application. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Careen Hannouche transmitting executed certification for LBL's 4th Quarterly Application; attach to file and prepare as Exhibit D. | | 0.30 190.00/hr | 57.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page   15 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 1/31/2011 | KEH | Prepare for and electronically file The Hogan Firm's 4th Quarterly Fee Application for the period October 1, 2010, through December 31, 2010. | | 0.60<br>190.00/hr | 114.00 |
| | KEH | Prepare for and electronically file the 4th Quarterly Application of Scarfone Hawkins for the period October 1, 2010, through December 31, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare for and electronically file the 4th Quarterly Application of Lauzon Belanger Lesperance for the period October 1, 2010, through December 31, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com' at IKON Office Solutions transmitting , for service, Notice of Fourth Quarterly Application of The Hogan Firm. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com' at IKON Office Solutions transmitting , for service, Notice of Fourth Quarterly Application of Scarfone Hawkins. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com' at IKON Office Solutions transmitting , for service, Notice of Fourth Quarterly Application of Lauzon Belanger Lesperance. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@bhflaw.net'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; et al., transmitting, for service, the Fourth Quarterly Application for Compensation of The Hogan Firm, for the Period October 1, 2010, through December 31, 2010, filed January 31, 2011, Docket No. 26156. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@bhflaw.net'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; et al., transmitting, for service, the Fourth Quarterly Application for Compensation of Scarfone Hawkins, for the Period October 1, 2010, through December 31, 2010, filed January 31, 2011, Docket No. 26157. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'richard.finke@grace.com' ;'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'jbaer@bhflaw.net'; 'david.heller@lw.com'; 'wskatchen@duanemorris.com'; et al., transmitting, for service, the Fourth Quarterly Application for Compensation of Lauzon Belanger | | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page 16 |
|---|---|---|---:|---:|---:|
| | | | | *Hrs/Rate* | *Amount* |
| | | Lesperance, for the Period October 1, 2010, through December 31, 2010, filed January 31, 2011, Docket No. 26159. | | | |
| 1/31/2011 | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Fourth Quarterly Application of The Hogan Firm as counsel to Special Counsel for the Canadian ZAI Claimants; Docket No. 26156 | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Fourth Quarterly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; Docket No. 26157 | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Fourth Quarterly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 26159 | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Further preparation of Scarfone Hawkins' 4th Quarterly Application - finalize for approval. | | 0.90<br>190.00/hr | 171.00 |
| | DKH | Reviewed and revised 4th Quarterly Fee Application for Scarfone Hawkins. | | 1.30<br>350.00/hr | 455.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law. Related to Doc. No. [24657]. Signed on 1/31/2011. | | 1.30<br>350.00/hr | 455.00 |
| | DKH | Reviewed and revised LBL's 4th Quarterly Fee Application. | | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010. | | 1.50<br>350.00/hr | 525.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting Certification executed by David Thompson. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Representative Counsel transmitting the Courts Findings and Memorandum. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed holdback issue relative to Lauzon Belanger. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for the 4th Quarterly Fee Application of LBL. | | 0.10<br>350.00/hr | 35.00 |

| Canadian ZAI Claimants | | | 2/1/2011 | 17619 | Page  17 |
|---|---|---|---|---|---|

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses for the period October 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 Filed by Canadian ZAI Claimants. | | 0.30 350.00/hr | 105.00 |
| | **For professional services rendered** | | | 68.20 | **$17,694.00** |

**Additional Charges :**

| | | |
|---|---|---|
| 1/5/2011 | Federal Express to Warren H. Smith; and W.R. Grace & Co. | 45.82 |
| | IKON Office Solutions- 9th Monthly Apps | 9.55 |
| 1/18/2011 | Postage - Letter to Janet Baer, Esq., re: Claims Admin. | 1.22 |
| 1/26/2011 | IKON Office Solutions- 9th Monthly CNOs | 71.50 |
| 1/28/2011 | Federal Express to Warren H. Smith and Richard C. Finke - 10th Monthly fee applications. | 30.95 |
| | IKON Office Solutions- 10th Monthly | 10.20 |
| 1/31/2011 | IKON Office Solutions- 4th quarterly fee apps | 762.06 |
| | Photocopies (In-House) 1097x.10 | 109.70 |
| | **Total additional charges** | **$1,041.00** |
| | **Total amount of this bill** | **$18,735.00** |
| | **Previous balance** | **$14,556.61** |

| | | | |
|---|---|---|---|
| Canadian ZAI Claimants | 2/1/2011 | 17619 | Page  18 |

|  | *Amount* |
|---|---:|
| **Accounts receivable transactions** | |
| 1/20/2011  Payment - Thank You. Check No. 983 3908 | ($14,556.61) |
| *Total payments and adjustments* | *($14,556.61)* |
| **Balance due** | **$18,735.00** |

****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Daniel K. Hogan | 29.60 | 350.00 | $10,360.00 |
| Karen E. Harvey | 38.60 | 190.00 | $7,334.00 |