# EXHIBIT B

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE APPLICATION
DATE: January 31, 2011
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(January 1, 2011 to January 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01 /02/11 | *Email from possible CDN ZAI class member Gary Carson regarding death of Lorna Carson and request for update regarding proceedings; email reply to Carson with update regarding status of proceedings* | MGM | $450.00 | 0.30 | $135.00 |
| 01 /03/11 | *receipt of and respond to various class member inquiries, etc., amend website content to update for inquiries* | DT | $525.00 | 0.35 | $183.75 |
| 01 /04/11 | *receipt Orestes Pasparakis email, re: motion materials and timing of court availability* | DT | $525.00 | 0.10 | $52.50 |
| 01 /04/11 | *memos to and from Matt Moloci, re: motion scheduled for January 17th, re: amendment to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.10 | $52.50 |
| 01 /04/11 | *Email from David Thompson to Orestes Pasparakis and Janet Baer with copy to counsel advising that no modifications to the CDN ZAI claims distribution procedures will be sought at this time; email reply from Pasparakis regarding Grace motion* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /04/11 | *Email from Karen Harvey with attached 9th Monthly Fee Applications; review; email reply from David Thompson with attached signed certificate* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /04/11 | *Email from Adrienne Glenn with attached motion scheduling form for Grace motion seeking extension of settlement; emails to and from David Thompson; review, sign and return form to Glenn* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /05/11 | *emails to and from Keith Ferbers regarding status of matters and extension of Amended and Restated Minutes of Settlement deadline* | DT | $525.00 | 0.25 | $131.25 |
| 01 /05/11 | *receipt Karen Harvey emails, review and approve fee application, sign certification of counsel and return to Karen* | DT | $525.00 | 0.35 | $183.75 |

| | | | | | |
|---|---|---|---|---|---|
| | *Harvey, receipt copy of application as filed and served* | | | | |
| 01 /05/11 | *Email from Keith Ferbers requesting update and proposed teleconference* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Emails from Karen Harvey serving and filing attached 9th Monthly Fee Applications on behalf of CDN ZAI counsel* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Email from Graydon Sheppard to Monique Jilesen with particulars regarding fee submissions* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Email from Orestes Pasparakis forwarding email from Janet Baer with attached draft amendment to Amended Minutes of Settlement* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /06/11 | *receipt and review of Orestes Pasparakis draft proposed amendment to Amended and Restated Minutes of Settlement, memo to Matt Moloci, etc.* | DT | $525.00 | 0.35 | $183.75 |
| 01 /06/11 | *receipt Careen Hannouche email and Dan Hogan email re: further changes to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.10 | $52.50 |
| 01 /06/11 | *discuss with Matt Moloci re: amendment to Amended and Restate Minutes of Settlement, receipt Matt Moloci email to Dan Hogan* | DT | $525.00 | 0.10 | $52.50 |
| 01 /06/11 | *further review and discuss with Matt Moloci, receipt Matt Moloci follow-up email to Dan Hogan* | DT | $525.00 | 0.35 | $183.75 |
| 01 /06/11 | *telephone conference call to Dan Hogan with Matt Moloci to discuss amendment document with respect to Amended and Restate Minutes of Settlement* | DT | $525.00 | 0.30 | $157.50 |
| 01 /06/11 | *Emails from and to Dan Hogan; review proposed draft Amendment to CDN ZAI Amended Minutes of Settlement; conference with David Thompson; teleconference with Thompson and Hogan regarding draft Amendment to CDN ZAI Amended Minutes of Settlement; review and revise draft amendment; email to counsel with attached revised draft amendment; email reply from Thompson* | MGM | $450.00 | 1.50 | $675.00 |
