# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

February 18, 2011

RE :     W.R. GRACE & CO., and al.
         U.S. FEE APPLICATION
         CDN ZAI CLASS ACTION
         Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(January 1st 2011 to January 31st 2011)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-01-05 | CH | Review of email exchange between Mr. Thompson, Mr. Moloci and Mr. Hogan re: possible amendment to Minutes of Settlement | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Review of email exchange between Janet Baer and Daniel Hogan re: amendment to Minutes of Settlement | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Review of 9th Monthly Application prepared by Karen Harvey (Hogan Firm) | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Email to Karen Harvey re: executed certification for 9th Monthly Application | 0.17 | 285.00 | 48.45 |
| 2011-01-05 | MB | Review of email exchange between David Thompson, Matt Moloci and Dan Hogan re: amendment to Minutes of Settlement; | 0.50 | 350.00 | 175.00 |
| 2011-01-06 | CH | Review of Grace's draft amendment to the Amended Minutes of settlement | 0.33 | 285.00 | 94.05 |
| 2011-01-06 | CH | Email to Daniel Hogan re: Grace's draft amendment to the Amended Minutes of settlement | 0.17 | 285.00 | 48.45 |
| 2011-01-06 | CH | Review of Mr. Moloci's revisions to Grace's proposed amendment of the Amended and Restated Minutes of Settlement | 0.42 | 285.00 | 119.70 |
| 2011-01-06 | MB | Review of Grace's draft amendment to the Amended Minutes of Settlement; | 0.33 | 350.00 | 115.50 |
| 2011-01-10 | MB | Review and signature of Amended Minutes; | 1.00 | 350.00 | 350.00 |
| 2011-01-10 | CH | Email to David Thompson and Matt Moloci re: conference call with Keith Ferbers | 0.25 | 285.00 | 71.25 |
| 2011-01-10 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change) | 0.25 | 285.00 | 71.25 |
| 2011-01-11 | MB | Conference call with Careen Hannouche, Matt Moloci, David Thompson and Keith Ferbers; | 0.50 | 350.00 | 175.00 |

- 2 -

| | | | | | |
|---|---|---|---|---|---|
| 2011-01-11 | CH | Email to Albanie Morin (representative plaintiff consumer association ACQC) re: update on plan confirmation order | 0.25 | 285.00 | 71.25 |
| 2011-01-11 | MB | Review of Rust Consulting claim forms CD; | 0.42 | 350.00 | 147.00 |
| 2011-01-11 | CH | Conference call with Mr. Thompson, Moloci, Ferbers and Bélanger | 0.50 | 285.00 | 142.50 |
| 2011-01-11 | CH | Review of Rust Consulting claim forms CD with Mr. Bélanger | 0.42 | 285.00 | 119.70 |
| 2011-01-12 | CH | Research for Crown's proof of claim forms | 0.33 | 285.00 | 94.05 |
| 2011-01-12 | CH | Email to Matt Moloci re: Crown's proof of claim forms | 0.08 | 285.00 | 22.80 |
| 2011-01-12 | CH | Review of motion and draft order re Amendment to Amended and Restated Minutes of Settlement | 0.42 | 285.00 | 119.70 |
| 2011-01-12 | CH | Email to Kathy Davis (Rust Consulting) re: confirmation of Crown's proof of claim | 0.08 | 285.00 | 22.80 |
| 2011-01-13 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche (claims protocol and database) | 7.00 | 350.00 | 2,450.00 |
| 2011-01-13 | CH | Meeting with Mr. Moloci, Mr. Thompson and Mr. Bélanger re: claims protocol and claims database from Rust Consulting | 7.00 | 285.00 | 1,995.00 |
| 2011-01-14 | CH | Email to David Thompson re: portion of Daniel Hogan's fees | 0.25 | 285.00 | 71.25 |
| 2011-01-14 | CH | Email to Kathy Davis and Harriet Hancock (Rust Consulting) re: claim for documentation format | 0.17 | 285.00 | 48.45 |
| 2011-01-17 | CH | Email to Harriet Hancock (Rust consulting) re: format of database | 0.08 | 285.00 | 22.80 |
| 2011-01-17 | CH | Email to Mr. Moloci and Mr. Thompson re: database and claim forms formatting from Rust Consulting | 0.25 | 285.00 | 71.25 |
| 2011-01-18 | CH | Email to Karen Harvey re: 8th monthly application | 0.08 | 285.00 | 22.80 |
| 2011-01-18 | CH | Email correspondence with class members; | 0.50 | 285.00 | 142.50 |
| 2011-01-18 | MB | Review of motion and draft order re: amendment to Amended and Restated Minutes of Settlement; | 0.42 | 350.00 | 147.00 |
| 2011-01-19 | CH | Review of Notice of amendment of Canadian ZAI Amended Minutes of Settlement filed by Debtors | 0.33 | 285.00 | 94.05 |
| 2011-01-20 | CH | Review of fee details for December 2010 | 0.50 | 285.00 | 142.50 |
| 2011-01-20 | CH | Email to Karen Harvey re: April - June 2010 holdback payment | 0.17 | 285.00 | 48.45 |
| 2011-01-24 | CH | Email to Karen Harvey re: Holdback payment April - June 2010 and details time entries fee details December 2010 | 0.25 | 285.00 | 71.25 |
| 2011-01-26 | CH | Review of 10th monthly application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2011-01-26 | CH | Email to Karen Harvey re: executed certification 10th monthly application | 0.17 | 285.00 | 48.45 |
| 2011-01-26 | CH | Email to Cindy Yates (Scarfone Hawkins) re: confirmation of receipt of wire transfer | 0.08 | 285.00 | 22.80 |
| 2011-01-28 | CH | Review of database files on CD Rom from Matt Moloci | 0.33 | 285.00 | 94.05 |
| 2011-01-31 | CH | Review of LBL's 4th Quarterly Application prepared by Karen Harvey | 0.42 | 285.00 | 119.70 |

| | | | | | |
|---|---|---|---|---|---|
| 2011-01-31 | CH | Email to Karen Harvey re: certification of LBL's 4th Quarterly Application | 0.17 | 285.00 | 48.45 |
| 2011-01-31 | MB | Email correspondence with class members; | 0.50 | 350.00 | 175.00 |

**OUR FEES** **26.17** **8,152.00**

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 10.67 | 3,734.50 |
| CH | 285.00 | 15.50 | 4,417.50 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies (10 X .10¢) | 1.00 |
| Conference calls | 87.68 |

**TOTAL DISBURSEMENTS** **88.68**

**TOTAL FEES AND DISBURSEMENTS** **$ 8,240.68**

| | |
|---|---|
| Total G.S.T. | 412.03 |
| Total Q.S.T. | 735.48 |

**TOTAL** **$ 9,388.19**

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001