IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 4, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010**

Name of Applicant:    Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    May 1, 2010 through May 31, 2010

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $318.40 (80% of $398.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $867.00

This is a    X    monthly    _____ quarterly    X    interim    _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
# v::ODMA/PCDOCS/HRODEN/1383791/1

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01 - 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |

| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |
|---|---|---|---|---|---|
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |

| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
|---|---|---|---|---|---|
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |

| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
|---|---|---|---|---|---|
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |
| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |

| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
|---|---|---|---|---|---|
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |
| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |

| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
|---|---|---|---|---|---|
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |
| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |

| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
|---|---|---|---|---|---|
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |
| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Pending | Pending |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Pending | Pending |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Pending | Pending |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Pending | Pending |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Pending | Pending |
| 10/25/10 | 02/01/10 - 02/28/10 | $19,810.00 | $2,894.47 | Pending | Pending |
| 11/03/10 | 03/01/10 - 03/31/10 | 520.50 | 539.54 | Pending | Pending |

| 02/18/11 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Pending | Pending |
|---|---|---|---|---|---|

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | .4 | $176.00 |
| **TOTAL** | | | | **0.40** | **$176.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Sr. Paralegel | Bankruptcy | 185.00 | 1.2 | $222.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$222.00** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | May |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $0.00 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $596.48 |
| Other Expenses | $270.52 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | **$867.00** |

# v.:ODMA/PCDOCS/HRODEN/1383791/1

Dated:  March 8, 2011.

HOLME ROBERTS & OWEN, LLP

By: _____

Eric E. Johnson, Esq. (Colo. #019364)
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 4, 2011 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF MAY 1, 2010 THROUGH
MAY 31, 2010**

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Expenses**

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ |
| Facsimiles | $        - |
| Long Distance Telephone | $        - |
| Federal Express | $        - |
| Outside Courier | $        - |
| Lexis | $        - |
| Consulting Fee | |
| Postage | $        - |
| Research Services | $        - |
| Other Expenses | $ 270.52 |
| Professional Services | $ 596.48 |
| **Total** | **$ 867.00** |

Holme Roberts & Owen LLP

June 18, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 876646 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/14/10 | EEJ | Review draft application materials for interim fees and execute same for filing. | 0.20 | $ | 88.00 |
| 05/14/10 | SH | Draft July 2009 monthly fee application. | 0.60 | | 111.00 |
| 05/20/10 | EEJ | Review and sign interim fee application. | 0.20 | | 88.00 |
| 05/20/10 | SH | Draft August 2009 monthly fee appplication. | 0.60 | | 111.00 |
| | | **Total Fees Through May 31, 2010:** | **1.60** | **$** | **398.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.40 | $ | 176.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.20 | | 222.00 |
| | | | **Total Fees:** | **1.60** | **$** | **398.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/21/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 339462; DATE: 4/21/2010  -  professional services through March 31, 2010. | $ | 596.48 |
| 04/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BVL9482; DATE: 4/30/2010 - Administration Fee Storage. | | 270.52 |
| | | **Total Disbursements:** | **$** | **867.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 270.52 |
| Professional Other Billable  Service | | 596.48 |
| **Total Disbursements:** | **$** | **867.00** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total Comp | |
|---|---|---|---|---|---|
| Jonson, Eric E. | Partner | $440.00 | 0.4 | | $176.00 |
| Haag, Susan | Paralegal | $185.00 | 1.2 | $ | 222.00 |
| | | | | $ | - |
| | | | | | |
| Total | | | 1.60 | $ | 398.00 |

Holme Roberts & Owen LLP

June 18, 2010

W.R. Grace & Co.

Page      9
Invoice No.:  876646
Client  No.:  04339
Matter  No.:  00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 05/14/10 | EEJ | Review draft application materials for interim fees and execute same for filing. | 0.20 | $ | 88.00 |
| 05/14/10 | SH | Draft July 2009 monthly fee application. | 0.60 | | 111.00 |
| 05/20/10 | EEJ | Review and sign interim fee application. | 0.20 | | 88.00 |
| 05/20/10 | SH | Draft August 2009 monthly fee appplication. | 0.60 | | 111.00 |
| | | **Total Fees Through May 31, 2010:** | **1.60** | **$** | **398.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.40 | $ | 176.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.20 | | 222.00 |
| | | **Total Fees:** | | **1.60** | **$** | **398.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 04/21/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 339462; DATE: 4/21/2010  -  professional services through March 31, 2010. | $ | 596.48 |
| 04/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BVL9482; DATE: 4/30/2010  -  Administration Fee Storage. | | 270.52 |
| | | **Total Disbursements:** | **$** | **867.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 270.52 |
| Professional Other Billable  Service | | 596.48 |
| **Total Disbursements:** | **$** | **867.00** |