UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __01-1139-JKF__    ● BK    ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
"See Attached"
Docket Number: __26106__    Date Entered: __1/22/11__

Item Transmitted:  ● Notice of Appeal           ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal   ○ Cross Appeal
                   Docket Number: __multi__    Date Filed: __multi__

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
"See Attached"                           "See Attached"
Counsel for Appellant:                   Counsel for Appellee:

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ● Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ● No

Have Additional Appeals to the Same Order been Filed?  ● Yes  ○ No
    If so, has District Court assigned a Civil Action Number?  ○ Yes  ● No    Civil Action # _____

Additional Notes: _____

__3/9/11__                               By: __Sherry J. Stiles__
Date                                     Deputy Clerk

                                         FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __BAP-11-8, 11-11__
7/6/06

Title of Order Appealed:

- Order Approving the Settlement Agreement Between W.R. Grace & Co. And the CNA Companies.

Notice of Appeals:

- Docket Number's:
    26168 (BAP-11-8)    Filed on: 2/1/11
    26193 (BAP-11-11)   Filed on: 2/3/11

Appellant/Cross Appellant:

- BNSF Railway Company (BAP-11-8)
- Libby Claimants (BAP-11-11)

Counsel for Appellant BNSF Railway Company:

| | |
|---|---|
| Henry J. Jaffe<br>Pepper Hamilton LLP<br>1313 North Market Street<br>PO Box 1709<br>Wilmington, DE 19899<br>302-777-6500 | Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>215-981-4000 |

Counsel for Appellant Libby Claimants:

- Adam G. Landis
  Kerri Mumford
  Landis Rath & Cobb LLP
  919 Market Street, Suite 1800
  P.O. Box 2087
  Wilmington, DE 19801
  302-467-4400

  Daniel C. Cohn
  Murtha Cullina, LLP
  99 High Street, 20th Floor
  Boston, MA 02110
  617-457-4000

Appellee/Cross Appellee:

- W.R. Grace & Co. And the CNA Companies

Counsel for Appellee:

- James E. O'Neill
  Pachulski Stang Ziehl & Jones LLP
  919 North Market Street, 17th Floor
  P.O. Box 8705
  Wilmington, DE 19899
  302-652-4100

  Janet S. Baer, P.C.
  Baer Higgins Fruchtman
  111 East Wacker Drive
  Suite 2800
  Chicago, IL 60602
  312-836-4022

  John Donley
  Lisa G. Esayian
  Adam Paul
  Kirkland & Ellis LLP
  300 N. LaSalle Street
  Chicago, IL 60654
  312-862-2000

  Deanna D. Boll
  601 Lexington Avenue
  New York, NY 10022
  212-446-4800