UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ◉ BK    ○ AP

If AP, related BK Case Number: _____

Title of Order Appealed:
"See Attached"

Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:    ◉ Notice of Appeal           ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal   ○ Cross Appeal
                     Docket Number: __multi__     Date Filed: __multi__

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
"See Attached"                           "See Attached"

Counsel for Appellant:                   Counsel for Appellee:

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ◉ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ◉ No

Have Additional Appeals to the Same Order been Filed?   ◉ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ◉ No   Civil Action # _____

Additional Notes:
No Designations have been filed for any of the appeals.

__3/9/11__                               By: __Sherry J. Stiles__
Date                                     Deputy Clerk

                                         FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __BAP-11-15 thru 19__
7/6/06

Title of Order Appealed:

- Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law.

Notice of Appeals/Supplemental Appeals:

- Docket Number's:
    26257 (BAP-11-15)   Filed on: 2/14/2011
    26259 (BAP-11-16)   Filed on: 2/14/2011
    26270 (BAP-11-17)   Filed on: 2/14/2011
    26316 (BAP-11-18)   Filed on: 2/17/2011
    26351 (BAP-11-19)   Filed on: 2/18/2011

Appellant/Cross Appellant:

- Garlock Sealing Technologies LLC (BAP-11-15)
- Official Committee of Unsecured Creditors (BAP-11-16)
- Bank Debt Holders (BAP-11-17)
- Official Committee of Unsecured Creditors (BAP-11-18)
    (Supplemental Notice of Appeal)
- Bank Debt Holders (BAP-11-19)
    (Supplemental Notice of Appeal)

Counsel for Appellant Garlock Sealing Technologies LLC:

- Brett D. Fallon
  Morris James LLP
  500 Delaware Avenue, Suite 1500
  P.O. Box 2306
  Wilmington, DE 19801
  302-888-6888

Garland Cassada
Richard C. Worf
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
704-377-8135

Counsel for Appellant Official Committee of Unsecured Creditors:

John Donley
Adam Paul
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
312-862-2000

Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
212-446-4800

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
302-652-4100

Janet S. Baer, P.C.
Baer Higgins Fruchtman
111 East Wacker Drive
Suite 2800
Chicago, IL 60602
312-836-4022

Counsel for Appellant Bank Debt Holders:

Stephen J. Shimshak
Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000

Richard Cobb
James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
302-467-4400


Appellee/Cross Appellee:

- W.R. Grace & Co., et al.

Counsel for Appellee:

- James E. O'Neill
  Pachulski Stang Ziehl & Jones LLP
  919 North Market Street, 17th Floor
  P.O. Box 8705
  Wilmington, DE 19899
  302-652-4100

  John Donley
  Lisa G. Esayian
  Adam Paul
  Kirkland & Ellis LLP
  300 N. LaSalle Street
  Chicago, IL 60654
  312-862-2000

Janet S. Baer, P.C.
Baer Higgins Fruchtman
111 East Wacker Drive
Suite 2800
Chicago, IL 60602
312-836-4022

Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
212-446-4800