IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 26292** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF ANDERSON, KILL, & OLICK, P.C., FOR
SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS
SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
<u>OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010 (DOCKET NO. 26292)</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson, Kill, & Olick, P.C. ("AKO"), submitted on February 15, 2011 an interim application ("Application") [Docket No. 26292] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0196861.1 }

2.  Objections to the Application were to be filed and served on or before March 7, 2011. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: March 9, 2011

                    ANDERSON, KILL, & OLICK, P.C.
                    Robert Y. Chung
                    1251 Avenue of the Americas
                    New York, NY 10020-1182
                    (212) 278-1039

                    -and-

                    CAMPBELL & LEVINE, LLC

                    */s/Mark T. Hurford*
                    Mark T. Hurford (I.D. #3299)
                    Kathleen Campbell Davis (I.D. #4229)
                    800 N. King Street
                    Suite 300
                    Wilmington, DE 19801
                    (302) 426-1900

                    *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*