IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 26294** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF
W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
JULY 1, 2010 THROUGH DECEMBER 31, 2010 (DOCKET NO. 26294)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on February 15, 2011 an interim application ("Application") [Docket No. 26294] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0196867.1 }

2. Objections to the Application were to be filed and served on or before March 7, 2011. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed

Dated: March 9, 2011

                              LEGAL ANALYSIS SYSTEMS, INC

                              Mark A. Peterson
                              970 Calle Arroyo
                              Thousand Oaks, CA  91360

                              Asbestos-Related Bodily Injury Consultant
                              for the Official Committee of Asbestos

                                        - and -

                              CAMPBELL & LEVINE, LLC

                              */s/Mark T. Hurford*
                              Mark T. Hurford (I.D. #3299)
                              Kathleen Campbell Davis (I.D. #4229)
                              800 N. King Street, Suite 300
                              Wilmington, DE  19899
                              (302) 426-1900

                              *Counsel for the Official Committee*
                              *of Asbestos Personal Injury Claimants*