## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Due By: March 29, 2011 at 4:00 PM | |
| | ) Hearing Date: June 20, 2011 at 9:00 AM | |

## NINTH APPLICATION OF DELOITTE TAX LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE INTERIM PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

Name of Applicant: Deloitte Tax LLP ("Deloitte Tax")

Authorized to Provide Professional Services to:            The above-captioned Debtors

Date of Retention:                                          December 20, 2004

Interim Period for which Compensation
and Reimbursement is Sought ("Interim Period"):            July 1, 2010 to
                                                            September 30, 2010

Amount of Actual Fees Incurred During the

Interim Period:                                             $27,387.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>Amount of Interim Expense Reimbursement</u>
<u>Sought for the Interim Period</u>:                                          $31.00

<u>Total Amount of Compensation and Expense Reimbursement Sought:</u>      $27,418.00


This is a:      __monthly      <u>X</u> interim      __ final application.

## SUMMARY OF MONTHLY APPLICATIONS COVERED HEREIN

| Application Number | Monthly Period | Filing Date | Docket Number | CNO Date | CNO Docket Number | Fees Sought | Expenses Sought | Total |
|---|---|---|---|---|---|---|---|---|
| Sixty Fifth | 7/1/10 - 7/31/10 | 11/5/10 | 25711 | 11/30/10 | 25835 | $6,556.00 | $11.00 | $6,567.00 |
| Sixty Sixth | 8/1/10– 8/31/10 | 11/5/10 | 25712 | 11/30/10 | 25834 | $6,803.00 | 20.00 | $6,803.00 |
| Sixty Seventh | 9/1/10 – 9/30/10 | 2/9/11 | 26220 | Pending | Pending | $14,028.00 | -0- | $14,028.00 |
| Total | | | | | | $27,387.00 | $31.00 | $27,418.00 |

## COMPENSATION SOUGHT BY PROFESSIONAL

| Professional | Position | Hours Billed | Billing Rate | Compensation |
|---|---|---|---|---|
| ALEX, ANU T | TAX MANAGER | 3.00 | $480 | $1,440 |
| GORDON, JARED H | TAX PRINCIPAL | 3.30 | $680 | $2,244 |
| ROBINS, SCOTT MICHAEL | TAX MANAGER | 1.00 | $480 | $480 |
| WICKERT, DIANE L | PARAPROFESSIONAL | 2.90 | $290 | $841 |
| WARE, DAVID WILLIAM | TAX SENIOR MANAGER | 3.50 | $570 | $1,995 |
| WALKER, DEBORAH | TAX PARTNER | 2.00 | $680 | $1,360 |
| WALKER, DEBORAH | TAX PARTNER | 2.00 | $610 | $1,220 |
| HEIKKINEN, DEBRA L | TAX DIRECTOR | 1.60 | $680 | $1,088 |
| HEIKKINEN, DEBRA L | TAX DIRECTOR | 1.50 | $610 | $915 |
| NG, LINDA LIAN TAT | TAX PARTNER | 1.30 | $680 | $884 |
| ITO,HIROAKI | TAX MANAGER | 4.00 | $480 | $1920 |
| TROTMAN, SEAN P | TAX PARTNER | 0.50 | $680 | $340 |
| TROTMAN, SEAN P | TAX PARTNER | 0.50 | $610 | $305 |
| HERNANDEZ, ALVARO JOSE | TAX INTERN | 0.50 | $125 | $63 |
| HERNANDEZ, ALVARO JOSE | TAX STAFF | 0.30 | $190 | $87 |
| OTERO, MARIA D | TAX MANAGER | 1.90 | $480 | $912 |
| OTERO, MARIA D | TAX MANAGER | 5.30 | $335 | $1775 |
| RODRIGUEZ, ZULMA | TAX SENIOR | 10.50 | $255 | $2,677 |
| RODRIGUEZ, ZULMA | TAX SENIOR | 0.50 | $480 | $240 |
| MONTANEZ, ANA DELIA | TAX CONSULTANT II | 8.00 | $190 | $1,504 |
| MONTANEZ, ANA DELIA | TAX SENIOR | 6.10 | $290 | $1,769 |
| BESSINGER, RANDALL J | TAX SENIOR MANAGER | 0.60 | $510 | $306 |
| TRAVERSO, NELSON ORWIL | PARAPROFESSIONAL | 11.00 | $188 | $2,068 |
| SHURIN, ALEXANDER SANDY | TAX SENIOR | 1.35 | $255 | $344 |
| FIELMAN, TRACY A | TAX PARTNER | 1.00 | $610 | $610 |
|  |  |  |  |  |
| SUBTOTAL |  | 74.15 |  | $27,387 |
| Plus Expenses |  |  |  | $31 |
| TOTAL COMPENSATION SOUGHT |  |  |  | $27,418 |
|  |  |  |  |  |
|  |  |  |  |  |

