IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 2**

IN RE: W.R.Grace & Co. et al.

| | | |
|---|---|---|
| Bank Lender Group, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 11- 201 |
| v. | ) | |
| | ) | |
| W.R.Grace & Co. et al., | ) | |
| | ) | |
| | ) | Bankruptcy Case No. 01-1139 JKF |
| Appellees | | AP 11-17 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 1/31/11 were docketed in the District Court on 3/10/11 :

    Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization Supplemental Findings of Fact and Conclusions of Law

    Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                          Appellant's Brief Due 3/28/11

                                          Peter T. Dalleo
                                          Clerk of Court

Date: 3/10/11
To:    U.S. Bankruptcy Court
        Counsel