IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   2

IN RE: W.R.Grace & Co. et al.

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | ) | |
| of W.R. Grace & Co. et al., | ) | |
| | ) | |
| | ) | |
|       Appellant | ) | Civil Action No. 11- 202 |
|   v. | ) | |
| | ) | |
| W.R.Grace & Co. et al., | ) | |
| | ) | |
| | ) | Bankruptcy Case No. 001-1139 JKF |
|       Appellees | | |
| | | AP 11-18 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following orders of the Bankruptcy Court dated 1/31/11 and 2/15/11 was docketed in the District Court on 3/10/11:

    Memorandum Opinion Regarding Objections to Confirmation of First
    Amended Joint Plan of Reorganization Supplemental Findings of Fact
    and Conclusions of Law

    Recommended Findings of Fact, Conclusions of Law and Order Regarding
    Confirmation of First Amended Joint Plan of Reorganization as Modified
    Through December 23, 2010

    Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as
    Amended Through December 23, 2010

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                        Appellants brief due 3/28/11

                                  Peter T. Dalleo

Clerk of Court

Date: 3/10/11
To: U.S. Bankruptcy Court
      Counsel