**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687<br>**Docket Nos. 3639, 3646, 3660** |
| Armstrong World Industries, Inc. | Case No.: 00-4471<br>**Docket Nos. 10698, 10707, 10721** |
| Combustion Engineering, Inc. | Case No.: 03-10495<br>**Docket Nos. 3380, 3387, 3400** |
| The Flintkote Company | Case No.: 04-11300<br>**Docket Nos. 5606, 5646, 5693** |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>**Docket Nos. 10009, 10019, 10044** |
| Owens Corning | Case No.: 00-3837<br>**Docket Nos. 20954, 20964, 20981** |
| US Mineral Products Company | Case No.: 01-2471<br>**Docket Nos. 3878, 3885, 3897** |
| USG Corp. | Case No.: 01-2094<br>**Docket Nos. 12596, 12605, 12617** |
| W.R. Grace & Co. | Case No.: 01-1139<br>**Docket Nos. 26053, 26146, 26357** |

Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592<br>**Docket Nos. 2770, 2778, 2792** |
| North American Refractories Co. | Case No.: 02-20198<br>**Docket Nos. 6944, 6965, 6998** |
| Pittsburgh Corning Corp. | Case No.: 00-22876<br>**Docket Nos. 8096, 8121, 8162** |

Debtors.

**OBJECTION OF KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY, WATERS & KRAUS LLP, STANLEY, MANDEL & IOLA, L.L.P., SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC, BERGMAN, DRAPER & FROCKT, GORI JULIAN, & ASSOCIATES, P.C., EARLY, LUCARELLI, SWEENEY & STRAUSS, COONEY & CONWAY, GEORGE & SIPES LLP, LIPSITZ & PONTERIO, LLC, BIFFERATO LLC, AND MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP, TO GARLOCK'S AMENDED MOTION FOR ORDERS AUTHORIZING ACCESS TO <u>2019 STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF</u>**

Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, on their own behalf and on behalf of their respective predecessors ("Certain Law Firm Objectors") herby object to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (the "Amended Motion"), and incorporate by reference in its entirety the arguments set forth in the Brief of the Certain Law Firm Objectors in Opposition to the Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to 2019 Statements Filed in this Court and for Related Relief, filed on January 28, 2011, and the arguments in support thereof made on the record at the hearing on February 14, 2011.

DATED:  March 11, 2011
Wilmington, Delaware

MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, LLP

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
Laurie A. Krepto (DE 4109)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:    (302-504-7830)
Facsimile:     (302-504-7820)

and

Ellen C. Brotman
123 South Broad Street
 Avenue of the Arts
Philadelphia, PA 19109

Counsel for the Above-Named Firms