**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 (Rel. Dkt. Nos. 3650, 3660) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (Rel. Dkt. Nos. 10711, 10721) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (Rel. Dkt. Nos. 3391, 3400) |
| The Flintkote Company | Case No.: 04-11300 (Rel. Dkt. Nos. 5668, 5693) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (Rel. Dkt. Nos. 10025, 10044) |
| Owens Corning | Case No.: 00-3837 (Rel. Dkt. Nos. 20969, 20981) |
| US Mineral Products Company | Case No.: 01-2471 (Rel. Dkt. Nos. 3889, 3897) |
| USG Corp. | Case No.: 01-2094 (Rel. Dkt. Nos. 12609, 12617) |
| W.R. Grace & Co. | Case No.: 01-1139 (Rel. Dkt. Nos. 26211, 26357) |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Mid-Valley, Inc. | Case No.: 03-35592 (Rel. Dkt. Nos. 2783, 2793) |
| North American Refractories Co. | Case No.: 02-20198 (Rel. Dkt. Nos. 6984, 6998) |
| Pittsburgh Corning Corp. | Case No.: 00-22876 (Rel. Dkt. Nos. 8139, 8162) |
| Debtors. | **Hearing Date: March 28, 2011 @ 9:00 a.m.** |

**OBJECTION OF THE OFFICIAL COMMITTEES OF ASBESTOS CLAIMANTS IN THE FLINTKOTE, GRACE, NARCO AND PITTSBURGH CORNING BANKRUPTCIES TO GARLOCK'S AMENDED MOTION FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS AND RELATED RELIEF**

The Official Committees of Asbestos Claimants in the Flintkote, Grace, NARCO and Pittsburgh Corning bankruptcy cases (the "ACCs") hereby object (the "Objection") to the *Amended Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in This Court and For Related Relief* (the "Amended 2019 Motion"). In support of this Objection, the ACCs respectfully state as follows:

1. On January 10, 2011, Garlock Sealing Technologies ("Garlock") filed the *Motion for Order Authorizing Access to 2019 Statements filed in this Court* (the "Original 2019

Motion").

2. On February 7, 2011, the ACC's filed the *Joinder and Objection of the Official Committees of Asbestos Claimants in the Flintkote, Grace, NARCO and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief* (the "ACC Joinder and Objection").

3. On February 14, 2011, a hearing was held on the Original 2019 Motion. At the hearing, counsel to the ACCs presented arguments in opposition to the Original 2019 Motion.

4. On February 18, 2011, Garlock filed the Amended 2019 Motion[1]

5. The ACCs hereby incorporates by reference, as if fully set forth herein, the arguments contained and the positions taken in the ACC Joinder and Objection. In addition, the ACCs hereby incorporate by reference the arguments presented at the February 14, 2011 hearing in opposition to the Original 2019 Motion.

For the foregoing reasons, the ACCs respectfully request that Garlock's Amended 2019 Motion be denied.

Dated: March 11, 2011                                   Respectfully submitted,

CAMPBELL & LEVINE, LLC                                  CAMPBELL & LEVINE, LLC

*/s/ David B. Salzman*                                  */s/ Mark T. Hurford*
Douglas A. Campbell (PA ID No. 23143)                   Marla R. Eskin (DE Bar No. 2989)
Philip E. Milch (PA I.D. No. 53519)                     Mark T. Hurford (DE Bar No. 3299)
David B. Salzman (PA I.D. No. 39360)                    800 N. King Street, Suite 300
1700 Grant Building                                     Wilmington, DE 19801
Pittsburgh, PA  15219                                   Telephone:  (302) 426-1900
Telephone:  (412) 261-0310                              Facsimile:  (302) 426-9947
Facsimile:  (412) 261-5066                              meskin@camlev.com
dac@camlev.com                                          mhurford@camlev.com
dbs@camlev.com
pem@camlev.com                                          and

---

[1] At footnote one of the Amended 2019 Motion Garlock states that it "previously filed a substantively identical motion in the above-captioned cases..."

- 3 -

and

| | |
|---|---|
| **CAPLIN & DRYSDALE, CHARTERED** | **CAPLIN & DRYSDALE, CHARTERED** |
| Peter Van N. Lockwood | Elihu Inselbuch |
| Trevor W. Swett | 375 Park Avenue, 35th Floor |
| Kevin C. Maclay | New York, NY  10152-3500 |
| One Thomas Circle, NW | Telephone:  (212) 319-7125 |
| Suite 1100 | Facsimile:  (212) 644-6755 |
| Washington, DC  20005 | E-mail: ei@capdale.com |
| Telephone:  (202) 862-5000 | |
| Facsimile:  (202) 429-3301 | |
| E-mail: tws@capdale.com; pvnl@capdale.com | |
| kcm@capdale.com | |

*Counsel for the Official Committees of Asbestos Claimants*

{D0197657.1 }