**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>       Debtors. | <br><br>Case No.: 02-12687 (JKF)<br>Case No.: 00-4471 (JKF)<br>Case No.: 03-10495 (JKF)<br>Case No.: 04-11300 (JKF)<br>Case No.: 02-10429 (JKF)<br>Case No.: 00-3837 (JKF)<br>Case No.: 01-2471 (JKF)<br>Case No.: 01-2094 (JKF)<br>Case No.: 01-1139 (JKF) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Mid-Valley, Inc.<br>North American Refractories Co.<br>Pittsburgh Corning Corp.<br><br>       Debtors. | <br><br>Case No.: 03-35592 (JKF)<br>Case No.: 02-20198 (JKF)<br>Case No.: 00-22876 (JKF) |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 11, 2011, I caused a copy of the foregoing to be served upon the individuals on the attached service lists via first class mail.

Dated: March 11, 2011

                                                  */s/ Mark T. Hurford*
                                                  Mark T. Hurford (DE No. 3299)

{D0197701.1 }