**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 (JKF) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (JKF) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JKF) |
| The Flintkote Company | Case No.: 04-11300 (JKF) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JKF) |
| Owens Corning | Case No.: 00-3837 (JKF) |
| US Mineral Products Company | Case No.: 01-2471 (JKF) |
| USG Corp. | Case No.: 01-2094 (JKF) |
| W.R. Grace & Co. | Case No.: 01-1139 (JKF) |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 (JKF) |
| North American Refractories Co. | Case No.: 02-20198 (JKF) |
| Pittsburgh Corning Corp. | Case No.: 00-22876 (JKF) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 11, 2011, I caused a copy of the foregoing to be served upon the individuals on the attached service lists via first class mail.

Dated: March 11, 2011

/s/ Mark T. Hurford
Mark T. Hurford (DE No. 3299)

{D0197699.1 }