# **Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 1/31/11 @4:00 pm |

SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL.,
FOR THE MONTHLY PERIOD OF NOVEMBER 2010 FOR THE QUARTERLY FEE
PERIOD OF OCTOBER THROUGH DECEMBER 2010

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **November 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 16,883.50** |
| Amount of Expense Reimbursement sought | **$  6,780.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of November, 2010. This is the 89th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with a specific matter, now settled, for which Applicant had been retained as special litigation counsel. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 63rd monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |

| | | | |
|---|---|---|---|
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 – 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1 – 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1 – 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1– 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1– 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1– 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| 1/1– 1/31/08 | March 13, 2008 | 32,984.00 | – |
| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1– 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1– 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| 7/1 – 7/31/08 | September 19, 2008 | 19,266.00 | – |

| | | | |
|---|---|---|---|
| 8/1 – 8/31/08 | October 14, 2008 | 11,601.50 | – |
| 9/1 – 9/30/08 | November 11, 2008 | 8,074.00 | 762.00 |
| 10/1 – 10/31/08 | December 11, 2008 | 11,056.50 | – |
| 11/1 – 11/30/08 | January 22, 2009 | 14,683.50 | 14.12 |
| 12/1– 12/31/08 | October 19, 2010 | 30,541.00 | 9.00 |
| 1/1– 1/31/09 | March 17, 2009 | 32,103.50 | – |
| 2/1 – 2/28/09 | April 15, 2009 | 9,576.00 | 409.50 |
| 3/1 – 3/31/09 | May 27, 2009 | 11,226.50 | – |
| 4/1– 4/30/09 | July 7, 2009 | 2,139.00 | 140.00 |
| 5/1– 5/30/09 | July 17, 2009 | 5,472.00 | 810.00 |
| 6/1– 6/30/09 | None submitted | - | - |
| 7/1– 7/31/09 | September 22, 2009 | 195.00 | - |
| 8/1 – 8/31/09 | October 12, 2009 | 228.00 | - |
| 9/1 – 9/30/09 | November 11, 2009 | 21,153.00 | 180.00 |
| 10/1 – 10/31/09 | December 3, 2009 | 11,029.50 | - |
| 11/1 – 11/30/09 | January 13, 2010 | 7,866.50 | - |
| 12/1– 12/31/09 | February 2, 2010 | 7,923.00 | 1388.00 |
| 1/1– 1/31/10 | None submitted | - | - |
| 2/1 – 2/28/10 | None submitted | - | - |
| 3/1 – 3/31/10 | May 25, 2010 | 1,904.00 | 1100.00 |
| 4/1 – 4/30/10 | June 16, 2010 | 1,392.00 | 4.72 |
| 5/1 – 5/31/2010 | July 13, 2010 | 9,003.50 | - |
| 6/1 – 6/30/2010 | August 9, 2010 | 4,627.00 | - |
| 7/1 – 7/31/2010 | September 14, 2010 | 11,372.50 | 93.45 |
| 8/1 – 8/31/2010 | October 19, 2010 | 2,645.00 | 498.39 |
| 9/1 – 9/30/2010 | November 8, 2010 | 714.00 | - |
| 10/1 – 10/31/2010 | December 17, 2010 | 6,381.00 | 970.14 |
| TOTAL | | $3,552,028.50 | $788,941.61 |

During this fee period, Woodcock provided ordinary-course, intellectual property

services in connection with four substantive matters, which are detailed in the attached fee

schedule for the matter.

The Woodcock professionals who rendered ordinary course services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $595.00 | 22.90 | $13,625.50 |
| Michael A. Koptiw | Associate | 2006 | IP Counseling | $305.00 | 4.80 | $ 1,464.00 |
| Noreen Garonski | Paralegal | | IP Prosecution | $195.00 | 9.20 | $ 1,794.00 |

Total Fees:  $16,883.50
Blended Rate: $457.55

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $16,883.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($13,506.80), and (ii) 100% of the expenses incurred $6,780; and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: January 7, 2011

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA  19104
(215) 568-3100
levin@woodcock.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2010, THROUGH NOVEMBER 30, 2010

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 11/01/2010 | NAG | Review issue fee checklist, receipt and review of executed assignment document from client' preparation of and attendance to payment of the Base Issue Fee and recordation of assignment with the United States Patent and Trademark Office on November 1, 2010, preparation of correspondence to client forwarding copy of Base Issue Fee Transmittal and advising of approximate issuance of patent; | 1.50 |
|---|---|---|---|
| 11/03/2010 | NAG | Receipt and review of original assignment document from the Patent and Trademark Office, preparation of correspondence to Mr. Cross on November 3, 2010 forwarding copy of recorded assignment and updating file to reflect assignee. | .60 |

SERVICES $ 409.50

| | NAG | NOREEN GARONSKI | 2.10 | hours @ | $195.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES – PUBLICATION FEE | 300.00 |
|---|---|
| PATENT OFFICE FEES – UTILITY ISSUE FEE | 1,510.00 |
| PATENT OFFICE FEES – RECORDATION OF ASSIGNMENT FEE | 40.00 |

