IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
| Debtors. | ) Objection Date: April 4, 2011 at 4:00 p.m. |
|  | ) Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-THIRD MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | December 1, 2010 through December 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,800.00 |
| 80% of fees to be paid: | $1,440.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 724.90 |
| Total Fees @ 80% and 100% Expenses: | $2,164.90 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:   ___  interim   _X_  monthly   ___  final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### DECEMBER 2010

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 3.60 | $1,800.00 |
| **Grand Total:** | | | **3.60** | **$1,800.00** |
| **Blended Rate: $500.00** | | | | |

        **Total Fees:**     $1,800.00
        **Total Hours:**     3.60
        **Blended Rate:**     $1,800.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 3.60 | $1,800.00 |
| **TOTAL** | **3.80** | **$1,800.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $663.40 |
| Parking | $36.00 |
| Taxi | $25.50 |
| **TOTAL** | **$724.90** |

Respectfully submitted,

Dated: March 14, 2011   */S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835