**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for December 2010**

| Date | Services | Hours |
|---|---|---|
| 12/8 | Travel to and from NY (4.00 hours billed at 2.00); meeting with R. Frankel, R. Wyron and financial advisors (1.60) | 3.6 |

**Total Hours:** 3.6

**Total Fees ($500.00 per hour)** **$1,800.00**

**Expenses:**

| | |
|---|---|
| **Airfare to and from NY** | **$663.40** |
| **Parking at National Airport** | **$36.00** |
| **Taxi to meeting in NY** | **$25.50** |
| **Total Fees & Expenses** | **$724.90** |