IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., <u>et al.</u>,            )    Case No. 01-1139 (JKF)
                                            )    Jointly Administered
                                            )
             Debtors.                       )    Objection Date: April 4, 2011 at 4:00 p.m.
_____)    Hearing: Schedule if Necessary (Negative Notice)

**COVER SHEET TO SIXTY-FOURTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | January 1, 2011 through January 31, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $550.00 |
| 80% of fees to be paid: | $440.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $440.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:  ___  interim   _X_  monthly   ___  final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## JANUARY 2011

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 1.10 | $550.00 |
| **Grand Total:** | | | **1.10** | **$550.00** |
| **Blended Rate: $500.00** | | | | |

**Total Fees:** $550.00
**Total Hours:** 1.10
**Blended Rate:** $550.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 1.10 | $550.00 |
| **TOTAL** | **1.10** | **$550.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: March 14, 2011

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835