## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for January 2011**

| **Date** | **Services** | **Hours** |
|---|---|---|
| **1/31** | Review of Confirmation Order | **1.10** |
| **Total Hours:** | | **1.10** |
| **Total Fees ($500.00 per hour)** | | **$550.00** |
| **Expenses** | | **$0.00** |
| **Total Fees & Expenses** | | **$550.00** |