**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 (Rel. Dkt. Nos. 3645, 3660) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (Rel. Dkt. Nos. 10706, 10721) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (Rel. Dkt. Nos. 3386, 3400) |
| The Flintkote Company | Case No. 04-11300 (Rel. Dkt. Nos. 5643, 5693) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (Rel. Dkt. Nos. 10018, 10044) |
| Owens Corning | Case No.: 00-3837 (Rel. Dkt. Nos. 20962, 20981) |
| US Mineral Products Company | Case No. 01-2471 (Rel. Dkt. Nos. 3884, 3897) |
| USG Corp. | Case No. 01-2094 (Rel. Dkt. Nos. 12604, 12617) |
| W.R. Grace & Co. | Case No. 01-1139 (Rel. Dkt. Nos. 26137, 26357) |
| Debtors | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 (Rel. Dkt. Nos. 2775, 2792) |
| North American Refractories Co. | Case No.: 02-20198 (Rel. Dkt. Nos. 6961, 6998) |
| Pittsburgh Corning Corp. | Case No. 00-22876 (Rel. Dkt. Nos. 8118, 8162) |
| Debtors | |

**OBJECTION OF THE LAW OFFICES OF PETER G. ANGELOS,
P.C.; BARON & BUDD, P.C.; BRAYTON PURCELL, LLP;
HISSEY KIENTZ, LLP; THE LIPMAN LAW FIRM; REAUD,
MORGAN & QUINN, INC.; THORNTON & NAUMES, LLP;
WATERS & KRAUS, LLP; WEITZ & LUXENBERG P.C.; AND
WILLIAMS KHERKHER HART BOUNDAS, LLP, TO
GARLOCK'S AMENDED MOTION FOR ORDERS AUTHORIZING
<u>ACCESS TO 2019 STATEMENTS AND RELATED RELIEF</u>**

-1-

The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg, P.C.; and Williams Kherkher Hart Boundas, LLP (collectively, the "Law Firms" with each being a "Law Firm") hereby file this objection to Garlock's Amended Motion for Order Authorizing Access to 2019 Statements (the "Amended 2019 Motion") and respectfully submit as follows:

On January 10, 2011, Garlock Sealing Technologies ("Garlock") filed its Motion for Order Authorizing Access to 2019 Statements Filed in this Court (the "Original 2019 Motion").

The Law Firms objected to the Original 2019 Motion, filing their Response of the Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (the "Law Firm Objection").[1]

At a February 18, 2011 hearing, this Court stated that the filing of the Original 2019 Motion was improper, because, among other reasons, Garlock had not properly sought or been granted relief reopening those of the above captioned bankruptcy cases that have been closed,[2] but the Court entertained argument with respect to those cases that were still pending.

---

[1] Weitz & Luxenberg P.C. filed a joinder to the Law Firm Objection on March 3, 2011.

[2] These "Closed Cases" include ACandS, Inc. Case No.: 02-12687 (JKF); Armstrong World Industries, Inc. Case No.: 00-4471 (JKF); Combustion Engineering, Inc. Case No.: 03-10495 (JKF); Owens Corning Case No.: 00-3837 (JKF); US Mineral Products Company Case No. 01-2471 (JKF); USG Corp. Case No. 01-2094 (JKF); and Mid-Valley, Inc. Case No.: 03-35592 (JKF).

Garlock filed its Amended 2019 Motion in all the above captioned cases on February 28, 2011.

As an initial matter, the Law Firms object to Garlock's filing the Amended 2019 Motion in the Closed Cases, as those cases have not yet been reopened by the Court, and thus Garlock's Amended 2019 Motion is premature and its filing procedurally improper.

To the extent the Court considers the Amended 2019 Motion, the Law Firms hereby incorporate by reference, as if fully set forth herein, the arguments contained and the positions taken in the Law Firm Objection. In addition, the Law Firms hereby incorporate by reference the arguments presented by their counsel at the February 14, 2011 hearing in opposition to the Original 2019 Motion.

For the foregoing reasons, the Law Firms respectfully request that Garlock's Amended 2019 Motion be denied.

|  |  |
|---|---|
| Dated: March 15, 2011 | /s/ Daniel K. Hogan |
|  | Daniel K. Hogan (De. Bar No. 2814) |
|  | **THE HOGAN FIRM** |
|  | 1311 Delaware Avenue |
|  | Wilmington, Delaware 19806 |
|  | Telephone: (302) 656-7540 |
|  | Facsimile: (302) 656-7599 |

Peter J. Ashcroft (PA I.D. #87317)
**BERNSTEIN LAW FIRM, P.C.**
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
pashcroft@bernsteinlaw.com
(412) 456-8107
(412) 456-8255 (facsimile)

-and-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman TX Bar No. 06671500
David A. Klingler TX Bar No. 11574300
David J. Parsons TX Bar No. 24037238
Cliff I. Taylor TX Bar No. 24042007
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900
(214) 969-4999 (facsimile)

**ATTORNEYS FOR THE LAW FIRMS**