IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No. 00-22876 |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that, on March 15, 2011, a true and correct copy of the

*Objection of The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton*

*Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.;*

*Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements and Related Relief* was served on the parties listed below via first class mail and electronic mail and on all other parties registered for electronic service via CM/ECF.

| | |
|---|---|
| Garland S. Cassada, Esq. | Gregory W. Werkheiser, Esq. |
| Richard C. Worf, Jr., Esq. | Matthew B. Harvey, Esq. |
| Robinson, Bradshaw & Hinson | Morris, Nichols, Arsht & Tunnell, LP |
| 101 North Tryon Street, Suite 1900 | 1201 N. Market Street, 18th Floor |
| Charlotte, NC 28246 | P.O. Box 1347 |
| gcassada@rbh.com | Wilmington, DE 19899-1347 |
| rworf@rbh.com | gwerkheiser@mnat.com |
| | mharvey@mnat.com |

Dated: March 15, 2011                     */s/Daniel K. Hogan*
                                          Daniel K. Hogan (#2814)
                                          **THE HOGAN FIRM**
                                          1311 Delaware Avenue
                                          Wilmington, DE 19806
                                          (302) 656-7540
                                          (302) 656-7599- facsimile
                                          Email: dkhogan@dkhogan.com