**EXHIBIT A**
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $11,130.50 |
| --- | ---: |
| FEE APPLICATION – APPLICANT | $310.50 |
| TOTAL FEES | $11,441.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number 130932
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/03/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 01/04/11 | ARA | Quality control Libby documents before returning them to the repository. | 1.50 Hrs | 195.00 |
| 01/04/11 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 01/05/11 | MTM | Telephone call from in-house Grace counsel re: TEC Systems' documents (.1); receipt and review of email re: same (.1); telephone call to ARA re: same (.1). | 0.30 Hrs | 88.50 |
| 01/05/11 | ARA | Quality control Libby documents before returning them to the repository (3.3). Review PNB boxes for TEC Systems documents. (.3). | 3.60 Hrs | 468.00 |
| 01/05/11 | ARA | Document control. | 2.30 Hrs | 195.50 |
| 01/06/11 | MTM | Telephone calls with ARA re: TEC Systems documents in PNB collection (.1); telephone call and email to in-house counsel re: same (.1); telephone call to ARA re: same (.1). | 0.30 Hrs | 88.50 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/06/11 | ARA | Continue to review PNB boxes of documents for TEC Systems' documents (5.6); prepare documents and arrange to have documents copied by Merrill Corp. (.4). | 6.00 Hrs | 780.00 |
| 01/06/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 01/07/11 | MTM | Letter to in-house counsel re: TEC Systems documents. | 0.10 Hrs | 29.50 |
| 01/07/11 | ARA | Receive from copy service (.2). and quality control TEC Systems documents (2.3). | 2.50 Hrs | 325.00 |
| 01/07/11 | ARA | Document control. | 3.50 Hrs | 297.50 |
| 01/10/11 | MTM | Telephone call from Joan Sherman at Holme Roberts re: box of maps; telephone call to ARA re: same. | 0.10 Hrs | 29.50 |
| 01/10/11 | ARA | Quality control PNB documents (5.3). Per telephone call from MTM, contact HRO paralegal, discuss boxes of maps to be returned to Winthrop Square (.3). | 5.60 Hrs | 728.00 |
| 01/10/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 01/11/11 | ARA | Quality control PNB documents (6.0). Telephone call to MTM re: update on box of maps (.1). | 6.10 Hrs | 793.00 |
| 01/13/11 | ARA | Quality control PNB documents. | 6.30 Hrs | 819.00 |
| 01/14/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 01/18/11 | ARA | Quality control PNB documents. | 6.50 Hrs | 845.00 |
| 01/19/11 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.20 Hrs | 69.00 |
| 01/19/11 | ARA | Quality control PNB documents (5.7). Telephone call to HRO paralegal and receipt of box re: maps (.3). | 6.00 Hrs | 780.00 |
| 01/20/11 | ARA | Quality control PNB documents (1.5). Review Winthrop Square information binders for OMF boxes (.5); telephone call from MTM and HRO paralegal; discussion with HRO paralegal re: box of maps she returned and other boxes; receipt of email from HRO paralegal; forward email to MTM and telephone call to MTM explaining box of maps from HRO paralegal (1.0). | 2.50 Hrs | 325.00 |

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/20/11 | ARA | Document control. | 4.10 Hrs | 348.50 |
| 01/21/11 | ARA | Quality control PNB documents. | 5.80 Hrs | 754.00 |
| 01/24/11 | ARA | Quality control PNB documents. | 4.50 Hrs | 585.00 |
| 01/24/11 | ARA | Document control. | 2.20 Hrs | 187.00 |
| 01/25/11 | RAM | Telephone conference with in-house counsel and conference with DMB re: what search capacity firm still has. | 0.10 Hrs | 34.50 |
| 01/25/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 01/28/11 | ARA | Quality control PNB documents. | 5.90 Hrs | 767.00 |
| 01/31/11 | ARA | Document control. | 1.50 Hrs | 127.50 |

                                                         TOTAL LEGAL SERVICES    $11,130.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 345.00 | 103.50 |
| Matthew T. Murphy | 0.80 | 295.00 | 236.00 |
| Angela R. Anderson | 69.80 | 130.00 | 9,074.00 |
| Angela R. Anderson | 20.20 | 85.00 | 1,717.00 |
| | 91.10 | | $11,130.50 |

                                                         TOTAL THIS BILL         $11,130.50

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number 130933
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/11/11 | RAM | Work on November fee application; send it to Delaware counsel to file. | 0.90 Hrs | 310.50 |
| 01/18/11 | RAM | Send "as filed" November fee application to Fee Auditor. | 0.05 Hrs | No Charge |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $310.50 |

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.90 | 345.00 | 310.50 |
| Robert A. Murphy | 0.05 | 345.00 | No Charge |
|  | 0.95 |  | $310.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $310.50 |

Page 1