# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,233.77 |
|---|---|
| FEE APPLICATION – APPLICANT | 17.34 |
| TOTAL EXPENSES | $12,251.11 |