3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No.: 01-2471 |
| USG Corp. | Case No.: 01-2094 |
| W.R. Grace & Co. | Case No.: 01-1139 |

Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |

Debtors.

**CERTIFICATE OF SERVICE**

The undersigned counsel to Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney &

Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, herby certifies that on March 14, 2011, the following documents were served in the manner indicated upon the parties on the service list attached hereto as **Exhibit A:**

**Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Accociates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken Walker & Rhoads, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief**

The undersigned counsel to Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, further certifies that on March 14, 2011, the following documents were served in the manner indicated upon the parties on the service list attached hereto as **Exhibit B:**

**Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Accociates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken Walker & Rhoads, LLP, to Garlock's Motion to Intervene for the Purpose of Seeking Access to the 2019 Statements;**

**Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Accociates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken Walker & Rhoads, LLP, to Garlock's Motion to Reopen Bankruptcy Cases for the Purpose of Seeking Access to 2019 Statements;**

**And**

**Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Accociates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken Walker & Rhoads, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief.**

DATED:  March 14, 2011

                MONTGOMERY, MCCRACKEN,
                   WALKER & RHOADS, LLP

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
*/s/ Laurie A. Krepto*
Laurie A. Krepto (DE 4109)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:     (302-504-7830)
Facsimile:     (302-504-7820)


*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (PA 41412)
*/s/ Laurie A. Krepto*
Laurie A. Krepto (PA 76313)
*/s/ Ellen C. Brotman*
Ellen C. Brotman (PA 71775)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA  19109
Telephone:     (215-772-1500)
Facsimile:     (215-772-7620)

*Counsel to the above-named firms*