# EXHIBIT B

# Served both by E-Mail and First Class Mail Postage Pre Paid

Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell LP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
gwerkheiser@mnat.com

Daniel K. Hogan, Esquire
1311 Delaware Avenue
Wilmington, DE 19806
Dan@dkhogan.com

Richard A. Swanson, Esquire
Del Sole Cavanaugh Stroyd LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, P A 15222
rswanson@dscslaw.com

Daniel J. DeFranceschi, Esquire
Jason Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
defranceschi@rlf.com
madron@rlf.com

Garland S. Cassada, Esquire
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
gcassada@rbh.com

Ian Connor Bifferato, Esquire
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801
cbifferato@bifferato.com

Philip E. Milch, Esquire
Campbell & Levine
1700 Grant Building
Pittsburgh, PA 15219
pem@camlev.com

Gregory M. Gordon, Esquire
Jones Day
2727 North Harwood St.
Dallas, TX 75201-1515
gmgordon@jonesday.com

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
mhurford@camlev.com

Jeffrey N. Rich, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
jeff.rich@klgates.com

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
plockwood@capdale.com

Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
RWRiley@duanemorris.com

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
joneill@pszjlaw.com

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
smiller@morrisjames.com

Teresa K.D. Currier, Esquire
Saul Ewing, LP'
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
TCurrier@saul.com

Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
eharron@ycst.com

Stephen Karotkin, Esquire
Debra A. Dandeneau, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
stephen.karotkin@weil.com
debra.dandeneau@weil.com

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
mfelger@cozen.com

Stephen Shimshak, Esquire
Andrew Rosenberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
sshimshak@paulweiss.com
arosenberg@paulweiss.com

Richard Beck, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
rbeck@klehr.com

Kevin T. Lantry, Esquire
Kenneth P. Kansa, Esquire
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-6000
klantry@sidley.com
kkansa@sidley.com

Office of the United States Trustee
Richard L. Schepacarter
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801
Richard.schepacarter@usdoj.gov

# First Class Mail Postage Pre Paid

William P. Bowden
Ricardo Palacio
Don A. Beskrone
Ashby & Geddes
500 Delaware Avenue 8th Floor
Wilmington, DE  19801

Ellen W. Slights
Assistant U.S. Attorney
Chase Manhattan Centre
1007 Orange Street, 7th Floor
Wilmington, DE  19801

Ellen W. Slights Esq.
Assistant United States Attorney
1201 Market Street, Suite 1100
Chase Manhattan Ctr.
Wilmington, DE  19801

Charlene D. Davis
Michael L. Vild
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Ian Connor Bifferato
Bifferato Gentilotti & Biden
1308 Delaware Avenue
Buckner Building
P.O. Box 2165
Wilmington, DE  19899-2165

Brian L. Colborn
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Teresea K.D. Currier; Eric L. Schnabel
Magdeline D. Coleman
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Maria Rosoff Eskin
Kathleen Campbell Davis
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE  19801

Marc J. Phillips; Karen C. Bifferato
Jeffrey C. Wisler
Connoly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

Maria Rosoff Eskin, Esq.
Campbell & Levine LLC
800 King Street, Suite 300
3rd Floor Wilmington, DE  19801

Mark E. Felger, David W. Carickhoff, Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801

Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Adam Hiller Esq.
Draper & Goldberg P.L.L.C.
150 0 North French Street, 2nd Floor
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  198 01

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Susan F. Herr
Dupont Legal D-7156
1007 Market Street
Wilmington, DE  19898

Stuart M. Brown
Edwards and Angell LLP
919 North Market Street
Wilmington, DE  19801

William E. Chipman Jr.
Mark D. Olivere
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE  19801

William J Marsden, Jr., Esq.
Fish & Richardson PC
919 North Market Street, Suite 1100
Wilmington, DE  19801

Neal J. Levitsky
Foxrothchilds LLP
919 N. Market Street, Suite 1300
Citzens Bank Center
Wilmington, DE  19801

Victoria W. Counihan
Dennis A. Meloro
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801

Henry A. Heiman
Heiman Gouge & Kaufman LLP
800 King Street
P.O. Box 1674, Suite 303
Wilmington, DE  19801

Kevin Gross Esq.
Herbert W Mondros, Esq.
Rosenthal Monhait Gross & Goddess PA
919 Market Street, Suite 1401
Wilmington, DE  19801

Richard Schepacarter Esq.
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, DE  19801

Robert Jacobs Esq.
Jacobs & Crumplar PA
2 East 7th Street
P. 0. Box 1271
Wilmington, DE  19899

Sasha L. Azar
Jaspan Schlesinger Hoffman LP
1201 North Orange Street, Suite 1001
Wilmington, DE  19801

Joanne B. Wills
Richard M. Beck Jr.
Steven K Kortanek Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 N. Market Street, Suite 1000
Wilmington, DE  19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market St., Ste. 600
Wilmington, DE  19801

Richard Cobb Esq.
Rebecca Butcher Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Christopher D. Loizides, Esq.
Loizides PA
1225 King Street, Suite 800
Wilmington, DE  19801

Brian L. Kasprzak
Marks O'Neill, O'Brien and Courtney P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE  19801

Katharine L. Mayer, Esq.
McCarter & English LLP
919 North Market, Street Suite 1800
Post Office Box 111
Wilmington, DE  19899

William F. Taylor, Jr.
Jennifer M. Zelvin
McCarter & English LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, DE  19801

Richard Schepacarter
David Klauder
Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE  19801

Stephen M. Miller
Brett D. Fallon
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, P.O. Box 2306
Wilmington, DE  19899

Vito I. DiMaio
Parcels Inc.
917 King Street
Wilmington, DE  19801

Laura Davis Jones
Curtis Hehn
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

David B. Stratton, James C. Carignan, Henry Jaffe
Pepper Hamilton LLP
Hercules Plaza, Ste. 5100
1313 Market Street
Wilmington, DE  19899

Michael Crimi
Parcels/DDR
200 W. North Street
Lower Level
Wilmington, DE  19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19801

Stephen W. Spence
John C. Phillips, Jr.
Robert S. Goldman
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE  19806

J. Michael Johnson
Rawle & Henderson
300 Delaware Avenue
Wilmington, DE  19801

Carmella P. Keener
Rosenthal Monhait Gross & Goddess P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19801

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE  19801

Charlene D. Davis, Eric M. Sutty, Neil B. Glassman
DianClaudio Finizio
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Scott J. Leonhardt
The Rosner Law Group LLC
1000 N. West Street, Suite 1200
Wilmington, DE  198081

