**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 25766**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirty-Eighth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2010 through September 30, 2010* (the "Application") [Docket No. 25766] filed on November 17, 2010.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 11, 2011 at 4:00 p.m.

Dated: March 15, 2010
      Wilmington, Delaware

                                      */s/ Michael R. Lastowski*
                                      Michael R. Lastowski (DE 3892)
                                      Richard W. Riley (DE 4052)
                                      DUANE MORRIS LLP
                                      222 Delaware Avenue, Suite 1600
                                      Wilmington, DE 19801-1246
                                      Telephone:    (302)-657-4900
                                      Facsimile:    (302)-657-4901
                                      Email:         mlastowski@duanemorris.com
                                                                rwriley@duanemorris.com

                                      *Co-Counsel for the Official*
                                      *Committee of Unsecured Creditors*

DM3\1735219.1