## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** April 4, 2011, at 4:00 p.m. |
| | ) | **Hearing Date:** TBD only if necessary |
| | ) | |

### FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

**Matter 18 – Other – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/12/2011 | Deanna D Boll | 3.50 | Draft audit response and confer with J. Donley and J. Baer re same. |
| 1/13/2011 | Deanna D Boll | 2.40 | Revise audit letter. |
| 1/14/2011 | Deanna D Boll | 2.60 | Confer with J. Donley re audit letter and edit same. |
| 1/16/2011 | Adam C Paul | .90 | Analyze and revise audit letter. |
| 1/17/2011 | Deanna D Boll | 1.50 | Finalize audit letter and confer with audit department re same. |
| | Total: | 10.90 | |

A-2

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2011 | Mathias M Mondino | 3.00 | Review, organize and disseminate recently filed pleadings. |
| 1/4/2011 | Mathias M Mondino | 1.50 | Review, organize and disseminate recently filed pleadings. |
| 1/7/2011 | Mathias M Mondino | 2.00 | Review, organize and disseminate recently filed pleadings. |
| | Total: | 6.50 | |

**Matter 30 - Hearings - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 1/3/2011 | Kimberly K Love | 1.00 | Prepare and organize various materials requested by L. Esayian for use at upcoming hearing. |
| 1/4/2011 | Kimberly K Love | 4.00 | Prepare and organize telephonic appearances for upcoming hearing and communicate with call-in service (.5); prepare and organize various materials requested by J. Donley and L. Esayian for use at upcoming hearing (3.5). |
| 1/4/2011 | Lisa G Esayian | 1.50 | Correspond with K. Love re materials for 1/10 hearing re CNA settlement (.3); prepare for hearing (1.2). |
| 1/5/2011 | Kimberly K Love | 6.50 | Prepare binders of materials and cases requested by L. Esayian for use at upcoming hearing. |
| 1/5/2011 | Lisa G Esayian | .50 | Confer with R. Wyron re issues for 1/10 hearing. |
| 1/5/2011 | Gayle M Lodygowski | 2.50 | Organize cases previously cited in CNA settlement pleadings per request of L. Esayian for use at hearing. |
| 1/6/2011 | Kimberly K Love | 5.00 | Prepare, organize and revise binders of CNA materials and cases cited within briefing as requested by L. Esayian for use at upcoming hearing. |
| 1/6/2011 | John Donley | .60 | Analyze discovery issues and outline arguments for hearing. |
| 1/6/2011 | Lisa G Esayian | 1.20 | Analyze cases re consideration of various settlement factors for 1/10 hearing re CNA settlement. |
| 1/7/2011 | Kimberly K Love | 2.50 | Prepare and organize materials requested by L. Esayian and J. Donley for use at upcoming hearing. |
| 1/7/2011 | Adam C Paul | .60 | Prepare for January 10 hearing. |
| 1/7/2011 | John Donley | 1.30 | Prepare for omnibus hearing (.8); confer with client and L. Esayian re issues for same (.5). |
| 1/7/2011 | Lisa G Esayian | 2.50 | Prepare arguments for 1/10 hearing on CNA settlement (2.0); confer with M. Shelnitz, R. Finke and J. Donley re issues for Monday's hearing (.5). |
| 1/8/2011 | Adam C Paul | 1.30 | Prepare for January 10 hearing (.9); correspond with J. Donley re same (.4). |
| 1/8/2011 | Lisa G Esayian | 2.00 | Prepare for oral argument re motion for approval of CNA settlement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/9/2011 | John Donley | 2.50 | Analyze plan section 8.8.7 and possible modifications (1.5); prepare for hearing, including review of CNA briefing and documents and outlining arguments (1.0). |
| 1/9/2011 | Lisa G Esayian | 2.50 | Prepare for oral argument re CNA settlement approval motion. |
| 1/10/2011 | Adam C Paul | 4.50 | Prepare for hearing (1.7); appear in court at hearing (2.8). |
| 1/10/2011 | John Donley | 4.50 | Prepare for hearing (2.0); attend omnibus hearing (2.5). |
| 1/10/2011 | Lisa G Esayian | 3.30 | Confer with counsel for CNA, ACC and FCR re issues for hearing (.5); attend omnibus hearing and argue motion for approval of CNA settlement (2.8). |
| | Total: | 50.30 | |

**Matter 32 - Fee Applications, Applicant - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 1/3/2011 | Adam C Paul | 1.10 | Analyze and revise supplemental declaration (.9); correspond with R. Schrock re same (.2). |
| 1/4/2011 | Deanna D Boll | .80 | Edit and revise November fee application. |
| 1/4/2011 | Maureen McCarthy | 1.70 | Draft November fee application. |
| 1/7/2011 | Deanna D Boll | .40 | Confer with H. Bull re fee issues (.2); confer with M. McCarthy re fee application (.2). |
| 1/7/2011 | Holly Bull | 1.90 | Confer with T. Wallace re fee app and invoices and review and edit first-round invoices. |
| 1/10/2011 | Deanna D Boll | .30 | Confer with J. Donley and M. McCarthy re November fee application. |
| 1/10/2011 | Holly Bull | 2.00 | Review and edit December invoices. |
| 1/15/2011 | Holly Bull | 2.40 | Review and edit December invoices. |
| 1/17/2011 | Holly Bull | 3.50 | Complete review and editing of second-round December invoices and correspond with B. Ruhlander re 38th interim period fee auditor report. |
| 1/21/2011 | Holly Bull | .50 | Review fee auditor inquiry re issue in 38th interim fee period, obtain and review information for same, and prepare correspondence re same. |
| 1/24/2011 | Deanna D Boll | .20 | Confer with T. Wallace re December fee application. |
| 1/25/2011 | Deanna D Boll | 1.40 | Edit December fee application and confer with T. Wallace re same (1.2); correspond with A. Paul re affidavit of disinterestedness (.1); correspond with B. Ruhlander re fee auditor inquiry (.1). |
| 1/25/2011 | Holly Bull | .50 | Review and follow up on correspondence from B. Ruhlander re 38th interim fee period questions and correspond with D. Boll re same. |
| 1/27/2011 | Holly Bull | .60 | Confer with T. Wallace re questioned expenses (.2); review past fee applications and prepare correspondence to D. Boll re same (.4). |
| 1/28/2011 | Deanna D Boll | .10 | Confer with J. Donley re December fee application. |
| 1/31/2011 | Deanna D Boll | .20 | Confer with A. Paul re affidavit of disinterestedness. |
| 1/31/2011 | Holly Bull | 1.00 | Update/revise fee issues spreadsheet and related materials. |
| | Total: | 18.60 | |

