# EXHIBIT B

## Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---|
| Local Transportation | $48.00 |
| Travel Expense | $1,313.12 |
| Airfare | $1,971.85 |
| Transportation to/from airport | $436.55 |
| Travel Meals | $276.76 |
| **Total:** | **$4,046.28** |

## Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/10/2010 | 594.77 | Kimberly Love, Airfare, Philadelphia, PA, 12/12/2010 to 12/13/2010, (Hearing) |
| 12/12/2010 | 515.90 | Kimberly Love, Lodging, Wilmington, DE, Hotel DuPont, 12/12/2010 to 12/13/2010, (Hearing) |
| 12/12/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/12/2010, JOHN DONLEY |
| 12/13/2010 | 93.95 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/13/2010, KIMBERLY LOVE |
| 12/30/2010 | 484.40 | John Donley, Airfare, Pittsburgh, PA, 01/09/2011 to 01/10/2011, (Court Hearing) |
| 12/30/2010 | 466.28 | Adam Paul, Airfare, Pittsburgh, PA, 01/09/2011 to 01/10/2011, (Hearing) |
| 1/2/2011 | 426.40 | Lisa Esayian, Airfare, Pittsburgh, PA, 01/09/2011 to 01/10/2011, (Hearing) |
| 1/9/2011 | 265.74 | Adam Paul, Lodging, Pittsburgh, PA, Westin Convention Center Pittsburgh, 01/09/2011 to 01/10/2011, (Hearing) |
| 1/9/2011 | 35.00 | Lisa Esayian, Transportation To/From Airport, (Hearing) (home to Midway) |
| 1/9/2011 | 45.00 | Lisa Esayian, Transportation To/From Airport, (Hearing) (downtown Pittsburgh to airport) |
| 1/9/2011 | 45.00 | Adam Paul, Transportation To/From Airport, (Hearing) (airport to hotel) |
| 1/9/2011 | 55.00 | John Donley, Travel Meals, Pittsburgh, PA, (Court Hearing), Dinner |
| 1/9/2011 | 12.70 | Adam Paul, Travel Meals, Pittsburgh, PA, (Hearing), Lunch |
| 1/9/2011 | 55.00 | Adam Paul, Travel Meals, Pittsburgh, PA, (Hearing), Dinner |
| 1/10/2011 | 48.00 | Adam Paul, Taxi, (Hearing) (Hotel to airport) |
| 1/10/2011 | 265.74 | John Donley, Lodging, Pittsburgh, PA, Westin Convention Center Pittsburgh, 01/09/2011 to 01/10/2011, (Court Hearing) |
| 1/10/2011 | 265.74 | Lisa Esayian, Lodging, Pittsburgh, PA, Westin Convention Center Pittsburgh, 01/09/2011 to 01/10/2011, (Hearing) |
| 1/10/2011 | 37.00 | John Donley, Transportation To/From Airport, (Court Hearing), From MDW to Home |
| 1/10/2011 | 43.00 | Lisa Esayian, Transportation To/From Airport, (Hearing) (O'Hare to K&E office) |

