IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 4, 2011 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND TWELFTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**<u>EXHIBIT A</u>**
(Fee Detail)

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $11,130.50 |
|---|---|
| FEE APPLICATION – APPLICANT | $310.50 |
| TOTAL FEES | $11,441.00 |



# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number  130932
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/03/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 01/04/11 | ARA | Quality control Libby documents before returning them to the repository. | 1.50 Hrs | 195.00 |
| 01/04/11 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 01/05/11 | MTM | Telephone call from in-house Grace counsel re: TEC Systems' documents (.1); receipt and review of email re: same (.1); telephone call to ARA re: same (.1). | 0.30 Hrs | 88.50 |
| 01/05/11 | ARA | Quality control Libby documents before returning them to the repository (3.3). Review PNB boxes for TEC Systems documents. (.3). | 3.60 Hrs | 468.00 |
| 01/05/11 | ARA | Document control. | 2.30 Hrs | 195.50 |
| 01/06/11 | MTM | Telephone calls with ARA re: TEC Systems documents in PNB collection (.1); telephone call and email to in-house counsel re: same (.1); telephone call to ARA re: same (.1). | 0.30 Hrs | 88.50 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/06/11 | ARA | Continue to review PNB boxes of documents for TEC Systems' documents (5.6); prepare documents and arrange to have documents copied by Merrill Corp. (.4). | 6.00 Hrs | 780.00 |
| 01/06/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 01/07/11 | MTM | Letter to in-house counsel re: TEC Systems documents. | 0.10 Hrs | 29.50 |
| 01/07/11 | ARA | Receive from copy service (.2). and quality control TEC Systems documents (2.3). | 2.50 Hrs | 325.00 |
| 01/07/11 | ARA | Document control. | 3.50 Hrs | 297.50 |
| 01/10/11 | MTM | Telephone call from Joan Sherman at Holme Roberts re: box of maps; telephone call to ARA re: same. | 0.10 Hrs | 29.50 |
| 01/10/11 | ARA | Quality control PNB documents (5.3). Per telephone call from MTM, contact HRO paralegal, discuss boxes of maps to be returned to Winthrop Square (.3). | 5.60 Hrs | 728.00 |
| 01/10/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 01/11/11 | ARA | Quality control PNB documents (6.0). Telephone call to MTM re: update on box of maps (.1). | 6.10 Hrs | 793.00 |
| 01/13/11 | ARA | Quality control PNB documents. | 6.30 Hrs | 819.00 |
| 01/14/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 01/18/11 | ARA | Quality control PNB documents. | 6.50 Hrs | 845.00 |
| 01/19/11 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.20 Hrs | 69.00 |
| 01/19/11 | ARA | Quality control PNB documents (5.7). Telephone call to HRO paralegal and receipt of box re: maps (.3). | 6.00 Hrs | 780.00 |
| 01/20/11 | ARA | Quality control PNB documents (1.5). Review Winthrop Square information binders for OMF boxes (.5); telephone call from MTM and HRO paralegal; discussion with HRO paralegal re: box of maps she returned and other boxes; receipt of email from HRO paralegal; forward email to MTM and telephone call to MTM explaining box of maps from HRO paralegal (1.0). | 2.50 Hrs | 325.00 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/20/11 | ARA | Document control. | 4.10 Hrs | 348.50 |
| 01/21/11 | ARA | Quality control PNB documents. | 5.80 Hrs | 754.00 |
| 01/24/11 | ARA | Quality control PNB documents. | 4.50 Hrs | 585.00 |
| 01/24/11 | ARA | Document control. | 2.20 Hrs | 187.00 |
| 01/25/11 | RAM | Telephone conference with in-house counsel and conference with DMB re: what search capacity firm still has. | 0.10 Hrs | 34.50 |
| 01/25/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 01/28/11 | ARA | Quality control PNB documents. | 5.90 Hrs | 767.00 |
| 01/31/11 | ARA | Document control. | 1.50 Hrs | 127.50 |

TOTAL LEGAL SERVICES     $11,130.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.30 | 345.00 | 103.50 |
| Matthew T. Murphy | 0.80 | 295.00 | 236.00 |
| Angela R. Anderson | 69.80 | 130.00 | 9,074.00 |
| Angela R. Anderson | 20.20 | 85.00 | 1,717.00 |
| | 91.10 | | $11,130.50 |

TOTAL THIS BILL     $11,130.50

Page 3

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number  130933
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JANUARY 31, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/11/11 | RAM | Work on November fee application; send it to Delaware counsel to file. | 0.90 Hrs | 310.50 |
| 01/18/11 | RAM | Send "as filed" November fee application to Fee Auditor. | 0.05 Hrs | No Charge |

TOTAL LEGAL SERVICES          $310.50

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.90 | 345.00 | 310.50 |
| Robert A. Murphy | 0.05 | 345.00 | No Charge |
|  | 0.95 |  | $310.50 |

TOTAL THIS BILL          $310.50

**<u>EXHIBIT B</u>**
**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,233.77 |
| **FEE APPLICATION – APPLICANT** | 17.34 |
| **TOTAL EXPENSES** | $12,251.11 |



# CASNER & EDWARDS, LLP

## A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number  130934
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2011

EXCESS POSTAGE
01/31/11      EXCESS POSTAGE                                              11.93
                                                                                            $11.93

PACER ONLINE SEARCH
01/25/11      Delaware Bankruptcy Court searches - date range      76.72
                   10/012010 - 12/31/2010
                                                                                            $76.72

OUTSIDE PHOTOCOPYING
01/10/11      MERRILL COMMUNICATIONS, LLC: Libby personnel        30.25
                   file (12/01/10).
                                                                                            $30.25

RENT REIMBURSEMENT
01/03/11      ONE WINTHROP SQUARE, LLC: Rent and utilities        11,589.82
                   for document repository at One Winthrop Square -
                   January 2011.
                                                                                            $11,589.82

MISCELLANEOUS
01/10/11      RECORDKEEPER ARCHIVE CENTERS,: Storage              525.05

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

**COSTS**

THROUGH JANUARY 31, 2011

1/1/2011 through 1/31/2011.

|  |  |
|---|---|
|  | $525.05 |
| TOTAL COSTS | $12,233.77 |
| TOTAL THIS BILL | $12,233.77 |



CASNER & EDWARDS, LLP

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2011
Bill Number  130935
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2011

FEDERAL EXPRESS

| 01/13/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market St., Pachulski Stang Ziehl & Jones LLP, Lynn Oberholzer from Casner and Edwards on December 23, 2010 by R A Murphy. | 17.34 |
|---|---|---|
| | | $17.34 |

| TOTAL COSTS | $17.34 |
|---|---|

| TOTAL THIS BILL | $17.34 |
|---|---|