**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Dkt. Nos. 26154, 26155, 26257 and 26289** |

## GARLOCK SEALING TECHNOLOGIES LLC'S AMENDED AND SUPPLEMENTAL NOTICE OF APPEAL AND OBJECTIONS

PLEASE TAKE NOTICE that on February 14, 2011, Garlock Sealing Technologies LLC ("Garlock") filed its Notice of Appeal and Objections [Dkt. No. 26257] ("Original Appeal and Objections") from the judgments, orders, or decrees titled *Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law* [Dkt. No. 26154] ("Memorandum Opinion") and the *Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010* [Dkt. No. 26155] ("Recommended Findings and Conclusions") of the bankruptcy judge, The Honorable Judith K. Fitzgerald ("Judge Fitzgerald"), in these jointly administered chapter 11 cases.

On February 15, 2011, the Memorandum Opinion and the Recommended Findings and Conclusions were amended by the *Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010* [Dkt. No. 26289] (the "Clarification and Confirmation Order"). Subsequently, on March 10, 2011, The Honorable Ronald L. Buckwalter of the United States District Court for the District of Delaware entered the

*Order Regarding Appeals of Confirmation Order* [Dkt. No. 3 in Case No. 1:11-cv-00199-RLB] ("Confirmation Appeals Order").

Accordingly, to the extent necessary, Garlock hereby incorporates by reference as if set forth fully herein the Original Appeal and Objections [Dkt. No. 26257] and hereby appeals the Clarification and Confirmation Order, and, to the extent specific objection or a request for de novo review to the Clarification and Confirmation Order [Dkt. No. 26289] is required pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), Rule 9033 of the Federal Rules of Bankruptcy Procedure, or otherwise, Garlock objects to the Clarification and Confirmation Order and requests de novo review of the same. Garlock will also file this notice on the District Court docket at Civil Action No. 11-199.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant**<br><br>Garlock Sealing Technologies LLC | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>(302) 888-6888<br><br>Garland Cassada<br>Richard C. Worf<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-8135 |
| **Appellees** | |
| W.R. Grace & Co., et al., Debtors and Debtors-in-Possession | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES LLP |

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Deanna D. Boll
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Janet S. Baer, P.C.
Roger J. Higgins
BAER HIGGINS FRUCHTMAN LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4047

**Official Committee of Unsecured Creditors**

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, NJ 07102
(973) 424-2000

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4900

**Official Committee of Equity Security Holders**

Teresa K.D. Currier
SAUL EWING LLP

222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

**Official Committee of Asbestos Personal Injury Claimants**

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVIN, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005
(202) 862-5000

**Official Committee of Asbestos Property Damage Claimants**

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899
(302) 575-1555

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
(305) 374-7580

| | |
|---|---|
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 |
| | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8400 |
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4224 |
| | J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7638 |
| **Property Damage Future Claims' Representative** | Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| **AXA Belgium, as successor to Royale Belge SA** | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586 |
| | Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue |

New York, NY 10019
(212) 261-8254

**Continental Casualty Company and Continental Insurance Company**

Elizabeth DeCristofaro
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
(212) 269-4900

Edward B. Rosenthal
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433

Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2662

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000

**Federal Insurance Company**

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2035

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg

| | |
|---|---|
| | COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA19103<br>(215) 665-2000 |
| **Fireman's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308<br><br>Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500<br><br>Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000<br><br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **First State Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000 |

Wilmington, DE 19801
(302) 552-5519

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600

| | |
|---|---|
| **Twin City Fire Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000<br><br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W. |

| | |
|---|---|
| | Washington, DC 20006<br>(202) 663-6000<br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Government Employees Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Republic Insurance Company, n/k/a Star Indemnity & Liability Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6600

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170

**National Union Fire Insurance Co. of Pittsburgh, Pa.**

Ricardo Palacio
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
(212) 233-0400

**OneBeacon America Insurance Company**

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4200

Michael F. Brown
Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

**Seaton Insurance Company**

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4200
Michael F. Brown

| | |
|---|---|
| | Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **TIG Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **United States Fire Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 |
| | Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000 |
| **Zurich Insurance Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan |

| | |
|---|---|
| | CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 |
| | Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>R. Craig Martin<br>EDWARDS ANGELL PALMER & DODGE LLP |

| | |
|---|---|
| | 919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 777-7770 |
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| | John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800 |
| **City of Vancouver** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| **School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides |

|  |  |
|---|---|
|  | LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
|  | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| **BNSF Railway Company** | James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
|  | Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| **Aaron C. Edwards** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **James T. Beam** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410 |

|  |  |
|---|---|
|  | Wilmington, DE 19899<br>(302) 652-8400<br><br>Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Edward E. Storey** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **John M. Thomas** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>Sander L. Esserman |

| | |
|---|---|
| | David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell &** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP |

| | |
|---|---|
| **Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time** | 919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2505 |
| **Longacre Master Fund, Ltd.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **State of Montana** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |

Dated: March 17, 2011

**MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8135
E-mail: GCassada@rbh.com
RWorf@rbh.com

Attorneys for Garlock Sealing Technologies LLC