## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 26154, 26155, 26289, 26489** |

### NOTICE OF APPEAL

Her Majesty the Queen in Right of Canada (the "Crown"), by and through her

undersigned counsel, hereby appeals to the United States District Court for the District of

Delaware under 28 U.S.C. § 158(a)(1), Rule 8001(a) of the Federal Rules of Bankruptcy

Procedure, and Rule 8001-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware, (I) the Memorandum Opinion

Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and

Recommended Supplemental Findings of Fact and Conclusions of Law (Docket No. 26154)

---

[1]     The Debtors are the following entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

(the "<u>Memorandum Opinion</u>"), docketed by the Honorable Judith K. Fitzgerald of the United States Bankruptcy Court for the District of Delaware on January 31, 2011, (II) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 (Docket No. 26155) (the "<u>Proposed Order</u>"), docketed by the Honorable Judith K. Fitzgerald of the United States Bankruptcy Court for the District of Delaware on January 31, 2011, (III) the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 (Docket No. 26289) (the "<u>Clarifying Order</u>"), docketed by the Honorable Judith K. Fitzgerald of the United States Bankruptcy Court for the District of Delaware on February 15, 2011, and (IV) the Memorandum Opinion and Order Denying in Part the Motion of BNSF Railway Company for Reconsideration (Docket No. 26489) (the "<u>Reconsideration Order</u>"), docketed by the Honorable Judith K. Fitzgerald of the United States Bankruptcy Court for the District of Delaware on March 4, 2011.

In addition, to the extent that (i) the Memorandum Opinion, the Proposed Order, the Clarifying Order, and/or the Reconsideration Order are subject to de novo review in the district court, and (ii) a party is required to specifically request such de novo review of the Memorandum Opinion, the Proposed Order, the Clarifying Order, and/or the Reconsideration Order pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), or Bankruptcy Rule 9033, or otherwise, the Crown objects to the Memorandum Opinion, the Proposed Order, the Clarifying Order, and the Reconsideration Order, and requests such de novo review by the district court.

The names of all parties to the Memorandum Opinion, the Proposed Order, the Clarifying Order, and the Reconsideration Order appealed from and the names, addresses,

WCSR 4572966v1

and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|-------|---------|
| **Appellant** | Francis A. Monaco, Jr. |
| | Kevin J. Mangan |
| Her Majesty the Queen in Right of | Matthew P. Ward |
| Canada | WOMBLE CARLYLE SANDRIDGE & |
| | RICE, PLLC |
| | 222 Delaware Avenue, Suite 1501 |
| | Wilmington, DE  19801 |
| | (302) 252-4320 |
| | |
| **Appellees** | Laura Davis Jones |
| | James E. O'Neill |
| W.R. Grace & Co., et al., Debtors and | Kathleen P. Makowski |
| Debtors-in-Possession | Timothy P. Cairns |
| | PACHULSKI, STANG, ZIEHL & |
| | JONES, LLP |
| | 919 North Market Street, 17th Floor |
| | P. O. Box 8705 |
| | Wilmington, DE  19899-8705 |
| | (302) 652-4100 |
| | |
| | John Donley |
| | Adam Paul |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL  60654 |
| | (312) 862-2000 |
| | |
| | Deanna D. Boll |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY  10022 |
| | (212) 446-4800 |
| | |
| | Janet S. Baer, P.C. |
| | Roger J. Higgins |
| | BAER HIGGINS FRUCHTMAN LLC |
| | 11 East Wacker Drive |
| | Suite 2800 |
| | Chicago, IL  60601 |
| | (312) 836-4047 |

WCSR 4572966v1

| Party | Counsel |
|---|---|
| **Official Committee of Unsecured Creditors** | William S. Katchen<br>Duane Morris LLP<br>One River Front Plaza<br>Newark, NJ  07102<br>(973) 424-2000 |
| | Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038<br>(212) 806-5400 |
| | Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DC  19801<br>(302) 657-4900 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currer<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899<br>(302) 421-6800 |
| | Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE  19801<br>(302) 426-1900 |

