IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtor. | Jointly Administered |
| | Ref. Nos. 26154, 26155 & 26289 |

## NOTICE OF APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] pursuant to 28 U.S.C. § 158(a), and in accordance with Fed. R. Bankr. P. 8001, 8002, and Del. Bankr. L.R. 8001-1, hereby appeal from the Order Confirming First Amended Joint Plan of Reorganization as Modified through December 23, 2010, and Recommending that the District Court Enter an Order Issuing and Affirming this Order and Adopting Recommended Findings of Fact and Conclusions of Law entered by the Hon. Judith K. Fitzgerald on January 31, 2011 (Docket No. 26155, as amended on February 15, 2011 by Docket. No. 26289, hereafter the "Confirmation Order") and the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Supplemental Findings of Fact and Conclusions of Law entered by Judge Fitzgerald on January 31, 2011 (Docket No. 26154, as amended on February 15, 2011 by Docket No. 26289, hereinafter the "Memorandum Opinion") (the Confirmation Order and the Memorandum Opinion are referred to collectively as the "Confirmation Orders"). A copy of the Confirmation Orders is attached hereto.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 24713], as it may be amended and restated from time to time.

{393.001-W0013625.}

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Party**  **Counsel of Record**

W.R. Grace & Co, et al., Debtors and Debtors-In-Possession

KIRKLAND & ELLIS LLP
Lisa G. Esayian
300 N. LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Tel.: (302) 652-4100
Fax: (302) 652-4400

David T. Austern,
Asbestos PI Future Claimants' Representative

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips
1200 North Broom Street
Wilmington, DE 19806
Tel.: (302) 655-4200
Fax: (302) 655-4210

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, N.W.
Washington, DC 20005
Tel.: (202) 339-8400
Fax: (202) 339-8500

Official Committee of
<u>Asbestos Personal Injury Claimants</u>

CAMPBELL & LEVINE, LLC
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 426-1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Tel.: (212) 319-7125
Fax: (212) 644-6755

CAPLIN & DRYSALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, DC 20005
Tel.: (202) 862-5000
Fax: (202) 429-3301

Official Committee of
<u>Equity Security Holders</u>

SAUL EWING LLP
Teresa K. D. Currier
222 Delaware Avenue
P.O. box 1266
Wilmington, DE 19899
Tel: (302) 421-6800
Fax: (302) 421-6813

KRAMER LEVIN NAFTALIS &
 FRANKEL LLP
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

{393.001-W0013625.}

<u>Libby Claimants</u>

LANDIS RATH & COBB LLP
Adam G. Landis (DE No. 3407)
Kerri Mumford (DE No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Tel.: (302) 467-4400
Fax: (302) 467-4450

MURTHA CULLINA LLP
Daniel C. Cohn
99 High Street, 20th Floor
Boston, MA 02110
Tel.: (617) 457-4000
Fax: (617) 482-3868

Dated: March 18, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

and

Daniel C. Cohn
Ryan M. MacDonald
**MURTHA CULLINA, LLP**
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*

4