## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket Nos.: 26154, 26155, 26289, and 26489** |

## NOTICE OF APPEAL AND PROTECTIVE OBJECTIONS OF BNSF RAILWAY COMPANY IN ACCORDANCE WITH BANKRUPTCY RULE 9033

PLEASE TAKE NOTICE that BNSF Railway Company ("BNSF"), appeals under 28 U.S.C. § 158(a) from:

I.   the Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law (entered January 31, 2011) (Supplemental Findings) [Docket Number 26154];

II.   the Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (entered January 31, 2011) (Findings) [Docket Number 26155];

III.   the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 (entered February 15, 2011) (Clarifying Order) [Docket No. 26289]; and

IV.   the Memorandum Opinion and Order Granting in Part and Denying in Part Motion of BNSF Railway Company for Reconsideration of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan and Recommended Supplemental Findings of Fact and Conclusions of Law and Order Regarding Confirmation of Joint Plan as Modified Through December 23, 2010 (entered March 4, 2011) (Reconsideration Order, and together with the

Supplemental Findings, Findings and Clarifying Order, the Confirmation Orders) [Docket Number 26489].

In addition, BNSF objects, in accordance with Federal Bankruptcy Rule 9033 to the Confirmation Orders.

On February 23, 2011, the U.S. District Court for the District of Delaware entered an Order providing:

> Plan Proponents have stipulated that, and this Court hereby orders that, Rule 9033 objections need not be filed, and all objections that may be or could have been asserted in Rule 9033 objections are preserved and may be argued as part of the appellate briefing filed pursuant to Bankruptcy Rules 8001 et seq. To the extent any party nevertheless chooses to file Rule 9033 objections on or before February 28, 2011, both that party's objections and Plan Proponents' responses may be filed in summary fashion, briefly stating the bases for the respective objections and responses, with detailed briefing and support reserved for the appellate briefs regarding the Confirmation Order to be filed with this Court.

In accordance with and in reliance upon the February 23 Order, BNSF need not file any objection to preserve its rights under Federal Bankruptcy Rule 9033. Nevertheless, on February 28, 2011, BNSF filed protective objections to the Supplemental Findings, Findings and Clarifying Order [Docket Number 26429]. BNSF incorporates those objections.

In reliance upon the February 23 Order, and solely for protective purposes and without limiting the foregoing, BNSF objects to all findings of fact and conclusions of law contained in the Confirmation Orders that relate to a non-core issue and/or the objections interposed by BNSF to the confirmation of the Joint Plan. BNSF reserves the right, pursuant to the February 23 Order, to raise objections to the Reconsideration Order.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant** | |
| BNSF Railway Company | James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| **Appellees** | |
| W.R. Grace & Co., et al., Debtors and Debtors-in-Possession | Laura Davis Jones James E. O'Neill Kathleen P. Makowski Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Chicago, IL 60654<br>(312) 862-2000<br><br>Deanna D. Boll<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |

|  |  |
|---|---|
|  | Janet S. Baer, P.C. Roger J. Higgins<br>BAER HIGGINS FRUCHTMAN LLC<br>11 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 836-4047 |
| Official Committee of Equity Security Holders | Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| Official Committee of Asbestos Personal Injury Claimants | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC 20005<br>(202) 862-5000 |

-4-

#14027676 v1


| | |
|---|---|
| David T. Austern, Asbestos PI Future Claimants' Representative | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>Roger Frankel<br>Richard H. Wyron Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8400 |

**Additional Interested Parties to Appeal**

| | |
|---|---|
| Official Committee of Unsecured Creditors | William S. Katchen<br>DUANE MORRIS LLP<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(973) 424-2000<br><br>Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br><br>Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4900 |
| Official Committee of Asbestos Property Damage Claimants | Michael B. Joseph Theodore J. Tacconelli Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 575-1555 |

|  |  |
|---|---|
|  | Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>(305) 374-7580 |
| Post-Petition DIP Lenders | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4224<br><br>J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7638 |
| Property Damage Future Claims' Representative | Alan B. Rich<br>Law Office of Alan B. Rich<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| United States Trustee | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| AXA Belgium, as successor to Royale Belge SA | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |

#14027676 v1

| | |
|---|---|
| Continental Casualty Company and Continental Insurance Company | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900<br><br>Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br><br>Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2662<br><br>Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 346-4000 |
| Federal Insurance Company | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2035 |

| | |
|---|---|
| | William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 |
| Fireman's Fund Insurance Company | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308 |
| | Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500 |
| | Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| Hartford Accident and Indemnity Company;<br>First State Insurance Company;<br>Twin City Fire Insurance Company; and<br>New England Reinsurance Corporation | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |

-8-

#14027676 v1

| | |
|---|---|
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| Government Employees Insurance Company;<br>Republic Insurance Company, n/k/a Star Indemnity and Liability Company;<br>OneBeacan America Insurance Company; and<br>Seaton Insurance Company | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| Maryland Casualty Company;<br>Zurich Insurance Company; and<br>Zurich International (Bermuda) Ltd. | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC 20006<br>(202) 659-6600 |

