**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**January 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended January 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 592.80 | 16.0 | $ 9,484.80 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 50.0 | $ 36,004.50 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 3.5 | $ 3,342.64 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 6.2 | $ 4,133.85 |
| Lisa Slotznik | Audit Partner | 10+ | Integrated Audit | $ 619.76 | 1.0 | $ 619.76 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 54.7 | $ 21,617.44 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 7.7 | $ 3,256.41 |
| Jennifer James | Director | 9 | Integrated Audit | $ 723.90 | 2.0 | $ 1,447.80 |
| Yosef Barbet | Director | 9 | Integrated Audit | $ 817.88 | 0.5 | $ 408.94 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 183.9 | $ 77,773.15 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $ 477.52 | 2.8 | $ 1,337.06 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 4.2 | $ 1,285.49 |
| James Horvath | Audit Manager | 6 | Integrated Audit | $ 520.70 | 9.0 | $ 4,686.30 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 81.1 | $ 25,955.24 |
| Todd Chesla | Audit Manager | 6 | Integrated Audit | $ 301.60 | 31.0 | $ 9,349.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 229.0 | $ 53,512.72 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 238.8 | $ 51,556.92 |
| Csaba Nevelos | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 23.5 | $ 5,491.48 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.33 | 18.5 | $ 4,205.61 |
| Stefanie Kwasiborski | Audit Senior Associate | 3 | Integrated Audit | $ 342.90 | 6.5 | $ 2,228.85 |
| Elizabeth Sama | Audit Senior Associate | 3 | Integrated Audit | $ 228.80 | 64.0 | $ 14,643.20 |
| Hester Lambert | Audit Senior Associate | 3 | Integrated Audit | $ 135.42 | 1.8 | $ 243.76 |
| Mary J. Witt | Audit Senior Associate | 3 | Integrated Audit | $ 342.90 | 2.0 | $ 685.80 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 234.4 | $ 37,806.38 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 196.0 | $ 31,612.84 |
| Meihua Gao | Audit Experienced Associate | 1 | Integrated Audit | $ 233.68 | 4.0 | $ 934.72 |
| Ryan Boyle | Audit Experienced Associate | 1 | Integrated Audit | $ 180.34 | 1.0 | $ 180.34 |
| Shawn McNeilly | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 243.0 | $ 39,193.96 |
| Veronica Flores | Audit Experienced Associate | 1 | Integrated Audit | $ 156.00 | 89.0 | $ 13,884.00 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 236.2 | $ 29,997.40 |
| Delitza Marie Morales | Audit Associate | 1 | Integrated Audit | $ 118.11 | 1.0 | $ 118.11 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 85.09 | 127.2 | $ 10,823.45 |
| Adriano Casisimo | Project Specialist | 1 | Integrated Audit | $ 135.42 | 3.9 | $ 528.14 |
| Adrienne Dikranian | Project Specialist | 1 | Integrated Audit | $ 135.42 | 15.8 | $ 2,139.64 |
| Adrienne Roper | Project Specialist | 1 | Integrated Audit | $ 171.45 | 12.5 | $ 2,143.14 |
| Ailin Iglesias | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Alwyn Kruger | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.2 | $ 27.08 |
| Anthony J. Zanella | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.2 | $ 27.08 |
| David Clausen | Project Specialist | 1 | Integrated Audit | $ 135.42 | 8.0 | $ 1,083.36 |
| Gonzalo Tessore | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.0 | $ 135.42 |
| Kyle Sprehe | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.7 | $ 365.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 10.5 | $ | 1,421.91 |
| Natalia Colcigno | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.3 | $ | 176.05 |
| Stephan Gradek | Audit Senior Associate | 3 | Integrated Audit | $ | 135.42 | 1.6 | $ | 216.67 |
| Totals | | | | | | 2,231.2 | $ | 506,628.30 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals  69.1   $ 15,459.01

## Summary of PwC's Fees By Project Category: January 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 69.1 | $ 15,459.01 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation | | |

| | | | |
|---|---|---|---|
| Consulting | | | |
| 16-Plan and Disclosure Statement | | | |
| 17-Relief from Stay Proceedings | | | |
| 18-Tax Issues | | | |
| 19-Tax Litigation | | | |
| 20-Travel- Non-working | | | |
| 21-Valuation | | | |
| 22-ZAI Science Trial | | | |
| 23-ZAI Science Trial-Expenses | | | |
| 24-Other | | | |
| 25-Accounting/Auditing | 2,231.2 | | $ 506,628.30 |
| 26-Business Analysis | | | |
| 27-Corporate Finance | | | |
| 28-Data Analysis | | | |
| TOTAL: | 2,300.3 | | $ 552,087.31 |

Expense Summary
January 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,594.29 |
| Lodging | N/A | $ 263.56 |
| Sundry | N/A | $ 10.00 |
| Business Meals | N/A | $ 391.03 |
| TOTAL: | | $ 4,258.88 |