# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Tom Smith** | Integrated Audit | 1/3/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/5/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/6/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/10/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/13/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/17/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/19/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/20/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/21/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/29/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| **Jody Underhill** | Integrated Audit | 1/17/11 | | | $ 5.00 | | Bottled water at airport in Boca Raton, FL |
| | Integrated Audit | 1/17/11 | | | $ 5.00 | | Hotel tipping in Boca Raton, FL |
| | Integrated Audit | 1/17/11 | | $ 225.00 | | | Hotel 1 night room rate in Boca Raton, FL |
| | Integrated Audit | 1/17/11 | | 38.56 | | | Hotel taxes in Boca Raton, FL |
| | Integrated Audit | 1/17/11 | | | | $ 10.00 | Breakfast for self while traveling in Boca Raton, FL |
| | Integrated Audit | 1/17/11 | | | | $ 45.60 | Dinner for self while traveling in Boca Raton, FL |
| **Todd Chesla** | Integrated Audit | 1/17/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/18/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/19/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/24/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/25/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/26/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/27/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/28/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | Integrated Audit | 1/31/11 | $ 46.92 | | | | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| **Justin Bray** | Integrated Audit | 1/4/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/5/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/6/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/7/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/10/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/11/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/12/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/13/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/14/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/17/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/18/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/19/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/20/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/21/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/24/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/26/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/27/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 1/28/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| **Pavel Katsiak** | Integrated Audit | 1/3/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/10/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/11/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/12/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Type | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 1/13/11 | $26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/14/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/15/11 | 40.90 | Regular mileage of 40.1 one way for a round trip from Arlington, VA to Columbia, MD when coming on the weekend |
| | Integrated Audit | 1/17/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/18/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/19/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/20/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/21/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/22/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/24/11 | 40.90 | Regular mileage of 40.1 one way for a round trip from Arlington, VA to Columbia, MD when coming on the weekend |
| | Integrated Audit | 1/25/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/26/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/27/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/28/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/31/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 1/31/11 | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | | | $ 21.79 | Individual overtime dinner |
| Alexandra Schmidt | Integrated Audit | 1/9/11 | | |
| Csaba Nevelos | | | $ 58.10 | Overtime meal for J. Bray, J. Morrissey, M. Lederer, P. Katsiak (all PwC) |
| | Integrated Audit | 1/3/11 | $ 33.66 | 68 miles to and from the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 1/4/11 | 33.66 | 68 miles to and from the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 1/5/11 | 33.66 | 68 miles to and from the office = 66 miles every day excess * .51= 33.66 |
| Madeleine Lederer | Integrated Audit | 1/3/11 | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/5/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/10/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/11/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/12/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/13/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/14/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/17/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/18/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/19/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/20/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/21/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/22/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/24/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/25/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/26/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/27/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/28/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/29/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | Integrated Audit | 1/31/11 | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| Kathleen Bradley | Integrated Audit | 1/3/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/4/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/5/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/7/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/10/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/11/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/12/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/13/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/14/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/15/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/17/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/18/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | | | $ 177.28 | Dinner to Go from PF Changs for 12 people: P.Katsiak (PwC), K.Bradley (PwC), T.Smith (PwC), J.Bray (PwC), J.Morrissey (PwC), A.Schmidt (PwC), M.Lederer (PwC), J.Edelen (PwC), T.Puglisi (Grace), B.Dockman (Grace), H.La Force (Grace) |
| | Integrated Audit | 1/18/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/19/11 | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/20/11 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |

| | | | | |
|---|---|---|---|---|
| | Integrated Audit | 1/21/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/22/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 1/24/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| **Jamie Kunkel** | | | | |
| | Integrated Audit | 1/3/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/4/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/5/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/6/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/7/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/6/11 | $ 10.00 | Washington DC office parking (amount over the $5 office parking) |
| | Integrated Audit | 1/10/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/11/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/12/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/13/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/14/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/17/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/18/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/19/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/20/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/21/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/24/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/15/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/26/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/27/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/28/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51= $17.17 |
| | Integrated Audit | 1/22/11 | $ 25.50 | 50 miles one way to the DC office * .51 = $25.50 |
| | Integrated Audit | 1/29/11 | $ 25.50 | 50 miles one way from the DC office * .51 = $25.50 |
| | Integrated Audit | 1/29/11 | $ 78.26 | Overtime meal Saturday with Grace team- J. Edelen (PwC), K. Bradley (PwC), A. Schmidt (PwC), S. McNeilly (PwC), J. Morrissey (PwC), T. Smith (PwC), P. Katsiak (PwC) |
| | Integrated Audit | 1/31/11 | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| **Jonathan Edelen** | | | | |
| | Integrated Audit | 1/10/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/11/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/12/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/13/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/14/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/17/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/18/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/19/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/20/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/21/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/22/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/24/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/25/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/26/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/27/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/29/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | Integrated Audit | 1/31/11 | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |

