## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

    I, Evelyn J. Meltzer, do hereby certify that on March 18, 2011, I served the foregoing Notice of Appeal by causing copies thereof to be served via hand delivery upon the entities on the service list attached hereto as **Exhibit A.**  I further certify that on March 18, 2011, I served the Notice of Appeal by causing copies thereof to be served via first class mail, postage prepaid, upon the entities on the service list attached hereto as **Exhibit B.**

Dated:  March 18, 2011
       Wilmington, Delaware

PEPPER HAMILTON LLP


/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#14025099 v1

# EXHIBIT A

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehi & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Counsel to Debtors

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE  19801


Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Counsel to the Libby Claimants

Edward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070, 919 Market Street
Wilmington, DE 19899-1070
Counsel to the Libby Claimants


John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Counsel to David T. Austern, Asbestos PI Future
Claimants' Representative

Mark T. Hurford, Esq.
Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Counsel to Official Committee of Asbestos
Personal Injury Claimants


Michael B. Joseph, Esq.
Lisa L. Coggins, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Counsel to Official Committee of Asbestos
Property Damage Claimants

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Counsel to Asbestos PD Future Claimants'
Representative


Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Counsel to Garlock Sealing Technologies LLC

Michael R. Lastowski, Esq.
Richard W. Riley
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Counsel to Official Committee of Unsecured
Creditors

#14025099 v1

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899
Counsel to Official Committee of Equity
Securities Holders

Neil Glassman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel to Post Petition DIP Lenders

Barry M. Klayman, Esq.
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
Counsel to Federal Insurance Company

John D. Demmy, Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Counsel to Fireman's Fund Insurance
Company

Michael W. Yurkewicz, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire Insurance
Company, New England Reinsurance Corporation

David P. Primack, Esq.
Warren T. Pratt, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
Counsel to Government Employees Insurance
Company, Republic Insurance Company, OneBeacon
America Insurance Company and Seaton Insurance
Company

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building, Esq.
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 1989
Counsel to Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Counsel to National Union Fire Insurance
Company of Pittsburgh, PA

Richard S. Cobb, Esq.
James S. Green , Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Counsel to Bank Lender Group

Robert J. Dehney, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Counsel to Travelers Casualty and Surety
Company

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Counsel to Anderson Memorial Hospital, City of
Vancouver and School District 68 Nanaimo-Ladysmith

James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Counsel to Longacre Master Fund Ltd. and
Longacre Capital Partners (QP) LP

Thomas G. Macauley, Esq.
Virginia Whitehill Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19801
Certain Underwriters at Lloyds, London and
Certain London Market Companies

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel to Bank of America, N.A.

James S. Yoder, Esq.
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
Counsel to Allstate Insurance Company

Stuart M. Brown, Esq.
Robert C. Martin, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
Counsel to Morgan Stanley Senior Funding, Inc.

Kathleen M. Miller, Esq.
Smith, Katzenstein, & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, DE 19899
Counsel to Aaron C. Edwards, James T. Beam,
Edward E. Storey, John M. Thomas, Sheila Martin,
Kaneb Pipe Line Operating Partnership, LP and
Support Terminal Services Inc.

Francis A. Monaco , Jr., Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
Counsel to State of Montana

Marc S. Casarino, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Counsel to Century Indemnity Company

Frederick B. Rosner, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Counsel to General Insurance Company of
America

#14025099 v1

# EXHIBIT B

Lisa G. Esayian, Esq.
John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Counsel to Debtors

Janet S. Baer, P.C.
Roger J. Higgins, Esq.
Baer Higgins Fruchtman LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Counsel to Debtors

Deanna D. Boll, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Counsel to Debtors

William S. Katchen, Esq.
Duane Morris LLP
One Riverfront Plaza
Newark, NJ 07102
Counsel to Official Committee of Unsecured
Creditors

Lewis Kruger, Esq.
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Counsel to Official Committee of Unsecured
Creditors

Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Counsel to the Libby Claimants

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Counsel to The CNA Companies

Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Counsel to The CNA Companies

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Counsel to The CNA Companies

Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Counsel to The CNA Companies

Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Counsel to David T. Austern, Asbestos PI Future
Claimants' Representative

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Counsel to Official Committee of Asbestos
Personal Injury Claimants

#14025099 v1

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
Counsel to Official Committee of Asbestos
Personal Injury Claimants

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Counsel to Official Committee of Asbestos
Property Damage Claimants

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270
Counsel to Asbestos PD Future Claimants'
Representative

Philip Bentley, Esq.
David E. Blabey, Jr., Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Counsel to Counsel to the Official Committee
of Equity Security

J. Douglas Bacon, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Counsel to Post-Petition DIP Lenders

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
Ilan Rosenberg, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Counsel to Federal Insurance Company

Michael A. Shiner, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5401
Counsel to AXA Belgium, as Successor to
Royale Belge SA

Eileen T. McCabe, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
Counsel to AXA Belgium, as Successor to
Royale Belge SA

