IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on March 18, 2011, true and correct copies of the foregoing **NOTICE OF APPEAL** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: March 18, 2011

 

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

**SERVICE LIST**

**VIA FIRST CLASS MAIL AND HAND DELIVERY**

Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA FIRST CLASS MAIL**

The Honorable Judith Fitzgerald
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068

James Restivo, Jr., Esquire
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

Lisa Esayian
John Donley
Adam Paul.
KIRKLAND & ELLIS LLP
300 North LaSalle Chicago, IL 60654

Deanna D. Boll
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Janet S. Baer, P.C.
Roger J. Higgins
BAER HIGGINS FRUCHTMAN LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, NJ 07102

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVIN, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH &PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON &
SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005

Neil B. Glassman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

J. Douglas Bacon
LATHAM &WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
1201 Elm Street, Suite 4244
Dallas, TX 75270

David M. Klauder
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Michael A. Shiner
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5401

Eileen T. McCabe
MENDES &MOUNT, LLP
750 Seventh Avenue
New York, NY 10019


Elizabeth DeCristofaro
FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

Edward B. Rosenthal
ROSENTHAL, MONHAIT &
GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

John D. Demmy
STEVENS &LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL &MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Leonard P. Goldberger
Marnie E. Simon
STEVENS &LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Michael W. Yurkewicz
KLEHR HARRISON HARVEY &
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Michael F. Brown
Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Edward J. Longosz, II
ECKERT SEAMANS CHERIN
&MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006

Ricardo Palacio
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE
LLP
575 Lexington Avenue
New York, NY 10022

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

George R. Calhoun, V
STEPTOE &JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Robert J. Dehney
Ann C. Cordo
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

Mary Beth Forshaw
Katharine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT
425 Lexington Avenue
New York, NY 10017-3954

Richard Cobb
James S. Green
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, DE 19899

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064


Stuart M. Brown
R. Craig Martin
EDWARDS ANGELL PALMER
&DODGE LLP
919 North Market Street
15th Floor
Wilmington, DE 19801

Jeff J. Friedman
Noah Heller
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022

James C. Carignan
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Edward C. Toole, Jr.
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899

Sander L. Esserman
David J. Parsons
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Steve A. Peirce
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Toby L. Gerber
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG
101 Arch Street
Boston, MA 02110

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Robert S. Hertzberg
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Brett D. Fallon
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
(302) 888-6888

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246