**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | |
| ACandS, Inc. | Case No.: 02-12687 (JFK) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (JFK) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JFK) |
| The Flintkote Company | Case No.: 04-11300 (JFK) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JFK) |
| Owens Corning | Case No.: 00-03837 (JFK) |
| US Mineral Products Company | Case No.: 01-02471 (JFK) |
| USG Corp. | Case No.: 01-02094 (JFK) |
| W.R. Grace & Co. | Case No.: 01-01139 (JFK) |
| Debtors or Reorganized Debtors. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 28, 2011 AT 9:00 A.M. (EASTERN TIME)[1]

CONTESTED MATTERS GOING FORWARD:

1. Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statement (ACandS, Inc. Docket No. 3658, Filed 2/18/11)[2].

---

[1] The hearing will be held before The Honorable Judith K. Fitzgerald at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Multipurpose Room, Wilmington, Delaware 19801. Any party wishing to appear telephonically at the March 28, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Standard Time) on March 24, 2011**.

[2] Garlock Sealing Technologies LLC filed an identical copy of the Motion to Reopen in each of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, Inc. ("ACandS") (Case No. 02-12687), (ii) Armstrong World Industries, Inc. ("Armstrong") (Case No. 00-4471), (iii) Combustion Engineering, Inc. ("CEI") (Case No. 03-10495), (iv) Owens Corning ("Owens") (Case No. 00-3837), (v) US Mineral Products Company ("US Mineral") (Case No. 01-2471), and (vi) USG Corp. ("USG") (Case No. 01-2094); and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: Mid-Valley, Inc. ("Mid-Valley") (Case No. 03-35592).

Objection Deadline:  March 11, 2011 at 4:00 p.m. (Eastern Time).

Objection Received[3]:

(a) The United States Trustee's Objection To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(b), Fed. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statement [D.E. 3658, 10719, 3398, 20979, 3895, 12615, 2789] (the "UST Response") (ACandS, Inc. Docket No. 3673, Filed 3/8/11);

(b) Response Of Combustion Engineering, Inc. To Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(b), Fed. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements (CEI Docket No. 3409, Filed 3/9/11);

(c) Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements (ACandS, Inc. Docket No. 3678, Filed 3/11/11);

(d) Objection Of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, And Montgomery, McCracken, Walker & Rhoads, LLP, To Garlock's Motions To Reopen Bankruptcy Cases For The Purpose Of Seeking Access To 2019 Statements (ACandS, Inc. Docket No. 3679, Filed 3/11/11);

(e) Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended

---

[3]   Identical copies of the Joinders, Responses, and Oppositions filed with respect to Motion to Reopen may have been docketed in one or more of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware:  (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) Owens (v) US Mineral, (vi) USG; and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania:  Mid-Valley.

       Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (US Mineral Docket No. 3906, Filed 3/11/11);

(f)    Response And Objection Of Owens Corning Sales, LLC To (i) Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. §350(b), Red. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements And (ii) Amended Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Owens Corning Docket No. 20998, Filed 3/11/11);

(g)    Response Of Armstrong World Industries, Inc. To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Armstrong Docket No. 10731, Filed 3/11/11);

(h)    Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3674, Filed 3/11/11).

Related Pleadings:   None.

Status: This matter is going forward.

2.    Motion Of Garlock Sealing Technologies LLC To Intervene For Limited Purpose Of Seeking Access To Judicial Records (ACandS, Inc. Docket No. 3659, Filed 2/18/11).[4]

Objection Deadline:   March 11, 2011 at 4:00 p.m. (Eastern Time).

---

[4] Garlock Sealing Technologies LLC filed an identical copy of the Motion to Intervene in each of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) The Flintkote Company ("Flintkote") (Case No. 04-11300), (v) Kaiser Aluminum Corp. ("Kaiser") (Case No. 02-10429), (vi) Owens, (vii) US Mineral, (viii) USG, and (ix) W.R. Grace & Co. ("W.R. Grace") (Case No. 01-1139); and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: (i) Mid-Valley, (ii) North American Refractories Co. ("North American Refractories") (Case No. 02-20198), and (iii) Pittsburgh Corning Corp. ("Pittsburgh Corning") (Case No. 00-22876).

