IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 28, 2011, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 4:00 p.m., March 24, 2011**

## CONTINUED MATTERS:

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents:

a. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to April 18, 2011, at 10:00 a.m.

## QUARTERLY FEE APPLICATIONS:

2. Thirty-Eighth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2010 through September 30, 2010

Related Documents:

a. Certification of Counsel Regarding Thirty-Eighth Quarter Project Category Summary [Filed: TBD] (Docket No. TBD)

b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Seventh Period [Filed: TBD] (Docket No. TBD)

Status: This matter will go forward.

## UNCONTESTED MATTERS:

3. Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 2/18/11] (Docket No. 26344)

Response Deadline: March 11, 2011, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 2/18/11] (Docket No. 26344)

b. Certification of No Objection Regarding Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 3/14/11] (Docket No. 26551)

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

4. Motion for an Order Lifting the Automatic Stay to Allow the State Court Litigation Regarding Claim No. 9566 (Robert E. Locke) to Proceed [Filed: 2/18/11] (Docket No. 26348)

Response Deadline: March 11, 2011, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Lifting the Automatic Stay to Allow the State Court Litigation Regarding Claim No. 9566 (Robert E. Locke) to Proceed [Filed: 2/18/11] (Docket No. 26348, Exhibit I)

b. Certification of Objection Regarding Motion for an Order Lifting the Automatic Stay to Allow the State Court Litigation Regarding Claim No. 9566 (Robert E. Locke) to Proceed [Filed: 3/14/11] (Docket No. 26549)

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

5. Debtors' Motion for an Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure [Filed: 2/18/11] (Docket No. 26349)

Response Deadline: March 11, 2011, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure [Filed: 2/18/11] (Docket No. 26349, Exhibit A)

b. Certification of No Objection Regarding Debtors' Motion for an Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure [Filed: 3/14/11] (Docket No. 26548)

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**GARLOCK MATTERS**

6. Motion of Garlock Sealing Technologies LLC to Intervene for Limited Purpose of Seeking Access to Judicial Records [Filed: 2/18/11] (Docket No. 26356)

    Response Deadline: March 11, 2011, at 4:00 p.m.

    Responses Received:

    a. Objection of the Official Committee of Asbestos Claimants in the Flintkote, Grace, Narco and Pittsburgh Corning Bankruptcies to Garlock's Motion to Intervene for Limited Purpose of Seeking Access to Judicial Records [Filed: 3/11/11] (Docket No. 26546)

    Related Documents:

    a. [Proposed] Order Allowing Garlock Sealing Technologies LLC to Intervene for Limited Purpose of Seeking Access to Judicial Records [Filed: 2/18/11] (Docket No. 26356)

    Status: This matter will go forward.

7. Amended Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief [Filed: 2/18/11] (Docket No. 26357)

    Response Deadline: March 11, 2011, at 4:00 p.m.

    Responses Received:

    a. Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLP for Orders Authorizing Access to 2010 Statements Filed in This Court and for Related Relief [Filed: 1/28/11] (Docket No. 26137)

    b. Brief of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, in Opposition to the Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to 2010 Statements Filed in This Court and for Related Relief [Filed: 1/28/11] (Docket No. 26146)

c.  Joinder of Motley Rice LLC to Response of Law Office of Peter G. Angelos, PC, et al., and Brief of Kazan, McClain, Lyons, Greenwood & Harley, et al., in Opposition to the Motion of Garlock Sealing Technologies, LLC, for Order Authorizing Access to 2019 Statements Filed in this Court and for Related Relief [Filed: 2/3/11] (Docket No. 26195)

d.  Joinder and Objection of the Official Committees of Asbestos Claimants in the Flintkote, Grace, NARCO and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief [Filed: 2/7/2011] (Docket No. 26211)

e.  Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P. Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief [Filed: 3/1/11] (Docket No. 26539)

f.  Response of the Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies to Intervene for the Limited Purpose of Seeking Access to Judicial Records [Filed: 3/11/11] (Docket No. 26540)

g.  Objection of the Official Committee of Asbestos Claimants in the Flitkote, Grace, Narco and Pittsburgh Corning Bankruptcies to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements and Related Relief [Filed: 3/11/11] (Docket No. 26544)

h.  Objection of the Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements and Related Relief [Filed: 3/15/11] (Docket No. 26561)

Replies Received:

a.  Reply of Garlock Sealing Technologies LLC in Support of Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief [Filed: 2/9/11] (Docket No. 26222)

   (i) [Signed] Order Granting Motion of Garlock Sealing Technologies LLC for Leave to File a Reply in Support of Motion for Orders Authorizing Access to 2019 Statement Filed in This Court and for Related Relief [Filed: 2/9/11] (Docket No. 26216)

Objections to Garlock Exhibits:

a. Joinder of Weitz & Luxenburg, P.C. in the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief [Filed: 3/3/11] (Docket No. 26479)

b. Objections of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, and Williams Kherkher Hart Boundas, LLP, to Documents Garlock Sealing Technologies LLC Would Introduce in Connection With Its Motion Seeking Access to Rule 2019 Statements [Filed: 3/4/11] (Docket No. 26493)

c. Objection of Kazan, MCClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato, LLP, to Garlock's Hearing Exhibits Used on February 14, 2011, for Authorizing Access to the 2019 Statements [Filed: 3/4/11) [Docket No. 26495)

d. The Asbestos Claimants Committees' Objections to Exhibits Submitted By Garlock During the February 14, 2011 Hearing [Filed: 3/4/11] Docket No. 26498)

Related Documents:

a. Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/10/11] (Docket No. 26053)

b. [Signed] Modified Order Regarding Notice of the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/11/11] (Docket No. 26063)

c. [Signed] Order with Respect to Cases which are Closed Limiting Notice of the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/13/11] (Docket No. 26072)

Status: This matter will go forward.

Dated: March 21, 2011

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen P. Makowski
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession