# GARLOCK SERVICE LIST

**VIA HAND DELIVERY**

Susan F. Herr
Dupont Legal D-7156
1007 Market Street
Wilmington, DE  19898

**VIA FACSIMILE:**

Marilyn Palm, Esq.
FAX: 312-861-2200

Ronald S. Beacher, Esq.
Conrad K. Chiu, Esq.
Pryor Cashman
FAX:  212-515-6959

Joseph T. Chapman, Esq.
Ohio Bureau of Workers' Compensation
FAX: 614-752-9070

Richard Finke
FAX: 410-531-4783

Pamela Wise, Esq.
Wise and Julian, P.C.
FAX: 618-462-2622

J. Michael Johnson
Rawle & Henderson
300 Delaware Avenue
SUITE 1015
Wilmington, DE  19801
FAX:  302-234-5905

Victoria W. Counihan
Dennis A. Meloro
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street
Suite 1200
Wilmington, DE  19801
FAX:  302-661-7360

Michael Crimi
Parcels/DDR
200 W. North Street
Lower Level
Wilmington, DE  19801
FAX:  302-658-9165

Davis & Davis
2900 Trophy Drive
Bryan, TX  77802
FAX:  979-776-2712

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Richard S. Cobb, Esq.
Rebecca L. Butcher, Esq.
William E. Chipman, Jr.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801
FAX: 302-467-4450

Allison E. Reardon
Delaware Division of Revenue
820 North French Street
8th Floor
Wilmington, DE  19801
FAX: 302-577-8656

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806
FAX: 302-656-7599

Brian L. Kasprzak, Esq.
Michael J. Joyce, Esq.
Marks, O'Neill, O'Brien
   and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801
FAX: 302-658-6537

William L. Hallam
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD  21202-3281
FAX:  410-385-5119

Charlene D. Davis
Eric M. Sutty
Neil B. Glassman
DianClaudio Finizio.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
FAX: 302-658-6395

Charlene D. Davis
Michael L. Vild
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
FAX: 302-658-6395

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street
Suite 800
Wilmington, DE  19801
FAX: 302-654-0728

Daniel DeFranceschi
Jason Madron, esq.
Robert J. Stearns, Esq.
Cory D. Kandestin, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
FAX: 302-651-7701
302-658-6548

Ellen Slights
US Attorneys Office
1007 Orange St
7th Floor
Wilmington, DE  19801
FAX: 302-573-6220

David Baldwin
Laurie Selber Silverstein
Jennifer Gilmer Brady
Theresa V. Brown-Edwards
Steven M. Yoder
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor, Hercules Plaza
Wilmington, DE  19801
FAX: 302-778-6107
302-658-1192

David Klauder
Richard Schepacarter
Office of the U.S. Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801
FAX: 302-573-6497

David M. Fournier, Esq.
James C. Carignan, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
1313 North Market Street
Suite 800
Wilmington, DE  19801
FAX: 302-421-8390

David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254
FAX: 302-467-4201

Duane Werb
Jennifer Unhock
Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Edward B. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross
   & Goddess, P.A.
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
FAX: 302-658-7567

Eric L. Eric L. Schnabel
Magdeline D. Coleman
Teresea K.D. Currier
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801
FAX: 302 552 4295

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice PLLCC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
FAX: 302-661-7730

Francis J. Murphy, Esq.
John S. Spadaro, Esq.
Chase T. Brockstedt, Esq.
Murphy & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805
FAX: 302-472-8135

Gregg Galardi, Esq.
Mark S. Chehi, Esq.
Skadden Arps Slate
    Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19801
FAX: 302-651-3001

Henry A. Heiman
Heiman Gouge & Kaufman LLP
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE  19801
FAX: 302-658-1473

Herbert W Mondros, Esq.
Rosenthal Monhait Gross & Goddess PA
919 Market Street
Suite 1401
Wilmington, DE  19801
FAX: 302-658-7567

Ian Connor Bifferato, Esq.
Garvin F. McDaniel, Esq.
Megan N. Harper
Bifferato LLC
800 King Street
First Floor
Wilmington, DE  19801
FAX: 302-429-8600

James S. Yoder
White and Williams LLP
824 N. Market Street
Suite 902
Wilmington, DE  19899-0709
FAX: 302-654-0245

Jason L. Cornell
Neal J. Levitsky
Fox Rothschild
919 N. Market Street
Suite 1300
Citzens Bank Center
Wilmington, DE  19801
FAX: 302-656-8920

Jeffrey R. Waxman, Esq.
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
FAX: 302-571-1750

Joanne B, Wills
Richard M. Beck, Jr.
Steven K. Kortanek
Klehr, Harrison, Harvey,
    Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE  19801
FAX: 302-426-9193

John D. Demmy, Esq.
Joseph Grey, Esq.
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270
FAX: 610-371-7390

Marc S. Casarino, Esq.
White and Williams LLP
824 North Market Street
Suite 902
Wilmington, DE  19801
FAX: 302-467-4550

Karen C. Bifferato
Jeffrey C. Wisler
Michelle McMahon
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg
1007 N. Orange St.
Wilmington, DE  19801
FAX: 302-658-0380

Kathleen Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE  19801
FAX: 302-652-8405

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Scotta E. McFarland
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705
FAX: 302-652-4400

Laurie Polleck
Jaspan Schlesinger LLP
913 N. Market Street
12th Floor
Wilmington, DE  19801
FAX: 302-351-8010

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
FAX: 302-651-7701

Marla Eskin, Esq.
Kathleen Campbell Davis, Esq.
Mark Hurford, Esq.
Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801
FAX: 302-426-9947

Michael DeBaecke
Brian L. Colburn
Blank Rome
1201 Market Street
Suite 800
Wilmington, DE  19801
FAX: 302-425-6464

Michael Busenkell
Womble Carlyle Sandridge
  & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
FAX: 302-661-7724

Michael B. Joseph, Esq.
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.
222 Delaware Avenue
15th Floor
Wilmington, DE  19801
FAX: 302-575-1714

