# Notice Recipients

District/Off: 0311−1         User: Brandon                Date Created: 3/23/2011
Case: 01−01139−JKF           Form ID: ntcBK               Total: 18

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty     Daniel K. Hogan             dkhogan@dkhogan.com, keharvey@dkhogan.com
aty     Kathleen P. Makowski        kmakowski@pszjlaw.com
aty     Paul W. Turner              pturner@carlilelawfirm.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace &Co., et al.     7500 Grace Drive     Columbia, MD 21044
aty     Curtis A. Hehn      Pachulski Stang Ziehl Young Jones &Wein      919 N. Market Street      17th Floor      Wilmington, DE 19801
aty     David W. Carickhoff       Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801
aty     David W. Carickhoff       Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801
aty     James E. O'Neill       Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899−8705
aty     James E. O'Neill       Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899−8705
aty     Janet S. Baer       Baer Higgins Fruchtman LLC      111 East Wacker Drive      Suite 2800      Chicago, IL 60601
aty     Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899
aty     Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899
aty     Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19899−8705
aty     Mark M. Billion       Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19702
aty     Roger J. Higgins, P.C.       Baer Higgins Fruchtman LLC      111 East Wacker Driver      Suite 2800      Chicago, IL 60601
aty     Timothy P. Cairns       Pachulski Stang Young &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19801
aty     Timothy P. Cairns       Pachulski Stang Ziehl &Jones LLP      919 N. Market St., 17th Floor      Wilmington, DE 19801

                                                                        TOTAL: 14