#9089920 mar/amy/sdf

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 01-01139 |
| | ) | |
| W.R. GRACE & CO. | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| Debtor | ) | JUDGE JUDITH K. FITZGERALD |

## NOTICE OF APPEARANCE

Please take notice that Weltman, Weinberg & Reis Co., L.P.A., 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113, has been retained as Attorney for Toyota Motor Credit Corporation, Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Attorney for Toyota Motor Credit Corporation
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099
216-739-5644
ecfndoh@weltman.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance was served electronically to the Attorney for the Debtor, Curtis A. Hehn, Esq. at chehn@pszj.com, and the United States Trustee (served electronically) on the 24th day of March, 2011.

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Toyota Motor Credit Corporation