# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 26367** |
| | ) |

## STIPULATION REGARDING CURE PURSUANT TO
## SECTION 9.1.2 OF THE JOINT PLAN OF REORGANIZATION

This Stipulation is made this 24th day of March, 2011, between W. R. Grace & Co., et al. (the "Debtors"), and Beaco Road Site PRP Group (by its members HNA Holdings, Inc., Schneider Electric, Inc., & Akzo Nobel, Inc.) (collectively "Claimant") whereby the parties state and agree as follows:

1. On February 21, 2011, the Debtors filed their *Notice Regarding Cure Exhibit Pursuant to Section 9.1.2 of the Joint Plan of Reorganization* (the "Cure Notice") (Docket No. 26367).

2. The Debtors have served the Cure Notice, pursuant to section 9.1.2 of the Joint Plan of Reorganization[1], on each non-Debtor party who may have or may allege to have an executory contract or unexpired lease being assumed pursuant to the Joint Plan of Reorganization in lieu of the Cure Exhibit called for therein.

3. As part of the "Sixteenth Claim Settlement Notice," filed on or about August 27, 2008, the Debtors and the Claimant resolved a Proof of Claim filed by Claimant based upon the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the *First Amended Joint Plan of Reorganization* in these Chapter 11 Cases, as amended, Docket nos. 19579, 20666, 20872, 20873, 21594, 24657, 25881 & 26368 (the "Joint Plan of Reorganization").

K&E 18452128
ME1 11400171v.1

obligations contained in an agreement known as the "Beaco Road Site PRP Group Agreement." The parties agreed, amongst other things, to "allow" the Proof of Claim filed by the Claimant in the amount of $660,086, to be paid "in the same manner as all other similarly situated claims, pursuant to the Debtors [sic.] Plan, without any further obligation of Claimant to submit invoices or other documentation for the costs of the work...."

4.  By this Stipulation, the parties agree that Claimant has already complied with the terms of section 9.1.1 and 9.1.2 of the Joint Plan of Reorganization, to the extent applicable to Claimant, by proceeding as outlined in paragraph 3 above with respect to its claim for cure, if any, and that, therefore, Claimant need not file anything further pursuant to the Joint Plan of Reorganization or the Cure Notice to preserve its rights and the deadlines set forth in the Cure Notice have all been met. The Debtors rights regarding the Cure Notice, and Proof of Claim are likewise preserved.

Dated: March 24, 2011

KIRKLAND & ELLIS LLP

John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4022
Facsimile: (312) 577-0737

and

PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

McCARTER & ENGLISH, LLP
William F. Taylor, Jr. (Bar No. 2936)
405 N. King Street, 8th Floor
Wilmington, DE 19801
302.984.6300

Counsel for Beaco Road Site PRP Group

3

ME1 11400171v.1