## Exhibit B

## Prior Total Contributions By Calendar Year

| Due Date | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| January 15 | $16,279,562 | $14,830,385 | $7,604,629 | $8,757,675 | $9,923,857 |
| April 15 | $20,567,271 | $17,823,645 | $8,533,803 | $9,924,866 | -- |
| July 15 | $8,982,359 | $20,284 | $8,164,422 | $9,924,866 | -- |
| September 15 | $15,343,157 | $10,528,926 | $4,834,598 | $7,399,564 | -- |
| October 15 | $14,830,385 | $5,820,937 | $8,628,679 | $9,924,866 | -- |
| **Totals** | **$76,002,734** | **$49,026,185** | **$37,768.140** | **$45,931,837** | **$9,923,857** |

DOCS_DE:167970.1