## EXHIBIT C

## Projected Cash Impact Of Making 2011 Contribution (in Millions)

| Year | With 2011 Contribution | Minimum Contributions Only | Cash-Flow Savings |
|---|---|---|---|
| 2011[1] | $245.7 | $ 65.8 | ($179.9) |
| 2012 | $ 39.5 | $ 89.4 | $49.9 |
| 2013 | $ 49.9 | $ 91.1 | $41.2 |
| 2014 | $ 44.3 | $ 85.8 | $41.5 |
| 2015 | $ 32.0 | $ 70.1 | $38.1 |
| 2016 | $ 32.0 | $ 60.0 | $28.0 |
| 2017 | $ 22.3 | $ 29.9 | $7.6 |
| **Totals** | **$465.7** | **$492.1** | **$26.4** |

---

[1] The amount for 2011 includes a cash contribution of approximately $9.9 million made in January 2011. *See* Exhibit A.

DOCS_DE:167970.1