## Exhibit D

## Projected Reduction in Pension Expense Due to 2011 Contribution (in Millions)

| Year | With 2011 Contribution | Minimum Contributions Only | Pension Expense Reduction |
|---|---|---|---|
| 2011[1] | $40.5 | $50.9 | ($10.4) |
| 2012 | $37.2 | $45.7 | ($8.5) |
| 2013 | $38.9 | $43.3 | ($4.4) |
| 2014 | $41.0 | $42.2 | ($1.2) |
| 2015 | $41.5 | $42.3 | ($0.8) |
| 2016 | $41.0 | $42.0 | ($1.0) |
| 2017 | $40.3 | $40.5 | ($0.2) |
| Totals | $280.4 | $306.9 | ($26.5) |

[1] The amount for 2011 includes a cash contribution of approximately $9.9 million made in January 2011.

DOCS_DE:167970.1