**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) ) ) **W.R. GRACE & CO., et al.,** ) ) **Debtors.** ) ) | **Chapter 11** **Case No. 01-01139 (JKF)** **(Jointly Administered)** Objection Deadline: June 3, 2011 at 4:00 p.m. Hearing: July 6, 2011 at 9:00 a.m. |

**COVER SHEET TO TWENTY-FIFTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | October 1, 2010 – December 31, 2010 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $1,800.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $  724.90 |
| This is a     ___ monthly               x  interim               ___ final application | |

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Sixth-Third Monthly Fee Application for the time period of December 2010 in the amount of $1,440.00 (80% of $1,800.00) in fees and $724.90 in expenses; there are no billings or fee application filings by the FCR for the months of October 2010 or November 2010.

## COMPENSATION DURING THE TIME PERIOD
## OCTOBER 1, 2010 – DECEMBER 31, 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 3.60 | $1,800.00 |
| **Total** | | | | **$1,800.00** |

|  |  |
|---|---|
| Total Fees: | $ 1,800.00 |
| Total Hours: | 3.60 |
| Blended Rate: | $ 500.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 3.60 | $1,800.00 |
| **TOTAL** | **3.60** | **$1,800.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD
OCTOBER 1, 2010 – DECEMBER 31, 2010**

| Expense Category | Total |
|---|---|
| Airfare | $663.40 |
| Parking | $36.00 |
| Taxi | $25.50 |
| **TOTAL** | **$724.90** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: March 21, 2011

3