**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                 )
**In re:**                                 )
                                 )     **Chapter 11**
**W.R. GRACE & CO., et al.,**    )     **Case No. 01-01139 (JKF)**
                                 )     **(Jointly Administered)**
              **Debtors.**        )
_____)

**<u>VERIFICATION</u>**

**STATE OF VIRGINIA, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

      2.    I have reviewed the Twenty-Fifth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                          */S/ DAVID T. AUSTERN*
                                          DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 21ST DAY OF MARCH, 2011

*/S/ DONITA F. SNOW*
Notary Public

My commission expires: 7-31-2014