# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/15/11 |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SECOND INTERIM PERIOD FROM MARCH 1, 2009 THROUGH FEBRUARY 28, 2011

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A.<br>R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr.,<br>Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2009 through February 28, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $1,838.40 [80% of $2,295.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $4.80 |

This is a(n):  ☒ Monthly  ☐ Interim  ☐ Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| | | | | | |
| | | | | | |
| | | | | | |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour.  In this application period, Mr. Hill billed 7.65 hours, for a total amount billed of $2,295.00 of which 80% is currently sought, in the amount of $1,838.40, plus 100% of the necessary expenses incurred, in the amount of $4.80, making the total sought in the Application $1,843.20.

As stated above, this is the second application for monthly fees and expenses.  The time for preparation of this Application is approximately .5 hours, for which $325.00 will be requested in a future application by lead counsel for the PD FCR.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 5.45 | $1,635.00 |
| Billing Matters | 2.2 | $660.00 |
| TOTAL | 7.65 | $2,295.00 |

---

[1] At 80% of the total incurred.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| PACER | $4.80 |
| TOTAL | $4.80 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of March, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas  TX  75202-3909

Page: 1
March 16, 2011
Account No:      40324-001M
Statement No:          25629

Sanders In Re:  W. R. Grace

For Services Rendered Through 02/28/2011

### Fees

| | | Hours | |
|---|---|---|---|
| 11/05/2009 RKH | Work on assembling bills for fee application. | 1.00 | |
| 11/06/2009 RKH | Assemble and organize bills for fee application (1.0); emails with Rich re: same (.2). | 1.20 | |
| 11/12/2009 RKH | Review corrected invoice (.2); send same to Rich. (.1). | 0.30 | |
| 02/15/2011 RKH | Anderson's motion to extend (0.3) BNSF's Motion to clarify (0.5); Plan propent's Motion to clarify (0.5) | 1.30 | |
| 02/16/2011 RKH | BSNF's Designation of Recard | 0.85 | |
| 02/17/2011 RKH | Review memo and order confirming plan. | 2.00 | |
| 02/28/2011 RKH | Submission of confirmed plan. | 1.00 | |
| | For Current Services Rendered | 7.65 | 2,295.00 |

#### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 7.65 | $300.00 | $2,295.00 |

### Expenses

| | |
|---|---|
| Pacer Net Transactions | 4.80 |
| Reimbursable Costs Thru 02/28/2011 | 4.80 |

Alexander M. Sanders, Jr.

Sanders In Re: W. R. Grace

Page: 2
March 16, 2011
Account No:      40324-001M
Statement No:          25629

Total Current Work

2,299.80

Previous Balance

$2,042.00

## Payments

| 01/20/2010 | Payment via EFT from Trust Account from W. R. Grace & Co. Edipayment | -1,632.00 |

Balance Due

$2,709.80

Your trust account #2 balance is

| | Opening Balance | $0.00 |
| 12/31/2009 | Wire Deposit rrom W.R. Grace & Co. Edipayment | 1,632.00 |
| 01/20/2010 | Payment Applied to Attorneys Services Rendered | |
| | PAYEE: Seitz, Van Ogtrop & Green, P.A. | -1,632.00 |
| | Closing Balance | $0.00 |

Please Remit

$2,709.80

*Remittance is due and payable upon receipt.  Thank you.*