**EXHIBIT A**

**WR Grace**
**October 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Comm (4) w/OHS (Dfe) re Synthetech acquisition | 1.2 |
| | Review/analyze docket items | 0.5 |
| Mon 4 | Comm w/Stroock (KP) re various | 1.0 |
| | Review/analyze docket items | 0.2 |
| Tue 5 | Review/analyze docket items | 0.2 |
| Wed 6 | Comm w/various at HB Conference re various | 3.5 |
| | Comm (2) w/OHS (Dfe) re Synthetech acquisition | 0.7 |
| | Review/analyze docket items | 0.3 |
| Thu 7 | Review/analyze docket items | 0.2 |
| Fri 8 | Review/analyze docket items | 0.4 |
| Wed 13 | Review/analyze docket items | 1.0 |
| Thu 14 | Comm w/OHS (RW) re testimony questions | 0.8 |
| | Review/analyze docket items | 0.2 |
| Fri 15 | Review/analyze docket items | 0.2 |
| Mon 18 | Prep and attend omnibus hearing | 1.5 |
| | Review/analyze docket items | 0.1 |
| Tue 19 | Review/analyze docket items | 1.0 |
| Wed 20 | Comm w/Blackstone (JOC) re Project Lily acq. | 0.4 |
| | I/C re Project Lily | 1.0 |
| | Review/analyze docket items | 0.1 |
| Thu 21 | Prep and attend Grace 3Q earnings call | 2.1 |
| | Review Grace earnings info | 3.0 |
| | I/C re grace earnings, analysis memo | 1.1 |
| | Analysis Grace 3Q earnings, 9 mos earnings | 0.7 |
| | Review/analyze docket items | 0.2 |
| Fri 22 | Review/analyze Grace earnings | 1.8 |
| | Review/analyze docket items | 0.5 |
| Mon 25 | Prep Grace hours Sept | 2.0 |
| | Review analyze Grace earnings, memo | 1.2 |
| | Review/analyze docket items | 0.2 |
| Tue 26 | Review Grace earnings memo | 0.9 |
| | Review/analyze docket items | 0.9 |
| Wed 27 | Final Review, release Grace earnings memo | 1.0 |
| | Comm (4) w/OHS (RW) re semiannual fincl review | 0.8 |
| | Review/analyze docket items | 0.4 |
| Thu 28 | Review/analyze docket items | 0.3 |
| | Review draft fee apps | 0.7 |
| Fri 29 | Review/analyze docket items | 0.2 |
| | TOTAL TIME (hrs) | 32.5 |

**WR Grace**
**October 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review/analysis docket items | 0.3 |
| Mon 4 | Review/analysis docket items | 0.4 |
| Wed 6 | Review/analysis docket items | 0.5 |
| Thu 7 | Review/analysis docket items | 0.4 |
| Fri 8 | Review/analysis docket items | 0.3 |
| Mon 11 | Review/analysis docket items | 0.5 |
| Tue 12 | Fee app prep | 1.0 |
|  | Review/analysis docket items | 0.5 |
| Wed 13 | Review/analysis docket items | 0.7 |
| Thu 14 | Review/analysis docket items | 0.5 |
| Fri 15 | Review/analysis docket items | 0.4 |
| Mon 18 | Hearing/prep | 1.5 |
|  | Review/analysis docket items | 0.2 |
| Tue 19 | Review acq. order and documents | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 20 | Review Project Lily info | 0.5 |
|  | Review/analysis docket items | 0.3 |
| Thu 21 | Earnings call and prep | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Fri 22 | Review/analysis docket items | 0.3 |
| Mon 25 | Review of 3rd quarter update | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 26 | Preparation of memo re: 3Q results and acquisition | 2.5 |
|  | Review/analysis docket items | 0.5 |
| Wed 27 | Preparation of memo re: 3Q results and acquisition | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Thu 28 | Review/analysis docket items | 0.4 |
| Fri 29 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 18.9 |

