# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (October 1, 2010 – December 31, 2010)**
(Dates Represent Posting Date of Expense)

October 2010
| | |
|---|---|
| Telephone | $ 107.98 |
| Express Mail | $  17.42 |

November 2010
| | |
|---|---|
| Telephone | $  88.39 |
| Express Mail | $  12.71 |
| Fee for Public Access to Electronic Court Records | $  16.88 |

December 2010
| | |
|---|---|
| Telephone | $ 104.15 |
| Express Mail | $  12.90 |
| Transportation | $  11.40 |

**TOTAL EXPENSES:**             **$ 371.83**