# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# FEBRUARY 1-28, 2011


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 15, 2011
Client No. 17367
Invoice No. 1298699

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 28, 2011 in connection with the matters described on the attached pages: | $ | 195,201.25 |
| DISBURSEMENTS as per attached pages: | | 3,054.18 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | **$** | **198,255.43** |

Matter(s): 17367/11, 12, 13, 15, 2, 7, 8, 9

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$288,438.70
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1298699*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1298699*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1298699*
*E.I.N. 94-2952627*


David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 15, 2011
Client No. 17367
Invoice No. 1298699

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 02/04/11 | P. Mahaley | Prepare for and participate in telephone conference with Plan Proponents' counsel and counsel for insurer re changes to Exhibit 5 of Exhibit Book to Plan to reflect insurance settlement. | 1.30 |
| 02/07/11 | P. Mahaley | Review and analyze proposed revisions to Plan documents re insurance settlements. | 0.60 |
| 02/13/11 | P. Mahaley | Analyze insurer proposal re buy-out of existing reimbursement agreement. | 0.80 |
| 02/15/11 | P. Mahaley | Office conference with R. Wyron to analyze proposed settlement offer from insurer and convey results of analysis to counsel for ACC. | 1.20 |
| 02/18/11 | P. Mahaley | Prepare for and participate in telephone conference with Plan Proponents' counsel re planning for appeal of order approving CNA settlement. | 1.60 |
| 02/24/11 | P. Mahaley | Telephone conference with Plan Proponents' counsel re strategy re responding to appeal of insurance settlement approval order. | 0.80 |
| 02/25/11 | P. Mahaley | Analyze proposed revised settlement demand to insurer and communicate with counsel for ACC re same. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 6.80 | |
| Total For Services | | $4,420.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 6.80 | 650.00 | 4,420.00 |
| Total All Timekeepers | 6.80 | $650.00 | $4,420.00 |

**Total For This Matter** **$4,420.00**

ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 02/01/11 | D. Fullem | Review articles regarding confirmation. | 0.50 |
| 02/01/11 | R. Lawrence | Review environmental reports in preparation for client call. | 1.00 |
| 02/01/11 | R. Wyron | Call with Plan Proponents re strategy on confirmation appeals and follow-up (1.1); continue review of opinion (1.8); review Synthetech materials (.4). | 3.30 |
| 02/01/11 | R. Frankel | Continue review of opinion (1.2); telephone conference with R. Wyron in preparation for conference call (.6). | 1.80 |
| 02/01/11 | R. Frankel | Telephone conference with Grace Team re confirmation order (.8); notes re same (.2). | 1.00 |
| 02/02/11 | R. Wyron | Call with M. Giannotto re decision and follow-up (.6); review comments on Exhibit 5 for CNA changes and follow-up (.5); review 9033 issues (.7); continue review of Court's decision (1.9). | 3.70 |
| 02/02/11 | R. Frankel | Confer with R. Wyron re status. | 0.30 |
| 02/03/11 | D. Felder | Telephone conference with Grace regarding Synthetech merger (.3); follow-up telephone conferences with J. Radecki, B. Lawrence and R. Wyron regarding same (.2); e-mail correspondence with D. Austern regarding same (.1); review confirmation order (1.0). | 1.60 |
| 02/03/11 | R. Lawrence | Prepare for conference call with Grace and financial advisors relating to Phase I and Phase II reports on Synthetech (.4); participate in call with Grace (.8); follow-up call with D. Felder (.1); follow-up meeting with R. Wyron to discuss results and analysis (.1); review summary of analysis and prepare notes (.2). | 1.60 |
| 02/03/11 | R. Wyron | Review Synthetech issues with B. Lawrence and D. Felder and follow-up (.4); confer with M. Giannotto re Exhibit 5 and follow-up e-mails re same (.7); continue review of opinion (.8); respond to e-mails re District Court proceedings (.2). | 2.10 |
| 02/04/11 | D. Fullem | Review recent pleadings. | 0.20 |
| 02/04/11 | R. Wyron | Work on Exhibit 5 issues and e-mails re same (1.3); meet with CNA (.6); call with CNA and Plan Proponents and follow-up (1.2); review changes to language and follow-up (.4). | 3.50 |
| 02/04/11 | R. Frankel | Review confirmation order, redlined order and Exhibit A to order. | 2.30 |
| 02/05/11 | R. Frankel | Review opinion on confirmation. | 2.50 |
| 02/06/11 | R. Wyron | Work on objection chart. | 1.30 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

