# Exhibit A

91100-001\DOCS_DE:168678.1

## W.R. Grace – 38th Interim Period (July – September 2010)
## Fee and Expense Chart with Recommendations
## Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25748 | TOTAL: | $522,461.00 | $8,741.24 | $522,461.00 | $2,732.24 |

| JANET S. BAER, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25753 | TOTAL: | $368,962.50 | $3,371.55 | $368,962.50 | $3,371.55 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25983 | TOTAL: | $60,000.00 | $111.90 | $60,000.00 | $111.90 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25948 | TOTAL: | $48,387.50 | $504.71 | $48,387.50 | $504.71 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25765 | TOTAL: | $6,938.50 | $2,211.11 | $6,938.50 | $2,211.11 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26197 | TOTAL: | $175,000.00 | $8,639.87 | $175,000.00 | $8,122.41 |

1

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26387 | TOTAL: | $59,775.00 | $7,105.69 | $59,775.00 | $7,105.69 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25751 | TOTAL: | $37,149.00 | $3,301.36 | $37,149.00 | $3,301.36 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25756 | TOTAL: | $31,924.50 | $2,988.21 | $31,924.50 | $2,988.21 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25842 | TOTAL: | $161,303.00 | $498.88 | $161,303.00 | $498.88 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25816 | TOTAL: | $32,562.00 | $37,623.49 | $32,562.00 | $37,623.49 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25750 | TOTAL: | $29,189.50 | $46.69 | $29,189.50 | $46.69 |

| DAY PITNEY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25768 | TOTAL: | $75,532.50 | $44.57 | $75,532.50 | $44.57 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25977 | TOTAL: $20,520.00 | $1,182.88 | $20,520.00 | $1,182.88 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25745 | TOTAL: $26,451.00 | $1,713.24 | $26,451.00 | $1,713.24 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25743 | TOTAL: $27,671.00 | $133.74 | $27,671.00 | $133.74 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26070 | TOTAL: $4,850.00 | $1,695.60 | $4,850.00 | $1,695.60 |

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25759 | TOTAL: $57,079.00 | $2,676.04 | $57,079.00 | $2,676.04 |

| HOLME ROBERTS & OWEN, LLP (36th)[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26343 | TOTAL: $52,126.00 | $3,434.01 | $52,126.00 | $3,434.01 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25852 | TOTAL: $562,760.50 | $23,282.73 | $562,760.50 | $17,430.32 |

---

[1] The Thirty-Sixth Interim Period encompasses January through March, 2010.

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25778 TOTAL: | $5,229.00 | $131.96 | $5,229.00 | $131.96 |

| LAUZON BÉLANGER LESPÉRANCE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25761 TOTAL: | CDN $7,075.60 | CDN $1,456.13 | CDN $7,075.60 | CDN $1,456.13 |

| LINCOLN PARTNERS ADVISORS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26075 TOTAL: | $165,000.00 | $451.81 | $165,000.00 | $451.81 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25696 TOTAL: | CDN $12,294.00 | CDN $280.49 | CDN $12,294.00 | CDN $280.49 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26076 TOTAL: | $321,026.50 | $4,390.47 | $321,026.50 | $4,390.47 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25917 TOTAL: | $88,098.50 | $85,816.65 | $88,098.50 | $85,816.65 |

4

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25763 | TOTAL: $713,576.04 | $12,626.30 | $712,554.20 | $12,626.30 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25738 | TOTAL: $18,657.00 | $971.94 | $18,657.00 | $971.94 |

| ALAN B. RICH | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25739 | TOTAL: $23,460.00 | $511.00 | $23,460.00 | $511.00 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25741 | TOTAL: $450.00 | $30.00 | $450.00 | $30.00 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25786 | TOTAL: $32,623.00 | $412.65 | $32,623.00 | $412.65 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25760 | TOTAL: CDN $33,730.00 | CDN $5,817.79 | CDN $33,730.00 | CDN $5,817.79 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25721 TOTAL: | $45,116.75 | $3,433.43 | $45,116.75 | $3,433.43 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26204 TOTAL: | $11,840.50 | $15.30 | $11,840.50 | $15.30 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25766 TOTAL: | $69,080.00 | $627.96 | $69,080.00 | $627.96 |

| TOWERS WATSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26342 TOTAL: | $4,153.50 | $0.00 | $4,153.50 | $0.00 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25815 TOTAL: | $14,731.50 | $591.84 | $14,731.50 | $591.84 |

6