```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2104578
Richard C. Finke                          Invoice Date       03/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

===========================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

```
      Fees                             2,212.00
      Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $2,212.00
                                                          =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2104578
Richard C. Finke                          Invoice Date        03/25/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         50001
Columbia, MD  21044


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

   Date    Name                                                   Hours
   ------- ----------                                              -----

02/03/11 Espinosa        Begin to review Plaintiff's               1.00
                         workers' compensation files.

02/03/11 Espinosa        Draft letter to the workers'               .30
                         compensation attorneys.

02/10/11 Espinosa        Review client files and begin to          1.80
                         draft chronology of events.

02/16/11 Espinosa        Work on drafting chronology of key        2.90
                         events.

02/18/11 Espinosa        Review manager files and continue        1.20
                         to work on chronology of key
                         events.

02/21/11 Espinosa        Continue work on chronology of key         .70
                         events.
                                                                  ------
                                               TOTAL HOURS         7.90


TIME SUMMARY              Hours       Rate         Value
--------------------      ---------------------    -------
Stephanie Henderson Espin  7.90 at $  280.00  =   2,212.00

                CURRENT FEES                                    2,212.00


                                                              ------------
                TOTAL BALANCE DUE UPON RECEIPT                  $2,212.00
                                                              ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2104579
Richard C. Finke                          Invoice Date        03/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                 1,986.00
     Expenses                                 0.00

                  TOTAL BALANCE DUE UPON RECEIPT       $1,986.00
                                                       ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                        Invoice Number      2104579
  Richard C. Finke                        Invoice Date       03/25/11
  Assistant General Counsel - Litigation  Client Number       172573
  7500 Grace Drive                        Matter Number        60026
  Columbia, MD  21044


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

    Date    Name                                                    Hours
   -------  -----------                                              -----

  02/03/11  Ament        Telephone call from R. Baker at             .30
                         Judge Fitzgerald's office re:
                         preliminary agenda (.10); e-mail
                         to P. Cuniff re: same (.10);
                         follow-up telephone call to R.
                         Baker re: same (.10).

  02/03/11  Cameron      Review Confirmation Order and              1.70
                         Opinion

  02/08/11  Ament        Conference call with J. Restivo             .10
                         re: 2/14/11 hearing relating to
                         Garlock.

  02/09/11  Ament        Meet with J. Restivo and assist             .20
                         with preparation for hearing
                         relating to Garlock.

  02/11/11  Ament        Attention to issues relating to             .20
                         2/14/11 hearing re: Garlock (.10);
                         e-mails re: same (.10).

  02/14/11  Cameron      Review Anderson Memorial motion             .90
                         regarding objections

  02/17/11  Ament        Order transcript relating to                .20
                         Garlock (.10); e-mail same to team
                         (.10).

  02/21/11  Ament        Download Garlock exhibits from              .40
                         2/14/11 hearing in DE and provide
                         to J. Restivo per request.
```

```
172573  W. R. Grace & Co.                            Invoice Number   2104579
60026   Litigation and Litigation Consulting         Page     2
        March 25, 2011


   Date    Name                                                        Hours
 --------  -----------                                                  -----

02/28/11 Ament              Review and respond to e-mail re:             .20
                            3/28/11 omnibus hearing (.10);
                            scan and e-mail schedule of
                            omnibus hearing and filing
                            deadlines (.10).
                                                                       ------
                                              TOTAL HOURS                4.20


TIME SUMMARY                  Hours          Rate            Value
-------------------------   ---------------------------    -------
Douglas E. Cameron           2.60  at  $  650.00   =       1,690.00
Sharon A. Ament              1.60  at  $  185.00   =         296.00

                           CURRENT FEES                                1,986.00

                                                                    ------------
                           TOTAL BALANCE DUE UPON RECEIPT              $1,986.00
                                                                    ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      2104580
5400 Broken Sound Blvd., N.W.              Invoice Date        03/25/11
Boca Raton, FL 33487                       Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.

