REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   2104604 |
| Richard C. Finke | Invoice Date     03/25/11 |
| Assistant General Counsel - Litigation | Client Number    172573 |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

================================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

|  |  |
|---|---|
| Fees | 0.00 |
| Expenses | 87.98 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$87.98** |

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2104604
Richard C. Finke                         Invoice Date        03/25/11
Assistant General Counsel - Litigation   Client Number        172573
7500 Grace Drive                         Matter Number         50001
Columbia, MD  21044


==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                         5.28
    Documentation Charge                         82.50
    Duplicating/Printing/Scanning                 0.20

                 CURRENT EXPENSES                                  87.98
                                                             --------------

                 TOTAL BALANCE DUE UPON RECEIPT                   $87.98
                                                             ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


 W.R. Grace & Co.                         Invoice Number      2104604
 Richard C. Finke                         Invoice Date       03/25/11
 Assistant General Counsel - Litigation   Client Number       172573
 7500 Grace Drive                         Matter Number         50001
 Columbia, MD  21044


==============================================================================

Re: (50001)   Correa v. W.R. Grace



FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/19/11    Documentation Charge Orange County Court           82.50
            Documents

01/31/11    Duplicating/Printing/Scanning                        .20
            ATTY # 000349: 2 COPIES

01/31/11    PACER                                               2.64

01/31/11    PACER                                               2.64

                        CURRENT EXPENSES                       87.98
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $87.98
                                                          ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                      Invoice Number        2104605
  Richard C. Finke                      Invoice Date         03/25/11
  Assistant General Counsel - Litigation Client Number         172573
  7500 Grace Drive
  Columbia, MD   21044



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                      0.00
    Expenses                                135.37

                   TOTAL BALANCE DUE UPON RECEIPT            $135.37
                                                      ==============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number     2104605
   Richard C. Finke                         Invoice Date       03/25/11
   Assistant General Counsel - Litigation   Client Number       172573
   7500 Grace Drive                         Matter Number        60026
   Columbia, MD  21044


==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                         12.48
     Duplicating/Printing/Scanning                 11.70
     Postage Expense                                6.24
     Transcript Expense                            26.70
     Courier Service - Outside                     20.25
     Legal Services                                58.00

              CURRENT EXPENSES                                  135.37
                                                             -------------

              TOTAL BALANCE DUE UPON RECEIPT                   $135.37
                                                             =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2104605
Richard C. Finke                              Invoice Date       03/25/11
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive                              Matter Number        60026
Columbia, MD  21044
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/27/10 | Legal Services<br>Court - Other - VENDOR: Douglas E. Cameron, Dec | 58.00 |
| 01/31/11 | PACER | 6.24 |
| 01/31/11 | PACER | 6.24 |
| 02/01/11 | Postage Expense | 3.46 |
| 02/11/11 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 02/15/11 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - US Bankruptcy Court - Judith Fitzgerald - 1/31/11 | 20.25 |
| 02/28/11 | Transcript Expense -- VENDOR: ELAINE M. RYAN: 2/14/11 Hearing Transcript | 26.70 |
| 02/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 111 COPIES | 11.10 |
| 02/28/11 | Postage Expense | 2.78 |

```
                          CURRENT EXPENSES                  135.37
                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $135.37
                                                       ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2104606
Richard C. Finke                         Invoice Date       03/25/11
Assistant General Counsel - Litigation   Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                         0.00
    Expenses                                11,660.11

                   TOTAL BALANCE DUE UPON RECEIPT        $11,660.11
                                                         ==========

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       2104606
Richard C. Finke                          Invoice Date         03/25/11
Assistant General Counsel - Litigation    Client Number         172573
7500 Grace Drive                          Matter Number          60033
Columbia, MD  21044


==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                              15.00
    PACER                                        0.72
    Duplicating/Printing/Scanning               60.40
    Postage Expense                             17.40
    Courier Service - Outside                   42.99
    Legal Services                              58.00
    Lodging                                    681.46
    Parking/Tolls/Other Transportation          28.00
    Air Travel Expense                         541.40
    Taxi Expense                                90.00
    Mileage Expense                             30.60
    Meal Expense                                69.14
    General Expense                         10,025.00

               CURRENT EXPENSES                           11,660.11
                                                        -------------

               TOTAL BALANCE DUE UPON RECEIPT           $11,660.11
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                            Invoice Number      2104606
Richard C. Finke                            Invoice Date       03/25/11
Assistant General Counsel - Litigation      Client Number       172573
7500 Grace Drive                            Matter Number         60033
Columbia, MD  21044
```

