# Exhibit A

DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

March 10, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1644809 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 02/28/2011 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 24.60 | hrs. at | $745.00 | /hr. = | $18,327.00 | |
| JH LEMKIN | PARTNER | 15.40 | hrs. at | $435.00 | /hr. = | $6,699.00 | |
| WS KATCHEN | OF COUNSEL | 18.90 | hrs. at | $835.00 | /hr. = | $15,781.50 | |
| S LENKIEWICZ | PARALEGAL | 8.10 | hrs. at | $175.00 | /hr. = | $1,417.50 | |
| | | | | | | | $42,225.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| COURT COSTS | 93.00 | |
| COURT SEARCH SERVICE | 22.62 | |
| FILING FEES | 510.00 | |
| MESSENGER SERVICE | 40.00 | |
| POSTAGE | 116.54 | |
| PRINTING & DUPLICATING - EXTERNAL | 318.16 | |
| TRAVEL - LOCAL | 71.74 | |
| TRAVEL AWAY FROM HOME | 23.25 | |
| TOTAL DISBURSEMENTS | | $1,195.31 |
| BALANCE DUE THIS INVOICE | | $43,420.31 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/9/2011 | 004 | S LENKIEWICZ | REVIEW EMAIL FROM M. MAGAZEN RE SERVICE OF APPEAL (.1); REVIEW DOCKET (.2); EMAIL M. MAGAZEN RE SAME (.1) | 0.40 | $70.00 |
| 2/10/2011 | 004 | S LENKIEWICZ | FINALIZE APPEAL AND EXHIBITS FOR E-FILING (.4); PREPARE CERTIFICATE OF SERVICE (.3); RECEIPT AND REVIEW OF EMAIL FROM M. LASTOWSKI RE HOOLD OFF ON FILING (.1) | 0.80 | $140.00 |
| 2/17/2011 | 004 | S LENKIEWICZ | FINALIZE SUPPLEMENTAL NOTICE OF APPEAL FOR E-FILING (.1); PREPARE EXHIBIT (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME AND FORWARD AS-FILED COPY TO CO-COUNSEL (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.90 | $332.50 |

File # K0248-00001 INVOICE # 1644809
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: OPINION. | 0.50 | $417.50 |
| 2/2/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.30 | $250.50 |
| 2/3/2011 | 007 | WS KATCHEN | EMAIL STROOCK ON RESEARCH ISSUE. | 0.40 | $334.00 |
| 2/3/2011 | 007 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH STROOCK ON FEB. 4TH. | 0.50 | $417.50 |
| 2/3/2011 | 007 | WS KATCHEN | EMAIL COMMITTEE MEMBER. | 0.30 | $250.50 |
| 2/3/2011 | 007 | WS KATCHEN | ADDITIONAL RESEARCH PLAN ISSUE. | 0.80 | $668.00 |
| 2/3/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE AND EMAIL COMMITTEE MEMBERS. | 0.20 | $167.00 |
| 2/3/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK RE: PLAN ISSUE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | 2D TELEPHONE CONFERENCE WITH COMMITTEE MEMBER. | 0.40 | $334.00 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE RE: CONFIRMATION ISSUE. | 0.30 | $250.50 |
| 2/4/2011 | 007 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH COMMITTEE MEMBER. | 0.50 | $417.50 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO ON CONFIRMATION/APPEAL ISSUES. | 0.40 | $334.00 |
| 2/4/2011 | 007 | WS KATCHEN | REPLY TO STROOCK. | 0.10 | $83.50 |
| 2/7/2011 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL FEB. 8TH - ADDITIONAL RESEARCH RE: PLAN ISSUES. | 1.60 | $1,336.00 |
| 2/8/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: PLAN ISSUES. | 0.40 | $334.00 |
| 2/8/2011 | 007 | WS KATCHEN | RESEARCH AND PREPARATION MEMO TO STROOCK | 0.60 | $501.00 |
| 2/8/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL - PLAN ISSUES. | 0.40 | $334.00 |
| 2/11/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $167.00 |
| 2/19/2011 | 007 | WS KATCHEN | PREPARE MEMO TO STROOCK. | 0.40 | $334.00 |
| | | | Code Total | 8.90 | $7,431.50 |

