## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on March 28, 2011, I served the foregoing BNSF Railway Company's Designation Of Record And Statement Of Issues On Appeal (the "Statement") by causing copies thereof to be served via hand delivery upon the entities on the service list attached hereto as **Exhibit A.** I further certify that on March 28, 2011, I served the Statement by causing copies thereof to be served via first class mail, postage prepaid, upon the entities on the service list attached hereto as **Exhibit B.**

Dated: March 28, 2011
       Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ James C. Carignan
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302-777-6500

*Counsel to BNSF Railway Company*

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: 215-981-4000
Facsimile: 215-981-4750

- and –

Robert J. Phillips, Esq.
PHILLIPS LAW FIRM P.C.
283 West Front Street, Suite 301
P.O. Box 8569
Missoula, Montana 59807-8569
Telephone: 406-721-7880
Facsimile: 406-721-0058
*Co-counsel to BNSF Railway Company*

#14055630 v1

# EXHIBIT A

| | |
|---|---|
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Kathleen P. Makowski, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Counsel to Debtors | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Suite 2311<br>Wilmington, DE 19801 |
| Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Counsel to the Libby Claimants | Edward B. Rosenthal, Esq.<br>Rosenthal, Monhait & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070, 919 Market Street<br>Wilmington, DE 19899-1070<br>Counsel to the Libby Claimants |
| John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Counsel to David T. Austern, Asbestos PI Future Claimants' Representative | Mark T. Hurford, Esq.<br>Marla R. Eskin, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Counsel to Official Committee of Asbestos Personal Injury Claimants |
| Michael B. Joseph, Esq.<br>Lisa L. Coggins, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Counsel to Official Committee of Asbestos Property Damage Claimants | Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Counsel to Asbestos PD Future Claimants' Representative |
| Brett D. Fallon, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Counsel to Garlock Sealing Technologies LLC | Michael R. Lastowski, Esq.<br>Richard W. Riley<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Counsel to Official Committee of Unsecured Creditors |

#14055630 v1

-3-

| | |
|---|---|
| Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave #1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Counsel to Official Committee of Equity Securities Holders | Neil Glassman, Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Counsel to Post Petition DIP Lenders |
| Barry M. Klayman, Esq.<br>Cozen & O'Connor<br>Chase Manhattan Centre<br>1201 North Market St., Suite 1400<br>Wilmington, DE 19801<br>Counsel to Federal Insurance Company | John D. Demmy, Esq.<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Counsel to Fireman's Fund Insurance Company |
| Michael W. Yurkewicz, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, New England Reinsurance Corporation | David P. Primack, Esq.<br>Warren T. Pratt, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254<br>Counsel to Government Employees Insurance Company, Republic Insurance Company, OneBeacon America Insurance Company and Seaton Insurance Company |
| Jeffrey C. Wisler, Esq.<br>Marc J. Phillips, Esq.<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building, Esq.<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 1989<br>Counsel to Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd. | Ricardo Palacio, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Counsel to National Union Fire Insurance Company of Pittsburgh, PA |
| Richard S. Cobb, Esq.<br>James S. Green , Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>Counsel to Bank Lender Group | Robert J. Dehney, Esq.<br>Ann C. Cordo, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Counsel to Travelers Casualty and Surety Company |

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Counsel to Anderson Memorial Hospital, City of Vancouver and School District 68 Nanaimo-Ladysmith

Stuart M. Brown, Esq.
Robert C. Martin, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
Counsel to Morgan Stanley Senior Funding, Inc.

James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Counsel to Longacre Master Fund Ltd. and Longacre Capital Partners (QP) LP

Kathleen M. Miller, Esq.
Smith, Katzenstein, & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, DE 19899
Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services Inc.

Thomas G. Macauley, Esq.
Virginia Whitehill Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19801
Certain Underwriters at Lloyds, London and Certain London Market Companies

Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
Counsel to State of Montana

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel to Bank of America, N.A.

Marc S. Casarino, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Counsel to Century Indemnity Company

James S. Yoder, Esq.
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
Counsel to Allstate Insurance Company

Frederick B. Rosner, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Counsel to General Insurance Company of America

# EXHIBIT B

Lisa G. Esayian, Esq.
John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Counsel to Debtors

Janet S. Baer, P.C.
Roger J. Higgins, Esq.
Baer Higgins Fruchtman LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Counsel to Debtors

Deanna D. Boll, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Counsel to Debtors

William S. Katchen, Esq.
Duane Morris LLP
One Riverfront Plaza
Newark, NJ 07102
Counsel to Official Committee of Unsecured Creditors

Lewis Kruger, Esq.
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Counsel to Official Committee of Unsecured Creditors

Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Counsel to the Libby Claimants

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Counsel to The CNA Companies

Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Counsel to The CNA Companies

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Counsel to The CNA Companies

Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Counsel to The CNA Companies

Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Counsel to David T. Austern, Asbestos PI Future Claimants' Representative

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Counsel to Official Committee of Asbestos Personal Injury Claimants

