# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**FEBRUARY 1, 2011 - FEBRUARY 28, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.6 | $      429.00 |
| 0013 | Business Operations | 1.1 | 840.50 |
| 0014 | Case Administration | 17.9 | 3,837.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 32.7 | 24,358.50 |
| 0018 | Fee Application, Applicant | 14.4 | 8,596.50 |
| 0019 | Creditor Inquiries | 2.8 | 2,374.00 |
| 0020 | Fee Application, Others | 6.3 | 1,363.00 |
| 0021 | Employee Benefits, Pension | 36.0 | 22,002.50 |
| 0035 | Travel - Non Working | 12.1 | 10,001.50 |
| 0036 | Plan and Disclosure Statement | 77.9 | 61,775.00 |
| 0037 | Hearings | 13.3 | 10,715.50 |
| 0041 | Relief from Stay Proceedings | 2.4 | 1,716.00 |
| 0047 | Tax Issues | 2.4 | 2,256.00 |
| | | | |
| | **Sub Total** | **219.9** | **$ 150,265.50** |
| | **Less 50% Travel** | **(6.0)** | **(5,000.75)** |
| | **Total** | **213.9** | **$ 145,264.75** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | March 28, 2011 |
| INVOICE NO. | 529302 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2011, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2011 | BNSF's appeal of CNA settlement. | Krieger, A. | 0.1 |
| 02/24/2011 | Attend to Notice of Garlock's amended motion for access to 2019 statements and to intervene and reopen certain bankruptcy cases (.1); attend to motion of Garlock seeking to intervene to obtain access to 2019 statements (.4). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 429.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 429.00 |

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/18/2011 | Memorandum to Capstone re: foreign holding company restructuring motion. | Krieger, A. | 0.1 |
| 02/18/2011 | Review debtors' corporate structure motion. | Pasquale, K. | 0.3 |
| 02/24/2011 | Attend to Debtors' motion to create foreign HoldCo structure and memorandum to Capstone re: additional questions on the motion. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 715 | $ 572.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 840.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 840.50 |
|-----------------------|----------|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2011 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 02/02/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 02/03/2011 | Obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.6). | Mohamed, D. | 1.1 |
| 02/04/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 02/07/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 02/08/2011 | Schedule A. Krieger and K. Pasquale to appear telephonically at the 2/14/11 hearing. | Mohamed, D. | 0.2 |
| 02/09/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 02/10/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 02/11/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 02/14/2011 | Obtain and circulate recently docketed pleadings in main case (1.2); prepare documents for attorney review (.5). | Mohamed, D. | 1.7 |
| 02/15/2011 | Attend to numerous court filings re: equity position. | Krieger, A. | 0.2 |
| 02/15/2011 | Obtain and circulate recently docketed pleadings in main case (1.0); research and | Mohamed, D. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | obtain documents for attorney review (.6). | | |
| 02/16/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain pleadings for attorney review (.3). | Mohamed, D. | 1.2 |
| 02/17/2011 | Obtain and circulate recently docketed pleadings in main case (1.5); review case file documents (1.1). | Mohamed, D. | 2.6 |
| 02/18/2011 | Attend to multiple notices of intent to acquire Grace equity. | Krieger, A. | 0.3 |
| 02/18/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.1 |
| 02/22/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.8 |
| 02/23/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 02/24/2011 | Obtain and circulate recently docketed pleadings in main case (.5); schedule A. Krieger and K. Pasquale to appear telephonically at the 3/2/11 hearing (.2). | Mohamed, D. | 0.7 |
| 02/28/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Mohamed, David | 17.4 | 200 | 3,480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,837.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,837.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2011 | Conference call meeting of the Committee re: confirmation decisions (.6); attend to preparation of memorandum for the Committee re: confirmation process and issues (1.1). | Krieger, A. | 1.7 |
