# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### FEBRUARY 1, 2011 - FEBRUARY 28, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Greenberg, Mayer | 4.3 | $ 940 | $ 4,042.00 |
| Kruger, Lewis | 10.1 | 995 | 10,049.50 |
| Pasquale, Kenneth | 55.7 | 895 | 49,851.50 |
| Wintner, Mark | 0.8 | 975 | 780.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 98.6 | 715 | 70,499.00 |
| Sasson, Gabriel | 20.3 | 425 | 8,627.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 3.3 | 320 | 1,056.00 |
| Mohamed, David | 26.8 | 200 | 5,360.00 |
|  |  |  |  |
| **Sub Total** | 219.9 |  | $ 150,265.50 |
| **Less 50% Travel** | (6.0) |  | (5,000.75) |
| **Total** | 213.9 |  | $ 145,264.75 |