# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
FEBRUARY 1, 2011 - FEBRUARY 28, 2011

| Outside Messenger Service | $ | 97.20 |
|---|---|---|
| Local Transportation | | 231.30 |
| Long Distance Telephone | | 143.21 |
| Duplicating Costs-in House | | 0.50 |
| O/S Information Services | | 162.96 |
| Lexis/Nexis | | 2,629.25 |
| | | |
| **TOTAL** | **$** | **3,264.42** |

# STROOCK

## Disbursements Register

| DATE | March 28, 2011 |
|---|---|
| INVOICE NO. | 529302 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through February, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270193874330 on 01/28/2011 | 7.31 |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270197670730 on 01/28/2011 | 10.37 |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197915547 on 01/28/2011 | 7.31 |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198158524 on 01/28/2011 | 7.31 |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270195159369 on 02/03/2011 | 7.31 |
| 02/11/2011 | VENDOR: UPS; INVOICE#: 0000010X827061; DATE: 02/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 7.31 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196851135 on 02/03/2011 | |
| 02/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827071; DATE: 02/12/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270197919945 on 02/03/2011 | 10.37 |
| 02/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827071; DATE: 02/12/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270199721976 on 02/03/2011 | 7.31 |
| 02/28/2011 | VENDOR: UPS; INVOICE#: 0000010X827091; DATE: 02/26/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270191423240 on 02/23/2011 | 7.38 |
| 02/28/2011 | VENDOR: UPS; INVOICE#: 0000010X827091; DATE: 02/26/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270195235704 on 02/23/2011 | 7.38 |
| 02/28/2011 | VENDOR: UPS; INVOICE#: 0000010X827091; DATE: 02/26/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197102326 on 02/23/2011 | 7.38 |
| 02/28/2011 | VENDOR: UPS; INVOICE#: 0000010X827091; DATE: 02/26/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270199378713 on 02/23/2011 | 10.46 |
| **Outside Messenger Service Total** | | **97.20** |
| **Local Transportation** | | |
| 02/09/2011 | VENDOR: NYC Taxi; Invoice#: 919513; Invoice Date: 02/04/2011; Voucher #: 1113220828; Arlene Krieger 02/02/2011 20:25 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 40.61 |
| 02/15/2011 | VENDOR(EE): KPASQUALE: 02/14/11 - 02/14/11; DATE: 02-15-2011; Court hearing in Wilmington, DE | 146.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/23/2011 | VENDOR: NYC Taxi; Invoice#: 920559; Invoice Date: 02/18/2011; Voucher #: 1113230653; Arlene Krieger 02/10/2011 20:35 from180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 44.49 |
| | **Local Transportation Total** | **231.30** |
| **Long Distance Telephone** | | |
| 02/01/2011 | EXTN.795430, TEL.3126412162, S.T.11:17, DUR.00:00:21 | 0.56 |
| 02/02/2011 | EXTN.795562, TEL.9082296457, S.T.10:29, DUR.00:00:35 | 0.56 |
| 02/03/2011 | EXTN.795544, TEL.2015877144, S.T.14:51, DUR.00:14:20 | 8.34 |
| 02/04/2011 | EXTN.795562, TEL.9734242031, S.T.11:26, DUR.00:05:30 | 3.34 |
| 02/06/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-020611; DATE: 2/6/2011 - Teleconference     02-01-2011 | 19.20 |
| 02/13/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-021311; DATE: 2/13/2011 - Teleconference     02-08-2011 | 12.09 |
| 02/14/2011 | EXTN.795430, TEL.9085783514, S.T.15:48, DUR.00:04:05 | 2.78 |
| 02/15/2011 | VENDOR: Chase Card Services; INVOICE#: 020211; DATE: 2/2/2011 - visa charge 01/18/2011 CourtCall | 93.00 |
| 02/22/2011 | EXTN.795562, TEL.2015412126, S.T.14:04, DUR.00:05:42 | 3.34 |
| | **Long Distance Telephone Total** | **143.21** |
| **Duplicating Costs-in House** | | |
| 02/17/2011 | | 0.50 |
| | **Duplicating Costs-in House Total** | **0.50** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

