IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 17, 2011 |
| | ) | |

**SUMMARY APPLICATION OF BAER HIGGINS FRUCHTMAN LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2011, THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Name of Applicant: | Baer Higgins Fruchtman LLC |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered February 4, 2011, effective as of January 1, 2011 |
| Period for which compensation and reimbursement is sought: | February 1, 2011, to February 28, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $141,095.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,912.07 |

This is a X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 10.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00

This is the monthly application of Baer Higgins Fruchtman LLC ("BHF") for interim compensation of services for the interim fee period February 1, 2011, through February 28, 2011. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2011 | Jan. 1-31, 2011 | $133,387.50 | $4,956.77 | Interim approval | Interim approval |

The attorneys of BHF who rendered professional services in these cases during the Fee Period are as follows:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | Member | 1982 | Restructuring | $625.00 | 107.80 | $67,375.00 |
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 155.20 | $73,720.00 |
| Totals for Attorneys | | | | | 263.00 | $141,095.00 |

There are no paraprofessionals of BHF who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $141,095.00

Grand Total for Expenses:    $6,912.07

2

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 20.60 | $10,535.00 |
| 4 | Case Administration | 4.00 | $2,260.00 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 8.30 | $4,062.50 |
| 8 | Employee Benefits/Pension | 99.70 | $48,647.50 |
| 11 | Fee Applications, Applicant | 12.10 | $6,122.50 |
| 14 | Hearings | 10.70 | $6,192.50 |
| 15 | Litigation and Litigation Consulting | 27.30 | $15,172.50 |
| 16 | Plan and Disclosure Statement | 56.40 | $35,250.00 |
| 17 | Relief from Stay Proceedings | 13.90 | $6,602.50 |
| 20 | Travel - Non-working | 10.00 | $6,250.00 |
| **Totals for Matters** | | **263.00** | **$141,095.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, local transportation and other travel expenses | $2,934.63 |
| Long Distance/Conference Telephone Charges/Internet | $3,365.06 |
| Online research | $393.95 |
| Delivery services/messengers | $26.91 |
| Court fees | $191.52 |
| **Total:** | **$6,912.07** |

WHEREFORE, BHF respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $141,095.00 for reasonable and necessary professional services BHF has rendered to the Debtors during the Fee Period ($112,876.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by BHF during the Fee Period ($6,912.07); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:  March 28, 2011                Respectfully submitted,

                                      Baer Higgins Fruchtman LLC

                                      /s/
                                      _____
                                      Janet S. Baer

                                      Baer Higgins Fruchtman LLC
                                      111 East Wacker Drive
                                      Suite 2800
                                      Chicago, IL 60601
                                      (312) 836-4022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 17, 2011 |
| | ) | |

## SUMMARY APPLICATION OF BAER HIGGINS FRUCHTMAN LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2011, THROUGH FEBRUARY 28, 2010

### COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 20.60 | $10,535.00 |
| 4 | Case Administration | 4.00 | $2,260.00 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 8.30 | $4,062.50 |
| 8 | Employee Benefits/Pension | 99.70 | $48,647.50 |
| 11 | Fee Applications, Applicant | 12.10 | $6,122.50 |
| 14 | Hearings | 10.70 | $6,192.50 |
| 15 | Litigation and Litigation Consulting | 27.30 | $15,172.50 |
| 16 | Plan and Disclosure Statement | 56.40 | $35,250.00 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 17 | Relief from Stay Proceedings | 13.90 | $6,602.50 |
| 20 | Travel - Non-working | 10.00 | $6,250.00 |
| **Totals for Matters** | | **263.00** | **$141,095.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, local transportation and other travel expenses | $2,934.63 |
| Long Distance/Conference Telephone Charges/Internet | $3,365.06 |
| Online research | $393.95 |
| Delivery services/messengers | $26.91 |
| Court fees | $191.52 |
| **Total**: | **$6,912.07** |