<u>EXHIBIT A</u>

**February2011 Fee Detail**

Matter 3                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/1/2011 | Review issues re foreign holding company structure (1.00); prepare for and participate in telephone conference with E. Filon and J. O'Connell re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 2/2/2011 | Respond to correspondence re foreign holding company issues and analyze same (1.20). | 1.20 | $475 | $570.00 |
| RJH | 2/3/2011 | Analyze foreign holding company issues and draft motion re same (.50). | .50 | $475 | $237.50 |
| RJH | 2/5/2011 | Revise foreign holding company motion and circulate same (3.50). | 3.50 | $475 | $1,662.50 |
| JSB | 2/9/2011 | Confer with A. Umans re lease transaction (.20); prepare correspondence re same (.30). | .50 | $625 | $312.50 |
| RJH | 2/10/2011 | Review and revise foreign holding company motion (.80). | .80 | $475 | $380.00 |
| JSB | 2/14/2011 | Confer with J. McFarland re potential purchase of small technology company and issues re same (.30); confer with R. Higgins re same (.30). | .60 | $625 | $375.00 |
| RJH | 2/14/2011 | Review and revise foreign holding company motion (1.10). | 1.10 | $475 | $522.50 |
| RJH | 2/15/2011 | Revise foreign holding company motion (1.10). | 1.10 | $475 | $522.50 |
| JSB | 2/16/2011 | Review draft 10K and confer with M. Shelnitz and R. Higgins re same (.80). | .80 | $625 | $500.00 |
| RJH | 2/16/2011 | Revise foreign holding company motion (.60). | .60 | $475 | $285.00 |
| JSB | 2/17/2011 | Confer with R. Higgins re 10-K issues (.30); prepare comments re same (.40); review draft accountant's updated letter (.30); confer re same (.20). | 1.20 | $625 | $750.00 |
| RJH | 2/17/2011 | Revise foreign holding company motion (2.40). | 2.40 | $475 | $1,140.00 |
| JSB | 2/18/2011 | Attend to matters re additional notices of intent re stock sales (.30). | .30 | $625 | $187.50 |
| RJH | 2/18/2011 | Revise foreign holding company motion and prepare for filing (2.20). | 2.20 | $475 | $1,045.00 |
| RJH | 2/21/2011 | Correspond with various parties re foreign holding company motion (.50). | .50 | $475 | $237.50 |
| JSB | 2/24/2011 | Confer with T. Maynes re notices of intent re stock purchases and related case status (.30); confer with J. McFarland re Ceretech and Canada issues (.30); confer with R. Higgins re issues on Pension Plan (.30). | .90 | $625 | $562.50 |
| JSB | 2/28/2011 | Confer with counsel for Ceretech re transaction and need for Notice re same (.40); confer with J. McFarland re same (.30). | .70 | $625 | $437.50 |
| Total | | | 20.60 | | $10,535.00 |

Matter 4                                    Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 2/1/2011 | Prepare for and participate in professionals' telephone conference (.60). | .60 | $475 | $285.00 |
| RJH | 2/11/2011 | Telephone conference with M. Araki re various case issues (.50). | .50 | $475 | $237.50 |
| JSB | 2/15/2011 | Participate in Company call re status (.50); confer with counsel for Travelers re Effective Date timing (.30); review and prepare correspondence re stock purchase matters (.30). | 1.10 | $625 | $687.50 |
| JSB | 2/16/2011 | Review and respond to inquiries re stock transfer/purchase notice and follow up re same (.30); review newly filed pleadings and attend to same (.50). | .80 | $625 | $500.00 |
| RJH | 2/21/2011 | Review and comment on WIP and analyze issues re same (.50). | .50 | $475 | $237.50 |
| JSB | 2/25/2011 | Review various pending matters and updated status (.50). | .50 | $625 | $312.50 |
| Total | | | 4.00 | | $2,260.00 |

Matter 6                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/1/2011 | Analyze creditor inquiries and respond to same (.50). | .50 | $475 | $237.50 |
| RJH | 2/3/2011 | Respond to correspondence re open claims issues and analyze same (.80). | .80 | $475 | $380.00 |
| RJH | 2/7/2011 | Analyze and resolve various open claims issues (.20). | .20 | $475 | $95.00 |
| RJH | 2/9/2011 | Analyze tax claims and telephone conference with C. Finke re same (.80). | .80 | $475 | $380.00 |
| RJH | 2/17/2011 | Analyze and resolve various open claims issues (.70). | .70 | $475 | $332.50 |
| RJH | 2/23/2011 | Analyze tax claims (1.20). | 1.20 | $475 | $570.00 |
| RJH | 2/24/2011 | Prepare for and participate in telephone conference with C. Finke re tax claims issues (.80); analyze same (.70). | 1.50 | $475 | $712.50 |
| JSB | 2/28/2011 | Review revised spreadsheet re Notice for Cure matter (.50); prepare correspondence re same (.30). | .80 | $625 | $500.00 |
| RJH | 2/28/2011 | Analyze unresolved tax claims and legal research re same (1.80). | 1.80 | $475 | $855.00 |
| Total | | | 8.30 | | $4,062.50 |

Matter 8                              **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/4/2011 | Legal research re pension contribution motion issues (1.50); draft and revise motion re same (2.50). | 4.00 | $475 | $1,900.00 |
| RJH | 2/5/2011 | Revise pension contribution motion and draft correspondence re same (2.20). | 2.20 | $475 | $1,045.00 |
| RJH | 2/6/2011 | Review and analyze client documents re pension motion and exchange correspondence with various parties re same (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 2/7/2011 | Review draft Pension motion (.50); confer re same (.30); review further correspondence re same (.30); confer with E. Filon re same (.70); confer with R. Higgins re same (.30);  confer with client and Blackstone re further pension issues (.50). | 2.40 | $625 | $1,500.00 |
| RJH | 2/7/2011 | Telephone conference with J. O'Connell re pension motion (.40); confer with J. Baer re same on multiple occasions (.80); telephone conference with J. O'Connell, E. Filon and J. Baer re same (.70); revise motion (4.00); review and analyze client documents re same (.80); review and analyze O'Connell declaration (.50); prepare for and participate in telephone conference with client and working group re pension motion (1.00). | 8.20 | $475 | $3,895.00 |
| JSB | 2/8/2011 | Confer with R. Higgins re Pension Motion issues (several conferences)(.40); review Pension Plan related correspondence and respond re same (.40); review draft Pension Plan motion (.70); confer with R. Higgins re same (.40); review Blackstone declaration re Pension Plan motion issues (.40); review revised Pension Motion (.40). | 2.70 | $625 | $1,687.50 |
| RJH | 2/8/2011 | Confer with J. Baer re pension motion (.50); exchange correspondence with and telephone conferences with E. Filon re same (.90); review and analyze client documents re same (1.10); revise same (8.50). | 11.00 | $475 | $5,225.00 |
| JSB | 2/9/2011 | Confer with R. Higgins re Pension Plan issues (several conferences)(.70); confer with E. Filon re Pension Plan motion issues (.40); confer with clients re Pension Plan Motion issues (.50). | 1.60 | $625 | $1,000.00 |
| RJH | 2/9/2011 | Telephone conferences with E. Filon re pension motion (1.50); legal research re same (1.00); revise same (5.50); prepare for and participate in telephone conference with E. Filon, J. O'Connell, et al. re same (1.10); confer with J. Baer re same (.50); review and analyze O'Connell Declaration re same (.60). | 9.20 | $475 | $4,370.00 |
| JSB | 2/10/2011 | Review draft PowerPoint on Pension issues and confer with R. Higgins re same (.40). | .40 | $625 | $250.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/10/2011 | Multiple telephone conferences with E. Filon re pension motion (2.50); revise same and legal research re same (9.00). | 11.50 | $475 | $5,462.50 |
| JSB | 2/11/2011 | Review revised Pension motion draft and confer re same (.50). | .50 | $625 | $312.50 |
| RJH | 2/11/2011 | Telephone conference with E. Filon re pension motion (1.10); multiple telephone conferences with E. Filon, A. Schlesinger and J. O'Connell re same (2.50); confer with J. Baer and follow up re same (.40); revise same (5.70). | 9.70 | $475 | $4,607.50 |
| RJH | 2/12/2011 | Revise pension motion and exchange correspondence with various parties re same (5.20). | 5.20 | $475 | $2,470.00 |
| JSB | 2/13/2011 | Review most recent version of Pension Plan motion (.30). | .30 | $625 | $187.50 |
| RJH | 2/13/2011 | Analyze client issues re pension motion, revise same and circulate (4.30). | 4.30 | $475 | $2,042.50 |
| RJH | 2/14/2011 | Prepare for and participate in telephone conference with FCR and committee professionals re pension motion (1.20); participate in telephone conferences with E. Filon, J. O'Connell at al. re same (1.30); revise same (2.20). | 4.70 | $475 | $2,232.50 |
| JSB | 2/15/2011 | Review draft inserts for Pension motion and confer with R. Higgins re same and other related pending matters for 2/18 filing deadline (.40); review revised Pension Plan motion re status (.30). | .70 | $625 | $437.50 |
| RJH | 2/15/2011 | Revise pension motion and exchange correspondence with various parties re same (4.20). | 4.20 | $475 | $1,995.00 |
| RJH | 2/16/2011 | Analyze A. Paul comments to pension motion (.70); revise O'Connell Declaration (1.10); revise pension motion (2.50). | 4.80 | $475 | $2,280.00 |
| RJH | 2/17/2011 | Exchange correspondence and telephone conference with A. Paul re pension motion and other issues (.50); revise same (2.80); correspond with J. O'Connell re declaration (.20); correspond with and telephone conference with A. Schlesinger re same (.70). | 4.20 | $475 | $1,995.00 |
| RJH | 2/18/2011 | Revise pension motion and prepare for filing (1.60); telephone conference with E. Filon re same and revise same (.70). | 2.30 | $475 | $1,092.50 |
| RJH | 2/21/2011 | Correspond with various parties re pension motion (.50). | .50 | $475 | $237.50 |
| RJH | 2/24/2011 | Legal research re pension issues (1.20); telephone conference with V. Hood re same (.60); telephone conference with A. Schlesinger re same (.50); follow up re same (.30). | 2.60 | $475 | $1,235.00 |
| Total | | | 99.70 | | $48,647.50 |

Matter 11                              Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/7/2011 | Prepare January fee detail (1.00). | 1.70 | $475 | $807.50 |
| JSB | 2/10/2011 | Review January time detail (.80). | .80 | $625 | $500.00 |
| JSB | 2/11/2011 | Prepare expense portion of January fee application (.50). | .50 | $625 | $312.50 |
| JSB | 2/14/2011 | Prepare January expense application (.50). | .50 | $625 | $312.50 |
| RJH | 2/16/2011 | Prepare quarterly fee application for 4th quarter, 2010 (2.00). | 2.00 | $475 | $950.00 |
| JSB | 2/17/2011 | Review draft quarterly fee application and revise same (.40). | .40 | $625 | $250.00 |
| RJH | 2/17/2011 | Prepare January fee detail (.50). | .50 | $475 | $237.50 |
| RJH | 2/21/2011 | Prepare January fee detail (.80). | .80 | $475 | $380.00 |
| RJH | 2/22/2011 | Prepare January fee application (1.30). | 1.30 | $475 | $617.50 |
| JSB | 2/25/2011 | Review final January 2011 fee application (.30). | .30 | $625 | $187.50 |
| RJH | 2/25/2011 | Draft January fee application and revise same (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 2/28/2011 | Prepare January fee application for filing (.80). | .80 | $475 | $380.00 |
| Total | | | 12.10 | | $6,122.50 |

Matter 14                                               **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 2/4/2011 | Review and circulate orders entered by the court (1.10). | 1.10 | $475 | $522.50 |
| JSB | 2/10/2011 | Attend to issues re 2/14 and 2/16 hearings (.30); review revised agenda re same (.30); review and respond to numerous inquiries re 2/14 and 2/16 hearings and newly filed motions re same (.40). | 1.00 | $625 | $625.00 |
| JSB | 2/13/2011 | Review and revise 2/14 hearing agenda (.30); review materials in preparation for 2/14 hearing on Plan issues (.50); prepare correspondence to Canadian counsel re 2/12 status, 2/14 hearing and affect re Canadian proceedings (.30); attend to issues re Court hearing participation (.30). | 1.40 | $625 | $875.00 |
| JSB | 2/14/2011 | Prepare for and participate in hearing on Garlock 2019 motion and Grace Omnibus hearing re Confirmation clarification (4.00); confer with clients and co-counsel re results of same and issues for District Court (1.00). | 5.00 | $625 | $3,125.00 |
| RJH | 2/14/2011 | Prepare for and participate in omnibus hearing (2.20). | 2.20 | $475 | $1,045.00 |
| Total | | | 10.70 | | $6,192.50 |

8

Matter 15                                        **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/1/2011 | Review draft Neutocrete discovery document (.50); confer with R. Higgins re same (.50). | 1.00 | $625 | $625.00 |
| RJH | 2/1/2011 | Confer with J. Baer re discovery request (.50); revise same (1.10). | 2.60 | $475 | $1,235.00 |
| JSB | 2/2/2011 | Confer with W. Corcoran, R. Mariam and R. Finke re EPA issues and report from Forest Service (.30). | .30 | $625 | $187.50 |
| JSB | 2/3/2011 | Review Kazan brief re Garlock 2019 request (.50); review and respond to numerous correspondence re pension motion (.40). | .90 | $625 | $562.50 |
| RJH | 2/3/2011 | Legal research re discovery issues and draft and revise discovery request re same (3.80). | 3.80 | $475 | $1,805.00 |
| JSB | 2/7/2011 | Review and revise CHP assignment and prepare correspondence re same (.30). | .30 | $625 | $187.50 |
| RJH | 2/7/2011 | Telephone conference with J. Hughes re claims litigation (.40); analyze and resolve issues re same (.30). | .70 | $475 | $332.50 |
| JSB | 2/8/2011 | Review and respond to client inquiries re ordinary course transactions (.40). | .40 | $625 | $250.00 |
| JSB | 2/9/2011 | Review revised Otis Consent Decree and comments re same (.60). | .60 | $625 | $375.00 |
| JSB | 2/10/2011 | Prepare correspondence re Synthetech matters (.20); review further correspondence re Otis Consent Decree (.30). | .50 | $625 | $312.50 |
| JSB | 2/15/2011 | Confer with R. Emmett re settlements and Effective Date timing (.30); confer re potential new motion re purchase (.30). | .60 | $625 | $375.00 |
| JSB | 2/16/2011 | Confer with G. Lowry re Samson claims and executory contract cure issues (.30); prepare memo to R. Emmett re Plan Confirmation issues (.60); review draft Locke Lift Stay motion (.30). | 1.20 | $625 | $750.00 |
| RJH | 2/16/2011 | Telephone conference with S. Stamoulis re claims litigation (.40). | .40 | $475 | $190.00 |
| JSB | 2/17/2011 | Confer with R. Higgins re Locke lift stay issues (.30); prepare and respond to correspondence re discovery on personal injury case from Scotts' firm (.30); review correspondence re Lock, Pension and Holdco motions (.30); prepare correspondence re filing all new motions and confer re same (.30). | 1.20 | $625 | $750.00 |
| JSB | 2/18/2011 | Final review of Holdco Motion for filing and provide comments re same (.40); final review of Pension Motion for filing and provide comments re same (.60); review final Locke Lift Stay Motion and provide comments re same (.40); confer re final issues re all | 1.70 | $625 | $1,062.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| | | filings for 3/28 hearing (.30). | | | |
| JSB | 2/22/2011 | Confer with L. Duff re negative notice issues (.30). | .30 | $625 | $187.50 |
| RJH | 2/22/2011 | legal research re discovery issues (.70); prepare claims litigation discovery for service (2.20). | 2.90 | $475 | $1,377.50 |
| JSB | 2/24/2011 | Confer with R. Finke re status of various matters (.40); review correspondence re comments to Otis Pipeline Consent decree (.30). | .70 | $625 | $437.50 |
| RJH | 2/24/2011 | Prepare for and participate in telephone conference with J. Hughes re claims litigation (.80); analyze claims litigation issues (.50). | 1.30 | $475 | $617.50 |
| JSB | 2/25/2011 | Review several protective orders re documents and confer with D. Boll re same (.80); review BNSF order and comments re same (.30); review and respond to further correspondence re protective order issues (.30); review BNSF statement of issues re Continental appeal (.20); review correspondence re appeal status/strategy (.30). | 1.90 | $625 | $1,187.50 |
| JSB | 2/25/2011 | Review Samson comments on EPA Consent Decree and client comments re same (.70); prepare comments re same (.20); review Cure Notice list and confer with BMC re same (.30); prepare correspondence re amended Montana claim (.20); review R. Emmett correspondence re Zonolite Action memo re Atlanta Vermiculite site (.70); review notes and documents re Ceretech re call from counsel re Bankruptcy issues (.50); | 2.60 | $625 | $1,625.00 |
| JSB | 2/28/2011 | Complete review of Atlanta Consent Decree documents (.30); prepare correspondence re same (.20). | .50 | $625 | $312.50 |
| RJH | 2/28/2011 | Telephone conference with J. Hughes re claims litigation (.30); legal research re claims litigation issues  (.60). | .90 | $475 | $427.50 |
| Total | | | 27.30 | | $15,172.50 |

**Matter 16**                                  **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/1/2011 | Confer with J. Donley re Confirmation Order issues (.30); confer with J. Donley and M. Shelnitz re same (.30); confer with Grace Management team re same (.50); participate in conference with Co-Plan Proponents re Confirmation Order and Opinion (1.00); confer with Grace team re District Court issues (.30); confer with GUC Counsel re Confirmation Order and J. Donley re same (.40); confer with R. Higgins re issues re same (.30); numerous conferences re District Court matters re Confirmation Order and respond to correspondence re same (.90). | 4.00 | $625 | $2,500.00 |
| JSB | 2/2/2011 | Confer with M. Shelnitz re discussion re Confirmation Order with GUC's (.30); confer with R. Finke and M. Shelnitz re Confirmation Notice and Press Release (.40); prepare correspondence re GUC issues (.30); confer further re same (.30); confer re Confirmation issues and procedural issues (.70); review legal memo re same (.30); review confirmation order re appeal and 9033 issues (.70). | 3.00 | $625 | $1,875.00 |
| JSB | 2/3/2011 | Confer with J. O'Neill re Buckwalter hearing and prepare correspondence re same (.40); confer with A. Rosenberg re Confirmation Order (.20); confer with J. Donley re same (.20); confer with D. Turetsky re same (.30). | 1.10 | $625 | $687.50 |
| JSB | 2/7/2011 | Review A. Paul memo re Confirmation Opinion (.50); further confer with co-counsel re Confirmation Order and motion issues (1.00); review and respond to correspondence re 2/14 agenda issues (.30); review correspondence re objection chart update and confirm with D. Boll re same (.40); confer with M. Shelnitz re 9033 issues (.20). | 2.40 | $625 | $1,500.00 |
| JSB | 2/8/2011 | Review 9033 issues raised by M. Shelnitz (.20); confer with M. Shelnitz re same (.30); confer with co-counsel and co-Plan Proponents re status of Confirmation Order and related issues (1.00); confer with D. Hogan re Confirmation Order and Collective retention (.30); review client Questions and Answer's draft and revise same (.40); confer with Lender's counsel and prepare summary re same (.40); further confer re same (.30); prepare summary re D. Hogan conversation and Canadian issues (.40); confer with J. Donley re same (.30). | 3.60 | $625 | $2,250.00 |
| JSB | 2/9/2011 | Review draft memo re Confirmation options (.20); participate in call with clients and co-counsel re same (.70); review draft points and arguments re motion re Confirmation Order (.50); review correspondence and drafts re Confirmation Order matters (.50). | 1.90 | $625 | $1,187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/10/2011 | Review draft motion re Plan Confirmation issues (.50); confer with clients and co-counsel re same (1.00); prepare correspondence re same (.30); confer with Equity Committee re same (.30); confer with J. Donley re same (.20); review revised Motion and prepare further comments re same (.60); review files re MCC and One Beacon issues on updated Objection chart (.40); prepare correspondence re same (.30); review final Motion re Confirmation Order (.30); confer with Court clerk re same (.30); prepare correspondence re same (.30); confer with client re same (.30); review AXA motions re Confirmation Order and prepare comments re same (.40). | 5.20 | $625 | $3,250.00 |
| JSB | 2/11/2011 | Review BNSF Motion for Reconsideration and comments re same (.50); prepare comments re same (.20); confer with Court and set up conference with Court re Plan Confirmation issues (.50); confer with Canadian Counsel re procedure re Canadian approval (.30); several conferences with various parties re Court status hearing and confirmation issues (.50); confer with clients re court status hearing (.50); participate in Court status hearing (1.00); confer with clients and plan proponents re follow up re same (.80); confer with K. Love re hearing issues for 2/14 hearing related to Plan (.30); review newly filed pleadings re confirmation issues and prepare transmittal re same (.50). | 5.10 | $625 | $3,187.50 |
| JSB | 2/13/2011 | Review correspondence re updated 12/23 Plan and issues re same (.30); prepare follow up comments re same (.20); participate in conference with clients and Plan proponents re hearing on Confirmation issues (1.00); review materials re same (.50); prepare correspondence re draft order for hearing (.30); confer with M. Shelnitz re status of various matters (.30); prepare correspondence to all parties re order on Plan Confirmation and confer re same (.50). | 3.10 | $625 | $1,937.50 |
| JSB | 2/14/2011 | Prepare for hearing on Motion to Clarify (1.00); confer re revising Plan to reflect 12/23 change and Canadian revisions (.30); participate in team call re status of confirmation (.30); prepare correspondence re District Court hearing and confer re same (.40) | 2.00 | $625 | $1,250.00 |
| JSB | 2/15/2011 | Review Order clarifying Confirmation Order and prepare correspondence re same (.40); confer re same (.20). | .60 | $625 | $375.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/16/2011 | Confer with R. Higgins re Plan status issues (.30); prepare correspondence on clarification order for Canadian counsel (.30); participate in conference with clients and co-counsel re upcoming hearing in the District Court and related issues (.60); confer with D. Cohn re District Court schedule and related issues (.30); confer with G. Cassada and F. Monaco re same (.60); follow up re same (.30); confer with M. Shiner re same (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 2/17/2011 | Confer with D. Rosendorf and D. Speights re Grace appeal issues (.30); confer with J. Wisler re same (.30); confer with D. Boll re Plan Amendment issues (.30); prepare correspondence re status and issues re Grace appeal schedule proposals (to several parties) (.60). | 1.50 | $625 | $937.50 |
| JSB | 2/18/2011 | Confer with J. Donley re discussions with Plan Objectors (.30); confer with Plan Proponents re same (.80); confer with clients and co-counsel re same (.80); confer with M. Brown re appeal issues (.40); review revised Plan and Notice re same (.80); review ACC/FCR draft response re BNSF Motion to Reconsider (.30); confer with D. Boll and prepare comments re revised Plan and Notice (.40). | 3.80 | $625 | $2,375.00 |
| JSB | 2/21/2011 | Review draft notices re various Plan filings and confer re same (.50); prepare and revise Cure Notice (.80); prepare correspondence re same (.40); confer re same (.30); review draft appeal CMO (.30); confer re same (.30); prepare correspondence re same (.30); participate in lender's call re appeal issues (.40); review and respond to correspondence re appeal schedule proposal (.30); confer with Plan objectors re same (1.20); further confer with J. Donley re same (.30); prepare Cure Exhibit notice for filing and correspondence to BMC re service (.30). | 5.40 | $625 | $3,375.00 |
| JSB | 2/22/2011 | Review memo from client re objection status issues (.40); participate in conference call with Grace re status of case and preparation for hearing before District Court (1.00); review revised draft CMO and prepare correspondence re same (.40); confer with BMC re Cure Notice service (.50); prepare correspondence to R. Finke re same (.20); review correspondence from Plan objectors re draft CMO and follow up re same (.50); confer with J. Donley re same (.20). | 3.20 | $625 | $2,000.00 |
| JSB | 2/23/2011 | Review revised draft CMO for District Court appeal (.30); confer re same (.20); prepare correspondence to all parties re revised CMO draft (.30); prepare for District Court hearing on Confirmation status (1.00); confer with parties prior to Court hearing and participate in hearing on Confirmation status (1.50); confer with various parties after same (.50); confer with M. Davis re status (.30). | 4.10 | $625 | $2,562.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/24/2011 | Confer with Grace appellate team re record on appeal and other related issues (.80); confer with R. Finke re outcome of District Court status hearing (.30); confer with D. Boll re record on appeal and confidential document issues (.30); review protective orders re implications for record on appeal (.40); review correspondence re BNSF draft order (.30). | 2.10 | $625 | $1,312.50 |
| JSB | 2/28/2011 | Review correspondence re BNSF issues (.20); participate in call with Plan Proponents re Bank Lender appeal issues (.40); review BNSF, Anderson and Queen 9033 objections and correspondence re same (.40); review BNSF reply re Motion for Reconsideration (.30);  review further correspondence re BNSF issues (.30). | 1.60 | $625 | $1,000.00 |
| Total |  |  | 56.40 |  | $35,250.00 |

Matter 17                                    Relief from Stay Proceedings

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 2/1/2011 | Analyze issues re Locke stipulation to lift stay and draft motion re same (.80). | .80 | $475 | $380.00 |
| RJH | 2/9/2011 | Draft Locke lift stay motion and legal research re same (1.20). | 1.20 | $475 | $570.00 |
| RJH | 2/14/2011 | Legal research re lift stay matters (1.30). | 1.30 | $475 | $617.50 |
| RJH | 2/15/2011 | Legal research re lift stay matters (.80); draft Locke lift stay motion (3.30). | 4.10 | $475 | $1,947.50 |
| RJH | 2/16/2011 | Exchange correspondence with B. Duffy re Locke lift stay matters and analyze same (.50); revise motion re same (1.50). | 2.00 | $475 | $950.00 |
| RJH | 2/17/2011 | Confer with J. Baer re Locke lift stay motion (.30); revise same (1.60). | 1.90 | $475 | $902.50 |
| RJH | 2/18/2011 | Revise Locke lift stay motion and prepare for filing (1.60); telephone conference with J. Forgach and resolve issues re same (.50). | 2.10 | $475 | $997.50 |
| RJH | 2/21/2011 | Correspond with various parties re Locke lift stay motion (.50). | .50 | $475 | $237.50 |
| Total | | | 13.90 | | $6,602.50 |

Matter 20                                    Travel – Non-working

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/13/2011 | Travel from Chicago to Delaware for 2/14 hearing ( billed at half time)(2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 2/14/2011 | Travel from Delaware back to Chicago after 2/14 Omnibus hearing ( billed at half time)(2.50). | 2.50 | $625 | $1,562.50 |
| JSB | 2/22/2011 | Travel from Chicago to Philadelphia for Grace District Court status hearing (billed at half time)(2.50). | 2.50 | $625 | $1,562.50 |
| JSB | 2/23/2011 | Travel from Philadelphia back to Chicago after Confirmation status hearing (billed at half time)(3.00). | 3.00 | $625 | $1,875.00 |
| Total | | | 10.00 | | $6,250.00 |