<u>**EXHIBIT B**</u>

**February 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, local transportation and other travel expenses | $2,934.63 |
| Long Distance/Conference Telephone Charges/Internet | $3,365.06 |
| Online research | $393.95 |
| Delivery services/messengers | $26.91 |
| Court fees | $191.52 |
| **Total:** | **$6,912.07** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 2/13/2011 | $40.00 | 303 Taxi from Wilmette to O'Hare for trip to Delaware for Omnibus hearing |
| 2/13/2011 | $11.59 | Lunch at airport awaiting flight to Philadelphia for Omnibus hearing |
| 2/13/2011 | $310.69 | United Airlines. One way airfare from Chicago to Philadelphia, including travel fee, for Grace Omnibus hearing |
| 2/13/2011 | $126.00 | Boston Coach. Car service from Philadelphia airport to Wilmington DE for Omnibus hearing. |
| 2/13/2011 | $67.10 | Hotel DuPont. Late evening room service dinner while working on matters for upcoming Omnibus hearing. |
| 2/14/2011 | $921.90 | Hotel DuPont. Hotel for two days in Wilmington DE for Omnibus hearing and anticipated District Court status hearing. |
| 2/14/2011 | $310.70 | American Airlines. One way airfare from Philadelphia to Chicago, including travel fee, after Omnibus hearing |
| 2/14/2011 | $45.00 | 303 Taxi from O'Hare to Wilmette after trip to Delaware for Omnibus hearing |
| 2/22/2011 | $43.00 | Taxi from Chicago to O'Hare for flight to Philadelphia for hearing |
| 2/22/2011 | $643.40 | United Airlines. Round-trip Airfare from Chicago to Philadelphia, including travel fee, for District Court hearing |

|  | Service Description |  | Amount |
|---|---|---|---|
| 2/22/2011 | $35.00 | Taxi from Philadelphia airport to Marriott hotel | |
| 2/22/2011 | $40.98 | Marriott Hotel. Dinner in Philadelphia prior to District Court hearing | |
| 2/23/2011 | $19.70 | Marriott Hotel. Breakfast in Philadelphia prior to District Court hearing. | |
| 2/23/2011 | $298.37 | Marriott Hotel Philadelphia. One night lodging prior to District Court hearing. | |
| 2/23/2011 | $18.95 | Lunch at Philadelphia airport awaiting flight back to Chicago after District Court hearing | |
| 2/223/11 | $2.25 | CTA fare from O'Hare to downtown Chicago after District Court hearing | |
| Total | $2,934.63 | | |

## NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 2/2/2011 | $191.52 | Pacer charges for January |
| 2/12/2011 | $26.91 | UPS. Postage charges re account's letter and discovery correspondence |
| 2/15/2011 | $393.95 | Lexis charges for February |
| 2/22/2011 | $61.36 | Sprint Broadband charges for JSB re travel access |
| 2/28/2011 | $3,303.70 | ICI Telecom - Conference call charges for February ( including several court and all party conferences) |
| Total | $3,977.44 | |

Total February2011 Expenses: $6,912.07