**EXHIBIT A**

Professional services rendered in December 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/15/10 | A.E. Moran | Telephone conference with Ms. Finke on deduction timing issue. | 0.30 |
| 12/15/10 | A.E. Moran | Consider deduction timing question and check prior research. | 0.80 |
| 12/16/10 | M.A. Leon | Research regarding rules applicable to deduction of retirement plan contributions; telephone conference and correspondence with Ms. Moran regarding same. | 2.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.10 | 640.00 | 704.00 |
| M.A. Leon | 2.00 | 495.00 | 990.00 |
| Total | 3.10 | | 1,694.00 |

Total Fees $1,694.00

Disbursements:

Duplicating 0.90

Total Disbursements $0.90

Total This Statement $1,694.90

5

Doc. # DC-2443032 v.1 3/28/11 11:21 AM