**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 907705


012046.00004 TAX REORGANIZATION ISSUES

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 12/16/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| DUPLDC | 12/16/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

1 PHOTOCOPIES MADE BY 00206

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 10/08/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 10/08/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 10/20/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 10/20/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 10/20/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 10/20/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 10/20/10 | Total: | | 0.20 | | |
| LASR | 10/29/10 | 00206 | Moran, Anne E. | 2.00 | 0.10 | 0.20 |
| LASR | 10/29/10 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER   2 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 11/02/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 11/02/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 11/02/10 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 11/02/10 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 11/02/10 | Total: | | 0.20 | | |
| LASR | 01/13/11 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 01/13/11 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| | | | | |
|---|---|---|---|---|
| LASR | | Total: | 0.80 | |
| Total: 012046.00004 TAX REORGANIZATION ISSUES | | | 0.90 | |

| | | |
|---|---|---|
| Report Total: | 0.90 | |

6