**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 19, 2011 at 4:00 p.m.** |

**TWENTIETH MONTHLY APPLICATION OF SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY28, 2011**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | February 1, 2011 through February 28, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $16,418.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $140.84 |

This is a(n): ___ interim . ___ final application. _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09<br>23059 | 5/18/09 through 7/31/09 | $108,445.50/<br>$1,156.09 | $86,756.40<br>$1,156.09 | 23322 |
| 9/29/09<br>23364 | 8/1/09 through 8/31/09 | $38,437.50/<br>$651.48 | $30,750.00/<br>$651.48 | 23547 |
| 10/29/09<br>23614 | 9/1/09 through 9/30/09 | $22,354.50<br>$86.25 | $17,883.60<br>$86.25 | 23812 |
| 11/30/09<br>23869 | 10/1/09 through 10/31/09 | $13,047.00<br>$39.44 | $10,437.60<br>$39.44 | 24047 |
| 12/29/09<br>24066 | 11/1/09 through 11/30/09 | $27,112.50<br>$64.77 | $21,690.00<br>$64.77 | 24167 |
| 1/29/10<br>24208 | 12/1/09 through 12/31/09 | $20,043.00<br>$842.45 | $16,034.40<br>$842.45 | 24333 |
| 3/1/10<br>24371 | 1/1/10 through 1/31/10 | $16,131.00<br>$44.90 | $12,904.48<br>$44.90 | 24498 |
| 3/29/10<br>24517 | 2/1/10 through 2/28/10 | $14,617.50<br>$12.49 | $11,694.00<br>$12.49 | 24645 |
| 4/29/10<br>24695 | 3/1/10 through 3/31/10 | $19,198.50<br>$1601.38 | $15,358.80<br>$1601.38 | 24823 |
| 5/28/10<br>24852 | 4/1/10 through 4/30/10 | $8,928.00<br>$23.88 | $7,142.40<br>$23.88 | 24962 |
| 7/9/2010<br>25056 | 5/1/10 through 5/31/10 | $8,061.00<br>$517.61 | $6,448.80<br>$517.61 | 25148 |
| 7/29/2010<br>25135 | 6/1/10 through 6/30/10 | $6,702.00<br>$930.06 | $5,361.60<br>$930.06 | 25256 |
| 8/18/10<br>25238 | 7/1/10 through 7/31/10 | $10,611.50<br>$78.10 | $8,489.20<br>$78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10<br>25494 | 8/1/10 through<br>8/31/10 | $12,146.50<br>$158.56 | $9,717.20<br>$158.56 | 25629 |
| 11/11/10<br>257535 | 9/1/10 through<br>9/30/10 | $9,865.00<br>$175.99 | $7,892.00<br>$175.99 | 25855 |
| 12/1/10<br>25838 | 10/1/10 through<br>10/31/10 | $7,748.50<br>$186.48 | $6,198.80<br>$186.48 | 25958 |
| 1/4/10<br>26008 | 11/1/10 through<br>11/30/110 | $8,349.00<br>$174.91 | $6,679.20<br>$174.91 | 26125 |
| 1/26/11 | 12/1/10 through<br>12/31/10 | $9,467.50<br>$136.50 | $7,574.00<br>$136.50 | 26389 |
| 3/1/11 | 1/1/11 through<br>1/31/11 | $5,471.00<br>$227.01 | $4,376.80<br>$227.01 | 26616 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| **Name** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|
| Teresa K.D. Currier | $625 | 23.9 | $14,937.50 |
| Monique A. Bair | $225 | 2.1 | $472.50 |
| Tracy B. Buck | $180 | 5.6 | $1,008.00 |
| **TOTAL** | | **31.6** | **$16,418.00** |

* The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2010 for the Bankruptcy and Restructuring Department).

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.5 | $937.50 |
| Business Operations | 1.5 | $937.50 |
| Case Administration | 8.6 | $5,375.00 |
| Claim Analysis Objections & Resolutions (Non-Asbestos) | 0.2 | $125.00 |
| Committee: Creditors', Noteholders' or Equity Holders | 0.7 | $437.50 |
| Fee Applications, Applicant | 3.2 | $576.00 |
| Fee Applications, Others | 3.1 | $869.50 |
| Hearings | 2.1 | $1,312.50 |
| Plan and Disclosure Statement | 10.7 | $5,847.50 |
| **TOTAL** | **31.6** | **$16,418.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Photocopying | $22.70 |
| Docket Entries | $36.96 |
| Federal Express | $73.68 |
| Messenger Service | $7.50 |
| **TOTAL** | **$140.84** |

**SAUL EWING LLP**

By: ______________________________

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of Equity Security Holders

Dated: March 30, 2011