# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2121951 |
| Invoice Date | 03/09/11 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/11 | TKD | Review Debtors Thirty-Eighth Quarterly Report of Asset Sales from October 1, 2010 through December 31, 2010, in Accordance with that Certain Order Establishing Procedures for the Sale of Abandonment of De Minimin Assets | 0.2 | 125.00 |
| 02/04/11 | TKD | Review Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies | 0.2 | 125.00 |
| 02/10/11 | TKD | Review Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies | 0.3 | 187.50 |
| 02/10/11 | TKD | Review Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.2 | 125.00 |
| 02/10/11 | TKD | Review Order (FINAL) Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement | 0.2 | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
03/09/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2121951
Asset Disposition                                              Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/11 | TKD | Review Debtors' Motion for an Order Authorizing Creation of a Non-Debtor Foreign Subsidiary Holding Company Structure | 0.4 | 250.00 |
| | | **TOTAL HOURS** | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $625.00 | = | 937.50 |

CURRENT FEES                                                   937.50

**TOTAL AMOUNT OF THIS INVOICE**                               937.50

**NET AMOUNT OF THIS INVOICE**                                 937.50

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2121952 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/11 | TKD | Review Monthly Operating Report | 0.4 | 250.00 |
| 02/01/11 | TKD | Review Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.4 | 250.00 |
| 02/01/11 | TKD | Review Motion for an Order Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement | 0.3 | 187.50 |
| 02/23/11 | TKD | Review Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans | 0.4 | 250.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $625.00 | = | 937.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 26665-2    Filed 03/30/11    Page 4 of 18

359022
00003
03/09/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2121952
Business Operations                                          Page 2

| | |
|---|---:|
| CURRENT FEES | 937.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 937.50 |
| **NET AMOUNT OF THIS INVOICE** | 937.50 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2121953<br>Invoice Date 03/09/11<br>Client Number 359022<br>Matter Number 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/11 | TKD | Review ecf filings and share with team | 0.4 | 250.00 |
| 02/01/11 | TKD | Review Response of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus, LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper, Frockt, Gori Jullian & Associates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC and Montgomery, McCracken, Walker & Rhoads, LLP | 0.5 | 312.50 |
| 02/02/11 | TKD | Review all ecf filings and share with team | 0.3 | 187.50 |
| 02/03/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 02/08/11 | TKD | Review all ecf filings and distribute to our team | 0.3 | 187.50 |
| 02/09/11 | TKD | Review all ecf filings and share with team | 0.3 | 187.50 |
| 02/10/11 | TKD | Review ecf filings and share with our team | 0.7 | 437.50 |
| 02/11/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 02/14/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 02/15/11 | TKD | Review a volume of ecf filings and share with team | 0.9 | 562.50 |
| 02/16/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 02/22/11 | TKD | Review all ecf filings and share with team | 1.2 | 750.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC  Doc 26665-2  Filed 03/30/11  Page 6 of 18

359022
00004
03/09/11

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2121953
Case Administration                                        Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 02/24/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 02/25/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 02/25/11 | TKD | Prepare Entry of Appearance for Equity Committee in District Court case | 0.5 | 312.50 |
| 02/28/11 | TKD | Review all ecf filings and share with our team | 0.3 | 187.50 |
| | | TOTAL HOURS | 8.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.6 | at | $625.00 | = | 5,375.00 |

CURRENT FEES                                             5,375.00

**TOTAL AMOUNT OF THIS INVOICE**                         5,375.00

**NET AMOUNT OF THIS INVOICE**                           5,375.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2121954 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00007 |
| Charlottesville, VA 22902 | |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/11 | TKD | Review Motion for an Order Lifting the Automatic Stay to Allow the State Court Litigation Regarding Claim No. 9566 (Robert H. Locke) to Proceed | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $625.00 | = | 125.00 |

CURRENT FEES                                                                                   125.00

TOTAL AMOUNT OF THIS INVOICE                                                                   125.00

NET AMOUNT OF THIS INVOICE                                                                     125.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2121955 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00008 |
| Charlottesville, VA 22902 | | |

Re:  Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/14/11 | TKD | Review materials to be discussed in this week's committee meeting | 0.7 | 437.50 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 at | $625.00 | = | 437.50 |

CURRENT FEES                                                                                                 437.50

TOTAL AMOUNT OF THIS INVOICE                                                                                 437.50

NET AMOUNT OF THIS INVOICE                                                                                   437.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2121957 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/09/11 | TBB | Draft Saul Ewing's Seventh Quarterly fee Application | 0.8 | 144.00 |
| 02/09/11 | TBB | Draft Notice and Affidavit of Service to Saul Ewing's seventh quarterly fee application | 0.3 | 54.00 |
| 02/15/11 | TBB | Revise Notice and Saul's seventh quarterly fee application. | 0.2 | 36.00 |
| 02/15/11 | TBB | File and serve Saul Ewing's seventh quarterly fee application | 0.8 | 144.00 |
| 02/23/11 | TBB | Draft CNO to Saul Ewing's eighteenth monthly fee application | 0.3 | 54.00 |
| 02/23/11 | TBB | File and serve CNO to Saul Ewing's eighteenth monthly fee application | 0.6 | 108.00 |
| 02/23/11 | TBB | Review docket for any objection to Saul Ewing's fee application | 0.2 | 36.00 |

TOTAL HOURS  3.2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Tracy B. Buck | 3.2 at | $180.00 | = | 576.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
03/09/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2121957
Fee Applications/Applicant                                   Page 2

|  |  |
|---|---|
| CURRENT FEES | 576.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 576.00 |
| **NET AMOUNT OF THIS INVOICE** | 576.00 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace – Official Committee of Equity Security Holders | Invoice Number 2121958 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/11 | TBB | Draft Notice and affidavit of service to Kramer's 112th monthly fee application | 0.3 | 54.00 |
| 02/01/11 | TBB | File and serve Kramer Levin's 112th monthly fee application | 0.7 | 126.00 |
| 02/09/11 | TBB | Draft Notice and Affidavit of Service to Kramer Levin's thirty five quarterly fee application. | 0.3 | 54.00 |
| 02/10/11 | TKD | Review Kramer Levin fee application and review Notice to go with it and approve filing of same | 0.4 | 250.00 |
| 02/23/11 | TKD | Review and approve CNO for Kramer Levin fee application and prepare same for filing | 0.3 | 187.50 |
| 02/23/11 | TBB | Draft Kramer Levin's CNO to their one hundred and twelfth monthly fee application | 0.3 | 54.00 |
| 02/23/11 | TBB | FIle and serve CNO to Kramer Levin's one hundred and twelfth monthly fee application | 0.6 | 108.00 |
| 02/23/11 | TBB | Review docket for any objections to Kramer Levin's fee application | 0.2 | 36.00 |
| | | TOTAL HOURS | 3.1 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
03/09/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2121958
Fee Applications/Others                                                      Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.4 | at | $180.00 | = | 432.00 |
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |

      CURRENT FEES            869.50

      **TOTAL AMOUNT OF THIS INVOICE**   869.50

      **NET AMOUNT OF THIS INVOICE**    869.50

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2121959 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/08/11 | TKD | Review Agenda Notice for February 14 hearing | 0.4 | 250.00 |
| 02/10/11 | TKD | Review Amended Agenda for hearing showing Plan confirmation issues/status conference | 0.4 | 250.00 |
| 02/11/11 | TKD | Attend status conference with Judge Fitzgerald on Confirmation Order issues and finality | 0.9 | 562.50 |
| 02/24/11 | TKD | Review Agenda Notice of matters scheduled for hearing | 0.4 | 250.00 |
| | | TOTAL HOURS | 2.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.1 | at | $625.00 | = | 1,312.50 |

CURRENT FEES                1,312.50

**TOTAL AMOUNT OF THIS INVOICE**                1,312.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00017
03/09/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2121959
Hearings
Page 2

**NET AMOUNT OF THIS INVOICE**                              1,312.50

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2121960 |
| Invoice Date | 03/09/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/11 | TKD | Review Motion of certain Plan Proponents to Clarify Confirmation Order | 0.5 | 312.50 |
| 02/10/11 | TKD | Review Motion to Extend Time to Appeal Under Rule 8002(c) Filed by AXA Belgium | 0.4 | 250.00 |
| 02/10/11 | TKD | Review Order Scheduling a Status Conference for Wednesday, February 16, 2011 at 10:00 a.m. | 0.2 | 125.00 |
| 02/10/11 | TKD | Review BNSF's Motion for Reconsideration of Confirmation Order | 0.5 | 312.50 |
| 02/11/11 | MAB | Attention to pro hac vice issues for Eastern District of Pennsylvania and telephone calls with court re: same | 2.1 | 472.50 |
| 02/11/11 | TKD | Checked on Pro Hac requirements; arranged for pro hacs for hearing Wed. Feb. 16 with Judge Buckwalter | 0.7 | 437.50 |
| 02/11/11 | TKD | Communication regarding status conference with Judge Fitzgerald today regarding Plan motions | 0.4 | 250.00 |
| 02/11/11 | TKD | Review Anderson Memorial Motion to Extend (1) Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization | 0.4 | 250.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
03/09/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2121960
Plan and Disclosure Statement                               Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/11 | TKD | Review Motion to Allow Expedited Consideration of Anderson Memorial Hospital's Motion (1) to Extend Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization | 0.2 | 125.00 |
| 02/11/11 | TKD | Review Statement Of Position Of BNSF Railway Company Regarding Plan Proponents Motion For Clarification Of Confirmation Order And Precautionary Motion For Extension Of Time To File Objections To Or Appeal From Memorandum Opinion And Recommended Findings Of Fact And Conclusions Of Law | 0.3 | 187.50 |
| 02/11/11 | TKD | Review Order Granting in Part Motions to Extend Time to Object regarding plan confirmation and Continuing Hearing on same and on Plan Proponents' Motion for Clarification and BNSF's Motion to Reconsider to February 14, 2011, at 9:00 a.m | 0.1 | 62.50 |
| 02/14/11 | TKD | Review Notices of Appeal and Joinders of various parties to them | 0.6 | 375.00 |
| 02/14/11 | TKD | Review Garlock Notice of Appeal and related documents | 0.3 | 187.50 |
| 02/14/11 | TKD | Review Official Committee of Unsecured Creditors Notice of Appeal and related documents | 0.4 | 250.00 |
| 02/14/11 | TKD | Review Lender Notice of Appeal and related documents | 0.4 | 250.00 |
| 02/15/11 | TKD | Review and calendar Rescheduled Hearing before Judge Buckwalter | 0.2 | 125.00 |
| 02/15/11 | TKD | Review Order signed 2/15/11 Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 | 0.2 | 125.00 |
| 02/16/11 | TKD | Review Order Claifying Memorandum Opinion in the W.R. Grace & Co | 0.4 | 250.00 |
| 02/21/11 | TKD | Reviewed and approved conformed copies of plan and exhibits to be filed | 0.7 | 437.50 |
| 02/21/11 | TKD | Review and approve proposed schedule for appeal on plan confirmation | 0.3 | 187.50 |

359022
00020
03/09/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2121960
Plan and Disclosure Statement                                Page 3

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/22/11 | TKD | Review Plan Proponents' Joint Response to BNSF Motion for Reconsideration | 0.4 | 250.00 |
| 02/23/11 | TKD | Review Libby Claimants appeal and Designation of Items and Issues for Appeal | 0.5 | 312.50 |
| 02/28/11 | TKD | Review Objections Of BNSF Railway Company In Accordance With Bankruptcy Rule 9033 To The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law | 0.2 | 125.00 |
| 02/28/11 | TKD | Review Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 | 0.3 | 187.50 |

                                                    TOTAL HOURS    10.7

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Monique A. Bair | 2.1 | at | $225.00 | = | 472.50 |
| Teresa K.D. Currier | 8.6 | at | $625.00 | = | 5,375.00 |

                    CURRENT FEES                                              5,847.50


                    **TOTAL AMOUNT OF THIS INVOICE**                          5,847.50


                    **NET AMOUNT OF THIS INVOICE**                            5,847.50

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2121956 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/09/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 22.70 |
| Docket Entries | 36.96 |
| Messenger Service | 7.50 |
| Federal Express | 73.68 |
| **CURRENT EXPENSES** | 140.84 |
| **TOTAL AMOUNT OF THIS INVOICE** | 140.84 |
| **NET AMOUNT OF THIS INVOICE** | 140.84 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP