**EXHIBIT B**

**Case Administration (2.90 Hours; $ 2,513.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        2.90

**Claims Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

        Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estate.

**Total Task Code .05**        .10

**Employee Benefits/Pension (.30 Hours; 271.50)**

        Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**        .30

**Employment Applications, Others (.80 Hours; 428.00)**

        Services rendered in this pertain to the review of the retention applications of professinals and experts other than Caplin & Drysdale.

**Total Task Code .10**        .80

**Fee Applications, Applicant (9.90 Hours; $ 4,339.50)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        9.90

**Litigation and Litigation Consulting (46.90 Hours; $ 20,601.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 46.90**

**Plan & Disclosure Statement (38.20 Hours; $ 28,577.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 38.20**

**Travel Non Working (12.30 Hours; $ 4,807.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney’s usual hourly rate.

**Total Task Code .21 12.30**