**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.51 |
| Charge of Cell and/or Home Phone Useage | 0.72 |
| Database Research | 118.92 |
| Long Distance-Equitrac In-House | 1.08 |
| Meals Related to Travel | 2.00 |
| Travel Expenses - Ground Transportation | 35.00 |
| Xeroxing | 7.90 |
| **Total:** | **$ 181.13** |