| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter     000** | **Disbursements** | | 3/17/2011 |

Print Date/Time: 03/17/2011  2:40:57PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 2/28/2011

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/1/2011 | 13,655 |
|---|---|---|---|---|---|---|---|---|

| | $4,806.34 | | | | | |
|---|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 | |

$3,885,770.53
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 37.00 | 0.00 | 37.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 23.41 | 0.00 | 23.41 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 120.72 | 0.00 | 120.72 |
| **Total Fees** | | | **0.00** | **181.13** | **0.00** | **181.13** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2657704 | Database Research By KGH on 1/30-31 | E | 01/31/2011 | 0999 | C&D | | 0.00 | $118.92 | | 0.00 | $118.92 | 118.92 |
| 2651944 | Equitrac - Long Distance to 12123199240 | E | 02/02/2011 | 0999 | C&D | | 0.00 | $0.36 | | 0.00 | $0.36 | 119.28 |
| 2654339 | Equitrac - Long Distance to 12123199240 | E | 02/03/2011 | 0999 | C&D | | 0.00 | $0.60 | | 0.00 | $0.60 | 119.88 |
| | | | | | C&D | | | | | | | |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | 3/17/2011 |

Print Date/Time: 03/17/2011 2:40:57PM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2655019 | Pacer Service Center -Database Research, 10/1/10 - 12/31/10 | E | 02/07/2011 | 0999 | | 0.00 | $0.72 | 0.00 | $0.72 | 120.60 |
| 2659759 | Equitrac - Long Distance to 13024269910 | E | 02/22/2011 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 120.72 |
| 2659996 | Federal Express -Delivery to M.Brushwood, 2/8/11 (EI) | E | 02/24/2011 | 0120 | EI | 0.00 | $15.51 | 0.00 | $15.51 | 136.23 |
| 2660734 | Petty Cash -Parking at DC Union Station while on travel to/from Philadelphia, PA, re: Hearing, 2/23/11 (PVNL) | E | 02/28/2011 | 0020 | PVL | 0.00 | $35.00 | 0.00 | $35.00 | 171.23 |
| 2660735 | Petty Cash -Snack while on travel to/from Philadelphia, PA, re: Hearing, 2/23/11 (PVNL) | E | 02/28/2011 | 0020 | PVL | 0.00 | $2.00 | 0.00 | $2.00 | 173.23 |
| 2665151 | Xeroxing -NY Office Copy Charges, 2/2011 (EI) | E | 02/28/2011 | 0120 | EI | 0.00 | $7.90 | 0.00 | $7.90 | 181.13 |

**Total Expenses**                                                          $181.13                        $181.13
                                                                    0.00                          0.00

                    Matter Total Fees                                         0.00                          0.00
                    Matter Total Expenses                                   181.13                        181.13
                    Matter Total                                    0.00    181.13          0.00          181.13

                    Prebill Total Fees
                    Prebill Total Expenses                                  $181.13                       $181.13
                    Prebill Total                                   0.00    $181.13         0.00          $181.13

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |
| 79,959 | 02/15/2011 | 38,523.84 | 38,523.84 |
| | | 170,945.34 | 54,030.17 |