# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 15, 2011 | INVOICE: | 241810 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**MATTER:**  CLAIMANTS COMMITTEE                                                                 Robert M Horkovich

## PROFESSIONAL SERVICES through 02/28/11

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.20 |
| 02/01/11 | Reviewed insurance policies re:  newly updated "follow form", "voluntary payments" and "consent to settle analysis." | W001 | IF | 1.80 |
| 02/01/11 | Researched files and in-house database resources re:  settlement agreements since bankruptcy. | W001 | IF | 0.90 |
| 02/01/11 | Prepare appellate brief re: Integrity appeal. | W001 | KES | 0.40 |
| 02/01/11 | Attention to allocation stream of payments project. | W001 | MG | 3.20 |
| 02/01/11 | Attention to allocation with new spending assumptions. | W001 | MG | 1.80 |
| 02/01/11 | Attention to potential settlement with major insurance company (0.90).  Attention to revisions of Exhibit 5 to Plan (0.40). Communicate with plan proponents (Esayian/Mahaley) (0.40). | W001 | RMH | 1.70 |
| 02/01/11 | Review and analysis of available insurance portfolio in context of expected Plan Confirmation (2.50). Research and analysis in connection with post-settlement issues implicated by impending Plan Confirmation (2.30). | W001 | RYC | 4.80 |
| 02/02/11 | Review of PACER docket per R. Chung request for service parties. | W001 | AHP | 0.70 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 15, 2011                                    INVOICE:     241810

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/02/11 | Analysis of selected insurance policies re: follow form to London issues, voluntary payments issues, and consent to settle issues (2.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.40 |
| 02/02/11 | Reviewed insurance policies re: "voluntary payments" and "follow form" updates. | W001 | IF | 2.40 |
| 02/02/11 | Revise allocation with new spending assumptions. | W001 | MG | 1.60 |
| 02/02/11 | Attention to allocation stream of payments project. | W001 | MG | 2.80 |
| 02/02/11 | Prepare response to request for information from insolvent insurance company. | W001 | MG | 2.40 |
| 02/02/11 | Case file review: Work with records on updating case materials. | W001 | NJB | 1.30 |
| 02/02/11 | Attention to Exhibit 5 to plan (0.40). Draft reminder letters to all outstanding insurance companies (0.80). | W001 | RMH | 1.20 |
| 02/02/11 | Review fee auditor's comments regarding fee application. | W011 | RYC | 0.20 |
| 02/02/11 | Analysis of remaining individual insurance company settlement issues and prepare correspondence with remaining companies in connection with recommendation for plan confirmation. | W001 | RYC | 3.80 |
| 02/03/11 | Begin drafting numerous e-mails to relevant parties to ascertain accuracy of billing charges (1.60); continue to review responses and additional e-mail communications and attachments relaying information re: same (1.20). | W011 | AHP | 2.80 |
| 02/03/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.20 |
| 02/03/11 | Researched certain insurance company queries per R. Chung request. | W001 | HEG | 0.80 |
| 02/03/11 | Reviewed insolvent insurance company chart. | W001 | IF | 0.60 |
| 02/03/11 | Reviewed insurance policies re: "voluntary payments," "consent to settle" and "follow form updates." | W001 | IF | 1.60 |
| 02/03/11 | Attention to information response for insolvent insurance company. | W001 | MG | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE           MATTER:        100055.WRG01

March 15, 2011                                             INVOICE:           241810

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/03/11 | Attention to allocation stream of payments project. | W001 | MG | 2.20 |
| 02/03/11 | Attention to allocation with new spending assumptions. | W001 | MG | 1.60 |
| 02/03/11 | Attention to modification of Exhibit 5. | W001 | RMH | 1.30 |
| 02/03/11 | Research and analysis in connection with recovery efforts from remaining available insurance coverage (2.50).  Research and analysis in connection with anticipated obstacles to coverage post-bankruptcy (2.70). | W001 | RYC | 5.20 |
| 02/03/11 | Attention to review of fee auditor's comments. | W011 | RYC | 0.40 |
| 02/04/11 | Analysis of selected settlement agreements re: issues presently in dispute with certain insurance companies in settlement negotiations (2.90); draft and revise settlement agreements data spreadsheets (.80). | W001 | GFF | 3.70 |
| 02/04/11 | Additional discussions and edits for proposed revisions to Exhibits 5 and 6. | W001 | HEG | 2.20 |
| 02/04/11 | Reviewed settlement agreements re: issues presently in dispute with certain insurance companies in settlement negotiations | W001 | IF | 2.60 |
| 02/04/11 | Attention to confirmation plan exhibits. | W001 | IF | 1.30 |
| 02/04/11 | Attention to information response for insolvent insurance company. | W001 | MG | 2.20 |
| 02/04/11 | Review and analysis of emails re: basis of trust spending assumptions. | W001 | MG | 1.60 |
| 02/04/11 | Prepare allocation with new spending assumptions. | W001 | MG | 2.20 |
| 02/04/11 | Attention to updating insurance valuation report (1.80).  Conference call with CNA regarding Exhibit 5 (1.00). | W001 | RMH | 2.80 |
| 02/05/11 | Attention to revised allocations for assorted individual companies. | W001 | MG | 3.40 |
| 02/05/11 | Review and analysis of insolvent insurance coverage recovery matters. | W001 | RYC | 1.10 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:       100055.WRG01

March 15, 2011                                                         INVOICE:           241810

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/07/11 | Continue to review multiple e-mails and attachments regarding vendor agreement issue to respond to fee auditor inquiry (.80); multiple calls to relevant parties regarding contract date(s) and agreements (.40); contact timekeeper to review records for particular entry and draft initial e-mail response to Fee Auditor regarding both entry and expense issue (1.20); draft e-mail to accounting requesting reduction/credit (.60); begin reviewing prior bills for auditing of expenses during 2010, 2009, 2008, 2007, 2006, and part of 2005 (1.80). | W011 | AHP | 4.80 |
| 02/07/11 | Begin review of time and expense entries. | W011 | AHP | 1.30 |
| 02/07/11 | Review and update settlement demand letters summary. | W001 | CKN | 1.50 |
| 02/07/11 | Draft and revise settlement data spreadsheets (2.80); analysis of selected settlement agreements re:  post bankruptcy settlement payment issues (.80). | W001 | GFF | 3.60 |
| 02/07/11 | Continued edits to modifications to Exhibits 5 and 6 of the Plan (3.20); continued research and updates to insolvency status spreads (2.40). | W001 | HEG | 5.60 |
| 02/07/11 | Reviewed updates to Exhibits 5 and 6 to the Plan and schedules re: CNA and BNSF requirements. | W001 | IF | 0.80 |
| 02/07/11 | Reviewed settlement agreements re: post bankruptcy settlement payment issues | W001 | IF | 2.10 |
| 02/07/11 | Reviewed and updated information re: insolvent insurance companies and "payments due." | W001 | IF | 1.40 |
| 02/07/11 | Prepare supplemental proof of claim to Integrity liquidator (1.10); compile and review exhibits for proof of claim (.70); review new claims data to confirm accuracy (.80); submit supplemental proof of claim to Integrity liquidator (.40). | W001 | KES | 3.00 |
| 02/07/11 | Attention to allocation stream of payments project. | W001 | MG | 2.80 |
| 02/07/11 | Prepare multiple NPV calculations. | W001 | MG | 3.80 |
| 02/07/11 | Attention to claim against insolvent company. | W001 | MG | 1.20 |
| 02/07/11 | Review and analysis of Plan approval and potential impact on present insurance recovery efforts. | W001 | RYC | 2.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 15, 2011 | | INVOICE: | | 241810 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/08/11 | Continue working on resolving billing issues and finalize submission to auditor (3.20); respond to final questions from Fee Auditor (.10). | W011 | AHP | 3.30 |
| 02/08/11 | Continue review of time and expense entries. | W011 | AHP | 1.60 |
| 02/08/11 | Analysis of selected settlement agreements re: confidentiality issues, workers compensation carveouts, arbitration issues and other issues (2.60); draft and revise settlement agreement data spreadsheets (.70). | W001 | GFF | 3.30 |
| 02/08/11 | Continued edits of Exhibits 5 and 6 to Plan (2.40); research and create proof of claim form for proposed insolvent insurance company submission (1.30); process and circulate Settlement Agreement-Payments Due analysis (2.70). | W001 | HEG | 6.40 |
| 02/08/11 | Reviewed settlement agreements re: post-confirmation settlement payment recovery | W001 | IF | 3.40 |
| 02/08/11 | Review communication from R. Horkovich re: standard for reconsideration by Liquidator (.10); respond to same (.10); legal research to confirm standard for reconsideration (1.20); review liquidation statute re same (.80). | W001 | KES | 2.20 |
| 02/08/11 | Attention to claim against insolvent company. | W001 | MG | 1.60 |
| 02/08/11 | Work on allocation stream of payments project. | W001 | MG | 4.60 |
| 02/08/11 | Revise response to fee auditor in connection with disputed charges. | W011 | RYC | 0.40 |
| 02/09/11 | Analysis of selected settlement agreements for post-confirmation settlement payment recovery (2.90); draft and revise settlement data spreadsheets (.80). | W001 | GFF | 3.70 |
| 02/09/11 | Additional insolvent insurance company proof of claim form research and edits (.70); continued Exhibit 5 and 6 edits and, recirculate and revise (3.10). | W001 | HEG | 3.80 |
| 02/09/11 | Reviewed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.90 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:     100055.WRG01

March 15, 2011                                INVOICE:        241810

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/09/11 | Perform additional research and review research re: appeal for Integrity decision (1.00); prepare response re: Integrity (.90). | W001 | KES | 1.90 |
| 02/09/11 | Attention to allocation stream of payments project. | W001 | MG | 4.30 |
| 02/09/11 | Settlement conference with a major insurance company that was not responsive to settlement entreaties previously. | W001 | RMH | 1.00 |
| 02/10/11 | Analysis of selected insurance settlement agreements re: post confirmation payment issues (.60); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 0.90 |
| 02/10/11 | Reviewed settlement agreements re: post-confirmation payment issues | W001 | IF | 1.80 |
| 02/10/11 | Attention to allocation stream of payments project. | W001 | MG | 2.80 |
| 02/10/11 | Review and analysis in connection with pending settlement discussions. | W001 | RYC | 1.00 |
| 02/11/11 | Reviewed settlement agreements re: post-confirmation payment issues | W001 | IF | 1.70 |
| 02/11/11 | Attention to allocation stream of payments project. | W001 | MG | 3.60 |
| 02/11/11 | Work with records on case management organization from materials received from attorneys. | W001 | NJB | 1.20 |
| 02/11/11 | Emergency hearing before Judge Fitzgerald re: attention to settlement negotiations with one insurance company with an insurance reimbursement agreement, one insurance company with a coverage in place agreement, one insurance company in rehabilitation, and one insurance company in insolvency proceedings. | W001 | RMH | 2.80 |
| 02/11/11 | Attention to settlement discussion issues raised by remaining insurance companies. | W001 | RYC | 1.30 |
| 02/14/11 | Proof revisions and backup information and re-submit. | W011 | AHP | 1.30 |
| 02/14/11 | Reviewed settlement agreements re: post confirmation payment issues | W001 | IF | 1.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:     100055.WRG01

March 15, 2011                                          INVOICE:        241810

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/14/11 | Attention to and message for Liquidator's counsel re: supplemental Proof of Claim. | W001 | KES | 0.50 |
| 02/14/11 | Hearing before Judge Fitzgerald regarding Garlock motion for access to 2019 filings (2.40). Omnibus hearing before Judge Fitzgerald (0.50). Settlement communication with a major insurance company about converting a coverage in place agreement to a lump sum payment and communicating with an outstanding objecting insurance company about settlement (2.00). | W001 | RMH | 4.90 |
| 02/14/11 | Follow-up review and analysis in connection with pending settlement discussions with specific insurance company. | W001 | RYC | 1.00 |
| 02/15/11 | Proof additional revisions and forward for review (1.20); telephone conversation with local counsel re: issues going forward (.20); document for discussion with attorneys (.40). | W011 | AHP | 1.80 |
| 02/15/11 | Testing of new Claims Access database version and preparing databases for R. Mascia. | W001 | DL | 0.60 |
| 02/15/11 | Continued edits and circulation of Exhibit 5 versions for final submission (1.40); prepare and execute parts of proposed solvent scheme, proof of claim form and packet of evidence (1.80); assist with information gathering re: insolvent insurance company status (1.20). | W001 | HEG | 4.40 |
| 02/15/11 | Reviewed settlement agreements re: post-confirmation settlement agreement recovery | W001 | IF | 1.60 |
| 02/15/11 | Attention to settlement analysis and calculations. | W001 | MG | 3.60 |
| 02/15/11 | Attention to pending settlement discussions with specific insurance company. | W001 | RYC | 1.80 |
| 02/16/11 | Review interim application from local counsel and begin revising for future interims (1.60); document information to be discussed with attorneys (.80). | W011 | AHP | 2.40 |
| 02/16/11 | Additional solvent scheme proof of claim submission preparation. | W001 | HEG | 2.30 |
| 02/16/11 | Reviewed settlement agreements re: post-confirmation settlement agreement recovery | W001 | IF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 15, 2011 | | INVOICE: | | 241810 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/16/11 | Attention to settlement analysis and calculations. | W001 | MG | 3.80 |
| 02/16/11 | Attention to modifications of Exhibit 5 to Plan. | W001 | RMH | 0.40 |
| 02/16/11 | Resolve issues concerning specific insolvent insurance recoveries including potential disclosure in light of recommendation for plan confirmation. | W001 | RYC | 1.30 |
| 02/17/11 | Solvent scheme proof of claim related evidence preparation, completion and circulation prior to submission. | W001 | HEG | 4.30 |
| 02/17/11 | Reviewed and studied settlement agreements re: post-confirmation settlement agreement recovery | W001 | IF | 2.80 |
| 02/17/11 | Reviewed updates to Confirmation Plan Exhibit 5 to Plan. | W001 | IF | 0.90 |
| 02/17/11 | Communication with M. Garbowski re: claims pending indemnity amounts (.30); prepare email to Garbowski attaching data (1.00); communication with M. Garbowski to discuss calculation of indemnity analysis (.30); leave message for Liquidator's counsel (.10). | W001 | KES | 1.70 |
| 02/17/11 | Attention to settlement analysis and calculations. | W001 | MG | 4.30 |
| 02/17/11 | Attention to modifications to Plan Exhibit 5 (.30). Attention to filing with London scheme of arrangement (.40). | W001 | RMH | 0.70 |
| 02/17/11 | Review and analysis of recent pleadings in connection with insurance coverage issues in light of plan confirmation recommendation (1.50); follow-up review and analysis in connection with claim against insolvent insurance company (.70). | W001 | RYC | 2.20 |
| 02/18/11 | Review, edit and assist with Exhibits 5 and 6 issues (.80); continued review and organization re: solvent scheme proof of claim submission (1.80). | W001 | HEG | 2.60 |
| 02/18/11 | Reviewed settlement agreements re: settlement recovery issues. | W001 | IF | 1.70 |
| 02/18/11 | Attention to delivering final versions of Plan Exhibit 5 and 6 (0.30). Attention to filing of proof of loss with a London market insurance company (0.50). | W001 | RMH | 0.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 15, 2011 | INVOICE: | 241810 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/20/11 | Additional assistance with final modifications to Exhibits 5 and 6. | W001 | HEG | 2.40 |
| 02/20/11 | Attention to finalizing Plan Exhibits 5 and 6. | W001 | RMH | 0.80 |
| 02/21/11 | Conference call regarding timing of filings related to Integrity appeal and motion for reconsideration. | W001 | RMH | 0.90 |
| 02/21/11 | Attention to pending settlement discussion issues in connection with reimbursement agreements. | W001 | RYC | 1.80 |
| 02/22/11 | Review newly received documents and update monitoring chart. | W011 | AHP | 1.30 |
| 02/22/11 | Analysis of selected insurance settlement agreements re: settlement payment issues. | W001 | GFF | 2.20 |
| 02/22/11 | Prepare appellate brief appealing the Order of Judge Wilson. | W001 | KES | 5.20 |
| 02/23/11 | Revise, finalize and release time and expense entries. | W011 | AHP | 1.20 |
| 02/23/11 | Analysis of selected insurance settlement agreements re: settlement payment issues (2.60); draft and revise insurance policy data spreadsheets (1.80). | W001 | GFF | 4.40 |
| 02/23/11 | Reviewed settlement agreements re: information about settlement payment issues. | W001 | IF | 2.90 |
| 02/23/11 | Continue preparation of Integrity appellate brief (2.20); perform legal research re: acceptance of claims by Liquidator that are not "contingent" (1.40). | W001 | KES | 3.60 |
| 02/23/11 | Attention to settlement cash flow analysis. | W001 | MG | 4.10 |
| 02/23/11 | Prepare settlement response letter in connection with lump sum payment analysis. | W001 | RYC | 0.60 |
| 02/23/11 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 02/24/11 | Communications with R. Chung re: local counsel issues (.20); prepare proposed revisions and forward for attorney review (1.60). | W011 | AHP | 1.80 |
| 02/24/11 | Analysis of selected insurance settlement agreements re: settlement payment issues (2.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                   MATTER:       100055.WRG01

March 15, 2011                                                    INVOICE:          241810

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/24/11 | Review proposed upcoming proof of claim submission for insolvent scheme. | W001 | HEG | 1.30 |
| 02/24/11 | Reviewed settlement agreements re: issues pertaining to settlement payment analysis. | W001 | IF | 2.40 |
| 02/24/11 | Continue preparation of Integrity appellate brief. | W001 | KES | 1.10 |
| 02/24/11 | Review NPV analysis and structure new settlement proposal. | W001 | MG | 3.20 |
| 02/24/11 | Prepare settlement cash flow analysis. | W001 | MG | 3.40 |
| 02/24/11 | Conference call regarding appeal. | W001 | RMH | 0.80 |
| 02/24/11 | Attention to remaining settlement discussion issues and responses thereto relating to allocation and future payments (2.30). Review potential changes to post-bankruptcy pleadings for insurance recoveries (1.00). | W001 | RYC | 3.30 |
| 02/24/11 | Address fee application concerns and revisions raised by bankruptcy counsel. | W011 | RYC | 0.60 |
| 02/25/11 | Analysis of selected insurance settlement agreements re: issues pertaining to settlement payment analysis (2.30); draft and revise settlement agreement data spreadsheets (.60). | W001 | GFF | 2.90 |
| 02/25/11 | Reviewed settlement agreements issues pertaining to settlement payment analysis. | W001 | IF | 1.90 |
| 02/25/11 | Continue preparation of appellate brief (6.00); research standard of review for appeal and confirm standard for liquidator to review claims (1.90) | W001 | KES | 7.90 |
| 02/25/11 | Attention to settlement cash flow analysis. | W001 | MG | 3.70 |
| 02/25/11 | Attention to settlement agreements with various insurance companies. | W001 | RMH | 1.40 |
| 02/25/11 | Follow-up regarding lump sum settlement proposal for reimbursement agreement. | W001 | RYC | 1.50 |
| 02/26/11 | Continue preparation of appellate brief. | W001 | KES | 4.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 15, 2011 | | INVOICE: | | 241810 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/26/11 | Research and analysis of procedural and insurance coverage issues in connection with appeal of Integrity trial court's approval of the recommendation of the Special Master rejecting objection to notice of determination disallowing 's proof of claim. | W001 | RYC | 3.20 |
| 02/28/11 | Review administrative order sent by local counsel (.80); communications with R. Chung re: same (.60); telephone conversation with local counsel re: same (.40) review and revise monthly fee application sent by local counsel (1.40). | W011 | AHP | 3.20 |
| 02/28/11 | Analysis of selected insurance settlement agreements re: post-confirmation settlement payment provisions (2.40); revise settlement data spreadsheets (.40). | W001 | GFF | 2.80 |
| 02/28/11 | Reviewed settlement agreements re: post-confirmation settlement payment provisions | W001 | IF | 2.10 |
| 02/28/11 | Continue preparation of Integrity appellate brief (6.90); research legislative history re: terms in statute (2.40); email to R. Chung re: preparation of draft (.10). | W001 | KES | 9.40 |
| 02/28/11 | Edit lump sum settlement demand letter to coverage in place insurance company. | W001 | RMH | 0.90 |
| 02/28/11 | Continued research and analysis regarding Integrity appeal (2.80).  Finalize correspondence regarding potential lump sum payment for reimbursement agreement (.80). | W001 | RYC | 3.60 |
| 02/28/11 | Attention to revisions to fee application. | W011 | RYC | 0.50 |

**TOTAL FEES:**                                                                                      **$156,251.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

March 15, 2011      INVOICE:     241810

MATTER: CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 27.50 | 6,875.00 |
| Corina K Nastu | 230.00 | 1.50 | 345.00 |
| Daryl Lyew | 250.00 | 0.60 | 150.00 |
| Glenn F Fields | 345.00 | 36.40 | 12,558.00 |
| Harris E Gershman | 275.00 | 36.10 | 9,927.50 |
| Izak Feldgreber | 295.00 | 44.30 | 13,068.50 |
| Kenneth E. Sharperson | 530.00 | 41.00 | 21,730.00 |
| Mark Garbowski | 590.00 | 77.70 | 45,843.00 |
| Nicholas J Balsdon | 215.00 | 2.50 | 537.50 |
| Robert M Horkovich | 895.00 | 22.40 | 20,048.00 |
| Robert Y Chung | 595.00 | 42.30 | 25,168.50 |
| **TOTAL FEES:** |  |  | **$156,251.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:     100055.WRG01

March 15, 2011                                          INVOICE:        241810

MATTER:  CLAIMANTS COMMITTEE                                     ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 0.70 | 175.00 |
| Corina K Nastu | 1.50 | 345.00 |
| Daryl Lyew | 0.60 | 150.00 |
| Glenn F Fields | 36.40 | 12,558.00 |
| Harris E Gershman | 36.10 | 9,927.50 |
| Izak Feldgreber | 44.30 | 13,068.50 |
| Kenneth E. Sharperson | 41.00 | 21,730.00 |
| Mark Garbowski | 77.70 | 45,843.00 |
| Nicholas J Balsdon | 2.50 | 537.50 |
| Robert M Horkovich | 22.40 | 20,048.00 |
| Robert Y Chung | 39.50 | 23,502.50 |
| **TOTAL:** | **302.70** | **$147,885.00** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 26.80 | 6,700.00 |
| Robert Y Chung | 2.80 | 1,666.00 |
| **TOTAL:** | **29.60** | **$8,366.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:  100055.WRG01 |
| March 15, 2011 | INVOICE:  241810 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 02/28/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/28/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 738340382 Tracking Number: 796707216894 Reference: 100055 wrg01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nicole Washienko, Esq, Morrison Mahoney LLP, 17 State St Fl 11, NEW YORK CITY, NY, 10004, US | E107 | 8.34 |
| 02/04/11 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 90.00 |
| 02/07/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 739065850 Tracking Number: 794398055496 Reference: 100055 wrg01 05 134  Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Andrew Costigan, Esq, Hargraves McConnell & Costigan, 230 PARK AVE, NEW YORK, NY, 10169, US | E107 | 19.42 |
| 02/07/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 739065850 Tracking Number: 794398902442 Reference: 100055 WRG01 05 134  Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Richard L White, Integrity Insurance Company in, 625 From Rd Ste 3, PARAMUS, NJ, 07652, US | E107 | 11.67 |
| 02/07/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 739065850 Tracking Number: 796735903025 Reference: 100055 WRG01 05 134  Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: David B Freeman, Esq, Mazie Slater Katz & Freeman, L, 103 Eisenhower Parkway, ROSELAND, NJ, 07068, US | E107 | 11.67 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:            100055.WRG01

March 15, 2011                                                                                 INVOICE:              241810

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/17/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 740714359 Tracking Number: 875372316623 Reference: 100055 WRG01 Billing Note:  From:  H  GERSHMAN, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 42, NEW YORK, NY, 100201104, US To: MS LISA ESAYIAN ESQ, KIRKLAND & ELLIS LLP, 300 N LA SALLE, CHICAGO, IL, 606 54, US | E107 | 20.60 |
| 02/17/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial charge for W.R. Grace hearings in front of Judge Fitzgerald 3/2 & 3/28 | E125 | 60.00 |
| 02/28/11 | OTHER - GERSHMAN, HARRIS - Reimbursement for expense of converting word documents into PDF document on a Sunday for submission with court electronically | E125 | 13.26 |

**TOTAL COSTS:**                                                                                                               **$234.96**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

March 15, 2011                                                                         INVOICE:         241810

MATTER:  CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 71.70 |
| MR | MESSENGER SERVICE | 90.00 |
| MS | OTHER | 13.26 |
| TE | AP - TELEPHONE - | 60.00 |
| | **TOTAL COSTS:** | **234.96** |
| | **TOTAL DUE:** | **$156,485.96** |