Date: 03/10/11          Legal Analysis Systems, Inc.

Time: 2:00pm                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
01/12/11  Peterson  / (07) Committee, Creditors'         0.4     320.00
#5103     Telephone Horkovich re; flow of payments by trust;  800.00
          email to Relles about analyses of cash flow

01/26/11  Peterson  / (07) Committee, Creditors'         0.8     640.00
#5107     Conference call McMillan and Horkovich and   800.00
          preparation

Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/12/11 #5104 | Peterson  / (16) Plan and Disclosure Statement<br>Review TDP sequencing adjustments | 0.6<br>800.00 | 480.00 |
| 01/12/11 #5301 | Relles    / (16) Plan and Disclosure Statement<br>Develop cash flow models for the Trust, estimate<br>liability | 2.7<br>475.00 | 1282.50 |
| 01/13/11 #5106 | Peterson  / (16) Plan and Disclosure Statement<br>Review and send analysis of Trust annual payments to<br>Horkovich | 0.3<br>800.00 | 240.00 |
| 01/13/11 #5304 | Relles    / (16) Plan and Disclosure Statement<br>Revise cash flow models for the Trust | 1.9<br>475.00 | 902.50 |

Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 3

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/12/11 | Peterson  / (28) Data Analysis | 1.3 | 1040.00 |
| #5101 | Review cashflow analyses | 800.00 | |
| 01/12/11 | Peterson  / (28) Data Analysis | 0.5 | 400.00 |
| #5102 | Telephone Relles re: cashflows | 800.00 | |
| 01/12/11 | Relles    / (28) Data Analysis | 0.5 | 237.50 |
| #5302 | Telephone Peterson re: cashflows | 475.00 | |
| 01/13/11 | Peterson  / (28) Data Analysis | 0.3 | 240.00 |
| #5105 | Telephone Relles re: annual trust liability | 800.00 | |
| 01/13/11 | Relles    / (28) Data Analysis | 0.3 | 142.50 |
| #5303 | Telephone Peterson re: annual trust liability | 475.00 | |

```
Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 4

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  January 2011 - January 2011


MONTH       ACTIVITY                             HOURS    AMOUNT
---------------------------------------------------------------------
January    - (07) Committee, Creditors'           1.2     960.00
January    - (16) Plan and Disclosure Statement   5.5    2905.00
January    - (28) Data Analysis                   2.9    2060.00
January    - (99) Total                           9.6    5925.00


Total      - (07) Committee, Creditors'           1.2     960.00
Total      - (16) Plan and Disclosure Statement   5.5    2905.00
Total      - (28) Data Analysis                   2.9    2060.00
Total      - (99) Total                           9.6    5925.00


---------------------------------------------------------------------------
```

```
Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 5

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                 January 2011 - January 2011
```

| MONTH   | PERSON      | HOURS | AMOUNT  |
|---------|-------------|-------|---------|
| January | - Relles    | 5.4   | 2565.00 |
| January | - Peterson  | 4.2   | 3360.00 |
| January | - Total     | 9.6   | 5925.00 |
|         |             |       |         |
| Total   | - Relles    | 5.4   | 2565.00 |
| Total   | - Peterson  | 4.2   | 3360.00 |
| Total   | - Total     | 9.6   | 5925.00 |

```
Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                            Page 6

            W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  January 2011 - January 2011
```

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (07) Committee, Creditors' | | | | |
| January | - Peterson | 1.2 | 800. | 960.00 |
| (16) Plan and Disclosure Statement | | | | |
| January | - Relles | 4.6 | 475. | 2185.00 |
| January | - Peterson | 0.9 | 800. | 720.00 |
| (28) Data Analysis | | | | |
| January | - Relles | 0.8 | 475. | 380.00 |
| January | - Peterson | 2.1 | 800. | 1680.00 |