# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 327 and 21850 |

## SUPPLEMENTAL AFFIDAVIT OF G. STEWART WEBB, JR. PUSUANT TO 11 U.S.C. § 327(e) IN CONNECTION WITH THE EMPLOYMENT OF VENABLE LLP

STATE OF MARYLAND)
                        ) ss:
CITY OF BALTIMORE   )

      G. STEWART WEBB, JR., being duly sworn, deposes and says:

1.    I am a partner at Venable LLP, with offices at, among other locations, 750 East Pratt Street, Suite 900, Baltimore, Maryland 21202. I am a duly licensed and practicing attorney in the State of Maryland and the District of Columbia. I am also admitted to practice in the United States District Court for the District of District of Maryland; in the United States Courts

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

of Appeals for the Third, Fourth, Ninth, Eleventh and D.C. Circuits. I am in good standing in all of the states and courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction.

2.      This affidavit supplements the (i) Affidavit Under 11 U.S.C. § 327(e) [Docket No. 321][2] (the "2001 Affidavit") filed in these Chapter 11 Cases on May 25, 2001 related to Venable's employment as an ordinary course professional pursuant to the Order Pursuant to 11 U.S.C. §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business [Docket No. 197], as subsequently amended; and (ii) the Affidavit of G. Stewart Webb, Jr. in Support of the Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Venable LLP as Special Litigation Counsel [Docket No. 21850, Exhibit B] (the "2009 Affidavit" and, collectively with the 2001 Affidavit, the "Affidavits") filed herein on May 22, 2009 in connection with Venable's employment as special litigation counsel.

3.      Unless otherwise stated, I have personal knowledge of the facts set forth herein.

4.      Venable represents J.P. Bolduc, a former officer of the Debtors. Therefore, Venable hereby supplements Schedule B to the 2009 Affidavit to include Mr. Bolduc.

_____
G. Stewart Webb, Jr.

Sworn to and subscribed before me
this 25th day of March, 2011

_____
Notary Public
My Commission expires: 1-14-2013

---

[2] Venable LLP was Venable, Baetjer and Howard LLP at the time it filed its Affidavit under 11 U.S.C. § 327(e).

BA3DOCS1/463183                                                          2