# Exhibit A

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax: (302) 575-1714

WR Grace PD Committee                                February 1, 2011 to   Feb 28 2011

                                                     Inv #:              38722

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 20.50 | 5,336.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.60 | 560.00 |
| B18 | Fee Applications, Others - | 3.50 | 567.00 |
| B25 | Fee Applications, Applicant - | 6.10 | 1,071.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.50 | 175.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 0.40 | 128.00 |
| B35 | Travel/Non-working - | 2.00 | 350.00 |
| B36 | Plan and Disclosure Statement - | 22.50 | 7,830.00 |
| B37 | Hearings - | 7.30 | 2,555.00 |
| B41 | Relief from Stay Litigation - | 0.20 | 70.00 |
| B45 | Professional Retention Issues - | 0.10 | 35.00 |
| | **Total** | **64.70** | **$18,677.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 2.30 | 667.00 |
| Regina Matozzo | 200.00 | 6.00 | 1,200.00 |
| Theodore J. Tacconelli | 175.00 | 2.00 | 350.00 |
| Theodore J. Tacconelli | 350.00 | 41.50 | 14,525.00 |
| Legal Assistant - SEK | 150.00 | 1.60 | 240.00 |
| Legal Assistant - KC | 150.00 | 11.30 | 1,695.00 |
| **Total** | | **64.70** | **$18,677.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    $830.05

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re; Committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Appeal by BNSF re: Order approving settlement with CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: confirmation order and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum Opinion re: Objections to confirmation | 1.00 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: payment received, update payment chart | 0.20 | KC |
| | *Fee Applications, Others* - Email from and to L. Flores re: Bilzin Dec. 2010 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin Dec. 2010 fee app documents from L. Flores email; review and revisions to same; to LLC for approval | 0.30 | KC |
| Feb-02-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to J. Sakalo re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Motion to amend post Petition LOC Agreement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue review of Memorandum Opinion re: Objections to confirmation | 2.30 | TJT |
| Feb-03-11 | *Case Administration* - Confer with TJT re: status of case and upcoming issues | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding*- Confer with T. Tacconelli re: preparation of final fee application for fraudulent transfer matters | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: committee meeting | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding*- Confer with L. Coggins re: final fee applications and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re; possible status conference with District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order scheduling status conference with District Court, correspondence with co-counsel re: same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re; status conference with District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Proposed Findings of Fact and | 1.40 | TJT |

|  |  |  |  |
|---|---|---|---|
| | Conclusions of Law | | |
| | *Fee Applications, Others* - Revisiion to Bilzin December 2010 fee app and prepare documents for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's December 2010 fee application | 0.30 | KC |
| Feb-04-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review joinder by Motley Rice in Kazan, et al and Angelos, et al. Responses to Garlock's Motion for Access to 2019 statements | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Attend committee meeting | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Appeal by Libby re: Order approving CNA Settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re: status conference with District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Proposed Finding of Fact and Conclusions of Law | 0.90 | TJT |
| Feb-05-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order authorizing amendment to Post Petition LOC agreements | 0.10 | TJT |
| | *Case Administration* - Review order Extending Term of Credit Agreement for ART | 0.10 | TJT |
| | *Case Administration* - Review five Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review 27th supplemental affidavit re: K&E | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order re: Debtors Motion to settle claims with MassDEP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare for 2/16 status conference | 0.10 | TJT |
| | *Professional Retention Issues* - Review order authorizing retention of BHF firm to represent Debtors | 0.10 | TJT |
| Feb-07-11 | *Case Administration* - Review case management memo re: week ending Feb. 4, 2011 | 0.10 | LLC |
| | *Case Administration* - Review Case Status Memo for Week ending 2/4 | 0.10 | TJT |
| | *Case Administration* - Review Garlock's Motion for Leave to File Reply with attachments | 0.30 | TJT |
| | *Case Administration* - Review joinder and objection by PI Committee in Kazan, et al. and Angelos, et al. Responses to Garlock's Motion for Access to 2019 statements with attachments | 0.60 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Clerk's Notice re: BNSF Appeal re: Order approving CNA settlement | 0.10 | TJT |
| | *Hearings* - Review Agenda for 2/14 hearing | 0.10 | TJT |
| Feb-08-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Feb-09-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Order authorizing Garlock to file Reply | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 statement by Lipsitz & Ponterio | 0.10 | TJT |
| | *Case Administration* - Review notice of address change for Duane Morris | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Feb-10-11 | *Case Administration* - Review agenda re: 2-14-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: status of case and issues concerning confirmation | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Fee Auditor | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final report re: Anderson Kill 38 Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Santore re: Plan Proponents Motion for Clarification | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Motion for Clarification | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re: Plan Proponents Motion for Clarification | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Shorten Notice by AXA Belgium | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion for Reconsideration filed by BNSF | 0.20 | TJT |
| | *Hearings* - Review Amended Agenda for 2/14 hearing | 0.10 | TJT |
| Feb-11-11 | *Case Administration* - Confer with TJT re: status conference requested by Court and related issues | 0.20 | LLC |
| | *Case Administration* - Review 13th Supplemental Declaration for Orrick | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: Plan Status | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting AXA Belgium's Motion to Shorten Notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's Precautionary Motion to Extend Time | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Banea re: AXA Belgium's Precautionary Motion and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: conference with Court today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: conference with Court today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Motion to Extend Time under Rule 9033 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Motion for Emergency Consideration of its Motion to Extend Time Under Rule 9033 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Joinder by St. of Montana in AXA Belgium's Precautionary Motion to Extend Time | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 0.70 | TJT |
| Feb-12-11 | *Plan and Disclosure Statement* - Review Bilzin memo to re: results of status conference with Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Response to AXA Belgium's Precautionary Motion to Extend Time | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Joinder by Her Majesty the Queen in AXA Belgium's Precautionary Motion to Extend Time | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: jurisdictional issue raised by Court yesterday | 1.40 | TJT |
| | *Hearings* - teleconference with committee member re: agenda for 2/14 hearing | 0.10 | TJT |
| Feb-13-11 | *Plan and Disclosure Statement* - Research re: Rule 9033 and jurisdiction | 1.30 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | of Bankruptcy Court and District Court | | |
| | *Hearings* - review matters on agenda for 2/14 hearing | 0.70 | TJT |
| Feb-14-11 | *Case Administration* - Confer with TJT re: 2-14 hearing and related issues | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: proposed order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: status conference with District Court | 0.10 | TJT |
| | *Hearings* - Review second amended agenda for 2/14 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: second amended agenda for 2/14 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for and attend 2/14 hearing | 3.30 | TJT |
| Feb-15-11 | *Case Administration* - Review Notice of Status as Substantial Equityholder filed by York Capital Management | 0.10 | TJT |
| | *Case Administration* - Review Notice of Status as Substantial Equityholder filed by York Credit Fund | 0.10 | TJT |
| | *Case Administration* - Review seventh amended 2019 Statement by Paul Weiss | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Request by Arrowwood to Amend Confirmation Order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Joinder by St. of Montana in BNSF's Motion for Reconsideration re: Confirmation order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re: plan confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Joinder by her Majesty the Queen in BNSF's Motion for Reconsideration re: Confirmation order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Koget re: order on AXA Belgium's Precautionary Motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal filed by BLG | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order clarifying Confirmation Order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Order clarifying Confirmation Order | 0.20 | TJT |
| | *Hearings* - Confer with S. Krepps re: transcript for 2/14 hearing | 0.10 | TJT |
| | *Hearings* - Review Notice of Rescheduled status conference with District Court | 0.10 | TJT |
| | *Hearings* - Review Notice of Appeal filed by Unsecured Creditors Committee | 0.10 | TJT |
| | *Case Administration* - Request 2/11 and 2/14 hearing transcripts | 0.20 | SEK |
| Feb-16-11 | *Case Administration* - Confer with TJT re: status of plan confirmation and related issues | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 2-11-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review dockets re: status for week ending 2/11/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 2/11 | 0.10 | TJT |
| | *Case Administration* - Review Precautionary Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order re: rescheduled status | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | conference with District Court | | |
| | *Plan and Disclosure Statement* - Review Clerk's Notice re: Appeal filed by, Garlock, BLG and Unsecured Creditors Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: Order clarifying Confirmation Order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Order clarifying Confirmation Order | 0.20 | TJT |
| | *Hearings* - Multiple conferences with S. Krepps re: transcript for 2/11 hearing | 0.20 | TJT |
| | *Case Administration* - Review Western PA Bankruptcy Court local rules; request 2/11 transcript | 0.20 | SEK |
| | *Case Administration* - Discussion with LLC re: final fee app | 0.20 | KC |
| Feb-17-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Precautionary Notice of Status as a Substantial Equityholder filed by York Managed Holdings | 0.10 | TJT |
| | *Case Administration* - Review Precautionary Notice of Status as a Substantial Equityholder filed by Jorvik Multi-Strategy Master Fund | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with committee member re: 2/23 status conference with District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Issues and Designation of record on appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Clerk's Notice re: Appeal filed by BNSF | 0.10 | TJT |
| | *Hearings* - Confer with S. Krepps re: transcript for 2/11 hearing | 0.10 | TJT |
| | *Case Administration* - Emails to T. Tacconelli; emails from J. Bowen; teleconference with J. Bowen; teleconference with J. Heller @ Western PA bankruptcy court; meeting with TJT re: 2/11 hearing transcript; distribute 2/14 hearing transcript | 0.70 | SEK |
| | *Case Administration* - Review recent notices of change of address; update service lists | 0.30 | KC |
| | *Fee Applications, Others* - E-mail to and from Luisa Flores re: Bilzin's 39th quarterly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare cos for Bilzin's 39th quarterly fee app; revisions to exhibit B list | 0.30 | KC |
| | *Fee Applications, Others* - Prepare notice for Bilzin's 39th quarterly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Exhibit B of 39th quarterly fee app for filing | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin draft of 39th quarterly fee app | 1.40 | KC |
| Feb-18-11 | *Fee Applications, Others* - Review 39th quarterly fee app for filing and confer with KC re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Dec. 2010 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 39th quarterly fee app for filing and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

| | | |
|---|---|---|
| *Case Administration* - Review daily memos | 0.10 | TJT |
| *Case Administration* - Review amended 2019 by LR&C | 0.10 | TJT |
| *Case Administration* - Review Debtor's Monthly Operating Report for December 2010 | 0.40 | TJT |
| *Case Administration* - Review Notice of Withdrawal of document filed by USCC | 0.10 | TJT |
| *Case Administration* - Review Precautionary Notice of Status as a Substantial Equityholder filed by York UCITS | 0.10 | TJT |
| *Case Administration* - Review Notice of Acquisition of Equity Securities by York Mutual Strategy Fund | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from J. Baer re: 2/21 meet and confer re: appellate issues | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Designation of Record on Appeal filed by Libby re: CNA settlement appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review supplemental notice of appeal filed by USCC | 0.10 | TJT |
| *Hearings* - Review correspondence from J. Sakalo re: 2/14 hearing transcript | 0.10 | TJT |
| *Hearings* - Confer with S. Krepps re: transcript for 2/11 hearing | 0.10 | TJT |
| *Case Administration* - Emails from and to T. Tacconelli re: 2/11 hearing transcript; emails to and from J. Bowen re: J&J Transcribers re: 2/11 hearing transcript | 0.30 | SEK |
| *Fee Applications, Others* - Revision to Bilzin's 39th quarterly fee app; prepare documents for filing | 0.40 | KC |
| *Fee Applications, Others* - Efile Bilzin's 39th quarterly fee application | 0.20 | KC |
| *Fee Applications, Others* -Service of Bilzin's 39th Quarterly fee app via email | 0.10 | KC |
| *Fee Applications, Others* - Coordinate service of Certificate of No Objection of Bilzin's Dec. 2010 fee app and hand- deliveries | 0.10 | KC |
| *Fee Applications, Others* - Call to Blue Marble re: service request of Bilzin's 39th quarterly fee app to parties on 2002 list | 0.10 | KC |
| *Fee Applications, Others* - Email to Blue Marble re: attachments of Bilzin's 39th quarterly fee app, labels for service of same | 0.10 | KC |
| *Fee Applications, Applicant* - Continued preparation of 39th quarterly fee app | 0.50 | KC |
| *Fee Applications, Applicant* - Review docket for objections to Dec. 2010 fee app | 0.10 | KC |
| *Fee Applications, Applicant* - Prepare certificate of no objection and cos to Dec. 2010 fee app | 0.20 | KC |
| *Fee Applications, Applicant* - Consult with LLC, revisions to 39th Quarterly fee app; prepare documents for filing as PDF | 0.20 | KC |
| *Fee Applications, Applicant* - Efile Certificate of No Objection of December 2010 fee app | 0.20 | KC |
| *Fee Applications, Applicant* - Service of Certificate of No Objection of December 2010 fee app via email; coordinate hand delivery | 0.20 | KC |
| *Fee Applications, Applicant* - Efile 39th Quarterly fee app | 0.20 | KC |
| *Fee Applications, Applicant* - Service of 39th Quarterly fee app via email | 0.20 | KC |
| *Fee Applications, Applicant* - Coordinate service of 39th Quarterly Fee Application by hand- deliveries | 0.10 | KC |
| *Fee Applications, Applicant* - Call to Blue Marble re: service request for 39th Quarterly fee app of notice to parties on 2002 list | 0.10 | KC |
| *Fee Applications, Applicant* - Email Blue Marble attachments for service | 0.10 | KC |

|  |  |  |  |
|---|---|---|---|
|  | request for 39th Quarterly fee app; notices, cmecf's, 2002 service list labels |  |  |
| Feb-19-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Amended 2019 statement filed by Barron & Budd | 0.10 | TJT |
|  | *Case Administration* - Review Motion to Make Pension Contributions filed by Debtors with attachments | 0.40 | TJT |
|  | *Case Administration* - Review Notice of Hearing filed by Garlock | 0.10 | TJT |
|  | *Case Administration* - Review Precautionary Notice of Status as a Substantial Equityholder filed by York Credit Opportunities Master Fund | 0.10 | TJT |
|  | Relief from Stay Litigation - Review Motion for Relief from Stay filed by Debtors re: Locke Claim with attachments | 0.20 | TJT |
| Feb-21-11 | *Case Administration* - Review dockets re: status for week ending 2/18/11; memo to T. Tacconelli and L. Coggins re: same | 0.80 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review case status memo for week ending 2/18 | 0.10 | TJT |
|  | *Case Administration* - Review Motion to Intervene by Garlock | 0.20 | TJT |
|  | *Case Administration* -Briefly review Amended Motion for Access to Rule 2019 Statements by Garlock | 0.20 | TJT |
|  | *Case Administration* - Review Precautionary Notice of Status as a Substantial Equityholder filed by York Multi-Strategy Fund | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: draft of proposed order and review proposed order | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: proposed order for District Court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Attend meet and confer re: proposed order for District Court | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice Regarding Cure Exhibit | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare copy of prebill for Jan 2010 | 0.30 | KC |
| Feb-22-11 | *Case Administration* - Review case management memo re: week ending 2-18-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Establish Non-Debtor Foreign Sub Holding Co. with attachments | 0.30 | TJT |
|  | *Case Administration* - Confer with S. Krepps re: status of 2/11 transcript | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: proposed consent order and proposed schedule for District Court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review proposed consent order and proposed schedule for District Court | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: proposed consent order and proposed schedule for District Court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Submission of Conformed Plan | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review exhibits to Conformed Plan | 1.50 | TJT |
|  | *Hearings* - Prepare for 2/23 status conference with District Court | 0.30 | TJT |
| Feb-23-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review memorandum opinion by Judge Fitzgerald in various Delaware asbestos cases re: jurisdiction of Bankruptcy Court re: PI Trusts | 0.40 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Jorvik Multi-Strategy Master Fund | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: committee meeting | 0.10 | TJT |
|  | *Travel/Non-working* - Travel to Philadelphia for status conference with District Court | 1.00 | TJT |
|  | *Travel/Non-working* - Travel from Philadelphia after status conference with District Court | 1.00 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: revised proposed consent order and proposed schedule for District Court and review same | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Confer with co-counsel prior to status conference with District Court | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Plan Proponents opposition to Motion for reconsideration by BNSF | 0.30 | TJT |
|  | *Hearings* - Attend status conference with District Court | 0.40 | TJT |
|  | *Case Administration* - distribute 2/11 transcript; email to J. Bowen | 0.20 | SEK |
|  | *Fee Applications, Others* - Draft Certificate of No Objection of Bilzin's 114th monthly fee app for Dec. 2010 and cos of same | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's Dec. 2010 monthly fee app | 0.10 | KC |
| Feb-24-11 | *Case Administration* - Review agenda for 3-2-2011 hearing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Dec. 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Service filed by Garlock re: hearing exhibits | 0.10 | TJT |
|  | *Case Administration* - Review Noitce of Intent to Purchase Equity Securities filed by York Managed Holdings, LLC | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Attend committee meeting | 0.40 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's January Prebill | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service filed by Debtors re: Discovery with Neutocrete | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re: results of status conference with District Court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service re: Blacklined Exhibit 5 to plan with attachment | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Continue reviewing Exhibits to Conformed Plan | 1.60 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review order by District Court re: Rule 9033 objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: order by District Court re: Rule 9033 objections | 0.20 | TJT |
| | *Hearings* - Review agenda for 3/2 hearing | 0.10 | TJT |
| | *Case Administration* - Begin review of all prior fee apps for calculations of totals/ final fee apps | 2.20 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Dec. 2010 fee app document for filing and efile same | 0.20 | KC |
| | *Fee Applications, Others* - Service of certificate of no objection to Bilzin's Dec. 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Review revisions from TJT to Jan. 2010 invoice; revise same accordingly | 0.20 | KC |
| Feb-25-11 | *Fee Applications, Applicant* - Review January 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Add additional district court case file to daily memo list | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matazzo re: new district court case 11-42 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final report re: PWC re: 38 Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Jorvik Multi-Strategy Master Fund | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review docket in new district court case 11-42 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 2/11 hearing transcript re: plan confirmation issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Finish review of Exhibits to Conformed Plan | 0.70 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 3/2 hearing coverage | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft Jan. 2011 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft and revisions to Exhibit A statement of Jan. 2011 monthly fee app | 0.30 | KC |
| Feb-26-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final report re: K&E re: 38 Interim Period | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management, LP | 0.10 | TJT |
| Feb-28-11 | *Case Administration* - Confer with TJT re: status of matter and upcoming *Hearings* | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status for week ending 2/25/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Description | Hours | Atty |
|---|---|---|
| *Case Administration* - Review daily memos | 0.10 | TJT |
| *Case Administration* - Review Notice of Cancellation of 6/20 hearing | 0.10 | TJT |
| *Case Administration* - Correspondence with co-counsel re: cancellation of 6/20 hearing | 0.20 | TJT |
| *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Rule 9033 Objections by BNSF | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Reply by BNSF to Plan Proponents Response to Motion for Reconsideration | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Rule 9033 Objections by AMH | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Preliminary 9033 Objections by Her Majesty the Queen | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Joinder by Her Majesty the Queen in BNSF's Reply re: Motion for Reconsideration | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Rule 9033 Objections by Libby | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Preliminary 9033 Objections by Garlock | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Joinder by State of Montana in BNSF's Reply re: Motion for Reconsideration | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Preliminary 9033 Objections by State of Montana | 0.10 | TJT |
| *Hearings* - Prepare for 3/2 hearing | 0.20 | TJT |
| *Hearings* - Review 2/23 hearing notes | 0.10 | TJT |
| *Hearings* - Review Amended Agenda for 3/2 hearing | 0.10 | TJT |
| *Fee Applications, Applicant* - Prepare Jan. 2011 monthly fee app documents for filing; efile same | 0.20 | KC |
| *Fee Applications, Applicant* - Service of Jan 2011 monthly fee app | 0.20 | KC |
| Totals | 64.70 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Feb-03-11 | Photocopy Cost | 3.00 |
| Feb-07-11 | Cost Advance - Pacer Service Center - 10/1- 12/31/10 (RSM) Account # FJ0091 | 19.76 |
| | Cost Advance - Pacer Service Center - 10/1- 12/31/10 (RM) Account # FJ0497 | 8.24 |
| Feb-08-11 | Photocopy Cost | 1.80 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.90 |
| Feb-10-11 | Photocopy Cost | 0.90 |
| Feb-11-11 | Photocopy Cost | 0.50 |
| Feb-12-11 | Photocopy Cost | 8.40 |
| Feb-14-11 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.10 |
| Feb-15-11 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| Feb-17-11 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| | Cost Advance - West Law - Legal Research November Acct #1000634693; Inv #0821848479 | 1.90 |
| Feb-18-11 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 16.80 |

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 0.50 |
|  | Cost Advance - postage | 5.00 |
|  | Cost Advance - postage | 0.44 |
| Feb-19-11 | Photocopy Cost | 0.50 |
| Feb-21-11 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 3.20 |
| Feb-22-11 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.70 |
| Feb-23-11 | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 1.20 |
|  | Cost Advance - West Law - Legal Research December Acct #1000634693; Inv #822039307 | 2.61 |
| Feb-24-11 | Photocopy Cost | 4.20 |
| Feb-25-11 | Cost Advance - Theodore J. Tacconelli - parking cost 2/23/11 | 15.00 |
|  | Cost Advance - J&J Court Transcribers | 169.40 |
|  | Cost Advance - First State Deliveries - hand deliveries | 13.00 |
|  | Cost Advance - Wilmington Trust Company - courtcall charge | 37.00 |
| Feb-28-11 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 3.40 |
|  | Cost Advance - J&J Court Transcribers | 211.75 |
|  | Cost Advance - Theodore J. Tacconelli - mileage (65 x .51) | 33.15 |
|  | Cost Advance - Blue Marble - hand deliveries (Inv # 15101) | 209.00 |
|  | Cost Advance - First State Deliveries - hand deliveries | 39.00 |
|  | Totals | $830.05 |
|  | **Total Fees & Disbursements** | **$19,507.05** |