

March 29, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   188650

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 02/28/11**

| MATTERS | TIME | COSTS | TOTAL |
| --- | --- | --- | --- |
| **.15537 -** 01- Case Administration | $487.50 | $683.22 | $1,170.72 |
| **.15538 -** 02 - Debtors' Business Operations | $630.00 | $0.00 | $630.00 |
| **.15539 -** 03 - Creditors Committee | $3,417.50 | $0.00 | $3,417.50 |
| **.15543 -** 07 - Applicant's Fee Application | $1,095.00 | $0.00 | $1,095.00 |
| **.15544 -** 08 - Hearings | $7,150.00 | $0.00 | $7,150.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $735.00 | $0.00 | $735.00 |
| **.15546 -** 10 - Travel | $2,802.50 | $0.00 | $2,802.50 |
| **.15547 -** 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $9,832.00 | $0.00 | $9,832.00 |

**BALANCE AS OF- 02/28/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15563 -** 27 - Litigation Consulting | $157.50 | $0.00 | $157.50 |
| **.17781 -** 30 - Fee Application of Others | $135.00 | $0.00 | $135.00 |
| ***Client Total*** | ***$26,442.00*** | ***$683.22*** | ***$27,125.22*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 4.10 | $675.00 | $2,767.50 |
| Kramer, Matthew I | 26.30 | $368.44 | $9,690.00 |
| Sakalo, Jay M | 20.80 | $525.00 | $10,920.00 |
| Reiser, Marc | 1.40 | $230.00 | $322.00 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 5.10 | $225.00 | $1,147.50 |
| Beck, Amuni A | 6.10 | $200.00 | $1,220.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$26,442.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $662.00 |
| Copies | $19.70 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$683.22*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$27,125.22*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/03/11 | LMF | 0.20 | 45.00 | Attend to docketing deadline and notice of hearing. |
| 02/04/11 | AB | 0.10 | 20.00 | Analyze docket and email J. Sakalo and M. Kramer thereon. |
| 02/07/11 | AB | 0.30 | 60.00 | Analyze docket and email J. Sakalo and M. Kramer thereon (.1); prepare and review of documents for J. Sakalo (.2). |
| 02/09/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/11/11 | JMS | 0.20 | 105.00 | Emails with R. Levy regarding case status (.2). |
| 02/14/11 | AB | 0.10 | 20.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon. |
| 02/15/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/16/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/17/11 | AB | 0.10 | 20.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon. |
| 02/18/11 | JMS | 0.30 | 157.50 | Email from J. Baer regarding status call for 2/21 and discuss same internally (.3). |

**PROFESSIONAL SERVICES** **$487.50**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901354 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901364 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901377 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901389 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901441 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 58.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952394 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 86.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952513 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 93.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952542 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 100.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952571 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 02/11/11 | Long Distance Telephone (509)455-3966; 2 Mins. | 1.52 |
| 02/01/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/01/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/02/11 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/02/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/02/11 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 02/02/11 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/02/11 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 02/03/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/03/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/04/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/10/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/10/11 | Copies 12 pgs @ 0.10/pg | 1.20 |

| Date | Description | Amount |
|---|---|---|
| 02/14/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/16/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/16/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/16/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/17/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/17/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/17/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/28/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/28/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $683.22

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $525.00 | $262.50 |
| Flores, Luisa M | 0.20 | $225.00 | $45.00 |
| Beck, Amuni A | 0.90 | $200.00 | $180.00 |
| *TOTAL* | *1.60* | | *$487.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $662.00 |
| Copies | $19.70 |
| *TOTAL* | *$683.22* |

**CURRENT BALANCE DUE THIS MATTER** $1,170.72

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 02/14/11 | JMS | 1.20 | 630.00 | Prepare for and participate in telephone conference regarding pension plan obligations (1.2). |

**PROFESSIONAL SERVICES** $630.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | $525.00 | $630.00 |
| *TOTAL* | *1.20* | | *$630.00* |

**CURRENT BALANCE DUE THIS MATTER** $630.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB  
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/11 | JMS | 0.20 | 105.00 | Email to committee regarding call (.2). |
| 02/04/11 | SLB | 1.00 | 675.00 | Telephone conference with PD Committee regarding plan confirmation issues (1.0). |
| 02/04/11 | JMS | 1.30 | 682.50 | Prepare for and participate in Committee call (1.3). |
| 02/04/11 | MIK | 2.90 | 1,377.50 | Prepare for Committee call and attend committee call regarding confirmation order. |
| 02/24/11 | JMS | 1.10 | 577.50 | Prepare for and participate in committee call (.9); email to committee regarding 3/2 hearing agenda (.2). |

**PROFESSIONAL SERVICES** $3,417.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 2.90 | $475.00 | $1,377.50 |
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| **TOTAL** | **6.50** | | **$3,417.50** |

**CURRENT BALANCE DUE THIS MATTER** $3,417.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 02/01/11 | LMF | 1.40 | 315.00 | Prepare notice and summary of December fees, submit to local counsel for filing and compile documents for preparation of quarterly application. |
| 02/04/11 | JIS | 0.40 | 150.00 | Review and revise January prebill. |
| 02/15/11 | LMF | 0.80 | 180.00 | Attend to quarterly fee application. |
| 02/16/11 | LMF | 0.70 | 157.50 | Complete draft of quarterly application. |
| 02/16/11 | JIS | 0.40 | 150.00 | Review and revise 39th interim quarterly fee application. |
| 02/17/11 | LMF | 0.30 | 67.50 | Revise quarterly application and send to local counsel for filing. |
| 02/17/11 | JIS | 0.20 | 75.00 | Finish reviewing and revising 39th quarterly fee app and discuss with L. Flores. |

**PROFESSIONAL SERVICES** $1,095.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.20 | $225.00 | $720.00 |
| **TOTAL** | **4.20** | | **$1,095.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,095.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/08/11 | LMF | 0.40 | 90.00 | Review emails regarding court call appearances and confirm attendance of all parties. |
| 02/08/11 | JMS | 0.20 | 105.00 | Review agenda for 2/14 hearing (.2). |
| 02/08/11 | AB | 0.60 | 120.00 | Arrange telephonic appearances for multiple parties to attend February 14, 2011 hearing (.2) email correspondence with J. Sakalo regarding telephonic appearance of G. Solomons (.1); arrange telephonic appearance for G. Solomons (.2); analyze docket and email M. Kramer and J. Sakalo thereon (.1). |
| 02/09/11 | AB | 1.20 | 240.00 | Emails to members of the Official Committee of Asbestos Property Damage Claimants their corresponding court call confirmations for their telephonic appearances in the February 14th hearing (1.1); analyze docket and email M. Kramer and J. Sakalo thereon (.1). |
| 02/09/11 | AB | 0.30 | 60.00 | Arrange telephonic appearance for G. Solomons to attend hearing. |
| 02/09/11 | AB | 0.10 | 20.00 | Email correspondence with J.Sakalo regarding status conference. |
| 02/09/11 | AB | 0.20 | 40.00 | Email correspondence with M. Dies and R. Levy regarding attendance of February hearing. |
| 02/11/11 | JMS | 1.80 | 945.00 | Attend status conference and post-call follow up with S. Baena and M. Kramer (1.8). |
| 02/11/11 | AB | 1.20 | 240.00 | Revise telephonic appearances for the Committee and send the Committee their respective court call confirmations along with the amended notice of agenda of matters. |
| 02/14/11 | JMS | 0.20 | 105.00 | Email to committee regarding amended agenda (.2). |
| 02/14/11 | JMS | 3.90 | 2,047.50 | Prepare for and attend omnibus hearing by phone (3.3); telephone conference with E. Westbrook regarding outcome of hearing and follow up email thereon (.4); review and comment on memo summarizing hearing (.2). |
| 02/14/11 | MIK | 3.40 | 1,615.00 | Attend telephonic hearing (2.8); email committee (.6). |
| 02/15/11 | JMS | 0.30 | 157.50 | Emails with R. Levy regarding results of hearing (.3). |
| 02/21/11 | MIK | 0.90 | 427.50 | Attend status conference regarding appeal CMO. |
| 02/23/11 | MIK | 1.30 | 617.50 | Attend hearing. |
| 02/25/11 | AB | 0.40 | 80.00 | Email correspondence with S. Simatos regarding telephonic appearance of D. Scott(.1); review instructional email from J. Sakalo regarding T. Schellron's telephonic appearance (.1); email correspondence with R. Reyes and S. Taylor to arrange telephonic appearances for the committee (.2). |
| 02/28/11 | AB | 1.20 | 240.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon(.1); email correspondence with T. Taconelli regarding telephonic appearance (.1); email committee their respective court call confirmation for their telephonic appearance for the March 2 hearing (.9); attention to instructional email from J. Sakalo regarding telephonic appearance (.1). |

**PROFESSIONAL SERVICES** $7,150.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Kramer, Matthew I | 5.60 | $475.00 | $2,660.00 |
| Sakalo, Jay M | 6.40 | $525.00 | $3,360.00 |
| Flores, Luisa M | 0.40 | $225.00 | $90.00 |
| Beck, Amuni A | 5.20 | $200.00 | $1,040.00 |
| **TOTAL** | **17.60** | | **$7,150.00** |

**CURRENT BALANCE DUE THIS MATTER** $7,150.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 02/07/11 | JMS | 1.40 | 735.00 | Review Garlock-related pleadings (1.4). |

**PROFESSIONAL SERVICES** $735.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | $525.00 | $735.00 |
| *TOTAL* | *1.40* | | *$735.00* |

**CURRENT BALANCE DUE THIS MATTER** $735.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 02/22/11 | MIK | 4.90 | 1,163.75 | Non-work travel to district court hearing. |
| 02/23/11 | MIK | 6.90 | 1,638.75 | Non-work travel from district court hearing. |

**PROFESSIONAL SERVICES** $2,802.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 11.80 | $237.50 | $2,802.50 |
| **TOTAL** | ***11.80*** | | ***$2,802.50*** |

**CURRENT BALANCE DUE THIS MATTER** $2,802.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15547

**RE: 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)**

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL | 0 | | $0.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| | | | |
|---|---|---|---|
| TOTAL | | | $0.00 |

**CURRENT BALANCE DUE THIS MATTER** $0.00

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/01/11 | SLB | 0.80 | 540.00 | Continued review of confirmation orders (.8). |
| 02/01/11 | JMS | 1.50 | 787.50 | Telephone conference with D. Speights regarding questions on confirmation order (.3); continue review of same (1.1); email to Committee thereon (.1). |
| 02/02/11 | JMS | 0.70 | 367.50 | Continue review of confirmation order (.3); conference with M. Kramer regarding same (.4). |
| 02/02/11 | MIK | 0.20 | 95.00 | Review confirmation orders. |
| 02/02/11 | MR | 1.00 | 230.00 | Research filings and orders in Combustion Engineering Case. |
| 02/03/11 | JMS | 1.60 | 840.00 | Complete review of confirmation order (.6); email to Committee regarding order from Judge Buckwalter (.3); conference with S. Baena regarding discussion on Court's confirmation order and planning for committee call (.7). |
| 02/03/11 | MIK | 3.10 | 1,472.50 | Review confirmation orders. |
| 02/03/11 | MR | 0.40 | 92.00 | Research regarding combustion engineering. |
| 02/10/11 | SLB | 1.50 | 1,012.50 | Attention to debtor's motion regarding confirmation order entered by bankruptcy court and legal analysis memo to committee and interoffice conference with J. Sakalo regarding same (1.3); attention to precautionary motions by AXA (.2). |
| 02/10/11 | JMS | 1.20 | 630.00 | Review Grace's motion for clarification of confirmation order and discuss impact of same with S. Baena (.7); email to Committee regarding same and amended agenda (.3); emails with R. Levy thereon (.2). |
| 02/10/11 | MIK | 0.20 | 95.00 | Office conference with S. Baena regarding motions for clarification. |
| 02/11/11 | SLB | 0.80 | 540.00 | Emergency court hearing regarding confirmation order, etc. (.8). |
| 02/11/11 | MIK | 2.40 | 1,140.00 | Attend telephonic hearing and email committee regarding same. |
| 02/16/11 | JMS | 0.50 | 262.50 | Review clarification order on confirmation and email to committee thereon (.5). |
| 02/18/11 | MIK | 0.10 | 47.50 | Email regarding appeal status conference. |
| 02/21/11 | JMS | 1.20 | 630.00 | Review proposed scheduling order (.4); status conference call with plan proponents, et al. (.8). |
| 02/22/11 | JMS | 0.40 | 210.00 | Review revised proposed scheduling order and email to Committee thereon (.4). |
| 02/23/11 | JMS | 1.10 | 577.50 | Review revised proposed scheduling order from J. Baer (.2); emails with M. Kramer regarding summary of status conference (.2); emails with E. Westbrook regarding update on status conference (.7). |
| 02/28/11 | JMS | 0.50 | 262.50 | Emails with R. Levy regarding results of status conference (.2); review Libby and AMH 9033 objections (.3). |

**PROFESSIONAL SERVICES** $9,832.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.10 | $675.00 | $2,092.50 |
| Kramer, Matthew I | 6.00 | $475.00 | $2,850.00 |
| Sakalo, Jay M | 8.70 | $525.00 | $4,567.50 |
| Reiser, Marc | 1.40 | $230.00 | $322.00 |
| **TOTAL** | **19.20** | | **$9,832.00** |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER** $9,832.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15563

**RE: 27 - Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 02/14/11 | LMF | 0.70 | 157.50 | Research dockets and compile, review and analyze documents related to California appeal order. |

**PROFESSIONAL SERVICES** $157.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.70 | $225.00 | $157.50 |
| **TOTAL** | **0.70** | | **$157.50** |

**CURRENT BALANCE DUE THIS MATTER** $157.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 02/22/11 | LMF | 0.60 | 135.00 | Research and review of filings and court docket regarding outstanding fees due Hamilton Rabinovitz. |

**PROFESSIONAL SERVICES** $135.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $225.00 | $135.00 |
| **TOTAL** | **0.60** | | **$135.00** |

**CURRENT BALANCE DUE THIS MATTER** $135.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP