# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-FIRST MONTHLY INTERIM PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2011 through March 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $10,660.00   [80% of $13,325.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $201.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | CNO Filed | CNO Filed |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 20.5 hours,[2] for a total amount billed of $13,325.00 of which 80% is

currently sought, in the amount of $10,660.00, plus 100% of the expenses incurred during this

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

period, in the amount of $201.00, for a total currently sought of $10,861.00.

As stated above, this is the Thirty-First application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.4 | $11,310.00 |
| Travel | 0 | $0 |
| Fee Application Matters (including FCR and Local Counsel) | 3.1 | $2,015.00 |
| TOTAL | 20.5 | $13,325.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel (cancellation fee) Courtcall | $150.00 $51.00 |
| TOTAL | $201.00 |

//
//
//
//
//
//
//
//
//
//
//
//

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of April, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (March, 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 3/1/2011 | Review Order from District Court in Miscellaneous case re objections | 0.1 |
| 3/1/2011 | Prepare and File 30th Monthly Fee Application and Notice | 1.7 |
| 3/1/2011 | Review Plan Proponents' additional record designations for CNA settlement appeal | 0.1 |
| 3/1/2011 | Review Second Amended Agenda for March 2 hearing | 0.1 |
| 3/1/2011 | Review CNA's designation of additional record items for CNA settlement appeal | 0.1 |
| 3/2/2011 | Attend telephonic hearing on BNSF motion for reconsideration | 1.5 |
| 3/2/2011 | Review Monthly Operating Report for January 2011 | 0.4 |
| 3/2/2011 | Review several additional York-related entities' Notices of Intent to acquire equity | 0.2 |

| | | |
|---|---|---|
| 3/3/2011 | Review Joinder of Weitz & Luxenberg in Opposition to Garlock 2019 motion | 0.1 |
| 3/4/2011 | Review revised District Court scheduling Order from Debtors and email re same | 0.2 |
| 3/4/2011 | Review Opinion on Motion for Reconsideration | 0.3 |
| 3/4/2011 | Review Objection of Angelos, et al to Garlock exhibits | 0.3 |
| 3/4/2011 | Review Objection of Kazan firm, et al. to Garlock Exhibits | 0.2 |
| 3/4/2011 | Review Objection of the ACC to Garlock Exhibits | 0.2 |
| 3/7/2011 | Review Revised proposed District Court Scheduling Order | 0.1 |
| 3/7/2011 | Conference Call re Scheduling Order | 0.2 |
| 3/7/2011 | Review further revised scheduling Order for District Court proceedings | 0.2 |
| 3/8/2011 | Review UST Response to Garlock motion to reopen closed cases | 0.1 |
| 3/8/2011 | Review Debtors' draft joint appeal record | 0.5 |
| 3/8/2011 | Review letter sent to Judge Buckwalter re scheduling with proposed Order | 0.2 |
| 3/8/2011 | Review monthly fee applications of Canadian ZAI PD counsel | 0.3 |
| 3/9/2011 | Review Clerk's Notice of Transmission of the Notices of Appeal in the appeal from approval of the CNA settlement | 0.1 |
| 3/9/2011 | Review Clerk's Notice of Transmission of the Notices of Appeal from Confirmation Order and Opinion | 0.1 |
| 3/9/2011 | Review Fee Auditor's Recommendation Regarding 38th Quarterly Fee Applications | 0.1 |
| 3/10/2011 | Notice of Docketing of Appeal re CNA settlement | 0.1 |

| | | |
|---|---|---|
| 3/10/2011 | Review signed order regarding appeals on confirmation order | 0.1 |
| 3/11/2011 | Review Debtors' Stipulation with Samson Regarding<br>Cure Pursuant to Section 9.1.2 of the Plan | 0.1 |
| 3/11/2011 | Review Owens Corning, AC&S, USM and CE<br>Responses to Garlock motion to reopen re 2019 statements | 0.3 |
| 3/11/2011 | Review Clerk's notices of docketing of three<br>confirmation appeals to the district court | 0.2 |
| 3/11/2011 | Review Response of Kazen, McClain, et al<br>to amended Garlock 2019 motion | 0.1 |
| 3/11/2011 | Review Response of Angelos firm, et al to Garlock motion to intervene | 0.5 |
| 3/11/2011 | Review Response of Kazen, McClain, et al to<br>Garlock Motion to Intervene | 0.2 |
| 3/11/2011 | Review ACC Response to Amended Garlock 2019 motion | 0.1 |
| 3/11/2011 | Review Debtors' Stipulation with Sealed Air and Cryovac re<br>Cure Pursuant to Section 9.1.2 of the Plan | 0.1 |
| 3/11/2011 | Review ACC's opposition to Garlock intervention motion | 0.2 |
| 3/12/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/14/2011 | Review letter sent by BNSF to Judge Buckwalter<br>re 9033 Objections to order denying reconsideration | 0.1 |
| 3/14/2011 | Emails from Debtors' counsel re resetting<br>oral argument in USDC appeal | 0.1 |
| 3/14/2011 | Review CNO re motion to allow foreign non-debtor<br>holding company structure | 0.1 |
| 3/14/2011 | Review CNO re motion to lift stay re Locke action | 0.1 |

| | | |
|---|---|---|
| 3/14/2011 | Review Summary Response of Maryland Casualty to Rule 9033 Objections | 0.1 |
| 3/14/2011 | Review CNO re retirement plan contribution motion | 0.1 |
| 3/15/2011 | Review withdrawal of prior cure stipulations between debtors and Cryovac | 0.1 |
| 3/15/2011 | Review of cure stipulation between debtors and Fresenious | 0.1 |
| 3/15/2011 | Review Plan Proponents' Response to 9033 Objections | 0.1 |
| 3/15/2011 | Review Debtors' Motion to Implement 2011 Long Term Incentive Plan | 0.5 |
| 3/15/2011 | Review response of Angelos firm, et al to Garlock amended access motion | 0.1 |
| 3/15/2011 | Prepare, file and serve 22nd Monthly Fee Application of PD FCR and Notice | 0.7 |
| 3/16/2011 | Email from counsel for PI FCR re pension issues | 0.1 |
| 3/16/2011 | Review Motion to Sell CeraTech Stock | 0.3 |
| 3/17/2011 | Review Garlock Amended and Supplemental Notice of Appeal from Confirmation and Objections | 0.1 |
| 3/17/2011 | Conference with R. Wyron re pension issues | 0.2 |
| 3/18/2011 | Review Maryland Casualty Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review Notice of Disposition of Equity (York) | 0.1 |
| 3/18/2011 | Review Libby Claimants' Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review State of Montana Notice of Appeal from Confirmation related Orders | 0.1 |

| | | |
|---|---|---|
| 3/18/2011 | Review York Amended and Restated Notice of Intent to Acquire Equity | 0.1 |
| 3/18/2011 | Canada Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review BNSF Notice of Appeal and Objections re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of AXA Belgium re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of GEICO & Republic re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of Anderson Memorial<br>Hospital re confirmation orders | 0.1 |
| 3/21/2011 | Review Agenda filed by Garlock for March 28 Omnibus hearing | 0.2 |
| 3/21/2011 | Review Plan Proponents' Revised proposed Joint<br>appeal record and protective orders and email re same | 0.5 |
| 3/21/2011 | Review Omnibus Agenda filed by Debtors | 0.1 |
| 3/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/23/2011 | Conference call re protective order for appellate record | 0.2 |
| 3/23/2011 | Emails to and  from Debtors' counsel re CNO<br>for 38th Quarterly Fee Application | 0.1 |
| 3/24/2011 | Review Notice of Appearance of counsel for Toyota Motor Credit | 0.1 |
| 3/24/2011 | Review Notice of Disposition of Equity (York) | 0.1 |
| 3/24/2011 | Review Certification of Counsel re 38th Quarterly Fee Applications | 0.1 |
| 3/24/2011 | Review Certification of Counsel re 38th Quarterly Project Categories | 0.2 |
| 3/24/2011 | Review Amended Agenda for March Omnibus | 0.1 |
| 3/24/2011 | Review Cure stipulation between Debtors and<br>Beaco Road Site PRP Group | 0.1 |

| | | |
|---|---|---|
| 3/24/2011 | Email to client re March Omnibus | 0.1 |
| 3/25/2011 | Review Order approving 38th Quarterly Fee Applications | 0.1 |
| 3/25/2011 | Review Order authorizing creating of non-debtor foreign holding company structure | 0.1 |
| 3/25/2011 | Review Order lifting stay on Locke claim in Massachusetts | 0.1 |
| 3/25/2011 | Review Order authorizing 2011 pension plan contributions | 0.1 |
| 3/25/2011 | Email from client re March omnibus hearing | 0.1 |
| 3/25/2011 | Prepare, file and serve second monthly fee application and notice of filing of Local Counsel for PD FCR | 0.5 |
| 3/25/2011 | Email to client and local counsel re status | 0.1 |
| 3/26/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/28/2011 | Attend telephonic March Omnibus hearing | 2.5 |
| 3/28/2011 | Conference with client | 0.1 |
| 3/28/2011 | Email from Debtors' counsel re change in oral argument date | 0.1 |
| 3/28/2011 | Review BNSF statement of issues and designation of record of appeal | 0.1 |
| 3/28/2011 | Review Cure Stipulation between Debtors and Chartis | 0.1 |
| 3/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/30/2011 | Review CNO's for Canadian ZAI counsel fee applications | 0.1 |
| 3/30/2011 | Email from Debtors' counsel re another change in oral argument date and email to client re same | 0.1 |
| 3/30/2011 | Review Revised proposed Joint designation of record for appeal from confirmation orders | 0.5 |

3/31/2011     Prepare, file and serve CNO for 30th Monthly Fee Period          0.2

    Total:  20.5 hours @ $650/hour = $13,325.00

<u>Expenses</u>:     Airline Fee (March Omnibus changed to telephone only) – $150.00
               Court Call (Feb. Omnibus) – $51.00

    Total Expenses:  $201.00

       **<u>Total Fees and Expenses Due</u>:  $13,526.00**