**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 29, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 564699
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $690.00 |
| DISBURSEMENTS | 644.11 |
| MATTER TOTAL | $1,334.11 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $6,075.00 |
| DISBURSEMENTS | 331.91 |
| MATTER TOTAL | $6,406.91 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $12,343.50 |
| DISBURSEMENTS | 626.17 |
| MATTER TOTAL | $12,969.67 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $1,572.00 |
| DISBURSEMENTS | 20.83 |
| MATTER TOTAL | $1,592.83 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 564699 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES | $3,726.00 |
| DISBURSEMENTS | 144.00 |
| MATTER TOTAL | $3,870.00 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES | $3,403.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,403.00 |
| CLIENT GRAND TOTAL | $29,576.52 |

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 29, 2011
056772-00001                                                         Invoice No. 564699

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/11 | MAKINDE, MICHAEL A | Create binder of several hearing transcripts for D. Blabey and his team. Conf. re same. Exchange several emails re same. | 2.30 | 690.00 |

**TOTAL HOURS AND FEES**                                                          2.30    $690.00

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| TABS | 3.00 |
| PHOTOCOPYING | 322.60 |
| WESTLAW ON-LINE RESEARCH | 247.83 |
| MESSENGER/COURIER | 70.68 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**               $644.11

**TOTAL FOR THIS MATTER**                               $1,334.11

Kramer Levin Naftalis & Frankel LLP                                                 Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                         March 29, 2011
056772-00002                                                               Invoice No. 564699

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/11 | BENTLEY, PHILIP | Conf David Blabey (.4) and TC Ted Weschler re confirmation issues and tomorrow's committee call (1). | 1.40 | 1,162.00 |
| 02/16/11 | BLABEY, DAVID E | Prep for quarterly committee meeting (3.5) and call with client and P. Bentley regarding same (1). | 4.50 | 2,947.50 |
| 02/17/11 | BENTLEY, PHILIP | Committee call (1), and prep for same (.2) | 1.20 | 996.00 |
| 02/17/11 | BLABEY, DAVID E | Grace quarterly committee meeting (1) and follow up discussion with P. Bentley re same (.1). | 1.10 | 720.50 |
| 02/24/11 | BENTLEY, PHILIP | Email report to committee re this week's district court hearing and today's order | 0.30 | 249.00 |

**TOTAL HOURS AND FEES**                                                      **8.50**  **$6,075.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PRINTING & BINDING | 331.91 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                  **$331.91**


**TOTAL FOR THIS MATTER**                                                    **$6,406.91**

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                              March 29, 2011
056772-00007                                                                            Invoice No. 564699

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/11 | BENTLEY, PHILIP | Conf call with co-proponents (1.0), and discs Ted Weschler and David Blabey (0.2), re confirmation decision and next steps; review Garlock's motion (0.1) | 1.30 | 1,079.00 |
| 02/01/11 | BLABEY, DAVID E | Call with plan proponents regarding confirmation opinion. | 0.50 | 327.50 |
| 02/02/11 | BENTLEY, PHILIP | TC with Gil Nathan (equity holder) re case status | 0.30 | 249.00 |
| 02/04/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 02/04/11 | BLABEY, DAVID E | Review objections to Garlock's motion regarding 2019 statements. | 0.50 | 327.50 |
| 02/08/11 | BENTLEY, PHILIP | Trade emails re next week's hearing | 0.10 | 83.00 |
| 02/10/11 | BENTLEY, PHILIP | Review K&Es' draft motion to clarify confirmation order and discs Janet Baer, Ted Weschler and David Blabey re same (0.9); trade emails re same (0.2) | 1.10 | 913.00 |
| 02/10/11 | BLABEY, DAVID E | Review draft motion to clarify court's confirmation order. | 0.70 | 458.50 |
| 02/11/11 | BENTLEY, PHILIP | Attend bankruptcy court telephonic hearing (.8), and discs David Blabey (.1)and trade multiple emails re confirmation issues, and work on same (.7) | 1.60 | 1,328.00 |
| 02/11/11 | BLABEY, DAVID E | Review BNSF motion for reconsideration (.3) and email to client re same (.2); discuss status conference with P. Bentley (.1) and email to client re same (.2). | 0.80 | 524.00 |
| 02/13/11 | BENTLEY, PHILIP | Conf call w/ plan proponents re tomorrow's hearing, and trade emails re same | 1.00 | 830.00 |
| 02/14/11 | BENTLEY, PHILIP | Prep for today's hearing, including additional review of confirmation opinion and order; discs David Blabey and voicemail, and trade emails, re today's hearing | 1.30 | 1,079.00 |
| 02/15/11 | BENTLEY, PHILIP | Review bankruptcy court's order, and trade emails re plan issues | 0.30 | 249.00 |
| 02/17/11 | BENTLEY, PHILIP | Review confirmation appeal issues, and discs Ted Weschler and David Blabey re same | 0.30 | 249.00 |

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

March 29, 2011
Invoice No. 564699

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/18/11 | BENTLEY, PHILIP | Review plan issues and discs David Blabey re same | 0.30 | 249.00 |
| 02/18/11 | BLABEY, DAVID E | Research jurisdictional issues for appeal. | 2.00 | 1,310.00 |
| 02/21/11 | BENTLEY, PHILIP | Conf call with counsel for all plan proponents and appellants (0.9), and trade emails re same (0.1) | 1.00 | 830.00 |
| 02/21/11 | BLABEY, DAVID E | Review plan proponents' notice of filing of plan (.2); call with plan proponents and appellants regarding scheduling order (.9). | 1.10 | 720.50 |
| 02/22/11 | BENTLEY, PHILIP | Review proposed district court order; trade emails re same and re tomorrow's hearing | 0.70 | 581.00 |
| 02/22/11 | BLABEY, DAVID E | Review Libby Claimants briefs regarding appellate issues (.2); review plan proponents' draft objection to motion for reconsideration (.4) and email to P. Bentley re same (.1). | 0.70 | 458.50 |
| 02/23/11 | BENTLEY, PHILIP | Review recent pleadings | 0.30 | 249.00 |
| 02/24/11 | BENTLEY, PHILIP | Review emails re plan issues | 0.20 | 166.00 |
| **TOTAL HOURS AND FEES** | | | **16.20** | **$12,343.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 14.00 |
| DOCUMENT PREP. | 12.50 |
| WESTLAW ON-LINE RESEARCH | 14.17 |
| OUT-OF-TOWN TRAVEL | 585.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$626.17** |

**TOTAL FOR THIS MATTER**     **$12,969.67**

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                       March 29, 2011
056772-00008                                                                            Invoice No. 564699

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/08/11 | BLABEY, DAVID E | Edit January bill (.2); prepare quarterly fee application (1). | 1.20 | 786.00 |
| 02/09/11 | BLABEY, DAVID E | Edit January bill (.1); prepare quarterly fee application (.6). | 0.70 | 458.50 |
| 02/28/11 | BLABEY, DAVID E | Prepare january fee application. | 0.50 | 327.50 |
| **TOTAL HOURS AND FEES** | | | **2.40** | **$1,572.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 20.83 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$20.83** |

**TOTAL FOR THIS MATTER**                                                                **$1,592.83**

Kramer Levin Naftalis & Frankel LLP                                       Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                         March 29, 2011
056772-00019                                                              Invoice No. 564699

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/11/11 | BLABEY, DAVID E | Attend Grace telephonic status conference. | 0.80 | 524.00 |
| 02/14/11 | BENTLEY, PHILIP | Attend bankruptcy court hearing | 2.90 | 2,407.00 |
| 02/23/11 | BENTLEY, PHILIP | Attend district court status conference | 0.80 | 664.00 |
| 02/23/11 | BLABEY, DAVID E | Discuss district court hearing with P. Bentley. | 0.20 | 131.00 |

**TOTAL HOURS AND FEES**                                                  **4.70**   **$3,726.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 144.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                 **$144.00**

**TOTAL FOR THIS MATTER**                                                 **$3,870.00**

Kramer Levin Naftalis & Frankel LLP                                   Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                     March 29, 2011
056772-00028                                                          Invoice No. 564699

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/14/11 | BENTLEY, PHILIP | Travel to and from Delaware bankruptcy court hearing | 3.90 | 1,618.50 |
| 02/23/11 | BENTLEY, PHILIP | Travel to and from Philadelphia district court hearing | 4.30 | 1,784.50 |
| **TOTAL HOURS AND FEES** | | | **8.20** | **$3,403.00** |

**TOTAL FOR THIS MATTER**                              **$3,403.00**