**EXHIBIT B**

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:19

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                                          TO:
         UNBILLED DISB FROM:   02/01/2011                             TO: 02/18/2011

                                 FEES                                     COSTS
                                 ----                                     -----
         GROSS BILLABLE AMOUNT:       0.00                                       644.11
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
         ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
                   THRU DATE:                                                02/18/2011
         CLOSE MATTER/FINAL BILLING?  YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:




                                   ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH
                                   ---------------------------                                   --------------
                  FEES:                       0.00               UNIDENTIFIED RECEIPTS:            0.00
         DISBURSEMENTS:                     644.11               PAID FEE RETAINER:                0.00
           FEE RETAINER:                      0.00               PAID DISB RETAINER:               0.00
          DISB RETAINER:                      0.00               TOTAL AVAILABLE FUNDS:            0.00
     TOTAL OUTSTANDING:                     644.11                     TRUST BALANCE:
                                                                   BILLING HISTORY
                                                                   ---------------
       DATE OF LAST BILL:        02/25/11        LAST PAYMENT DATE:              03/09/11
       LAST BILL NUMBER:          562558 ACTUAL FEES BILLED TO DATE:            362,663.00
                                          ON ACCOUNT FEES BILLED TO DATE:            0.00
                                              TOTAL FEES BILLED TO DATE:        362,663.00
   LAST BILL THRU DATE:          01/31/11        FEES WRITTEN OFF TO DATE:       85,614.00
                                                COSTS WRITTEN OFF TO DATE:       23,597.24
FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____      CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                              Oldest       Latest       Total
                                               Entry        Entry        Amount
----  -----------                              --------     --------     --------
0817  TABS                                     02/01/11     02/01/11         3.00
0820  PHOTOCOPYING                             02/01/11     02/01/11       322.60
0917  WESTLAW ON-LINE RESEARCH                 02/10/11     02/18/11       247.83
0930  MESSENGER/COURIER                        02/16/11     02/16/11        70.68

                Total                                                      644.11


U N B I L L E D   C O S T S   D E T A I L
Description/Code
-----------------
                                               Employee                Date         Amount      Index#    Batch No   Batch Date
                                               --------                ----         ------      ------    --------   ----------
TABS 0817
  TABS
    CHOUDROUTA, ANDREA     17160   TABS        CHOUDROUTA, A C         02/01/11        3.00     9279305   1028110    02/08/11

                                               0817 TABS Total :                      3.00

PHOTOCOPYING 0820
  PHOTOCOPYING
    CHERNYAK, YEKATERINA                       CHERNYAK, Y C           02/01/11       55.40     9277631   1028096    02/08/11
  PHOTOCOPYING
    MAKINDE, MICHAEL A                         MAKINDE, M A            02/01/11      267.20     9277632   1028096    02/08/11

                                               0820 PHOTOCOPYING Total :             322.60

WESTLAW ON-LINE RESEARCH 0917
  WESTLAW ON-LINE RESE                         BLABEY, D E             02/10/11       14.17     9302302   1039040    03/02/11
  WESTLAW ON-LINE RESE                         BLABEY, D E             02/18/11      233.66     9302303   1039040    03/02/11
                                               0917 WESTLAW ON-LINE RESE Total :     247.83

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT
    ANGUS W  MERCER                            BLABEY, D E             02/16/11       70.68     9298853   1037133    02/28/11

                                               0930 MESSENGER/COURIER Total :         70.68


                Costs Total :                                                         644.11
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00001                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount             Bill      W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------

0817 TABS                    3.00       _____  _____  _____  _____  _____
0820 PHOTOCOPYING          322.60       _____  _____  _____  _____  _____
0917 WESTLAW ON-LINE RESEARCH 247.83    _____  _____  _____  _____  _____
0930 MESSENGER/COURIER      70.68       _____  _____  _____  _____  _____

         Costs Total :     644.11
```

Case 01-01139-AMC    Doc 26679-3    Filed 04/01/11    Page 4 of 16

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS        - 06975               Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP    - 02495               Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status          : ACTIVE

Special Billing Instructions:

================================================================================================================================
                                                     PRE-BILLING SUMMARY REPORT
================================================================================================================================

               UNBILLED TIME FROM:                                       TO:
               UNBILLED DISB FROM:  02/11/2011                           TO:   02/11/2011

                                     FEES                            COSTS
                                     ----                            -----
              GROSS BILLABLE AMOUNT:      0.00                          331.91
              AMOUNT WRITTEN DOWN:
                           PREMIUM:
                 ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                     AMOUNT BILLED:
                        THRU DATE:                                   02/11/2011
         CLOSE MATTER/FINAL BILLING?  YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:

================================================================================================================================

                                 ACCOUNTS RECEIVABLE TOTALS                                         UNAPPLIED CASH
                                 --------------------------                                         --------------

                       FEES:              0.00         UNIDENTIFIED RECEIPTS:           0.00
              DISBURSEMENTS:             331.91            PAID FEE RETAINER:           0.00
                FEE RETAINER:              0.00           PAID DISB RETAINER:           0.00
               DISB RETAINER:              0.00         TOTAL AVAILABLE FUNDS:          0.00
            TOTAL OUTSTANDING:            331.91              TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
           DATE OF LAST BILL:    01/28/11       LAST PAYMENT DATE:           03/09/11
           LAST BILL NUMBER:     560649 ACTUAL FEES BILLED TO DATE:       380,479.00
                                        DN ACCOUNT FEES BILLED TO DATE:         0.00
                                             TOTAL FEES BILLED TO DATE:   380,479.00
          LAST BILL THRU DATE:   12/31/10    FEES WRITTEN OFF TO DATE:     22,711.00
                                             COSTS WRITTEN OFF TO DATE:    1,724.60

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development         (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate             (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     5
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status      : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y   ----------- Total Unbilled -----------
Code Description                                   Oldest        Latest         Total
                                                   Entry         Entry         Amount
                                                   ------        ------        ------
0920 PRINTING & BINDING                            02/11/11      02/11/11       331.91

        Total                                                                   331.91


U N B I L L E D    C O S T S    D E T A I L
Description/Code                       Employee              Date         Amount      Index#    Batch No   Batch Date
-------------------------              --------              ----         ------      ------    --------   ----------

PRINTING & BINDING 0920
   HITOUCH BUSINESS SERVICE            MAKINDE, M A          02/11/11     331.91      9284517   1030196    02/16/11
   HITOUCH BUSINESS SERVICES, LLC
                                       0920 PRINTING & BINDING Total :    331.91


        Costs Total :                                                     331.91
```

alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount             Bill        W/o / W/u      Transfer To     Clnt/Mtr     Carry Forward
-------------------------  -----------          ------      -----------    -------------   ----------   --------------

0920 PRINTING & BINDING        331.91

       Costs Total :          331.91

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   7
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS   - 06975                    Proforma Number:  3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status        : ACTIVE

Special Billing Instructions:

                                                       PRE-BILLING SUMMARY REPORT

                                                                       TO:
            UNBILLED TIME FROM:                                        TO:             02/21/2011
            UNBILLED DISB FROM:   02/10/2011

                               FEES                                              COSTS

    GROSS BILLABLE AMOUNT:           0.00                                       626.17
    AMOUNT WRITTEN DOWN:
              PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                                         02/21/2011
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                            ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

         FEES:                           0.00
 DISBURSEMENTS:                        626.17          UNIDENTIFIED RECEIPTS:                  0.00
 FEE RETAINER:                           0.00             PAID FEE RETAINER:                   0.00
DISB RETAINER:                           0.00            PAID DISB RETAINER:                   0.00
TOTAL OUTSTANDING:                     626.17         TOTAL AVAILABLE FUNDS:                   0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:        02/25/11            LAST PAYMENT DATE:        03/09/11
LAST BILL NUMBER:         562558  ACTUAL FEES BILLED TO DATE:         903,863.50
                                  ON ACCOUNT FEES BILLED TO DATE:          0.00
                                  TOTAL FEES BILLED TO DATE:          903,863.50
LAST BILL THRU DATE:      01/31/11    FEES WRITTEN OFF TO DATE:          391.00
                                      COSTS WRITTEN OFF TO DATE:       2,162.00
FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
   (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    8
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-0D007                              Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                           Oldest      Latest       Total
                                            Entry       Entry        Amount
----  -----------                           -------     -------      ------
0841  RESEARCH SERVICES                     02/15/11    02/15/11      14.00
0842  DOCUMENT PREP.                        02/21/11    02/21/11      12.50
0917  WESTLAW ON-LINE RESEARCH              02/15/11    02/15/11      14.17
0950  OUT-OF-TOWN TRAVEL                    02/10/11    02/17/11     585.50

              Total                                                  626.17


U N B I L L E D   C O S T S    D E T A I L
Description/Code                               Employee           Date        Amount     Index#    Batch No  Batch Date
----------------                               --------           ----        ------     ------    --------  ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                          NG, E N            02/15/11     14.00     9287278   1031565   02/17/11
      case for p bentley

                               0841 RESEARCH SERVICES  Total :               14.00

DOCUMENT PREP. 0842
    DOCUMENT PREP.                             LANCHE, R          02/21/11     12.50     9293396   1034573   02/24/11
                               0842 DOCUMENT PREP.  Total :                   12.50

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                       NG, E N            02/15/11     14.17     9302304   1039040   03/02/11
                               0917 WESTLAW ON-LINE RESE  Total :             14.17

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                   BENTLEY, P         02/10/11    305.25     9301062   1038394   03/01/11
    DINERS CLUB CITICORP DINERS CLUB 2/14/2011 NYP T
    O WIL TO NYP
    DINERS CLUB CITICORP DIN                   BENTLEY, P         02/17/11    280.25     9301063   1038394   03/01/11
    DINERS CLUB CITICORP DINERS CLUB 2/23/2011 NYP T
    O PHL TO PHL
                               0950 OUT-OF-TOWN TRAVEL  Total :              585.50


            Costs Total :                                                    626.17
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:  3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description               Amount            Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

0841 RESEARCH SERVICES          14.00        _____      _____      _____    _____   _____

0842 DOCUMENT PREP.             12.50        _____      _____      _____    _____   _____

0917 WESTLAW ON-LINE RESEARCH   14.17        _____      _____      _____    _____   _____

0950 OUT-OF-TOWN TRAVEL        585.50        _____      _____      _____    _____   _____


          Costs Total :        626.17
```

```
alp_132r: Matter Detail                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    10
Run Date & Time: 03/29/2011 17:04:20                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS      - 06975       Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                          TO:
                    UNBILLED DISB FROM:    02/01/2011            TO:   02/10/2011

                                       FEES                    COSTS
                                       ----                    -----
         GROSS BILLABLE AMOUNT:         0.00                    20.83
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                   02/10/2011
     CLOSE MATTER/FINAL BILLING?  YES  OR  NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS                                             UNAPPLIED CASH
                                  ---------------------------                                            --------------
              FEES:                      0.00             UNIDENTIFIED RECEIPTS:                              0.00
     DISBURSEMENTS:                     20.83                PAID FEE RETAINER:                               0.00
      FEE RETAINER:                      0.00               PAID DISB RETAINER:                              0.00
     DISB RETAINER:                      0.00            TOTAL AVAILABLE FUNDS:                              0.00
  TOTAL OUTSTANDING:                    20.83                   TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
  DATE OF LAST BILL:    02/25/11           LAST PAYMENT DATE:                     03/09/11
  LAST BILL NUMBER:    562558    ACTUAL FEES BILLED TO DATE:                    220,792.50
                                ON ACCOUNT FEES BILLED TO DATE:                       0.00
                                     TOTAL FEES BILLED TO DATE:                  220,792.50
LAST BILL THRU DATE:    01/31/11    FEES WRITTEN OFF TO DATE:                     19,208.00
                                     COSTS WRITTEN OFF TO DATE:                      703.14

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee        (10) Client Arrangement
       (2) Late Time & Costs Posted (5) Business Development     (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding

BILL NUMBER:              DATE OF BILL:                Processed by:                   FRC:                   CRC:
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:  3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
                              Oldest      Latest      Total
Code  Description             Entry       Entry       Amount
----  -----------             ------      ------      ------
0930  MESSENGER/COURIER       02/01/11    02/10/11    20.83

                Total                                 20.83


U N B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee         Date         Amount       Index#     Batch No    Batch Date
----------------                 --------         ----         ------       ------     --------    ----------

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT       BLABEY, D E      02/01/11     12.00        9279456    1028148     02/08/11
    Saul Ewing LLP
  FEDERAL EXPRESS CORPORAT       BLABEY, D E      02/10/11      8.83        9296329    1035794     02/25/11
    Saul Ewing LLP

                                 0930 MESSENGER/COURIER Total :             20.83


                   Costs Total :                                            20.83
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount               Bill         W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward
-------------------------------    ----------          -------      -----------      -----------    --------     -------------

0930 MESSENGER/COURIER              20.83

                    Costs Total :   20.83
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
Run Date & Time: 03/29/2011 17:04:20                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:     3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status      : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                                 TO:
         UNBILLED DISB FROM:  01/18/2011                     TO:  02/18/2011

                               FEES                                COSTS
                              ------                              ------
    GROSS BILLABLE AMOUNT:       0.00                              144.00
    AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                                         02/18/2011
 CLOSE MATTER/FINAL BILLING?  YES  OR  NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

                              ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                              --------------------------                          --------------
            FEES:                      0.00              UNIDENTIFIED RECEIPTS:         0.00
   DISBURSEMENTS:                    144.00                 PAID FEE RETAINER:          0.00
    FEE RETAINER:                      0.00                 PAID DISB RETAINER:         0.00
   DISB RETAINER:                      0.00              TOTAL AVAILABLE FUNDS:         0.00
 TOTAL OUTSTANDING:                  144.00                      TRUST BALANCE:
                                                             BILLING HISTORY
                                                             ---------------
 DATE OF LAST BILL:            02/25/11                  LAST PAYMENT DATE:       03/09/11
 LAST BILL NUMBER:              562558 ACTUAL FEES BILLED TO DATE:               455,608.00
                                       ON ACCOUNT FEES BILLED TO DATE:                 0.00
                                          TOTAL FEES BILLED TO DATE:             455,608.00
 LAST BILL THRU DATE:          01/31/11 FEES WRITTEN OFF TO DATE:                 11,993.18
                                        COSTS WRITTEN OFF TO DATE:                 1,772.20
 FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
      (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
      (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding         (10) Client Arrangement

 BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____      CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   14
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled -------
Code Description                               Oldest       Latest         Total
                                               Entry        Entry          Amount
                                               ------       ------         ------
0990 OTHER FEES                                01/18/11     02/18/11       144.00

        Total                                                              144.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee         Date        Amount       Index#    Batch No   Batch Date
                                              --------         ----        ------       ------    --------   ----------

OTHER FEES 0990
  PLATINUM PLUS FOR BUSINE                    BLABEY, D E      01/18/11     86.00       9313655   1046592    03/21/11
  PLATINUM PLUS FOR BUSINESS 01/19/11 - COURTCALL
    - David E. Blabey Jr.
  PLATINUM PLUS FOR BUSINE                    BLABEY, D E      02/18/11     58.00       9298054   1036552    02/28/11
  PLATINUM PLUS FOR BUSINESS 12/28/10 - COURTCALL
    - application date 12/13/10
                                              0990 OTHER FEES Total :      144.00


        Costs Total :                                                      144.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/29/2011 17:04:20

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  3138087
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount          Bill      W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
------------------------------------        --------  -----------  ------------  ---------  -------------

0990 OTHER FEES             144.00

         Costs Total :      144.00
```