**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 1st day of April, 2011, I caused a copy of the **Appellant Maryland Casualty Company's Designation of Issues to be Presented on Appeal** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Karl Hill, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

John H. Schanne, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Brett D. Fallon, Eq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

John S. Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707

Warren T. Pratt, Esq.
David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Richard H. Wryon, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Scott L. Baena, Esq.
Jay M Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340

Lewis Kruger, Esq.
Arlene Kreiger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152

Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Alan B. Rich, Esq.
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Daniel C. Cohn, Esq.
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110

Garland Cassada, Esq.
Richard C. Worf, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Michael A. Shiner, Esq.
Tucker Arensberg, Esq.
1500 One PPG Place
Pittsburgh, PA 15222-5401

| | |
|---|---|
| Eileen T. McCabe, Esq.<br>Mendes & Mount LLP<br>750 Seventh Avenue<br>New York, NY  10019 | Michael F. Brown, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA  19103-6996 |

**BY FIRST CLASS MAIL**

| | |
|---|---|
| Jacqueline Dais-Visca, Esq.<br>Senior Counsel<br>Business Law Section<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street West, Toronto, Ontario<br>M5X 1K6 | The Honorable Judith K. Fitzgerald<br>U.S. Bankruptcy Court<br>  for the District of Delaware<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 |

/s/ Jeffrey C. Wisler
    Jeffrey C. Wisler

#4264329