UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace, | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that United States Gypsum Co , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
United States Gypsum Co
125 S Franklin St
Chicago , IL 60606

New Address
United States Gypsum Co c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Thursday, March 31, 2011

Respectfully submitted,

James Rimmer
United States Gypsum Co
125 S Franklin St
Chicago , IL 60606