UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace, | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that National Analysts Research And, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
National Analysts Research And
1835 Market St 25th Floor
Philadelphia, PA 19103-2984

New Address
National Analysts Research And c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Thursday, March 31, 2011

Respectfully submitted,

Paul Abraham
National Analysts Research And
1835 Market St 25th Floor
Philadelphia, PA 19103-2984