UNITED STATES BANKRUTPCY COURT
DISTRICT OF DELAWARE

In re                                          )          Chapter 11
                                               )
WR Grace & Co., et al.                         )          Case No. 01-01139 (JKF)
                                               )
                                               )          (Jointly Administered)
            Debtors.                           )
_____)

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that ENSR Corporation, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address                          New Address
ENSR Corporation                        ENSR Corporation c/o Claims Recovery Group LLC
2 Technology Drive                      92 Union Avenue
Westford, MA 01886                      Cresskill, NJ 07626

Dated: March 29, 2011

Respectfully submitted,

_____

Bruce Mitchell, A/R Specialist
ENSR Corporation
2 Technology Drive
Westford, MA 01886