# ELDER PIPE & SUPPLY CO., INC.

1521 SWEENEY STREET,    P.O. BOX 1302,    OWENSBORO, KY 42302
OFFICE (270) 684-0088    ~    FAX (270) 684-5292

MIKE ELDER
PAT ELDER



Date: _____

Fax #: _____

Number of pages including cover sheet: _____2_____

To: _____Diana F_____

From: _____Pat E_____

Comments: _____Thanks_____

> If you did not receive this complete transmission please call:

(270) 684-0088

UNITED STATES BANKRUTPCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WR Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Elder Pipe & Supply Co Inc., a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Elder Pipe & Supply Co Inc.
PO Box 1302
Owensboro, KY 42302

**New Address**
Elder Pipe & Supply Co Inc.
c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: March 29, 2011

Respectfully submitted,

*Pat Elder, President* (signature)

Pat Elder, President
Elder Pipe & Supply Co Inc.
PO Box 1302
Owensboro, KY 42302