UNITED STATES BANKRUTPCY COURT
DISTRICT OF DELAWARE

In re                                          )          Chapter 11
                                               )
WR Grace & Co., et al.                         )          Case No. 01-01139 (JKF)
                                               )
                                               )          (Jointly Administered)
          Debtors.                             )
_____)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that  The Woods Hole Group Inc., a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address                                 New Address
The Woods Hole Group Inc.                       The Woods Hole Group Inc. c/o Claims Recovery
81 Technology Park Dr.                          Group LLC
East Falmouth, MA 02536                         92 Union Avenue
                                                Cresskill, NJ 07626

Dated: March 29, 2011

Respectfully submitted,

_____
Luke Sabella, CFO
The Woods Hole Group Inc.
81 Technology Park Dr.
East Falmouth, MA 02536