# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE 19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

March 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*

Invoice # 17692

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2011 | DKH | E-mail correspondence to Representative Counsel about setting up a time to discuss the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) about a teleconference. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies. | 0.30<br>350.00/hr | 105.00 |
| 2/2/2011 | DKH | Prepared highlighted versions of the Memorandum Opinion and the Recommended Findings of Fact for teleconference with Representative Counsel. | 1.40<br>350.00/hr | 490.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 2 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2011 | DKH | E-mail correspondence with Matt Moloci and telephone conversation with Matt Moloci concerning highlighted versions of the Memorandum Opinion and the Recommended Findings of Fact. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Teleconference with Representative Counsel to discuss meaning of the Memorandum Opinion and the Recommended Findings of Fact. | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning the meaning of Confirmation Order as used in the Plan. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci transmitting his email exchange with 'Pasparakis, Orestes'. | 0.20<br>350.00/hr | 70.00 |
| | KEH | Prepare overnight delivery of 4th Quarterly fee applications to Fee Auditor and W.R. Grace. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with O'Neil, Christi, at WRGrace, re: payment in the amount of $2668.53 will be made via wire transfer by the end of business on 02/03/11; also that short payment for May 2010 ($33.96) was paid on 01/18/11 via wire transfer; review payments to respond. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'O'Neil, Christi', re: total holdback for LBLs April 1, 2010, through June 30, 2010, application should be $2,683.53 to include a $15.00 short payment for the May 2010 application for Lauzon Belanger Lesperance. Explained shortage and provided chart; Our records show that the $33.96 shortage from the 12/21/09-3/31/10 application was paid on 1/18/11; need response regarding $15.00 shortage on the May application. | 0.80<br>190.00/hr | 152.00 |
| | KEH | E-mail correspondence from O'Neil, Christi, at WRG, re: their records show they transferred $7210.99 CAD on 08/25/10 via wire (SAP clearing #1500000210 d#1700001677 v#12028 001); fees deducted during transfer possibly by CDN banking facility?; Email to/from Careen Hannouche re: same. | 0.30<br>190.00/hr | 57.00 |
| 2/3/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Scheduling a Status Conference for Wednesday, February 16, 2011 at 10:00 a.m. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies. | 0.30<br>350.00/hr | 105.00 |
| 2/4/2011 | KEH | Received wire notification from WSFS Bank re: pending deposit of $10,585.55; print and save to file. | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 3 |
|---|---|---|---|---|---|
| | | | | _Hrs/Rate_ | _Amount_ |
| 2/4/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting remittance advice; review and save to file. | | 0.30<br>190.00/hr | 57.00 |
| 2/7/2011 | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning negotiations with Grace. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson transmitting the District Court Order. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Matt Moloci about when Grace Canada moves for approval of Plan Confirmation from the CCAA, they will likely serve and file an up-to-date Information Officer Report which may contain facts and/or admissions. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Vetter, David concerning payment history to LBL; reviewed same. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 09:00 AM. | | 0.30<br>350.00/hr | 105.00 |
| | KEH | E-mail correspondence with Daniel Hogan to confirm deposit from Grace in the amount of $10,585.55. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Review and post $10,585.55 payment to WRGrace Payment Register - payment for THF's November Monthly Fee Application. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Vetter, David, from WRGrace, re: "Our bank records / FX confirmation reflects that $7,210.99 was paid out in CAD thru BOA.  BOA does not debit fees for individual transactions from our accounts.  It is possible that their bank charged the $15 fee. | | 0.20<br>190.00/hr | 38.00 |
| 2/8/2011 | DKH | Telephone conversation with Representative Counsel concerning confirmation order and related topics. | | 0.80<br>350.00/hr | 280.00 |
| | DKH | Telephone conversation with Jan Baer concerning Collectiva issue and the confirmation order issue. | | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning wanting to set up a teleconference with you sometime today. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with matt Moloci about the teleconference. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Careen Hannouche about teleconference. | | 0.10<br>350.00/hr | 35.00 |

Canadian ZAI Claimants　　　　　　　　　　　　　　　　　　　　　　　　　　　3/1/2011　　17692　　　　Page　4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2011 | DKH | Conducted teleconference with Representative Counsel concerning effect of Court's order and related issues. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | Telephone call to Jan Baer; left a detailed voicemail. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Jan Baer concerning Collectiva issue and confirmation issues. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Representative Counsel outlining the details of my conversation with Jan Baer concerning the Collectiva and confirmation issues, | 0.30<br>350.00/hr | 105.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca', re: David Vetter's email, re: "FX confirmation reflects that $7,210.99 was paid out in CAD thru BOA. BOA does not debit fees for individual transactions from our accounts. It is possible that their bank charged the $15 fee." | 0.20<br>190.00/hr | 38.00 |
| 2/9/2011 | DKH | Reviewed reconciliation of payments received from Grace relative to fee applications. | 0.40<br>350.00/hr | 140.00 |
|  | KEH | Telephone calls with wire department at WSFS Bank to wire $10,585.55 to Scarfone Hawkins - re: THF's November 2010 application. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates' re: wire was initiated to Scarfone Hawkins account in the amount of $10,585.55 - payment for The Hogan Firms Ninth Monthly Fee Application for the Period November 1, 2010, through November 30, 2010. (80% fees: $8,771.20; and 100% costs: $1,814.35) - confirm when received; Also, confirm with payment is received for 9th monthly applications. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Daniel Hogan with confirmation from WSFS of outgoing wire. | 0.10<br>190.00/hr | 19.00 |
| 2/10/2011 | DKH | E-mail correspondence with Careen Hannouche concerning reconciliation of payments received by LBL. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion for Clarification (related document(s)[21654], [21655]) Filed by W.R. GRACE & CO., et al. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting Motion for Clarification (related document(s)[21654], [21655]) Filed by W.R. GRACE & CO., et al. | 0.20<br>350.00/hr | 70.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| Canadian ZAI Claimants | | | 3/1/2011   17692 | | Page   5 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend Time to Appeal Under Rule 8002(c) Filed by AXA Belgium as Successor to Royale Belge SA. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Shorten Motion for an Order Shortening Notice With Respect to Precautionary Motion For Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by AXA Belgium as Successor to Royale Belge SA. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Reconsider / Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[26212]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge. | 0.20<br>350.00/hr | 70.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: verified with accountant and there was indeed a bank charge of 15$ on the payment in August 2010; thereafter, one other instance where a 15$ bank charge was deducted for payment received on September 24, 2010 for Q1 2010 Holdback (December 21, 2009 to March 31, 2010); inquiry with Grace re: 33.96$ shortage - Grace indicated they made a processing error and paid the 33.96$ shortage on January 18, 2011. | 0.30<br>190.00/hr | 57.00 |
| | KEH | Reviewed payment register per e-mail correspondence from Careen Hannouche, re: bank charge of 15$ on the payment in August 2010; checked other wire transfer amounts. | 0.50<br>190.00/hr | 95.00 |
| 2/11/2011 | DKH | E-mail correspondence with Janet Baer about fact that Judge Fitzgerald has set a telephonic status conference for today, Friday February 11 at 4:00 eastern. | 0.20<br>350.00/hr | 70.00 |

| Canadian ZAI Claimants | | 3/1/2011 | 17692 | Page 6 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend (1) Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization (related document(s)[26154], [26155], [26236]) Filed by Anderson Memorial Hospital, SC. | 0.30 350.00/hr | 105.00 |
| | DKH | Participated in telephonic hearing with Judge Fitzgerald. | 0.80 350.00/hr | 280.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of the State of Montana to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by State of Montana. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Allow Expedited Consideration of Anderson Memorial Hospital's Motion (1) to Extend Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization (related document(s)[26245]) Filed by Anderson Memorial Hospital, SC. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of Her Majesty the Queen in Right of Canada to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting in Part Motions to Extend Time to Object regarding plan confirmation and Continuing Hearing on same and on Plan Proponents' Motion for Clarification and BNSF's Motion to Reconsider to February 14, 2011, at 9:00 a.m. | 0.30 350.00/hr | 105.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: one 15$ bank charge was in CDN dollars and the other (for the Q1 2010 Holdback) in US dollars. | 0.10 190.00/hr | 19.00 |
| | KEH | Review LBL payments per Careen Hannouche's email, re: one 15$ bank charge was in CDN dollars and the other (for the Q1 2010 Holdback) in US dollars. | 0.30 190.00/hr | 57.00 |

Canadian ZAI Claimants                                            3/1/2011      17692            Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2011 | DKH | E-mail correspondence with Representative Counsel updating them on the impromptu telephonic hearing yesterday at 4:00 p.m. to discuss the motions for clarification that have been filed and what she intended by the memorandum and proposed findings of fact. | 0.30<br>350.00/hr | 105.00 |
| 2/13/2011 | DKH | E-mail correspondence with Matt Moloci about tomorrow's hearing. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson concerning tomorrow's hearing. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Representative Counsel about the negotiations with Debtors. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[26212]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 08:30 AM | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a draft Order providing the relief the Plan Proponent's requested in their Motion to Clarify.  Reviewed same. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting draft Order providing the relief the Plan Proponent's requested in their Motion to Clarify. | 0.20<br>350.00/hr | 70.00 |
| 2/14/2011 | DKH | Attended omnibus hearing. | 2.00<br>350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning fact that District Judge Buckwalter has changed the date of the status hearing before him to February 23, 2011 at 10:00 a.m. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal and Objections. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Garlock Sealing Technologies, LLC. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, and (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Plan of Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, Both Dated January 31, 2011. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Official Committee of Unsecured Creditors. | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 8 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/14/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of the State of Montana to the Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26241]) Filed by State of Montana. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of Her Majesty the Queen in Right of Canada to the Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26241]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, both signed on January 31, 2011. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Hearing Rescheduled Hearing on February 23, 2011 at 10:00 A.M. before the Honorable Ronald L. Buckwalter, (related document(s)[26188]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/23/2011 at 10:00 AM. | 0.20 350.00/hr | 70.00 |
| 2/15/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescheduling Status Conference From Wednesday, February 16, 2011 at 10:00 a.m. to Wednesday, February 23, 2011 at 10:00 a.m. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with 'David Thompson';Matt Moloci providing an update on yesterdays hearing. | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 9 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2011 | DKH | E-mail correspondence with Matt Moloci concerning the end of the "entry of the Confirmation Order" issue. | 0.10<br>350.00/hr | 35.00 |
| 2/16/2011 | DKH | E-mail correspondence with David Thompson concerning the revised order. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Representative Counsel transmitting the Court's revised order clarifying the confirmation order. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning the meaning of the confirmation order. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning the interpretation of the confirmation order. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning a conference call to discuss the most appropriate course of action. | 0.20<br>350.00/hr | 70.00 |
| 2/17/2011 | DKH | Conducted review of interplay between Order Clarifying Memorandum Opinion, First Amended Plan and the ARMOS for a determination of whether an additional payment is due to the Canadian Fund. | 1.80<br>350.00/hr | 630.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Supplemental Notice of Appeal . Fee Amount $255. (related document(s)[26289]) Filed by Official Committee of Unsecured Creditors. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellant Designation of Items For Inclusion in Record On Appeal (related document(s)[26193], [26316]) Filed by Libby Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26193], [26320]) Filed by Libby Claimants. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Conducted teleconference with Representative Counsel to discuss the impact of the Order clarifying Memorandum Opinion. | 0.70<br>350.00/hr | 245.00 |
| 2/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Intervene for Limited Purpose of Seeking Access to Judicial Records Filed by Garlock Sealing Technologies, LLC. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief (related document(s)[26053]) Filed by Garlock Sealing Technologies, LLC. | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants											3/1/2011		17692		Page 10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Hearing Notice Of (I) Amended Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief And (II) Related Motions To Intervene In And Reopen Certain Bankruptcy Cases (related document(s)[26053], [26357]) Filed by Garlock Sealing Technologies, LLC. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning conference call with all interested parties on Monday, February 21, 2011. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Debtors' Motion for an Order Authorizing Creation of a Non-Debtor Foreign Subsidiary Holding Company Structure. Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
|  | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time/expense statement for January, 2011; attach to brad page and print for review. | 0.20<br>190.00/hr | 38.00 |
| 2/21/2011 | DKH | Reviewed Lauzon Belanger's fee/expense statement for January 2011. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a draft Proposed Scheduling Order for the Grace District Court Proceedings re the Grace Confirmation Order; reviewed same. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | Participated in teleconference to discuss draft Proposed Scheduling Order for the Grace District Court Proceedings re the Grace Confirmation Order. | 1.00<br>350.00/hr | 350.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; checked docket for objections. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; reviewed docket for objections and responses. | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants　　　　　　　　　　　　　　　　　　　　3/1/2011　　17692　　　　Page  11

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; reviewed docket for objections or responses. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Notice Regarding Cure Exhibit Pursuant to Section 9.1.2 of the Joint Plan of Reorganization. Filed by W.R. Grace & Co., et al. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Notice of Submission of Conformed Joint Plan of Reorganization as of December 23, 2010. (related document(s)[26154], [26155]) Filed by W.R. Grace & Co., et al. Reviewed pertinent sections and changes made relative to the Canadian ZAI claims. | 1.00<br>350.00/hr | 350.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service /Notice of Submission of Blacklines of Exhibits 5 and 6 to Joint Plan of Reorganization. Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
| | KEH | Review and revise LBL's fee/expense statement for January, 2011; statement does not balance - needs LBL's review. | 0.90<br>190.00/hr | 171.00 |
| | KEH | Prepare CNO regarding The Hogan Firm's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO regarding Scarfone Hawkins' 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.50<br>190.00/hr | 95.00 |

Canadian ZAI Claimants  3/1/2011  17692  Page  12

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2011 | KEH | Prepare CNO regarding Lauzon Belanger Lesperance's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence to 'careen.hannouche@lauzonbelanger.qc.ca', re: revised fee/expense statement to show rate and extended amount; time entries showing on invoice equal $7,643.55 and hours total 24.50 - does not balance - please review and make necessary revisions. | 0.20 190.00/hr | 38.00 |
|  | KEH | Efile CNO regarding The Hogan Firm's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
|  | KEH | Efile CNO regarding Scarfone Hawkins' 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
|  | KEH | Efile CNO regarding Lauzon Belanger Lesperance's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'Mike Davies';'Jeremy Luzader' at Digital Legal transmitting the CNOs for the 10th Monthly fee applications for service. | 0.20 190.00/hr | 38.00 |
| 2/22/2011 | DKH | Reviewed the CNO for the Hogan Firm's 4th quarterly fee application. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed the CNO for Scarfone Hawkin's 4th quarterly fee application. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed the CNO for Lauzon Belanger's 4th quarterly fee application. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the Lauzon Belanger revised fee/expense statement for January 2011. Reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a proposed Consent Order and a revised schedule re the Grace District Court proceedings re the Confirmation Order; reviewed same. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26156]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 13 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 2/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26157]) Filed by Canadian ZAI Claimants. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26159]) Filed by Canadian ZAI Claimants. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joint Objection - Plan Proponents' Joint Opposition to (I) the Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation and (II) the Joinders filed by the State of Montana and Her Majesty the Queen in Right of Canada (related document(s)[26154], [26241], [26261], [26262]) Filed by W.R. Grace & Co., et al. | | 0.40<br>350.00/hr | 140.00 |
| | KEH | Begin preparation of The Hogan Firm's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | | 0.80<br>190.00/hr | 152.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: revised fee/expense statement - six entries (from January 26th onwards) omitted from the previous version; Also payment received from Grace in the amount of 4482.05$ on February 18th- amount more than 9th monthly; review and revise same. | | 0.40<br>190.00/hr | 76.00 |
| | KEH | Review spreadsheet for LBL's applications regarding disbursement of funds; E-mail correspondence with 'Careen Hannouche', re: Breakdown of payment for $4,482.05 is payment for 9th monthly (80% fees $1,562.12 & 100% costs $251.40) and for holdback on the 3rd Qtrly, April  June, 2010, in the amount of $2,683.53.  Also, it appears that bank deducted $15.00 - total should be $4,497.05 | | 0.60<br>190.00/hr | 114.00 |
| | KEH | E-mail correspondence with 'Cindy Yates', re: January time/expense statement ready; Also, if payment has been received for 9th monthly application | | 0.10<br>190.00/hr | 19.00 |
| | KEH | Reviewed docket for objections to 4th Quarterly applications. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Cindy Yates - received payment for the 9th monthly application from Grace; working on time/expense statement and should have it to us by tomorrow. | | 0.10<br>190.00/hr | 19.00 |

| Canadian ZAI Claimants | | | 3/1/2011 | 17692 | Page 14 |
|---|---|---|---|---|---|

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2011 | KEH | Check spreadsheet for amount and e-mail correspondences with 'Cindy Yates' to confirm amount received from Grace is $4,677.90. | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare CNO re: Scarfone's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |
| | KEH | Prepare CNO re: THF's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |
| | KEH | Prepare CNO re: LBL's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |
| | KEH | Efile CNO re: THF's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
| | KEH | Efile CNO re: Scarfone's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
| | KEH | Efile CNO re: LBL's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'Mike Davies';'Jeremy Luzader' at Digital Legal transmitting, for service, the CNOs for the 4th Qtrly Applications for the Period October 1, 2010, through December 31, 2010. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Time/Expense statement for January 1, 2011 - January 31, 2011; Please note that effective January 1, 2011, the hourly rates increased and reflected on statement; attach to brad page and print for review. | 0.20 190.00/hr | 38.00 |
| 2/23/2011 | DKH | Attended hearing before Judge Buckwalter in Philadelphia, PA. | 2.50 350.00/hr | 875.00 |
| | DKH | E-mail correspondence with Janet Baer transmitting proposed revised Order and Schedule re the Grace Confirmation appeal briefing; reviewed same. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
| | KEH | Review and revise LBL's corrected time/expense statement for January 2011. | 0.50 190.00/hr | 95.00 |
| 2/24/2011 | DKH | E-mail correspondence with response@courtcall.com. Reviewed CourtCall CONFIRMATION for March 2, 2011 hearing. | 0.20 350.00/hr | 70.00 |

Canadian ZAI Claimants                                3/1/2011      17692         Page  15

|  |  |  | _Hrs/Rate_ | _Amount_ |
|---|---|---|---|---|
| 2/24/2011 | KEH | Telephone call to CourtCall to schedule telephonic appearance for DKHogan at hearing in Pittsburgh on March 2, 2011. | 0.20<br>190.00/hr | 38.00 |
| 2/25/2011 | KEH | Further preparation of The Hogan Firm's 11th Monthly fee application. | 0.50<br>190.00/hr | 95.00 |
| 2/28/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objections Of BNSF Railway Company In Accordance With Bankruptcy Rule 9033 To The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket Number 26154] and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 [Docket Number 26155] and Order Clarifying Memorandum Opinion And Order Confirming Joint Plan As Amended Through December 23, 2010 (Docket No. 26289) (related document(s)[26154], [26155], [26289]) Filed by BNSF Railway Company. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26154], [26155], [26241], [26261], [26262], [26381]) Filed by BNSF Railway Company. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objection Pursuant to Fed. R. Bankr. P. 9033 to Recommended Findings of Fact, Conclusions of Law and Order re Confirmation of First Amended Joint Plan of Reorganization and Objection Pursuant to Fed. R. Bankr. P. 9033 to Memorandum Opinion re Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law (related document(s)[26154], [26155], [26289]) Filed by Anderson Memorial Hospital. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objection (Preliminary) Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, to (i) the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, (ii) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, and (iii) Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended | 0.30<br>350.00/hr | 105.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Canadian ZAI Claimants | | 3/1/2011  17692 | | Page 16 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Through December 23, 2010 (related document(s)[26154], [26155], [26289]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | | |
| 2/28/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder to the Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26154], [26155], [26262], [26381], [26430]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
| | KEH | Further preparation of THF's 11th Monthly application - coding time entries, etc. | 1.20 190.00/hr | 228.00 |
| | | **For professional services rendered** | 53.70 | **$16,187.00** |

**Additional Charges :**

| Date | Description | Amount |
|---|---|---|
| 2/1/2011 | CourtCall - Telephonic Hearing Appearance 3946706 | 135.00 |
| 2/2/2011 | Federal Express to Fee Auditor and Grace (4th Quarterly Apps) | 30.95 |
| 2/3/2011 | IKON Office Solutions - WIL-HOG1 - 9th Mo. Apps. | 9.55 |
| 2/17/2011 | IKON Office Solutions - WIL10060039 & WIL10060038 | 437.75 |
| | CourtCall: 3554319; 3740071; 3920998 | 127.00 |
| 2/23/2011 | Digital Legal - Inv.56713 - Copy and Serve CNO - 10th Monthly Fee Application. | 22.89 |
| | Digital Legal - Inv.56714 - Copy and Serve CNO - 4th Quarterly Fee Application | 22.89 |
| 2/28/2011 | CM/ECF - Bankruptcy Court Document Charges | 10.00 |
| | Photocopies (In-House) February 1 - February 28, 2011 | 18.70 |
| | **Total additional charges** | **$814.73** |

| Canadian ZAI Claimants | 3/1/2011 | 17692 | Page 17 |
|---|---|---|---|

|  | *Amount* |
|---|---|
| **Total amount of this bill** | $17,001.73 |
| **Previous balance** | $18,735.00 |
| **Accounts receivable transactions** |  |
| 2/16/2011  Payment - Thank You. Check No. 983 3921 | ($18,735.00) |
| **Total payments and adjustments** | ($18,735.00) |
| **Balance due** | **$17,001.73** |

****TERMS: DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 37.40 | 350.00 | $13,090.00 |
| Karen E. Harvey | 16.30 | 190.00 | $3,097.00 |