# EXHIBIT A

**Rolling Thunder**
**772 King Street West**
**Hamilton, ON L8S 1K1**
**Canada**
**905-522-2194**



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSSTT Management Inc c/o Scarfone Hawkins LLP Attn: Stephanie Farrell 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 | | | | 01/19/2011 | 105840 |
| | | | | **Account** | |
| | | | | VHSSTT | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 01/19/2011 | | | | |

What's your Disaster Recovery Plan? The simple solution is Rolling Thunder's Backup & Disaster Recovery products. www.thunder.ca

| Service Request Number | 12731 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Fri 1/21/2011/7:08 am/ CGreig- |
| | |
| Company Name | VHSSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Remote | Chris Greig | 0.50 | 130.00 | C$65.00 |
| | | | | **Total Services:** | **C$65.00** |

Business Number: 896686656RT0001

| | | |
|---|---|---|
| Make checks payable to Rolling Thunder | **Invoice Subtotal:** | C$65.00 |
| | **Harmonized Sales Tax:** | C$8.45 |
| | **Invoice Total:** | **C$73.45** |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*Belongs to a matter 05-121*

*G/L 5045*

*Software support*

**Invoice Time Detail**

| | |
|---|---|
| **Invoice Number:** | 105840 |
| **Company:** | VHSSTT Management Inc c/o Scarfone Hawkins LLP |

**Member: Greig, C    Date: 1/19/2011**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|---|---|---|---|---|---|
| 1/19/2011 | Greig, C | **Service Ticket:**12731 | Y | 0.50 | 65.00 |
| | | Download the latest file provided to us from Rust Consulting. | | | |
| | | Once download complete - attempted to open archive, unable due to password. | | | |
| | | - Contact Rust Consulting for password to Zip file and await their response. | | | |
| 12:00 PM - 12:30 PM | | | | | |

Subtotal: C$65.00

**Invoice Time Total:**                                    **Billable Hours:**          0.50

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSSTT Management Inc c/o Scarfone Hawkins LLP Attn: Stephanie Farrell 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 | | | | 01/20/2011 | 105839 |
| | | | | Account | |
| | | | | VHSSTT | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 01/20/2011 | | | | |

What's your Disaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products. www.thunder.ca

| Service Request Number | 12729 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Fri 1/21/2011/6:55 am/ CGreig- |
| Company Name | VHSSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 3.50 | 130.00 | C$455.00 |
| | | | | **Total Services:** | **C$455.00** |

| Business Number: | 896686656RT0001 | | |
|---|---|---|---|
| | | Invoice Subtotal: | C$455.00 |
| Make checks payable to Rolling Thunder | | Harmonized Sales Tax: | C$59.15 |
| | | Invoice Total: | C$514.15 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

_[handwritten: 05/11/21]_

_[handwritten: G/L 5045 Software support]_

| Invoice Time Detail | | | | | |
| --- | --- | --- | --- | --- | --- |

**Invoice Number:** 105839
**Company:** VHSSTT Management Inc c/o Scarfone Hawkins LLP

**Member: Greig, C    Date: 1/20/2011**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
| --- | --- | --- | --- | --- | --- |
| 1/20/2011 | Greig, C | **Service Ticket:**12729 | Y | 3.50 | 455.00 |
| | | - Download and install a trial version of ACT! by Sage to import the data provided to us by Rust Consulting.<br>- Create a clean test database to import Claims form data<br>- Import the data into ACT!<br>- Modify all ACT! field values to correspond to the field values in the Claims form data. | | | |
| 3:30 PM - 7:00 PM | | | | | |

Subtotal: C$455.00

**Invoice Time Total:**                                                                          **Billable Hours:**        3.50

**Rolling Thunder**
**772 King Street West**
**Hamilton, ON L8S 1K1**
**Canada**
**905-522-2194**



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSSTT Management Inc c/o Scarfone Hawkins LLP Attn: Stephanie Farrell 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 | | | | 01/25/2011 | 105883 |
| | | | | **Account** | |
| | | | | VHSSTT | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 01/25/2011 | | | | |

What's your Disaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products.
www.thunder.ca

| Service Request Number | 12782 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Tue 1/25/2011/11:44 am/ CGreig- |
| | |
| Company Name | VHSSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 14th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 0.50 | 130.00 | C$65.00 |
| | | | | **Total Services:** | **C$65.00** |

| Business Number: | 896686656RT0001 | | |
|---|---|---|---|
| | | **Invoice Subtotal:** | C$65.00 |
| Make checks payable to Rolling Thunder | | **Harmonized Sales Tax:** | C$8.45 |
| | | **Invoice Total:** | **C$73.45** |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*G/L 5045*
*software support*

**Invoice Time Detail**

**Invoice Number:** 105883
**Company:** VHSSTT Management Inc c/o Scarfone Hawkins LLP

**Member: Greig, C  Date: 1/25/2011**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|------|-------|-------|------|-------|---------|
| 1/25/2011 | Greig, C | **Service Ticket:** 12782 | Y | 0.50 | 65.00 |
| 9:30 AM - 10:00 AM | | Copy claims forms data to cd for Moli/Thompson team to ship to Co counsel in Montreal. | | | |

Subtotal: C$65.00

**Invoice Time Total:**                                    **Billable Hours:**          0.50

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSSTT Management Inc c/o Scarfone Hawkins LLP | | | | 01/26/2011 | 105844 |
| Attn: Stephanie Farrell | | | | **Account** | |
| 1 James Street South, 14th Floor | | | | VHSSTT | |
| Hamilton, ON L8P 4R5 | | | | | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 01/26/2011 | | | | |

What's your Disaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products.
www.thunder.ca

| Service Request Number | 12746 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Fri 1/21/2011/5:20 pm/ CGreig- |
| | |
| Company Name | VHSSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 14th Floor |
| | Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 1.00 | 130.00 | C$130.00 |
| | | | | **Total Services:** | **C$130.00** |

Business Number:    896686656RT0001

| | | |
|---|---|---|
| Make checks payable to Rolling Thunder | **Invoice Subtotal:** | C$130.00 |
| | **Harmonized Sales Tax:** | C$16.90 |
| | **Invoice Total:** | **C$146.90** |

We pride ourselves on providing the best quality products and service. Thank you for your business!

G/L 5045

software support

**Invoice Time Detail**

**Invoice Number:**         105844
**Company:**                VHSSTT Management Inc c/o Scarfone Hawkins LLP

**Member: Greig, C   Date: 1/21/2011**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|------|-------|-------|------|-------|---------|
| 1/21/2011 | Greig, C | **Service Ticket:** 12746 | Y | 1.00 | 130.00 |
| | | Discuss Claims forms Database import into ACT! with Helen, Dave and Matt | | | |
| 4:00 PM - 5:00 PM | | | | | |

Subtotal: C$130.00

**Invoice Time Total:**                                    **Billable Hours:**        **1.00**