# EXHIBIT B

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
February 28, 2011
OUR FILE NO: 05L121

**Scarfone Hawkins LLP**
B A R R I S T E R S A N D S O L I C I T O R S
ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9
TELEPHONE
905-523-1333
TELEFAX
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(February 1, 2011 – February 28, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02 /01/11 | emails to and from Keith Ferber with respect to Memorandum Opinion | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/11 | preliminary review of Memorandum Opinion, memo to file, memo to Matt Moloci | DT | $525.00 | 1.00 | $525.00 |
| 02 /01/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/11 | prepare amended website content re: Plan of Confirmation, memo to Cindy Yates | DT | $525.00 | 0.50 | $262.50 |
| 02 /01/11 | preliminary review of Order of Plan Confirmation, memo to file, memo to Matt Moloci, emails to and from Dan Hogan, arrange telephone conference call | DT | $525.00 | 0.75 | $393.75 |
| 02 /01/11 | receipt of and respond to further various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/11 | Email inquiry from Keith Ferbers regarding status of confirmation order; email reply from David Thompson to Ferbers with attached Memorandum Opinion and Recommended Findings of Fact of Judge Fitzgerald regarding confirmation | MGM | $450.00 | 0.20 | $90.00 |
| 02 /01/11 | Email from David Thompson reconciling payments to date; review | MGM | $450.00 | 0.10 | $45.00 |
| 02 /01/11 | Email from Dan Hogan to schedule conference call regarding receipt and review of Jude Fitzgerald’s Memorandum Opinion and Findings of regarding confirmation; email reply from David Thompson to Hogan to schedule call; email reply from Hogan; further email from Thompson with attached memorandum of summary of Judge Fitzgerald’s Memorandum Opinion and Findings of Fact | MGM | $450.00 | 0.20 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02 /01/11 | Email from CDN ZAI PD class member Maryann Inglis with inquiry regarding status of claim | MGM | $450.00 | 0.10 | $45.00 |
| 02 /02/11 | memos to and from Matt Moloci re: telephone conference call with Dan Hogan | DT | $525.00 | 0.10 | $52.50 |
| 02 /02/11 | telephone conference call with Dan Hogan, David Thompson and Matt Moloci re: US decision (Memorandum Opinion) and Recommendation | DT | $525.00 | 1.00 | $525.00 |
| 02 /02/11 | emails to and from Keith Ferbers, memos to and from Matt Moloci, emails to and from Orestes Pasparakis on timing of Confirmation Order | DT | $525.00 | 0.50 | $262.50 |
| 02 /02/11 | Lengthy email from Keith Ferbers regarding Memorandum Opinion, Findings of Fact and further proceedings; review; conference with David Thompson | MGM | $450.00 | 0.30 | $135.00 |
| 02 /02/11 | Email from Dan Hogan with report and highlighted versions of Memorandum Opinion and Findings of Fact in anticipation of teleconference; teleconference with Hogan and David Thompson; discuss Memorandum Opinion and Recommended Findings issued by Judge Fitzgerald on January 31, 2011; email to Hogan with excerpts from Plan definitions concerning Confirmation Order | MGM | $450.00 | 1.20 | $540.00 |
| 02 /02/11 | Email to Orestes Pasparakis regarding Plan Confirmation and District Court entry of order; email reply from Pasparakis; further email to Pasparakis; forward email exchange to Dan Hogan and David Thompson; further emails from and to Pasparakis | MGM | $450.00 | 0.30 | $135.00 |
| 02 /02/11 | email from David Thompson with respect to required update to website, attend to updating content of Zonolite website and posting Memorandum Opinion to website | LC | $120.00 | 1.00 | $120.00 |
| 02 /03/11 | finalize 2 memos to file, memo to Matt Moloci, memo to Christine Hutton all re: Judge Fitzgerald memorandum, memos to and from Matt Moloci, emails to and from Orestes Pasparakis | DT | $525.00 | 1.00 | $525.00 |
| 02 /03/11 | discuss and review issues with Matt Moloci, letter to Michel Belanger and Careen Hannouche re: update from Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 02 /03/11 | follow-up email to Dan Hogan re: discussion with Matt Moloci and emails to and from Orestes Pasparakis | DT | $525.00 | 0.10 | $52.50 |
| 02 /03/11 | Email from David Thompson with attached updated memorandum regarding Memorandum Opinion and Findings of Fact of Judge Fitzgerald; email to David Thompson regarding entry of Confirmation Order by District Court; review; conferences with Thompson | MGM | $450.00 | 0.60 | $270.00 |
| 02 /03/11 | Email report from David Thompson to Keith Ferbers regarding confirmation; review; email reply from Ferbers | MGM | $450.00 | 0.20 | $90.00 |
| 02 /04/11 | report letter to Careen Hannouche and Michel Belanger regarding follow-up telephone call to Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 02 /04/11 | memo to Matt Moloci re: District Court required to issue Confirmation Order | DT | $525.00 | 0.10 | $52.50 |
| 02 /04/11 | Email from David Thompson with attached updated memorandum regarding Judge Fitzgerald’s Memorandum Opinion and Findings of Fact; review | MGM | $450.00 | 0.20 | $90.00 |
| 02 /04/11 | Receive email report from David Thompson to Michel Belanger and Careen Hannouche in follow-up to teleconference with Dan Hogan and issues relating to plan | MGM | $450.00 | 0.20 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| | confirmation; review; reply to Thompson | | | | |
| 02 /07/11 | receipt Careen Hannouche email and follow-up re: District Court issuing Confirmation Order | DT | $525.00 | 0.10 | $52.50 |
| 02 /07/11 | Email reply from Careen Hannouche regarding confirmation order and issues | MGM | $450.00 | 0.10 | $45.00 |
| 02 /07/11 | Email report from David Thompson to Dan Hogan regarding correspondence exchanged with Orestes Pasparakis regarding confirmation order | MGM | $450.00 | 0.20 | $90.00 |
| 02 /07/11 | Email from Dan Hogan with attached notice of Status Conference and request for teleconference; review; email from David Thompson regarding call with Hogan; email to Hogan with comments regarding plan confirmation | MGM | $450.00 | 0.10 | $45.00 |
| 02 /08/11 | amend email to Dan Hogan re: update on follow-up with Orestes Pasparakis, receipt Dan Hogan email and status conference notice | DT | $525.00 | 0.25 | $131.25 |
| 02 /08/11 | email to Careen Hannouche, etc., re: confirmation order | DT | $525.00 | 0.10 | $52.50 |
| 02 /08/11 | discuss with Matt Moloci and telephone message to Dan Hogan for update | DT | $525.00 | 0.10 | $52.50 |
| 02 /08/11 | discuss with Matt Moloci, emails to and from Dan Hogan re: conference call for update | DT | $525.00 | 0.25 | $131.25 |
| 02 /08/11 | telephone conference call - DT, MGM, Michel Belanger, Careen Hannouche and Dan Hogan re: status of matters, Omnibus Hearing (February 14th) and Case Status Conference (February 16th), discuss approach, etc., memo to Dan Hogan following-up on telephone conference | DT | $525.00 | 0.60 | $315.00 |
| 02 /08/11 | emails to and from Dan Hogan re: telephone conference call with Jan Baer | DT | $525.00 | 0.25 | $131.25 |
| 02 /08/11 | Conference with David Thompson; mails to and from Dan Hogan and counsel regarding proposed teleconference; teleconference with Dan Hogan, David Thompson, Michel Belanger and Careen Hannouche, regarding Memorandum of Opinion of Judge Fitzgerald and interim proceedings regarding Confirmation Order | MGM | $450.00 | 0.70 | $315.00 |
| 02 /08/11 | Email report from Dan Hogan regarding follow-up with Jan Baer; review and reply by email to Hogan | MGM | $450.00 | 0.20 | $90.00 |
| 02 /09/11 | receipt and review detailed Dan Hogan report and follow-up with co-counsel | DT | $525.00 | 0.25 | $131.25 |
| 02 /09/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02 /09/11 | receipt Karen Harvey email re: wire transfer with respect to the Hogan Firm November, 2010 account | DT | $525.00 | 0.10 | $52.50 |
| 02 /09/11 | Email from Karen Harvey regarding payment of Ninth Monthly Fee applications | MGM | $450.00 | 0.10 | $45.00 |
| 02 /10/11 | receipt of and respond to class member inquiries, memo to file re: status and case conference, receipt Karen Harvey email re: wire transfer and receipt Cindy Yates memo re: holdback monies | DT | $525.00 | 0.35 | $183.75 |
| 02 /10/11 | review Dan Hogan email, review Grace motion for clarification, discuss with MGM | DT | $525.00 | 0.50 | $262.50 |
| 02 /10/11 | Email from Dan Hogan with attached Grace Motion seeking clarification of plan confirmation order; review; conference | MGM | $450.00 | 0.50 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| | with David Thompson regarding plan confirmation and related issues | | | | |
| 02 /13/11 | emails to and from Dan Hogan re: status of matters, discuss with MGM | DT | $525.00 | 0.25 | $131.25 |
| 02 /13/11 | emails to and from Dan Hogan regarding case conference with Fitzgerald, J. | DT | $525.00 | 0.10 | $52.50 |
| 02 /13/11 | Email from Dan Hogan with report concerning telephonic hearing on prior day and attaching crown joinder and order extending timing to object to plan confirmation; review and consider; emails to and from Dan Hogan and David Thompson; further email from Hogan with attached Grace response regarding January 31st orders; review | MGM | $450.00 | 0.30 | $135.00 |
| 02 /14/11 | receipt Dan Hogan email re: Grace proposal, discuss with Matt Moloci, email to Dan Hogan, etc. | DT | $525.00 | 0.35 | $183.75 |
| 02 /14/11 | receipt of and respond to class member inquiries re: status of settlement | DT | $525.00 | 0.10 | $52.50 |
| 02 /14/11 | mail from Hogan with attached Grace response regarding January 31st orders; review | MGM | $450.00 | 0.20 | $90.00 |
| 02 /15/11 | receipt Dan Hogan report, receipt Matt Moloci memo, email to Dan Hogan, receipt holdback money, transfer to Lauzon Belanger, etc., receipt Matt Moloci email, receipt revised status conference notice | DT | $525.00 | 0.50 | $262.50 |
| 02 /15/11 | Email instructions to Christine Hutton regarding January 2011 fee application, particulars and receipts regarding disbursements for meeting in Montreal with Lauzon Belanger; review with Hutton; email to Cindy Yates | MGM | $450.00 | 0.20 | $90.00 |
| 02 /15/11 | Email from Cindy Yates regarding payment of November 2010 fee applications; email report from Yates to Lauzon Belanger regarding receipt of funds and reconciliation of payment | MGM | $450.00 | 0.10 | $45.00 |
| 02 /15/11 | Email report from Dan Hogan with attached 2011 Revised Status Conference regarding confirmation; review report and attachment; email reply to Hogan | MGM | $450.00 | 0.30 | $135.00 |
| 02 /16/11 | receipt Dan Hogan status report, discuss with Matt Moloci, etc., receipt Matt Moloci memo, receipt Dan Hogan follow-up email re: case conference | DT | $525.00 | 0.40 | $210.00 |
| 02 /16/11 | receipt Dan Hogan email, receipt and review clarification order and review amended and restated minutes of settlement, email to Dan Hogan | DT | $525.00 | 0.50 | $262.50 |
| 02 /16/11 | emails to and from Dan Hogan re: clarification order of Judge Fitzgerald | DT | $525.00 | 0.25 | $131.25 |
| 02 /16/11 | Email reply from Dan Hogan regarding confirmation order issues; email from David Thompson to Dan Hogan; further emails from Hogan with attached Revised Order by Judge Fitzgerald regarding confirmation; review; email reply from Thompson to Hogan regarding confirmation order; conference with Thompson; further emails from Thompson and Hogan; emails to and from CDN class counsel to schedule conference call regarding confirmation order issues | MGM | $450.00 | 0.40 | $180.00 |
| 02 /17/11 | receipt of and respond to class member inquiries, follow-ups, email to all re: telephone conference call | DT | $525.00 | 0.25 | $131.25 |
| 02 /17/11 | telephone conference call - David Thompson, Matt Moloci, Careen Hannouche and Dan Hogan re: status of matters | DT | $525.00 | 0.75 | $393.75 |

| | | | | | |
|---|---|---|---|---|---|
| | re: amending and clarifying order and next steps, etc., memo to file re: Dan's report and Collectiva appointment motion | | | | |
| 02 /17/11 | Review documents regarding Confirmation Order by Just Fitzgerald; conference with David Thompson; teleconference with Thompson, Dan Hogan and Careen Hannouche regarding Confirmation Order, related issues and application for appointment of Collectiva as claims administrator for CDN ZAI PD claims | MGM | $450.00 | 0.80 | $360.00 |
| 02 /18/11 | receipt Careen Hannouche email re: receipt of wire transfer of money via wire transfer, memos to and from Cindy Yates re: processing of funds | DT | $525.00 | 0.25 | $131.25 |
| 02 /18/11 | discuss and review with Cindy Yates re: fee application disbursements to be claimed in monthly fee application | DT | $525.00 | 0.25 | $131.25 |
| 02 /18/11 | Emails from and to Cindy Yates regarding Montreal meeting and disbursements | MGM | $450.00 | 0.10 | $45.00 |
| 02 /22/11 | receipt Karen Harvey email and certificate of no objections, email to Karen Harvey, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 02 /22/11 | discuss and review with Cindy Yates, discuss and review with Matt Moloci re: rate changes, work with Cindy Yates to finalize January account, review disbursements, memo to Matt Moloci | DT | $525.00 | 0.50 | $262.50 |
| 02 /22/11 | Email from Karen Harvey to Mike Davies with attached Certificates of No Objection concerning 4th Quarterly Fee Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger; review | MGM | $450.00 | 0.10 | $45.00 |
| 02 /22/11 | Email from Cindy Yates with attached January 2011 Monthly Fee Application; review | MGM | $450.00 | 0.10 | $45.00 |
| 02 /22/11 | Telephone voice message from CDN ZAI PD class member Leah Whitehouse with updated address | MGM | $450.00 | 0.10 | $45.00 |
| 02 /22/11 | Email from Adrienne Glen regarding scheduling of Grace CCAA motion concerning US Confirmation Order | MGM | $450.00 | 0.10 | $45.00 |
| 02 /23/11 | receipt Adrienne Glen email, receipt Matt Moloci memo - re: scheduling a CCAA Court hearing for approval of the confirmation order | DT | $525.00 | 0.10 | $52.50 |
| 02 /23/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02 /23/11 | Email to Adrienne Glen regarding proposed dates for motion by Grace to CCAA court; email reply from Glen | MGM | $450.00 | 0.10 | $45.00 |
| 02 /24/11 | receipt Adrienne Glenn and Matt Moloci emails regarding scheduling of hearing and Crown's position, memo to Lauren Mrowka to diarize court date | DT | $525.00 | 0.35 | $183.75 |
| 02 /24/11 | receipt of and respond to various class member inquiries as to status of settlement | DT | $525.00 | 0.25 | $131.25 |
| 02 /24/11 | Emails from and to Adrienne Glen scheduling CCAA motion; email from Glen with motion scheduling request form; review; email reply to Glen regarding scheduling and position of the Crown | MGM | $450.00 | 0.40 | $180.00 |
| 02 /25/11 | receipt Matt Moloci memo, discuss with Matt Moloci re: Crown position and hearing, receipt Adrienne Glen emails regarding CCAA court date | DT | $525.00 | 0.25 | $131.25 |
| 02 /25/11 | update website content re: status of matters, scheduling of CCAA court hearing, appointment of Canadian Claims Administrator, etc., memo to Cindy Yates | DT | $525.00 | 0.50 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| 02 /25/11 | Email from Adrienne Glen regarding follow-up with Jacqueline Dais-Visca concerning Crown's position on Grace motion to CCAA court seeking approval of confirmation order; conference with David Thompson regarding motion and Crown's position | MGM | $450.00 | 0.20 | $90.00 |
| 02 /28/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02 /28/11 | review dockets for period February 1, 2011 to February 28, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period February 1, 2011 to February 28, 2011 | LC | 120.00 | 5.00 | $600.00 |
| | | | | | |
| | | | **SUB-TOTAL** | **31.05** | **$13,196.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 16.05 | $525.00 | $8,426.25 | $1,095.41 |
| MATTHEW G. MOLOCI | MGM | 9.00 | $450.00 | $4,050.00 | $526.50 |
| LAW CLERK<br>Cindy Yates<br>25 years | CY | 6.00 | $120.00 | $720.00 | $93.60 |
| **SUB-TOTAL:** | | **31.05** | | **$13,196.25** | **$1,715.51** |
| **TOTAL FEES AND TAXES:** | | | | | **$14,911.76** |

**<u>DISBURSEMENTS SUMMARY</u>**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 01/19/11 | ROLLING THUNDER INVOICE 105840 - DOWNLOAD LATEST FILE FROM RUST CONSULTING | | $65.00 | $8.45 | $73.45 |
| 01/20/11 | ROLLING THUNDER INVOICE 105839 - DOWNLOAD AND INSTALL TRIAL VERSION OF ACT! SOFTWARE TO IMPORT DATA PROVIDED BY RUST CONSULTING; CREATE TEST DATABASE TO IMPORT CLAIMS FORM DATA; IMPORT DATA; MODIFY FIELD VALUES TO CORRESPOND WITH CLAIMS FORM DATA | | $455.00 | $59.15 | $514.15 |

| | | | | | |
|---|---|---|---|---|---|
| 01/25/11 | ROLLING THUNDER INVOICE 105883 - COPY CLAIMS FORM DATA TO CD FOR D.THOMPSON AND M.MOLOCI FOR SHIPMENT TO CO-COUNSEL IN MONTREAL | | $65.00 | $8.45 | $73.45 |
| 01/26/11 | ROLLING THUNDER INVOICE 105844 - DISCUSS CLAIMS FORM DATABASE IMPORT WITH H.MARTIN, D.THOMPSON AND M.MOLOCI | | $130.00 | $16.90 | $146.90 |
| 02/01/11 02/28/11 | Long Distance Calls – Various calls from February 1, 2011 – February 28, 2011 | | $10.51 | $1.37 | $11.88 |
| **TOTAL DISBURSEMENTS:** | | | **$725.51** | **$94.32** | **$819.83** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$15,731.59** |

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

***Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**

** HST of 13% came into effect July 1, 2010 replacing GST of 5%