# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

March 30, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file : 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(February 1st 2011 to February 28th 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**
Our fees :

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-02-01 | CH | Review of the Memorandum Opinion regarding objections to Confirmation of the Joint Plan | 0.50 | 285.00 | 142.50 |
| 2011-02-01 | CH | Review of the Joint Plan Confirmation Order | 0.75 | 285.00 | 213.75 |
| 2011-02-07 | CH | Review of an email from David Thompson re: justice Fitzgerald's opinion as to confirmation order | 0.25 | 285.00 | 71.25 |
| 2011-02-07 | CH | Email to David Thompson re: review of Justice Fitzgerald's opinion on confirmation order | 0.17 | 285.00 | 48.45 |
| 2011-02-07 | CH | Review of email exchange between David Thompson and Dan Hogan re: Justice Fitzgerald's opinion on confirmation order and impact on Canadian Amended Minutes | 0.33 | 285.00 | 94.05 |
| 2011-02-08 | CH | Conference call with Mr. Hogan, Moloci, Thompson and Bélanger re: upcoming status conference District Court | 0.67 | 285.00 | 190.95 |
| 2011-02-08 | CH | Review of an email from Daniel Hogan re: conversation with Janet Baer on opinion regarding confirmation order and steps to follow | 0.25 | 285.00 | 71.25 |
| 2011-02-08 | MB | Conference call with Matt Moloci, David Thompson, Dan Hogan and Careen Hannouche re: status conference U.S. | 0.67 | 350.00 | 234.50 |
| 2011-02-09 | CH | Review of accounting re: 15$ deduction from holdback payment of April 2010 | 0.42 | 285.00 | 119.70 |
| 2011-02-09 | CH | Email to Karen Harvey re: 15$ deduction on holdback payment April 2010 | 0.25 | 285.00 | 71.25 |
| 2011-02-10 | CH | Email to consumer association representative plaintiff re: update on file regarding confirmation order | 0.33 | 285.00 | 94.05 |
| 2011-02-10 | CH | Conference call with Chris Greig (technical advisor to Scarfone Hawkins) re: Rust Consulting database | 0.25 | 285.00 | 71.25 |
| 2011-02-10 | CH | Review of Plan Proponent's Motion for Clarification re: Confirmation Order | 0.42 | 285.00 | 119.70 |
| 2011-02-15 | CH | Review of email from Daniel Hogan re: update on status conference and confirmation order | 0.17 | 285.00 | 48.45 |

Case 01-01139-AMC    Doc 26701-1    Filed 04/01/11    Page 3 of 3

- 2 -

| | | | | | |
|---|---|---|---|---|---|
| 2011-02-15 | MB | Review of colleagues' emails re : approval of the Joint Plan | 0.50 | 350.00 | 175.00 |
| 2011-02-15 | MB | Telephone conversations with class members | 0.65 | 350.00 | 227.50 |
| 2011-02-16 | CH | Review of email exchange between Daniel Hogan, David Thompson and Matt Moloci re: Justice Fitzgerald's revised order | 0.25 | 285.00 | 71.25 |
| 2011-02-16 | CH | Review of Justice Fitzgerald's Revised Order | 0.33 | 285.00 | 94.05 |
| 2011-02-17 | CH | Conference call with Matt Moloci, David Thompson, Daniel Hogan re: revised order regarding confirmation of Joint Plan and impact on Amended Minutes of Settlement | 0.33 | 285.00 | 94.05 |
| 2011-02-18 | CH | Review of monthly application for January 2011 | 0.50 | 285.00 | 142.50 |
| 2011-02-21 | CH | Email to Albanie Morin (ACQC - consumer association representative plaintiff) re: update on confirmation order | 0.25 | 285.00 | 71.25 |
| 2011-02-22 | CH | Review of fee/expense statement for January application after error identified by Karen Harvey | 0.25 | 285.00 | 71.25 |
| 2011-02-22 | CH | Email to Karen Harvey re: corrected fee/expense statement and confirmation of payment of 9th Monthly Application | 0.33 | 285.00 | 94.05 |
| 2011-02-22 | CH | Email to Kathy Davis (Rust Consulting) re: inquiry as to receipt of proof of claim of class member | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES :** | **8.99** | | **2,680.45** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 1.82 | 637.00 |
| CH | 285.00 | 7.17 | 2,043.45 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies (10 X .10¢) | 1.00 |
| **TOTAL DISBURSEMENTS** | **1.00** |
| **TOTAL FEES AND DISBURSEMENTS** | **2,681.45** |
| Total G.S.T. | 134.07 |
| Total Q.S.T. | 239.32 |
| **TOTAL** | **$ 3,054.84** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001