IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 4/21/11 @ 4:00 pm |

SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF December 31, 2010

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **December 1, 2010 - December 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,062.17** |
| Amount of Expense Reimbursement sought | **$0.60** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of December 2010. This is the eigth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
| --- | --- | --- | --- | --- | --- | --- |
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 19.51 | $11,062.17 |

Total Fees: $11,062.77

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $11,062.77 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (December 1, 2010-December 31, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: January 21, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

January 19, 2011

**RE: General**
**Our File Number:** 63812/0001
**Client Reference:** 100062

**Invoice#: 657770**

**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 12/23/2010 | Rynkiewicz, John P | 1.50 |
|  | Overview of GRACE matters, month-end and year-end review of GRACE issues, status and deadlines. |  |
| 12/28/2010 | Rynkiewicz, John P | 1.58 |
|  | End of the month overview, status check and updates on GRACE trademark matters; review series of emails/issues. |  |

Total Hours................. 3.08

Fees through 12/31/2010..................................  $1,746.36

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.08 | $1,746.36 |
| Fees through 12/31/2010............... |  | 3.08 | $1,746.36 |

\*---------------------COSTS ADVANCED THROUGH 12/31/2010-------------------\*

Duplicating  $0.60

Total Costs through 12/31/2010........................  $0.60

\*-----------------------------OUTSTANDING BALANCE----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $1,091.23 |
| 628636 | 03/31/2010 | 1,050.08 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                          January 19, 2011

RE: General                                                          **Invoice#: 657770**
**Our File Number:** 63812/0001
**Client Reference:** 100062                                         **PAGE:**   2

---

| Invoice# | Date | Amount |
|---|---|---|
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 1,515.29 |

Prior Balance Due.................................................................... $15,611.34

Fees this Invoice....................................................................... $1,746.36
Costs this Invoice..................................................................... $0.60
Total Due this Invoice............................................................... $1,746.96
Prior Balance Due (from above)................................................ 15,611.34
**TOTAL DUE**........................................................................ **$17,358.30**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     666 5th Avenue
     New York, New York 10103
     Attention: Yoannis Cepeda
     Telephone: 212.559.1980

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: W.R. Grace Trademarks
     Our File Number: 63812/0001
     Invoice Number: 657770
     Total Amount Due: $17,358.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

January 19, 2011

RE: I. GRACE Trademarks
Our File Number: 63812/0003
Client Reference: 100063

Invoice#: 657771

PAGE: 1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010**

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 12/01/2010 | Rynkiewicz, John P | 1.75 |
| | Revise settlement terms, review status of I GRACE applics in USPTO; work on settlement of opposition. | |
| 12/03/2010 | Rynkiewicz, John P | 2.75 |
| | Work on I GRACE settlement, issues, terms. | |
| | Total Hours................ | 4.50 |
| | Fees through 12/31/2010.................................... | $2,551.50 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.50 | $2,551.50 |
| Fees through 12/31/2010............... | | 4.50 | $2,551.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |

**KAYE SCHOLER** LLP

TO:   W.R. Grace & Co.-Conn                                         January 19, 2011

RE: I. GRACE Trademarks                                             Invoice#: 657771
Our File Number: 63812/0003
Client Reference: 100063                                            PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 1,417.50 |
| Prior Balance Due.................................................................... | | $6,137.09 |
| Fees this Invoice..................................................................... | | $2,551.50 |
| Total Due this Invoice............................................................. | | $2,551.50 |
| Prior Balance Due (from above)............................................. | | 6,137.09 |
| **TOTAL DUE**........................................................................ | | **$8,688.59** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     666 5th Avenue
     New York, New York 10103
     Attention: Yoannis Cepeda
     Telephone: 212.559.1980

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: W.R. Grace Trademarks
     Our File Number: 63812/0003
     Invoice Number: 657771
     Total Amount Due: $8,688.59

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
       6200 Whittemore Avenue
       Cambridge, Massachusetts 002140-169
       Attn: Craig K. Leon, Esq.

January 19, 2011

**RE: BIFLEX**
**Our File Number:** 63812/0104
**Client Reference:** 100112

**Invoice#:** 657772

**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/07/2010 | Rynkiewicz, John P | Work on Biflex settlement; communications with opposing counsel. | 1.75 |
| | | Total Hours............... | 1.75 |
| | | Fees through 12/31/2010............... | $992.25 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.75 | $992.25 |
| Fees through 12/31/2010............... | | 1.75 | $992.25 |

*----------------------------------OUTSTANDING BALANCE----------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 654088 | 12/10/2010 | $1,430.02 |
| Prior Balance Due............... | | $1,430.02 |

| | |
|---|---|
| Fees this Invoice............... | $992.25 |
| Total Due this Invoice............... | $992.25 |
| Prior Balance Due (from above)............... | 1,430.02 |
| **TOTAL DUE**............... | **$2,422.27** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 657772
Total Amount Due: $2,422.27

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

January 19, 2011

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 657773
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/2010 | Rynkiewicz, John P | Review Grace email, Corsearch watch report and advise Garce re Corsearch Watch Report: Gifts of Grace; assess potential oppositions. | 0.58 |
| 12/02/2010 | Rynkiewicz, John P | Review Grace email and issue re Watch Re: Grace & Design, Appl. No. 1863987 in India ; assess confusion and advise Grace not to oppose. | 0.75 |
| 12/02/2010 | Rynkiewicz, John P | Review Grace email and Corsearch Watch report; review HOSPICE; App. Ser. No. 85/167,092; advise Grace; conduct further review/research. | 1.42 |
| 12/20/2010 | Rynkiewicz, John P | Review Grace email and watch report dated December 20, 2010, from Corsearch; assess likelihood of confusion with various GRACE marks; research and review GRACE UNIVERSITY application. 85022751; assess confusion, Grace's activities in educational field, and send comments, issues and recommendations to Grace. | 0.92 |
| 12/28/2010 | Rynkiewicz, John P | Preliminary review of Grace email and Corsearch watch report. | 0.17 |

Total Hours................ 3.84

Fees through 12/31/2010..................... $2,177.28

\*------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.84 | $2,177.28 |
| Fees through 12/31/2010.............. | | 3.84 | $2,177.28 |

**KAYE SCHOLER LLP**

| TO: | W.R. Grace & Co.-Conn | January 19, 2011 |

RE: Trademark Watches  
Our File Number: 63812/0111

Invoice#: 657773  
PAGE: 2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 2,602.53 |
| Prior Balance Due...................................................... | | $3,773.95 |

| | |
|---|---|
| Fees this Invoice.................................................... | $2,177.28 |
| Total Due this Invoice............................................. | $2,177.28 |
| Prior Balance Due (from above)............................. | 3,773.95 |
| **TOTAL DUE**....................................................... | **$5,951.23** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 657773
Total Amount Due: $5,951.23

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

January 19, 2011

RE: Potential Trademark Oppositions
Our File Number: 63812/0112

Invoice#: 657778
PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/02/2010 | Rynkiewicz, John P | 0.92 |
|  | Review Grace correspondence and correspondence from agents in SOUTH AFRICA: Trade Mark Application No 2006/28831 GRACE; assess options, review historical correspondence and documents and advise Grace re closing of matter. |  |
| 12/30/2010 | Rynkiewicz, John P | 0.83 |
|  | Review Grace email and watch report from Corsearch dated December 28, 2010; assess multiple marks; review GRACE HARDWARE; assess possible confusion, GCP product line and issues; advise Grace re same. |  |

Total Hours.............. 1.75

Fees through 12/31/2010.................................. $992.25

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.75 | $992.25 |
| Fees through 12/31/2010............... | | 1.75 | $992.25 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co.-Conn                                          January 19, 2011

RE: Potential Trademark Oppositions                                **Invoice#:** 657778
**Our File Number:** 63812/0112                                    **PAGE:** 2

\*----------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 2,364.39 |
| Prior Balance Due........................................................... | | $3,790.96 |
| Fees this Invoice............................................................. | | $992.25 |
| Total Due this Invoice..................................................... | | $992.25 |
| Prior Balance Due (from above)....................................... | | 3,790.96 |
| **TOTAL DUE**................................................................ | | $4,783.21 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 657778
Total Amount Due: $4,783.21

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co. - Conn.
62 Whittemore Avenue
Cambridge, Massachusetts 02140-1692
Attn: Craig K. Leon, Esq.

January 19, 2011

RE: Massachusetts Div. Trademarks - General
Our File Number: 63812/2000
Client Reference: 100114

Invoice#: 657779

PAGE: 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 12/13/2010 | Rynkiewicz, John P<br>Review S. Williams' email and inquiry regarding use of Grace logo on distributor clothing; assess multiple issues; prepare detailed summary of issues, concerns and further inquiries re permission, licensing of GRACE name; provide two sample type agreements for use. | 1.00 |
| 12/30/2010 | Rynkiewicz, John P<br>Review correspondence from Daniel & Cia. regarding a potential opposition(s) in Brazil based on the DAREX mark; assess issues and send inquiry to C. Leon and A. Zaccheo re same. | 0.17 |

Total Hours.................. 1.17

Fees through 12/31/2010.................................... $663.39

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.17 | $663.39 |
| Fees through 12/31/2010............... | | 1.17 | $663.39 |

Fees this Invoice............................................................................ $663.39

**Total Due this Invoice**........................................................... **$663.39**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/2000
Invoice Number: 657779
Total Amount Due: $663.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

January 19, 2011

**RE: Davison FCC**
**Our File Number: 63812/3002**
**Client Reference: 100075**

**Invoice#: 657781**

**PAGE:** 1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010**

---

|  |  | Hours |
|---|---|---|
| 12/22/2010 | Rynkiewicz, John P | 2.00 |
|  | Review RESOLUTION full federal, state, common law, domain name and corp/business name search results. |  |
| 12/22/2010 | Rynkiewicz, John P | 1.42 |
|  | Review correspondence from Indian counsel regarding OPP. 203588 by W.R. Grace & Co.-Conn., re Trademark: MIDAS; review proposed correspondence and settlement by agents; review series of prior communications, issues and settlement, terms. |  |

|  |  |
|---|---|
| Total Hours............... | 3.42 |
| Fees through 12/31/2010.................... | $1,939.14 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.42 | $1,939.14 |
| Fees through 12/31/2010............... |  | 3.42 | $1,939.14 |

| Fees this Invoice............................................................ | $1,939.14 |
|---|---|
| **Total Due this Invoice**........................................................ | **$1,939.14** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 657781
Total Amount Due: $1,939.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.