# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 1, 2011, I caused to be served:

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL BY GARLOCK SEALING TECHNOLOGIES LLC

Service was completed upon the parties on the list via hand delivery for local counsel, and first-class mail, postage prepaid, for all other listed counsel.

Date: April 1, 2011

/William Weller

SWORN AND SUBSCRIBED before me this 1st day of April, 2011.

_____
NOTARY
My commission expires:_____

RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

| | |
|---|---|
| WR Grace & Co., et al.<br>Case No. 01-1139 (JKF)<br>Service List | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>[Counsel for the Debtors and Debtors-in-Possession] |
| John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>[Counsel for the Debtors and Debtors-in-Possession] | Deanna D. Boll<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>[Counsel for the Debtors and Debtors-in-Possession] |
| Janet S. Baer, P.C.<br>Roger J. Higgins<br>BAER HIGGINS FRUCHTMAN LLC<br>11 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>[Counsel for the Debtors and Debtors-in-Possession] | William S. Katchen<br>DUANE MORRIS LLP<br>One Riverfront Plaza<br>Newark, NJ 07102<br>[Counsel to the Official Committee of Unsecured Creditors] |
| Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>[Counsel to the Official Committee of Unsecured Creditors] | Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>[Counsel to the Official Committee of Unsecured Creditors] |
| Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>[Counsel to the Official Committee of Equity Security Holders] | Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>[Counsel to the Official Committee of Equity Security Holders] |

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVIN, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
[Counsel to David T. Austern, as Asbestos PI Future Claimants' Representative]

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005
[Counsel to David T. Austern, as Asbestos PI Future Claimants' Representative]

Neil B. Glassman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
[Counsel to Post-Petition DIP Lenders]

J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
[Counsel to Post-Petition DIP Lenders]

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
1201 Elm Street, Suite 4244
Dallas, TX 75270
[Counsel to Post-Petition DIP Lenders]

David M. Klauder
J. Caleb Boggs Federal Building
Office of the United States Trustee
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Michael A. Shiner
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5401
[Counsel to AXA Belgium, as Successor to Royale Belge SA]

Eileen T. McCabe
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
[Counsel to AXA Belgium, as Successor to Royale Belge SA]

Elizabeth DeCristofaro
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
[Counsel to Continental Casualty Company and Continental Insurance Company]

Edward B. Rosenthal
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
[Counsel to Continental Casualty Company and Continental Insurance Company]

Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
[Counsel to Continental Casualty Company and Continental Insurance Company]

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
[Counsel to Continental Casualty Company and Continental Insurance Company]

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
[Counsel to Continental Casualty Company and Continental Insurance Company]

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
[Counsel to Federal Insurance Company]

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
[Counsel to Federal Insurance Company]

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
[Counsel to Fireman's Fund Insurance Company]

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
[Counsel to Fireman's Fund Insurance Company]

Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
[Counsel to Fireman's Fund Insurance Company]

Michael W. Yurkewicz
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
[Counsel to Government Employees Insurance Company, Republic Insurance Company, n/k/a Star Indemnity & Liability Company, One Beacon America Insurance Company, and Seaton Insurance Company]

Michael F. Brown; Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996
[Counsel to Government Employees Insurance Co., Republic Insurance Co., n/k/a Star Indemnity & Liability Co., One Beacon America Insurance Co, and Seaton Insurance Co.]

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
[Counsel to Maryland Casualty Company, Zurich Insurance Co., Zurich International (Bermuda) Ltd.]

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
[Counsel to Maryland Casualty Company]

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
[Counsel to Maryland Casualty Company, Zurich Insurance Co., Zurich International (Bermuda) Ltd.]

Ricardo Palacio
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
[Counsel to National Union Fire Insurance Co. of Pittsburgh, PA]

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
[Counsel to National Union Fire Insurance Co. of Pittsburgh, PA]

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
[Counsel to TIG Insurance Company, United States Fire Insurance Company]

George R. Calhoun, V
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
[Counsel to TIG Insurance Company, United States Fire Insurance Company]

Robert J. Dehney
Ann C. Cordo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
[Counsel to Travelers Casualty and Surety Company]

Mary Beth Forshaw
Katharine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
[Counsel to Travelers Casualty and Surety Company]

Richard Cobb
James S. Green
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, DE 19899
[Counsel to The Bank Lender Group]

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
[Counsel to The Bank Lender Group]

Stuart M. Brown
R. Craig Martin
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
[Counsel to Morgan Stanley Senior Funding, Inc.]

Jeff J. Friedman
Noah Heller
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
[Counsel to Morgan Stanley Senior Funding, Inc.]

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
[Counsel to Anderson Memorial Hospital, City of Vancouver, and School District 68 Nanaimo-Ladysmith]

Daniel A. Speights
C. Alan Runyan
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
[Counsel to Anderson Memorial Hospital, City of Vancouver, and School District 68 Nanaimo-Ladysmith]

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
[Counsel to Anderson Memorial Hospital]

James C. Carignan
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
[Counsel to BNSF Railway Company]

Edward C. Toole, Jr.
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
[Counsel to BNSF Railway Company]

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899
[Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.]

Sander L. Esserman
David J. Parsons
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, TX 75201
[Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.]

Steve A. Peirce
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
[Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.]

Toby L. Gerber
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
[Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.]

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
[Counsel to the Libby Claimants]

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
[Counsel to the Libby Claimants]

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
[Counsel to Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P.]

Robert S. Hertzberg
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
[Counsel to Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P.]

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
[Counsel to the State of Montana]