IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on April 1, 2011, I caused true and correct copies of the foregoing **ANDERSON MEMORIAL HOSPITAL'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL** to be served on the parties listed on the attached service list in the manner indicated thereon.

DATED: April 1, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL AND HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Cairns, Esquire
PACHULSKI, STANG, ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST-CLASS MAIL**

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068

James Restivo, Jr., Esquire
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

Lisa Esayian, Esquire
John Donley, Esquire
Adam Paul, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Janet S. Baer, Esquire
Roger J. Higgins, Esquire
BAER HIGGINS FRUCHTMAN LLC
11 E. Wacker Drive, Suite 2800
Chicago, IL 60601

William S. Katchen, Esquire
DUANE MORRIS LLP
One Riverfront Plaza
Newark, NJ 07102

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

Teresa K.D. Currier, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1226

Philip Bentley, Esquire
David E. Blabey, Jr., Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Jeffrey A. Liesemer, Esquire
Kevin Maclay, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, 12th Floor
Washington, DC 20005

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Lisa L. Coggins, Esquire
FERRY JOSEPH &PEARCE PA
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899-0351

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE 19806

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

Neil B. Glassman, Esquire
BAYARD PA
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

J. Douglas Bacon, Esquire
LATHAM &WATKINS LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606

Alan B. Rich, Esquire
LAW OFFICE OF ALAN B. RICH
1201 Elm Street, Suite 4244
Dallas, TX 75270

David M. Klauder, Esquire
OFFICE OF THE U.S. TRUSTEE
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Michael A. Shiner, Esquire
TUCKER ARENSBERG PC
1500 One PPG Place
Pittsburgh, PA 15222-5401

Eileen T. McCabe, Esquire
MENDES &MOUNT LLP
750 Seventh Avenue
New York, NY 10019

Elizabeth DeCristofaro, Esquire
FORD MARRIN ESPOSITO WITMEYER & GLESER LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

Edward B. Rosenthal, Esquire
ROSENTHAL MONHAIT & GODDESS PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Jonathan W. Young, Esquire
Jeff Chang, Esquire
WILDMAN HARROLD ALLEN & DIXON LLP
225 W. Wacker Drive
Chicago, IL 60606-1229

Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael S. Giannotto, Esquire
Frederick C. Schafrick, Esquire
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001

Barry M. Klayman, Esquire
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Alan Rosenberg, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103

John D. Demmy, Esquire
STEVENS & LEE PC
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
STEVENS & LEE PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Mark D. Plevin, Esquire
Leslie A. Davis, Esquire
Tracie H. Yoon, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Michael W. Yurkewicz, Esquire
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Craig Goldblatt, Esquire
Nancy L. Manzer, Esquire
WILMER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

William J. Bowman, Esquire
James P. Ruggeri, Esquire
Edward B. Parks, II, Esquire
SHIPMAN & GOODWIN LLP
1133 Connecticut Avenue NW, 3rd Floor, Suite A
Washington, DC 20036-4305

Warren T. Pratt, Esquire
David P. Primack, Esquire
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Edward J. Longosz, II, Esquire
ECKERT SEAMANS CHERIN &MELLOTT LLC
1717 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006

Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
WILEY REIN LLP
1776 "K" Street NW
Washington, DC 20006

Ricardo Palacio, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150

Michael S. Davis, Esquire
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

George R. Calhoun, V, Esquire
STEPTOE &JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036

Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

Mary Beth Forshaw, Esquire
Katharine A. McLendon, Esquire
Elisa Alcabes, Esquire
SIMPSON THACHER & BARTLETT
425 Lexington Avenue
New York, NY 10017-3954

Richard Cobb, Esquire
James S. Green, Esquire
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

Jeff J. Friedman, Esquire
Noah Heller, Esquire
Merritt A. Pardini, Esquire
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022

David M. Fournier, Esquire
James C. Carignan, Esquire
John H. Schanne II, Esquire
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Robert S. Hertzberg, Esquire
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Kathleen M. Miller, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899-0410

Sander L. Esserman, Esquire
David J. Parsons, Esquire
STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Steve A. Pierce, Esquire
FULBRIGHT & JAWORSKI LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Toby L. Gerber, Esquire
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Daniel C. Cohn, Esquire
Christopher M. Candon
COHN WHITESELL & GOLDBERG
101 Arch Street
Boston, MA 02110

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Brett D. Fallon, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

Garland Cassada, Esquire
Richard C. Worf, Esquire
ROBINSON BRADSHAW & HINSON
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246