**EIGHTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 1-1-2011 through 1-31-2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 5.70 | $4,332.00 |
| S. Cunningham | Member | $760 | 11.80 | $8,968.00 |
| R. Frezza | Member | $670 | 15.60 | $10,452.00 |
| J. Dolan | Consultant | $445 | 43.40 | $19,313.00 |
| N. Backer | Paraprofessional | $120 | 6.70 | $804.00 |
| **For the Period 1-1-2011 through 1-31-2011** | | | **83.20** | **$43,869.00** |

Capstone Advisory Group, LLC
Invoice for the January 2011 Fee Application

Page 1 of 1

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 1-1-2011 through 1-31-2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed recent acquisition. | 0.50 | $335.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations and analyzed various settlements. | 8.40 | $5,740.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in Creditor calls. | 3.70 | $1,898.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared October, November and December monthly fee statements. | 11.20 | $2,964.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results. | 3.30 | $2,161.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses regarding the extension of the LC & ART Credit Agreements and prepared reports to the Committee thereon. | 39.20 | $21,017.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed draft confirmation order and recommended findings issued by the Bankruptcy Court. | 12.10 | $6,964.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed the foreign HoldCo motion related exhibits and discussed with Counsel. | 4.80 | $2,788.50 |
| **For the Period 1-1-2011 through 1-31-2011** | | **83.20** | **$43,869.00** |

Capstone Advisory Group, LLC
Invoice for the January 2011 Fee Application

Page 1 of 1

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 1-1-2011 through 1-31-2011**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions/Divestitures** | | | |
| 1/13/2011 | R. Frezza | 0.50 | Follow up discussions with Counsel - re: Synthtech acquisition. |
| Subtotal | | 0.50 | |
| **03. Claims Analysis & Valuation** | | | |
| 1/4/2011 | R. Frezza | 0.90 | Review of Canadian ZAI issues and discussions with team and Counsel. |
| 1/10/2011 | J. Dolan | 0.40 | Read and analyzed Counsel's memo regarding CNA settlement. |
| 1/10/2011 | R. Frezza | 1.10 | Had CNA Settlement discussions with Counsel. |
| 1/11/2011 | R. Frezza | 1.10 | Ongoing discussions and update of interest calculations on pre-petition bank debt. |
| 1/14/2011 | J. Dolan | 0.50 | Read and analyzed Counsel's memo regarding settlement. |
| 1/14/2011 | R. Frezza | 0.90 | Final discussions with Counsel - re: MADEP. |
| 1/18/2011 | E. Ordway | 0.40 | Reviewed and analyzed information - re: MA. EPA settlement / stipulation. |
| 1/31/2011 | S. Cunningham | 3.10 | Reviewed claims analysis. |
| Subtotal | | 8.40 | |
| **04. Creditor Committee Matters** | | | |
| 1/3/2011 | E. Ordway | 0.30 | Participated in call with lender - re: case and POR status. |
| 1/3/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 1/4/2011 | E. Ordway | 0.20 | Reviewed Counsels' memo on plan status. |
| 1/11/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 1/11/2011 | J. Dolan | 0.50 | Analyzed information sent by Committee member regarding interest. |
| 1/13/2011 | E. Ordway | 0.30 | Reviewed Counsel's memo of 1-10-2011 - re: report on Omnibus hearing. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/24/2011 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| Subtotal | | 3.70 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2011 | E. Ordway | 0.50 | Prepared fee application. |
| 1/3/2011 | J. Dolan | 0.70 | Prepared October fee application. |
| 1/3/2011 | J. Dolan | 1.10 | Prepared November fee application. |
| 1/13/2011 | N. Backer | 0.70 | Prepared November fee application. |
| 1/13/2011 | N. Backer | 0.90 | Prepared October fee application. |
| 1/13/2011 | J. Dolan | 1.20 | Prepared December fee application. |
| 1/18/2011 | N. Backer | 1.60 | Prepared November fee statement. |
| 1/18/2011 | N. Backer | 1.20 | Prepared October fee statement. |
| 1/18/2011 | N. Backer | 1.10 | Prepared December fee statement. |
| 1/20/2011 | J. Dolan | 1.00 | Prepared November fee application. |
| 1/20/2011 | N. Backer | 1.20 | Prepared December fee statement. |
| Subtotal | | 11.20 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/6/2011 | S. Cunningham | 2.20 | Reviewed monthly operating statement. |
| 1/6/2011 | J. Dolan | 1.10 | Read and analyzed monthly operating statements. |
| Subtotal | | 3.30 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/12/2011 | J. Dolan | 2.50 | Read and analyzed recently filed motion related to LC Agreement extension. |
| 1/12/2011 | J. Dolan | 2.60 | Read and analyzed motion and related exhibits for ART term extension. |
| 1/13/2011 | S. Cunningham | 2.20 | Reviewed ART motion. |
| 1/18/2011 | R. Frezza | 1.20 | Read and analyzed JV ART Credit Agreement Extension Motion. Reviewed question list. |

**Capstone Advisory Group, LLC**  
**Invoice for the January 2011 Fee Application**

Page 2 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/18/2011 | R. Frezza | 0.90 | Read and analyzed LC motion. Prepared and reviewed question list. |
| 1/18/2011 | S. Cunningham | 2.20 | Reviewed LC agreement. |
| 1/18/2011 | J. Dolan | 0.90 | Prepared request for information related to recently filed motion regarding LC Agreement. |
| 1/18/2011 | J. Dolan | 1.10 | Prepared request for additional information related to recently filed motion. |
| 1/20/2011 | J. Dolan | 3.40 | Prepared report to the Committee on Amendment for LC Agreement and prepared related charts. |
| 1/21/2011 | J. Dolan | 3.20 | Prepared report to the Committee on ART term extension and prepared related charts. |
| 1/24/2011 | J. Dolan | 0.50 | Finalized report on LC Agreement to the Committee and distributed to Counsel for review. |
| 1/24/2011 | J. Dolan | 2.40 | Prepared report to the Committee regarding ART refinancing. |
| 1/24/2011 | J. Dolan | 2.30 | Prepared report to the Committee related to LC Agreement extension. |
| 1/24/2011 | R. Frezza | 1.80 | Read and analyzed motion - re: LC maturity extension. |
| 1/25/2011 | J. Dolan | 1.90 | Reviewed information received from Debtors related ART Credit Agreement and made appropriate changes to report. |
| 1/25/2011 | S. Cunningham | 2.10 | Reviewed ART & LC agreements. |
| 1/25/2011 | J. Dolan | 2.20 | Finalized LC Agreement report and distributed to the Committee. |
| 1/25/2011 | E. Ordway | 0.70 | Reviewed data pertaining to ART credit agreement and noted items to be included in our report to the Committee. |
| 1/25/2011 | R. Frezza | 1.90 | Read and analyzed motion - re: ART JV credit extension. |
| 1/25/2011 | J. Dolan | 2.40 | Finalized report to the Committee regarding ART Credit agreement and distributed to Committee. |
| 1/26/2011 | J. Dolan | 0.80 | Responded to Committee member inquiry related to ART Credit Agreement. |
| Subtotal | | 39.20 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2011 | E. Ordway | 1.40 | Reviewed and analyzed amendments and related exhibits to the POR. |
| 1/31/2011 | E. Ordway | 1.90 | Reviewed and analyzed Judge's confirmation opinion and findings. |
| 1/31/2011 | J. Dolan | 3.10 | Read and analyzed recommended findings on confirmation order. |

Capstone Advisory Group, LLC  
Invoice for the January 2011 Fee Application

Page 3 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/31/2011 | J. Dolan | 3.30 | Read and analyzed draft confirmation order issued by the Court. |
| 1/31/2011 | R. Frezza | 2.40 | Read and analyzed Recommended Findings of Fact - re: Confirmation of FAJPOR. |
| Subtotal | | 12.10 | |
| 19. Tax Issues | | | |
| 1/4/2011 | R. Frezza | 1.20 | Read and analyzed Foreign Holdco motion. |
| 1/5/2011 | R. Frezza | 0.80 | Read and analyzed Foreign Holdco motion and discussed with team. |
| 1/5/2011 | J. Dolan | 1.40 | Read and analyzed draft motion related to foreign holding co. |
| 1/11/2011 | J. Dolan | 0.50 | Discussed new foreign Holdco with Counsel and team. |
| 1/11/2011 | R. Frezza | 0.90 | Continued review and discussion with Counsel - re: Foreign Holdco. |
| Subtotal | | 4.80 | |
| **Total Hours** | | **83.20** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1-1-2011 through 1-31-2011

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 1/10/2011 | Capstone Expense | Pacer – research tool | $7.04 |
| Subtotal - Research | | | $7.04 |
| Telecom | | | |
| 1/11/2011 | Capstone Expense | December Telecom Charges – Saddle Brook Office | $114.48 |
| Subtotal - Telecom | | | $114.48 |
| **For the Period 1-1-2011 through 1-31-2011** | | | $121.52 |

Capstone Advisory Group, LLC  
Invoice for the January 2011 Fee Application

Page 1 of 1