## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139-JKF |
|  | ) |  |
| Debtor. | ) | Relates to Docket No. 26706 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2011 a true and correct copy of AXA BELGIUM'S STATEMENT OF ISSUES ON APPEAL *(Dkt. No. 26706)* was filed with the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties.  In addition, a true and correct copy of the same has been served on the parties on the attached service lists by First Class, United States Mail, Postage Pre-Paid on April 4, 2011 and by electronic mail on April 1, 2011.

Date: April 4, 2011

*/s/ Michael A. Shiner*
Michael A. Shiner, *pro hac vice*
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
mshiner@tuckerlaw.com

Eileen T. McCabe, *pro hac vice*
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212)261-8254
Facsimile: (302)235-2536
eileen.mccabe@mendes.com

*Counsel for AXA Belgium as successor to
Royal Belge SA*

BANK_FIN:404505-1 024798-139290

## U.S. MAIL SERVICE LIST

| W.R. Grace & Co., et al., Debtors and Debtors-in-Possession | Counsel |
|---|---|
| | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100 |
| | John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |
| | Deanna D. Boll<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| | Janet S. Baer, P.C.<br>Roger J. Higgins<br>BAER HIGGINS FRUCHTMAN LLC<br>11 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 836-4047 |
| Official Committee of Unsecured Creditors | Counsel |
| | William S. Katchen<br>DUANE MORRIS LLP<br>One River Front Plaza<br>Newark, NJ 07102<br>(973) 424-2000 |
| | Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
| | |

|  | Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DC 19801<br>(302) 657-4900 |
|---|---|
| **Official Committee of Equity Security Holders** | Teresa K.D. Currer<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800 |
|  | Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900 |
|  | Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC 20005<br>(202) 862-5000 |
| **Official Committee of Asbestos Property Damage Claimants** | Michael B. Joseph<br>Theodore J. Tacconelli<br>Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 575-1555 |
|  |  |

| | |
|---|---|
| | Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE &<br>AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>(305) 374-7580 |
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE,<br>P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 |
| | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON &<br>SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 338-8400 |
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4224 |
| | J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7638 |
| **Property Damage Future Claims' Representative** | Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>102 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| | |

| Continental Casualty Company and Continental Insurance Company | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO<br>WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900 |
|---|---|
| | Edward B. Rosenthal<br>ROSENTHAL, MONHAIT &<br>GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433 |
| | Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN &<br>DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2662 |
| | Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| | Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 346-4000 |
| Federal Insurance Company | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2035 |
| | William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 |
| | |

| | |
|---|---|
| **Firemen's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308 |
| | Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500 |
| | Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND<br>DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **First State Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | |

| | |
|---|---|
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Twin City Fire Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **New England Reinsurance<br>Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |

| | |
|---|---|
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Government Employees Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Republic Insurance Company, n/k/a Star Indemnity & Liability Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| | |

| | |
|---|---|
| | Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC 20006<br>(202) 659-6600 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |
| | Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 233-0400 |
| **OneBeacon America Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
| | |

| | |
|---|---|
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **TIG Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **United States Fire Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 261-0610 |
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 |
| | Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000 |
| | |

| | |
|---|---|
| **Zurich Insurance Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Newmours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |
| **Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Newmours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 |
| | Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |
| | |

| | |
|---|---|
| **Morgan Stanley Senior Lender Funding, Inc.** | Stuart M. Brown<br>R. Craig Martin<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 777-7770 |
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyun<br>SPEIGHTS & RUNYUN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| | John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800 |
| **City of Vancouver** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyun<br>SPEIGHTS & RUNYUN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| | |

| | |
|---|---|
| **School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyun<br>SPEIGHTS & RUNYUN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| **BNSF Railway Company** | James C. Carignan<br>John H. Schanne II<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| | Edward C. Toole, Jr.<br>Linda J. Casey<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| **Aaron C. Edwards** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **James T. Beam** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | |

| | |
|---|---|
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Edward E. Storey** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **John M. Thomas** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | |

| | |
|---|---|
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400 |
| | |

| | |
|---|---|
| | Daniel C. Cohn<br>Christopher M. Candon<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2505 |
| **Longacre Master Fund, Ltd.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| | Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>101 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| | Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>101 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **Garlock Sealing Technologies, LLC** | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800 |
| | Garland Cassada<br>Richard C. Worf<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tyron Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-8135 |
| | |

| State of Montana | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE &<br>RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |

## EMAIL SERVICE LIST

'acordo@mnat.com'; 'acraig@windelsmarx.com'; 'adam.paul@kirkland.com'; 'akelley@dilworthlaw.com';
'akrieger@stroock.com'; 'alexander.mueller@mendes.com'; 'anna.newsom@mendes.com';
'arich@alanrichlaw.com'; 'arosenberg@paulweiss.com'; 'arunning@kirkland.com'; 'belias@omm.com';
'bfallon@morrisjames.com'; 'bharding@kirkland.com'; 'bklayman@cozen.com';
'bmukherjee@goodwinprocter.com'; 'bsb@capdale.com'; 'bstansbury@kirkland.com';
'carignanj@pepperlaw.com'; 'carl.pernicone@wilsonelser.com'; 'carolina.acevedo@mendes.com';
'casarinom@whiteandwilliams.com'; 'caseyl@pepperlaw.com'; 'catherine.chen@wilsonelser.com';
'christopher.greco@kirkland.com'; 'cobb@lrclaw.com'; 'collins@rlf.com'; 'craig.bruens@kirkland.com';
'david.klauder@usdoj.gov'; 'david.primack@dbr.com'; 'david.turetsky@skadden.com';
'dblabey@kramerlevin.com'; 'dcohn@murthalaw.com'; 'deanna.boll@kirkland.com'; 'dfelder@orrick.com';
'dglosband@goodwinprocter.com'; 'dmannal@kramerlevin.com'; 'dpastor@gilmanpastor.com';
'drosenbloom@mwe.com'; 'drosendorf@kttlaw.com'; 'dscarcella@kirkland.com'; 'dsilver@mccarter.com';
'dspeights@speightsrunyan.com'; 'ealcabes@stblaw.com'; 'ecfndoh@weltman.com'; 'ei@capdale.com';
'eileen.mccabe@mendes.com'; 'elongosz@eckertseamans.com'; 'emdecristofaro@fmew.com';
'erosenthal@rmgglaw.com'; 'ewestbrook@rpwb.com'; 'fmonaco@wcsr.com'; 'fournierd@pepperlaw.com';
'frosner@mrs-law.com'; 'gcalhoun@steptoe.com'; 'GCassada@rbh.com'; 'gcellarosi@eckertseamans.com';
'ghorowitz@kramerlevin.com'; 'gibbonsj@whiteandwilliams.com'; 'gmcdaniel@bglawde.com';
'green@lrclaw.com'; 'gsvirsky@omm.com'; 'heather.bloom@kirkland.com'; 'hertzbergr@pepperlaw.com';
'hriedel@srbp.com'; 'ilevee@lowenstein.com'; 'irosenberg@cozen.com'; 'jal@capdale.com';
'james.freeman2@usdoj.gov'; 'jbaer@bhflaw.net'; 'jcarroll@cozen.com'; 'jcohn@cozen.com';
'jcp@pgslaw.com'; 'jcutler@orrick.com'; 'jdd@stevenslee.com'; 'jeff.friedman@kattenlaw.com';
'jguy@orrick.com'; 'jk@kttlaw.com'; 'jmeltzer@sbtklaw.com'; 'john.donley@kirkland.com';
'john.knapp@millernash.com'; 'john.mcfarland@grace.com'; 'JOneill@pszjlaw.com'; 'jpw@capdale.com';
'jsakalo@bilzin.com'; 'jsottile@zuckerman.com'; 'jwisler@cblh.com'; 'kandestin@rlf.com';
'klove@kirkland.com'; 'kmakowski@pszjlaw.com'; 'kmangan@wcsr.com'; 'kmayer@mccarter.com';
'kmiller@skjlaw.com'; 'kooshan.nayerahmadi@dbr.com'; 'korr@orrick.com'; 'kpasquale@stroock.com';
'landis@lrclaw.com'; 'ldavis@crowell.com'; 'lepley@crowell.com'; 'lisa.esayian@kirkland.com';
'ljones@pszjlaw.com'; 'lkruger@stroock.com'; 'loberholzer@pszjlaw.com';
'locasaleg@whiteandwilliams.com'; 'lpg@stevenslee.com'; 'lwebb@simmonsfirm.com';
'madigan.andrea@epa.gov'; 'madron@rlf.com'; 'mark.shelnitz@grace.com'; 'maward@wcsr.com';
'mdavis@zeklaw.com'; 'meltzere@pepperlaw.com'; 'meskin@camlev.com'; 'metkin@lowenstein.com';
'mgiannotto@goodwinprocter.com'; 'mhurford@camlev.com'; 'michael.brown@dbr.com';
'mjoseph@ferryjoseph.com'; 'mkramer@bilzin.com'; 'mlastowski@duanemorris.com';
'mphillips@cblh.com'; 'mphillips@paulweiss.com'; 'mplevin@crowell.com'; 'mumford@lrclaw.com';
'mwallace@orrick.com'; 'mweis@dilworthlaw.com'; 'nancy.manzer@wilmer.com'; 'ndf@capdale.com';
'noah.heller@kattenlaw.com'; 'ogordon@murthalaw.com'; 'pbentley@kramerlevin.com';
'pcuniff@pszjlaw.com'; 'petzoldh@michigan.gov'; 'pmahaley@orrick.com'; 'ppantaleo@stblaw.com';
'pvnl@capdale.com'; 'ramos@rlf.com'; 'RDehney@MNAT.com'; 'rfrankel@orrick.com';
'rguttmann@zeklaw.com'; 'rhgins@bhflaw.com'; 'rhorkovich@andersonkill.com';
'richard.finke@grace.com'; 'rifft@wileyrein.com'; 'rjsidman@vorys.com'; 'rmillner@sonnenschein.com';
'RWorf@rbh.com'; 'RWRiley@duanemorris.com'; 'rwyron@orrick.com'; 'sbaena@bilzin.com';
'scalogero@windelsmarx.com'; 'sfreedman@dilworthlaw.com'; 'speirce@fulbright.com';
'sshimshak@paulweiss.com'; 'stearn@rlf.com'; 'steven.hoort@ropesgray.com'; 'swspencer@fmew.com';
'tcairns@pszjlaw.com'; 'tcurrier@saul.com'; 'tgerber@fulbright.com'; 'thomas.quinn@mendes.com';
'tmacauley@zuckerman.com'; 'tmessana@mws-law.com'; 'toolee@pepperlaw.com';
'travis.langenkamp@kirkland.com'; 'tschiavoni@omm.com'; 'tscobb@vorys.com';
'ttacconelli@ferryjoseph.com'; 'ustpregion03.wl.ecf@usdoj.gov'; 'vguldi@zuckerman.com';
'warren.pratt@dbr.com'; 'wbs@capdale.com'; 'wrussell@stblaw.com'; 'wshelley@cozen.com';
'yoderj@whiteandwilliams.com'; 'young@wildman.com'; 'rmacdonald@murthalaw.com'