UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-1139 (JFK) |
| | ) | |
| Debtors. | ) | Re: Docket No. 26705 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE ) 
) SS: 
COUNTY OF NEW CASTLE )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US), and that on this 4th day of April 2011, she caused a true and correct copy of the **Notice of Disposition of Equity Securities** to be served upon the party listed below in the manner indicated:

**VIA FIRST CLASS MAIL**
Janet S. Bauer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

_____
Carolyn B. Fox

Sworn to and subscribed before
me this 1st day of April, 2011

_____
Notary Public
My Commission Expires: 12/4/12

EAST\44454518.1