## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 4/25/11; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-THIRD MONTHLY INTERIM PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011

Name of Applicant:                              Hon. Alexander M. Sanders, Jr.

Authorized to Provide Services To:      Future Asbestos-Related Property Damage
                                                              Claimants and Holders of Demands

Date of Retention:                              September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:          March 1, 2011 through March 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                $3,348.00   [80% of $4,185.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $235.00

This is a(n):   ⊠Monthly        ☐Interim        ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | CNO Filed | CNO Filed |
| | | | | | |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 45 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 9.3 hours,[2] for a total amount billed of $4,185.00, of which 80% is currently sought, in the amount of $3,348.00, plus 100% of the expenses incurred during this period, in the amount of $235.00, for a total currently sought of $3,583.00.

As stated above, this is the Twenty-Third application for monthly fees and expenses. The time for preparation of this Application is approximately .7 hours, for which $455.00 will be requested in a future application of my counsel.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 9.3 | $4,185.00 |
| Travel | | |
| TOTAL | 9.3 | $4,185.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| Court Call | $235.00 |
| TOTAL | $235.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

-4-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 5th day of April, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*Attorneys at Law*
*19 Water Street*
*Charleston, South Carolina 29401*

## INVOICE FOR PROFESSIONAL SERVICES 3/1/11 – 3/30/11

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 3/2/11 | Hearing before Judge Fitzgerald as per Agenda | 1.9 |
| 3/10/11 | Review of Fee Auditor's report | 0.1 |
| 3/13/11 | Review of Judge Buckwalter's order regarding Appeals of Confirmation Order | 0.5 |
| 3/22/11 | Review of Agenda for hearing March 28, 2011 | 0.8 |
| 3/28/11 | Hearing before Judge Fitzgerald as per Agenda (participated telephonically and continuously from 9:45 a.m. until 3:45 p.m.) | 6.0 |

9.3 @ $450/hour          $     4,185.00

Expenses                                235.00
(Receipt Attached)

TOTAL:     $     4,420.00

**Expenses**

Conference appearance by telephone before Judge Fitzgerald, 3/2/11   $     65.00

Conference appearance by telephone before Judge Fitzgerald, 3/28/11   $   170.00