**EIGHTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 2-1-2011 through 2-28-2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 8.10 | $6,156.00 |
| S. Cunningham | Member | $760 | 12.70 | $9,652.00 |
| R. Frezza | Member | $670 | 39.00 | $26,130.00 |
| J. Dolan | Consultant | $445 | 102.50 | $45,612.50 |
| M. Viola | Paraprofessional | $120 | 0.90 | $108.00 |
| N. Backer | Paraprofessional | $120 | 3.50 | $420.00 |
| **For the Period 2-1-2011 through 2-28-2011** | | | **166.70** | **$88,078.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 2-1-2011 through 2-28-2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of interest. | 1.90 | $1,273.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in Committee call. | 8.50 | $3,782.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motion related to accelerated pension contribution and prepared various analyses and a report to the Committee thereon. | 70.80 | $37,212.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared November and December monthly fee statements and the 28th quarterly fee statement. | 20.70 | $8,056.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and Q4 results, participated in investor call, prepared various analyses and prepared a report to the Committee thereon. | 13.60 | $7,235.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant analyzed the confirmation order, discussed issues internally with Counsel and with Creditors. | 42.90 | $26,826.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed the Foreign HoldCo motion and prepared a report to the Committee. | 8.30 | $3,693.50 |
| **For the Period 2-1-2011 through 2-28-2011** | | **166.70** | **$88,078.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 2-1-2011 through 2-28-2011

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 03. Claims Analysis & Valuation | | | |
| 2/1/2011 | R. Frezza | 0.80 | Updated and provided interest calculations to creditor per their request. |
| 2/4/2011 | R. Frezza | 1.10 | Revised and commented on Counsel memo regarding appeal of Fitzgerald decision - re: interest. |
| Subtotal | | 1.90 | |
| 04. Creditor Committee Matters | | | |
| 2/1/2011 | J. Dolan | 1.10 | Prepared for and participated in Committee call. |
| 2/3/2011 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 2/7/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 2/8/2011 | J. Dolan | 1.10 | Prepared for and participated in Committee call. |
| 2/10/2011 | J. Dolan | 0.70 | Reviewed and analyzed Counsel's memo on case and discussed with team. |
| 2/11/2011 | J. Dolan | 0.50 | Read Counsel's memo on case issues and discussed with team. |
| 2/14/2011 | J. Dolan | 1.20 | Reviewed and analyzed recent docket submissions. |
| 2/15/2011 | J. Dolan | 0.50 | Participated in call with Creditor - re: update on case. |
| 2/22/2011 | J. Dolan | 1.00 | Reviewed and analyzed recent docket submissions. |
| 2/23/2011 | J. Dolan | 0.90 | Reviewed and analyzed Counsel's memo regarding confirmation order. |
| Subtotal | | 8.50 | |
| 05. Employee Matters/KERP/Other | | | |
| 2/10/2011 | J. Dolan | 1.50 | Reviewed and analyzed pension strategy update in anticipation of conference call with Debtors. |
| 2/14/2011 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors regarding pension contribution. |
| 2/14/2011 | R. Frezza | 1.80 | Reviewed and analyzed pension motion and related information. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/14/2011 | E. Ordway | 0.60 | Analyzed pension contribution information and listed items for staff to inquire about. |
| 2/14/2011 | R. Frezza | 1.40 | Prepared for and participated in call with Company / Blackstone - re: pension prepayment request. |
| 2/15/2011 | J. Dolan | 1.00 | Prepared request for additional information related to accelerated contribution. |
| 2/15/2011 | S. Cunningham | 4.10 | Discussed issues related to accelerated pension contribution with Counsel, tax Counsel and team. |
| 2/15/2011 | J. Dolan | 2.30 | Reviewed and analyzed draft motion regarding pension contribution. |
| 2/15/2011 | R. Frezza | 1.20 | Reviewed and analyzed draft pension prepayment motion. |
| 2/15/2011 | J. Dolan | 1.70 | Discussed issues related to accelerated pension contribution with Counsel, tax Counsel and team. |
| 2/15/2011 | J. Dolan | 1.30 | Discussed request for authorization of pension contribution with team and Counsel. |
| 2/15/2011 | R. Frezza | 0.90 | Responded to Committee questions regarding tax aspect of pension motion. |
| 2/16/2011 | E. Ordway | 0.30 | Reviewed and analyzed draft pension motion. |
| 2/16/2011 | R. Frezza | 1.60 | Reviewed and reconsidered request data / information for request list and conferred with Counsel on list items. |
| 2/16/2011 | J. Dolan | 1.80 | Prepared request for additional information regarding pension contribution. |
| 2/17/2011 | E. Ordway | 0.90 | Continued to review and analyze draft pension motions. |
| 2/17/2011 | R. Frezza | 1.60 | Conferred internally regarding detailed report to Committee on pension pre-payment request. |
| 2/17/2011 | J. Dolan | 3.20 | Prepared analysis related to pension contribution for report to Committee. |
| 2/17/2011 | J. Dolan | 1.50 | Prepared report outline for pension contribution request and discussed with team. |
| 2/17/2011 | J. Dolan | 2.10 | Prepared report to the Committee related to pension contribution request. |
| 2/18/2011 | J. Dolan | 0.50 | Reviewed Company responses to pension contribution inquiries and updated report. |
| 2/18/2011 | J. Dolan | 1.70 | Prepared analysis and report to the Committee regarding pension contribution. |
| 2/21/2011 | E. Ordway | 0.80 | Prepared / edited report to the Committee per pension contribution. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/21/2011 | J. Dolan | 3.20 | Prepared analyses related to additional contribution for report to the Committee. |
| 2/21/2011 | J. Dolan | 2.90 | Prepared report to the Committee regarding additional pension contribution. |
| 2/22/2011 | J. Dolan | 1.50 | Prepared report to the Committee on pension contribution. |
| 2/22/2011 | J. Dolan | 2.40 | Reviewed and analyzed final motion and exhibits filed with the Court related to pension contribution. |
| 2/23/2011 | E. Ordway | 0.60 | Reviewed additional data - re: pension contribution issues. |
| 2/25/2011 | J. Dolan | 2.70 | Reviewed and analyzed information received from Blackstone regarding pension contribution and updated report. |
| 2/25/2011 | J. Dolan | 3.40 | Prepared various analyses regarding pension contribution including IRR, sensitized leverage, etc. |
| 2/25/2011 | J. Dolan | 2.20 | Continued preparation of report to the Committee regarding pension contribution. |
| 2/26/2011 | J. Dolan | 2.70 | Prepared report to the Committee regarding pension contribution. |
| 2/26/2011 | J. Dolan | 1.80 | Updated analysis based on information received from Blackstone. |
| 2/28/2011 | R. Frezza | 1.80 | Reviewed and analyzed pension motion re-draft and information received from Blackstone. |
| 2/28/2011 | R. Frezza | 2.20 | Prepared for and participated in call with Company. |
| 2/28/2011 | E. Ordway | 0.60 | Reviewed and analyzed pension disclosure data from 2008 and 2009 - re: prior funding requirements. |
| 2/28/2011 | J. Dolan | 1.60 | Prepared for and participated in calls with Counsel and team regarding pension contribution. |
| 2/28/2011 | R. Frezza | 0.90 | Participated in pre-call with Counsel. |
| 2/28/2011 | J. Dolan | 1.90 | Prepared for and participated in call with Debtors and Blackstone regarding pension contribution. |
| 2/28/2011 | R. Frezza | 0.90 | Participated in post-call with Counsel. |
| 2/28/2011 | J. Dolan | 2.50 | Prepared report to the Committee regarding pension contribution. |
| Subtotal | | 70.80 | |

07. Fee Applications & Invoices

| | | | |
|------|-------------|-------|---------------------------|
| 2/1/2011 | J. Dolan | 0.90 | Prepared 12-2010 fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2011 Fee Application**

Page 3 of 7

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2011 | J. Dolan | 1.10 | Prepared 11-2010 fee application. |
| 2/3/2011 | J. Dolan | 0.80 | Reviewed final draft and filed 11-2010 fee application. |
| 2/3/2011 | E. Ordway | 0.30 | Prepared fee application. |
| 2/3/2011 | R. Frezza | 0.80 | Reviewed fee application. |
| 2/4/2011 | M. Viola | 0.40 | Processed 12-2010 fee application. |
| 2/7/2011 | J. Dolan | 1.00 | Prepared 12-2010 fee application. |
| 2/10/2011 | M. Viola | 0.50 | Processed 28th quarterly fee application. |
| 2/14/2011 | J. Dolan | 0.90 | Prepared 12-2010 fee application. |
| 2/17/2011 | J. Dolan | 1.10 | Prepared 4Q10 fee application. |
| 2/21/2011 | N. Backer | 0.90 | Processed 12-2010 fee application. |
| 2/21/2011 | N. Backer | 2.60 | Processed 28th quarterly fee application (10-2010 to 12-2010). |
| 2/22/2011 | J. Dolan | 0.50 | Finalized 12-2010 fee application and filed with Counsel. |
| 2/22/2011 | J. Dolan | 0.90 | Prepared and filed 4Q10 fee application. |
| 2/23/2011 | J. Dolan | 2.40 | Prepared report to the Committee regarding pension contribution. |
| 2/24/2011 | J. Dolan | 3.60 | Prepared report to the Committee regarding pension contribution and related analyses. |
| 2/24/2011 | J. Dolan | 1.00 | Discussed pension contribution issues with Counsel and team. |
| 2/25/2011 | J. Dolan | 1.00 | Prepared 1-2011 fee application. |
| Subtotal | | 20.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/9/2011 | E. Ordway | 0.40 | Reviewed and analyzed 4Q10 operating performance data and listed items for staff to review / analyze. |
| 2/10/2011 | R. Frezza | 1.10 | Prepared for and participated in Company hosted investor call. |
| 2/10/2011 | J. Dolan | 0.80 | Participated in 4Q10 Lender call. |
| 2/10/2011 | J. Dolan | 1.60 | Reviewed and analyzed 4Q10 business update in anticipation of call. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/10/2011 | R. Frezza | 2.90 | Reviewed and analyzed press releases, investor information and analyst spread sheets. |
| 2/10/2011 | J. Dolan | 1.30 | Reviewed and analyzed press release of 4Q10 results. |
| 2/11/2011 | J. Dolan | 0.20 | Reviewed and analyzed 2011 financial outlook prepared by Debtors. |
| 2/11/2011 | J. Dolan | 0.90 | Reviewed analyst spreadsheet for 4Q10. |
| 2/14/2011 | J. Dolan | 2.10 | Reviewed and analyzed 12-2010 monthly financials. |
| 2/14/2011 | J. Dolan | 1.40 | Reviewed and analyzed investment highlights prepared by Debtor. |
| 2/14/2011 | J. Dolan | 0.40 | Reviewed updated fact sheet as posted by Debtors. |
| 2/23/2011 | E. Ordway | 0.50 | Reviewed and analyzed most current monthly operating report. |
| Subtotal | | 13.60 | |

15. Plan & Disclosure Statement

| | | | |
|---|---|---|---|
| 2/1/2011 | R. Frezza | 2.40 | Read, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/1/2011 | J. Dolan | 1.30 | Discussed confirmation order with team and next steps. |
| 2/2/2011 | R. Frezza | 1.70 | Reviewed, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/2/2011 | J. Dolan | 2.20 | Prepared summary memo regarding confirmation. |
| 2/3/2011 | R. Frezza | 1.90 | Reviewed, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/3/2011 | E. Ordway | 0.50 | Reviewed and edited report prepared by staff regarding confirmation. |
| 2/3/2011 | E. Ordway | 0.30 | Reviewed Counsel's memo - re: appeal of the confirmation decision. |
| 2/3/2011 | J. Dolan | 3.20 | Continued analysis of recent ruling and implications in case. |
| 2/3/2011 | S. Cunningham | 3.30 | Reviewed, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/4/2011 | E. Ordway | 0.40 | Reviewed amendments to the POR. |
| 2/4/2011 | S. Cunningham | 2.30 | Reviewed, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/4/2011 | E. Ordway | 0.20 | Reviewed and analyzed Counsel's report - re: confirmation issues. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/4/2011 | J. Dolan | 0.80 | Reviewed and analyzed Counsel's memo on confirmation. |
| 2/7/2011 | R. Frezza | 2.10 | Reviewed, analyzed and discussed issues regarding the confirmation order and related documents. |
| 2/7/2011 | J. Dolan | 3.40 | Prepared analysis of confirmation statement issued by the Court. |
| 2/7/2011 | J. Dolan | 2.30 | Summarized issues in the confirmation order and prepared memo. |
| 2/7/2011 | E. Ordway | 0.80 | Reviewed analysis prepared by staff - re: confirmation order and POR. |
| 2/8/2011 | R. Frezza | 1.80 | Prepared for and participated in call with Committee to discuss impact of confirmation order and next steps and further debriefed with Counsel. |
| 2/11/2011 | R. Frezza | 0.50 | Conferred with Counsel - re: non-order status of confirmation document. |
| 2/14/2011 | E. Ordway | 0.30 | Reviewed Counsel's update report - re: confirmation status. |
| 2/14/2011 | E. Ordway | 0.30 | Reviewed Counsel's report - re: status conference - re: confirmation order issues. |
| 2/18/2011 | R. Frezza | 1.50 | Follow up with Counsel on interpretation of confirmation order and response to Committee questions. |
| 2/18/2011 | S. Cunningham | 3.00 | Reviewed and discussed interpretation of confirmation order. |
| 2/21/2011 | R. Frezza | 0.50 | Responded to Committee member questions. |
| 2/23/2011 | R. Frezza | 1.10 | Reviewed Counsel's memo regarding clarification of confirmation order and participated in follow-up discussions with Counsel on next steps. |
| 2/23/2011 | E. Ordway | 0.30 | Reviewed Judge's order clarifying the confirmation order. |
| 2/24/2011 | R. Frezza | 3.10 | Participated in numerous discussions with Counsel and Company regarding pension motion, call set up, additional questions, etc. |
| 2/25/2011 | R. Frezza | 1.40 | Further discussed and coordinated with Counsel - re: pension motion. |
| Subtotal | | 42.90 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/18/2011 | J. Dolan | 1.20 | Reviewed motion regarding foreign HoldCo filed today. |
| 2/22/2011 | J. Dolan | 1.40 | Reviewed and analyzed motion filed related to creation of non-Debtor foreign sub. |
| 2/24/2011 | J. Dolan | 2.40 | Prepared report to the Committee regarding foreign HoldCo. |
| 2/24/2011 | J. Dolan | 1.10 | Prepared request for information related to foreign HoldCo structure. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/24/2011 | J. Dolan | 2.20 | Reviewed and analyzed foreign HoldCo motion and related exhibits. |
| Subtotal | | 8.30 | |
| **Total Hours** | | **166.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2-1-2011 through 2-28-2011

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 2/6/2011 | Capstone Expense | Pacer research service | $7.76 |
| Subtotal - Research | | | $7.76 |
| Telecom | | | |
| 2/7/2011 | Capstone Expense | January Telecom - Saddle Brook office | $189.37 |
| Subtotal - Telecom | | | $189.37 |
| **For the Period 2-1-2011 through 2-28-2011** | | | $197.13 |