### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to D.I. Nos.: 26649, 26698, 26702, 26703, 26704, 26706, 26710, 26711, 26712** |

### APPELLANT MARYLAND CASUALTY COMPANY'S
### COUNTER-STATEMENT OF ISSUES ON APPEAL

Maryland Casualty Company ("MCC"), for its Counter-Statement of Issues on Appeal pursuant to paragraph 2(c) of the *Order Regarding Appeals of Confirmation Order*, hereby states, consistent with Rule 8006 of the Federal Rules of Bankruptcy Procedure, that MCC reserves its right to: (i) respond in its brief(s) to any and all issues raised by any Appellant in its respective statement of issues on appeal; (ii) respond in its brief(s) to any and all issues raised by any Appellant in its respective opening brief on appeal; (iii) file a Statement of Issues on Cross-Appeal in accordance with the Order; and (iv) otherwise protect, preserve and advocate its position as an Appellant, Appellee and Cross-Appellant.


Dated: April 5, 2011          CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Edward J. Longosz, II
Gabriella V. Cellarosi
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Maryland Casualty Company*

#4268668