UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: 4/25/11 @ 4pm

**NINETY-SIXTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

Name of Applicant: Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to: Debtors

Date of Retention Order: June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought: February 1, 2011 through February 28, 2011

Amount of Compensation                     Total             (Holdback @ 20%)
sought as actual, reasonable and necessary:   $175,000.00        ($35,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $2,531.48

Amount of Cash Payment Sought:   $142,531.48

This is a _x_ monthly __ interim ___ final application

2600192.DOC

Summary of Monthly Applications:

|  |  | Requested | | Approved | | Unapproved | Unpaid |
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 100,000.00 | 2,435.45 | 25,000.00 | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | 35,000.00 | -- |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 140,000.00 | 2,625.52 | 35,000.00 | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 175,000.00 | 590.30 | 140,000.00 | 590.30 | 35,000.00 | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 140,000.00 | 1,365.89 | 35,000.00 | -- |

# Blackstone Advisory Partners L.P.

March 31, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of February 1, 2011 through February 28, 2011: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through February 28, 2011:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 555.90 | |
| Ground Transportation | | 1,056.23 | |
| Communication | | 9.80 | |
| Meals | | 470.84 | |
| Lodging | | 171.19 | |
| Document Production | | 267.52 | 2,531.48 |

**Total Amount Due**                                                                $   **142,531.48**

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 55433

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses Processed
Through February 28, 2011
Invoice No. 55433

|  | GL Detail Feb-11 | Total Expenses |
|---|---:|---:|
| Airfare | $ 555.90 | $ 555.90 |
| Ground Transportation - Car Service - Elite | 132.00 | 132.00 |
| Ground Transportation - Local Travel | 158.23 | 158.23 |
| Ground Transportation - Out of Town Travel | 93.00 | 93.00 |
| Ground Transportation - Railroad | 673.00 | 673.00 |
| Communications - Teleconferencing | 9.80 | 9.80 |
| Meals with Clients | 183.67 | 183.67 |
| Employee Meals | 287.17 | 287.17 |
| Lodging | 171.19 | 171.19 |
| Document Production | 267.52 | 267.52 |
| **Total Expenses** | $ **2,531.48** | $ **2,531.48** |

| | |
|---|---:|
| **Airfare** | $ 555.90 |
| **Ground Transportation** | 1,056.23 |
| **Communication** | 9.80 |
| **Meals** | 470.84 |
| **Lodging** | 171.19 |
| **Document Production** | 267.52 |
| **Total Expenses** | $ 2,531.48 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through February 28, 2011**
**Invoice No. 55433**

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (travel agency fee for booking of one-way flight to Baltimore, MD from South Bend, IN on 01/20/11) | 01/07/11 | 20.00 | |
| O'Connell (one-way coach class flight to Baltimore, MD from South Bend, IN) | 01/20/11 | 535.90 | |
| Subtotal - Airfare | | | $ 555.90 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (car home from Newark Airport in Newark, NJ) | 01/21/11 | 132.00 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 132.00 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Lambert (weeknight taxi home from Blackstone after working late) | 12/17/10 | 10.92 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 12/20/10 | 10.75 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 12/21/10 | 16.80 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/04/11 | 16.60 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/05/11 | 14.80 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/06/11 | 22.08 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/07/11 | 11.87 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/11/11 | 16.70 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/12/11 | 12.65 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/13/11 | 10.00 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 01/14/11 | 15.06 | |
| Subtotal - Ground Transportation - Local Travel | | | 158.23 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Schlesinger (taxi to hotel from train station in Baltimore, MD) | 01/20/11 | 15.00 | |
| Schlesinger (taxi to train station in Baltimore, MD from client offices in Columbia, MD) | 01/21/11 | 78.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 93.00 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to Newark, NJ on 12/13/10) | 12/10/10 | 40.00 | |
| O'Connell (round trip train travel to/from Baltimore, MD from/to Newark, NJ) | 12/13/10 | 289.00 | |
| Schlesinger (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 01/20 & 01/21/11) | 01/20/11 | 40.00 | |
| Schlesinger (round trip train travel to/from Baltimore, MD from/to New York, NY) | 01/20/11 & 01/21/11 | 304.00 | |
| Subtotal - Ground Transportation - Railroad | | | 673.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 01/24/11 | 8.22 | |
| Schlesinger | 01/24/11 | 1.58 | |
| Subtotal - Communications - Teleconferencing | | | 9.80 |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (catered meal for 10 people during client meeting held @ Blackstone) | 01/07/11 | 183.67 | |
| Subtotal - Meals with Clients | | | 183.67 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/17/10 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/20/10 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/21/10 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/04/11 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/05/11 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/06/11 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/07/11 | 25.00 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/12/11 | 20.20 | |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 01/13/11 | 20.89 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 01/13/11 | 25.00 | |
| Schlesinger (working lunch meal while in Baltimore, MD) | 01/21/11 | 21.08 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 02/08/11 | 25.00 | |
| Subtotal - Employee Meals | | | 287.17 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Schlesinger (1 day hotel stay in Baltimore, MD) | 01/20/11 - 01/21/11 | 171.19 | |
| Subtotal - Lodging | | | 171.19 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Lambert (724 black & white photocopies calculated @ a rate of $0.10 per page) | 01/31/11 | 72.40 | |
| O'Connell (542 color photocopies calculated @ a rate of $0.36 per page) | 02/03/11 | 195.12 | |
| Subtotal - Document Production | | | 267.52 |

| | | **Total Expenses** | **$ 2,531.48** |
|---|---|---|---|

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 27.8 |
| Patrick Schumacher | Managing Director | 20.0 |
| Jonathan Kaufman | Vice President | 6.9 |
| Adam Schlesinger | Associate | 57.1 |
| Christopher Yamamoto | Associate | 25.0 |
| Alexander Lambert | Analyst | 40.8 |
| Cathy Gao | Analyst | 29.0 |
| | Total | 206.4 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 02/01/10 | 4.8 | Business Analysis | Pro-forma financial analysis |
| Alexander Lambert | 02/02/10 | 2.8 | Business Analysis | Pro-forma financial analysis |
| Alexander Lambert | 02/03/10 | 0.3 | Business Analysis | Conference call with management and counsel regarding year end accounting |
| Alexander Lambert | 02/03/10 | 1.7 | Business Analysis | Pro-forma financial analysis |
| Alexander Lambert | 02/03/10 | 1.5 | Business Analysis | Pro-forma financial analysis |
| Alexander Lambert | 02/03/10 | 3.0 | Business Analysis | Various analyses supporting draft pension motion |
| Adam Schlesinger | 02/01/11 | 1.5 | Business Analysis | Claims valuation analysis |
| Patrick Schumacher | 02/01/11 | 2.0 | Business Analysis | Financial materials |
| Adam Schlesinger | 02/03/11 | 0.3 | Business Analysis | Conference call with management and counsel regarding year end accounting |
| Cathy Gao | 02/03/11 | 3.0 | Business Analysis | Meeting with management |
| Christopher Yamamoto | 02/03/11 | 3.0 | Business Analysis | Meeting with management |
| Patrick Schumacher | 02/03/11 | 3.0 | Business Analysis | Meeting with management |
| Adam Schlesinger | 02/04/11 | 1.8 | Business Analysis | Pro forma financial analysis |
| Alexander Lambert | 02/04/11 | 0.9 | Business Analysis | Various analyses for pro-forma financials |
| Cathy Gao | 02/04/11 | 3.0 | Business Analysis | Meeting with management |
| Christopher Yamamoto | 02/04/11 | 3.0 | Business Analysis | Meeting with management |
| Patrick Schumacher | 02/04/11 | 3.0 | Business Analysis | Meeting with management |
| Patrick Schumacher | 02/04/11 | 2.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 02/05/11 | 2.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 02/07/11 | 0.1 | Business Analysis | Call with J. McFarland regarding Alltech matter |
| Alexander Lambert | 02/07/11 | 1.2 | Business Analysis | Financial analysis |
| Alexander Lambert | 02/07/11 | 0.8 | Business Analysis | Various analyses for pro-forma financials |
| Alexander Lambert | 02/07/11 | 0.5 | Business Analysis | Analysis of consideration contributed to asbestos trusts |
| Jamie O'Connell | 02/07/11 | 0.1 | Business Analysis | Call with J. McFarland regarding Alltech matter |
| Adam Schlesinger | 02/08/11 | 4.0 | Business Analysis | Various analyses for pro-forma financials |
| Alexander Lambert | 02/08/11 | 2.5 | Business Analysis | Various analyses for pro-forma financials |
| Alexander Lambert | 02/08/11 | 0.5 | Business Analysis | Financial analysis |
| Alexander Lambert | 02/08/11 | 1.2 | Business Analysis | Various analyses for pro-forma financials |
| Cathy Gao | 02/08/11 | 4.0 | Business Analysis | Financial analysis |
| Cathy Gao | 02/09/11 | 5.0 | Business Analysis | Financial analysis |
| Cathy Gao | 02/10/11 | 4.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 02/10/11 | 0.2 | Business Analysis | Correspondence with E. Filon regarding financial analysis |
| Adam Schlesinger | 02/11/11 | 0.7 | Business Analysis | Listen to 2010 earnings call |
| Alexander Lambert | 02/11/11 | 0.7 | Business Analysis | Listen to 2010 earnings call |
| Jamie O'Connell | 02/11/11 | 0.7 | Business Analysis | Listen to 2010 earnings call |
| Christopher Yamamoto | 02/14/11 | 3.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 02/15/11 | 0.2 | Business Analysis | Call with J. Rohen regarding new business development |
| Jamie O'Connell | 02/15/11 | 0.2 | Business Analysis | Call with J. Rohen regarding new business development |
| Alexander Lambert | 02/16/11 | 1.2 | Business Analysis | Various analyses for pro-forma financials |
| Christopher Yamamoto | 02/16/11 | 2.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 02/17/11 | 0.5 | Business Analysis | Review pro forma financial statements |
| Christopher Yamamoto | 02/17/11 | 2.0 | Business Analysis | Financial analysis |
| Patrick Schumacher | 02/17/11 | 1.0 | Business Analysis | Financial analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/18/11 | 1.0 | Business Analysis | Call with A. Lambert regarding various analyses |
| Alexander Lambert | 02/18/11 | 2.2 | Business Analysis | Financial analysis |
| Alexander Lambert | 02/18/11 | 1.0 | Business Analysis | Call with A. Schlesinger regarding various analyses |
| Adam Schlesinger | 02/21/11 | 1.0 | Business Analysis | Review of financial analysis |
| Alexander Lambert | 02/21/11 | 0.5 | Business Analysis | Call with J. O'Connell regarding financial analysis |
| Alexander Lambert | 02/21/11 | 1.8 | Business Analysis | Financial analysis |
| Jamie O'Connell | 02/21/11 | 0.5 | Business Analysis | Call with A. Lambert regarding financial analysis |
| Jamie O'Connell | 02/21/11 | 0.4 | Business Analysis | Financial analysis |
| Adam Schlesinger | 02/22/11 | 0.5 | Business Analysis | Correspondence regarding various analyses |
| Alexander Lambert | 02/22/11 | 2.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 02/22/11 | 0.2 | Business Analysis | Call with J. Rohen regarding new business development |
| Jamie O'Connell | 02/22/11 | 0.4 | Business Analysis | Conference call regarding new business development |
| Jamie O'Connell | 02/22/11 | 0.1 | Business Analysis | Correspondence to J. Rohen regarding new business development |
| Adam Schlesinger | 02/23/11 | 0.3 | Business Analysis | Call with J. O'Connell and A. Lambert regarding various matters |
| Alexander Lambert | 02/23/11 | 0.3 | Business Analysis | Call with A. Schlesinger and J. O'Connell regarding various matters |
| Jamie O'Connell | 02/23/11 | 0.3 | Business Analysis | Call with A. Schlesinger and A. Lambert regarding various matters |
| Adam Schlesinger | 02/24/11 | 2.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 02/24/11 | 0.5 | Business Analysis | Meeting with A. Lambert regarding financial analyses |
| Adam Schlesinger | 02/24/11 | 0.3 | Business Analysis | Internal call regarding financial analyses |
| Alexander Lambert | 02/24/11 | 0.5 | Business Analysis | Meeting with A. Schlesinger regarding financial analyses |
| Alexander Lambert | 02/24/11 | 0.3 | Business Analysis | Internal call regarding financial analyses |
| Jamie O'Connell | 02/24/11 | 0.3 | Business Analysis | Internal call regarding financial analyses |
| Jonathan Kaufman | 02/24/11 | 0.3 | Business Analysis | Internal call regarding financial analyses |
| Adam Schlesinger | 02/25/11 | 3.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 02/25/11 | 3.2 | Business Analysis | Financial analysis |
| | | **101.8** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/11 | 0.3 | Case Administration | Organize call regarding environmental claims |
| Adam Schlesinger | 02/01/11 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 02/01/11 | 0.3 | Case Administration | Call with management and counsel regarding draft legal entity motion |
| Jamie O'Connell | 02/01/11 | 0.3 | Case Administration | Call with management and counsel regarding draft legal entity motion |
| Adam Schlesinger | 02/11/11 | 0.6 | Case Administration | Conference call with counsel |
| Jamie O'Connell | 02/11/11 | 0.6 | Case Administration | Conference call with counsel |
| Adam Schlesinger | 02/15/11 | 0.5 | Case Administration | Call with management and counsel regarding omnibus hearing and other matters |
| Jamie O'Connell | 02/15/11 | 0.5 | Case Administration | Call with management and counsel regarding omnibus hearing and other matters |
| Adam Schlesinger | 02/17/11 | 0.2 | Case Administration | Status call with J. O'Connell regarding various matters |
| Jamie O'Connell | 02/17/11 | 0.2 | Case Administration | Status call with A. Schlesinger regarding various matters |
| | | **4.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 02/03/10 | 0.5 | Claims Analysis Objection/Resolution | Conference call with S. Scarlis regarding claims analysis |
| Alexander Lambert | 02/14/11 | 0.5 | Claims Analysis Objection/Resolution | Analysis of unsecured claims amounts |
| Alexander Lambert | 02/15/11 | 0.4 | Claims Analysis Objection/Resolution | Analysis of unsecured claims amounts |
| | | 1.4 | | |

## BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/03/11 | 0.5 | Committee | Conference call with committee regarding environmental claims |
| Jamie O'Connell | 02/09/11 | 0.3 | Committee | Correspondence to committee professionals regarding pension matter |
| Adam Schlesinger | 02/10/11 | 0.5 | Committee | Prepare conference call with committees |
| Adam Schlesinger | 02/14/11 | 0.5 | Committee | Conference call with management, counsel and committee professionals regarding pension matter |
| Jamie O'Connell | 02/14/11 | 0.5 | Committee | Conference call with management, counsel and committee professionals regarding pension matter |
| Adam Schlesinger | 02/15/11 | 0.7 | Committee | Meeting with J. O'Connell to discuss manage committee information requests |
| Adam Schlesinger | 02/15/11 | 0.2 | Committee | Call with J. Radecki regarding pension matter |
| Jamie O'Connell | 02/15/11 | 0.7 | Committee | Meeting with A. Schlesinger to discuss manage committee information requests |
| Jamie O'Connell | 02/15/11 | 0.1 | Committee | Correspondence regarding committee information request |
| Jamie O'Connell | 02/15/11 | 0.2 | Committee | Call with J. Radecki regarding committee information request |
| Adam Schlesinger | 02/16/11 | 2.0 | Committee | Review committee questions regarding draft motion |
| Jamie O'Connell | 02/16/11 | 0.2 | Committee | Call with B. Frezza regarding committee information request |
| Jamie O'Connell | 02/16/11 | 0.3 | Committee | Correspondence with management regarding committee information request |
| Adam Schlesinger | 02/18/11 | 0.5 | Committee | Response to committee information request |
| Adam Schlesinger | 02/23/11 | 0.8 | Committee | Correspondence regarding committee information requests |
| Adam Schlesinger | 02/24/11 | 0.8 | Committee | Correspondence regarding committee information requests |
| Adam Schlesinger | 02/24/11 | 3.0 | Committee | Review committee information requests and correspondence related to committee information requests |
| Jamie O'Connell | 02/24/11 | 0.5 | Committee | Correspondence regarding committee information request |
| Adam Schlesinger | 02/25/11 | 0.5 | Committee | Correspondence regarding committee information requests |
| Adam Schlesinger | 02/28/11 | 0.5 | Committee | Organize committee information request responses |
| Adam Schlesinger | 02/28/11 | 0.5 | Committee | Call with management regarding committee information requests |
| Adam Schlesinger | 02/28/11 | 2.0 | Committee | Call with E. Filon and committee to answer committee information requests |
| Adam Schlesinger | 02/28/11 | 0.5 | Committee | Prepare draft committee information request response |
| | | **16.2** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/11 | 0.8 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/01/11 | 2.0 | Employee Benefits/Pension | Review and draft pension funding motion |
| Jamie O'Connell | 02/01/11 | 0.8 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/01/11 | 0.4 | Employee Benefits/Pension | Edits to draft pension funding motion |
| Jonathan Kaufman | 02/01/11 | 1.0 | Employee Benefits/Pension | Review draft pension funding motion |
| Jonathan Kaufman | 02/01/11 | 0.8 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/02/11 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Adam Schlesinger | 02/04/11 | 0.4 | Employee Benefits/Pension | Meeting with E. Filon regarding pension motion and other matters |
| Adam Schlesinger | 02/04/11 | 1.0 | Employee Benefits/Pension | Prepare analyses for draft pension motion and other matters |
| Alexander Lambert | 02/04/11 | 0.4 | Employee Benefits/Pension | Meeting with E. Filon regarding pension motion and other matters |
| Alexander Lambert | 02/04/11 | 1.0 | Employee Benefits/Pension | Various analyses supporting draft pension motion |
| Jamie O'Connell | 02/04/11 | 0.6 | Employee Benefits/Pension | Draft declaration in support of pension motion |
| Jamie O'Connell | 02/04/11 | 0.4 | Employee Benefits/Pension | Meeting with E. Filon regarding pension motion and other matters |
| Jamie O'Connell | 02/06/11 | 2.0 | Employee Benefits/Pension | Review materials and draft declaration |
| Jonathan Kaufman | 02/06/11 | 0.5 | Employee Benefits/Pension | Review draft pension motion and declaration |
| Adam Schlesinger | 02/07/11 | 0.3 | Employee Benefits/Pension | Call with counsel regarding draft motion |
| Adam Schlesinger | 02/07/11 | 0.4 | Employee Benefits/Pension | Meeting with J. O'Connell regarding pension motion and other matters |
| Adam Schlesinger | 02/07/11 | 0.8 | Employee Benefits/Pension | Call with E. Filon and counsel regarding pension motion and other matters |
| Adam Schlesinger | 02/07/11 | 1.3 | Employee Benefits/Pension | Various analyses supporting draft pension motion |
| Adam Schlesinger | 02/07/11 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Alexander Lambert | 02/07/11 | 1.7 | Employee Benefits/Pension | Various analyses supporting draft pension motion |
| Jamie O'Connell | 02/07/11 | 0.3 | Employee Benefits/Pension | Call with counsel regarding draft motion |
| Jamie O'Connell | 02/07/11 | 0.4 | Employee Benefits/Pension | Meeting with A. Schlesinger regarding pension motion and other matters |
| Jamie O'Connell | 02/07/11 | 0.8 | Employee Benefits/Pension | Call with E. Filon and counsel regarding pension motion and other matters |
| Jamie O'Connell | 02/07/11 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/07/11 | 0.8 | Employee Benefits/Pension | Draft declaration in support of pension motion |
| Jonathan Kaufman | 02/07/11 | 1.5 | Employee Benefits/Pension | Research for draft pension declaration |
| Jonathan Kaufman | 02/07/11 | 0.5 | Employee Benefits/Pension | Call with management and counsel to discuss pension motion |
| Adam Schlesinger | 02/08/11 | 1.0 | Employee Benefits/Pension | Various analyses supporting draft pension motion |
| Jamie O'Connell | 02/08/11 | 0.2 | Employee Benefits/Pension | Correspondence regarding draft pension motion |
| Adam Schlesinger | 02/09/11 | 2.0 | Employee Benefits/Pension | Review draft pension motion and related presentation |
| Adam Schlesinger | 02/09/11 | 0.2 | Employee Benefits/Pension | Meeting with J. O'Connell regarding pension motion |
| Jamie O'Connell | 02/09/11 | 0.2 | Employee Benefits/Pension | Correspondence regarding draft pension motion |
| Jamie O'Connell | 02/09/11 | 0.1 | Employee Benefits/Pension | Call with E. Filon regarding pension motion |
| Jamie O'Connell | 02/09/11 | 0.6 | Employee Benefits/Pension | Read draft pension motion |
| Jamie O'Connell | 02/09/11 | 0.2 | Employee Benefits/Pension | Call with E. Filon regarding pension motion |
| Jamie O'Connell | 02/09/11 | 0.2 | Employee Benefits/Pension | Meeting with A. Schlesinger regarding pension motion |
| Jamie O'Connell | 02/09/11 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/10/11 | 0.3 | Employee Benefits/Pension | Correspondence with E. Filon regarding pension motion |
| Adam Schlesinger | 02/11/11 | 0.7 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Adam Schlesinger | 02/11/11 | 0.5 | Employee Benefits/Pension | Meeting with J. O'Connell to review pension motion |
| Adam Schlesinger | 02/11/11 | 1.0 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding draft pension funding motion |
| Adam Schlesinger | 02/11/11 | 0.5 | Employee Benefits/Pension | Review draft pension motion and related call with counsel |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/11/11 | 0.7 | Employee Benefits/Pension | Conference call with management and counsel regarding draft pension funding motion |
| Jamie O'Connell | 02/11/11 | 0.5 | Employee Benefits/Pension | Meeting with A. Schlesinger to review pension motion |
| Jamie O'Connell | 02/11/11 | 1.0 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding draft pension funding motion |
| Adam Schlesinger | 02/12/11 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Jonathan Kaufman | 02/13/11 | 1.0 | Employee Benefits/Pension | Review draft pension motion, declaration and presentation |
| Adam Schlesinger | 02/14/11 | 0.3 | Employee Benefits/Pension | Follow-up call with management and counsel |
| Jamie O'Connell | 02/14/11 | 0.2 | Employee Benefits/Pension | Follow-up call with management |
| Jamie O'Connell | 02/14/11 | 0.3 | Employee Benefits/Pension | Follow-up call with management and counsel |
| Jonathan Kaufman | 02/14/11 | 0.3 | Employee Benefits/Pension | Call with management, counsel and UCC advisors to discuss pension proposal |
| Adam Schlesinger | 02/15/11 | 1.3 | Employee Benefits/Pension | Various analyses supporting draft pension motion |
| Adam Schlesinger | 02/16/11 | 1.0 | Employee Benefits/Pension | Review draft pension motion and declaration |
| Adam Schlesinger | 02/17/11 | 1.0 | Employee Benefits/Pension | Review draft pension motion and declaration |
| Jamie O'Connell | 02/17/11 | 0.6 | Employee Benefits/Pension | Draft declaration in support of pension motion |
| Alexander Lambert | 02/18/11 | 0.5 | Employee Benefits/Pension | Various analyses supporting pension motion |
| | | **40.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/03/11 | 0.5 | Fee Applications | Review fee application |
| Adam Schlesinger | 02/04/11 | 0.3 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 02/08/11 | 0.3 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 02/09/11 | 1.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 02/10/11 | 0.5 | Fee Applications | Review draft quarterly fee application |
| Adam Schlesinger | 02/17/11 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 02/23/11 | 1.0 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 02/24/11 | 0.5 | Fee Applications | Review draft fee application |
|  |  | 5.0 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/14/11 | 3.0 | Hearings | Grace omnibus hearing |
| Jamie O'Connell | 02/14/11 | 3.0 | Hearings | Attend omnibus hearing in Wilmington, DE |
| | | 6.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 02/03/11 | 5.0 | Non-Working Travel Time | Travel to management meeting |
| Christopher Yamamoto | 02/03/11 | 5.0 | Non-Working Travel Time | Travel to management meeting |
| Patrick Schumacher | 02/03/11 | 4.0 | Non-Working Travel Time | Travel to management meeting |
| Cathy Gao | 02/04/11 | 5.0 | Non-Working Travel Time | Travel from management meeting |
| Christopher Yamamoto | 02/04/11 | 5.0 | Non-Working Travel Time | Travel from management meeting |
| Patrick Schumacher | 02/04/11 | 5.0 | Non-Working Travel Time | Travel from management meeting |
| | | **29.0** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/11 | 0.5 | Plan and Disclosure Statement | Call with management and counsel regarding confirmation order |
| Jamie O'Connell | 02/01/11 | 1.0 | Plan and Disclosure Statement | Read confirmation order |
| Jamie O'Connell | 02/01/11 | 0.5 | Plan and Disclosure Statement | Call with management and counsel regarding confirmation order |
| Jonathan Kaufman | 02/01/11 | 1.0 | Plan and Disclosure Statement | Read confirmation order |
| | | 3.0 | | |