# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Dkt. No. 26527 |

## APPELLEES' COUNTER-DESIGNATION OF THE RECORD

Pursuant to the Order of the U.S. District Court for the District of Delaware, dated March 10, 2011 (Dkt. No. 3, Civ. A. 11-199 (RLB), Bankr. Dkt. No. 26527), the above-captioned debtors, together with the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity Security Holders, and the Asbestos PI Future Claimants' Representative (collectively, the "Appellees"), hereby submit this Counter-Designation of the Record, attached hereto at Exhibit A.

In addition, the Appellees are not filing a counter-statement of issues to be presented on appeal as one is not required here pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

DOCS_DE:169014.2

Dated: April 5, 2011                               Respectfully submitted,

                                                   KIRKLAND & ELLIS LLP
                                                   John Donley
                                                   Adam Paul
                                                   300 North LaSalle
                                                   Chicago, IL 60654
                                                   Telephone: (312) 862-2000
                                                   Facsimile: (312) 862-2200

                                                   Deanna D. Boll
                                                   601 Lexington Avenue
                                                   New York, NY 10022
                                                   Telephone: (212) 446-4800
                                                   Facsimile: (212) 446-4900

                                                   and


                                                   BAER HIGGINS FRUCHTMAN LLC
                                                   Janet S. Baer
                                                   111 East Wacker Drive, Suite 2800
                                                   Chicago, IL 60601
                                                   Telephone: (312) 836-4022
                                                   Facsimile: (312) 577-0737

                                                   and


                                                   PACHULSKI STANG ZIEHL & JONES LLP

                                                   /s/ James E. O'Neill
                                                   Laura Davis Jones (Bar No. 2436)
                                                   James E. O'Neill (Bar No. 4042)
                                                   Timothy Cairns (Bar No. 4228)
                                                   Kathleen P. Makowski (Bar No. 3648)
                                                   919 North Market Street, 17th Floor
                                                   P.O. Box 8705
                                                   Wilmington, DE 19899-8705
                                                   (Courier 19801)
                                                   Telephone: (302) 652-4100
                                                   Facsimile: (302) 652-4400


                                                   *Counsel for Appellees/Debtors and Debtors in Possession*

2

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for Appellee/The Official Committee of Asbestos Personal Injury Claimants*

3

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for Appellee/David T. Austern, Asbestos PI Future Claimants' Representative*

4

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
David Blabey
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Appellee/The Official Committee of Equity Security Holders*