# **EXHIBIT A**

## In Re: W. R. Grace
## Appellees' Counter-Designation of the Record

| JA Bates No. | Party | Adm. Ex. No. | Date | Description | Confidential |
|---|---|---|---|---|---|
| - | | | 06/27/2001 | Notice of Debtors' Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program (Dkt. No. 536) | No |
| - | | | 06/27/2001 | Debtors' Memorandum in Support of Motion for Entry of Case Management Order, Motion to Establish Bar Date, Motion to Approve Claim Forms, and Motion to Approve Notice Program (Dkt. No. 537) | No |
| - | | | 07/12/2001 | Motion of the Official Committee of Asbestos PD Claimants to Continue the Hearing on Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of the Proof of Claim Forms and Approval of the Notice Program (Dkt. No. 665) | No |
| - | | | 07/13/2001 | Zonolite Plaintiffs' Objection to Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program [Dkt. No. 536]; Motion to Extend the Time to Object or Respond to Such Motions; Joinder in Motion for Continuance by Official Committee of Asbestos Property Damage Claimants; Independent Motion to Continue the Hearing on Debtors' Motion; and Request for Consideration and Briefing Regarding Class Treatment (Dkt. No. 674) | No |
| - | | | 03/08/2005 | Order Approving Stipulation Withdrawing (i) Certain Claims Filed by the Law Firm of Speights & Runyan and (ii) Debtors' Procedural Objections to Certain Other Claims Filed by Speights & Runyan (Dkt. No. 7097: In re Federal-Mogul Global Inc., No. 01-10578 (AMW)(Bankr. D. Del., Mar. 8, 2005)) | No |

## *In Re: W. R. Grace*
## *Appellees' Counter-Designation of the Record*

| JA Bates No. | Party | Adm. Ex. No. | Date | Description | Confidential |
|---|---|---|---|---|---|
| - | | | 04/07/2005 | The Legal Representative for Future Claimants' First Omnibus Objection to Claims Filed Against the Debtor (Substantive) (Dkt. No. 2612: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |
| - | | | 04/07/2005 | The Legal Representative for Future Claimants' Second Omnibus Objection to Claims Filed Against the Debtor (Substantive) (Dkt. No. 2613: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |
| - | | | 04/07/2005 | Withdrawal of Claims by Speights and Runyan, exemplar Dkt. No. 2615 provided (Dkt. Nos. 2615-2746: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |
| - | | | 09/01/2005 | Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm Speights & Runyan (Substantive) (Dkt. No. 9311) | No |
| - | | | 07/05/2007 | Hearing Transcript before Judge Fitzgerald (Dkt. No. 16422) | No |
| - | | | 09/25/2008 | Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and exhibits A-F thereto (Dkt. No. 19620) | No |
| - | | | 10/21/2008 | Order Granting Application of the Debtors, Pursuant to 11 U.S.C. §§ 105, 524 (g)(4)(B)(i) and 1109, For Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants (Dkt. No. 19818) | No |

# In Re: W. R. Grace
## Appellees' Counter-Designation of the Record

| JA Bates No. | Party | Adm. Ex. No. | Date | Description | Confidential |
|---|---|---|---|---|---|
| - | | | 12/19/2008 | Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization, and the Filing of the Cooperation Agreement (Exhibit 10) and the Property Damage Case Management Order (Exhibit 25) (Dkt. No. 20304) | No |
| - | | | 02/03/2009 | Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure Statement (Dkt. No. 20668) | No |
| - | | | 02/27/2009 | Certification of Counsel Regarding Blacklines of First Amended Plan of Reorganization Dated February 27, 2009, Disclosure Statement and Exhibit Book (Dkt. No. 20876) | No |