# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: Brandon | Date Created: 4/6/2011 |
| Case: 01–01139–JKF | Form ID: ntcBK | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | W.R. Grace &Co., et al.      7500 Grace Drive      Columbia, MD 21044 |
| aty | Curtis A. Hehn      Pachulski Stang Ziehl Young Jones &Wein      919 N. Market Street      17th Floor      Wilmington, DE 19801 |
| aty | David W. Carickhoff      Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801 |
| aty | David W. Carickhoff      Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801 |
| aty | James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899–8705 |
| aty | James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899–8705 |
| aty | Janet S. Baer      Baer Higgins Fruchtman LLC      111 East Wacker Drive      Suite 2800      Chicago, IL 60601 |
| aty | Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899 |
| aty | Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899 |
| aty | Laura Davis Jones      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19899–8705 |
| aty | Mark M. Billion      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19702 |
| aty | Roger J. Higgins, P.C.      Baer Higgins Fruchtman LLC      111 East Wacker Driver      Suite 2800      Chicago, IL 60601 |
| aty | Timothy P. Cairns      Pachulski Stang Young &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19801 |
| aty | Timothy P. Cairns      Pachulski Stang Ziehl &Jones LLP      919 N. Market St., 17th Floor      Wilmington, DE 19801 |

                                                                        TOTAL: 14