# United States Bankruptcy Court

District Of Delaware

In re: **W.R. Grace & Co., et al.**　　　　　　　Case No. **01-01139**
　　　　*W.R. Grace & Co.-Conn.*　　　　　　　　　01-01140

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Restoration Holdings, Ltd.** | Name of Transferor<br>**Archon Bay Capital, LLC**<br>**(as assignee of Cambridge Lumber)** |
| Name and Address where notices to transferee should be sent:<br><br>**Restoration Holdings, Ltd.**<br>**325 Greenwich Avenue, 3rd Fl.**<br>**Greenwich, CT 06830**<br>**Attn: Claims Processing Dept.**<br><br>Phone:<br>(203) 769-5795 | Court Record Address of Transferor<br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**Archon Bay Capital, LLC**<br>**P.O. Box 14610**<br>**Surfside Beach, SC 29587**<br><br>Claim Amount:　　**$273.43**<br><br>Claim Number:　　**927** |
| Phone: *Same as Above* | Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/David P. Tonner__　　　　　　　　　　　Date:　　**4/6/2011**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**