**EXHIBIT A**

## Libby, Montana Asbestos Litigation - 00300

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 259.90 | $ - | $ 526.03 | $ 785.93 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | | | $ 398.88 | $ 398.88 |
| TOTAL | $ 259.90 | $ - | $ 924.91 | $ 1,184.81 |

Holme Roberts & Owen LLP

May 11, 2010

W.R. Grace & Co.

Page           5
Invoice No.:   872868
Client No.:    04339
Matter No.:    00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/31/10 | | Consulting Fee: VENDOR: Iron Mountain; INVOICE#: BRN8225; DATE: 3/31/2010 - Denver/Professional Services | $ | 259.90 |
| | | **Total Disbursements:** | **$** | **259.90** |

### Disbursement Summary

| Consulting Fee | $ | 259.90 |
|---|---|---|
| **Total Disbursements:** | **$** | **259.90** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$ 271.48* |
| 848245 | 07/14/09 | Bill | 1,719.19 |
| | 03/23/10 | Cash Receipt | -1,426.69 |
| | | *Outstanding Balance on Invoice 848245:* | *$ 292.50* |
| 851843 | 08/14/09 | Bill | 334.69 |

Holme Roberts & Owen LLP

07/22/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 879053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BYD2539; DATE: 5/31/2010 - Storage Fees - Invoice BYD2539. | $ 270.52 |
| 06/07/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 341029; DATE: 6/7/2010 - Professional Services through May 31, 2010. | 398.88 |
| 06/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CAS9208; DATE: 6/30/2010 - Document Storage - June 2010 | 255.51 |
| | | **Total Disbursements:** | **$ 924.91** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 526.03 |
| Professional Other Billable Service | | 398.88 |
| **Total Disbursements:** | **$** | **924.91** |

**Total Balance Due This Matter**          $   924.91

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|---|---|---|---|---|---|---|
| | | | April | May | June | |
| Johnson, Eric E. | Partner | $ 440.00 | 0 | 0.4 | 0.7 | $ 484.00 |
| Haag, Susan | Sr. Paralegal | $ 185.00 | 0 | 1.2 | 2.9 | $ 758.50 |
| Sherman, Joan | Paralegal | $ 185.00 | | | | $ - |
| | | | | | | |
| TOTAL | | | 0 | 1.6 | 3.6 | $ 1,242.50 |

**Bankruptcy Matters - 00390**

| Description | April | May | June | Total |
|---|---|---|---|---|
| Photocopies | $ - | | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ | $ | $ | $ |
| Outside Courier | $ - | $ - | $ | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ | $ 270.52 | $ | $ 270.52 |
| Federal Express | $ - | $ - | | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ | $ 596.48 | $ | $ 596.48 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ | | | |
| **TOTAL** | $ - | $ 867.00 | $ - | $ 867.00 |

Holme Roberts & Owen LLP

June 18, 2010

W.R. Grace & Co.

Page 9
Invoice No.: 876646
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/14/10 | EEJ | Review draft application materials for interim fees and execute same for filing. | 0.20 | $ 88.00 |
| 05/14/10 | SH | Draft July 2009 monthly fee application. | 0.60 | 111.00 |
| 05/20/10 | EEJ | Review and sign interim fee application. | 0.20 | 88.00 |
| 05/20/10 | SH | Draft August 2009 monthly fee appplication. | 0.60 | 111.00 |
| | | Total Fees Through May 31, 2010: | 1.60 | $ 398.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.40 | $ 176.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.20 | 222.00 |
| | | Total Fees: | | 1.60 | $ 398.00 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/21/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 339462; DATE: 4/21/2010 - professional services through March 31, 2010. | $ 596.48 |
| 04/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BVL9482; DATE: 4/30/2010 - Administration Fee Storage. | 270.52 |
| | | Total Disbursements: | $ 867.00 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 270.52 |
| Professional Other Billable Service | | 596.48 |
| Total Disbursements: | $ | 867.00 |

Holme Roberts & Owen LLP

07/22/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 879053 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/10 | EEJ | Review and approve monthly fee application with all exhibits (0.2); conference with SHaag re revisions to fee statements to comply with bankruptcy standards (0.1). | 0.30 | $ 132.00 |
| 06/11/10 | SH | Draft September 2009 monthly fee application. | 0.60 | 111.00 |
| 06/14/10 | SH | Revise September monthly fee application (0.3); arrange for filing (0.1). | 0.40 | 74.00 |
| 06/23/10 | EEJ | Review, revise and edit quarterly fee application and all related documents (0.4). | 0.40 | 176.00 |
| 06/23/10 | SH | Draft 34th interim fee application. | 1.60 | 296.00 |
| 06/25/10 | SH | Revise fee application and send to local counsel for filing. | 0.30 | 55.50 |
| | | **Total Fees Through June 30, 2010:** | **3.60** | **$ 844.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.70 | $ 308.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.90 | 536.50 |
| | | **Total Fees:** | | **3.60** | **$ 844.50** |

**Total Balance Due This Matter**                                $    844.50