**EXHIBIT B**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Johnson, Eric E. | Partner | Bankruptcy | $440.00 | 1.1 | $484.00 |
| Haag, Susan | Sr. Paralegal | Bankruptcy | $  185.00 | 4.1 | $758.50 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 5.2 | $1,242.50 |