**EXHIBIT C**

| Description | Total |
|---|---|
| Photocopies | |
| Facsimilies | |
| Long Distance Telephone | |
| Outside Courier | |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 1,056.45 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $ 995.36 |
| Postage | |
| Consulting Fee | |
| TOTAL | $ 2,051.81 |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

RECEIVED

APR 27 2010

Holme Roberts & Owen LLP

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

April 21, 2010
Invoice No. 339462

Matter Name:        W.R. Grace
Matter Number:      105624-0001
Attorney:           Carl N. Kunz, III
Case Number:

| | |
|---|---|
| For Professional Services through March 31, 2010 (details attached) | $462.00 |
| For Disbursements through March 31, 2010 (details attached) | $134.48 |
| Total Services and Disbursements this period | $596.48 |
| Previous Balance | $1,649.04 |
| Payments and Other Credits through 04/01/2010 | |
| Less Payments Received | ($1,649.04) |
| Less Adjustments | $.00 |
| Balance Due | $596.48 |

*ok to pay* \[illegible\] 4-29-10 00390
04339 —

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

April 21, 2010
Invoice No. 339462

Matter Name:     W.R. Grace
Matter Number:   105624-0001
Attorney:        Carl N. Kunz, III
Case Number:

**For Professional Services through March 31, 2010**

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 03/05/10 | WWW | 0.20 | Exchange of emails with S. Haag re certificates of no objection for HRO's April, May and June 2009 fee applications |
| 03/05/10 | WWW | 1.20 | Prepare certificates of no objection re HRO's April, May and June 2009 fee applications (.3); forward to C. Kunz for review (.1); prepare affidavit of service re certificates of no objection (.2); file (.2) and serve (.3) certificates of no objection; scan and forward filings to S. Haag and update case folder re same (.1) |
| 03/08/10 | WWW | 0.10 | Exchange of emails with S. Haag re preparation for filing of HRO's 33rd interim fee application |
| 03/09/10 | WWW | 1.30 | Review, print and review of draft of HRO's 33rd interim fee application (.2); prepare notice of application and affidavit of service (.3); forward fee application to C. Kunz for review (.1); file (.2) and serve (.3) fee application; scan and forward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz (.1) |

| | | | | |
|---|---|---|---|---|
| William W. Weller | Paralegal | 2.80 hrs at | 165.00 /hour | 462.00 |
| **Total Fees** | | **2.80 hrs** | | **$462.00** |

Matter Number: 105624-0001
April 21, 2010
Page: 2

**For Disbursements through March 31, 2010**

| | |
|---|---:|
| Federal Express | 41.57 |
| Postage | 12.51 |
| Reproduction | 80.40 |
| **Total Disbursements** | **$134.48** |

| | |
|---|---:|
| **Total Services and Disbursements this period** | $596.48 |
| **Previous Balance** | $1,649.04 |
| **Payments and Other Credits through 04/01/2010** | ($1,649.04) |
| **Balance Due** | $596.48 |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

RECEIVED

JUN 17 2010

Holme Roberts & Owen LLP
**Mailed**

JUL 14 2010

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

June 7, 2010
Invoice No. 341029

| | | |
|---|---|---|
| Matter Name: | W.R. Grace | |
| Matter Number: | 105624-0001 | |
| Attorney: | Carl N. Kunz, III | |
| Case Number: | | |

*9 0 0 2 5 7 6 3 4 *

| | |
|---|---|
| For Professional Services through May 31, 2010 (details attached) | $363.00 |
| For Disbursements through May 31, 2010 (details attached) | $35.88 |
| Total Services and Disbursements this period | $398.88 |
| Previous Balance | $596.48 |
| Payments and Other Credits through 05/20/2010 | |
| Less Payments Received | ($596.48) |
| Less Adjustments | $.00 |
| **Balance Due** | $398.88 |

OK to pay
KDC 6-25-10
04339-00300

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

June 7, 2010
Invoice No. 341029

Matter Name: W.R. Grace
Matter Number: 105624-0001
Attorney: Carl N. Kunz, III
Case Number:

**For Professional Services through May 31, 2010**

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 05/14/10 | WWW | 0.10 | Exchange of emails with S. Haag re anticipated HRO's fee application filings; calendar re same |
| 05/17/10 | WWW | 0.90 | Receive, print and review of HRO's July 2009 fee application for filing (.2); forward to C. Kunz for review (.1); prepare affidavit of service (.2); file and serve fee application (.2); scan and forward filing to S. Haag (1.); calendar objection deadline and forward to C. Kunz (.1) |
| 05/21/10 | WWW | 1.00 | Receive, print and review of HRO's August 2009 fee application (.2); forward to C. Kunz for review (.1); prepare affidavit of service (.2); file and serve fee application (.3); scan and forward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 05/21/10 | WWW | 0.20 | Receive and respond to email from Fee Auditor re HRO's August 2009 fee application; exchange of emails with S. Haag re same |

| | | | | |
|---|---|---|---|---|
| William W. Weller | Paralegal | 2.20 hrs at | 165.00 /hour | 363.00 |
| | | 2.20 hrs | | $363.00 |

**Total Fees**

Matter Number: 105624-0001
June 7, 2010
Page: 2

**For Disbursements through May 31, 2010**

| | |
|---|---:|
| Federal Express | 35.88 |
| **Total Disbursements** | $35.88 |
| **Total Services and Disbursements this period** | $398.88 |
| **Previous Balance** | $596.48 |
| **Payments and Other Credits through 05/20/2010** | ($596.48) |
| **Balance Due** | $398.88 |