IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: April 27, 2011 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S FIFTIETH MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 14, 2011 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 1064826 |
| Matter No.: | 01016442-0001 | |

100035

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2011

| | |
|---|---|
| FEES | $10,759.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 84.93 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $10,843.93 |

**TOTAL IN US FUNDS: $10,736.56**

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.    Suite 3800    T: 416.216.4000    ogilvyrenault.com
Royal Bank Plaza, South Tower    F: 416.216.3930
200 Bay Street, P.O. Box 84    toronto@ogilvyrenault.com
Toronto, Ontario  M5J 2Z4
CANADA



W.R. GRACE & CO.                                                                                              01016442-0001

RE:  Chapter 11 Proceedings, General Matters
_____

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/11 | Adrienne Glen | Discussing strategy regarding Grace confirmation order with O. Pasparakis (0.30); drafting recognition order regarding confirmation order (1.70). | 2.00 | $620.00 |
| 1/2/11 | Orestes Pasparakis | Reviewing U.S. Order with A. Glen and giving directions regarding next steps. | 0.40 | $320.00 |
| 2/2/11 | Adrienne Glen | Reviewing reasons for overruling objections and decision on plan confirmation (0.70); reviewing plan confirmation order, in detail (0.80). | 1.50 | $465.00 |
| 2/2/11 | Teresa Walsh | Reviewing and swearing 48th Monthly Fee Application. | 0.30 | $180.00 |
| 2/2/11 | Katie Legree | Drafting 16th Quarterly Interim Fee Application (1.30); forwarding same to R. Finke for comments (0.10); emailing to L. Oberholzer the 48th Monthly Fee Application for service and filing (0.10); emailing Fee Auditor with same (0.10). | 1.60 | $288.00 |
| 2/2/11 | Orestes Pasparakis | Liaising with opposing counsel regarding U.S. Order (0.40); giving directions regarding next steps in Canada (0.20); considering Confirmation Order in Canada (0.30). | 0.90 | $720.00 |
| 3/2/11 | Katie Legree | Revising 16th Quarterly Interim Fee Application. | 0.20 | $36.00 |
| 3/2/11 | Orestes Pasparakis | Reviewing and considering decision of the U.S. Courts. | 2.80 | $2,240.00 |
| 4/2/11 | Teresa Walsh | Reviewing and swearing 16th Quarterly Interim Fee Application. | 0.30 | $180.00 |
| 4/2/11 | Katie Legree | Finalizing 16th Quarterly Interim Fee Application and forwarding same to T. Walsh for signature (0.10); emailing same to L. Oberholzer for service and filing (0.10); emailing same to Fee Auditor (0.10). | 0.30 | $54.00 |
| 7/2/11 | Orestes Pasparakis | Following-up on next steps. | 0.40 | $320.00 |

INVOICE: 1064826



W.R. GRACE & CO.                                                                01016442-0001

RE:   Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/2/11 | Adrienne Glen | Researching various issues relating to recognition of plan confirmation. | 2.50 | $775.00 |
| 10/2/11 | Adrienne Glen | Drafting W.R. Grace motion materials regarding recognition of confirmation of plan. | 1.70 | $527.00 |
| 10/2/11 | Katie Legree | Reviewing January proformas. | 0.10 | $18.00 |
| 10/2/11 | Orestes Pasparakis | Following-up on status of motion materials (0.20); considering plan issues (0.30). | 0.50 | $400.00 |
| 11/2/11 | Adrienne Glen | Participating in telephone call with O. Pasparakis and J. Baer regarding issues relating to confirmation order (0.50); revising draft recognition order (0.80). | 1.30 | $403.00 |
| 11/2/11 | Orestes Pasparakis | Following-up with J. Baer (0.40); considering next steps (0.30); reviewing Representative Counsel's position (0.40). | 1.10 | $880.00 |
| 12/2/11 | Orestes Pasparakis | Considering next steps (0.30); reviewing email from U.S. counsel (0.30); considering effect on Canadian process (0.40). | 1.00 | $800.00 |
| 14/2/11 | Orestes Pasparakis | Following-up on status. | 0.20 | $160.00 |
| 16/2/11 | Orestes Pasparakis | Following-up on new U.S. decision (0.30); considering next steps (0.30). | 0.60 | $480.00 |
| 16/2/11 | Adrienne Glen | Reviewing U.S. order clarifying confirmation order issues. | 0.20 | $62.00 |
| 23/2/11 | Adrienne Glen | Attending to correspondence regarding scheduling recognition of confirmation order. | 0.20 | $62.00 |
| 23/2/11 | Orestes Pasparakis | Following-up on status of motion before the Ontario Court. | 0.30 | $240.00 |
| 24/2/11 | Adrienne Glen | Attending to correspondence regarding scheduling recognition order. | 0.50 | $155.00 |
| 24/2/11 | Orestes Pasparakis | Providing advice and directions regarding hearing. | 0.40 | $320.00 |
| 24/2/11 | Katie Legree | Preparing Court request form for April 8th (0.20); reporting to A. Glen (0.10). | 0.30 | $54.00 |
| | | **TOTAL FEES** | | **$10,759.00** |

INVOICE: 1064826



W.R. GRACE & CO.                                                        01016442-0001

RE:   Chapter 11 Proceedings, General Matters

DISBURSEMENTS - NON TAXABLE
| | |
|---|---:|
| Copies | 4.40 |
| Courier service | 80.53 |
| | $84.93 |

INVOICE: 1064826