IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC* HEARING ON APRIL 18, 2011, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

***PLEASE NOTE THIS HEARING IS TELEPHONIC.
ALL PARTICIPANTS MAY APPEAR TELEPHONICALLY.**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 4:00 p.m., April 14, 2011**

## CONTINUED MATTERS:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents:

a. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to May 23, 2011, at 9:00 a.m.

**UNCONTESTED MATTERS:**

2. Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2011 Long-Term Incentive Plan [Filed: 3/14/11] (Docket No. 26555)

   Response Deadline: April 1, 2011, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Authorizing Implementation of the 2011 Long-Term Incentive Plan [Filed: 3/14/11] (Docket No. 26555)

   b. Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2011 Long-Term Incentive Plan [Filed: 4/4/11] (Docket No. 26716)

   c. **[Signed] Order Authorizing Implementation of the 2011 Long-Term Incentive Plan [Filed: 4/8/11] (Docket No. 26756)**

   **Status: The Court has entered an Order on this matter.**

**CONTESTED MATTERS:**

3. Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 12/3/10] (Docket No. 25864)

   Response Deadline: December 23, 2010, at 4:00 p.m.

Responses Received:

a.  Letter Response of Claimant, N.Y. Hillside, Inc. [Filed: 12/21/10] (Docket No. 25965)

b.  Notice of Dissolution of Claimant NY Hillside, Inc. Claim 2114 [Filed: 1/20/11] (Docket No. 26094)

Related Documents:

a.  Certification of Counsel Attaching Affidavit Regarding Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/5/11] (Docket No. 26025)

   (i.)  Affidavit of Michael G. Daniel Regarding Debtors Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/5/11] (Docket No. 26025, Exhibit 1)

b.  Certification of Counsel Regarding Order Disallowing Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/13/11] (Docket No. 26073)

   (i)  [Signed] Order Disallowing Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/14/11] (Docket No. 26074)

Status: This matter will go forward.

Dated: April ____, 2011

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession