# Exhibit A

B3857880.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 2.2 | $  1,430.00 |
| | | | | | |
| **TOTAL** | | | | 2.2 | $  1,430.00 |

B3857880.1



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476505
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through February 28, 2011

| | |
|---|---:|
| Fees | $1,430.00 |
| **Total Fees and Disbursements** | **$1,430.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 476505
March 23, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/11/11 | Jaffe | P230 | Reviewing draft institutional controls plan and emails with team regarding same (1.1). | 1.1 |
| 02/14/11 | Jaffe | P230 | Reviewing draft institutional controls plan and email to team regarding same (.8); reviewing EPA approval of landfill design and email from team (.3). | 1.1 |
| | | | **Total Hours** | **2.2** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 476505
March 23, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.2 | at | 650.00 | = | 1,430.00 |
| **Total Fees** | | | | | **$1,430.00** |

| **Total Fees** | **$1,430.00** |
|---|---|
| **Total Fees and Disbursements** | **$1,430.00** |

To ensure proper credit to your account,
please include remittance page with your payment.



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476505
Matter No.: 08743.00088

**Re:** **Acton Site OU3**

**Total Fees and Disbursements** **$1,430.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 476505
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 93 – Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.6 | $  1,040.00 |
| | | | | | |
| | | | | | |
| **TOTAL** | | | | 1.6 | $  1,040.00 |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476508
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

For Professional Services rendered through February 28, 2011

| | |
|---|---|
| Fees | $1,040.00 |
| **Total Fees and Disbursements** | **$1,040.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 476508
March 23, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/01/11 | Jaffe | P230 | Reviewing consent decree, DEP order, and site closure reports regarding issues arising for potential property transfer (1.2). | 1.2 |
| 02/02/11 | Jaffe | P230 | Emails with Ms. Finkelstein and Ms. Duff (.4). | 0.4 |
| | | | **Total Hours** | **1.6** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 476508
March 23, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.6 | at | 650.00 | = | 1,040.00 |
| | | | | | |
| **Total Fees** | | | | | **$1,040.00** |

| | |
|---|---|
| **Total Fees** | **$1,040.00** |
| **Total Fees and Disbursements** | **$1,040.00** |

 FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476508
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**    **$1,040.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 476508
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

### Matter 101 – Bankruptcy Matters

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 0.7 | $ 455.00 |
| Adam P. Kahn | Partner | Environmental | $635.00 | 0.4 | $ 254.00 |
| | | | | | |
| | | | | | |
| TOTAL | | | | 1.1 | $ 709.00 |

#### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 32.30 |
| | |
| | |
| TOTAL | $ 32.30 |

B3857880.1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476503
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through February 28, 2011

| | |
|---|---|
| Fees | $709.00 |
| Disbursements | 32.30 |
| **Total Fees and Disbursements** | **$741.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 476503
March 23, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/09/11 | Jaffe | B160 | Quarterly fee application preparation (.7). | 0.7 |
| 02/14/11 | Kahn | B160 | Finalize quarterly fee application. | 0.4 |
| | | | **Total Hours** | **1.1** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 476503
March 23, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|--------|
| Adam P. Kahn | 0.4 | at | 635.00 | = | 254.00 |
| Seth D. Jaffe | 0.7 | at | 650.00 | = | 455.00 |
| **Total Fees** | | | | | **$709.00** |

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 02/04/11 | In-House Photocopying | 3.90 |
| 02/09/11 | In-House Photocopying | 4.30 |
| 02/14/11 | In-House Photocopying | 20.40 |
| 02/14/11 | In-House Photocopying | 3.70 |
| **Total Disbursements** | | **$32.30** |

| | |
|---|---|
| **Total Fees** | **$709.00** |
| **Total Disbursements** | **32.30** |
| **Total Fees and Disbursements** | **$741.30** |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 23, 2011
Invoice No.: 476503
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**     **$741.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 476503
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 10.7 | $  6,955.00 |
| | | | | | |
| **TOTAL** | | | | **10.7** | **$  6,955.00** |

B3857880.1