IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 10, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

Name of Applicant:     Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:     W.R. Grace & Co., et al., Debtors and
Debtors-in Possession

Dated of Retention Order:     July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:     September 1, 2010 through September 30, 2010

Amount of Compensation Sought as Actual, Reasonable and Necessary:     $738.00 (80% of $922.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $1,318.30

This is a   X   monthly   _____ quarterly   X   interim   _____ final application

Prior Applications filed:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# V::ODMA/PCDOCS/HRODEN/1525897/1

| Date Filed | Period Covered | **Requested** | | **Approved** | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 11/07/01 | 04/02/01 - 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |

| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
|---|---|---|---|---|---|
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |

| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
|---|---|---|---|---|---|
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |
| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |

| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
|---|---|---|---|---|---|
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |
| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |

| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
|---|---|---|---|---|---|
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |
| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |

| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
|---|---|---|---|---|---|
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |
| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |

| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
|---|---|---|---|---|---|
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Approved | Approved |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Approved | Approved |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Approved | Approved |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Approved | Approved |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Approved | Approved |
| 10/25/10 | 02/01/10 - 02/28/10 | $19,810.00 | $2,894.47 | Approved | Approved |
| 11/03/10 | 03/01/10 - 03/31/10 | 520.50 | 539.54 | Approved | Approved |
| 02/18/11 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Approved | Approved |
| 03/07/11 | 04/01/10 - 04/30/10 | $0.00 | $259.90 | Pending | Pending |
| 03/09/11 | 05/01/10 - 05/31/10 | $318.40 | $867.00 | Pending | Pending |
| 03/09/11 | 06/01/10 - 06/30/10 | $675.60 | $924.91 | Pending | Pending |
| 04/07/11 | 04/01/10 - 06/30/10 | $1,242.50 | $2,051.81 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | .7 | $308.00 |
| Katheryn J. Coggon | Special Counsel | Environmental | $390.00 | .2 | $78.00 |
| **TOTAL** | | | | 0.90 | **$386.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 2.90 | $536.50 |
| | | | | | |
| | | | | | |
| **TOTAL** | | | | 2.9 | **$536.50** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | August |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $0.00 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $1,054.46 |
| Other Expenses | $263.84 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | **$1,318.30** |

Dated: April 11, 2011.

HOLME ROBERTS & OWEN LLP

By: _____
    Eric E. Johnson, Esq. (Colo. #019364)
    1700 Lincoln Street, Suite 4100
    Denver, Colorado  80203
    (303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 10, 2011 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2010 THROUGH
SEPTEMBER 30, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Coggon, Katheryn J. | Special Counsel | $     390.00 | 0.2 | $        78.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| Total |  |  | 0.20 | $        78.00 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Johnson, Eric E. | Partner | $     440.00 | 0.7 | $      308.00 |
| Haag, Susan | Paralegal | $     185.00 | 2.9 | $      536.50 |
|  |  |  |  |  |
|  |  |  |  |  |
| Total |  |  | 3.60 | $      844.50 |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding:Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/24/10 | KJC | Telephone conference with R. Emmett re call from D.C. Orr (0.1); call to D.C. Orr re message received (0.1). | 0.20 | $ | 78.00 |
| | | **Total Fees Through September 30, 2010:** | **0.20** | **$** | **78.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.20 | $ | 78.00 |
| | | **Total Fees:** | | **0.20** | **$** | **78.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/15/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 342396; DATE: 7/15/2010 - Professional Services through June 30, 2010. | $ | 828.41 |
| 08/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CHZ7323; DATE: 8/31/2010 - Administration fee; storage - regular. | | 263.84 |
| | | **Total Disbursements:** | **$** | **1,092.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 263.84 |
| Professional Other Billable Service | | 828.41 |
| **Total Disbursements:** | **$** | **1,092.25** |

**Total Balance Due This Matter**     $     **1,170.25**

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/10 | SH | Revise invoices. | 0.50 | $ 92.50 |
| 09/09/10 | EEJ | Revise and edit three monthly fee applications, with review of billing statements and revisions and edits to same. | 0.70 | 308.00 |
| 09/09/10 | SH | Draft October, 2009 monthly fee application. | 1.00 | 185.00 |
| 09/09/10 | SH | Draft November, 2009 monthly fee application. | 0.70 | 129.50 |
| 09/09/10 | SH | Draft December, 2009 monthly fee application. | 0.70 | 129.50 |
| | | **Total Fees Through September 30, 2010:** | **3.60** | **$ 844.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.70 | $ 308.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.90 | 536.50 |
| | | **Total Fees:** | | **3.60** | **$ 844.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/16/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 343500; DATE: 8/16/2010 - Professional Services through July 31, 2010. | $ 226.05 |
| | | **Total Disbursements:** | **$ 226.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable Service | $ | 226.05 |
| **Total Disbursements:** | **$** | **226.05** |

**EXPENSES**

### Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $    828.41 |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | $    263.84 |
| Color Copies | $    - |
| **Total** | **$ 1,092.25** |

**EXPENSES**

### Matter 00390 -Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $    226.05 |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | |
| Color Copies | $    - |
| **Total** | **$    226.05** |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding:Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/01/10 | SH | Revise invoices. | 0.50 | $ | 92.50 |
| 09/09/10 | EEJ | Revise and edit three monthly fee applications, with review of billing statements and revisions and edits to same. | 0.70 | | 308.00 |
| 09/09/10 | SH | Draft October, 2009 monthly fee application. | 1.00 | | 185.00 |
| 09/09/10 | SH | Draft November, 2009 monthly fee application. | 0.70 | | 129.50 |
| 09/09/10 | SH | Draft December, 2009 monthly fee application. | 0.70 | | 129.50 |
| | | **Total Fees Through September 30, 2010:** | **3.60** | **$** | **844.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.70 | $ | 308.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.90 | | 536.50 |
| | | **Total Fees:** | | **3.60** | **$** | **844.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/16/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 343500; DATE: 8/16/2010 - Professional Services through July 31, 2010. | $ | 226.05 |
| | | **Total Disbursements:** | **$** | **226.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable Service | $ | 226.05 |
| **Total Disbursements:** | **$** | **226.05** |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/24/10 | KJC | Telephone conference with R. Emmett re call from D.C. Orr (0.1); call to D.C. Orr re message received (0.1). | 0.20 | $ | 78.00 |
| | | **Total Fees Through September 30, 2010:** | **0.20** | **$** | **78.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.20 | $ | 78.00 |
| | | | **Total Fees:** | **0.20** | **$** | **78.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/15/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 342396; DATE: 7/15/2010 - Professional Services through June 30, 2010. | $ | 828.41 |
| 08/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CHZ7323; DATE: 8/31/2010 - Administration fee; storage - regular. | | 263.84 |
| | | **Total Disbursements:** | **$** | **1,092.25** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 263.84 | |
| Professional Other Billable Service | | 828.41 | |
| **Total Disbursements:** | **$** | **1,092.25** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **1,170.25** |