IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                               *    Chapter 11
                                                     *
                                                     *    Case No. 01-01139 (JKF)
W.R. GRACE & CO., *et al.*,                          *    Jointly Administered
                                                     *
         Debtors.                                    *    **Related Docket No. 26713**
                                                     *
------------------------------------------------------X

### ARROWOOD'S COUNTER-DESIGNATION OF THE RECORD

Pursuant to Fed. R. Bankr. 8006 and Del. Local R. Bankr. 8006-1, Arrowood Indemnity Company, f/k/a Royal Indemnity Company ("Arrowood"), hereby counter-designates the following items to be included in the appellate record. Arrowood may rely on some or all of the items designated for the record on appeal by other parties.[1]

Pursuant to the Joint Designation of Record [Docket No. 26713], the District Court does not seek hard copies of the documents designated herein at this time. Copies of the documents, whether hard copy or on CD or other format, will be provided to the District Court upon request.

| Docket Entry Date | Docket/Exhibit Number | Description |
|---|---|---|
| Nov. 10, 2008 | 19991 | Arrowood's Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion |
| Dec. 2, 2008 | 20167 | Transcript of November 14, 2008 Hearing. |
| Dec. 29, 2008 | 20371 | Transcript of Hearing Held December 15, 2008. |
| Jan. 6, 2009 | 20450 | Royal's Preliminary Objections to Debtor's Joint Plan of Reorganization |
| Mar. 16, 2009 | 21032 | Preliminary Expert Disclosure Statement of Bernd G. Heinze |
| May 20, 2009 | 21763 | OneBeacon American Insurance Company's and Seaton Insurance Company's Final Objection to Confirmation of Amended Joint Plan of Reorganization. |
| May 20, 2009 | 21764 | Zurich Insurance Company's and Zurich International (Bermuda) Ltd.'s Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants Representative, and The Official Committee of Equity |

---

[1] Unless otherwise indicated in the designation, the designation of an item by another party is presumed by Arrowood to include any exhibits or attachments filed with that item under the same docket number.

| Docket Entry Date | Docket/Exhibit Number | Description |
|---|---|---|
| | | Security Holders Dated February 27, 2009. |
| May 20, 2009 | 21771 | Government Employees Insurance Company's, Republic Insurance Company n/k/a Starr Indemnity & Liability Company's Final Objection to Confirmation of Amended Joint Plan of Reorganization. |
| May 20, 2009 | 21783 | Maryland Casualty Company's Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009. |
| May 20, 2009 | 21794 | Final Plan Objections Of CNA Companies To The First Amended Joint Plan Of Reorganization |
| May 20, 2009 | 21803 | AXA Belgium as Successor to Royale Belge SA's Objection to Confirmation of Amended Plan Dated February 27, 2009. |
| May 20, 2009 | 21814 | Arrowood Indemnity Company's Objections to Debtors' Amended Joint Plan of Reorganization. |
| May 20, 2009 | 21815 | Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions and the Injunction Impairing its Rights of Contribution, Subrogation and Reimbursement that are Contained in the Amended Joint Plan of Reorganization. |
| Jun. 1, 2009 | 21945 | Arrowood's Phase I Trial Brief Objecting to the Amended Joint Plan's Non-Debtor Release and Exculpation Provisions and the Injunction that Impairs Arrowood's Rights of Contribution, Subrogation and Reimbursement. |
| Jun. 2, 2009 | 21946 | Arrowood's Phase I Trial Brief Objecting to the Plan Proponents' First Amended Joint Plan of Reorganization. |
| Jun. 11, 2009 | 22071 | Notice of Deposition of BNSF Phase II Witnesses, dated June 11, 2009. |
| Jun. 15, 2009 | 22124 | Arrowood's Final Witness List for Phase II Confirmation Hearing. |
| Jun. 17, 2009 | 22153 | Motion to Approve Compromise under Rule 9019 and Mutual Release with The Royal Parties<br>Including exhibit to the Motion:<br><br>Exhibit A to Motion (Notice of Debtors' Motion for an Offer Approving Settlement Agreement and Mutual release with the Royal Parties) |
| Jun. 17, 2009 | 22144 | Arrowood's Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes and Peter Van N. Lockwood and Request for Judicial Notice Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. |
| Jul. 10, 2009 | 22397 | Objection to Debtors' Motion to Approve Settlement with Royal Parties |
| Jul. 13, 2009 | 22439 | Brief in Opposition to Confirmation of First Amended Joint Plan of Reorganization<br>Including exhibits to the Brief:<br>Exhibit A to Brief ("Work Related Lung Disease Surveillance System" Table 1-10)<br>Exhibit B to Brief ("Work Related Lung Disease Surveillance System," Table 7-10)<br>Exhibit C to Brief (Declaration of Public Health Emergency) |
| Jul. 13, 2009 | 22410 | Objection /Document Filed Under Seal - Trial Brief Of BNSF Railway Company Objecting To Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos |

| Docket Entry Date | Docket/Exhibit Number | Description |
|---|---|---|
| | | Personal Injury Claimants, The Asbestos Pi Future Claimants' Representative, And The Official Committee Of Equity Security |
| Jul. 13, 2009 | 22411 | Objection /Document Filed Under Seal - Objection Of BNSF Railway Company To The Motion For An Order Approving Settlement Agreement And Mutual Release With The Royal Parties |
| Jul. 14, 2009 | 22453 | Objection by The Debtors and Arrowood to the Libby Claimants' Motion for Shortened Notice and Expedited Consideration of Motion to Defer |
| Jul. 15, 2009 | 22464 | Notice of Deposition of Kemp Hooper |
| Jul. 31, 2009 | 22674 | Hearing transcript for July 27, 2009 |
| Jul. 21, 2009 | 22581 | Declaration of Richard C. Finke In Support of Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with Arrowood Indemnity Company |
| Jul. 23, 2009 | 22601 | Declaration of Tancred V. Schiavoni III

Including exhibits to the Declaration:

Exhibit A to Declaration (Signed copy of its written consent on June 26, 2009 by ACC)

Exhibit B to Declaration (Signed copy of its written consent on June 26, 2009 by FCR)

Exhibit C to Declaration (Emails from the Libby Claimants stating their refusal to attend) |
| Aug. 14, 2009 | 22813 | Exhibit Arrowood's Deposition Designations For Phase II Confirmation Hearing |
| Aug. 19, 2009 | 22859 | Order Authorizing and Approving the Debtors Entering to the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel Discovery. |
| Oct. 20, 2009 | 23531 | Amended hearing transcript for September 16, 2009 |
| Nov. 2, 2009 | 26358 | Arrowood's Phase II Post-Trial Brief in Support of the Relief to be Provided to it Under the Plan of Reorganization |
| Sept. 2009 | Arrowood Phase II Confirmation Hearing Exhibit A-4 | Grace-Royal 1995 Settlement |
| Sept. 2009 | Arrowood Phase II Confirmation Hearing Exhibit A-36 | Letter from Fred M. Beyer of Detroit Insurance Agency to J.C. Kenady of Great Northern Railway, August 22, 1955. |
| Sept. 2009 | Arrowood Phase II Confirmation Hearing Exhibit A-57 | Declaration of Carl J. Pernicone |
| Sept. 2009 | Arrowood Phase II Confirmation Hearing Exhibit A-58 | Declaration of Kemp Hooper |

## RESERVATION OF RIGHTS

Arrowood reserves the right: (i) to supplement, amend, or modify the designation of additional items for the record on appeal, (ii) to move to strike items designated by any party that may be appropriate; and (iii) to defend the propriety of items set forth in this additional designation.

Dated: April 12, 2011

By */s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Telephone
(302) 429-8600 Facsimile

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*

NY1:1842340.6