IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Dkt. No. 26527, 26713 |
| | ) | |
| | ) | |

**NOTICE OF FILING FINAL INDICES OF JOINTLY DESIGNATED RECORD AND APPELLEES' COUNTER-DESIGNATION OF THE RECORD**

On April 1, 2011, the Appellees filed the *Notice of Filing Joint Designation of the Record* [Dkt. No. 26713]. The Appellees indicated in that filing that Bates-stamping was incomplete at that time, and that the Appellees would submit a final version of the index for the joint record (the "Index of the Jointly Designated Record") once the Bates-stamping of the documents was completed.

The final version of the Index of the Jointly Designated Record with the completed Bates ranges for all documents designated is attached hereto at Exhibit A. In addition, a short-form index by topic of the documents contained in the Index of Jointly Designated Record for the Court's and the parties' convenience is attached hereto at Exhibit B.

The Appellees also filed the *Appellees' Counter-Designation of the Record* on April 5, 2011 [Dkt. No. 26734]. The final version of the Index of Appellees' Counter-Designation of the Record with the Bates ranges for all documents designated is attached hereto at Exhibit C.

The underlying document designations have not changed on either the Joint Designation of the Record or the Appellees' Counter-Designation of the Record.

Dated: April 12, 2011

Respectfully submitted,

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
Lisa G. Esayian
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4022
Facsimile: (312) 577-0737

and

PACHULSKI, STANG, ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for Appellees/Debtors and Debtors in Possession*

2

DOCS_DE:169230.1

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for Appellee/The Official Committee of Asbestos Personal Injury Claimants*

3

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for Appellee/David T. Austern, Asbestos PI Future Claimants' Representative*

4

SAUL EWING LLP

*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
David Blabey
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Appellee/The Official Committee of Equity Security Holders*