# **<u>EXHIBIT B</u>**

## Index to Documents on Joint Record on Appeal

| Bates Range | Description |
| --- | --- |
| JA 000001 - JA 001075 | Plan of Reorganization as Modified Through December 23, 2010 and Exhibits Thereto (Dkt. No. 26368) |
| JA 001076 - JA 001154 | Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Supplemental Findings of Fact and Conclusions of Law (Dkt. No. 26154, with title revised per Dkt. No. 26289) |
| JA 001155 - JA 001256 | Order Confirming First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, and Recommending that the District Court Enter an Order Issuing and Affirming this Order and Adopting Recommended Findings of Fact and Conclusions of Law (Dkt. No. 26155, with title revised per Dkt. No. 26289) |
| JA 001257 - JA 001258 | Order Clarifying Memorandum Opinion and Order Confirming Joint plan as Amended Through December 23, 2010 (Dkt. No. 26289) |
| JA 001259 - JA 001299 | Plan Proponents' Motion for Clarification of Confirmation Order (Dkt. No. 26236) and Hearing Transcript re Clarification of Confirmation Order |
| JA 001300 - JA 001436 | Briefing Regarding BNSF Railway Company's Motion for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law [Docket No. 26154] and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Docket No. 26155] |
| JA 001437 - JA 005856 | Confirmation Hearing Transcripts |
| JA 005857 - JA 030545 | Admitted Exhibits from Confirmation Hearings |
| JA 030546 - JA 055743 | Additional Materials |

K&E 18500975.1