# **<u>EXHIBIT C</u>**

## *In Re: W. R. Grace*
## *Appellees' Counter-Designation of the Record*

| WRG-PD Counter Bates No. | Date | Description | Confidential |
|---|---|---|---|
| WRG-PDCOUNTER 000001-WRG-PDCOUNTER 000049 | 06/27/2001 | Notice of Debtors' Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program (Dkt. No. 536) | No |
| WRG-PDCOUNTER 000050-WRG-PDCOUNTER 000140 | 06/27/2001 | Debtors' Memorandum in Support of Motion for Entry of Case Management Order, Motion to Establish Bar Date, Motion to Approve Claim Forms, and Motion to Approve Notice Program (Dkt. No. 537) | No |
| WRG-PDCOUNTER 000141-WRG-PDCOUNTER 000149 | 07/12/2001 | Motion of the Official Committee of Asbestos PD Claimants to Continue the Hearing on Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of the Proof of Claim Forms and Approval of the Notice Program (Dkt. No. 665) | No |
| WRG-PDCOUNTER 000150-WRG-PDCOUNTER 000172 | 07/13/2001 | Zonolite Plaintiffs' Objection to Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program [Dkt. No. 536]; Motion to Extend the Time to Object or Respond to Such Motions; Joinder in Motion for Continuance by Official Committee of Asbestos Property Damage Claimants; Independent Motion to Continue the Hearing on Debtors' Motion; and Request for Consideration and Briefing Regarding Class Treatment (Dkt. No. 674) | No |
| WRG-PDCOUNTER 000173-WRG-PDCOUNTER 000218 | 03/08/2005 | Order Approving Stipulation Withdrawing (i) Certain Claims Filed by the Law Firm of Speights & Runyan and (ii) Debtors' Procedural Objections to Certain Other Claims Filed by Speights & Runyan (Dkt. No. 7097: In re Federal-Mogul Global Inc., No. 01-10578 (AMW)(Bankr. D. Del., Mar. 8, 2005)) | No |
| WRG-PDCOUNTER 000219-WRG-PDCOUNTER 000233 | 04/07/2005 | The Legal Representative for Future Claimants' First Omnibus Objection to Claims Filed Against the Debtor (Substantive) (Dkt. No. 2612: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |

## *In Re: W. R. Grace*
## *Appellees' Counter-Designation of the Record*

| WRG-PD Counter Bates No. | Date | Description | Confidential |
|---|---|---|---|
| WRG-PDCOUNTER 000234-<br>WRG-PDCOUNTER 000248 | 04/07/2005 | The Legal Representative for Future Claimants' Second Omnibus Objection to Claims Filed Against the Debtor (Substantive) (Dkt. No. 2613: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |
| WRG-PDCOUNTER 000249-<br>WRG-PDCOUNTER 000251 | 04/07/2005 | Withdrawal of Claims by Speights and Runyan, exemplar Dkt. No. 2615 provided (Dkt. Nos. 2615-2746: In re United States Mineral Prod., No. 01-2471 (JKF) (Bankr. D. Del. Apr. 7, 2005)) | No |
| WRG-PDCOUNTER 000252-<br>WRG-PDCOUNTER 000289 | 09/01/2005 | Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm Speights & Runyan (Substantive) (Dkt. No. 9311) | No |
| WRG-PDCOUNTER 000290-<br>WRG-PDCOUNTER 000517 | 07/05/2007 | Hearing Transcript before Judge Fitzgerald (Dkt. No. 16422) | No |
| WRG-PDCOUNTER 000518-<br>WRG-PDCOUNTER 000653 | 09/25/2008 | Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and exhibits A-F thereto (Dkt. No. 19620) | No |
| WRG-PDCOUNTER 000654-<br>WRG-PDCOUNTER 000657 | 10/21/2008 | Order Granting Application of the Debtors, Pursuant to 11 U.S.C. §§ 105, 524 (g)(4)(B)(i) and 1109, For Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants (Dkt. No. 19818) | No |
| WRG-PDCOUNTER 000658-<br>WRG-PDCOUNTER 001272 | 12/19/2008 | Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization, and the Filing of the Cooperation Agreement (Exhibit 10) and the Property Damage Case Management Order (Exhibit 25) (Dkt. No. 20304) | No |
| WRG-PDCOUNTER 001273-<br>WRG-PDCOUNTER 002288 | 02/03/2009 | Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure Statement (Dkt. No. 20668) | No |

# *In Re: W. R. Grace*
## *Appellees' Counter-Designation of the Record*

| WRG-PD Counter Bates No. | Date | Description | Confidential |
|---|---|---|---|
| WRG-PDCOUNTER 002289-<br>WRG-PDCOUNTER 002941 | 02/27/2009 | Certification of Counsel Regarding Blacklines of First Amended Plan of Reorganization Dated February 27, 2009, Disclosure Statement and Exhibit Book (Dkt. No. 20876) | No |