**Attachment 3**

**Photos of Test Holes Excavated in Plateau Area and Adjacent Areas Made by EPA on 11/12/10**











**Attachment 4**

**TSS Memorandum**



## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

### REGION 4

#### 61 FORSYTH STREET
#### ATLANTA, GEORGIA 30303-8960

February 4, 2011

**4SD-SSB**

### MEMORANDUM

**SUBJECT:**   Data Evaluation: Plateau Sampling Event, Zonolite Road Vermiculite Site GAO 144, Atlanta, Dekalb County, Georgia

**FROM:**   Tim Frederick, Life Scientist
Technical Services Section
Superfund Division

**TO:**   Terry Stilman, On-Scene Coordinator
Emergency Response Section
Superfund Division

**THRU:**   Glenn Adams, Chief
Technical Services Section
Superfund Division

TSS has reviewed the data collected by START on December 6, 2010. The samples were collected to confirm the presence of asbestos and asbestos-containing vermiculite chips in the subsurface of a mounded "plateau" area on the Zonolite Road site. The purpose of this review is to evaluate the most recent data in the context of the larger investigation of the site and to provide recommendations to the Emergency Response Section.

### Human Health Risk Assessment (HHRA) Report

The HHRA has determined that the risks associated with airborne asbestos are minimal under current site conditions. All soil data were reported to be either non-detect or trace (present but below levels that can be quantified) except for two samples that reported low percentage levels of Libby amphibole asbestos (0.5% and 0.75%). These concentrations were both in an area west of the former exfoliation facility that appears to be an artificially raised plateau.

Activity-based air samples (ABS) were also collected. ABS techniques seek to mimic aggress disturbance of soil to determine the concentrations of asbestos that could become airborne through typical use of the site. Of the four activity-based samples collected, three did not detect

any asbestos. The only detection of airborne asbestos (Libby amphibole) in an activity-based air sample was at the detection limit of the analytical technique and was also located identified in the plateau area. In addition, vermiculite was reportedly observed below land surface in the plateau area though the nature and extent of the material was not determined.

Additional evaluation of the subsurface of this area was suggested in the conclusion of the HHRA report.

## Asbestos Technical Review Workgroup Site Visit

A site visit was conducted on October 20, 2010 with invited members of EPA's national Asbestos Technical Review Workgroup (TRW) in attendance. The group included members from Region 8 familiar with Libby, MT vermiculite, members of the Emergency Response Team (ERT) familiar with sampling efforts at sites that received vermiculite from Libby, and On-Scene Coordinators (OSCs) from other Regions that are familiar with the investigation of the Libby "sister sites." The draft data, historical information, and known current site uses were presented to the team. Included in the input provided by the visiting group was a recommendation to conduct visual confirmation of the presence/absence of vermiculite below land surface in the soil plateau and surrounding areas.

## Investigation of Soil Pile Plateau Site Visit

EPA Region 4 and contractor personnel visited the site again on November 12, 2010. The purpose of the visit was to dig into the plateau and other areas on the site to confirm the presence/absence of vermiculite beneath the ground surface. Test holes were dug in several areas of the plateau and selected other areas of the site. In each of the test holes dug in the plateau, vermiculite was observed within 6-12" below the land surface. Vermiculite was not observed in any of the test holes dug on other areas of the site. Based on these findings, it appears that vermiculite is present below the land surface in the artificial plateau area. Depth of the built-up plateau area ranges from between 0'-6' above the natural grade.

The HHRA Report determined that risks are minimal at the Zonolite Road Vermiculite Site under current site conditions. However, quantities of vermiculite suspected to contain asbestos have been visually identified beneath the land surface in the plateau area.

EPA's *Framework for Investigating Asbestos-Contaminated Superfund Sites* (EPA 2008) provides a step-wise process for evaluating risks associated with asbestos. Step 1 asks "Does (did) the site use asbestos or materials contaminated with asbestos?" The Zonolite Road vermiculite site is known to have used vermiculite from Libby, MT that is contaminated with a distinct form of asbestos. The "Libby amphibole" form of asbestos has been identified in environmental samples collected at the site.

Step 2 of the Framework process asks "has there been (or is there a threat of) a release to the environment." Identification of the Libby amphibole in environmental samples and the visual presence of vermiculite beneath the land surface in the plateau area is evidence that a release has occurred.

2

Step 3 of the Framework process asks "Is human exposure likely under current or future site conditions?" The HHRA Report indicates that current exposure/risks are minimal. However, the vermiculite present in the plateau area could result in exposure/unacceptable risks if it is disturbed in the future. The proposed future land use of the site is as a public park that would include a community garden. Plans for the space include gardens located on the area where the plateau is located. Given this detailed future land use, disturbance of the subsurface soil in the plateau seems likely. Potential exposure to asbestos-containing vermiculite and soil through gardening activities appears to be a plausible future exposure pathway.

Based on this potential exposure pathway, EPA conducted additional sampling on December 6, 2010. Samples of the subsurface soil and bulk samples of buried vermiculite were collected to confirm the presence of asbestos within the plateau area.

## Plateau Soil/Vermiculite Sample Results

Soil samples collected in the subsurface of the plateau were found to have concentrations ranging from "no asbestos found" to 2% tremolite. Asbestos was identified in each of the bulk samples of vermiculite from <1% to 2% tremolite. See attached draft data summary of the EPA samples and splits collected by WR Grace.

## Recommendations

A relationship between the concentration of asbestos in a source material (soil/asbestos-containing vermiculite) and the concentration of fibers in air that results when the source is disturbed is very complex and depends on a broad range of variables. No method has been found to predict the concentration of asbestos in air reliably as it relates to a measured concentration of asbestos in the source material. A low concentration of asbestos in source material may, when disturbed, result in a high concentration of airborne asbestos. Therefore, soil or material concentrations, such as <1%, should not be used to define a "safe" concentration of asbestos for Superfund decision making.

Future land use of the site will result in vigorous and routine disturbance of the soil in the plateau area. An action is warranted in the plateau area to prevent recreational gardeners using the public park from potentially elevated concentrations of airborne asbestos that could result from regular disturbance of the soil and asbestos-containing vermiculite present in the plateau.

If you have any questions regarding this review, you can contact me at 404-562-8598 or frederick.tim@epa.gov.

References: EPA 2008. *Framework for Investigating Asbestos-Contaminated Superfund Sites.* OSWER Directive #9200.0-68. September 2008. (http://go.usa.gov/CVS).

Dedicated to a Cleaner
Environment Since 1982



**batta**
LABORATORIES

EPA LAB ID #DE004

**BATTA LABORATORIES, INC.**

A Certified MBE Company

Delaware Industrial Park, 6 Garfield Way
Newark, DE 19713-5817
Tel. (302) 737-3376  Fax (302) 737-5764

AIHA
A.I.H.A./NLLP
#100448

NVLAP
#101032

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com

**Dept. Code:** PLM

**Batch #:** NA
**Revision #:** 0

## CERTIFICATE OF PLM ANALYSIS

Page 1 of 4

| COC#: 11-0122-12/06/10-0001 | Test Method: CARB 435 (By Point Counting) | Report Date: 12/28/2010 |
|---|---|---|

**Sampling Data**
BLI Project #: L629410
Project Name: 2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Date Sampled: 12/6/2010
Sampled By: CLIENT
Date Analyzed: 12/21/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674411 | 00142 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674412 | 00143 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 99.5% NON-FIBROUS MATERIAL | 0.5% TREMOLITE |
| 674413 | 00144 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674414 | 00145 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 99.5% NON-FIBROUS MATERIAL | 0.5% TREMOLITE |
| 674415 | 00146 | GAO 144 | BULK SOLID | N/A | FIRM | TAN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |

**Note 1** Samples analyzed may be classified as non-friable organically-bound (NOB) materials. Binders in NOB materials may interfere with the accurate identification and quantification of asbestos. Therefore, the EPA recommends more definitive analytical methods by matrix reduction. Batta recommends the New York Methods item 198.6 for the analysis of NOB materials.

**Note 2** Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3** Otherwise specified, Tr=Trace or < 0.25%. Sample 00143 was hand milled.

**ANALYST:** D. BEARD

**REVIEWED BY:**

* This report does not constitute endorsement by NVLAP and/or any other US government agencies.

* The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

* Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

* Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.



Dedicated to a Cleaner
Environment Since 1982

# batta
LABORATORIES

EPA LAB ID #DE004

## BATTA LABORATORIES, INC.

A Certified MBE Company

Delaware Industrial Park, 6 Garfield Way
Newark, DE 19713-5817
Tel. (302) 737-3376  Fax (302) 737-5764

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com



AIHA

NVLAP

A.I.H.A./NLLP
#100448

NVLAP
#101032

Dept. Code:  **PLM**

Batch #:  NA
Revision #:  0

## CERTIFICATE OF PLM ANALYSIS

Page 2 of 4

COC#:  11-0122-12/06/10-0001          Test Method: CARB 435 (By Point Counting)

Report Date:  12/28/2010

**Sampling Data**
BLI Project #:  L629410
Project Name:  2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Date Sampled:  12/6/2010
Sampled By:  CLIENT
Date Analyzed:  12/21/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674416 | 00147 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 99.25% NON-FIBROUS MATERIAL | 0.75% TREMOLITE |
| 674417 | 00148 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674418 | 00149 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |
| 674419 | 00150 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 99.25% NON-FIBROUS MATERIAL | 0.75% TREMOLITE ; TR% CHRYSOTILE |
| 674420 | 00151 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |

**Note 1** Samples analyzed may be classified as non-friable organically-bound (NOB) materials. Binders in NOB materials may interfere with the accurate identification and quantification of asbestos. Therefore, the EPA recommends more definitive analytical methods

**Note 2** Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3** Otherwise specified, Tr=Trace or < 0.25%. Samples 00147, 00149 & 00151 were hand milled.

ANALYST:    D. BEARD                                    REVIEWED BY:

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

*Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

*Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

Dedicated to a Cleaner
Environment Since 1982



**BATTA LABORATORIES, INC.**

A Certified MBE Company

Delaware Industrial Park, 6 Garfield Way
Newark, DE 19713-5817
Tel. (302)737-3376  Fax (302) 737-5764

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com

EPA LAB ID #DE004

A.I.H.A./NLLP
#100448

NVLAP
#101032

**Dept. Code:  PLM**

Batch #:  NA
Revision #:  0

## CERTIFICATE OF PLM ANALYSIS

Page 3 of 4

COC #:  11-0122-12/06/10-0001          Test Method: CARB 435 (By Point Counting)

**Sampling Data**
BLI Project #:  L629410
Project Name:  2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Report Date:  12/28/2010
Date Sampled:  12/6/2010
Sampled By:  CLIENT
Date Analyzed:  12/21/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample # | Client Sample # | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674421 | 00152 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 99.5% NON-FIBROUS MATERIAL | 0.5% TREMOLITE |
| 674422 | 00153 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |
| 674423 | 00154 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |
| 674424 | 00155 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 99.25% NON-FIBROUS MATERIAL | 0.75% TREMOLITE |
| 674425 | 00156 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |

**Note 1**  Samples analyzed may be classified as non-friable organically-bound (NOB) materials.  Binders in NOB materials may interfere with the accurate identification and quantification of asbestos.  Therefore, the EPA recommends more definitive analytical methods.

**Note 2**  Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method.  Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3**  Otherwise specified, Tr=Trace or < 0.25%.  Sample 00154 was hand milled.

ANALYST:  D. BEARD                    REVIEWED BY:

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

*Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

*Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

Dedicated to a Cleaner
Environment Since 1982



**BATTA LABORATORIES, INC.**

EPA LAB ID #DE004

A Certified MBE Company

Delaware Industrial Park, 6 Garfield Way
Newark, DE 19713-5817
Tel. (302) 737-3376  Fax (302) 737-5764

A.I.H.A./NLLP
#100448

NVLAP
#101032



Dept. Code:  PLM

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com

Batch #:  NA
Revision #:  0

## CERTIFICATE OF PLM ANALYSIS

Page 4 of 4

| COC#: 11-0122-12/06/10-0001 | | Test Method: CARB 435 (By Point Counting) | | | | Report Date: | 12/28/2010 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Sampling Data** | | | | | | | |
| BLI Project #: | L629410 | | | | | Date Sampled: | 12/6/2010 |
| Project Name: | 2010 U.S. EPA REGION 4-PROJ NO: 11-0122 | | | | | Sampled By: | CLIENT |
| | | | | | | Date Analyzed: | 12/21/2010 |

| Sample ID | | Client-supplied Data | | Analytical Data | | Reported Results | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components |
| 674426 | 00157 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 100% NON-FIBROUS MATERIAL | TR% TREMOLITE |

**Note 1** Samples analyzed may be classified as non-friable organically-bound (NOB) materials. Binders in NOB materials may interfere with the accurate identification and quantification of asbestos. Therefore, the EPA recommends more definitive analytical methods.

**Note 2** Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3** Otherwise specified, Tr=Trace or < 0.25%. Sample 00157 was hand milled.

ANALYST:  D. BEARD

REVIEWED BY: _____

* This report does not constitute endorsement by NVLAP and/or any other US government agencies.

* The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

* Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

* Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

Dedicated to a Cleaner
Environment Since 1982



EPA LAB ID #DE004



**BATTA LABORATORIES, INC.**

A Certified MBE Company
Delaware Industrial Park, 6 Garfield Way
Newark, DE19713-5817
Tel. (302)737-3376  Fax (302) 737-5764

AIHA

A.I.H.A./NLLP
#100448

NVLAP
#101032

NVLAP

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com

Dept. Code:  **PLM**

Batch #:  NA
Revision #:  1

## CERTIFICATE OF PLM ANALYSIS

Page 1 of 4

COC#: 11-0122-12/06/10-0001

Test Method: CARB 435 (By Visual Estimates)

Report Date:  **2/7/2011**

Sampling Data
BLI Project #:  L629410
Project Name:  2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Date Sampled:  12/6/2010
Sampled By:  CLIENT
Date Analyzed:  12/23/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674411 | 00142 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674412 | 00143 | GAO 144 | SOLID CHIP | N/A | FIRM | BLACK | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674413 | 00144 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 3% CELLULOSE 97% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674414 | 00145 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | 2% TREMOLITE |
| 674415 | 00146 | GAO 144 | BULK SOLID | N/A | FIRM | GRAY | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | 2% TREMOLITE |

**Note 1** Samples analyzed may be classified as non-friable organically-bound (NOB) materials. Binders in NOB materials may interfere with the accurate identification and quantification of asbestos. Therefore, the EPA recommends more definitive analytical methods by matrix reduction. Batta recommends the New York Methods Item 198.6 for the analysis of NOB materials.

**Note 2** Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3** Otherwise specified, Tr=Trace or <0.2% based on visual estimate. Sample 00143 was hand milled.

ANALYST:  J. Tsai

REVIEWED BY:

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

*Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

*Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

Dedicated to a Cleaner
Environment Since 1982



**batta** LABORATORIES

EPA LAB ID #DE004



**BATTA LABORATORIES, INC.**

A Certified MBE Company
Delaware Industrial Park, 6 Garfield Way
Newark, DE19713-5817
Tel. (302)737-3376 Fax (302) 737-5764

AIHA
ACCREDITED LABORATORY
Environmental Lead
& Industrial Hygiene
See aiha.org
for details

A.I.H.A./NLLP
#100448

NVLAP
#101032

Dept. Code:   **PLM**

Batch #:   NA
Revision #:   1

Web: http://www.battaenv.com   E-mail: battaenv@battaenv.com

**CERTIFICATE OF PLM ANALYSIS**

Page 2 of 4

COC#:   11-0122-12/06/10-0001          Test Method: CARB 435 (By Visual Estimates)

Sampling Data

| | | | | | | | | Report Date: | 2/7/2011 |
|---|---|---|---|---|---|---|---|---|---|

BLI Project #:   L629410
Project Name:   2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Date Sampled:   12/6/2010
Sampled By:   CLIENT
Date Analyzed:   12/23/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674416 | 00147 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 2% CELLULOSE 96% NON-FIBROUS MATERIAL | 2% TREMOLITE |
| 674417 | 00148 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |
| 674418 | 00149 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674419 | 00150 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674420 | 00151 | GAO 144 | SOLID CHIP | N/A | FIRM | GRAY | <1% CELLULOSE 100% NON-FIBROUS MATERIAL | <1% TREMOLITE |

**Note 1**  Samples analyzed may be classified as non-friable organically-bound (NOB) materials.  Binders in NOB materials may interfere with the accurate identification and quantification of asbestos.  Therefore, the EPA recommends more definitive analytical methods

**Note 2**  Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method.  Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3**  Otherwise specified, Tr=Trace or < 0.2% based on visual estimate.  Samples 00147, 00149 & 00151 were hand milled.

ANALYST:      J. Tsai                                              REVIEWED BY:

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

* Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis.  Submission of fewer samples may compromise the accuracy of ACM determination.

*Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI).  Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis.  Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.



Dedicated to a Cleaner
Environment Since 1982



**BATTA LABORATORIES, INC.**

A Certified MBE Company
Delaware Industrial Park, 6 Garfield Way
Newark, DE19713-5817
Tel. (302)737-3376  Fax (302) 737-5764

EPA LAB ID #DE004



A.I.H.A./NLLP
#100448

NVLAP
#101032

**Dept. Code:  PLM**

Batch #:  NA
Revision #:  1

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com

### CERTIFICATE OF PLM ANALYSIS

Page 3 of 4

COC#:  11-0122-12/06/10-0001

**Sampling Data**
BLI Project #:  L629410
Project Name:  2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Test Method: CARB 435 (By Visual Estimates)

Report Date:  2/7/2011
Date Sampled:  12/6/2010
Sampled By:  CLIENT
Date Analyzed:  12/23/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674421 | 00152 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674422 | 00153 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674423 | 00154 | GAO 144 | SOLID CHIP | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674424 | 00155 | GAO 144 | BULK SOLID | N/A | FIRM | BROWN | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |
| 674425 | 00156 | GAO 144 | BULK SOLID | N/A | FIRM | GRAY | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | NO ASBESTOS FOUND |

**Note 1** Samples analyzed may be classified as non-friable organically-bound (NOB) materials.  Binders in NOB materials may interfere with the accurate identification and quantification of asbestos.  Therefore, the EPA recommends more definitive analytical methods

**Note 2** Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3** Otherwise specified, Tr=Trace or < 0.2% based on visual estimate.  Sample 00154 was hand milled.

ANALYST:  _____ J. Tsai _____

REVIEWED BY: _____

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed.  Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

* Due to the general heterogeny of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis.  Submission of fewer samples may compromise the accuracy of ACM determination.

*Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI).  Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis.  Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

Dedicated to a Cleaner
Environment Since 1982



**batta**
LABORATORIES

EPA LAB ID #DE004

**BATTA LABORATORIES, INC.**

A Certified MBE Company

Delaware Industrial Park, 6 Garfield Way
Newark, DE 19713-5817
Tel. (302) 737-3376  Fax (302) 737-5764

Web: http://www.battaenv.com  E-mail: battaenv@battaenv.com



AIHA

A.I.H.A./NLLP
#100448

NVLAP
#101032

NVLAP

Dept. Code:   PLM

Batch #:   NA
Revision #:   1

**CERTIFICATE OF PLM ANALYSIS**

Page 4 of 4

COC#:   11-0122-12/06/10-0001

Test Method: CARB 435 (By Visual Estimates)

Report Date:   2/7/2011

**Sampling Data**

BLI Project #:   L629410
Project Name:   2010 U.S. EPA REGION 4-PROJ NO: 11-0122

Date Sampled:   12/6/2010
Sampled By:   CLIENT
Date Analyzed:   12/23/2010

| Sample ID | | Client-supplied Data | | | Analytical Data | | Reported Results | |
|---|---|---|---|---|---|---|---|---|
| Lab Sample# | Client Sample# | Sample Location | Material Type | Friable? | Texture | Color | Non-asbestiform Components | Asbestiform Components |
| 674426 | 00157 | GAO 144 | SOLID CHIP | N/A | FIRM | GRAY | 2% CELLULOSE 98% NON-FIBROUS MATERIAL | <1% TREMOLITE |

Revision 1: Sample colors for some samples were revised.

**Note 1**  Samples analyzed may be classified as non-friable organically-bound (NOB) materials. Binders in NOB materials may interfere with the accurate identification and quantification of asbestos. Therefore, the EPA recommends more definitive analytical methods

**Note 2**  Due to limitations of the EPA PLM method, floor tiles may yield false negative (<1%) results by this method. Due to this, the EPA recommends more definitive analysis using analytical electron microscopy.

**Note 3**  Otherwise specified, Tr=Trace or < 0.2% based on visual estimate. Sample 00157 was hand milled.

ANALYST:   J. Tsai.

REVIEWED BY:

*This report does not constitute endorsement by NVLAP and/or any other US government agencies.

*The test data pertain only to the items tested. No assumptions or conclusions should be made to materials or samples not analyzed. Furthermore, Batta Laboratories, Inc. assumes no responsibility for the accuracy of results influenced by the use of improper collection techniques or equipment.

* Due to the general heterogeneity of asbestos containing materials (ACM), EPA and OSHA have recommended submission of at least three samples of each type of materials for PLM analysis. Submission of fewer samples may compromise the accuracy of ACM determination.

* Electronic versions of the certificate of analysis (i.e. Excel files, PDF files, Word files, etc.) are not under the warranty of authenticity and accuracy of the original analytical results kept on file by the Batta Laboratories, Inc. (BLI). Under all circumstances BLI should be notified in writing for any changes made to these electronic certificates of analysis. Under no circumstances will BLI be liable for changes made to the electronic certificate of analysis without BLI's prior consent in writing.

**Attachment 5**

**Enforcement Confidential Addendum**

Enforcement Confidential Addendum

EPA's Addendum is Enforcement Confidential, and is considered to be Attorney Client Privileged.

**Appendix B**

**Cost Summary**

Report Date: 03/16/2011

IFMS Reconciliation Pending

Narrative Cost Summary

VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07

Costs from 10/01/1980 to 03/16/2011

1. The United States Environmental Protection Agency has incurred at least $12,218.33 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $534.00 for Regional Travel Costs.

3. The United States Environmental Protection Agency has incurred costs of at least $1,550.00 for OTHER EXPENDITURES contract expenditures.  The total represents the amount spent under the EMSL ANALYTICAL INC. contract.

4. The United States Environmental Protection Agency has incurred costs of at least $93,789.63 for SUPERFUND TECHNICAL ASSISTANCE RESPONSE TEAM (START) contract expenditures. The total represents the amount spent under the TETRA TECH EM INC. contract.

5. The United States Environmental Protection Agency has incurred costs of at least $15,387.96 for Miscellaneous Expenses.

6. The United States Environmental Protection Agency has incurred at least $61,147.28 for Indirect Costs.


**Total Site Costs:** $184,627.20

Report Date: 03/16/2011

IFMS Reconciliation Pending

Itemized Cost Summary

VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07

Costs from 10/01/1980 to 03/16/2011

**REGIONAL PAYROLL COSTS** ........................................................................................................................    $12,218.33

**REGIONAL TRAVEL COSTS** ....................................................................................................    $534.00

**OTHER EXPENDITURES**
    EMSL ANALYTICAL INC. (0R0429NTSA) ....................................................................    $1,550.00

**SUPERFUND TECHNICAL ASSISTANCE RESPONSE TEAM (START)**
    TETRA TECH EM INC. (EPW05054) ....................................................................    $93,789.63

**MISCELLANEOUS COSTS (MIS)** ........................................................................................    $15,387.96

**EPA INDIRECT COSTS** ....................................................................................................    $61,147.28

**Total Site Costs:**    $184,627.20

## IFMS Reconciliation Pending

### Regional Payroll Costs

## VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07

### Costs from 10/01/1980 to 03/16/2011

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| CERON, LEONARDO ENVIRONMENTAL SCIENTIST | 2010 | 06 | 10.00 | 540.50 |
|  |  | 13 | 27.00 | 1,513.15 |
|  |  | 14 | 56.00 | 3,264.39 |
|  |  | 15 | 4.00 | 223.81 |
|  |  |  | 97.00 | $5,541.85 |
| CROWE, MICHAEL J. | 2010 | 13 | 23.00 | 932.52 |
|  |  |  | 23.00 | $932.52 |
| NOAH, GREGORY W. ENVIRONMENTAL SCIENTIST | 2010 | 13 | 16.00 | 826.29 |
|  |  |  | 16.00 | $826.29 |
| RIVERA-BARRETO, FERNANDO ENVIRONMENTAL ENGINEER | 2011 | 10 | 14.00 | 771.36 |
|  |  | 11 | 22.00 | 1,212.15 |
|  |  |  | 36.00 | $1,983.51 |
| STILMAN, TERRY ENVIRONMENTAL SCIENTIST | 2011 | 06 | 16.00 | 1,125.75 |
|  |  |  | 16.00 | $1,125.75 |
| TURNER, NARDINA ENVIRONMENTAL SCIENTIST | 2010 | 14 | 2.25 | 144.09 |
|  |  | 15 | 0.25 | 16.01 |
|  |  | 17 | 0.50 | 32.85 |
|  |  | 26 | 0.25 | 16.43 |
|  |  | 27 | 2.00 | 131.39 |
|  | 2011 | 01 | 4.00 | 262.76 |
|  |  | 02 | 3.00 | 197.85 |
|  |  | 03 | 4.00 | 263.79 |
|  |  | 04 | 3.25 | 214.32 |
|  |  | 06 | 2.50 | 164.86 |
|  |  | 07 | 1.00 | 65.96 |
|  |  | 08 | 0.50 | 33.12 |
|  |  | 09 | 1.00 | 66.25 |
|  |  | 10 | 2.75 | 182.16 |

Report Date: 03/16/2011

## IFMS Reconciliation Pending
### Regional Payroll Costs
## VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| TURNER, NARDINA | 2011 | 11 | 0.25 | 16.57 |
| | | | 27.50 | $1,808.41 |
| Total Regional Payroll Costs | | | | |
| | | | 215.50 | $12,218.33 |