Report Date: 03/16/2011

Section 4 - Page 1 of 1

# IFMS Reconciliation Pending
## Regional Travel Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07
Costs from 10/01/1980 to 03/16/2011

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| CROWE, MICHAEL J. | 0QDN8O | ACHA10089 | 04/01/2010 | 264.50 |
| | | | | $264.50 |
| NOAH, GREGORY W.<br>ENVIRONMENTAL SCIENTIST | 0QDKS7 | ACHA10099 | 04/13/2010 | 269.50 |
| | | | | $269.50 |
| **Total Regional Travel Costs** | | | | **$534.00** |

Report Date: 03/16/2011

Section 5 - Page 1 of 1

## IFMS Reconciliation Pending
## Contract Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

**OTHER EXPENDITURES**

| | |
|---|---|
| Contractor Name: | EMSL ANALYTICAL INC. |
| EPA Contract Number: | 0R0429NTSA |
| Project Officer(s): | |
| Dates of Service: | From:          To: |
| Summary of Service: | |
| Total Costs: | $1,550.00 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount |
|---|---|---|---|---|---|
| 044542 | 07/08/2010 | 0.00 | K2902 | 07/08/2010 | 1,550.00 |
| | | | | Total: | $1,550.00 |

Report Date: 03/16/2011

Section 6 - Page 1 of 2

## IFMS Reconciliation Pending
## Contract Costs
## VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

### SUPERFUND TECHNICAL ASSISTANCE RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | EPW05054 |
| Delivery Order Information | DO #   Start Date   End Date |
| | 3      10/24/2009   12/31/2010 |
| Project Officer(s): | JONES, SYLVIA |
| Dates of Service: | From: 10/24/2009   To: 12/31/2010 |
| Summary of Service: | TECHNICAL ASSISTANT TEAM PROP-SUB(REDI) |
| Total Costs: | $93,789.63 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | Treasury Schedule Date | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| T3-06-BY-45 | 11/25/2009 | 94,648.87 | R0307 | 01/12/2010 | 6,036.55 | 1,708.00 |
| T3-06-BY-46 | 12/30/2009 | 84,988.60 | R0417 | 02/17/2010 | 2,502.00 | 707.92 |
| T3-06-BY-47 | 01/27/2010 | 113,025.07 | R0491 | 03/16/2010 | 99.40 | 28.12 |
| T3-06-BY-49 | 03/31/2010 | 178,349.95 | R0689 | 05/14/2010 | 13,396.53 | 3,790.45 |
| T3-06-BY-50 | 04/28/2010 | 122,169.31 | R0795 | 06/18/2010 | 6,948.78 | 1,966.11 |
| T3-06-BY-51 | 05/26/2010 | 112,490.04 | R0887 | 07/15/2010 | 4,032.19 | 1,140.88 |
| T3-06-BY-52 | 06/30/2010 | 168,384.95 | R0997 | 08/19/2010 | 348.33 | 98.56 |
| T3-06-BY-53 | 07/28/2010 | 42,261.62 | R0A81 | 09/14/2010 | 2,370.03 | 670.58 |
| T3-06-BY-54 | 09/01/2010 | 89,610.68 | R1066 | 10/21/2010 | 4,719.24 | 1,335.28 |
| T3-06-BY-55 | 10/06/2010 | 104,167.58 | R1154 | 11/22/2010 | 4,146.21 | 1,173.14 |
| T3-06-BY-56 | 10/03/2010 | 72,598.60 | R1254 | 12/22/2010 | 8,923.10 | 2,524.73 |
| T3-06-BY-57 | 12/01/2010 | 54,737.68 | R1346 | 01/20/2011 | 7,545.03 | 2,134.81 |
| T3-06-BY-58 | 01/05/2011 | 76,608.00 | R1441 | 02/17/2011 | 12,037.68 | 3,405.98 |
| | | | | Total: | $73,105.07 | $20,684.56 |

Report Date: 03/16/2011

Section 6 - Page 2 of 2

## IFMS Reconciliation Pending
## Contract Costs
## VERMICULITE EXFO WR GRACE GA0144, ATLANTA, GA  SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

### SUPERFUND TECHNICAL ASSISTANCE RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | EPW05054 |

Delivery Order Information

| DO # | Start Date | End Date |
|---|---|---|
| 3 | 10/24/2009 | 12/31/2010 |

| | |
|---|---|
| Project Officer(s): | JONES, SYLVIA |
| Dates of Service: | From: 10/24/2009   To: 12/31/2010 |
| Summary of Service: | TECHNICAL ASSISTANT TEAM PROP-SUB(REDI) |
| Total Costs: | $93,789.63 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| T3-06-BY-45 | R0307 | Class | 0.282943 |
| T3-06-BY-46 | R0417 | Class | 0.282943 |
| T3-06-BY-47 | R0491 | Class | 0.282943 |
| T3-06-BY-49 | R0689 | Class | 0.282943 |
| T3-06-BY-50 | R0795 | Class | 0.282943 |
| T3-06-BY-51 | R0887 | Class | 0.282943 |
| T3-06-BY-52 | R0997 | Class | 0.282943 |
| T3-06-BY-53 | R0A81 | Class | 0.282943 |
| T3-06-BY-54 | R1066 | Class | 0.282943 |
| T3-06-BY-55 | R1154 | Class | 0.282943 |
| T3-06-BY-56 | R1254 | Class | 0.282943 |
| T3-06-BY-57 | R1346 | Class | 0.282943 |
| T3-06-BY-58 | R1441 | Class | 0.282943 |

Report Date: 03/16/2011

Section 7 - Page 1 of 1

# IFMS Reconciliation Pending
## Miscellaneous (MIS) Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA   SITE ID = B4 07
Costs from 10/01/1980 to 03/16/2011

**Miscellaneous (MIS) Costs**

Total Costs:     $15,387.96

| Procurement Number | Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount | Description |
|---|---|---|---|---|---|---|---|
| ***CONTRACT NAME NOT FOUND*** | | | | | | | |
| EP094000116 | 2200018684 | 11/10/2010 | 0.00 | L0346 | 11/10/2010 | 2,200.00 | |
| EP094000116 | 2200018684 | 01/19/2011 | 0.00 | L0984 | 01/19/2011 | 2,160.00 | |
| EP104000059 | 2200016669 | 01/19/2011 | 0.00 | L0988 | 01/19/2011 | 4,210.00 | |
| EPW06005 | 11 | 10/18/2010 | 4,221.99 | R1136 | 11/17/2010 | 345.90 | |
| EPW06005 | 13 | 11/15/2010 | 3,130.81 | R1213 | 12/10/2010 | 1,579.92 | |
| EPW06005 | 14 | 12/14/2010 | 3,090.10 | R1302 | 01/07/2011 | 2,852.14 | |
| | | | Vendor Total: | | | $13,347.96 | |
| **BANKCARD** | | | | | | | |
| B1BK0000106 | 1288993 | 12/22/2010 | 161,144.52 | ACHC10357 | 12/28/2010 | 2,040.00 | BATTA ENVIRONMENTAL |
| | | | Vendor Total: | | | $2,040.00 | |
| | | | Total Miscellaneous Costs: | | | $15,387.96 | |

Report Date: 03/16/2011                                          Section 8 - Page 1 of 1

## IFMS Reconciliation Pending
## EPA Indirect Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA  SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|---|---|---|---|
| 2010 | 55,569.86 | 49.52% | 27,518.20 |
| 2011 | 67,910.06 | 49.52% | 33,629.08 |
|  | 123,479.92 |  |  |

Total EPA Indirect Costs                                                                   $61,147.28

Report Date: 03/16/2011

Section 9 - Page 1 of 4

# IFMS Reconciliation Pending
## EPA Indirect Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CERON, LEONARDO | 2010 | 06 | 540.50 | 49.52% | 267.66 |
|  |  | 13 | 1,513.15 | 49.52% | 749.31 |
|  |  | 14 | 3,264.39 | 49.52% | 1,616.53 |
|  |  | 15 | 223.81 | 49.52% | 110.83 |
|  |  |  | 5,541.85 |  | $2,744.33 |
| CROWE, MICHAEL J. | 2010 | 13 | 932.52 | 49.52% | 461.78 |
|  |  |  | 932.52 |  | $461.78 |
| NOAH, GREGORY W. | 2010 | 13 | 826.29 | 49.52% | 409.18 |
|  |  |  | 826.29 |  | $409.18 |
| TURNER, NARDINA | 2010 | 14 | 144.09 | 49.52% | 71.35 |
|  |  | 15 | 16.01 | 49.52% | 7.93 |
|  |  | 17 | 32.85 | 49.52% | 16.27 |
|  |  | 26 | 16.43 | 49.52% | 8.14 |
|  |  | 27 | 131.39 | 49.52% | 65.06 |
|  |  |  | 340.77 |  | $168.75 |

Total Fiscal Year 2010 Payroll Direct Costs: 7,641.43   $3,784.04

## TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CROWE, MICHAEL J. | 0QDN8O | 04/01/2010 | 264.50 | 49.52% | 130.98 |
|  |  |  | 264.50 |  | $130.98 |

Report Date: 03/16/2011

Section 9 - Page 2 of 4

## IFMS Reconciliation Pending
## EPA Indirect Costs
## VERMICULITE EXFO WR GRACE GA0144, ATLANTA, GA  SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| NOAH, GREGORY W. | 0QDKS7 | 04/13/2010 | 269.50 | 49.52% | 133.46 |
|  |  |  | 269.50 |  | $133.46 |

Total Fiscal Year 2010 Travel Direct Costs:    534.00    $264.44

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 0R0429NTSA | 044542 | 07/08/2010 | 1,550.00 | 0.00 | 49.52% | 767.56 |
|  |  |  | 1,550.00 | 0.00 |  | $767.56 |
| EPW05054 | T3-06-BY-45 | 01/12/2010 | 6,036.55 | 1,708.00 | 49.52% | 3,835.10 |
|  | T3-06-BY-46 | 02/17/2010 | 2,502.00 | 707.92 | 49.52% | 1,589.55 |
|  | T3-06-BY-47 | 03/16/2010 | 99.40 | 28.12 | 49.52% | 63.15 |
|  | T3-06-BY-49 | 05/14/2010 | 1,362.05 | 385.38 | 49.52% | 865.33 |
|  |  |  | 12,034.48 | 3,405.07 | 49.52% | 7,645.67 |
|  | T3-06-BY-50 | 06/18/2010 | 6,948.78 | 1,966.11 | 49.52% | 4,414.65 |
|  | T3-06-BY-51 | 07/15/2010 | 4,032.19 | 1,140.88 | 49.52% | 2,561.70 |
|  | T3-06-BY-52 | 08/19/2010 | 348.33 | 98.56 | 49.52% | 221.30 |
|  | T3-06-BY-53 | 09/14/2010 | 2,370.03 | 670.58 | 49.52% | 1,505.71 |
|  |  |  | 35,733.81 | 10,110.62 |  | $22,702.16 |

Total Fiscal Year 2010 Other Direct Costs:    37,283.81    10,110.62    $23,469.72

Total Fiscal Year 2010:    55,569.86    $27,518.20

IFMS Reconciliation Pending

EPA Indirect Costs

VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA   SITE ID = B4 07

Costs from 10/01/1980 to 03/16/2011

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| RIVERA-BARRETO, FERNANDO | 2011 | 10 | 771.36 | 49.52% | 381.98 |
|  |  | 11 | 1,212.15 | 49.52% | 600.26 |
|  |  |  | 1,983.51 |  | $982.24 |
| STILMAN, TERRY | 2011 | 06 | 1,125.75 | 49.52% | 557.47 |
|  |  |  | 1,125.75 |  | $557.47 |
| TURNER, NARDINA | 2011 | 01 | 262.76 | 49.52% | 130.12 |
|  |  | 02 | 197.85 | 49.52% | 97.98 |
|  |  | 03 | 263.79 | 49.52% | 130.63 |
|  |  | 04 | 214.32 | 49.52% | 106.13 |
|  |  | 06 | 164.86 | 49.52% | 81.64 |
|  |  | 07 | 65.96 | 49.52% | 32.66 |
|  |  | 08 | 33.12 | 49.52% | 16.40 |
|  |  | 09 | 66.25 | 49.52% | 32.81 |
|  |  | 10 | 182.16 | 49.52% | 90.21 |
|  |  | 11 | 16.57 | 49.52% | 8.21 |
|  |  |  | 1,467.64 |  | $726.79 |

Total Fiscal Year 2011 Payroll Direct Costs: 4,576.90   $2,266.50

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| B1BK0000106 | 1288993 | 12/28/2010 | 629.74 | 0.00 | 49.52% | 311.85 |
|  |  |  | 726.64 | 0.00 | 49.52% | 359.83 |
|  |  |  | 242.14 | 0.00 | 49.52% | 119.91 |

Report Date: 03/16/2011

Section 9 - Page 4 of 4

## IFMS Reconciliation Pending
## EPA Indirect Costs
### VERMICULITE EXFO WR GRACE GAO144, ATLANTA, GA   SITE ID = B4 07
### Costs from 10/01/1980 to 03/16/2011

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| B1BK0000106 | 1288993 | 12/28/2010 | 441.48 | 0.00 | 49.52% | 218.62 |
|  |  |  | 2,040.00 | 0.00 |  | $1,010.21 |
|  |  |  |  |  |  |  |
| EP094000116 | 2200018684 | 11/10/2010 | 2,200.00 | 0.00 | 49.52% | 1,089.44 |
|  |  | 01/19/2011 | 2,160.00 | 0.00 | 49.52% | 1,069.63 |
|  |  |  | 4,360.00 | 0.00 |  | $2,159.07 |
|  |  |  |  |  |  |  |
| EP104000059 | 2200016669 | 01/19/2011 | 4,210.00 | 0.00 | 49.52% | 2,084.79 |
|  |  |  | 4,210.00 | 0.00 |  | $2,084.79 |
|  |  |  |  |  |  |  |
| EPW05054 | T3-06-BY-54 | 10/21/2010 | 4,719.24 | 1,335.28 | 49.52% | 2,998.20 |
|  | T3-06-BY-55 | 11/22/2010 | 4,146.21 | 1,173.14 | 49.52% | 2,634.14 |
|  | T3-06-BY-56 | 12/22/2010 | 8,923.10 | 2,524.73 | 49.52% | 5,668.97 |
|  | T3-06-BY-57 | 01/20/2011 | 7,545.03 | 2,134.81 | 49.52% | 4,793.46 |
|  | T3-06-BY-58 | 02/17/2011 | 12,037.68 | 3,405.98 | 49.52% | 7,647.70 |
|  |  |  | 37,371.26 | 10,573.94 |  | $23,742.47 |
|  |  |  |  |  |  |  |
| EPW06005 | 11 | 11/17/2010 | 345.90 | 0.00 | 49.52% | 171.29 |
|  | 13 | 12/10/2010 | 188.94 | 0.00 | 49.52% | 93.56 |
|  |  |  | 1,390.98 | 0.00 | 49.52% | 688.81 |
|  | 14 | 01/07/2011 | 2,852.14 | 0.00 | 49.52% | 1,412.38 |
|  |  |  | 4,777.96 | 0.00 |  | $2,366.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fiscal Year 2011 Other Direct Costs: | | | 52,759.22 | 10,573.94 | | $31,362.58 |
| Total Fiscal Year 2011: | | | 67,910.06 | | | $33,629.08 |

**Total EPA Indirect Costs**                                                           $61,147.28