**EXHIBIT B**

**IDOR POC (Claim no. 150)**

# WR Grace

Bankruptcy Form 10
Index Sheet

RUST000033

A00000150B

Claim Number: 00000150

Receive Date: 06 / 12 / 2001

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number:                        Firm Name:

Attorney Number:                    Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [x] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRBF0001/WRBF0003                    Document Number: WRBF000150


Illinois Department of Revenue

# Proof of Claim for Dept. of Revenue Taxes

[Bankruptcy Code Cases]

| Case Number | 01-01140 |
|---|---|
| Type of Bankruptcy Case | Ch 11 |
| Date of Petition | 4-2-01 |

United States Bankruptcy Court for the _____

District of DELAWARE, WILMINGTON Division

**In the Matter of:**

W. R. GRACE + CO

| Retailers' Occupation Tax Number | Social Security Number |
|---|---|
| 0318-8132 | |
| Employer Identification Number | Excise Tax Number (specify) |
| 13-5114230 | |

1. The undersigned, whose business address is 100 West Randolph Street, Level 7-425, Chicago, Illinois is the agent of the State of Illinois, Department of Revenue, and is authorized to make this request for payment on behalf of the State of Illinois.

2. The debtor is indebted to the State of Illinois in the sum of $ 3,486,418.41

3. The grounds for liability are taxes due under the Illinois Revised Statutes.

| Kind of Tax | Tax Period Asmt. No. | Tax Due | Interest to Petition date | Penalty | Notice of Office Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|
| W/H | 1976-1989 VARIOUS OPEN QTRS EST-SEE ATTACHED | 1,150,084.00 | 1,280,109.39 | 1,055,936.92 | | |
| | 4th QTR/00 ASMT | -0- | 79.79 | 208.31 | | |

4. Total tax due............................................................. 1,150,084.00
5. Total pre-petition interest............................................ 1,280,189.18
6. Total amount entitled to priority (section 507(a)(7) of the Bankruptcy Code)...... 2,430,273.18
7. Total penalty............................................................... 1,056,145.23
8. Total amount claimed..................................................... 3,486,418.41
9. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.

| Remit to: Illinois Dept. of Revenue Bankruptcy, Bulk Sales, Probate Division State of Illinois Center 100 W. Randolph Level 7-425 Chicago, IL 60601 (312) 917-3058 | Attorney: JAMES E. RYAN Attorney General Revenue Litigation 500 S. Second St. Springfield, IL 62706 217-782-9060 | Signature: [signed] Donald W Peterson Prepared by: [signed] Kevin Liu | Date: 6-7-01 Telephone Number (312) 814-3208 |
|---|---|---|---|

IDR-585-A (R-8/89)
IL-492-0713

WR Grace    BF.1.3.150
00000150

National 45-507 Made in USA

W.R. GRACE + CO     BK 01-01140
Ch 11 FILED 4-2-01   0318-8132   13-5114230

| P/C | TAX | PEN | INT | TOTAL | | |
|---|---|---|---|---|---|---|
| | WITHHOLDING BREAKDOWN | | | | | |
| 76/2 | 18 - | 540 | 4234 | 6574 | EST | |
| 84/1 | 18 - | 450 | 27.58 | 5008 | } | |
| 84/2 | 18 - | 675 | 27.09 | 5884 | } | |
| 85/1 | 35,715 | 13,393.13 | 50,568.28 | 99,676.41 | } | |
| 85/2 | 35,715 - | 13,393.13 | 49,483.67 | 98,526.80 | } | |
| 85/3 | 35,715 | 13,393.13 | 48,468.44 | 97,576.57 | } | |
| 85/4 | 35,715 | 13,393.13 | 47,508.54 | 96,616.67 | } | |
| 86/1 | 35,715 | 13,393.13 | 46,637.69 | 95,745.82 | } | |
| 86/2 | 35,715 | 13,393.13 | 45,767.81 | 94,875.94 | } | |
| 86/3 | 35,715 | 13,393.13 | 44,957.60 | 94,065.73 | } | |
| 86/4 | 35,715 | 13,393.13 | 44,147.39 | 93,255.52 | } | |
| 87/1 | 35,715 | 43,252.18 | 43,363.61 | 122,330.79 | | |
| 87/2 | 35,715 | 42,712.04 | 42,553.40 | 120,980.44 | | |
| 87/3 | 35,715 | 42,171.95 | 41,743.19 | 119,630.14 | | |
| 87/4 | 35,715 | 41,631.83 | 40,932.98 | 118,279.81 | } | |
| 88/1 | 30,817 | 35,466.48 | 34,635.49 | 100,918.97 | W-3 | |
| 88/2 | 35,400 - | 40,205.57 | 38,983.30 | 114,588.87 | W-3 | |
| 88/3 | 37,144 - | 41,624.59 | 40,064.20 | 118,829.79 | W-3 | |
| 88/4 | 39,497 - | 43,664.12 | 41,703.00 | 124,864.12 | W-3 | |
| 89/1 | 144,648 - | 157,792.87 | 149,552.54 | 451,993.41 | | |
| 89/2 | 144,648 - | 155,605.57 | 146,271.14 | 446,524.51 | EST | |
| 89/3 | 144,648 - | 153,417.86 | 142,989.75 | 441,055.61 | } | |
| 89/4 | 144,648 - | 151,230.35 | 139,708.36 | 435,586.71 | } | |
| | 1,150,084 - | 1,055,936.92 | 1,289,109.39 | 3,486,130.31 | | |