IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2011, THROUGH FEBRUARY 28, 2011**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 02/22/2011 | JEM | Consideration of restriction requirement issued by the U.S. Patent and Trademark Office; consider groupings of claims identified by Patent Office; consider instructions from client; preparation of reply to restriction requirement including arguments traversing restriction and attendance to filing reply with the Patent Office. | 0.70 |
|---|---|---|---|

|  | SERVICES | $ | 311.50 |
|---|---|---|---|

| JEM | JOHN E. MCGLYNN | 0.80 | hours @ | $445.00 |
|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES | 130.00 |
|---|---|

| DISBURSEMENT TOTAL | $ | 130.00 |
|---|---|---|

| SERVICE TOTAL | $ | 311.50 |
|---|---|---|

| **INVOICE TOTAL** | $ | 441.50 |
|---|---|---|

## WRG-0097
## EVALUATION OF THIRD-PARTY PATENTS ON CEMENT MIXING

| | | | |
|---|---|---|---|
| 02/04/2011 | GHL | Continued work on invalidity opinion; | 4.20 |
| 02/07/2011 | GHL | Work on invalidity opinion' | 4.20 |
| 02/08/2011 | GHL | Further work on invalidity opinion; | 3.30 |
| 02/09/2011 | GHL | Further work on invalidity opinion; | 3.80 |
| 02/10/2011 | GHL | Finalize first draft of invalidity opinion, attend to transmittal to Mr. Leon for technical review, and telephone conference with Mr. Leon regarding same; | 1.20 |
| 02/21/2011 | GHL | Review of Mr. Leon's email communication relating to second patent of the third-party directed to concrete delivery trucks and monitoring systems, and review portions of prosecution history relevant to claims of interest of that patent, and begin invalidity analysis; | 0.80 |
| 02/24/2011 | GHL | Further review of Mr. Leon's comments on draft opinion and on additional third-party patent to be included in the analysis; further review of the prosecution history of that patent, and begin supplementation of the draft to incorporation analysis of that patent; | 5.20 |
| 02/28/2011 | GHL | Completion of opinion and attend to dispatch to Mr. Leon. | 1.90 |

              SERVICES    $ 14,637.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 24.60 | hours @ | $595.00 |

           **INVOICE TOTAL**    $ 14,637.00