IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2011 THROUGH JANUARY 31, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

March 23, 2011  
Client/Matter #   01246-013923  
Invoice # 140582  
Federal ID# 52-1247549  

For Legal Services Rendered Through 01/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311  

<u>Curtis Bay RCRA 2</u>  
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/06/11 | P. Marks | L120 | 1.40 | Telephone conference with client team re accumulation pot issues; review EPA correspondence re same; evaluate issues. |
| 01/07/11 | P. Marks | L120 | 0.60 | Telephone conference with team; follow-up notes and plans re same. |
| 01/09/11 | P. Marks | L120 | 0.20 | Review email and correspondence to L. Duff. |
| 01/11/11 | P. Marks | L120 | 0.20 | Attempt to reach EPA; email to client re status. |
| 01/12/11 | P. Marks | L120 | 0.80 | Prepare for and conduct telephone conference with EPA (J. Howell and M. Matlin) re open operation issues and path forward. |
| 01/17/11 | P. Marks | L120 | 1.40 | Evaluate telephone conference with EPA; prepare email to L. Duff re same and related research. |
| 01/24/11 | P. Marks | L120 | 1.00 | Prepare for and conduct telephone conference with L. Duff re status, consequences of EPA position and next steps. |

```
```

BEVERIDGE & DIAMOND, P.C.                                   INVOICE #  140582
                                                            March 23, 2011
                                                            PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/27/11 | P. Marks | L120 | 1.20 | Respond to P. Bucens' request re WET testing in other area permits; telephone conference with L. Duff re EPA enforcement related tasks. |
| 01/28/11 | P. Marks | L120 | 0.40 | Review/evaluate L. Duff emails. |

**Total Hours :**     7.20

**Total Fees :**     $3,312.00

BEVERIDGE & DIAMOND, P.C.
INVOICE #  140582
March 23, 2011
PAGE   3

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 7.20 | $460.00 | $3,312.00 |
| | | | **Total Fees:** | **$3,312.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 7.20 | $3,312.00 |
| Total L100 | 7.20 | $3,312.00 |
| **Total Fees :** | **7.20** | **$3,312.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 011 | Travel Expenses | $14.00 |
| 012 | Air/Train Fare | $86.90 |
| 043 | Travel Meals | $14.48 |
| | **Total Disbursements :** | **$115.38** |
| | **TOTAL DUE :** | **$3,427.38** |

# EXHIBIT B

**(Investigation of VC Processing Facilities)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

| | |
|---|---|
| W. R. Grace & Co. | March 23, 2011 |
| Attn: Richard Finke | Client/Matter #   01246-014352 |
| 7500 Grace Drive | Invoice # 140583 |
| Columbia, MD   21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 01/31/11 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 01/10/11 | K. Bourdeau | C300 | 0.20 | Review new developments re EPA asbestos cleanups; e-mail to R. Finke and B. Emmitt re same. |

|  |  |
|---|---|
| Total Hours : | 0.20 |
| Total Fees : | $136.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 140583
March 23, 2011
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.20 | $680.00 | $136.00 |
|  | **Total Fees :** |  | **$136.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.20 | $136.00 |
| Total | 0.20 | $136.00 |
|  | **Total Fees :** 0.20 | **$136.00** |

**Summary by Disbursement Codes :**

                                             **TOTAL DUE :**        **$136.00**

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 23, 2011
Client/Matter # 01246-012629
Invoice # 140584
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---|
| Copying | 7.40 |
| Postage | 1.56 |

**Total Disbursements :**   $8.96

**TOTAL DUE :**   $8.96

# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 23, 2011
Client/Matter #   01246-012100
Invoice # 140581
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues
100042

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/19/11 | P. Marks | 1.00 | Audit letter preparation. |
| 01/21/11 | P. Marks | 0.30 | Complete audit letter. |

Total Hours :   1.30

Total Fees :   $598.00

BEVERIDGE & DIAMOND, P.C.                                         INVOICE #  140581
                                                                  March 23, 2011
                                                                  PAGE   2

**Disbursements:**

    Duplicating                                            5.00

                                      **Total Disbursements :**                       $5.00

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|-------------:|----------------:|------------:|
| P. Marks   | 1.30         | $460.00         | $598.00     |

                                      **Total Fees :**                                $598.00

                                      **Total Disbursements :**                         $5.00

                                      **TOTAL DUE :**                                  $603.00