IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 31, 2011
Client/Matter # 01246-013923
Invoice # 140834
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 02/01/11 | P. Marks | L120 | 4.10 | Evaluate draft CAFO from EPA; prepare for and conference with client team re detailed review of RCRA Subpart BB and CC compliance, and related issues. |
| 02/02/11 | P. Marks | L120 | 0.60 | Evaluation re CAFO. |
| 02/09/11 | P. Marks | L120 | 0.20 | Coordinate with EPA re CAFO. |
| 02/11/11 | P. Marks | L120 | 1.20 | Review and evaluate CAFO and LDAR issues. |
| 02/15/11 | P. Marks | L120 | 0.30 | Telephone conference with J. Howell; follow-up email. |
| 02/16/11 | P. Marks | L120 | 2.20 | Evaluate LDAR plan and regulatory requirements; prepare chart re same. |
| 02/17/11 | P. Marks | L120 | 1.00 | Telephone conference with L. Duff re J. Howell (EPA) discussion, LDAR requirements, CAFO and negative notice; review prior negative notice filing. |
| 02/22/11 | P. Marks | L120 | 5.30 | Regulatory evaluation; conference with L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  140834
                                                               March 31, 2011
                                                               PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 02/23/11 | P. Marks | L120 | 1.40 | Evaluate compliance issues. |
| 02/24/11 | P. Marks | L120 | 1.40 | Coordinate with J. Howell (EPA); evaluate and prepare settlement language re bankruptcy and CAFO comments; prepare explanatory email to J. Howell. |
| 02/25/11 | P. Marks | L120 | 0.50 | Coordinate with J. Howell (EPA) and L. Duff re settlement negotiations. |
| 02/28/11 | P. Marks | L120 | 0.70 | Review negative notice order; send same to J. Howell. |

**Total Hours :**            18.90

**Total Fees :**           $8,694.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 140834
March 31, 2011
PAGE  3

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 18.90 | $460.00 | $8,694.00 |
| | | | **Total Fees:** | **$8,694.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 18.90 | $8,694.00 |
| Total L100 | 18.90 | $8,694.00 |
| **Total Fees :** | **18.90** | **$8,694.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $0.20 |
| | **Total Disbursements :** | **$0.20** |
| | **TOTAL DUE :** | **$8,694.20** |

# EXHIBIT B

(General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 31, 2011
Client/Matter #   01246-012100
Invoice # 140833
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues
100042

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/02/11 | L. McAfee | 0.80 | Research re MACT subpart VVVVVV; telephone conference with L. Duff re same. |

Total Hours :      0.80

Total Fees :     $388.00

BEVERIDGE & DIAMOND, P.C.  INVOICE #  140833
March 31, 2011
PAGE  2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 0.80 | $485.00 | $388.00 |
| Total Fees : | | | $388.00 |
| TOTAL DUE : | | | $388.00 |