IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co. - Conn                    February 16, 2011
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-013923
7500 Grace Drive                            Invoice # 139930
Columbia, MD  21044                         Federal ID# 52-1247549


---

For Legal Services Rendered Through 12/31/10 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Curtis Bay RCRA 2
100104


| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 12/02/10 | P. Marks | L160 | 0.60 | E-mail exchange with J. Howell re follow up inquiry; communicate with client re same. |
| 12/03/10 | P. Marks | L120 | 1.40 | Review materials provided by R. Errera re EPA's question re air permits for thermal oxidizer; evaluate same; telephone conference with J. Howell re same; e-mail to client re same. |
| 12/06/10 | P. Marks | L120 | 0.20 | Coordinate with client. |
| 12/07/10 | L. McAfee | L120 | 0.50 | Discussion with P. Marks re CAA/RCRA overlap issues; e-mails re same; review permit re same. |
| 12/07/10 | P. Marks | L120 | 5.00 | Prepare for and conduct telephone conference with EPA re subpart CC follow-up questions; telephone conferences with L. Duff re same; e-mail to L. Duff re same; e-mails and telephone conferences with R. Errera re same; coordinate with L. McAfee re air permitting overlay. |
| 12/08/10 | L. McAfee | L120 | 2.50 | Research re air/RCRA overlap issues; e-mail and discussion with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  139930
                                                            February 16, 2011
                                                            PAGE  2


| 12/08/10 | P. Marks | L120 | 1.20 | Evaluate EPA positions; conference with L. McAfee re same and air permit overlay. |
|----------|----------|------|------|------------------------------------------------------------------------------------|
| 12/09/10 | L. McAfee | L120 | 1.00 | Discussion with P. Marks re air/RCRA overlap issues; telephone conference with client re same. |
| 12/09/10 | P. Marks | L120 | 3.80 | Evaluate EPA's position re RCRA subpart CC, including detailed review of Federal Register discussions; coordinate with L. McAfee and client team re same; communications (e-mail and voice mail) with EPA. |
| 12/10/10 | L. McAfee | L120 | 3.50 | Research re CAA guidance on scope of manufacturing process unit; discussion and e-mails with P. Marks re same. |
| 12/10/10 | P. Marks | L120 | 2.60 | Telephone conference with L. McAfee re subpart CC and air pollution regulatory overlay; prepare for and conduct telephone conference with J. Howell and M. Matlin (EPA); telephone conference with L. Duff re results of same. |
| 12/13/10 | L. McAfee | L120 | 0.50 | Discussion with P. Marks re air research re MPU issue; telephone conference with P. Marks, L. Duff re same. |
| 12/13/10 | P. Marks | L120 | 0.60 | Conference with L. McAfee re research results (air regulation interpretation of manufacturing unit); telephone conference with L. Duff re same. |
| 12/15/10 | P. Marks | L120 | 0.90 | Evaluate pressure gauge requirement and vacuum service; telephone conference with J. Wotjanek re same. |
| 12/16/10 | P. Marks | L120 | 0.80 | Telephone conference with J. Wotjanek re gauge pressure determination at OMC; evaluate issues re same. |
| 12/17/10 | P. Marks | L160 | 1.10 | E-mail to L. Duff re pressure gauge questions for follow-up; evaluate same. |
| 12/20/10 | P. Marks | L120 | 0.50 | Telephone conference with L. Duff and B. Errera re monitoring pressure at OMC. |
| 12/21/10 | P. Marks | L160 | 0.40 | Coordinate with EPA. |
| 12/22/10 | P. Marks | L160 | 0.80 | Communications with EPA and client. |
| 12/27/10 | P. Marks | L120 | 0.50 | Review draft correspondence from Bucens to neighboring facilities. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  139930
February 16, 2011
PAGE   3

Total Hours :                    28.40

Total Fees :              $12,696.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  139930
February 16, 2011
PAGE  4

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| L. McAfee | Principal | 8.00 | $465.00 | $3,720.00 |
| P. Marks | Principal | 20.40 | $440.00 | $8,976.00 |
| | | | **Total Fees:** | **$12,696.00** |

## Summary by Task Codes :

| CODE | | Hours | Bill Amount |
|---|---|---|---|
| L100 | | | |
| L120 | | 25.50 | $11,420.00 |
| L160 | | 2.90 | $1,276.00 |
| Total L100 | | 28.40 | $12,696.00 |
| | **Total Fees :** | **28.40** | **$12,696.00** |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $0.20 |
| | **Total Disbursements :** | **$0.20** |
| | **TOTAL DUE :** | **$12,696.20** |

# EXHIBIT B

## (Investigation of VC Processing Facilities)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                          February 16, 2011
Attn: Richard Finke                        Client/Matter #  01246-014352
7500 Grace Drive                           Invoice # 139931
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/10 in Connection With:


**Investigation of VC Processing Facilities**
**100045**


| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 12/01/10 | P. Marks | C400 | 0.20 | Coordinate with client and K. Bourdeau re new EPA studies. |
| 12/02/10 | K. Bourdeau | C300 | 1.00 | Communications with P. Marks re new EPA studies, and review same and related materials. |
| 12/02/10 | P. Marks | C300 | 1.20 | Communicate W. Corcoran re studies; review materials re same and review EPA web site re same; coordinate with K. Bourdeau. |
| 12/09/10 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re W. Corcoran inquiry. |
| 12/09/10 | P. Marks | C100 | 0.50 | Telephone conference with K. Bourdeau re new studies. |
| 12/10/10 | K. Bourdeau | C300 | 0.20 | Internal communications re background information re new study. |
| 12/11/10 | K. Bourdeau | C300 | 0.50 | Review background material re studies. |
| 12/13/10 | K. Bourdeau | C300 | 0.50 | Internal communications re background information on recent studies. |
| 12/15/10 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re results of review, additional developments to review, path forward. |
| 12/15/10 | P. Marks | C100 | 0.50 | Telephone conference with K. Bourdeau re EPA studies. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 139931
February 16, 2011
PAGE  2

| 12/19/10 | K. Bourdeau | C300 | 1.50 | Review and summarize recent research in preparation for conference with P. Marks re same. |
| 12/20/10 | K. Bourdeau | C300 | 1.20 | Review technical background materials; conference with L. Wolk and P. Marks re same, path forward. |
| 12/20/10 | P. Marks | C100 | 1.00 | Review materials; telephone conference with K. Bourdeau re studies and assessments; e-mail to client re same. |

**Total Hours :**          9.30

**Total Fees :**          $5,331.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 139931
February 16, 2011
PAGE  3

## Time Summary :

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 5.90 | $650.00 | $3,835.00 |
| P. Marks | 3.40 | $440.00 | $1,496.00 |
| **Total Fees :** | | | **$5,331.00** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 2.00 | $880.00 |
| C300 | 7.10 | $4,363.00 |
| C400 | 0.20 | $88.00 |
| Total | 9.30 | $5,331.00 |
| **Total Fees :** | **9.30** | **$5,331.00** |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $1.40 |
| | **Total Disbursements :** | **$1.40** |
| | **TOTAL DUE :** | **$5,332.40** |

# EXHIBIT C

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co. - Conn                           February 16, 2011
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-012629
7500 Grace Drive                                   Invoice # 139929
Columbia, MD  21044                                Federal ID# 52-1247549


---

For Legal Services Rendered Through 12/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>
<u>100035</u>


| 12/27/10 | P. Marks | C100 | 0.40 | Address billing issues. |
|----------|----------|------|------|-------------------------|
| 12/28/10 | P. Marks | C100 | 0.30 | Address billing issues. |


                                        Total Hours :            0.70

                                        Total Fees :          $308.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 139929
February 16, 2011
PAGE 2

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 0.70 | $440.00 | $308.00 |
|  | **Total Fees:** |  |  | **$308.00** |

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C100 |  | 0.70 | $308.00 |
| Total |  | 0.70 | $308.00 |
|  | **Total Fees :** | **0.70** | **$308.00** |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $36.00 |
| E108 | Postage | $8.87 |
|  | **Total Disbursements :** | **$44.87** |
|  | **TOTAL DUE :** | **$352.87** |