IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 6, 2011 at 4:00 p.m. |
| | ) | Hearing Date: May 23, 2011 at 9:00 a.m. |

## NOTICE OF MOTION

TO: Debtors' Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

Lauzon Bélanger Lespérance and Scarfone Hawkins LLP as Representative Counsel to Canadian Zonolite Attic Insulation Claimants have filed their Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator which seeks appointment of Collectiva Class Action Services, Inc. as the property damage claims administrator to the fund.

**HEARING ON THE MOTION WILL BE HELD ON MAY 23, 2011 AT 9:00 A.M.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(c)(ii) to the attached motion at least five business days before the above hearing date.
At the same time, you must also serve a copy of the response upon Movant's attorney:

Daniel K. Hogan, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

April 18, 2011                                                  By:   /s/Daniel K. Hogan
                                                                              Daniel K. Hogan (#2814)