IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: |
| | ) | |

ORDER APPROVING THE CANADIAN
ZAI PROPERTY DAMAGE CLAIMS ADMINISTRATOR

Upon the Motion of Lauzon Bélanger Lespérance and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation ("ZAI") Claimants ("Canadian ZAI Claimants")for appointment of Collectiva Class Action Services, Inc., to serve as claims administrator for the Canadian ZAI property damage claims fund ("CDN ZAI PD Claims Fund" or the "Fund"), to be established pursuant to the terms of the Canadian ZAI Minutes of Settlement; and it appearing that the Court has jurisdiction to consider said Motion in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having reviewed said Motion and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that:

1. The Motion is granted.

2. Collectiva Class Action Services, Inc. is hereby appointed as the claims administrator for the CDN ZAI PD Claims Fund.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

_____
JUDITH K. FITZGERALD
United States Bankruptcy Chief Judge