# **EXHIBIT A**

**W.R. Grace Neutocrete Discovery Service List**
Case No. 01-1139
Doc. No. 166211
01 – E-mail
01 – First Class Mail

**E-Mail and First Class Mail**
stamoulis@swdelaw.com
(Counsel for Neutocrete, NSI and FTF)
Stamatios Stamoulis, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809