**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2011 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 26673

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Sixteenth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP ("the Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from February 1, 2011 through and including February 28, 2011 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than April 20, 2011 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $21,153.60 which represents 80% of the fees ($26,442.00) and $683.22 which represents 100% of the expenses requested in the Application for the period

February 1, 2011 through and including February 28, 2011 upon the filing of this certification

and without the need for entry of a Court order approving the Application.

Dated: April 21, 2011

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants