## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on De Minimis Asset Sales
### January 1, 2011, through March 31, 2011

*Part I – Sales in excess of $25,000, but less than $250,000*

    NONE

*Part II – Sales equal to or less than $25,000*

    NONE

DOCS_DE:169524.1