# EXHIBIT A

**W. R. Grace & Co., et al.,**
**District of Delaware, Bankruptcy Case No. 01-1139**

Report on Settlements of Certain Claims and Causes of Action
January 1, 2011, through March 31, 2011

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| -- | -- | [none] |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
|  |  | [none] |