# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MARCH 1-31, 2011



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 15, 2011
Client No. 17367
Invoice No. 1303810

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through March 31, 2011 in connection with the matters described on the attached pages:

$ 141,980.50

DISBURSEMENTS as per attached pages:

5,941.66

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**

$ 147,922.16

Matter(s): 17367/11, 12, 13, 15, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$293,135.81
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 17367/ Invoice: 1303810

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 17367/ Invoice: 1303810

**ELECTRONIC FUNDS TRANSFERS:**
*ACH & Wire Transfers:*
ABA Number 121000248
*SWIFT CODE:* WFBIUS6S
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 4123701088
Reference: 17367/ Invoice: 1303810
E.I.N. 94-2952627



ORRICK

| | | |
|---|---|---|
| David Austern, Futures Claims Representative for | | April 15, 2011 |
| W.R. Grace & Co. | | Client No. 17367 |
| c/o Claims Resolution Management Corp. | | Invoice No. 1303810 |
| 3110 Fairview Park Drive, Suite 200 | | |
| Falls Church, VA 22042 | | Orrick Contact: Roger Frankel |

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 03/06/11 | P. Mahaley | Review and revise draft memorandum of law in support of appeal of New Jersey Superior Court disallowing Grace proofs of claim in Integrity insolvency proceeding. | 0.50 |
| 03/23/11 | P. Mahaley | Review settlement correspondence with insurers and update settlement status log. | 0.70 |

| | | |
|---|---|---|
| Total Hours | 1.20 | |
| Total For Services | | $780.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 1.20 | 650.00 | 780.00 |
| Total All Timekeepers | 1.20 | $650.00 | $780.00 |

**Total For This Matter**                    **$780.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

April 15, 2011
Invoice No. 1303810

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 03/01/11 | D. Fullem | Review e-mail from D. Felder regarding June hearing. | 0.10 |
| 03/01/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/01/11 | D. Fullem | Review amended agenda of hearing set for March 2. | 0.20 |
| 03/01/11 | D. Felder | Review e-mail correspondence regarding counter designation of record regarding CNA appeal and proposed orders regarding BNSF's motion for reconsideration. | 0.50 |
| 03/01/11 | R. Wyron | Review proposed orders (.3); follow-up with J. Radecki re equity issue (.3). | 0.60 |
| 03/01/11 | R. Frankel | Review pleadings for hearing, prepare notes re argument. | 1.70 |
| 03/01/11 | R. Frankel | Review pleadings and confer with P. Lockwood. | 0.90 |
| 03/01/11 | R. Frankel | Review testimony of E. Inselbuch and M. Peterson from confirmation hearing (1.5); e-mails re same (.3). | 1.80 |
| 03/01/11 | R. Frankel | Review newly filed 8-Ks and 10-K. | 0.70 |
| 03/02/11 | D. Felder | Telephonic participation in a portion of the arguments on BNSF's motion for reconsideration and follow-up regarding same (1.0); review recently filed pleadings and conference with H. Quinn regarding same (1.5). | 2.50 |
| 03/02/11 | R. Wyron | Review responses on motion for reconsideration (.4); participate in hearing on motion for reconsideration and follow-up (1.7). | 2.10 |
| 03/02/11 | R. Frankel | Review pleadings, notes in preparation for hearing. | 0.90 |
| 03/02/11 | R. Frankel | Attend hearing in Pittsburgh on BNSF Motion for Reconsideration. | 2.40 |
| 03/03/11 | R. Frankel | Review post-confirmation pleadings. | 1.10 |
| 03/04/11 | D. Fullem | Review recently filed pleadings. | 0.10 |
| 03/04/11 | D. Felder | Review documents in connection with appeal from confirmation order (1.5); review 9033 objections (.5); e-mail correspondence regarding same (.2); review memorandum opinion regarding BNSF's motion for reconsideration and consider issues regarding same (.8). | 3.00 |
| 03/04/11 | R. Frankel | Series of e-mails re 9033 responses; consider substance of responses. | 0.70 |
| 03/04/11 | R. Frankel | Review order denying BNSF motion for reconsideration, prepare notes re same (1.1); telephone conference with P. Lockwood re opinion (.4). | 1.50 |
| 03/04/11 | R. Frankel | Review draft scheduling order re appeal from confirmation order for J. Buckwalter (.4); prepare notes re same (.3). | 0.70 |
| 03/07/11 | D. Fullem | Review recently filed pleadings. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

April 15, 2011
Invoice No. 1303810

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/07/11 | D. Fullem | Review notice of change of address and update re same. | 0.20 |
| 03/07/11 | J. Burke | Research regarding response to potential BNSF appellate arguments. | 1.60 |
| 03/07/11 | D. Felder | Review proposed order regarding scheduling of confirmation appeal and follow-up regarding same (.7); review issues regarding Montana settlement (.6); telephone call with plan proponents and objectors regarding confirmation appeal and follow-up (.5); review issues regarding timing of appeals, rules and procedures regarding same and follow-up (1.5). | 3.30 |
| 03/07/11 | R. Wyron | Review e-mails on appeal issues (.3); call with objectors re timing and briefing (.8); review stipulation with lenders and follow-up (.7); begin work on appeal issues outline (.8); confer with J. Burke re research and follow-up (.6); review Montana settlement issues (.2). | 3.40 |
| 03/07/11 | R. Frankel | Review, consider draft stipulation to consolidate lender appeals, e-mails re same. | 0.70 |
| 03/07/11 | R. Frankel | Review revised scheduling order from J. Donley (.4); telephone conference with prospective appellants re proposed order (.5). | 0.90 |
| 03/07/11 | R. Frankel | Telephone conference with Plan Proponents re stipulated order (.5); confer with R. Wyron re status, settlement (.4). | 0.90 |
| 03/07/11 | R. Frankel | Telephone conference with J. Aldock re settlement issues (.5); review article re Libby settlement with Montana (.4). | 0.90 |
| 03/07/11 | R. Frankel | Confer with R. Wyron re discussions with J. Aldock, next steps. | 0.40 |
| 03/07/11 | R. Frankel | Review revised scheduling order for J. Buckwalter and draft letter. | 0.60 |
| 03/08/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/08/11 | D. Felder | Telephone conference with Lincoln, D. Austern, and Orrick team regarding Debtors' pension motion. | 0.50 |
| 03/08/11 | R. Wyron | Confer with R. Frankel re strategy (.3); call on pension motion with Lincoln and D. Austern (.7); call with P. Lockwood re pension and settlement issues and follow-up e-mails (.9); begin review of record for appeals (.6). | 2.50 |
| 03/08/11 | R. Frankel | Review Lincoln memo re pension plan in preparation for call. | 0.30 |
| 03/08/11 | R. Frankel | Telephone conference with J. Radecki, D. Austern, R. Wyron re pension plan issues (.5); notes re same (.1). | 0.60 |
| 03/08/11 | R. Frankel | Telephone conference with J. Donley re settlement issues (.3); confer with R. Wyron re same (.2). | 0.50 |
| 03/08/11 | R. Frankel | Telephone conference with R. Wyron re settlement meeting (.2); review final letter and proposal order sent to J. Buckwalter (.4). | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 15, 2011
Invoice No. 1303810

| 03/09/11 | D. Fullem | Review e-mails from D. Felder regarding status of appeals by BNSF Railway and Libby re CNA settlement. | 0.30 |
|---|---|---|---|
| 03/09/11 | D. Felder | Review correspondence and as-filed confirmation appeals scheduling order (.4); review joint record on appeal and consider issues regarding same (2.3); e-mail correspondence regarding same (.2); review notices of transmittal of record on appeal and e-mail correspondence regarding same (.3); review District Court appeal issues (.7). | 3.90 |
| 03/09/11 | R. Wyron | Review MCC objection (.4); call with J. Aldock re settlement issues and follow-up (.6); review joint record (.8); review Montana settlement issues (.3). | 2.10 |
| 03/09/11 | R. Frankel | Prepare notes for settlement meeting (.4); telephone conference with J. Aldock re same (.4); draft e-mail re meeting (.3). | 1.10 |
| 03/09/11 | R. Frankel | Review further articles, information re Libbey-Montana settlement. | 0.50 |
| 03/09/11 | R. Frankel | Review draft Index to Joint Record on Appeal. | 1.90 |
| 03/09/11 | R. Frankel | Confer with D. Austern re appeal status, settlement meeting. | 0.60 |
| 03/09/11 | R. Frankel | Telephone conference with J. Aldock, R. Wyron re settlement issues (.7); notes re same (.1). | 0.80 |
| 03/10/11 | D. Fullem | Review dockets for BNSF and Libby appeals. | 0.50 |
| 03/10/11 | D. Fullem | E-mail to D. Felder regarding notices of appearance in recently filed appeal cases. | 0.20 |
| 03/10/11 | D. Felder | Review issues regarding appeal of CNA settlement agreement and e-mail correspondence regarding same (.5); review draft 9033 response (.3); review issues regarding confirmation appeals and follow-up regarding same (4.0). | 4.80 |
| 03/10/11 | R. Wyron | Review draft response to 9033 filings and e-mails re same (.7); continue review of record designations (1.1); review new appeal dockets (.5). | 2.30 |
| 03/10/11 | R. Frankel | Review Judge Fitzgerald's confirmation opinion. | 0.80 |
| 03/10/11 | R. Frankel | Prepare notes re settlement in preparation for meeting. | 0.90 |
| 03/10/11 | R. Frankel | Review D. Felder memo re timing of appeal, e-mails re same, pending appeals. | 0.70 |
| 03/10/11 | R. Frankel | Review scheduling order entered by J. Buckwalter, compare to proposed order, e-mails re same. | 0.40 |
| 03/10/11 | R. Frankel | Review draft Plan Proponents' response to 9033 objections, review 9033 objections. | 0.50 |
| 03/10/11 | R. Frankel | Review Libby motion in District Court re appeal of BNSF injunction. | 0.40 |
| 03/11/11 | D. Fullem | Discuss with D. Felder the numerous appeals in the case and timing/preparing of notice of appearance in same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                April 15, 2011
17367                                                                                           Invoice No. 1303810
page 5

| | | | |
|---|---|---|---|
| 03/11/11 | D. Felder | E-mail correspondence with J. Baer regarding District Court appeal and follow-up regarding same (.5); e-mail correspondence and telephone call to D. Boll regarding joint record on appeal and follow-up regarding same (.7); review stipulation regarding cure amounts (.1); review docket with recently filed pleadings (.2); review confirmation opinion regarding appeal issues (.8); review appeal scheduling order and conference with D. Fullem regarding same (.3). | 2.60 |
| 03/11/11 | R. Wyron | Review e-mails re joint record and provide comments (.3); continue review of joint record (.5); review BNSF request re 9033 filing and respond to e-mails re same (.5). | 1.30 |
| 03/11/11 | R. Frankel | Review proposed order from L. Casey re BNSF 9033 issues (.3); series of e-mails re same (.4). | 0.70 |
| 03/14/11 | D. Fullem | Review several appeal filings and e-mails from D. Felder and R. Wyron regarding timing/filing of notices of appearance. | 0.20 |
| 03/14/11 | D. Felder | Review revised 9033 response and e-mail correspondence with J. Phillips and R. Wyron regarding same (.3); review joint record on appeal and message from D. Boll regarding same and follow-up (.8); review pending and resolved District Court appeals and consider timing regarding same (2.0); review correspondence from BNSF regarding proposed order regarding 9033 objections to memorandum opinion regarding motion for reconsideration and review bankruptcy rules regarding same (.3); review MCC's 9033 response (.1); e-mail correspondence regarding confirmation appeals and review docket regarding same (.7); review Plan Proponents' final 9033 response (.2). | 4.40 |
| 03/14/11 | R. Wyron | Review settlement issues (.8); call with A. Paul and J. Donley re settlement discussions (.9); confer with R. Frankel and follow-up (.4); review 9033 response and e-mail re same (.4). | 2.50 |
| 03/14/11 | R. Frankel | Review revised 9033 response. | 0.30 |
| 03/15/11 | R. Wyron | Review appeals status with R. Frankel (.3); organize notes for 3/16 meeting (.6). | 0.90 |
| 03/15/11 | R. Frankel | Review prior settlement issues and MCC pleadings in preparation for settlement meeting with Plan Proponents and J. Aldock (.9); confer with R. Wyron re settlement issues (.3). | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

April 15, 2011
Invoice No. 1303810

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/16/11 | D. Felder | E-mail correspondence with J. O'Neill regarding preliminary agenda for March 28 omnibus hearing (.1); review same (.1); review joint record and e-mail correspondence with D. Boll and R. Wyron regarding same (.6); begin review of BNSF arguments (.8); review Memorandum Opinion regarding reconsideration and note issues regarding same (.8). | 2.40 |
| 03/16/11 | R. Wyron | Organize outline for discussions with Plan Proponents (.6); meet with plan proponents regarding objectors and settlement issues (3.7); follow-up on status of appeals (.2); e-mail A. Rich re pension issues (.2); call with J. Donley and A. Paul (.3); continue review of draft index for record on appeal (.8). | 5.80 |
| 03/16/11 | R. Frankel | Telephone conference with J. Donley, A. Paul re settlement meeting agenda. | 0.30 |
| 03/16/11 | R. Frankel | Review pleadings in preparation for meeting with J. Aldock, M. Shelnitz, et al. | 0.50 |
| 03/16/11 | R. Frankel | Confer with J. Aldock, M. Shelnitz, J. Donley, P. Lockwood, R. Wyron re global settlement issues. | 4.80 |
| 03/16/11 | R. Frankel | Confer with R. Wyron re settlement meeting. | 0.40 |
| 03/16/11 | R. Frankel | Review series of e-mails re joint record on index on appeal. | 0.30 |
| 03/17/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/17/11 | R. Wyron | Call with A. Rich re pension issues (.3); review draft designation issues (.4). | 0.70 |
| 03/17/11 | R. Frankel | Telephone conference with J. Aldock regarding settlement issues (.3); settlement meeting (.3); notes regarding same (.1). | 0.70 |
| 03/18/11 | D. Felder | Review Debtors' LTIP motion and memorandum from Lincoln regarding same. | 0.50 |
| 03/18/11 | R. Frankel | Review newly docketed appeals. | 0.30 |
| 03/18/11 | R. Frankel | Review settlement issues, telephone conference with J. Donley re same. | 0.30 |
| 03/21/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/21/11 | J. Burke | Research regarding response to potential BNSF appellate arguments. | 0.70 |
| 03/21/11 | D. Felder | Review e-mail correspondence from D. Boll and K. Love regarding joint record and confidentiality issues and review confidentiality agreements regarding same (.5); review revised joint record (1.0); review recently filed pleadings and notices of appeal (.9); review March 28 omnibus hearing agenda and e-mail to H. Quinn regarding same (.1). | 2.50 |

eol



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

April 15, 2011
Invoice No. 1303810

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/21/11 | R. Wyron | Work on issues regarding CNA appeal and mediation (.6); call with Plan Proponents re CNA appeal and follow-up (.5); review and respond to e-mails re joint record (.3); continue work on MCC analysis (.7). | 2.10 |
| 03/21/11 | R. Frankel | Review revised Index for Joint Record (.2); series of e-mails re same (.3). | 0.50 |
| 03/21/11 | R. Frankel | Review series of e-mails re Libby, BNSF, CNA appeal mediation (.4); confer with R. Wyron re same (.3). | 0.70 |
| 03/21/11 | R. Frankel | Review all notices of appeal filed by March 18 deadline. | 0.50 |
| 03/21/11 | R. Frankel | Telephone conference with L. Esayian, P. Lockwood and R. Wyron re BNSF appeal mediation, next steps. | 0.60 |
| 03/22/11 | D. Felder | Review stipulation regarding consolidating bank lender appeals and confirmation appeals and e-mail correspondence regarding same. | 0.40 |
| 03/22/11 | R. Wyron | Review issues re mediation for CNA appeal and respond to e-mails re same (.3); review stipulation re lender appeals and follow-up (.4). | 0.70 |
| 03/22/11 | R. Frankel | Review stipulation with bank lenders re consolidated appeal (.3); series of e-mails re same (.3). | 0.60 |
| 03/23/11 | J. Burke | Research regarding response to potential BNSF appellate arguments (5.1); draft e-mail to R. Wyron regarding research findings (.5). | 5.60 |
| 03/23/11 | D. Felder | Review Debtors' agenda for March 28 omnibus hearing (.1); prepare for conference call with Plan Proponents and objectors regarding joint record and confidentiality issues (.5); telephone conference with Plan Proponents and objectors regarding same (.2); follow-up regarding same (.3); review Plan Proponents' briefs in preparation for appeal (1.2); e-mail correspondence with D. Boll and J. Baer regarding stipulation to consolidate appeals (.2). | 2.50 |
| 03/23/11 | R. Wyron | Review draft designations (.3); call with Plan Proponents and objectors re filing and follow-up (.6); organize outline for notices of appeal, 9033 filings and issues (1.3). | 2.20 |
| 03/23/11 | R. Frankel | Review e-mails re status of appeal, joint index. | 0.30 |
| 03/23/11 | R. Frankel | Review updated spreadsheet showing status with insurers. | 0.60 |
| 03/23/11 | R. Frankel | Review pleadings, opinion, e-mail from L. Esayian re appeal issues. | 0.90 |
| 03/23/11 | R. Frankel | Review two Protective Orders from May, 2009 re confidentiality of certain information. | 1.10 |
| 03/24/11 | D. Felder | Review Plan Proponents' confirmation briefs and conference with H. Quinn regarding same. | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

April 15, 2011
Invoice No. 1303810

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/24/11 | R. Wyron | Review Montana decisions (.6); confer with R. Frankel re Montana decision and follow-up (.3); review appeals issues and organize notes (.6); review issues on joint record and respond to e-mail re same (.3). | 1.80 |
| 03/24/11 | R. Frankel | Review Montana case law and prepare notes re same (.9); confer with R. Wyron re same (.4). | 1.30 |
| 03/25/11 | J. Burke | Participate in telephone conference with counsel for ACC regarding response to BNSF arguments. | 0.40 |
| 03/25/11 | D. Felder | Conference with R. Wyron regarding confirmation appeal issues (.2); review issues, joint record and confirmation briefs regarding same (3.0). | 3.20 |
| 03/25/11 | R. Wyron | Begin review of briefs (1.3); review Montana case law (.4); call with P. Lockwood (.8); review briefing outline (.4); continue review of record and confer with D. Felder re same (.3). | 3.20 |
| 03/25/11 | R. Frankel | Review issues re indirect claims (.4); telephone conference with P. Lockwood, R. Wyron, J. Burke re common law issues (.9). | 1.30 |
| 03/25/11 | R. Frankel | Review series of e-mails re appeals, appendix, lenders consolidated appeal. | 0.40 |
| 03/25/11 | R. Frankel | Review revised joint designated record on appeal (.5); confer with R. Wyron re briefing, research issues (.3). | 0.80 |
| 03/28/11 | D. Felder | Telephonic participation in Grace hearing regarding motion to intervene and access to 2019 statements (3.9); review issues regarding confirmation appeal and Bankruptcy Court confirmation briefs regarding same (2.0); review issues regarding BNSF objections and e-mails regarding same (1.2). | 7.10 |
| 03/28/11 | R. Wyron | Participate in telephonic omnibus hearing (1.4); organize issues list for appeal (.7); begin review of Plan Proponents filings (.8); review BNSF statement of issues and e-mails re same (.9). | 3.80 |
| 03/28/11 | R. Frankel | Review Statement of Issues on Appeal filed by BNSF (.6); prepare notes re same (.3). | 0.90 |
| 03/28/11 | R. Frankel | Attend telephonic hearing (omnibus), including Garlock motions re discovery, etc. | 5.70 |
| 03/29/11 | D. Felder | Review list from H. Quinn regarding confirmation briefs and provide comments regarding same. | 0.40 |
| 03/29/11 | R. Frankel | Review January 4th and 5th, 2010 transcripts re BNSF oral argument. | 1.10 |
| 03/29/11 | R. Frankel | Review Lincoln memo. | 0.40 |
| 03/30/11 | D. Felder | Review issues and notes regarding BNSF and plan objectors and e-mail correspondence with R. Wyron regarding same. | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 15, 2011
Invoice No. 1303810

| 03/30/11 | R. Wyron | Develop outline on indirect claim issues (.80); review prior Briefs (1.10); telephone call with Plan Proponents regarding strategy (.50); follow-up with J. Radecki (.20); follow-up on FOIA issue (.20). | 2.80 |
| 03/30/11 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, P. Lockwood, R. Wyron re plan consummation issues (.6); confer with R. Wyron re same (.3). | 0.90 |
| 03/30/11 | R. Frankel | Review revised index of joint record on appeal from Kirkland, e-mails re same. | 0.40 |
| 03/31/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/31/11 | D. Felder | Review revised joint record from D. Boll and list of changes and e-mail correspondence regarding same. | 1.00 |
| 03/31/11 | R. Frankel | Telephone conference with J. Aldock regarding settlement issues (.6); e-mail memo regarding same to J. Donley, et al (.3). | 0.90 |
| 03/31/11 | R. Frankel | Review plan regarding settlement issues. | 1.10 |

Total Hours                161.70
Total For Services                        $130,240.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| James W. Burke | 8.30 | 530.00 | 4,399.00 |
| Debra Felder | 51.10 | 645.00 | 32,959.50 |
| Roger Frankel | 58.20 | 985.00 | 57,327.00 |
| Debra O. Fullem | 3.30 | 265.00 | 874.50 |
| Richard H. Wyron | 40.80 | 850.00 | 34,680.00 |
| Total All Timekeepers | 161.70 | $805.44 | $130,240.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 15, 2011
Invoice No. 1303810

Disbursements

| | | |
|---|---:|---:|
| Document Reproduction | 2,174.20 | |
| Express Delivery | 11.59 | |
| Out of Town Business Meals | 20.40 | |
| Outside Reproduction Services | 496.65 | |
| Outside Services | 1,098.00 | |
| Postage | 692.78 | |
| Travel Expense, Air Fare | 15.00 | |
| Travel Expense, Out of Town | 815.96 | |
| Westlaw Research | 615.38 | |
| Total Disbursements | | $5,939.96 |

**Total For This Matter**          **$136,179.96**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

April 15, 2011
Invoice No. 1303810

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/04/11 | D. Fullem | Telephone call from J. Radecki regarding expense issues. | 0.10 |
| 03/10/11 | D. Fullem | Prepare draft CNOs for Lincoln's December and January fee applications. | 0.40 |
| 03/10/11 | D. Felder | Review Lincoln CNOs for December and January fee applications and e-mail with D. Fullem regarding same. | 0.20 |
| 03/11/11 | D. Fullem | Prepare final CNOs for Lincoln's December and January fee applications; coordinate filing and serving of same. | 0.80 |
| 03/14/11 | D. Fullem | Prepare drafts of December and January fee applications for D. Austern; e-mail same to D. Austern for review/comment/approval. | 1.00 |
| 03/15/11 | R. Wyron | Review notices for D. Austern fee application. | 0.20 |
| 03/17/11 | D. Fullem | Prepare FCR quarterly for the time period Oct-Dec 2010; e-mail to D. Austern for review/comment. | 1.00 |
| 03/17/11 | D. Fullem | Prepare e-mails to Lincoln and Towers regarding quarterly fee applications for the period Oct-Dec 2010 to be prepared and filed next week. | 0.40 |
| 03/17/11 | D. Felder | Review D. Austern's 25th quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.30 |
| 03/18/11 | D. Fullem | Review docket for FCR and professionals last filed quarterly fee applications; follow-up e-mails to professionals regarding latest billings/quarterly filing deadlines. | 0.50 |
| 03/18/11 | D. Fullem | Review and respond to K. Boeger at Towers regarding quarterly fee application. | 0.20 |
| 03/18/11 | D. Fullem | Review and respond to e-mail from D. Austern regarding latest quarterly fee application. | 0.20 |
| 03/21/11 | D. Fullem | Prepare D. Austern's quarterly fee application for Oct-Dec 2010 time period. | 1.00 |
| 03/22/11 | D. Fullem | Email to C. Hartman regarding schedule for timing/filing FCR and professionals quarterly fee applications for the October-December 2010 time period. | 0.20 |
| 03/24/11 | D. Fullem | Prepare final versions of Austern and Lincoln Quarterly Fee Applications for the period October-December 2010. | 2.00 |
| 03/24/11 | D. Fullem | Review email from D. Felder and Debtor's proposed Order regarding quarterly fee applications for the period Jul-Sep 2010 to be submitted to Court; confirm numbers are correct as to the FCR and his professionals. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2011
17367                                                                         Invoice No. 1303810
page 12

| | | | |
|---|---|---|---|
| 03/24/11 | D. Felder | Review D. Austern's quarterly fee application and e-mail correspondence with D. Fullem regarding same (.2); review Lincoln's quarterly fee application (.2). | 0.40 |
| 03/25/11 | D. Fullem | Coordinate filing/serving of D. Austern's and Lincoln's quarterly fee applications for the period Oct-Dec 2010. | 1.00 |

Total Hours          10.30
Total For Services                              $3,188.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.90 | 645.00 | 580.50 |
| Debra O. Fullem | 9.20 | 265.00 | 2,438.00 |
| Richard H. Wyron | 0.20 | 850.00 | 170.00 |
| Total All Timekeepers | 10.30 | $309.56 | $3,188.50 |

**Total For This Matter**          **$3,188.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

April 15, 2011
Invoice No. 1303810

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/01/11 | D. Fullem | Review and respond to e-mail from R. Wyron regarding supplemental disclosure (.2); update supplemental disclosure as discussed with R. Wyron (.8). | 1.00 |
| 03/01/11 | R. Frankel | Review supplemental declaration, execute final version. | 0.30 |
| 03/03/11 | D. Fullem | Prepare final version of amended supplemental declaration by R. Frankel (.6); coordinate filing and serving of same (.4). | 1.00 |

|  |  |  |
|---|---|---|
| Total Hours | 2.30 | |
| Total For Services | | $825.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.30 | 985.00 | 295.50 |
| Debra O. Fullem | 2.00 | 265.00 | 530.00 |
| Total All Timekeepers | 2.30 | $358.91 | $825.50 |

**Total For This Matter**                                     $825.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 15, 2011
Invoice No. 1303810

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/03/11 | D. Fullem | Prepare update to fee/expense charts to reflect December payment; circulate to R. Frankel and R. Wyron for review. | 0.30 |
| 03/08/11 | D. Fullem | Review February prebill. | 1.00 |
| 03/08/11 | R. Wyron | Review February prebill and provide comments. | 0.40 |
| 03/09/11 | D. Felder | Review February prebill. | 0.90 |
| 03/16/11 | D. Felder | Review 20th quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.70 |
| 03/17/11 | D. Fullem | Prepare CNO for January fee application; e-mail to D. Felder for review/approval. | 0.20 |
| 03/17/11 | D. Fullem | Review e-mail from D. Felder; prepare edits to Orrick's 20th quarterly for Oct-Dec 2010 time period. | 0.50 |
| 03/17/11 | D. Felder | Review CNO for January fee application. | 0.10 |
| 03/17/11 | R. Wyron | Review quarterly fee application. | 0.30 |
| 03/18/11 | D. Fullem | Prepare CNO for Orrick's January monthly fee application; coordinate filing and serving of same. | 0.50 |
| 03/21/11 | D. Fullem | Prepare draft of February fee application. | 1.00 |
| 03/21/11 | D. Felder | Review February fee application and e-mail correspondence with D. Fullem. | 0.30 |
| 03/22/11 | D. Fullem | Prepare revised February fee application; email to R. Wyron and D. Felder for final approval. | 0.80 |
| 03/22/11 | R. Wyron | Review draft February 2011 fee application. | 0.30 |
| 03/23/11 | D. Felder | E-mail to D. Fullem regarding chart from fee auditor regarding fee amounts. | 0.10 |
| 03/24/11 | D. Fullem | Prepare final version of Orrick's Quarterly Fee Application for the period October-December 2010. | 1.00 |
| 03/25/11 | D. Fullem | Coordinate filing/serving of Orrick's monthly for February and quarterly for Oct-Dec 2010. | 0.50 |
| 03/28/11 | D. Fullem | Review fee order entered by Court on last quarterly fee applications for period Jul-Sep 2010. | 0.20 |

Total Hours                                      9.10

Total For Services                                          $3,794.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

April 15, 2011
Invoice No. 1303810

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.10 | 645.00 | 1,354.50 |
| Debra O. Fullem | 6.00 | 265.00 | 1,590.00 |
| Richard H. Wyron | 1.00 | 850.00 | 850.00 |
| Total All Timekeepers | 9.10 | $416.98 | $3,794.50 |

Disbursements
Document Reproduction                                      1.70
                            Total Disbursements                                   $1.70


                    **Total For This Matter**                          $3,796.20



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

April 15, 2011
Invoice No. 1303810

For Legal Services Rendered Through March 31, 2011 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | | |
|---|---|---|---|---|
| 03/01/11 | R. Frankel | Travel to Pittsburgh for hearing. | | 2.10 |
| 03/02/11 | R. Frankel | Travel to DC from Pittsburgh. | | 4.30 |

| | | |
|---|---|---|
| Total Hours | 6.40 | |
| Total For Services | | $3,152.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 6.40 | 492.50 | 3,152.00 |
| Total All Timekeepers | 6.40 | $492.50 | $3,152.00 |

**Total For This Matter**                    **$3,152.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 191.00 | |
| Total Fees, all Matters | | $141,980.50 |
| Total Disbursements, all Matters | | $5,941.66 |
| Total Amount Due | | $147,922.16 |