**EXHIBIT A**
(Fee Detail)

**FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,541.00 |
| **FEE APPLICATION – APPLICANT** | $793.50 |
| **TOTAL FEES** | $14,334.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 18, 2011
Bill Number 132001
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH FEBRUARY 28, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/01/11 | RAM | Emails re: search for Savannah, Georgia plant binder; telephone conference with DMB re: check Briefing Books and C. Lowe's materials for any info re: plant. | 0.10 Hrs | 34.50 |
| 02/01/11 | DMB | Telephone calls with RAM re: information on Savannah plant (.1); research same (.6); telephone call with in-house counsel re: same (.1). | 0.80 Hrs | 240.00 |
| 02/01/11 | ARA | Search for Savannah, Georgia plant binder for in-house counsel. | 1.00 Hrs | 130.00 |
| 02/01/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 02/02/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/03/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/07/11 | ARA | Quality control PNB documents. | 4.30 Hrs | 559.00 |
| 02/07/11 | ARA | Document control. | 0.30 Hrs | 25.50 |
| 02/08/11 | MTM | Telephone call from in-house counsel re: information on asbestos fiber purchases at plants in California. | 0.40 Hrs | 118.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/08/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/09/11 | MTM | Telephone call from in-house counsel re: asbestos purchases at LA plant (.2); review documents provided to him in December 2000 re: same (1.4); email to in house counsel re: same (.2). | 1.80 Hrs | 531.00 |
| 02/09/11 | ARA | Search for and locate LA plant binder (.4); review binder for asbestos suppliers (.9). Quality control PNB documents (3.6). | 4.90 Hrs | 637.00 |
| 02/10/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/11/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 02/11/11 | ARA | Quality control PNB documents. | 7.20 Hrs | 936.00 |
| 02/14/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/15/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/16/11 | ARA | Quality control PNB documents. | 7.40 Hrs | 962.00 |
| 02/17/11 | ARA | Quality control PNB documents. | 4.50 Hrs | 585.00 |
| 02/17/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 02/18/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 02/22/11 | ARA | Quality control PNB documents. | 6.50 Hrs | 845.00 |
| 02/22/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 02/23/11 | MTM | Telephone call from in-house counsel with questions on Sharpsburgh, PA plant (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | 59.00 |
| 02/23/11 | ARA | Per MTM's request, search for Sharpsburgh, PA plant binder; telephone call to MTM re: no plant binder (.3). Quality control PNB documents (4.2). | 4.50 Hrs | 585.00 |
| 02/24/11 | ARA | Quality control PNB documents. | 4.50 Hrs | 585.00 |
| 02/24/11 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 02/25/11 | ARA | Quality control PNB documents. | 1.20 Hrs | 156.00 |
| 02/25/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 02/28/11 | ARA | Quality control PNB documents. | 3.70 Hrs | 481.00 |
| 02/28/11 | ARA | Document control. | 1.00 Hrs | 85.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  | TOTAL LEGAL SERVICES | $13,541.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
| --- | --- | --- | --- |
| Robert A. Murphy | 0.10 | 345.00 | 34.50 |
| Donna M. Brewer | 0.80 | 300.00 | 240.00 |
| Matthew T. Murphy | 2.40 | 295.00 | 708.00 |
| Angela R. Anderson | 91.70 | 130.00 | 11,921.00 |
| Angela R. Anderson | 7.50 | 85.00 | 637.50 |
|  | 102.50 |  | $13,541.00 |

|  |  | TOTAL THIS BILL | $13,541.00 |

# Casner & Edwards, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 18, 2011
Bill Number 132002
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH FEBRUARY 28, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/02/11 | RAM | Work on December fee application. | 0.30 Hrs | 103.50 |
| 02/03/11 | RAM | Work on December fee application. | 0.90 Hrs | 310.50 |
| 02/06/11 | RAM | Work on December fee application. | 0.50 Hrs | 172.50 |
| 02/08/11 | RAM | Work on December fee application; send it to in-house counsels to to review; email from in-house counsel that it may be filed. | 0.10 Hrs | 34.50 |
| 02/17/11 | RAM | Finalize December fee application and send it to Delaware counsel to file. | 0.50 Hrs | 172.50 |

TOTAL LEGAL SERVICES          $793.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 345.00 | 793.50 |
|  | 2.30 |  | $793.50 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                                                    TOTAL THIS BILL                $793.50

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $15,074.76 |
|---|---|
| FEE APPLICATION – APPLICANT | $18.06 |
| TOTAL EXPENSES | $15,092.82 |

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 19, 2011
Bill Number 132004
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH FEBRUARY 28, 2011

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 02/28/11 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

**OUTSIDE PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 02/15/11 | MERRILL COMMUNICATIONS, LLC: Copies of TEC Systems docs (1/6/11). | 133.84 | |
| | | | $133.84 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 02/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - February 2011. | 14,536.31 | |
| | | | $14,536.31 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 02/15/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage February 1, 2011 through February 28, 2011. | 403.05 | |
| | | | $403.05 |

|  |  |
|---|---|
| TOTAL COSTS | $15,074.76 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                                          TOTAL THIS BILL            $15,074.76

Page 2

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 19, 2011
Bill Number  132005
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:  Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH FEBRUARY 28, 2011

FEDERAL EXPRESS

| | | |
|---|---|---:|
| 02/16/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market St., Pachulski Stang Ziehl & Jones LLP from Casner and Edwards on January 11, 2011 by R A Murphy. | 18.06 |
| | | $18.06 |
| | TOTAL COSTS | $18.06 |
| | | |
| | TOTAL THIS BILL | $18.06 |

Page 1