**EXHIBIT A**

**Matter 00300Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | | July | August | September | Total Comp. |
|------|----------|-------------|--|------|--------|-----------|-------------|
| | | | | | TOTAL HOURS BILLED | | |
| Coggon, Katheryn J. | Spec. Counsel | $ | 390.00 | 0 | 2.2 | 0.2 | $ | 936.00 |
| Briggs, Bryan | Practice Support | $ | 205.00 | 0 | 0.8 | 0 | $ | 164.00 |
| Sherman, Joan | Paralegal | $ | 195.00 | 0 | 4.4 | 0 | $ | 858.00 |
| Bjorquist-Rich, Shari | Practice Support | $ | 215.00 | 0 | 0.4 | 0 | $ | 86.00 |
| | | | | | | | |
| TOTAL | | | | 0 | 7.8 | 0.2 | $ | 2,044.00 |

Holme Roberts & Owen LLP

September 14, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 2 |
| Invoice No | 882641 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding:Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 08/04/10 | KJC | Conferences with JLSherman re Omaha document request from R. Marriam. | 0.30 | $ | 117.00 |
| 08/04/10 | JLS | Conference call with R. Marriam re documents (.40); review and identify documents for R. Marriam (2.80). | 3.20 | | 624.00 |
| 08/05/10 | KJC | Arrange for Omaha documents per R. Marriam request. | 0.30 | | 117.00 |
| 08/05/10 | SB | Communications with KJCoggon re preparing Omaha documents for production (.20); conference with BBriggs re same (.20). | 0.40 | | 86.00 |
| 08/06/10 | KJC | Follow-up re request for Omaha documents. | 0.40 | | 156.00 |
| 08/06/10 | BB | Prepare PDF set of Omaha documents on disc for client as requested by KJCoggon. | 0.80 | | 164.00 |
| 08/17/10 | KJC | Telephone conference with R. Finke re Omaha request (.30); follow-up re R. Finke Omaha request (.40). | 0.70 | | 273.00 |
| 08/17/10 | JLS | Telephone conference with KJCoggon re documents for R. Finke (.20); review and identify documents for R. Finke (1.00). | 1.20 | | 234.00 |
| 08/18/10 | KJC | Locate and send confidential business information support and history to R. Finke for Omaha response. | 0.50 | | 195.00 |
| | | **Total Fees Through August 31, 2010:** | **7.80** | **$** | **1,966.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 2.20 | $ | 858.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 4.40 | | 858.00 |
| SB | Shari Bjorkquist-Rich | Practice Support | 215.00 | 0.40 | | 86.00 |
| BB | Bryan Briggs | Practice Support | 205.00 | 0.80 | | 164.00 |
| | | **Total Fees:** | | **7.80** | **$** | **1,966.00** |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding:Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/24/10 | KJC | Telephone conference with R. Emmett re call from D.C. Orr (0.1); call to D.C. Orr re message received (0.1). | 0.20 | $   78.00 |
| | | **Total Fees Through September 30, 2010:** | **0.20** | **$   78.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.20 | $   78.00 |
| | | **Total Fees:** | | **0.20** | **$   78.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/15/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 342396; DATE: 7/15/2010  -  Professional Services through June 30, 2010. | $   828.41 |
| 08/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CHZ7323; DATE: 8/31/2010  -  Administration fee; storage - regular. | 263.84 |
| | | **Total Disbursements:** | **$   1,092.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $   263.84 | |
| Professional Other Billable  Service | 828.41 | |
| **Total Disbursements:** | **$   1,092.25** | |

| | |
|---|---|
| **Total Balance Due This Matter** | **$   1,170.25** |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | TOTAL HOURS BILLED | | | |
| Johnson, Eric E. | Partner | $    440.00 | 0 | 0 | 0.7 | $    308.00 |
| Haag, Susan | Sr. Paralegal | $    185.00 | 0 | 0 | 2.9 | $    536.50 |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 0 | 0 | 3.6 | $    844.50 |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding:Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/01/10 | SH | Revise invoices. | 0.50 | $ | 92.50 |
| 09/09/10 | EEJ | Revise and edit three monthly fee applications, with review of billing statements and revisions and edits to same. | 0.70 | | 308.00 |
| 09/09/10 | SH | Draft October, 2009 monthly fee application. | 1.00 | | 185.00 |
| 09/09/10 | SH | Draft November, 2009 monthly fee application. | 0.70 | | 129.50 |
| 09/09/10 | SH | Draft December, 2009 monthly fee application. | 0.70 | | 129.50 |
| | | **Total Fees Through September 30, 2010:** | **3.60** | **$** | **844.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.70 | $ | 308.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.90 | | 536.50 |
| | | **Total Fees:** | | **3.60** | **$** | **844.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/16/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 343500; DATE: 8/16/2010  - Professional Services through July 31, 2010. | $ | 226.05 |
| | | **Total Disbursements:** | **$** | **226.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable  Service | $ | 226.05 |
| **Total Disbursements:** | **$** | **226.05** |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 13.23 | $ - | $ 13.23 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 267.18 | $ 263.84 | $ 531.02 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 828.41 | $ 828.41 |
| TOTAL | $ - | $ 280.41 | $ 1,092.25 | $ 1,372.66 |

Holme Roberts & Owen LLP

September 14, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 882641 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CFJ8634; DATE: 7/31/2010  -  Storage - July 2010 | $ | 267.18 |
| 08/06/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 718830772 DATE: 8/11/2010 Tracking #: 790354078779 Shipment Date: 20100806 Ship to: Robert Marriam, Remedium Group Inc, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.23 |
| | | **Total Disbursements:** | $ | **280.41** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 13.23 |
| Other Expense | | 267.18 |
| **Total Disbursements:** | $ | **280.41** |

**Total Balance Due This Matter**                                   $        2,246.41

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

Page            3
Invoice No      885249
Client No.:     04339
Matter No.:     00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/24/10 | KJC | Telephone conference with R. Emmett re call from D.C. Orr (0.1); call to D.C. Orr re message received (0.1). | 0.20 | $ 78.00 |
| | | **Total Fees Through September 30, 2010:** | **0.20** | **$ 78.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.20 | $ 78.00 |
| | | **Total Fees:** | | **0.20** | **$ 78.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/15/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 342396; DATE: 7/15/2010 - Professional Services through June 30, 2010. | $ | 828.41 |
| 08/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CHZ7323; DATE: 8/31/2010 - Administration fee; storage - regular. | | 263.84 |
| | | **Total Disbursements:** | $ | **1,092.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 263.84 |
| Professional Other Billable  Service | | 828.41 |
| **Total Disbursements:** | $ | **1,092.25** |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | **1,170.25** |

**Bankruptcy Matters - 00390**

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | | | $ | - | $ | - |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | | $ | | $ | | $ | |
| Outside Courier | $ | - | $ | - | $ | | $ | |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Other Expense | $ | | $ | - | $ | | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | | $ | - | $ | 226.05 | $ | 226.05 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| Consulting Fee | $ | | | | | | | |
| TOTAL | $ | - | $ | - | $ | 226.05 | $ | 226.05 |

Holme Roberts & Owen LLP

10/13/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 885249 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding:Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/01/10 | SH | Revise invoices. | 0.50 | $ | 92.50 |
| 09/09/10 | EEJ | Revise and edit three monthly fee applications, with review of billing statements and revisions and edits to same. | 0.70 | | 308.00 |
| 09/09/10 | SH | Draft October, 2009 monthly fee application. | 1.00 | | 185.00 |
| 09/09/10 | SH | Draft November, 2009 monthly fee application. | 0.70 | | 129.50 |
| 09/09/10 | SH | Draft December, 2009 monthly fee application. | 0.70 | | 129.50 |
| | | **Total Fees Through September 30, 2010:** | **3.60** | **$** | **844.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.70 | $ | 308.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.90 | | 536.50 |
| | | | **Total Fees:** | **3.60** | **$** | **844.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/16/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 343500; DATE: 8/16/2010  -  Professional Services through July 31, 2010. | $ | 226.05 |
| | | **Total Disbursements:** | **$** | **226.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable  Service | $ | 226.05 |
| **Total Disbursements:** | **$** | **226.05** |

**EXHIBIT B**

## TOTAL FEES FOR QUARTER

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
|      |          |             | **TOTAL HOURS BILLED** | | | |
| Johnson, Eric E. | Partner | $ 440.00 | 0 | 0 | 0.7 | $ 308.00 |
| Haag, Susan | Sr. Paralegal | $ 185.00 | 0 | 0 | 2.9 | $ 536.50 |
| Coggon, Katheryn J. | Spec. Counsel | $ 390.00 | 0 | 2.2 | 0.2 | $ 936.00 |
| Briggs, Bryan | Practice Support | $ 205.00 | 0 | 0.8 | 0 | $ 164.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 0 | 4.4 | 0 | $ 858.00 |
| Bjorquist-Rich, Shari | Practice Support | $ 215.00 | 0 | 0.4 | 0 | 86.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  | 0 | 7.8 | 3.8 | $ 2,888.50 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | | **TOTAL HOURS BILLED** | | |
| Johnson, Eric E. | Partner | $    440.00 | 0 | 0 | 0.7 | $    308.00 |
| Haag, Susan | Sr. Paralegal | $    185.00 | 0 | 0 | 2.9 | $    536.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL** | | | **0** | **0** | **3.6** | **$    844.50** |

**Matter 00300Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | | **TOTAL HOURS BILLED** | | |
| Coggon, Katheryn J. | Spec. Counsel | $    390.00 | 0 | 2.2 | 0.2 | $    936.00 |
| Briggs, Bryan | Practice Support | $    205.00 | 0 | 0.8 | 0 | $    164.00 |
| Sherman, Joan | Paralegal | $    195.00 | 0 | 4.4 | 0 | $    858.00 |
| Bjorquist-Rich, Shari | Practice Support | $    215.00 | 0 | 0.4 | 0 | $     86.00 |
| | | | | | | |
| **TOTAL** | | | **0** | **7.8** | **0.2** | **$  2,044.00** |

**TOTAL FEES FOR QUARTER**

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | | **TOTAL HOURS BILLED** | | |
| Johnson, Eric E. | Partner | $    440.00 | 0 | 0 | 0.7 | $    308.00 |
| Haag, Susan | Sr. Paralegal | $    185.00 | 0 | 0 | 2.9 | $    536.50 |
| Coggon, Katheryn J. | Spec. Counsel | $    390.00 | 0 | 2.2 | 0.2 | $    936.00 |
| Briggs, Bryan | Practice Support | $    205.00 | 0 | 0.8 | 0 | $    164.00 |
| Sherman, Joan | Paralegal | $    195.00 | 0 | 4.4 | 0 | $    858.00 |
| Bjorquist-Rich, Shari | Practice Support | $    215.00 | 0 | 0.4 | 0 | $     86.00 |
| | | | | | | |
| **TOTAL** | | | **0** | **7.8** | **3.8** | **$  2,888.50** |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 13.23 | $ - | $ 13.23 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 267.18 | $ 263.84 | $ 531.02 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 828.41 | $ 828.41 |
| TOTAL | $ - | $ 280.41 | $ 1,092.25 | $1,372.66 |

**Bankruptcy Matters - 00390**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Photocopies | $ - | | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ | $ | $ | $ |
| Outside Courier | $ - | $ - | $ | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ | $ - | $ | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ | $ - | $ 226.05 | $ 226.05 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ | | | |
| TOTAL | $ - | $ - | $ 226.05 | $ 226.05 |

| Description | Total |
|---|---|
| Photocopies | |
| Facsimilies | |
| Long Distance Telephone | |
| Outside Courier | $ 13.23 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 531.02 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $ 1,054.46 |
| Postage | |
| Consulting Fee | |
| TOTAL | $ 1,598.71 |

**EXHIBIT C**

| Description | Total |
|---|---|
| | |
| Photocopies | |
| Facsimilies | |
| Long Distance Telephone | |
| Outside Courier | $        13.23 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $       531.02 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $     1,054.46 |
| Postage | |
| Consulting Fee | |
| **TOTAL** | **$     1,598.71** |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP                                        July 15, 2010
c/o Kenneth W. Lund, Esquire                                      Invoice No. 342396
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

## For Professional Services through June 30, 2010

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 06/11/10 | WWW | 0.10 | Exchange of emails with S. Haag re anticipated HRO's filings; update calendar re same |
| 06/15/10 | WWW | 1.00 | Review HRO's September 2009 fee application (.2); forward to C. Kunz for review (.1); prepare affidavit of service (.2); file and serve fee application (.3); forward filing to S. Haag and update case folder with same (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 06/15/10 | WWW | 0.90 | Obtain docket and review for any filed response to HRO's July 2009 fee application (.1); prepare certificate of no objection and forward to C. Kunz (.2); prepare affidavit of service re certificate of no objection (.2); file and serve certificate (.3); forward filing to S. Haag and update case folder with same (.1) |
| 06/18/10 | WWW | 1.00 | Obtain docket and review for any filed response to HRO's August 2009 fee application (.1); prepare certificate of no objection re HRO's August 2009 fee application (.2); forward to C. Kunz for review (.1); prepare affidavit of service re same (.2); file and serve certificate of no objection (.3); filing to S. Haag and update case folder with same (.1) |
| 06/25/10 | WWW | 1.30 | Review HRO's 34th interim fee application (.2); forward revisions to S. Haag re same (.1); prepare notice of application and affidavit of service re same |

Matter Number: 105624-0001
July 15, 2010
Page: 2

---

(.2); review revised fee application from S. Haag (.1); forward to C. Kunz for review (.1); file and serve fee application (.4); forward filing to S. Haag and update case folder with same (.1); calendar objection deadline and forward to C. Kunz (.1)

| | | | | |
|---|---|---|---|---|
| William W. Weller | Paralegal | 4.30 hrs at | 165.00 /hour | 709.50 |
| **Total Fees** | | **4.30 hrs** | | **$709.50** |

**For Disbursements through June 30, 2010**

| | |
|---|---|
| Federal Express | 20.39 |
| Postage | 24.12 |
| Reproduction | 74.40 |
| **Total Disbursements** | **$118.91** |

---

| | |
|---|---|
| **Total Services and Disbursements this period** | **$828.41** |
| **Previous Balance** | **$398.88** |
| **Balance Due** | **$1,227.29** |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

August 16, 2010
Invoice No. 343500

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

## For Professional Services through July 31, 2010

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 07/22/10 | WWW | 0.50 | Obtain docket and review for any filed response to HRO's September 2009 fee application (.1); prepare certificate of no objection re same (.2); prepare affidavit of service re same (.2) |
| 07/26/10 | WWW | 0.80 | Revise certificate of no objection re HRO's September 2009 fee application (.1); forward to C. Kunz for review (.1); revise affidavit of service (.1); file and serve certificate of no objection (.4); forward filing to S. Haag and update case folder with same (.1) |

| | | | | | |
|---|---|---|---|---|---|
| William W. Weller | Paralegal | 1.30 hrs at | 165.00 /hour | | 214.50 |
| **Total Fees** | | **1.30 hrs** | | | **$214.50** |

## For Disbursements through July 31, 2010

| | |
|---|---|
| Postage | 11.55 |
| **Total Disbursements** | **$11.55** |

Matter Number: 105624-0001
August 16, 2010
Page: 2

| | |
|---|---:|
| **Total Services and Disbursements this period** | $226.05 |
| **Previous Balance** | $1,227.29 |
| **Payments and Other Credits through 07/19/2010** | ($398.88) |
| **Balance Due** | $1,054.46 |