# EXHIBIT F









Every class action is unique.

Collectiva's extensive experience will guide you through each and every phase of your class action from preparation and presentation to claim management and member services, right up to its conclusion.

Collectiva's personalized approach can reduce administrative fees, clearly inform and advise class members and efficiently distribute class member benefits.

Collectiva's team stands ready to answer your needs by understanding your file in the most minute of details.

EVERY YEAR A PORTION OF COLLECTIVA'S ANNUAL PROFITS IS DONATED TO A CHARITABLE ORGANIZATION IN QUEBEC.



a unique range of services

## PREPARATION BEFORE AGREEMENT

> Member registration, including preparation and registration form distribution

> Management of the member list, including registration follow-up, database management and member profile analysis

> Call centre



## CLAIMS ADMINISTRATION

> Collectiva facilitates the administering of benefits and cuts down costs, once an agreement has been concluded

> Collectiva offers an exclusive and efficient process of calculating claims and different benefit options as well as distributing benefits in a timely manner



# services

## NOTICE TO MEMBERS

> Drafting of notices in simple, precise and clear language
> Sending these notices to class members
> Economical printing service
> Follow up on changes of address as well as any undelivered mail
> Publication of notices in newspapers



## SITUATION REPORTS

> Information on the status of selected files
> Periodic reporting, notification of crucial questions and progress, follow-up on incomplete files and benefits payment schedule
> Transfer to client or court of all data in spreadsheet format
> Court affidavits
> Periodic or term account breakdown

## MANAGING YOUR CLASS ACTION

> Claim forms that are easy to understand and complete, that include all necessary information, particularly the proof required to establish the claimant's status
> Forms available online
> Distribution of claims forms
> Database set-up for more precise reporting
> Processing of all claims
> Determination of eligibility of claimants as well as amounts to be distributed to class action members
> Reception of claims
> Analysis of evidence and follow-up on any incomplete files



## INDEMNITY DISTRIBUTION

> Calculation of indemnities
> Preparation and distribution of indemnities
> Follow-up on undelivered mail
> Information to class members regarding their indemnities
> Manage trust funds
> Bank reconciliations
> Reissue cheques if necessary

## DIGITAL DOCUMENTS

> All claims, correspondence and other pertinent documents are digitalized
> All digital documents from individual files are kept in the database
> Links are created for online access to documents
> Documents are archived for research purposes
> Upon request, documents can also be transferred to CD and DVD
> Confidentiality is assured

## CALL CENTRE

> Call centre set-up
> A database that helps Collectiva produce claim forms, note the hour and date of every member call, and write situation reports
> Scenario preparation to help respond to frequently asked questions by members
> Expert personnel to help members complete claim forms
> Service in English, French, Spanish, and Italian
> Management of members' requests for information



more than 10 years experience



ollectiva's team includes dedicated personnel with more than 10 years experience in class action administration.

Furthermore, Collectiva is well known for providing a smooth and cost-effective solution, all the while attending to class members' needs.





## SILZONE CARDIAC VALVES

On June 28, 2010 Collectiva was appointed by the Superior Court of Quebec to distribute 5,250,000$ CAN in the context of a class action settlement led by the law firm of Lauzon Bélanger Lespérance to class members implanted with one or more Silzone® Products.

## DPM SECURITIES LIMITED PARTNERSHIP

On February 26, 2010 Collectiva was appointed by the Superior Court of Quebec as Claim Administator in the matter of the DPM Securities Inc. Limited Partnership Class Action Litigation led by the law firm of Trudel & Johnston involving a 12,900,00$ CAN settlement fund.

## HOUSEHOLD FINANCE

Thanks to our more advantageous offer in comparison to those made by two of our competitors, the Superior Court of Quebec appointed Collectiva as Claim Administrator of the class action suit against Household Finance in Quebec led by the law firm of Sylvestre Fafard Painchaud. In this context, we distributed 2,500,000$ CAN to over 26,000 members.

 

# mandates

**2010 – present**

Françoise Thibault v. St-Jude Medical & al.
Superior Court, district of Montreal, no 500-06-000188-025

Appointed as claim administrator by the Superior Court of Quebec on June 28, 2010

**2010 – present**

DPM Securities Limited Partnership
Superior Court, district of Montreal, nos 500-06-000096-998 (Springfield), 500-06-000123-014 (Windsor Park), 500-06-000142-014 (Mont Blanc), 500-06-000230-041 (Autumn Ridge) and 500-06-000231-049 (Vantage Point)

Appointed as claim administrator by the Superior Court of Quebec on February 26, 2010

**2009 – present**

Coalition pour la protection de l'environnement du Parc Linéaire «Petit Train du Nord» La Municipalité Régionale de comté des Laurentides v. Attorney General of Quebec, Superior Court, district of Montreal, no 700-06-000001-000

**2008-2009**

Option consommateurs and Lynda Gagné v.
Services aux marchands détaillants Limitée (Household Finance)
Superior Court, district of Montreal, no 500-06-000080-990

Appointed as claim administrator by the Superior Court of Quebec on June 3, 2008

**2008-2009**

Michel Tardif and Dominic Desbiens v. Hyundai Motor America, Superior Court, district of Montreal, no 500-06-000180-022

Paul Miller v. Kia Canada Inc., Superior Court, district of Montreal, no 500-06-000196-036

Appointed as claim administrator by the Superior Court of Quebec on June 18, 2008

## OTHER MANDATES

**2007 – present**

Guy Desjardins and Jean Rochon v. Attorney General of Canada
Superior Court, district of Montreal, no. 500-06-000065-983
HEPATITIS C

**1998 – present**

Manon Doyer v. Dow Corning Corporation
Superior Court, district of Montreal, no. 500-06-000013-934
BREAST IMPLANTS



**COLLECTIVA**
CLASS ACTION SERVICES INC.

285, place D'Youville, suite 9
Montreal, Quebec H2Y 2A4

Telephone : 514.287.1000
Toll-free : 1.800.287.8587
Fax : 514.287.1617
Website : www.collectiva.ca
Email : info@collectiva.ca

Anna Vetere
Administrative Director
Email : anna.vetere@collectiva.ca