**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 26th day of April, 2011, I caused a copy of *Exhibit F to the Motion for Order Approving Canadian ZAI Property Damage Claims Administrator [Docket No. 26794]*, to be served via CM/ECF and/or electronic mail.

    /s/Daniel K. Hogan
    Daniel K. Hogan (DE #2814)