IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 16, 2011 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S FIFTY-FIRST MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | April 15, 2011 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 1073592 |
| Matter No.: | 01016442-0001 | |

100035

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2011

| | |
|---|---:|
| FEES | $38,163.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 409.84 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $38,572.84 |

**TOTAL IN US FUNDS: $38,962.46**



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.

01016442-0001

RE: Chapter 11 Proceedings, General Matters

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/11 | Katie Legree | Drafting 49th Monthly Fee Application. | 0.20 | $36.00 |
| 2/3/11 | Katie Legree | Preparing 49th Monthly Fee Application (0.80); circulating same to R. Finke for review (0.10). | 0.90 | $162.00 |
| 7/3/11 | Teresa Walsh | Reviewing and swearing 49th Monthly Fee Application. | 0.30 | $180.00 |
| 7/3/11 | Katie Legree | Finalizing 49th Monthly Fee Application (0.10); forwarding same to L. Oberholzer for service and filing (0.10); forwarding same to Fee Auditor (0.10). | 0.30 | $54.00 |
| 11/3/11 | Katie Legree | Filing Request Form with Commercial List for April 8th, 2011 hearing. | 0.10 | $18.00 |
| 17/3/11 | Adrienne Glen | Attending to correspondence regarding Crown's appeal in Chapter 11 proceedings. | 0.50 | $155.00 |
| 17/3/11 | Orestes Pasparakis | Exchanging emails with client (0.30); considering court strategy (0.70). | 1.00 | $800.00 |
| 18/3/11 | Orestes Pasparakis | Following-up on status (0.30); drafting email (0.30). | 0.60 | $480.00 |
| 21/3/11 | Orestes Pasparakis | Following-up with court material (0.40); attending to emails regarding status (0.40); considering strategy for recognition order (0.60). | 1.40 | $1,120.00 |
| 21/3/11 | Adrienne Glen | Drafting 36th Information Officer's Report (2.50); drafting notice of motion regarding April 8th hearing (0.70). | 3.20 | $992.00 |
| 22/3/11 | Orestes Pasparakis | Following-up on factum (0.40); raising issues (0.40); reviewing Notice of Motion (0.30); reviewing draft order (0.30); reviewing draft report (0.40). | 1.80 | $1,440.00 |
| 22/3/11 | Adrienne Glen | Drafting motion materials for April 8th hearing. | 2.50 | $775.00 |

INVOICE: 1073592



W.R. GRACE & CO.                                                              01016442-0001

RE:  Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/3/11 | Ruth I. Wahl | Considering procedural and transitional issues with respect to CCAA Order recognizing a plan approved in United States bankruptcy proceedings (1.80); discussing same with A. Glen (0.20). | 2.00 | $1,580.00 |
| 23/3/11 | Adrienne Glen | Revising motion materials for April 8th hearing. | 1.70 | $527.00 |
| 23/3/11 | Orestes Pasparakis | Following-up on revisions to court materials. | 0.70 | $560.00 |
| 24/3/11 | Vasuda Sinha | Participating in office conference with A. Glen regarding motion materials for recognition order. | 0.50 | $130.00 |
| 24/3/11 | Orestes Pasparakis | Following-up on materials. | 0.30 | $240.00 |
| 24/3/11 | Adrienne Glen | Revising motion materials in accordance with comments by R. Finke and J. Baer. | 0.70 | $217.00 |
| 27/3/11 | Vasuda Sinha | Drafting factum for recognition order for U.S. Confirmation Order (3.70); participating in discussions with A. Glen and O. Pasparakis regarding same (0.30). | 4.00 | $1,040.00 |
| 27/3/11 | Adrienne Glen | Drafting affidavit and factum. | 4.80 | $1,488.00 |
| 27/3/11 | Orestes Pasparakis | Reviewing draft Notice of Motion, Order and 36th Report of the Information Officer. | 1.20 | $960.00 |
| 28/3/11 | Adrienne Glen | Drafting factum for motion on April 8, 2011. | 1.50 | $465.00 |
| 28/3/11 | Vasuda Sinha | Drafting and revising motion materials for recognition order, including factum, notice of motion and report of the Information Officer (7.30); participating in discussions with A. Glen and O. Pasparakis regarding same (0.50). | 7.80 | $2,028.00 |
| 28/3/11 | Orestes Pasparakis | Drafting factum (6.50); revising Notice of Motion, Order and Report (1.50). | 8.00 | $6,400.00 |
| 28/3/11 | Hoori Chitilian | Researching cases in CED, Quicklaw, Westlaw and secondary sources on behalf of V. Sinha and O. Pasparakis for the principle that a foreign order can be recognized in Canada as final even if it is being appealed. | 9.20 | $1,702.00 |

INVOICE: 1073592



W.R. GRACE & CO.                                                01016442-0001

RE: Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/3/11 | Adrienne Glen | Considering issues and drafting factum for April 8, 2011 motion. | 4.50 | $1,395.00 |
| 29/3/11 | Vasuda Sinha | Drafting and revising factum for motion for recognition (2.00); reviewing and revising motion materials (3.00); reviewing case law regarding same (3.00); participating in various discussions with A. Glen and O. Pasparakis regarding same (0.50). | 8.50 | $2,210.00 |
| 29/3/11 | Orestes Pasparakis | Revising factum (3.20); revising Motion Record (0.40). | 3.60 | $2,880.00 |
| 29/3/11 | Hoori Chitilian | Searching, on behalf of O. Pasparakis, Supreme Court of Canada cases for a decision discussing defences to the recognition and enforcement of a foreign order. | 1.80 | $333.00 |
| 30/3/11 | Vasuda Sinha | Revising factum and motion materials for recognition order. | 1.30 | $338.00 |
| 30/3/11 | Orestes Pasparakis | Making further revisions to factum (3.20); following-up on changes to the Report (0.40). | 3.60 | $2,880.00 |
| 30/3/11 | Alex Dimson | Reviewing and revising Information Officer's Report, Motion Record and Factum. | 5.50 | $1,430.00 |
| 31/3/11 | Orestes Pasparakis | Reviewing and revising factum (2.20); finalizing and reviewing motion record (0.50). | 2.70 | $2,160.00 |
| 31/3/11 | Alex Dimson | Revising Factum and Motion Record. | 3.80 | $988.00 |
| | | **TOTAL FEES** | | **$38,163.00** |

| DISBURSEMENTS - NON TAXABLE | |
|---|---|
| Courier service | 32.97 |
| External DB Search/Quicklaw | 239.41 |
| Meals-restaurants (Canada) | 10.11 |
| Filing notice of motion | 127.00 |
| Taxe non-récupérable/Non recouvrable ta | 0.35 |
| | $409.84 |

INVOICE: 1073592