## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## February 2011

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended February 28, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 24.0 | $ 14,227.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 65.0 | $ 46,805.85 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 69.4 | $ 27,426.88 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 28.4 | $ 12,010.64 |
| Todd Chesla | Tax Manager | 6 | Integrated Audit | $ 301.60 | 28.5 | $ 8,595.60 |
| Mariana Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 9.5 | $ 2,766.40 |
| Marjored Perez | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 12.0 | $ 2,745.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 13.9 | $ 3,248.15 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 11.0 | $ 2,500.63 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 15.6 | $ 3,569.28 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 28.7 | $ 4,629.02 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 161.29 | 20.6 | $ 3,322.57 |
| Shawn McNeilly | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 11.0 | $ 1,774.21 |
| Veronica Flores | Tax Experienced Associate | 2 | Integrated Audit | $ 156.00 | 82.5 | $ 12,870.00 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 195.9 | $ 24,879.30 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 92.27 | 162.6 | $ 15,003.10 |
| Totals | | | | | 778.6 | $ 186,374.45 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 42.0 | | $ 6,111.24 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
### February 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 42 | $ 6,111.24 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- | | |

| Expenses | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 778.6 | $ 186,374.45 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 820.6 | $ 192,485.69 |

## Expense Summary
## February 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 10,350.97 |
| Lodging | N/A | $ 2,088.87 |
| Sundry | N/A | $ 1,348.34 |
| Business Meals | N/A | $ 7,119.82 |
| TOTAL: | | $ 20,908.00 |