# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended February 28, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 24.0 | $ 14,227.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 65.0 | $ 46,805.85 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 385.20 | 69.4 | $ 27,420.88 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 28.4 | $ 12,010.64 |
| Todd Chasis | Tax Manager | 6 | Integrated Audit | $ 301.60 | 28.5 | $ 8,595.60 |
| Mariana Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 9.5 | $ 2,766.40 |
| Margeret Perez | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 12.0 | $ 2,745.60 |
| Pavel Kapsalk | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 13.9 | $ 3,248.15 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 11.0 | $ 2,500.63 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 15.6 | $ 3,569.28 |
| Madeleine Lockear | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 28.7 | $ 4,629.02 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 161.29 | 20.6 | $ 3,322.57 |
| Shawn Mahaffey | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 11.0 | $ 1,774.21 |
| Veronica Flores | Tax Experienced Associate | 2 | Integrated Audit | $ 156.00 | 82.5 | $ 12,870.00 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 195.9 | $ 24,879.30 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 92.27 | 162.6 | $ 15,003.10 |
| Totals | | | | | 778.6 | $ 186,374.43 |

W.R. Grace & Co.
Fee Application Preparation
Month ended February 28, 2011

| Date | Hours | Description of Services Provided | | Bill Rate | | Extended Cost |
|------|-------|-------------------------------|---|-----------|---|---------------|
| **FEE APPLICATION PREPARATION** | | | | | | |
| **Name: Pavel Katsiak** | | | | | | |
| 1-Feb | 2.3 | Reviewing January fee application | $ | 233.68 | $ | 537.46 |
| 8-Feb | 1.7 | Discussing fee application with the engagement team | $ | 233.68 | $ | 397.26 |
| 16-Feb | 1.0 | Following up on the questions regarding the fee application | $ | 233.68 | $ | 233.68 |
| 22-Feb | 1.0 | Responding to the fee auditor questions | $ | 233.68 | $ | 233.68 |
| | **6.0** | | | | | |
| | | | | | | |
| **Name: Melanie Schwartz** | | | | | | |
| 1-Feb | 2.0 | Fee Application - Bill reconciliation | $ | 130.81 | $ | 261.62 |
| 2-Feb | 3.5 | Fee Application - reconcile expenses | $ | 130.81 | $ | 457.84 |
| 3-Feb | 1.0 | Fee Application - work on reconciliations | $ | 130.81 | $ | 130.81 |
| 4-Feb | 10.0 | Fee Application - work on reconciliations | $ | 130.81 | $ | 1,308.10 |
| 14-Feb | 3.0 | Fee Application - work on time transfers into nonbillable code | $ | 130.81 | $ | 392.43 |
| 15-Feb | 1.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ | 130.81 |
| 17-Feb | 2.5 | Fee Application - work on expense reconciliations | $ | 130.81 | $ | 327.03 |
| 23-Feb | 1.0 | Fee Application - work on quarterly files | $ | 130.81 | $ | 130.81 |
| 24-Feb | 2.5 | Fee Application - work on time reconciliations | $ | 130.81 | $ | 327.03 |
| 25-Feb | 4.0 | Fee Application - work on expense reconciliations | $ | 130.81 | $ | 523.24 |
| 28-Feb | 5.5 | Fee Application - work on reconciliations | $ | 130.81 | $ | 719.46 |
| | **36.0** | | | | | |
| | **42.0** | Total Grace Fee Application Charged Hours | | | $ | **6,111.24** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended February 28, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 24.0 | $ 14,227.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 65.0 | $ 46,805.85 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 395.20 | 69.4 | $ 27,426.88 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 28.4 | $ 12,010.64 |
| Todd Chesla | Tax Manager | 6 | Integrated Audit | $ 301.60 | 28.5 | $ 8,595.60 |
| Mariana Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 9.5 | $ 2,766.40 |
| Margred Perez | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 12.0 | $ 2,745.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 13.9 | $ 3,248.15 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 11.0 | $ 2,500.63 |
| Elizabeth Saenz | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 15.6 | $ 3,569.28 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 28.7 | $ 4,629.02 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 161.29 | 20.6 | $ 3,322.57 |
| Shawn McNally | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 11.0 | $ 1,774.21 |
| Veronica Flores | Tax Experienced Associate | 2 | Integrated Audit | $ 156.00 | 82.5 | $ 12,870.00 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 195.9 | $ 24,879.30 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 92.27 | 162.6 | $ 15,005.10 |
| Totals | | | | | 778.6 | $ 166,374.45 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: George Baccash** | | |
| 1-Feb | 1 | Tax provision review |
| 2-Feb | 3 | Tax provision review |
| 3-Feb | 2 | Review FIN 48 and APB 23 WP's |
| 7-Feb | 1 | Review files and discuss VOL C/B C/O issues with J. Underhill (PwC) |
| 9-Feb | 1 | Review FIN 48 schedules and discuss the C/B schedules |
| 10-Feb | 1 | Review Valuation memo |
| 14-Feb | 1 | Review memos and worksheets |
| 16-Feb | 2 | Tax provision calls and review of workpapers |
| 17-Feb | 2 | Tax provision calls and review of workpapers |
| 18-Feb | 2 | Tax provision calls and review of workpapers |
| 21-Feb | 2 | Review 10K discussions re: UTP release, wording on 10K; reconcile 10K to wp's |
| 22-Feb | 1 | Review memo and discuss with J. Underhill (PwC) re: Mass adjustment |
| 23-Feb | 3 | Analyze and review balance sheet reconciliation; conference call with J.Underhill (PwC), E.Sama (PwC), J.Bray (PwC) and D.Libbey (Grace), to discuss same |
| 24-Feb | 2 | Review tax memo and analyze balance sheet reconciliation |
| | **24.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Thomas E. Smith**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Feb | 0.6 | Discuss APB 23 tax matter with National Office and J.Bray (PwC) |
| 1-Feb | 0.4 | Review draft bankruptcy order |
| 2-Feb | 0.5 | Review deferred tax asset realization memo |
| 2-Feb | 0.5 | Review draft press release |
| 3-Feb | 1.9 | Review deferred tax asset realization memo |
| 3-Feb | 1.6 | Review draft press release |
| 3-Feb | 1.1 | Meet with B.Dockman (Grace) and M.Brown (Grace) to discuss press release |
| 3-Feb | 0.9 | Meet with H.LaForce (Grace) to discuss audit matters |
| 8-Feb | 0.5 | Review memos on tax matters - APB 23 and DTA realization |
| 8-Feb | 1.2 | Team meeting to discuss audit status - J.Bray (PwC), J.Morrissey (PwC), P.Katsiak (PwC), A.Schmidt (PwC) |
| 8-Feb | 1.1 | Review interoffice reporting |
| 8-Feb | 0.7 | Research accounting for warrants to be issued at bankruptcy emergence |
| 9-Feb | 1.3 | Review audit committee materials and participate on AC conference call |
| 9-Feb | 0.6 | Review accounting for warrants - Earnings per share treatment |
| 9-Feb | 1.1 | Review audit workpapers |
| 10-Feb | 2.2 | Review audit workpapers |
| 10-Feb | 0.8 | Call with PwC Germany to discuss tax matters |
| 14-Feb | 1.3 | Review deferred tax asset realization memo |
| 14-Feb | 0.7 | Team meeting to discuss audit status - J.Bray (PwC), J.Morrissey (PwC), P.Katsiak (PwC), A.Schmidt (PwC) |
| 14-Feb | 1.5 | Meet with H.LaForce (Grace) to discuss audit matters |
| 15-Feb | 1.7 | Review draft audit committee report |
| 16-Feb | 0.6 | Review draft audit committee report |
| 16-Feb | 2.5 | Review draft Form 10-K |
| 16-Feb | 3.4 | Review workpapers |
| 16-Feb | 1.5 | Meet with T.Puglisi (Grace) to discuss Form 10-K comments |
| 17-Feb | 0.8 | Review pension accounting matters |
| 17-Feb | 2.1 | Review workpapers |
| 17-Feb | 2.1 | Review summary of uncorrected misstatements - for mgmt rep letter |
| 18-Feb | 1.4 | Meet with B.Dockman (Grace) to discuss audit matters |
| 18-Feb | 1.1 | Review draft Form 10-K |
| 18-Feb | 1.2 | Conf call with J.McCormack (PwC) to discuss Form 10-K |
| 18-Feb | 0.8 | Conf call with B.Eydt (PwC) to discuss Form 10-K |
| 19-Feb | 1.3 | Review foreign office reporting |

| | | |
|---|---|---|
| 19-Feb | 0.7 | Review significant matter memo documentation |
| 21-Feb | 3.4 | Review workpapers - 2010 acquisition testing and revenue analytics |
| | | |
| 21-Feb | 1.6 | Team meeting to discuss audit status - J.Bray (PwC), J.Morrissey (PwC), P.Katsiak (PwC), A.Schmidt (PwC) |
| 22-Feb | 2.5 | Review workpapers - Revenue recognition memo and summary of internal control matters |
| 23-Feb | 1.1 | Meet with F.Festa (Grace) to discuss business and accounting matters |
| 23-Feb | 1.4 | Meet with H.LaForce (Grace) to discuss audit matters |
| 23-Feb | 2.5 | Review Audit Committee materials |
| 24-Feb | 1.8 | Audit committee meeting |
| 24-Feb | 0.8 | Meet with Audit Committee Chairman, M.Tomkins (Grace) |
| 24-Feb | 1.9 | Review workpapers |
| 25-Feb | 4.0 | Review final audit workpapers - analytics, engagement leader checklist |
| | | |
| | **65.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jody Underhill** | | |
| 1-Feb | 1.7 | Reviewing the deferred tax asset reconciliation and tie out |
| 1-Feb | 1.3 | Reviewing the deferred tax liabilities reconciliation and tie out |
| 1-Feb | 0.9 | Reviewing reconciliation of 2009 tax return to provision calculation and proper input into 2010 tax provision calculation |
| 1-Feb | 1.4 | Reviewing the cash repatriation testing performed by T.Chesla and V.Flores (all PwC) |
| 1-Feb | 1.2 | Discussing edits and comments on deferred tax review with E.Sama (PwC) |
| 1-Feb | 1.1 | Discussing edits and comments on cash repatriation testing with T.Chesla (PwC) |
| 1-Feb | 0.7 | Reviewing proper classification of temporary and permanent differences in the company 001 tax provision calculation |
| 1-Feb | 0.9 | Reviewing proper classification of temporary and permanent differences in the company 005 tax provision calculation |
| 1-Feb | 1.1 | Reviewing proper classification of temporary and permanent differences in the company 032 tax provision calculation |
| 1-Feb | 1.2 | Reviewing proper tax effecting calculation performed for temporary differences in tax provision work |
| 2-Feb | 1.3 | Reviewing tie out of effective tax rate calculation to accounting records and financial statements |
| 2-Feb | 1.2 | Reviewing proper calculation of effective tax rate |
| 2-Feb | 0.9 | Reviewing propemess of permanent differences included in the effective tax rate calculation |
| 2-Feb | 1.0 | Reviewing proper inclusion and tie out of foreign tax credits included in the effective tax rate calculation |
| 2-Feb | 1.6 | Reviewing proper inclusion of foreign income in the effective tax rate calculation |
| 2-Feb | 0.5 | Reviewing discrete adjustments included in the effective tax rate calculation |
| 2-Feb | 0.9 | Reviewing PwC comparison of effective tax rate calculation to prior quarters and years effective tax rate |
| 2-Feb | 1.3 | Reviewing PwC reconciliation of differences between current and past effective tax rate calculations for reasonableness |
| 2-Feb | 0.9 | Reviewing uncertain tax position schedule provided by WR Grace |
| 2-Feb | 0.9 | reviewing tie out of uncertain tax position schedule to the information included in the 10K tax footnote |
| 4-Feb | 1.0 | year end provision review |
| 7-Feb | 4.2 | Continue reviewing year end provision workpapers and schedules provided by WR Grace and follow up emails regarding updated workpapers. |
| 8-Feb | 3.0 | Review uncertain tax position workpaper rollforward schedule, the domestic state net operating loss schedules and foreign tax credit schedules received from David Libow (Grace). |
| 14-Feb | 2.0 | year end provision review |
| 15-Feb | 1.4 | Reviewing the year end domestic tax provision |
| 15-Feb | 1.6 | Reviewing the year end Germany tax provision |
| 15-Feb | 1.3 | Reviewing the foreign effective tax rate analytics |
| 15-Feb | 1.8 | Reviewing the reconciliation from the domestic provision to the financial statements |

| Date | Hours | Description |
|---|---|---|
| 15-Feb | 1.1 | Reviewing the reconciliation from the domestic provision to the tax footnote in the 10K |
| 15-Feb | 1.3 | Reviewing the updates WR Grace tax department made to the domestic provision |
| 16-Feb | 1.0 | year provision review discussions with A.Clark (Grace) to clear down open issues related to FTC (foreign tax credit) rollforward |
| 16-Feb | 1.1 | Meeting with D.Libow (Grace) to clear open items related to the Uncertain Tax Positions schedule |
| 16-Feb | 0.9 | Meeting with D.Libow (Grace) to reconcile questions on the income tax payable rollforward schedule |
| 16-Feb | 1.3 | Conference call with PwC tax team (E.Sama, T.Chesla, V.Flores) to finalize plan for tie out of tax items in the 10K |
| 16-Feb | 1.1 | Conference call with G.Hurwitz, D.Libow, A.Clark (all Grace) to discuss reconciliation of tax spreadsheets to the 10K |
| 17-Feb | 2.5 | Conference call with D.Libow (Grace), G.Hurwitz (Grace) and A.Clark (Grace) regarding the deferred rollforward per the Tax Package. Follow up discussion with J.Bray (PwC) regarding issues related to the provision. |
| 18-Feb | 1.7 | Received and reviewed the Version P2 related to US tax package. Updated the deferred reconciliation and reviewed emails from G.Hurwitz (Grace) on reconciling balance. |
| 21-Feb | 4.4 | Review emails related to 10K. Conference call w/J.Bray (PwC), G.Baccash (PwC) and E.Sama (PwC) regarding 10K review and sign-off. |
| 22-Feb | 1.2 | Follow up email with R.Gale (Grace), T.Smith (PwC), and G.Baccash (PwC) regarding the international tax restructure and foreign holdco. Follow up discussion with G.Baccash (PwC) regarding same. |
| 23-Feb | 0.9 | Review the tie out of the 10K financial statements to the tax provision workpapers |
| 23-Feb | 1.6 | Review the tie out of the 10K tax footnote to the tax provision workpapers |
| 23-Feb | 1.6 | Reviewing the tax provision memo prepared by E.Sama (PwC) |
| 23-Feb | 0.9 | Call with E.Sama (PwC) to discuss tax provision memo |
| 23-Feb | 1.4 | Conference call with G.Baccash, E.Sama, J.Bray (all PwC) to discuss wrap up of tax work for WR Grace 10K |
| 23-Feb | 1.3 | Conference call with D.Libow, G.Hurwitz and A.Clark (Grace) to wrap up with WR Grace PwC's work performed over tax provision |
| 23-Feb | 0.8 | Conference call with T.Smith (PwC), G.Baccash (PwC), R.Gale (Grace) and J.Bray (PwC) to discuss foreign holding company structure. |
| 24-Feb | 4.0 | Finalize tax memo and transfer pricing memo. Follow up email and calls with E.Sama (PwC) on status of database and sign-off's. |
| 28-Feb | 1.0 | Final clean up of workpapers and close out of email related to year end provision. |
| | 69.4 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Justin Bray** | | |
| 1-Feb | 1.4 | Meeting with E Filon (Grace), D Libow (Grace), J Underhill (PwC) |
| 2-Feb | 0.4 | Meeting with B Dockman (Grace) |
| 3-Feb | 3.2 | Review of workpapers |
| 4-Feb | 2.8 | Documentation of accounting for income taxes |
| 5-Feb | 2.1 | Documentation of accounting for income taxes |
| 6-Feb | 0.8 | Review of workpapers |
| 8-Feb | 2.9 | Documentation of accounting for income taxes |
| 9-Feb | 0.9 | Meeting with T Smith (PwC), J Morrissey (PwC), P Katsiak (PwC), A Schmidt (PwC) |
| 10-Feb | 0.6 | Call with P Katsiak (PwC), T Smith (PwC), and PwC Germany team |
| 11-Feb | 0.2 | Meeting with B Dockman (Grace) |
| 12-Feb | 3.6 | Documentation of accounting for income taxes |
| 14-Feb | 0.2 | Meeting with B Dockman (Grace) |
| 15-Feb | 0.4 | Call with G Baccash (PwC), J Underhill (PwC) |
| 16-Feb | 2.3 | Review of workpapers |
| 17-Feb | 0.4 | Call with D Libow (Grace) |
| 18-Feb | 1.3 | Review of financial statements |
| 21-Feb | 1.7 | Review of workpapers |
| 22-Feb | 0.6 | Review of financial statements |
| 23-Feb | 0.7 | Meeting with F Festa (Grace), T Smith (PwC) |
| 24-Feb | 0.5 | Review of financial statements |
| 25-Feb | 1.4 | Review of workpapers |
| | **28.4** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Todd Chesla** | | |
| 1-Feb | 2.7 | Review of German provision provided by A. Clark (Grace) |
| 1-Feb | 1.5 | Discussions with A. Clark (Grace) on reconciliation of German provision to tax package |
| 1-Feb | 2.3 | Review of German Tax packages |
| 2-Feb | 2.1 | Review of German provision provided by A. Clark (Grace) |
| 2-Feb | 1.0 | Discussion with D. Libow (Grace) regarding foreign repatriations |
| 2-Feb | 3.4 | Review of revised foreign repatriation summary provided by D. Libow (Grace) |
| 4-Feb | 2.1 | Review of German tax clearance report |
| 4-Feb | 2.9 | Review of foreign repatriation calculations |
| 4-Feb | 3.0 | Review of foreign UTPs |
| 14-Feb | 2.0 | Review/ modification of PwC tax memo |
| 16-Feb | 2.0 | Documentation of German provision and packages |
| 22-Feb | 2.5 | Review/ modification of PwC memo |
| 24-Feb | 1.0 | Documentation of foreign pieces of ETR |
| | **28.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Marianna Espinoza** | | |
| 23-Feb | 2.5 | Internal discussions on transfer pricing analysis - write memo and send to tax team |
| 24-Feb | 3.0 | Transfer pricing review |
| 24-Feb | 3.0 | Meeting with A. Clark (Grace), J. Leonarsky (Grace) regarding transfer pricing |
| 24-Feb | 1.0 | Review documents, reports, calculations, etc. |
| | **9.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Marjored Perez** | | |
| 23-Feb | 0.5 | Review previous analysis for discussion with J. Leonarczyk (Grace) |
| 23-Feb | 1.0 | Gathering information collected from files |
| 23-Feb | 0.7 | Reviewing Grace's subsidiaries that requiring adjustments in America |
| 23-Feb | 0.8 | Reviewing Grace's subsidiaries that requiring adjustments in EMEA |
| 23-Feb | 0.5 | Reviewing Grace's subsidiaries that requiring adjustments in Asia |
| 23-Feb | 0.7 | Calculating interquartile ranges using US methodology |
| 23-Feb | 0.6 | Comparing the target profit level indicator established by Grace US for the America region with the arm's length range |
| 23-Feb | 0.8 | Comparing the target profit level indicator established by Grace US for the EMEA region with the arm's length range |
| 23-Feb | 0.3 | Comparing the target profit level indicator established by Grace US for Asia region with the arm's length range |
| 23-Feb | 0.2 | Evaluating adjustment performed by Grace in America |
| 23-Feb | 0.2 | Evaluating adjustment performed by Grace in EMEA |
| 23-Feb | 0.2 | Evaluating adjustment performed by Grace in Asia |
| 23-Feb | 1.5 | Writing down analysis performed for transfer pricing |
| 24-Feb | 0.8 | Discussing M. Isturiz (PwC) evaluation analyses |
| 24-Feb | 0.8 | Conference call with questions for J. Leonarczyk (Grace) |
| 24-Feb | 0.5 | Discuss with M. Isturiz (PwC) about conference call with J. Leonarczyk (Grace) and the final result of the analysis |
| 24-Feb | 1.5 | Writing down conference calls comments for transfer pricing analysis |
| 24-Feb | 0.4 | Preparing documents for filing to discuss transfer pricing analysis |
| | **12.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 1-Feb | 0.9 | Reviewing the Long Term Incentive Compensation Accrual |
| 2-Feb | 0.8 | Reading the environmental memo |
| 3-Feb | 0.5 | Updating the legal expense schedule |
| 4-Feb | 1.1 | Preparing Audit Committee Presentation |
| 5-Feb | 1.7 | Updating the Summary of Uncorrected Misstatements |
| 7-Feb | 1.4 | Reviewing Gas Hedges testing |
| 8-Feb | 0.2 | Updating Audit Committee Presentation with the comments from Sr. Manager / Partner |
| 9-Feb | 0.5 | Preparing Summary of Aggregated Deficiencies |
| 10-Feb | 0.9 | Reviewing Asset Retirement Obligation accruals |
| 10-Feb | 1.0 | Reviewing Incentive Compensation testing |
| 14-Feb | 1.0 | Finalizing legal reserves documentation |
| 15-Feb | 0.6 | Reading the divestment reserves memo |
| 16-Feb | 0.4 | Reading 2010 10-K |
| 17-Feb | 0.2 | Reviewing the final documentation of the stock based compensation |
| 18-Feb | 0.7 | Reviewing FX hedges documentation |
| 21-Feb | 2.0 | Finalizing Audit Committee Presentation |
| | **13.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Phillip Crosby**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-Feb | 4.5 | Grace wrap-up / BASIS documentation |
| 3-Feb | 4.0 | Control deficiencies documentation |
| 4-Feb | 2.5 | Grace wrap-up / closing |
| | **11.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Elizabeth Sama** | | |
| 1-Feb | 1.1 | Analysis of foreign ETR summary |
| 2-Feb | 0.5 | Testing of deferred tax items |
| 2-Feb | 0.3 | Testing of permanent tax items |
| 3-Feb | 1.2 | Analysis of FIN 48 |
| 4-Feb | 0.7 | Update of substantive analytics over taxes |
| 7-Feb | 0.3 | Update of substantive analytics over taxes |
| 8-Feb | 0.6 | Testing deferred tax balances |
| 9-Feb | 0.7 | Revise documentation relating to deferred based on revised schedules |
| 10-Feb | 1.1 | Testing tax provision balances |
| 11-Feb | 1.2 | Analysis of FIN 48 |
| 14-Feb | 1.6 | Analysis of ETR schedule |
| 15-Feb | 1.2 | Testing deferred tax balances |
| 15-Feb | 0.5 | Review of foreign perms tested |
| 16-Feb | 0.2 | Testing of the deferred analysis-updated |
| 17-Feb | 0.3 | Update of substantive analytics for taxes |
| 20-Feb | 0.5 | Tie-out of tax footnote |
| 20-Feb | 0.6 | Updated final tax clearance memo |
| 20-Feb | 1.2 | Updated UTP testing |
| 22-Feb | 0.8 | Reconciled German tax packs to deferred schedule |
| 22-Feb | 0.2 | Updated documentation of related open items from Client for Germany |
| 23-Feb | 0.4 | Update of substantive analytics |
| 24-Feb | 0.3 | Revise documentation relating to deferred based on revised schedules |
| 25-Feb | 0.1 | Tie-out of tax footnote |
| | **15.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Madeleine Lederer**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 1-Feb | 1.0 | Documentation of Lake Charles accruals for shipments before year end |
| 2-Feb | 2.0 | Calculation of excess losses for uninsured losses |
| 2-Feb | 0.8 | Recalculation of accruals estimation of restructuring expenses |
| 3-Feb | 0.4 | Discussion with J.Day (Grace) regarding Departmental Accruals |
| 4-Feb | 1.0 | Call with J.White (Grace) regarding inventory roll forward |
| 4-Feb | 2.0 | Discussion with J.Edelen (PwC) regarding Standard cost testing and recalculation |
| 7-Feb | 1.5 | Documenting Specialist Scoping Memorandum for work performed by AIMS |
| 7-Feb | 0.5 | Discussion with P.Katsiak (PwC) regarding Inventory Capitalization months on hand calculation |
| 8-Feb | 2.0 | Tying out Inventory scoping schedules |
| 8-Feb | 0.5 | Documenting inventory capitalization |
| 9-Feb | 1.0 | Addressing review note for cut off testing |
| 10-Feb | 2.0 | Documenting substantive analytics for benefit payments made |
| 11-Feb | 0.4 | Documenting ART inventory leadsheet |
| 12-Feb | 0.3 | Follow up with L.Rust (Grace) regarding UK census data testing |
| 14-Feb | 0.3 | Added goods in transit listing to cut off testing ART |
| 15-Feb | 0.5 | Following up on Company 252 SG&A fluctuation follow up with K.Seibel (Grace) |
| 16-Feb | 0.5 | Reviewing outstanding testing procedures |
| 17-Feb | 0.8 | Input control Payroll SAS review |
| 18-Feb | 0.4 | Discussion with J.Edelen (PwC) regarding ART AP Search |
| 19-Feb | 1.3 | Documentation of Curtis Bay portion of ART inventory |
| 21-Feb | 0.5 | Documentation of SAS 70 review for Ceridian |
| 22-Feb | 2.0 | Documenting the lower of cost or market |
| 23-Feb | 2.0 | Documenting testing of Cumulative translation adjustment |
| 24-Feb | 2.5 | Documentation of ART Inventory Capitalization |
| 25-Feb | 0.5 | Discussion with J.Bray (PwC) regarding windfall taxes |
| 28-Feb | 0.5 | Discussion with P.Katsiak (PwC) regarding Darex audit 2010 |
| 28-Feb | 1.5 | Review of prior year Darex audit documentation |
| | **28.7** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name: Kathleen Bradley** | | |
| | | |
| 1-Feb | 1.2 | Completing Uncertain Tax Positions Template for Significant Management Estimates |
| 1-Feb | 1.3 | Completing Realizability of Deferred Tax Asset Template for Significant Management Estimates |
| 2-Feb | 0.9 | Reviewing changes in Rare Earth prices during Q3 2010 and Q4 2010 for impact on Davison revenue |
| 3-Feb | 0.8 | Reviewing First Research industry data on the chemicals industry for relationship to WR Grace revenue stream |
| 3-Feb | 0.5 | Discussion with M. Lederer (PwC) and J.Kunkel (PwC) regarding letter of credit accruals |
| 4-Feb | 0.9 | Reviewing First Research industry data on the construction industry for relationship to WR Grace revenue stream |
| 7-Feb | 1.2 | Talked to J.Kunkel (PwC) about proper approach to testing of sales-cut off |
| 8-Feb | 1.1 | Tying out the WR Grace provided forecast for assessment of APB 23 assertion |
| 9-Feb | 1.3 | Spoke to J.Kunkel (PwC) about approach and organization of 10K tieout |
| | | |
| 10-Feb | 0.9 | Spoke to J.Kunkel (PwC) about open ART items- operating expense testing, non operating testing, and accounts receivable testing |
| 11-Feb | 1.2 | Tying out the WR Grace provided forecast for realizability of deferred tax assets |
| 14-Feb | 0.8 | Documenting revenue analytics for disaggregated Davison segments |
| 15-Feb | 1.4 | Documenting revenue analytics for disaggregated GCP segments |
| 16-Feb | 0.9 | Documenting revenue analytics for disaggregated ART regions |
| | | |
| 17-Feb | 1.1 | Went over what I tied for footnote 2 with J.Kunkel (PwC), inquiring about numbers not yet tied and where to go to find them |
| 18-Feb | 0.5 | Reviewing operating expenses work performed by J.Kunkel (PwC) |
| 19-Feb | 1.8 | Working on tie out of 10K financial statements |
| 21-Feb | 0.8 | Discussing tie out of 10K status with T.Puglisi (WR Grace) |
| 22-Feb | 1.2 | Discussing revenue analytics with A.Schmidt (PwC) |
| 23-Feb | 0.8 | Discussing tax footnote with E.Sama (PwC) |
| | | |
| | **20.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended January 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Shawn McNeilly** | | |
| 1-Feb | 0.9 | Documenting the Long Term Incentive Compensation Accrual |
| 2-Feb | 0.8 | Preparing the environmental memo |
| 2-Feb | 0.5 | Reviewing fixed assets additions |
| 3-Feb | 1.1 | Documenting Asset Retirement Obligation |
| 16-Feb | 1.7 | Documenting Incentive Compensation testing |
| 17-Feb | 1.4 | Documenting Gas Hedges testing |
| 19-Feb | 0.2 | Documenting controls testing for pensions |
| 19-Feb | 0.5 | Documenting reperformance of the work of internal audit |
| 19-Feb | 0.9 | Updating documentation of Asset Retirement Obligation accruals |
| 21-Feb | 1.0 | Documenting Incentive Compensation testing |
| 22-Feb | 1.0 | Documenting the Long Term Incentive Compensation Accrual |
| 23-Feb | 0.6 | Documenting Incentive Compensation testing |
| 25-Feb | 0.4 | Preparing the tie out of the hedge footnote disclosures |
| | **11.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Veronica Flores** | | |
| 1-Feb | 3.0 | Documenting workpaper for the German Provision |
| 1-Feb | 3.0 | Documenting workpaper for the Repatriation |
| 1-Feb | 2.0 | Documenting workpaper for the Foreign Provision |
| 2-Feb | 3.0 | Documenting workpaper for the German Provision |
| 2-Feb | 3.0 | Documenting workpaper for the Repatriation |
| 2-Feb | 2.0 | Documenting workpaper for the Foreign Provision |
| 3-Feb | 3.0 | Determining the Scope of the Foreign Provision |
| 3-Feb | 3.0 | Researching the Interest Rates and the Allocation of Expenses |
| 3-Feb | 2.0 | Documenting workpaper for the Deferred Tax Analysis |
| 4-Feb | 3.0 | Determining the Scope of the German Provision |
| 4-Feb | 3.0 | Tying workpapers to the audited financials |
| 4-Feb | 2.0 | Documenting workpaper for the Foreign Provision and scanning to the network the foreign support provided |
| 7-Feb | 1.2 | Reconciling and documenting support provided by D.Gonzalez (Grace) with testing performed by PwC |
| 7-Feb | 1.9 | Reviewing transfer pricing calculation and support provided by A.Clark (Grace) |
| 7-Feb | 2.1 | Documenting testing performed over transfer pricing calculation to tie into German tax provision |
| 7-Feb | 0.7 | Updating the WR Grace tax memo based on comments from E.Sama (PwC) and T.Chesla (PwC) |
| 7-Feb | 1.7 | Editing tax workpapers based on notes and comments from J.Underhill (PwC) |
| 7-Feb | 1.4 | Reviewing revised deferred tax analysis provided by D.Gonzalez (Grace) |
| 8-Feb | 3.0 | German Tax Package reconciliation - new information provided |
| 8-Feb | 2.0 | J. Underhill (PwC) review of the open items pending on the provision Documenting work papers. |
| 8-Feb | 3.0 | Documenting the revised Deferred Tax Analysis - revised information received |
| 8-Feb | 1.0 | Meeting with D. Gonzalez (Grace) and D. Libow (Grace) regarding the changes and pending information |
| 9-Feb | 3.0 | Revising the Grace Memorandum - updating it based on the steps needed to complete the year end provision |
| 9-Feb | 3.0 | Researching the methods taken for accuracy, and documenting workpapers to match the memorandum |
| 9-Feb | 3.0 | Inserting all new steps taken in the current tax year to ensure the provision is complete and accurate. |
| 10-Feb | 3.0 | Revising the Grace Memorandum - updating it based on the steps needed to complete the year end provision |
| 10-Feb | 3.0 | Researching the methods taken for accuracy, and documenting workpapers to match the memorandum |
| 10-Feb | 3.0 | Inserting all new steps taken in the current tax year to ensure the provision is complete and accurate. |
| 11-Feb | 3.0 | Revising the Grace Memorandum - updating it based on the steps needed to complete the year end provision |
| 11-Feb | 3.0 | Revising the Memo based on Corrections provided by T. Chesla (PwC), and commentary provided by E. Sama (PwC) |
| 11-Feb | 2.0 | Completing Memorandum |
| 20-Feb | 2.0 | Reconciling Foreign ETR and Statutory Rates |
| 21-Feb | 2.5 | Updating the German Workpapers as per T. Chesla (PwC) |
| 21-Feb | 2.0 | Updating the 10 for J. Bray (PwC) |
| | **82.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jamie Kunkel** | | |
| 1-Feb | 3.7 | Worked on Accounts Receivable Reconciliation testing by following on material accounts up with J. McGee (Grace) and N. Filatova (Grace) |
| 1-Feb | 1.8 | Going through SAP to verify ART Bad debt Write off amounts from the year |
| 1-Feb | 2.4 | Worked on ART Accounts Receivable substantive analytic |
| 1-Feb | 1.9 | Created ART Accounts Receivable roll forward based off the one previously made for Davison for the Assess Allowance for Doubtful Accounts testing step |
| 1-Feb | 1.4 | Updated documentation for the Mt. Pleasant inventory based on P. Katsiak's (PwC) review of the testing |
| 1-Feb | 0.9 | Updated the audit control tool for missing outstanding items from the client |
| 1-Feb | 0.8 | Discussion with M. Lederer (PwC) regarding operating expenses |
| 2-Feb | 2.4 | Met with J. Yale (Grace) to go over additional Census Data testing- missing employee files |
| 2-Feb | 0.7 | Obtained a new equity roll forward from G. Wang (Grace) and updated the old on to ensure accuracy |
| 2-Feb | 1.5 | Followed up with J. Bahorish (Grace) about the Operating Expenses testing |
| 2-Feb | 1.7 | Worked on restricted cash guidance which required follow up with G. Ibar (Grace) about evidence for certain restricted cash balances |
| 2-Feb | 1.1 | Discussion with K.Franks (Grace) and M. Lederer (PwC) regarding accruals for employee withholdings |
| 2-Feb | 0.8 | Continued to discuss with K. Franks (Grace) about accruals, provisions and other liabilities testing and updated documentation |
| 2-Feb | 2.2 | Followed up with G. Ibar (Grace) and N. Nzagri (Grace) for the restricted cash step about the new Singapore LOC |
| 3-Feb | 2.4 | Worked on updating debt agreements testing step in the database |
| 3-Feb | 1.5 | Worked on restricted cash by updating with information obtained from G. Ibar (Grace) the previous day |
| 3-Feb | 1.4 | Worked on the tie out of the new updated equity rollforward |
| 3-Feb | 1.6 | Worked on Census Data testing |
| 3-Feb | 2.4 | Worked on Sales cut off for both ART and Davison, followed up with M. Sheppard (Grace) about the missing invoices |
| 3-Feb | 1.2 | the balance |
| 3-Feb | 1.6 | Set up testing templates (non-stat) for testing plan assets |
| 3-Feb | 0.5 | Discussion with M. Lederer (PwC) and K.Bradley (PwC) regarding letter of credit accruals |
| 4-Feb | 3.3 | Received cut off supporting documents from T. Harter (Grace) for GCP sales cut-off testing. Performed sales-cut off testing based on the GCP sample and updated documentation of testing within the step |
| 4-Feb | 1.4 | Updated the testing template for GCP sales-cut off to properly segregate the different testing populations for GCP |
| 4-Feb | 1.7 | Organized all the notes payable and long term debt confirms to ensure we had all the ones to date |
| 5-Feb | 3.2 | Worked on the SAP to ECCS mapping to tie the various charts displayed in the 10k |
| 5-Feb | 2.2 | Checked noted ECCS changes to the newest version of ECCS |

| Date | Hours | Description |
|---|---|---|
| 5-Feb | 1.9 | Added external workpaper references to the various external files, and updated the respective steps to include the link to these files within the database |
| 5-Feb | 2.7 | For those sales- cut off samples not found in the aging trial balance, I went into SAP to look for the same sale amount in the revenue accounts for each business (Davison and GCP) to verify they either recognized revenue or didn't recognize revenue |
| 7-Feb | 2.7 | Selected plan assets sample and put together the request for valuation services |
| 7-Feb | 1.8 | Updated documentation of sales cut-off testing |
| 7-Feb | 1.6 | Followed up with S. Caslin (Grace) about restricted cash balance and support needed |
| 7-Feb | 1.1 | Status Update meeting with J. Bray (PwC), P. Katsiak (PwC), A.Schmidt (PwC), S.McNeilly (PwC), K.Bradley (PwC), M. Lederer (PwC), and J.Edelen (PwC) |
| 7-Feb | 1.2 | Talked to K. Bradley (PwC) about proper approach to testing of sales-cut off |
| 8-Feb | 3.2 | Worked on Press Release tie out open items |
| 8-Feb | 1.5 | Updated bank reconciliation testing with the January Bank Statement obtained from Bank of America |
| 8-Feb | 1.9 | Worked on the testing of plan assets |
| 8-Feb | 2.0 | Went through documents tied out for chart 2 (OPS) press release |
| 8-Feb | 2.2 | Looked into all numbers not tied in chart 2 by going back to the 2nd quarter tie out and trying to tie the remaining numbers to the same places they were tied during the quarter |
| 9-Feb | 3.3 | Continued to work on ART sales cut-off, followed up with N. Filatova (Grace) regarding questions about sales cut off |
| 9-Feb | 2.9 | Worked on the testing of other areas of ART Accounts receivable |
| 9-Feb | 1.5 | Worked on ART's bank reconciliation testing with the January statement obtained- verified outstanding check deposits |
| 9-Feb | 1.9 | Worked on debt confirmations- creating external workpaper reference numbers for each confirm received and sent |
| 9-Feb | 2.6 | Worked on press release tie out and the additional follow up for earnings per share calculations in chart reported for 2009 |
| 9-Feb | 1.3 | Spoke to K. Bradley (PwC) about approach and organization of 10K tieout |
| 10-Feb | 1.4 | Updated the audit control tool for outstanding support still needed from the client |
| 10-Feb | 1.0 | Listened to Hudson's Earnings call |
| 10-Feb | 1.0 | Went to the Grace town hall meeting and took notes |
| 10-Feb | 2.2 | Tied current year numbers found within the 10K to the press release tie out |
| 10-Feb | 0.9 | Spoke to K. Bradley (PwC) about open ART items- operating expense testing, non operating testing, and accounts receivable testing |
| 11-Feb | 1.6 | Received everything for the draft 1 tie out for the 10K and looked through before sending all the materials to the team |
| 11-Feb | 1.5 | Checked tie out for my financial statements to make sure prior years really tied, especially for the ones we know have changed from prior year |
| 11-Feb | 2.1 | Worked on ART AR and followed up with G. Bode (Grace) and N. Filatova (Grace) |
| 11-Feb | 1.3 | Followed up with various client emails, responding to emails received and previous questions asked |
| 11-Feb | 1.6 | Made a comparison of the most recent ECCS reports received from Grace based on the prior ECCS schedules received to highlight those numbers that changed and sent to the team |
| 11-Feb | 1.1 | Updated the steps which contained numbers that changed in the ECCS schedules |
| 12-Feb | 3.3 | Went through all ART steps that were still open to make a comprehensive list of what needs to be done, and what information needs to be gathered from who |

| Date | Hours | Description |
|---|---|---|
| 14-Feb | 0.8 | Followed up with N. Filatova (Grace) about ART AR testing |
| 14-Feb | 1.1 | Lederer (PwC), and J.Edelen (PwC) |
| 14-Feb | 1.5 | Status Update meeting with J. Bray (PwC), P. Katsiak (PwC), A.Schmidt (PwC), S.McNeilly (PwC), K.Bradely (PwC), M. Lederer (PwC), and J.Edelen (PwC) |
| 14-Feb | 1.0 | Completed the ART AR confirmation step |
| 14-Feb | 1.2 | Completed the ART AR substantive analytic step |
| 14-Feb | 1.3 | Completed the Non-Operating Lead Schedule for Grace US |
| 14-Feb | 1.5 | Worked on Disclosure step for Goodwill |
| 14-Feb | 1.3 | Obtained the support to date for 10k tie out |
| 14-Feb | 1.2 | Followed up with N. Filatova (Grace) about ART AR testing |
| 14-Feb | 2.2 | Worked on Census data testing |
| 14-Feb | 0.8 | Updated documentation per update with N. Filatova (Grace) for ART AR |
| 14-Feb | 0.2 | Discussion with M. Lederer (PwC) regarding custodian information |
| 15-Feb | 2.2 | Obtained the updated Payroll Register from J. Yale (Grace) and updated the Census data testing |
| 15-Feb | 1.4 | Obtained the Molyprepayment support needed from N. Filatova (Grace) for the ART accounts receivable testing |
| 15-Feb | 1.6 | Followed up with G. Wang (Grace) about the Bank Reconciliation for ART, the in transit items |
| 15-Feb | 2.4 | Worked on ART Sales Returns for ART Accounts Receivable rollforward testing |
| 15-Feb | 2.0 | Followed up with N. Filatova (Grace) on the ART Operating Expense balance for testing |
| 15-Feb | 1.8 | Worked on the testing of ART Bank reconciliation testing |
| 15-Feb | 1.7 | Worked on testing of ART accounts receivable related party transactions |
| 16-Feb | 3.3 | Worked on testing of Plan assets |
| 16-Feb | 2.2 | Obtained the support to date from the client binder for my footnotes: 8 debt, 12 other bal sheet accounts, 15 other (income) expense, 23 non controlling interest and worked on tying these numbers |
| 16-Feb | 1.4 | Helped K. Bradley (PwC) with her testing of deferred tax assets by updating the tickmarks and spreadsheets |
| 17-Feb | 2.1 | Finished up my final part of testing for the plan assets step |
| 17-Feb | 1.1 | Added external workpaper to the step and added link in the document library |
| 17-Feb | 2.6 | Followed with G. Wang (Grace), J. McElthenney (Grace), and S. Caslin (Grace) for the numbers not able to tie based on support to date in the footnotes assigned to me |
| 17-Feb | 1.1 | Went over what I tied for footnote 2 with K. Bradley (PwC), inquiring about numbers not yet tied and where to go to find them, and whether she tested them elsewhere |
| 17-Feb | 1.5 | Follow up email to N. Filatova (Grace) for ART sales cut-off, and to Singapore in regards to their new restricted cash balance |
| 18-Feb | 2.1 | Obtained the support to date from the client binder for all of the financial statements and worked on tying the rest of the untied numbers |
| 18-Feb | 2.6 | Obtained the support from the client binder for my sections of the forepart and MD&A tie out to date, and worked on tying those numbers, noting the ones for which support has not yet been provided |
| 18-Feb | 1.5 | Obtained the support from the client binder for footnote 2, chapter 11 related information and worked on the tie out |
| 18-Feb | 1.6 | Obtained the legal letter to tie out numbers in the wording of footnote 2 |
| 18-Feb | 0.4 | Met with S. Scanlis (Grace) and A. Schmidt (PwC) to figure out when to meet to go over the census data discrepancies with J. Yale (Grace) |
| 19-Feb | 3.3 | Worked on various completion steps within the database that required documenting |
| 19-Feb | 1.9 | Worked on the fraud inquiry step to figure out which ELC meetings were still open |
| 19-Feb | 2.4 | Helped K. Bradley (PwC) with the tie out of footnote 2- Bankruptcy footnote |

| Date | Hours | Description |
|------|-------|-------------|
| 19-Feb | 3.3 | Went through and updated the tie-out to make sure the numbers that changed to date still tie to the same support/testing. Obtained the new support for those numbers that no longer tie to the old support or which had not yet been tied out in my footnotes and MD&A. |
| 21-Feb | 1.6 | Met with J. Yale (Grace) and A. Schmidt (PwC) to go over discrepancies in census data |
| 21-Feb | 2.2 | Finalized the census data per discussion with J. Yale (Grace) and updated my documentation of the step to be able to complete it |
| 21-Feb | 1.1 | Status Update meeting with J. Bray (PwC), P. Katsiak (PwC), A.Schmidt (PwC), S.McNeilly (PwC), K.Bradley (PwC), M. Lederer (PwC), and J.Edelen (PwC) |
| 21-Feb | 2.5 | Worked on the EPS tie out documentation for the press release due to change in calculation by Grace |
| 22-Feb | 3.2 | Worked on tying the support for the press release to ECCS or recalculating the balances |
| 22-Feb | 1.9 | Worked on taking notes/documenting all of the board of directors meetings from 10/31 to date |
| 22-Feb | 3.5 | Created 8 out of the 31 control deficiencies Logs based on the SAD |
| 23-Feb | 1.6 | Worked on the documentation within the documentation deficiency |
| 23-Feb | 1.8 | Updated SPA's testing/documentation of 5 control deficiencies Logs to ensure the deficiency was properly documented in the log to match the final SAD |
| 23-Feb | 3.6 | Created 10 out of 31 control deficiencies Logs based off the final SAD, and updated the controls related to the deficiencies to ensure proper identification within the step |
| 23-Feb | 1.6 | Worked on the tie out of the MD&A portion for the outstanding untied numbers; spoke to A. Lueck (Grace) about various missing support |
| 23-Feb | 2.6 | Worked on the Test consolidation process completion step |
| 23-Feb | 3.1 | Created the final 9 control deficiencies log |
| | **195.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended February 28, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Jonathan E. Edelen**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 1-Feb | 1.1 | Responded to edit notes for Salaries/Payroll Expense Lead Sheet and addressed issue with a linked note, then marked the workpaper as prepared. |
| 1-Feb | 0.9 | Responded to edit notes for Salaries/Payroll Substantive Analytic and marked as prepared. |
| 1-Feb | 1.1 | Spoke with B. Gardner regarding acct #27108599, for documentation in the AP reconciliation workpaper. |
| 1-Feb | 1.9 | Prepared Final TB comparison to previous TB release |
| 1-Feb | 0.7 | Discussion with M. Lederer (PwC) the testing of accounts payable reconciliation |
| 1-Feb | 1.3 | Reviewed tasks for AP reconciliation with A. Schmidt (PwC), updated workpaper. |
| 2-Feb | 1.7 | Revised AP reconciliation workpaper. |
| 2-Feb | 1.1 | Added notes for reviewers for ART leadsheets. |
| 2-Feb | 2.7 | Edited Inventory Chattanooga workpaper for A. Schmidt (PwC). |
| 2-Feb | 1.0 | Reviewed Unrecorded liabilities workpaper |
| 2-Feb | 1.6 | Worked on options exercised schedule for K. Bradley (PwC). |
| 2-Feb | 1.2 | Reviewed assigned ART workpapers and reviewed last year's testing. |
| 3-Feb | 2.3 | Set up Depreciation Expense substantive for ART. |
| 3-Feb | 0.8 | Discussion with M.Lederer (PwC) the testing of accounts payable |
| 3-Feb | 0.7 | Ran security change reports for P. Crosby (PwC IT). |
| 3-Feb | 4.3 | Formatted quarterly BS & P&L for the EPS by business groups for A. Schmidt (PwC). |
| 4-Feb | 1.0 | Revised the search for unrecorded liabilities workpaper |
| 4-Feb | 0.5 | purposes for Unrecorded Liabilities workpaper |
| 4-Feb | 2.0 | Discussion with M.Lederer (PwC) regarding Standard cost testing and recalculation. |
| 4-Feb | 0.7 | Worked on non-statistical sample testing for variances for M. Lederer (PwC) |
| 5-Feb | 2.0 | GCP and Davison Inventory standards costing for M. Lederer (PwC). |
| 7-Feb | 0.9 | Status Update meeting with J. Bray (PwC), P. Katsiak (PwC), A.Schmidt (PwC), S.McNeilly (PwC), K.Bradely (PwC), J. Kunkel (PwC), and M. Lederer (PwC) |
| 7-Feb | 1.4 | GCP and Davison Inventory standards costing for M. Lederer (PwC). |
| 7-Feb | 1.5 | Discussion with M.Lederer (PwC) regarding Standard cost testing and recalculation |
| 7-Feb | 1.6 | Created an ECCS comparison between version 2.05 & 2.01 for Grace US; co.001 and co.032. |
| 7-Feb | 0.4 | Phone call with G. Lozano (Grace-Cambridge) discussing variances in the inventory standards costing workpaper |
| 7-Feb | 0.9 | Documented variances for Inventory standards costing based on conversation with G. Lozano (Grace) |
| 7-Feb | 0.9 | Preparing confirmations workpapers |
| 7-Feb | 1.1 | Inventory cutoff testing for Singapore |
| 7-Feb | 1.7 | Inventory capitalization for business group MPT for Inventory Capitalization Testing workpaper for M. Lederer (PwC). |

| Date | Hours | Description |
|---|---|---|
| 8-Feb | 4.2 | Inventory capitalization recalculations and agreeing in between sheets for M. Lederer (PwC) for units GCP, MPT, FCC. |
| 8-Feb | 0.7 | Discussion with M.Lederer (PwC) the status of inventory capitalization testing |
| 8-Feb | 3.8 | Updated Search for unrecorded workpaper for Grace US with 2nd and 3rd rounds of testing, and revised documentation of relationship between ART and Grace in the procedures tab. |
| 8-Feb | 0.4 | Spoke with G. Lozano (Grace) on phone regarding Natural Gas hedging affecting Inventory standards. |
| 8-Feb | 1.3 | Documented explanation for Natural Gas hedging within the workpaper, and confirmed results with M. Lederer (PwC). |
| 9-Feb | 2.1 | Performed Sales cutoff testing for France (co. 414). |
| 9-Feb | 1.8 | Performed Sales cutoff testing for Singapore. |
| 9-Feb | 2.2 | Performed Inventory cutoff testing for France (co. 414) |
| 9-Feb | 1.9 | Prepared Search for unrecorded liabilities workpaper for ART by populating the workpaper with provided documentation, and accessing the need for additional information from client. |
| 9-Feb | 1.4 | Performed Inventory cutoff testing Singapore. |
| 9-Feb | 0.9 | Meeting with K. Greeley (Grace) and M.Lederer (PwC) to gather explanation for inventory standards standard costs calculation as a result of hedging. |
| 9-Feb | 0.6 | Documented results of the meeting with K. Greeley (Grace) within workpaper. |
| 10-Feb | 1.0 | Reviewed the Accounts payable lead schedule for ART with reviewer M. Lederer (PwC). |
| 10-Feb | 2.0 | Reviewed Unrecorded liabilities workpaper for Grace US with M. Lederer (reviewer) and discussed remaining documentation requirements for the testing. |
| 10-Feb | 1.5 | Did Enterprise value comparison of competitors spreadsheet for A. Schmidt. |
| 10-Feb | 2.0 | Did stock options exercised/forfeited schedule for K. Bradley (PwC). |
| 10-Feb | 2.0 | Did comparison spreadsheet between P&L 2010 actual to projected 2011 P&L for A. Schmidt (PwC). |
| 11-Feb | 2.0 | Updated Sales cutoff - France with additional provided support. |
| 11-Feb | 0.5 | Reviewed the Intangibles lead schedule with reviewer S. Mcneilly (PwC) and corrected changes as necessary. |
| 11-Feb | 1.0 | Created the Accounts Payable reconciliation for ART by importing the detailed accounts listings required for the testing workpaper. |
| 12-Feb | 0.5 | Reviewed France Inventory Cutoff Testing workpaper & prepared requests for additional documentation. |
| 14-Feb | 0.6 | Organized the confirmations folder for external workpapers. |
| 14-Feb | 0.7 | Internal status meeting with P. Katsiak (PwC), A. Schmidt (PwC), K. Bradley (PwC), J. Kunkel (PwC), S. McNeilly (PwC), M. Lederer (PwC) |
| 14-Feb | 1.3 | AOP updates for A. Schmidt (PwC) |
| 14-Feb | 0.7 | Reviewed ART lead schedules for issues for reviewers. |
| 14-Feb | 1.5 | Finalized and marked prepared Search for Unrecorded Liabilities for Grace US. |
| 14-Feb | 1.3 | Updated testing samples for Sales Cutoff for France and Singapore plants. |
| 15-Feb | 1.7 | Reviewed AP Lead Schedule and AP reconciliation - ART with M. Lederer (PwC) and made discussed changes to workpapers |
| 15-Feb | 1.5 | Meeting with D. Collins (Grace), G. Bode (Grace), and M. Lederer (PwC) regarding a reclassification in ECCS with Accounts Payable for ART. |
| 15-Feb | 0.7 | Reviewed Lead Schedules with K. Bradley (PwC). |
| 15-Feb | 1.9 | Updated 2010 FX currency rates for M. Lederer (PwC) and A. Schmidt (PwC). |
| 16-Feb | 1.3 | Reviewed Sales cutoff France with reviewer, M. Lederer (PwC) and revised as instructed. |
| 16-Feb | 1.1 | Reviewed Sales cutoff Singapore with reviewer, M. Lederer (PwC) and revised as instructed. |

| Date | Hours | Description |
|---|---|---|
| 16-Feb | 0.6 | Reviewed Inventory cutoff for France and Singapore with M. Lederer (PwC). |
| 16-Feb | 0.9 | Updated Restructuring spreadsheet with updated support provided by client for AOP global figures for A. Schmidt (PwC). |
| 16-Feb | 1.8 | Performed tie out for Inventories footnote for Grace 10K Financial Statements. |
| 16-Feb | 1.6 | Performed tie out for property plant and equipment footnote for Grace 10K Financial Statements. |
| 16-Feb | 1.8 | Performed tie out for Life Insurance footnote for Grace 10K Financial Statements. |
| 16-Feb | 1.7 | Performed tie out for Product Line Sales footnote for Grace 10K Financial Statements. |
| 16-Feb | 1.0 | Set up 10k tie out binder |
| 17-Feb | 2.5 | Performed tie out for Quarterly Summary footnote for Grace 10K Financial Statements. |
| 17-Feb | 1.8 | Revised Inventory cutoff workpaper to change recorded amounts from valuated stock to net amounts as instructed by reviewer. |
| 17-Feb | 2.6 | Reviewed restructuring spreadsheet for A. Schmidt (PwC) & populated with additional adjustments. |
| 17-Feb | 0.9 | Formatted files and printed for P. Katsiak (PwC). |
| 17-Feb | 1.7 | Updated directors list information for PwC survey for P. Katsiak (PwC). |
| 17-Feb | 1.8 | Formatted PwC Fee Schedule for client, including spreadsheet & support for P. Katsiak (PwC). |
| 17-Feb | 0.5 | Discussion with M. Lederer (PwC) regarding NADC inventory tags testing |
| 18-Feb | 1.9 | Reviewed tie out for Operating Segments footnote for Grace 10K Financial Statements. |
| 18-Feb | 1.8 | Inventory Chicago 71st in ART for M. Lederer (PwC) |
| 18-Feb | 0.8 | Reviewed AP Reconciliation workpaper for ART and sent edit note to reviewer, M. Lederer (PwC). |
| 18-Feb | 0.7 | Reviewed Cost of Sales workpaper for ART and sent edit note to reviewer, S. McNeilly (PwC). |
| 18-Feb | 0.6 | Reviewed and marked prepared AP Lead Schedule workpaper for ART |
| 19-Feb | 1.6 | Reviewed edit notes for PROPERTY PLANT AND EQUIPMENT and revised workpapers as necessary. |
| 19-Feb | 1.2 | Agreed restructuring charges to recorded balances in SAP for A. Schmidt (PwC) |
| 19-Feb | 0.8 | Wrote entity level controls for T. Puglisi (Grace) meeting for M. Lederer (PwC) |
| 19-Feb | 1.2 | Performed tie out of Unconsolidated Affiliates footnote for Grace 10K Financial Statements. |
| 21-Feb | 0.6 | Status meeting with T. Smith (PwC), J. Bray (PwC), P. Katsiak (PwC), A. Schmidt (PwC), S. McNeilly (PwC), K. Bradley (PwC), J. Kunkel (PwC), M. Lederer (PwC) |
| 21-Feb | 3.3 | Tie out of Unconsolidated affiliates and operating segments footnotes for Grace 10K Financial Statements. |
| 21-Feb | 1.2 | Finished Search for Unrecorded for ART |
| 21-Feb | 1.6 | Test additions of PROPERTY PLANT AND EQUIPMENT - ART |
| 21-Feb | 1.0 | Discussed status and changes needed to AP reconciliation with M.Lederer (PwC). |
| 21-Feb | 0.6 | Revised AP reconciliation with changes needed per discussion with reviewer. |
| 21-Feb | 3.5 | Business combinations - Consolidated |
| 22-Feb | 0.8 | Discussion with M.Lederer (PwC) regarding France Cut off |
| 22-Feb | 1.3 | Follow-up discussion with N. Filaova (Grace) regarding AP reconciliation; matching Davison's AR related party to ART's AP related party accounts. |
| 22-Feb | 2.1 | Documented per discussion above, the relationship between related party Accounts Receivables on Davision's books to related party Accounts Payable on ART's books. |
| 22-Feb | 1.9 | Formatted footnotes for Examine Q1-Q4 journal entries in Consolidated Fraud risk for K. Bradley (PwC). |
| 22-Feb | 2.1 | Revised property plant and equipment footnote for Grace 10K Financial Statements |
| 22-Feb | 1.0 | Met with M. Lederer (PwC) to discuss required updated testing for Search for Unrecorded liabilities.. |

| Date | Hours | Description |
|---|---|---|
| 22-Feb | 1.4 | Revised Search for Unrecorded Liabilities workpaper by adding additional sample for testing. |
| | 1.5 | Finalized Search for Unrecorded liabilities by updating new population and adding additional testing samples to US search. |
| 23-Feb | 1.1 | Reviewed updated FN10 for income taxes for K. Bradley (PwC). |
| 23-Feb | 1.1 | Prepared Brian McGowen (Grace) entity level controls. |
| 23-Feb | 1.2 | Prepared F. Festa (Grace) entity level controls. |
| 23-Feb | 1.2 | Prepared M. Shelnitz (Grace) entity level controls. |
| 23-Feb | 0.9 | Prepared D. Van Inwegen (Grace) entity level controls. |
| 23-Feb | 0.8 | Prepared M. Brown (Grace) entity level controls. |
| 23-Feb | 0.8 | Prepared B. Forehand (Grace) entity level controls. |
| 23-Feb | 1.9 | Wrote entity level controls for B. Kenny (Grace) and E. Bull (Grace) for A. Schmidt (PwC). |
| 23-Feb | 0.7 | Discussed with M. Lederer (PwC) and sent the detailed listing reports for AP reconciliation - ART. |
| 23-Feb | 1.1 | Prepared spreadsheet identifying broken links, and sent to engagement team requesting fixes. |
| 24-Feb | 1.3 | Reviewed Search for Unrecorded - ART with M. Lederer (PwC). |
| 24-Feb | 0.8 | Searched for shipping terms in customer contracts |
| 24-Feb | 2.9 | Prepared the Confirmations for external workpapers. |
| 25-Feb | 1.0 | Wrap up of Footnotes and external workpapers. |
| 25-Feb | 1.0 | Compiled the letters for external workpapers. |

**162.6**      **Total Grace Financial Statement Audit Charged Hours**