**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                        March 1, 2011    to    March 31, 2011

Inv   #:              39058

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 27.90 | 7,525.00 |
| B18 | Fee Applications, Others - | 3.30 | 551.00 |
| B25 | Fee Applications, Applicant - | 3.80 | 732.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.50 | 175.00 |
| B36 | Plan and Disclosure Statement - | 8.40 | 2,880.00 |
| B37 | Hearings - | 12.30 | 4,305.00 |
| B41 | Relief from Stay Litigation - | 0.10 | 35.00 |
| | **Total** | **56.30** | **$16,203.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 2.70 | 783.00 |
| Regina Matozzo | 200.00 | 8.40 | 1,680.00 |
| Theodore J. Tacconelli | 350.00 | 34.80 | 12,180.00 |
| Legal Assistant - SEK | 150.00 | 0.70 | 105.00 |
| Legal Assistant - KC | 150.00 | 9.70 | 1,455.00 |
| **Total** | | **56.30** | **$16,203.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                            **$893.38**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-11 | *Case Administration* - Review amended notice of agenda re: 3-2--2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review second amended agenda re: March 2, 2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with S. Krepps re: 6/20 hearing change | 0.10 | TJT |
| | *Case Administration* - Review Supplemental 2019 Statement filed by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Managed Holdings LLC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Counter Designation of Record on appeal filed by Debtors, et al re: BNSF/Libby Appeal of CNA settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Counter Designation of Record on appeal filed by CNA re: BNSF/Libby Appeal of CNA settlement | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 3/2 hearing amended agenda | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 3/2 hearing | 1.20 | TJT |
| | *Hearings* - Review 2nd Amended Agenda for 3/2 hearing | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli re: rescheduled hearing date; update records | 0.10 | SEK |
| | *Case Administration* - Updates to payments received chart with check received 3-1-11 and amounts included in fee app for month of Dec. 2010 | 0.20 | KC |
| Mar-02-11 | *Fee Applications, Others* - Review Bilzin monthly fee app re: Jan. 2011 for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 5th Amended 2019 Statement filed by Peter Angelos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Multi-Strategy Master Fund dated 2/17 | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.80 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores with attached Bilzin monthly fee app for Jan. 2011; download documents | 0.20 | KC |
| | *Fee Applications, Others* - Prepare and revise Bilzin Jan. 2011 fee app, draft cos of same | 0.30 | KC |
| | *Fee Applications, Others* - Efile Bilzin's 115th Monthly fee application for January, 2011 and service of same | 0.30 | KC |
| Mar-03-11 | *Case Administration* - Review notice of address change and forward to KC | 0.10 | LLC |
| | *Case Administration* - Review return mail and memo to KC re: correction to service list | 0.20 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Joinder by Weitz, et al. in Objection by Peter Angelos, et al re: Garlock's motion for access to 2019 statements | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address by Marks O'Neill | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Blackstone 38 Interim Period | 0.10 | TJT |
| | *Case Administration* - Confer with SK re: 2/23 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Capital Management LP dated 2/17 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re: plan confirmation status | 0.10 | TJT |
| | *Case Administration* - Receive returned mail with updated address; review and revise 2002 service lists and labels accordingly | 0.30 | KC |
| | *Case Administration* - Email from LLC re: notice of address change | 0.10 | KC |
| | *Case Administration* - Revise 2002 service list and labels re: notice of address change forwarded via e-mail by LLC | 0.20 | KC |
| Mar-04-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review Objection by Kazan Mclane re: Garlock's hearing exhibits | 0.20 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Event Driven Fund dated 2/17 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Santore re: Memorandum opinion issued today re: BNSF's Motion for Reconsideration | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum opinion issued today re: BNSF's Motion for Reconsideration | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: conference call to on 3/7 and proposed agreed order for appeals of confirmation order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed agreed order for appeals of confirmation order and check notes from 2/23 hearing | 0.20 | TJT |
| | *Hearings* - Review 3/2 hearing notes | 0.10 | TJT |
| Mar-05-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Monthly Operating Report for January, 2011 | 0.40 | TJT |
| Mar-06-11 | *Case Administration* - Review PI Committee's Objection to Garlock's hearing exhibits | 0.40 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings dated 2/18 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re: Memorandum Opinion re: BNSF's Motion for Reconsideration | 0.10 | TJT |
| Mar-07-11 | *Case Administration* - Review case management memo re: week ending 3-4-2011 | 0.10 | LLC |
| | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/4/11; memo to T. Tacconelli and L. Coggins re: same | 0.50 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 3/4 | 0.10 | TJT |
|  | *Case Administration* - Review 14th Supplemental Deceleration by Orrick | 0.10 | TJT |
|  | *Case Administration* - Confer with S. Krepps re: 2/23 hearing transcript | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Donley re: revised agreed order for confirmation appeals and review same | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Attend teleconference re: revised agreed order for confirmation appeals | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: proposed letter to J. Buckwalter and revised order for confirmation appeals | 0.10 | TJT |
|  | *Case Administration* - Receive 2/23 transcript; forward to co-counsel | 0.20 | SEK |
| Mar-08-11 | *Case Administration* - Review dockets re:status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Objection by Peter Angelos, et al to Garlock's Hearing Exhibits | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from D. Boll re: Index for Joint Record on appeal and review same | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review 2/23 hearing transcript | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from J. O'Neill to Judge Buckwalter with revised order for confirmation appeals | 0.10 | TJT |
| Mar-09-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review article re: possible settlement between St. of Montana and Libby claimants | 0.20 | TJT |
|  | *Case Administration* - Review correspondence from B. Ruhlander re: 38 Interim Period Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management dated 2/18 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Transmittal of Record on Appeal re: BNSF/Libby appeal of CNA settlement order | 0.10 | TJT |
| Mar-10-11 | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined no objection final report re: 38th quarterly period and review same | 0.20 | LLC |
|  | *Case Administration* - Confer with TJT re: order re: appeals of confirmation order and related issues | 0.30 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin 39th Quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: 39th Quarterly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Multi-Strategy Fund dated 2/18 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Docketing Record on Appeal in District Court re: BNSF/Libby appeal of CNA | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Settlement order | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Confer with R. Matozzo re: new appeal in District Court re: BNSF/Libby appeal of CNA Settlement order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record of Appeal re: Garlock, BLG appeal of confirmation orders | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order Regarding Appeals of Confirmation Order and prepare correspondence to Co-Counsel re: same | 0.20 | TJT |
| | *Case Administration* - Continued review of fee application expenses/ fees for final fee application including calculations | 1.00 | KC |
| | *Fee Applications, Others* - Prepare draft Certificate of No Objection and COS to Bilzin's Oct- Dec 2010 quarterly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare draft Certificate of No Objection and COS for Oct.- Dec. 2010 quarterly fee app | 0.20 | KC |
| Mar-11-11 | *Case Administration* - Review main docket re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Amended and restated Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions dated 2/16 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Record on Appeal in District Court re: Garlock appeal no. 11-199 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Record on Appeal in District Court re: USCC appeal no. 11-200 | 0.10 | TJT |
| | *Case Administration* - Review and update file | 1.90 | KC |
| | *Fee Applications, Others* - Revision to Certificate of No Objection of Bilzin's 39th Quarterly Fee app; prepare documents for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's 39th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to 39th Quarterly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection to 39th Quarterly Fee app; prepare documents for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of 39th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to 39th Quarterly Fee app | 0.10 | KC |
| Mar-12-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: no objections for 38th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Objection by Kazan, et al. to Garlock Amended Motion for Access to 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Multi-Strategy Master Fund dated 2/22 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review and calendar deadlines in Order Regarding Confirmation Appeals | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Record on Appeal in District Court re: BLG appeal no. 11-201 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Record on Appeal in District Court re: USCC appeal no. 11-202 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-14-11 | *Case Administration* - Confer with KC re: status of final fee application | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/11/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 3/11 | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: consolidation of five confirmation appeals in District Court | 0.10 | TJT |
| | *Case Administration* - Review PI Committee's Objection to Garlock's Amended 2019 Statement Access motion | 0.10 | TJT |
| | *Case Administration* - Review Response by Peter Angelos, et al. to Garlock Motion to Intervene with attachments | 0.60 | TJT |
| | *Case Administration* - Review PI Committee's Response to Garlock's Motion to Intervene | 0.20 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Managed Holdings LLC dated 2/22 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Record on Appeal in District Court re: BLG appeal no. 11-203 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Consolidation of five appeals in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Stipulation between Debtors and SGH Enterprises re: cure under plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Stipulation between Debtors and Sealed Air re: cure under plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: Oral Argument in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Garlock re: Oral Argument in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for BNSF to Judge Buckwalter re: proposed order for 9033 objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Objection to Rule 9033 Objections | 0.10 | TJT |
| Mar-15-11 | *Case Administration* - Review case management memo re: week ending 3-11-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review new 2019 Statement filed by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors re: docket no. 26541 | 0.10 | TJT |
| | *Case Administration* - Review Objection by Peter Angelos, et al. to Garlock's Amended Motion for Access to 2019 Statement | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Implement 2011 LTIP with attachment | 0.60 | TJT |
| | *Case Administration* - Review CNO filed by Debtors re: Debtor's Motion to Make Pension Contributions | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions dated 2/22 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: possible new oral argument date in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Consolidated Response of Plan Proponents to Rule 9033 Objections | 0.10 | TJT |
| | *Case Administration* - Review fee auditor report, verify amounts of FJP's 38th Quarterly fee app for accuracy, memo to TT re: same | 0.10 | KC |
| Mar-16-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: Daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors re: docket no. 26542 | 0.10 | TJT |
| | *Case Administration* - Review Stipulation between Debtors and Fresenius re: cure under Plan | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Lift Stay to Allow State Court Action to Proceed | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management LP dated 2/22 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: confirming new oral argument date in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re: confirmation appeals CMO | 0.10 | TJT |
| Mar-17-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with S. Krepps re: 3/2 hearing transcript and review correspondence re: same | 0.20 | TJT |
| | *Case Administration* - Review CNO filed by Debtors re: Debtor's Foreign Sub Holding Co. Motion | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by Jorvik Multi-Strategy Fund dated 2/22 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Amended Notice of Appeal | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; email to J. Bowen re: 3/2/11 transcript | 0.20 | SEK |
| Mar-18-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management, LP dated 2/23 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by the State of Montana | 0.10 | TJT |
| Mar-19-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Sale re: Cera Tech assets with attachment | 0.30 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Jorvik Multi-Strategy Master Find, LP dated 2/23 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Her Majesty the Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Maryland Casualty Co. | 0.10 | TJT |
| Mar-21-11 | *Case Administration* - Review case management memo re: week ending 3-18-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: 3-28-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/18/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Confer with R. Matozzo re: daily memos | 0.10 | TJT |
| | *Case Administration* - Review Case Status Memo for week ending 3/18 | 0.10 | TJT |
| | *Case Administration* - Review Agenda for 3/28 hearing filed by Garlock | 0.10 | TJT |
| | *Case Administration* - Review Objection by UST to one of Garlock's motions | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions dated 2/23 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by GEICO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by AMH | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Boll re: confidentiality issues in Joint Record on Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Confirmation Protective Orders | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review revised Joint Record on Appeal | 0.40 | TJT |
| Mar-22-11 | *Case Administration* - Review agenda re: hearing scheduled for 3-28-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Managed Holdings, LLC dated 2/23 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by AXA Belgium | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review current draft of Joint Record on Appeal re: designated confidential documents | 0.30 | TJT |
| | *Hearings* - Review Agenda for 3/28 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 3/28 hearing coverage | 0.10 | TJT |
| | *Hearings* - Confer with S. Krepps re: 3/28 hearing transcript | 0.10 | TJT |
| Mar-23-11 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Jan 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review correspondence from L. Oberholzer re: 38 Interim Period fee chart and review same | 0.20 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 38 Interim Period fee chart | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Multi-Strategy Master Fund LP dated 2/23 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend teleconference re: Joint Record on Appeal and related issues | 0.20 | TJT |
| | *Case Administration* - Email to TMarkey re: Jan. 2010 CNO filing/ amounts | 0.10 | KC |
| | *Fee Applications, Others* - Check docket for objections to Bilzin's 115th monthly fee application for Jan. 2011 | 0.10 | KC |
| | *Fee Applications, Others* - Review e-mail from TJT with attachment of 38th interim fee and expense chart; review Bilzin's 38th interim fee app re: same; response e-mail to TJT | 0.20 | KC |
| | *Fee Applications, Others* -Prepare CNO for Bilzin's Jan 2010 fee app for filing; efile same | 0.20 | KC |
| | *Fee Applications, Others* - Service of CNO to Bilzin's Jan 2010 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Feb. 2011 prebill as exhibit to monthly fee app, to T. Tacconelli for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Check docket for objections to 117th monthly fee app for Jan. 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Review e-mail from TJT with attachment of 38th interim fee and expense chart; review FJP's 38th interim fee app re: same; response e-mail to TJT | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO for Jan 2010 fee app for filing, efile same | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of Certificate of No Objection of Jan 2010 fee app | 0.20 | KC |
| Mar-24-11 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended agenda re: 3-28-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Appearance by Toyota | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel re: proposed order for 38th Interim Period Quarterly fee Apps | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Project Category Summary for 38th Interim Period and review summary | 0.20 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Capital Management LP dated 3/2 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce February Prebill | 0.50 | TJT |
| | *Hearings* - Review correspondence from S. Krepps re: 3/2 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 3/28 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 3/28 hearing now telephonic | 0.10 | TJT |
| | *Case Administration* - Receive, distribute 3/2/11 hearing transcript; update files | 0.20 | SEK |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-25-11 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 38 Interim Period category chart | 0.10 | TJT |
| | *Case Administration* - Review order approving fees for 38 Interim Period | 0.10 | TJT |
| | *Case Administration* - Review stipulated order consolidating certain appeals | 0.10 | TJT |
| | *Case Administration* - Review order authorizing Debtors to make pension contributions | 0.10 | TJT |
| | *Case Administration* - Review order authorizing Debtors to create foreign subsidiary holding company | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Jorvik Multi-Strategy Master Find, LP dated 3/2 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation re: Beco Road Site cure under plan | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review order lifting stay re: Locke claim | 0.10 | TJT |
| Mar-26-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 3/28 hearing | 1.80 | TJT |
| Mar-27-11 | *Hearings* - Continue reviewing matters on agenda for 3/28 hearing | 0.80 | TJT |
| Mar-28-11 | *Case Administration* - Review case management memo re: week ending 3-25-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: 3-28 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/25/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Confer with R. Matozzo re: Motion to Consolidate Certain Appeals | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to committee member re: results of hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: appeal oral argument date change | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 5.80 | TJT |
| Mar-29-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Case Status Memo for week ending 3/25 | 0.10 | TJT |
| | *Case Administration* - Review order re: consolidating certain appeals and confer with R. Matozzo re: same | 0.20 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by Merrill Lynch Investment Solutions dated 3/2 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry Joseph and Pearce February prebill | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: Appeal Oral Argument date change | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Statement of Issues and Record on Appeal filed by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between Debtors and National Union re: cure under plan | 0.10 | TJT |
| | *Fee Applications, Applicant* - Revisions to Feb. 2010 statement/ exhibit | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin draft of Feb. 2011 fee application, notice, cos | 0.30 | KC |
| Mar-30-11 | *Fee Applications, Others* - Review Bilzin Feb. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with S. Krepps re: 3/28 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Multi-Strategy Fund dated 3/2 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: another Appeal Oral Argument date change | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appearance by Arrowwood in consolidated Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Boll re: revised Joint Record on Appeal and related issues | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores with attachments re: Feb. 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Download Feb. 2011 monthly fee application documents, revisions to notice; create COS; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to draft bill for Feb. 2011 monthly fee application; finalize and prepare as exhibit A | 0.30 | KC |
| | *Fee Applications, Applicant* - Continue draft of Feb. 2011 monthly fee application, to LLC for review | 0.10 | KC |
| Mar-31-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Affidavit of G. Webb | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Managed Holdings dated 3/2 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: another Appeal Oral Argument date change | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3/30 draft of revised Joint Record on Appeal | 0.50 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's 116th Feb. 2011 monthly fee app for filing | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's 116th Feb. 2011 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare 118th monthly fee app for Feb. 2011 for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile and service of 118th Feb. 2011 monthly fee app for filing | 0.20 | KC |
| | Totals | 56.30 | |

Invoice #:    39058            Page 12            March 1- March 31, 2011

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Mar-02-11 | Photocopy Cost | 3.00 |
| Mar-04-11 | Photocopy Cost | 1.00 |
| Mar-05-11 | Photocopy Cost | 0.70 |
| Mar-06-11 | Photocopy Cost | 0.90 |
| Mar-08-11 | Cost Advance - Lexis Nexis - Legal research February (Account # 1402RF; Inv # 1102381820) | 39.14 |
|  | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Mar-09-11 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Mar-11-11 | Photocopy Cost | 7.10 |
| Mar-14-11 | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 0.70 |
|  | Cost Advance -   Diana Doman Transcribing | 15.77 |
| Mar-21-11 | Photocopy Cost | 0.90 |
| Mar-23-11 | Photocopy Cost | 4.80 |
| Mar-24-11 | Cost Advance -  9 x .44 | 3.96 |
|  | Cost Advance - Blue Marble - copies 208.60; service 355.21 (Inv # 48909) | 563.81 |
| Mar-25-11 | Photocopy Cost | 0.60 |
|  | Cost Advance - First State Deliveries - 6 hand deliveries 3/11/11 | 39.00 |
| Mar-28-11 | Cost Advance -   Wilmington Trust Company -   courtcall | 65.00 |
| Mar-29-11 | Photocopy Cost | 0.60 |
| Mar-30-11 | Cost Advance - J&J Court Transcribers | 73.80 |
| Mar-31-11 | Photocopy Cost | 3.60 |
|  | Photocopy Cost | 8.80 |
|  | Cost Advance -   First State Deliveries - 7 hand deliveries | 45.50 |

Totals                                                                                        $893.38

**Total Fees & Disbursements**                                           **$17,096.38**