

April 18, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   190257

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 03/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $345.00 | $2,042.12 | $2,387.12 |
| **.15543 -** 07 - Applicant's Fee Application | $682.50 | $0.00 | $682.50 |
| **.15544 -** 08 - Hearings | $245.00 | $0.00 | $245.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $315.00 | $0.00 | $315.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,975.00 | $0.00 | $1,975.00 |
| *Client Total* | **$3,562.50** | **$2,042.12** | **$5,604.62** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $475.00 | $617.50 |
| Sakalo, Jay M | 3.20 | $525.00 | $1,680.00 |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 2.20 | $225.00 | $495.00 |
| Beck, Amuni A | 1.90 | $200.00 | $380.00 |
| | | *TOTAL PROFESSIONAL FEES THIS PERIOD* | ***$3,562.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $627.40 |
| Fares, Mileage, Parking | $34.50 |
| Long Distance Telephone | $8.36 |
| Long Distance Telephone-Outside Services | $627.62 |
| Lodging | $161.23 |
| Meals | $39.65 |
| Parking | $30.00 |
| Publication | $180.00 |
| Westlaw-Online Legal Research | $331.66 |
| Copies | $1.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$2,042.12** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$5,604.62** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/11 | JMS | 0.20 | 105.00 | Review amended agenda and email to Committee thereon (.2). |
| 03/01/11 | AB | 0.20 | 40.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon (.1); email amended notice of agenda of matters to committee (.1). |
| 03/04/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/08/11 | AB | 0.10 | 20.00 | Analyze docket activity and send email to M. Kramer and J. Sakalo thereon (.1). |
| 03/09/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/16/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/17/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/18/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/21/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/22/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/23/11 | AB | 0.10 | 20.00 | Analyze docket activity and email J. Sakalo and M. Kramer thereon. |
| 03/24/11 | AB | 0.10 | 20.00 | Analyze docket activity and email J. Sakalo and M. Kramer. |

**PROFESSIONAL SERVICES** $345.00

**C**OSTS **A**DVANCED

| Date | Description | Amount |
|---|---|---|
| 02/02/11 | Meals Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011  -  Clients | 22.69 |
| 02/03/11 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 822406471; DATE: 3/1/2011  -  Account#5306-2200-2539-5504 | 331.66 |
| 02/04/11 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 06432892; DATE: 2/28/2011  -  Account#306300 | 38.34 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 79.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 51.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 149.00 |
| 02/23/11 | Fares, Mileage, Parking Cab fares - Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011  -  Clients | 34.50 |
| 02/23/11 | Lodging Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011  -  Clients | 161.23 |
| 02/23/11 | Meals Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011  -  Clients | 16.96 |
| 02/23/11 | Parking Airport parking - Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011  -  Clients | 30.00 |
| 02/24/11 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 06432892; DATE: 2/28/2011  -  Account#306300 | 10.28 |
| 02/24/11 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011  -  Acct No 2306220025395504 | 627.40 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/02/11 | Long Distance Telephone (212)326-0886; 11 Mins. | 8.36 |
| 03/25/11 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: ISSUE#225-228; DATE: 3/25/2011 - W.R. Grace Bankruptcy News/Issue# 225-228 | 180.00 |
| 03/04/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/07/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/07/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/09/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $2,042.12

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| Beck, Amuni A | 1.20 | $200.00 | $240.00 |
| **TOTAL** | **1.40** | | **$345.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $627.40 |
| Fares, Mileage, Parking | $34.50 |
| Long Distance Telephone | $8.36 |
| Long Distance Telephone-Outside Services | $627.62 |
| Lodging | $161.23 |
| Meals | $39.65 |
| Parking | $30.00 |
| Publication | $180.00 |
| Westlaw-Online Legal Research | $331.66 |
| Copies | $1.70 |
| **TOTAL** | **$2,042.12** |

**CURRENT BALANCE DUE THIS MATTER** $2,387.12

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| 03/01/11 | LMF | 0.80 | 180.00 | Prepare notice and summary of fees for month of January and submit to local counsel for filing and service. |
| 03/14/11 | LMF | 0.30 | 67.50 | Follow up with accounting for statement of fees and costs for month of February for attorney's review and edits. |
| 03/14/11 | JIS | 0.50 | 187.50 | Review and revise February prebill. |
| 03/29/11 | LMF | 1.10 | 247.50 | Attend to revisions to statement of fees and prepare and submit notice and summary for February fees. |

**PROFESSIONAL SERVICES** $682.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 2.20 | $225.00 | $495.00 |
| **TOTAL** | **2.70** | | **$682.50** |

**CURRENT BALANCE DUE THIS MATTER** $682.50

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 03/21/11 | JMS | 0.20 | 105.00 | Review hearing agenda and email to Committee thereon (.2). |
| 03/21/11 | AB | 0.10 | 20.00 | Arrange telephonic appearances for the Committee for March 28, 2011 hearing. |
| 03/23/11 | AB | 0.60 | 120.00 | Email correspondence with members of the Committee regarding telephonic appearances. |

**PROFESSIONAL SERVICES** $245.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| Beck, Amuni A | 0.70 | $200.00 | $140.00 |
| **TOTAL** | **0.90** | | **$245.00** |

**CURRENT BALANCE DUE THIS MATTER** $245.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 03/04/11 | JMS | 0.60 | 315.00 | Telephone conference with E. Devine regarding LECG property damage files (.6). |

**PROFESSIONAL SERVICES** $315.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| *TOTAL* | *0.60* | | *$315.00* |

**CURRENT BALANCE DUE THIS MATTER** $315.00

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/02/11 | JMS | 0.40 | 210.00 | Telephone conference with R. Levy regarding next steps in appellate process (.4). |
| 03/05/11 | MIK | 0.90 | 427.50 | Email to committee regarding denial of motion for reconsideration and respond to plan inquiry. |
| 03/07/11 | JMS | 1.70 | 892.50 | Status call with Debtors and others parties in interest regarding proposed scheduling order on appellate briefing (.4); email exchange with D. Speights regarding condition to effective of plan and research Plan regarding same (.6); telephone conference with M. Dies regarding same (.4); review proposed briefing order and cover letter from J. O'Neill (.3). |
| 03/07/11 | MIK | 0.40 | 190.00 | Attend all-hands call regarding appellate CMO. |
| 03/15/11 | SLB | 0.30 | 202.50 | Attention to Judge Buckwalter's order setting appellate schedule and internal emails regarding same (.3). |
| 03/28/11 | JMS | 0.10 | 52.50 | Email to committee regarding change of oral argument date for appeal (.1). |

**PROFESSIONAL SERVICES**  $1,975.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $475.00 | $617.50 |
| Sakalo, Jay M | 2.20 | $525.00 | $1,155.00 |
| **TOTAL** | **3.80** | | **$1,975.00** |

**CURRENT BALANCE DUE THIS MATTER**  $1,975.00