# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2011 - MARCH 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.70 | $    2,042.50 |
| 0013 | Business Operations | 0.50 | 357.50 |
| 0014 | Case Administration | 21.30 | 4,569.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.80 | 8,805.00 |
| 0018 | Fee Application, Applicant | 12.00 | 4,610.00 |
| 0019 | Creditor Inquiries | 0.90 | 643.50 |
| 0020 | Fee Application, Others | 0.30 | 214.50 |
| 0021 | Employee Benefits, Pension | 6.70 | 5,043.50 |
| 0036 | Plan and Disclosure Statement | 80.50 | 61,514.00 |
| 0037 | Hearings | 10.40 | 7,778.00 |
| 0041 | Relief from Stay Proceedings | 0.10 | 71.50 |
| | | | |
| | **Total** | **147.2** | **$   95,649.00** |

# STROOCK

## INVOICE

| DATE | April 28, 2011 |
| --- | --- |
| INVOICE NO. | 531880 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| --- | --- |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/11/2011 | Attend to various objections to Garlock intervention pleading. | Krieger, A. | 0.9 |
| 03/15/2011 | Attend to Garlock's pleadings (1.3); attend to additional law firms' objections to intervention motion (.1). | Krieger, A. | 1.4 |
| 03/15/2011 | Review Garlock pleadings. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 2.3 | $ 715 | $ 1,644.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,042.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations 699843 0013 |
|----|--------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2011 | Attend to transcript of Grace's Q4 2010 Earnings conference call. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 357.50 |
|------------------------------------------|----------|

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |
| 03/02/2011 | O/c DM re: scheduling order. | Krieger, A. | 0.1 |
| 03/02/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research and obtain plan documents for attorney review (.6). | Mohamed, D. | 1.3 |
| 03/03/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 03/04/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 03/07/2011 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.2); prepare documents for attorney review (.7). | Mohamed, D. | 2.4 |
| 03/08/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 03/09/2011 | Attend to Fee Auditor's schedule re: 38th quarterly fee applications and correspondence from B. Ruhlander re: same. | Krieger, A. | 0.1 |
| 03/09/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 03/10/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor docketed appeals with the district court (.5); obtain documents for attorney review (.3). | Mohamed, D. | 1.2 |
| 03/11/2011 | Obtain and circulate recently docketed pleadings in main case (.9); obtain certain | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings for attorney review (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | | |
| 03/14/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 03/15/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 03/16/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain certain documents for attorney review (.6). | Mohamed, D. | 0.9 |
| 03/17/2011 | Obtain and circulate recently Docketed Pleadings in main case (.3); research and obtain pleadings for attorney review (.5). | Mohamed, D. | 0.8 |
| 03/18/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |
| 03/21/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review and obtain pleadings re: various appeals in district court (.5); research case docket and obtain documents for attorney review (.8). | Mohamed, D. | 1.9 |
| 03/23/2011 | Exchanged memoranda with D. Mohamed re: 38th interim fee and expense charts. | Krieger, A. | 0.2 |
| 03/23/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.9). | Mohamed, D. | 1.2 |
| 03/24/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 03/25/2011 | Attend to order approving 38th quarterly fee application and order approving pension motion and foreign restructuring motion. | Krieger, A. | 0.2 |
| 03/25/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain pleading re district court case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.9 |
| 03/28/2011 | Obtain and circulate recently docketed pleadings in main case (.6); research and obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/29/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.5). | Mohamed, D. | 0.8 |
| 03/31/2011 | Obtain certain pleadings for attorney review. | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 20.7 | 200 | 4,140.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,569.00 |
|------------------------------------------|-----------|

# STROOCK

| | |
|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2011 | Attend to memorandum for the Committee re: 3/2/11 hearing. | Krieger, A. | 1.2 |
| 03/03/2011 | Attend to Capstone's memorandum for the Committee re: foreign holding company structure (.5); t/c J. Dolan re: same (.2); attend to Capstone's memorandum for the Committee re: pension payment acceleration motion (1.6); extended conference call Capstone re: Committee memorandum re: pension motion (1.3).; attend to memorandum to the Committee re: 3/2/11 hearing (.2); attend to revised memorandum re: pension motion, and preparation of additional memorandum for the Committee re: pension motion (2.6); t/cs Janine Dolan re: pension motion memorandum for the Committee (.5). | Krieger, A. | 6.9 |
| 03/03/2011 | Review memo to Committee re: 3/2 court hearing (.1); review memo to Committee re: pension motion (.3). | Kruger, L. | 0.4 |
| 03/03/2011 | Review Capstone report re: Grace foreign structure. | Pasquale, K. | 0.3 |
| 03/04/2011 | Exchanged memoranda with J. Dolan re: pension motion memorandum for the Committee (.3); attend to memoranda for the Committee re: pension motion (.6). | Krieger, A. | 0.9 |
| 03/04/2011 | Review BSNF Reconsideration Motion (.2); review Capstone pension memo (.2). | Kruger, L. | 0.4 |
| 03/04/2011 | Review Capstone pension memo and email to Committee. | Pasquale, K. | 0.5 |
| 03/07/2011 | Attend to Committee memorandum re: Locke lift stay motion. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/08/2011 | Memorandum to the Committee re: Locke lift stay motion. | Krieger, A. | 0.1 |
| 03/14/2011 | Memorandum to the Committee re: District Court's scheduling order. | Krieger, A. | 0.1 |
| 03/25/2011 | Memorandum to Capstone re: Committee memorandum re: LTIP motion. | Krieger, A. | 0.2 |
| 03/27/2011 | Exchanged memoranda with Capstone re: Committee memorandum on LTIP motion. | Krieger, A. | 0.1 |
| 03/29/2011 | Exchanged memoranda with Committee member re: representative change. | Krieger, A. | 0.1 |
| 03/30/2011 | Attend to Capstone's draft report re: 2011-2013 LTIP plan. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.2 | $ 715 | $ 7,293.00 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,805.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2011 | Attend to 39th quarterly fee application (1.6); memoranda and o/c DM re: same (.2). | Krieger, A. | 1.8 |
| 03/01/2011 | Revise draft of SSL's thirty-ninth quarterly fee application. | Mohamed, D. | 1.2 |
| 03/02/2011 | Review Stroock's thirty-ninth quarterly fee application for filing (.7); prepare CoS re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 03/02/2011 | Review draft SSL quarterly fee application. | Pasquale, K. | 0.5 |
| 03/03/2011 | Review/revise February bill. | Magzamen, M. | 0.5 |
| 03/03/2011 | Prepare and effectuate service re: Stroock's thirty-ninth quarterly fee application. | Mohamed, D. | 0.7 |
| 03/08/2011 | Prepare draft of SSL's one hundred and nineteenth monthly fee application. | Mohamed, D. | 0.7 |
| 03/15/2011 | O/c DM re: February 2011 fee statement. | Krieger, A. | 0.1 |
| 03/15/2011 | Revise draft of SSL's one hundred and nineteenth monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 03/16/2011 | Attend to February 2011 fee statement. | Krieger, A. | 1.6 |
| 03/18/2011 | Further revise draft of SSL's one hundred and nineteenth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 03/28/2011 | Review SSL's one hundred and nineteenth monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.5 | $ 715 | $ 2,502.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 7.5 | 200 | 1,500.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,610.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|----|----|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/17/2011 | Respond to inquiry from unsecured creditor. | Krieger, A. | 0.6 |
| 03/31/2011 | T/cs creditor re: status. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.9 | $ 715 | $ 643.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 643.50 |
|------------------------------------------|----------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/24/2011 | Attend to multiple applications and certifications from counsel for other professionals. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843  0021               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2011 | Office conference with A. Kreiger re: request for increased pension contributions. | Keppler, A. | 1.0 |
| 03/01/2011 | Conference call J. Baer, R. Higgins re: pension liabilities (.3); o/c A. Keppler re: pension motion issues (1.0); attend to pension motion related materials (.9). | Krieger, A. | 2.2 |
| 03/02/2011 | Conference call Capstone re: pension motion, outstanding questions and memorandum to the Committee (.4); review AON Actuarial Report and memo to M. Wintner re: same (.3); o/c G. Sasson re: pension motion (.2). | Krieger, A. | 0.9 |
| 03/02/2011 | Attn to Pension Plan actuarial report. | Wintner, M. | 0.4 |
| 03/08/2011 | T/c Capstone re: pension motion. | Krieger, A. | 0.1 |
| 03/10/2011 | Telephone conference J. Radecki re: pension motion. | Pasquale, K. | 0.2 |
| 03/14/2011 | Review LIP motion. | Pasquale, K. | 0.6 |
| 03/15/2011 | Attend to Debtors' motion re: implementation of 2011 Long-Term Incentive Plan and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Keppler, Abbey L. | 1.0 | $ 720 | $ 720.00 |
| Krieger, Arlene G. | 4.5 | 715 | 3,217.50 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |
| Wintner, Mark | 0.4 | 975 | 390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,043.50 |
|------------------------------------------|------------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 115.59 |
| Local Transportation | 195.87 |
| Long Distance Telephone | 101.17 |
| Travel Expenses - Transportation | 274.50 |
| Westlaw | 760.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
|---|---|

# STROOCK

| | RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2011 | Attend to motions for reconsideration of the confirmation order and Rule 3033 motions filed (1.8); exchanged memoranda with lenders' counsel re: appellate briefing (.2). | Krieger, A. | 2.0 |
| 03/01/2011 | Review draft Order to Consolidate Committees and ad hoc appeal (.2); review Motions for Reconsideration and Rule 9033 Motions (.6). | Kruger, L. | 0.8 |
| 03/01/2011 | Review draft proposed order to consolidate appeals. | Pasquale, K. | 0.3 |
| 03/02/2011 | Attend to draft stipulation and agreed order re: consolidating appeals and emails regarding same (.2); attend to motion for consolidation of appeals and o/cs KP re: same (1.6); attend to objection to findings of fact, conclusions of law (1.9); attend to notice of submissions of confirmation plan (.4). | Krieger, A. | 4.1 |
| 03/02/2011 | O/c with AK re: Court hearing (.2); review Motion to Consolidate (.6). | Kruger, L. | 0.8 |
| 03/02/2011 | Emails with lenders' counsel re: consolidation issues (.3); review and revise draft motion to consolidate (2.2). | Pasquale, K. | 2.5 |
| 03/03/2011 | Attend to revised motion to consolidate. | Krieger, A. | 1.0 |
| 03/03/2011 | Review revised Motion to Consolidate. | Kruger, L. | 0.2 |
| 03/03/2011 | Review and revise further draft motion to consolidate appeals. | Pasquale, K. | 1.3 |
| 03/04/2011 | Attend to appellate pleadings (4.3); attend to J. Baer email and proposed revised scheduling order (.3); attend to Judge Fitzgerald's order and memorandum opinion re: BNSF's | Krieger, A. | 4.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | reconsideration motion (.3). | | |
| 03/04/2011 | Review BSNF reconsideration order (.4); review PP's revised proposed confirmation schedule and emails re: same (.5). | Pasquale, K. | 0.9 |
| 03/05/2011 | Attend to preparation of appellate briefing. | Krieger, A. | 1.1 |
| 03/06/2011 | Attend to preparation of appellate briefing. | Krieger, A. | 4.1 |
| 03/07/2011 | Attend to appellate pleadings (5.7); attend to revised proposed scheduling order and conference call with representatives of all parties (.4); attend to notice re: cure amounts (.2); attend to stipulation re: consolidated appeals (.1); attend to revised scheduling order re: confirmation appeals (.1). | Krieger, A. | 6.5 |
| 03/07/2011 | Conference call with parties re: scheduling order (.3); review revised consolidation order (.1); review appellate pleadings (.4). | Kruger, L. | 0.8 |
| 03/07/2011 | Conference call with all parties re: scheduling order (.4); review proposed, revised consolidation order and emails re: same (.3). | Pasquale, K. | 0.7 |
| 03/08/2011 | Memorandum to J. Baer re: notice regarding 9.1.2 cure amounts. | Krieger, A. | 0.2 |
| 03/08/2011 | Review draft designation of record on appeal. | Kruger, L. | 0.2 |
| 03/08/2011 | Review PP's draft designation of record on appeal. | Pasquale, K. | 1.5 |
| 03/09/2011 | Exchanged memoranda with J. Baer re: Section 9.1.2 Notice and proposed stipulation and proposed modifications. | Krieger, A. | 0.4 |
| 03/09/2011 | Review proposed record on appeal. | Kruger, L. | 0.4 |
| 03/09/2011 | Continued review of proposed record on appeal. | Pasquale, K. | 1.3 |
| 03/10/2011 | Attend to appellate briefing, issues and case law (4.6); exchanged multiple memoranda with J. Baer re: stipulations with Sealed Air and other creditors (.6); attend to emails re: status of joint motion to consolidate confirmation | Krieger, A. | 6.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | appeals (.3); o/cs and email D. Mohamed re: confirmation appeals' dockets (.3); attend to scheduling order entered by Judge Buckwalter re  confirmation appeals and follow-up emails re: same (.2). | | |
| 03/10/2011 | Review statement of issues. | Kruger, L. | 0.2 |
| 03/10/2011 | Review Appeal procedures order and calendar events. | Magzamen, M. | 0.5 |
| 03/10/2011 | Emails re: Grace appeal docketing and scheduling (.4); draft statement of issues (.7). | Pasquale, K. | 1.1 |
| 03/11/2011 | Attend to confirmation appeals docket and inquiry thereon (.2); attend to appellate issues and case law (5.1); o/c DM re: appeals dockets (.3). | Krieger, A. | 5.6 |
| 03/13/2011 | Attend to appellate issues and case law. | Krieger, A. | 0.9 |
| 03/14/2011 | Attend to appellate issues and case law (4.3); attend to MCC response to R9033 objections, and ACCs objection to Garlock's intervention motion (.1); attend to stipulation re: Sampson cure procedure (.1); attend to BNSF's letter to Judge Buckwalter (.1); attend to emails re: revised hearing date before the District Court (.1). | Krieger, A. | 4.7 |
| 03/14/2011 | Review pleadings re: appeal. | Kruger, L. | 0.3 |
| 03/14/2011 | Attention to emails and filed pleadings re: schedule and appeal. | Pasquale, K. | 0.5 |
| 03/15/2011 | Attend to Plan Proponents response to 9033 Objections filed (.1); attend to stipulation with Fresenius regarding cure notice (.1). | Krieger, A. | 0.2 |
| 03/15/2011 | Research/review cases re: appellate issues. | Pasquale, K. | 1.8 |
| 03/16/2011 | Attend to memorandum re: record on appeal. | Krieger, A. | 0.3 |
| 03/16/2011 | Telephone conference M. Phillips re: appeal record (.2); attention to proposed record and possible additions (1.2). | Pasquale, K. | 1.4 |
| 03/17/2011 | Emails re: designation of the record (.2); attend | Krieger, A. | 4.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to brief appellate issues (3.8); attend to Plan proponents' proposed joint record on appeal (.3); attend to emails re: consolidation stipulation (.1). | | |
| 03/17/2011 | Emails and attention to proposed record on appeal. | Pasquale, K. | 0.9 |
| 03/18/2011 | Attend to confirmation order appeals filed by various parties (.2); appellate issues (1.1); o/c KP re: appellate issues (.1). | Krieger, A. | 1.4 |
| 03/21/2011 | Attend to proposed additional documents for joint record (.1); attend to statement of issues (.5). | Krieger, A. | 0.6 |
| 03/22/2011 | Attend to statement of issues and memorandum to KP re: same. | Krieger, A. | 0.4 |
| 03/23/2011 | Attend to proposed designation of items for the record and memoranda with bank lenders' counsel re: same (.3); attend to D. Ball's email re: revised index for proposed joint record and related items (.6); conference call with representatives for all parties re: record designations and related appellate issues (.2). | Krieger, A. | 1.1 |
| 03/23/2011 | Review revised joint record. | Kruger, L. | 0.2 |
| 03/23/2011 | Review revised joint record (.7); conference call with all parties re: joint record (.2); emails re: consolidation stipulation (.2). | Pasquale, K. | 1.1 |
| 03/24/2011 | Attend to proposed final form of joint statement of issues (.2); attend to stipulation on cure amount with Beaco Road Site PRP Group (.1). | Krieger, A. | 0.3 |
| 03/25/2011 | Attend to cure stipulation re: Beaco Road PRP Group claims (.1); attend to revised draft statement of issues and memorandum to bank lender group's counsel thereon (.4); memorandum with local counsel re: status of consolidation stipulation (.1); exchanged memoranda with KP re: appellate brief (.4); attend to materials for appellate brief (.9); attend to Plan Proponents response to Rule 9033 objections (.1). | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/25/2011 | Review revised issues on appeal. | Kruger, L. | 0.2 |
| 03/25/2011 | Review revised draft issues on appeal. | Pasquale, K. | 0.3 |
| 03/28/2011 | Attend to appellate brief issues. | Krieger, A. | 0.9 |
| 03/29/2011 | O/c KP re: appellate brief (.3); attend to emails re: joint record (.2); attend to case law for appellate brief (4.6). | Krieger, A. | 5.1 |
| 03/29/2011 | Emails re: joint record (.2); confer A. Krieger re: appellate brief issues (.3). | Pasquale, K. | 0.5 |
| 03/30/2011 | Attend to revised proposed joint index and emails regarding same. | Krieger, A. | 0.4 |
| 03/30/2011 | Emails re: joint record (.2); review revised joint record (.4). | Pasquale, K. | 0.6 |
| 03/31/2011 | Attend to revised proposed statement of issues and memoranda with lenders' counsel re: same. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 59.2 | $ 715 | $ 42,328.00 |
| Kruger, Lewis | 4.1 | 995 | 4,079.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Pasquale, Kenneth | 16.7 | 895 | 14,946.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 61,514.00 |
|------------------------------------------|-------------|

# STROOCK

|     |                        |
| --- | ---------------------- |
| RE  | Hearings               |
|     | 699843  0037           |

| DATE       | DESCRIPTION                                                                                                                                  | NAME          | HOURS |
| ---------- | -------------------------------------------------------------------------------------------------------------------------------------------- | ------------- | ----- |
| 03/01/2011 | Attend to amended agenda notice.                                                                                                             | Krieger, A.   | 0.1   |
| 03/02/2011 | Attend (telephonically) hearing on BNSF motion for reconsideration and joinders thereto.                                                    | Krieger, A.   | 1.9   |
| 03/02/2011 | Participated telephonically in court hearing.                                                                                               | Pasquale, K.  | 1.9   |
| 03/21/2011 | Attend to notice of 3/28/11 agenda.                                                                                                         | Krieger, A.   | 0.1   |
| 03/24/2011 | Attend to amended agenda for 3/28/11 hearing.                                                                                              | Krieger, A.   | 0.1   |
| 03/25/2011 | Attend to objections to Garlock's exhibits and other materials re 3/28/11 hearing (.7).                                                    | Krieger, A.   | 0.7   |
| 03/28/2011 | Attend hearing re: Garlock motions for intervention for access to 2019 exhibits and related (5.5); memorandum re: 3/28/11 court hearing (.1). | Krieger, A.   | 5.6   |

| SUMMARY OF HOURS   | HOURS | RATE   | TOTAL      |
| ------------------ | ----- | ------ | ---------- |
| Krieger, Arlene G. | 8.5   | $ 715  | $ 6,077.50 |
| Pasquale, Kenneth  | 1.9   | 895    | 1,700.50   |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,778.00 |
| ---------------------------------------- | ---------- |

# STROOCK

| RE | Relief from Stay Proceedings 699843  0041 |
|----|-------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2011 | Memorandum to and from R. Higgins re: additional inquiry re: Locke stay relief motion. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|------------------------------------------|---------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 95,649.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
| TOTAL BILL | $ 97,096.38 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.