# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## MARCH 1, 2011 - MARCH 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 5.3 | $ 995 | $ 5,273.50 |
| Pasquale, Kenneth | 20.7 | 895 | 18,526.50 |
| Wintner, Mark | 0.4 | 975 | 390.00 |
| | | | |
| **Associates** | | | |
| Keppler, Abbey L. | 1.0 | 720 | 720.00 |
| Krieger, Arlene G. | 90.6 | 715 | 64,779.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.0 | 320 | 320.00 |
| Mohamed, David | 28.2 | 200 | 5,640.00 |
| | | | |
| **Total** | 147.2 | | $ 95,649.00 |