# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2011 - MARCH 31, 2011**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 115.59 |
| Local Transportation | | 195.87 |
| Long Distance Telephone | | 101.17 |
| Travel Expenses - Transportation | | 274.50 |
| Westlaw | | 760.25 |
| | | |
| **TOTAL** | **$** | **1,447.38** |

# STROOCK

## Disbursements Register

| DATE | April 28, 2011 |
|------|----------------|
| INVOICE NO. | 531880 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through March, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Outside Messenger Service**

| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195217680 on 02/25/2011 | 7.38 |
|---|---|---|
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270195923854 on 02/25/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270196355869 on 02/25/2011 | 10.46 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270197708477 on 02/25/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270190015077 on 02/28/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; | 7.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270190023442 on 02/28/2011 | |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270191899853 on 02/28/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270193889066 on 02/28/2011 | 10.46 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270191641228 on 03/03/2011 | 11.07 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270192983214 on 03/03/2011 | 11.07 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195153132 on 03/03/2011 | 17.18 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270198936924 on 03/03/2011 | 11.07 |

**Outside Messenger Service Total** **115.59**

**Local Transportation**

| 03/01/2011 | VENDOR(EE): KPASQUALE: 02/23/11; Court hearing before Judge Buckwalter in Philadelphia, PA | 108.76 |
|---|---|---|
| 03/01/2011 | VENDOR(EE): KPASQUALE: 02/23/11; Court hearing before Judge | 15.00 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Buckwalter in Philadelphia, PA | |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from home to Penn Station $13.00 + 2.00 tip | 15.00 |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from 30th Street Station to District Courthouse (fare was shared) | 5.50 |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from Penn Station to midtown office $9.40 +1.60 tip | 11.00 |
| 03/15/2011 | VENDOR: NYC Taxi; Invoice#: 922315; Invoice Date: 03/11/2011; Voucher #: 1113257526; Arlene Krieger 03/03/2011 20:31 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 40.61 |
| | **Local Transportation Total** | **195.87** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 03/03/2011 | EXTN.795544, TEL.2015877144, S.T.10:18, DUR.00:00:11 | 0.56 |
| 03/04/2011 | EXTN.795562, TEL.5853276405, S.T.12:00, DUR.00:01:33 | 0.61 |
| 03/11/2011 | VENDOR: Chase Card Services; INVOICE#: 030211; DATE: 3/2/2011 - visa charge 02/16/11 Court Call | 100.00 |
| | **Long Distance Telephone Total** | **101.17** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; additional Amtrak ticket costs (switched to earlier train back to NY) | 33.00 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 02/10/2011 | 32.25 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE NYP PHL on 02/14/2011 | 105.00 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 02/14/2011 | 32.25 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE PHL NYP on 02/14/2011 | 72.00 |

# STROOCK

---

PAGE: 4

---

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Travel Expenses - Transportation Total** | **274.50** |
| | **Westlaw** | |
| 03/10/2011 | Duration 1; by Krieger, Arlene G. | 30.50 |
| 03/11/2011 | Duration 7; by Krieger, Arlene G. | 229.75 |
| 03/14/2011 | Duration 0; by Krieger, Arlene G. | 30.50 |
| 03/29/2011 | Duration 14; by Krieger, Arlene G. | 469.50 |
| | **Westlaw Total** | **760.25** |

---

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 115.59 |
| Local Transportation | 195.87 |
| Long Distance Telephone | 101.17 |
| Travel Expenses - Transportation | 274.50 |
| Westlaw | 760.25 |

---

| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM