```
                           REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                          Invoice Number      2118014
  Richard C. Finke                          Invoice Date        04/28/11
  Assistant General Counsel - Litigation    Client Number        172573
  7500 Grace Drive
  Columbia, MD  21044
```

================================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

    Fees                                                  1,499.50
    Expenses                                            0.00

                            TOTAL BALANCE DUE UPON RECEIPT       $1,499.50
                                                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number     2118014
  Richard C. Finke                         Invoice Date       04/28/11
  Assistant General Counsel - Litigation   Client Number       172573
  7500 Grace Drive                         Matter Number        50001
  Columbia, MD  21044


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

   Date    Name                                                    Hours
   -----   -------                                                 -----

 03/14/11 Espinosa     Meet with L. Husar and discuss her           .50
                       initial witness interview with A.
                       Enriquez

 03/14/11 Husar        Work on discovery plan and                   .90
                       additional fact finding and
                       strategy

 03/25/11 Espinosa     Review the legal department files           3.00
                       and workers compensation files,
                       and continue to draft a chronology
                       of events

 03/25/11 Espinosa     Call to Heggeness, Sweet,                    .20
                       Simington re the status of
                       Plaintiff's Workers' Compensation
                       claim
                                                                  ------
                                              TOTAL HOURS          4.60


TIME SUMMARY              Hours          Rate          Value
-------------             -----          ----          -----
Linda S. Husar             0.90  at  $ 515.00  =        463.50
Stephanie Henderson Espin  3.70  at  $ 280.00  =      1,036.00

                          CURRENT FEES                              1,499.50

                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT           $1,499.50
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                          Invoice Number      2118015
  Richard C. Finke                          Invoice Date        04/28/11
  Assistant General Counsel - Litigation    Client Number        172573
  7500 Grace Drive
  Columbia, MD  21044
```

================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                        345.00
    Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $345.00
                                                        ==============

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W.R. Grace & Co.                             Invoice Number      2118015
Richard C. Finke                             Invoice Date       04/28/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number         60026
Columbia, MD  21044


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

   Date     Name                                                    Hours
   ----     ----                                                    -----

03/04/11  Lord           Update 2002 service list.                    .20

03/14/11  Ament          Review agenda and hearing binders            .80
                         received from J. O'Neill (.20);
                         conference call with P. Cuniff re:
                         same (.10); various e-mails re:
                         same (.20); update hearing binders
                         (.20); hand deliver same to Judge
                         Fitzgerald (.10).

03/22/11  Ament          Review agenda re: 3/28/11 hearing            .50
                         in DE (.10); e-mails with D.
                         Cameron re: same (.10); meet with
                         J. Restivo re: same (.10); e-mails
                         with P. Cuniff re: hearing binders
                         for said hearing (.10); follow-up
                         e-mails re: same (.10).

03/23/11  Ament          Review 3/28/11 hearing binders               .30
                         received from Pachulski (.10);
                         meet with J. Restivo re: same
                         (.10); e-mail to P. Cuniff re:
                         same (.10).
                                                                   ------
                                              TOTAL HOURS            1.80
```

```
172573  W. R. Grace & Co.                        Invoice Number   2118015
60026   Litigation and Litigation Consulting     Page    2
        April 28, 2011


TIME SUMMARY                    Hours          Rate           Value
------------------------        ----------------------        -------
John B. Lord                    0.20  at  $  245.00  =         49.00
Sharon A. Ament                 1.60  at  $  185.00  =        296.00

                        CURRENT FEES                                         345.00


                                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT                     $345.00
                                                                        ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number        2118016
Richard C. Finke                              Invoice Date          04/28/11
Assistant General Counsel - Litigation        Client Number          172573
7500 Grace Drive
Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

```
    Fees                                  1,651.00
    Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,651.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                                    Invoice Number    2118016
Richard C. Finke                                    Invoice Date      04/28/11
Assistant General Counsel - Litigation              Client Number     172573
7500 Grace Drive                                    Matter Number     60029
Columbia, MD  21044

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/02/11 | Ament | Review e-mail from J. Lord re: final fee applications. | .10 |
| 03/07/11 | Ament | Review e-mail re: Feb. monthly fee application (.10); e-mail to J. Lord re: final fee application (.10). | .20 |
| 03/07/11 | Cameron | Attention to fee application issues | .50 |
| 03/07/11 | Muha | Review and revise fee and expense detail for Feb. 2011 monthly application, and meetings with D. Cameron and T. Rea re: same. | .50 |
| 03/15/11 | Muha | Review and revise draft invoices for Feb. 2011 monthly fee application. | .40 |
| 03/22/11 | Ament | Review invoices (.10); calculate fees and expenses for Feb. monthly fee application (.50); prepare spreadsheets re: same (.40); draft Feb. monthly fee application (.30). | 1.30 |
| 03/23/11 | Ament | Meet with A. Muha re: Feb. monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing on 3/28/11 (.10); attention to billing matters (.10). | .40 |

```
172573 W. R. Grace & Co.                       Invoice Number   2118016
60029  Fee Applications-Applicant              Page    2
       April 28, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/23/11 | Lord | Revise and prepare Reed Smith February monthly fee application for e-filing and service. | 1.00 |
| 03/23/11 | Muha | Final review and revisions to Feb. 2011 monthly application. | .40 |
| 03/24/11 | Ament | Review e-mail re: Feb. monthly fee application. | .10 |
| 03/28/11 | Lankford | E-file and service of RS's 116th Monthly Fee Application. | .60 |
| 03/31/11 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |

```
                                               TOTAL HOURS    5.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.50 | at $ | 650.00 | = | 325.00 |
| Andrew J. Muha | 1.30 | at $ | 435.00 | = | 565.50 |
| John B. Lord | 1.00 | at $ | 245.00 | = | 245.00 |
| Sharon A. Ament | 2.30 | at $ | 185.00 | = | 425.50 |
| Lisa Lankford | 0.60 | at $ | 150.00 | = | 90.00 |

```
           CURRENT FEES                                    1,651.00

           TOTAL BALANCE DUE UPON RECEIPT                 $1,651.00
```

```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number      2118017
   Richard C. Finke                      Invoice Date        04/28/11
   Assistant General Counsel - Litigation  Client Number     172573
   7500 Grace Drive
   Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

         Fees                             2,867.00
         Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,867.00
                                                      =============

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2118017
Richard C. Finke                          Invoice Date       04/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        60033
Columbia, MD  21044
```

==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/01/11 | Cameron | Review materials re DGS settlement | .60 |
| 03/14/11 | Restivo | Email re: reporting issues. | .20 |
| 03/18/11 | Blake | Meet with T. Rea re: assistance with settlement agreement and motion for DGS matter | .20 |
| 03/18/11 | Blake | Work on settlement agreement and motion for DGS Matter and review documents needed to draft materials | 2.10 |
| 03/18/11 | Rea | Meeting with K. Blake re: DGS settlement. | .20 |
| 03/31/11 | Blake | Finalize draft settlement agreement with the California DGS and motion for order including review of documents from file for information and provide drafts to T. Rea | 3.30 |

```
                                          TOTAL HOURS         6.60
```

```
172573  W. R. Grace & Co.                         Invoice Number   2118017
60033   Claim Analysis Objection Resolution & EstimationPage   2
        (Asbestos)
        April 28, 2011


TIME SUMMARY                    Hours          Rate            Value
-------------------------       ---------------------          -------
Douglas E. Cameron              0.60   at  $  650.00   =       390.00
James J. Restivo Jr.            0.20   at  $  700.00   =       140.00
Traci Sands Rea                 0.20   at  $  485.00   =        97.00
Kathleen M.K. Blake             5.60   at  $  400.00   =     2,240.00

                                CURRENT FEES                                2,867.00

                                                                        -------------
                                TOTAL BALANCE DUE UPON RECEIPT            $2,867.00
                                                                        =============
```