REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2118032
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number     172573
7500 Grace Drive
Columbia, MD  21044

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                              0.00
        Expenses                        714.75

                        TOTAL BALANCE DUE UPON RECEIPT        $714.75
                                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number    2118032
   Richard C. Finke                    Invoice Date      04/28/11
   Assistant General Counsel - Litigation   Client Number     172573
   7500 Grace Drive                     Matter Number       50001
   Columbia, MD  21044
```

==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     PACER                                 0.40
     Duplicating/Printing/Scanning         1.00
     Courier Service - Outside           713.35

                    CURRENT EXPENSES              714.75
                                              -------------
                    TOTAL BALANCE DUE UPON RECEIPT    $714.75
                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2118032
Richard C. Finke                        Invoice Date        04/28/11
Assistant General Counsel - Litigation  Client Number         172573
7500 Grace Drive                        Matter Number          50001
Columbia, MD  21044
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 01/20/11 | Courier Service - Outside | 623.35 |
| | Courier Service - Outside - New Case Correa Vs | |
| | W.R.Grace Santa Ana Ccs;removal;int | |
| | Parties;related Case;cert Of Serv;adv File | |
| | Immediately (Job # 4832543) | |
| 01/25/11 | Courier Service - Outside | 90.00 |
| | Courier Service - Outside - Sacv 11-00113 Cjc | |
| | Correa Vs Wr Grace Santa Ana Cert Of Service | |
| | Del Courtesy Copy To (Job # 4836452) | |
| 02/28/11 | PACER | .40 |
| 03/14/11 | Duplicating/Printing/Scanning | 1.00 |
| | ATTY # 000349: 10 COPIES | |

```
                          CURRENT EXPENSES            714.75
                                                    ------------
                   TOTAL BALANCE DUE UPON RECEIPT     $714.75
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2118033
Richard C. Finke                          Invoice Date     04/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            0.00
    Expenses                      910.10

                TOTAL BALANCE DUE UPON RECEIPT        $910.10
                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number     2118033
Richard C. Finke                             Invoice Date     04/28/11
Assistant General Counsel - Litigation       Client Number      172573
7500 Grace Drive                             Matter Number       60026
Columbia, MD  21044

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       PACER                                      14.96
       Outside Duplicating                       895.14

                       CURRENT EXPENSES                         910.10
                                                              -------------
                 TOTAL BALANCE DUE UPON RECEIPT                 $910.10
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                              Invoice Number    2118033
Richard C. Finke                              Invoice Date      04/28/11
Assistant General Counsel - Litigation        Client Number      172573
7500 Grace Drive                              Matter Number       60026
Columbia, MD  21044
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
01/27/11   Outside Duplicating                            32.30
           VENDOR: IKON- Mailout - Bankruptcy Mailouts/Mail

02/15/11   Outside Duplicating VENDOR: IKON-             281.45
           Copying/Service of quarterly fee application
           materials.

02/15/11   Outside Duplicating VENDOR: IKON-             461.76
           Copying/Service of quarterly fee application
           materials.

02/28/11   PACER                                           6.32

02/28/11   PACER                                           8.64

03/01/11   Outside Duplicating VENDOR: IKON-              32.30
           Copying/Service of quarterly fee application
           materials.

03/01/11   Outside Duplicating VENDOR: IKON-              87.33
           Copying/Service of quarterly fee application
           materials.

                        CURRENT EXPENSES                 910.10
                                                     ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $910.10
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number      2118035
Richard C. Finke                           Invoice Date      04/28/11
Assistant General Counsel - Litigation     Client Number       172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                            0.00
    Expenses                      924.41

                    TOTAL BALANCE DUE UPON RECEIPT          $924.41
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | | |
|---|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2118035 |
| Richard C. Finke | Invoice Date | 04/28/11 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | Matter Number | 60033 |
| Columbia, MD  21044 | | |

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 6.70 |
| Courier Service - Outside | 5.40 |
| Lodging | 340.73 |
| Parking/Tolls/Other Transportation | 72.00 |
| Air Travel Expense | 69.00 |
| General Expense | 430.58 |

CURRENT EXPENSES                                924.41
                                        --------------
TOTAL BALANCE DUE UPON RECEIPT                 $924.41
                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2118035
Richard C. Finke                          Invoice Date    04/28/11
Assistant General Counsel - Litigation    Client Number     172573
7500 Grace Drive                          Matter Number      60033
Columbia, MD  21044

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/22/11 | Lodging Lodging - VENDOR: Traci Sands Rea, Feb 22, 2011 - -  One night stay in SF for DGS mediation. | 340.73 |
| 02/23/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Traci Sands Rea - - Parking at PIT Airport during travel to SF for DGS mediation. | 72.00 |
| 02/23/11 | Air Travel Expense Airfare - VENDOR: Traci Sands Rea- -  Bag charges for trip to SF for DGS mediation. | 69.00 |
| 03/09/11 | General Expense -- VENDOR: JAMS, INC.: balance due for 2/21/11 mediation | 430.58 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  2118035
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       April 28, 2011


03/22/11   Courier Service - Outside -- VENDOR: JET              5.40
           MESSENGER: Messenger Trip - US Bankruptcy Court
           - Ramona Baker - 3/14/11

                          CURRENT EXPENSES                     924.41
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $924.41
                                                          =============



```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W.R. Grace & Co.                    Invoice Number    2118032
  Richard C. Finke                    Invoice Date    04/28/11
  Assistant General Counsel - Litigation   Client Number    172573
  7500 Grace Drive
  Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
     Fees                            0.00
     Expenses                      714.75

              TOTAL BALANCE DUE UPON RECEIPT    $714.75
                                            =============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2118032
Richard C. Finke                        Invoice Date      04/28/11
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive                        Matter Number       50001
Columbia, MD  21044
```

===========================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                  0.40
    Duplicating/Printing/Scanning          1.00
    Courier Service - Outside            713.35
```

```
                      CURRENT EXPENSES                  714.75
                                                   --------------
                   TOTAL BALANCE DUE UPON RECEIPT      $714.75
                                                   ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2118032
Richard C. Finke                        Invoice Date      04/28/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive                        Matter Number        50001
Columbia, MD  21044
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
01/20/11   Courier Service - Outside                    623.35
           Courier Service - Outside - New Case Correa Vs
           W.R.Grace Santa Ana Ccs;removal;int
           Parties;related Case;cert Of Serv;adv File
           Immediately (Job # 4832543)

01/25/11   Courier Service - Outside                     90.00
           Courier Service - Outside - Sacv 11-00113 Cjc
           Correa Vs Wr Grace Santa Ana Cert Of Service
           Del Courtesy Copy To (Job # 4836452)

02/28/11   PACER                                           .40

03/14/11   Duplicating/Printing/Scanning                  1.00
           ATTY # 000349: 10 COPIES

                        CURRENT EXPENSES                 714.75
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $714.75
                                                      =============
```

                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number    2118033
    Richard C. Finke                        Invoice Date    04/28/11
    Assistant General Counsel - Litigation  Client Number     172573
    7500 Grace Drive
    Columbia, MD  21044


=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        910.10

                    TOTAL BALANCE DUE UPON RECEIPT        $910.10
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2118033
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60026
Columbia, MD  21044

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    14.96
    Outside Duplicating                     895.14

                    CURRENT EXPENSES                    910.10
                                                    --------------
                    TOTAL BALANCE DUE UPON RECEIPT     $910.10
                                                    ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2118033
Richard C. Finke                          Invoice Date    04/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60026
Columbia, MD  21044


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/27/11   Outside Duplicating                         32.30
           VENDOR: IKON- Mailout - Bankruptcy Mailouts/Mail

02/15/11   Outside Duplicating VENDOR: IKON-          281.45
           Copying/Service of quarterly fee application
           materials.

02/15/11   Outside Duplicating VENDOR: IKON-          461.76
           Copying/Service of quarterly fee application
           materials.

02/28/11   PACER                                        6.32

02/28/11   PACER                                        8.64

03/01/11   Outside Duplicating VENDOR: IKON-           32.30
           Copying/Service of quarterly fee application
           materials.

03/01/11   Outside Duplicating VENDOR: IKON-           87.33
           Copying/Service of quarterly fee application
           materials.

                        CURRENT EXPENSES              910.10
                                                   ------------
              TOTAL BALANCE DUE UPON RECEIPT          $910.10
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number    2118035
Richard C. Finke                        Invoice Date     04/28/11
Assistant General Counsel - Litigation  Client Number     172573
7500 Grace Drive
Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
    Fees                             0.00
    Expenses                       924.41

                  TOTAL BALANCE DUE UPON RECEIPT        $924.41
                                                    =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number      2118035
    Richard C. Finke                        Invoice Date        04/28/11
    Assistant General Counsel - Litigation  Client Number        172573
    7500 Grace Drive                        Matter Number         60033
    Columbia, MD  21044
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
       Duplicating/Printing/Scanning               6.70
       Courier Service - Outside                   5.40
       Lodging                                    340.73
       Parking/Tolls/Other Transportation          72.00
       Air Travel Expense                          69.00
       General Expense                            430.58

                       CURRENT EXPENSES                        924.41
                                                        --------------
                       TOTAL BALANCE DUE UPON RECEIPT         $924.41
                                                        ==============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


     W.R. Grace & Co.                        Invoice Number    2118035
     Richard C. Finke                        Invoice Date      04/28/11
     Assistant General Counsel - Litigation  Client Number      172573
     7500 Grace Drive                        Matter Number       60033
     Columbia, MD  21044
```

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 02/22/11 | Lodging Lodging - VENDOR: Traci Sands Rea, Feb 22, 2011 - -  One night stay in SF for DGS mediation. | 340.73 |
| 02/23/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Traci Sands Rea - - Parking at PIT Airport during travel to SF for DGS mediation. | 72.00 |
| 02/23/11 | Air Travel Expense Airfare - VENDOR: Traci Sands Rea- -  Bag charges for trip to SF for DGS mediation. | 69.00 |
| 03/09/11 | General Expense -- VENDOR: JAMS, INC.: balance due for 2/21/11 mediation | 430.58 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |

172573 W. R. Grace & Co.                        Invoice Number   2118035
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       April 28, 2011


03/22/11   Courier Service - Outside -- VENDOR: JET          5.40
           MESSENGER: Messenger Trip - US Bankruptcy Court
           - Ramona Baker - 3/14/11

                        CURRENT EXPENSES                      924.41
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $924.41
                                                           =============