# EXHIBIT A

**WR Grace**
**February 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Schedule call re Synthetech | 0.5 |
| | Comm w/Blackstone (AS) re scheduling | 0.3 |
| | Review docket/analysis | 2.1 |
| Wed 2 | Review docket/analysis | 1.6 |
| Thu 3 | C/C w/Grace re synthetech environmental status and follow up | 0.8 |
| | Review docket/analysis | 0.3 |
| | Response from FCR re Synthetech motion | 0.3 |
| Fri 4 | Review docket/analysis | 0.2 |
| Mon 7 | Review docket/analysis | 0.9 |
| Tue 8 | Review docket/analysis | 1.0 |
| Wed 9 | Comm w/Blackstone (AS) re pension motion, calendar | 0.7 |
| | Review docket/analysis | 1.1 |
| Thu 10 | Comm w/OHS (RW, Dfe) re pension motion, agenda | 0.6 |
| | Review docket/analysis | 0.2 |
| Fri 11 | Comm w/OHS (RW) re scheduling | 0.2 |
| | Review docket/analysis | 1.0 |
| Mon 14 | Comm w/OHS (RW) re district ct | 0.5 |
| | Omnibus hearing and prep | 1.5 |
| | Comm w/OHS (RW) re scheduling | 0.3 |
| | Grace mgmt call re pension issues | 1.0 |
| | Draft Grace pension memo | 1.5 |
| | Review docket/analysis | 1.2 |
| Tue 15 | Comm w/OHS (RW) re all issues | 0.9 |
| | Comm w/Blackstone (AS) re pension motion | 0.8 |
| | Draft Grace pension memo | 1.4 |
| | Review docket/analysis | 1.2 |
| Wed 16 | Review docket/analysis | 0.7 |
| | Draft/finalize Grace pension memo | 1.0 |
| Thu 17 | Comm w/all re scheduling pension meeting | 0.6 |
| | Review docket/analysis | 0.3 |
| Fri 18 | Review docket/analysis | 0.3 |
| Fri 25 | Review/analysis dockets 2/18-24 | 2.1 |
| Mon 28 | Review docket/analysis | 0.3 |
| | TOTAL TIME (HRS) | 27.4 |

**WR Grace**
**February 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review/analysis docket items | 0.3 |
| Thu 3 | Calls re: Synthetech | 0.8 |
| Fri 4 | Review/analysis docket items | 0.5 |
| Mon 7 | Review/analysis docket items | 0.8 |
| Wed 9 | Review/analysis docket items | 0.3 |
| Thu 10 | Review Pension Strategy Update | 0.3 |
| | Review agenda | 0.1 |
| Fri 11 | Review/analysis docket items | 0.2 |
| Mon 14 | Hearing | 3.3 |
| | Pension Strategy Update call | 0.7 |
| | Confirmation status update | 0.2 |
| Tue 15 | Fee application preparation | 0.5 |
| | Review of pension info and motion | 0.8 |
| | Review/analysis docket items | 0.7 |
| Wed 16 | Preparation of pension update memo for FCR | 0.3 |
| | Fee application preparation | 0.5 |
| | Review of clarifying order | 0.1 |
| Thu 17 | Review/analysis docket items | 0.4 |
| Fri 18 | Review MOR | 0.4 |
| Wed 23 | Review/analysis docket items | 0.4 |
| Mon 28 | Research on trading notices and related issues | 1.5 |
| | Review/analysis docket items | 0.5 |
| | Review agenda | 0.1 |
| | TOTAL TIME (hrs) | 13.7 |

**WR Grace**
**February 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Call prep | 1.0 |
| | Calls re: Synthetech | 0.8 |
| Fri 4 | Review/analysis docket items | 0.3 |
| Thu 10 | Review/analysis docket items | 0.2 |
| | Review info re: pension strategy update | 0.5 |
| Mon 14 | Call re: pension strategy update | 0.7 |
| Mon 21 | Review/analysis docket items | 0.2 |
| | TOTAL TIME (hrs) | 3.7 |

**WR Grace**
**February 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review/analyze docket items | 0.5 |
| Thu 3 | Calls re: Synthetech | 0.8 |
| Mon 7 | Review/analyze docket items | 0.5 |
| Tue 8 | Review/analyze docket items | 0.5 |
| Thu 9 | Review/analyze docket items | 0.5 |
| Fri 11 | Review Pension Strategy Update | 0.5 |
| | Review/analyze docket items | 0.5 |
| Mon 14 | Pension Strategy update call | 0.7 |
| | Review/analyze docket items | 0.5 |
| Tue 15 | Fee application preparation | 1.0 |
| | Review of pension info and motion | 1.0 |
| | Preparation of pension update memo for FCR | 3.5 |
| Wed 16 | Preparation of pension update memo for FCR | 2.5 |
| | Fee application preparation | 1.0 |
| | Review/analyze docket items | 0.5 |
| Mon 21 | Review/analyze docket items | 0.5 |
| Wed 23 | Review/analyze docket items | 0.5 |
| | TOTAL TIME (hrs) | 15.5 |