# EXHIBIT B

**W.R. Grace**
**Detail of expenses (February 1, 2011 – February 28, 2011)**

Communication
| | |
|---|---|
| Telephone | $116.39 |
| Mail | $ 18.94 |

**Total Communication:** **$ 135.33**

Administrative
| | |
|---|---|
| Fee for Public Access to Electronic Court Records | $146.88 |

**Total Administrative:** **$ 146.88**

**TOTAL EXPENSES:** **$ 282.21**