# EXHIBIT A

**WR Grace**
**March 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Comm w//OHS (RW) re pension meeting | 0.3 |
| | Review analyze docket items | 1.0 |
| Wed 2 | Review analyze docket items | 0.3 |
| Thu 3 | Review analyze docket items | 0.3 |
| Fri 4 | Review analyze docket items | 0.2 |
| Mon 7 | Review analyze docket items | 1.1 |
| Tue 8 | Prep and FCR call on pension issues | 2.2 |
| | Comm w/OHS (Dfe) re pension call | 0.3 |
| | Review analyze docket items | 1.0 |
| Wed 9 | Comm w/COFC (JS) re pension issues | 0.8 |
| | Comm w/OHS (RW) re pension issues | 0.4 |
| | Comm w/All re ACC pension position | 0.5 |
| | Review analyze docket items | 0.3 |
| Thu 10 | Comm w/OHS (RW) orders on appeal, reconsideration | 0.2 |
| | review same | 2.0 |
| | Review analyze docket items | 0.9 |
| Fri 11 | Comm w/Blackstone (AS) re budget doc | 0.2 |
| | Review budget doc | 2.0 |
| | Review analyze docket items | 0.2 |
| Mon 14 | Review analyze docket items | 0.9 |
| Tue 15 | Review analyze docket items | 1.0 |
| Wed 16 | Review analyze docket items | 0.3 |
| Thu 17 | Review analyze docket items | 1.0 |
| Fri 18 | Review analyze docket items | 0.2 |
| Mon 21 | Review analyze docket items | 1.3 |
| Tue 22 | Comm w/OHS (RW) re discount rates | 0.5 |
| | Comm w/Blackstone (JOC) re reminder of budget call | 0.2 |
| | Review analyze docket items | 0.2 |
| Wed 23 | Review analyze docket items | 0.3 |
| Thu 24 | Review analyze docket items | 0.3 |
| Fri 25 | Budget call w/debtors, Blackstone | 1.5 |
| | I/C re financial analysis for FCR | 0.3 |
| Mon 28 | Prep and omnibus hearing | 6.5 |
| | Review analyze docket items | 0.5 |
| Tue 29 | Review analyze docket items | 0.2 |
| Wed 30 | Comm w/OHS (RW) re warrant | 0.3 |
| | Review analyze docket items | 0.3 |
| Thu 31 | Review analyze docket items | 0.5 |
| | | |
| | TOTAL TIME (HRS) | 30.5 |

**WR Grace**
**March 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Calls w/ Orrick re: case status and trading notices | 0.5 |
| | Review/analysis docket items | 0.2 |
| | Review hearing agenda | 0.1 |
| Wed 2 | Hearing | 2.0 |
| Thu 3 | Review/analysis docket items | 0.4 |
| Mon 7 | Review/analysis docket items | 0.3 |
| Tue 8 | Call w/ FCR & Orrick re: Pension Funding Motion | 0.5 |
| | Call w/ OCC counsel re: Pension Funding Motion | 0.1 |
| Wed 9 | Review of fee auditor report | 0.1 |
| | Review/analysis docket items | 0.3 |
| Thu 10 | Review of scheduling orders, etc. | 0.3 |
| | Review appeals info | 1.5 |
| Fri 11 | Call w/ Orrick re: appeals process | 0.2 |
| Mon 14 | Review of 2011 Operating Plan and analysis | 1.0 |
| | Review/analysis docket items | 0.3 |
| Wed 16 | Review of LTIP | 1.0 |
| Thu 17 | Preparation and review of memo re: LTIP | 1.5 |
| | Review/analysis docket items | 0.2 |
| Fri 18 | Review of asset disposition information and analysis | 1.0 |
| Mon 21 | Review hearing agenda | 0.1 |
| | Review/analysis docket items | 0.2 |
| Wed 23 | Preparation and review of quarterly fee application | 1.0 |
| Thu 24 | Review of 2011 Operating Plan | 0.5 |
| | Preparation and review of quarterly fee application | 1.0 |
| | Review/analysis docket items | 0.3 |
| | Review hearing agenda | 0.1 |
| Fri 25 | Call re: 2011 Operating Plan | 1.0 |
| Mon 28 | Hearing | 5.0 |
| Tue 29 | Preparation and review of memo re: asset disposition | 1.5 |
| | Review/analysis docket items | 0.3 |
| | | |
| | TOTAL TIME (hrs) | 22.5 |

**WR Grace**
**March 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review/analysis docket items | 1.0 |
| Mon 14 | Review operating plan | 3.0 |
| Wed 16 | Review/analysis docket items Long-term Employement  Plan | 2.0 |
| | Preparation of memo for FCR | 3.5 |
| | Review/analysis docket items | 0.3 |
| Thu 17 | Preparation of memo for FCR | 1.0 |
| Fri 18 | Review/analysis docket items for asset sale | 0.5 |
| | | |
| | TOTAL TIME (hrs) | 11.3 |

**WR Grace**
**March 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|----------|--------|------|
| Tue 1 | Review/analyze docket items | 0.5 |
| Thu 3 | Review/analyze docket items | 0.5 |
| Mon 7 | Review/analyze docket items | 0.5 |
| Tue 8 | Call w/ FCR & Orrick re: Pension Funding Motion | 0.5 |
| | Call w/ OCC counsel re: Pension Funding Motion | 0.1 |
| Tue 10 | Review/analyze docket items | 0.5 |
| Tue 15 | Review of 2011 Operating Plan and analysis | 2.0 |
| | Review/analyze docket items | 0.5 |
| Wed 16 | Review/analyze docket items | 0.5 |
| Tue 22 | Review/analyze docket items | 0.5 |
| Wed 23 | Preparation of quarterly fee application | 2.5 |
| Thu 24 | Review of 2011 Operating Plan | 1.0 |
| | Preparation of quarterly fee application | 2.0 |
| | Review/analyze docket items | 0.5 |
| Fri 25 | Call re: 2011 Operating Plan | 1.0 |
| Mon 28 | Preparation of memo re: asset disposition | 2.0 |
| Tue 29 | Preparation of memo re: asset disposition | 3.0 |
| | Review/analyze docket items | 0.5 |
| | | |
| | TOTAL TIME (hrs) | 18.6 |