# EXHIBIT B

**W.R. Grace**
**Detail of expenses (March 1, 2011 – March 31, 2011)**

<u>Communication</u>
Telephone                                                                $169.66
Mail                                                                         $ 56.61

        **Total Communication:**                                              **$ 226.27**

**TOTAL EXPENSES:**                                                      **$ 226.27**