# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | *Objection Deadline: 5/19/11 @ 4:00 pm* |

**NINETY-SEVENTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2011 through March 31, 2011 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u><br>$125,000.00 | (Holdback @ 20%)<br>($25,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $714.49 |
| Amount of Cash Payment Sought: | $100,714.49 |

This is a  _x_  monthly  __ interim  ____ final application

*2600365.DOC*

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

*2600365.DOC*

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | 35,000.00 | -- |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 140,000.00 | 2,625.52 | 35,000.00 | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 175,000.00 | 590.30 | 140,000.00 | 590.30 | 35,000.00 | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 140,000.00 | 1,365.89 | 35,000.00 | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

April 28, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Fee for the period of March 1, 2011 through March 31, 2011: | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (25,000.00) |

Out-of-pocket expenses processed for the period through March 31, 2011: [1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 324.70 | |
| Communication | | 153.70 | |
| Meals | | 50.00 | |
| Lodging | | 186.09 | 714.49 |
| **Total Amount Due** | | $ | **100,714.49** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 57924**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through March 31, 2011**
**Invoice No. 57924**

|  | GL Detail Mar-11 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 43.70 | $ 43.70 |
| Ground Transportation - Out of Town Travel | 80.00 | 80.00 |
| Ground Transportation - Railroad | 201.00 | 201.00 |
| Communications  - Teleconferencing | 133.00 | 133.00 |
| Communications  - Federal Express | 20.70 | 20.70 |
| Employee Meals | 50.00 | 50.00 |
| Lodging | 186.09 | 186.09 |
| **Total Expenses** | $ 714.49 | $ 714.49 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **324.70** |
| **Communication** | | **153.70** |
| **Meals** | | **50.00** |
| **Lodging** | | **186.09** |
| **Total Expenses** | $ | **714.49** |

W. R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2011
Invoice No. 57924

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Schlesinger (weeknight taxi home from Blackstone after working late) | 02/25/11 | 17.60 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 02/28/11 | 26.10 | |
| Subtotal - Ground Transportation - Local Travel | | $ | 43.70 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi to hotel from train station in Baltimore, MD) | 01/20/11 | 13.00 | |
| O'Connell (car to client meeting from hotel in Baltimore, MD) | 01/21/11 | 67.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 80.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (one-way train travel to Baltimore, MD from Newark, NJ) | 01/21/11 | 201.00 | |
| Subtotal - Ground Transportation - Railroad | | | 201.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 02/24/11 | 24.40 | |
| Schlesinger (attended Court hearing telephonically) | 02/14/11 | 100.00 | |
| Schlesinger | 02/24/11 | 8.60 | |
| Subtotal - Communications - Teleconferencing | | | 133.00 |

**Communications - Federal Express**

| | | | |
|---|---|---|---|
| O'Connell | 02/04/11 | 20.70 | |
| Subtotal - Communications - Federal Express | | | 20.70 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 02/24/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 03/09/11 | 25.00 | |
| Subtotal - Employee Meals | | | 50.00 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell (i day hotel stay in Baltimore, MD) | 01/20/11 - 01/21/11 | 186.09 | |
| Subtotal - Lodging | | | 186.09 |

| | | | |
|---|---|---|---|
| Total Expenses | | $ | 714.49 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 18.6 |
| Patrick Schumacher | Managing Director | | 8.0 |
| Adam Schlesinger | Associate | | 29.3 |
| Christopher Yamamoto | Associate | | 29.0 |
| Alexander Lambert | Analyst | | 19.8 |
| Cathy Gao | Analyst | | 51.5 |
| | | **Total** | **156.1** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/03/11 | 0.5 | Business Analysis | Review various analyses |
| Jamie O'Connell | 03/03/11 | 0.3 | Business Analysis | Call with H. La Force regarding various matters |
| Adam Schlesinger | 03/09/11 | 0.5 | Business Analysis | Review various analyses |
| Adam Schlesinger | 03/09/11 | 2.8 | Business Analysis | Meeting with E. Filon regarding various matters |
| Alexander Lambert | 03/09/11 | 2.8 | Business Analysis | Meeting with E. Filon regarding various matters |
| Jamie O'Connell | 03/09/11 | 2.8 | Business Analysis | Meeting with E. Filon regarding various matters |
| Alexander Lambert | 03/14/11 | 1.5 | Business Analysis | Prepare financial model for meetings with management |
| Cathy Gao | 03/15/11 | 0.5 | Business Analysis | Call with management |
| Christopher Yamamoto | 03/15/11 | 0.5 | Business Analysis | Call with management |
| Christopher Yamamoto | 03/15/11 | 1.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 03/15/11 | 0.3 | Business Analysis | Call regarding various matters |
| Patrick Schumacher | 03/15/11 | 0.5 | Business Analysis | Call with management |
| Cathy Gao | 03/16/11 | 5.0 | Business Analysis | Business analysis |
| Cathy Gao | 03/17/11 | 7.0 | Business Analysis | Various business analyses |
| Cathy Gao | 03/18/11 | 5.0 | Business Analysis | Business analysis |
| Cathy Gao | 03/24/11 | 5.0 | Business Analysis | Competitor analysis |
| Christopher Yamamoto | 03/24/11 | 3.0 | Business Analysis | Business analysis |
| Cathy Gao | 03/25/11 | 7.0 | Business Analysis | Competitor analysis |
| Christopher Yamamoto | 03/25/11 | 2.0 | Business Analysis | Business analysis |
| Adam Schlesinger | 03/28/11 | 1.0 | Business Analysis | Review financial model |
| Alexander Lambert | 03/28/11 | 0.8 | Business Analysis | Review financial model |
| Cathy Gao | 03/28/11 | 10.0 | Business Analysis | Various business analyses |
| Christopher Yamamoto | 03/28/11 | 8.0 | Business Analysis | Various business analyses |
| Christopher Yamamoto | 03/28/11 | 0.5 | Business Analysis | Call with management |
| Patrick Schumacher | 03/28/11 | 0.5 | Business Analysis | Call with management |
| Patrick Schumacher | 03/28/11 | 3.0 | Business Analysis | Business analysis |
| Adam Schlesinger | 03/29/11 | 1.0 | Business Analysis | Review model with A. Lambert |
| Alexander Lambert | 03/29/11 | 1.0 | Business Analysis | Review model with A. Schlesinger |
| Cathy Gao | 03/29/11 | 12.0 | Business Analysis | Various business analyses |
| Christopher Yamamoto | 03/29/11 | 10.0 | Business Analysis | Various business analyses |
| Christopher Yamamoto | 03/29/11 | 1.0 | Business Analysis | Call with management |
| Patrick Schumacher | 03/29/11 | 3.0 | Business Analysis | Business analysis |
| Patrick Schumacher | 03/29/11 | 1.0 | Business Analysis | Calls with management |
| Adam Schlesinger | 03/30/11 | 5.0 | Business Analysis | Meetings with management regarding financial model and other matters |
| Alexander Lambert | 03/30/11 | 5.0 | Business Analysis | Meetings with management regarding financial model and other matters |
| Christopher Yamamoto | 03/30/11 | 3.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 03/30/11 | 5.0 | Business Analysis | Meetings with management regarding financial model and other matters |
| Adam Schlesinger | 03/31/11 | 0.7 | Business Analysis | Call with management regarding financial analyses |
| Jamie O'Connell | 03/31/11 | 0.7 | Business Analysis | Call with management regarding financial analyses |
| | | 120.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/01/11 | 0.2 | Case Administration | Meeting with J. O'Connell regarding various matters |
| Adam Schlesinger | 03/01/11 | 0.5 | Case Administration | Correspondence with management regarding various matters |
| Jamie O'Connell | 03/01/11 | 0.2 | Case Administration | Meeting with A. Schlesinger regarding various matters |
| Adam Schlesinger | 03/10/11 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 03/11/11 | 1.0 | Case Administration | Review draft motion |
| Adam Schlesinger | 03/18/11 | 0.2 | Case Administration | Call with counsel regarding exit timeline |
| Adam Schlesinger | 03/18/11 | 0.2 | Case Administration | Call with management regarding exit timeline |
| Jamie O'Connell | 03/18/11 | 0.2 | Case Administration | Call with counsel regarding exit timeline |
| Jamie O'Connell | 03/18/11 | 0.2 | Case Administration | Call with management regarding exit timeline |
| Jamie O'Connell | 03/21/11 | 0.6 | Case Administration | Read motions filed with court |
| | | 3.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/16/11 | 0.2 | Claims Analysis Objection/Resolution | Call with counsel regarding interest calculation |
| Adam Schlesinger | 03/17/11 | 0.5 | Claims Analysis Objection/Resolution | Conference call with management regarding claims and other matters |
| Alexander Lambert | 03/17/11 | 0.5 | Claims Analysis Objection/Resolution | Conference call with management regarding claims and other matters |
| Jamie O'Connell | 03/17/11 | 0.5 | Claims Analysis Objection/Resolution | Conference call with management regarding claims and other matters |
| Adam Schlesinger | 03/22/11 | 0.2 | Claims Analysis Objection/Resolution | Review claims |
| Alexander Lambert | 03/22/11 | 1.2 | Claims Analysis Objection/Resolution | Review claims |
| Alexander Lambert | 03/22/11 | 0.7 | Claims Analysis Objection/Resolution | Call with S. Scarlis to discuss claims reconciliation |
| Adam Schlesinger | 03/24/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims |
| Alexander Lambert | 03/24/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Alexander Lambert | 03/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with S. Scarlis to discuss claims reconciliation |
| Alexander Lambert | 03/28/11 | 0.5 | Claims Analysis Objection/Resolution | Call with S. Scarlis to discuss claims reconciliation |
| | | 6.8 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2011 THROUGH MARCH 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/01/11 | 0.4 | Committee | Call with Charter Oak regarding committee information request |
| Adam Schlesinger | 03/01/11 | 0.5 | Committee | Call with counsel and committee advisor regarding committee information request |
| Adam Schlesinger | 03/01/11 | 1.0 | Committee | Send information requests to committees |
| Adam Schlesinger | 03/01/11 | 1.0 | Committee | Prepare committee information requests |
| Jamie O'Connell | 03/01/11 | 0.4 | Committee | Call with Charter Oak regarding committee information request |
| Adam Schlesinger | 03/11/11 | 0.3 | Committee | Correspondence with committees regarding Grace 2011 operating plan |
| Jamie O'Connell | 03/15/11 | 0.3 | Committee | Correspondence regarding committee matter |
| Jamie O'Connell | 03/22/11 | 0.7 | Committee | Manage committee information request |
| Adam Schlesinger | 03/25/11 | 0.8 | Committee | Conference call with management and committees |
| Jamie O'Connell | 03/25/11 | 0.8 | Committee | Conference call with management and committees |
| Adam Schlesinger | 03/28/11 | 0.3 | Committee | Call with management regarding committee information request |
| Adam Schlesinger | 03/28/11 | 0.3 | Committee | Draft committee questions for management |
| Adam Schlesinger | 03/29/11 | 0.5 | Committee | Discussion with management regarding committee information request |
| Jamie O'Connell | 03/29/11 | 0.3 | Committee | Call with management regarding various matters |
| Jamie O'Connell | 03/29/11 | 0.5 | Committee | Discussion with management regarding committee information request |
| | | 7.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/08/11 | 0.2 | Employee Benefits/Pension | Call with J. Forgach regarding LTIP matter |
| Jamie O'Connell | 03/08/11 | 0.2 | Employee Benefits/Pension | Call with J. Forgach regarding LTIP matter |
| | | 0.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/02/11 | 0.3 | Fee Applications | Review draft invoice |
| Adam Schlesinger | 03/25/11 | 0.8 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 03/25/11 | 0.8 | Fee Applications | Review draft fee application |
| | | 1.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/08/11 | 0.3 | Financing | Internal meeting to review exit financing analysis |
| Adam Schlesinger | 03/08/11 | 2.0 | Financing | Develop work plan for exit financing |
| Jamie O'Connell | 03/08/11 | 0.3 | Financing | Internal meeting to review exit financing analysis |
| Adam Schlesinger | 03/09/11 | 0.4 | Financing | Internal meeting to review exit financing analysis |
| Adam Schlesinger | 03/09/11 | 0.5 | Financing | Develop work plan for exit financing |
| Jamie O'Connell | 03/09/11 | 0.4 | Financing | Internal meeting to review exit financing analysis |
| Jamie O'Connell | 03/16/11 | 0.2 | Financing | Correspondence regarding financial model |
| | | 4.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/30/11 | 1.8 | Non-Working Travel Time | Travel to Grace's offices in Columbia, MD |
| Adam Schlesinger | 03/30/11 | 2.0 | Non-Working Travel Time | Travel from Grace's offices in Columbia, MD |
| Alexander Lambert | 03/30/11 | 1.8 | Non-Working Travel Time | Travel to Grace's offices in Columbia, MD |
| Alexander Lambert | 03/30/11 | 2.0 | Non-Working Travel Time | Travel from Grace's offices in Columbia, MD |
| Jamie O'Connell | 03/30/11 | 1.8 | Non-Working Travel Time | Travel to Grace's offices in Columbia, MD |
| Jamie O'Connell | 03/30/11 | 2.0 | Non-Working Travel Time | Travel from Grace's offices in Columbia, MD |
| | | 11.4 | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 29th day of April, 2011, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Ninety-Seventh Application of Blackstone Advisory Partners L.P. as Financial
Advisor to W.R. Grace & Co. and Affiliates for Compensation and
Reimbursement of Expenses Incurred for the Period of March 1, 2011 through
March 31, 2011.**

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 29th day of April, 2011.

Notary Public
My Commission Expires: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE,
My commission expires Dec. 10, 2012

**Grace Monthly Fee Application Service List**
Case N. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE  19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX  75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*E-mail: jbaer@bhflaw.net*
(Co-Counsel for the Debtors)
Baer Higgins Fruchtman LLC
Janet S. Baer, Esquire
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270