# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF MARCH 1, 2011 THROUGH MARCH 31, 2011**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 2.3 | $  1,495.00 |
| | | | | | |
| **TOTAL** | | | | **2.3** | **$  1,495.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477837
Matter No.: 08743.00088

**Re:**   **Acton Site OU3**

For Professional Services rendered through March 31, 2011

| | |
|---|---|
| Fees | $1,495.00 |
| **Total Fees and Disbursements** | **$1,495.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 477837
April 29, 2011
Page 2

| **Date** | **Timekeeper** | **Tsk** | **Narrative** | **Hours** |
|---|---|---|---|---|
| 03/01/11 | Jaffe | P230 | Acton team call regarding institutional controls and preparing for same (1.2). | 1.2 |
| 03/02/11 | Jaffe | P230 | Emails with team and review of EPA letter regarding private well installation (.3). | 0.3 |
| 03/03/11 | Jaffe | P230 | Emails with team regarding institutional controls issue (.3). | 0.3 |
| 03/10/11 | Jaffe | P230 | Reviewing landfill groundwater treatment system start-up draft report and email with team regarding same (0.5). | 0.5 |
| | | | **Total Hours** | **2.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 477837
April 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.3 | at | 650.00 | = | 1,495.00 |
| | | | | | |
| **Total Fees** | | | | | **$1,495.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,495.00** |
| **Total Fees and Disbursements** | | **$1,495.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477837
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$1,495.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 477837
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 9.4 | $ 6,110.00 |
| | | | | | |
| **TOTAL** | | | | 9.4 | $ 6,110.00 |

B3870511.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477834
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2011

|  |  |  |
|---|---|---|
| Fees | | $6,110.00 |
| **Total Fees and Disbursements** | | <u>$6,110.00</u> |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 477834
April 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 03/02/11 | Jaffe | P230 | Team telephone conference regarding downstream sampling and preparing for same and emails with team regarding same (1.7). | 1.7 |
| 03/03/11 | Jaffe | P230 | Telephone calls with Mr. Sabath and Mr. Brock, Mr. Campbell, and Mr. Feldman, and emails with team, all regarding NRD settlement (1.2). | 1.2 |
| 03/04/11 | Jaffe | P230 | Reviewing draft meeting minutes and emails with team regarding same (.3). | 0.3 |
| 03/07/11 | Jaffe | P230 | Attention to downstream sediment sampling issue, including review of Woodard & Curran proposal and emails with team regarding same (.9). | 0.9 |
| 03/09/11 | Jaffe | P230 | Attention to NRD issues, including telephone call and email with Mr. Sabath at DOJ, reviewing of revised consent decree, and emails with team regarding same (1.3); emails with team regarding downstream sampling issues (.4). | 1.7 |
| 03/10/11 | Jaffe | P230 | Emails with team regarding NRD settlement (0.4). | 0.4 |
| 03/18/11 | Jaffe | P230 | Emails with team and Mr. Sabath regarding NRD consent decree (0.5). | 0.5 |
| 03/21/11 | Jaffe | P230 | Emails with Mr. Sabath and team (0.2). | 0.2 |
| 03/25/11 | Jaffe | P230 | Emails with team regarding downstream sediment sampling and reviewing Woodard & Curran outline of approach (1.2). | 1.2 |
| 03/28/11 | Jaffe | P230 | Emails with team regarding downstream sampling strategy (.3). | 0.3 |
| 03/30/11 | Jaffe | P230 | Attention to negotiations with town, including emails with team and telephone call with Mr. Campbell (.7). | 0.7 |
| 03/31/11 | Jaffe | P230 | Emails with team and DOJ regarding finalizing NRD settlement (0.3). | 0.3 |
| | | | **Total Hours** | **9.4** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 477834
April 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 9.4 | at | 650.00 | = | 6,110.00 |
| | **Total Fees** | | | | **$6,110.00** |
| | **Total Fees** | | | | **$6,110.00** |
| | **Total Fees and Disbursements** | | | | **$6,110.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477834
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$6,110.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 477834
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 6.1 | $ 3,965.00 |
| | | | | | |
| **TOTAL** | | | | **6.1** | **$ 3,965.00** |

B3870511.1



## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477833
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through March 31, 2011

| | |
|---|---|
| Fees | $3,965.00 |
| **Total Fees and Disbursements** | **$3,965.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 477833
April 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 03/04/11 | Jaffe | P230 | Emails with team and Mr. Bibler regarding Vapor Intrusion sampling and access (.4). | 0.4 |
| 03/08/11 | Jaffe | P230 | Team telephone conference regarding Central Area and preparing for same and emails with team regarding same (1.3); emails with team regarding vapor intrusion issues (.3). | 1.6 |
| 03/11/11 | Jaffe | P230 | Emails with team and telephone call with Ms. Duff regarding vapor intrusion work (0.7). | 0.7 |
| 03/24/11 | Jaffe | P230 | Team telephone conference regarding Central Area and indoor air issues and emails with team regarding same (1.3). | 1.3 |
| 03/25/11 | Jaffe | P230 | Reviewing memorandum regarding issues with Cummings sampling and emails with team regarding same (0.7). | 0.7 |
| 03/30/11 | Jaffe | P230 | Attention to vapor intrusion sampling issues, including telephone call and email with Mr. Smith and telephone call with Cummings counsel regarding access (1.2). | 1.2 |
| 03/31/11 | Jaffe | P230 | Emails with team regarding well sampling (0.2). | 0.2 |
| | | | **Total Hours** | **6.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 477833
April 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.1 | at | 650.00 | = | 3,965.00 |
| **Total Fees** | | | | | **$3,965.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | **$3,965.00** |
| **Total Fees and Disbursements** | | | | | **$3,965.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 29, 2011
Invoice No.: 477833
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**               **$3,965.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 477833
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company