## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/11 | 12/1/2010-12/31/2010 | $1,694.00 | $.90 | $1,355.20 | $.90 | $338.80 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 0 | 0 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 3.10 | $1,694.00 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
|  | Total | 3.10 | $1,694.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | 0 |
| Copies – Matter 46 (Tax Litigation) | $.90 |
| Computer Database Research | $0 |
| Postage | $0 |
| Federal Express/Overnight Messenger | $0 |
| Facsimile | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $.90 |

Doc. # DC-2425877 v.1 4/28/11 10:57 AM