**Exhibit C**

**[Reserved]**

Doc. # DC-2425877 v.1 4/28/11 10:57 AM

**Exhibit C**