**<u>Exhibit D</u>**

**[Reserved]**

Doc. # DC-2425877 v.1 4/28/11 10:57 AM