```
Date: 04/07/11              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 1


                 W. R. Grace, Inc. % Elihu Inselbuch
                 Caplin & Drysdale
                 399 Park Avenue, 27th Floor
                 New York, New York 10022


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
02/04/11   Peterson  / (07) Committee, Creditors'          2.3        1840.00
#5303      Review data and assemble data and draft memo to 800.00
           Inselbuch and Horkovich re: timing of payments

02/07/11   Peterson  / (07) Committee, Creditors'          0.8         640.00
#5304      Telephone Inselbuch and McMillan re: timing of  800.00
           payments; review and prepare for call
```

```
Date: 04/07/11          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 2

                W. R. Grace


Date/Slip# Description                               HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
02/02/11   Peterson  / (28) Data Analysis                  0.6     480.00
#5301      Review assumptions of forecast of trust payments  800.00

02/02/11   Relles    / (28) Data Analysis                  1.0     475.00
#5501      Update computations for 2012 start date         475.00

02/03/11   Peterson  / (28) Data Analysis                  2.0    1600.00
#5302      Review data and correspondence re: timing of    800.00
           payments (1.7); telephone Relles (0.3)
--------------------------------------------------------------------------
```

```
Date: 04/07/11           Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

              W. R. Grace

            Summary Of Time Charges, By Month and Activity
                    February 2011 - February 2011

   MONTH      ACTIVITY                                   HOURS     AMOUNT
   ----------------------------------------------------------------------
   February - (07) Committee, Creditors'                   3.1    2480.00
   February - (28) Data Analysis                           3.6    2555.00
   February - (99) Total                                   6.7    5035.00

   Total    - (07) Committee, Creditors'                   3.1    2480.00
   Total    - (28) Data Analysis                           3.6    2555.00
   Total    - (99) Total                                   6.7    5035.00

--------------------------------------------------------------------------
```

```
Date: 04/07/11            Legal Analysis Systems, Inc.
Time: 9:00am                                                         Page 4

                 W. R. Grace

            Summary Of Time Charges, By Month and Person
                   February 2011 - February 2011

    MONTH       PERSON                                    HOURS    AMOUNT
    ----------------------------------------------------------------------
    February  - Relles                                      1.0     475.00
    February  - Peterson                                    5.7    4560.00
    February  - Total                                       6.7    5035.00

    Total     - Relles                                      1.0     475.00
    Total     - Peterson                                    5.7    4560.00
    Total     - Total                                       6.7    5035.00

    --------------------------------------------------------------------------
```

```
Date: 04/07/11           Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 5

                W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     February 2011 - February 2011

  MONTH      PERSON                              HOURS    RATE    AMOUNT
  ----------------------------------------------------------------------

  (07) Committee, Creditors'

  February  - Peterson                            3.1     800.   2480.00

  (28) Data Analysis

  February  - Relles                              1.0     475.    475.00
  February  - Peterson                            2.6     800.   2080.00


  ----------------------------------------------------------------------
```