Date: 04/28/11          Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 1


              W. R. Grace, Inc. % Elihu Inselbuch
              Caplin & Drysdale
              399 Park Avenue, 27th Floor
              New York, New York 10022


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
03/18/11   Peterson  / (28) Data Analysis                      1.1    880.00
#5501      Work on analysis of payment stream for trust       800.00
           claimants

03/23/11   Peterson  / (28) Data Analysis                      0.3    240.00
#5502      Analyses of timing of payments                     800.00

03/23/11   Peterson  / (28) Data Analysis                      1.7   1360.00
#5503      Timing of payments: compile data from C&D summaries 800.00
           of public info

03/23/11   Peterson  / (28) Data Analysis                      0.5    400.00
#5504      Telephone Relles re: discuss timing of payments    800.00

03/23/11   Peterson  / (28) Data Analysis                      1.4   1120.00
#5505      Timing of payments: review Relles analysis of      800.00
           compilation of public info

03/23/11   Relles    / (28) Data Analysis                      1.8    855.00
#5701      Work on analysis of payment delays based on publicly 475.00
           available data

03/23/11   Relles    / (28) Data Analysis                      0.5    237.50
#5702      Telephone Peterson re: discuss timing of payments   475.00

03/24/11   Peterson  / (28) Data Analysis                      2.7   2160.00
#5506      Draft and send memo on timing of payments           800.00
------------------------------------------------------------------------------

```
Date: 04/28/11            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                W. R. Grace

          Summary Of Time Charges, By Month and Activity
                   March 2011 - March 2011

   MONTH      ACTIVITY                                    HOURS      AMOUNT
   ----------------------------------------------------------------
   March    - (28) Data Analysis                           10.0     7252.50
   March    - (99) Total                                   10.0     7252.50

   Total    - (28) Data Analysis                           10.0     7252.50
   Total    - (99) Total                                   10.0     7252.50


--------------------------------------------------------------------------
```

```
Date: 04/28/11            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 3

              W. R. Grace

           Summary Of Time Charges, By Month and Person
                    March 2011 - March 2011

    MONTH     PERSON                                   HOURS      AMOUNT
    ----------------------------------------------------------------
    March     - Relles                                   2.3     1092.50
    March     - Peterson                                 7.7     6160.00
    March     - Total                                   10.0     7252.50

    Total     - Relles                                   2.3     1092.50
    Total     - Peterson                                 7.7     6160.00
    Total     - Total                                   10.0     7252.50

----------------------------------------------------------------------
```

```
Date: 04/28/11          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 4

                W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                       March 2011 - March 2011

    MONTH       PERSON                              HOURS   RATE    AMOUNT
    ----------------------------------------------------------------------
    (28) Data Analysis

    March     - Relles                                2.3   475.   1092.50
    March     - Peterson                              7.7   800.   6160.00

    ----------------------------------------------------------------------
```