Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2011 through March 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Mar-11 | BR | Tel C w/ J Sinclair to discuss debtor motion relating to funding of pension obligations. | 0.20 | 625.00 | 125.00 |
| 07-Mar-11 | BR | Research on "glide path" method of allocating assets in pension plan portfolio for purpose of reviewing debtor's motion for funding pension plan. | 2.10 | 625.00 | 1,312.50 |
| 07-Mar-11 | BR | Review and analysis of Grace's motion for authorization to fund its pension plans, together with exhibits attached thereto. | 2.20 | 625.00 | 1,375.00 |
| 07-Mar-11 | BR | Review and analysis of Grace's motion to form a Netherlands holding company to hold certain non-debtor Grace entities, together with exhibit attached thereto. | 1.30 | 625.00 | 812.50 |
| 24-Mar-11 | BR | Review of weekly update report on Grace. | 0.10 | 625.00 | 62.50 |
| 25-Mar-11 | BR | Review of Grace strategic plan for 2011 in preparation for conference call to discuss the same. | 1.10 | 625.00 | 687.50 |
| 25-Mar-11 | BR | Conf call with company and financial advisors to discuss 2011 strategic plan. | 0.80 | 625.00 | 500.00 |
| 25-Mar-11 | BR | Review and analysis of Grace's 2010 10-K for purpose of business due diligence. | 3.40 | 625.00 | 2,125.00 |
| 26-Mar-11 | BR | Review of Debtor's motion for authorization to implement the 2011 long-term incentive plan at request of counsel to the ACC. | 0.70 | 625.00 | 437.50 |
| 26-Mar-11 | BR | Review of Exhibit B to the 2011 LTIP motion. | 1.80 | 625.00 | 1,125.00 |
| 26-Mar-11 | BR | Review of prior LTIP motions of the Debtors and Charter Oak memoranda in connection therewith for purpose of preparing current recommendation to the ACC. | 1.10 | 625.00 | 687.50 |
| 26-Mar-11 | BR | Drafted memorandum setting forth recommendation with respect to Debtors' motion to implement 2011 LTIP. | 1.30 | 625.00 | 812.50 |
| | | Total Bradley Rapp | 16.10 | | $ 10,062.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Mar-11 | JS | Review, analyze Pimco article on glide path approach to pension asset allocation for purposes of analysis of Grace Defined Benefit Pension Plans in regard to Grace Pension Motion. | 1.40 | $ 625.00 | $ 875.00 |
| 01-Mar-11 | JS | Call with Blackstone (O'Connell) to discuss Grace Pension Motion and funding for purposes of advising ACC counsel. | 0.30 | $ 625.00 | $ 187.50 |
| 02-Mar-11 | JS | Further review of Grace Pension Motion and 2008, 2009 and 2010 Motions/Plans for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 02-Mar-11 | JS | Call with Rapp to discuss Grace Pension Motion and Foreign Subsidiary Holding Company Motion (Foreign Sub Motion) for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| 03-Mar-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 03-Mar-11 | JS | Review, analyze pro-forma financial statements of Grace giving effect to emergence for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 625.00 | $ 1,625.00 |
| 04-Mar-11 | JS | Review, analyze Grace 2010 10-K Annual Report for monitoring. | 3.30 | $ 625.00 | $ 2,062.50 |
| 07-Mar-11 | JS | Review Grace Pension Motion, proposed funding and prior years' payments to Pension Plans, the Foreign Subsidiary Motion, write memorandum to counsel regarding both Motions for purposes of advising ACC counsel. | 2.90 | $ 625.00 | $ 1,812.50 |
| 07-Mar-11 | JS | Call with ACC counsel (P. Lockwood) to discuss Grace Pension motion and proposed funding. | 0.30 | $ 625.00 | $ 187.50 |
| 09-Mar-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 11-Mar-11 | JS | Review, analyze Grace 2011 Operating Plan in preparation for conference call with management on 3/25/11 for monitoring and for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| 11-Mar-11 | JS | Further review and analysis of 2010 10-K Annual Report in preparation for conference call with management on 3/25/11 for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 16-Mar-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 18-Mar-11 | JS | Review, analyze Grace Motion Authorizing 2011 Long-Term Incentive Plan and Exhibits (LTIP Motion) for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| 22-Mar-11 | JS | Further review of Grace 2011 Operating Plan and 2010 10-K, draft questions, in preparation for conference call with Grace on 3/25/11. | 1.40 | $ 625.00 | $ 875.00 |
| 24-Mar-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2011 through March 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 25-Mar-11 | JS | Final review of 2011 Operating Plan and questions in preparation for conference call on 3/25/11. | 0.30 | $ 625.00 | $ 187.50 |
| 25-Mar-11 | JS | Conference call with Company (Hudson La Force, CFO) regarding 2011 Operating Plan for monitoring. | 0.80 | $ 625.00 | $ 500.00 |
| 25-Mar-11 | JS | Further review of LTIP Motion and related materials for purposes of advising ACC counsel in advance of objection deadline on 4/1/11. | 1.30 | $ 625.00 | $ 812.50 |
| 27-Mar-11 | JS | Review for comment B. Rapp's draft memorandum to ACC counsel in respect of Charter Oak's recommendation on Grace's LTIP Motion. | 0.60 | $ 625.00 | $ 375.00 |
| 28-Mar-11 | JS | Review pricing information and data, write memorandum to ACC counsel regarding Grace 2011 Operating Plan and conference call with Company on 3/25/11 addressing 2010 financial results and 2011 outlook for purposes of advising counsel. | 1.80 | $ 625.00 | $ 1,125.00 |
| | | Total James Sinclair | 29.50 | | $ 18,437.50 |
| Peter Cramp - Associate | | | | | |
| 07-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 14-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 21-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 25-Mar-11 | PC | Review Operating Plan presentation in preparation for conference call. | 0.90 | $ 345.00 | $ 310.50 |
| 25-Mar-11 | PC | Conference call with Debtor, Blackstone and financial advisors to discuss 2011 Operating Plan. | 0.80 | $ 345.00 | $ 276.00 |
| 25-Mar-11 | PC | Review February Fee Application. | 0.30 | $ 345.00 | $ 103.50 |
| 28-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| | | Total Peter Cramp | 8.10 | | $ 2,794.50 |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 25-Mar-11 | GS | Draft WR Grace invoice. | 1.30 | $ 290.00 | $ 377.00 |
| | | Total Gibbons Sinclair | 1.30 | | $ 377.00 |
| | | **TOTAL** | 55.00 | | $ 31,671.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2011 through March 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Mar-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 07-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 09-Mar-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 14-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 16-Mar-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 21-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 24-Mar-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 24-Mar-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 28-Mar-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| | | Total Asset Analysis and Recovery | 8.30 | | $ 3,479.50 |
| Business Operations | | | | | |
| 11-Mar-11 | JS | Review, analyze Grace 2011 Operating Plan in preparation for conference call with management on 3/25/11 for monitoring and for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| 22-Mar-11 | JS | Further review of Grace 2011 Operating Plan and 2010 10-K, draft questions, in preparation for conference call with Grace on 3/25/11. | 1.40 | $ 625.00 | $ 875.00 |
| 25-Mar-11 | JS | Final review of 2011 Operating Plan and questions in preparation for conference call on 3/25/11. | 0.30 | $ 625.00 | $ 187.50 |
| 25-Mar-11 | JS | Conference call with Company (Hudson La Force, CFO) regarding 2011 Operating Plan for monitoring. | 0.80 | $ 625.00 | $ 500.00 |
| 25-Mar-11 | BR | Review of Grace strategic plan for 2011 in preparation for conference call to discuss the same. | 1.10 | $ 625.00 | $ 687.50 |
| 25-Mar-11 | BR | Conf call with company and financial advisors to discuss 2011 strategic plan. | 0.80 | $ 625.00 | $ 500.00 |
| 25-Mar-11 | PC | Review Operating Plan presentation in preparation for conference call. | 0.90 | $ 345.00 | $ 310.50 |
| 25-Mar-11 | PC | Conference call with Debtor, Blackstone and financial advisors to discuss 2011 Operating Plan. | 0.80 | $ 345.00 | $ 276.00 |
| 28-Mar-11 | JS | Review pricing information and data, write memorandum to ACC counsel regarding Grace 2011 Operating Plan and conference call with Company on 3/25/11 addressing 2010 financial results and 2011 outlook for purposes of advising counsel. | 1.80 | $ 625.00 | $ 1,125.00 |
| | | Total Business Operations | 10.60 | | $ 6,149.00 |
| Employee Benefits/Pensions | | | | | |
| 01-Mar-11 | JS | Review, analyze Pimco article on glide path approach to pension asset allocation for purposes of analysis of Grace Defined Benefit Pension Plans in regard to Grace Pension Motion. | 1.40 | $ 625.00 | $ 875.00 |
| 01-Mar-11 | JS | Call with Blackstone (O'Connell) to discuss Grace Pension Motion and funding for purposes of advising ACC counsel. | 0.30 | $ 625.00 | $ 187.50 |
| 02-Mar-11 | JS | Further review of Grace Pension Motion and 2008, 2009 and 2010 Motions/Plans for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 02-Mar-11 | JS | Call with Rapp to discuss Grace Pension Motion and Foreign Subsidiary Holding Company Motion (Foreign Sub Motion) for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| 02-Mar-11 | BR | Tel C w/ J Sinclair to discuss debtor motion relating to funding of pension obligations. | 0.20 | $ 625.00 | $ 125.00 |
| 07-Mar-11 | JS | Review Grace Pension Motion, proposed funding and prior years' payments to Pension Plans, the Foreign Subsidiary Motion, write memorandum to counsel regarding both Motions for purposes of advising ACC counsel. | 2.90 | $ 625.00 | $ 1,812.50 |
| 07-Mar-11 | JS | Call with ACC counsel (P. Lockwood) to discuss Grace Pension motion and proposed funding. | 0.30 | $ 625.00 | $ 187.50 |
| 07-Mar-11 | BR | Research on "glide path" method of allocating assets in pension plan portfolio for purpose of reviewing debtor's motion for funding pension plan. | 2.10 | $ 625.00 | $ 1,312.50 |
| 07-Mar-11 | BR | Review and analysis of Grace's motion for authorization to fund its pension plans, together with exhibits attached thereto. | 2.20 | $ 625.00 | $ 1,375.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2011 through March 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 18-Mar-11 | JS | Review, analyze Grace Motion Authorizing 2011 Long-Term Incentive Plan and Exhibits (LTIP Motion) for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| 25-Mar-11 | JS | Further review of LTIP Motion and related materials for purposes of advising ACC counsel in advance of objection deadline on 4/1/11. | 1.30 | $ 625.00 | $ 812.50 |
| 26-Mar-11 | BR | Review of Debtor's motion for authorization to implement the 2011 long-term incentive plan at request of counsel to the ACC. | 0.70 | $ 625.00 | $ 437.50 |
| 26-Mar-11 | BR | Review of Exhibit B to the 2011 LTIP motion. | 1.80 | $ 625.00 | $ 1,125.00 |
| 26-Mar-11 | BR | Review of prior LTIP motions of the Debtors and Charter Oak memoranda in connection therewith for purpose of preparing current recommendation to the ACC. | 1.10 | $ 625.00 | $ 687.50 |
| 26-Mar-11 | BR | Drafted memorandum setting forth recommendation with respect to Debtors' motion to implement 2011 LTIP. | 1.30 | $ 625.00 | $ 812.50 |
| 27-Mar-11 | JS | Review for comment B. Rapp's draft memorandum to ACC counsel in respect of Charter Oak's recommendation on Grace's LTIP Motion. | 0.60 | $ 625.00 | $ 375.00 |
| | | Total Employee Benefits/Pensions | 21.50 | | $ 13,437.50 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 25-Mar-11 | PC | Review February Fee Application. | 0.30 | $ 345.00 | $ 103.50 |
| 25-Mar-11 | GS | Draft WR Grace invoice. | 1.30 | $ 290.00 | $ 377.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 480.50 |

Tax Issues

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 07-Mar-11 | BR | Review and analysis of Grace's motion to form a Netherlands holding company to hold certain non-debtor Grace entities, together with exhibit attached thereto. | 1.30 | $ 625.00 | $ 812.50 |
| | | Total Tax Issues | 1.30 | | $ 812.50 |

Valuation

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 03-Mar-11 | JS | Review, analyze pro-forma financial statements of Grace giving effect to emergence for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 625.00 | $ 1,625.00 |
| 04-Mar-11 | JS | Review, analyze Grace 2010 10-K Annual Report for monitoring. | 3.30 | $ 625.00 | $ 2,062.50 |
| 11-Mar-11 | JS | Further review and analysis of 2010 10-K Annual Report in preparation for conference call with management on 3/25/11 for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 25-Mar-11 | BR | Review and analysis of Grace's 2010 10-K for purpose of business due diligence. | 3.40 | $ 625.00 | $ 2,125.00 |
| | | Total Valuation | 11.70 | | $ 7,312.50 |

| | | **TOTAL** | 55.00 | | $ 31,671.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2011 through March 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 16.10 | $ 625.00 | $ 10,062.50 |
| James Sinclair - Senior Managing Director | 29.50 | $ 625.00 | $ 18,437.50 |
| Peter Cramp - Associate | 8.10 | $ 345.00 | $ 2,794.50 |
| Gibbons Sinclair - Senior Analyst | 1.30 | $ 290.00 | $ 377.00 |
| Total Professional Hours and Fees | 55.00 | | $ 31,671.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - March 1, 2011 through March 31, 2011

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period | |
|      | Total Expenses March 1, 2011 through March 31, 2011 | $0.00 |