# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

April 13, 2011                                                          INVOICE:              242203

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 03/31/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/01/11 | Review new draft of monthly fee application received from local counsel and forward for attorney approval. | W011 | AHP | 1.60 |
| 03/01/11 | Reviewed settlement agreements re: information on choice of law, arbitration clause, release of worker's compensation coverage, confidentiality, language and coverage in place payments due. | W001 | IF | 1.20 |
| 03/01/11 | Review New Jersey UILA legislative history in connection with insurance liquidation (1.20); legal research re: insolvency of insured to locate case law (1.40); research law re: supplementing appellate record in Integrity matter (.70); review, edit and revise draft of appellate brief (6.20); begin preparation of appendix to brief (.80). | W001 | KES | 10.30 |
| 03/01/11 | Edit appellate brief regarding claim against Integrity coverage (1.60).  At its request, draft settlement communication and demand to coverage in place insurance company (0.70). Confer with plan objector regarding settlement (1.00). | W001 | RMH | 3.30 |
| 03/01/11 | Attention to final draft and submission of fee application. | W011 | RYC | 0.30 |
| 03/01/11 | Research and review draft of the appellate brief for Grace (3.80).   Review status of outstanding settlement discussions and pending inquiries (0.50). | W001 | RYC | 4.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | 242203 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/02/11 | Analysis of selected insurance settlement agreements re: workers compensation carveouts, arbitration/choice of law issues, and other issues. | W001 | GFF | 1.40 |
| 03/02/11 | Reviewed settlement agreements re: information on choice of law, arbitration clause, release of worker's compensation coverage, confidentiality, language and coverage in place payments due. | W001 | IF | 1.40 |
| 03/02/11 | Attention to case strategy re: Integrity (.30); consider strategic revisions to appellate brief (.70); compile documents and prepare appendix (3.80). | W001 | KES | 4.80 |
| 03/02/11 | Work on document production issues with staff. | W001 | NJB | 1.80 |
| 03/02/11 | Hearing before Judge Fitzgerald regarding BNSF motion for reconsideration. | W001 | RMH | 1.70 |
| 03/02/11 | Review and revise appeal of Special's Determination and Trial Court Order in connection with Integrity proof of claim. | W001 | RYC | 4.20 |
| 03/03/11 | Review and revise time and expense entries and request additional back up for vendor charges. | W011 | AHP | 3.40 |
| 03/03/11 | Analysis of selected insurance settlement agreements re: confidentiality issues, choice of law, release of workers compensation and other issues (.90); draft and revise settlement data spreadsheets (.80). | W001 | GFF | 1.70 |
| 03/03/11 | Reviewed settlement agreements re: choice of law clause, arbitration provision, release of worker's compensation coverage, confidentiality, language and coverage in place payments due. | W001 | IF | 1.70 |
| 03/03/11 | Draft response to senior claims specialist for insurance company in connection with inquiries regarding potential buy out (0.80).  Research and revise issues on appeal in connection with trial court's approval of Integrity Special Master's recommendation regarding notice of allowance rejecting proof of claim (3.60). | W001 | RYC | 4.40 |
| 03/04/11 | Assist with preparation of Integrity appellant brief documents for K. Sharperson. | W001 | DL | 3.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | 242203 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/04/11 | Analysis of selected settlement agreements re: arbitration clauses, choice of law, workers compensation releases and other issues (2.30); revise settlement agreement data spreadsheets (.80). | W001 | GFF | 3.10 |
| 03/04/11 | Attention to proof of claim submission issues to insolvent insurance company. | W001 | HEG | 0.60 |
| 03/04/11 | Reviewed settlement agreements re: choice of law clause, arbitration provision, release of worker's compensation coverage, confidentiality, language and coverage in place payments due. | W001 | IF | 1.60 |
| 03/04/11 | Revise and finalize Integrity brief (2.40); confer with paralegal re: preparation of exhibits (.80); handle issues re: same (.60); prepare cover letter and certification of service (.90); prepare request for oral argument (1.30); review and revise appendix and table of authorities (1.20). | W001 | KES | 7.20 |
| 03/04/11 | Final revisions for plan proponent review in connection with Appellant Brief for Integrity appeal. | W001 | RYC | 3.40 |
| 03/06/11 | Revise and edit brief per comments of co-counsel (.60); update brief to included citations to Appendix (1.60). | W001 | KES | 2.20 |
| 03/06/11 | Research and revisions to appellant brief for Integrity appeal. | W001 | RYC | 4.30 |
| 03/07/11 | Begin reviewing, proofing changes and making additional revisions. | W011 | AHP | 1.80 |
| 03/07/11 | Draft and revise settlement agreement data spreadsheets (1.70); analysis of selected insurance settlement agreements re: workers compensation releases, arbitration issues, choice of law and other issues (1.40). | W001 | GFF | 3.10 |
| 03/07/11 | Reviewed settlement agreements re: choice of law clause, arbitration provision, release of worker's compensation coverage, confidentiality language and coverage in place payments due. | W001 | IF | 1.40 |
| 03/07/11 | Finalize and revise brief (3.60); prepare brief for service and filing (2.30). | W001 | KES | 5.90 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | | 242203 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/07/11 | Work on assorted insurance company information requests. | W001 | MG | 1.60 |
| 03/07/11 | Confer with plan objectors regarding schedule for appeal. | W001 | RMH | 0.40 |
| 03/07/11 | Review additional edits and finalize appellant brief for Integrity appeal. | W001 | RYC | 3.80 |
| 03/08/11 | Finish reviewing, revising latest draft of fee application and forward same for attorney review. | W011 | AHP | 1.20 |
| 03/08/11 | Analysis of selected insurance policies re: relevance to settlement agreements (2.60); draft and revise settlement agreement data spreadsheets (.60). | W001 | GFF | 3.20 |
| 03/08/11 | Research and review coverage specifics re: English & American participation and remaining available limits (.60); draft of E&A proof of claim submission (.80). | W001 | HEG | 1.40 |
| 03/08/11 | Reviewed settlement agreements re: choice of law clause, arbitration provision, release of worker's compensation coverage, confidentiality clause and coverage in place payments due. | W001 | IF | 1.40 |
| 03/08/11 | Update pro hac admissions to send to New Jersey Client protection fund for Integrity case (.80); call with clerk re: same (.20); prepare updated certifications re: pro hac admission in subsequent proceedings (.70); email to R. Horkovich and Chung re: same (.10); complete preparation of motion to supplement record (certification and letter brief) (2.30); finalize and file request for oral argument (.70); finalize certification in support of motion to supplement record (1.60). | W001 | KES | 6.40 |
| 03/08/11 | Review of case files re: recent pleadings. | W001 | NJB | 1.70 |
| 03/08/11 | Follow-up regarding procedural matters and plan strategy in connection with Integrity appeal. | W001 | RYC | 1.40 |
| 03/09/11 | Continued E&A proof of claim research and communications (2.60); update draft claim submission (1.10). | W001 | HEG | 3.70 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | | 242203 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/09/11 | Reviewed settlement agreements re: choice of law, arbitration provision, release of worker's compensation coverage, confidentiality and coverage in place payments due. | W001 | IF | 1.60 |
| 03/09/11 | Cover letter re: pro hac compliance re: Integrity case (.30); update motion to supplement (.30). | W001 | KES | 0.60 |
| 03/09/11 | Work on assorted insurance company information requests. | W001 | MG | 1.60 |
| 03/09/11 | Follow-up regarding procedural concerns in connection with Integrity appeal (1.10). Review and analysis regarding objections and other post-recommendation matters and potential impact on insurance recoveries (2.60). | W001 | RYC | 3.70 |
| 03/10/11 | Analysis of selected settlement agreements re: arbitration issues, choice of law, workers compensation releases and other issues. | W001 | GFF | 1.40 |
| 03/10/11 | Reviewed settlement agreements re: arbitration provision, choice of law, release of worker's compensation coverage, confidentiality provisions and coverage in place payments due. | W001 | IF | 0.90 |
| 03/10/11 | Revise and finalize motion to supplement record on appeal in Integrity liquidation. | W001 | KES | 1.70 |
| 03/10/11 | Work on cash flow summary and analysis. | W001 | MG | 3.80 |
| 03/10/11 | Follow-up review and analysis regarding objections and other post-recommendation matters and potential impact on insurance recoveries. | W001 | RYC | 1.60 |
| 03/11/11 | Analysis of selected insurance settlement agreements re: worker compensation issues, choice of law, arbitration clauses and other issues. | W001 | GFF | 1.30 |
| 03/11/11 | Continued work on draft English & American proof of claim submission package. | W001 | HEG | 2.80 |
| 03/11/11 | Reviewed settlement agreements re: arbitration provision, choice of law, release of worker's compensation coverage, confidentiality and coverage in place payments due. | W001 | IF | 1.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | | 242203 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/11/11 | Prepare certification to motion to supplement record and proposed form of order re: Integrity (.70); prepare papers for filing and file papers (.50). | W001 | KES | 1.20 |
| 03/11/11 | Work on assorted insurance company information requests re: settlement issues. | W001 | MG | 2.30 |
| 03/11/11 | Review and comment upon fee application. | W011 | RYC | 0.80 |
| 03/14/11 | Review, revise and submit time and expense entries back to accounting. | W011 | AHP | 1.40 |
| 03/14/11 | Analysis of selected settlement agreements re: post bankruptcy settlement payment issues. | W001 | GFF | 1.20 |
| 03/14/11 | Reviewed settlement agreements re: post confirmation payment issues. | W001 | IF | 1.30 |
| 03/14/11 | Work on settlement related information request. | W001 | MG | 2.10 |
| 03/14/11 | Respond to request for information from Midland insurance company. (.20). Respond to request for information from potentially settling insurance companies (.20). | W001 | RMH | 0.40 |
| 03/14/11 | Research and analysis in connection with potential stream of payments to anticipated Trust from insurance related assets. | W001 | RYC | 3.90 |
| 03/15/11 | Review and finalize time and expense entries (.80); address timekeeping issues with two different timekeepers (.60). | W011 | AHP | 1.40 |
| 03/15/11 | Draft and revise insurance settlement data spreadsheets (.80); analysis of selected settlement agreements re: post bankruptcy settlement payment issues (1.10). | W001 | GFF | 1.90 |
| 03/15/11 | Reviewed Settlement Agreements re: post-confirmation payment issues. | W001 | IF | 0.80 |
| 03/15/11 | Work on cash flow analysis. | W001 | MG | 2.40 |
| 03/15/11 | Attention to providing information to potentially settling insurance companies. | W001 | RMH | 0.20 |
| 03/15/11 | Follow-up review and analysis in connection with potential stream of payments to anticipated Trust from insurance related assets. | W001 | RYC | 2.60 |
| 03/15/11 | Review final fee application. | W001 | RYC | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 13, 2011 | | INVOICE: | | 242203 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/16/11 | Work on cash flow analysis. | W001 | MG | 2.30 |
| 03/16/11 | Research in connection with recovery issues related to insolvent insurance coverage. | W001 | RYC | 1.00 |
| 03/17/11 | Research English & American proof-of-claim and submission package. | W001 | HEG | 2.20 |
| 03/17/11 | Reviewed settlement agreements re: payment issues post-confirmation. | W001 | IF | 0.90 |
| 03/17/11 | Work on settlement related information request. | W001 | MG | 3.40 |
| 03/17/11 | Research in connection with recovery issues related to remaining insurance companies in settlement discussion or previously non-responsive. | W001 | RYC | 1.80 |
| 03/18/11 | Reviewed settlement agreements re: payment issues post-confirmation. | W001 | IF | 0.80 |
| 03/18/11 | Work on cash flow analysis. | W001 | MG | 2.30 |
| 03/18/11 | Continued research in connection with recovery issues related to remaining insurance companies in settlement discussion or previously non-responsive. | W001 | RYC | 0.50 |
| 03/21/11 | Work on settlement related information request. | W001 | MG | 2.20 |
| 03/21/11 | Attention to fee application status and issues. | W011 | RYC | 0.20 |
| 03/22/11 | Review and revise local counsel's monthly fee application. | W011 | AHP | 1.30 |
| 03/22/11 | Work on insolvency claims. | W001 | MG | 2.20 |
| 03/22/11 | Review and comment upon final draft of February 2011 Fee Application. | W011 | RYC | 0.30 |
| 03/23/11 | English & American proof of claim preparation. | W001 | HEG | 0.80 |
| 03/23/11 | Reviewed Grace Settlement Agreements and insurance policies re: post-confirmation payment issues. | W001 | IF | 1.40 |
| 03/23/11 | Work on cash flow analysis. | W001 | MG | 2.30 |
| 03/23/11 | Case file organization. | W001 | NJB | 1.20 |
| 03/23/11 | Integrity review and analysis in connection with case status and potential additions to damages analysis (1.40). Review alternative pleadings for post-bankruptcy pursuit of insurance coverage from unsettling insurance carriers (2.80). | W001 | RYC | 4.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | | 100055.WRG01 |
| April 13, 2011 | INVOICE: | | 242203 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/24/11 | Analysis of selected insurance policies and related settlement agreements re: post bankruptcy settlement payment issues (1.60); draft and revise insurance settlement agreement data spreadsheets (.30). | W001 | GFF | 1.90 |
| 03/24/11 | Reviewed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.40 |
| 03/24/11 | Read and review opposition to motion to supplement record re: Integrity (.70); email to attorneys re: same and strategy analysis (.40). | W001 | KES | 1.10 |
| 03/24/11 | Work on insolvency claims. | W001 | MG | 1.90 |
| 03/24/11 | Review opposition brief and research potential reply in connection with Integrity Liquidator opposition regarding further supplemental proof of claim and draft email analysis. | W001 | RYC | 2.40 |
| 03/25/11 | Continued E&A proof of claim package preparation. | W001 | HEG | 1.30 |
| 03/25/11 | Reviewed settlement agreements re: analysis of post-confirmation payment issues. | W001 | IF | 1.70 |
| 03/25/11 | Work on insolvency claims. | W001 | MG | 3.10 |
| 03/25/11 | Work on cash flow analysis. | W001 | MG | 2.80 |
| 03/25/11 | Case file organization. | W001 | NJB | 1.30 |
| 03/27/11 | Research and analysis in connection with procedural and substantive obstacles to motion to supplement record re: Integrity. | W001 | RYC | 1.50 |
| 03/28/11 | Additional template edits to English & American policy allocation and supporting evidence package preparation. | W001 | HEG | 2.20 |
| 03/28/11 | Reviewed settlement agreements and umbrella policies re:  post-confirmation payment issues. | W001 | IF | 1.10 |
| 03/28/11 | Prepare reply brief in support of motion to supplement the appellate record re: Integrity (5.30); Emails re: strategy and revisions (1.00). | W001 | KES | 6.30 |
| 03/28/11 | Revise allocations with revised cost flow projections. | W001 | MG | 2.40 |
| 03/28/11 | Hearing before Judge Fitzgerald. | W001 | RMH | 4.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

April 13, 2011                                 INVOICE:       242203

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/28/11 | Review and comment upon draft Reply Memo of Law regarding Motion to Supplement Record. | W001 | RYC | 2.40 |
| 03/29/11 | Communication with attorney re: reply brief and evidence to submit in support of claim against Integrity (.50); update and revise reply brief (1.60). | W001 | KES | 2.10 |
| 03/29/11 | Work on insolvent claims. | W001 | MG | 2.30 |
| 03/29/11 | Research and revisions to Reply Memo of law regarding supplement to record on appeal. | W001 | RYC | 5.80 |
| 03/30/11 | Reviewed settlement agreements and excess polices re: analysis of post-confirmation payment issues. | W001 | IF | 0.40 |
| 03/30/11 | Review and analyze Peterson Expert Report and Disclosure statement for support of Integrity reply brief and determine whether any information will support motion. | W001 | KES | 1.70 |
| 03/30/11 | Revise allocations with revised cost flow projections. | W001 | MG | 2.00 |
| 03/31/11 | Reviewed settlement agreement and excess polices re: English and American Claim. | W001 | IF | 0.50 |
| 03/31/11 | Finalize reply brief in support of motion to supplement appellate record. | W001 | KES | 1.50 |
| 03/31/11 | Edit reply brief to the NJ appellate division regarding supplemental proof of loss. | W001 | RMH | 1.20 |
| 03/31/11 | Follow-up review and revision of Memo of Law regarding Motion to Supplement Record in Integrity appeal. | W001 | RYC | 2.20 |

**TOTAL FEES:**                                                    **$123,628.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE  MATTER: 100055.WRG01

April 13, 2011  INVOICE: 242203

MATTER: CLAIMANTS COMMITTEE  ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Apelton | 250.00 | 12.10 | 3,025.00 |
| Daryl Lyew | 250.00 | 3.40 | 850.00 |
| Glenn F Fields | 345.00 | 20.20 | 6,969.00 |
| Harris E Gershman | 275.00 | 15.00 | 4,125.00 |
| Izak Feldgreber | 295.00 | 22.90 | 6,755.50 |
| Kenneth E. Sharperson | 530.00 | 53.00 | 28,090.00 |
| Mark Garbowski | 590.00 | 43.00 | 25,370.00 |
| Nicholas J Balsdon | 215.00 | 6.00 | 1,290.00 |
| Robert M Horkovich | 895.00 | 12.00 | 10,740.00 |
| Robert Y Chung | 595.00 | 61.20 | 36,414.00 |
| **TOTAL FEES:** | | | **$123,628.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:         100055.WRG01

April 13, 2011                                               INVOICE:             242203

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Daryl Lyew | 3.40 | 850.00 |
| Glenn F Fields | 20.20 | 6,969.00 |
| Harris E Gershman | 15.00 | 4,125.00 |
| Izak Feldgreber | 22.90 | 6,755.50 |
| Kenneth E. Sharperson | 53.00 | 28,090.00 |
| Mark Garbowski | 43.00 | 25,370.00 |
| Nicholas J Balsdon | 6.00 | 1,290.00 |
| Robert M Horkovich | 12.00 | 10,740.00 |
| Robert Y Chung | 59.60 | 35,462.00 |
| **TOTAL:** | **235.10** | **$119,651.50** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 12.10 | 3,025.00 |
| Robert Y Chung | 1.60 | 952.00 |
| **TOTAL:** | **13.70** | **$3,977.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

April 13, 2011                                           INVOICE:            242203

MATTER:  CLAIMANTS COMMITTEE                                      ROBERT M. HORKOVICH

**COSTS through 03/31/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/23/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 587816479 Tracking Number: 871395252495 Reference: 100055 WRG01 Billing Note: From: H GERSHMAN, ANDERSON KILL OLICK PC, 1251 6TH AVE FL 42, NEW YORK, NY, 100201104, US To: DAVID MCGUIGAN, CUALSHEM MANAGER, 12 LYNWOOD ROAD, REDHILL, RH11JS, GB | E107 | 45.60 |
| 03/01/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 741482097 Tracking Number: 794481896554 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Steve Welch, Stroud & Welch, PLLC, 11824 Jollyville Rd Ste 200, AUSTIN, TX, 78759, US | E107 | 14.47 |
| 03/07/11 | LIBRARY & LEGAL RESEARCH - VENDOR: A.M. BEST COMPANY, INC. AM Best Report | E125 | 78.93 |
| 03/08/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 742235047 Tracking Number: 794508800113 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: SUPERIOR COURT OF NEW JERSEY, APPELLATE DIVISION, RICHARD J HUGES JUSTICE COMPL, TRENTON, NJ, 08625, US | E107 | 11.74 |
| 03/08/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 742235047 Tracking Number: 794508910275 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID FREEMAN, ESQ., MAZIE SLATER KATZ & FREEMAN, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 11.74 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

April 13, 2011                                                    INVOICE:        242203

MATTER:  CLAIMANTS COMMITTEE                                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/08/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 742235047 Tracking Number: 796846187059 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: NEW JERSEY LAWYERS, FUND FOR PROTECTION, 25 W MARKET STREET, TRENTON, NJ, 08625, US | E107 | 11.74 |
| 03/09/11 | FILING OR WITNESS FEES - VENDOR: ADMINISTRATIVE OFFICE OF PA COURTS Collateral acct | E125 | 200.00 |
| 03/09/11 | LOCAL TRAVEL - VENDOR: MONROE EXCLUSIVE LIMOUSINE SERVICE INC Inv. #14948 Local travel expenses for K. Sharperson on 02/26/11 - Newark to Morristown after working through the night. | E109 | 109.20 |
| 03/10/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Additional charges incurred for telephonic participation on the 3/2/11 hearing | E125 | 28.00 |
| 03/28/11 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier services | E125 | 136.00 |
| 03/31/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Additional fees incurred for telephonic appearance 3/28/11 in front of Judge Fitzgerald | E125 | 147.00 |

**TOTAL COSTS:**                                                              **$794.42**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                                      MATTER:        100055.WRG01

April 13, 2011                                                                               INVOICE:              242203

MATTER:  CLAIMANTS COMMITTEE                                               ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 95.29 |
| FE | FILING OR WITNESS FEES | 200.00 |
| LB | LIBRARY & LEGAL RESEARCH | 78.93 |
| LT | LOCAL TRAVEL | 109.20 |
| MR | MESSENGER SERVICE | 136.00 |
| TE | AP - TELEPHONE - | 175.00 |
|  | **TOTAL COSTS:** | 794.42 |
|  | **TOTAL DUE:** | **$124,422.92** |