## EXHIBIT A

### Case Administration (2.90 Hours; $ 2,513.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $1,000 | 1,100.00 |
| Peter Van N. Lockwood | 1.20 | $905 | 1,086.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/11 | PVL | 905.00 | 0.10 | Review 3 misc filings. |
| 02/03/11 | RCT | 545.00 | 0.20 | Rev. local counsel rec and dockets re EI update |
| 02/03/11 | EI | 1,000.00 | 0.40 | T/C Peterson re insurance valuation issues (0.2); T/C PVNL re district court issues (0.2) |
| 02/04/11 | PVL | 905.00 | 0.10 | Review 9 misc filings. |
| 02/07/11 | EI | 1,000.00 | 0.40 | T/C ACM to organize insurance call (0.1); T/C ACM/Peterson re insurance valuation (.3) |
| 02/09/11 | PVL | 905.00 | 0.20 | Review 14 miscellaneous filings (.1); review agenda and e-mail (.1). |
| 02/10/11 | RCT | 545.00 | 0.20 | Rev. local counsel rec and dockets re EI update |
| 02/11/11 | EI | 1,000.00 | 0.30 | T/C PVNL re BNSF issue (0.2); memo Sinclair re trust values (0.1) |
| 02/15/11 | PVL | 905.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/18/11 | PVL | 905.00 | 0.10 | Review 8 misc filings. |
| 02/22/11 | RCT | 545.00 | 0.20 | Rev. local counsel recs and dockets re EI update |
| 02/23/11 | PVL | 905.00 | 0.20 | Review 16 miscellaneous filings. |
| 02/28/11 | PVL | 905.00 | 0.40 | Rv 8 misc. filings (.1); memo to ACC & CNS w/JAL (.3) |

**Total Task Code .04    2.90**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $905 | 90.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/22/11 | PVL | 905.00 | 0.10 | Review Locke lift stay motion. |

**Total Task Code .05     .10**


**Employee Benefits/Pension (.30 Hours; $ 271.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $905 | 271.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/23/11 | PVL | 905.00 | 0.30 | Review pension contribution motion. |

**Total Task Code .08     .30**


**Employment Applications, Others (.80 Hours; $ 428.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | .80 | $535 | 428.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/16/11 | KCM | 535.00 | 0.10 | Communicate with AJS re Garlock 2019 motion exhibits |
| 02/17/11 | KCM | 535.00 | 0.10 | Plan/prepare exhibit objection (.4) |
| 02/21/11 | KCM | 535.00 | 0.40 | Review new Garlock filings and related materials and plan/prepare response (1.6). |

| 02/23/11 | KCM | 535.00 | 0.20 | Plan/prepare response to Garlock exhibits and filings |

**Total Task Code .10**     **.80**

**Fee Applications, Applicant (9.90 Hours; $ 4,339.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.70 | $545 | 3,651.50 |
| Eugenia Benetos | 3.20 | $215 | 688.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/11 | RCT | 545.00 | 0.20 | Rev. fee app schedule for February (0.2) |
| 02/02/11 | RCT | 545.00 | 1.30 | Address fee issues |
| 02/04/11 | RCT | 545.00 | 1.80 | Rev. interim fee app |
| 02/07/11 | RCT | 545.00 | 0.90 | Rev. and edit prebills |
| 02/07/11 | EB | 215.00 | 1.50 | Work on interim fee application. |
| 02/08/11 | RCT | 545.00 | 0.50 | Rev. Exhibits re fee applications. |
| 02/09/11 | RCT | 545.00 | 0.20 | Address fee issues |
| 02/15/11 | RCT | 545.00 | 0.10 | Rev. monthly fee app |
| 02/15/11 | EB | 215.00 | 1.10 | Work on monthly fee application. |
| 02/16/11 | RCT | 545.00 | 0.50 | Address fee issues |
| 02/18/11 | RCT | 545.00 | 0.70 | Address fee issues |
| 02/25/11 | RCT | 545.00 | 0.30 | Address fee and expense issue |
| 02/25/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application. |
| 02/28/11 | RCT | 545.00 | 0.20 | Review fee app schedules for March |

**Total Task Code .12**     **9.90**

**Litigation and Litigation Consulting (46.90 Hours; $ 20,601.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.10 | $905 | 2,805.50 |
| Trevor W. Swett | 1.00 | $710 | 710.00 |
| James P. Wehner | .40 | $535 | 214.00 |
| Kevin C. Maclay | 17.30 | $535 | 9,255.50 |
| Andrew J. Sackett | 2.70 | $340 | 918.00 |
| Todd E. Phillips | 15.60 | $340 | 5,304.00 |
| Sara Joy DelSavio | 6.80 | $205 | 1,394.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/26/11 | SJD | 205.00 | 0.80 | Cite check and edit 2019 motion per KCM (late entry 1/26/11) |
| 01/28/11 | SJD | 205.00 | 0.20 | Scan, cite check and discuss edits with KCM (late entry 1/28/11) |
| 01/31/11 | SJD | 205.00 | 0.20 | Assist with 2019 motion research request per KCM (late entry 1/31/2011) |
| 02/01/11 | PVL | 905.00 | 0.10 | Confer ACM and KCM re 2019 motion (split btwn 4 clients) |
| 02/01/11 | TWS | 710.00 | 0.10 | Conference with KCM re Garlock's motion for access to R. 2019 statements (.1). |
| 02/01/11 | KCM | 535.00 | 2.00 | Telephone conference with ACM and PVNL re 2019 response (.6); review/analyze 2019 oppositions (.8); draft/revise 2019 response and review/analyze related cases and materials (6.2); communicate with TWS re 2019 issue and review/analyze related e-mails (.4) (Divided among 4 clients) |
| 02/01/11 | TEP | 340.00 | 3.50 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 02/02/11 | KCM | 535.00 | 1.60 | Review/analyze cases, filings, and materials re 2019 opposition (split btwn 4 clients) |
| 02/02/11 | SJD | 205.00 | 1.80 | Cite checked and edited 2019 motion draft per KCM, including draft comparison (1.3); compiled exhibits and prepared for filing (.5) |
| 02/03/11 | KCM | 535.00 | 2.00 | Draft/revise 2019 response and review/analyze related cases, filings and other materials (7.6); |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | communicate with TEP re research and brief tasks (.4) (split btwn 4 clients) |
| 02/03/11 | KCM | 535.00 | 2.30 | Review/analyze FOF/COL and confirmation opinion |
| 02/03/11 | TEP | 340.00 | 2.30 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 02/03/11 | SJD | 205.00 | 1.10 | Edit and prepare 2019 motion for filing per KCM |
| 02/04/11 | PVL | 905.00 | 0.20 | Review draft oppo to 2019 motion (.4); confer TWS re 2019 oppo (.3); confer KCM re draft 209 oppo (.3). (split btwn 4 clients) |
| 02/04/11 | TWS | 710.00 | 0.90 | Read Garlock's 2019 brief (.5); discuss same with KCM (.4); review R. 2019 briefs by objectors (2.0); further discussions with KCM re potential responses to R. 2019 motion (.7). (split btwn 4 clients) |
| 02/04/11 | KCM | 535.00 | 1.80 | Communicate with TWS re 2019 brief and related issues (.4); draft/revise 2019 brief and review/analyze related cases, filings and other materials (6.8) (split btwn 4 clients) |
| 02/04/11 | TEP | 340.00 | 2.90 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 02/04/11 | SJD | 205.00 | 1.40 | Cite check 2019 brief and prepare for filing per KCM |
| 02/06/11 | TEP | 340.00 | 0.40 | Confer with KCM re common law public access and do legal reseearch re same. |
| 02/07/11 | KCM | 535.00 | 1.60 | Draft/revise 2019 opposition and review/analyze related cases and materials (5.7); review/analyze Garlock reply brief (.4); review/analyze Kaiser agenda (.3). (split btwn 4 clients) |
| 02/07/11 | TEP | 340.00 | 1.80 | Prepare, edit and file opposition re 2019 access and confer with KCM re same. |
| 02/07/11 | SJD | 205.00 | 1.30 | Cite check updated draft of 2019 motion, review and prepare for filing per KCM |
| 02/08/11 | TEP | 340.00 | 0.20 | Review Garlock's reply brief re 2019. |
| 02/09/11 | KCM | 535.00 | 0.70 | Review/analyze 2004 opposition (.4); review/analyze Garlock reply and related briefs, cases and materials re oral argument (2.4) (split btwn 4 clients) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/10/11 | PVL | 905.00 | 0.10 | Review Garlock reply re 2019 motion; confer KCM re same; review e-mail re same. |
| 02/10/11 | JPW | 535.00 | 0.40 | Review Debtor motions |
| 02/10/11 | KCM | 535.00 | 1.90 | Draft/revise response to Garlock reply for use at oral argument and review/analyze related cases, briefs and other materials (5.9); review/analyze 2019 and 2004 briefs (.9); communicate with TEP re sur-reply and research issues for oral argument (.8) (split btwn 4 clients) |
| 02/10/11 | TEP | 340.00 | 0.90 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 02/11/11 | KCM | 535.00 | 2.40 | Draft/revise response to Garlock 2019 reply and key points for oral argument and review/analyze related cases and materials. (split btwn 4 clients) |
| 02/11/11 | TEP | 340.00 | 3.10 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 02/12/11 | PVL | 905.00 | 0.40 | Prep for 2/14 hearing. |
| 02/12/11 | TEP | 340.00 | 0.20 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 02/13/11 | PVL | 905.00 | 0.90 | Prep for 2/14 hearing; teleconference KCM and TEP re same. |
| 02/13/11 | KCM | 535.00 | 1.00 | Plan/prepare for and attend telephone conference with TEP and PVNL re oral argument issues (1.4); review/analyze memo, cases and materials re oral argument (2.6). (split btwn 4 clients) |
| 02/13/11 | TEP | 340.00 | 0.30 | Conference call with KCM and PVNL re February 14 hearing. |
| 02/14/11 | PVL | 905.00 | 0.60 | Attend hearing re Garlock 2019 motion. |
| 02/15/11 | PVL | 905.00 | 0.60 | Teleconference EI and ACM (.4); review memo re hearing (.2). |
| 02/17/11 | AJS | 340.00 | 0.40 | Legal research re: objections to Garlock evidence introduced in support of Rule 2019 motion and review of transcript of Feb. 14 hearing re: Garlock Rule 2019 motion. |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 02/18/11 | AJS | 340.00 | 0.50 | Prep. and review of e-mails to/fr EGB re: Garlock exhibit binders and review of Garlock exhibit binders. |
| 02/23/11 | PVL | 905.00 | 0.10 | Review Garlock motion to intervene and motion to reopen. |
| 02/24/11 | AJS | 340.00 | 0.50 | Analysis of Garlock exhibits and prep. of objections. |
| 02/25/11 | PVL | 905.00 | 0.10 | Confer KCM re 2019s. |
| 02/25/11 | AJS | 340.00 | 0.40 | Legal research re: objections to Garlock exhibits and meetings w/KCM re: same. |
| 02/28/11 | AJS | 340.00 | 0.90 | Meeting w/KCM re: objections to Garlock exhibits and prep. of objections to Garlock exhibits. |

**Total Task Code .16        46.90**


**Plan & Disclosure Statement (38.20 Hours; $ 28,577.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 21.40 | $905 | 19,367.00 |
| Ann C. McMillan | 2.90 | $625 | 1,812.50 |
| Jeffrey A. Liesemer | 13.70 | $535 | 7,329.50 |
| Andrew J. Sackett | .20 | $340 | 68.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/11 | PVL | 905.00 | 1.60 | Teleconference Shelnitz, Finke, Donley, Paul, Boll, Baer, Frankel, Wyron, Bentley et al (1.0); review e-mail (.2); teleconference Craig (.1); review Finch e-mail and reply (.3). |
| 02/01/11 | ACM | 625.00 | 0.50 | Teleconference KCM, PVNL re Garlock's 2019 discovery motion (.2); send e-mail to Grace ACC re same (.3). |
| 02/01/11 | JAL | 535.00 | 0.10 | Drafted and revised e-mail to PVNL re: confirmation decision. |
| 02/02/11 | PVL | 905.00 | 0.30 | Review e-mail and reply (.1); teleconference Bernick (.2);. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/02/11 | ACM | 625.00 | 0.10 | Exchange e-mails with M. Peterson re insurance valuation issues. |
| 02/03/11 | PVL | 905.00 | 0.50 | Review Horkovich ltrs to insurers (.1); confer JAL (.2); review e-mail (.1); teleconference EI (.1). |
| 02/03/11 | ACM | 625.00 | 0.30 | Exchange e-mails with Trustee nominees re confirmation. |
| 02/03/11 | ACM | 625.00 | 0.20 | Teleconferences M. Peterson re insurance information. |
| 02/03/11 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: confirmation issues and district court's status conf. |
| 02/04/11 | ACM | 625.00 | 0.50 | Review Mark Peterson memo re assumed timing of claim payments (.4); send e-mail to B. Horkovich re same (.1). |
| 02/07/11 | ACM | 625.00 | 0.60 | Teleconference EI re M. Peterson data (.1); teleconference EI, M. Peterson re same (.4); exchange e-mails with B. Horkovich re same (.1). |
| 02/08/11 | ACM | 625.00 | 0.10 | Send e-mail to Committee re joinder and objection to Garlock 2019 motion. |
| 02/09/11 | PVL | 905.00 | 0.60 | Teleconference Shiner (.3); review e-mail and reply re status (.2); review draft clarification motion (.1). |
| 02/10/11 | PVL | 905.00 | 2.70 | Shelnitz, Finke, Donley, Paul, Baer. O'Neill, Frankel and Wyron (.9); review revised drafts of motion to clarify and e-mail comments (.3); review e-mail and reply (.3); teleconference Shiner (.4); review AXA motion to extend time (.1); review revised obj chart (.7). |
| 02/11/11 | PVL | 905.00 | 3.10 | Review e-mail and reply (.4); review BNSF motion (.5); teleconference EI (.1); review Montana and Canada motions (1.0); teleconference Donley, Paul, Frankel and Wyron (.8); review BNSF and AMH filings (.2); prep for hearing (.1). |
| 02/11/11 | JAL | 535.00 | 0.90 | Telephonic appearance at status hearing on confirmation order. |
| 02/11/11 | JAL | 535.00 | 0.10 | Review and analysis of materials relating to confirmation issues. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/12/11 | PVL | 905.00 | 0.10 | Review e-mail re confirmation issues. |
| 02/13/11 | PVL | 905.00 | 1.70 | Review e-mail (.1); review K&E memos re conf order (.7); teleconference Shelnitz, Finke, Donley, Baer, Paul, Bentley, Frankel, Wyron et al (.9). |
| 02/14/11 | PVL | 905.00 | 0.90 | Attend hearing (.7); review Montana and Canada joinders to BNSF (.1); review Garlock and Bank Lender notices of appeal (.1). |
| 02/14/11 | ACM | 625.00 | 0.20 | Send e-mail to M. Peterson re insurance valuation (.1); teleconference EI re same (.1). |
| 02/15/11 | PVL | 905.00 | 2.00 | Work on responses to BNSF motion (1.3); teleconference Wyron re same (.7). |
| 02/15/11 | ACM | 625.00 | 0.20 | Conference EI re Grace insurance matter (.1); teleconference EI, PVNL re 2019 motion (.1). |
| 02/16/11 | PVL | 905.00 | 0.10 | Work on response to BNSF. |
| 02/16/11 | ACM | 625.00 | 0.20 | Send e-mail to Committee re 2019 Motion made by Garlock. |
| 02/16/11 | JAL | 535.00 | 0.20 | Review and analysis of order clarifying confirmation decision. |
| 02/16/11 | AJS | 340.00 | 0.20 | Review of e-mails from KCM re: evidentiary objections and prep of e-mail to KCM re: evidentiary objections and meeting w/KCM re: objections to Garlock hearing exhibits. |
| 02/17/11 | PVL | 905.00 | 0.10 | Review UCC notice of appeal. |
| 02/18/11 | PVL | 905.00 | 2.70 | Review e-mail and reply (.3); work on draft resp to BNSF motion (.8); teleconference Donley, Paul, Baer, Frankel, Wyron et al (.5); review Libby Cls. notice of appeal and des of record (.1); teleconference Esayian, Frankel, Wyron, Mehaley and Felder (.9); review D. Del. mediation order (.1). |
| 02/20/11 | PVL | 905.00 | 0.10 | Review revised draft opposition to BNSF motion. |
| 02/20/11 | JAL | 535.00 | 0.80 | Review and analysis of draft plan-related documents. |
| 02/21/11 | PVL | 905.00 | 0.70 | Review e-mails and reply (.4); review revised reply to BNSF motion (.2); review cure notice (.1). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/21/11 | JAL | 535.00 | 0.10 | Tele. call w/M. Hurford re: amended plan documents to be filed. |
| 02/21/11 | JAL | 535.00 | 0.20 | E-mail exchanges w/Debtors' counsel re: amended plan documents to be filed. |
| 02/21/11 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to plan issues and potential appeals. |
| 02/21/11 | JAL | 535.00 | 1.00 | Tele. conf. w/plan parties and objectors re: scheduling and procedural matters for appeal. |
| 02/21/11 | JAL | 535.00 | 0.10 | Tele. call w/D. Boll re: filing of amended and revised plan documents. |
| 02/21/11 | JAL | 535.00 | 0.10 | Drafted e-mail to M. Hurford and PVNL re: filing of amended and revised plan documents. |
| 02/21/11 | JAL | 535.00 | 0.10 | Drafted e-mail to J. O'Neill re: filing of amended and revised plan documents. |
| 02/21/11 | JAL | 535.00 | 0.80 | Drafted and revised e-mail to PVNL re: confirmation and appellate issues. |
| 02/22/11 | PVL | 905.00 | 0.60 | Review revised draft opposition to BNSF motion (.2); prepare for 2/23 hearing (.4). |
| 02/22/11 | JAL | 535.00 | 0.20 | Reviewed revised appeals schedule and form of scheduling order. |
| 02/22/11 | JAL | 535.00 | 0.40 | Review and analysis of materials in prep. for tomorrow's status hearing. |
| 02/23/11 | PVL | 905.00 | 0.40 | Attend D. Ct. hearing. |
| 02/23/11 | JAL | 535.00 | 0.50 | Review and analysis of materials relating to confirmation appeal. |
| 02/23/11 | JAL | 535.00 | 1.50 | Court appearance for status conf. on confirmation appeal. |
| 02/24/11 | PVL | 905.00 | 1.10 | Teleconference Esayian, Frankel, Wyron, Mehaley, Felder and Horkovich (.7); review draft BNSF order and e-mail comments (.1); review e-mail and reply (.1); review Grace and CNA counter-des. of record (.2). |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 02/25/11 | PVL | 905.00 | 0.40 | Review e-mails and reply (.3); review draft memo to ACC (.1). |
| 02/25/11 | JAL | 535.00 | 3.50 | Drafting and revisions to memo re: District Court status conf. and appeals scheduling. |
| 02/28/11 | PVL | 905.00 | 1.70 | Tc w/Donley, et al (.2); review BNSF 9033 objs. and reply brief (.3) review Canada objs. & reply brief (.1); tc w/Frankel & Wyron (.9); review emails (.2) |
| 02/28/11 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: comments on memo re: Feb. 23 status conf. |
| 02/28/11 | JAL | 535.00 | 1.00 | Further edits and revisions to memo re: Feb. 23 status conf. |
| 02/28/11 | JAL | 535.00 | 1.50 | Review and analysis of materials relating to plan issues. |

**Total Task Code .17**      38.20


**Travel – Non-Working  (12.30 Hours; $ 4,807.25)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.20 | $452.50 | 3,710.50 |
| Jeffrey A. Liesemer | 4.10 | 267.50 | 1,096.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/14/11 | PVL | 452.50 | 2.30 | Travel to/from Wilmington (half). |
| 02/23/11 | PVL | 452.50 | 5.90 | Travel to/from Philadelphia for hearing. |
| 02/23/11 | JAL | 267.50 | 2.20 | Return travel from Philadelphia to DC following status conf. on confirmation appeal. |
| 02/23/11 | JAL | 267.50 | 1.90 | Travel to Philadelphia for status conf. on confirmation appeal. |

**Total Task Code .21**      12.30

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.51 |
| Charge of Cell and/or Home Phone Useage | 0.72 |
| Database Research | 118.92 |
| Long Distance-Equitrac In-House | 1.08 |
| Meals Related to Travel | 2.00 |
| Travel Expenses - Ground Transportation | 35.00 |
| Xeroxing | 7.90 |
| **Total:** | **$ 181.13** |