## EXHIBIT B

### Business Operations (.10 Hours; $ 53.50)

Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03          .10**

### Case Administration (1.40 Hours; $ 1,142.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          1.40**

### Committee, Creditors' Noteholders' or Equity Holders' (.20 Hours; $ 200.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his counsel.

**Total Task Code .07          .20**

### Employee Benefits/Pension (.80 Hours; $724.00)

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08          .80**

### Fee Applications, Applicant (8.30 Hours; $ 3,236.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          8.30**

### Hearings (2.80 Hours; $ 2,534.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          2.80**

## Litigation and Litigation Consulting (40.10 Hours; $ 15,164.50)

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          40.10**

## Plan & Disclosure Statement (53.20 Hours; $ 28,779.50)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          53.20**

## Travel Non Working (8.30 Hours; $ 3,755.75)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          8.30**