**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                         03/31/2011
Wilmington  DE                                                      ACCOUNT NO:        3000-02D
                                                                    STATEMENT NO:              118

Asset Disposition

PREVIOUS BALANCE                                                                          $44.50

BALANCE DUE                                                                               $44.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                            03/31/2011
Wilmington  DE                                         ACCOUNT NO:      3000-03D
                                                       STATEMENT NO:         105

Business Operations

PREVIOUS BALANCE                                                      $1,101.00

03/25/2011     Payment - Thank you. (September, 2010 - 20% Fees)        -266.40

BALANCE DUE                                                            $834.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:      3000-04D
STATEMENT NO:           118

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,466.97 |

| 03/03/2011 | | | |
|---|---|---|---|
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period January 2011. | 0.70 | 315.00 |
| | FOR CURRENT SERVICES RENDERED | 0.70 | 315.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $450.00 | $315.00 |

| TOTAL CURRENT WORK | 315.00 |
|---|---|

| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -94.10 |
|---|---|---|

| BALANCE DUE | $2,687.87 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                        |                    |
|------------------------|--------------------|
|                        | Page: 1            |
| W.R. Grace             | 03/31/2011         |
| Wilmington  DE         | ACCOUNT NO:    3000-05D |
|                        | STATEMENT NO:    118 |

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                              $2,433.20

BALANCE DUE                                                   $2,433.20


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:        3000-06D
STATEMENT NO:              118

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $677.70 |
| | | |
| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -633.60 |
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -7.20 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -50.40 |
| | TOTAL PAYMENTS | -691.20 |
| | CREDIT BALANCE | -$13.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
|  | STATEMENT NO:           118 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $16,041.64 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/01/2011 |  |  |  |  |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
|  | MK | Review committee hearing memorandum. | 0.20 | 30.00 |
|  | MK | Assemble documents for attorney use at hearing.  Attention to delivery of same to counsel. | 0.50 | 75.00 |
|  | MTH | Review correspondence from P. Matheny and K. Sylander re 2019 filings, reviewing information re same and discussion with MB re same | 0.30 | 112.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | MB | Review and efile Peter G. Angelos 2019 statement | 0.20 | 25.00 |
|  | MB | Review and efile Cooney and Conway 2019 statement | 0.20 | 25.00 |
| 03/03/2011 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| 03/04/2011 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 03/06/2011 |  |  |  |  |
|  | MTH | Prepare weekly recommendation memo and correspondence to Committee re same | 1.30 | 487.50 |
| 03/07/2011 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 15.00 |
|  | MTH | Telephone conference with claimant re status of case | 0.30 | 112.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | DAC | Review counsel's weekly memo | 0.20 | 100.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **03/08/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MB | Email professionals re: certificates of no objections to be filed March 9 | 0.20 | 25.00 |
| | MTH | Reviewing various correspondence re Pension Plan Motion and Foreign Holdco Motion | 0.30 | 112.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/09/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/10/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| **03/11/2011** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 90.00 |
| | MB | Update Grace fee application tracking chart | 0.30 | 37.50 |
| | MTH | Prepare weekly recommendation memo | 1.00 | 375.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | GP | Drafting and preparing W.R. Grace weekly memo | 0.50 | 45.00 |
| **03/14/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | GP | Review and file with the Bankruptcy Court 2019 verification statement. | 0.20 | 18.00 |
| | MB | Correspondence with J. Peachey re: 2019 statements;  Discussion with GP re: same | 0.20 | 25.00 |
| **03/15/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/16/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/17/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| **03/18/2011** | | | | |
| | MTH | Prepare weekly recommendation memos and correspondence to Committee re same | 1.40 | 525.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 90.00 |
| **03/19/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **03/21/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/22/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | GP | Retrieving & organization of pleadings filed with the Bankruptcy Court. | 0.20 | 18.00 |
| **03/23/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/24/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/25/2011** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 90.00 |
| **03/28/2011** | | | | |
| | PEM | Review correspondence and memo from counsel re: Grace Committee re LTIP. | 0.30 | 135.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/29/2011** | | | | |
| | MRE | Revision to weekly recommendation memo | 0.10 | 45.00 |
| | MTH | Discussion with MRE re results of hearing; reviewing and revising draft hearing memo; correspondence to EI and PVNL re same | 0.50 | 187.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MB | Work on draft of memorandum for March 28, 2011 hearing | 0.30 | 37.50 |
| | MTH | Reviewing and revising draft hearing memo and correspondence to EI and PVNL re same | 0.30 | 112.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MRE | Drafting hearing memorandum | 0.20 | 90.00 |
| **03/30/2011** | | | | |
| | PEM | Review WR Grace - March 28, 2011 Hearing Memo. | 0.10 | 45.00 |
| | MTH | Reviewing correspondence from PVNL re hearing memo and response to same; reviewing and revising same and correspondence to Committee re same | 0.40 | 150.00 |
| | MTH | Review correspondence from D. Boll re joint record index and brief review of same | 0.20 | 75.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **03/31/2011** | | | | |
| | MK | Review hearing memorandum. | 0.10 | 15.00 |

Page: 4
03/31/2011
ACCOUNT NO:        3000-07D
STATEMENT NO:               118

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 14.10 | 4,643.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $500.00 | $300.00 |
| Philip E. Milch | 1.80 | 450.00 | 810.00 |
| Michele Kennedy | 1.20 | 150.00 | 180.00 |
| Matthew Brushwood | 1.40 | 125.00 | 175.00 |
| Mark T. Hurford | 7.90 | 375.00 | 2,962.50 |
| Marla R. Eskin | 0.30 | 450.00 | 135.00 |
| Gaurav Patel | 0.90 | 90.00 | 81.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,643.50 |

| | | |
|---|---|---|
| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -3,243.20 |
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -1,027.70 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -816.60 |
| | TOTAL PAYMENTS | -5,087.50 |
| | BALANCE DUE | $15,597.64 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:      3000-08D
STATEMENT NO:           117

Employee Benefits/Pension

PREVIOUS BALANCE                                                                          -$606.70

|  |  | HOURS |  |
|---|---|---|---|
| 03/07/2011 | | | |
| MTH | Correspondence to and from J. Sinclair re Pension Plan Motion and New Holdco Motion | 0.30 | 112.50 |
| 03/11/2011 | | | |
| MTH | Review correspondence from EI re pending motion re pension plan | 0.10 | 37.50 |
| 03/18/2011 | | | |
| MTH | Reviewing Debtors' LTIP Motion | 0.40 | 150.00 |
| MTH | Correspondence to and from PVNL and Charter Oak re Debtors' LTIP Motion and response to same | 0.20 | 75.00 |
| 03/28/2011 | | | |
| MTH | Review correspondence from EI re correspondence to Committee re Debtors' LTIP Motion | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 412.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $375.00 | $412.50 |

TOTAL CURRENT WORK                                                                        412.50

CREDIT BALANCE                                                                            -$194.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:    118 |

Employment Applications, Others

| PREVIOUS BALANCE | $801.90 |
|---|---|

| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -57.60 |
|---|---|---|
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -28.80 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -14.40 |
|  | TOTAL PAYMENTS | -100.80 |
|  | BALANCE DUE | $701.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011

ACCOUNT NO:      3000-11D
STATEMENT NO:          116

Expenses

| | PREVIOUS BALANCE | $6,458.95 |
|---|---|---|

| | | |
|---|---|---|
| 03/01/2011 | Coping -  February | 221.90 |
| 03/01/2011 | Scanning -  February | 2.10 |
| 03/01/2011 | Parcels - copy/service - Multiple fee applications | 266.75 |
| 03/01/2011 | Pacer charges for the month of February | 73.84 |
| 03/04/2011 | Parcels - copy/service - Objection to Garlock Exhibits service | 434.06 |
| 03/04/2011 | Parcels - copy/service - Objection to Garlock Exhibits (e-filing) | 540.00 |
| 03/09/2011 | Parcels - copy/service - Copy Exhibits for Hearing to CD (2/22/11) | 15.00 |
| 03/09/2011 | Parcels - copy/service - Certificate of No Objection for multiple fee applications (2/24/11) | 66.05 |
| 03/09/2011 | Parcels - copy/service - 5 Certificates of No Objection | 66.06 |
| 03/11/2011 | Parcels - virtual docket - filing of Garlock Objection | 405.00 |
| 03/11/2011 | Parcels - copy/service - service of Garlock Objection | 420.08 |
| 03/24/2011 | Parcels - hand delivery - Pro Hac to Judge Fitzgerald | 7.50 |
| 03/29/2011 | Court Call appearance of Mark Hurford on March 2, 2011 | 65.00 |
| 03/29/2011 | Court Call appearance for James Wehner on February 14, 2011 | 79.00 |
| 03/29/2011 | Parcels - copy/service - Certificates of No Objection (4) | 37.00 |
| 03/31/2011 | Photocopying - March 2011 ($.10 per page) | 2.80 |
| | TOTAL EXPENSES | 2,702.14 |
| | | |
| | TOTAL CURRENT WORK | 2,702.14 |
| | | |
| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Expenses) | -281.92 |
| | | |
| | BALANCE DUE | $8,879.17 |

W.R. Grace

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
| | STATEMENT NO:              116 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $4,079.50 |
| | | | **HOURS** | |
| 03/01/2011 | | | | |
| MTH | Reviewing fee application | | 0.30 | 112.50 |
| MB | Finalize and e-file C&L January application | | 0.30 | 37.50 |
| 03/08/2011 | | | | |
| MTH | Various correspondence to and from DS re correspondence from Grace re payment of invoices | | 0.10 | 37.50 |
| 03/09/2011 | | | | |
| MTH | Reviewing docket and reviewing and revising CNO for C&L Interim Fee Application | | 0.20 | 75.00 |
| MB | Review docket for objections and prepare certificate of no objection for Campbell and Levine's October through December interim application | | 0.40 | 50.00 |
| 03/10/2011 | | | | |
| MTH | Reviewing pre-bill | | 0.50 | 187.50 |
| 03/23/2011 | | | | |
| MB | Review case docket for objections to C&L  January 2011 fee application (.1); Prepare and efile certificate of no objection(.4) | | 0.50 | 62.50 |
| 03/30/2011 | | | | |
| MB | Review email from DS re: February bill(.1); Prepare C&L February fee application (.4); Finalize and e-file application (.4) | | 0.90 | 112.50 |
| MTH | Reviewing C&L fee application for filing and service | | 0.30 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | | 3.50 | 787.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 2.10 | $125.00 | $262.50 |

Page: 2

W.R. Grace

03/31/2011

ACCOUNT NO:        3000-12D
STATEMENT NO:              116

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | 375.00 | 525.00 |

TOTAL CURRENT WORK                                                                 787.50

| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -397.60 |
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -236.40 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -92.80 |
| | TOTAL PAYMENTS | -726.80 |
| | BALANCE DUE | $4,140.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:        3000-13D
STATEMENT NO:              103

Fee Applications, Others

PREVIOUS BALANCE                                                                    $15,137.30

| | | | HOURS | |
|---|---|---|---|---|
| 03/01/2011 | | | | |
| | MTH | Reviewing various correspondence re revisions to AKO fee application; telephone discussion with counsel at AKO re same; reviewing correspondence from MB re same | 0.30 | 112.50 |
| | MTH | Reviewing C&D fee application | 0.10 | 37.50 |
| | MTH | Reviewing Charter Oak fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |
| | MB | Finalize AKO January fee application (.4) | 0.40 | 50.00 |
| | MB | Finalize and e-file C&D January application | 0.30 | 37.50 |
| | MB | Finalize and e-file AKO January application | 0.30 | 37.50 |
| | MB | Finalize and e-file Charter Oak January application | 0.30 | 37.50 |
| 03/03/2011 | | | | |
| | MTH | Review correspondence from D.M. re Strook fee application | 0.10 | 37.50 |
| | MB | Update fee application tracking chart with filed application dates and amounts | 0.30 | 37.50 |
| 03/04/2011 | | | | |
| | MB | Review Interim Application of Capstone Advisory Group, LLC for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review Monthly Application of Orrick, Herrington & Sutcliffe for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| | MB | Review Monthly Application of Blackstone Advisory Partners L.P. for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| | MB | Review Monthly Application of Ferry, Joseph & Pearce, P.A. for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| | MB | Review Monthly Application of Reed Smith LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |

W.R. Grace

Fee Applications, Others

|     |     | HOURS |     |
|-----|-----|------:|----:|
| MB | Review Monthly Application of Duane Morris LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Stroock & Stroock & Lavan LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Baer Higgins Fruchtman LLC for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Saul Ewing LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Kramer Levin Naftalis & Frankel LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Alan B. Rich for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Foley Hoag LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Monthly Application of Bilzin Sumberg Baena Price & Axelrod LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MB | Review Interim Application of Casner & Edwards, LLP for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum | 0.20 | 25.00 |
| MTH | Review correspondence from TBB re Kramer CNO | 0.10 | 37.50 |

03/07/2011
| MTH | Review correspondence from DW re various fee applications | 0.10 | 37.50 |
| MTH | Reviewing correspondence from W.W. re HRO fee application | 0.10 | 37.50 |

03/08/2011
| PEM | Review memo from counsel and financial advisor to ACC re: company motions and requests. | 0.30 | 135.00 |
| GP | Review the Court's docket and retrieve fee applications filed with the Court. | 0.40 | 36.00 |
| MTH | Review correspondence from KH re fee applications of Lauzon Belanger, Scarfone Hawkins; and the Hogan Firm | 0.20 | 75.00 |
| MTH | Discussion with MB re CNO's; reviewing correspondence re same | 0.10 | 37.50 |
| MTH | Review correspondence from PB re Beveridge fee application | 0.10 | 37.50 |

03/09/2011
| MTH | Reviewing docket and reviewing and revising CNO for LAS Interim | 0.20 | 75.00 |
| MTH | Reviewing docket and reviewing and revising CNO for Charter Oak Interim Application | 0.10 | 37.50 |
| MTH | Reviewing docket and reviewing and revising CNO for AKO Interim Fee Application | 0.20 | 75.00 |
| MTH | Reviewing docket and reviewing and revising CNO for C&D Interim Fee Application | 0.20 | 75.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 37.50 |
| MB | Review docket for objections and prepare certificate of no objection for Caplin & Drysdale's October through December interim application | 0.40 | 50.00 |
| MB | Review docket for objections and prepare certificate of no objection for Anderson Kill & Olick's October through December interim application | 0.40 | 50.00 |
| MB | Review docket for objections and prepare certificate of no objection for Charter Oak's October through December interim application | 0.40 | 50.00 |
| MB | Review docket for objections and prepare certificate of no objection for Legal Analysis System's October through December interim application | 0.40 | 50.00 |
| MB | Email to R. Finke re: filed certificate of no objections | 0.10 | 12.50 |
| **03/10/2011** | | | |
| MB | Review monthly application of Lauzon Belanger Lesperance for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Scarfone Hawkins LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of The Hogan Firm for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Ogilvy Renault LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Warren H. Smith for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Beveridge & Diamond, P.C. for December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of BMC Group for October 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of BMC Group for November 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of BMC Group for December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review interim application of Deloitte Tax LLP for July through October 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen, LLP for April 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review interim application of BMC Group for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen, LLP for May 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen, LLP for June 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| **03/11/2011** | | | | |
| | MB | Distribute weekly recommendation memorandums | 0.20 | 25.00 |
| | MTH | Reviewing correspondence from DF re Lincoln fee app CNO's | 0.10 | 37.50 |
| **03/14/2011** | | | | |
| | MTH | Review correspondence from DKW re Woodcock fee application | 0.10 | 37.50 |
| **03/15/2011** | | | | |
| | MTH | Review correspondence from PB re K&E fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from PB re Casner fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from DF re Austern fee applications | 0.10 | 37.50 |
| **03/18/2011** | | | | |
| | MB | Review monthly application of Hon. Alexander M. Sanders, Jr. for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of Kirkland & Ellis LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of Casner & Edwards, LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of David T. Austern for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of David T. Austern for December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of Woodcock Washburn LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review interim application of Woodcock & Washburn LLP for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MTH | Review correspondence from YS re PWC fee filings | 0.10 | 37.50 |
| | MTH | Review correspondence from DF re Orrick CNO | 0.10 | 37.50 |
| | GP | Review of W.R. Grace's Docket for filings relating to Fee Applications. | 0.30 | 27.00 |
| **03/22/2011** | | | | |
| | MTH | Correspondence and communications re revisions to AKO fee applications, reviewing same and discussion with MB re same | 0.70 | 262.50 |
| | MB | Prepare Anderson Kill & Olick February 2011 fee application (.7); Correspondence with A. Pelton re: same(.2) | 0.90 | 112.50 |
| | MB | Multiple discussions with A. Pelton re: adjustments to fee application template | 0.60 | 75.00 |
| **03/23/2011** | | | | |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing | 0.10 | 37.50 |
| | MTH | Review correspondence from RS re PSZJ fee application | 0.10 | 37.50 |

Page: 5
03/31/2011
ACCOUNT NO:        3000-13D
STATEMENT NO:        103

W.R. Grace

Fee Applications, Others

|  |  | | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from LO re proposed fee and expense chart and correspondence to MB re same; discussion re same | | 0.20 | 75.00 |
| MTH | Correspondence and communications re draft fee and expense chart | | 0.30 | 112.50 |
| MB | Email professionals and counsel re: certificates of no objection for January fee application | | 0.10 | 12.50 |
| MB | Review case docket for objections to AKO January 2011 fee application (.1); Prepare and efile certificate of no objection(.4) | | 0.50 | 62.50 |
| MB | Review case docket for objections to Charter Oak January 2011 fee application (.1); Prepare and efile certificate of no objection(.4) | | 0.50 | 62.50 |
| MB | Review case docket for objections to C&D January 2011 fee application (.1); Prepare and efile certificate of no objection(.4) | | 0.50 | 62.50 |
| MB | Email as-filed certificates of no objection to R. Finke | | 0.10 | 12.50 |
| **03/25/2011** | | | | |
| MB | Review monthly application of Pricewaterhousecoopers LLP for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | | 0.20 | 25.00 |
| MB | Review interim application of Kirkland & Ellis for the period of October 1, 2010 through December 31, 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | | 0.20 | 25.00 |
| MB | Review monthly application of Pachulski Stang Ziehl & Jones for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | | 0.20 | 25.00 |
| **03/28/2011** | | | | |
| MB | Email correspondence with E. Benetos re: fee auditor reports | | 0.20 | 25.00 |
| **03/29/2011** | | | | |
| MTH | Review correspondence from PB re Steptoe fee application | | 0.10 | 37.50 |
| **03/30/2011** | | | | |
| MB | Review email from D. Relles re: January bill(.1); Prepare LAS February fee application (.3); Finalize and e-file application (.4) | | 0.80 | 100.00 |
| MB | Review email from E. Benetos re: C&D February fee application (.1); Update C&D February fee application (.3); Finalize and e-file application (.4) | | 0.70 | 87.50 |
| MB | Review email from G. Sinclair re: February bill(.1); Prepare Charter Oak February fee application (..3); Finalize and e-file application (.4) | | 0.80 | 100.00 |
| MB | Finalize and e-file AKO February fee application (.4) | | 0.70 | 87.50 |
| MTH | Reviewing C&D fee application for filing and service | | 0.20 | 75.00 |
| MTH | Reviewing Charter Oak fee application for filing and service | | 0.10 | 37.50 |
| MTH | Review correspondence from JS re fee application | | 0.10 | 37.50 |
| MTH | Review correspondence from  TBB re Saul fee application | | 0.10 | 37.50 |
| MTH | Reviewing AKO fee application for filing and service | | 0.10 | 37.50 |
| MTH | Reviewing LAS fee application for filing and service | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 23.60 | 4,298.00 |

W.R. Grace

Fee Applications, Others

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.30 | $450.00 | $135.00 |
| Matthew Brushwood | 17.50 | 125.00 | 2,187.50 |
| Mark T. Hurford | 5.10 | 375.00 | 1,912.50 |
| Gaurav Patel | 0.70 | 90.00 | 63.00 |
| | | | |
| TOTAL CURRENT WORK | | | 4,298.00 |

| | | |
|---|---|---|
| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -1,910.40 |
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -861.60 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -939.40 |
| | TOTAL PAYMENTS | -3,711.40 |
| | BALANCE DUE | $15,723.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    03/31/2011
Wilmington  DE                                    ACCOUNT NO:      3000-14D
                                                  STATEMENT NO:            77

Financing

PREVIOUS BALANCE                                                         $150.00

BALANCE DUE                                                             $150.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:        3000-15D
STATEMENT NO:              118

Hearings

PREVIOUS BALANCE                                                                    $9,326.65

|  |  | HOURS |  |
|---|---|---|---|
| 03/01/2011 |  |  |  |
| MTH | Preparing for hearing; multiple correspondence to PVNL and MK re same | 1.40 | 525.00 |
| 03/02/2011 |  |  |  |
| MTH | Preparing for and attending hearing re BNSF Motion to Reconsider | 2.20 | 825.00 |
| 03/03/2011 |  |  |  |
| MTH | Multiple correspondence to and from MRE re hearing on BNSF motion | 0.10 | 37.50 |
| 03/16/2011 |  |  |  |
| MTH | Various correspondence re preliminary agenda | 0.10 | 37.50 |
| 03/21/2011 |  |  |  |
| MTH | Reviewing Agenda; begin hearing preparations | 0.20 | 75.00 |
| 03/23/2011 |  |  |  |
| MTH | Reviewing Agenda re Garlock matters and certain pleadings related thereto; discussion with MB re same; reviewing correspondence from MB re same | 0.60 | 225.00 |
| 03/24/2011 |  |  |  |
| MTH | Reviewing Amended Agenda, preparing for hearing | 0.50 | 187.50 |
| MTH | Correspondence and communications with JPW re hearing; | 0.40 | 150.00 |
| 03/25/2011 |  |  |  |
| MB | Discuss and assist GP re: hearing binders for MTH | 0.40 | 50.00 |
| 03/28/2011 |  |  |  |
| MRE | Court appearance for Garlock and omnibus hearing | 3.00 | 1,350.00 |

Page: 2

W.R. Grace                                                                                    03/31/2011
                                                            ACCOUNT NO:        3000-15D
                                                            STATEMENT NO:            118

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/29/2011 |  |  |  |  |
|  | MRE | Meeting with MTH re: hearing | 0.10 | 45.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 9.00 | 3,507.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.40 | $125.00 | $50.00 |
| Mark T. Hurford | 5.50 | 375.00 | 2,062.50 |
| Marla R. Eskin | 3.10 | 450.00 | 1,395.00 |

TOTAL CURRENT WORK                                                         3,507.50

| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -573.60 |
|---|---|---|
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -43.20 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -182.80 |
|  | TOTAL PAYMENTS | -799.60 |
|  | BALANCE DUE | $12,034.55 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2011 |
| Wilmington  DE | ACCOUNT NO:  3000-16D |
|  | STATEMENT NO:  103 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | -$1,617.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/04/2011 |  |  |  |  |
| | MTH | Correspondence and communications re finalizing and service of Objection to Garlock Exhibits, coordination with Pittsburgh office re filing in the Western District, reviewing and revising objection; reviewing Certificate of service re same | 1.20 | 450.00 |
| 03/08/2011 |  |  |  |  |
| | MTH | Correspondence re objection to Garlock Motion | 0.10 | 37.50 |
| 03/09/2011 |  |  |  |  |
| | MB | Preparation of documents for efiling re: objection to Garlock intervention | 0.30 | 37.50 |
| 03/11/2011 |  |  |  |  |
| | MTH | Various correspondence and communications re Objection to Garlock Motion to Intervene; reviewing same for filing and service; correspondence re service of same; drafting Objection to Amended 2019 Motion and correspondence to and from counsel at C&D re same | 1.20 | 450.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.80 | 975.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.30 | $125.00 | $37.50 |
| Mark T. Hurford | 2.50 | 375.00 | 937.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 975.00 |
| CREDIT BALANCE | -$642.90 |

Page: 2
W.R. Grace                                                                                      03/31/2011
                                                                        ACCOUNT NO:        3000-16D
                                                                        STATEMENT NO:            103

Litigation and Litigation Consulting

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                 03/31/2011
Wilmington  DE                                         ACCOUNT NO:        3000-17D
                                                       STATEMENT NO:           103

Plan and Disclosure Statement

PREVIOUS BALANCE                                                          $9,198.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/01/2011 | | | | |
| | MTH | Review correspondence from MS re order entered by Judge Buckwalter | 0.10 | 37.50 |
| 03/02/2011 | | | | |
| | PEM | Review Order Stating that Rule 9033 Objections may be Filed in Summary Fashion, Briefly Stating the Bases for the Respective Objections and Responses, with Detailed Briefing and Support Reserved for the Appellate Briefs Regarding the Confirmation Order. | 0.10 | 45.00 |
| 03/04/2011 | | | | |
| | PEM | Review  Memorandum Opinion. | 0.40 | 180.00 |
| | MTH | Review correspondence from MS re Opinion on Motion to Reconsider | 0.10 | 37.50 |
| | MTH | Reviewing correspondence from J. Baer re revised scheduling order | 0.20 | 75.00 |
| 03/07/2011 | | | | |
| | MTH | Review correspondence from JON re confirmation appeal scheduling order | 0.20 | 75.00 |
| | MTH | Review correspondence from attorney re status of Plan and response to same; correspondence to and from PVNL and EI re same | 0.20 | 75.00 |
| | MTH | Review correspondence from J. Donley re revised scheduling order | 0.20 | 75.00 |
| | PEM | Review Memorandum Opinion and Order Granting in Part and Denying in Part Motion of BNSF Railway Company for Reconsideration of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan and Recommended Supplemental Findings of Fact and Conclusions of Law and Order Regarding Confirmation of Joint Plan. | 0.20 | 90.00 |
| 03/08/2011 | | | | |
| | MTH | Review correspondence from JON re letter to J. Buckwalter; order on motion to reconsider and order re: appeals | 0.20 | 75.00 |
| | MTH | Brief review of joint record on appeal | 0.20 | 75.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **03/09/2011** |  |  |  |  |
| | MTH | Telephone conference with JON re status of appeals, Judge Buckwalter | 0.30 | 112.50 |
| **03/11/2011** |  |  |  |  |
| | MTH | Reviewing draft memos re District Court dockets re appeals of Confirmation Order and Order entered by Judge Buckwalter and correspondence to PVNL re same | 0.40 | 150.00 |
| **03/14/2011** |  |  |  |  |
| | MTH | Reviewing multiple correspondence from JON re oral argument on Confirmation appeals | 0.20 | 75.00 |
| | MTH | Review correspondence from counsel to BNSF re Rule 9033 objections | 0.10 | 37.50 |
| | MTH | Reviewing various correspondence re PP objection to 9033 Motions; discussion with JON re same; reviewing correspondence from PVNL re same; reviewing same for signature | 0.50 | 187.50 |
| | MTH | Reviewing various stipulations re Cure amounts and multiple correspondence to and from PVNL re same; telephone discussion with JON re same; follow up correspondence to PVNL re withdrawal of same | 1.00 | 375.00 |
| **03/15/2011** |  |  |  |  |
| | PEM | Review Plan Respondent's Consolidated Response to Objections Filed Pursuant to Bankruptcy Rule 9033 . | 0.50 | 225.00 |
| **03/18/2011** |  |  |  |  |
| | MTH | Review correspondence from Court appointed mediator re possible conflict | 0.10 | 37.50 |
| | MTH | Reviewing correspondence re Libby Claimants Notice of Appeal | 0.10 | 37.50 |
| | MTH | Multiple correspondence to PVNL re various Notices of Appeal | 0.20 | 75.00 |
| **03/21/2011** |  |  |  |  |
| | MTH | Telephone conference with asbestos claimant re status of confirmation process | 0.30 | 112.50 |
| | MTH | Reviewing correspondence re mediation and discussion with MRE and KCD re same; discussion with R. Wyron re same | 0.80 | 300.00 |
| | MTH | Review correspondence from FKL to PVNL re Anderson Memorial and AXA Belgium appeals of Confirmation Order | 0.10 | 37.50 |
| | MTH | Review correspondence from DB re confirmation record on appeal | 0.30 | 112.50 |
| **03/22/2011** |  |  |  |  |
| | MTH | Correspondence with Debtors' counsel and lead counsel re Bank Lender appeals | 0.30 | 112.50 |
| **03/24/2011** |  |  |  |  |
| | MTH | Multiple correspondence re proposed stipulation consolidating Bank Lender appeals and review of same | 0.30 | 112.50 |

W.R. Grace

Plan and Disclosure Statement

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 7.60 | 2,940.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.20 | $450.00 | $540.00 |
| Mark T. Hurford | 6.40 | 375.00 | 2,400.00 |
| TOTAL CURRENT WORK |  |  | 2,940.00 |

| | | |
|---|---|---|
| 03/09/2011 | Payment - Thank you. (December, 2010 - 100% Fees) | -1,285.60 |
| 03/25/2011 | Payment - Thank you. (August, 2010 - 20% Fees) | -272.40 |
| 03/25/2011 | Payment - Thank you. (September, 2010 - 20% Fees) | -66.20 |
|  | TOTAL PAYMENTS | -1,624.20 |
|  | BALANCE DUE | $10,514.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2011
ACCOUNT NO:        3000-18D
STATEMENT NO:              103

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                    -$32.70

CREDIT BALANCE                                                                                      -$32.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    03/31/2011
Wilmington  DE                                              ACCOUNT NO:        3000-20D
                                                           STATEMENT NO:             102

Tax Litigation

PREVIOUS BALANCE                                                                      $468.80

BALANCE DUE                                                                           $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                              03/31/2011
Wilmington  DE                                          ACCOUNT NO:        3000-21D
                                                        STATEMENT NO:               94

Travel-Non-Working

PREVIOUS BALANCE                                                            $391.00

BALANCE DUE                                                                 $391.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

                                                                      Page: 1
W.R. Grace                                                            03/31/2011
Wilmington  DE                                    ACCOUNT NO:        3000-22D
                                                  STATEMENT NO:            107


Valuation


PREVIOUS BALANCE                                                    $1,185.00

BALANCE DUE                                                         $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                            03/31/2011
Wilmington  DE                                                    ACCOUNT NO:      3000-23D
                                                                 STATEMENT NO:            107

ZAI Science Trial

PREVIOUS BALANCE                                                              $1,203.30

BALANCE DUE                                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                      03/31/2011
Wilmington  DE                                          ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 44.50 | 0.00 | 0.00 | 0.00 | 0.00 | $44.50 |
| 3000-03 Business Operations | | | | | |
| 1,101.00 | 0.00 | 0.00 | 0.00 | -266.40 | $834.60 |
| 3000-04 Case Administration | | | | | |
| 2,466.97 | 315.00 | 0.00 | 0.00 | -94.10 | $2,687.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,433.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,433.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 677.70 | 0.00 | 0.00 | 0.00 | -691.20 | -$13.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 16,041.64 | 4,643.50 | 0.00 | 0.00 | -5,087.50 | $15,597.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -606.70 | 412.50 | 0.00 | 0.00 | 0.00 | -$194.20 |
| 3000-10 Employment Applications, Others | | | | | |
| 801.90 | 0.00 | 0.00 | 0.00 | -100.80 | $701.10 |
| 3000-11 Expenses | | | | | |
| 6,458.95 | 0.00 | 2,702.14 | 0.00 | -281.92 | $8,879.17 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,079.50 | 787.50 | 0.00 | 0.00 | -726.80 | $4,140.20 |

Page: 2
03/31/2011
W.R. Grace
ACCOUNT NO:     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,137.30 | 4,298.00 | 0.00 | 0.00 | -3,711.40 | $15,723.90 |
| 3000-14 Financing | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-15 Hearings | | | | | |
| 9,326.65 | 3,507.50 | 0.00 | 0.00 | -799.60 | $12,034.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,617.90 | 975.00 | 0.00 | 0.00 | 0.00 | -$642.90 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 9,198.50 | 2,940.00 | 0.00 | 0.00 | -1,624.20 | $10,514.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -32.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$32.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 391.00 | 0.00 | 0.00 | 0.00 | 0.00 | $391.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 68,908.61 | 17,879.00 | 2,702.14 | 0.00 | -13,383.92 | $76,105.83 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.