IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*. | Civil Action No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the following dates, Claimants Neutocrete Products, Inc. ("Neutocrete Products"), Neutocrete Systems, Inc. ("NSI") and FTF Crawlspace Specialists, Inc. ("FTF," and collectively with Neutocrete and NSI, "Neutocrete" or "Claimants"), by and through their counsel, caused a copy of the below described documents to be served upon counsel for Debtors:

- April 29, 2011   Claimants Neutocrete, NSI And FTF's Responses To Debtors' First Request To Claimants For Documents And Answers To Interrogatories Related To Claims Nos. 8378, 8379, And 8380

Service was made by email on the following counsel for Debtors:

    Roger J. Higgins, Esq.
    Baer ◊ Higgins ◊ Fruchtman LLC
    111 East Wacker Drive, Suite 2800
    Chicago, IL 60601-4277

Dated:  April 29, 2011　　　　　　　　　/s/ Stamatios Stamoulis
                                             Stamatios Stamoulis  #4606
                                             stamoulis@swdelaw.com
                                             Stamoulis & Weinblatt LLC
                                             Two Fox Point Centre
                                             6 Denny Road, Suite 307
                                             Wilmington, DE 19809
                                             (302) 999-1540
                                             *Attorneys for Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*. | Civil Action No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2011, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

> Baer ◊ Higgins ◊ Fruchtman LLC
> Roger J. Higgins, Esq.
> 111 East Wacker Drive, Suite 2800
> Chicago, IL 60601-4277

Dated:  April 29, 2011

/s/ Stamatios Stamoulis
Stamatios Stamoulis  #4606
stamoulis@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Claimants*