**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/23/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE THIRTY-SECOND MONTHLY INTERIM
PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011**

Name of Applicant:                                   Alan B. Rich, Esq.

Authorized to Provide Services To:         Hon. Alexander M. Sanders, Jr.,
                                                                  Legal Representative for Future Asbestos-
                                                                  Related Property Damage Claimants
                                                                  and Holders of Demands

Date of Retention:                                   September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               April 1, 2011 through April 30, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $13,364.00   [80% of $16,705.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $44.00

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | CNO Filed | CNO Filed |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 25.7 hours,[2] for a total amount billed of $16,705.00 of which 80% is

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

currently sought, in the amount of $13,364.00, plus 100% of the expenses incurred during this

period, in the amount of $44.00, for a total currently sought of $13,408.00.

As stated above, this is the Thirty-Second application for monthly fees and expenses.

The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 22.7 | $14,755.00 |
| Travel | 0 | $0 |
| Fee Application Matters (including FCR and Local Counsel) | 3.0 | $1,950.00 |
| TOTAL | 25.7 | $16,705.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $44.00 |
| TOTAL | $44.00 |

//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 2nd day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 4/1/2011 | Prepare, file and serve 31st Monthly Fee Application | 1.5 |
| 4/1/2011 | Review York acquisition of equity notice | 0.1 |
| 4/1/2011 | Review Maryland Casualty Notice of Cross Appeal re confirmation orders | 0.1 |
| 4/1/2011 | Review Maryland Casualty Desgination of Issue for Cross Appeal | 0.1 |
| 4/1/2011 | Review Libby Claimants statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review State of Montana statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review Canada's statement of issues on appeal from confirmation orders | 0.1 |

Page 1 of 6

| | | |
|---|---|---|
| 4/1/2011 | Review monthly fee applications of Canadian ZAI counsel | 0.3 |
| 4/1/2011 | Review GEICO statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review AXA Belgium statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review CNO re Notice of Proposed Sale of Certain Investment and Other Assets of Debtors' Grace Construction Products Business Unit Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets | 0.1 |
| 4/1/2011 | Review Anderson Memorial Hospital's statement of issues on appeal from confirmation orders and record designation | 0.2 |
| 4/1/2011 | Review Statement of Issues to be Presented to the United States District Court for the District of Delaware of the UCC and Bank Lender Group | 0.1 |
| 4/1/2011 | Review Stipulation consolidating appeals, etc. | 0.1 |
| 4/1/2011 | Review Arrowood Notice of Appearance in appeals | 0.1 |
| 4/1/2011 | Review Garlock's statement of issues on appeal from the confirmation orders | 0.1 |
| 4/4/2011 | Review Appellees' designation of the record on appeal from the confirmation orders | 0.5 |
| 4/4/2011 | Review Order of District Court resetting oral argument in appeals | 0.1 |
| 4/4/2011 | Draft Notice of Appearance in appeals and emails to and from local counsel re same | 0.4 |
| 4/4/2011 | Review CNO re 2011 Long Term Incentive Plan | 0.1 |
| 4/5/2011 | Prepare, file and serve CNO for Judge Sanders' 22nd Monthly Fee Application | 0.2 |

| | | |
|---|---|---|
| 4/5/2011 | Prepare, file and serve 23rd Monthly Fee Application of Judge Sanders | 0.7 |
| 4/6/2011 | Review Maryland Casualty counter-designation of issues on appeal | 0.1 |
| 4/6/2011 | Review Plan Proponents' counter-designation of record items for appeal | 0.1 |
| 4/6/2011 | Review Amended CNO re 2011 Long Term Incentive Plan | 0.1 |
| 4/7/2011 | Review February, 2011 Monthly Operating Report | 0.4 |
| 4/7/2011 | Review Opinion of Third Circuit dismissing Anderson Memorial Hospital's appeal from denial of class certification | 0.2 |
| 4/8/2011 | Review Order granting Motion to Implement 2011 LTIP | 0.1 |
| 4/8/2011 | Review acknoldegement of protective orders and revise and execute same and return to Debtors' counsel | 0.2 |
| 4/8/2011 | Email to client re status | 0.1 |
| 4/8/2011 | Review 1Q2011 Statement of Payments to Ordinary Course Professionals | 0.2 |
| 4/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/11/2011 | Review additional notices of intent to acquire equity filed by various York entities | 0.2 |
| 4/11/2011 | Emails to and from client and to Debtors' counsel re acknowledgment of protective orders | 0.2 |
| 4/11/2011 | Emails to and from fee auditor re Hill retention order | 0.1 |
| 4/11/2011 | Review FTP site re district court appeal | 0.3 |
| 4/11/2011 | Review Maryland Casualty statement of issues on cross appeal from confirmation orders | 0.1 |
| 4/11/2011 | Review Agenda for April Omnibus hearing | 0.1 |

| | | |
|---|---|---|
| 4/11/2011 | Attention to arrangements for attending April Omnibus hearing | 0.1 |
| 4/11/2011 | Email to client re telephonic April Omnibus hearing | 0.1 |
| 4/12/2011 | Email from client re Omnibus hearing | 0.1 |
| 4/12/2011 | Review Arrowood Counter-Designation of Record for District Court appeal of confirmation orders | 0.1 |
| 4/12/2011 | Review Plan Proponents' final index of record items for appeal | 0.4 |
| 4/13/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/14/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/15/2011 | Review Motion to approve Zonolite Road (Georgia) settlement | 0.5 |
| 4/15/2011 | Review Debtors' objection to claim of the Illinois dept of revenue | 0.3 |
| 4/15/2011 | Prepare file and serve CNO re Local Counsel's second fee application | 0.2 |
| 4/18/2011 | Attend telephonic April Omnibus hearing | 1.2 |
| 4/18/2011 | Review Correspondence from Debtors to Judge Buckwalter re cross appeal | 0.1 |
| 4/18/2011 | Review Canadian ZAI claimants' motion to appoint Canadian ZAI Settlement Administrator and emails to client and ZAI counsel re same | 0.5 |
| 4/19/2011 | Emails to and from clien re Canadian ZAI motion | 0.1 |
| 4/19/2011 | Email from US ZAI counsel re Canadian ZAI motion | 0.1 |
| 4/20/2011 | Memo to client re pending Canadian ZAI motion and research therefor | 1.0 |
| 4/20/2011 | Email to Richard Schiro, PD Trustee Nominee re status | 0.1 |
| 4/20/2011 | Review Notice of Service of Debtors' Supplemental Responses and Objections to Claimants Neutocrete, NSI and FTF's First Set of Interrogatories Directed to Debtors | 0.1 |

| | | |
|---|---|---|
| 4/21/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/21/2011 | Email to local counsel re service issues | 0.1 |
| 4/21/2011 | Review Motion of Bank Lender Group and UCC re page limits | 0.1 |
| 4/21/2011 | Prepare file and serve CNO re 31st Monthly fee application | 0.2 |
| 4/22/2011 | Review Libby Claimants' Assented-To Motion to Submit Under Seal the Key Identifying Certain Libby Claimants By Number | 0.1 |
| 4/23/2011 | Review Anderson Memorial Hospital's Motion to Exceed Page Limits | 0.1 |
| 4/25/2011 | Review 39th Quarterly Report of Settlements | 0.1 |
| 4/25/2011 | Review 39th Quarterly Report of Asset Sales | 0.1 |
| 4/26/2011 | Prepare file and serve CNO for PD FCR 23rd Monthly Fee Application | 0.2 |
| 4/26/2011 | Review Exhibit F from Canadian ZAI administrator motion (omitted from initial filing) | 0.2 |
| 4/26/2011 | Review Pro Hac Vice application of Michael Brown in USDC | 0.1 |
| 4/26/2011 | Emails to and from local counsel re district court pleadings and preparation of USDC registration form | 0.2 |
| 4/27/2011 | Review Libby Claimants' opening appellate brief | 1.2 |
| 4/28/2011 | Conference with USDC re pro hac and electronic noticing issues | 0.1 |
| 4/28/2011 | Review Order granting Bank Lenders' motion for oversize Brief | 0.1 |
| 4/28/2011 | Review Notice of Acquisition of Equity by York-related entity | 0.1 |
| 4/28/2011 | Review Bank Lenders/UCC opening appellate brief | 1.5 |
| 4/28/2011 | Review briefing notice for appellees' briefs from USDC | 0.1 |
| 4/28/2011 | Review BNSF's opening appellate brief | 1.0 |

| 4/29/2011 | Review opening appellate Brief and supplemental record of Maryland Casualty | 1.0 |
| 4/29/2011 | Review opening appellate brief of GEICO and Republic and appendix | 1.0 |
| 4/29/2011 | Review Canada's opening appellate brief | 0.6 |
| 4/29/2011 | Review of the State of Montana's opening appellate brief | 0.8 |
| 4/29/2011 | Review opening appellate brief of AXA Belgium | 0.8 |
| 4/30/2011 | Review Anderson Memorial Hospital's opening appellate brief | 1.5 |
| 4/30/2011 | Review Garlock's opening appellate brief | 1.2 |

Total:  25.7 hours @ $650/hour = $16,705.00

Expenses:    Court Call (March Omnibus) – $44.00

Total Expenses:   $44.00

**Total Fees and Expenses Due:  $16,749.00**