# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: May 23, 2011 at 4:00 p.m. |

## TWENTY FIRST MONTHLY APPLICATION OF SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | March 1, 2011 through March 31, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $17,325.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $172.16 |

This is a(n): ___ interim        ____ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10 25494 | 8/1/10 through 8/31/10 | $12,146.50 $158.56 | $9,717.20 $158.56 | 25629 |
| 11/11/10 257535 | 9/1/10 through 9/30/10 | $9,865.00 $175.99 | $7,892.00 $175.99 | 25855 |
| 12/1/10 25838 | 10/1/10 through 10/31/10 | $7,748.50 $186.48 | $6,198.80 $186.48 | 25958 |
| 1/4/10 26008 | 11/1/10 through 11/30/110 | $8,349.00 $174.91 | $6,679.20 $174.91 | 26125 |
| 1/26/11 | 12/1/10 through 12/31/10 | $9,467.50 $136.50 | $7,574.00 $136.50 | 26389 |
| 3/1/11 | 1/1/11 through 1/31/11 | $5,471.00 $227.01 | $4,376.80 $227.01 | 26616 |
| 3/30/11 | 2/1/11 through 2/28/11 | $16,418.00 $140.84 | $13,134.40 $140.84 | 26665 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------|--------------------|--------------------|
| Teresa K.D. Currier | $625 | 25.1 | $15,687.50 |
| Tracy B. Buck | $180 | 9.1 | $1,638.00 |
| **TOTAL** | | **34.2** | **$17,325.50** |

\* The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2010 for the Bankruptcy and Restructuring Department).

4

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.4 | $250.00 |
| Business Operations | 0.7 | $437.50 |
| Case Administration | 10.6 | $6,625.00 |
| Claim Analysis Objections & Resolutions (Non-Asbestos) | 0.9 | $562.50 |
| Employee Benefits/Pension | 0.9 | $562.50 |
| Fee Applications, Applicant | 7.6 | $2,035.50 |
| Fee Applications, Others | 4.6 | $1,540.00 |
| Hearings | 1.5 | $937.50 |
| Plan and Disclosure Statement | 7.0 | $4,375.00 |
| **TOTAL** | **34.2** | **$17,325.50** |

5

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MARCH 1, 2011 THROUGH MARCH 31, 2011

| | |
|---|---:|
| Photocopying | $26.70 |
| Federal Express | $110.46 |
| Messenger Service | $35.00 |
| **TOTAL** | **$172.16** |

SAUL EWING LLP

By: _____

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: May 2, 2011