# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2124577 |
| Invoice Date | 04/12/11 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 26.70 |
| Messenger Service | 35.00 |
| Federal Express | 110.46 |
| CURRENT EXPENSES | 172.16 |
| **TOTAL AMOUNT OF THIS INVOICE** | 172.16 |
| **NET AMOUNT OF THIS INVOICE** | 172.16 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2124570 |
| Invoice Date | 04/12/11 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/14/11 | TKD | Review Motion to Sell Investment and Other Assets of Debtors pursuant to De Minimus Asset Sale Procedures | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                                                                       250.00

TOTAL AMOUNT OF THIS INVOICE                                                     250.00

**NET AMOUNT OF THIS INVOICE**                                                     250.00

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2124572 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/11 | TKD | Review Debtor-In-Possession Monthly Operating Report for Filing Period January 2011 | 0.5 | 312.50 |
| 03/25/11 | TKD | Review Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |

CURRENT FEES                                                                                 437.50

**TOTAL AMOUNT OF THIS INVOICE**                                                             437.50

**NET AMOUNT OF THIS INVOICE**                                                               437.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2124573 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/02/11 | TKD | Review all ecf filings and share with team | 0.3 | 187.50 |
| 03/03/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/04/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 03/07/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 03/08/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 03/09/11 | TKD | Review Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus, LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper, Frockt, Gori Jullian & Associates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC and Montgomery, McCracken, Walker & Rhoads, LLP to Garlock's Hearing Exhibits Used on February 14, 2011, for Authorizing Access to the 2019 Statements | 0.3 | 187.50 |
| 03/09/11 | TKD | Review The Asbestos Claimants Committees' Objections to Exhibits Submitted by Garlock during the February 14, 2011 Hearing | 0.3 | 187.50 |
| 03/10/11 | TKD | Review all ecf filings and share with our team | 0.5 | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
04/12/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2124573
Case Administration    Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/10/11 | TKD | Review Response of The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies to Intervene for the Limited Purpose of Seeking Access to Judicial Records | 0.3 | 187.50 |
| 03/11/11 | TKD | Review Objection of the Official Committees of Asbestos Claimants in the Flintkote, Grace, Narco and Pittsburgh Corning Bankruptcies to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 0.2 | 125.00 |
| 03/11/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 03/14/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 03/15/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/17/11 | TKD | Review all ecf filings and share with team | 0.7 | 437.50 |
| 03/17/11 | TKD | Review particular pleadings and obtain PDFs for Phil Bentley | 0.4 | 250.00 |
| 03/18/11 | TKD | Review all ecf filings and notices and share with team | 0.7 | 437.50 |
| 03/23/11 | TKD | Review ecf filings and share with team | 0.3 | 187.50 |
| 03/24/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/25/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/28/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 03/29/11 | TKD | Review all ecf filings and share with our team | 0.5 | 312.50 |
| 03/30/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 03/31/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| | | TOTAL HOURS | 10.6 | |

359022
00004
04/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2124573
Case Administration                                         Page 3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 10.6 | at | $625.00 | = | 6,625.00 |

CURRENT FEES                                6,625.00

**TOTAL AMOUNT OF THIS INVOICE**            6,625.00

**NET AMOUNT OF THIS INVOICE**              6,625.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2124574<br>Invoice Date 04/12/11<br>Client Number 359022<br>Matter Number 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/10/11 | TKD | Review Stipulation Regarding Cure Pursuant to Section 9.1.2 of the Joint Plan of Reorganization. Between W.R. Grace & Co., et al. and SGH Enterprises, Inc. and Samson Investment Company | 0.2 | 125.00 |
| 03/11/11 | TKD | Review Stipulation Regarding Cure Pursuant to Section 9.12 of the Joint Plan of Reorganization, Between W.R. Grace & Co., et al. and Sealed Air Corporation and Cryovac, Inc. Individually or Collectively | 0.2 | 125.00 |
| 03/25/11 | TKD | Review Stipulation Between W.R. Grace & Co., et al. and Beaco Road Site PRP Group | 0.3 | 187.50 |
| 03/25/11 | TKD | Review Order Lifting the Automatic Stay to Allow the State Court Litigation Regarding Claim No. 9566 | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at $625.00 | = | 562.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 26857-2    Filed 05/02/11    Page 8 of 20

359022
00007
04/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2124574
Claim Analysis Objestions & Resolutions (Non-Asbestos)    Page 2

| | |
|---|---:|
| CURRENT FEES | 562.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 562.50 |
| **NET AMOUNT OF THIS INVOICE** | 562.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2124575 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00010 |
| Charlottesville, VA 22902 | |

Re: Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/15/11 | TKD | Review Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2011 Long-Term Incentive Plan | 0.7 | 437.50 |
| 03/25/11 | TKD | Review Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 at | $625.00 | = | 562.50 |

CURRENT FEES                                              562.50

**TOTAL AMOUNT OF THIS INVOICE**                          562.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 26857-2    Filed 05/02/11    Page 10 of 20

359022
00010
04/12/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2124575
Employee Benefits/Pension                                    Page 2

**NET AMOUNT OF THIS INVOICE** 562.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number    2124579
Invoice Date      04/12/11
Client Number     359022
Matter Number     00015

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/11 | TKD | Review Saul Ewing Fee Application and finalize and approve same for filing | 0.4 | 250.00 |
| 03/01/11 | TBB | Draft Saul Ewing's nineteenth monthly fee application | 0.6 | 108.00 |
| 03/01/11 | TBB | Draft Notice to Saul Ewing's nineteenth monthly fee application | 0.2 | 36.00 |
| 03/01/11 | TBB | File and serve Saul Ewing's nineteenth monthly fee applications | 0.5 | 90.00 |
| 03/02/11 | TBB | Draft and file affidavit of service to Saul Ewing's nineteenth monthly fee app | 0.2 | 36.00 |
| 03/09/11 | TBB | Draft CNO to Saul Ewing's Seventh Quarterly Fee Application | 0.5 | 90.00 |
| 03/10/11 | TBB | Draft affidavit of service to saul ewing's cno | 0.2 | 36.00 |
| 03/10/11 | TBB | Flied and serve saul ewing's CNO | 0.5 | 90.00 |
| 03/10/11 | TBB | Calendar dates for appeals and oral argument | 0.5 | 90.00 |
| 03/23/11 | TKD | Review, approve and supervise filing of Saul Ewing CNO | 0.3 | 187.50 |
| 03/23/11 | TBB | Draft CNO to Saul Ewing's nineteenth monthly fee application | 0.5 | 90.00 |
| 03/23/11 | TBB | Review docket for any objection filed to Saul Ewing's nineteenth monthly fee application | 0.2 | 36.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
04/12/11

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2124579
Fee Applications/Applicant                                 Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/23/11 | TBB | File and serve CNO to Saul Ewing's nineteenth monthly fee application | 0.4 | 72.00 |
| 03/25/11 | TKD | Review Order Approving Quarterly Fee Applications for the Thirty-Eighth Period | 0.3 | 187.50 |
| 03/29/11 | TBB | Draft Saul Ewing's twentieth monthly fee application | 1.3 | 234.00 |
| 03/30/11 | TKD | Review and finalize our fee application for filing | 0.5 | 312.50 |
| 03/30/11 | TBB | File and serve Saul Ewing's twentieth monthly fee application | 0.5 | 90.00 |

TOTAL HOURS    7.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 6.1 | at | $180.00 | = | 1,098.00 |
| Teresa K.D. Currier | 1.5 | at | $625.00 | = | 937.50 |

CURRENT FEES                                                    2,035.50

**TOTAL AMOUNT OF THIS INVOICE**                                2,035.50

**NET AMOUNT OF THIS INVOICE**                                  2,035.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2124580 |
| Invoice Date | 04/12/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/11 | TKD | Review Kramer Levin fee application, Review Notice and approve all for filing | 0.4 | 250.00 |
| 03/01/11 | TBB | Draft notice to Kramer Levin's one hundred and thirteenth monthly fee application | 0.2 | 36.00 |
| 03/01/11 | TBB | File and serve Kramer Levin's one hundred and thirteenth monthly fee application | 0.5 | 90.00 |
| 03/02/11 | TBB | Draft and file affidavit of service to Kramer Levin's one hundred and thirteenth monthly fee app. | 0.2 | 36.00 |
| 03/04/11 | TKD | Review Kramer Levin CNO; Check docket for CNO; finalize same for filing | 0.3 | 187.50 |
| 03/04/11 | TBB | Draft CNO to Kramer Levin's thirty five quarterly fee application. | 0.3 | 54.00 |
| 03/04/11 | TBB | Draft Affidavit of Service to Kramer Levin's thirty fifth quarterly fee application. | 0.2 | 36.00 |
| 03/04/11 | TBB | File and service CNO to Kramer Levin's thirty fifth quarterly fee application. | 0.5 | 90.00 |
| 03/09/11 | TKD | Review Fee Auditors' Report of no objection firms | 0.2 | 125.00 |
| 03/23/11 | TKD | Review, approve and supervise filing of Kramer Levin CNO | 0.3 | 187.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
04/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2124580
Fee Applications/Others                                     Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/23/11 | TKD | Review filings with Court: Fee Application Chart as filed and categories of fees | 0.4 | 250.00 |
| 03/23/11 | TBB | Draft CNO to Kramer Levin's one hundred and thirteenth monthly fee application | 0.5 | 90.00 |
| 03/23/11 | TBB | Review docket for any objections to Kramer Levin's one hundred and thirteenth monthly fee application | 0.2 | 36.00 |
| 03/23/11 | TBB | File and serve Kramer Levin's one hundred and thirteenth monthly fee application | 0.4 | 72.00 |

TOTAL HOURS   4.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.0 | at | $180.00 | = | 540.00 |
| Teresa K.D. Currier | 1.6 | at | $625.00 | = | 1,000.00 |

CURRENT FEES   1,540.00

**TOTAL AMOUNT OF THIS INVOICE**   1,540.00

**NET AMOUNT OF THIS INVOICE**   1,540.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2124581<br>Invoice Date 04/12/11<br>Client Number 359022<br>Matter Number 00017 |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/11 | TKD | Review Agenda Notice for hearing and matters scheduled | 0.3 | 187.50 |
| 03/18/11 | TKD | Review Agenda Notice for hearing | 0.4 | 250.00 |
| 03/21/11 | TKD | Review Notice of Agenda for Garlock Hearing | 0.3 | 187.50 |
| 03/25/11 | TKD | Review Amended Agenda for hearing | 0.3 | 187.50 |
| 03/28/11 | TKD | Review change in date for oral argument before Judge Buckwalter; advise our team of same and recalendar | 0.2 | 125.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 1.5 at $625.00 = | | 937.50 |

CURRENT FEES                                                                 937.50

**TOTAL AMOUNT OF THIS INVOICE**                                             937.50

359022
00017
04/12/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2124581
Hearings                                                    Page 2

**NET AMOUNT OF THIS INVOICE**                                         937.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2124582 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/11 | TKD | Review Anderson Memorial's Objection Pursuant to Fed. R. Bankr. P. 9033 to Recommended Findings of Fact, Conclusions of Law and Order re Confirmation of First Amended Joint Plan of Reorganization and Objection Pursuant to Fed. R. Bankr. P. 9033 to Memorandum Opinion re Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law | 0.2 | 125.00 |
| 03/01/11 | TKD | Review Objection (Preliminary) Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, to (i) the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, (ii) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, and (iii) Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 | 0.2 | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
04/12/11

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2124582
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/11 | TKD | Review Preliminary Objection by Garlock Sealing Technologies LLC, Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, to (I) the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, (II) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, and (III) the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 | 0.3 | 187.50 |
| 03/01/11 | TKD | Review Preliminary Objection by Garlock Sealing Technologies LLC, Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, to (I) the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, (II) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, and (III) the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 | 0.2 | 125.00 |
| 03/01/11 | TKD | Review Order Stating that Rule 9033 Objections may be Filed in Summary Fashion | 0.2 | 125.00 |
| 03/01/11 | TKD | Review Debtors, Official Committee Of Asbestos Personal Injury Claimants, And Asbestos PI Future Claimants Representatives Joint Counter Designation Of Record On Appeal From Order Approving Settlement Agreement Between W. R. Grace & Co. And The CNA Companies | 0.3 | 187.50 |
| 03/01/11 | TKD | Review CNA Companies' Designation as Appellees of Additional Items to be Included in the Record on Appeal From the Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies | 0.2 | 125.00 |

359022
00020
04/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2124582
Plan and Disclosure Statement                                Page 3

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/04/11 | TKD | Review Memorandum Opinion and Order Granting in Part and Denying in Part Motion of BNSF Railway Company for Reconsideration of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan and Recommended Supplemental Findings of Fact and Clonclusions of Law and Order Regarding Confirmation of Joint Plan as Modified Through December 23, 2010 | 0.4 | 250.00 |
| 03/04/11 | TKD | Review revised Scheduling Order for appeals, circulated to all parties | 0.4 | 250.00 |
| 03/07/11 | TKD | Review Scheduling Order for District Court appeals of confirmation order and all litigation | 0.4 | 250.00 |
| 03/08/11 | TKD | Review index to joint record on appeal (Plan Proponents) | 0.4 | 250.00 |
| 03/10/11 | TKD | Review and calendar Order Setting Appeal Schedules | 0.3 | 187.50 |
| 03/14/11 | TKD | Review 9033 response; communicate with Phil Bentley and Jamie O'Neill re same | 0.5 | 312.50 |
| 03/14/11 | TKD | Review BNSF proposed order | 0.3 | 187.50 |
| 03/14/11 | TKD | Review Certain Law Firms' Objections to 2019 issues | 0.5 | 312.50 |
| 03/14/11 | TKD | Review Response to Objections Filed Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure Filed by Maryland Casualty Company | 0.2 | 125.00 |
| 03/18/11 | TKD | Review all notice of appeal filed by the deadline | 0.7 | 437.50 |
| 03/23/11 | TKD | Communicate with Bank Lenders counsel regarding consolidation of appeals; Communicate with Phil Bentley re approval of stipulation; approve Stipulation | 0.4 | 250.00 |
| 03/28/11 | TKD | Review Appellant Designation of Items For Inclusion in Record On Appeal / BNSF appeal | 0.4 | 250.00 |
| 03/30/11 | TKD | Review corrected record for appeals, share with team | 0.3 | 187.50 |
| 03/30/11 | TKD | Update oral argument in District Court, schedule same and share with team counsel | 0.2 | 125.00 |

TOTAL HOURS   7.0

359022
00020
04/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2124582
Plan and Disclosure Statement                               Page 4

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.0 | at | $625.00 | = | 4,375.00 |

CURRENT FEES                                           4,375.00

**TOTAL AMOUNT OF THIS INVOICE**                       4,375.00

**NET AMOUNT OF THIS INVOICE**                         4,375.00