Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 30, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 566919
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 120.48 |
| MATTER TOTAL | $120.48 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $4,084.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,084.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $786.00 |
| DISBURSEMENTS | 8.91 |
| MATTER TOTAL | $794.91 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $4,912.50 |
| DISBURSEMENTS | 65.00 |
| MATTER TOTAL | $4,977.50 |

CLIENT GRAND TOTAL ............................................................................. $9,976.89

---

Amounts due may be remitted by wire transfer.

To:    Citibank, N.A.
       Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
       ABA #021000089
Account:        Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of:    Invoice No. 566919
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                         Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                           April 30, 2011
056772-00001                                                                Invoice No. 566919

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 120.48 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$120.48** |
| **TOTAL FOR THIS MATTER** | **$120.48** |

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 30, 2011
056772-00007                                                                  Invoice No. 566919

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 03/03/11 | BLABEY, DAVID E | Review 9033 objections and email to client re same. | 0.50 | 327.50 |
| 03/06/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.20 | 166.00 |
| 03/07/11 | BENTLEY, PHILIP | Discs David Blabey and Jan Baer and trade emails re confirmation appeal issues | 0.50 | 415.00 |
| 03/07/11 | BLABEY, DAVID E | Call with appellants and appellees re scheduling order (.3), review draft stipulation (.1), and discuss with P. Bentley (.1). | 0.50 | 327.50 |
| 03/08/11 | BENTLEY, PHILIP | Review emails re appeal developments and TC David Blabey re same | 0.20 | 166.00 |
| 03/10/11 | BLABEY, DAVID E | Review district court scheduling order and email to client re same. | 0.10 | 65.50 |
| 03/10/11 | BENTLEY, PHILIP | Review emails re confirmation appeal | 0.10 | 83.00 |
| 03/11/11 | BENTLEY, PHILIP | Review confirmation appeal issues, t/c J. Trachtman, and trade emails re same | 0.70 | 581.00 |
| 03/14/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.20 | 166.00 |
| 03/15/11 | BENTLEY, PHILIP | Review recent filings | 0.10 | 83.00 |
| 03/16/11 | BENTLEY, PHILIP | Trade emails re plan issues | 0.10 | 83.00 |
| 03/18/11 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 83.00 |
| 03/21/11 | BENTLEY, PHILIP | Review multiple emails re confirmation appeal | 0.20 | 166.00 |
| 03/22/11 | BENTLEY, PHILIP | TC J. Donley and trade emails re confirmation appeal issues | 0.30 | 249.00 |
| 03/23/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal issues | 0.30 | 249.00 |
| 03/24/11 | BENTLEY, PHILIP | TC Jan Baer and trade emails re confirmation appeal | 0.30 | 249.00 |
| 03/25/11 | BENTLEY, PHILIP | Review emails re confirmation appeals | 0.10 | 83.00 |
| 03/28/11 | BLABEY, DAVID E | Review BNSF statement of issues for appeal. | 0.30 | 196.50 |
| 03/29/11 | BLABEY, DAVID E | Review appellate dockets. | 0.40 | 262.00 |

**TOTAL HOURS AND FEES**                                                    **5.30**   **$4,084.00**

**TOTAL FOR THIS MATTER**                                                    **$4,084.00**

W.R. GRACE & CO. EQUITY COMMITTEE                                            April 30, 2011
056772-00008                                                                 Invoice No. 566919

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/29/11 | BLABEY, DAVID E | Review and edit February bill. | 0.20 | 131.00 |
| 03/31/11 | BLABEY, DAVID E | Prepare February fee application. | 1.00 | 655.00 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$786.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.91 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.91** |

**TOTAL FOR THIS MATTER**                                                    **$794.91**

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 30, 2011
056772-00019                                                                  Invoice No. 566919

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/11 | BLABEY, DAVID E | Attend (by telephone) hearing on BNSF motion for reconsideration (1.7) and exchange emails with client re same (.3). | 2.00 | 1,310.00 |
| 03/28/11 | BLABEY, DAVID E | Attend omnibus hearing by telephone. | 5.50 | 3,602.50 |
| **TOTAL HOURS AND FEES** | | | **7.50** | **$4,912.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 65.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$65.00** |

**TOTAL FOR THIS MATTER**                                                           **$4,977.50**