Exhibit B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
Run Date & Time: 05/02/2011 11:22:57                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:    3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
=================================================================================================================================

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:                                                TO:
    UNBILLED DISB FROM:   03/31/2011                                   TO:   03/31/2011

                                 FEES                     COSTS
                                 ----                     -----

    GROSS BILLABLE AMOUNT:       0.00                     120.48
    AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                               03/31/2011
 CLOSE MATTER/FINAL BILLING?       YES   OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


=================================================================================================================================
                              ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
                              --------------------------                                 --------------

             FEES:                    0.00
    DISBURSEMENTS:                  120.48       UNIDENTIFIED RECEIPTS:          0.00
    FEE RETAINER:                     0.00          PAID FEE RETAINER:           0.00
    DISB RETAINER:                    0.00         PAID DISB RETAINER:           0.00
  TOTAL OUTSTANDING:                120.48        TOTAL AVAILABLE FUNDS:         0.00
                                                       TRUST BALANCE:
                                                    BILLING HISTORY

 DATE OF LAST BILL:    03/29/11           LAST PAYMENT DATE:       04/19/11
 LAST BILL NUMBER:     564699   ACTUAL FEES BILLED TO DATE:    363,353.00
                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                    TOTAL FEES BILLED TO DATE:  363,353.00
 LAST BILL THRU DATE:  02/28/11     FEES WRITTEN OFF TO DATE:    85,704.00
                                   COSTS WRITTEN OFF TO DATE:    23,597.24

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
                              ----------------------------
   (1) Exceeded Fixed Fee     (4) Excessive Legal Time         (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development       (8) Premium
   (3) Pre-arranged Discount  (6) Summer Associate             (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL: _____ Processed by: _____          FRC: _____           CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------- Total Unbilled --------
                                             Oldest    Latest      Total
Code Description                             Entry     Entry       Amount
---- -----------                             ------    ------      ------
0972 DOCUMENT RETRIEVAL FEES                 03/31/11  03/31/11    120.48

                                 Total                             120.48


U N B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee           Date        Amount    Index#    Batch No   Batch Date
----------------                      --------           ----        ------    ------    --------   ----------

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                PIZZARELLO, C      03/31/11    120.48    9335292   1057767    04/11/11
  Document Retrieval Fees
                                      0972 DOCUMENT RETRIEVAL F Total :        120.48


                           Costs Total :                                       120.48
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS   - 06975        Proforma Number: 3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description              Amount     Bill      W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
-----------------------------  --------  --------  -----------  ------------  --------   -------------

0972 DOCUMENT RETRIEVAL FEES    120.48


             Costs Total :      120.48
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                      PAGE     4
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS        - 06975                Proforma Number:       3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP    - 02495                Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

Special Billing Instructions:

                                                     PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                                              TO:
          UNBILLED DISB FROM:    03/31/2011                                TO:   03/31/2011

                                         FEES                                        COSTS

     GROSS BILLABLE AMOUNT:                0.00                                         8.91
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                                                        03/31/2011
  CLOSE MATTER/FINAL BILLING?  YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                               ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                FEES:                        0.00      UNIDENTIFIED RECEIPTS:              0.00
       DISBURSEMENTS:                        8.91         PAID FEE RETAINER:                0.00
        FEE RETAINER:                        0.00        PAID DISB RETAINER:                0.00
       DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:               0.00
   TOTAL OUTSTANDING:                        8.91            TRUST BALANCE:

                                                    BILLING HISTORY

  DATE OF LAST BILL:         03/29/11            LAST PAYMENT DATE:       04/19/11
  LAST BILL NUMBER:          564699   ACTUAL FEES BILLED TO DATE:    222,364.50
                                      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          TOTAL FEES BILLED TO DATE:   222,364.50
  LAST BILL THRU DATE:       02/28/11   FEES WRITTEN OFF TO DATE:      19,208.00
                                        COSTS WRITTEN OFF TO DATE:         910.75
FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
  (2) Late Time & Costs Posted (5) Business Development     (8) Premium
  (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding        (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:        Processed by:                FRC:                    CRC:
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS      - 06975           Proforma Number:    3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP  - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------- Total Unbilled --------
Code Description                        Oldest       Latest       Total
                                        Entry        Entry        Amount
---- ---------------------------------  ----------   ----------   ----------
0930 MESSENGER/COURIER                   03/31/11     03/31/11         8.91

                        Total                                          8.91


U N B I L L E D   C O S T S   D E T A I L
Description/Code               Employee            Date        Amount       Index#    Batch No   Batch Date
----------------------------   ----------------   ---------   ---------    -------   --------   ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT   BLABEY, D E        03/31/11         8.91    9338226   1059242     04/14/11
    Saul Ewing LLP

                                      0930 MESSENGER/COURIER Total :       8.91


              Costs Total :                                                8.91
```

alp_132r: Matter Detail　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS & FRANKEL LLP　　　　　　　　　　　　　　　　　　　　　　　　PAGE    6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00008　　　　　　　　　　　　　　　　　　　Orig Prtnr : CRED. RGTS - 06975　　　　　　　Proforma Number:    3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE　　　　　　　 Bill Prtnr : BENTLEY PHILIP - 02495　　　　　Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT　　　　　　　　　　 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description　　　　　　　Amount　　　Bill　　　W/o / W/u　　　Transfer To　　　Clnt/Mtr　　　Carry Forward
--------------------------------------------------------------------------------------------

0930 MESSENGER/COURIER　　　　　8.91

　　　　　　Costs Total :　　　8.91

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975              ProForma Number:   3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status         : ACTIVE

Special Billing Instructions:

                                               PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                                 TO:
           UNBILLED DISB FROM:  02/17/2011                     TO:    02/17/2011

                                     FEES                                  COSTS

    GROSS BILLABLE AMOUNT:            0.00                                  65.00
      AMOUNT WRITTEN DOWN:
                  PREMIUM:
        ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                                               02/17/2011
 CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

             FEES:                       0.00      UNIDENTIFIED RECEIPTS:       0.00
     DISBURSEMENTS:                     65.00      PAID FEE RETAINER:           0.00
     FEE RETAINER:                       0.00      PAID DISB RETAINER:          0.00
     DISB RETAINER:                      0.00      TOTAL AVAILABLE FUNDS:       0.00
  TOTAL OUTSTANDING:                    65.00      TRUST BALANCE:

                                                  BILLING HISTORY

 DATE OF LAST BILL:                   03/29/11               LAST PAYMENT DATE:    04/19/11
 LAST BILL NUMBER:                     564699 ACTUAL FEES BILLED TO DATE:        459,334.00
                                               ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                   TOTAL FEES BILLED TO DATE:   459,334.00
 LAST BILL THRU DATE:                 02/28/11  FEES WRITTEN OFF TO DATE:        11,993.18
                                                COSTS WRITTEN OFF TO DATE:        1,772.20

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
   (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____   FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    8
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status    : ACTIVE

U N B I L L E D   C O S T S    S U M M A R Y  ------- Total Unbilled -------
Code Description                      Oldest      Latest       Total
                                      Entry       Entry       Amount
                                      -----       -----       ------
0990 OTHER FEES                      02/17/11    02/17/11       65.00

                     Total                                      65.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code

OTHER FEES 0990
     PLATINUM PLUS FOR BUSINE                  Employee       Date      Amount    Index#    Batch No   Batch Date
     PLATINUM PLUS FOR BUSINESS 03/04/11 - COURTCALL           -----    ------    ------    --------   ----------
     - David E. Blabey Jr.                     BLABEY, D E    02/17/11   65.00    9343976   1062244    04/22/11

                                    0990 OTHER FEES Total :            65.00


                     Costs Total :                                     65.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    9
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2011 11:22:57

Matter No: 056772-00019                               Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   3150947
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount            Bill         W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward

0990 OTHER FEES                  65.00

         Costs Total :           65.00
```