EXHIBIT A

**March2011 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/8/2011 | Review draft Ceratech letter agreement and prepare comments re same (.40); confer with J. Forgach re LTIP/ Stock Option Plan matter (.30); confer with J. O'Connell re LTIP and pension matters (.30); review and respond to client's inquiries re several outstanding issues (.30); review Merek letter and provide comments re same (.30). | 1.60 | $625 | $1,000.00 |
| JSB | 3/9/2011 | Review and revise Ceretech de minimis Sale Notice and prepare transmittal re same (1.0); confer with J. McFarland re same (.30).i | 1.30 | $625 | $812.50 |
| JSB | 3/11/2011 | Review revised Hanlon affidavit re Ceratech(.40); confer with client re additional changes and prepare correspondence re same (.40). | 1.30 | $625 | $812.50 |
| RJH | 3/16/2011 | Telephone conference with client re foreign holding company and other motions and resolve issues re same (.90). | .90 | $475 | $427.50 |
| RJH | 3/17/2011 | Attend to matters re Ceratech notice of sale and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| JSB | 3/23/2011 | Confer with C. Finke re GR 2008 matter issues (.30); follow up re same (.20). | .50 | $625 | $312.50 |
| RJH | 3/23/2011 | Telephone conference with C. Finke re proposed business transaction (.40); legal research re same and exchange correspondence with various parties re same (.40). | .80 | $475 | $380.00 |
| RJH | 3/24/2011 | Multiple telephone conferences with C. Finke re proposed business transaction (1.10); analyze issues re same (1.50). | 2.60 | $475 | $1,235.00 |
| JSB | 3/29/2011 | Confer with J. Posner re CNA buyout and claim issues (.40); confer with M. Shelnitz re RS/ Verify stock issue (.30); confer with J. McFarland re Ceretech notice issue and timing (.30); confer with C. Finke re issues on RS Stock matter (.30). | 1.30 | $625 | $812.50 |
| Total | | | 10.90 | | $6,077.50 |

2

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/1/2011 | Review Rust inquiries and responses re same (.30); confer with J. Posner re status of CNA (.20) | .50 | $625 | $312.50 |
| JSB | 3/7/2011 | Confer with R. Finke re professional fee payment issue (.20); review newly filed pleadings and attend to same (.40); confer with M. Araki re National Union/ Marblegate claim issues (.30). | .90 | $625 | $562.50 |
| RJH | 3/17/2011 | Revise and update Grace task list (.20). | .20 | $475 | $95.00 |
| JSB | 3/21/2011 | Confer with client re status of various pending matters (.30); review and respond to numerous case inquiries (.40); confer with Court re 3/28 hearing and follow up re same (.30); review and attend to newly filed pleadings (.50). | 1.50 | $625 | $937.50 |
| JSB | 3/25/2011 | Revise correspondence re-entered orders and follow up re same (.30); review newly filed pleadings and attend to same (.40). | .70 | $625 | $437.50 |
| JSB | 3/28/2011 | Review and respond to inquiries re Toyota (.20); respond to several creditor inquiries re case status (.40). | .60 | $625 | $375.00 |
| Total | | | 4.40 | | $2,720.00 |

**Matter 6**                            **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2011 | Legal research re Locke lift stay issues and correspond with various parties re same (.90). | .90 | $475 | $427.50 |
| RJH | 3/2/2011 | Analyze opens claims matters and legal research re same (.80). | .80 | $475 | $380.00 |
| RJH | 3/4/2011 | Legal research re tax claim issues and exchange correspondence with various parties and draft correspondence re same (1.10). | 1.10 | $475 | $522.50 |
| RJH | 3/16/2011 | Legal research re payroll tax claim issues (.70); telephone conference with J. Forgach et al. and follow up re same (.80); exchange correspondence with J. O'Connell and others re same (.30); telephone conference with A. Schlesinger re same (.40); analyze open claims issues and exchange correspondence with various parties re same (.70). | 2.90 | $475 | $1,377.50 |
| RJH | 3/17/2011 | Legal research re payroll tax claim issues (3.80); address various claims issues and exchange correspondence with various parties re same (.50). | 4.30 | $475 | $2,042.50 |
| RJH | 3/18/2011 | Legal research and analysis re payroll tax claims and draft correspondence re same (2.20). | 2.20 | $475 | $1,045.00 |
| RJH | 3/21/2011 | Legal research and analyze various open claims issues (4.70); exchange correspondence with various parties re same (.30); analyze Minnesota DOR claim and exchange correspondence with various parties re same (.60). | 5.60 | $475 | $2,660.00 |
| RJH | 3/22/2011 | Legal research and analysis re various open claims issues and update task list re same (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 3/23/2011 | Legal research and analysis re open tax claims and correspond with various parties re same (5.90); legal research re various payroll tax claims (1.80). | 7.70 | $475 | $3,657.50 |
| RJH | 3/24/2011 | Analyze issues re various payroll tax claim issues (1.10). | 1.10 | $475 | $522.50 |
| RJH | 3/25/2011 | Legal research and analysis re opens claims matters (1.30); legal research and analysis re open payroll tax claims (3.20); legal research and analysis re open tax claims (.50); review and revise 9019 motion (1.30). | 6.30 | $475 | $2,992.50 |
| RJH | 3/28/2011 | Respond to various claims inquiries and analyze issues raised by same (.70); analyze tax claims issues, legal research and exchange correspondence with various parties re same (5.10). | 5.80 | $475 | $2,755.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/29/2011 | Telephone conference with L. McCloud re Tennessee employment tax claim and correspond with parties re same (.60); multiple telephone conferences with various parties re Oregon tax claims (.70); legal research and analysis re same (.80); legal research and exchange correspondence re Pennsylvania tax claim (.60); legal research and analysis re various open claims issues (.90). | 3.60 | $475 | $1,710.00 |
| JSB | 3/30/2011 | Confer with C. Sherry re Nathan Krimmel claims cure notice and case status (.30); follow up re same (.30). | .60 | $625 | $375.00 |
| Total | | | 47.40 | | $22,605.00 |

| | | Matter 8 | | Employee Benefits/Pension | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2011 | Legal research and prepare for call with committee counsel re pension motion (.40); telephone conference with A. Krieger and J. Baer re same (.30). | .70 | $475 | $332.50 |
| JSB | 3/10/2011 | Prepare correspondence re LTIP motion (.30); review draft LTIP motion (.50); review and respond to correspondence re same (.30); prepare correspondence re issues with LTIP motion (.30). | 1.40 | $625 | $875.00 |
| JSB | 3/11/2011 | Review precedent and revise LTIP motion (1.20); confer with A. Paul re same (.30); several conferences with J. Forgach re LTIP (.50); substantially revise same (3.5); prepare correspondence re same (.30); review comments to further revised LTIP and prepare revisions on same (.90); confer with J. Forgach and prepare final revisions to LTIP and transmittal re same (.70). | 7.40 | $625 | $4,625.00 |
| RJH | 3/23/2011 | Telephone conference with J. Forgach re LTIP motion and other issues and follow up re same (.60). | .60 | $475 | $285.00 |
| Total | | | 10.10 | | $6,117.50 |

6

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/2/2011 | Legal research re retention of professionals and potential conflicts issue (1.30). | 1.30 | $475 | $617.50 |
| Total | | | 1.30 | | $ 617.50 |

**Matter 11**                                  **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/18/2011 | Prepare February fee detail (1.00). | 1.00 | $475 | $475.00 |
| JSB | 3/21/2011 | Prepare February fee and expense application (2.0). | 2.00 | $625 | $1,250.00 |
| RJH | 3/23/2011 | Prepare February fee detail (.80). | .80 | $475 | $380.00 |
| RJH | 3/24/2011 | Prepare February fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 3/25/2011 | Revise February fee application (.50). | .50 | $475 | $237.50 |
| RJH | 3/28/2011 | Prepare February fee application for filing (.50). | .50 | $475 | $237.50 |
| Total | | | 6.80 | | $3,530.00 |

**Matter 14**                                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/2/2011 | Participate in hearing re BNSF Motion for Reconsideration on Confirmation Order (2.0);confer with M. Shelnitz re BNSF hearing (.20). | 2.20 | $625 | $1,375.00 |
| RJH | 3/18/2011 | Attend to matters re pension motion order and exchange correspondence with various parties re same (.90). | .90 | $475 | $427.50 |
| RJH | 3/21/2011 | Exchange correspondence with various parties re pending certificates of counsel and review docket re same (.60). | .60 | $475 | $285.00 |
| RJH | 3/24/2011 | Attend to and resolve issues re pending certificates of counsel (.50). | .50 | $475 | $237.50 |
| JSB | 3/25/2011 | Review 3/28 agenda and assemble materials re hearing (re Garlock) (.50). | .50 | $625 | $312.50 |
| RJH | 3/25/2011 | Attend to and resolve issues re orders entered by the Court and exchange correspondence with various parties re same (.90). | .90 | $475 | $427.50 |
| JSB | 3/28/2011 | Review materials in preparation for Grace Omnibus hearing (.80); participate in Grace Omnibus hearing (matter re Garlock) (3.50) | 4.30 | $625 | $2,687.50 |
| JSB | 3/31/2011 | Review April hearing agenda and comment re same (.30). | .30 | $625 | $187.50 |
| Total |  |  | 10.20 |  | $5,940.00 |

8

**Matter 15**                                          **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/1/2011 | Participate in call with Samson re Otis Pipeline consent decree (.70); review revised draft re same (.20); confer with counsel for Samson re Cure Notice issues (.20); prepare Stipulation re Cure Notice and revise same (.80); review correspondence re call on Pension issues (.30); confer with A. Krieger re Pension Motion issues (.40); confer with R. Finke re Cure Notice issues (.30); prepare correspondence to co-counsel re same (.30); confer with M. Araki re Cure Notice service issues (.30); review comments on Cure Notice and proposed revisions to same and respond re same (.30); revise Exhibit Stipulation and prepare correspondence re same (.50). | 4.30 | $625 | $2,687.50 |
| JSB | 3/2/2011 | Confer with J. Young re CNA/ Grace Workers Compensation policies (.30); review correspondence and revised documents re Otis PPA and Consent Decree and respond re same (.80). | 1.10 | $625 | $687.50 |
| RJH | 3/2/2011 | Legal research re claims litigation matter (1.30); prepare for and participate in telephone conference with N. Berke and J. Hughes re same (2.10); follow up telephone conference with J. Hughes re same (.50). | 3.90 | $475 | $1,852.50 |
| JSB | ·3/3/2011 | Confer with Client and co-counsel re Otis PPA issues (.50); review letter and comments on Atlanta Consent Decree and provide comments re same (.80); review recent draft of Otis 9019 motion (2.5). | 3.80 | $625 | $2,375.00 |
| JSB | 3/4/2011 | Complete Otis revised 9019 and prepare same for transmittal to clients (.70); review client and co-counsel comments re same (.50); further revise Otis 9019 motion and order (.40); review further revised Otis PPA (.40). | 2.00 | $625 | $1,250.00 |
| JSB | 3/7/2011 | Review correspondence and documents re transfer of National Union claims (.40); review draft Ceratech negative notice and agreement (.30); Review Otis Motion and Order and prepare correspondence re same (.80). | 1.50 | $625 | $937.50 |
| JSB | 3/8/2011 | Review correspondence re Otis settlement issues (.30); review and respond to correspondence re Seneca Meadows POC issues (.30). | .60 | $625 | $375.00 |
| JSB | 3/9/2011 | Prepare correspondence re Otis Settlement Status (.30); Review comments re Atlanta matter and respond re same (.30); prepare correspondence to counsel re status of various outstanding motions (.30); confer with E. Wolf re claim transfer issue and prepare correspondence re same (.40). | 1.30 | $625 | $812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/10/2011 | Confer with A. Paul re Otis Pipeline 9019 motion and related matters (.50); review draft Hanlon affidavit and prepare comments re same (.30); review comments on Ceretech notice and prepare response on same (.30); prepare revised Cure Notice and correspondence re same (.30); review further comments re same (.30); prepare correspondence re same (.50); confer with Sealed Air, Fresenius, the Unsecured Committee, and client re Cure Notice issues (.60); review numerous revised drafts and correspondence re Ceretech Notice and affidavit and respond to inquiries re same (.90); prepare transmittal re Ceretech (.20); review Samson comments on Cure Notice and prepare correspondence re same (.30). | 4.20 | $625 | $2,625.00 |
| RJH | 3/16/2011 | Exchange correspondence with S. Stamoulis re Neutocrete (.30). | .50 | $475 | $237.50 |
| RJH | 3/17/2011 | Prepare for and participate in telephone conference with S. Stamoulis re Neutocrete matter (.60); consider and analyze issues re same (.70); telephone conference with J. Hughes re same (.60); exchange correspondence with various parties re same (.50). | 2.40 | $475 | $1,140.00 |
| RJH | 3/18/2011 | Exchange correspondence with S. Stamoulis re Neutocrete and consider issues re same (.60). | .60 | $475 | $285.00 |
| JSB | 3/21/2011 | Review correspondence re Plews Shadley matter and respond to same (.40). | .40 | $625 | $250.00 |
| RJH | 3/21/2011 | Prepare for and participate in telephone conference with N. Berke and J. Hughes re claims litigation (1.10); follow-on telephone conference with J. Hughes re same (.50); legal research and analysis re same (1.20). | 2.80 | $475 | $1,330.00 |
| JSB | 3/23/2011 | Review Samson letter re Ft Peck and follow up re same (.30); confer with J. Posner re CNA claim issues (.30); review and respond to further correspondence re Ft Peck (.30); review Atlanta draft consent order and Stipulation (.40). | 1.30 | $625 | $812.50 |
| JSB | 3/24/2011 | Review correspondence from L. Gardner re Easthampton issue and prepare response re same (.50); prepare correspondence re Ft Peck appeal and mediation (.30); review Consent Decree re Atlanta and provide comments re same (.40); confer with M. Daniel (Samson) re Ft. Peck mediation (.40); prepare summary re same (.60); review and respond to correspondence re Otis status (.30). | 2.50 | $625 | $1,562.50 |
| JSB | 3/25/2011 | Review Atlanta draft Stipulation and related materials to prepare motion for approval of Consent Decree (1.0); prepare Atlanta Motion and Order to approve Consent Decree (2.50); confer with J. Young re CNA claim on Workers Compensation (.30); prepare correspondence re Atlanta (.30). | 4.10 | $625 | $2,562.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/25/2011 | Exchange correspondence with various parties re claims litigation issues and analyze and resolve same (.30). | .30 | $475 | $142.50 |
| RJH | 3/28/2011 | Respond to correspondence re claims litigation and analyze issues re same (.30). | .30 | $475 | $142.50 |
| JSB | 3/29/2011 | Review Samson Comments to PPA and 9019 Order and R. Spense follow on comments (.50); confer with R. Finke and R. Spense re comments to 9019 Order and PPA (.70); review and respond to correspondence re related Otis issues (.30) | 1.50 | $625 | $937.50 |
| RJH | 3/29/2011 | Telephone conference with J. Hughes re claims litigation issues and exchange correspondence with various parties re same (.90). | .90 | $475 | $427.50 |
| JSB | 3/30/2011 | Review revised Atlanta Administration Order and provide comments re same (.30); review most recent draft Otis PPA and comments re same (.50); review comments on Atlanta Motion and Order and further revise same (.50); follow up re Synthetech Sale notice (.20); prepare correspondence re revised Atlanta motion, order, and Consent Order (.30); participate in conference with Samson counsel re status of PPA (.60); review follow up correspondence re same (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 3/31/2011 | Review and respond to correspondence re Ceretech notice and related issues (.30); review and follow up re Atlanta Consent Order and motion (.30); review and follow up on Otis Consent Order, PPA, and 9019 motion (.30); confer with C. Finke re potential incentives for LLC chief executive and Bankruptcy related issues (.50); confer with R. Higgins re same (.30); review further correspondence re EPA issue on Otis Consent Order finality (.30). | 2.00 | $625 | $1,250.00 |
| Total | | | 45.00 | | $26,370.00 |

11

| | Matter 16 | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 3/1/2011 | Review revised draft appellate scheduling order and provide comments re same (.40); confer with J. O'Connell re case status (.30); review correspondence and revised draft case management orders and appeals (.30). | 1.00 | $625 | $625.00 |
| RJH | 3/1/2011 | Consider issues re form of cure notice (.50). | .50 | $475 | $237.50 |
| JSB | 3/2/2011 | Confer with N. Coco (Fresenius) re hearing and case Notice issues (.30); revise Cure Notice with client contacts and circulate to interested parties (.60); review and respond to inquiries re Record on appeal and other related issues (.30). | 1.20 | $625 | $750.00 |
| JSB | 3/3/2011 | Review draft index for record on appeal (.50); confer with D. Boll re same (.30); review draft orders re cross appeal and consolidation issues and correspond re same (.40). | 1.20 | $625 | $750.00 |
| JSB | 3/4/2011 | Confer with J. Donley, A. Paul, and J. O'Neill re Lender's Consolidation Motion and MCC draft order (.50); confer with counsel for MCC re same (.40); review Libby 9033 objections and Montana's objections (.30); review revised scheduling order, confer re same, and prepare transmittal to parties re same (.50); review correspondence re BNSF Order and review Order re same (.50); prepare follow up re same (.20); review Samson comments to Cure Stipulation (.30); review revised Bank Stipulation and comments re same (.20); prepare comments re joinder and review correspondence re law on same (.40); review draft 9033 response and comments/ discussion re same (.40). | 3.70 | $625 | $2,312.50 |
| JSB | 3/7/2011 | Confer with J. Donley and J. O'Neill re status re District Court matters (.30); participate in call with Plan parties re draft District Court scheduling order (.40); confer with Plan Proponents re Bank Lender appeal and related issues (.40); prepare correspondence re Bank Lender appeal (.30); review and respond to further correspondence re Bank Lender and regular scheduling orders (.40); review Garlock's 9033 Objections (.20); confer with Equity counsel and J. Donley re Bank Order (.20); review revised scheduling orders and correspondence re same (.40). | 2.60 | $625 | $1,625.00 |
| JSB | 3/8/2011 | Review and respond to correspondence re Cure Notice stipulation issues (.30). | .30 | $625 | $187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/9/2011 | Review revision to Cure Stipulation and further revise same (.50); prepare correspondence re same (.30); review GUC inquiry re same (.20); review Samson revised Cure Stipulation and further revise same (.30); confer with R. Finke re Samson Stipulation and prepare transmittal re same (.30); confer with G. Lowry re same (.20); review and respond to inquiries re cure matters (.30); confer with A. Krieger re same (.30). | 2.40 | $625 | $1,500.00 |
| JSB | 3/10/2011 | Review Appeal Order and docket dates (.30); confer with J. Donley re same (.30); review various correspondence and confer re appeal timing, BNSF issues, and Lender issues (.40); review revised 9033 response (.20). | 1.20 | $625 | $750.00 |
| JSB | 3/11/2011 | Prepare correspondence re final Cure Stipulation and arrange for execution and filing of same (.40); follow up re questions on same (.20). | .60 | $625 | $375.00 |
| RJH | 3/18/2011 | Telephone conference with J. O'Connell re confirmation appeal issues (.40); legal research re same (.90). | 1.30 | $475 | $617.50 |
| JSB | 3/21/2011 | Confer with J. Donley and A. Paul re update on meeting re status of settlement discussions and Libby related issues (.50); confer with R. Higgins re same (.30); review and respond re Canadian recognition issues and follow up re same (.40); review inquiry from W.Taylor re Cure Notice and follow up re same (.30). | 1.50 | $625 | $937.50 |
| RJH | 3/21/2011 | Confer with J. Baer re various confirmation appeal-related matters (.50). | .50 | $475 | $237.50 |
| JSB | 3/22/2011 | Review materials in preparation for client call re alternatives to effective date (.70); confer with client and co-counsel re same (1.30); confer with W. Taylor re Beco Road Cure notice Stipulation (.30); prepare correspondence re same (.30); confer with J. Freeman re status and effective date issues (.30); review and respond to correspondence re record on appeal issues (.40); review and respond to correspondence re numerous outstanding issues and appeal briefs (.40); review and respond to correspondence re Lender briefing issues (.30); review correspondence for previous materials re EPA deliverables and prepare correspondence re same (.30). | 4.30 | $625 | $2,687.50 |
| JSB | 3/23/2011 | Review correspondence re appeal stipulation and draft stipulation and respond re same (.40); review pro hoc vice applications and respond re same (.30); review draft Canadian materials re Canadian recognition of Confirmation Order (.40); participate in call with all potential appellants re record on appeal and confidentiality issues (.30); prepare further correspondence re appeal issues (.30); prepare revisions to Canadian submission (.70). | 2.40 | $625 | $1,500.00 |

13

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/24/2011 | Confer with P. Bentleyrevised Beco Road Stipulation (.30); prepare further revisions on Beco Road Stipulation and correspondence re same (.30); confer with D. Boll re Record on Appeal issues (.40). | 1.60 | $625 | $1,000.00 |
| JSB | 3/25/2011 | Review correspondence and confer with co-counsel re appellate oral argument date issue (.30). | .30 | $625 | $187.50 |
| JSB | 3/28/2011 | Review materials re Statements of Issues on appeal and counter-statements (.30); review correspondence re National Union Cure Stipulation issues and respond re same (.30); review signed National Union Stipulation and prepare same for filing (.30); review and respond to inquiries re District Court hearing (.30); prepare correspondence re information needed re Montana and the Crown (.40); review and respond to inquiry re Canadian Claims Administrator and Status (.30); confer with K. Love re Montana and Crown Information (.40). | 2.30 | $625 | $1,437.50 |
| JSB | 3/29/2011 | Review M. Shelnitz draft response re Sealed Air discussion (.20); prepare comments to same, review further comments and respond re issues on same (.30); confer with M. Shelnitz and J. O'Neill re District Court Order Agreement (.30); follow up re same (.30); review materials re Montana and Crown appeals and confer with C. Irmis re same (.50). | 1.60 | $625 | $1,000.00 |
| RJH | 3/29/2011 | Legal analysis re various confirmation appeals issues (.50). | .50 | $475 | $237.50 |
| JSB | 3/30/2011 | Confer re O. Pasparakis re Crown issues for Canadian matter (.30); review Information Officer's Report re Canadian approval and provide comments re same (.50); review and respond to further issues on Canadian approval (.30). | 1.10 | $625 | $687.50 |
| JSB | 3/31/2011 | Confer with C. Irmis re materials needed for Canadian proceedings on voting issue (.40), review and respond to correspondence from Canadian Counsel re Factum (.30); review correspondence re Canadian materials re Factum and respond re same (.30). | 1.00 | $625 | $625.00 |
| Total | | | 33.10 | | $20,267.50 |