<u>**EXHIBIT B**</u>

**March 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $916.74 |
| Online research | $394.07 |
| Experts | $4,312.50 |
| **Total:** | **$5,623.31** |

## ITEMIZED EXPENSES

## NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 3/16/2011 | $394.07 | Lexis/Nexis March charges |
| 3/22/2011 | $61.56 | Sprint Broadband charges for March |
| 3/31/2011 | $761.19 | InterCall. Conference call charges for March |
| 3/31/2011 | $4,312.50 | Professional Consulting Services re Claims Litigation matter |
| 3/14-19/11 | $93.99 | T Mobile.  Roaming charges for Grace calls in Mexico |
| **Total** | **$5,623.31** | |

Total March2011 Expenses:  $5,623.31