IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY INTERIM
FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP FOR
FOR THE PERIOD OF OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Period of October 1, 2010 through December 31, 2010 (the "Application").

**BACKGROUND**

1. Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, Future Claimants' Representative. In the Application, Orrick seeks approval of fees totaling $303,224.75 and expenses totaling $3,984.67 for its services from October 1, 2010 through December 31, 2010 (the "Application Period" or the "Thirty-Ninth Interim Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2011, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. Based on our review, we served an initial report on Orrick and received a response from Orrick, portions of which response are quoted herein.

## DISCUSSION

3. We noted the following professional who billed only a *de minimis* amount of time on the case:

| 11/01/10 | S. Cruzado | Review recently filed documents. | 1.50 | 360.00 |
|---|---|---|---|---|
| 11/16/10 | S. Cruzado | Review recently filed documents. | 1.50 | 360.00 |
| 11/30/10 | S. Cruzado | Review recently filed documents. | 1.50 | 360.00 |
| | | | **4.50** | **1,080.00** |

We scrutinize more closely the work of professionals who appear to have only fleeting involvement with the case.[1] We asked Orrick to explain how this work benefited the estate, and Orrick responded:

> The time entries identified in the Report billed by Stephen Cruzado in the total amount of 4.50 hours and $1,080.00 in fees were mis-billed. Our total fees requested...should be reduced by $1,080.00.

---

[1] As stated by the court in *In re Jefsaba, Inc.,* 172 B.R. 786, 800 n. 9 (Bankr.E.D.Pa. 1994):

> Requests to compensate for services of professionals whose time is *de minimis* raises a red flag in our review. Other than professionals with a special expertise, the fleeting involvement of bankruptcy attorneys in a case often results from a staffing inefficiency. Given the itinerant attorney's lack of knowledge of the case, the attorney's time may be less productive than attorneys regularly assigned to the case. When this occurs, we would expect an appropriate deduction be made to the time charged.

We appreciate Orrick's response and recommend a reduction of $1,080.00 in fees.

    4.    We noted the following meal charges for which more information was needed[2]:

| 12/7/2010 | BUSML | Other Business Meals | $150.40 | Vendor: Certe; Invoice #5195; Date: 12/7/2010 - NY-NY/id#127420/mk |
| --- | --- | --- | --- | --- |
| 12/8/2010 | NYCAF | NY Cafeteria | $43.55 | |
| 12/13/2010 | TRVML | Out of Town Business Meal | $66.00 | Vendor: Wyron, Richard H.; Invoice #: 121310; Date: 12/21/2010 - dc/dc |

In response to our request, Orrick provided the information in the attached Response Exhibit A, and stated as follows: "In order to comply with the fee auditor's guidelines regarding meal charges, we will reduce our requested expenses by $31.00, as set out in Exhibit A." We appreciate Orrick's response, concur with same, and thus recommend a reduction of $31.00 in expenses.

    5.    We noted the following travel expenses for which more information was needed:

| 10/13/2010 | LTRV | Travel Expense, Local | $264.00 | Vendor: Felder, Debra; Invoice #: 101510; Date: 10/25/2010 - dc/dd/#12 |
| --- | --- | --- | --- | --- |
| 12/13/2010 | LTRV | Travel Expense, Local | $88.00 | Vendor: Wyron, Richard H.; Invoice #: 121310; Date: 12/21/2010 - dc/dc |
| 12/13/2010 | LTRV | Travel Expense, Local | $190.00 | Vendor: Frankel, Roger; Invoice #: 122710A; Date: 1/3/2011 - dc/dd/#12 |
| 12/6/2010 | AIR | Travel Expense, Air Fare | $656.40 | Vendor: Frankel, Roger; Invoice #: 122710; Date: 1/3/2011 - dc/dd/#127 |

In response to our request, Orrick provided the information on the attached Response Exhibit B. We accept Orrick's response and have no objection to these expenses.

---

[2]For lunch meals, we utilize per person caps of $50 in New York and $35 in most other locales, including Wilmington, Delaware.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Orrick 39Q 10-12.10.wpd

## CONCLUSION

6.    Thus, we recommend approval of $302,144.75 in fees ($303,224.75 minus $1,080.00) and $3,953.67 in expenses ($3,984.67 minus $31.00) for Orrick's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 3rd day of May, 2011.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Arlene Krieger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801