**EXHIBIT A**
W.R. GRACE - CASE NO. 01-1139
Orrick Meal Charges - October-December 2010 (20th Quarterly)

| Meal Date | Professional | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Difference Over Guideline Amount | Expense Reduction (previously taken) |
|---|---|---|---|---|---|---|---|
| New York, NY | | | | | | | |
| 12/8/2010 | Richard Wyron | $ 150.40 | Lunch | 6 | | | N/A |
| 12/8/2010 | Richard Wyron | $ 43.55 | Sodas/Dessert | 6 | | | N/A |
| Total | | $ 193.95 | | | $ 300.00 | $0.00 | |
| Wilmington, DE | | | | | | | |
| 12/13/2010 | Richard Wyron | $ 66.00 | Lunch | 1 | $ 35.00 | $ 31.00 | No |
| Total | | $ 66.00 | | | | | |
| Total Reduction | | | | | | $ 31.00 | |