# EXHIBIT B

W.R. GRACE - CASE NO. 01-1139
Orrick Travel Charges - Oct - Dec 2010 (20th Quarterly)

| Person | Date | Expense Type* | Location | Roundtrip | Total | Room Rate w/o Tax** |
|---|---|---|---|---|---|---|
| Debra Felder | 10/13/2010 | Train | Washington, DC to Philadelphia, PA | Yes | $264.00 | N/A |
| Richard Wyron | 12/13/2010 | Train | Wilmington, DE to Washington, DC | No | $88.00 | N/A |
| Roger Frankel | 12/13/2010 | Train | Washington, DC to Wilmington, DE | Yes | $190.00 | N/A |
|  | 12/06/2010 | Air | Washington, DC to New York, NY | Yes | $656.40 | N/A |

* Please note that none of the above-listed fares were purchased as first-class.