**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| US Office Products Company | Bankruptcy No. 01-00646-JKF |
| Combustion Engineering, Inc. | Bankruptcy No. 03-10495 |
| ABB lummus Global Inc. | Bankruptcy No. 06-10401 |
| CHAMA, Inc. | Bankruptcy No. 98-02252-JKF |
| Federal-Mogul Global, Inc. | Bankruptcy No. 01-10578-JKF |
| W.R. Grace & Co. | Bankruptcy No. 01-1139-JKF |
| The Flintkote Company and Flintkote Mines Limited | Bankruptcy No. 04-11300 |

**ORDER RESCHEDULING HEARINGS FROM MAY 23, 2011, TO MAY 25, 2011, IN PITTSBURGH**

    **AND NOW**, this **3rd** day of **May, 2011,** it is **ORDERED** that the omnibus hearings[1] on the above cases are **rescheduled** to **May 25, 2011,** in the Bankruptcy Court for the Western District of Pennsylvania, Courtroom A, 54th Floor, US Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania.

    It is **FURTHER ORDERED** that parties in interest may participate telephonically by contacting CourtCall no later than noon two <u>business</u> days before the hearing.

    It is **FURTHER ORDERED** that the hearing times shall be as follows (all prevailing Eastern time):

| | | |
|---|---|---|
| 12:00 p.m. | US Office Products Company | Bankruptcy No. 01-00646 |
| 12:00 p.m. | CHAMA, Inc. | Bankruptcy No. 98-02252 |
| 12:00 p.m. | Combustion Engineering, Inc. | Bankruptcy No. 03-10495 (*subject to* |

---

[1] Counsel for Specialty Products Holding Corp., Bankr. No. 10-11780, is filing a separate notice of hearing rescheduling the omnibus hearing on that case to May 24, 2011. Refer to the docket. A separate order will be entered with respect to matters going forward in Kaiser Aluminum Corporation at Adv. No. 10-53719.

| | | |
|---|---|---|
| | | *separate order; refer to docket*) |
| 12:00 p.m. | ABB lummus Global Inc. | Bankruptcy No. 06-10401 (*subject to separate order; refer to docket*) |
| | | |
| 12:30 p.m. | Federal-Mogul Global, Inc. | Bankruptcy No. 01-10578 |
| 12:30 p.m. | W.R. Grace & Co. | Bankruptcy No. 01-1139 |
| 12:30 p.m. | The Flintkote Company and Flintkote Mines Limited | Bankruptcy No. 04-11300 |

It is **FURTHER ORDERED** that counsel for Debtors[2] shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*   **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge

---

[2]Service with respect to ABB Lummus and Combustion Engineering is addressed in the order rescheduling the hearings on those matters.