UNITED STATES BANKRUPTCY COURT
DISTIRCT OF DELAWARE

In re:

W.R. GRACE & CO. ET AL.

Debtors.

Chapter 11

Case No. 01-01139

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Standard Services Company Inc** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 1262 (as listed on the Debtors' schedules or on proofs of claim filed in the cases or otherwise on a claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Addresses set forth below, effective as of the date hereof.

Former Address

Standard Services Company Inc
14694 Airline Hwy
Destrehan, LA 70047

New Addresses

Standard Services Company Inc
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

Standard Services Company Inc

By: _____, President

Date: May 3, 2011

W. Keith DePass
Notary Public
#13660