IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: 5/23, 2011, at 4:20 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

SIXTY NINTH MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | November 1 - 30, 2010 |
| Amount of Compensation Sought: | $ 9,749.50 |
| Amount of Expense Reimbursement Sought: | 13.21 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 9,762.71 |

This is a __x__ Monthly, ___ Interim, ___ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE</u>

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | Case No. 01-1139(JKF) |
| **Debtors.** | ) | Jointly Administered |
| | ) Objection Date: 5/23, 2011, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

<u>SIXTY NINTH MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1 THROUGH NOVEMBER 30, 2010</u>

This sixty ninth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from November 1 through November 30, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

<u>BACKGROUND</u>

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

<u>FEE AND EXPENSE REIMBURSEMENT DETAIL</u>

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this sixty ninth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax advisory services to the Debtors during this monthly period.

Dated: *April 22*, 2011

DELOITTE TAX LLP

*/s/ Jared Gordon*

Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-5214
Main: 1 (215) 246-2300
Fax: 1 (215) 982-6298

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 22nd day of April, 2011

NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

Nilda I. Rosado
Notary Public
My Commission Expires: December 11, 2011

4

**W. R. Grace**
**Hours Detail**
**November 1 through November 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| RODRIGUEZ, ALMA E | 1.5 | $145 | $217.50 |
| MONTANEZ, ANA DELIA | 5.0 | $188 | $940.00 |
| VILLATE, RICHARDO J | 0.5 | $415 | $207.50 |
| OTERO, MARIA D | 4.0 | $335 | $1,340.00 |
| **Puerto Rico** | 11.0 | | $2,705.00 |
| BROOKS, THOMAS J | 1.1 | $ 480 | $528.00 |
| GORDON, JARED H | 0.5 | $680 | $340.00 |
| **General Administration** | 1.6 | | $868.00 |
| LIEW, LI MEI | 2.0 | $570 | $1,140.00 |
| **Singapore** | 2.0 | | $1,140.00 |
| CHURI, PRIYA BHARAT | 0.6 | $480 | $288.00 |
| WALKER, DEBORAH | 2.0 | $680 | $1,360.00 |
| HEIKKINEN, DEBRA L | 3.0 | $680 | $2,040.00 |
| SHAIKH, WAQAS UDDIN | 4.7 | $290 | $1,348.50 |
| **Payroll Tax** | 10.3 | | $5,036.50 |
| **Subtotal** | 24.9 | | $9,749.50 |
| **Expenses** | | | $13.21 |
| **Total Deloitte Tax LLP Fees for November 2010** | | | $9,762.71 |

**W. R. Grace**
**Hours Detail**
**November 1 through November 30, 2010**

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 11/5/2010 | GORDON, JARED H | General Administration | Carol Finke | bankruptcy filing | 0.5 | $ 680 | $340.00 |
| 11/30/2010 | BROOKS, THOMAS J | General Administration | Carol Finke | bankruptcy application preparation | 1.1 | $ 480 | $528.00 |
| 11/4/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Conf call w/Walker, Forgach, Finke & Shaikh re: IRS update (notice of proposed adj) | 0.5 | $ 680 | $340.00 |
| 11/10/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Conf call w/Jim Ritchie, Forgach, Stuard, Yale, Fink, Walker & Shaikh re: payroll data; disc w/DW re: spreadsheet elements | 0.5 | $ 680 | $340.00 |
| 11/17/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Ch 11 bankruptcy discussion with D. Walker | 0.5 | $ 680 | $340.00 |
| 11/18/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Correspoondence with IRS regarding bankruptcy bar date | 0.5 | $ 680 | $340.00 |
| 11/1/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | IRS update from Deb W; email to Forgach, Finke and Stuard w/update | 0.5 | $ 680 | $340.00 |
| 11/4/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Conf call w/Walker, Forgach, Finke & Shaikh re: IRS update (notice of proposed adj), preparing spreadsheet, f/u with AON and reqd p/r data | 0.5 | $ 680 | $340.00 |
| 11/8/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | c 11 bankruptcy exchange w/D. Walker | 0.3 | $ 680 | $204.00 |
| 11/10/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Conf call w/Jim Ritchie, Forgach, Stuard, Yale, Fink, Walker & Shaikh re: payroll data; disc w/DW re: spreadsheet elements | 0.5 | $ 680 | $340.00 |
| 11/17/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Conf call with client & Jim Ritchie at AON re: IRS voluntary disclosure | 0.2 | $ 680 | $136.00 |
| 11/22/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Format spreadsheet for IRS, review w/D. Walker (WNT), send to Jim Ritchie @AON | 0.5 | $ 680 | $340.00 |
| 11/29/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Review D.Walker and IRS email chain regarding bankruptcy bar date; sent email to J. Forgach and C. Finke for this information. | 0.2 | $ 680 | $136.00 |
| 11/30/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | TC-J. Ritchie re: spreadsheet for IRS | 0.3 | $ 680 | $204.00 |
| 11/16/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | call with deb and email to jim ritchie regarding IRS voluntary disclosure | 0.3 | $ 480 | $144.00 |
| 11/22/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | email deb/jim in connection with IRS voluntary disclosure | 0.3 | $ 480 | $144.00 |
| 11/4/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Call with client, D.Heikkinen, and D. Walker on next steps. Started drafting memo on the "to-dos" for W.R. Grace and Deloitte. | 1.0 | $ 290 | $290.00 |
| 11/5/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Updated the W.R. Grace file. Created a log of the most current conference call. | 1.4 | $ 290 | $406.00 |
| 11/10/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | updating call with the client | 0.5 | $ 290 | $145.00 |
| 11/17/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Weekly update call with W.R. Grace | 0.5 | $ 290 | $145.00 |
| 11/18/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Drafted conversation logs for W.R. Grace for 11/10 and 11/17 conference call | 1.0 | $ 290 | $290.00 |
| 11/23/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Updated the W.R.Grace file | 0.3 | $ 290 | $72.50 |
| 11/4/2010 | LIEW, LI MEI | Singapore | Carol Finke | DT Philadelphia re: WR Grace - conference call with Carol Finke | 0.5 | $ 570 | $285.00 |
| 11/5/2010 | LIEW, LI MEI | Singapore | Carol Finke | DT Philadelphia re: WR Grace - preparation for conf call, conference call with Elyse Filon & Carol Finke, follow up email to Jared Gordon | 1.5 | $ 570 | $855.00 |
| 11/22/2010 | RODRIGUEZ, ALMA E | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.7 | $ 145 | $101.50 |
| 11/29/2010 | RODRIGUEZ, ALMA E | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.8 | $ 145 | $116.00 |
| 11/3/2010 | VILLATE, RICARDO J | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 415 | $207.50 |
| 11/4/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 335 | $167.50 |
| 11/12/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 1.0 | $ 335 | $335.00 |
| 11/19/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 2.5 | $ 335 | $837.50 |
| 11/1/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| 11/2/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.4 | $ 188 | $75.20 |
| 11/3/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| 11/16/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| 11/17/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| 11/22/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.8 | $ 188 | $150.40 |
| 11/23/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| 11/24/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.8 | $ 188 | $150.40 |
| 11/29/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 188 | $94.00 |
| | | | | **Fees for November 2010** | **24.9** | | **$9,749.50** |

**W. R. Grace**
**Expenses Detail**
**November 1 through November 30, 2010**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 11/22/2010 | GORDON, JARED H | UPS Courier Fees | $5.59 |
| 11/1/2010 | SHAIKH, WAQAS UDDIN | UPS Courier Fees | $7.62 |
| | **Expenses for November 2010** | | **$13.21** |