# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | **Jointly Administered** |
| | ) Objection Date: 5/23, 2011, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## SEVENTIETH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1 THROUGH DECEMBER 31, 2010

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | December 1 - 31, 2010 |
| Amount of Compensation Sought: | $ 9,594.35 |
| Amount of Expense Reimbursement Sought: | 70.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 9,664.35 |

This is a __x__ Monthly, ___ Interim, ___ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE</u>

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) Objection Date: 5/23, 2011, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### SEVENTIETH MONTHLY APPLICATION OF
### DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES TO THE DEBTORS
### <u>FOR THE PERIOD FROM DECEMBER 1 THROUGH DECEMBER 31, 2010</u>

This seventieth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from December 1 through December 31, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

### <u>BACKGROUND</u>

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

### <u>FEE AND EXPENSE REIMBURSEMENT DETAIL</u>

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services during this seventieth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax advisory services to the Debtors during this monthly period.

Dated: April 22, 2011

DELOITTE TAX LLP

_____
Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-5214
Main: 1 (215) 246-2300
Fax: 1 (215) 982-6298

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_/s/ Jared Gordon_
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 22nd day of April, 2011

NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

_/s/ Nilda I. Rosado_
Notary Public
My Commission Expires: December 11, 2011

4

**W. R. Grace**
**Hours Detail**
**December 1 through December 31, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---:|---:|---:|
| HERNANDEZ, ALVARO JOSE | 0.4 | $125 | $50.00 |
| HUYKE, FRANCES ANN | 0.5 | $38 | $18.75 |
| RODRIGUEZ, ALMA E | 0.7 | $145 | $101.50 |
| OTERO, MARIA D | 4.5 | $335 | $1,507.50 |
| MONTANEZ, ANA DELIA | 1.6 | $188 | $300.80 |
| RODRIGUEZ, FELIPE | 5.1 | $188 | $958.80 |
| **Puerto Rico** | **12.8** | | **$2,937.35** |
| BROOKS, THOMAS J | 1.8 | $480 | $864.00 |
| GORDON, JARED H | 0.6 | $680 | $408.00 |
| **General Administration** | **2.4** | | **$1,272.00** |
| WILBUR, GEOFFREY | 0.3 | $290 | $87.00 |
| MESTER, JUDITH | 6.0 | $680 | $4,080.00 |
| **Pension** | **6.3** | | **$4,167.00** |
| CHURI, PRIYA BHARAT | 0.8 | $480 | $384.00 |
| HEIKKINEN, DEBRA L | 0.8 | $680 | $544.00 |
| SHAIKH, WAQAS UDDIN | 1.0 | $290 | $290.00 |
| **Payroll Tax** | **2.6** | | **$1,218.00** |
| **Subtotal** | **24.1** | | **$9,594.35** |
| **Expenses** | | | **$70.00** |
| **Total Deloitte Tax LLP Fees for December 2010** | | | **$9,664.35** |

**W. R. Grace**
**Hours Detail**
**December 1 through December 31, 2010**

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 12/13/2010 | GORDON, JARED H | General Administration | Carol Finke | bankruptcy applications | 0.6 | $ 680 | $408.00 |
| | | | | | | | $0.00 |
| 12/17/2010 | MESTER, JUDITH | Pension | Carol Finke | Review documents re: pension deduction and limits; review 404/412 regulations and PLRs re: timing of corp deduction for pension ded. over 2yrs | 2.0 | $ 680 | $1,360.00 |
| 12/18/2010 | MESTER, JUDITH | Pension | Carol Finke | E-mail exchanges with client's Senior Tax Counsel (Carol Fink); respond to Tax Counsel's question; review IRC regulations on timing of pension deductions; update file and workpapers | 2.0 | $ 680 | $1,360.00 |
| 12/21/2010 | MESTER, JUDITH | Pension | Carol Finke | Consideration of statutory and 404/412 regulatory law on pension timing | 1.0 | $ 680 | $680.00 |
| 12/27/2010 | MESTER, JUDITH | Pension | Carol Finke | Analysis of additional background on pension timing | 1.0 | $ 680 | $680.00 |
| 12/22/2010 | BROOKS, THOMAS J | General Administration | Carol Finke | finalized bankruptcy fee applications for Oct and Sept | 0.7 | $ 480 | 336 |
| 12/29/2010 | BROOKS, THOMAS J | General Administration | Carol Finke | analysis and review of bankruptcy exhibits | 1.1 | $ 480 | 528 |
| 12/27/2010 | HERNANDEZ, ALVARO JOSE | Puerto Rico | Joe Bahorich | Copied, mailed to client & archived Eng Ltrs in billing file. | 0.4 | $ 125 | 50 |
| 12/16/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Review AON spreadsheet and set up call w/WRGrace & AON | 0.3 | $ 680 | $204.00 |
| 12/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Revised IRS spreadsheet review | 0.5 | $ 680 | $340.00 |
| 12/20/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | pulling info for deb walker regarding 941Xs | 0.8 | $ 480 | $384.00 |
| 12/9/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Initial review of W.R. Grace/AON provided spreadsheet | 0.5 | $ 290 | $145.00 |
| 12/20/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Call with J.Forgach, D. Walker and C. Finke. Post call discussion with D. Walker | 0.5 | $ 290 | $145.00 |
| 12/17/2010 | WILBUR, GEOFFREY PHILIP | Pension | Carol Finke | Tax research (rev rulings and statutory sections) for Judy. | 0.3 | $ 290 | $87.00 |
| 12/27/2010 | HUYKE, FRANCES ANN | Puerto Rico | Joe Bahorich | Assistance with eng letter, approvals | 0.5 | $ 38 | $18.75 |
| 12/28/2010 | RODRIGUEZ, ALMA E | Puerto Rico | Joe Bahorich | Assistance with eng letter, approvals, filing | 0.7 | $ 145 | $101.50 |
| 12/6/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | coord payment of debts with tax amnesty | 0.5 | $ 335 | $167.50 |
| 12/8/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | discussing procedure to file with felipe, reviewed the amnesty form, comm with client to get new authorization letter | 2.0 | $ 335 | $670.00 |
| 12/9/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | Review of CRIM amnesty procedure | 1.0 | $ 335 | $335.00 |
| 12/23/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | eng letter, approvals and description | 1.0 | $ 335 | $335.00 |
| 12/3/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM amnesty, coordination and correspondence | 0.8 | $ 188 | $150.40 |
| 12/6/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM amnesty, coordination and correspondence | 0.4 | $ 188 | $75.20 |
| 12/10/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM amnesty, coordination and correspondence | 0.4 | $ 188 | $75.20 |
| 12/8/2010 | RODRIGUEZ, FELIPE | Puerto Rico | Joe Bahorich | Darex - Personal Property CRIM Amnesty - Visited the CRIM in order to file the documents for the tax amnesty on behalf of our client Darex Puerto Rico, Inc.; emailed client. | 4.5 | $ 188 | $846.00 |
| 12/9/2010 | RODRIGUEZ, FELIPE | Puerto Rico | Joe Bahorich | Darex - Personal Property CRIM Amnesty - emailed client. | 0.2 | $ 188 | $37.60 |
| 12/10/2010 | RODRIGUEZ, FELIPE | Puerto Rico | Joe Bahorich | Darex - CRIM Amnesty - organized files and sent them for barcoding and archive. | 0.4 | $ 188 | $75.20 |
| | | | | **Fees for December 2010** | **24.1** | | **$9,594.35** |

**W. R. Grace**
**Expenses Detail**
**December 1 through December 31, 2010**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 12/11/2010 | VILLATE, RICARDO J | Local Courier Fees | 45.00 |
| 12/11/2010 | VILLATE, RICARDO J | UPS Courier Fees | 25.00 |
| | **Expenses for December 2010** | | **$70.00** |