## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
 )
W. GRACE & CO., et al.,[1] ) Case No. 01-1139(JKF)
    Debtors. ) Jointly Administered
 ) Objection Date: 5/23, 2011, at 4:00 p.m.
 ) Hearing Date: Scheduled if Necessary (Negative Notice)

### SEVENTY SECOND MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1 THROUGH FEBRUARY 28, 2011

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | February 1 - 28, 2011 |
| Amount of Compensation Sought: | $ 14,679.50 |
| Amount of Expense Reimbursement Sought: | $ 7.50 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 14,687.00 |

This is a _x_ Monthly, __ Interim, __ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE</u>

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| Debtors. | ) | **Jointly Administered** |
| | ) Objection Date: 5/23, 2011, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## SEVENTY SECOND MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1 THROUGH FEBRUARY 28, 2011

This seventy second monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from February 1 through February 28, 2011, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

### BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this seventy second monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax advisory services to the Debtors during this monthly period.

Dated: April 22, 2011

DELOITTE TAX LLP

*Jared Gordon* (signature)

Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-5214
Main: 1 (215) 246-2300
Fax: 1 (215) 982-6298

Tax service providers for Debtors and Debtors in Possession

3

# EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 22nd day of April, 2011

NOTARIAL SEAL
HILDA I. ROSADO, Notary Public
City of Philadelphia, Phila County
My Commission Expires December 11, 2011

_____
Notary Public
My Commission Expires: December 11, 2011

4

W. R. Grace
Hours Detail
February 1 through February 28, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| HERNANDEZ, ALVARO JOSE | 0.3 | $125 | $37.50 |
| MILAN, EDUARDO O | 0.2 | $125 | $25.00 |
| AGUIRRE RIVERA, FEDEREICO | 0.9 | $240 | $216.00 |
| OTERO, MARIA D | 1.0 | $335 | $335.00 |
| MORALES, SONIA IRIS | 1.3 | $145 | $188.50 |
| **Puerto Rico** | 3.7 | | $802.00 |
| REED, VALERIE | 0.7 | $70 | $49.00 |
| GORDON, JARED | 1.0 | $680 | $680.00 |
| BROOKS, THOMAS J | 1.7 | $480 | $816.00 |
| **General Administration** | 3.4 | | $1,545.00 |
| MENDEZ, MADELINE | 2.8 | $70 | $192.50 |
| CHURI, PRIYA BHARAT | 9.0 | $480 | $4,320.00 |
| WALKER, DEBORAH | 4.0 | $680 | $2,720.00 |
| HEIKKINEN, DEBRA L | 7.5 | $680 | $5,100.00 |
| **Payroll Tax** | 23.3 | | $12,332.50 |
| **Subtotal** | 30.4 | | $14,679.50 |
| **Expenses** | | | $7.50 |
| **Total Deloitte Tax LLP Fees for February 2011** | | | $14,687.00 |

W. R. Grace
Hours Detail
February 1 through February 28, 2011

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 2/16/2011 | AGUIRRE RIVERA, FEDERICO | Puerto Rico | Joe Bahorich | Requesting files to prepare information requests. | 0.2 | $ 240 | $48.00 |
| 2/26/2011 | AGUIRRE RIVERA, FEDERICO | Puerto Rico | Joe Bahorich | Information request for Personal Property Tax Return. | 0.5 | $ 240 | $120.00 |
| 2/28/2011 | AGUIRRE RIVERA, FEDERICO | Puerto Rico | Joe Bahorich | Email for information request. | 0.2 | $ 240 | $48.00 |
| 2/18/2011 | BROOKS, THOMAS J | General Administration | | Updating interim report and comparison with exhibits previously prepared | 1.4 | $ 480 | $672.00 |
| 2/18/2011 | BROOKS, THOMAS J | General Administration | | call with Tony Scoles regarding updating interim bankruptcy report | 0.3 | $ 480 | $144.00 |
| 2/7/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Employment Tax Time - Deb Heikinen - calculation of payroll withholding amounts | 0.7 | $ 480 | $336.00 |
| 2/8/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Update payroll tax calculations file for IRS submission- Deb H. Call with Deb | 1.5 | $ 480 | $720.00 |
| 2/8/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | updates to FICA spreadsheet for Deb H and Deb Walker | 0.5 | $ 480 | $240.00 |
| 2/9/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Discussions with Deb Walker/Deb H regarding FICA calculations for 2006. Revise spreadsheet. | 2.1 | $ 480 | $1,008.00 |
| 2/9/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Updates to FICA spreadsheet and conversations with Deb H and Deb W | 1.2 | $ 480 | $576.00 |
| 2/10/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Read through final FICA gross up cover letter and calcs. | 1.0 | $ 480 | $480.00 |
| 2/14/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | FICA Refile - review letter for Deb and client call. Adjustments to letter. | 2.0 | $ 480 | $960.00 |
| 2/16/2011 | GORDON, JARED | General Administration | | WR Grace interim fee application | 1.0 | $ 680 | $680.00 |
| 2/8/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Payroll: IRS voluntary disclosure - review final spreadsheets to go to IRS; TC-D. Walker (WNT); TC-P. Churi re: required revisions; emails to J. Forgach (Grace) and C. Finke (Grace) | 2.0 | $ 680 | $1,360.00 |
| 2/9/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Conf call with P Churi and D Walker regarding spreadsheet for IRS submission; detailed review of revised spreadsheet | 3.0 | $ 680 | $2,040.00 |
| 2/10/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | IRS letter and spreadsheet | 1.0 | $ 680 | $680.00 |
| 2/14/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Conf call with Carol Finke, John Forgach, Deb Walker and Priya Churi to review final draft letter and spreadsheet; f/u to incorp. changes and finalize | 1.0 | $ 680 | $680.00 |
| 2/16/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Reviewed final letter for IRS VDA submission; discussed minor edits w/D Walker;follow-up with M Jones (WNT) | 0.5 | $ 680 | $340.00 |
| 2/23/2011 | HERNANDEZ, ALVARO JOSE | Puerto Rico | Joe Bahorich | Compliance documentation and archiving | 0.2 | $ 125 | $25.00 |
| 2/28/2011 | HERNANDEZ, ALVARO JOSE | Puerto Rico | Joe Bahorich | Compliance documentation and archiving | 0.1 | $ 125 | $12.50 |
| 2/15/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | IRS correspondence and documentation | 1.3 | $ 70 | $87.50 |
| 2/16/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | IRS correspondence and documentation | 0.5 | $ 70 | $35.00 |
| 2/24/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | irs correspondence and documentation -facilitate overnight delivery | 1.0 | $ 70 | $70.00 |
| 2/21/2010 | MILAN, EDUARDO O | Puerto Rico | Joe Bahorich | Compliance documentation | 0.2 | $ 70 | $14.00 |
| 2/1/2011 | MORALES, SONIA IRIS | Puerto Rico | Joe Bahorich | Upload to eDRMS 2009 tax returns. | 1.0 | $ 145 | $145.00 |
| 2/17/2011 | MORALES, SONIA IRIS | Puerto Rico | Joe Bahorich | Upload to "I" LCSP approval, file copy in billing file and update compliance list. | 0.3 | $ 145 | $43.50 |
| 2/16/2011 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | 2009 compliance return review documentation - facilitate approvals | 1.0 | $ 335 | $335.00 |
| 2/8/2011 | REED, VALERIE R | General Administration | | WR Grace applications | 0.7 | $ 70 | $49.00 |
| 2/8/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | detailed review of revised spreadsheet | 0.5 | $ 680 | $340.00 |
| 2/9/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Conf call with P Churi and D Walker regarding spreadsheet for IRS submission | 1.5 | $ 680 | $1,020.00 |
| 2/14/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Conf call with Carol Finke, John Forgach, DebHeikkinen and Priya Churi to review final draft letter and spreadsheet | 1.0 | $ 680 | $680.00 |
| 2/15/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | follow up re: revised spreadsheet | 0.5 | $ 680 | $340.00 |
| 2/18/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Review of IRS VDA submission | 0.5 | $ 680 | $340.00 |
| | | | | Fees for February 2011 | 30.4 | | $ 14,668.50 |

**W. R. Grace**
**Expenses Detail**
**February 1 through February 28, 2011**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 2/8/2011 | OTERO, MARIA D | Parking-Local | 5.00 |
| 2/8/2011 | MONTANEZ, ANA DELIA | Miscellaneous Exp | 2.50 |
| | **Expenses for February 2011** | | 7.50 |