UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & Co., et al., | ) ) ) | Case No. 01-1139 (JFK) |
| Debtors. | ) ) ) ) |  |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                              ) SS:
COUNTY OF NEW CASTLE )

Charlotte A. Neuberger, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US) and that on the 3rd day of May, 2011, she caused copies of the following documents to be served upon the below listed party in the manner indicated:

1.  Notice of Disposition of Equity Securities, filed by York Managed Holdings, LLC [Docket No. 26867];

2.  Notice of Disposition of Equity Securities, filed by York Capital Management L.P. [Docket No. 26868];

3.  Notice of Disposition of Equity Securities, filed by York Multi-Strategy Master Fund, L.P. [Docket No. 26869];

4.  Notice of Disposition of Equity Securities, filed by Jorvik Multi-Strategy Master Fund, L.P. [Docket No. 26870];

5.  Notice of Disposition of Equity Securities, filed by York Credit Opportunities Fund, L.P. [Docket No. 26871];

6.  Notice of Disposition of Equity Securities, filed by York Credit Opportunities Master Fund, L.P. [Docket No. 26872];

EAST\44702124.1

7.  Notice of Disposition of Equity Securities, filed by Merrill Lynch Investment Solutions - York Event-Driven UCITS Fund [Docket No. 26873].

_____
Charlotte A. Neuberger

Sworn to and subscribed before
me this ____ day of May, 2011

_____
Notary Public
My Commission Expires: 12/11/12

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec 11, 2012

EAST\44702124.1

**VIA FIRST CLASS MAIL**
Janet S. Bauer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601