IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/25/11 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRD INTERIM
PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. |
| | R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2011 through March 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $816.00 [80% of $1,020.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour. In this application period, Mr. Hill billed 3.4 hours, for a total amount billed of $1,020.00 of which 80% is currently sought, in the amount of $816.00.

As stated above, this is the third application for monthly fees and expenses. The time for preparation of this Application is approximately .4 hours, for which $260.00 will be requested in a future application by lead counsel for the PD FCR.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 3.4 | $1,020.00 |
| TOTAL | 3.4 | $1,020.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  | $0 |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[1] At 80% of the total incurred.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas TX 75202-3909

Page: 1
April 19, 2011
Account No: 40324-001M
Statement No: 25862

Sanders In Re: W. R. Grace

For Services Rendered Through 03/31/2011

### Fees

| Date | TK | Description | Hours |
|---|---|---|---|
| 03/01/2011 | RKH | WR Grace/Appellee Designation of items of appeal (.25) | 0.25 |
| 03/02/2011 | RKH | Appellee CNA Companies Designation on Appeal (.20) | 0.20 |
| 03/07/2011 | RKH | Memo Opinion and order on BNSF's Motion for Reconsideration (.55) | 0.55 |
| 03/10/2011 | RKH | Transmittal of Record to District Court (.20); Notice of Docketing Record on Appeal (.10); Order regarding appeals (.20) | 0.50 |
| 03/17/2011 | RKH | Amended Notice of Appeal by Garlock (.20) | 0.20 |
| 03/18/2011 | RKH | Notice of Appeal Montana (.20); Notice of Appeal Canada (.20); Notice of Appeal Libby Claimants (.20); Notice of Appeal MD Casualty (.20); Notice of Appeal BNSF (.20); Notice of Appeal Govt. Employees et al. (.20); notice of Appeal Anderson Memorial (.20) | 1.40 |
| 03/28/2011 | RKH | Designation of Items on Appeal (BNSF) (.30) | 0.30 |

For Current Services Rendered    3.40    1,020.00

#### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 3.40 | $300.00 | $1,020.00 |

Total Current Work    1,020.00

| | | |
|---|---|---:|
| Alexander M. Sanders, Jr. | | Page: 2 |
| | | April 19, 2011 |
| | Account No: | 40324-001M |
| | Statement No: | 25862 |
| Sanders In Re: W. R. Grace | | |

| | |
|---|---:|
| Previous Balance | $2,709.80 |
| Balance Due | $3,729.80 |
| Please Remit | $3,729.80 |

*Remittance is due and payable upon receipt. Thank you.*