IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Civil Action No. 11-199 RLB
W.R. GRACE & CO., *et al.* )
) Bankruptcy No. 01-01139 (JKF)
_____ )

## ORDER GRANTING
## ANDERSON MEMORIAL HOSPITAL'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMITATION FOR INITIAL BRIEF

Appellant Anderson Memorial Hospital ("AMH") has filed a motion pursuant to Fed.R.Bankr.P. 8010(c) for enlargement of the page limit for its initial brief. The Court has reviewed the motion, and finding that notice of the motion was sufficient under the circumstances and that AMH has demonstrated sufficient justification for approval of the motion, it is –

**ORDERED** that the motion is granted, and AMH is granted leave to file an initial appellant's brief of not more than 75 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

DATED: __May 2__, 2011

_____
Honorable Ronald L. Buckwalter
United States District Court Judge

Motion to Exceed Page Limit for Appeal Brief.DOC