# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Civil Action No. 11-199 (RLB) |
| W.R. Grace & Co., *et al.*, | Bankruptcy Case No. 01-01139 |
| Debtors. | Ref. No. ____ |

## ORDER GRANTING LIBBY CLAIMANTS' ASSENTED-TO MOTION TO SUBMIT UNDER SEAL THE KEY IDENTIFYING CERTAIN LIBBY CLAIMANTS BY NUMBER

Upon the Libby Claimants' Assented-To Motion to Submit Under Seal the Key Identifying Certain Libby Claimants by Number (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is GRANTED.

IT IS SO **ORDERED** this 2 day of ~~April~~ MAY, 2011.

BY THE COURT:

_____
RONALD L. BUCHWALTER, S.J.

{393.001-W0014265.}