IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 5/26/11 at 4:00pm |

### SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF March 31, 2011

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: **and** | **W. R. Grace & Co., et al., Debtors** |
| | **Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **March 1, 2011 - March 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$20,791.89** |
| Amount of Expense Reimbursement sought | **$16.07** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of March 2011. This is the eleventh application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 36.67 | $20,791.89 |

Total Fees: $20,791.89

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $20,807.96 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (March 1, 2011-March 31, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: May 3, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                          April 30, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel


RE: General                                                 Invoice#: 666733
**Our File Number:** 63812/0001
**Client Reference:** 100062                                 **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

| | | Hours |
|---|---|---|
| 03/04/2011 | Rynkiewicz, John P | 1.42 |
| | Overview of all Grace matters, issues, due dates; check for outstanding replies. | |
| 03/10/2011 | Rynkiewicz, John P | 1.58 |
| | Review GRACE mark, possible Opposition in African Union; review Kemp notice, published mark, logo form; assess confusion and issues for Grace to address. | |
| 03/11/2011 | Rynkiewicz, John P | 0.92 |
| | Multiple emails to/from R. Maggio, S. Williams regarding PRC Trademark : GRACE; Filing No. : 7819194; review Chinese goods issue; review agents' correspondence; research and review Classification manual for alternative descriptions; send comments and recommendations to Grace. | |
| 03/18/2011 | Rynkiewicz, John P | 1.33 |
| | Overview of GRACE mark protection matters; review correspondence to/from Grace re same; review US and foreign matter deadlines. | |
| 03/22/2011 | Rynkiewicz, John P | 2.58 |
| | Emails to/from Grace; review Grace internal emails re use of GRACE on software; review TI email and proposal to discuss settlement of EU opposition; conf call with R. Maggio; discuss options, evidence and issues; following email re same; review Grace documents regarding Kemp opposition; review historical email, initial Watch notice and comments on whether to oppose; overview of possible Grace housemark and uses/regs. related to software; evaluate terms for possible settlement acceptable to Grace. | |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                                April 30, 2011

RE: General                                                                Invoice#: 666733
Our File Number: 63812/0001
Client Reference: 100062                                                    PAGE:   2

=========================================================================================

03/23/2011  Rynkiewicz, John P                                                        1.92
            Review issues in TI mark and opposition in the EC of GRACE for
            software. review multiple Grace emails, issues and evidence; review B.
            Bunch comments re Grace usage on software/related goods; review
            historical GRACE uses on software; review older/lapsed PTO applications
            and regs.; review GRACE, GRACECALC and others.
03/30/2011  Rynkiewicz, John P                                                        0.83
            Emails, t/c with R. Maggio regarding GRACE CTM opposition with TI;
            review emails, documents, discuss settlement with R. Maggio; emails to
            TI;.
03/31/2011  Rynkiewicz, John P                                                        0.50
            Review GRACE opposition in the EC, and emails to/from TI;.
                                                                            _____
                                            Total Hours.................      11.08

                    Fees through 03/31/2011....................................    $6,282.36


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate           Hours              Fees
    Rynkiewicz, John P            $567.00           11.08          $6,282.36

                    Fees through 03/31/2011...............    11.08          $6,282.36

        *--------------------COSTS ADVANCED THROUGH 03/31/2011--------------------*
            Duplicating                                                         $0.30
                                                                            _____
                    Total Costs through 03/31/2011........................      $0.30

        *--------------------------OUTSTANDING BALANCE--------------------------*
            Invoice#              Date                          Amount
             628636           03/31/2010                       $440.43
             628637           03/31/2010                      1,690.79
             637193           06/30/2010                      3,978.07
             639770           07/28/2010                        813.08
             641101           08/10/2010                      3,477.98
             643967           09/09/2010                      1,171.42

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                             April 30, 2011

RE: General                                                              Invoice#: 666733
**Our File Number: 63812/0001**
**Client Reference: 100062**                                            PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 1,746.96 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 6,849.36 |
| Prior Balance Due............................................................. | | $23,137.50 |

| | |
|---|---|
| Fees this Invoice................................................................. | $6,282.36 |
| Costs this Invoice................................................................ | $0.30 |
| Total Due this Invoice........................................................ | $6,282.66 |
| Prior Balance Due (from above)......................................... | 23,137.50 |
| **TOTAL DUE**.................................................................... | **$29,420.16** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 666733
Total Amount Due: $29,420.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                        April 30, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                     **Invoice#:** 666739
**Our File Number:** 63812/0019
**Client Reference:** 100067                            **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

|  |  | **Hours** |
|---|---|---|
| 02/01/2011 | Rynkiewicz, John P | 1.00 |
| | Review OPPOSITIONS IN India, STATUS AND OPEN ISSUES; REVIEW DRAFT affidavit AND EVIDENCE IN SUPPORT. | |
| 03/01/2011 | Rynkiewicz, John P | 2.00 |
| | Review status and evidence; review issues, construction field of use; review prior agent emails, request for info, draft Affidavit and Grace available info; review sources of other possible evidence for Indian proceeding. | |
| 03/15/2011 | Rynkiewicz, John P | 1.75 |
| | Review series of correspondence from Grace and Indian agents in opposition; review available evidence, issues and arguments in opposition. | |
| 03/30/2011 | Rynkiewicz, John P | 1.83 |
| | Work on issues in Indian opposition. | |
| 03/31/2011 | Rynkiewicz, John P | 4.83 |
| | Review correspondence, detailed affidavit/evidence and exhibits in Indian opposition of POWER GRACE; review draft affidavit and make revisions; review evidence; research and assemble additional bondera uses and grace press releases; telephone conference with T. Hunter. | |

Total Hours.................    11.41

Fees through 03/31/2011.....................................    $6,469.47

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

April 30, 2011

RE: Power Grace
**Our File Number: 63812/0019**
**Client Reference: 100067**

**Invoice#: 666739**

**PAGE:** 2

\*--------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 11.41 | $6,469.47 |
| Fees through 03/31/2011.............. | | 11.41 | $6,469.47 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2011-----------------------\*

| | |
|---|---|
| Messengers/Courier | $15.77 |
| Total Costs through 03/31/2011......................... | $15.77 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 3,169.53 |
| 664051 | 03/31/2011 | 1,746.36 |
| Prior Balance Due........................................................ | | $6,587.91 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $6,469.47 |
| Costs this Invoice......................................................... | $15.77 |
| Total Due this Invoice................................................. | $6,485.24 |
| Prior Balance Due (from above).................................. | 6,587.91 |
| **TOTAL DUE**........................................................... | **$13,073.15** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 666739
Total Amount Due: $13,073.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                April 30, 2011
       6200 Whittemore Avenue
       Cambridge, Massachusetts 002140-169
       Attn: Craig K. Leon, Esq.


RE: BIFLEX                                          Invoice#: 666740
Our File Number: 63812/0104
Client Reference: 100112                            PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

|  |  | Hours |
|---|---|---|
| 03/10/2011 | Rynkiewicz, John P | 0.75 |
|  | Work on Biflex settlement agreement; review BIFLEX application and issued reg. review TRI-FLEX marks. |  |
| 03/16/2011 | Rynkiewicz, John P | 1.00 |
|  | Review issues, consented motion proposal for suspension while settling; emails. |  |
| 03/18/2011 | Rynkiewicz, John P | 0.42 |
|  | Emails to/from Grace; review TTAB status; emails to/from opposing counsel regarding settlement issues. |  |
| 03/21/2011 | Rynkiewicz, John P | 1.17 |
|  | Work on Biflex settlement; conf call with opposing counsel, agree to suspend and Garland's withdrawal of motion. |  |
| 03/28/2011 | Rynkiewicz, John P | 0.50 |
|  | Review drafted settlement agreement, issues and resolution; send agreement with comments to Grace for review, approval and execution; review files and status of Garland's existing BIFLEX reg. |  |
| 03/30/2011 | Rynkiewicz, John P | 0.75 |
|  | Email to opposing counsel re settlement agreement status; review files and series of prior communications. |  |
|  | Total Hours................. | 4.59 |

Fees through 03/31/2011..................................    $2,602.53

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    April 30, 2011

RE: BIFLEX                                                      Invoice#: 666740
**Our File Number:** 63812/0104
**Client Reference:** 100112                                    PAGE:    2

---

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                       | Rate     | Hours | Fees       |
|-----------------------|----------|-------|------------|
| Rynkiewicz, John P    | $567.00  | 4.59  | $2,602.53  |
| Fees through 03/31/2011............... | | 4.59  | $2,602.53  |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date        | Amount     |
|----------|-------------|------------|
| 654088   | 12/10/2010  | $286.00    |
| 657772   | 01/19/2011  | 992.25     |
| 660993   | 02/28/2011  | 708.75     |
| Prior Balance Due........................................................... | | $1,987.00  |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,602.53 |
| Total Due this Invoice.................................................... | $2,602.53 |
| Prior Balance Due (from above)................................... | 1,987.00 |
| **TOTAL DUE**........................................................... | $4,589.53 |

# **KA**YE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 666740
Total Amount Due: $4,589.53

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

April 30, 2011

RE: Special Counsel
**Our File Number:** 63812/0108
Client Reference: 100071

**Invoice#:** 666741

**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

|  |  | **Hours** |
|---|---|---|
| 02/08/2011 | Rynkiewicz, John P | 0.75 |
|  | Review billings and time related to Special Counsel report/Kaye Scholer invoices. | |
| 03/03/2011 | Rynkiewicz, John P | 0.42 |
|  | Work on special counsel billings, review partial payment and status of prior billed work. | |
| 03/18/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Special Counsel invoices, emails and prior correspondence to Delaware bankruptcy firm regarding Kaye Scholer services/invoices; review documents for quarterly filings. | |

Total Hours................. 1.67

Fees through 03/31/2011.................................... $946.89

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.67 | $946.89 |
| Fees through 03/31/2011............... | | 1.67 | $946.89 |

KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    April 30, 2011

RE: Special Counsel                                       Invoice#: 666741
Our File Number: 63812/0108
Client Reference: 100071                                   PAGE:   2

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 379.89 |
| Prior Balance Due................................................................ | | $3,590.64 |

| | |
|---|---|
| Fees this Invoice................................................................ | $946.89 |
| Total Due this Invoice.......................................................... | $946.89 |
| Prior Balance Due (from above)................................................ | 3,590.64 |
| **TOTAL DUE**.................................................................. | $4,537.53 |

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 666741
Total Amount Due: $4,537.53

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                   April 30, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE:** Trademark Watches                          **Invoice#:** 666742
**Our File Number:** 63812/0111                        **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

| | **Hours** |
|---|---|
| 03/02/2011  Rynkiewicz, John P | 0.50 |
| Review Grace email and Corsearch report dated March 2, 2011; assess confusion with Grace marks. | |
| 03/08/2011  Rynkiewicz, John P | 0.42 |
| Review Grace email and Isern notice in GRACE THE LATEST FASHION IN DRESS; Appln. No. 9438094 in the EC; assess confusion. | |
| 03/14/2011  Rynkiewicz, John P | 1.75 |
| Review outstanding potential concerns from various US and foreign TM watches; review select USPTO applications, status and issues re GRACE marks. | |
| 03/16/2011  Rynkiewicz, John P | 0.50 |
| Review Grace email and advise T. Hunter re Corsearch report and decisions re multiple GRACE marks. | |
| 03/17/2011  Rynkiewicz, John P | 0.33 |
| Advise Grace re Corsearch march 17 report and 3 marks;. | |
| 03/18/2011  Rynkiewicz, John P | 0.33 |
| Review Grace email and Corsearch Watch of March 17th; review marks, assess confusion, possible oppositions. | |
| 03/21/2011  Rynkiewicz, John P | 0.42 |
| Review Grace email and Corsearch report of March 21; preliminary review of 3 marks. | |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      April 30, 2011

RE: Trademark Watches                                            Invoice#: 666742
Our File Number: 63812/0111                                        PAGE:  2

---

03/22/2011  Rynkiewicz, John P                                              1.00
            Review Grace email  re Watches by various firms; assess options for
            Grace and ways to put in place cost effective and critical Watches
            worldwide.

                                          Total Hours................          5.25

                    Fees through 03/31/2011....................      $2,976.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
                                Rate          Hours              Fees
Rynkiewicz, John P            $567.00          5.25         $2,976.75

                    Fees through 03/31/2011...............      5.25         $2,976.75

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 2,177.28 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 2,358.72 |
| Prior Balance Due........................................................... | | $6,936.68 |

Fees this Invoice.............................................................      $2,976.75
Total Due this Invoice.....................................................      $2,976.75
Prior Balance Due (from above).....................................      6,936.68
**TOTAL DUE**.................................................................      **$9,913.43**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 666742
Total Amount Due: $9,913.43

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# **KA**YE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    April 30, 2011
       7500 Grace Drive
       Columbia, Maryland  21044
       Attn: Robert A. Maggio, Esq.

RE: Potential Trademark Oppositions                 Invoice#: 666743
Our File Number: 63812/0112                                 PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2011

|  |  | Hours |
|---|---|---|
| 03/11/2011 | Rynkiewicz, John P | 1.50 |
|  | Update and review of series of prior correspondence to/from Grace and from foreign agents regarding possible US and foreign TM oppositions; check status re same. |  |
| 03/11/2011 | Rynkiewicz, John P | 1.17 |
|  | Review Grace email and African Union GRACE mark; review multiple emails from various Grace attorneys re confusion; review issues re logo form applied for; assess confusion, note opposition deadline. |  |

Total Hours................    2.67

Fees through 03/31/2011....................................    $1,513.89

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.67 | $1,513.89 |
| Fees through 03/31/2011............... |  | 2.67 | $1,513.89 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 992.25 |
| 660997 | 02/28/2011 | 1,513.89 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                            April 30, 2011

**RE:** Potential Trademark Oppositions                    **Invoice#:** 666743
**Our File Number:** 63812/0112                                **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 664054 | 03/31/2011 | 3,169.53 |
| Prior Balance Due............................................................... | | $7,575.12 |

| | |
|---|---|
| Fees this Invoice............................................................... | $1,513.89 |
| Total Due this Invoice....................................................... | $1,513.89 |
| Prior Balance Due (from above)...................................... | 7,575.12 |
| **TOTAL DUE**............................................................... | **$9,089.01** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 666743
Total Amount Due: $9,089.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH