IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2011, THROUGH MARCH 31, 2011

## WRG-0076
## VALVED COVER SYSTEM

| 03/21/2011 | GHL | Preparation of response to Office Action of November 23, 2010, including review of the Action and references cited therein, review of the pending specification and claims, review of history of previous responses, review of Mr. Cross's .email communication of March 18 commenting on the rejection and primary reference, and preparation of draft response and transmittal of draft to Mr. Cross for review. | 2.20 |
|---|---|---|---|
| 03/23/2011 | NG | Attendance to filing Response to Office Action dated November 23, 2010 and Extension of Time with the United States Patent and Trademark office on March 23, 2011 and forwarding copies of same to Mr. Cross. | 0.80 |

SERVICES $ 1,502.00

| | GHL | GARY H. LEVIN | 2.20 | hours @ | $610.00 |
|---|---|---|---|---|---|
| | NG | NOREEN GARONSKI | 0.80 | hours @ | $200.00 |

**DISBURSEMENTS:**

| PATENT OFFICE FEES (Extension of Time) | 130.00 |
|---|---|

DISBURSEMENT TOTAL $ 130.00

SERVICE TOTAL $ 1,502.00

**INVOICE TOTAL** $ **1,632.00**

## WRG-0096
## SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVE INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| 03/11/2011 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; downloading of publication and preparation of correspondence to client forwarding copy of publication notice and published document; and formalization of file to reflect same. | 0.80 |
|---|---|---|---|

|  |  | SERVICES | $ | 160.00 |

| NAG | NOREEN GARONSKI | 0.80 | hours @ | $200.00 |
|---|---|---|---|---|

**INVOICE TOTAL**          $   **160.00**