**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 26794 & 26816 |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NOS. 26794 & 26816
(MOTION FOR ORDER APPROVING THE CANADIAN ZAI
PROPERTY DAMAGE CLAIMS ADMINISTRATOR)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Representative Counsel's Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator (the "Motion"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than 4:00 p.m., ET, May 6, 2011.

Dated: May 9, 2011                                Respectfully submitted,

                                              By:    */s/ Daniel K. Hogan*
                                                      Daniel K. Hogan (DE Bar No. 2814)
                                                      THE HOGAN FIRM
                                                      1311 Delaware Avenue
                                                      Wilmington, Delaware 19806
                                                      Telephone: 302.656.7540
                                                      Facsimile: 302.656.7599
                                                      Email: dkhogan@dkhogan.com
                                                      **Counsel to the Representative Counsel as Special
                                                      Counsel for the Canadian ZAI Claimants**