**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 9th day of May, 2011, I caused a copy of the **CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 26794 (MOTION FOR ORDER APPROVING THE CANADIAN ZAI PROPERTY DAMAGE CLAIMS ADMINISTRATOR)** to be served via email upon Debtors' counsel and upon all other parties via CM/ECF.

> Laura Davis Jones, Esquire
> James E. O'Neil, Esquire
> Pachulski Stang Ziehl & Jones LLP
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705
> ljones@pszjlaw.com
> jo'neill@pszjlaw.com

>                  */s/Daniel K. Hogan*
> Daniel K. Hogan (DE #2814)