**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/31/2011; 4:00 PM ET |
| | § | Hearing Date: 9/26/2011; 9:00 AM ET |

**TENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 40th QUARTERLY
PERIOD FROM JANUARY 1, 2011 THROUGH MARCH 31, 2011**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $52,585.00 for the reasonable and necessary legal services he has rendered to

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $2,957.53, for a total of $55,542.53, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period January 1, 2011 through March 31, 2011 (the "Quarterly Fee Application"), and in support of this Quarterly Fee Application, would respectfully show as follows:

<u>SUMMARY</u>

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2011 through March 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $52,585.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,957.53 |

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
|---|---|---|---|---|---|
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|---|---|---|---|---|---|
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Quarterly Application period Mr. Rich billed 80.9 hours,[2] for a total amount billed of $52,585.00, of which 80% ($42,068.00) has already been paid or has payment pending, leaving the amount not yet approved or paid of $10,517.00.

The time for preparation of this Tenth Quarterly Application is approximately 2.0 hours, for which $1,300.00 will be requested in a future application.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 59.9 | $38,935.00 |
| Fee Applications | 10.1 | $6,565.00 |
| Travel | 21.8  (at 100%) | $7,085.00  (at 50%) |
| TOTAL | 91.8 | $52,585.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call<br>Travel | $88.00<br>$2,869.53 |
| TOTAL | $2,957.53 |

APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and

to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Tenth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 40th Quarterly fee period of January 1, 2011 through March 31, 2011 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Ninth Monthly Interim Period from January 1, 2011 Through January 31, 2011, seeking $13,416.00 in fees (80% of $16,770.00) and $1,247.19 in expenses;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirtieth Monthly Interim Period from February 1, 2011 Through February 28, 2011, seeking $17,992.00 in fees (80% of $22,490.00) and $1,509.34 in expenses;

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-First Monthly Interim Period from March 1, 2011 Through March 31, 2011, seeking $10,660.00 in fees (80% of $13,325.00) and $201.00 in expenses.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Twenty-Ninth, Thirtieth and Thirty-First monthly fee applications (collectively, the

"Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to

the Twenty-Ninth, Thirtieth and Thirty-First monthly fee applications have each passed without

any objections being filed, whereupon Rich filed Certificates of No Objection with the Court,

and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100%

of the expenses requested, except for, as of the date hereof, the Thirty-First Application for which

a Certificate of No Objection has been filed but payment has not yet been received.

9.      Rich has filed nine prior Quarterly Fee Applications.

10.      By this Tenth Quarterly Fee Application, Rich requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement of

actual and necessary expenses incurred by Rich from January 1, 2011 through March 31, 2011,

and authorize and require payment of said amounts less any amounts previously paid to Rich

pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim

Compensation Order.  As stated above, the full scope of the services provided and the related

expenses incurred are fully described in the Monthly Fee Applications that already have been

filed with the Court.

11.      Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.      At all relevant times, Rich has been a disinterested person as that term is defined

in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the

United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from January 1, 2011 through March 31, 2011, an administrative allowance be made to Rich in the sum of $52,585.00 as compensation for reasonable and

necessary professional services rendered to the PD FCR and, in the sum of $2,957.53 for

reimbursement of actual and necessary costs and expenses incurred, for a total of $55,542.53; (b)

that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums,

less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such

other and further relief to which Rich is justly entitled.

                                             Respectfully Submitted,

                                             _____

                                             Alan B. Rich
                                             Texas Bar No. 16842350
                                             4244 Renaissance Tower
                                             1201 Elm Street
                                             Dallas, Texas 75270
                                             (214) 744-5100
                                             (214) 744-5101 [fax]
                                             arich@alanrichlaw.com

                                             COUNSEL TO HON. ALEXANDER
                                             M. SANDERS, JR., LEGAL
                                             REPRESENTATIVE FOR FUTURE
                                             ASBESTOS-RELATED PROPERTY
                                             DAMAGE CLAIMANTS AND HOLDERS
                                             OF DEMANDS

## DECLARATION

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2011.

_____

## CERTIFICATE OF SERVICE

I certify that on the 9th day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 2/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-NINTH MONTHLY INTERIM PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2011 through January 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $13,416.00   [80% of $16,770.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,247.19 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 25.8 hours,[2] for a total amount billed of $16,770.00 of which 80% is currently sought, in the amount of $13,416.00, plus 100% of the expenses incurred during this period, in the amount of $1,247.19, for a total currently sought of $14,663.19.

_____

[2] Travel Time is included in this figure at 50% of actual time.

-3-

As stated above, this is the Twenty-Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $650.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 18.2 | $11,830.00 |
| Travel | 11.2    (@100%) | $3,640.00   (@50%) |
| Fee Application Matters (incl. FCR's ) | 2.0 | $1,300.00 |
| TOTAL | 31.4 | $16,770.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | 1,247.19 |
| TOTAL | 1,247.19 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

      I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

      Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

      I certify that on the 1st day of February, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-5-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 1/2/2011 | Prepare Amended 28th Monthly Fee Application | 1.0 |
| 1/3/2011 | Attention to filing and service of 28th Amended Monthly Fee Application | 0.1 |
| 1/3/2011 | Review Debtors' Motion for Leave to file Reply re CNA settlement motion | 0.5 |
| 1/3/2011 | Review CNA's Motion for Leave to file Reply re CNA settlement motion | 0.7 |
| 1/3/2011 | Emails to and from fee auditor | 0.1 |
| 1/3/2011 | Review PI FCR and ACC Joinder in Debtors' filings re CNA settlement | 0.1 |
| 1/3/2011 | Review Agenda for January Omnibus hearing | 0.1 |
| 1/4/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 1/5/2011 | Review Debtors' Motion to Retain Baer, Higgins | 0.3 |
| 1/5/2011 | Review Draft Motion of Debtors to set up foreign holding company structure | 0.3 |
| 1/5/2011 | Review Fee Applications of Canadian ZAI Counsel | 0.3 |
| 1/6/2011 | Review Certification of Counsel and Affidavit re Hillside claim objection | 0.2 |
| 1/6/2011 | Review November Monthly Operating Report | 0.4 |
| 1/6/2011 | Prepare and file 20th Monthly Fee Application of the PD FCR | 0.5 |
| 1/6/2011 | Review Order Approving Swiss Re Settlement | 0.1 |
| 1/6/2011 | Review Order granting Debtors leave to file Reply to Libby and BNSF Responses to CNA Settlement Motion | 0.1 |
| 1/6/2011 | Review Order approving settlement of Massachuetts Tax claims | 0.1 |
| 1/7/2011 | Review 4Q10 Statement of OCP payments | 0.1 |
| 1/7/2011 | Review Amended Agenda for January Omnibus hearing | 0.1 |
| 1/7/2011 | Review CNA's Response to Libby Discovery re CNA Settlement | 0.2 |
| 1/7/2011 | Review Debtors' Response to Libby Discovery re CNA Settlement | 0.2 |
| 1/7/2011 | Review Order granting leave for CNA to file Reply to Libby and BNSF Responses to CNA Settlement Motion | 0.1 |
| 1/9/2011 | Travel (non-productive) to Pittsburgh for January Omnibus hearing (5.6 hrs. @ 50%) | 2.8 |
| 1/10/2011 | Attend January Omnibus hearing | 2.7 |
| 1/10/2011 | Travel (non-productive) from Pittsburgh to Dallas (5.6 hrs. @ 50%) | 2.8 |

| | | |
|---|---|---|
| 1/11/2011 | Review Motion for an Order Authorizing First Amendment to Postpetition Letter of Credit Facility Agreement | 0.3 |
| 1/11/2011 | Review Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.2 |
| 1/11/2011 | Review Garlock's Motion to Release 2019 Statements and Motion to Limit Notice and email to ZAI counsel and client re same | 1.5 |
| 1/11/2011 | Draft Correspondence to Garland Cassada re clarification of 2019 Statements Motion and emails to and from other counsel re same | 0.3 |
| 1/12/2011 | Emails to and from E. Westbrook and S. Baena re PD 2019's | 0.2 |
| 1/13/2011 | Review Order Limiting Notice of Garlock Motions for Closed Cases | 0.1 |
| 1/13/2011 | Email from debtors' counsel re 30-day notice on Synthatech merger | 0.1 |
| 1/14/2011 | Review Order disallowing Hillside claim | 0.1 |
| 1/14/2011 | Email to and from client re status | 0.1 |
| 1/14/2011 | Review Notices of Appearance of J. Baer and R. Higgins | 0.1 |
| 1/17/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/18/2011 | Telephone Conference with client re status | 0.1 |
| 1/19/2011 | Review Hillside Notice of Dissolution | 0.1 |
| 1/19/2011 | Review Debtors' Certification of Counsel re Order Approving CNA Settlement | 0.2 |
| 1/19/2011 | Review Notice of Amendment to Canadian ZAI Minutes of Settlement | 0.3 |
| 1/20/2011 | Review BNSF Certification of Counsel re CNA settlement | 0.1 |
| 1/20/2011 | Review Libby Claimants Certification of Counsel re CNA settlement | 0.2 |
| 1/21/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 1/22/2011 | Review Order Approving CNA settlement | 0.2 |
| 1/24/2011 | Prepare and file CNO for monthly fee application | 0.2 |
| 1/24/2011 | Email to client re Canadian ZAI amendment | 0.1 |
| 1/25/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/26/2011 | Prepare and file CNO for Judge Sanders' montly fee application | 0.2 |
| 1/26/2011 | Review CNOs for monthly fee applications for Canadian ZAI counsel | 0.1 |
| 1/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/28/2011 | Review Garlock's Notice of Service re 2019 motion | 0.1 |
| 1/28/2011 | Review Canadian ZAI counsels' monthly fee applications | 0.2 |
| 1/28/2011 | Review Law Firms' Response to Garlock 2019 Access Motion | 0.5 |
| 1/28/2011 | Review Report of 38th Quarter Asset Sales | 0.1 |
| 1/28/2011 | Review Report of 38th Quarter Settlements | 0.1 |
| 1/28/2011 | Review "Cancer" Lawfirms' Response to Garlock 2019 Access Motion | 0.5 |
| 1/31/2011 | Review CNO re Baer, Higgins Retention | 0.1 |
| 1/31/2011 | Review CNO re Massachusetts DEP settlement | 0.1 |
| 1/31/2011 | Review CNO re Advanced Refining Credit Agreement Amendment | 0.1 |
| 1/31/2011 | Review Memorandum Opinion Recommending Confirmation of Plan | 1.5 |
| 1/31/2011 | Review and Analysis of Findings of Fact and Conclusions of Law Re Recommendation of Confirmation of Plan | 2.5 |
| 1/31/2011 | Email to client re status | 0.1 |
| 1/31/2011 | Email to ZAI Class counsel re confirmation order | 0.3 |

1/31/2011    Review Canadian ZAI counsels' quarterly fee applications                    0.4

Total:  25.8 hours @ $650/hour = $16,770.00

Expenses:  $1,247.19  (Detail on Exhibit 1)

**Total Fees and Expenses Due:  $18,017.19**

EXPENSES FOR JANUARY 2011                                                                EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 1/9/2011 | RT Coach Airfare | $779.40 |
| 1/9/2011 | Taxi | $46.70 |
| 1/9/2011 | Dinner | $34.91 |
| 1/10/2011 | Hotel | $295.26 |
| 1/10/2011 | Taxi | $48.00 |
| 1/10/2011 | Lunch | $12.61 |
| 1/10/2011 | Airport Parking | $30.31 |
| | TOTAL EXPENSES | $1,247.19 |

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE THIRTIETH MONTHLY INTERIM
PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                February 1, 2011 through February 28, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $17,992.00   [80% of $22,490.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $1,509.34

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|-------------------|--------------------|----------------|--------------------|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | CNO Filed | CNO Filed |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 34.6 hours,[2] for a total amount billed of $22,490.00 of which 80% is currently sought, in the amount of $17,992.00, plus 100% of the expenses incurred during this period, in the amount of $1,509.34, for a total currently sought of $19,501.34.

---

[2] Travel Time is included in this figure at 50% of actual time.

As stated above, this is the Thirtieth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 24.3 | $15,795.00 |
| Travel | 10.6    (@100%) | $3,445.00   (@50%) |
| Fee Application Matters (monthly and quarterly, incl. FCR's) | 5.0 | $3,250.00 |
| TOTAL | 39.9 | $22,490.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $1,472.34<br>$37.00 |
| TOTAL | $1,509.34 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of March, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-5-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (February, 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 2/1/2011 | Continued Review and Analysis of Judge Fitzgerald's Memorandum Opinion and Recommended Findings and Conclusions on Confirmation of Plan | 2.0 |
| 2/1/2011 | Prepare and file 29th Monthly Fee Application and Notice | 1.2 |
| 2/1/2011 | Review CNO re First Amendment to Postpetition Letter of Credit Facility | 0.2 |
| 2/1/2011 | Review Notice of Appeal (BNSF) from Order approving CNA Settlement | 0.1 |
| 2/1/2011 | Emails to and from R. Schiro (Class 7A PD Trustee) re Orders recommending confirmation of plan | 0.1 |
| 2/2/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/3/2011 | Status Conference Order from USDC | 0.1 |

| | | |
|---|---|---|
| 2/3/2011 | Emails from Debtors' counsel re status conference and email to client re same | 0.1 |
| 2/3/2011 | Prepare, file and serve 21st Monthly Fee Application of PD FCR and Notice | 0.7 |
| 2/4/2011 | Review Notice of Appeal of Lib by Claimants from Order Approving CNA Settlement | 0.1 |
| 2/4/2011 | Review Joinder of Motley Rice to briefs filed by other firms re Garlock 2019 Motion | 0.1 |
| 2/4/2011 | Review Order authorizing Debtors to enter Stipulation resolving claims of the Massachusetts DEP | 0.1 |
| 2/4/2011 | Review Final Order Authorizing First Amendment to Post-Petition LOC facility | 0.1 |
| 2/4/2011 | Review Order Extending term of Advanced Refineries credit agreement | 0.1 |
| 2/4/2011 | Conference with client re status conference . | 0.1 |
| 2/4/2011 | Review Garlock's Motion for Leave to file Reply re 2019 access motion | 0.6 |
| 2/4/2011 | Review Clerk's Notice re Libby appeal | 0.1 |
| 2/5/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/7/2011 | Prepare, file and serve 9th Quarterly Fee Application of PD FCR and Notice | 0.7 |
| 2/7/2011 | Prepare, file and serve 9th Quarterly Fee Application and Notice | 2.0 |
| 2/7/2011 | Review Agenda for February Omnibus hearing | 0.1 |
| 2/7/2011 | Review ACC Objection to Garlock 2019 access motion | 0.5 |
| 2/8/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 2/9/2011 | Review Order Granting Garlock leave to file reply | 0.1 |
| 2/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/10/2011 | Review 2011 Pension Plan presentation | 0.5 |
| 2/10/2011 | Review motion of Plan Proponents to Clarify 1/31/11 Orders | 0.3 |
| 2/10/2011 | Review AXA et al motion to extend deadlines and motion to shorten notice thereof | 0.3 |
| 2/10/2011 | Review Amended Agenda for February Omnibus hearing | 0.1 |
| 2/10/2011 | Review BNSF Motion to Reconsider | 0.4 |
| 2/10/2011 | Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objectdions to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law | 0.1 |
| 2/11/2011 | Email from J. Baer re status conference | 0.1 |
| 2/11/2011 | Review Anderson Memorial Hospital's Motion to (1) Extend Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order re Confirmation of First Amended Plan of Reorganization; and (2) Motion for Expedited Consideration of same | 0.2 |
| 2/11/2011 | Attend telephonic status conference | 0.8 |
| 2/11/2011 | Review Joinder of the State of Montana to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge | 0.1 |
| 2/11/2011 | Conference with client re status conference | 0.1 |
| 2/11/2011 | Review BNSF Statement regarding Motions to Extend | 0.1 |

| | | |
|---|---|---|
| 2/11/2011 | Review Joinder of Canada to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge | 0.1 |
| 2/11/2011 | Review Order granting Motion for additional time re objections and continuing hearing | 0.1 |
| 2/13/2011 | Review Second Amended Agenda for February Omnibus hearing | 0.1 |
| 2/13/2011 | Review Debtprs' proposed order regarding clarification of orders | 0.1 |
| 2/14/2011 | Attend telephonic hearing on Garlock 2019 Motion and February Omnibus hearing | 3.0 |
| 2/14/2011 | Review Arrowpoint motion for technical amendment to confirmation order | 0.1 |
| 2/14/2011 | Email from J. Baer re resheduling of Judge Buckwalter status conference | 0.1 |
| 2/14/2011 | Email to J. Baer re pension plan conference call | 0.1 |
| 2/14/2011 | Telephone conference with client re status conference | 0.1 |
| 2/14/2011 | Review Garlock Notice of Appeal | 0.1 |
| 2/14/2011 | Review UCC Notice of Appeal | 0.1 |
| 2/14/2011 | Review Joinder of the State of Montana to the Motion Of BNSF Railway Company For Reconsideration | 0.1 |
| 2/14/2011 | Email to client re setting of BNSF motion | 0.1 |
| 2/14/2011 | Review Joinder of Her Majesty the Queen in Right of Canada to the Motion Of BNSF Railway Company For Reconsideration | 0.1 |
| 2/14/2011 | Review Debtors' Notice of Resetting of Initial Status Conference in USDC | 0.1 |

| | | |
|---|---|---|
| 2/15/2011 | Review several notices of acquisition of equity by York-related entities | 0.2 |
| 2/15/2011 | Review several notices of status as substantial shareholder by York-related entities | 0.2 |
| 2/15/2011 | Review Order resetting status conference in USDC | 0.1 |
| 2/15/2011 | Review Clerk's Notice re confirmation order appeals | 0.1 |
| 2/15/2011 | Review Bank Debt Holders' Notice of Appeal | 0.1 |
| 2/15/2011 | Telephone conference with client re status conference | 0.1 |
| 2/15/2011 | Review draft of pension plan motion | 0.5 |
| 2/15/2011 | Emails to and from PI FCR counsel and ACC counsel re pension plan issues | 0.2 |
| 2/15/2011 | Review BNSF appeal record designation and issues statement | 0.2 |
| 2/15/2011 | Review Order Clarifying confirmation order and findings | 0.1 |
| 2/16/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/17/2011 | Review Clerk's Notice of Filing of Appeal of BNSF from CNA settlement approval | 0.1 |
| 2/17/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/17/2011 | Review Supplemental Notice of Appeal of the UCC | 0.1 |
| 2/17/2011 | Review Monthly Operating Report as of 12-31-10 | 0.4 |
| 2/17/2011 | Review Libby Claimants' Designation of Record for appeal of CNA settlement Order | 0.1 |
| 2/17/2011 | Emails with ACC financial advisors and PI FCR re pension issues | 0.2 |

| | | |
|---|---|---|
| 2/17/2011 | Review Statement of Issues on Appeal of the Libby Claimants re CNA settlement appeal | 0.1 |
| 2/18/2011 | Telephone conference with client re status conference | 0.1 |
| 2/18/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/18/2011 | Emails to and from Debtors' counsel re conference call and pension plan issues | 0.1 |
| 2/18/2011 | Review filed Pension Plan motion and exhibits | 0.3 |
| 2/18/2011 | Review Motion to Lift Stay re Locke Massachusetts litigation | 0.2 |
| 2/18/2011 | Review file Motion to Create Foreign Holding Company Structure | 0.3 |
| 2/18/2011 | Review Supplemental Notice of Appeal of the Bank Lender group | 0.1 |
| 2/19/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/20/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/21/2011 | Review Garlock's motion to intervene | 0.3 |
| 2/21/2011 | Review Garlock's Amended Motion for Access to 2019 Statements | 0.3 |
| 2/21/2011 | Review CNO's re Canadian ZAI counsel fees | 0.1 |
| 2/21/2011 | Telephone conference re status conference before Judge Buckwalter | 0.9 |
| 2/21/2011 | Review Debtors' Cure Exhibit pursuant to Section 9.1.2 of the Plan | 0.1 |
| 2/22/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.1 |
| 2/22/2011 | Review Notice of Filing of Conformed Plan and Review of changes | 0.5 |
| 2/22/2011 | Review blacklines of Plan Exhibits 5 and 6 and notice of filing thereof | 0.2 |

| | | |
|---|---|---|
| 2/22/2011 | Travel (non-productive) from Dallas to Philadelphia for District Court status conference (4.6 hrs. @ 50%) | 2.3 |
| 2/22/2011 | Telephone call to client re status conference | 0.1 |
| 2/22/2011 | Review Plan Proponents' proposed scheduling order and charts | 0.3 |
| 2/22/2011 | Review Plan Proponents' opposition to BNSF motion for reconsideration and joinders | 0.3 |
| 2/22/2011 | Review CNO's re Canadian ZAI Counsel Quarterly Fee Applications | 0.1 |
| 2/23/2011 | Review proposed revised district court scheduling order | 0.2 |
| 2/23/2011 | Attend status conference in District Court | 0.7 |
| 2/23/2011 | Conference with client | 1.0 |
| 2/23/2011 | Travel (non-productive) from Philadelphia to Dallas (6 hrs. @ 50%) | 3.0 |
| 2/24/2011 | Review Agenda for 3/2/11 hearing | 0.1 |
| 2/24/2011 | Email to client re 3/2/11 hearing | 0.1 |
| 2/24/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.1 |
| 2/24/2011 | Preparation, filing and service of CNO for 29th Monthly Fee Appication | 0.2 |
| 2/24/2011 | Preparation, filing and service of CNO for 21st Monthly Fee Appication of PD FCR | 0.2 |
| 2/24/2011 | Review Order of District Court re 9033 Objections | 0.1 |
| 2/25/2011 | Email to client re hearings | 0.1 |
| 2/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/28/2011 | Review of BNSF Rule 9033 objection | 0.1 |

| | | |
|---|---|---|
| 2/28/2011 | Review of Reply Brief of BNSF re motion for Reconsideration | 0.2 |
| 2/28/2011 | Review Anderson Memorial Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Canada's Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Letter from Court re re-scheduling of June Omnibus Hearing | 0.1 |
| 2/28/2011 | Review Canada joinder in BNSF Reply in Support of Motion for Reconsideration | 0.1 |
| 2/28/2011 | Review Garlock Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Notice of Intent to acquire equities by York entitiy | 0.1 |
| 2/28/2011 | Review Libby Claimants' Rule 9033 Objections | 0.1 |
| 2/28/2011 | Review Amended Agenda for March 2 hearing | 0.1 |
| 2/28/2011 | Review Montana Joinder in BNSF Rule 9033 Objection | 0.1 |

Total:   34.6 hours @ $650/hour = $22,490.00

Expenses:   $1,509.34   (Detail on Exhibit 1)

**Total Fees and Expenses Due:  $23,999.34**

EXPENSES FOR FEBRUARY 2011                                                      EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 12/27/2010 | Court Call | $37.00 |
| 2/22/2011 | RT Coach Airfare (and change fee) | $726.40 |
| 2/22/2011 | Taxi | $33.50 |
| 2/22/2011 | Dinner | $47.96 |
| 2/22/2011 | Hotel | $262.57 |
| 2/23/2011 | Taxi | $7.00 |
| 2/23/2011 | Taxi | $7.00 |
| 2/23/2011 | Hotel Tips | $5.00 |
| 2/23/2011 | Hotel (Judge Sanders) | $251.78 |
| 2/23/2002 | Lunch (with Judge Sanders) | $48.00 |
| 2/23/2011 | Taxi | $35.50 |
| 2/23/2011 | Airport Parking | $47.63 |
| | TOTAL EXPENSES | $1,509.34 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE THIRTY-FIRST MONTHLY INTERIM
PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2011 through March 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $10,660.00   [80% of $13,325.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $201.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | CNO Filed | CNO Filed |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 20.5 hours,[2] for a total amount billed of $13,325.00 of which 80% is

currently sought, in the amount of $10,660.00, plus 100% of the expenses incurred during this

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

period, in the amount of $201.00, for a total currently sought of $10,861.00.

As stated above, this is the Thirty-First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.4 | $11,310.00 |
| Travel | 0 | $0 |
| Fee Application Matters (including FCR and Local Counsel) | 3.1 | $2,015.00 |
| TOTAL | 20.5 | $13,325.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel (cancellation fee) Courtcall | $150.00 $51.00 |
| TOTAL | $201.00 |

//
//
//
//
//
//
//
//
//
//
//
//

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of April, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (March, 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 3/1/2011 | Review Order from District Court in Miscellaneous case re objections | 0.1 |
| 3/1/2011 | Prepare and File 30th Monthly Fee Application and Notice | 1.7 |
| 3/1/2011 | Review Plan Proponents' additional record designations for CNA settlement appeal | 0.1 |
| 3/1/2011 | Review Second Amended Agenda for March 2 hearing | 0.1 |
| 3/1/2011 | Review CNA's designation of additional record items for CNA settlement appeal | 0.1 |
| 3/2/2011 | Attend telephonic hearing on BNSF motion for reconsideration | 1.5 |
| 3/2/2011 | Review Monthly Operating Report for January 2011 | 0.4 |
| 3/2/2011 | Review several additional York-related entities' Notices of Intent to acquire equity | 0.2 |

| | | |
|---|---|---|
| 3/3/2011 | Review Joinder of Weitz & Luxenberg in Opposition to Garlock 2019 motion | 0.1 |
| 3/4/2011 | Review revised District Court scheduling Order from Debtors and email re same | 0.2 |
| 3/4/2011 | Review Opinion on Motion for Reconsideration | 0.3 |
| 3/4/2011 | Review Objection of Angelos, et al to Garlock exhibits | 0.3 |
| 3/4/2011 | Review Objection of Kazan firm, et al. to Garlock Exhibits | 0.2 |
| 3/4/2011 | Review Objection of the ACC to Garlock Exhibits | 0.2 |
| 3/7/2011 | Review Revised proposed District Court Scheduling Order | 0.1 |
| 3/7/2011 | Conference Call re Scheduling Order | 0.2 |
| 3/7/2011 | Review further revised scheduling Order for District Court proceedings | 0.2 |
| 3/8/2011 | Review UST Response to Garlock motion to reopen closed cases | 0.1 |
| 3/8/2011 | Review Debtors' draft joint appeal record | 0.5 |
| 3/8/2011 | Review letter sent to Judge Buckwalter re scheduling with proposed Order | 0.2 |
| 3/8/2011 | Review monthly fee applications of Canadian ZAI PD counsel | 0.3 |
| 3/9/2011 | Review Clerk's Notice of Transmission of the Notices of Appeal in the appeal from approval of the CNA settlement | 0.1 |
| 3/9/2011 | Review Clerk's Notice of Transmission of the Notices of Appeal from Confirmation Order and Opinion | 0.1 |
| 3/9/2011 | Review Fee Auditor's Recommendation Regarding 38th Quarterly Fee Applications | 0.1 |
| 3/10/2011 | Notice of Docketing of Appeal re CNA settlement | 0.1 |

| | | |
|---|---|---|
| 3/10/2011 | Review signed order regarding appeals on confirmation order | 0.1 |
| 3/11/2011 | Review Debtors' Stipulation with Samson Regarding Cure Pursuant to Section 9.1.2 of the Plan | 0.1 |
| 3/11/2011 | Review Owens Corning, AC&S, USM and CE Responses to Garlock motion to reopen re 2019 statements | 0.3 |
| 3/11/2011 | Review Clerk's notices of docketing of three confirmation appeals to the district court | 0.2 |
| 3/11/2011 | Review Response of Kazen, McClain, et al to amended Garlock 2019 motion | 0.1 |
| 3/11/2011 | Review Response of Angelos firm, et al to Garlock motion to intervene | 0.5 |
| 3/11/2011 | Review Response of Kazen, McClain, et al to Garlock Motion to Intervene | 0.2 |
| 3/11/2011 | Review ACC Response to Amended Garlock 2019 motion | 0.1 |
| 3/11/2011 | Review Debtors' Stipulation with Sealed Air and Cryovac re Cure Pursuant to Section 9.1.2 of the Plan | 0.1 |
| 3/11/2011 | Review ACC's opposition to Garlock intervention motion | 0.2 |
| 3/12/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/14/2011 | Review letter sent by BNSF to Judge Buckwalter re 9033 Objections to order denying reconsideration | 0.1 |
| 3/14/2011 | Emails from Debtors' counsel re resetting oral argument in USDC appeal | 0.1 |
| 3/14/2011 | Review CNO re motion to allow foreign non-debtor holding company structure | 0.1 |
| 3/14/2011 | Review CNO re motion to lift stay re Locke action | 0.1 |

| | | |
|---|---|---|
| 3/14/2011 | Review Summary Response of Maryland Casualty to Rule 9033 Objections | 0.1 |
| 3/14/2011 | Review CNO re retirement plan contribution motion | 0.1 |
| 3/15/2011 | Review withdrawal of prior cure stipulations between debtors and Cryovac | 0.1 |
| 3/15/2011 | Review of cure stipulation between debtors and Fresenious | 0.1 |
| 3/15/2011 | Review Plan Proponents' Response to 9033 Objections | 0.1 |
| 3/15/2011 | Review Debtors' Motion to Implement 2011 Long Term Incentive Plan | 0.5 |
| 3/15/2011 | Review response of Angelos firm, et al to Garlock amended access motion | 0.1 |
| 3/15/2011 | Prepare, file and serve 22nd Monthly Fee Application of PD FCR and Notice | 0.7 |
| 3/16/2011 | Email from counsel for PI FCR re pension issues | 0.1 |
| 3/16/2011 | Review Motion to Sell CeraTech Stock | 0.3 |
| 3/17/2011 | Review Garlock Amended and Supplemental Notice of Appeal from Confirmation and Objections | 0.1 |
| 3/17/2011 | Conference with R. Wyron re pension issues | 0.2 |
| 3/18/2011 | Review Maryland Casualty Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review Notice of Disposition of Equity (York) | 0.1 |
| 3/18/2011 | Review Libby Claimants' Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review State of Montana Notice of Appeal from Confirmation related Orders | 0.1 |

| | | |
|---|---|---|
| 3/18/2011 | Review York Amended and Restated Notice of Intent to Acquire Equity | 0.1 |
| 3/18/2011 | Canada Notice of Appeal from Confirmation related Orders | 0.1 |
| 3/18/2011 | Review BNSF Notice of Appeal and Objections re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of AXA Belgium re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of GEICO & Republic re confirmation orders | 0.1 |
| 3/19/2011 | Review Notice of Appeal of Anderson Memorial Hospital re confirmation orders | 0.1 |
| 3/21/2011 | Review Agenda filed by Garlock for March 28 Omnibus hearing | 0.2 |
| 3/21/2011 | Review Plan Proponents' Revised proposed Joint appeal record and protective orders and email re same | 0.5 |
| 3/21/2011 | Review Omnibus Agenda filed by Debtors | 0.1 |
| 3/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/23/2011 | Conference call re protective order for appellate record | 0.2 |
| 3/23/2011 | Emails to and from Debtors' counsel re CNO for 38th Quarterly Fee Application | 0.1 |
| 3/24/2011 | Review Notice of Appearance of counsel for Toyota Motor Credit | 0.1 |
| 3/24/2011 | Review Notice of Disposition of Equity (York) | 0.1 |
| 3/24/2011 | Review Certification of Counsel re 38th Quarterly Fee Applications | 0.1 |
| 3/24/2011 | Review Certification of Counsel re 38th Quarterly Project Categories | 0.2 |
| 3/24/2011 | Review Amended Agenda for March Omnibus | 0.1 |
| 3/24/2011 | Review Cure stipulation between Debtors and Beaco Road Site PRP Group | 0.1 |

| | | |
|---|---|---|
| 3/24/2011 | Email to client re March Omnibus | 0.1 |
| 3/25/2011 | Review Order approving 38th Quarterly Fee Applications | 0.1 |
| 3/25/2011 | Review Order authorizing creating of non-debtor foreign holding company structure | 0.1 |
| 3/25/2011 | Review Order lifting stay on Locke claim in Massachusetts | 0.1 |
| 3/25/2011 | Review Order authorizing 2011 pension plan contributions | 0.1 |
| 3/25/2011 | Email from client re March omnibus hearing | 0.1 |
| 3/25/2011 | Prepare, file and serve second monthly fee application and notice of filing of Local Counsel for PD FCR | 0.5 |
| 3/25/2011 | Email to client and local counsel re status | 0.1 |
| 3/26/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/28/2011 | Attend telephonic March Omnibus hearing | 2.5 |
| 3/28/2011 | Conference with client | 0.1 |
| 3/28/2011 | Email from Debtors' counsel re change in oral argument date | 0.1 |
| 3/28/2011 | Review BNSF statement of issues and designation of record of appeal | 0.1 |
| 3/28/2011 | Review Cure Stipulation between Debtors and Chartis | 0.1 |
| 3/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 3/30/2011 | Review CNO's for Canadian ZAI counsel fee applications | 0.1 |
| 3/30/2011 | Email from Debtors' counsel re another change in oral argument date and email to client re same | 0.1 |
| 3/30/2011 | Review Revised proposed Joint designation of record for appeal from confirmation orders | 0.5 |

3/31/2011    Prepare, file and serve CNO for 30th Monthly Fee Period          0.2

      Total:  20.5 hours @ $650/hour = $13,325.00

<u>Expenses</u>:    Airline Fee (March Omnibus changed to telephone only) – $150.00
                Court Call (Feb. Omnibus) – $51.00

      Total Expenses:   $201.00

           <u>**Total Fees and Expenses Due**</u>: **$13,526.00**