IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 28, 2011 at 4:00 p.m.**
**Hearing Date: To be determined, only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL
TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011 (DOCKET NO. 26764)**

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading to the *Application of Kirkland & Ellis LLP*

*("K&E") for Compensation for Services and Reimbursement of Expenses as Bankruptcy*

*Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period from February 1, 2011*

*through February 28, 2011* (the "Application"). The undersigned further certifies that she has

caused the Court's docket in this case to be reviewed and no answer, objection or other

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

responsive pleading to the Application appears thereon.  Pursuant to the Application, objections

to the Application were to be filed and served no later than April 28, 2011.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay K&E $426,043.60, which represents 80% of the fees ($532,554.50), and

$16,245.21, which represents 100% of the expenses requested in the Application for the period

February 1, 2011 through February 28, 2011, upon the filing of this Certification and without the

need for entry of a Court order approving the Application.


Dated:  May 9, 2011                    KIRKLAND & ELLIS LLP
                                       Adam Paul
                                       300 N. LaSalle
                                       Chicago, Illinois 60654
                                       Telephone:    (312) 861-2000
                                       Facsimile:    (312) 861-2200

                                       and

                                       PACHULSKI STANG ZIEHL & JONES LLP

                                       Laura Davis Jones (Bar No. 2436)
                                       James E. O'Neill (Bar No. 4042)
                                       Kathleen P. Makowski (Bar No. 3648)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, Delaware 19899-8705
                                       Telephone:    (302) 652-4100
                                       Facsimile:    (302) 652-4400

                                       Co-Counsel to Debtors and Debtors-in-Possession