# EXHIBIT C

## Fifty-First Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #26819 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 2160941\1