UNITED STATES BANKRUTPCY COURT
DISTRICT OF DELAWARE

In re                              )        Chapter 11
                                   )
WR Grace & Co., et al.             )        Case No. 01-01139 (JKF)
                                   )
                                   )        (Jointly Administered)
            Debtors.               )
_____)

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Seyfarth Shaw., a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Seyfarth Shaw
55 E. Monroe St. STE 4200
Chicago, IL 60603

New Address
Seyfarth Shaw
c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: May 5th, 2011

Respectfully submitted,

_____
David Crowley
Seyfarth Shaw
55 E. Monroe St. STE 4200
Chicago, IL 60603