IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al.,[1] | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, LAURI SHIPPERS, hereby certify that on 5/10/2011, I caused a true and correct copy of the attached **NOTICE OF TRANSFER OF CLAIM RE DOCKET NO. 26907** to be served on the following parties:

| | |
|---|---|
| SEYFARTH SHAW<br>55 E MONROE ST STE 4200<br>CHICAGO, IL 60603-5803 | CLAIMS RECOVERY GROUP LLC<br>92 UNION AVE<br>CRESSKILL, NJ 07626 |

DATED: May 10, 2011
Kansas City, Missouri

LAURI SHIPPERS

State of Missouri    )
                     ) ss
County of Jackson    )

Personally appeared before me on May 10, 2011, Lauri Shippers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

MIKE G. BOOTH
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: August 04, 2013
Commission Number: 09850056

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al.,**[1] | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF TRANSFER RE DOCKET 26907

TO:   SEYFARTH SHAW
      55 E MONROE ST STE 4200
      CHICAGO, IL 60603-5803

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **CLAIMS RECOVERY GROUP LLC** of your claim in the amount of **$2,445.65**.

If you do not object to this Transfer on or before twenty one (21) days from the date of the mailing of this Notice (i.e., **May 31, 2011**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **CLAIMS RECOVERY GROUP LLC** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATED: May 10, 2011

**BMC GROUP**
Claims Reconciliation and Solicitation Consultant
444 N. Nash St.
El Segundo, California 90245-2822

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court

## **PROOF OF SERVICE**

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 444 N. Nash St, El Segundo, California 90245. On May 10, 2011, I caused a true and correct copy of the "Notice of Transfer re: Docket 26907" to be served upon the following parties:

SEYFARTH SHAW
55 E MONROE ST STE 4200
CHICAGO, IL 60603-5803

CLAIMS RECOVERY GROUP LLC
92 UNION AVE
CRESSKILL, NJ 07626

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2011

                                                   /s/ *Lauri Shippers*
                                                  Lauri Shippers