## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/31/2011; 4:00 p.m. ET |
| | § | Hearing Date: 9/26/2011; 9:00 a.m. ET |

**FIRST QUARTERLY APPLICATION OF R. KARL HILL,
SEITZ, VAN OGTROP & GREEN, P.A., LOCAL COUNSEL TO
THE HON. ALEXANDER M. SANDERS, JR., THE LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED
PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES FOR THE 40TH AND ALL PRIOR QUARTERLY
<u>PERIODS FROM SEPTEMBER 29, 2008 THROUGH MARCH 31, 2011</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R. Karl Hill, Seitz, Van Ogtrop & Green, P.A., Local Counsel to the

Hon. Alexander M . Sanders, Jr., pursuant to sections 327, 330 and 331 of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), the Appointment Order (as defined below), the Administrative Order

Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of

$5,355.00 for the reasonable and necessary services he has rendered as local counsel to the Legal

Representative for Future Asbestos-Related Property Damage Claimants and Holders of

Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the

amount of $4.80, for a total of $5,359.80, or one hundred percent (100%) of all compensation

and expense reimbursement requested, for the period September 29, 2008 through March 31,

2011 (the "First Quarterly Fee Application"), and in support of this First Quarterly Fee

Application, would respectfully show as follows:

<u>SUMMARY</u>

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A.<br>R. Karl Hill, Esq. |
| Authorized to Provide Services To:: | Hon. Alexander M. Sanders, Jr.,<br>Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008, *nunc pro tunc* |
| Period for Which Compensation and Reimbursement is Sought: | September 29, 2008 through March 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $5,355.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $4.80 |

This is a(n):  ☐Monthly  ☒Quarterly  ☐Interim  ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | CNO Filed | CNO Filed |
| 5-5-2011 | 3-1-2011 to 3-31-2011 | $816.00 | $0.00 | Pending | Pending |
| | | | | | |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour.  In this First Quarterly Application period, Mr. Hill billed 17.85 hours, for a total amount billed of $5,355.00 of which 80% ($4,284.00) has been paid or has payment pending, leaving the amount not yet approved or paid of $1,071.00.

The time for preparation of this First Quarterly Application is approximately 0.5 hours, for which $325.00 will be requested in a future application by lead counsel for the PD FCR.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 12.45 | $3,735.00 |
| Retention Matters | 3.2 | $960.00 |
| Billing Matters | 2.2 | $660.00 |
| TOTAL | 17.85 | $5,355.00 |

---

[1] At 80% of the total incurred.

EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| PACER | $4.80 |
| TOTAL | $4.80 |

**APPLICATION**

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

-4-

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an October 20, 2008 order of this Court, later made *nunc pro tunc* as of September 22, 2008, the PD FCR was appointed by the Court.  By an Order of this Court, *nunc pro tunc* as of September 29, 2008, R. Karl Hill, Seitz, Van Ogtrop & Green, P.A. was retained as local Delaware counsel by the PD FCR (the "Appointment Order").  The Appointment Order authorizes the Debtors to compensate Mr. Hill and Seitz, Van Ogtrop & Green, P.A. at Mr. Hill's hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is the First Quarterly Fee Application for

compensation for services rendered by Mr. Hill and his firm in connection with the Chapter 11

Cases and covers the fee period of September 29, 2008 through March 31, 2011 (the "Fee

Period").

6.      The following Monthly Fee Applications for interim compensation during the Fee

Period have been filed respecting Mr. Hill and his firm's services:

(a)     "Application of Seitz, Van Ogtrop & Green, P.A. for Compensation for Services
and Reimbursement of Expenses as Local Counsel to the Legal Representative for
Future Asbestos-related Property Damage Claimants and Holders of Demands for
the First Interim Period From September 29, 2008 Through February 28, 2009,"
seeking $1,632.00 in fees (80% of $2,040.00);

(b)     "Application of Seitz, Van Ogtrop & Green, P.A. for Compensation for Services
and Reimbursement of Expenses as Local Counsel to the Legal Representative for
Future Asbestos-related Property Damage Claimants and Holders of Demands for
the Second Interim Period From March 1, 2009 Through February 28, 2011,"
seeking $1838.40 in fees (80% of $2,295.00), and $4.80 in expenses;

(c)     "Application of Seitz, Van Ogtrop & Green, P.A. for Compensation for Services
and Reimbursement of Expenses as Local Counsel to the Legal Representative for
Future Asbestos-related Property Damage Claimants and Holders of Demands for
the Third Interim Period From March 1, 2011 Through March 31, 2011," seeking
$816.00 in fees (80% of $1,020.00).

7.      The monthly fee applications covered by this First Quarterly Fee

Application contain detailed daily time logs describing the actual and necessary services

provided by Mr. Hill and his firm during the Fee Period, as well as other detailed information

required to be included in fee applications.  The First, Second and Third monthly fee applications

are attached hereto as Exhibits "1," "2" and "3."

8.      The periods for objecting to the fee and expense reimbursements relating to

the First and Second monthly fee applications have each passed without any objections being

filed, whereupon Certificates of No Objection were filed with the Court.  Mr. Hill and his firm

have been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested for the First Application, but no payment has yet been received for the Second Application.  The period within which to object to the Third Application expires on May 25, 2011.

9.      No previous Quarterly Fee Applications have been filed by Mr. Hill and his firm.

10.     By this First Quarterly Fee Application, Mr. Hill and his firm request that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Mr. Hill and his firm from September 29, 2008 through March 31, 2011, and order the payment of that amount, less any amounts previously paid to Mr. Hill and his firm pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.     Mr. Hill and his firm reserve the right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee applications.

12.     At all relevant times, Mr. Hill and his firm have been disinterested persons as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and have not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Mr. Hill and his firm were performed as counsel to the PD FCR and not on behalf of any committee, creditor, or other

person.

14.     Mr. Hill believes that this First Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Mr. Hill and his firm have received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Mr. Hill and his firm and any other person for the sharing of compensation to be received for services rendered in these cases, other than normal intra-firm distributions at Mr. Hill's law firm.

16.     The professional services and related expenses for which Mr. Hill and his firm request interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of their professional responsibilities as counsel to the PD FCR in the Chapter 11 Cases.  The services of Mr. Hill and his firm have been necessary and beneficial to future property damage claimants as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), other than normal intra-firm distributions at his law firm, Mr. Hill has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, R. Karl Hill and Seitz, Van Ogtrop & Green, P.A. respectfully request that the Court enter an order, providing that (a) for the period from September 29, 2008 through March 31, 2011, an administrative allowance be made to Mr. Hill and his firm in the sum of

$5,355.00 as compensation for reasonable and necessary professional services rendered as counsel to the PD FCR, and $4.80 in expenses, a total of $5,359.80; (b) that the Debtors be authorized and directed to pay to Mr. Hill and his firm the outstanding amount of such sums, less any sums previously paid to Mr. Hill and his firm pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Mr. Hill and his firm are justly entitled.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## DECLARATION

R. Karl Hill declares as follows:

I am counsel hired by the PD FCR with the approval of the Court, and am familiar with the services rendered by me and my firm.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2011.

_____

## CERTIFICATE OF SERVICE

I certify that on the 9th day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-10-

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/25/11 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRD INTERIM
PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A.<br>R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr.,<br>Legal Representative for Future Asbestos-<br>Related Property Damage Claimants and<br>Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation<br>and Reimbursement is Sought: | March 1, 2011 through March 31, 2011 |
| Amount of Fees Sought as Actual<br>Reasonable and Necessary: | $816.00 [80% of $1,020.00] |
| Amount of Expenses Sought as<br>Actual, Reasonable and Necessary: | $0 |

This is a(n):  ☒ Monthly       ☐ Interim       ☐ Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr.

Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour.  In this application period, Mr. Hill

billed 3.4 hours, for a total amount billed of $1,020.00 of which 80% is currently sought, in the amount of $816.00.

As stated above, this is the third application for monthly fees and expenses.  The time for preparation of this

Application is approximately .4 hours, for which $260.00 will be requested in a future application by lead counsel

for the PD FCR.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 3.4 | $1,020.00 |
| TOTAL | 3.4 | $1,020.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | $0 |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[1] At 80% of the total incurred.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS-
RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 5th day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas TX 75202-3909

Page: 1
April 19, 2011
Account No:     40324-001M
Statement No:        25862

Sanders In Re: W. R. Grace

For Services Rendered Through 03/31/2011

Fees

| | | Hours | |
|---|---|---|---|
| 03/01/2011 | | | |
| RKH | WR Grace/Appellee Designation of items of appeal (.25) | 0.25 | |
| 03/02/2011 | | | |
| RKH | Appellee CNA Companies Designation on Appeal (.20) | 0.20 | |
| 03/07/2011 | | | |
| RKH | Memo Opinion and order on BNSF's Motion for Reconsideration (.55) | 0.55 | |
| 03/10/2011 | | | |
| RKH | Transmittal of Record to District Court (.20); Notice of Docketing Record on Appeal (.10); Order regarding appeals (.20) | 0.50 | |
| 03/17/2011 | | | |
| RKH | Amended Notice of Appeal by Garlock (.20) | 0.20 | |
| 03/18/2011 | | | |
| RKH | Notice of Appeal Montana (.20); Notice of Appeal Canada (.20); Notice of Appeal Libby Claimants (.20); Notice of Appeal MD Casualty (.20); Notice of Appeal BNSF (.20); Notice of Appeal Govt. Employees et al. (.20); notice of Appeal Anderson Memorial (.20) | 1.40 | |
| 03/28/2011 | | | |
| RKH | Designation of Items on Appeal (BNSF) (.30) | 0.30 | |
| | For Current Services Rendered | 3.40 | 1,020.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 3.40 | $300.00 | $1,020.00 |

Total Current Work                                                    1,020.00

Alexander M. Sanders, Jr.

Sanders In Re: W. R. Grace

|  | Page: 2 |
|---|---|
|  | April 19, 2011 |
| Account No: | 40324-001M |
| Statement No: | 25862 |

Previous Balance                                                                                  $2,709.80

Balance Due                                                                                        $3,729.80

Please Remit                                                                                       $3,729.80

*Remittance is due and payable upon receipt.  Thank you.*

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 4/15/11 |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SECOND INTERIM PERIOD FROM MARCH 1, 2009 THROUGH FEBRUARY 28, 2011

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. <br> R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., <br> Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2009 through February 28, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $1,838.40 [80% of $2,295.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $4.80 |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour.  In this application period, Mr. Hill billed 7.65 hours, for a total amount billed of $2,295.00 of which 80% is currently sought, in the amount of $1,838.40, plus 100% of the necessary expenses incurred, in the amount of $4.80, making the total sought in the Application $1,843.20.

As stated above, this is the second application for monthly fees and expenses.  The time for preparation of this Application is approximately .5 hours, for which $325.00 will be requested in a future application by lead counsel for the PD FCR.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 5.45 | $1,635.00 |
| Billing Matters | 2.2 | $660.00 |
| TOTAL | 7.65 | $2,295.00 |

---

[1] At 80% of the total incurred.

EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| PACER | $4.80 |
| TOTAL | $4.80 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.


CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

-3-

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of March, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas  TX  75202-3909

Page: 1
March 16, 2011
Account No:      40324-001M
Statement No:           25629

Sanders In Re:  W. R. Grace

For Services Rendered Through 02/28/2011

Fees

|  |  | Hours |  |
|---|---|---|---|
| 11/05/2009 RKH | Work on assembling bills for fee application. | 1.00 | |
| 11/06/2009 RKH | Assemble and organize bills for fee application (1.0); emails with Rich re: same (.2). | 1.20 | |
| 11/12/2009 RKH | Review corrected invoice (.2); send same to Rich. (.1). | 0.30 | |
| 02/15/2011 RKH | Anderson's motion to extend (0.3) BNSF's Motion to clarify (0.5); Plan propent's Motion to clarify (0.5) | 1.30 | |
| 02/16/2011 RKH | BSNF's Designation of Recard | 0.85 | |
| 02/17/2011 RKH | Review memo and order confirming plan. | 2.00 | |
| 02/28/2011 RKH | Submission of confirmed plan. | 1.00 | |
| | For Current Services Rendered | 7.65 | 2,295.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 7.65 | $300.00 | $2,295.00 |

Expenses

| | |
|---|---|
| Pacer Net Transactions | 4.80 |
| Reimbursable Costs Thru 02/28/2011 | 4.80 |

Alexander M. Sanders, Jr.

Sanders In Re:  W. R. Grace

| | |
|---|---|
| Total Current Work | 2,299.80 |
| Previous Balance | $2,042.00 |

### Payments

| | | |
|---|---|---|
| 01/20/2010 | Payment via EFT from Trust Account from W. R. Grace & Co. Edipayment | -1,632.00 |
| | Balance Due | $2,709.80 |

Your trust account #2 balance is

| | | |
|---|---|---|
| | Opening Balance | $0.00 |
| 12/31/2009 | Wire Deposit rrom W.R. Grace & Co. Edipayment | 1,632.00 |
| 01/20/2010 | Payment Applied to Attorneys Services Rendered | |
| | PAYEE: Seitz, Van Ogtrop & Green, P.A. | -1,632.00 |
| | Closing Balance | $0.00 |
| | Please Remit | $2,709.80 |

*Remittance is due and payable upon receipt.  Thank you.*

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/2/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FIRST INTERIM PERIOD
<u>FROM SEPTEMBER 29, 2008 THROUGH FEBRUARY 28, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 29, 2008 through February 28, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $1,632.00 [80% of $2,040.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

R. Karl Hill is the only attorney providing services in this Fee Application period.  Mr. Hill has practiced law for 20 years, and his billing rate is $300.00 per hour.  In this Application period Mr. Hill billed 6.8 hours, for a total amount billed of $2,040.00 of which 80% is currently sought, in the amount of $1,632.00.

---

[1] At 80% of the total incurred.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 3.6 | $1,080.00 |
| Retention Matters | 3.2 | $960.00 |
| TOTAL | 6.8 hours | $2,040.00 |

Detail of the fees billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, R. Karl Hill, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

_____
R. Karl Hill

-3-

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 6th day of November, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Page: 1
February 03, 2009
Account No:      40324-001M
Statement No:         21039

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas  TX  75202-3909

Sanders In Re:  W. R. Grace

For Services Rendered Through 12/31/2008

### Fees

| | | Hours | |
|---|---|---|---|
| 12/01/2008 | | | |
| RKH | Review docket. Review retention papers for A. Rich. Begin drafting same. | 1.20 | |
| 12/02/2008 | | | |
| RKH | Work on fee agreement - retention papers. | 1.50 | |
| 12/03/2008 | | | |
| RKH | Emails w/ Rich re: revising fee (.3); agreement; review fee agreement (.2) | 0.50 | |
| | For Current Services Rendered | 3.20 | 960.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 3.20 | $300.00 | $960.00 |

Total Current Work                                                     960.00

Balance Due                                                       $960.00

Please Remit                                                       $960.00

*Remittance is due and payable upon receipt.  Thank you.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Page: 1

Alexander M. Sanders, Jr.                                    March 17, 2009
c/o Alan B. Rich, Esquire                    Account No:      40324-001M
One Main Place, Suite 1910                   Statement No:        21314
1201 Main Street, LB 201
Dallas  TX  75202-3909

Sanders In Re:  W. R. Grace

For Services Rendered Through 01/31/2009

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 01/23/2009 |  |  |  |
| RKH | Review various filings; | 1.20 |  |
|  |  |  |  |
| 01/28/2009 |  |  |  |
| RKH | Review docket (.5); Review and print retention order (.5); | 1.00 |  |
|  | For Current Services Rendered | 2.20 | 660.00 |

<u>Summary of Fees</u>

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 2.20 | $300.00 | $660.00 |

| | |
|---|---|
| Total Current Work | 660.00 |
| Previous Balance | $960.00 |
| Balance Due | $1,620.00 |
| Please Remit | $1,620.00 |

*Remittance is due and payable upon receipt.  Thank you.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

|  |  |
|---|---|
|  | Page: 1 |
|  | April 07, 2009 |

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas  TX  75202-3909

Account No:    40324-001M
Statement No:    21412

Sanders In Re:  W. R. Grace

For Services Rendered Through 02/28/2009

### Fees

|  |  | Hours |  |
|---|---|---|---|
| 02/13/2009 |  |  |  |
| RKH | Emails with attachments from A. Rich (.50); Review recent filings (.70); | 1.20 |  |
| 02/18/2009 |  |  |  |
| RKH | Emails with Rich re: hearing on D/S; | 0.20 |  |
|  | For Current Services Rendered | 1.40 | 420.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 1.40 | $300.00 | $420.00 |

| | |
|---|---|
| Total Current Work | 420.00 |
| Previous Balance | $1,620.00 |
| Balance Due | $2,040.00 |
| Please Remit | $2,040.00 |

*Remittance is due and payable upon receipt.  Thank you.*