| 01 /06/11 | *Email from David Thompson to Keith Ferbers with report regarding amendment to minutes of settlement and scheduling of requested teleconference; email reply from Ferbers* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /07/11 | *follow-up letter to Dan Hogan, follow-up letter to Keith Ferbers all re: amendments to the Amended and Restated Minutes of Settlement and hearing in Pittsburgh on January 13, 2011* | DT | $525.00 | 0.25 | $131.25 |
| 01 /07/11 | *discuss with Matt Moloci, receipt Jan Baer email, etc. re: amendments to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.25 | $131.25 |
| 01 /07/11 | *Email from David Thompson to Keith Ferbers scheduling teleconference; email reply from Ferbers; email from Thompson to Careen Hannouche and Michel Belanger regarding scheduled teleconference with Ferbers* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /07/11 | *Email from Janet Baer with attached revisions to draft Amendment to CDN ZAI Amended Minutes of Settlement; review; emails to and from David Thompson; conference with Thompson* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /10/11 | *emails to and from Keith Ferbers re: telephone conference call to update matters* | DT | $525.00 | 0.10 | $52.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/10/11 | various emails to and from Careen Hannouche, memos to and from Matt Moloci all re: Grace amendments to Amended and Restate Minutes of Settlement and possible conference call with Keith Ferbers | DT | $525.00 | 0.25 | $131.25 |
| 01/10/11 | emails to and from Careen Hannouche re: January 13th meeting | DT | $525.00 | 0.10 | $52.50 |
| 01/10/11 | emails to and from Careen Hannouche, confirm meeting, arrange for January 13th, etc., memo to MGM to confirm | DT | $525.00 | 0.25 | $131.25 |
| 01/10/11 | receipt Careen Hannouche email, sign amendment document, send to all (Pasparakis, Baer, Glen), etc., discuss with Matt Moloci re: timing of Court date, etc., memo to Matt Moloci, follow-up on several class member inquiries and respond | DT | $525.00 | 0.75 | $393.75 |
| 01/10/11 | Emails from and to Careen Hannouche, Michel Belanger, David Thompson and Keith Ferbers rescheduling teleconference | MGM | $450.00 | 0.10 | $45.00 |
| 01/10/11 | Email from Adrienne Glen regarding Amendment to CDN ZAI Amended Minutes of Settlement; emails to and from Careen Hannouche, Orestes Pasparakis, Adrienne Glen, David Thompson and Michel Belanger regarding proposed amendment and signed amended minutes | MGM | $450.00 | 0.40 | $180.00 |
| 01/10/11 | Emails from David Thompson and Careen Hannouche regarding Montreal meeting schedule for review and development of CDN ZAI PD claims administration protocol and procedure; further email to co-counsel with attached copy of CDN Crown National Vermiculite Program carried-out by Canadian Forces Housing Agency and possible claims for review and consideration in context of claims administration | MGM | $450.00 | 0.40 | $180.00 |
| 01/11/11 | telephone conference call to Keith Ferbers with Careen Hannouche and Matt Moloci re: status of Plan Confirmation Order and amendmjet to Amended and Restate Minutes of Settlement | DT | $525.00 | 0.25 | $131.25 |
| 01/11/11 | receipt Dan Hogan email re: Pittsburgh hearing, letter to Dan Hogan re: appeal process, update email to Keith Ferbers | DT | $525.00 | 0.25 | $131.25 |
| 01/11/11 | emails to and from Dan Hogan re: possible appeals, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01/11/11 | Emails from David Thompson and Dan Hogan regarding hearing in Pittsburgh; reply to Hogan | MGM | $450.00 | 0.20 | $90.00 |
| 01/11/11 | Email from Keith Ferbers; teleconference with David Thompson, Keith Ferbers and Careen Hannouche regarding status of proceeding and possible motion by Thundersky seeking to lift the stay of proceeding to allow for prosecution of claims against the Crown | MGM | $450.00 | 0.30 | $135.00 |
| 01/12/11 | receipt of and respond to class member inquiries, etc., follow-up email to Dan Hogan re: timing of appeals, possible delay | DT | $525.00 | 0.25 | $131.25 |
| 01/12/11 | assemble documents for meeting on Montreal, discuss with MGM, etc. | DT | $525.00 | 0.50 | $262.50 |
| 01/12/11 | travel from office to Toronto airport - 2:30 pm - 3:30 pm | DT | $262.50 | 1.00 | $262.50 |
| 01/12/11 | wait time at airport and travel from Toronto airport to Montreal via Westjet Flight No. 654 - 3:30 pm - 6:30 pm | DT | $262.50 | 2.00 | $525.00 |

| 01/12/11 | Review file documents and notes regarding prior meeting in Montreal concerning claims administration; assemble documents for meeting in Montreal; email from Careen Hannouche with copy of Crown's Proof of Claim filed in U.S. proceeding; review; email reply to Hannouche; further emails from and to Hannouche regarding Crown's claims in bankruptcy and through Rust Consulting claims process; conferences with David Thompson in preparation for meeting in Montreal | MGM | $450.00 | 0.70 | $315.00 |
|---|---|---|---|---|---|
| 01/12/11 | Travel: Hamilton to Toronto Airport | MGM | $225.00 | 1.00 | $225.00 |
| 01/12/11 | Travel; Toronto Airport; wait due to flight delay; flight to Montreal; taxi to hotel; | MGM | $225.00 | 2.00 | $450.00 |
| 01/12/11 | Email report from David Thompson to Keith Ferbers regarding U.S. hearing on January 10th; review; email reply from Ferbers; further email from Thompson to Dan Hogan regarding hearing and possible plan confirmation decision | MGM | $450.00 | 0.20 | $90.00 |
| 01/12/11 | Email from Karen Harvey regarding payment and wire transfer; email in follow-up from Cindy Yates | MGM | $450.00 | 0.10 | $45.00 |
| 01/12/11 | Email from Adrienne Glen with attached motion record of Grace Canada seeking order approving amendment to amended minutes of settlement and further stay of CCAA proceeding; review; email from Jacqueline Dais-Visca advising that Crown does not oppose the relief sought in the motion | MGM | $450.00 | 0.30 | $135.00 |
| 01/12/11 | conferences with Thompson to review and prepare for meeting | MGM | $450.00 | 1.00 | $450.00 |
| 01/13/11 | DT MGM meeting to review and prepare for meeting with Michel Belanger and Careen Hannouche - 8:30 am - 9:30 am | DT | $525.00 | 1.00 | $525.00 |
| 01/13/11 | Meeting with Michel Belanger and Careen Hannouche regarding claims administration criteria and protocol, consideration of Rust Consulting disk and claim forms, working on development of claims administration protocol and criteria, meet with Anna Vetere of Collectiva to discuss Collectiva experience and qualifications and Collective input on claims administration process - 9:30 am - 1:00 pm & 2:30 pm - 4:30 pm | DT | $525.00 | 4.50 | $2,362.50 |
| 01/13/11 | travel to airport - 4:30 pm - 5:30 pm | DT | $262.50 | 1.00 | $262.50 |
| 01/13/11 | wait time at airport and depart from Montreal to return to Toronto - 5:30 pm - 8:00 pm | DT | $262.50 | 2.50 | $656.25 |
| 01/13/11 | return travel home - 8:00 pm - 9:00 pm | DT | $262.50 | 1.00 | $262.50 |
| 01/13/11 | Breakfast meeting with David Thompson; review and preparation for meeting with Michel Belanger and Careen Hannouche regarding claims administration | MGM | $450.00 | 1.00 | $450.00 |
| 01/13/11 | Meetings with Michel Belanger, Careen Hannouche, Anna Vetere and David Thompson regarding claims administration procedures; review various claims forms; identify issues arising from claims forms and process; review and discuss Collectiva claims administration experience and qualifications; receive input from Collectiva regarding claims administration issues and process | MGM | $450.00 | 4.50 | $2,025.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/13/11 | Travel to Montreal airport; flight to Toronto; travel home; | MGM | $225.00 | 4.00 | $900.00 |
| 01/13/11 | Email from Sue McCormick with particulars of payment received and reconciliation among co-counsel | MGM | $450.00 | 0.10 | $45.00 |
| 01/13/11 | conferences with David Thompson; review meetings, information received and discuss issues relating to claims administration process | MGM | $450.00 | 1.00 | $450.00 |
| 01/14/11 | emails to and from Careen Hannouche re: database from Rust and searchable inquiry, receipt Dan Hogan account and memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 01/14/11 | follow-up memo to file as follow-up to Montreal meeting, letter to Dan Hogan re: appointment of Collectiva as claims administrator | DT | $525.00 | 0.40 | $210.00 |
| 01/14/11 | receipt A. Glen letter, etc., receipt Jacqueline Dais-Visca letter, discuss with MGM re: motion | DT | $525.00 | 0.25 | $131.25 |
| 01/14/11 | Teleconference with David Thompson regarding Grace motion seeking extension and amendment to CDN settlement | MGM | $450.00 | 0.10 | $45.00 |
| 01/14/11 | Email to Chris Greig regarding proposed meeting and follow-up with Rust Consulting to obtain searchable claims database; email reply from Greig | MGM | $450.00 | 0.10 | $45.00 |
| 01/14/11 | Further email from Sue McCormick regarding correction in payment received and reconciliation with payment to co-counsel; email from David Thompson to McCormick and Cindy Yates to Careen Hannouche; email from Hannouche confirming receipt of payment | MGM | $450.00 | 0.10 | $45.00 |
| 01/16/11 | Review Grace motion materials seeking CCAA approval of further amendment to amended minutes of settlement for terms of extension of time and also seeking a further extension of the CCAA stay of proceedings; emails to and from David Thompson regarding motion and attendance | MGM | $450.00 | 0.50 | $225.00 |
| 01/17/11 | review Grace Motion Record with respect to amendments to the Amended and Restated Minutes of Settlement, memos to and from Matt Moloci re: approach and attendance, discuss with Matt Moloci, etc. | DT | $525.00 | 0.50 | $262.50 |
| 01/17/11 | receipt Careen Hannouche email regarding Rust database, memo to Matt Moloci re: follow-up with Chris Greig to review database | DT | $525.00 | 0.25 | $131.25 |
| 01/17/11 | receipt Adrienne Glenn email re: order of Morawetz, J. | DT | $525.00 | 0.10 | $52.50 |
| 01/17/11 | Travel from Oakville toward Toronto for attendance on Grace motion; encounter inclement weather and extreme traffic conditions; emails to and from Orestes Pasparakis and David Thompson regarding attendance on motion; teleconference with Thompson; communicate consent to motion and travel back to office; email from Adrienne Glen confirming Justice Morawetz granted the motion; reply to Glen; further email from Glen with attached copies of Endorsement and issued and entered order of Justice Morawetz | MGM | $225.00 | 1.60 | $360.00 |
| 01/17/11 | Email from Careen Hannouche regarding follow-up with Rust Consulting concerning database and search functions; forward by email to Chris Greig and David Thompson for discussion; email reply from Thompson; conference with Thompson | MGM | $450.00 | 0.30 | $135.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 01/17/11 | Email from David Thompson to Dan Hogan regarding claims administration and application seeking court approval of Collective as claims administrator | MGM | $450.00 | 0.10 | $45.00 |
| 01/18/11 | receipt order and endorsement from Orestes Pasparakis with respect to modifying the Amended and Restated Minutes of Settlement and extending stay to September 1, 2011, discuss with Cindy Yates, create sub-file, receipt Matt Moloci email to Dan Hogan providing copy of order | DT | $525.00 | 0.25 | $131.25 |
| 01/18/11 | receipt Dan Hogan email re: Morawetz Order | DT | $525.00 | 0.10 | $52.50 |
| 01/18/11 | Email to Dan Hogan forward copies of Endorsement and Order of Justice Morawetz in CCAA proceeding approving amendment and extension to CDN ZAI minutes of settlement and further extending stay of proceedings; email reply from Dan Hogan | MGM | $450.00 | 0.20 | $90.00 |
| 01/18/11 | Email from Karen Harvey regarding payment received from Grace and monthly applications for December, 2010 | MGM | $450.00 | 0.10 | $45.00 |
| 01/18/11 | Email from Karen Harvey with attached letter from Dan Hogan to Jan Baer regarding application for appointment of Collectiva as claims administrator; review; email reply from David Thompson to Hogan addressing Collectiva as claims administrator in follow-up to our recent meetings in Montreal; review | MGM | $450.00 | 0.30 | $135.00 |
| 01/19/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 01/19/11 | receipt Dan Hogan email and copy of Notice of Amendment and Definition 69 to First Amended Joint Plan of Re-Organization | DT | $525.00 | 0.25 | $131.25 |
| 01/19/11 | receipt numerous Karen Harvey emails re: holdback payment, review with Cindy Yates, memos to and from Matt Moloci | DT | $525.00 | 0.30 | $157.50 |
| 01/19/11 | Email from Dan Hogan with attached Notice of Amendment to CDN ZAI Amended and Restated Minutes of Settlement as filed by Grace in U.S. proceeding; review | MGM | $450.00 | 0.20 | $90.00 |
| 01/19/11 | Emails from Karen Harvey and Cindy Yates regarding quarterly fee applications for Oct to Dec, 2010, and emails reconciling recent payments from Grace | MGM | $450.00 | 0.20 | $90.00 |
| 01/19/11 | Emails from Chris Greig and Harriet Hancock of Rust Consulting regarding electronic claims file information in searchable format; forward by email to Careen Hannouche | MGM | $450.00 | 0.20 | $90.00 |
| 01/20/11 | memos to and from Cindy Yates with respect to reconciliation of wire transfer monies received from Grace | DT | $525.00 | 0.10 | $52.50 |
| 01/20/11 | receipt ZIP file password and create sub file | DT | $525.00 | 0.10 | $52.50 |
| 01/20/11 | Email reply from Harriet Hancock regarding password for access to electronic files; email from Chris Greig regarding access to Rust Consulting's electronic files | MGM | $450.00 | 0.10 | $45.00 |
| 01/21/11 | receipt of and respond to various class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01/21/11 | receipt Chris Greig email, meeting with Chris Greig with Matt Moloci, review searchable database, etc., memo to file | DT | $525.00 | 0.50 | $262.50 |
| 01/21/11 | Email to Cindy Yates regarding preparation of December 2010 Fee Application | MGM | $450.00 | 0.10 | $45.00 |

| 01/21/11 | Emails from and to Helen Martin, Chris Greig and David Thompson; meet with Martin, Grieg and Thompson; review conversion of Rust Consulting data into ACT software to allow for search functions by claims criteria | MGM | $450.00 | 0.70 | $315.00 |
|---|---|---|---|---|---|
| 01/24/11 | receipt Cindy Yates' memo re: Hogan holdback payment, memo to Cindy Yates, wire transfer funds to Lauzon Belanger for 1/2 of Hogan holdback monies received, memo to Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 01/24/11 | Email to Chris Grieg in follow-up regarding Rust Consulting searchable database and furtherance to Lauzon Belanger; email from David Thompson | MGM | $450.00 | 0.20 | $90.00 |
| 01/24/11 | Email from Cindy Yates to Karen Harvey with attached draft Fee Application of SH for December 2010; review and reply to Yates with comments; further emails from and to Yates | MGM | $450.00 | 0.10 | $45.00 |
| 01/24/11 | Emails from Cindy Yates reconciling payments from Grace for April to June 2010 holdback | MGM | $450.00 | 0.10 | $45.00 |
| 01/25/11 | receipt Matt Moloci memo, Chris Greig email memo re: database, memos to and from Matt Moloci re: importing data into "ACT" software, memo to Careen Hannouche, etc. | DT | $525.00 | 0.35 | $183.75 |
| 01/25/11 | receipt Karen Harvey email, review documents for fee application, email to Karen Harvey, execute certification, return to Karen Harvey via email | DT | $525.00 | 0.35 | $183.75 |
| 01/25/11 | Email from Chris Greig with attached data file from Rust Consulting to create searchable database; email to Careen Hannouche; letter to Hannouche with enclosed CD Rom forwarding database | MGM | $450.00 | 0.30 | $135.00 |
| 01/25/11 | Email from Karen Harvey with attached 10th Monthly Fee Application of SH LLP and certificate; review; email reply from David Thompson with attached signed certificate | MGM | $450.00 | 0.10 | $45.00 |
| 01/26/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 01/26/11 | Email from Karen Harvey with attached certificates of no objection for 9th Monthly Fee Applications | MGM | $450.00 | 0.10 | $45.00 |
| 01/26/11 | Email inquiry from CDN ZAI PD class member Ron Drake; review; email from David Thompson regarding reply to Drake | MGM | $450.00 | 0.10 | $45.00 |
| 01/28/11 | receipt of Karen Harvey emails attaching Fee Application, review documents, receipt J. Luckey service email, memo to Cindy Yates re: Fee Application and CNO | DT | $525.00 | 0.40 | $210.00 |
| 01/28/11 | receipt of and respond to various class member inquiries re: status of settlement | DT | $525.00 | 0.25 | $131.25 |
| 01/28/11 | receipt Careen Hannouche email re: ACT software | DT | $525.00 | 0.10 | $52.50 |
| 01/28/11 | Emails from Karen Harvey with attached 10th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lespérance; review | MGM | $450.00 | 0.20 | $90.00 |
| 01/28/11 | Email from Careen Hannouche regarding receipt and downloading of Rust Consulting data files to create searchable database in ACT software | MGM | $450.00 | 0.30 | $135.00 |
| 01/31/11 | receipt and review Karen Harvey email, review 4th Quarterly Fee Application, review and sign Certification of counsel, etc., letter to Karen Harvey | DT | $525.00 | 0.35 | $183.75 |
| 01/31/11 | receipt Dan Hogan email, memos to and from Matt Moloci re: Order of Confirmation | DT | $525.00 | 0.25 | $131.25 |

| | | | | | |
|---|---|---|---|---|---|
| 01 /31/11 | *Email from Karen Harvey with attached 4th Quarterly Fee Applications; review; email from Cindy Yates to Harvey with attached certificate of David Thompson; further emails from Harvey serving and filing applications* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /31/11 | *Email from Dan Hogan with attached Memorandum Opinion Regarding Objections to Confirmation and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan; email to David Thompson* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /31/11 | *review dockets for period January 1, 2011 to January 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period January 1, 2011 to January 31, 2011* | LC | $120.00 | 5.00 | $600.00 |
| | | | | **SUB-TOTAL** | **57.20** | **$22,076.25** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 17.70 | $525.00* | $9,292.50 | |
| DAVID THOMPSON – TRAVEL | DT | 7.50 | $262.50 | $1,968.75 | |
| MATTHEW G. MOLOCI | MGM | 18.40 | $450.00* | $8,280.00 | |
| MATTHEW G. MOLOCI – TRAVEL | MGM | 8.60 | $225.00 | $1,935.00 | |
| LAW CLERK<br>Cindy Yates<br>25 years | LC | 5.00 | $120.00* | 600.00 | |
| **SUB-TOTAL:** | | 57.2 | | $22,076.25 | $2,869.91 |
| **TOTAL FEES AND TAXES:** | | | | | **$24,946.16** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 01/12/11<br>01/13/11 | David Thompson - Travel Expense – Westjet Flight to Montreal for David Thompson and Matt Moloci – Class Counsel meeting in Montreal at Lauzon Belanger | | $839.69 | | |
| 01/12/11<br>01/13/11 | David Thompson –Travel Expense – Parking at Pearson International Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | | |
| 01/12/11 | David Thompson –Travel Expense – Meal | | $37.00 | | |

9

| Date | Description | | Amount | | |
|---|---|---|---|---|---|
| | at A1x (2 people - David Thompson and Matt Moloci) – Class Counsel meeting in Montreal at Lauzon Belanger | | | | |
| 01/13/11 | David Thompson –Travel Expense – Meal at Verses Restaurant (2 people - David Thompson and Matt Moloci) – Class Counsel meeting in Montreal at Lauzon Belanger | | $73.86 | | |
| 01/12/11 | Matt Moloci – Travel Expense – mileage from Hamilton to Toronto Airport; 65 km @ $0.53 per km | | $33.45 | | |
| 01/12/11 | Matt Moloci - Travel Expense – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | | |
| 01/12/11 | Matt Moloci –Travel Expense – Taxi from airport in Montreal to hotel – Class Counsel meeting in Montreal at Lauzon Belanger | | $55.34 | | |
| 01/12/11 | Matt Moloci - Travel Expense – Dinner at VieuxPort Steakhouse (2 people - David Thompson and Matt Moloci) – Class Counsel meeting in Montreal at Lauzon Belanger ($374.78) – Claim $55.00 per person pursuant to guidelines | | $110.00 | | |
| 01/13/11 | Matt Moloci - Travel Expense – breakfast at Hotel Nelligan (1 person - Matt Moloci)t - Class Counsel meeting in Montreal at Lauzon Belanger | | $19.44 | | |
| 01/13/11 | Matt Moloci –Travel Expense – Taxi from hotel to Montreal airport– Class Counsel meeting in Montreal at Lauzon Belanger | | $41.75 | | |
| 01/13/11 | Matt Moloci – Travel Expense - Westjet Flight Change – earlier flight home from Montreal for David Thompson and Matt Moloci – Class Counsel meeting in Montreal at Lauzon Belanger | | $109.71 | | |
| 01/27/11 | Courier Charge – FEDEX- forward Rust Consulting CD-Rom to Lauzon Belanger | | $20.00 | | |
| 01/01/11 01/31/11 | Long Distance Calls – Various calls from June 1, 2010 to June 30, 2010 | | $5.30 | | |
| **TOTAL DISBURSEMENTS:** | | | **$1,457.54** | **$189.48** | **$1,647.02** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$26,593.18** |

THIS IS OUR MONTYHLY FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.

**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\* Please note that effective January 1, 2011, our hourly rates increased and are reflect on this monthly fee application