## COMPENSATION SOUGHT BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS BILLED | PROFESSIONAL FEES |
|---|---|---|
| CONSOLIDATED RETURNS | 2.90 | $1,772 |
| STOCK OPTION | 1.85 | $649 |
| CUSTOMS | 4.00 | $2,335 |
| PAYROLL TAX | 7.10 | $4,583 |
| JAPAN | 5.30 | $2,804 |
| CHINA STOCK PLAN | 0.50 | $340 |
| INTEREST NETTING | 4.00 | $2,248 |
| GENERAL ADMINISTRATION | 4.40 | $1,561 |
| PROPERTY TAX | 44.10 | $11,096 |
| **SUBTOTALS** | **74.15** | **$27,387** |
| Plus Expenses | | $31 |
| **TOTALS** | | **$27,418** |

## EXPENSE REIMBURSEMENT BY CATEGORY

| Category | | |
|---|---|---|
| Phone | | $31.00 |
| **Total** | | **$31.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Due By: March 29, 2011 at 4:00 PM** |
| | ) | **Hearing Date: June 20, 2011 at 9:00 AM** |

## NINTH APPLICATION OF DELOITTE TAX LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE INTERIM PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and the Court's 'Amended Administrative Order Under 11 U.S.C.

§§ 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members', signed

April 17, 2002, amending the Court's 'Administrative Order Pursuant to Sections 105(a)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of

Monthly Interim Compensation and Reimbursement of Expenses of Professionals',

entered May 3, 2001 (together, the "Administrative Order"), the firm of Deloitte Tax LLP

("Deloitte Tax") hereby files this Ninth Application ("Ninth Interim Application") of

Deloitte Tax LLP for Allowance of Interim Compensation and Expense Reimbursement

for the Interim Period from July 1, 2010 Through September 30, 2010 (the Interim

Period"). In support of this Ninth Interim Application, Deloitte Tax respectfully

represents as follows:

## Relief Requested

1.      For the Interim Period Deloitte Tax seeks a total amount of compensation and

expense reimbursement of $27,418.00, consisting of $27,387.00 in actual fees incurred,

plus expense reimbursement in the amount of $31.00, totaling 27,418.00 (27,418.00 +

$31.00 = $27,418.00).

2.      The compensation and expense reimbursement sought in connection with

Ninth Interim Application have not been included in any prior interim fee applications

filed with the Court in these Chapter 11 cases.

## Background

3.      On April 2, 2001 (the "Petition Date"), each of the debtors (collectively,

the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy

Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are

continuing to operate their businesses and manage their properties and assets as debtors in possession. No trustee has been appointed in the Debtors' Chapter 11 cases.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

5.      On April 2, 2001, the Court entered its order that the Debtors' Chapter 11 cases be consolidated for procedural purposes only and administered jointly.

6.      The Order Pursuant to 11 U.S.C.§§ 327(a) and 328(a) and Fed R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with certain customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, such services have been performed by Deloitte Tax.

7.      Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of interim and final fee applications

of the professional. The professional is also required to file a quarterly interim fee application.

8.     Attached hereto as Appendix A is the Verification of Jared Gordon of Deloitte Tax.

**Monthly Fee Applications Covered Herein**

9.     The monthly fee applications covered by this Ninth Interim Application are listed on the cover pages hereto and have been previously filed with the Court in these Chapter 11 cases. These monthly fee applications contain detailed daily time entries describing the services provided by Deloitte Tax during the Interim Period, as well expense detail and other detailed information required to be included in fee applications filed with the Court in these Chapter 11 cases. Copies of the Exhibits to these monthly fee applications reflecting the detailed fee and expense information described above are attached hereto under Appendix B.

**Prior Interim Fee Applications**

10.    Deloitte Tax has filed the following interim fee applications in these Chapter 11 cases:

- On September 12, 2005, Deloitte Tax filed the First Interim Application of Deloitte Tax LLP for compensation and for reimbursement of expenses for August 22, 2004 through March 31, 2005 seeking interim approval of compensation in the amount of $273,951.00 and expense reimbursement in the amount of $1,986.00.

- On June 8, 2007, Deloitte Tax filed the Second Interim Application of Deloitte Tax LLP for compensation and for reimbursement of expenses for August 1, 2005 through December 31, 2006 seeking interim approval of compensation in the amount of $154,373.00, and no expense reimbursement. (Deloitte Tax's records indicate that it did not render services to the Debtors during the three month period from April 1, 2005 through July 31, 2005. Accordingly, Deloitte Tax filed no monthly or interim fee applications for this period. In the event that Deloitte Tax subsequently discovers that it incurred fees and expenses in connection with

the provision of services to the Debtors during this period, requests for payment of such fees and expenses will be included in future monthly applications or interim fee applications of Deloitte Tax.)

- On November 11, 2007, Deloitte Tax filed the Third Interim Application of Deloitte Tax LLP for compensation and for reimbursement of expenses for January 1, 2007 through March 31, 2007 seeking interim approval of compensation in the amount of $90,835.00, and no expense reimbursement.

- On February 21, 2008, Deloitte Tax filed the Fourth Interim Application of Deloitte Tax LLP for compensation and for reimbursement of expenses for April 1, 2007 through September 31, 2007 seeking interim approval of compensation in the amount of $88,279.00 and expense reimbursement in the amount of 3,676.00.

- On November 6, 2008, Deloitte Tax filed the Fifth Interim Application of Deloitte Tax LLP for compensation and for reimbursement of expenses for October 1, 2007 through June 30, 2008 seeking interim approval of compensation in the amount of $37,915.00, and no expense reimbursement. (It appears that this that this interim application was inadvertently entered on the Court Docket in as the fifth interim application of Deloitte Tax's affiliate, Deloitte & Touche, which is also providing services to the Debtors in these Chapter 11 case, and which files separate monthly and interim fee applications on its own behalf.)

- On May 11, 2009, Deloitte Tax filed the Sixth Application of Deloitte Tax LLP for Allowance of Interim (i) Compensation and Expense Reimbursement for the Interim Period From July 1, 2008 Through December 31, 2008, and (ii) Supplemental Compensation and Expense Reimbursement for the Monthly Period from June 1, 2008 Through June 31, 2008 seeking interim approval of compensation in the amount of $188,342.00 and expense reimbursement in the amount of $2,880.00.

- On April 9, 2010, Deloitte Tax filed the Seventh Application of Deloitte Tax LLP for Allowance of Interim Compensation and Expense Reimbursement for the Interim Period from January 1, 2009 Through September 31, 2009 seeking interim approval of compensation in the amount of $125,471.0 and expense reimbursement of $2,143.00.

- On November 18, 2010, Deloitte Tax filed the Eighth Application of Deloitte Tax LLP for Allowance of Interim Compensation and Expense Reimbursement for the Interim Period from November 1, 2009 Through June 30, 2010 seeking interim approval of compensation in the amount of $115,071.00 and expense reimbursement of $13.00.

**<u>Disinterestedness of Deloitte Tax, Necessity of Services</u>**

11.     At all relevant times, Deloitte Tax has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of Debtors.

12.     All services for which compensation is requested by Deloitte Tax were performed for or on behalf of Debtors and not on behalf of any committee, creditor, or other person.

13.     During the Interim Period, Deloitte Tax has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with Debtors' cases.  Deloitte Tax has no agreement with any non-affiliated entity to share any compensation earned in these Chapter 11 cases.

14.     The full scope of the professional services for which interim allowance of compensation and expense reimbursement are sought under this Ninth Interim Application are fully described in the above-referenced monthly fee applications for the Interim Period.  Such professional services were rendered in connection with Deloitte Tax's provision of tax advisory services as requested by the Debtors in these Chapter 11 cases.  Deloitte Tax's services have been necessary and beneficial to Debtors and their estates, and other parties in interest.

**WHEREFORE**, Deloitte Tax respectfully requests that the Court enter an order providing (a) that Deloitte Tax be granted interim allowance of compensation in the amount of $27,387.00 and expense reimbursement in the amount of $31.00 for the Interim Period, for a total allowance of compensation and expense reimbursement for the

Interim Period of $27,418.00 for reasonable and necessary professional services rendered to Debtors; (b) that Debtors be authorized and directed to pay to Deloitte Tax the outstanding amount of such sum; and (c) for such other and further relief as this Court deems proper.

Dated: March 7, 2011

DELOITTE TAX LLP


_Jared Gordon_

Jared Gordon, Principal
Deloitte Tax LLP
1700 Market Street
Philadelphia, Pennsylvania

Telephone:  215-299-5214


Tax advisors for Debtors and Debtors-in-Possession

**APPENDIX A**

**VERIFICATION**

PHILADELPHIA                     :

COMMONWEALTH OF PENNSYLVANIA   :

Jared Gordon, after being duly sworn according to law, deposes and says:

a)      I am a principal with the applicant professional services firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax advisors to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Ninth Interim Application to which this verification is attached and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order, except as otherwise noted herein.

_Jared Gordon_
Jared Gordon

SWORN AND SUBSCRIBED
before me this 7th day of March, 2011

_Nilda I. Rosado_
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

**APPEDNIX B**

MONTHLY COMPENSATION AND EXPENSE DETAIL

# EXHIBIT B
## July, 2010

**W. R. Grace**
**Hours Detail**
**July 1- July 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.5 | $480 | $240 |
| **General Admin** | | | |
| | | | |
| ALEX, ANU T | 1.5 | $480 | $720 |
| BESSINGER, RANDALL J | 0.6 | $510 | $306 |
| FIELMAN, TRACEY A | 1.0 | $610 | $610 |
| GORDON, JARED H | 0.9 | $680 | $612 |
| **Interest Netting** | 4.0 | | $2,248 |
| | | | |
| | | | |
| HEIKKINEN, DEBRA L | 0.4 | $610 | $244 |
| WALKER, DEBORAH | 0.5 | $610 | $305 |
| **Payroll Tax** | 0.9 | | $549 |
| | | | |
| MONTANEZ, ANA DELIA | 1.7 | $188 | $320 |
| OTERO, MARIA D | 1.0 | $335 | $335 |
| RODRIGUEZ, ZULMA | 6.0 | $255 | $1,530 |
| TRAVERSO, NELSON ORWIL | 7.1 | $188 | $1,335 |
| **Property Tax** | 15.8 | | $3,519 |
| | | | |
| **Subtotal** | 21.20 | | $6,556 |
| **Expenses** | | | $11 |
| **Total Deloitte Tax LLP Fees for July 2010** | | | $6,567 |

**EXHIBIT B**
**July, 2010**

**W. R. Grace**
**Hours Detail**
**July 1 - July 30, 2010**

| Date | Name | Project Category | Description | Hours | Rates | Fees |
|------|------|------------------|-------------|-------|-------|------|
| 7/13/2010 | ALEX, ANU T | General Admin | preparation of bankruptcy return filing | 0.50 | 480 | 240 |
| 7/20/2010 | ALEX, ANU T | Interest Netting | Interest Netting conversation with Jared and IA team | 1.50 | 480 | 720 |
| 7/7/2010 | BESSINGER, RANDALL J | Interest Netting | Conference call and prep | 0.60 | 510 | 306 |
| 7/6/2010 | FIELMAN, TRACEY A | Interest Netting | discussing prelim findings with Pam and Randy; t/c with client to discuss options | 1.00 | 610 | 610 |
| 7/6/2010 | GORDON, JARED H | Interest Netting | conf call with david libow re interest netting | 0.90 | 680 | 612 |
| 7/20/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-John Forgach and Deb Walker re: SERP FICA correction plan | 0.20 | 610 | 122 |
| 7/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-J. Forgach - got go ahead to contact IRS | 0.20 | 610 | 122 |
| 7/19/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.70 | 188 | 132 |
| 7/23/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.60 | 188 | 113 |
| 7/27/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.40 | 188 | 75 |
| 7/16/2010 | OTERO, MARIA D | Property Tax | conf call and study the pty tax amnesty law to verify applicability to this case | 1.00 | 335 | 335 |
| 7/15/2010 | RODRIGUEZ, ZULMA | Property Tax | review pending info for property tax return and email to Maria for conf call with client | 1.00 | 255 | 255 |
| 7/22/2010 | RODRIGUEZ, ZULMA | Property Tax | property return, updating inveoty schedule however info do not tie with AFS | 1.50 | 255 | 383 |
| 7/23/2010 | RODRIGUEZ, ZULMA | Property Tax | property sent, and all differences companrnlg info sent for ext, updating | 3.00 | 255 | 765 |
| 7/30/2010 | RODRIGUEZ, ZULMA | Property Tax | discussing with Nelson positions with property return | 0.50 | 255 | 128 |
| 7/30/2010 | TRAVERSO, NELSON ORWIL | Property Tax | discussing with Zulma positions with respect to certain property tax returns. | 2.50 | 188 | 470 |
| 7/30/2010 | TRAVERSO, NELSON ORWIL | Property Tax | property tax returns.  Received additional information from the cletn regarding fixed | 4.60 | 188 | 865 |
| 7/21/2010 | WALKER, DEBORAH | Payroll Tax | Follow up Debra Helkkkinen | 0.50 | 610 | 305 |
| | | | **Total** | **21.20** | | **6,556** |

# EXHIBT B
## July, 2010

**W. R. Grace**
**Expenses Detail**
**July 1- July 31 expenses**

| Date | Name | Description | Related Expenses |
|------|------|-------------|------------------|
| 07/06/2010 | GORDON, JARED H | Telephone: Conference: Call between Jared Gordon and Interest Analyzer team, and Grace | $ 2 |
| 07/20/2010 | GORDON, JARED H | Telephone: Conference: Follow up conference call regarding interest netting. | $ 9 |
| | **Expenses for July 2010** | | **$11** |

## EXBHIIT B
## August, 2010

**W. R. Grace**
**Hours Detail**
**August 1- August 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| SHURIN, ALEXANDER SANDY | 1.4 | $255 | $344 |
| TROTMAN, SEAN P | 0.5 | $610 | $305 |
| **Stock option** | 1.9 | | $649 |
| | | | |
| HEIKKINEN, DEBRA L | 1.1 | $610 | $671 |
| WALKER, DEBORAH | 1.5 | $610 | $915 |
| **Payroll Tax** | 2.6 | | $1,586 |
| | | | |
| HERNANDEZ, ALVARO JOSE | 0.5 | $125 | $63 |
| MONTANEZ, ANA DELIA | 6.3 | $188 | $1,184 |
| OTERO, MARIA D | 4.3 | $335 | $1,441 |
| RODRIGUEZ, ZULMA | 4.5 | $255 | $1,148 |
| TRAVERSO, NELSON ORWIL | 3.9 | $188 | $733 |
| Property Tax | 19.5 | | 4,568 |
| | | | |
| **Subtotal** | 23.95 | | $6,803 |
| **Expenses** | | | $20 |
| **Total Deloitte Tax Fees August 2010** | | | $6,823 |

**EXHIBIT B**
**August, 2010**

W. R. Grace
Hours Detail
August 1 – August 30, 2010

| Date | Name | Project Category | Description | Hours | Rates | Fees |
|------|------|------------------|-------------|-------|-------|------|
| 8/2/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Conversations with DW regarding payroll tax issue | 0.10 | 610 | 61 |
| 8/6/2010 | HEIKKINEN, DEBRA L | Payroll Tax | F/U with IRS regarding closing agreement | 0.50 | 610 | 305 |
| 8/17/2010 | HEIKKINEN, DEBRA L | Payroll Tax | FICA notices from Forgach | 0.50 | 610 | 305 |
| 8/10/2010 | HERNANDEZ, ALVARO JOSE | Property Tax | Services rendered with respect to completion of property tax returns | 0.20 | 125 | 25 |
| 8/12/2010 | HERNANDEZ, ALVARO JOSE | Property Tax | Services rendered with respect to completion of property tax returns | 0.10 | 125 | 13 |
| 8/18/2010 | HERNANDEZ, ALVARO JOSE | Property Tax | Organizing & Archiving Prop Rtn & Documents in file | 0.20 | 125 | 25 |
| 8/5/2010 | MONTANEZ, ANA DELIA | Property Tax | Called Lic. Laborde from CRIM, and left several messages. | 0.80 | 188 | 150 |
| 8/6/2010 | MONTANEZ, ANA DELIA | Property Tax | Called and prepared email for Lic. Laborde inquiring about Act 71 application to Darex. | 1.40 | 188 | 263 |
| 8/10/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered with respect to the completion of certain property tax returns. | 0.40 | 188 | 75 |
| 8/11/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered with respect to the completion of certain property tax returns. | 0.70 | 188 | 132 |
| 8/24/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered with respect to the completion of certain property tax returns. | 0.80 | 188 | 150 |
| 8/26/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered with respect to the completion of certain property tax returns. | 0.40 | 188 | 75 |
| 8/27/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered with respect to the completion of certain property tax returns. | 1.80 | 188 | 338 |
| 8/2/2010 | OTERO, MARIA D | Property Tax | business registry | 0.50 | 335 | 168 |
| 8/2/2010 | OTERO, MARIA D | Property Tax | review and corrections of property | 1.00 | 335 | 335 |
| 8/6/2010 | OTERO, MARIA D | Property Tax | talk to Ana and review e-mail to CRIM | 0.50 | 335 | 168 |
| 8/10/2010 | OTERO, MARIA D | Property Tax | review interest, surcharges and penalties calc to the return and signed tletter | 0.30 | 335 | 101 |
| 8/11/2010 | OTERO, MARIA D | Property Tax | call from client on status. also checked tax on debt cert vs. returns filed | 0.50 | 335 | 168 |
| 8/26/2010 | OTERO, MARIA D | Property Tax | issues with CRIM debt cert | 0.50 | 335 | 168 |
| 8/27/2010 | OTERO, MARIA D | Property Tax | checking debt cert against returns filed and disc alternatives with Ana | 1.00 | 335 | 335 |
| 8/6/2010 | RODRIGUEZ, ZULMA | Property Tax | review property tax return and calling client to discuss extension issue and then discussing with MO | 3.00 | 255 | 765 |
| 8/9/2010 | RODRIGUEZ, ZULMA | Property Tax | review changes twice for ppt, then discussing with RV the return, calling client to verify cut off date for check and changing the return accordingly | 1.50 | 255 | 383 |
| 8/24/2010 | SHURIN, ALEXANDER SANDY | Stock Options | Services rendered with respect to Circ 35 China filing. | 0.30 | 255 | 77 |
| 8/30/2010 | SHURIN, ALEXANDER SANDY | Stock Options | Services rendered with respect to Circ 35 China filing. | 0.30 | 255 | 77 |
| 8/31/2010 | SHURIN, ALEXANDER SANDY | Stock Options | Services rendered with respect to Circ 35 China filing. | 0.75 | 255 | 191 |
| 8/3/2010 | TRAVERSO, NELSON ORWIL | Property Tax | Prepared email for Lic. Laborde inquiring about Act 71 application to Darex. Inputted changes to tax returns. | 1.80 | 188 | 338 |
| 8/9/2010 | TRAVERSO, NELSON ORWIL | Property Tax | Calculated interest and relevant surcharges. Spoke with client and confirmed that no extension was filed. | 2.10 | 188 | 395 |
| 8/30/2010 | TROTMAN, SEAN P | Stock Options | Circ 35 China Filing | 0.50 | 610 | 305 |
| 8/16/2010 | WALKER, DEBORAH | Payroll Tax | Conversations with Deborah Heikkinen regarding payroll tax issuesl | 0.50 | 610 | 305 |
| 8/16/2010 | WALKER, DEBORAH | Payroll Tax | Conversations with Deborah Heikkinen regarding payroll tax issuesl | 0.50 | 610 | 305 |
| 8/31/2010 | WALKER, DEBORAH | Payroll Tax | Follow up regarding payroll tax issues. | 0.50 | 610 | 305 |
| | | | | 23.95 | | 6,803 |

# EXHIBIT B
## August, 2010

**W. R. Grace**
**Expenses Detail**
**August 1- August 30 expenses**

| Date | Name | Description | Related Expenses |
|------|------|-------------|------------------|
| 08/04/2010 | Dunlap, Pam | Telephone: Conference: Follow up conference call regarding interest netting. | $ 20 |
| | **Expenses for August 2010** | | **$20** |

**EXHIBIT B**
September, 2010

**W. R. Grace**
**Hours Detail**
**September 1 through September 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ROBINS, SCOTT MICHAEL | 1.0 | $480 | $480.00 |
| GORDON, JARED H | 1.9 | $680 | $1,292.00 |
| **Consolidated Returns** | 2.9 | | $1,772.00 |
| GORDON, JARED H | 0.5 | $680 | $340.00 |
| WARE, DAVID WILLIAM | 3.5 | $570 | $1,995.00 |
| **Customs** | 4.0 | | $2,335.00 |
| ALEX, ANU T | 1.0 | $480 | $480.00 |
| WICKERT, DIANE L | 2.9 | $290 | $841.00 |
| **General Administration** | 3.9 | | $1,321.00 |
| WALKER, DEBORAH | 2.0 | $680 | $1,360.00 |
| HEIKKINEN, DEBRA L | 1.6 | $680 | $1,088.00 |
| **Payroll Tax** | 3.6 | | $2,448.00 |
| NG, LINDA LIAN TAT | 1.3 | $680 | $884.00 |
| ITO, HIROAKI | 4.0 | $480 | $1,920.00 |
| **Japan** | 5.3 | | $2,804.00 |
| TROTMAN, SEAN P | 0.5 | $680 | $340.00 |
| **China Stock Plan** | 0.5 | | $340.00 |
| HERNANDEZ, ALVARO JOSE | 0.3 | $290 | $87.00 |
| OTERO, MARIA D | 1.9 | $480 | $912.00 |
| RODRIGUEZ, ZULMA | 0.5 | $480 | $240.00 |
| MONTANEZ, ANA DELIA | 6.1 | $290 | $1,769.00 |
| **P. R. Property Tax** | 8.8 | | $3,008.00 |
| **Subtotal** | 29.0 | | $14,028.00 |
| **Expenses** | | | $0.00 |
| **Total Deloitte Tax LLP Fees for September 2010** | | | $14,028.00 |

EXHIBIT B
September, 2010

**W. R. Grace**
**Hours Detail**
**September 1 through September 30, 2010**

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 9/11/2010 | GORDON, JARED H | Customs | Carol Finke | Coordinating customs issues with michele mcguire's global trade solutions group | 0.3 | $ 680 | $204.00 |
| 9/13/2010 | GORDON, JARED H | Customs | Carol Finke | Coordinating customs issues with michele mcguire's global trade solutions group | 0.2 | $ 680 | $136.00 |
| 9/23/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Research and correspondence regarding consolidated returns in connection w/ Project Mallard | 0.1 | $ 680 | $68.00 |
| 9/24/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Research and correspondence regarding Project Mallard (including calls with carol finke & emails with victor penico) | 1.4 | $ 680 | $952.00 |
| 9/27/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Correspondence regarding consolidated return and post-merger integration issues in connection w/ Project Mallard | 0.4 | $ 680 | $272.00 |
| 9/30/2010 | ALEX, ANU T | General Administration | Carol Finke | Preparation of bankruptcy billing applications | 1.0 | $ 480 | $480.00 |
| 9/2/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Discuss IRS submission w/DWalker; review & edit proposed submission; respond to D. Walker | 1.0 | $ 680 | $680.00 |
| 9/7/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Status update with D. Walker (WNT) re: IRS email on corrections | 0.3 | $ 680 | $204.00 |
| 9/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Follow-up with D. Walker on IRS response | 0.3 | $ 680 | $204.00 |
| 9/1/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Analysis and review of IRS submission | 1.0 | $ 680 | $680.00 |
| 9/2/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Discuss IRS submission w/D Heikkinen; review & edit proposed submission; respond to D. Heikkinen | 0.5 | $ 680 | $340.00 |
| 9/7/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Prep; Status update with D. Heikkinen re: IRS email on corrections | 0.5 | $ 680 | $340.00 |
| 9/13/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Review email from Carol, phone call with Carol Finke re: customs duty issue, preliminary research | 1.0 | $ 570 | $570.00 |
| 9/14/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Prepare and send email to Carol Finke re: customs duty question | 2.0 | $ 570 | $1,140.00 |
| 9/15/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Research, prepare and send email to Carol Finke re: customs duty rate to import catalysts into the US | 0.5 | $ 570 | $285.00 |
| 9/24/2010 | NG, LINDA LIAN TAT | Japan | Carol Finke | Attend call with, and review, an e-mail from, Carol Finke regarding an asset sale vs. a stock sale. | 0.5 | $ 680 | $340.00 |
| 9/27/2010 | NG, LINDA LIAN TAT | Japan | Carol Finke | Review and revise draft responses to Carol Finke regarding tax issues with respect to an asset sale vs. a stock sale. | 0.8 | $ 680 | $544.00 |
| 9/27/2010 | ITO, HIROAKI | Japan | Carol Finke | Research and correspondence regarding Japanese tax implications of asset sale v. stock sale | 4.0 | $ 480 | $1,920.00 |
| 9/9/2010 | WICKERT, DIANE L | General Administration | Carol Finke | Preparation of bankruptcy billing applications | 2.9 | $ 290 | $841.00 |
| 9/7/2010 | TROTMAN, SEAN P | China Stock Plan | Paula Stuard | Correspondence regarding filings in China associated with stock plans. | 0.5 | $ 680 | $340.00 |
| 9/23/2010 | ROBINS, SCOTT MICHAEL | Consolidated Returns | Carol Finke | Follow up with Jared regarding Project Mallard | 1.0 | $ 480 | $480.00 |
| 9/2/2010 | HERNANDEZ, ALVARO JOSE | P. R. Property Tax | Joe Bahorich | Engagement letter | 0.2 | $ 290 | $58.00 |
| 9/9/2010 | HERNANDEZ, ALVARO JOSE | P. R. Property Tax | Joe Bahorich | Archiving billing File | 0.1 | $ 290 | $29.00 |
| 9/2/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | review of billing files - practice review compliance | 0.4 | $ 480 | $192.00 |
| 9/8/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | engagement letter and review communication via e- | 0.5 | $ 480 | $240.00 |
| 9/10/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | Application for amnesty & correspondence with Ana re: alternatives and open items for purposes of filing without payment | 0.5 | $ 480 | $240.00 |
| 9/30/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | correspondence regarding invoice | 0.5 | $ 480 | $240.00 |
| 9/8/2010 | RODRIGUEZ, ZULMA | P. R. Property Tax | Joe Bahorich | call from auditor to discuss CRIM amnesty | 0.5 | $ 480 | $240.00 |
| 9/2/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 0.6 | $ 290 | $174.00 |
| 9/3/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | Phone call with CRIM representative and correspondence with CRIM. | 1.0 | $ 290 | $290.00 |
| 9/9/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| 9/10/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| 9/13/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.5 | $ 290 | $435.00 |
| 9/14/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| | | | | **Fees for September 2010** | **29.0** | | **$14,028.00** |

**EXHIBIT B**
September, 2010

**W. R. Grace**
**Expenses Detail**
**September 1 through September 30, 2010**

| Date | Name | Description | Related Expenses |
|------|------|-------------|------------------|
| | Expenses for September 2010 | | $0.00 |