DISBURSEMENT TOTAL $ 1,850.00

SERVICE TOTAL $ 409.50

**INVOICE TOTAL** $ **2,259.50**

**WRG-0095**
**ANALYSIS OF THIRD PARTY PATENT**
**RELATING TO CHROMATOGRAPHY SYSTEM**

| 11/11/2010 | GHL | Telephone conference with Mr. Bunch regarding communication from third party regarding proposed meeting to discuss patent and Grace's proposed liquid chromatography system, and preparation of Rule 408 Agreement to cover the meeting. | .50 |
|---|---|---|---|

|  |  |  | SERVICES | $ | 297.50 |
|---|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.50 | hours @ | $595.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                        $      297.50

**WRG-0096**
## SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVE INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| 11/01/2010 | NG | Preparation of draft divisional application, drawing and application data sheet. | 2.50 |
|---|---|---|---|
| 11/02/2010 | NG | Review of file and corresponding application to compile documentation necessary for citing to the United States Patent and Trademark Office and preparation of PTO 1449 form. | 2.00 |
| 11/17/2010 | NG | Receipt and review of communication from client authorizing filing of divisional application and preparation of additional documentation necessary for filing application in the Patent and Trademark Office and attendance to filing divisional application with the United States Patent and Trademark Office. | 2.00 |
| 11/18/2010 | NG | Preparation of correspondence to Mr. Cross on November 18, 2010 forwarding copies of divisional application as filed and supporting documentation. | .60 |

SERVICES                     $    1,384.50

| NAG | NOREEN GARONSKI | 7.10 | hours @ | $195.00 |
|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES – UTILITY EXAMINATION FEE | 220.00 |
|---|---|
| PATENT OFFICE FEES – UTILITY SEARCH FEE | 540.00 |
| PATENT OFFICE FEES – BASIC FILING FEE | 330.00 |

DISBURSEMENT TOTAL                     $    1,090.00

SERVICE TOTAL                     $    1,384.50

**INVOICE TOTAL**                     $    2,474.50

## WRG-0097
## EVALUATION OF THIRD-PARTY PATENTS ON CEMENT MIXING

| | | | |
|---|---|---|---|
| 11/08/2010 | GHL | Evaluation of possible relevance of third-party patents to Grace's proposed cement delivery trucks and monitoring systems, including preliminary review of the patents and claims, telephone conference with Mr. Leon and Mr. Holder to receive background on the proposed delivery and monitoring systems, and initial evaluation with Mr. Leon of issues to be addressed. | 2.50 |
| 11/09/2010 | GHL | Further review of the patents. | 1.10 |
| 11/10/2010 | GHL | Review of compendium/summary of prior art as received from Mr. Leon, further review of the patents, and further telephone conference with Mr. Leon regarding strategy for invalidity analysis. | 2.20 |
| 11/12/2010 | GHL | Further review of patents to develop claim scope for freedom-to-operate analysis. | 1.20 |
| 11/15/2010 | GHL | Further review of the patents and begin review of prosecution history in preparation for claim construction for invalidity analysis. | 1.60 |
| 11/16/2010 | GHL | Further review of prosecution history of third-party patents, begin review of prior art as received from Mr. Leon; telephone conference with Mr. Leon regarding status of analysis. | 1.20 |
| 11/18/2010 | GHL | Further review of additional prior art references as identified by Mr. Leon and consideration of invalidity analysis in view of same. | 1.20 |
| 11/18/2010 | MAK | Consideration and analysis of specification, claims and prosecution history of the patent. | 1.80 |
| 11/19/2010 | MAK | Consideration and analysis of claims in light of the specification and prosecution history, meeting with Mr. Levin regarding technical aspects of the disclosure and interpretation of the claims. | 3.00 |
| 11/19/2010 | GHL | Review of prior art as identified by Mr. Leon, conference with Woodcock associate Mr. Koptiw regarding description of certain claim terms in the third-party patents and claim interpretation issues arising from same, and telephone conference with Mr. Leon regarding prior art analysis. | 3.50 |
| 11/22/2010 | GHL | Continued review of prior art and begin development of claim chart. | 2.50 |
| 11/23/2010 | GHL | Further review of prior art references and begin mapping to claims of the third-party patents. | 2.30 |
| 11/24/2010 | GHL | Work on claim chart of prior art references. | 2.00 |
| 11/29/2010 | GHL | Further work on claim chart and preparation for scheduled telephone conference with Mr. Leon. | 1.10 |

SERVICES                  $    14,792.00

| | GHL | GARY H. LEVIN | 22.40 | hours @ | $595.00 |
|---|---|---|---|---|---|
| | MAK | MICHAEL A. KOPTIW | 4.80 | hours @ | $305.00 |

**DISBURSEMENTS:**

| PATENT COPIES – THE PATENT PLACE, INC. | 450.00 |
|---|---|

DISBURSEMENT TOTAL                       $       450.00

SERVICE TOTAL                            $    14,792.00

**INVOICE TOTAL**                        $    15,242.00