Kennth E. Aaron
Weir & Partners LLP
824 Market Street Mall
P.O. Box 708
Wilmington, DE  19899

Linda M. Carmichael; James Yoder
White & Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

Mark D. Collins, Jason M. Madron,
Daniel J. DeFranceschi, Paul N. Heath
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE  19899

John D. Demmy, Esq.
Stevens & Lee PC
1105 North Market Street, 7th Floor
Wilmington, DE  19801

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Richard Schepacarter and Frank J. Perch, III
United States Trustee
844 King Street, Room 2207
Wilmington, DE  19899-0035

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice PLLCC
222 Delaware Avenue, 15th Fl.
Wilmington, DE  198 01

Francis A. Monico, Jr., Esq.
Womble Caryle Sandridge & Rice
222 Delaware Avenue
Wilmington, DE  19801

Edwin J Harron, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

James L. Patton Jr.; Sharon M. Zeig;
Curtis J. Crowther
Sean Greecher Young Conway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Ellen Slights
Chemical Bank Plaza
1201 Market Street, Suite 1100
Wilmington, DE  19801

Alkon Rhea & Hart
2115 Queen St.
Christiansted
St. Croix, 00820
US Virgin Islands

Patrick Kron Chairman & CEO
Alstom
3 Avenue Andre Malraux
Levallois-Perret, 92309
FRANCE

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Matthew Bergman Esq.
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA  98070

Phyllis A. Hayes
c/o D&B/RMS Bankrutpcy Services
P.O. Box 5126
Timonium, MD  21094

Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY  10116

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

District Director
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Nancy Worth Davis, Esq.
Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P O Box 17 92
Mt Pleasant, SC 29465

Thomas P. Chapman Esq.
Law Offices of Scott B Clendaniel
300 Windsor Street
PO Box 2138
Hartford, CT  06145-2138

Gary L Barnhart Esq.
Missouri Dept of Revenue
General Counsel's Office
301 High Street, Room 670
PO Box 475
Jefferson City, MO  65105-7232

Div of Corp - Franchise Tax
Secretary of State
PO Box 7040
Dover, DE  19903

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
Unisys Way M/S E8-108
BlueBall, PA  19424

James Hipolit
ACandS Inc.
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA  17608

Stephen C. Hunt
Adorno & Yoss
350 E. Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL  333 01

Attn: Bonita Sandoz Supervisor
Los Angeles County Treasurer and Tax Collector
P. O. Box 54110
Revenue and Enforcement
Los Angeles, CA  90054-0110

Rose Klein & Marias Client Trust Acct
PO Box 22792
Long Beach, CA  90801

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Jennifer L. Best Esq.
Lindsey W. Cooper Jr., Esq.
Trial Attorney Tax Division
U. S. Dept. of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC  20044

Mark S. Palmer
P.O. Box 2045
Pittsburgh, PA  15230-2045

Brad A. Berish
Chad H. Gettleman
Adelman Gettleman Merens
    Berish & Carter LTD
53 West Jackson Blvd., Suite 1050
Chicago, IL  60604

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss P.A.
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL  33301

Thomas L. Jacob
Air Products and Chemicals Inc.
7201 Hamilton BLVD.
Allentown, PA  18195-1501

David Boyle
Airgas Inc.
P.O. Box 6675
259 Radnor-Chester Road, Suite 100
Radnor, PA  19087

Joseph Alban
Airgas Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 100
Radnor, PA  19087-8675

Robert J. Stark
David H. Botter
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

Stanley J. Samorajczyk
Mark D. Taylor
Akin Gump. Strauss Hauer & Feld LLP
1333 New Hampshire Avenue
NW Washington, DC  20036

Chad H. Gettleman
Brad A. Berish
Aldelman Gettleman Merens
    Berish & Carter LTD
53 West Jackson Blvd., Suite 1050
Chicago, IL  60S04

Jonathan C. Hantke Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Leslie E. Maldonado
Sheri Levine
Amroc Investments Inc.
535 Madison Avenue, 15th Floor
New York, NY  10022

J. Andrew Rahl, Jr., Esq.
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY  10020

Hugh Ray Esq.
Andrews Kurth LLP
600 Travis Suite 4200
Houston, TX  77 002

Thomas M. Fuller
Angelo Gordon & Co.
245 Park Avenue
26th Floor New York, NY  10167

Antonio D. Pyle
Antonio D. Pyle P.C.
227 Upper Baird Road
Stowe, VT  05672

John V. Fiorella
Archer & Greiner
One Centennial Square
Haddonfield, NJ  08033-0968

Michael W. Sozansky
Archer & Greiner PC
1 State Route 12
Suite 201
Flemington, NJ  08822-7702

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA  17603

ARPC
1220 19th Street NW
Suite 700
Washington, DC 20036

John E. Rodewald Esq.
Arthur F. Brandt Esq.
Bates & Carey
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606

William P. Bowden
Ashby & Geddes P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Oscar B. Fears III
Assistant Attorney General
40 Capital Square S.W.
Atlanta, GA  30334

Denise S. Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fourth Floor
Hartford, CT  06141-0120

Heather L. Donald
Assistant Attorney General State of Michigan
3030 West Grand Boulevard, Suite 10-200
Detroit, MI  48202

Terrence P. Grady
Assistant Attorney General Finance Division
One Michigan Avenue Building
120 N. Washington Square, Suite 400
Lansing, MI  48909

Joan E. Pilver
Assistant Attorney General
Office of the Attorney General
55 Elm Street, Fifth Floor
P.O. Box 12 0
Hartford, CT  06141-0120

Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Coifax Ave., Dept 1207
Denver, CO  80202-3275

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Boulevard
Tallahassee, FL  32399-3000

Andrew E. Shirley
Avenue Capital Mangement LLC
535 Madison Avenue
New York, NY  10022

Joseph L. Ruby
Baach Robinson & Lewis
1201 F Street N.W. #500
Washington, DC  20004

Jack L. Kinzie Esq.
Michael C. Li Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

Tony M. Davis Esq.
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX  77002-4995

Tony M. Davis Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX  77002

Scott Baldwin Jr.
Baldwin & Baldwin LLP
400 W. Houston Street
Marshall, TX  75570

Rosa Dominy
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Robert A. Simon
Barlow Garsek & Simon
3815 Lisbon Street
Fort Worth, TX  76107

Alan B. Rich
Baron & Budd P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

Robert Delatte
Raymond E. Wadas
Kirk S. Richardson
Baron & Budd P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

Arthur J. Spector
Berger Singerman P.A.
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301

Byran A. Shapiro
Bear Steams & Co. Inc.
383 Madison Avenue
New York, NY  10179

Steven M. Crane Esq.
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street, Suite 1500
Los Angeles, CA  90071

Bergman Senn Pageler & Frockt In Trust
17530 Vashon Hwy. SW
Burton, WA  98013

Robert S. Bernstein Esq.
Bernstein Law Firm P.C.
Suite 2200
Gulf Tower Pittsburgh, PA  15219

Craig W. Budner Esq.
Beth W. Bivans Esq.
Hughes & Luce L.L.P.
1717 Main Street, Suite 2800
Dallas, TX  75201

Bevan & Associates
10360 Northfield Road
Northfield, OH 44057

Scott L. Baena and Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2336

Scott E. Blakeley
Blakeley & Blakeley LLP
2030 Main Street, Suite 540
Irvine, CA  92614

Stanley G. Makoroff, Esq.
Blumling & Gusky LLP
1200 Koppers Building
Pittsburgh, PA  15219

Jacob A. Maurer
Robert D. Wildstein
Bodker Ramsey Andrews Wingrad
3490 Piedmont Road NE, Suite 1400
Atlanta, GA  30305-4810

Boechler PC Attorneys at Law
1120 28th Avenue N, Suite A
Fargo, ND  58102-1334

Patrick Darby
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

Stephanie Lee
Brandt Coon Associates
1888 East Capital Street
One Jackson Place, Suite 1375
Jackson, MS  39201

Alan R Brayton
Jacqueline Loveless
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Thomas S. Hemmendinger
Brennan Recupero Cascione
Scungio & McAllister LLP
362 Broadway
Providence, RI  02909

Tony Mailey
Brent Coon & Associates
3550 Fannin
Beaumont, TX  77701

Jay L. Gottlieb
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue, 23rd Floor
New York, NY  10022

Edward S. Weisfelner
John Biedermann
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036

Lloyd A. Palans
Bryan Cave LLP
One Metroplitan Square
211 North Broadway, Suite 3600
St.Louis, MO  63102-2750

Mary Beth Forshaw, Esq.
Bryce Friedman, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Stuart M. Brown
Buchanan Ingersoll PC
Eleven Penn Center
1835 Market Street, 14th Floor
Philadelphia, PA  19103-2985

Christopher P. Schueller, Esq.
Buchanan Ingersoll Professional Corporation
301 Grant Street - 20th Floor
One Oxford Centre
Pittsburgh, PA 15219-1410

Robert Rubin
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL  3 5203

Anthony Herrling
Burson-Marsteller
230 Park Avenue South
New York, NY 10003

Byrd & Associates
427 Fortification Street
Jackson, MS  39202

Paul Falick
c/o Prior Chemical Corporation
460 Park Avenue
New York, NY  10022

Donald R. Calaiaro, Esq.
Calaiaro Corbett & Brungo P.C.
Grant Building Suite 1105
330 Grant Street
Pittsburgh, PA  15219-2202

Philip E. Milch, Esq.
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA  15219

David E. Cherry
Campbell Cherry Harrison Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX  76702-1387

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale Chartered
3 75 Park Avenue, 35th Floor
New York, NY  10152

Peter Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale Chartered
One Thomas Circle, Suite 1100
Washington, DC  20005

Rathna Chikkalingaiah
Central States Southeast and Southwest
Areas Pension Fund
Legal Department
9377 West Higgins Road
Rosemont, IL  60018-4938

John A. Nadas, Esq.
Choate Hall & Stewart
Exchange Place
53 State Street Boston, MA  02109

Chris Parks & Associates
1 Plaza Square
Port Arthur, TX  77642

Mark W. Zimmerman, Esq.
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL  60603

John L Horan, Esq.
Cline Williams Wright et al
1900 US Bank Bldg.
233 South 13th Street
Lincoln, NE  68508

Gregg M. Ficks
Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA  94111

Michael P. Cascino
Allen D. Vaughan
Cascino Vaughn Law Offices Ltd.
220 S. Ashland Avenue
Chicago, IL  60607

James E. Spiotto
Ann E. Archer
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603

A. Hugh Scott
John A. Nadas
Choate Hall & Stewart LLP
Two International Place
100-150 Oliver Street
Boston, MA  02110

Sean Haas
Citadel Investment Group LLC
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

John A. Peca
Climaco Lefkowitz Peca, Wilcox & Garofoli Co. LPA
55 Public Square, Suite 1950
Cleveland, OH  44113

J.W. Taylor c/o Paul Matthews, Paralegal
Coastal Transport Inc.
P.O. Drawer 67
Auburndale, FL 33823

Jill Locnikar Bradley Esq.
Cohen & Grigsby P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222

William E. Kelleher
Tina L. Campo
Cohen & Grigsby PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222

John D Cooney, Esq.
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL  60602

Maureen A. McGreevey
Corporate Counsel
680 E. Swedesford Road
Wayne, PA  19087

Stephen G. Murphy, Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, 7th Floor
P.O. Box 9565
Boston, MA  02114

Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX  75202

Arthur J. Thomas; G. Wilkinson, Jr.
John C. Cohn; David J. Liebman
Cozen O'Connor
Liberty View Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002-2220

Daniel J. Habeck
Cramer Multhauf & Hammes LLP
P.O. Box 558
1601 East Racine Avenue, Suite 200
Waukesha, WI  53187

Warren K Takeda
Construction Labors Trust Funds for Southern
California Administrative Company LLC
4401 Santa Anita Avenue, Suite 201
El Monte, CA  91731-1605

Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover Street M/S 1050
Palo Alto, CA  94304

Thomas M. Korsman
Corporate Trust Services Wells Fargo Bank Minnesota
Sixth Street & Marquette Avenue
Mac No. N9303-120
Minneapolis, MN  55479

Mitchell Dolin Esq.
Timothy Greszler Esq.
William P. Skinner
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC  20004

Neal D. Colton
Eric L. Scherling
John J. Dwyer
Cozen and O'Connor
1900 Market Street, The Atrium
Philadelphia, PA 19103

Christopher J. Panos
Brendan C. Recupero
Craig & Macauley P.C.
600 Atlantic Avenue, 29th Floor
Federal Reserve Plaza
Boston, MA  02210

Andrew Rebak
Credit Suisse First Boston
11 Madison Avenue, 5th Floor
New York, NY  10010

Steven P. Rice Esq.
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505

Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC  20004

Davis & Davis
3000 Briarcrest Drive, Suite 602
P.O. Box 3610
Bryan, TX  77805-3610

Traci Fette
Debt Acquisition Company of
    America V LLC
1565 Hotel Circle South #310
SanDiego, CA  92108

Janet Cradeur
Department of Revenue & Taxation
P.O. Box 66658
BatonRouge, LA  70896

Deborah E. Greenspan
Dickstein Shapiro Morin
    & Oshinsky LLP
2101 L Street NW
Washington, DC  20037-1526

Francis P. Maneri; Scott J. Freedman
Peter C. Hughes; Martin J. Weis
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA  19103

Mark D. Plevin Esq.; Clifton S. Elgarten, Esq.
Frederick W. Claybrook, Jr., Esq.;
Leslie A. Epley, Esq.; James T. Hubler, Esq.
Crowell & Moring LLP
Seven Times Square
Washington, DC  20004-2595

David O. McCormick As Trustee
729 Watts Avenue
Pascagoula, MS  39568

James I. McClammy Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Peggy A. Housner
Department of Attorney General,
Assistant AG Revenue Division
First Floor Treasury Building
Lansing, MI  48922

John W. Burns Esq.
Dickie McCamey & Chilcote PC
Two PPG Place, Suite 400
Pittsburgh, PA  15222

Roger Krai
Dietrich Industries
4200 St Rt 22 East #3
Blairsville, PA 15717

Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Joel M. Helmrich, Esq.
Dinsmore & Shohl LLP
301 Grant Street
One Oxford Center
Pittsburgh, PA  15219

Karol K. Denniston
DLA Piper US LLP
550 South Hope Street, Suite 2300
Los Angeles, CA  90071

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY  10005

Kristin Going
Drinker Biddle & Reath LLP
1301 K Street N.W.
East Tower Suite 900
Washington, DC  20005-3317

William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

Henry S. Friedman US Dept of Justice
Environment & Natural Resources Div EES
PO Box 7611
Ben Franklin Station
Washington, DC  20044

Vinita K. Sinha Esq.
DKW Law Group LLC
600 Grant Street
58th Floor US Steel Tower
Pittsburgh, PA  15219

CE Settlement Trust
Downard Andra & Jones LLP
2121 Second Avenue North
Suite 100
Birmingham, AL  352 03

Paul H. Saint-Antoine, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

Russell W. Roten, Esq.
Duane Morris LLP
633 West 5th Street, Suite 4500
Los Angeles, CA  90071-2065

Mark D. Brodsky
Elliott Associates LP
712 Fifth Avenue
36th Floor
New York, NY  10019

General Counsel 4HC7 .325
Enron Energy Services, Inc.
4 Houston Cente.
1221 Lamar Street, Suite 1600
Houston, TX  77010

Jack L. Kinzie, Esq.
Eric Soderlund, Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

Rita Lofton
Euler Hermes ACI
800 Red Brook Blvd
OwingsMills, MD  21117

F. Gerald Maples PA
902 Julia Street
New Orleans, LA 70113

David A. Jagolinzer Esq.
Ferraro & Associates P.A.
4000 Ponce de Leon Boulevard, Suite 700
Miami, FL  33146

Scott W. Wert Esq.
Foster & Sear L.L.P.
524 E. Lamar Boulevard, Suite 200
Arlington, TX  76 011

Michael G. Menkowitz
Michael Temin
Fox Rothschild O'Brien & Frankel LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Janice Mac Avoy
Adam M. Adler
Fried Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY  10004

Robert S. Blanc Esq.
Gardere Wynne Sewell LLP
1000 Louisiana Suite 3400
Houston, TX  77002-5007

Patricia F. Shenfelt
Exxon Mobil Chemical Company
13501 Katy Freeway
Houston, TX  77079-1398

Sergio I. Scuteri
Farr Burke Gambacorta & Wright P.C.
P.O. Box 788, Ste. 201
Eastern Int'1 Executive Off Ctr.
211 Benigno Blvd.
Bellmawr, NJ  08099-9811

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510

Teresa M. Dorr, Esq.
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive Building 3
Lawrenceville, NJ  08648-2311

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gerber LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Galex Tortoreti & Tomes
150 Tices Lane
East Brunswick, NJ  08813

Harold L. Kaplan
Emily S. Gottlieb
Gardner Carton & Douglas
191 North Wacker Drive, Suite 3700
Chicago, IL  60606-1698

Gary O. Galiher AAL, ALC As Trustee
610 Ward Avenue
Honolulu, HI  96814

William L. Hallam
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD  21202-3281

Charles E. Gibson
Gibson Law Firm PLLC
447 NorthPark Drive
Ridgeland, MS  39157-5109

David Killalea Esq.
Craig Litherland Esq.
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW, Suite 700
Washington, DC  20005

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black Rosenbloom
   & Moritz Ltd.
55 East Monroe Suite 3700
Chicago, IL  60603

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennendy Blvd., Suite 200
Philadelphia, PA  19103-2808

Albert O. Cornelison Exec VP
Halliburton Company
1401 McKinney, Suite 2400
& General Counsel
Houston, TX  77010

Albert N. Peterlin
Gates & Associates PC
1013 Mumma Road, Suite 100
Lemoyne, PA 17043

Michael A. Rosenthal, Esq.
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201

Jonathan Cohen
Mark Tanney
Gilbert Heintz & Randolph LLP
1100 York Avenue N.W., Suite 700
Washington, DC  20005

Lisa B. Neimark
Giuliani Capital
233 S. Wacker Drive
Chicago, IL  60606

Theodore Goldberg
Mark C. Meyer
Goldberg Persky Jennings & White P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

Goodman Meagher & Enoch
111 N. Charles St. 7th Floor
Baltimore, MD  21201

Dr. Francine K. Rabinovitz
Hamilton Rabinovitz & Alschuler
26384 Carmel Rancho Lane, Suite 202
Carmel, CA  93923

Jan M. Hayden
William H. Patrick
Heller Draper Hayden
   Patrick & Horn LLC
650 Poydras Street, Suite 2500
NewOrleans, LA 70130-6103

William J. Bowman, Esq.
James P. Ruggeri, Esq.
Hogan & Hartson L.L.P.
Columbia Square
555 13th Street N.W.
Washington, D.C.  20004

Hossley & Embroy LLP
4144 N. Central Expressway
Dallas, TX  75204-1117

Beverly H. Shideler
IBM Corporation
2 Lincoln Center #200
Oakbrook Terrace, IL  60181-4837

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Jacques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

Shelly Allen
JB Hunt Transport Inc.
615 JB Hunt Corp Drive
Lowell, AR  72745

Paul F. O'Donnell III
Christopher W. Morog
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775

Sandra E. Mayerson
Barbra R. Parlin
Holland & Knight LLP
195 Broadway
New York, NY  10007

David W. Wiltenburg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

James Hintzen
IBM Credit Corporation
Restructing Group - MD NC317
North Castle Drive
Armonk, NY  10504

Department of the Treasury Internal Revenue Service
Office of Chief Counsel
Small Business/Self-Employed Division Counsel
Mellon Independence Center
701 Market Street, Suite 2200
Philadelphia, PA 19106

James E. Herrick Pro Se
361 South Jefferson Street
Batavia, IL  60510

Brett J. Berlin
Jones Day
1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309-3053

Brad B. Erens; Robert Krebs
Kaye Sobczak; Paul Harner; Jones Day
77 West Wacker Drive. Suite 3500
Chicago, IL  60601-1692

David Heiman; Jones Day
North Point
901 Lakeside Ave.
Cleveland, OH 44114

J. Michael Riley
Jones Martin Parris & Tessener,
   Law Offices PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC  27603

Joseph C. Blanks PC
2190 Harrison Avenue
Beaumont, TX  77701

Julie A. Ardoin Esq.
Julie Ardoin LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA  70062-4032

Kaeske Law Firm
63 01 Gaston Avenue #735
Dallas, TX  75214

Marc E. Kasowitz
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Norman W. Peters, Jr., Esq.
Kasowitz Benson Torres & Friedman LLP
700 Louisiana Street, Suite 2200
Houston, TX  77002

Gerald F. Ellersdorfer Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105

Nicholas Cremona
Andrew A. Kress
Michael A. Lynn
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Steven Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street, Third Floor
Oakland, CA  94607

Kevin E. Irwin; Sue A Erhart
Jennifer J. Morles; Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro L.L.P.
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Thomas Wilson
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH  44114

David E. Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Bruce Stanski Senior VP & CFO
Kellogg Brown & Root
4100 Clinton Drive
Houston, TX  77020

Myron K. Cunningham
Kerr McGee Center
P.O. Box 25861
Oklahoma City, OK  7312 5

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4530

Theodore L. Freedman
Kirkland & Ellis LLP
153 East 53rd Street
Citigroup Center
New York, NY  10022-4611

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY  10022-5030

Don P. Foster
Klehr Harrison Harvey Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102

Neal C. Glenn Esq.
Daniel P. Daly Esq.
Kelley Jasons McGowan Spinelli & Hanna LLP
3411 Silverside Road
The Webster Bldg., Ste 209
Wilmington, DE  19810

John Kent
George Dale
Kent & McBride P.C.
1617 John F. Kennedy Boulevard Suite 1200
Philadelphia, PA  19103

Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX  75225

David M. Bernick
Lisa G. Esayian
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteeth Street NW, Suite 1200
Washington, DC  20005

Neal R. Brendel
Michael G. Zanie Esq.
Kirkpatrick & Lockhart Preston Gates & Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA  15222

Lisa A. Thompson
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA  19610

Kenneth H. Eckstein Esq.
Gary M. Becker Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Dan Lain Trustee
Lain Faulkner & Co PC
400 N St Paul Street, Suite 600
Dallas, TX  75201

Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

Robert W. Pontz
Lapp & Pontz LLP
221 East Chestnut Street
Lancaster, PA  17602-2705

Dean P. Sperling Esq.
Law Office of Dean P. Sperling
201 East Sandpointe, Suite 220
Santa Ana, CA  92707-5742

Dale J. Park
Law Offices of Dale J. Park
3345 Wilshire Boulevard
Suite 810
LosAngeles, CA  90010

Law Offices of Gene Locks PLLC
110 East 55th Street
New York, NY  10022

Law Offices of Herschel Hobson
2190 Harrison Avenue
Beaumont, TX  77701

Law Offices of Jonathan David PC
10655 Six Pines Drive #260
The Woodlands, TX  77380

Law Offices of Peter G Angelos PC
One Charles Center
100 N Charles St., 22nd Floor
Baltimore, MD  21201

Paul M. Matheny
Law Offices of Peter G. Angelos PC
505 Harford Road
Baltimore, MD  21214

Richard B. Schiro
Law Offices of Richard B. Schiro
3710 Rawlins Street
Regency Plaza, Suite 1350
Dallas, TX  75219

Andrea Sheehan
Law Offices of Robert E. Luna PC
4411 North Central Expressway
Dallas, TX  75205

Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street #1050
San Fancisco, CA 94104

Frank A. Savage
Barry Ridings
Lazard Freres & Co.
30 Rockfeller Plaza, 60th Fl
New York, NY  10020

David R. Jury
Legal Department
5 Gateway Center, Suite 807
Pittsburgh, PA  15222

Dianne S. Wainwright, Esq.
Levicoff Silko & Deemer P.C.
650 Smithfield Street, Suite 1900
Pittsburgh, PA  15222-3911

Moshe Maimon
Levy Phillips & Konigsberg LLP
800 Third Avenue, 13th Floor
New York, NY 10022

Lewis & Scholnick Client Trust Account
555 S. Flower Street #4520
Los Angeles, CA  90071

Steven A. Leyh Esq.
Leyh & Payne L.L.P.
1616 S. Voss Road, Suite 125
Houston, TX  77057

Gary P. Lightman
Glenn A. Manochi
Lightman Manochi & Christensen
1520 Locust Street, 12th Floor
Philadelphia, PA  19102

Lori Robertson Esq.
Linebarger Goggan Blair & Sampson LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX  78760-7428

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
Post Office Box 3064
Houston, TX  77253-3064

Joseph T. Kremer
Lipsiptz Green Fahringer Roll
   Salisbury & Cambria LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp LLP
3400 Chase Tower
6600 Travis Street
Houston, TX  77002-3095

Thomas H. Grace, Esq.
Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX  77002

Maurie Shalmone
Longacre Master Fund Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY  10019

William E. Little Esq.
Louisiana Department of Revenue
Legal Division
617 North 3rd Street (70802-5428)
P.O. Box 4064
Baton Rouge, LA  70821-4064

Paul Kizel
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Lundy & Davis LLP
501 Broad Street
Lake Charles, LA  70601

Michael J. Maloney, Esq.
Maloney Martin & Mitchell L.L.P.
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, TX  77 019

Joseph A. Dworetzky, Esq.
Margaret P. Steere, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Elliott R. Felix II
Margolis Edelstein, Esquire
501 Walnut Street
The Curtis Center, 4th Floor
Philadelphia, PA 19106-3304

Alan Kellman
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
    Law Firm PC
1570 Penobscot Building
Detroit, MI  48226

Michael K. McCrory, Esq.
Martin W. Zivitz, Esq.
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204

Michael P. Richman; Jean Marie L. Atamian
Anthony J. Diana; Leslie Chebli
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY 10019

Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana; Leslie Chebli
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Lisa Bonsall
McCarter & English
100 Mulberry Street
4 Gateway Center
Newark, NJ  07102

David P. McClain, Esq.
McClain Leppert & Maney P.C.
711 Louisiana, Suite 3100
South Tower Pennzoil Place
Houston, TX  77002

James M. Donohue
McCord Bubsey Ketchum & Donohue LLP
210 South Monroe Street
Tallahassee, FL 32301

Michael Reed Esq.
McCreary Veselka Bragg & Allen P.C.
P.O. Box 26990
Austin, TX  78755

Denise Clement. Esq.
McCurdy & McCurdy L.L.P.
524 E. Lamar Boulevard Suite 250
Arlington, TX  76011

Michael S. Waters
Jeffrey Bernstein, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry St.
Newark, NJ  07102-4079

James E. Wimberley
McPherson Monk Hughes Bradley Wimberley
   & Steele LLP
3120 Central Mall Drive
Port Arthur, TX  77642

Peter D. Russin
L. Tannenbaum
Meland Russin Hellinger & Budwick P.A.
3000 Wachovia Financial Ctr.
200 S. Biscayne Boulevard
Miami, FL 33131

Eileen T. McCabe Esq.
Thomas J. Quinn Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY  10019-6829

Thomas D. Bibby
Mesirow Financial Consulting LLC
717 North Harwood Street
Suite 3200
Dallas, TX  75201

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum P.A.
Berkshire Building,
6801 Kenilworth Avenue, Suite 400
Riverdale, MD  20737-1385

Lewis Rosenblum
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

John H. Maddock III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Scott M. Seaman, Esq.
Meckler Bulger & Tilson
123 North Wacker Drive, Suite 1800
Chicago, IL  60606

Richard Lippe
Meltzer Lippe Goldstein & Breitstone
190 Willis Avenue
Mineola, NY  11501

Stephen B. Darr
Mesirow Financial Consulting
265 Franklin Street
Suite 1600, 16th Floor
Boston, MA  02110

Richard S. Canciello Esq.
Meyer Darragh Buckler Bebenek & Eck
P.L.L.C.
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA  15219

R. Kenneth Willman, Esq.
Michael A. Katz Esq.
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA  15237

Anthony R. Gambardella, Esq.
Michael E. Buckley, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, NY  11556-9111

Thomas M Woods Esq.
Michael S. Sundemeyer, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

Michie Hamlett Lowery Rasmussen & Tweed
500 Court Square, Suite 300
Charlottesville, VA 22902

Jonathan S. Green
Miller Canfield Paddock & Stone PLC
150 West Jefferson, Suite 2500
Detroit, MI  48226

Gary L. Barnhart
Missouri Dept. of Revenue
301 West High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Montez Williams & Baird PC
3809 W. Waco Drive
Waco, TX  76701

Robert Scheibe
Richard Toder
Scott Talmadge
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060

David B. Wheeler
Moore & Van Allen PLLC
40 Calhoun Street, Suite 3 00
P.O. Box 22828
Charleston, SC  29413-2828

Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Robert J. Leoni
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE  19804

Mundy & Singley LLP
816 Congress Avenue #100
Austin, TX  78701

Ellen G. Margolis
James Dennis
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY  10004

Thomas Walper
Judith Kitano
Robert Denham
Munger Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

Davor Rukavina Esq.
Joe E. Marshall Esq.
Munsch Hardt Kopf & Harr P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX  75202-2790

Joseph O. Pope
Nicole Tuman
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3469

David V. Goodsir
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street Suite 2200
Chicago, IL  60602

Elaine Z. Cole
New York State Department of Taxation
and Finance
340 E. Main St.
Rochester, NY  14604

R. Stokes Nolte
Nolte & Broadway P.A.
1010 N. Bancroft Pkwy. Suite 21
Wilmington, DE  19805

Allan H. Ickowitz
Nossman Guthner Knox & Elliott LLP
445 South Figueroa Street, 31st Floor
LosAngeles, CA  90071

Charles W Gilligan Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue NW
Washington, DC  20016

Randall A. Rios, Esq.
Munsch Hardt Kopf & Harr P.C.
Bank of America Center
700 Louisiana
Houston, TX  77 002

Michael Shannon
National Accounts
1 Tower Square - 5MN
Hartford, CT  06183

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
MountPleasant, SC  29465

Mark N. Berman
Robert P. Sherman
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110

Allan H. Ickowitz
Kathy K. Emanuel
Nossaman Guthner Knox & Elliott LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Samuel Issacharoff
NYU Law School
40 Washington Square South
New York, NY  10012

Denise A Kuhn Esq.
Carol E. Mornjian
Christopher R. Mornjian
Office of Attorney General
21 S 12th Street, 3rd Floor
Philadelphia, PA 19107

Michael A. Berman - SEC
Office of General Counsel-Bankruptcy
100 F Street NE
Washington, DC  20549


Joseph Sisca Esq.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222


Jan Wray
Old Dominion Frieght Line Inc.
500 Old Dominion Way
Thomasville, NC  27360


Roger Frankel
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
3050 K Street N.W., Suite 200
The Washington Harbour
Washington, DC  20007-5135


ReGen Capital I Inc.
P.O. Box 626
Planetarium Station
New York, NY  10024-0540


Paul Reich & Myers PC
1608 Walnut Street #500
Philadelphia, PA  19103


Jean Marie Breen; Deborah J. Bisco
Brent Fraim; Vincente Matias Murreell
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW
Washington, DC  20005-4026


Karen L. Morris
Office of the General Counsel
1200 K. Street NW
Suite 340
Washington, DC  20005


Anthony F. Parise
Assoc University Counsel
Office of the University Counsel
Cornell University
300 CCC Building Garden Avenue
Ithaca, NY  14853-2601


Paul R. Koepff Esq.
Tancred V. Schiavoni Esq.
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY  10036


Tyler Greif
P. Schoenfeld Asset Management
1330 Avenue of the Americas
34th Floor
New York, NY 10019


Timothy Bortz
PA Dept of Labor & Industry
Off of Unemp Comp Tax Serv
333 Market Street, 16th Floor
Bankr Compliance Off
Harrisburg, PA 17101-2235


Andrew N. Rosenberg
Stephen J. Shimshak
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064


Michael H. Reed
Bonnie MacDougal Kistler
Pepper Hamilton LLP
3000 Two Logan Square
8th & Arch Streets
Philadelphia, PA 19103-2799

Dennis R. Very, Esq.
Pepper Hamilton LLP
500 Grant Street
50th Floor
Pittsburgh, PA  15219-2502

Craig A. Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
CostaMesa, CA  92626-7122

Alison K. North
Barbara LaWall
Pima County Attorney Civil Division
32 N. Stone, Suite 2100
Tucson, AZ  85701-1412

John F. Higgins
Porter & Hedges LLP
1000 Main Street, 36th Floor
Houston, TX  77002

Bryon O Blevins, Jr., Esq.
Provost & Umphrey
490 Park Street
Beaumont, TX  777 04

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY  10152

Herbert C. Broadfoot II
Ragsdale Beals Hooper & Seigler LLP
2400 International Tower
229 Peachtree Street NE
Atlanta, GA  30303-1629

Eric G. Waxman III
Phillips Nizer Benjamin Krim & Ballon LLP
600 Old Country Road
GardenCity, NY  11530

Richard Epling Esq.
David Crichlow Esq.
Caryn Lasky
Pillsbury Winthrop LLP
1540 Broadway, 19th Floor
New York, NY  10036

Conrad K. Chiu
Pitney Hardin Kipp & Szuch
7 Times Square
New York, NY  10036-6524

Lawrence Ranallo and Doug Branch
PricewaterhouseCoopers LLC
2001 Ross Avenue, Suite 1800
Dallas, TX  75201-2997

Richard Levy Jr.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569

Joseph Ollock
Queen Anne's County Board of Education
202 Chesterfield Avenue
Centerville, MD  21617

Hennessey Hunt
Reg: #619672
9601 Spur 591
Amarillo, TX  79107

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe, Suite 1000
Houston, TX  77027

Paul C. Bametzreider
Reilly Wolfson Sheffey Schrum & Lundberg
1601 Cornwall Road
Lebanon, PA  17042

Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC  29401

Robert G. Taylor II Esq.
Robert G. Taylor II P.C.
One Allen Center
3400 Penthouse
500 Dallas Street
Houston, TX  77002

Michael R. Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  05103

Jon M. Gruber
Russell Krafft & Gruber LLP
Hempfield Center
930 Red Rose Court, Suite 300
Lancaster, PA  17601

Schroeter Goldmark & Bender
500 Central Building
Seattle, WA  98104

Stephen H. DonCarlos Esq.
Reid Strickland & Gillette L.L.P.
Post Office Box 809
Baytown, TX  77522-0809

Richard Blackstone Webber II
Richard Blackstone Webber II PA
320 Maitland Avenue
Altamonte Springs, FL  32701

Dennis J. O'Grady
Joseph L. Schwartz
Riker Danzig Scherer Hyland & Perretti
One Speedwell Avenue
Headquarters Plaza
Morristown, NJ  07962

Bernice Conn
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East, Suite 3700
LosAngeles, CA  90067

Merril Jay Hirsh
Thomas T. Locke
Ross Dixon & Bell LLP
2001 K Street N.W.
Washington, DC  20006

Alan E. Marder
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd.
Ninth Floor
Uniondale, NY  11533-3622

Patricia Schrage
Securities & Exchange Comm
New York Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Comm
15th & Pennsylvania Avenue
NW Washington, DC  20020

Susan R. Sherrill
Securities & Exchange Comm
Atlanta Regional Office
Branch/Office of Reorganization
3475 Lenox Road NE, Suite 100
Atlanta, GA  30326-1232

Michael Berman
Securities & Exchange Comm
Office of the General Counsel Bankruptcy
15th & Pennsylvania Ave NW
Washington, DC  20549

Patricia Schrage - NY Regional Office
Securities & Exchange Commission
233 Broadway New York, NY  10279

Joseph T. Kazan Esq.
Senior Assistant Attorney General
Collections Enforcement
150 East Gray Street, 21st Floor
Columbus, OH  43215

David C. Christian II
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603

Laura S. Taylor
Sheppard Mullin Richter
   & Hampton LLP
501 West Broadway, 19th Floor
SanDiego, CA  92101

James F. Conlan Esq.
Jeffrey C. Steen Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Steven T. Baron
J. Todd Kale
Silber Pearlman LLP
2711 N. Haskell Avenue, Fifth Floor, LB 32
Dallas, TX  75204

Barry R. Ostrager
Mary Beth Forshaw
Bryce L. Friedman
Simpson Thacher & Bartlett
425 Lexinggton Avenue
New York, NY  10017-3954

Robert B. Miliner;
Chunlin Leonhard
Sonnenschein Nath & Rosenthal
Sears Tower
23 3 South Wacker Drive, Suite 8000
Chicago, IL  60606

Andrew P. Lederman
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020-1089

Robert W. Bollar
Southern Counties Oil Co.
P.O. Box 4159
1800 West Katella Avenue, Suite 400
Orange, CA  92863-4159

Julia L. Wahl Esq.
Special Assistant to the U.S. Attorney
Liberty Center - Suite 601C
1001 Liberty Avenue
Pittsburgh, PA 15222

Leslie Beth Baskin
Robert H. Kwait
Spector Gadon & Rosen P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103-3913

Andrew K. Craig, Esq.
Stefano Calogero, Esq.
Cuyler Burk LLP
4 Century Drive
Parsippany, NJ  07054

Leonard P. Goldberger, Esq.
Marnie E. Simon, Esq.
Stevens & Lee PC
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY  10038-4982

Kristina L. Anderson
Suntrust Bank Director CRM
Special Assests Group
303 Peachtree Street, 4th Floor
Atlanta, GA  30308

L. Scott Patton
Walter C. Dunn
The Boles Law Firm
1818 Avenue of America
P.O. Box 2065
Monroe, LA  71207-2065

Kathleen Maxwell
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI  48674

Daniel A. Speights
Speights & Runyan
P.O. Box 685
200 Jackson Avenue
East Hampton, SC  29924

George R. Calhoun V
Steptoe & Johnson LLP
1330 Connecticut Avenue  N.W.
Washington, D.C.  20036

George T. Snyder Esq.
Stonecipher Cunningham Beard & Schmitt P.C.
125 First Avenue
Pittsburgh, PA  15222

Sander L Esserman
Robert T. Brousseau
Van J. Hooker
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX  75201-2689

The Bogdan Law Firm
7322 Southwest Freeway
Suite 8G8
Houston, TX  77074

Estel E. Wandlin
The Calwell Practice PLLC
500 Randolph Street
Law and Arts Center West
Charleston, WV  253 02

Ryan A. Foster
The Foster Law Firm PLLC
44 0 Louisiana, Suite 2100
Houston, TX  77002

Karen B Shaer
The Garden City Group Inc
105 Maxess Road
Melville, NY  11747

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

Michael C. Shepard
The Shepard Law Firm P.C.
10 High Street, Suite 1100
Boston, MA  02110

Charles Alvin Johnson
Thomas Clark Sibley, Esquire
4514 Cole Avenue, Suite 806
Dallas, TX  75205

Office of Attorney General
TN Dept of Revenue
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

John M. Merritt
Troutman Sanders LLP
600 Peachtree Street N.E.
Suite 5200
Atlanta, GA  30308-2215

Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044

Arlene Fickler
The Hoyle Law Firm
One South Broad Street, Suite 1500
Philadelphia, PA  19107

Adam M. Spence
The Law Offices of Adam M. Spence P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, MD  21204

Michael Angelider
Jeff Cooper
Marcus Raichle
The Simmons Firm LLC
707 Berkshire Boulevard
East Alton, IL  62024

Alan R. Lepene, Esq.
Mark A. Weintraub, Esq.
Thompson Hine LLP
127 Public Square
3900 Key Tower Cleveland, OH  44114

Robert P. Siegel Esq.
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY  10532

Beverly Weiss Manne
Michael A. Shiner
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA  15222

UBS Warburg
677 Washington Blvd.
Stamford, CT  06901

William A. Piatak
Unemployment Compensation
Tax Office Manager
Bureau of Employer Tax Operations
1171 South Cameron Street, Room 312
Harrisburg, PA  17104-2513

Paulette Stropnicky
United States Mineral Products Company
41 Furnace Street
Stanhope, NJ  07874

Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC  27605

Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661

Raymond L. Vandenberg
Vandenberg Feliu & Peters LLP
110 East 42nd Street
New York, NY  10017

Jason D. Perry
Vanderburgh County Treasurer
1 NW MLK Jr. Blvd.
Civic Center Complex, Room 210
Evansville, IN  47708-1882

Gregory A. Cross
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD  21201

Walter J. Taggart Legal Rep of Future
Asbestos Personal Injury Claimants
Villanova University Law School
299 N. Spring Mill Road
Villanova, PA  19805

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Fred L. Alvarez
Walker Wilcox Matousek LLP
225 W. Washington St.
Suite 2400
Chicago, IL  60606-3418

Warren H Smith Esq.
Warren H Smith & Associates PC
Republic Center
325 N St Paul, Suite 1275
Dallas, TX  75201

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

Debra Dandeneau
Martin Bienenstock, Esq.
Stephen Karotin, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Lisa Busch
Weitz & Luxenberg P.C.
700 Broadway
New York, NY  10003

Sanders McNew, Esq.
Weitz and Luxenberg
180 Maiden Lane, 17th Floor
New York, NY  10078

Leonard P. Goldberger; Steven Ostrow
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Steven J. Kherkhe
Lawrence G. Tien
Williams Bailey Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX  77017

Craig Goldblatt
Philip D. Anker, Esq.
Wilmer Cutler & Pickering
2445 M Street N.W.
Washington, DC  20037-1420

Nancy Manzer Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1600 Tysons Boulevard
10th Floor
Tysons Corner, VA  22102

Berry D. Spears, Esq.
Winstead Sechrest & Minick P.C.
100 Congress Avenue, Suite 800
Austin, TX  78701

William B. Sullivan
Mark N. Poovey
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
P.O. Box 84
Winston-Salem, NC  27102

Alfred C. Knight
Westvaco Corporation
1 High Ridge Park
Stamford, CT  06905-1322

Deidre Woulfe Pacheco, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095-0958

Art C. Cody
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Philip D. Anker Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Katherine Worthman Esq.
James A. Shepherd Esq.
Knight Elsberry Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M. Street NW
Washington, DC  20037

Thomas F. Blakemore
David A. Agay
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Wysoker Glassner Weingartner
340 George Street
New Brunswick, NJ  08901

Richard Blackstone Webber II
Zimmerman Kiser & Sutcliffe PA
Landmark Center One
315 East Robinson Street, Suite 600
Orlando, FL  32802-3000

James Sottile, Esq.
Zuckerman Spaeder LLP
12 01 Connecticut Avenue N.W.
12th Floor
Washington, DC  20036

Scott W Wert, Esq.
524 E Lamar Blvd.
Suite 200
Arlington, TX  76011

Dean M. Trafelet
9130 Wild Lane
P.O. Box 518
BaileysHarbor, WI  54202

Ms Kimberly Collins
11420 Long Feather Court
Beltsville, MD  20705

Thomas Roy
24731 Bay Bean Ct
BonitaSprings, FL  34134-7940

Richard L. Rodgers
42 Church Street
P.O. Box 330
Canajoharie, NY  13317

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022

Bruce Carter
5458 Yosemite Drive
Fairfield, OH  45014

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

David C. Thompson
321 Kittson Avenue
Grand Forks, ND  58206

Michael J. McGinnis
1001 Louisiana
Suite N1823A
Houston, TX  77002

Lynn Drysdale
126 West Adams Street
Suite 502
Jacksonville, FL  32232

Hal Pitkow, Esq.
The Falls at Lambertville
351 South Main Street
Lambertville, NJ  08530

Lawrence Fitzpatrick
1009 Lennox Drive
Building 4, Suite 101
Lawrenceville, NJ  08648

Julie A. Ardoin
909 Poydras Street, Suite 2550
New Orleans, LA 70112

Steven Kazan
James L. Oberman
171 Twelfth Street Suite
300 Oakland, CA  94607

Martin Dies
10 09 Green Avenue
Orange, TX  77630

Rebecca B. Connelly
36 Church Avenue
Suite 400
P.O. Box 1001
Roanoke, VA 24 011

Archie Dykes
2102 West 116th Street
Leawood, KS  66211

John J. Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

Robert T. Aulgur, Jr.
313 N. DuPont Highway
Suite 120
P.O. Box 617
Odessa, DE  19730

Richard E. Fehling
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0670

Glenn M. Reisman
Two Corporate Drive
P.O. Box 861
Shelton, CT  06484-0861