A-6

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/1/2011 | Adam C Paul | 3.20 | Analyze and revise reply to CNA objection and K&E declaration (2.7); correspond with J. Donley and R. Schrock re same (.5). |
| 1/2/2011 | Adam C Paul | .90 | Correspond with L. Esayian and J. Donley re CNA objection (.6); correspond with R. Schrock and D. Boll re declaration (.3). |
| 1/2/2011 | John Donley | 1.30 | Review/revise drafts re CNA briefing (.7); correspond and confer with L. Esayian, A. Paul and J. Baer re same (.6). |
| 1/2/2011 | Lisa G Esayian | 4.50 | Revise reply brief re CNA settlement per various comments (3.5); re-circulate same with follow-up notes (.5); correspond with CNA re same (.5). |
| 1/3/2011 | Megan M Kokontis | 2.50 | Conduct research re plan confirmation issues. |
| 1/3/2011 | Kimberly K Love | 6.00 | Review, edit and cite-check reply re CNA settlement brief (5.0); prepare and organize various CNA briefing materials requested by L. Esayian (1.0). |
| 1/3/2011 | Deanna D Boll | 7.40 | Analyze issues re district court appeals involving 524(g) issues (4.2); draft memorandum re Judge Buckwalter prior experience in the Grace case and other matters (2.2); participate in team status conferences re confirmation (.5); confer with J. Donley re district court appeal (.2); confer with E. Westbrook and L. Esayian re plan amendments (.3). |
| 1/3/2011 | Adam C Paul | 5.70 | Confer with J. Donley re CNA objection (.3); correspond with J. Donley and L. Esayian re same (.4); analyze WIP (.8); correspond with B. Weiland re same (.2); analyze application to employ (.6); analyze and revise motion to create holdco (2.3); confer with J. Donley re same (.2); correspond with J. Sprayregen re same (.3); correspond with R. Higgins re same (.6). |
| 1/3/2011 | Brad Weiland | .60 | Correspond with A. Paul re work in process (.2); prepare and revise work in process materials (.4). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2011 | John Donley | 6.10 | Review CNA settlement objection briefing and draft final inserts for same (3.4); confer with L. Esayian re same (.5); review CNA discovery (.2); confer with L. Esayian, A. Paul and J. Baer re CNA objection issues and re Canadian developments and next steps (.4); confer with M. Shelnitz, R. Finke, J. Baer, A. Paul and L. Esayian re current developments and CNA objection (.5); analyze holding company motion (.2); confer with A. Paul re same (.2); analyze appeal and district court issues and confer with A. Paul re same (.5); review recent pleadings (.2). |
| 1/3/2011 | Lisa G Esayian | 7.00 | Confer with J. Donley re CNA issues (.5); confer with M. Shelnitz, R. Finke and J. Donley re same (.5); revise reply in support of CNA settlement (4.0); confer with J. Donley re same (.5); correspond with J. O'Neill re filing of same and re motion for leave (.5); review as-filed version of CNA's reply and affidavit in support of settlement (1.0). |
| 1/4/2011 | Deanna D Boll | 8.20 | Confer with J. Donley re writ issues and analyze issues re same and alternative remedies (3.8); analyze issues re Judge Buckwalter prior experience in Grace and other cases and confer with P. Toth re same (2.7); edit and revise CDN amendment and confer with A. Paul and J. Baer re same (.9); confer with J. O'Neill re delay issues in DE cases (.8). |
| 1/4/2011 | Adam C Paul | 7.40 | Confer with M. Shelnitz, R. Finke and J. Donley re status update and strategy conference (.7); confer with J. Donley re appeal (.6); analyze equitable mootness issues (2.1); analyze standard for settlements (2.3); analyze WIP (.8); confer with J. Donley re settlement (.5); correspond with D. Boll re Canada notice (.4). |

A-8

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 1/4/2011 | John Donley | 6.10 | Confer with M. Shelnitz, R. Finke and A. Paul re status and next steps (.7); analyze district court appeal issues and timing (.5); confer with A. Paul re same (.5); analyze strategic options and review D. Boll research re plan confirmation timing (1.5); review various pleadings including ACC/FCR joinder re CNA (.2); review and edit drafts of Canadian minutes revisions and Delaware pleadings (.5); correspond with J. Baer, D. Boll and A. Paul re same (.3); correspond with J. Baer and co-plan proponents re CNA agreement (.3); review research re resolution of confirmation objections (.8); confer with A. Paul re same (.5); edit preliminary draft of research memo re same (.5). |
| 1/4/2011 | Lisa G Esayian | 1.50 | Update chart of post-petition insurance settlements (.5); work on objections to Libby claimants' document requests (1.0). |
| 1/5/2011 | Megan M Kokontis | .90 | Conduct research re settlement issues (.5); confer with B. Weiland re same (.4). |
| 1/5/2011 | Deanna D Boll | 7.10 | Edit CDN amendment and confer with J. Baer (.8); analyze acceleration of issuance of confirmation order (4.3); confer with J. O'Neill re same (.5); confer with D. Turetsky re confirmation status (.4); confer with O. Pasparakis and J. Baer re CDN notice (.3); confer with J. Donley re pre-payment issues and consider same (.8). |
| 1/5/2011 | Adam C Paul | 5.10 | Analyze and revise Canadian minutes (.9); analyze Canadian strategy if no confirmation order by end of January (2.4); analyze equitable mootness issues (1.8). |
| 1/5/2011 | John Donley | 4.70 | Research and analyze options re plan confirmation and timing issues (2.2); draft memo to M. Shelnitz re same (1.5); confer with M. Shelnitz and others at client re timing, strategic options, and financing issues (1.0). |
| 1/5/2011 | Lisa G Esayian | 2.50 | Prepare declaration in support of CNA settlement (1.0); prepare objections to Libby claimants' discovery requests (1.5). |
| 1/6/2011 | Nate Kritzer | .30 | Confer with D. Boll and J. Brooks re strategy following court ruling. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/6/2011 | Megan M Kokontis | 3.10 | Conduct research re plan confirmation and settlement issues (1.6); revise memorandum re same (1.5). |
| 1/6/2011 | Kimberly K Love | 2.00 | Prepare and organize various materials requested by J. Gettleman for potential use with appeals. |
| 1/6/2011 | Deanna D Boll | 7.40 | Confer with N. Kritzer and J. Brooks re status (.3); analyze issues re confirmation timing and matters involving Pittsburgh Corning (3.2); confer with J. O'Neill re confirmation timing and asbestos issues (.6); confer with J. Donley re same (.2); confer with L. Esayian re PD settlements (.4); confer with J. Baer re CDN settlement (.3); consider issues re payments made on the Effective Date and confer with J. Donley re same (1.1); edit and revise objection chart re CNA issues and confer with J. Donley re same (1.3). |
| 1/6/2011 | Adam C Paul | 6.20 | Confer with J. Donley re settlement and distributions (.5); correspond with B. Weiland re same (.4); review materials and memoranda re strategy (1.0); analyze and revise motions to extend letter of credit and credit agreement (2.6); correspond with D. Boll re appeal (.7); analyze and revise Canadian minutes (.8); correspond with J. Baer re same (.2). |
| 1/6/2011 | Brad Weiland | 3.50 | Correspond with A. Paul re potential plan settlement and distribution items (.4); confer with M. Kokontis re same (.5); prepare and revise memorandum re same (1.2); conduct research re plan items (1.4). |
| 1/6/2011 | John Donley | 6.40 | Edit draft affidavits in support of CNA settlement approval and analyze related issues (1.0); confer with L. Esayian re CNA issues (.3); review materials re plan confirmation, timing and district court affirmance/appeal materials (.9); prepare notes and outlines of strategy going forward (.9); confer with A. Paul re same (.5); confer with D. Boll re same (.2); review timing, amounts of creditor payments and variable calculations depending on timing for effective date (2.2); confer with J. O'Connell re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/6/2011 | Lisa G Esayian | 2.80 | Revise declaration in support of CNA settlement (.9); correspond with R. Finke re same (.3); confer with J. Donley re same (.3); revise and circulate draft objections to Libby claimants' discovery requests re CNA (1.0); correspond with CNA, FCR and ACC re same (.3). |
| 1/7/2011 | Megan M Kokontis | 2.10 | Conduct research re plan confirmation issues. |
| 1/7/2011 | Kimberly K Love | 4.50 | Prepare and organize various materials requested by J. Gettleman for potential use with appeals to the case (1.5); review and obtain information from J. Hughes testimony re premise asbestos claims as requested by L. Esayian (2.0); review and obtain information re Hatco settlement requested by A. Paul (1.0). |
| 1/7/2011 | Deanna D Boll | 6.70 | Analyze confirmation timing issues and confer with J. Donley re same (3.4); edit and revise objection chart (2.2); review insurance settlement chart (.7); confer with J. Baer re objection chart (.2); confer with L. Esayian re CNA (.3). |
| 1/7/2011 | Jeffrey Gettleman | 4.50 | Conduct research re equitable mootness (.3); review correspondence re Libby and Hatco motions (.1); review Form 10-K and Form 10-Q re plan issues (.3); analyze timing of asset transfers to trusts (.3); analyze memorandum re timing of pre Effective Date payments (.4); confer with A. Paul and B. Weiland re same (.4); draft 524(g) analysis re injunctive relief (.2); confer and correspond with A. Paul re various plan confirmation issues (.6); confer with B. Weiland re research assignments re plan confirmation (.3); conduct research re channeling injunctions (.6); conduct research re standard of review for affirmance under 524(g) (.6); review correspondence re procedure re affirmance of confirmation order by District Court (.2); review work in process chart (.2). |
| 1/7/2011 | Adam C Paul | 5.50 | Confer with B. Weiland and J. Gettleman re prepayment of claims (.3); correspond with D. Boll re appeal (.4); analyze prepayment of claims (1.1); confer with M. Shelnitz re same (.8); analyze post-petition interest (.9); analyze and revise holdco motion (1.2); correspond with R. Higgins re same (.4); confer with J. Gettleman re various confirmation issues (.4). |

A-11

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 1/7/2011 | Brad Weiland | 3.40 | Prepare and revise correspondence re plan distribution and settlement research (1.1); review and analyze same (.3); review and revise memorandum re same (1.0); confer with M. Kokontis re same (.2); confer with A. Paul and J. Gettleman re research (.5); confer with J. Gettleman re plan confirmation and status items (.3). |
| 1/7/2011 | John Donley | 2.80 | Continue review and analysis of payment obligations and timing in connection with plan confirmation (2.5); confer with D. Boll and L. Esayian re CNA (.3). |
| 1/7/2011 | Lisa G Esayian | 2.50 | Confer with J. Donley and D. Boll re remaining CNA plan objections (.3); create chart re same (1.4); revise objections to Libby claimants' requests for production re CNA settlement (.5); correspond with J. O'Neill re service of same (.3). |
| 1/9/2011 | Jeffrey Gettleman | 1.90 | Conduct research re 524(g) issues (1.1); draft memo re same (.8). |
| 1/9/2011 | Adam C Paul | .30 | Confer with J. Sprayregen re timing of claims payments. |
| 1/9/2011 | Brad Weiland | .90 | Review and analyze materials re potential plan settlement issues. |
| 1/10/2011 | Jeffrey M Armington | 1.00 | Confer with J. Gettleman re plan research issue (.3); review Third Circuit opinion in PWS Holdings re original jurisdiction (.7). |
| 1/10/2011 | Megan M Kokontis | 1.50 | Conduct research re plan confirmation issues (.9); revise memorandum re same (.6). |
| 1/10/2011 | Kimberly K Love | 6.00 | Prepare and organize various materials requested by A. Paul for use with potential appeal (4.5); prepare and organize materials requested by J. Gettleman (1.5). |
| 1/10/2011 | Deanna D Boll | 3.50 | Participate in telephonic omnibus hearing re confirmation status (.6); research and analyze issues re confirmation (2.9). |
| 1/10/2011 | Jeffrey Gettleman | 2.00 | Conduct research re substantial consummation, equitable mootness and 524(g) issues (1.7); confer with J. Armington re same (.3). |
| 1/10/2011 | Adam C Paul | 1.30 | Confer with J. Donley and J. Sprayregen re settlement issues (.6); confer with P. Lockwood and J. Donley re appeal (.7). |

A-12

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 1/10/2011 | John Donley | 2.40 | Confer with ACC and FCR counsel re confirmation order issues (.2); confer with same and M. Gianotto re CNA issues (.4); confer with A. Paul and P. Lockwood re strategy going forward (.3); confer with A. Paul and J. Sprayregen re strategic issues (.5); analyze issues re plan confirmation (1.0). |
| 1/10/2011 | Lisa G Esayian | .20 | Confer with J. Wisler re certain plan exhibit issues. |
| 1/11/2011 | Jeffrey M Armington | 1.90 | Review PWS Holdings docket and Third Circuit confirmation opinion (1.6); confer with J Gettleman re jurisdictional issue (.3). |
| 1/11/2011 | Megan M Kokontis | 1.60 | Conduct research re plan confirmation issues (1.2); revise settlement memorandum re same (.4). |
| 1/11/2011 | Kimberly K Love | 5.00 | Review and obtain information re CE appeal process as requested by A. Paul for use with potential appeal (3.5); prepare and organize various materials requested by J. Gettleman for confirmation/appeal issues (1.5). |
| 1/11/2011 | Jeffrey Gettleman | 1.50 | Confer with A. Paul re procedural issues re appeal of confirmation order and affirmance by District Court (.5); correspond with B. Weiland and working group re distribution memorandum (.3); confer with A. Paul and others re plan confirmation issues (.5); confer with J. Armington re plan distributions (.2). |
| 1/11/2011 | Adam C Paul | 4.70 | Review/revise WIP (.9); confer with J. Donley re status (1.1); confer with K&E working group and client in weekly conference (.7); confer with J. Gettleman and B. Weiland re plan and appeal (.4); analyze appellate issues (.8); prepare for and participate in weekly conference (.8). |
| 1/11/2011 | Brad Weiland | .90 | Confer with A. Paul and J. Gettleman re settlement and plan items (.4); review and analyze comments re settlement and plan materials (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 1/11/2011 | John Donley | 4.70 | Continue analysis of doctrine of necessity (1.8); prepare for and participate in weekly client conference (.4); review and revise CNA settlement approval order (.5); confer with L. Esayian and M. Gianotto re same (.2); continue analysis of bank debt issues (.5); review Garlock 2019 motion and correspond with A. Rich, ACC and FCR re same (.4); confer with A. Paul, J. Baer, D. Boll, J. Brooks and L. Esayian re confirmation and timing issues and current projects (.7); correspond with S. Kazan re lift-stay request (.2). |
| 1/11/2011 | Lisa G Esayian | 3.50 | Draft and circulate modified proposed CNA settlement approval order (1.2); confer with J. Donley re same (.2); incorporate comments and circulate draft order to counsel for Libby claimants and BNSF (1.1); draft certification of counsel re same (1.0). |
| 1/12/2011 | Jeffrey M Armington | 5.20 | Research Third Circuit substantial consummation cases (3.8); draft summary of same (1.4). |
| 1/12/2011 | Carrie Sroka | 2.20 | Confer with J. Gettleman re section 524(g) provisions in confirmation orders (.2); review and analyze bankruptcy, district and circuit court case dockets re same (1.2); compile and distribute related pleadings (.8). |
| 1/12/2011 | Megan M Kokontis | 1.20 | Conduct research re plan confirmation issues. |
| 1/12/2011 | Kimberly K Love | 1.00 | Review and obtain correspondence re CE appeal as requested by A. Paul for use with potential appeal. |
| 1/12/2011 | Deanna D Boll | 3.70 | Analyze issues re CE and other asbestos-related confirmation appeals. |
| 1/12/2011 | Jeffrey Gettleman | 4.00 | Confer with B. Weiland re distributions (.3); draft analysis of possible appeal chronologies (.6); revise plan distribution memorandum (.4); correspond with B. Weiland re same (.3); review correspondence re plan distributions (.1); confer with C. Sroka re research re appeals of 524(g) orders (.1); review analysis of district court affirmance procedure (.3); conduct research re final orders and appeals of 524(g) affirmance (1.6); confer with A. Paul re same (.3). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/12/2011 | Adam C Paul | 6.70 | Analyze standards and procedure for appellate and district court review (5.3); correspond with J. Baer and J. Donley re same (.8); confer with J. Gettleman re same (.3); correspond with J. Baer re Garlock (.3). |
| 1/12/2011 | Brad Weiland | 7.00 | Correspond with J. Gettleman re potential settlement items (.3); draft and revise memorandum re settlement and plan items (4.9); prepare and revise summary re plan items (.6); confer with J. Gettleman re same (.3); research and revise items re appeals and waiver (.5); review correspondence re confirmation status and hearings (.4). |
| 1/12/2011 | John Donley | .70 | Review materials re appeals and District Court (.4); confer with A. Paul re same (.3). |
| 1/12/2011 | Lisa G Esayian | 1.20 | Confer with counsel for various constituencies re Libby and insurer settlement issues (.8); update M. Shelnitz and R. Finke re same (.4). |
| 1/13/2011 | Carrie Sroka | 3.90 | Review and analyze bankruptcy, district and circuit court case dockets re section 524(g) approval (1.5); compile and distribute related pleadings (1.3); confer with J. Gettleman re confirmation orders (.4); review Owens Corning Third Circuit opinion re substantive consolidation and related appeals (.7). |
| 1/13/2011 | Kimberly K Love | 2.00 | Revise and update CE appeal materials with complete documents for accuracy and obtain correspondence of CE appeal for use with potential appeal (1.6); confer with A. Paul re same (.4). |
| 1/13/2011 | Deanna D Boll | 4.10 | Confer with L. Esayian re 524(g) issues and review legislative history re same (.8); analyze issues re confirmation appeals involving asbestos-related cases (3.3). |
| 1/13/2011 | Jeffrey Gettleman | 3.90 | Revise distribution memorandum (.3); review precedential plan re distribution terms (.3); analyze research re substantial consummation in Third Circuit (.2); analyze 524(g) cases (.4); confer with C. Sroka re same and review of Owens Corning docket (.4); conduct research re distribution and appeal issues (.6); review analyses of related dockets/pleadings (1.1); confer with A. Paul re plan distribution and appeal strategy (.6). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/13/2011 | Adam C Paul | 6.00 | Confer with K. Love re appellate proceedings (.4); analyze appellate issues (2.9); analyze Canadian filings (1.0); confer with J. Gettleman re appeal (.5); prepare for entry of confirmation order (1.2). |
| 1/13/2011 | Lisa G Esayian | .50 | Correspond with CNA's counsel re BNSF's requested revisions to proposed CNA settlement approval order (.3); correspond with B. Horkovich re various potential insurance settlements (.2). |
| 1/14/2011 | Deanna D Boll | 2.80 | Analyze issues re Scopac opinion (.4); confer with J. Baer re confirmation order and review issues re same (2.4). |
| 1/14/2011 | Jeffrey Gettleman | 6.00 | Review correspondence re appellate procedures (.2); conduct research re same (.9); confer with A. Paul and J. Donley re same (.5); review correspondence re distribution memorandum (.2); confer with B. Weiland re settlement memorandum (.2); review precedential plan and cases re timing of distributions (.8); draft analysis of plan distribution provisions (.7); confer with A. Paul re same (.4); confer with J. O'Neill re appeal and affirmance procedures (.3); conduct research re standards of review (1.9). |
| 1/14/2011 | Adam C Paul | 2.50 | Analyze appellate procedure (1.2); correspond and confer with J. Gettleman re appeal of confirmation order (.6); correspond with J. Baer re confirmation order (.4); correspond with J. Donley re same (.3). |
| 1/14/2011 | Brad Weiland | 2.10 | Prepare for and attend conference with J. Gettleman re potential settlement research (.7); review and analyze memorandum re same (1.4). |
| 1/14/2011 | Lisa G Esayian | 1.00 | Work on issues re Libby claimants' and BNSF's comments re proposed order re CNA settlement. |
| 1/15/2011 | Jeffrey Gettleman | .10 | Correspond with A. Paul re comments to distribution memorandum draft. |
| 1/16/2011 | Jeffrey Gettleman | 4.20 | Edit draft of distribution memorandum (.3); correspond with A. Paul re same (.2); conduct research re jurisdiction and distribution issues (2.8); review and revise analysis re same (.9). |
| 1/16/2011 | Adam C Paul | 1.90 | Analyze appeal of confirmation order (1.4); correspond with J. Gettleman re same (.3); correspond with J. Donley re same (.2). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/2011 | Brad Weiland | .30 | Review and revise memorandum re pre Effective Date distributions. |
| 1/16/2011 | John Donley | 1.50 | Review 524(g) District Court affirmation precedent (1.3); correspond with A. Paul re same (.2). |
| 1/17/2011 | Deanna D Boll | 3.60 | Confer with J. Baer re revised confirmation order (.2); edit and review same (2.8); confer with J. Baer, J. Donley, and L. Esayian re same (.6). |
| 1/17/2011 | Jeffrey Gettleman | .20 | Review correspondence from A. Paul re jurisdictional and standard of review issues. |
| 1/17/2011 | Adam C Paul | 3.40 | Confer with J. Baer and others re confirmation order (.4); analyze and revise confirmation order (.7); analyze appellate review (1.1); analyze transcript re Garlock (1.2). |
| 1/17/2011 | John Donley | 2.30 | Revise draft confirmation order (.5); confer and correspond with D. Boll, A. Paul and J. Baer re same (.5); review ICAA order and draft pleading in Bankruptcy Court and correspond with J. Baer re same (.3); continue review of District Court precedent re same (1.0). |
| 1/17/2011 | Lisa G Esayian | .80 | Review updated confirmation order and provide revisions re insurance settlement (.4); confer with J. Donley, D. Boll, J. Baer and A. Paul re updated confirmation order (.4). |
| 1/18/2011 | Christopher T Greco | .40 | Confer with D. Boll re next steps and confirmation. |
| 1/18/2011 | Jeffrey M Armington | 4.00 | Review confirmation objections and post-trial briefing to determine standard of review on appeal (3.9); confer with J. Gettleman re same (.1). |
| 1/18/2011 | Nate Kritzer | .40 | Confer with team re case strategy. |
| 1/18/2011 | Kimberly K Love | 6.00 | Prepare and organize various pleadings requested by J. Gettleman from objection chart (2.0); prepare and organize various plan materials requested by J. Gettleman (1.5); prepare and organize information requested by J. Gettleman re number of objectors volume of their respective briefing for pre-trial and post-trial phase II materials and create chart of information (2.5). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/18/2011 | Deanna D Boll | 7.20 | Participate in confirmation status calls with K&E and plan proponents (.8); consider issues re timing and confer with J. Donley re same (.3); confer with K. Love re proposed confirmation order and review issues re same (.5); confer with C. Greco re confirmation status (.4); edit and revise CDN notice (.7); analyze issues re record on appeal (4.3); confer with J. Donley re same (.2). |
| 1/18/2011 | Jeffrey Gettleman | 6.30 | Confer with J. Armington re analysis of findings of fact and conclusions of law (.1); review letter re scheduling procedures (.1); correspond with J. O'Neill re affirmance process (.1); review correspondence re precedential motion to expedite district court review (.1); confer with C. Greco re confirmation issues (.1); confer with K. Love re same (.4); conduct research re District Court jurisdiction (.9); review plan objection chart re same (.4); confer with A. Brniak re same (.1); confer with A. Paul re same (.4); correspond with A. Paul re draft confirmation order (.4); confer with A. Paul, J. Donley, J. Baer and others re confirmation order issues (.5); review correspondence re expedition of record on appeal (.2); draft and revise letter to Judge Buckwalter re expedited briefing schedule (2.1); correspond with B. Burton re same (.1); review precedential transmittal letters re affirmance (.3). |
| 1/18/2011 | Adam C Paul | 4.30 | Analyze Garlock motion (.6); analyze CNA order (.7); analyze and revise Canadian notice (.6); correspond with L. Esayian re CNA (.4); confer with working group re confirmation order (.7); prepare for same (.8); confer with J. Gettleman re various issues (.5). |
| 1/18/2011 | Brad Weiland | 1.00 | Revise work in process materials (.3); review docket re same (.2); correspond internally re same (.2); confer with working group members re case status and confirmation issues (.3). |
| 1/18/2011 | John Donley | 2.00 | Continue analysis of District Court procedures and timing (1.0); confer with A. Paul re same (.2); confer with A. Paul, J. Baer and K&E team re same (.4); work on record-or-appeal issues and correspond with J. Baer and A. Paul re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/18/2011 | Lisa G Esayian | 4.50 | Prepare materials re requests to District Court for expedited review (.5); confer with counsel for CNA, ACC and FCR re BNSF and Libby issues for order re CNA settlement (1.0); confer with Libby claimants' counsel re CNA settlement order (.3); draft and circulate COC re CNA settlement order (1.2); revise same per various comments (1.2); update M. Shelnitz re CNA status (.3). |
| 1/19/2011 | Jeffrey M Armington | 3.40 | Review and research Third Circuit application of bankruptcy rule 8019 for letter response (.9); review post-confirmation briefing related to confirmation objections to determine standard of review (2.5). |
| 1/19/2011 | Kimberly K Love | 4.50 | Prepare and organize information and chart requested by J. Gettleman re volume of briefing for objections and post-trial response briefs and update with additional information materials (3.0); assist with preparation of materials for potential use of joint appendix materials (1.5). |
| 1/19/2011 | Deanna D Boll | 6.00 | Analyze issues re insurance settlements (2.2); confer with L. Esayian re same (.1); confer with A. Paul re confirmation issues (.4); edit index for record on appeal (3.3). |
| 1/19/2011 | Jeffrey Gettleman | 2.40 | Confer with K. Love re proposed findings of fact and conclusions of law (.1); review comments on draft lender settlement memorandum (.1); correspond with D. Boll re same (.1); confer with A. Paul re Judge's expedition letter (.4); review and revise expedition letter (.3); review annotations on objection chart (.5); confer with J. Armington re Judge's letter (.1); review correspondence re plan issues (.1); correspond with J. Armington re objection chart (.2); revise letter to Judge Buckwalter re expedition (.4); correspond with B. Burton re same (.1). |
| 1/19/2011 | Adam C Paul | 5.70 | Prepare for appeal (1.3); correspond with P. Lockwood re confirmation order (.7); correspond with D. Boll re appeal (.4); analyze standard for payment (.9); analyze and revise payment memo (1.1); analyze and revise District Court letter re expedited appeal (1.3). |
| 1/19/2011 | Brad Weiland | .40 | Correspond re potential settlement items (.2); review and analyze same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/19/2011 | Lisa G Esayian | 4.50 | Revise COC and proposed order re CNA settlement approval order per comments from various parties (2.0); correspond with D. Cohn re same (.4); make final revisions to certification of counsel and proposed order re CNA settlement (1.0); send same to K. Makowski for filing (.3); update chart of insurance settlements (.3); correspond with B. Horkovich and P. Mahaley re potential insurance settlements (.5). |
| 1/20/2011 | Jeffrey Gettleman | 3.70 | Correspond with A. Paul re appeal chronology chart (.2); confer with J. O'Neill re same (.2); review correspondence re deadlines re motion practice (.2); review correspondence re lender settlement memorandum (.1); confer with J. Donley, A. Paul and others re confirmation order litigation strategy (.8); confer with A. Paul re same (.3); review Armstrong docket re same (.3); conduct research re same (.5); review and revise appellate chronology (.6); conduct research re same (.4); correspond with J. O'Neill re same (.1). |
| 1/20/2011 | Adam C Paul | 4.40 | Analyze appellate procedure (1.2); confer with P. Lockwood re same (.9); analyze timing of appeal (.8); correspond with M. Shelnitz re same (.7); confer with J. Gettleman re same (.8). |
| 1/20/2011 | John Donley | 1.00 | Prepare for conference with ACC and FCR re District Court appeal timing issue, standards and strategy (.5); confer with A. Paul, P. Lockwood, R. Frankel and R. Wyron re same (.5). |
| 1/20/2011 | Lisa G Esayian | 2.50 | Correspond with counsel for BNSF and CNA re additional issues raised by BNSF re order on CNA settlement (1.0); review Libby claimants' COC and revised proposed order re CNA settlement and correspond with CNA's counsel re same (.8); correspond with J. McElhenney and B. Horkovich re insolvent insurer dividend payments (.7). |
| 1/21/2011 | Megan M Kokontis | 2.80 | Conduct research re plan confirmation objections and appeals. |
| 1/21/2011 | Kimberly K Love | 4.00 | Prepare and organize various materials requested by J. Gettleman (1.5); prepare and organize materials for potential use as joint appendix exhibits as requested by J. Donley and D. Boll (2.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/21/2011 | Jeffrey Gettleman | 3.10 | Revise appellate timeline (.4); correspond with L. Brown and C. Corbett re same (.1); correspond with J. Donley, D. Boll and J. Baer re draft appellate chronology (.1); correspond with J. O'Neill re same (.2); correspond with A. Paul re draft appeal chronology (.4); confer with S. Kitei re precedential timeline document (.2); correspond with A. Brniak re same (.1); conduct research re Rule 59(e) and Rule 60(b) motions (.4); revise appeal chronology chart (1.1); correspond with S. Gross and T. Schwartz re precedential timelines (.1). |
| 1/21/2011 | Adam C Paul | 4.10 | Analyze timing of an appeal (1.3); analyze and revise appellate timeline (1.6); correspond with J. Gettleman re same (.4); prepare for appeal of confirmation order (.8). |
| 1/21/2011 | Brad Weiland | .80 | Confer with A. Paul re settlement items (.2); prepare and revise memorandum re same (.6). |
| 1/21/2011 | Lisa G Esayian | 2.30 | Correspond with P. Mahaley and R. Horkovich re updates needed for plan's insurance exhibits (.8); correspond with CNA's counsel re potential reply to Libby claimants' 1-20-11 filing re CNA settlement order (.4); draft potential reply (.8); correspond with M. Shelnitz and R. Finke re same (.3). |
| 1/22/2011 | Adam C Paul | 2.10 | Analyze and revise appellate proposal (1.1); correspond with J. Gettleman re timeline (.7); correspond with J. Donley re same (.3). |
| 1/22/2011 | John Donley | .10 | Correspond with K. Love and D. Boll re appellate record. |
| 1/22/2011 | Lisa G Esayian | 1.00 | Review order approving CNA settlement entered by Bankruptcy Court today (.3); correspond with CNA counsel re order (.2); correspond with M. Shelnitz and R. Finke re order (.2); update chart of insurance settlements (.3). |
| 1/23/2011 | Jeffrey Gettleman | 2.40 | Correspond with J. Donley and A. Paul re appellate chronology (.4); revise appellate chronology (.8); draft district court appeal scenarios document (.3); confer with A. Paul re same (.3); review correspondence re same (.2); correspond with J. Donley re same (.2); correspond with A. Paul and J. O'Neill re appellate timelines (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/2011 | Adam C Paul | 3.40 | Analyze and revise payment memo and appellate timeline (2.3); correspond with B. Weiland and J. Gettleman re same (.7); confer with J. Gettleman re timeline (.4). |
| 1/23/2011 | John Donley | 2.00 | Review authorities and rules re district court appeals, bankruptcy court record and timing issues (.8); review drafts from J. Gettleman re scenarios and strategies (.5); correspond with J. Gettleman and A. Paul re same (.2); draft issues and timeline outlines (.5). |
| 1/24/2011 | Megan M Kokontis | .50 | Review and revise memorandum re pre Effective Date payments. |
| 1/24/2011 | Kimberly K Love | 4.50 | Assist with review of materials for use with joint appendix for use with potential appeal. |
| 1/24/2011 | Deanna D Boll | 6.50 | Analyze issues re appellate timing and delays re confirmation (3.7); edit index of record for appeal and review trial exhibits (2.4); review issues in Quigley re potential confirmation order after prior denial (.4). |
| 1/24/2011 | Jeffrey Gettleman | 3.40 | Correspond with J. Donley and A. Paul re appellate timelines (.3); review correspondence re same (.2); revise appellate timeline chart (1.0); conduct research re same (.3); confer with J. Donley and A. Paul re same (.7); draft and revise alternative appellate timeline (.9). |
| 1/24/2011 | Adam C Paul | 3.40 | Analyze and revise appellate timelines (1.9); confer with J. Donley re same (.7); confer with J. O'Neill re same (.4); correspond with ACC and FCR re appeal (.4). |
| 1/24/2011 | Brad Weiland | 1.00 | Correspond with working group re confirmation order and potential settlement items (.3); review and revise settlement memorandum (.7). |
| 1/24/2011 | John Donley | 3.50 | Review research, bankruptcy and various court rules and precedents re timing and options on various aspects of appeals (2.0); review/revise charts re scenarios, base case and alternative proposals (.6); confer and correspond with A. Paul and J. Gettleman re same (.4); confer with A. Paul, J. Gettleman and J. O'Neill re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/24/2011 | Lisa G Esayian | 1.50 | Correspond with remaining unsettled objecting insurers (.7); work on updates to plan insurance documents (.8). |
| 1/24/2011 | Gayle M Lodygowski | 6.00 | Review 2010 trial transcripts for admitted exhibits (2.0); review admitted trial exhibits for completeness and accuracy re potential production of same (4.0). |
| 1/25/2011 | Kimberly K Love | 6.50 | Review, prepare and organize admitted exhibit materials for use with joint appendix as requested by J. Donley and D. Boll. |
| 1/25/2011 | Deanna D Boll | 6.20 | Confer with J. Donley and K. Love re record on appeal (.5); confer with plan proponents re appeals (.7); edit and revise index of record on appeal and coordinate same with K. Love (2.3); review issues re FDIC inquiry and confer with M. Araki re Bank of Asheville (.7); prepare objecting party appeal materials for K&E use (1.5); participate in status conference call with Court re confirmation (.5). |
| 1/25/2011 | Jeffrey Gettleman | 2.30 | Draft and revise proposed appellate scheduling order (.5); correspond with J. Donley and A. Paul re same and appellate timeline (.7); revise timeline (.3); review correspondence re expedition of appeal process (.2); revise appellate timelines chart (.2); confer with J. Donley, M. Shelnitz and others re plan confirmation order strategy (.4). |
| 1/25/2011 | Adam C Paul | 3.40 | Correspond with J. Donley and J. Gettleman re appellate timeline (.4); confer with client and ACC/FCR re appeals (1.9); analyze possible appeals (1.1). |
| 1/25/2011 | John Donley | 6.40 | Continue analysis of Bankruptcy Rules and 524(g) precedent and draft/revise outline re options (3.6); confer and correspond with A. Paul and J. Gettleman re same (.4); confer with A. Paul re confirmation issue raised by FCR (.3); confer and correspond with D. Boll and K. Love re joint record on appeal (.5); confer with M. Shelnitz, J. Baer, A. Paul and R. Finke re plan confirmation issues and prepare for same (.6); confer with P. Lockwood, R. Frankel, R. Wyron, A. Paul, J. Baer and J. O'Neill re appeal procedures, timing and options (.8); correspond with M. Shelnitz re confirmation and strategy (.2). |
| 1/25/2011 | Gayle M Lodygowski | 7.00 | Review admitted trial exhibits for completeness and accuracy re potential production of same. |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/26/2011 | Kimberly K Love | 7.30 | Obtain and organize materials requested by J. Donley for use with answering Court's questions (6.0); cite-check information for Court for accuracy, including information on plan exhibit 5 (1.3). |
| 1/26/2011 | Deanna D Boll | 5.50 | Confer with J. Donley, L. Esayian, et al re confirmation order and asbestos protected party definition (1.2); review and edit insert (2.5); confer with D.Turetsky re same (.3); confer with R. Wyron re insurer language (.1); confer with plan proponents re same (.6); edit interest party materials (.8). |
| 1/26/2011 | Jeffrey Gettleman | .60 | Review list of parties entitled to 524(g) channeling injunction (.1); correspond with A. Paul re trusts' objection re Medicare reporting and confirmation order (.3); review and edit analysis of initial paragraphs covering exhibits (.2). |
| 1/26/2011 | Adam C Paul | 5.80 | Analyze Asbestos Protected Parties (1.7); confer with J. Donley re same (.9); analyze and revise exhibit re same (1.5); analyze medicare reporting requirement (.6); correspond with J. Gettleman re same (.3); confer with plan proponents re appeal and revised exhibit (.8). |
| 1/26/2011 | Brad Weiland | .30 | Correspond with A. Paul and J. Gettleman re work in process. |
| 1/26/2011 | John Donley | 6.10 | Confer and correspond with J. Baer re confirmation order issues (.5); confer and correspond with D. Boll, K. Love, A. Paul and L. Esayian re Asbestos Protected Party definition (1.5); draft and revise summary, intro and discussions of Asbetos Protected Parties (2.0); confer and correspond with P. Lockwood, R. Wyron, R. Frankel, D. Turetsky, N. Coco, and various plan proponent counsel re Asbetos Protected Parties project (2.1). |
| 1/26/2011 | Lisa G Esayian | 4.80 | Review and provide comments re updated version of plan exhibit 5 (settled insurers) (.7); confer with J. Donley, D. Boll, A. Paul and K. Love re Judge Fitzgerald's request for list of Asbestos Protected Parties (.8); create list of settled insurers that are Asbestos Protected Parties (1.6); confer with J. Donley re same (.5); confer with plan proponents, Sealed Air and Fresenius re same (.8); review final version before submission to Court (.4). |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/26/2011 | Gayle M Lodygowski | 7.00 | Review admitted trial exhibits for completeness and accuracy (4.0); update admitted trial exhibits with confidential cover pages where needed for use with joint appendix (3.0). |
| 1/27/2011 | Kimberly K Love | 8.50 | Prepare and organize materials for use with joint appendix including admitted exhibits and hearing transcripts (6.5); prepare and organize database of joint appendix information (2.0). |
| 1/27/2011 | Deanna D Boll | 4.70 | Draft letter re joint record and edit index re same (3.2); confer with L. Esayian re Royal and CNA (.2); confer with J. Baer re same (.1); confer with J. Donley re settled plan objectors and review issues with J. Baer re remaining objectors (1.2). |
| 1/27/2011 | Jeffrey Gettleman | 2.20 | Consider issues re timing of confirmation order (.6); confer with C. Sroka re same (.3); correspond with V. Hood re Medicare reporting requirements (.1); correspond with J. Baer re delay (.2); correspond with A. Paul re issuance of confirmation order (.2); correspond with J. Baer, A. Paul and C. Sroka re same (.2); confer with J. Donley re same (.3); correspond with C. Sroka, J. Donley and J. Baer re revisions to order (.3). |
| 1/27/2011 | Adam C Paul | 3.10 | Confer with client re confirmation order and district court review (1.1); prepare for entry of confirmation order (1.0); analyze agenda (.7); correspond with J. Baer re same (.3). |
| 1/27/2011 | John Donley | 3.70 | Review and analyze objections, arguments and briefs in proceedings below, common issues and precedents and arguments for timing and case management proposal before District Court (2.0); prepare charts and prepare for conference with client re same (.7); confer with M. Shelnitz, R. Finke, A. Paul and J. Baer re confirmation order and appeal issues and strategy and next steps (1.0). |
| 1/27/2011 | Lisa G Esayian | 1.50 | Confer with J. Donley re potential appeals of plan confirmation order (.5); work on updates to plan's insurance exhibits (.5); review status of Anderson Memorial District Court appeals and update R. Finke re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/27/2011 | Gayle M Lodygowski | 7.00 | Continue review of admitted trial exhibits for completeness and accuracy (3.7); update admitted trial exhibits with confidential cover pages where needed for use with joint appendix (3.3). |
| 1/28/2011 | Kimberly K Love | 7.30 | Review hearing transcripts for information re admittance of various exhibits (4.0); prepare and organize database of joint appendix materials (3.3). |
| 1/28/2011 | Deanna D Boll | 4.60 | Confer with J. Donley re motion for expedited order (.2); confer with J. Baer, J. Donley, et al re alternatives re timing on confirmation (.7); confer with K. Love re trial demonstratives and review transcripts re admissibility of same (3.5); confer with B. Stansbury re criminal trial demonstratives and other materials (.2). |
| 1/28/2011 | Jeffrey Gettleman | .80 | Correspond with A. Paul re Medicare reporting issue (.2); correspond with V. Hood re same (.1); confer with L. Thompson re same (.3); review correspondence re entry of confirmation order (.2). |
| 1/28/2011 | John Donley | 1.00 | Analyze and outline options and timing re entry of confirmation order (.4); confer with J. Baer re same (.2); correspond with J. Baer, D. Boll and A. Paul re same (.2); confer with M. Shelnitz re same (.2). |
| 1/29/2011 | John Donley | 2.50 | Review precedent and analyze district court appellate procedures and standards (1.5); confer with J. Baer and A. Paul re confirmation order issues (.3); confer with D. Boll re record on appeal issues and next steps and review work product re same (.6); correspond with client re confirmation order and next steps (.1). |
| 1/30/2011 | Adam C Paul | 2.20 | Prepare for confirmation order entry (1.1); correspond with J. Donley re same (.8); confer with J. Donley re same (.3). |
| 1/31/2011 | Nate Kritzer | 2.00 | Review confirmation order and opinion. |
| 1/31/2011 | Kimberly K Love | 9.50 | Prepare, organize and edit electronic versions of exhibits for joint appendix FTP site (9.0); prepare and organize joint appendix materials for review by J. Donley (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/2011 | Deanna D Boll | 10.20 | Draft motion to expedite and discuss same with team (2.3); confer with plan proponents re status of confirmation order (.4); confer with M. Araki re Bank of Asheville issue and FDIC (.7); review Sealed Air corrections to confirmation order and coordinate same with D. Turetsky and J. Baer (1.4); edit letter re joint record (.2); confer with K. Love re ftp site (.3); confer with J. Donley re record on appeal (.2); analyze issues re confirmation order and memorandum opinion and draft memorandum re same (4.7) |
| 1/31/2011 | Jeffrey Gettleman | 4.10 | Correspond with A. Paul and D. Boll re standard of review issues re confirmation order (.4); draft analysis re same (.7); review K&E correspondence re confirmation order (.4); review D. Boll analysis of confirmation order (.3); confer with A. Paul re same (.5); review standard of review research (.3); correspond with D. Boll re same (.1); review correspondence from J. Baer re same (.1); create comparisons of last filed version of confirmation order with confirmation order as entered (.4); correspond with P. Lockwood and others re same (.2); correspond with J. Baer and A. Paul re memorandum opinion (.2); review confirmation order and memorandum opinion (.5). |
| 1/31/2011 | Adam C Paul | 8.70 | Correspond with R. Schrock and D. Boll re declaration (.2); analyze and revise declaration (.6); analyze confirmation order and opinion (5.2); correspond with client and plan proponents re same (1.1); confer with plan proponents re same (1.2); confer with J. Donley re same (.4). |
| 1/31/2011 | Brad Weiland | 2.00 | Review and analyze confirmation order (.7); review and analyze opinion re same (.8); correspond with working group members re same (.3); prepare and revise work in process materials (.2). |
| 1/31/2011 | Justin S Brooks | 2.50 | Review confirmation order, findings of fact and conclusions of law (1.2); summarize lender issues (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/2011 | John Donley | 2.80 | Work on confirmation opinion fallback plan if no opinion issued today, in light of Canadian deadline, including draft order and motion and correspondence (.8); confer and correspond with A. Paul re opinion and correspond with team and J. Baer re same (.5); review opinion and analyze potential next steps (1.5). |
| 1/31/2011 | Lisa G Esayian | 3.50 | Review memorandum opinion re confirmation and confirmation order (2.5); consider potential appeal issues likely to be raised by certain claimants (1.0). |
| 1/31/2011 | Gayle M Lodygowski | 7.00 | Review admitted trial exhibits for completeness and accuracy for use with joint appendix. |
| | Total: | 586.80 | |

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/21/2011 | Todd F Maynes, P.C. | .50 | Correspond with team members re tax issues. |
| 1/24/2011 | Todd F Maynes, P.C. | .50 | Confer with team members re tax issues. |
| | Total: | 1.00 | |

## Matter 42 - Travel - Non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/9/2011 | Adam C Paul | 2.10 | Travel to Pittsburgh, PA for hearing (billed at half time). |
| 1/9/2011 | John Donley | 2.00 | Travel from Chicago, IL to Pittsburgh, PA for hearing (billed at half time). |
| 1/10/2011 | Adam C Paul | 2.00 | Return travel from Pittsburgh, PA to Chicago, IL after hearing (billed at half time). |
| 1/10/2011 | John Donley | 2.20 | Return travel from Pittsburgh, PA to Chicago, IL (billed at half time). |
| | Total: | 8.30 | |

## Matter 59 - Lyondell Reclamation Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/4/2011 | Kristina Alexander | .20 | Review Lyondell stipulation. |
| 1/7/2011 | Christopher T Greco | .20 | Correspond with client re Lyondell claim stipulation 5218. |
| 1/25/2011 | Kristina Alexander | .10 | Confer with S. Sinclair re Lyondell stipulation. |
| | Total: | .50 | |

**Matter 60 - Delphi Preference Defense - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/2/2011 | Christopher T Greco | .10 | Correspond with M. Dexter and M. Klugman re response to Delphi settlement offer. |
| 1/3/2011 | Kristina Alexander | .10 | Correspond with team re Delphi action. |
| 1/3/2011 | Matthew F Dexter | .20 | Confer with C. Greco re potential Delphi settlement talks. |
| 1/4/2011 | Christopher T Greco | .40 | Correspond with team re Delphi settlement update status. |
| 1/4/2011 | Kristina Alexander | 2.40 | Conduct research re ordinary course defense re Delphi, draft summary of same and provide analysis of issues to M. Dexter. |
| 1/5/2011 | Christopher T Greco | .20 | Correspond with team re Delphi preference update. |
| 1/5/2011 | Kristina Alexander | .20 | Correspond with team re Delphi claim analysis. |
| 1/7/2011 | Christopher T Greco | .20 | Correspond with team re Delphi settlement response. |
| 1/7/2011 | Matthew F Dexter | .80 | Draft correspondence to Delphi counsel re settlement (.6); correspond with team re same (.2). |
| 1/7/2011 | Maura Klugman | .50 | Review Delphi settlement correspondence and suggest possible language to M. Dexter. |
| 1/18/2011 | Christopher T Greco | .40 | Confer with J. Hughes re Delphi settlement update and follow up re same. |
| 1/18/2011 | Matthew F Dexter | .30 | Confer with J. Hughes re Delphi settlement (.2); correspond with opposing counsel re same (.1). |
| | Total: | 5.80 | |