| Date | Amount | Description |
|------|--------|-------------|
| 1/10/2011 | 45.00 | Lisa Esayian, Transportation To/From Airport, (Hearing) (downtown Pittsburgh to airport) |
| 1/10/2011 | 67.78 | John Donley, Travel Meal with Others, Pittsburgh, PA, (Court Hearing), Breakfast for 3 people |
| 1/10/2011 | 24.00 | Lisa Esayian, Travel Meals, Pittsburgh, PA, (Hearing), Lunch |
| 1/10/2011 | 55.00 | Lisa Esayian, Travel Meals, Pittsburgh, PA, (Hearing), Dinner |
| 1/10/2011 | 7.28 | Adam Paul, Travel Meals, Philadelphia, PA, (Hearing), Lunch |
| Total: | 4,046.28 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $147.90 |
| Standard Copies or Prints | $949.20 |
| Overnight Delivery | $276.91 |
| Professional Fees | $3,437.50 |
| Computer Database Research | $2,680.12 |
| **Total:** | **$7,491.63** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/8/2010 | 46.89 | WEST, Computer Database Research, LODYGOWSKI, GAYLE, DECEMBER, 2010 |
| 12/9/2010 | 7.62 | WEST, Computer Database Research, Westlaw Business Usage for 12/2010, POLLOCK,CARRIE |
| 12/10/2010 | 18.29 | UPS Dlvry to: Pachulski Stang Ziehl & Jones, Adam Paul, WILMINGTON, DE from: Adam C. Paul |
| 12/10/2010 | 78.25 | UPS Dlvry to: Pachulski Stang Ziehl & Jones, Adam Paul, WILMINGTON, DE from: Adam C. Paul |
| 12/10/2010 | 130.48 | WEST, Computer Database Research, BROOKS, JUSTIN S., DECEMBER, 2010 |
| 12/14/2010 | 379.66 | WEST, Computer Database Research, LOVE, KIMBERLY, DECEMBER, 2010 |
| 12/14/2010 | 292.34 | WEST, Computer Database Research, BOLL, DEANNA D., DECEMBER, 2010 |
| 12/20/2010 | 97.33 | WEST, Computer Database Research, KOKONTIS, MEGAN, DECEMBER, 2010 |
| 12/27/2010 | 72.29 | WEST, Computer Database Research, DONLEY, JOHN W., DECEMBER, 2010 |
| 12/28/2010 | 481.20 | WEST, Computer Database Research, WEILAND, BRAD, DECEMBER, 2010 |
| 12/30/2010 | 116.71 | WEST, Computer Database Research, ESAYIAN, LISA G., DECEMBER, 2010 |
| 12/31/2010 | 76.39 | INTERCALL - Third Party Telephone Charges, J. Donley, 12/31/10 |
| 12/31/2010 | 7.40 | INTERCALL - Third Party Telephone Charges, J. Brooks, 12/31/10 |
| 12/31/2010 | 1,055.60 | PACER SERVICE CENTER, Computer Database Research, 10/1/2010 thru 12/31/2010 |
| 1/4/2011 | 3,437.50 | THE VISUAL STRATEGY - Professional Fees, Revise Slides from first Draft rendered 12/9-12/13/10 |
| 1/5/2011 | 0.60 | Standard Prints |
| 1/5/2011 | 1.90 | Standard Copies or Prints |
| 1/5/2011 | 5.30 | Standard Prints |
| 1/5/2011 | 22.30 | Standard Copies or Prints |
| 1/5/2011 | 14.00 | Standard Prints |
| 1/5/2011 | 1.20 | Standard Prints |
| 1/5/2011 | 2.50 | Standard Prints |
| 1/5/2011 | 24.20 | Standard Copies or Prints |
| 1/5/2011 | 0.20 | Standard Prints |
| 1/5/2011 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/6/2011 | 0.10 | Standard Prints |
| 1/6/2011 | 6.60 | Standard Prints |
| 1/6/2011 | 6.90 | Standard Prints |
| 1/6/2011 | 0.10 | Standard Prints |
| 1/6/2011 | 8.20 | Standard Prints |
| 1/6/2011 | 13.00 | Standard Prints |
| 1/6/2011 | 8.90 | Standard Prints |
| 1/6/2011 | 125.19 | Fed Exp to: Lisa Esayian, PITTSBURGH, PA from: Kimberly Love |
| 1/7/2011 | 23.90 | Standard Copies or Prints |
| 1/7/2011 | 52.90 | Standard Prints |
| 1/7/2011 | 0.60 | Standard Prints |
| 1/7/2011 | 2.40 | Standard Prints |
| 1/7/2011 | 18.60 | Standard Prints |
| 1/7/2011 | 56.80 | Standard Prints |
| 1/7/2011 | 110.00 | Standard Copies or Prints |
| 1/7/2011 | 0.60 | Standard Prints |
| 1/7/2011 | 36.78 | Fed Exp to: Adam Paul, PITTSBURGH PA from: Maria Perez |
| 1/10/2011 | 3.30 | Standard Prints |
| 1/10/2011 | 31.30 | Standard Prints |
| 1/10/2011 | 32.80 | Standard Prints |
| 1/10/2011 | 0.60 | Standard Copies or Prints |
| 1/10/2011 | 6.00 | Standard Prints |
| 1/10/2011 | 3.70 | Standard Prints |
| 1/10/2011 | 1.00 | Standard Prints |
| 1/10/2011 | 21.11 | Fed Exp from: MARIA PEREZ, CHICAGO, IL to: ADAM PAUL |
| 1/11/2011 | 0.60 | Standard Prints |
| 1/11/2011 | 34.10 | Standard Copies or Prints |
| 1/11/2011 | 1.40 | Standard Copies or Prints |
| 1/11/2011 | 0.80 | Standard Prints |
| 1/12/2011 | 3.10 | Standard Prints |
| 1/12/2011 | 0.50 | Standard Prints |
| 1/12/2011 | 14.10 | Standard Prints |
| 1/12/2011 | 3.10 | Standard Prints |
| 1/12/2011 | 0.90 | Standard Prints |
| 1/12/2011 | 3.80 | Standard Prints |
| 1/13/2011 | 0.30 | Standard Prints |
| 1/13/2011 | 53.80 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/13/2011 | 0.10 | Standard Prints |
| 1/13/2011 | 2.50 | Standard Prints |
| 1/13/2011 | 0.10 | Standard Prints |
| 1/13/2011 | 5.10 | Standard Prints |
| 1/14/2011 | 3.20 | Standard Prints |
| 1/14/2011 | 2.00 | Standard Copies or Prints |
| 1/14/2011 | 28.50 | Standard Prints |
| 1/14/2011 | 10.10 | Standard Copies or Prints |
| 1/14/2011 | 1.50 | Standard Prints |
| 1/14/2011 | 1.10 | Standard Prints |
| 1/14/2011 | 18.60 | Standard Prints |
| 1/18/2011 | 0.10 | Standard Prints |
| 1/18/2011 | 13.70 | Standard Copies or Prints |
| 1/18/2011 | 1.00 | Standard Prints |
| 1/18/2011 | 4.50 | Standard Prints |
| 1/18/2011 | 18.10 | Standard Copies or Prints |
| 1/18/2011 | 1.90 | Standard Prints |
| 1/19/2011 | 7.50 | Standard Prints |
| 1/19/2011 | 8.70 | Standard Prints |
| 1/19/2011 | 0.30 | Standard Prints |
| 1/19/2011 | 6.50 | Standard Copies or Prints |
| 1/19/2011 | 5.70 | Standard Prints |
| 1/19/2011 | 2.80 | Standard Prints |
| 1/20/2011 | 1.70 | Standard Prints |
| 1/20/2011 | 0.90 | Standard Prints |
| 1/20/2011 | 10.50 | Standard Prints |
| 1/20/2011 | 21.00 | Standard Prints |
| 1/20/2011 | 1.60 | Standard Prints |
| 1/20/2011 | 0.50 | Standard Prints |
| 1/21/2011 | 0.40 | Standard Prints |
| 1/21/2011 | 4.40 | Standard Prints |
| 1/21/2011 | 0.10 | Standard Prints |
| 1/21/2011 | 0.60 | Standard Prints |
| 1/21/2011 | 4.70 | Standard Prints |
| 1/24/2011 | 0.10 | Standard Prints |
| 1/24/2011 | 1.00 | Standard Prints |
| 1/24/2011 | 62.60 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 1/24/2011 | 0.30 | Standard Prints |
| 1/24/2011 | 13.70 | Standard Prints |
| 1/24/2011 | 0.70 | Standard Prints |
| 1/25/2011 | 34.90 | Standard Prints |
| 1/25/2011 | 0.20 | Standard Prints |
| 1/25/2011 | 22.90 | Standard Prints |
| 1/25/2011 | 1.00 | Standard Prints |
| 1/25/2011 | 0.70 | Standard Prints |
| 1/26/2011 | 1.10 | Standard Prints |
| 1/26/2011 | 6.20 | Standard Prints |
| 1/26/2011 | 1.40 | Standard Prints |
| 1/26/2011 | 2.50 | Standard Prints |
| 1/26/2011 | 2.10 | Standard Prints |
| 1/26/2011 | 0.60 | Standard Prints |
| 1/26/2011 | 1.90 | Standard Prints |
| 1/26/2011 | (2.71) | Overnight Delivery - Refund |
| 1/27/2011 | 0.30 | Standard Prints |
| 1/27/2011 | 0.10 | Standard Copies or Prints |
| 1/27/2011 | 0.10 | Standard Copies or Prints |
| 1/27/2011 | 15.60 | Standard Copies or Prints |
| 1/27/2011 | 8.00 | Standard Prints |
| 1/27/2011 | 0.30 | Standard Prints |
| 1/28/2011 | 0.10 | Standard Prints |
| 1/28/2011 | 3.20 | Standard Prints |
| 1/28/2011 | 0.50 | Standard Prints |
| 1/31/2011 | 62.03 | INTERCALL - Third Party Telephone Charges, J. Donley, 1/31/11 |
| 1/31/2011 | 2.08 | INTERCALL - Third Party Telephone Charges, J. Gettleman, 1/31/11 |
| Total: | 7,491.63 | |

## Matter 59 – Lyondell Reclamation Claims– Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $54.90 |
| **Total:** | **$54.90** |

**Matter 59 – Lyondell Reclamation Claims– Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 1/12/2011 | 0.50 | Standard Prints |
| 1/13/2011 | 3.30 | Standard Prints |
| 1/19/2011 | 0.50 | Standard Prints |
| 1/20/2011 | 1.00 | Standard Prints |
| 1/21/2011 | 1.00 | Standard Prints |
| 1/24/2011 | 38.10 | Standard Prints |
| 1/25/2011 | 1.20 | Standard Prints |
| 1/27/2011 | 9.30 | Standard Prints |
| Total: | 54.90 | |