4

| **Party** | **Counsel** |
|---|---|
| | Elihu Inselbuch |
| | CAPLIN & DRYSDALE, CHARTERED |
| | 375 Park Avenue, 35th Floor |
| | New York, NY 10152-3500 |
| | (212) 319-7125 |
| | |
| | Peter Van N. Lockwood |
| | Nathan D. Finch |
| | Jeffrey A. Liesemer |
| | Kevin Maclay |
| | CAPLIN & DRYSDALE, CHARTERED |
| | One Thomas Circle, N.W., 12th Floor |
| | Washington, DC 20005 |
| | (202) 862-5000 |
| **Official Committee of Asbestos Property Damage Claimants** | Michael B. Joseph |
| | Theodore J. Tacconelli |
| | Lisa L. Coggins |
| | FERRY, JOSEPH & PEARCE, P.A. |
| | 824 Market Street, Suite 1000 |
| | P.O. Box 351 |
| | Wilmington, DE  19899 |
| | (302) 575-1555 |
| | |
| | Scott L. Baena |
| | Jay M. Sakalo |
| | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| | 1450 Brickell Avenue, Suite 2300 |
| | Miami, FL 33131 |
| | (305) 374-7580 |
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr. |
| | PHILLIPS, GOLDMAN & SPENCE, P.A. 1200 North Broom Street |
| | Wilmington, DE  19806 |
| | (302) 655-4200 |

5

| Party | Counsel |
|---|---|
| | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON &<br>SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC  20005<br>(202) 338-8400 |
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899-5130<br>(302) 429-4224 |
| | J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL  60606<br>(312) 876-7638 |
| **Property Damage Future Claims'**<br>**Representative** | Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>102 Elm Street, Suite 4244<br>Dallas, TX  75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19801<br>(302) 573-6491 |
| **AXA Belgium, as successor to Royale**<br>**Belge SA** | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA  15222-5401<br>(412) 594-5586 |

6

| **Party** | **Counsel** |
|---|---|
| | Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br>(212) 261-8254 |
| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO<br>WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY  10005-1875<br>(212) 269-4900 |
| | Edward B. Rosenthal<br>ROSENTHAL, MONHAIT &<br>GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE  19899<br>(302) 656-4433 |
| | Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN &<br>DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL  60606-1229<br>(312) 201-2662 |
| | Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>(617) 570-1000 |
| | Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>(202) 346-4000 |

WCSR 4572966v1

| Party | Counsel |
|---|---|
| **Federal Insurance Company** | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE  19801<br>(302) 295-2035<br><br>William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>(215) 665-2000 |
| **Firemen's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801<br>(302) 425-3308<br><br>Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 624-2500<br><br>Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA  19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>(302) 552-5519 |

8

| **Party** | **Counsel** |
|---|---|

**Party**

**Counsel**
Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6000

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004
(202) 637-5600

**First State Insurance Company**

Michael W. Yurkewicz
KLEHR HARRISON HARVEY &
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
(302) 552-5519

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6000

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004
(202) 637-5600

9

| **Party** | **Counsel** |
|---|---|
| **Twin City Fire Insurance Company** | Michael W. Yurkewicz |
| | KLEHR HARRISON HARVEY & |
| | BRANZBURG LLP |
| | 919 Market Street, Suite 1000 |
| | Wilmington, DE  19801 |
| | (302) 552-5519 |
| | |
| | Craig Goldblatt |
| | Nancy L. Manzer |
| | WILMER CUTLER PICKERING HALE |
| | AND DORR LLP |
| | 1875 Pennsylvania Avenue, N.W. |
| | Washington, DC  20006 |
| | (202) 663-6000 |
| | |
| | William J. Bowman |
| | James P. Ruggeri |
| | Edward B. Parks, II |
| | HOGAN & HARTSON, L.L.P. |
| | 555 Thirteenth Street, N.W. |
| | Washington, DC  20004 |
| | (202) 637-5600 |
| | |
| **New England Reinsurance Corporation** | Michael W. Yurkewicz |
| | KLEHR HARRISON HARVEY & |
| | BRANZBURG LLP |
| | 919 Market Street, Suite 1000 |
| | Wilmington, DE  19801 |
| | (302) 552-5519 |
| | |
| | Craig Goldblatt |
| | Nancy L. Manzer |
| | WILMER CUTLER PICKERING HALE |
| | AND DORR LLP |
| | 1875 Pennsylvania Avenue, N.W. |
| | Washington, DC  20006 |
| | (202) 663-6000 |

WCSR 4572966v1

| **Party** | **Counsel** |
|---|---|
| | William J. Bowman |
| | James P. Ruggeri |
| | Edward B. Parks, II |
| | HOGAN & HARTSON, L.L.P. |
| | 555 Thirteenth Street, N.W. |
| | Washington, DC  20004 |
| | (202) 637-5600 |
| | |
| **Government Employees Insurance Company** | Warren T. Pratt |
| | David P. Primack |
| | DRINKER BIDDLE & REATH LLP |
| | 1100 N. Market Street |
| | Wilmington, DE  19801-1254 |
| | (302) 467-4200 |
| | |
| | Michael F. Brown |
| | Jeffrey M. Boerger |
| | DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2000 |
| | 18th & Cherry Streets |
| | Philadelphia, PA  19103-6996 |
| | (215) 988-2700 |
| | |
| **Republic Insurance Company, n/k/a Star Indemnity & Liability Company** | Warren T. Pratt David P. Primack |
| | DRINKER BIDDLE & REATH LLP |
| | 1100 N. Market Street |
| | Wilmington, DE  19801-1254 |
| | (302) 467-4200 |
| | |
| | Michael F. Brown |
| | Jeffrey M. Boerger |
| | DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2000 |
| | 18th & Cherry Streets |
| | Philadelphia, PA  19103-6996 |
| | (215) 988-2700 |

11

| Party | Counsel |
|---|---|
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141 |
| | Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC  20006<br>(202) 659-6600 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>(202) 719-7170 |
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888 |
| | Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 233-0400 |
| **OneBeacon America Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE  19801-1254<br>(302) 467-4200 |

12

| **Party** | **Counsel** |
|---|---|
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br>(215) 988-2700 |
| **Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE  19801-1254<br>(302) 467-4200 |
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br>(215) 988-2700 |
| **TIG Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>(202) 261-0610 |
| **United States Fire Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>(302) 429-8600 |

| **Party** | **Counsel** |
|---|---|
| | George R. Calhoun, V |
| | STEPTOE & JOHNSON, LLP |
| | 1330 Connecticut Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 261-0610 |
| **Travelers Casualty and Surety Company** | Robert J. Dehney |
| | Ann C. Cordo |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | 1201 N. Market Street |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | Mary Beth Forshaw |
| | Katharine A. McLendon |
| | Elisa Alcabes |
| | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY  10017-3954 |
| | (212) 455-2000 |
| **Zurich Insurance Company** | Jeffrey C. Wisler |
| | Marc J. Phillips |
| | Kelly M. Conlan |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE  19899 |
| | (302) 658-9141 |
| | Richard A. Ifft |
| | Karalee C. Morell |
| | WILEY REIN LLP |
| | 1776 K Street, N.W. |
| | Washington, DC  20006 |
| | (202) 719-7170 |

14

| Party | Counsel |
|---|---|
| **Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE  19899<br>(302) 467-4400<br><br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>(212) 373-3000 |
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>R. Craig Martin<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE  19801<br>(302) 777-7770 |

WCSR 4572966v1

| **Party** | **Counsel** |
|---|---|
| | Jeff J. Friedman |
| | Noah Heller |
| | Merritt A. Pardini |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 575 Madison Avenue |
| | New York, NY  10022 |
| | (212) 940-8800 |
| | |
| **Anderson Memorial Hospital** | Christopher D. Loizides |
| | LOIZIDES, P.A. |
| | 1225 King Street, Suite 800 |
| | Wilmington, DE  19801 |
| | (302) 654-0248 |
| | |
| | Daniel A. Speights |
| | C. Alan Runyan |
| | SPEIGHTS & RUNYAN |
| | 200 Jackson Avenue, East |
| | Post Office Box 685 |
| | Hampton, SC  29924 |
| | (803) 943-4444 |
| | |
| | John W. Kozyak |
| | David L. Rosendorf |
| | KOZYAK TROPIN & |
| | THROCKMORTON, P.A. |
| | 2525 Ponce de Leon, 9th Floor |
| | Coral Gables, FL  33134 |
| | (305) 372-1800 |
| | |
| **City of Vancouver** | Christopher D. Loizides |
| | LOIZIDES, P.A. |
| | 1225 King Street, Suite 800 |
| | Wilmington, DE  19801 |
| | (302) 654-0248 |
| | |
| | Daniel A. Speights |
| | C. Alan Runyan |
| | SPEIGHTS & RUNYAN |
| | 200 Jackson Avenue, East |
| | Post Office Box 685 |
| | Hampton, SC  29924 |
| | (803) 943-4444 |

16

| **Party** | **Counsel** |
|---|---|
| **School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC  29924<br>(803) 943-4444 |
| **BNSF Railway Company** | James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500 |
| | Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4000 |
| **Aaron C. Edwards** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |

17

| **Party** | **Counsel** |
|---|---|
|  | Sander L. Esserman |
|  | David J. Parsons |
|  | STUTZMAN, BROMBERG, ESSERMAN |
|  | & PLIFKA |
|  | A PROFESSIONAL CORPORATION |
|  | 2323 Bryan Street, Suite 2200 |
|  | Dallas, TX  75201 |
|  | (214) 969-4900 |
| **James T. Beam** | Kathleen M. Miller |
|  | SMITH, KATZENSTEIN & JENKINS |
|  | LLP |
|  | 800 Delaware Avenue, Suite 1000 |
|  | P.O. Box 410 |
|  | Wilmington, DE 19899 |
|  | (302) 652-8400 |
|  | Sander L. Esserman |
|  | David J. Parsons |
|  | STUTZMAN, BROMBERG, ESSERMAN |
|  | & PLIFKA |
|  | A PROFESSIONAL CORPORATION |
|  | 2323 Bryan Street, Suite 2200 |
|  | Dallas, TX  75201 |
|  | (214) 969-4900 |
| **Edward E. Storey** | Kathleen M. Miller |
|  | SMITH, KATZENSTEIN & JENKINS |
|  | LLP |
|  | 800 Delaware Avenue, Suite 1000 |
|  | P.O. Box 410 |
|  | Wilmington, DE  19899 |
|  | (302) 652-8400 |
|  | Sander L. Esserman |
|  | David J. Parsons |
|  | STUTZMAN, BROMBERG, ESSERMAN |
|  | & PLIFKA |
|  | A PROFESSIONAL CORPORATION |
|  | 2323 Bryan Street, Suite 2200 |
|  | Dallas, TX  75201 |
|  | (214) 969-4900 |

WCSR 4572966v1

| **Party** | **Counsel** |
|---|---|
| **John M. Thomas** | Kathleen M. Miller |
| | SMITH, KATZENSTEIN & JENKINS |
| | LLP |
| | 800 Delaware Avenue, Suite 1000 |
| | P.O. Box 410 |
| | Wilmington, DE  19899 |
| | (302) 652-8400 |
| | |
| | Sander L. Esserman |
| | David J. Parsons |
| | STUTZMAN, BROMBERG, ESSERMAN |
| | & PLIFKA |
| | A PROFESSIONAL CORPORATION |
| | 2323 Bryan Street, Suite 2200 |
| | Dallas, TX 75201 |
| | (214) 969-4900 |
| | |
| **Sheila Martin** | Kathleen M. Miller |
| | SMITH, KATZENSTEIN & JENKINS |
| | LLP |
| | 800 Delaware Avenue, Suite 1000 |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| | (302) 652-8400 |
| | |
| | Sander L. Esserman |
| | David J. Parsons |
| | STUTZMAN, BROMBERG, ESSERMAN |
| | & PLIFKA |
| | A PROFESSIONAL CORPORATION |
| | 2323 Bryan Street, Suite 2200 |
| | Dallas, TX  75201 |
| | (214) 969-4900 |
| | |
| **Kaneb Pipe Line Operating Partnership, L.P.** | Kathleen M. Miller |
| | SMITH, KATZENSTEIN & JENKINS |
| | LLP |
| | 800 Delaware Avenue, Suite 1000 |
| | P.O. Box 410 |
| | Wilmington, DE  19899 |
| | (302) 652-8400 |

WCSR 4572966v1

| **Party** | **Counsel** |
|---|---|
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS<br>LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>(214) 855-8000 |

WCSR 4572966v1

| | |
|---|---|
| **The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2505 |
| **Longacre Master Fund, Ltd.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |

WCSR 4572966v1

**Garlock Sealing Technologies, LLC**    Brett D. Fallon
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
 (302) 888-6800

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
(704) 377-8135


Dated:  March 18, 2011              Respectfully submitted,

Womble Carlyle Sandridge & Rice, PLLC


By:____/s/ Matthew P. Ward_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Ph: (302) 252-4320
Fax: (302) 252-4330

-and-

Jacqueline Dais-Visca
Senior Counsel
Business Law Section
Ontario Regional Office
Suite 3400, Box 34, The Exchange Tower
130 King Street West, Toronto, Ontario
M5X 1K6

Counsel for Her Majesty the Queen in Right of
Canada as represented by the Attorney General of
Canada

WCSR 4572966v1