#14027676 v1

|  |  |
|---|---|
|  | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| National Union Fire Insurance Co. of Pittsburgh, Pa. | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |
|  | Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 233-0400 |
| TIG Insurance Company; and United States Fire Insurance Company | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
|  | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| Travelers Casualty and Surety Company | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 |

|                                        |                                        |
| -------------------------------------- | -------------------------------------- |
|                                        | Mary Beth Forshaw                      |
|                                        | Katharine A. McLendon                  |
|                                        | Elisa Alcabes                          |
|                                        | SIMPSON THACHER & BARTLETT LLP         |
|                                        | 425 Lexington Avenue                   |
|                                        | New York, NY 10017-3954                |
|                                        | (212) 455-2000                         |
| The Bank Lender Group                  | Richard Cobb                           |
|                                        | James S. Green                         |
|                                        | LANDIS RATH & COBB LLP                 |
|                                        | 919 Market Street, Suite 1800          |
|                                        | Post Office Box 2087                   |
|                                        | Wilmington, DE 19899                   |
|                                        | (302) 467-4400                         |
|                                        | Stephen J. Shimshak                    |
|                                        | Andrew N. Rosenberg                    |
|                                        | Margaret A. Phillips                   |
|                                        | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|                                        | 1285 Avenue of the Americas            |
|                                        | New York, NY 10019-6064                |
|                                        | (212) 373-3000                         |
| Morgan Stanley Senior Funding, Inc.    | Stuart M. Brown                        |
|                                        | R. Craig Martin                        |
|                                        | EDWARDS ANGELL PALMER & DODGE LLP      |
|                                        | 919 North Market Street                |
|                                        | 15th Floor                             |
|                                        | Wilmington, DE 19801                   |
|                                        | (302) 777-7770                         |
|                                        | Jeff J. Friedman                       |
|                                        | Noah Heller                            |
|                                        | Merritt A. Pardini                     |
|                                        | KATTEN MUCHIN ROSENMAN LLP             |
|                                        | 575 Madison Avenue                     |
|                                        | New York, NY 10022                     |
|                                        | (212) 940-8800                         |

| | |
|---|---|
| Anderson Memorial Hospital; City of Vancouver; and School District 68 Nanaimo-Ladysmith | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444<br><br>John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800<br><br>Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 654-0248 |
| Aaron C. Edwards;<br>James T. Beam;<br>Edward E. Storey;<br>John M. Thomas; and<br>Sheila Martin | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>302) 652-8400<br><br>Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| Kaneb Pipe Line Operating Partnership, L.P. | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |

-12-

#14027676 v1

| | |
|---|---|
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400 |
| | Daniel C. Cohn<br>Christopher M. Candon<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2505 |
| Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P. | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| | Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |

#14027676 v1

| Party | Counsel |
|---|---|
| State of Montana | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |
| Garlock Sealing Technologies LLC | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>(302) 888-6888<br><br>Garland Cassada<br>Richard C. Worf<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-8135 |
| Bank of America, N.A. | Jason M. Madron<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7595 |
| ERISA Plaintiffs | Michael Seth Etkin<br>Ira M. Levee<br>Lowenstein Sandler P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>973-597-2312<br><br>Joseph H. Meltzer<br>Barroway Topaz Kessler Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610-667-7706 |

| | |
|---|---|
| The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates | Robert J. Sidman<br>Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>614-464-8322 |
| Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, PC | Kathleen Miller<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899302-652-8405 |
| Century Indemnity Company | Marc S. Casarino<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899<br>302-654-0424 |
| Allstate Insurance Company, as Successor in Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company | James S. Yoder<br>White and Williams LLP<br>824 Market Street, Suite 902<br>Wilmington, DE 19899-0709<br>302-654-0424 |
| Arrowood Indemnity Company | Brad Elias<br>Tancred Shiavoni<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-326-2000 |

|  |  |
|---|---|
|  | Carl Pernicone<br>Catherine Chen<br>Wilson, Elser, Moskowitz, Edelman, Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017-5639<br>212-490-3000 |
| Sealed Air Corporation | David M. Turetsky<br>J. Gregory St. Clair<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>212-735-2569<br><br>Andrew Craig<br>Cuyler Burk P.C.<br>Parsippany Corporate Center<br>Third Floor<br>Four Century Drive<br>Parsippany, NJ 07054<br>973-734-3200 |
| United States of America | James D. Freeman<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>99918th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1489 |
| U.S. Environmental & Protection Agency | Andrea Madigan, Enforcement Attorney<br>Region VIII<br>1595 Wynkoop Street<br>Denver, CO  80202<br>303-312-6904 |
| Fresenius U.S.A., Inc. | David S. Rosenbloom<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>312 984 7759 |

| Party | Counsel |
|---|---|
| Certain Underwriters at Lloyds, London and Certain London Market Companies | Thomas G. Macauley<br>Virginia Whitehill Guldi<br>Zuckerman Spaeder LLP<br>919 Market Street<br>Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19801<br>302.427.0400 |
| Zonolite Attic Insulation Class Plaintiffs | Edward J. Westbrook<br>Richardson Patrick Westbrook & Brickman<br>1037 Chuck Dawley Blvd. - Bldg A<br>Mount Pleasant, SC 29464<br>843.727.6500 |
| Asbestos Claimants Committee | Robert M. Horkovich, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182<br>212-278-1322 |
| Anderson Memorial Hospital | Harley E. Riedel<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602<br>(813) 229-0144<br><br>Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| General Insurance Company of America | Frederick B. Rosner<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>302-777-1111 |
| Town of Acton, Massachusetts | Peter Nils Baylor<br>Nutter, McClennen & Fish LLP<br>155 Seaport Blvd.<br>Boston, MA 02210-2604<br>617.439.2390 |

-17-

| | |
|---|---|
| General Insurance Company of America | Christopher E. Prince<br>Lesnick Prince LLP<br>185 Pier Avenue<br>Suite 103<br>Santa Monica, CA 90405 |
| General Insurance Company of America | Robert B. Millner<br>Sonnenschein Nath & Rosenthal LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL 60606 |
| State Of Michigan Department Of Treasury | Deborah Waldmeir<br>State Of Michigan Department Of Treasury<br>Lansing, MI 48922<br>517-373-320 |

Dated: March 18, 2011
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

Counsel for BNSF Railway Company

#14027676 v1