**Summary**

| Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|
| $ 4,258.88 | $ 3,594.29 | $ 263.56 | $ 10.00 | $ 391.03 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended January 31, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 1/3/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/5/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/6/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/10/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/13/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/17/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/19/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/20/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/21/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 1/29/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Jody Underhill | 1/17/11 | Tax Director | $ 5.00 | Bottled water at airport |
| | 1/17/11 | Tax Director | $ 5.00 | Hotel Tipping |
| | 1/17/11 | Tax Director | $ 225.00 | Hotel 1 night room rate |
| | 1/17/11 | Tax Director | 38.56 | Hotel taxes |
| | 1/17/11 | Tax Director | $ 10.00 | Breakfast for self while traveling |
| | 1/17/11 | Tax Director | $ 45.60 | Dinner for self while traveling |
| Todd Chesla | 1/17/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/18/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/19/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/24/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/25/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/26/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/27/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/28/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| | 1/31/11 | Tax Manager | $ 46.92 | Mileage in excess of daily commute (92 miles * rate - 0.51 per mile). |
| Justin Bray | 1/4/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/5/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/6/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/7/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/10/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/11/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/12/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/13/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/14/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/17/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/18/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/19/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/20/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/21/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/24/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/26/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/27/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 1/28/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| Pavel Katsiak | 1/3/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/10/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/11/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/12/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/13/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/14/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/15/11 | Audit Senior Associate | $ | 40.90 | Regular mileage of 40.1 one way for a round trip from Arlington, VA to Columbia, MD when coming on the weekend |
| | 1/17/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/18/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/19/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/20/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/21/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/22/11 | Audit Senior Associate | $ | 40.90 | Regular mileage of 40.1 one way for a round trip from Arlington, VA to Columbia, MD when coming on the weekend |
| | 1/24/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/25/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/26/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/27/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/28/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/31/11 | Audit Senior Associate | $ | 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 1/31/11 | Audit Senior Associate | $ | 21.79 | Individual overtime dinner |
| Alexandra Schmidt | 1/9/11 | Audit Senior Associate | $ | 58.10 | Overtime meal for J. Bray, J. Morrissey, M. Lederer, P. Katsiak (all PwC) |
| Csaba Nevelos | 1/3/11 | Audit Senior Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/4/11 | Audit Senior Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/5/11 | Audit Senior Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| Madeleine Lederer | 1/3/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/5/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/10/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/11/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/12/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/13/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/14/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/17/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/18/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/19/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/20/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/21/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/22/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/24/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/25/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/26/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/27/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/28/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/29/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| | 1/31/11 | Audit Experienced Associate | $ | 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51 = 33.66 |
| Kathleen Bradley | 1/3/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/4/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/5/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/7/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/10/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/11/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/12/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/13/11 | Audit Experienced Associate | $ | 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 1/14/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/15/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/17/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/18/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/18/11 | Audit Experienced Associate | $ 177.28 | Dinner to Go from PF Changs for 12 people: P.Katslak (PwC), K.Bradley (PwC), T.Smith (PwC), J.Bray (PwC), J.Morrissey (PwC), A.Schmidt (PwC), M.Lederer (PwC), J.Kunkel (PwC), J.Edelen (PwC), T.Puglisi (Grace), B.Dockman (Grace), H.La Force (Grace) |
| | 1/19/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/20/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/21/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/22/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | 1/24/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| Jamie Kunkel | 1/3/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/4/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/5/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/6/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/7/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/6/11 | Audit Associate | $ 10.00 | Washington DC office parking (amount over the $5 office parking) |
| | 1/10/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/11/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/12/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/13/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/14/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/17/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/18/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/19/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/20/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/21/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/24/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/15/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/26/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/27/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/28/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| | 1/22/11 | Audit Associate | $ 25.50 | 50 miles one way to the DC office * .51 = $25.50 |
| | 1/29/11 | Audit Associate | $ 25.50 | 50 miles one way from the DC office * .51 = $25.50 |
| | 1/29/11 | Audit Associate | $ 78.26 | Overtime meal Saturday with Grace team- J. Edelen (PwC), K. Bradley (PwC), A. Schmidt (PwC), S. McNeilly (PwC), J. Morrissey (PwC), T. Smith (PwC), P. Katslak (PwC) |
| | 1/31/11 | Audit Associate | $ 17.17 | 33.6 miles everyday in excess of normal commute * .51 = $17.17 |
| Jonathan Edelen | 1/10/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/11/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/12/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/13/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/14/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/17/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/18/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/19/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/20/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/21/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/22/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/24/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/25/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/26/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/27/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/29/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |
| | 1/31/11 | Audit Intern | $ 32.64 | 74 miles to and from client - 10 miles normal commute to and from office = 64 miles every day excess * .51 = 32.64 |

Total

Summary

$ 4,258.88