Mark D. Plevin, Esq.
Leslie A. Davis, Esq.
Tacie H. Yoon, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Counsel to Fireman's Fund Insurance Company

Leonard P. Goldberger, Esq.
Marnie E. Simon, Esq.
Stevens & Lee, P.E.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Counsel to Fireman's Fund Insurance
Company

Craig Goldblatt, Esq.
Nancy L. Manzer, Esq.
Wilmer Pickering Hale And Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire Insurance
Company, and New England Reinsurance Corporation

William J. Bowman, Esq.
James P. Ruggeri, Esq.
Edward B. Parks, II, Esq.
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire
Insurance Company, and New England Reinsurance
Corporation

#14025099 v1

Michael F. Brown, Esq.
Jeffrey M. Boerger, Esq.
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996
Counsel to Government Employees Insurance Co.,
Republic Insurance Co., n/k/a Star Indemnity & Liability
Co., One Beacon America Insurance Co, and Seaton
Insurance Co.

Edward 1. Longosz, II, Esq.
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
Counsel to Maryland Casualty Company

Richard A. Ifft, Esq.
Karalee C. Morell, Esq.
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Counsel to Maryland Casualty Company, Zurich Insurance
Co., Zurich International (Bermuda) Ltd.

Michael S. Davis, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
Counsel to National Union Fire Insurance Co.
of Pittsburgh, PA

George R. Calhoun, V, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Counsel to TIG Insurance Company, United
States Fire Insurance Company

Mary Beth Forshaw, Esq.
Katharine A. McLendon, Esq.
Elisa Alcabes, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Counsel to Travelers Casualty and Surety
Company

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Counsel to The Bank Lender Group

Jeff J. Friedman, Esq.
Noah Heller, Esq.
Merritt A. Pardini, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
Counsel to Morgan Stanley Senior Funding,
Inc.

Daniel A. Speights, Esq.
C. Alan Runyan, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Counsel to Anderson Memorial Hospital, City of
Vancouver, and School District 68 Nanaimo-Ladysmith

Sander L. Esserman, Esq.
David J. Parsons, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Counsel to Aaron C. Edwards, James T. Beam, Edward
E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe
Line Operating Partnership, L.P., and Support Terminal
Services, Inc.

Garland Cassada, Esq.
Richard C. Worf, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
Counsel to Garlock Sealing Technologies LLC

John W. Kozyak, Esq.
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Counsel to Anderson Memorial Hospital

Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
Counsel to the Libby Claimants

Michael Seth Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ  07068
Counsel to ERISA Plaintiffs

Robert J. Sidman, Esq.
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Counsel to The Scotts Company LLC

Carl Pernicone, Esq.
Catherine Chen, Esq.
Wilson Elser Moskowitz Edelman Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
Counsel to Arrowood Indemnity Company

Steve A. Peirce, Esq.
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Counsel to Kaneb Pipe Line Operating Partnership,
L.P., and Support Terminal Services, Inc.

Toby L. Gerber, Esq.
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Counsel to Kaneb Pipe Line Operating Partnership,
L.P., and Support Terminal Services, Inc.

Robert S. Hertzberg, Esq.
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Counsel to Longacre Master Fund, Ltd.,
Longacre Capital Partners (QP), L.P.

Joseph H. Meltzer, Esq.
Barroway Topaz Kessler Meltzer &
  Check, LLP
280 King of Prussia Road
Radnor, PA  19087
Counsel to ERISA Plaintiffs

Brad Elias, Esq.
Tancred Shiavoni, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Counsel to Arrowood Indemnity Company

David M. Turetsky, Esq.
J. Gregory St. Clair, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Counsel to Sealed Air Corporation

Andrew Craig, Esq.
Cuyler Burk P.C.
Parsippany Corporate Center
Third Floor
Four Century Drive
Parsippany, NJ 07054
Counsel to Sealed Air Corporation

Andrea Madigan, Enforcement Attorney
Region VIII
1595 Wynkoop Street
Denver, CO  80202
Counsel to U.S. Environmental & Protection Agency

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. - Bldg A
Mount Pleasant, SC 29464
Counsel to Zonolite Attic Insulation Class Plaintiffs

Harley E. Riedel, Esq.
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Counsel to Anderson Memorial Hospital

Christopher E. Prince, Esq.
Lesnick Prince LLP
185 Pier Avenue
Suite 103
Santa Monica, CA 90405
Counsel to General Insurance Company of America

Deborah Waldmeir, Esq.
State Of Michigan Department Of Treasury
Lansing, MI 48922
Counsel to State of Michigan Dept. of Treasury

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Counsel to the United States of America

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Counsel to Fresenius U.S.A., Inc.

Robert M. Horkovich, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Counsel to Asbestos Claimants Committee

Peter Nils Baylor, Esq.
Nutter, McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210-2604
Counsel to Town of Action, Massachusetts

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL  60606
Counsel to General Insurance Company of
America

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
100 Biddle Avenue, Suite 100
Springside Plaza
Newark, DE 19702
Counsel to TIG Insurance Company
and United States Fire Insurance
Company

#14025099 v1