4131088.4

Objections Received[5]:

(a) Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, the Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies To Intervene For The Limited Purpose Of Seeking Access To Judicial Records (ACandS, Inc. Docket No. 3676, Filed 3/11/11);

(b) Objection Of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, And Montgomery, McCracken, Walker & Rhoads, LLP, To Garlock's Motion To Intervene For The Purpose Of Seeking Access To The 2019 Statements (ACandS, Inc. Docket No. 3677, Filed 3/11/11);

(c) Objection Of The Official Committees Of Asbestos Claimants In The Flintkote, Grace, NARCO And Pittsburgh Corning Bankruptcies To Garlock's Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records (ACandS, Inc. Docket No. 3681, Filed 3/11/11);

(d) Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (US Mineral Docket No. 3906, Filed 3/11/11);

(e) Response Of Armstrong World Industries, Inc. To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Armstrong Docket No. 10731, Filed 3/11/11); and

(f) Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited

---

[5] Identical copies of the Responses and Objections filed with respect to Garlock Sealing Technologies LLC's Motion to Intervene may have been filed in one or more of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) Flintkote, (v) Kaiser, (vi) Owens Corning,, (vii) US Mineral, (viii) USG, and (ix) W.R. Grace; and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: (i) Mid-Valley, (ii) North American Refractories, (iii) Pittsburgh Corning.

4131088.4

      Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3674, Filed 3/11/11).

Related Pleadings:  None.

Status:  This matter is going forward.

3.    Amended Motion Of Garlock Sealing Technologies LLC For Order Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (the "Amended 2019 Motion") (ACandS, Inc. Docket No. 3660, Filed 2/18/11)[6].

    Objection Deadline:  March 11, 2011 at 4:00 p.m. (Eastern Time).

    Joinders/Objections/Responses Received[7]:

(a)    Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, the Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, to the Motion Of Garlock Sealing Technologies LLC for Order Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3645, Filed 1/28/11);

(b)    Response of Reorganized Debtors to Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and Related Relief (Owens Corning Docket No. 20963, Filed 1/28/11);

(c)    Brief Of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio,

---

[6]    Garlock Sealing Technologies LLC filed an identical copy of the Amended 2019 Motion in each of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) Flintkote, (v) Kaiser, (vi) Owens, (vii) US Mineral, (viii) USG, and (ix) W.R. Grace; and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: (i) Mid-Valley, (ii) North American Refractories, and (iii) Pittsburgh Corning.

[7]    Identical copies of the Joinders, Responses, and Oppositions filed with respect to Garlock Sealing Technologies LLC's 2019 Motion and/or Amended 2019 Motion may have been filed in one or more of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) Flintkote, (v) Kaiser, (vi) Owens,, (vii) US Mineral, (viii) USG, and (ix) W.R. Grace; and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: (i) Mid-Valley, (ii) North American Refractories, (iii) Pittsburgh Corning.

|     |     |
| --- | --- |
|     | LLC, Bifferato LLC, And Montgomery, McCracken, Walker & Rhoads, LLP, In Opposition to the Motion Of Garlock Sealing Technologies, LLC for Order Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3646, Filed 1/28/11); |
| (d) | Joinder Of Motley Rice LLC To Response Of Law Office Of Peter G. Angelos, PC, *et al.*, and Brief Of Kazan, McClain, Lyons, Greenwood & Harley, *et al.*, In Opposition To The Motion Of Garlock Sealing Technologies, LLC, For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3648, Filed 2/3/11); |
| (e) | Joinder And Objection Of The Official Committee Of Asbestos Claimants In The Flintkote, Grace, Narco And Pittsburgh Corning Bankruptcies To Garlock's Motion For Orders Authorizing Access To 2019 Statements And Related Relief (ACandS, Inc. Docket No. 3650, Filed 2/7/11); |
| (f) | Joinder Of Weitz & Luxenberg, P.C. In The Responses Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, the Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, to the Motion Of Garlock Sealing Technologies LLC for Order Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3670, Filed 3/3/11); |
| (g) | Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3674, Filed 3/11/11); |
| (h) | Objection Of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris & Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, And Montgomery, McCracken, Walker & Rhoads, LLP, To Garlock's Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3675, Filed 3/11/11); |
| (i) | Objection Of The Official Committees Of Asbestos Claimants In The Flintkote, Grace, NARCO And Pittsburgh Corning Bankruptcies To Garlock's Amended Motion For Orders Authorizing Access To 2019 Statements And Related Relief (ACandS, Inc. Docket No. 3680, Filed 3/11/11); |

(j) Response Of The Reorganized Debtor To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (US Mineral Docket No. 3906, Filed 3/11/11);

(k) Response And Objection Of Owens Corning Sales, LLC To (i) Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. §350(b), Red. R. Bankr. P. 3020(d), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements And (ii) Amended Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Owens Corning Docket No. 20998, Filed 3/11/11);

(l) Response Of Armstrong World Industries, Inc. To Garlock Sealing Technologies LLC's (I) Motion For Entry Of An Order Reopening Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements, (II) Motion To Intervene For Limited Purpose Of Seeking Access To Judicial Records, And (III) Amended Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Armstrong Docket No. 10731, Filed 3/11/11); **and**

**(m) Objection Of The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And William Kherkher Hart Boundas, LLP, To Garlock's Amended Motion For Order Authorizing Access To 2019 Statements And Related Relief (D.I. 3682, Filed 3/15/11).**

Related Pleadings[8]:

(a) Notice Of Hearing And Response Deadline For Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3639, Filed 1/10/11);

(b) Motion Of Garlock Sealing Technologies LLC For Entry Of An Order Limiting Notice Of the Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3640, Filed 1/10/11);

---

[8] Garlock Sealing Technologies LLC filed an identical copy of the various related pleadings in each of the following captioned cases pending before The Honorable Judith K. Fitzgerald (a) in the United States Bankruptcy Court for the District of Delaware: (i) ACandS, (ii) Armstrong, (iii) CEI, (iv) Flintkote, (v) Kaiser, (vi) Owens Corning,, (vii) US Mineral, (viii) USG, and (ix) W.R. Grace; and (b) in the United States Bankruptcy Court for the Western District of Pennsylvania: (i) Mid-Valley, (ii) North American Refractories, (iii) Pittsburgh Corning.

4131088.4

(c) Modified Order Regarding Notice Of The Motion Of Garlock Sealing Technologies LLC For Order Authorizing Access To 2019 Statements Filed In This Court (ACandS, Inc. Docket No. 3642, Entered 1/11/11);

(d) Order With Respect To Cases Which Are Closed Limiting Notice Of The Motion Of Garlock Sealing Technologies LLC For Order Authorizing Access To 2019 Statements Filed In This Court (ACandS, Inc. Docket No. 3643, Entered 1/13/11);

(e) Order Granting Motion Of Garlock Sealing Technologies LLC For Leave To File A Reply In Support Of Motion For Orders Authorizing Access to 2019 Statements Filed In This Court And For Related Relief (ACandS, Inc. Docket No. 3651, Entered 2/9/11);

(f) Reply Of Garlock Sealing Technologies LLC In Support Of Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And Related Relief (ACandS, Inc. Docket No. 3652, Filed 2/9/11); and

(g) Notice Of (i) Amended Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief And (ii) Related Motions To Intervene In And Reopen Certain Bankruptcy Cases (ACandS, Inc. Docket No. 3661, Filed 2/18/11).

Status:  This matter is going forward.

4. Garlock's Hearing Exhibits (Presented in Court on 2/14/11).

Responses Received:

(a) Objections Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, the Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To Documents Garlock Sealing Technologies LLC Would Introduce In Connection With Its Motion Seeking Access To Rule 2019 Statements (ACandS, Inc. Docket No. 3671, Filed 3/4/11);

(b) The Asbestos Claimants Committees' Objections To Exhibits Submitted By Garlock During The February 14, 2011 Hearing (ACandS, Inc. Docket No. 3672, Filed 3/4/11); and

(c) Objection Of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris & Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, And Montgomery, McCracken, Walker & Rhoads, LLP, To

Garlock's Hearing Exhibits Used On February 14, 2011, For Authorizing Access To The 2019 Statements (Kaiser Docket No. 10063, Filed 3/4/11).

Related Pleadings:

(a)  Notice Of Service (ACandS, Inc. Docket No. 3667, Filed 2/23/11).

Status:  This matter is going forward.

Dated: March 21, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LP

By /s/ Gregory W. Werkheiser
Gregory W. Werkheiser (DE Bar No. 3553)
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

- and -

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

**Attorneys for Garlock Sealing Technologies, LLC**