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801
FAX: 302-657-4901

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE  19801
FAX: 302-656-2769

Noel Burnham
Natalie D. Ramsey, Esq.
Laurie A. Kerpto, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken,
  Walker & Rhoads
1105 North Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-504-7820

Richard Shepacarter
Frank J. Perch III
United States Trustee
844 King Street Room 2207
Wilmington, DE  19899-0035
FAX: 302-573-6497

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899
FAX: 302-656-5875

Sharon Zieg
Erin Edwards
James L. Patton, Jr.
Edwin J. Harron
Young Conaway Stargatt & Taylor
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE  19801
FAX: 302-576-3350

Stephen W. Spence
John C. Phillips Jr.
Robert S. Godlman
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE  19806
FAX: 302-655-4210

Stuart M. Brown, Esq.
Selinda A. Melnik, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market St.
Suite 1500
Wilmington, DE  19801
FAX: 888-325-9191

Teresa K.D. Currier, Esq.
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801
FAX: 302-421-6813

Vito I DiMaio
Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801
FAX: 302-658-9951

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 E. 8th Street
Suite 400
Wilmington, DE  19801
FAX: 302-428-8195

William F. Taylor, Esq.
Katherine Mayer, Esq.
McCarter & English LLP
919 North Market Street
Suite 1800
Wilmington, DE  19801
FAX: 302-984-2496

William J Marsden Jr Esq
Fish & Richardson PC
919 North Market Street
Suite 1100
Wilmington, DE  19801
FAX: 302-652-0607

William P. Bowden, Esq.
Ricardo Palacio, Esq.
Don A. Beskrone, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
CANADA
FAX: 416-216-3930

Attn:  Bonita Sandoz, Supervisor
Revenue & Enforcement
Los Angeles County Treasurer
   and Tax Collector
P.O. Box 54110
Los Angeles, CA  90051
FAX: 213-217-4931

Matthew Bergman Esq
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA  98070
FAX: 206-463-4470

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-3811

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5635

Adam M. Spence
Spence & Buckler, P.C.
100 West Pennsylvania Avenue
Suite 301
Towson, MD  21204
FAX: 443-836-9181

Alan Gover
White & Case LLP
1155 Avenue of the America
New York, NY  10036-2787
FAX: 212 354 8113

Alan Brayton
Jacqueline Loveless
Christina Skubic
Brayton Purcell
Brayton Law
222 Rush Landing Road
Novato, CA  94945
FAX: 415-898-1247

Alan R. Lepene, Esq.
Mark A. Weintraub, Esq.
Thompson Hine LLP
3900 Key Tower
127 Public Square
Cleveland, OH  44114
FAX: 216-566-5800

Alfred C. Knight
Westvaco Corporation
299 Park Avenue
New York, NY  10171
FAX: 212-688-5026

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox
    & Elliott, LLP
445 S. Figueroa Street
31st Floor
Los Angeles, CA  90071
FAX: 213-612-7801

Anne Ferazzi
Legal ative for
    Future Silica Claimants
11923 Winwood Lane
Houston, TX  77024
FAX: 713-236-5404

Antonio D. Pyle, Esq.
Antonia D. Pyle PC
227 Upper Baird Road
Stowe, VT  05672
FAX: 802-253-2125

Ari Lefkovits
Lazard Freres & Company LLC
30 Rockefeller Plaza
61st Floor
New York, NY  10020
FAX: 212-332-5901

Arthur H. Cooney Esq
John D. Cooney
Cooney & Conway
120 North LaSalle Street
Suite 3000
30th Floor
Chicago, IL  60602
FAX: 312-236-3029

Arthur H. Stroyd, Jr. Esq.
Richard A. Swanson, Esq.
Del Sole Cavanaugh Stroyd LLC
The Waterfront Building
200 First Avenue
Suite 300
Pittsburgh, PA  15222
FAX: 412-261-2110

Attn:  Bankruptcy Bankruptcy Dept
Troutman Sanders LLP
600 Peachtree Street N.E.
Suite 5200
Atlanta, GA  30308-2216
FAX: 404-885-3900

Attn:  Bankruptcy Department
Akin Gump Straus Hauer
    & Feld LLP
1111 Louisiana Street
44th Floor
Houston, TX  77002-2720
FAX: 713-236-0822

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604
FAX: 585-530-2017

Barbra R. Parlin
Holland & Knight LLP
31 West 52nd Street
Floor 11
New York, NY  10019
FAX: 212-385-9010

Barry R. Ostrager
Mary Beth Forshaw
Bryce L. Friedman
Simpson Thacher & Bartlett
425 Lexinggton Avenue
New York, NY  10017-3954
FAX: 212-455-2502

Brad B. Erens
Robert Krebs
Kaye Sobczak
Paul Harner
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692
FAX: 312-782-8585

Brad Berish
Chad Gettleman
Adelman & Gettleman Ltd
53 West Jackson Blvd.
Chicago, IL  60604
FAX: 312-435-1059

Charles Gibson
The Gibson Law Firm
1979 Lakeside Parkway
Suite 180
Tucker, GA  30084
FAX: 404-733-6007

Charles W Gilligan Esq
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue NW
Washington, DC  20016
FAX: 202-362-2640

Chris Dickerson
Timothy R. Pohl
Skadden Arps Slate
    Meagher & Flom
333 West Wacker Drive
Chicago, IL  60606-1285
FAX: 312-407-0411

Christopher R. Momjian, Esq.
Sr. Deputy Atty. General
Denise A. Kuhn, Esq.
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2494

Curtis J. Crowther
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
FAX: 302-576-3445

Dan Lain Trustee
Lain Faulkner & Co PC
400 N St Paul Street
Suite 600
Dallas, TX  75201
FAX: 214-720-1450

Daniel Winikka
Nick Bowen
Gregory M. Gordon
Jones Day
2727 N. Harwood Street
Dallas, TX  75201
FAX: 214-969-5100

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881
FAX: 617-523-1231

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Avenue
Suite 583
Spokane, WA  99201
FAX: 509-455-3906

David Killalea Esq
Craig Litherland Esq
Jonathan Cohen, Esq.
Mark Tanney, Esq.
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC  20005
FAX: 202-772-2282

David Unseth
Lloyd A. Palans
Bryan Cave LLP
One Metropolitan Square
2111 N. Broadway
Suite 3600
St. Louis, MO  63102-2750
FAX: 314-552-8595

David A. Jagolinzer, Esq.
Ferraro & Associates PA
4000 Ponce De Leon Blvd
Suite 700
Miami, FL  33146
FAX: 305-379-6222

David E. Cherry, Esq.
Billy H. Davis Jr., Esq.
Campbell Cherry Harrison
    Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX  76702-1387
FAX: 254-761-3301

David S. Heller, Esq.
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
FAX: 312-993-9767

David W. Wiltenburg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Davor Rukavina Esq
Joe E. Marshall Esq
Munsch Hardt Kopf & Harr P.C.
3800 Lincholn Plaza
500 N. Akard Street
Dallas, TX  75201-6659
FAX: 214-855-7584

Dean M. Trafelet
9130 Wild Lane
P.O. Box 518
BaileysHarbor, WI   54202
FAX: 920-839-9438

Debra Swedock
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY   10178
FAX: 212-808-7897

Debra Dandeneau
Martin Bienenstock Esq
Stephen Karotin Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
FAX: 212-310-8007

Deirdre Woulfe Pacheco Esq
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ   07095-0958
FAX: 732-855-6117

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY   10038-4982
FAX: 212-806-9023

Donna J. Petrone, Esq.
Patricia F. Shenfelt
ExxonMobil Chemical Company
Law Dept - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX   77079-1398
FAX: 281-870-6050

Dr. Francine K. Rabinovitz
Hamilton Rabinovitz & Alschuler
26384 Carmel Rancho Lane
Suite 202
Carmel, CA   93923
FAX: 310-645-8999

Edmund M. Emrich, Esq.
Shearman & Sterline LLP
599 Lexington Avenue
New York, NY   10022
FAX: 646-848-7337

Edward S. Weisfelner
John Biedermann
Rober J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY   10036
FAX: 212-209-4801

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Richardson Patrick Westbrook
   & Brickman
1037 Chuck Dawlay Blvd.
Building A
Mount Pleasant, SC   29464
FAX: 843-216-6509

Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC   20006
FAX: 202-659-6699

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY   10152-3500
FAX: 212-644-6755
212-995-3150
214-520-1181

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer
   & Gleser, LLP
Wall Street Plaza
23rd Floor
New York, NY   10005
FAX: 212-344-4294

Ellen C. Brotman, Esq.
Natalie D. Ramsey, Esq.
Laurie A. Krepto, Esq.
Richard G. Placey, Esq.
Montgomery McCracken
   Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA   19109
FAX: 215-772-7620

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610
FAX: 312-276-0035

Francis P. Maneri
Scott J. Freedman
Peter C. Hughes
Martin J. Weis
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA  19103
FAX: 215-575-7200

Frederick Jekel, Esq.
John Baden, Esq.
Scott W. Galante, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
FAX: 843-216-9430

Frederick Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Bldg
405 Howard Street
San Francisco, CA  94105-2669
FAX: 415-773-5759

Garland S. Cassada, Esq.
Richard C. Worf, Jr., Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC  28246
FAX: 704-373-3917

Gary L Barnhart Esq
Missouri Dept of Revenue
General Counsel's Office
301 High Street
Room 670
PO Box 475
Jefferson City, MO  65105-7232
FAX: 573-751-7232

Bryon O Blevins Jr Esq
Provost & Umphrey
490 Park Street
Beaumont, TX  77704
FAX: 409-838-8888

Gary M. Becker, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
FAX: 212-715-8000

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black
    Rosenbloom & Moritz Ltd.
55 East Monroe
Suite 3700
Chicago, IL  60603
FAX: 312-332-2196

Glenn Manochi
Gary P. Lightman
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA  19102-4401
FAX: 215-545-3001

Guy Cellucci
Joseph G. Gibbons, Esq.
White & Williams, LLP
1800 One Liberty Plaza
Philadelphia, PA  19013-7395
FAX: 215-864-7123

J. Andrew Rahl, Jr.
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY  10022
FAX: 212-521-5450

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA  17608
FAX: 717-393-3872

James E. Wimberley
McPherson Monk Hughes
    Bradley Wimberley & Steele LLP
3120 Central Mall Drive
Port Arthur, TX  77642
FAX: 409-724-7585

James F. Conlan, Esq.
Jeffrey C. Steen, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
FAX: 212-839-5403

James I. McClammy, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
FAX: 212-701-5584

James J. Restivo, Jr., Esq.
Lawrence E. Flatley, Esq.
Douglas E. Cameron, Esq.
James W. Bentz, Esq.
Andrew Muha, Esq.
Reed Smith LLP
435 Sixth Street
Pittsburgh, PA  15219
FAX: 412-288-3063

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden,
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103
FAX: 504-299-3399

Janet Fitzpatrick
Unisys Corp
801 Lakeview Drive
Unisys Way, M/S E8-108
P.O. Box 500
Blue Bell, PA  19422
FAX: 215-986-6850

Jay Hurst
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
300 West 15th Street
8th Floor
P.O. Box 12548
Austin, TX  78701
FAX: 512-475-2994

Jean Marie Breen
Deborah J. Bisco
Brent Fraim
Vincente Matias Murreell
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW
Washington, DC  20005-4026
FAX: 202-326-4112

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
    Graham LLP
599 Lexington Avenue
New York, NY  10022-6030
FAX: 212-536-3901

Jerold S. Kulback Esq
Archer & Greiner PC
One Centennial Square
East Euclid Avenue
Haddonfield, NJ  08033
FAX: 856-795-0574

John A. Nadas Esq
A. Hugh Scott
Choate Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA  02110
FAX: 617-248-6000

John L Horan Esq
Cline Williams Wright et al
1900 US Bank Bldg
233 South 13th Street
Lincoln, NE  68508
FAX: 402-474-5393

John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
FAX: 206-622-7485

John Vinship Read, Esq.
Vorys, Sater, Seymour
    & Pease LLP
2100 One Cleveland Center
1375 E. 9th Street
Cleveland, OH  44114
FAX: 216-937-3737

John Winship Read
James J. McMonagle
Vorys Sater Seymour & Pease LLP
1375 E. Ninth Street
2100 One Cleveland Center
Cleveland, OH  44114
FAX: 216-937-3734

Joseph Lubertazzi Jr., Esq.
McCarter & English LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ  07102
FAX: 973-297-3940

Joseph H. Meltzer, Esq.
Barroway Topaz Kessler
   Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19087
FAX: 610-667-7056

Joseph T. Kremer, Esq.
Lipsiptz Green Fahringer Roll
   Salisbury & Cambria, LLP
42 Delaware Avenue
Suite 300
Buffalo, NY  14202
FAX: 716-855-1580

Julie Bubnack
Tom Scheidt
DACA V, LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419
FAX: 619-220-8112

Julie A. Ardoin, Esq.
Julie Adroin, LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA  70062-4032
FAX: 504-305-4168

Karen B Shaer
The Garden City Group Inc
105 Maxess Road
Melville, NY  11747
FAX: 631-940-6554

Kathleen Logan
Logan and Company
546 Valley Road
Upper Montclair, NJ  07043
FAX: 973-509-3191

Kevin E. Irwin
Sue A Erhart
Jennifer J. Morles
Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
FAX: 513-579-6457

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley, Austin, Bron & Wood LLP
555 W Fifth St, Ste 4000
Los Angeles, CA  90013-6000
FAX: 213-896-6600

Kristin K. Going
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC  20005-1209
FAX: 202-842-8465

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117
FAX: 410-753-0952

Lawrence Fitzpatrick
1009 Lennox Drive
Building 4
Suite 101
Lawrenceville, NJ  08648
FAX: 609-620-1466

Leonard Goldberger
Marnie E. Simon Esq
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA  19103
FAX: 610-371-7376

Lisa Beckerman
David H. Botter
Akin, Gump, Strauss, Hauer
   & Feld LLP
One Bryant Park
New York, NY  10022
FAX: 212-872-1002

Lisa Hill Fenning
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA  90017-5844
FAX: 213-243-4199

Marc Kaplan
Gardner Carton & Douglas LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606
FAX: 312-569-3000

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
FAX: 410-531-4545

Martin Murphy
Davis & Young
1200 Fifth Third Center
6000 Superior Avenue East
Cleveland, OH  44114
FAX: 216-621-0602

Martin Bienenstock, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019
FAX: 212 259 6333

Matthew C. Barneck, Esq.
Richards, Brandt, Miller & Nelson
299 South Main Street
15th Floor
Salt Lake City, UT  84111
FAX: 801-532-5506

Maurie Shalome
Longacre Master Fund Ltd.
810 7th Avenue
33rd Floor
New York, NY  10019-5818
FAX: 212-259-4345

Michael Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06108
FAX: 860-275-8299

Michael F. Brown, Esq.
Paul H. Saint-Antoine Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
FAX: 215-988-2757

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Paul Kizel, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
FAX: 973-597-2313

Michael S. Giannotto, Esq.
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001
FAX: 202-346-4444

Mike Nienstedt
Witherspoon, Kelley, Davenport
  & Toole
1100 US Bank Bldg
422 West Riverside
Spokane, WA  99201-0300
FAX: 509-458-2728

Mitchell Dolin, Esq.
Timothy Greszler, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20044
FAX: 202-662-6291

Nancy Worth Davis, Esq.
117 Donegal Drive
Chapel Hill, NC  27517-6561
FAX: 843-216-9410

Natalie D. Ramsey
Noel C. Burnham
Jennifer Taylor
Natalie Grill Einsig
Montgomery McCracken Walker
  & Rhoads LLP
123 S Broad St Ave of Arts
Philadelphia, PA  19109
FAX: 302-504-7820

Neal R. Brendel
Michael G. Zanie Esq.
Kirkpatrick & Lockhart Preston
  Gates & Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA  15222
FAX: 412-355-6501

Nicholas Cremona
Andrew A. Kress
Michael A. Lynn
Lester M. Kirshenbaum
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
FAX: 212-836-8689

Noah Heller, Esq.
Merritt A. Pardini, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
FAX: 212-894-5671

Pamela Zilly
Richard Shinder
Barry Korn
Jamie O'Connell
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154
FAX: 212-583-5707

Patricia Schrage
Securities & Exchange Comm
New York Regional Office
233 Broadway
New York, NY  10279
FAX: 646-428-1980

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD  21201-3804
FAX: 410-659-1780
410-659-1781
410-659-1782

Paul R. Koepff, Esq.
Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
FAX: 212-326-2061

Perry Weitz
Lisa Busch
C. Sanders McNew Esq
Weitz & Luxenberg P.C.
700 Broadway
New York, NY  10003
FAX: 212-344-5461

Peter V. Pantaleo, Esq.
William T. Russell, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
FAX: 212-455-2502

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC  20005
FAX: 202-429-3301

Philip E. Milch
Campbell & Levine, LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA  15219
FAX: 412-261-5066

Randall A. Rios Esq
Munsch Hardt Kopf & Harr P.C.
Bank of America Center
700 Louisiana
Houston, TX  77002
FAX: 713-222-1475

Richard Milazzo, Esq.
Thomas J. Quinn, Esq.
Mendes & Mount
750 Seventh Avenue
New York, NY  10019
FAX: 212-261-8750

Richard Epling Esq.
David Crichlow Esq.
Caryn Lasky
Pillsbury Winthrop LLP
1540 Broadway
19th Floor
New York, NY  10036
FAX: 212-858-1500

Richard A. Ifft, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006
FAX: 202-719-7049

Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
233 S Wacker Drive
Chicago, IL  60606
FAX: 312-876-7934

Robert H. Scheibe
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
FAX: 212-309-6001

Robert H. Riley, Esq.
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL  60606-6473
FAX: 312-258-5600

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum P.A.
Berkshire Building
6801 Kenilworth Avenue
Suite 400
Riverdale, MD  20737-1385
FAX: 301-779-5746

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Reginald W. Jackson
Vorys, Sater, Seymour
    & Pease LLP
52 East Gay Street
Columbus, OH  43215
FAX: 614-464-6350
614-719-4663

Robert M. Horkovich, Esq.
Anderson, Kll & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
FAX: 212-278-1733

Robert S. Hertzberg, Esq.
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI  48243-1157
FAX: 313-259-7926

Robert T. Aulgur Jr.
313 N. DuPont Highway
Suite 120
P.O. Box 617
Odessa, DE  19730
FAX: 302-378-1645

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Matthew W. Cheney, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20007-5135
FAX: 202-339-8500

Samuel Issacharoff
NYU Law School
40 Washington Square South
New York, NY  10012
FAX: 212-995-3150
212-995-4590

Sander L. Esserman, Esq.
David A. Klinger, Esq.
David J. Parsons, Esq.
Cliff I. Taylor, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Peter D'Apice
Stutzman, Bromberg, Esserman
    & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201
FAX: 214-969-4999

Scott Baldwin Jr., Esq.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX  75670
FAX: 903-935-9538

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
1450 Brickell Avenue
23rd Floor
Miami, FL  33131-3456
FAX: 305-374-7593

Scott W. Wert, Esq.
Denise Holland, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050
FAX: 817-633-5507

Stephen D. Anderson, Esq.
Anderson & Kreiger LLP
One Canal Park
Suite 200
Cambridge, MA  02141
FAX: 617-621-6610

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY  10019
FAX: 212-757-3990

Steven Kazan
Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA  94607
FAX: 510-835-4913

Steven Buxbaum
Haynes & Boon, LLP
1 Houston Center
1221 McKinney
Suite 2100
Houston, TX  77010
FAX: 713-326-5404

Steven T. Baron, Esq.
Alan B. Rich, Esq.
Ann Harper, Esq.
Raymond E. Wadas, Esq,
Kirk S. Richardson, Esq.
Russell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
P.O. Box 8705
Dallas, TX  75219
FAX: 214-520-1181

Steven T. Baron Esq
J. todd Kale, Esq
Silber Pearlman L.L.P.
2711 N. Haskell Avenue
5th Floor LB 32
Dallas, TX  75204
FAX: 214-824-8100

Suzanne Keys, Esq.
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, MS  39202
FAX: 408-995-3269

Theodore L. Freedman
Kirkland & Ellis LLP
153 East 53rd Street
Citigroup Center
New York, NY  10022-4611
FAX: 212-446-4900

Thomas M Woods Esq
Michael S Sundemeyer Esq
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005
FAX: 202-433-5029

Thomas M. Wilson
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH  44114
FAX: 216-575-0799

Thomas P Chapman Esq
Law Offices of Scott B Clendaniel
300 Windsor Street
PO Box 2138
Hartford, CT  06145-2138
FAX: 614-752-9070

Tony Malley
Brent Coon & Associates
3550 Fannin
Beaumont, TX  77701
FAX: 713-227-2018

William E. Kelleher Jr., Esq.
Cohen & Grigsby
625 Liberty Avenue
Pittsburgh, PA  15222-3152
FAX: 412-209-0672

William J. Bowman Esq
James P. Ruggeri Esq.
Hogan & Hartson L.L.P.
Columbia Square
555 13th Street N.W.
Washington, D.C.  20004
FAX: 202-637-5910

Todd Meyers, Esq.
Paul M. Rosenblatt
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309
FAX:  404-815-6555

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
FAX: 215-665-2013
215-701-2347

William S. Katchen
Duane Morris
744 Broad Street
Suite 1200
Newark, NJ  07102-3889
FAX: 973-424-2001

Byrd & Associates
427 Fortification Street
Jackson, MS  39202
FAX: 601-354-1254

Michie Hamlett Lowery
    Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA  22902
FAX: 434-951-7218

ARPC
1220 19th Street, NW
Suite 700
Washington, DC  20036
FAX: 202-797-3619

Mark E. Felger
David W. Carickhoff Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801
FAX:  302-295-2013

Thomas S. Hemmendinger
Brennan Recupero Cascione
    Scungio & McAllister LLP
362 Broadway
Providence, RI  02909
FAX:  401-453-2345

Scott E. Blakeley
Blakeley & BlakeleyLLP
2030 Main Street
Suite 540
Irvine, CA  92614
FAX:  949-260-0613

Thomas F. Blakemore
David A. Agay
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601
FAX:  312-558-5700

Attn:  Bankruptcy Dept.
Day Pitney
7 Times Square
Broadway between 41st & 42nd
New York, NY  10036-6524
FAX: (212) 916 2940

Richard Blackstone Webber II
Zimmerman Kiser & Sutcliffe PA
Landmark Center One
315 East Robinson Street
Suite 600
Orlando, FL  32802-3000
FAX:  (407) 425-2747

Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569
FAX:  212-798-6393

Stevens & Lee
Attn:  Bankruptcy Dept.
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0670
FAX:  610-376-5610

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue
Building 701
Lancaster, PA  17603
FAX:  717-396-4477

UBS Warburg
677 Washington Blvd.
Stamford, CT  06901
FAX:  203-719-7019

Thomas M. Fuller
Angelo Gordon & Co.
245 Park Avenue
26th Floor
New York, NY  10167
FAX:  212.867.9328

Stuart M. Brown
Buchanan Ingersoll, PC
Eleven Penn Center
1835 Market Street
14th Floor
Philadelphia, PA  19103-2985
FAX:  215 665 8760

Stephen B. Darr
Mesirow Financial Consulting
265 Franklin Street
Suite 1600 16th Floor
Boston, MA  02110
FAX:  312-595-4246

Albert N. Peterlin
Gates & Associates PC
1013 Mumma Road
Suite 100
Lemoyne, PA  17043
FAX:  717-231-9600

Raymond  L. Vandenberg
Vandenberg Feliu & Peters LLP
110 East 42nd Street
New York, NY  10017
FAX:  212-763-6800

Rebecca B. Connelly
105 Franklin Road
Suite 110
Roanoke, VA  24011
FAX:  540-342-3774

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX  75204
FAX:  214-357-7252

Jason D. Perry
Vanderburgh County Treasurer
1 NW MLK Jr. Blvd.
Civic Center Complex
Room 210
Evansville, IN  47708-1882
FAX:  812-435-5341

John A. Peca
Climaco Lefkowitz Peca,
    Wilcox & Garofoli Co. LPA
55 Public Square
Suite 1950
Cleveland, OH  44113
FAX:  216-771-1632

Joan E. Pilver
Assistant Attorney General
Office of the Attorney General
55 Elm Street Fifth Floor
P.O. Box 120
Hartford, CT  06141-0120
FAX:  860-808-5387

Jan Wray
Old Dominion Frieght Line Inc.
500 Old Dominion Way
Thomasville, NC  27360
FAX:  336-822-5239

Jacob A. Maurer
Robert D. Wildstein
Bodker Ramsey Andrews Wingrad
3490 Piedmont Road NE
Suite 1400
Atlanta, GA  30305-4810
FAX:  404-351-1615

James E. Spiotto
Ann E. Archer
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
FAX:  312-701-2361

Gregory A. Cross
Venable Baetjer and Howard LLP
750 East Pratt Street
Suite 900
Baltimore, MD  21201
FAX:  410-244-7742

Herbert C. Broadfoot II
Ragsdale Beals Hooper
    & Seigler LLP
2400 International Tower
229 Peachtree Street NE
Atlanta, GA  30303-1629
FAX:  404-523-6714

James M. Donohue
McCord Bubsey Ketchum
    & Donohue LLP
210 South Monroe Street
Tallahassee, FL  32301
FAX:  850-222-8826

J. Michael Riley
Jones Martin Parris & Tessener,
    Law Offices PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC  27603
FAX:  919-863-6080

**VIA EMAIL:**

Robert W. Bollar
Southern Counties Oil Co.
1800 West Katella Avenue
Suite 400
P.O. Box 4159
Orange, CA  92863-4159
EMAIL: fitchett@scfuels.com

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226
EMAIL: akellman@jaquesadmiralty.com

Thomas Walper
Judith Kitano
Robert Denham
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
EMAIL: Thomas.walper@mto.com ;
Judith.Kitano@mto.com ;
Robert.Denham@mto.com

ReGen Capital I Inc.
P.O. Box 626
Planetarium Station
New York, NY  10024-0540
EMAIL: notice@regencap.com

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
7th Floor
P.O. Box 9565
Boston, MA  02114
EMAIL:murphys@dor.state.ma.us

Ryan A. Foster
Niki Fhodes
The Foster Law Firm P.L.L.C.
440 Louisiana, Suite 2100
Houston, TX  77002
EMAIL: nikim@rfosterlaw.com

Henry S. Friedman
US Dept of Justice
Environment & Natural Resources
    Division EES
Ben Franklin Station
PO Box 7611
Washington, DC  20044
EMAIL: henry.friedman@usdoj.gov

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway
39th Floor
New York, NY  10005
EMAIL: stephanie.wickouski@dbr.com

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
EMAIL: scimalore@wilmingtontrust.com

Timothy Bortz
PA Dept of Labor & Industry
Off of Unemp Comp Tax Serv
Bankr Compliance Off
333 Market Street
16th Floor
Harrisburg, PA  17101-2235
EMAIL: tbortz@state.pa.us

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul Street
Suite 1275
Dallas, TX  75201
EMAIL: feeaudit@whsmithlaw.com

William B. Sullivan
Mark N. Poovey
Womble Carlyle Sandridge
    & Rice PLLC
One West Fourth Street
P.O. Box 84
Winston-Salem, NC  27102
EMAIL: wsullivan@wcsr.com ;
mpoovey@wcsr.com

Scott J. Leonhardt
The Rosner Law Group LLC
1000 N. West Street
Suite 1200
Wilmington, DE  198081
EMAIL: rosner@teamrosner.com

Sergio I. Scuteri
Farr Burke Gambacorta & Wright P.C.
Eastern Int'l Exec Office
211 Benigno Blvd, Ste 201
P.O. Box 788
Bellmawr, NJ  08099-9811
EMAIL: sscuteri@farrlawnet.com

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street
25th Floor
San Francisco, CA  94105-2130
EMAIL: schristianson@buchalter.com

Chikkalingaiah Chikkalingaiah
Central States Southeast and
    Southwest Areas Pension Fund
Legal Department
9377 West Higgins Road
Rosemont, IL  60018-4938
EMAIL:
rchikkalingaiah@centralstatesfunds.com

Peter D. Russin
L. Tannenbaum
Meland Russin Hellinger & Budwick P.A.
3000 Wachovia Financial Ctr
200 S. Biscayne Boulevard
Miami, FL  33131
EMAIL: ltannenbaum@melandrussin.com

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030
EMAIL: peter@bankrupt.com

Paul Falick
c/o Prior Chemical Corporation
460 Park Avenue
New York, NY  10022
EMAIL: pf@iccchem.com

Michael S. Waters,Esq.
Jeffrey Bernstein Esq.
McElroy Deutsch Mulvaney
    & Carpenter LLP
Three Gateway Center
100 Mulberry St
Newark, NJ  07102-4079
EMAIL: Jbernstein@mdmc-law.com

Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Ave
Dept 1207
Denver, CO  80202-3275
EMAIL: Bankruptcy.Gene@ci.denver.co.us

Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661
EMAIL: mamartin@usg.com

Neal D. Colton
Eric L. Scherling
John J. Dwyer
Cozen and O'Connor
1900 Market Street The Atrium
Philadelphia, PA  19103
EMAIL: ncolton@cozen.com;
escherling@cozen.com

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteeth Street NW
Suite 1200
Washington, DC  20005
EMAIL: bharding@kirkland.com

Beverly H. Shideler
IBM Corporation
2 Lincoln Center #200
Oakbrook Terrace, IL  60181-4837
EMAIL: bhshide@us.ibm.com

Martin Dies
1009 Green Avenue
Orange, TX  77630
EMAIL: mwdies@aol.com

Attn: Tyler Greif
P. Schoenfeld Asset Management
1350 Avenue of Americas
#21
New York, NY  10019-4801
EMAIL: tgreif@psamllc.com

Howard C. Rubin
Kessler & Collins
5950 Sherry Lane
Suite 222
Dallas, TX  75225
EMAIL: bsteward@dallasbuildings.com

Gregg M. Ficks
Coblentz Patch Duffy &
    Bass LLP
One Ferry Building
Suite 200
San Francisco, CA  94111
EMAIL: gficks@cpdb.com

Kennth E. Aaron
Weir & Partners LLP
824 Market Street Mall
P.O. Box 708
Wilmington, DE  19899
EMAIL:  kaaron@weirpartners.com

Lisa B. Neimark
Giuliani Capital
233 S. Wacker Drive
Chicago, IL 60606
EMAIL: lisa.neimark@giulianicap.com

Carl Pericone, Esq.
Wilson Elser Moskowitz
   Edelman Dicker LLP
150 East 42nd Street
New York, NY 10019-5639
EMAIL: carl.pernicone@wilsonelser.com

Jonathan S. Green
Miller Canfield Paddock
   & Stone PLC
150 West Jefferson
Suite 2500
Detroit, MI 48226
EMAIL: greenj@millercanfield.com

Charles E. Gibson
Gibson Law Firm PLLC
447 NorthPark Drive
Ridgeland, MS 39157-5109
EMAIL: charles@cegibsonlawfirm.com

Stephen C. Hunt
Adorno & Yoss P.A.
350 E. Las Olas Blvd
Suite 1700
FortLauderdale, FL 33301
EMAIL: shunt@adorno.com

Jeffrey Rhodes
Deborah E. Greenspan
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
EMAIL: rhodesj@dicksteinshapiro.com

Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
EMAIL: EkbergC@LanePowell.com

Jon M. Gruber
Russell Krafft & Gruber LLP
Hempfield Center
930 Red Rose Court
Suite 300
Lancaster, PA 17601
EMAIL: jmg@rkglaw.com

David Heiman
Jones Day
North Point
901 Lakeside Av
Cleveland, OH 44114
EMAIL: usg@jonesday.com

Daniel J. Habeck
Cramer Multhauf & Hammes LLP
1601 East Racine Avenue
Suite 200
P.O. Box 558
Waukesha, WI 53187
EMAIL: djh@cmhlaw.com

Hal Pitkow
138 N. State Street
Newtown, PA 19840
EMAIL: pitkow@aol.com

Richard Lippe
Meltzer Lippe Goldstein & Breitstone
190 Willis Avenue
Mineola, NY 11501
EMAIL: theadvantage@meltzerlippe.com

**VIA OVERNIGHT MAIL**

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Terrence P. Grady
Assistant Attorney General
Finance Division
One Michigan Avenue Building
120 N. Washington Square
Suite 400
Lansing, MI 48909

William A. Piatak
Unemployment Compensation
Tax Office Manager
Bureau of Employer Tax Operations
1171 South Cameron Street
Room 312
Harrisburg, PA 17104-2513

Walter J. Taggart
Villanova University Law School
299 N. Spring Mill Road
Villanova, PA 19805

Thomas Roy
24731 Bay Bean Ct
BonitaSprings, FL 34134-7940

Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY  10116

Susan R. Sherrill
Securities & Exchange Comm
Atlanta Regional Office
Branch/Office of Reorganization
3475 Lenox Road NE
Suite 100
Atlanta, GA  30326-1232

Rosa Dominy
Bankruptcy Adminstration
1738 Bass Road
Macon, GA  31208-3708

Jennifer L. Best Esq.
Lindsey W. Cooper Jr Esq.
Trial Attorney Tax Division
U. S. Dept of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC  20044

Phyllis A. Hayes
c/o D&B/RMS Bankrutpcy Services
P.O. Box 5126
Timonium, MD  21094

Mark  S. Palmer
P.O. Box 2045
Pittsburgh, PA  15230-2045

Robert W. Pontz
Lapp & Pontz LLP
255 Butler Avenue
Lancaster, PA  17602-2705

Richard L. Rodgers
42 Church Street
Canajoharie, NY  13317

Alan E. Marder
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd.
9th Floor
Uniondale, NY  11533-3622

Alison K. North
Barbara LaWall
Pima County Attorney Civil Division
32 N. Stone
Suite 2100
Tucson, AZ  85701-1412

Andrea Sheehan
Law Offices of Robert E. Luna PC
4411 North Central Expressway
Dallas, TX  75205

Peggy A. Housner
Department of Attorney General,
Assistant AG Revenue Division
First Floor Treasury Building
Lansing, MI  48922

Patrick Darby
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

Paulette Stropnicky
United States Mineral Products Company
41 Furnace Street
Stanhope, NJ  07874

Paul C. Bametzreider
Reilly Wolfson Sheffey
    Schrum & Lundberg
1601 Cornwall Road
Lebanon, PA  17042

Paul F. O'Donnell III
Christopher W. Morog
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775

Oscar B. Fears III
Assistant Attorney General
40 Capital Square S.W.
Atlanta, GA  30334

Andrew Rebak
Credit Suisse First Boston
11 Madison Avenue
5th Floor
New York, NY  10010

Andrew E. Shirley
Avenue Capital Mangement LLC
535 Madison Avenue
New York, NY  10022

Alan Kellman Esq
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
    Law Firm PC
1570 Penobscot Building
Detroit, MI  48226

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt
  Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
MountPleasant, SC  29465

Michael W. Sozansky
Archer & Greiner PC
1 State Route 12
Suite 201
Flemington, NJ  08822-7702

Michael G. Menkowitz
Michael Temin
Fox Rothschild O'Brien
  & Frankel LLP
2000 Market Street
10th Floor
Philadelphia, PA  19103-3291

Michael J. McGinnis
El Passo Corporation
1001 Louisiana
Suite 1540 B
Houston, TX  77002

Maureen A. McGreevey
Corporate Counsel
680 E. Swedesford Road
Wayne, PA  19087

Michael Berman
Securities & Exchange Comm
Office of the General Counsel Bankruptcy
15th & Pennsylvania Ave NW
Washington, DC  20549

Anthony Herrling
Burson-Marsteller
230 Park Avenue South
New York, NY  10003

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

General Counsel 4HC7.325
Enron Energy Services Inc.
4 Houston Center
1221 Lamar Street
Suite 1600
Houston, TX  77010

Archie Dykes
2102 West 116th Street
Leawood, KS  66211

Arlene Fickler
The Hoyle Law Firm
One South Broad Street
Suite 1500
Philadelphia, PA  19107

Art C. Cody
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Bernice Conn, Esq.
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA  90067

Beverly Weiss Manne Esq
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA  15222

Mark D. Brodsky
Elliott Associates LP
712 Fifth Avenue
36th Floor
New York, NY  10019

Mark N. Berman
Robert P. Sherman
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110

Attn:  Bankruptcy Dept.
Cowles & Thompson
901 Main Street Suite 4000
Dallas, TX  75202

Attn: Bankruptcy Dept.
Phillips Nizer LLP
600 Old Country Road
Suite 305
Citibank Bldg
GardenCity, NY  11530-2011

Marc E. Kasowitz
Kasowitz Benson Torres
  & Friedman LLP
1633 Broadway
New York, NY  10019

Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street
Suite 200
Raleigh, NC  27605

Brett J. Berlin
Jones Day
1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309-3053

Byran A. Shapiro
Bear Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Chad H. Gettleman
Brad A. Berish
Aldelman Gettleman Merens
    Berish & Carter LTD
53 West Jackson Blvd.
Suite 1050
Chicago, IL  60604

Craig Barbarosh, Esq.
Craig Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Craig Goldblatt
Philip D. Anker Esq.
Wilmer Cutler & Pickering
2445 M Street N.W.
Washington, DC  20037-1420

Dale J. Park
Law Offices of Dale J. Park
3345 Wilshire Boulevard
Suite 810
LosAngeles, CA  90010

David B. Wheeler
Moore & Van Allen PLLC
40 Calhoun Street
Suite 300
Charleston, SC  29413-2828

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX  77027

Department of the Treasury
Internal Revenue Service
Office of Chief Counsel
Small Business/Self-Employed
    Division Counsel
Mellon Independence Center
701 Market Street
Suite 2200
Philadelphia, PA  19106

Don P. Foster
Klehr Harrison Harvey
    Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA  19102

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA  19103-2808

Lisa A. Thompson
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA  19610

Lynn Drysdale
126 West Adams Street
Suite 502
Jacksonville, FL  32232

Laura S. Taylor
Sheppard Mullin Richter
    & Hampton LLP
501 West Broadway
19th Floor
SnaDiego, CA  92101

Leslie Beth Baskin
Robert H. Kwait
Spector Gadon & Rosen P.C.
1635 Market Street
7th Floor
Philadelphia, PA  19103-3913

Leslie E. Maldonado
Sheri Levine
Amroc Investments Inc.
535 Madison Avenue
15th Floor
New York, NY  10022

Lewis Rosenblum
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Lawrence Ranallo
Doug Branch
PricewaterhouseCoopers LLC
2001 Ross Avenue
Suite 1800
Dallas, TX  75201-2997

Kristina L. Anderson
Suntrust Bank Director CRM
Special Assests Group
303 Peachtree Street
4th Floor
Atlanta, GA  30308

Kathleen Maxwell
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI  48674

Glenn M. Reisman
Two Corporate Drive
Suite 234
Shelton, CT  06484-0861

Janet Cradeur
Department of Revenue & Taxation
P.O. Box 66658
BatonRouge, LA  70896

John Preefer
60 East 42nd Street
Suite 1201
New York, NY  10165

John Preefer
128 Willow Street, Apt. 6-B
Brooklyn, NY  11201

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd.
MS 35
Tallahassee, FL  32399-3000

Joseph Ollock
Queen Anne's County
    Board of Education
202 Chesterfield Avenue
Centerville, MD  21617

Jay L. Gottlieb
Brown Raysman Millstein
    Felder & Steiner LLP
900 Third Avenue
23rd Floor
New York, NY  10022

IBM Credit Corporation
Restructing Group - MD NC317
North Castle Drive
Armonk, NY  10504

Myron K. Cunningham
Kerr McGee Center
123 Robert S Kerr Avenue
Oklahoma City, OK  73102

Thomas L. Jacob
Air Products and Chemicals Inc.
7201 Hamilton Blvd.
Alentown, PA  18195-1501

Heather L. Donald
Assistant Attorney General
    State of Michigan
3030 West Grand Boulevard
Suite 10-200
Detroit, MI  48202

L. Scott Patton
Walter C. Dunn
The Boles Law Firm
1818 Avenue of America
P.O. Box 2065
Monroe, LA  71207-2065

Andrew P. Lederman
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020-1089

Dietrich Industries
4200 St Rt 22 East #3
Blairsville, PA  15717

Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue, 14th Floor
PO Box 0
New York, NY  10152

Shelly Allen
JB Hunt Transport Inc.
615 JB Hunt Corp Drive
Lowell, AR  72745

Charles J. Filardi Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT  06510

Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street #1050
San Fancisco, CA  94104

Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

J.W. Taylor
c/o Paul Matthews Paralegal
Coastal Transport Inc.
P.O. Drawer 67
Auburndale, FL  33823

Sean Haas
Citadel Investment Group LLC
131 South Dearborn Street
36th Floor
Chicago, IL  60603

Thomas M. Korsman
Corporate Trust Services
Wells Fargo Bank Minnesota
Sixth Street & Marquette Avenue
Mac No. N9303-120
Minneapolis, MN  55479

4142560v3