**WR Grace**
**October 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review/analysis docket items | 0.3 |
| Wed 6 | Review/analysis docket items | 1.0 |
| Wed 13 | Review/analysis docket items | 1.0 |
| Fri 15 | Review/analysis docket items | 0.4 |
| Mon 18 | Hearing/prep | 1.5 |
|  | Review/analysis docket items | 0.2 |
| Wed 20 | Review Project Lily info | 1.0 |
| Thu 21 | Earnings call and prep | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Fri 22 | Review/analysis docket items | 0.3 |
| Mon 25 | Review of 3rd quarter update | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 26 | Preparation of memo re: 3Q results and acquisition | 3.5 |
|  | Review/analysis docket items | 0.5 |
|  | Preparation of memo re: 3Q results and acquisition | 3.5 |
| Thu 28 | Review/analysis docket items | 0.3 |
|  | TOTAL TIME (hrs) | 17.9 |

**WR Grace**
**October 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review/analysis docket items | 0.5 |
| Tue 5 | Review/analysis docket items | 0.5 |
| Thu 7 | Review/analysis docket items | 0.5 |
| Fri 8 | Review/analysis docket items | 0.5 |
| Thu 14 | Review/analysis docket items | 0.5 |
| Fri 15 | Review/analysis docket items | 0.5 |
| Mon 18 | Review/analysis docket items | 0.5 |
| Tue 19 | Review/analysis docket items | 0.5 |
| Wed 20 | Review Project Lily info | 2.0 |
| Thu 21 | Review Grace 3Q earnings info | 3.0 |
| Mon 25 | Prep fee apps | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Wed 27 | Review/analysis docket items | 0.5 |
| Thu 28 | Prep fee apps | 2.0 |
| Fri 29 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 14.5 |

**WR Grace**
**November 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review/analysis docket items | 0.4 |
| Tue 2 | Review/analysis docket items | 0.3 |
| Wed 3 | Review/analysis docket items | 0.3 |
|  | Review Project Red Sox information | 1.0 |
|  | Fee application preparation | 0.5 |
| Thu 4 | Review/analysis docket items | 0.5 |
| Fri 5 | Review/analysis docket items | 0.2 |
|  | CC re: Project Red Sox and prep | 1.0 |
| Mon 8 | Review/analysis docket items | 0.8 |
|  | Disclosure issues | 2.0 |
| Tue 9 | Review/analysis docket items | 1.2 |
|  | Financial analysis | 1.0 |
| Wed 10 | Review/analysis docket items | 0.3 |
|  | Preparation of memo re: Project Red Sox | 2.0 |
| Thu 11 | Review/analysis docket items | 0.2 |
|  | Preparation of memo re: Project Red Sox | 1.0 |
| Fri 12 | Review/analysis docket items | 0.4 |
| Mon 15 | Review/analysis docket items | 0.4 |
|  | Fee application review | 1.0 |
|  | Response to fee auditor inquiry | 1.0 |
| Tue 16 | Review/analysis docket items | 0.3 |
|  | Response to fee auditor inquiry | 0.5 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Thu 18 | Review/analysis docket items | 0.2 |
| Fri 19 | Review/analysis docket items | 0.7 |
| Mon 22 | Review/analysis docket items | 0.5 |
| Tue 23 | Review/analysis docket items | 0.2 |
| Wed 24 | Review/analysis docket items | 0.3 |
|  | Preparation of financial presentation for FCR | 2.0 |
| Mon 29 | Review/analysis docket items | 0.4 |
|  | Preparation of financial presentation for FCR | 3.0 |
| Tue 30 | Review/analysis docket items | 0.4 |
|  | Preparation of financial presentation for FCR | 2.5 |
|  | Review of Tax Settlement information | 1.0 |
|  | TOTAL TIME (hrs) | 28.0 |

**WR Grace**
**November 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review/analysis docket items | 0.3 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Fri 5 | CC re: Project Red Sox and prep | 1.0 |
| Mon 8 | Financial analysis | 2.0 |
| Tue 9 | Financial analysis | 1.5 |
| Wed 10 | Review/analysis docket items | 0.2 |
| Thu 11 | Preparation of memo re: Project Red Sox | 0.5 |
| Fri 12 | Review/analysis docket items | 0.3 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Sun 28 | Preparation of financial presentation for FCR | 6.5 |
| Mon 29 | Review/analysis docket items | 0.5 |
| Mon 29 | Preparation of financial presentation for FCR | 7.0 |
| Tue 30 | Preparation of financial presentation for FCR | 5.0 |
| | TOTAL TIME (hrs) | 25.8 |

**WR Grace**
**November 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 3 | Review Project Red Sox information | 2.0 |
| Thu 4 | Fee application preparation | 2.0 |
| Fri 5 | Review/analysis docket items | 0.5 |
| | CC re: Project Red Sox and prep | 1.0 |
| Sat 6 | Preparation of memo re: Project Red Sox | 3.0 |
| Mon 8 | Preparation of memo re: Project Red Sox | 1.0 |
| | Review/analysis docket items | 0.5 |
| Tue 9 | Preparation of memo re: Project Red Sox | 1.0 |
| | Review/analysis docket items | 0.5 |
| Mon 15 | Fee application preparation | 2.0 |
| Tue 16 | Review/analysis docket items | 0.5 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Thu 18 | Review/analysis docket items | 0.5 |
| Fri 19 | Review/analysis docket items | 0.5 |
| Mon 22 | Review/analysis docket items | 0.5 |
| Fri 26 | Preparation of financial presentation for FCR | 2.0 |
| Sun 28 | Preparation of financial presentation for FCR | 5.0 |
| Mon 29 | Preparation of financial presentation for FCR | 3.0 |
| | Review of Tax Settlement information | 0.5 |
| | TOTAL TIME (hrs) | 26.5 |

**WR Grace**
**December 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Work on semi-annual financial analysis pres | 2.0 |
| | Review/analyze docket items | 1.0 |
| | Review Mass tax settlement info | 1.8 |
| Thu 2 | Comm w/OHS (Dfe) re Mass tax sett | 0.7 |
| | Work on semi-annual financial analysis pres | 2.5 |
| | Review/analyze docket items | 1.5 |
| | Mass tax settlement CC | 1.1 |
| Fri 3 | Work on semi-annual financial analysis pres | 2.3 |
| | Review/analyze docket items | 0.3 |
| Mon 6 | Work on semi-annual financial analysis pres | 1.8 |
| | Review/analyze docket items | 0.9 |
| Tue 7 | Work on semi-annual financial analysis pres | 3.5 |
| | Comm w/OHS (RW) re Order re confirmation issues | 1.3 |
| | Review/analyze docket items | 1.0 |
| Wed 8 | Meeting:semi-annual ficl pres | 3.5 |
| | Review/analyze docket items | 0.9 |
| Thu 9 | F/U fincl pres questions | 1.0 |
| | Review/analyze docket items | 0.3 |
| Fri 10 | Comm w/OHS (Dfe) re amended agenda | 0.7 |
| | Review/analyze docket items | 0.3 |
| Mon 13 | Comms w/OHS re credit facilities/int rts/px | 1.4 |
| | Prep and omnibus hearing | 3.1 |
| | Review/analyze docket items | 0.4 |
| Tue 14 | Review/analyze docket items | 0.2 |
| Wed 15 | Review/analyze docket items | 0.8 |
| Thu 16 | Review/analyze docket items | 0.1 |
| Fri 17 | Review/analyze docket items | 0.2 |
| Mon 20 | Comms w/OHS(Dfe) re Mass tax sett | 0.5 |
| | Comms w/OHS (Dfe,Rw) re JKF status conference | 0.7 |
| | Review RS acquisition announce | 0.4 |
| | Review/analyze docket items | 0.1 |
| Tue 21 | Comm w/OHS (Dfe) re call | 0.2 |
| | Review/analyze docket items | 0.3 |
| Wed 22 | Review/analyze docket items | 0.3 |
| | Prep stk px commentary and distribute | 0.8 |
| Thu 23 | Review/analyze docket items | 0.2 |
| Mon 27 | Review/analyze docket items | 1.0 |
| Tue 28 | Review/analyze docket items | 0.3 |
| | Review PR newswire announce | 0.3 |
| Thu 30 | Review/analyze docket items | 0.3 |
| | TOTAL TIME (hrs) | 40.0 |

**WR Grace**
**December 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.3 |
|  | Review of financial presentation for FCR | 2.0 |
|  | Review tax settlement information | 0.8 |
| Thu 2 | Review/analysis docket items | 0.4 |
|  | Review revised tax settlement information | 0.5 |
|  | Tax settlement call | 1.0 |
| Fri 3 | Review/analysis docket items | 0.3 |
| Mon 6 | Review/analysis docket items | 0.2 |
| Tue 7 | Presentation preparation | 2.5 |
|  | Fee application preparation | 0.5 |
|  | Review of plan issues and analysis | 2.0 |
| Wed 8 | Financial presentation for FCR w/ Prep | 3.0 |
|  | Credit agreement analysis | 1.0 |
| Thu 9 | Review/analysis docket items | 0.4 |
|  | Interest rate research | 2.0 |
| Fri 10 | Review/analysis docket items | 0.2 |
|  | Interest rate research | 1.5 |
|  | Review agenda | 0.1 |
| Mon 13 | Review/analysis docket items | 0.3 |
|  | Interest rate research | 1.0 |
|  | Hearing | 1.5 |
| Tue 14 | Review/analysis docket items | 0.3 |
| Wed 15 | Review/analysis docket items | 0.4 |
|  | Review tax settlement motion | 0.5 |
| Thu 16 | Review/analysis docket items | 0.2 |
| Fri 17 | Review/analysis docket items | 0.4 |
| Mon 20 | Review/analysis docket items | 0.3 |
|  | Discussions re: case status | 0.2 |
| Tue 21 | Review/analysis docket items | 0.2 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.1 |
| Wed 29 | Review/analysis docket items | 0.5 |
| Thu 30 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 25.5 |

**WR Grace**
**December 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Preparation of financial presentation for FCR | 4.0 |
| Thu 2 | Call prep | 0.5 |
| | Call | 1.0 |
| | Preparation of financial presentation for FCR | 2.0 |
| Fri 5 | Preparation of financial presentation for FCR | 1.5 |
| | Review/analysis docket items | 1.0 |
| Mon 7 | Preparation of financial presentation for FCR | 2.0 |
| Tue 8 | Preparation of financial presentation for FCR | 2.0 |
| | Financial presentation for FCR | 2.0 |
| Mon 13 | Hearing prep | 0.5 |
| Mon 13 | Hearing | 1.5 |
| | Review/analysis docket items | 1.0 |
| Mon 22 | Review/analysis docket items | 1.5 |
| | TOTAL TIME (hrs) | 20.5 |

**WR Grace**
**December 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 2 | Mass tax settlement call prep | 1.5 |
| | Mass tax settlement CC | 1.1 |
| Fri 3 | Preparation of financial presentation for FCR | 3.5 |
| | Review/analyze docket items | 0.5 |
| Mon 6 | Preparation of financial presentation for FCR | 3.0 |
| Tue 7 | Preparation of financial presentation for FCR | 3.0 |
| Wed 8 | Review/analysis docket items | 0.5 |
| Mon 13 | Prep and omnibus hearing | 2.5 |
| Tue 14 | Review/analyze docket items | 0.5 |
| Wed 15 | Review/analyze docket items | 0.5 |
| Thu 16 | Review/analyze docket items | 0.5 |
| Fri 17 | Review/analyze docket items | 0.5 |
| Tue 21 | Review/analysis docket items | 0.5 |
| Wed 22 | Review/analysis docket items | 0.5 |
| Thu 23 | Review/analysis docket items | 0.5 |
| Tue 28 | Review/analysis docket items | 0.5 |
| Wed 29 | Review/analysis docket items | 0.5 |
| Thu 30 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 20.6 |