| | | | |
|---|---|---|---|
| 02/06/11 | R. Frankel | Review pleadings re discovery issues with Garlock (.4); review notices of appeal from CNA Settlement (.3). | 0.70 |
| 02/07/11 | R. Wyron | Review and resolve issues on Exhibit 5 with CNA (.6); continue work on MCC issues (.8); begin review of objection chart (.7); review agenda for 2/14 hearing and follow-up (.2). | 2.30 |
| 02/07/11 | R. Frankel | Preliminary review of objection chart from Kirkland. | 0.50 |
| 02/08/11 | D. Fullem | Review e-mail from R. Wyron and D. Felder regarding appearance in the District Court; assemble orders for briefing purposes; follow-up regarding details of same. | 0.40 |
| 02/08/11 | R. Wyron | Call with Plan Proponents re appeal and 9033 and follow-up (.8); call with CNA (.3); review Exhibit 5 issues and draft language re same (.9); finalize Synthetech position (.4). | 2.40 |
| 02/08/11 | R. Frankel | Review agenda for omnibus hearing. | 0.20 |
| 02/08/11 | R. Frankel | Review status with R. Wyron (.4); review Rule 9033 issues (.3). | 0.70 |
| 02/08/11 | R. Frankel | Telephone conference with Kirkland, R. Wyron re confirmation order, status conference (.5); notes re same (.3). | 0.80 |
| 02/08/11 | R. Frankel | Review chart from D. Boll re confirmation objections. | 2.40 |
| 02/09/11 | D. Felder | Review agenda for February 14 hearing (.1); review confirmation order and District Court order affirming confirmation order in Leslie Controls (.5); e-mail with H. Quinn regarding February 14 hearing (.1). | 0.70 |
| 02/09/11 | R. Wyron | Work on Exhibit 5 issues and follow-up (1.1); call with Plan Proponents re appeal and 9033 issues, and follow-up (.6). | 1.70 |
| 02/09/11 | R. Frankel | Review pleadings in connection with Garlock access to 2019 statements, transcript of PCC hearing. | 1.20 |
| 02/09/11 | R. Frankel | Review 524(g) and Rule 9033 in connection with post-confirmation steps. | 1.10 |
| 02/09/11 | R. Frankel | Review pleadings, District Court order confirming Leslie Controls Plan. | 1.50 |
| 02/09/11 | R. Frankel | Series of e-mails in preparation for conference call (.8); review draft motion, draft request from Kirkland (revised) (.8). | 1.60 |
| 02/10/11 | D. Fullem | Confer with D. Felder regarding District Court notices. | 0.20 |
| 02/10/11 | D. Fullem | Review notice of matters set for hearing on February 14. | 0.20 |
| 02/10/11 | D. Felder | E-mail correspondence to J. Baer regarding Synthetech merger (.1); review District Court referral issues and conference with R. Wyron regarding same (1.0); review pension power point and telephone conference with J. Radecki regarding same (.3). | 1.40 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

| | | | |
|---|---|---|---|
| 02/10/11 | R. Wyron | Review motion re reconsideration, notice of appeal, and 9033 issues filed by BNSF, AXA and follow-up (1.1); call with Plan Proponent team on 2/14 hearing and follow-up (1.0); prepare for hearing (.4); review draft pleading and follow-up (1.2). | 3.70 |
| 02/10/11 | R. Frankel | Review revised draft of motion for clarification from Kirkland. | 0.60 |
| 02/10/11 | R. Frankel | Telephone conference with Kirkland, R. Wyron, P. Lockwood re Plan Proponents' next steps (.9); notes re same (.2). | 1.10 |
| 02/10/11 | R. Frankel | Review, consider confirmation order, procedural posture. | 0.80 |
| 02/10/11 | R. Frankel | Review as-filed motion and order (.4); confer with R. Wyron re same (.2). | 0.60 |
| 02/10/11 | R. Frankel | Review, consider AXA-Belgium Motion for Extension and to Shorten Time. | 0.80 |
| 02/10/11 | R. Frankel | Review orders, correspondence from other 524(g) cases re core versus non-core issues. | 0.60 |
| 02/11/11 | D. Fullem | Review recentlly filed pleadings. | 0.20 |
| 02/11/11 | R. Wyron | Call with Plan Proponents re strategy and follow-up (.7); participate in status conference with court and follow-up (.6); review pleadings filed by AXA and BNSF (.8); review grounds for motion for reconsideration (.9); continue work on MCC issues (.4); review Exhibit 5 issue and follow-up (.3). | 3.70 |
| 02/11/11 | R. Frankel | Review revised agenda (.2); consider preparation for hearing (.2). | 0.40 |
| 02/11/11 | R. Frankel | E-mail memo to Kirkland, P. Lockwood re confirmation order (.3); telephone conference with J. Donley re same (.3). | 0.60 |
| 02/11/11 | R. Frankel | Review BNSF motion for reconsideration and related pleadings (.9); review TDP (.4). | 1.30 |
| 02/11/11 | R. Frankel | Review pleadings in preparation for court conference call. | 0.80 |
| 02/11/11 | R. Frankel | Telephone conference with court re Memorandum Opinion and Order. | 0.80 |
| 02/11/11 | R. Frankel | Telephone status conference with Kirkland, P. Lockwood re hearing on 2/14 (.5); review issues with R. Wyron (.4). | 0.90 |
| 02/13/11 | R. Wyron | Prepare for hearing (2.4); review MCC objection on claims (.9); call with Plan Proponents re strategy and follow-up (1.1). | 4.40 |
| 02/13/11 | R. Frankel | Review Judge Fitzgerald order, AMH pleadings, joinders in pleadings. | 0.60 |
| 02/13/11 | R. Frankel | Review materials from Kirkland in preparation for Omnibus hearing during travel to DE (1.1); prepare notes in preparation for hearing during travel (.7). | 1.80 |
| 02/13/11 | R. Frankel | Telephone conference with Kirkland, P. Lockwood, P. Bentley in preparation for hearing. | 1.00 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

| | | | |
|---|---|---|---|
| 02/14/11 | D. Felder | Telephonic participation in omnibus hearing (3.0); review pension power-point from Debtors (.4); telephone conference with Debtors regarding pension issues (.5); follow-up telephone conferences with J. Radecki and J. Solganick (.2); review BNSF's motion for reconsideration and consider issues regarding same (1.0). | 5.10 |
| 02/14/11 | R. Wyron | Attend omnibus hearing on plan issues (3.2); confer with objectors re potential resolution (.8); confer with Plan Proponents re strategy (1.1); respond to e-mails re status conference and follow-up (.3); attention to notices of appeal and time line (.8). | 6.20 |
| 02/14/11 | R. Frankel | Review pleadings in preparation for hearing. | 0.90 |
| 02/14/11 | R. Frankel | Attend Omnibus hearing re clarification of confirmation order in DE. | 3.60 |
| 02/14/11 | R. Frankel | E-mail memo to client rehearing (.3); telephone conference with R. Wyron re status, BNSF (.3). | 0.60 |
| 02/14/11 | R. Frankel | Review joinders by Montana, Canada (.4); series of e-mails re status conference with J. Buckwalter (.4). | 0.80 |
| 02/15/11 | D. Fullem | Review notices of appeal and e-mails from R. Frankel, R. Wyron and D. Felder regarding gathering of information related to same; discuss with D. Felder. | 0.50 |
| 02/15/11 | M. Wallace | Discuss update on confirmation order and related issues with R. Wyron. | 0.10 |
| 02/15/11 | R. Wyron | Review appeal issues and notes re same (.8); review motion for reconsideration by BNSF and joinders by Canada and Montana, and organize notes (1.6); call with P. Lockwood re strategy and follow-up (1.4); review Clarifying Order and follow-up (1.3); work on BNSF resolution (.4). | 5.50 |
| 02/15/11 | R. Frankel | Review appeals, objections re confirmation order (.9); review updated insurance status schedule (.4). | 1.30 |
| 02/15/11 | R. Frankel | Review, consider Clarification Order from Judge Fitzgerald. | 0.70 |
| 02/16/11 | D. Fullem | Confer with H. Quinn regarding draft pleading. | 0.20 |
| 02/16/11 | J. Burke | Review BNSF motion for reconsideration and confirmation opinion (.8); confer with R. Wyron regarding response to motion for reconsideration (.6); research regarding reconsideration (.6); review confirmation transcripts and opinions in support of response to motion for reconsideration (1.5); draft joint objection to BNSF's motion for reconsideration (2.9). | 6.40 |
| 02/16/11 | D. Felder | Review recently filed documents regarding appeals (.5); conference with R. Wyron regarding BNSF's motion for reconsideration and consider issues regarding same (1.0). | 1.50 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

| | | | |
|---|---|---|---|
| 02/16/11 | R. Wyron | Review BNSF motion and outline response (1.3); draft portions of response to BNSF (1.4); confer with J. Burke and follow-up (.4); review research (.7); respond to BNSF proposal and e-mails re same (.4). | 4.20 |
| 02/17/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/17/11 | J. Burke | Draft joint objection to BNSF's motion for reconsideration (4.1); revise draft objection to incorporate comments from R. Wyron and incorporate response to joinders (3.4). | 7.50 |
| 02/17/11 | R. Wyron | Review and revise draft response to motion to reconsider (1.8); confer with J. Burke re motion to reconsider and follow-up (.7); review CNA appeal issues and outline issues (1.3); e-mails and call with M. Giannotto re CNA appeal (.4); review designations on CNA appeal from BNSF and Libby (1.2); review analysis on pension motion (.4); follow-up on Exhibit 5 (.3). | 6.10 |
| 02/17/11 | R. Frankel | Confer with D. Austern regarding pension motion, status of confirmation. | 0.40 |
| 02/17/11 | R. Frankel | Review draft motion from J. Baer re funding of pension plan. | 0.70 |
| 02/17/11 | R. Frankel | Review Lincoln memo regarding Grace request to fund deferred benefit plan (.8); notes regarding same (.3). | 1.10 |
| 02/18/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/18/11 | J. Burke | Confer with R. Wyron and counsel for ACC regarding revisions to draft opposition to BNSF's motion for reconsideration (.6); revise draft opposition to incorporate comments from R. Wyron and counsel for ACC (2.8). | 3.40 |
| 02/18/11 | D. Felder | Review BNSF's motion for reconsideration and joint opposition regarding same (1.0); telephone conference with Debtors and ACC regarding strategy for appeal from order approving CNA settlement agreement and review issues regarding mediation and previous appeals (.1). | 1.10 |
| 02/18/11 | R. Wyron | Review revised exhibits and follow-up (.6); work on revised draft response to motion for reconsideration (1.3); confer with J. Burke and R. Frankel re strategy, and respond to e-mails re same (.7); call with Plan Proponents re CNA appeal and follow-up (1.1); analyze CNA issues (.9); review recently filed motions (.4). | 5.00 |
| 02/18/11 | R. Frankel | Review draft response to BNSF motion for reconsideration, series of e-mails regarding same. | 0.80 |
| 02/18/11 | R. Frankel | Review e-mails regarding appeal issues (.2); telephone conference with Kirkland, J. Baer and P. Lockwood re same (.7). | 0.90 |
| 02/18/11 | R. Frankel | Review draft notice of conformed plan, review marked plan. | 0.90 |
| 02/18/11 | R. Frankel | Telephone conference with L. Esayian, P. Lockwood, R. Wyron, and D. Felder regarding CNA appeal issues. | 1.00 |

ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

| | | | |
|---|---|---|---|
| 02/18/11 | R. Frankel | Telephone conference with R. Wyron regarding BNSF, CNA issues. | 0.30 |
| 02/18/11 | R. Frankel | Review statement of issues, designation of record filed by Libby claimants and BNSF regarding CNA settlement appeal. | 0.80 |
| 02/18/11 | R. Frankel | Review standing orders regarding mediation requirements, request of Royal to withdraw from mediation (.8); prepare for status hearing (.4). | 1.20 |
| 02/19/11 | R. Wyron | Prepare notes for CNA discussion (.8); work on status conference issues (.3); review revised response to motion for reconsideration (.6); review revised plan and exhibits, and follow-up on comments (1.3). | 3.00 |
| 02/21/11 | R. Wyron | Review draft CMO and e-mails re same (.4); call with Plan Proponents and objectors re CMO and follow-up (1.1); revise draft objection to motion for reconsideration and follow-up (.8); review revised plan and exhibits (.6); review pleadings and provide comments (.4); incorporate CNA comments into objection to motion for reconsideration and e-mails re same (.7). | 4.00 |
| 02/21/11 | R. Frankel | Review revised notice of conformed plan for filing. | 0.50 |
| 02/21/11 | R. Frankel | Review draft post-confirmation schedule from Kirkland (.5); series of e-mails re same (.4). | 0.90 |
| 02/21/11 | R. Frankel | Telephone conference with Plan Proponents and objectors re appeals schedule, status conference. | 1.00 |
| 02/21/11 | R. Frankel | Review notice of conformed plan, Exhibit 5, schedules to Exhibit 6. | 1.20 |
| 02/21/11 | R. Frankel | Review draft opposition to BNSF motion for reconsideration. | 0.70 |
| 02/22/11 | D. Fullem | Review docket for recently filed pleadings; circulate same to parties. | 0.20 |
| 02/22/11 | J. Burke | Confer with R. Wyron regarding revisions to opposition to BNSF's motion for reconsideration (0.2); incorporate revisions from plan proponents and finalize opposition (1.9); arrange for filing and service of opposition (0.1). | 2.20 |
| 02/22/11 | R. Wyron | Review and revise response to motion for reconsideration (.8); follow-up on comments and changes to response (.6); organize notes for call re response (.3); follow-up with counsel for plan proponents (.4); review final draft (.3); review e-mails re insurer dispute and Exhibit 5 and follow-up (.7). | 3.10 |
| 02/22/11 | R. Frankel | Review motion for additional pension fund contribution (.5); review motion re foreign holdco structure (.6); notes re same (.3). | 1.40 |
| 02/23/11 | D. Fullem | Review and respond to e-mail regarding March 2 hearing. | 0.20 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

| | | | |
|---|---|---|---|
| 02/23/11 | D. Felder | Review issues regarding appeal from CNA approval order and confirmation order (1.5); review issues regarding Debtors' pension motion (1.0). | 2.50 |
| 02/23/11 | R. Wyron | Confer with R. Frankel re strategy (.3); meet with Plan Proponents' counsel and others re hearing (.9); review pleadings for status conference (.4); attend status conference and follow-up (.9); confer with CNA counsel re strategy (.4). | 2.90 |
| 02/23/11 | R. Frankel | Attend status conference at USDC in Philadelphia. | 1.70 |
| 02/23/11 | R. Frankel | Review status with D. Felder, hearing re BNSF (.3); consider draft denial order (.3). | 0.60 |
| 02/23/11 | R. Frankel | Review file, prepare for status conference during travel to Philadelphia (2.4); prepare notes during travel to DC (.4). | 2.80 |
| 02/23/11 | R. Frankel | Review Judge Fitzgerald opinion re discovery of Trusts. | 0.40 |
| 02/24/11 | D. Fullem | Call and e-mail to CourtCall regarding telephonic appearances for the March 2 hearing; review confirmations and follow-up. | 0.80 |
| 02/24/11 | D. Fullem | Confer with D. Felder regarding notices of appeal to be filed and notices of appearance in the appeals. | 0.30 |
| 02/24/11 | D. Fullem | Review recent filed pleadings. | 0.20 |
| 02/24/11 | D. Felder | Review appeal issues and conference with D. Fullem regarding same (.3); review Libby's and BNSF's designation of the record for CNA appeal, various hearing transcripts and pleadings and prepare counter designation regarding same (4.0); review Locke stay motion and pension issues for March omnibus hearing (1.5); telephone conference with Debtors and ACC regarding CNA appeal (.7); follow-up regarding same (1.0); review Plan Proponents' joint opposition to BNSF's motion for reconsideration and prepare proposed order regarding same (.5); conference with R. Frankel and R. Wyron regarding same (.1). | 8.10 |
| 02/24/11 | R. Wyron | Review draft designations for BNSF and Libby and follow-up (1.3); review prior briefs and organize notes (2.3); call with Plan Proponents re strategy (.5); call with CNA counsel re designations and follow-up (.6); review e-mail re lender issues and follow-up (.3). | 5.00 |
| 02/24/11 | R. Frankel | Telephone conference with L. Essayian, P. Lockwood, R. Wyron, D. Felder re CNA appeal issues (.7); notes re same (.1). | 0.80 |
| 02/24/11 | R. Frankel | Review revised counter-designation, e-mails re same re CNA appeal. | 0.40 |
| 02/24/11 | R. Frankel | Review, edit Order Denying BNSF Motion for Reconsideration with Clarifications (.5); confer with D. Felder re same (.2). | 0.70 |
| 02/24/11 | R. Frankel | Confer with R. Wyron re appeal, settlement issues. | 0.40 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

| | | | |
|---|---|---|---|
| 02/24/11 | R. Frankel | Review appeal papers from BNSF and Libby in preparation for call (.5); review draft counter-designation of the record and e-mails re same (.4). | 0.90 |
| 02/25/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/25/11 | D. Felder | Review and revise proposed orders denying BNSF's motion for reconsideration and e-mail correspondence regarding same (.6); review and revise joint counter-designation of record on appeal regarding CNA approval order and e-mail correspondence regarding same (1.0); review CNA's draft counter-designation and e-mails regarding same (.3); review pension motion, Locke lift stay motion, and foreign holdco motion and e-mail correspondence regarding same (1.0); review memorandum opinion and findings of fact and conclusions of law (2.0). | 4.90 |
| 02/25/11 | R. Wyron | Review proposed orders and follow-up (.8); work on counter designations for CNA appeal (.8); calls to and from Plan Proponents and CNA counsel re designations (.9); review and revise outline for CNA appeal issues (1.2); review memo re March omnibus hearing and follow-up (.4). | 4.10 |
| 02/25/11 | R. Frankel | Review Libby letter agreement with Orrick (.2); review circulated order denying motion for reconsideration (.3). | 0.50 |
| 02/25/11 | R. Frankel | Review circulated counter-designation of the record from Plan Proponents (.3); review draft counter-designation of CNA (.4). | 0.70 |
| 02/25/11 | R. Frankel | Review series of e-mails re counter-designation of the record in CNA appeal. | 0.90 |
| 02/25/11 | R. Frankel | Review D. Felder memo re March 28 hearing matters. | 0.30 |
| 02/25/11 | R. Frankel | Review draft orders denying BNSF motion for reconsideration (.4); review language from opinion (.3). | 0.70 |
| 02/28/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/28/11 | D. Felder | Review opinion regarding default interest (.2); review and finalize counter-designation regarding CNA appeal and e-mail correspondence regarding same (.6); review BNSF's reply in support of motion for reconsideration and 9033 reservation of rights (.9); review and revise proposed orders denying BNSF's motion for reconsideration and e-mail correspondence regarding same (1.0); review confirmation hearing transcripts regarding same (1.0). | 3.70 |
| 02/28/11 | R. Wyron | Call on lender issues and follow-up (.4); review responses to motion for reconsideration (1.1); confer with R. Frankel re strategy and follow-up (.6); call with P. Lockwood re strategy and e-mails re same (1.0); review proposed order on motion (.3); review transcripts (.7). | 4.10 |
| 02/28/11 | R. Frankel | Review chart of objections to confirmation re BNSF, other indirect claimants. | 0.80 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367

| | | | |
|---|---|---|---|
| 02/28/11 | R. Frankel | Telephone conference with J. Donley, J. Baer, P. Lockwood, R. Wyron re bank lenders' appeal (.4); review May 2009 bankruptcy court opinion (.7). | 1.10 |
| 02/28/11 | R. Frankel | Review final counter-designation of record in CNA appeal. | 0.40 |
| 02/28/11 | R. Frankel | Review Reply from BNSF on Motion for Reconsideration (.5); prepare notes re same (.4). | 0.90 |
| 02/28/11 | R. Frankel | Confer with R. Wyron re BNSF Reply and hearing. | 0.80 |
| 02/28/11 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood re BNSF issues in preparation for hearing (.7); notes re same (.4). | 1.10 |
| 02/28/11 | R. Frankel | Review series of Rule 9033 objections from Libby, Montana, Canada, AMH, others. | 0.90 |
| 02/28/11 | R. Frankel | Review final orders (3 alternatives) denying BNSF motion (.3); series of e-mails re same (.3). | 0.60 |
| 02/28/11 | R. Frankel | Review chart of objections re bank lenders in preparation for call (.6); confer with R. Wyron in preparation for call re bank lenders (.4). | 1.00 |

| | | |
|---|---|---|
| Total Hours | 215.40 | |
| Total For Services | | $177,210.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 19.50 | 530.00 | 10,335.00 |
| Debra Felder | 30.60 | 645.00 | 19,737.00 |
| Roger Frankel | 72.40 | 985.00 | 71,314.00 |
| Debra O. Fullem | 4.90 | 265.00 | 1,298.50 |
| Robert F. Lawrence | 2.60 | 750.00 | 1,950.00 |
| Mary A. Wallace | 0.10 | 710.00 | 71.00 |
| Richard H. Wyron | 85.30 | 850.00 | 72,505.00 |
| Total All Timekeepers | 215.40 | $822.70 | $177,210.50 |

Disbursements



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

| | | |
|---|---|---|
| Document Reproduction | 271.20 | |
| Express Delivery | 14.54 | |
| Local Taxi Expense | 10.00 | |
| Local Tolls | 17.00 | |
| Other Business Meals | 13.75 | |
| Out of Town Business Meals | 102.50 | |
| Outside Reproduction Services | 3.30 | |
| Outside Services | 293.00 | |
| Parking Expense | 31.00 | |
| Telephone | 12.42 | |
| Travel Expense, Air Fare | 918.50 | |
| Travel Expense, Local | 392.06 | |
| Travel Expense, Out of Town | 486.90 | |
| Westlaw Research | 246.53 | |
| | Total Disbursements | $2,812.70 |

| | |
|---|---|
| **Total For This Matter** | **$180,023.20** |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 02/04/11 | D. Fullem | Review and respond to e-mail from D. Austern re latest invoices. | 0.20 |
| 02/07/11 | D. Fullem | Review docket update for latest fee applications filed in the case. | 0.20 |
| 02/10/11 | D. Fullem | E-mail to C. Burke at Lincoln regarding status of December fee application. | 0.20 |
| 02/10/11 | D. Fullem | Prepare CNO for Lincoln November fee application and coordinate filing/serving. | 0.20 |
| 02/10/11 | D. Fullem | Review last filed fee applications and CNOs; update D. Felder re same. | 0.20 |
| 02/17/11 | D. Fullem | Review and respond to e-mails from K. Boeger at Towers (.2); update quarterly fee application for July-Sept 2010 of Towers (.7); e-mail to Towers for approval/signature (.1). | 1.00 |
| 02/18/11 | D. Fullem | Prepare e-mail to K. Boeger at Towers regarding signature pages for Jul-Sept 2010 fee application; coordinate fliing and serving of same. | 0.60 |
| 02/24/11 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding no fee applications filed by D. Austern during Jul-Sep 2010. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 2.80 | |
| Total For Services | | $742.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 2.80 | 265.00 | 742.00 |
| Total All Timekeepers | 2.80 | $265.00 | $742.00 |

| | | |
|---|---|---|
| Disbursements | | |
| Postage | 1.22 | |
| Total Disbursements | | $1.22 |

| | |
|---|---|
| **Total For This Matter** | **$743.22** |


ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 02/03/11 | D. Fullem | Review latest 2019 filings and conflict reports (.4); prepare draft supplemental declaration of R. Frankel (1.2); prepare e-mail to R. Frankel and R. Wyron with summary of updates to same (.2). | 1.80 |
| 02/04/11 | R. Wyron | Review information for potential disclosure issues and follow-up. | 0.30 |
| 02/07/11 | D. Fullem | Review and revise disclosure per conference with R. Wyron (.3); submit names to conflicts (.2); review report (.2); review e-mail from R. Wyron re same and follow-up (.3). | 1.00 |
| 02/08/11 | D. Fullem | Confer with R. Wyron regarding supplemental declaration (.1); review e-mails (.2); prepare revisions to R. Frankel's supplemental declaration (.8); finalize (.2); coordinate filing and serving (.2). | 1.50 |
| 02/08/11 | D. Fullem | Update service list for supplemental declaration. | 0.20 |
| 02/08/11 | D. Fullem | Review e-mail regarding updated conflict list; review e-mail from R. Wyron in response; prepare e-mail re same. | 0.60 |
| 02/08/11 | D. Fullem | E-mail to C. Hartman re filing of R. Frankel supplemental declaration. | 0.20 |
| 02/08/11 | R. Wyron | Review draft disclosure and provide comments. | 0.40 |
| 02/08/11 | R. Frankel | Review further declaration re disclosures. | 0.30 |
| 02/09/11 | R. Wyron | Review draft disclosure and follow-up. | 0.30 |
| 02/11/11 | D. Fullem | Prepare draft of supplemental declaration. | 0.20 |
| 02/14/11 | D. Fullem | Review e-mail from R. Wyron regarding recent 2019 filing by bank group. | 0.20 |
| 02/15/11 | D. Fullem | Prepare summary of additional parties on recent 2019 statement filed by bank group; e-mail same to R. Wyron. | 0.80 |
| 02/15/11 | D. Fullem | Review summary of conflicts report; e-mail to R. Wyron for review. | 0.50 |
| 02/28/11 | D. Fullem | Prepare final draft of supplemental declaration; e-mail to R. Wyron and R. Frankel. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 8.80 | |
| Total For Services | | $3,133.00 |



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.30 | 985.00 | 295.50 |
| Debra O. Fullem | 7.50 | 265.00 | 1,987.50 |
| Richard H. Wyron | 1.00 | 850.00 | 850.00 |
| Total All Timekeepers | 8.80 | $356.02 | $3,133.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 9.90 | |
| Postage | 230.36 | |
| Total Disbursements | | $240.26 |

**Total For This Matter** **$3,373.26**


ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/11 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expenses for July-Sept 2010; request same from accounting. | 0.20 |
| 02/03/11 | D. Fullem | Review and revise expense spreadsheet; e-mail same to B. Ruhlander. | 0.50 |
| 02/14/11 | D. Fullem | Review January prebill. | 1.00 |
| 02/14/11 | D. Felder | Review January prebill. | 1.00 |
| 02/15/11 | D. Fullem | Prepare e-mail to accounting to confirm rates for Westlaw and Lexis in the Grace January prebill. | 0.20 |
| 02/17/11 | D. Fullem | Review accounting e-mail re Westlaw; inform P. Reyes re same. | 0.20 |
| 02/18/11 | D. Fullem | Review January prebill and prepare follow-up items to accounting regarding certain expense items. | 0.50 |
| 02/18/11 | D. Fullem | Review recent payment for November invoice. | 0.20 |
| 02/18/11 | D. Fullem | Update fee/expense charts and circulate. | 0.30 |
| 02/18/11 | D. Fullem | Prepare CNO for December fee application; coordinate filing and serving of same. | 0.50 |
| 02/18/11 | D. Felder | Review CNO for Orrick's December fee application. | 0.10 |
| 02/24/11 | D. Fullem | Prepare draft of January fee application. | 1.00 |
| 02/24/11 | D. Felder | Review January fee application. | 0.20 |
| 02/24/11 | R. Wyron | Review January monthly fee application and provide comments re same. | 0.40 |
| 02/25/11 | D. Fullem | Confer with D. Felder and R. Wyron regarding January fee application (.2); prepare revisions to same (.6); obtain signatures (.1); coordinate final fee application and exhibits for electronic filing/serving (.3). | 1.20 |
| 02/25/11 | R. Wyron | Review January fee application. | 0.30 |
| 02/28/11 | D. Fullem | Review status of accounts, update recent payment information, and circulate updated charts. | 0.30 |

| | | |
|---|---|---|
| Total Hours | 8.10 | |
| Total For Services | | $3,050.00 |

ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.30 | 645.00 | 838.50 |
| Debra O. Fullem | 6.10 | 265.00 | 1,616.50 |
| Richard H. Wyron | 0.70 | 850.00 | 595.00 |
| Total All Timekeepers | 8.10 | $376.54 | $3,050.00 |

**Total For This Matter** **$3,050.00**



ORRICK

March 15, 2011
Invoice No. 1298699

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

For Legal Services Rendered Through February 28, 2011 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 02/13/11 | R. Wyron | Travel to Wilmington for hearing. | 2.20 |
| 02/13/11 | R. Frankel | Travel to Wilmington. | 1.00 |
| 02/14/11 | R. Wyron | Return from Wilmington. | 2.20 |
| 02/14/11 | R. Frankel | Travel from Wilmington. | 2.20 |
| 02/23/11 | R. Wyron | Travel to Philadelphia for District Court status conference. | 4.40 |
| 02/23/11 | R. Frankel | Travel to and from Philadelphia. | 2.70 |

| | | |
|---|---|---|
| Total Hours | 14.70 | |
| Total For Services | | $6,645.75 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 5.90 | 492.50 | 2,905.75 |
| Richard H. Wyron | 8.80 | 425.00 | 3,740.00 |
| Total All Timekeepers | 14.70 | $452.09 | $6,645.75 |

**Total For This Matter** **$6,645.75**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 256.60 | |
| Total Fees, all Matters | | $195,201.25 |
| Total Disbursements, all Matters | | $3,054.18 |
| Total Amount Due | | $198,255.43 |