(60027)   Travel-Nonworking

```
    Fees                                3,590.00
    Expenses                                0.00

                  TOTAL BALANCE DUE UPON RECEIPT           $3,590.00
                                                         ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W. R. Grace                          Invoice Number     2104580
  5400 Broken Sound Blvd., N.W.        Invoice Date      03/25/11
  Boca Raton, FL 33487                 Client Number      172573
                                       Matter Number       60027


===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

   Date    Name                                               Hours
   ------- -----------                                        -----

02/21/11 Rea              One-half non-working travel time     2.00
                          to SF for DGS mediation.

02/23/11 Flatley          One-half of non-working travel time  4.00
                          On return from DGS mediation in San
                          Francisco.

                                                              ------
                                          TOTAL HOURS          6.00


TIME SUMMARY              Hours        Rate        Value
-----------------------   ---------------------    -------
Lawrence E. Flatley       4.00  at  $ 655.00  =   2,620.00
Traci Sands Rea           2.00  at  $ 485.00  =     970.00

                          CURRENT FEES                         3,590.00

                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $3,590.00
                                                              ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                       Invoice Number     2104581
    Richard C. Finke                       Invoice Date       03/25/11
    Assistant General Counsel - Litigation Client Number       172573
    7500 Grace Drive
    Columbia, MD  21044



===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                           2,921.00
      Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $2,921.00
                                                         =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number       2104581
Richard C. Finke                           Invoice Date         03/25/11
Assistant General Counsel - Litigation     Client Number         172573
7500 Grace Drive                           Matter Number          60029
Columbia, MD  21044
```

===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

| Date | Name | | Hours |
|------|------|--|------|
| 02/01/11 | Cameron | Review/revise fee application materials. | .30 |
| 02/05/11 | Cameron | Continue work on fee application materials. | .50 |
| 02/07/11 | Muha | Review/revise Jan. 2010 fee application materials. | .50 |
| 02/09/11 | Ament | E-mails with J. Lord re: quarterly fee application. | .10 |
| 02/09/11 | Lord | Work on quarterly fee application (.4); update service for same (.4). | .80 |
| 02/10/11 | Ament | Begin drafting quarterly narrative and summary. | .30 |
| 02/11/11 | Ament | Calculate fees and expenses for quarterly fee application (.60); prepare spreadsheet re: same (.50); continue drafting summary and narrative re: same (.40); provide to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10); finalize 39th quarterly fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.90 |

```
172573 W. R. Grace & Co.                              Invoice Number   2104581
60029  Fee Applications-Applicant                     Page     2
       March 25, 2011


    Date     Name                                                         Hours
   --------  -----------                                                  -----

   02/14/11  Ament          E-mails with J. Lord re: quarterly             .30
                            fee application and attention to
                            issues re: same.

   02/14/11  Lord           Revise, e-file and serve Reed                 1.50
                            Smith 39th quarterly fee
                            application.

   02/16/11  Muha           Revise Jan. 2011 fee and expense               .40
                            detail for preparation of fee
                            application.

   02/17/11  Ament          Review various e-mails re: Jan.                .10
                            monthly fee application.

   02/17/11  Lord           Draft CNO to Reed Smith December               .30
                            monthly fee application.

   02/21/11  Ament          Review e-mail re: Jan. monthly fee             .10
                            application.

   02/24/11  Ament          Review invoices relating to Jan.               .70
                            monthly fee application and begin
                            preparing spreadsheets re: same.

   02/25/11  Ament          Calculate fees and expenses for               1.30
                            Jan. monthly fee application
                            (.50); draft Jan. monthly fee
                            application (.30); continue
                            preparing spreadsheets re: same
                            (.20); provide same to A. Muha for
                            review (.10); e-mail to J. Lord
                            re: CNO for Dec. monthly fee
                            application (.10); meet with A.
                            Muha re: Jan. monthly fee
                            application (.10).

   02/28/11  Ament          Review e-mail from J. Lord re: CNO             .50
                            for Dec. monthly fee application
                            (.10); finalize Jan. monthly fee
                            application (.10); e-mail same to
                            J. Lord for filing (.10);
                            attention to billing matters
                            (.10); e-mail to D. Cameron and A.
                            Muha re: same (.10).

   02/28/11  Lord           E-file and serve CNO to Reed Smith            1.60
                            December monthly fee application
                            (.3); revise, e-file and serve
                            Reed Smith January monthly fee
                            application (1.3).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2104581
60029  Fee Applications-Applicant               Page    3
       March 25, 2011


    Date   Name                                                     Hours
   ------- -----------                                               -----


                                                                    ------
                                             TOTAL HOURS             11.20


  TIME SUMMARY                  Hours        Rate          Value
  ------------------------      ------------------------   -------
  Douglas E. Cameron            0.80   at  $ 650.00    =     520.00
  Andrew J. Muha                0.90   at  $ 435.00    =     391.50
  John B. Lord                  4.20   at  $ 245.00    =   1,029.00
  Sharon A. Ament               5.30   at  $ 185.00    =     980.50

                                CURRENT FEES                              2,921.00


                                                                      ------------
                                TOTAL BALANCE DUE UPON RECEIPT          $2,921.00
                                                                      ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number      2104582
  Richard C. Finke                        Invoice Date        03/25/11
  Assistant General Counsel - Litigation  Client Number        172573
  7500 Grace Drive
  Columbia, MD  21044




==============================================================================

Re: W. R. Grace & Co.


  (60033)  Claim Analysis Objection Resolution & Estimation
           (Asbestos)

      Fees                              30,794.00
      Expenses                               0.00

                 TOTAL BALANCE DUE UPON RECEIPT       $30,794.00
                                                    ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2104582
Richard C. Finke                              Invoice Date       03/25/11
Assistant General Counsel - Litigation        Client Number        172573
7500 Grace Drive                              Matter Number         60033
Columbia, MD  21044
```

==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 02/01/11 | Restivo | Mark-up draft position paper. | .80 |
| 02/02/11 | Cameron | Review DGS materials re mediation | .80 |
| 02/02/11 | Rea | Emails re: mediation brief. | .10 |
| 02/03/11 | Flatley | Emails from R. Finke and T. Rea and replies (0.2); review and revise draft mediation statement, including reviewing R. Finke changes (0.9); review confirmation opinion and order (1.1). | 2.20 |
| 02/04/11 | Flatley | Note for T. Rea re: mediation statement draft. | .20 |
| 02/07/11 | Rea | Revisions to mediation statement for DGS mediation. | 2.40 |
| 02/08/11 | Rea | Finalize mediation statement. | .80 |
| 02/09/11 | Rea | Continue work on finalizing mediation statement. | .60 |
| 02/10/11 | Flatley | With T. Rea about mediation plans (0.3); review revised mediation statement draft (0.9); follow-up with T. Rea about mediation statement draft (0.2). | 1.40 |

172573  W. R. Grace & Co.                                    Invoice Number   2104582
60033   Claim Analysis Objection Resolution & Estimation  Page    2
        (Asbestos)
        March 25, 2011

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/10/11 | Rea | Conferences with L. Flatley re: mediation (.5); preparation for DGS mediation (.4). | .90 |
| 02/11/11 | Rea | E-mails re: status conference. | .10 |
| 02/14/11 | Cameron | Review materials re mediation statement and mediation prep (.30); review materials re status conference (.20) | .50 |
| 02/14/11 | Flatley | T. Rea email and reply. | .10 |
| 02/14/11 | Rea | Service of mediation statement. | .30 |
| 02/15/11 | Flatley | Emails to/from T. Rea re: mediation statement status. | .10 |
| 02/15/11 | Rea | Review of DGS mediation statement and preparation for mediation. | .50 |
| 02/16/11 | Flatley | Preliminary review of DGS mediation statement (0.3); messages for T. Rea and for R. Finke (0.1); call with R. Finke re: mediation strategy and follow-up on call (0.7); call with T. Rea about R. Finke call (0.1); organizing for mediation (0.2). | 1.40 |
| 02/16/11 | Rea | Preparation for DGS mediation. | .70 |
| 02/17/11 | Cameron | Review mediation materials | .70 |
| 02/17/11 | Flatley | Preparation for mediation (1.0); with T. Rea re: mediation (0.1). | 1.10 |
| 02/18/11 | Flatley | Preparation for mediation on trip to San Francisco. | 6.80 |
| 02/18/11 | Rea | Preparation for DGS mediation. | .50 |
| 02/19/11 | Cameron | Review mediation statements | .80 |
| 02/21/11 | Flatley | At Reed Smith San Francisco office for preparation for mediation, including with R. Finke and T. Rea (3.8); other preparation for mediation, including outlining oral presentation for first part | 7.30 |

```
172573 W. R. Grace & Co.                         Invoice Number   2104582
60033  Claim Analysis Objection Resolution & EstimationPage    3
       (Asbestos)
       March 25, 2011


   Date    Name                                                    Hours
 --------  -----------                                              -----

                        of the mediation (3.5).

 02/21/11 Rea           Preparation for DGS mediation.              2.50

 02/22/11 Flatley       Review notes in preparation for             8.00
                        mediation (0.8); attend and
                        participate in San Francisco
                        mediation with R. Finke and T.
                        Rea, and follow-up with R. Finke
                        (7.2).

 02/22/11 Rea           Preparation for and participation           8.00
                        in DGS mediation.

 02/24/11 Cameron       Review materials re settlement               .50
                        with DGS

 02/24/11 Flatley       Attend to various issues to follow          1.40
                        up on mediation in San Francisco.
                                                                  ------
                                          TOTAL HOURS              51.50


 TIME SUMMARY                   Hours         Rate          Value
 ------------------------       ---------------------       -------
 Lawrence E. Flatley            30.00  at  $  655.00  =    19,650.00
 Douglas E. Cameron              3.30  at  $  650.00  =     2,145.00
 James J. Restivo Jr.            0.80  at  $  700.00  =       560.00
 Traci Sands Rea                17.40  at  $  485.00  =     8,439.00

                        CURRENT FEES                                    30,794.00

                                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT                  $30,794.00
                                                                      ============
```