===============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/13/10 | Legal Services Court - Other - VENDOR: James J. Restivo Jr., December, 2010. | 58.00 |
| 12/31/10 | PACER | .72 |
| 01/21/11 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel agent fee for booking flight from Pittsburgh, PA for DGS mediation. | 24.00 |
| 01/21/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley - - coach airfare from PIT to SF for DGS mediation. | 467.40 |
| 02/08/11 | Duplicating/Printing/Scanning ATTY # 1398; 91 COPIES | 9.10 |
| 02/10/11 | Binding Charge | 15.00 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to Steven J. Mandelsber Hahn & Hessen LLP (NEW YORK NY 10022). | 17.89 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to RICHARD C. FINKE, ES W.R. GRACE & CO (COLUMBIA MD 21044). | 12.55 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to Jean Riffe JAMS PHILADELPHIA RESOLUTIO (PHILADELPHIA PA 19103). | 12.55 |

```
172573  W. R. Grace & Co.                              Invoice Number   2104606
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        March 25, 2011
```

| Date | Description | Amount |
|---|---|---|
| 02/16/11 | General Expense -- VENDOR: JAMS, INC.: mediation fees for 2.22.11 mediation | 10025.00 |
| 02/16/11 | Duplicating/Printing/Scanning ATTY # 1398; 513 COPIES | 51.30 |
| 02/16/11 | Postage Expense Postage Expense: ATTY # 001398 User: Charneicki, | 17.40 |
| 02/18/11 | Taxi Expense - VENDOR: Lawrence E. Flatley - - Taxi from San Francisco Airport to hotel (DGS mediation). | 45.00 |
| 02/18/11 | Air Travel Expense Baggage Fees - VENDOR: Lawrence E. Flatley, Feb Checking one bag on flight from Pittsburgh, PA to San Francisco, CA (DGS mediation). | 25.00 |
| 02/18/11 | Mileage Expense - VENDOR: Lawrence E. Flatley - - Mileage from Pittsburgh office to Pittsburgh airport (DGS mediation). | 15.30 |
| 02/22/11 | Meal Expense - VENDOR: Lawrence E. Flatley - - one dinner during travel for DGS mediation (2/22/2011). | 51.50 |
| 02/23/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Lawrence E. Flatley - - two days' parking at PIT airport for DGS mediation in SF. | 28.00 |
| 02/23/11 | Meal Expense - ENDOR: Lawrence E. Flatley - - one lunch during travel for DGS mediation (2/23/2011). | 17.64 |
| 02/23/11 | Lodging - VENDOR: Lawrence E. Flatley, Feb 23, 2011-- two nights' stay for DGS mediation in SF. | 681.46 |
| 02/23/11 | Air Travel Expense Baggage Fees - VENDOR: Lawrence E. Flatley, Feb Checking one bag on flight from San Francisco, CA to Pittsburgh, PA (DGS mediation). | 25.00 |
| 02/23/11 | Mileage Expense - VENDOR: Lawrence E. Flatley - - Mileage from Pittsburgh airport to Pittsburgh office (DGS mediation). | 15.30 |
| 02/23/11 | Taxi Expense - VENDOR: Lawrence E. Flatley - - Taxi from hotel to San Francisco, CA airport (DGS mediation). | 45.00 |

```
172573  W. R. Grace & Co.                           Invoice Number    2104606
 60033  Claim Analysis Objection Resolution & Estimation Page     3
        (Asbestos)
        March 25, 2011


                         CURRENT EXPENSES                    11,660.11
                                                            ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $11,660.11
                                                            ============
```