File # K0248-00001 INVOICE # 1644809
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/4/2011 | 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS LLP JANUARY 2011 INVOICE AND REVIEW SAME | 0.30 | $52.50 |
| 2/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 107TH MONTHLY FEE APPLICATION | 0.20 | $35.00 |
| 2/23/2011 | 012 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 107TH MONTHLY FEE APPLICATION | 0.20 | $35.00 |
| 2/28/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 108TH MONTHLY FEE APPLICATION (.5); EFILE SAME (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
March 10, 2011
Page 5

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 82ND MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); PREPARE NOTICE (.1); EFILE APPLICATION AND FORWARD AS-FILED COPY TO D. MOHAMMAD (.3) | 0.60 | $105.00 |
| 2/18/2011 | 013 | S LENKIEWICZ | PREPARATION OF NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION (.2); EFILE SAME (.1); PREPARE REVISED CERTIFICATE OF NO OBJECTION AND EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $105.00 |
| 2/22/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING 117TH MONTHLY FEE APPLICATION OF SSL (.2) | 0.30 | $52.50 |
| 2/23/2011 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 117TH MONTHLY FEE APPLICATION OF SSL | 0.20 | $35.00 |
| 2/23/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 83RD MONTHLY FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD VIA EMAIL (.1) | 0.50 | $87.50 |
| 2/25/2011 | 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE 28TH QUARTERLY APPLICATION FEE APPLICATION (.2); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); FINALIZE CAPSTONE 28TH QUARTERLY FEE APPLICATION AND E-FILE SAME (.3); COORDINATE SERVICE OF NOTICE OF APPLICATION (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.00 | $175.00 |
| 2/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 118TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 3.70 | $647.50 |

File # K0248-00001 INVOICE # 1644809
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/10/2011 | 015 | MR LASTOWSKI | REVIEW 2/14/11 AGENDA AND ITEMS IDENTIFIED THEREIN | 2.10 | $1,564.50 |
| 2/13/2011 | 015 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL (DEBTORS' COUNSEL) RE: AMENDED HEARING AGENDA | 0.10 | $74.50 |
| 2/13/2011 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER (DEBTORS' COUNSEL) RE: DRAFT ORDER FOR CLARIFICATION | 0.20 | $149.00 |
| 2/14/2011 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 4.20 | $3,129.00 |
| | | | Code Total | 6.60 | $4,917.00 |

Duane Morris
March 10, 2011
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2011 | 016 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI LITIGATION STRATEGY ISSUE. | 0.20 | $167.00 |
| | | | Code Total | 0.20 | $167.00 |

DUANE MORRIS LLP



File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: PROPOSED FINDINGS AND CONCLUSIONS | 0.10 | $74.50 |
| 2/1/2011 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PLAN CONFIRMATION ORDER AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 2.10 | $1,564.50 |
| 2/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/2/2011 | 017 | JH LEMKIN | LEGAL RESEARCH RE SOLVENCY / CONFIRMATION ISSUES. | 4.60 | $2,001.00 |
| 2/3/2011 | 017 | JH LEMKIN | CONFERRING WITH W. KATCHEN RE OPEN RESEARCH ISSUES. | 0.20 | $87.00 |
| 2/3/2011 | 017 | JH LEMKIN | COMMENCE ADDITIONAL RESEARCH RE STANDING ISSUE. | 0.70 | $304.50 |
| 2/3/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM W. KATCHEN RE: CONFIRMATION ORDER ISSUES | 0.20 | $149.00 |
| 2/3/2011 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: FINALITY OF CONFIRMATION ORDER | 0.60 | $447.00 |
| 2/3/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: CONFERENCE BEFORE JUDGE BUCKWALTER RE: CONFIRMATION ORDER ISSUES | 0.10 | $74.50 |
| 2/3/2011 | 017 | MR LASTOWSKI | REVIEW ORDER SCHEDULING STATUS CONFERENCE | 0.10 | $74.50 |
| 2/4/2011 | 017 | JH LEMKIN | INITIAL RESEARCH RE STANDING ISSUES. | 1.80 | $783.00 |
| 2/7/2011 | 017 | JH LEMKIN | FINISH UP RESEARCH AND MEMO/EMAILS TO W. KATCHEN RE SAME. | 2.90 | $1,261.50 |
| 2/7/2011 | 017 | JH LEMKIN | ADDITIONAL EMAILS / PHONE CALLS WITH W. KATCHEN REGARDING RESEARCH ON STANDING. | 0.40 | $174.00 |
| 2/8/2011 | 017 | MR LASTOWSKI | ANALYSIS OF ISSUES RELATING TO FINALITY OF CONFIRMATION ORDER | 0.60 | $447.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO R. ROWE RE: KURT PEREZ CLAIM | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | REVIEW DRAFT NOTICE OF APPEAL | 0.30 | $223.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MOTION FOR CLARIFICATION OF CONFIRMATION ORDER | 0.20 | $149.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |

Duane Morris
March 10, 2011
Page 9

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO W. KATCHEN RE: STATUS OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: STATUS CONFERENCE BEFORE JUDGE FITZGERALD | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.20 | $149.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CLARIFICATION OF CONFIRMATION ORDER | 0.40 | $298.00 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL (2ND) | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS CONFERENCE | 0.10 | $74.50 |
| 2/11/2011 | 017 | MR LASTOWSKI | TELEPHONIC CONFERENCE WITH JUDGE FITZGERALD RE: FINALITY OF CONFIRMATION ORDER | 0.80 | $596.00 |
| 2/11/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: JUDGE FITZGERALD'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE | 0.10 | $74.50 |
| 2/11/2011 | 017 | MR LASTOWSKI | REVIEW PRECAUTIONARY MOTION FOR AN EXTENSION OF TIME TO FILE CONFIRMATION APPEALS AND RELATED MOTION TO SHORTEN | 0.40 | $298.00 |
| 2/11/2011 | 017 | MR LASTOWSKI | REVIEW CONFIRMATION ORDER AND FINDINGS OF FACT/CONCLUSIONS OF LAW IN CONNECTION WITH STATUS CONFERENCE BEFORE JUDGE FITZGERALD | 0.70 | $521.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: NOTICE OF DISTRICT COURT HEARING | 0.10 | $74.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | ANALYSIS OF APPELLATE ISSUES | 0.60 | $447.00 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDER ON MOTION TO CLARIFY CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/15/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: ORDER EXTENDING TIME TO OBJECT TO CONFIRMATION ORDER | 0.10 | $74.50 |

DUANE MORRIS LLP


File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CLARIFICATION ORDER | 0.10 | $74.50 |
| 2/17/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: SUPPLEMENTAL NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/17/2011 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL NOTICE OF APPEAL | 0.20 | $149.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED APPELLATE BRIEFING SCHEDULE | 0.20 | $149.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: CURE EXHIBIT | 0.10 | $74.50 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW CONFORMED CONFIRMATION ORDER AND PLAN OF REORGANIZATION | 2.20 | $1,639.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW BLACKLINES TO PLAN EXHIBITS | 1.30 | $968.50 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW BLACKLINES TO PLAN EXHIBITS | 1.30 | $968.50 |
| 2/22/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED CONSENT AND SCHEDULING ORDER | 0.20 | $149.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM DISTRICT COURT RE: FILLING OF NOTICE OF APPEAL | 0.20 | $149.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | TRAVEL TO PHILADELPHIA FOR STATUS HEARING BEFORE JUDGE BUCKWALTER (1/2 TIME) | 0.50 | $372.50 |
| 2/23/2011 | 017 | MR LASTOWSKI | TRAVEL FROM PHILADELPHIA FOR STATUS HEARING BEFORE JUDGE BUCKWALTER (1/2 TIME) | 0.60 | $447.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | ATTEND STATUS HEARING BEFORE JUDGE BUCKWALTER | 1.10 | $819.50 |
| 2/23/2011 | 017 | MR LASTOWSKI | REVIEW REVISED GRACE ORDER AND SCHEDULE | 0.30 | $223.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS'S COUNSEL RE: RULE 9033 ORDER | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | REVIEW ORDER RE: 9033 OBJECTIONS | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | E-MAIL K. PASQUALE RE: ORDER RE: 9033 OBJECTIONS | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM DISTRICT COURT RE: CREATION OF MISCELLANEOUS MATTER TO ACCOMMODATE ENTRY OF RULE 9033 ORDER | 0.30 | $223.50 |
| | | | Code Total | 28.60 | $18,021.00 |

Duane Morris
March 10, 2011
Page 11

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2011 | 022 | JH LEMKIN | CONTINUED RESEARCH RE VALUATION AND RELATED ISSUES. | 0.80 | $348.00 |
| | | | Code Total | 0.80 | $348.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2011 | 025 | WS KATCHEN | SCHEDULING. | 0.10 | $83.50 |
| 2/1/2011 | 025 | WS KATCHEN | REVIEW MEMORANDUM OPINION RE: OBJECTIONS TO PLAN CONFIRMATION. | 1.60 | $1,336.00 |
| 2/1/2011 | 025 | WS KATCHEN | REVIEW PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW. | 0.80 | $668.00 |
| 2/2/2011 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON CONFIRMATION ISSUE. | 0.80 | $668.00 |
| 2/2/2011 | 025 | WS KATCHEN | RESEARCH APPEAL ISSUE. | 1.70 | $1,419.50 |
| 2/2/2011 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH J. LEMKIN RE: RESEARCH ISSUE. | 0.30 | $250.50 |
| 2/4/2011 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN RE RESEARCH ISSUES. | 0.20 | $87.00 |
| 2/4/2011 | 025 | WS KATCHEN | ADDITIONAL PREPARATION/RESEARCH PLAN CONFIRMATION ISSUE. | 0.70 | $584.50 |
| 2/4/2011 | 025 | WS KATCHEN | REVIEW/PROPOSE EDIT TO NOTICE OF APPEAL. | 0.30 | $250.50 |
| 2/4/2011 | 025 | WS KATCHEN | RULE 9033. | 0.20 | $167.00 |
| 2/7/2011 | 025 | WS KATCHEN | PLAN ISSUES RESEARCH. | 0.50 | $417.50 |
| 2/8/2011 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN AND FOLLOW UP RESEARCH RE STANDING ISSUES ON APPEAL. | 3.40 | $1,479.00 |
| 2/8/2011 | 025 | JH LEMKIN | E-MAILS TO W. KATCHEN RE APPEAL OF CONFIRMATION ORDER. | 0.40 | $174.00 |
| 2/14/2011 | 025 | S LENKIEWICZ | REVIEW REVISED NOTICE OF APPEAL AND PREPARE EXHIBIT (.3); REVISE CERTIFICATE OF SERVICE (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME AND CIRCULATE AS-FILED COPY VIA EMAIL (.3) | 1.10 | $192.50 |
| 2/17/2011 | 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE. | 0.60 | $501.00 |
| 2/17/2011 | 025 | WS KATCHEN | REVIEW BNSF MOTION FOR RECONSIDERATION. | 0.20 | $167.00 |
| 2/17/2011 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION FOR CLARIFICATION OF CONFIRMATION ORDER. | 0.30 | $250.50 |
| 2/19/2011 | 025 | WS KATCHEN | RESEARCH FOR APPEAL ISSUE. | 1.70 | $1,419.50 |
| | | | Code Total | 14.90 | $10,115.50 |

Duane Morris
March 10, 2011
Page 13

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| | | |
|---|---|---|
| TOTAL SERVICES | 67.00 | $42,225.00 |

DUANE MORRIS LLP

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1644809

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/28/2011 | PRINTING & DUPLICATING - EXTERNAL | | 318.16 |
| | | Total: | $318.16 |
| 2/28/2011 | POSTAGE | | 6.18 |
| 2/28/2011 | POSTAGE | | 110.36 |
| | | Total: | $116.54 |
| 2/28/2011 | TRAVEL - LOCAL | | 71.74 |
| | | Total: | $71.74 |
| 2/28/2011 | TRAVEL AWAY FROM HOME | | 23.25 |
| | | Total: | $23.25 |
| 2/28/2011 | COURT COSTS | | 93.00 |
| | | Total: | $93.00 |
| 2/28/2011 | MESSENGER SERVICE | | 30.00 |
| 2/28/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $40.00 |
| 2/14/2011 | FILING FEES FILING FEES AND RELATED ON 02/14/11 - MICHAEL R. LASTOWSKI - FILING FEE - NOTICE OF APPEAL | | 255.00 |
| 2/18/2011 | FILING FEES FILING FEES AND RELATED ON 02/18/11 - MICHAEL R. LASTOWSKI - FILING FEE - NOTICE OF APPEAL | | 255.00 |
| | | Total: | $510.00 |
| 2/28/2011 | COURT SEARCH SERVICE | | 11.60 |
| 2/28/2011 | COURT SEARCH SERVICE | | 11.02 |
| | | Total: | $22.62 |
| | TOTAL DISBURSEMENTS | | $1,195.31 |

File # K0248-00001 INVOICE # 1644809
W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 24.60 | 745.00 | 18,327.00 |
| 02907 | JH LEMKIN | PARTNER | 15.40 | 435.00 | 6,699.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 18.90 | 835.00 | 15,781.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.10 | 175.00 | 1,417.50 |
| | | | 67.00 | | $42,225.00 |