#14055630 v1

| | |
|---|---|
| Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Counsel to Official Committee of Asbestos<br>Personal Injury Claimants | Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>Counsel to Official Committee of Asbestos<br>Property Damage Claimants |
| Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Counsel to Asbestos PD Future Claimants'<br>Representative | Philip Bentley, Esq.<br>David E. Blabey, Jr., Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Counsel to Counsel to the Official Committee<br>of Equity Security |
| J. Douglas Bacon, Esq.<br>Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Counsel to Post-Petition DIP Lenders | William P. Shelley, Esq.<br>Jacob C. Cohn, Esq.<br>Ilan Rosenberg, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Counsel to Federal Insurance Company |
| Michael A. Shiner, Esq.<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>Counsel to AXA Belgium, as Successor to<br>Royale Belge SA | Eileen T. McCabe, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Counsel to AXA Belgium, as Successor to<br>Royale Belge SA |
| Mark D. Plevin, Esq.<br>Leslie A. Davis, Esq.<br>Tacie H. Yoon, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Counsel to Fireman's Fund Insurance Company | Leonard P. Goldberger, Esq.<br>Marnie E. Simon, Esq.<br>Stevens & Lee, P.E.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>Counsel to Fireman's Fund Insurance<br>Company |
| Craig Goldblatt, Esq.<br>Nancy L. Manzer, Esq.<br>Wilmer Pickering Hale And Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation | William J. Bowman, Esq.<br>James P. Ruggeri, Esq.<br>Edward B. Parks, II, Esq.<br>Hogan & Hartson, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation |

| | |
|---|---|
| Michael F. Brown, Esq.<br>Jeffrey M. Boerger, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>Counsel to Government Employees Insurance Co., Republic Insurance Co., n/k/a Star Indemnity & Liability Co., One Beacon America Insurance Co, and Seaton Insurance Co. | Edward 1. Longosz, II, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC 20006<br>Counsel to Maryland Casualty Company |
| Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>Counsel to Maryland Casualty Company, Zurich Insurance Co., Zurich International (Bermuda) Ltd. | Michael S. Davis, Esq.<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Counsel to National Union Fire Insurance Co. of Pittsburgh, PA |
| George R. Calhoun, V, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Counsel to TIG Insurance Company, United States Fire Insurance Company | Mary Beth Forshaw, Esq.<br>Katharine A. McLendon, Esq.<br>Elisa Alcabes, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Counsel to Travelers Casualty and Surety Company |
| Stephen J. Shimshak, Esq.<br>Andrew N. Rosenberg, Esq.<br>Margaret A. Phillips, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Counsel to The Bank Lender Group | Jeff J. Friedman, Esq.<br>Noah Heller, Esq.<br>Merritt A. Pardini, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022<br>Counsel to Morgan Stanley Senior Funding, Inc. |
| Daniel A. Speights, Esq.<br>C. Alan Runyan, Esq.<br>Speights & Runyan<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>Counsel to Anderson Memorial Hospital, City of Vancouver, and School District 68 Nanaimo-Ladysmith | Sander L. Esserman, Esq.<br>David J. Parsons, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc. |

#14055630 v1

| | |
|---|---|
| Garland Cassada, Esq.<br>Richard C. Worf, Esq.<br>Robinson, Bradshaw & Hinson<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Counsel to Garlock Sealing Technologies LLC | Steve A. Peirce, Esq.<br>Fulbright & Jaworski L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc. |
| John W. Kozyak, Esq.<br>David L. Rosendorf, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>Counsel to Anderson Memorial Hospital | Toby L. Gerber, Esq.<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc. |
| Christopher M. Candon, Esq.<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA 02110<br>Counsel to the Libby Claimants | Robert S. Hertzberg, Esq.<br>Pepper Hamilton LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>Counsel to Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P. |
| Michael Seth Etkin, Esq.<br>Ira M. Levee, Esq.<br>Lowenstein Sandler P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Counsel to ERISA Plaintiffs | Joseph H. Meltzer, Esq.<br>Barroway Topaz Kessler Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Counsel to ERISA Plaintiffs |
| Robert J. Sidman, Esq.<br>Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Counsel to The Scotts Company LLC | Brad Elias, Esq.<br>Tancred Shiavoni, Esq.<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Counsel to Arrowood Indemnity Company |
| Carl Pernicone, Esq.<br>Catherine Chen, Esq.<br>Wilson Elser Moskowitz Edelman Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017-5639<br>Counsel to Arrowood Indemnity Company | David M. Turetsky, Esq.<br>J. Gregory St. Clair, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Counsel to Sealed Air Corporation |

#14055630 v1

Andrew Craig, Esq.
Cuyler Burk P.C.
Parsippany Corporate Center
Third Floor
Four Century Drive
Parsippany, NJ 07054
Counsel to Sealed Air Corporation

Andrea Madigan, Enforcement Attorney
Region VIII
1595 Wynkoop Street
Denver, CO 80202
Counsel to U.S. Environmental & Protection Agency

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. - Bldg A
Mount Pleasant, SC 29464
Counsel to Zonolite Attic Insulation Class Plaintiffs

Harley E. Riedel, Esq.
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Counsel to Anderson Memorial Hospital

Christopher E. Prince, Esq.
Lesnick Prince LLP
185 Pier Avenue
Suite 103
Santa Monica, CA 90405
Counsel to General Insurance Company of America

Deborah Waldmeir, Esq.
State Of Michigan Department Of Treasury
Lansing, MI 48922
Counsel to State of Michigan Dept. of Treasury

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Counsel to the United States of America

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Counsel to Fresenius U.S.A., Inc.

Robert M. Horkovich, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Counsel to Asbestos Claimants Committee

Peter Nils Baylor, Esq.
Nutter, McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210-2604
Counsel to Town of Action, Massachusetts

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Counsel to General Insurance Company of America

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
100 Biddle Avenue, Suite 100
Springside Plaza
Newark, DE 19702
Counsel to TIG Insurance Company
and United States Fire Insurance
Company