| 02/01/2011 | Prep for and conference call with Committee re: confirmation. | Pasquale, K. | 0.8 |
| 02/02/2011 | Attend to preparation of memorandum for the Committee re: appellate issues and process (9.5); attend to related case law (1.3). | Krieger, A. | 10.8 |
| 02/03/2011 | Office conference G. Sasson re: confirmation related issues (.8); complete draft of memorandum for the Committee re: appellate issues and process (6.9); attend to memorandum from GS re: case law review (.1). | Krieger, A. | 7.8 |
| 02/03/2011 | Review draft memo to Committee re: confirmation. | Pasquale, K. | 0.4 |
| 02/04/2011 | O/c LK re memorandum for the Committee re: confirmation issues (.1); attend to revised memorandum and exchanged email with KP re: same (3.4); o/c KP re: Committee's appeal (.2); attend to draft protective notice of appeal and memorandum to KP re: same (.3); attend to memorandum for the Committee re: 2/8/2011 conference call (.3). | Krieger, A. | 4.3 |
| 02/04/2011 | Review memo to Committee re: confirmation. | Kruger, L. | 0.6 |
| 02/04/2011 | Revisions to memo to Committee re: confirmation and related emails. | Pasquale, K. | 1.8 |
| 02/08/2011 | Committee conference call re: appeal of 1/31/11 rulings. | Krieger, A. | 0.5 |
| 02/08/2011 | Prep. for and conference call with Committee re: confirmation issues. | Pasquale, K. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/10/2011 | Memorandum for the Committee re: Plan Proponents' motion to clarify 1/31/11 ruling. | Krieger, A. | 0.6 |
| 02/11/2011 | Prepared memo to Committee re: telephonic court hearing. | Pasquale, K. | 0.5 |
| 02/14/2011 | Memorandum for the Committee re: 2/14/11 status conference. | Krieger, A. | 0.6 |
| 02/23/2011 | Preparation of Committee memorandum re: status conference before Judge Buckwalter and exchanged memoranda with LK, KP re: same. | Krieger, A. | 1.3 |
| 02/23/2011 | Review memo to Committee re: appeal status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 27.6 | $ 715 | $ 19,734.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 4.5 | 895 | 4,027.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,358.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 24,358.50 | |

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|--------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2011 | Prepare draft of Stroock's one hundred and eighteenth monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 02/18/2011 | Attend to January 2011 monthly fee statement. | Krieger, A. | 0.5 |
| 02/22/2011 | Revise Stroock's one hundred and eighteenth monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 02/25/2011 | Preparation of SSL's 39th Quarterly fee application. | Krieger, A. | 4.4 |
| 02/27/2011 | Attend to preparation of 39th quarterly fee application. | Krieger, A. | 2.1 |
| 02/28/2011 | Attend to 39th quarterly fee application. | Krieger, A. | 4.1 |
| 02/28/2011 | Review Stroock's one hundred and eighteenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.1 | $ 715 | $ 7,936.50 |
| Mohamed, David | 3.3 | 200 | 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,596.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,596.50 |
|-----------------------|------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2011 | T/c Creditors re: Confirmation Order and appeal prospect and timetable. | Kruger, L. | 0.3 |
| 02/02/2011 | Telephone conference creditors re: confirmation issues. | Pasquale, K. | 0.5 |
| 02/04/2011 | Memorandum to creditor re: Court ruling. | Krieger, A. | 0.4 |
| 02/16/2011 | Telephone conference creditor re: confirmation appeal. | Pasquale, K. | 0.5 |
| 02/22/2011 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 02/24/2011 | Telephone conference re: appeal status. | Pasquale, K. | 0.3 |
| 02/25/2011 | Respond to unsecured creditors' inquiry on case status. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 715 | $ 643.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 1.6 | 895 | 1,432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,374.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,374.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2011 | Review Capstone's eighty-second monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |
| 02/23/2011 | Review Capstone's 83rd monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 02/24/2011 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 02/24/2011 | Review Capstone's twenty-eighth quarterly fee application for filing (.8); prepare notice and certificate of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.4 |
| 02/25/2011 | Prepare and effectuate service re Capstone's twenty-eighth quarterly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |
| Mohamed, David | 6.1 | 200 | 1,220.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,363.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,363.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/10/2011 | Exchanged memoranda with J. Baer re: 2/14/11 pension update conference call; memorandum to LK, KP re: same. | Krieger, A. | 0.1 |
| 02/14/2011 | Attend to pension strategy update presentation and other materials in preparation for conference call (.4); pension strategy call with representatives for parties in interest and follow up t/c with Capstone (.8). | Krieger, A. | 1.2 |
| 02/15/2011 | Review pension motion (.2); 382 research re: same (1.1); email with A. Krieger and consideration of same (.6). | Greenberg, M. | 1.9 |
| 02/15/2011 | Memoranda to LK, KP re: pension payment motion and attend to draft motion (.7); exchanged memoranda with KP re: same (.2); memoranda with M. Wintner, M. Greenberg re: same (1.1); t/c and exchanged memoranda with Capstone re pension motion (.4); o/c G. Sasson re: research to be conducted (.3). | Krieger, A. | 2.7 |
| 02/15/2011 | Review debtors' draft pension motion and emails with AK, LK re: same. | Pasquale, K. | 0.5 |
| 02/15/2011 | Met with A. Krieger to discuss research regarding Pension Motion issues. | Sasson, G. | 0.2 |
| 02/15/2011 | Attn to Debtor proposal to accelerate pension plan funding. | Wintner, M. | 0.8 |
| 02/17/2011 | Conference call with Capstone re: proposal to accelerate pension plan payment (.1); o/c G. Sasson re: case law review in connection with pension motion (.1). | Krieger, A. | 0.2 |
| 02/17/2011 | Research regarding Pension Motion issues. | Sasson, G. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/18/2011 | Review pension motion (as filed). | Pasquale, K. | 0.5 |
| 02/18/2011 | Attention to research regarding pension motion issues. | Sasson, G. | 2.0 |
| 02/22/2011 | Attend to G. Sasson memorandum and response. | Krieger, A. | 0.4 |
| 02/22/2011 | Attention to research regarding pension motion issues. (2.7); drafted email summary of findings for A. Krieger (.5). | Sasson, G. | 3.2 |
| 02/23/2011 | Exchanged memoranda with G. Sasson re case law review in connection with pension payment acceleration motion (.2); attend to case law (1.1). | Krieger, A. | 1.3 |
| 02/23/2011 | Conducted further research regarding pension motion issues (2.0); drafted email summary for A. Krieger (.5). | Sasson, G. | 2.5 |
| 02/24/2011 | Memorandum to Capstone re: pension motion (.1); attend to case law re: accelerated  payment of pension amounts (1.8); o/c G. Sasson re: pension payment motion (.6); multiple memoranda with Capstone re: pension motion, outstanding information requests, conference call to discuss (1.3); attend to filed pension motion (.4); memorandum to M. Greenberg, M. Wintner re: same (.3). | Krieger, A. | 4.5 |
| 02/24/2011 | Discussion with A. Krieger regarding research (.3); continued research on pension motion issues (1.2). | Sasson, G. | 1.5 |
| 02/25/2011 | Attend to multiple memoranda with Capstone re: pension motion and 2/28/11 conference call with Company representatives (1.1); attend to responses to Capstone information request and memorandum to Capstone re: same (.9); memorandum to MG, MW re: 2/28/11 conference call and material received from the Debtors (.2); o/c GS re: additional information from Debtors' representatives (.2). | Krieger, A. | 2.4 |
| 02/25/2011 | Continued research on pension motion (2.0); discussion with A. Krieger regarding same (.3). | Sasson, G. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/27/2011 | Attend to case law from G. Sasson re: pension motion issues. | Krieger, A. | 0.2 |
| 02/27/2011 | Drafted memo regarding pension motion issues for A. Krieger. | Sasson, G. | 2.0 |
| 02/28/2011 | Preparation for conference call re pension motion (.6); conference call Capstone re: pension motion (.9); extended conference call with Elyse Filon, A. Schlesinger & Capstone re: pension motion and foreign restructuring motion and follow-up conference call with Capstone (1.7); review of additional materials (.4). | Krieger, A. | 3.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 1.9 | $ 940 | $ 1,786.00 |
| Krieger, Arlene G. | 16.6 | 715 | 11,869.00 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |
| Sasson, Gabriel | 15.7 | 425 | 6,672.50 |
| Wintner, Mark | 0.8 | 975 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,002.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,002.50 |
|-----------------------|-------------|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.20 |
| Local Transportation | 231.30 |
| Long Distance Telephone | 143.21 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 162.96 |
| Lexis/Nexis | 2629.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,264.42 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,264.42 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2011 | Travel to/from court hearing in Wilmington DE. | Pasquale, K. | 4.0 |
| 02/23/2011 | Travel from NY to Philadelphia (2.3); and from Philadelphia to NY (2.3) re: status conference on appeals from the confirmation order. | Krieger, A. | 4.6 |
| 02/23/2011 | Travel attendant to court hearing in Philadelphia, PA. | Pasquale, K. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 715 | $ 3,289.00 |
| Pasquale, Kenneth | 7.5 | 895 | 6,712.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,001.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,001.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|----|----|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2011 | Attend to confirmation decision and recommended findings of fact and conclusions of law (2.2) and conference call with lenders' counsel and follow-up office conference LK, KP re: same (.8); attend to emails re: confirmation decision (1.2). | Krieger, A. | 4.2 |
| 02/01/2011 | O/c with KP and AK; t/c with Andy Rosenberg, et al re: Fitzgerald decision, possible next steps (.6); o/c with KP and AK re: follow-up to Rosenberg call (.2); preparation for Committee call (.3); t/c KP, AK and Committee re: court decision and next steps (.6); review Fitzgerald decision (1.2). | Kruger, L. | 2.9 |
| 02/01/2011 | Review confirmation opinion and findings and issues re: same (2.4); conference call with lender counsel re: same (.6); telephone conference J. Baer re: same (.1). | Pasquale, K. | 3.1 |
| 02/02/2011 | Review strategy re: appeal from confirmation ruling (.8); review draft memo to Committee re: process on appeal (.3). | Kruger, L. | 1.1 |
| 02/02/2011 | Review caselaw, strategy and related considerations re: confirmation ruling. | Pasquale, K. | 3.1 |
| 02/02/2011 | Met with K. Pasquale to discuss research regarding confirmation issues (.5); conducted research regarding confirmation issues (1.0); drafted email regarding findings (.5). | Sasson, G. | 2.0 |
| 02/03/2011 | O/c KP, GS re: confirmation ruling issues (.8); attend to multiple emails re: appellate process and status conference scheduled by Judge Buckwalter (.3); attend to standing order re: Mediation (.1). | Krieger, A. | 1.2 |
| 02/03/2011 | Review memo to Committee re: process and appellate issues (.4); review Judge Buchwalter order re: status conference (.1); e-mails re: | Kruger, L. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | same (.2). | | |
| 02/03/2011 | Research re: mandatory mediation for appeal of confirmation for A. Krieger. | Magzamen, M. | 1.3 |
| 02/03/2011 | Confer A. Krieger, G. Sasson re: confirmation ruling issues (.8); emails re: D. Ct. conference (.3); review case law re: procedural issues (2.2); outline objections to findings (.8). | Pasquale, K. | 4.1 |
| 02/03/2011 | Met with K. Pasquale and A. Krieger regarding research (.6); conducted further research re: confirmation decision issues (2.0). | Sasson, G. | 2.6 |
| 02/04/2011 | Attend to revised notice of appeal (.6); attend to Court's Memorandum Decision (2.6). | Krieger, A. | 3.2 |
| 02/04/2011 | Issues and review objections to findings. | Kruger, L. | 0.4 |
| 02/04/2011 | Drafted provisional notice of appeal re: confirmation (.5); outline objections to findings (1.3). | Pasquale, K. | 1.8 |
| 02/08/2011 | Attend to notice of appeal and attend to objections to findings of fact. | Krieger, A. | 1.3 |
| 02/08/2011 | Preparation for and conference call with Committee re: confirmation issue and process (.8); review objection to FOF (.3); revise Notice of Appeal (.1). | Kruger, L. | 1.2 |
| 02/08/2011 | Revisions to Notice of Appeal (.2); objections to FOF (2.0). | Pasquale, K. | 2.2 |
| 02/09/2011 | Memoranda with counsel for certain bank lenders re: appeal (.3); memoranda with M. Magzamen re: appeal process inquiry (.3); memorandum to local counsel re: filing and service of notice of appeal (.2); attend to decision and findings of fact (3.8); exchanged memoranda with KP re: notice of appeal and objection to findings of fact (.1). | Krieger, A. | 4.7 |
| 02/09/2011 | Conference w/ A. Krieger re: appeal issues (.3); communications w/ local counsel re: same (.3); research re: Bankr. and Dist. Ct. rules re: same (1.0). | Magzamen, M. | 1.6 |
| 02/10/2011 | Attend to Memorandum Decision and Findings | Krieger, A. | 5.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of Fact (1.8); attend to draft joint objection of Court's recommended findings of fact and conclusion of law and memorandum opinion (3.1); attend to Plan Proponents' motion to clarify 1/31/11 rulings from the Court and multiple emails regarding same (.6). | | |
| 02/10/2011 | Review and revise draft objections to findings and conclusions (3.5); review BSNF and other motions related to objections to confirmation (.8); review Grace motion to clarify confirmation decisions (.5); emails with team and lenders' counsel re: strategy (.6). | Pasquale, K. | 5.4 |
| 02/11/2011 | Memoranda with lenders' counsel re: conference call and joint objection comment (.3); attend to review of joint objection (1.8); o/c LK re: status of pleadings and 2/14/11 status conference on clarification motion (.1). | Krieger, A. | 2.2 |
| 02/11/2011 | Review draft objection (.3); o/c with KP re: Court hearing (.2) and re: strategy (.2). | Kruger, L. | 0.7 |
| 02/11/2011 | Discussions w/ A. Krieger re: appeal (.2); communications w/ local counsel re: same (.2). | Magzamen, M. | 0.4 |
| 02/11/2011 | Continued review of draft objections (1.1); conference call with lenders' counsel re: strategy (.5); emails re: same; court hearing (.5); attention to procedural issues following court hearing (.8). | Pasquale, K. | 2.9 |
| 02/13/2011 | Conference call KP, Bank Lenders' counsel re: 2/14/11 status conference (.3); attend to order entered by the Court and to AXA Belgium's motion to extend time, other parties such motions, joinders (.3); attend to Plan Proponents proposed order on their clarification motion (.1). | Krieger, A. | 0.7 |
| 02/13/2011 | Attend to recent decision for possible application to Grace. | Krieger, A. | 0.6 |
| 02/13/2011 | Conference call with lenders counsel re: 2/14 hearing (.4); prep for 2/14 court hearing (1.2). | Pasquale, K. | 1.6 |
| 02/14/2011 | Attend to revised notice of appeal (.4); memoranda to M. Lastowski re: revised notice of appeal (.3); exchanged memoranda with KP | Krieger, A. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: same (.1). | | |
| 02/14/2011 | Review revised Notice of Appeal (.2); e-mails re: same (.1); o/c with KP re: same (.2). | Kruger, L. | 0.5 |
| 02/14/2011 | Review draft of notice of appeal, as revised (.2); emails re: same (.2); confer L. Kruger re: same (.2). | Pasquale, K. | 0.6 |
| 02/15/2011 | Attend to Court's amended order re: 1/31/11 confirmation order. | Krieger, A. | 0.1 |
| 02/15/2011 | Review court's clarifying order and issues (.4); e-mails KP and AK re: Debtor's draft Pension Motion (.4). | Kruger, L. | 0.8 |
| 02/15/2011 | Attention to court's clarifying order and issues re: same. | Pasquale, K. | 0.8 |
| 02/16/2011 | Conference call with lenders' counsel re: status and strategy (.5); review certain pleadings re: same (1.0). | Pasquale, K. | 1.5 |
| 02/17/2011 | Conference call J. Donley, KP, A. Rosenberg, and R. Cobb re proposed appellate briefing schedule (.3); attend to Committee's supplemental notice of appeal (.1). | Krieger, A. | 0.4 |
| 02/17/2011 | Drafted supplemental notice of appeal (.4); conference call with debtors counsel, lenders re: appeal process (.4); review rules re: appeal process (.4); outline appeal issues (.6) | Pasquale, K. | 1.8 |
| 02/18/2011 | Emails re: appeal procedures and schedule (.3); attention to same and outline issues (.6). | Pasquale, K. | 0.9 |
| 02/21/2011 | Attend to emails re: scheduling order provisions and outstanding issues (.2); attend to Plan Proponents' proposed schedule for confirmation appeals (.2); exchanged memoranda with KP re: conference call with Plan Proponents and other representatives (.1). | Krieger, A. | 0.5 |
| 02/21/2011 | Review draft appeal schedule from debtors and emails re: same (.5); conference call with debtors' counsel re: appeal issues (.3); conference call with all parties re: appeal issues (.9). | Pasquale, K. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/22/2011 | Attend to memoranda re: reply brief (.4); attend to K&E's proposed scheduling order and open issues (.2). | Krieger, A. | 0.6 |
| 02/23/2011 | Attend to conformed updated form of plan and exhibits (.4); attend to notice regarding cure exhibit (.1). | Krieger, A. | 0.5 |
| 02/23/2011 | Review memo to Committee re appeal (.2); t/c KP re: results of Court hearing (.2); review e-mails re: Court hearing (.2). | Kruger, L. | 0.6 |
| 02/23/2011 | Emails with lenders' counsel re: appeal issues (.3); attention to consolidation issues (.3). | Pasquale, K. | 0.6 |
| 02/24/2011 | Review appeal consolidation issues. | Kruger, L. | 0.3 |
| 02/24/2011 | Attention to appeal consolidation issues. | Pasquale, K. | 0.8 |
| 02/25/2011 | Attend to KP email and Committee appeal information for consolidation motion. | Krieger, A. | 0.2 |
| 02/25/2011 | Telephone conference R. Cobb re: consolidation issues (.2); emails re: same (.2). | Pasquale, K. | 0.4 |
| 02/28/2011 | Review BNSF reply and 9033 objections (.3); review other parties 9033 and related pleadings (.5). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 26.7 | $ 715 | $ 19,090.50 |
| Kruger, Lewis | 9.2 | 995 | 9,154.00 |
| Magzamen, Michael | 3.3 | 320 | 1,056.00 |
| Pasquale, Kenneth | 34.1 | 895 | 30,519.50 |
| Sasson, Gabriel | 4.6 | 425 | 1,955.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 61,775.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 61,775.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Hearings | |
| | 699843  0037 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/11/2011 | Attend to emails and conference call re: status conference scheduled by the Court (.4); attend Court's status conference re: Court's 1/31/11 decision and recommended findings of fact and the Plan Proponents and other counsel's position thereon (.8); o/c KP re: same (.2); attend to multiple emails re: issues raised in status conference (.3); attend to BNSF reconsideration motion and applicable rules (.5). | Krieger, A. | 2.2 |
| 02/11/2011 | Participated in telephonic court hearing re: confirmation issues. | Pasquale, K. | 1.0 |
| 02/14/2011 | Attend omnibus hearing re: status conference on 1/31/11 rulings from the Court; Garlock request for discovery, other. | Krieger, A. | 3.1 |
| 02/14/2011 | Participated in court hearing in Wilmington DE. | Pasquale, K. | 3.1 |
| 02/22/2011 | Prep for court hearing re: appeal schedule (review PP's proposed order and schedule, etc.) (1.4); emails re same (.4). | Pasquale, K. | 1.8 |
| 02/23/2011 | Attend status conference before District Court Judge Buckwalter re: Appellate process and deadlines. | Krieger, A. | 0.9 |
| 02/23/2011 | Attend to multiple memoranda re 3/2/11 hearing and agenda notice. | Krieger, A. | 0.2 |
| 02/23/2011 | Court hearing before Judge Buckwalter, D. Ct. | Pasquale, K. | 0.8 |
| 02/24/2011 | Attend to order issued by Judge Buckwalter (.1); o/c LK re: status conference before Judge Buckwalter (.1). | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.6 | $ 715 | $ 4,719.00 |
| Pasquale, Kenneth | 6.7 | 895 | 5,996.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,715.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,715.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Relief from Stay Proceedings |
|----|------------------------------|
|    | 699843  0041                 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/24/2011 | Attend to motion seeking stay relief with respect to the litigation commenced by Robert Locke and Committee memorandum thereon. | Krieger, A. | 1.3 |
| 02/25/2011 | Attend to preparation of Committee memorandum re: Locke lift stay motion (1.0); memorandum to R. Higgins re: inquiry regarding Bettachi (.1). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.4 | $ 715 | $ 1,716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,716.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,716.00 |
|-----------------------|-----------|

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/24/2011 | Review proposed motion re: tax restructuring and analysis re: same. | Greenberg, M. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Greenberg, Mayer | 2.4 | $ 940 | $ 2,256.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,256.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,256.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 150,265.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,264.42 |
| TOTAL BILL | $ 153,529.92 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.