---
PAGE: 4
---

**O/S Information Services**

| | | |
|---|---|---:|
| 02/03/2011 | Pacer Search Service on 10/1/2010 | 4.48 |
| 02/03/2011 | Pacer Search Service on 10/6/2010 | 0.56 |
| 02/03/2011 | Pacer Search Service on 10/13/2010 | 1.92 |
| 02/03/2011 | Pacer Search Service on 10/15/2010 | 0.48 |
| 02/03/2011 | Pacer Search Service on 10/19/2010 | 6.00 |
| 02/03/2011 | Pacer Search Service on 10/22/2010 | 2.08 |
| 02/03/2011 | Pacer Search Service on 10/25/2010 | 0.64 |
| 02/03/2011 | Pacer Search Service on 10/26/2010 | 0.72 |
| 02/03/2011 | Pacer Search Service on 10/27/2010 | 0.08 |
| 02/03/2011 | Pacer Search Service on 10/28/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 11/1/2010 | 0.56 |
| 02/03/2011 | Pacer Search Service on 11/2/2010 | 0.40 |
| 02/03/2011 | Pacer Search Service on 11/3/2010 | 0.48 |
| 02/03/2011 | Pacer Search Service on 11/4/2010 | 0.24 |
| 02/03/2011 | Pacer Search Service on 11/5/2010 | 3.92 |
| 02/03/2011 | Pacer Search Service on 11/8/2010 | 8.64 |
| 02/03/2011 | Pacer Search Service on 11/12/2010 | 0.24 |
| 02/03/2011 | Pacer Search Service on 11/15/2010 | 1.20 |
| 02/03/2011 | Pacer Search Service on 11/17/2010 | 2.08 |
| 02/03/2011 | Pacer Search Service on 11/18/2010 | 0.48 |
| 02/03/2011 | Pacer Search Service on 11/18/2010 | 4.48 |

# STROOCK

PAGE: 5

| | | |
|---|---|---|
| 02/03/2011 | Pacer Search Service on 11/23/2010 | 4.24 |
| 02/03/2011 | Pacer Search Service on 11/29/2010 | 5.68 |
| 02/03/2011 | Pacer Search Service on 12/1/2010 | 14.16 |
| 02/03/2011 | Pacer Search Service on 12/2/2010 | 1.12 |
| 02/03/2011 | Pacer Search Service on 12/6/2010 | 30.56 |
| 02/03/2011 | Pacer Search Service on 12/7/2010 | 4.56 |
| 02/03/2011 | Pacer Search Service on 12/8/2010 | 22.48 |
| 02/03/2011 | Pacer Search Service on 12/10/2010 | 1.92 |
| 02/03/2011 | Pacer Search Service on 12/15/2010 | 3.28 |
| 02/03/2011 | Pacer Search Service on 12/16/2010 | 1.36 |
| 02/03/2011 | Pacer Search Service on 12/23/2010 | 9.60 |
| 02/03/2011 | Pacer Search Service on 12/28/2010 | 1.76 |
| 02/03/2011 | Pacer Search Service on 12/30/2010 | 2.40 |
| 02/03/2011 | Pacer Search Service on 11/1/2010 | 0.24 |
| 02/03/2011 | Pacer Search Service on 11/2/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 11/5/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 11/8/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 11/15/2010 | 0.32 |
| 02/03/2011 | Pacer Search Service on 12/7/2010 | 0.24 |
| 02/03/2011 | Pacer Search Service on 10/15/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 11/8/2010 | 4.00 |
| 02/03/2011 | Pacer Search Service on 10/15/2010 | 1.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| 02/03/2011 | Pacer Search Service on 11/8/2010 | 1.20 |
| 02/03/2011 | Pacer Search Service on 11/12/2010 | 1.20 |
| 02/03/2011 | Pacer Search Service on 10/15/2010 | 0.16 |
| 02/03/2011 | Pacer Search Service on 10/26/2010 | 0.08 |
| 02/03/2011 | Pacer Search Service on 11/12/2010 | 10.72 |
| **O/S Information Services Total** | | **162.96** |
| **Lexis/Nexis** | | |
| 02/02/2011 | Research on 02/02/2011 | 712.00 |
| 02/03/2011 | Research on 02/03/2011 | 359.25 |
| 02/17/2011 | Research on 02/17/2011 | 379.75 |
| 02/18/2011 | Research on 02/18/2011 | 120.00 |
| 02/22/2011 | Research on 02/22/2011 | 676.25 |
| 02/23/2011 | Research on 02/23/2011 | 102.00 |
| 02/24/2011 | Research on 02/24/2011 | 72.50 |
| 02/25/2011 | Research on 02/25/2011 | 97.50 |
| 02/27/2011 | Research on 02/27/2011 | 110.00 |
| **Lexis/Nexis Total** | | **2,629.25** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.20 |
| Local Transportation | 231.30 |
| Long Distance Telephone | 143.21 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 162.96 |
| Lexis/Nexis | 2629.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 7

| TOTAL DISBURSEMENTS/CHARGES | $ 3,264.42 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM