**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


May 10, 2011

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10353


Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/1/2011 AL | Receive and review email from B. Ruhlander re 39Q fee applications (.1); draft email to J. Wehrmann re same (.1) | | 0.20 | 9.00 |
| | AL | Receive and review email from PWC re January 2011 fee detail (.1); update database with same (.2) | 0.30 | 13.50 |
| | AL | Update database with Kramer's February electronic detail (.1) Reed's February fee application (.2) | 0.30 | 13.50 |
| | AL | Continue Researching PACER for all applicants with fee applications for the 37th interim (1.7); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Orrick, Day Pitney, Alan Rich, Saul Ewing, Stroock, Steptoe, Swidler and Towers (2.4); draft detailed spreadsheet with all researched information (1.5) | 5.60 | 252.00 |
| | JAW | detailed review of Steptoe December 2010 fee application (0.1); draft summary of same (0.1) | 0.20 | 30.50 |
| | JAW | detailed review of Saul Ewing February 2011 fee application (0.4); draft summary of same (0.1) | 0.50 | 76.25 |
| | MW | Continue Researching PACER for 36th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (5.1); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (1.5). | 6.60 | 924.00 |

214 698-3868

W.R. Grace & Co.                                                                                                                   Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2011 JAW | detailed review of Alan B. Rich March 2011 fee application (0.3); draft summary of same (0.1) | | 0.40 | 61.00 |
| JAW | detailed review of Reed Smith February 2011 fee application (1.3); draft summary of same (0.4) | | 1.70 | 259.25 |
| AL | Update database with Lauzon's February full electronic detail (.2); Hogan's February electronic detail (.1); Scarfone's February electronic detail (.1); Scholer's December (.2) and January (.2) fee applications; Kramer's February fee applications (.2); Bilzin's February (.2); Campbell's February fee application (.2); Charter's February fee application (.2); Caplin's February fee application (.2); AKO's February fee application (.2); LAS' January fee application (.2); Ferry's February fee application (.2); Capstone's January electronic detail (.1) | | 2.50 | 112.50 |
| BSR | detailed review of Day Pitney's 39th interim fee application | | 0.10 | 26.50 |
| JAW | Draft summary of PwC January 2011 fee application (2.20) | | 2.20 | 335.50 |
| 4/5/2011 BSR | detailed review of Orrick's 39th interim fee application and monthly fee applications, expense detail sent by Orrick, and fee summary of Dec. 2010 monthly | | 1.00 | 265.00 |
| AL | Update database with Capstone's January fee application (.2); Sander's March (pdf) electronic detail (.1); Capstone's February electronic detail (.1) | | 0.40 | 18.00 |
| BSR | Draft initial report re Orrick Herrington & Sutcliffe for the 39th interim period | | 0.80 | 212.00 |
| 4/6/2011 BSR | detailed review of The Hogan Firm's quarterly and monthly applications for the 39th interim period, as well as fee summaries re same | | 0.20 | 53.00 |
| BSR | Draft initial report re Kirkland & Ellis for the 39th interim period | | 1.30 | 344.50 |
| BSR | detailed review of Lauzon Belanger's quarterly and monthly fee applications for the 39th interim period, as well as fee summaries re same | | 0.10 | 26.50 |
| BSR | detailed review of Kirkland & Ellis' 39th interim fee application, monthly fee applications, and fee summaries re same | | 1.60 | 424.00 |
| BSR | detailed review of Duane Morris' 39th interim fee application, monthly fee applications, and fee summary re same | | 0.20 | 53.00 |
| BSR | Draft e-mail to Orrick re initial report (39Q) | | 0.10 | 26.50 |
| AL | Update database with Blackstone's February fee application (.2); Blackstone's February electronic detail (.1); Capstone's February fee application (.2) | | 0.50 | 22.50 |
| BSR | detailed review of Scarfone Hawkins' quarterly and monthly fee applications for the 39th interim period, as well as fee summaries re same | | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                                      Page     3

|          |     |                                                                                                                                                                                                                           | Hours | Amount |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/6/2011 | JAW | detailed review of Anderson Kill February 2011 fee application (3.40); draft summary of same (0.10)                                                                                                                                   | 3.50  | 533.75 |
|          | JAW | Proofread W. H. Smith & Assoc. March 2011 fee & expense statement (0.70); e-mail to M. White regarding any revisions needed (0.10)                                                                                                    | 0.80  | 122.00 |
|          | AL  | Receive, review and finalize Orrick's 39Q IR (.2); update database with same (.2); draft email to D. Williams re service of Orrick's 39Q IR (.1)                                                                                      | 0.50  | 22.50  |
|          | MW  | draft monthly fee application of WHS&A for March 2011 including review of fees and expenses (3.1); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.4); finalize for Court filing (.3) and update database with finalized version (.1) | 4.00  | 560.00 |
|          | DTW | Review and revise 39th interim initial report for Orrick and email to B. Ruhlander re same (.1).                                                                                                                                      | 0.10  | 16.50  |
| 4/7/2011 | BSR | detailed review of PwC's 39th interim fee application, monthly fee applications, and fee summaries re same                                                                                                                            | 1.30  | 344.50 |
|          | BSR | Draft initial report re PwC's 39th interim fee application                                                                                                                                                                            | 0.90  | 238.50 |
|          | JAW | detailed review of Kaye Scholer December 2010 fee application (0.60); draft summary of same (0.20)                                                                                                                                    | 0.80  | 122.00 |
|          | AL  | Update database with Scarfone's February fee application (.2); Lauzon's February fee application (.2); Hogan's February fee application (.2)                                                                                          | 0.60  | 27.00  |
|          | JAW | detailed review of Kaye Scholer January 2011 fee application (0.70); draft summary of same (0.10)                                                                                                                                     | 0.80  | 122.00 |
|          | JAW | detailed review of Ferry Joseph & Pearce February 2011 fee application (0.90); draft summary of same (0.10)                                                                                                                           | 1.00  | 152.50 |
|          | JAW | detailed review of Charter Oaks February 2011 fee application (0.30); draft summary of same (0.10)                                                                                                                                    | 0.40  | 61.00  |
|          | DTW | Review and revise K&E 39th interim initial report (.1).                                                                                                                                                                               | 0.10  | 16.50  |
|          | JAW | detailed review of Campbell & Levine February 2011 fee application (0.90); draft summary of same (0.10)                                                                                                                               | 1.00  | 152.50 |
|          | JAW | detailed review of Legal Analysis Systems January 2011 fee application (0.30); draft summary of same (0.10)                                                                                                                           | 0.40  | 61.00  |
|          | AL  | Receive, review and finalize K&E's 39Q IR (.3); update database with same (.2); draft email to D. Williams re service of K&E's 39Q IR (.1)                                                                                            | 0.60  | 27.00  |
| 4/8/2011 | JAW | detailed review of Caplin & Drysdale February 2011 fee application (1.10); draft summary of same (0.30)                                                                                                                               | 1.40  | 213.50 |

W.R. Grace & Co.  Page   4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/8/2011 | JAW | detailed review of Capstone January 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
|  | JAW | detailed review of Kramer Levine February 2011 fee application (0.80); draft summary of same (0.10) | 0.90 | 137.25 |
|  | BSR | Draft e-mail to PwC re initial report for the 39th interim period | 0.10 | 26.50 |
|  | AL | Update database with HRO's 37Q electronic detail (.1); Ogilvy's February electronic detail (.1); Ogilvy's February fee application (.2) | 0.40 | 18.00 |
|  | BSR | detailed review of Kaye Scholer's Oct. and Nov. 2010 monthly fee applications, as well as fee summaries re same (.2); research docket and server for Dec. 2010 and quarterly fee application (.3) | 0.50 | 132.50 |
|  | BSR | Draft initial report re PwC for the 39th interim period | 0.20 | 53.00 |
|  | AL | Receive, review and finalize PWC's 39Q IR (.2); update database with same (.2); draft email to D. Williams re service of PWC's 39Q IR (.1) | 0.50 | 22.50 |
|  | AL | receive and review finalized version of WHSA's March fee application from J. Wehrmann (.1); update database with same (.2); electronic filing with the court of WHSA's March fee application (.3); prepare same for service (.1) | 0.70 | 31.50 |
|  | AL | Telephone conference with J. Wehrmann re February fee applications received from all applicants (.2) | 0.20 | 9.00 |
| 4/9/2011 | BSR | detailed review of Reed Smith's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.20 | 53.00 |
|  | BSR | research docket for retention order and first monthly application of Seitz, Van Ogtrop & Green | 0.30 | 79.50 |
|  | BSR | detailed review of Saul Ewing's quarterly and monthly fee applications for the 39th interim period, as well as fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Kramer Levin's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of LAS' monthly and quarterly fee application for July - Dec. 2010 | 0.10 | 26.50 |
|  | BSR | detailed review of Ogilvy Renault's 39th interim fee applications and monthly fee applications, as well as fee summaries re same | 0.10 | 26.50 |
|  | BSR | detailed review of Pachulski's 39th interim fee application, monthly fee applications, and summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Alan Rich's quarterly and monthly applications for the 39th interim period (.4); email to Alan Rich re same (.1) | 0.50 | 132.50 |

W.R. Grace & Co.                                                                                                       Page    5

|            |     |                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/9/2011   | BSR | detailed review of Judge Sanders' quarterly and monthly fee applications for the 39th interim period                                                                                                             | 0.20  | 53.00  |
|            | BSR | detailed review of Protiviti's 39th interim fee application; email to Scott Laliberte re same                                                                                                                    | 0.10  | 26.50  |
| 4/11/2011  | AL  | Update database with K&E's February electronic detail (.1); K&E's February fee application (.2)                                                                                                                  | 0.30  | 13.50  |
|            | BSR | Receive and review response of Protiviti to email concerning their 39th interim fee application.                                                                                                                 | 0.10  | 26.50  |
|            | BSR | research server for Seitz Van Ogtrop's first monthly fee application; email to Anthony Lopez requesting same                                                                                                     | 0.10  | 26.50  |
|            | BSR | detailed review of Stroock's 39th interim fee application, monthly fee applications, and fee summaries re same                                                                                                   | 0.70  | 185.50 |
|            | BSR | Draft initial report re Stroock & Stroock & Lavan for the 39th interim period                                                                                                                                    | 0.50  | 132.50 |
|            | AL  | Receive and review email from B. Ruhlander re Seitz' first monthly fee application (.1); Research PACER re same (.5); update database with Seitz' first monthly fee application (electronic version) (.1); draft email to B. Ruhlander re same (.1) | 0.80  | 36.00  |
|            | BSR | detailed review of Woodcock Washburn's 39th interim fee application and monthly fee applications                                                                                                                 | 0.30  | 79.50  |
|            | MW  | Receive and review agenda for 4/18 hearing (.3); receive and review email from B. Ruhlander and W. Smith re same (.1).                                                                                           | 0.40  | 56.00  |
|            | JAW | detailed review of Bilzin Sumbeg January 2011 fee application (0.30); draft summary of same (0.10)                                                                                                               | 0.40  | 61.00  |
|            | JAW | detailed review of Bilzin Sumbeg February 2011 fee application (0.60); draft summary of same (0.10)                                                                                                              | 0.70  | 106.75 |
| 4/12/2011  | JAW | detailed review of Hogan Firm February 2011 fee application (0.80); draft summary of same (0.10)                                                                                                                 | 0.90  | 137.25 |
|            | JAW | detailed review of Scarfone Hawkins February 2011 fee application (0.50); draft summary of same (0.10)                                                                                                           | 0.60  | 91.50  |
|            | AL  | Update database with Foley's February electronic detail (.1); Foley's February fee application (.2); Kramer (.1) Capstone (.1) Bilzin (.2) and Caplin (.1) January and February fee summaries; HRO's September electronic detail (.1) | 0.90  | 40.50  |
|            | AL  | Receive, review and finalize Stroock 39th Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of Stroock 39th Q IR (.1)                                                            | 0.50  | 22.50  |

W.R. Grace & Co.                            Page     6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/12/2011 | AL | Update database with Beveridge's October through December electronic detail | 0.20 | 9.00 |
| | BSR | research docket for Fragomen quarterly (39th) (.2); email to Scott Bettridge inquiring as to same (.1) | 0.30 | 79.50 |
| | JAW | detailed review of Lauzon Belanger February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Ogilvy Renault February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | BSR | detailed review of monthly fee applications of Karl Hill of Seitz, Van Ogtrop for the period of Sept. 2008 through Feb. 2011 (.2); review Karl Hill's retention order and application (.2) | 0.40 | 106.00 |
| | BSR | research server for Steptoe and Fragomen quarterlies; email to Anne Moran of Steptoe inquiring as to firm's applications for Oct-Dec. | 0.20 | 53.00 |
| | JAW | detailed review of Capstone February 2011 fee application (1.20); draft summary of same (0.10) | 1.30 | 198.25 |
| | BSR | detailed review of Kaye Scholer's Dec. 2010 monthly application, as well as fee summary re same (.1); email to Anthony Lopez re Kaye Scholer's monthly applications for the 37th and 38th interim periods (.1) | 0.20 | 53.00 |
| | BSR | review Lincoln Partners' 39th interim fee application (.2); review of Lincoln Partners' retention application and order (.1). | 0.30 | 79.50 |
| | BSR | detailed review of Holme Roberts & Owen's 37th interim fee application (including monthly invoices) | 0.30 | 79.50 |
| | BSR | detailed review of Capstone's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.20 | 53.00 |
| | BSR | research docket and server for applications not yet received for the 39th interim period | 0.70 | 185.50 |
| | BSR | Draft e-mail to Stroock re initial report (39Q) | 0.10 | 26.50 |
| | BSR | detailed review of Foley Hoag's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.30 | 79.50 |
| | BSR | detailed review of Fragomen's October, November and December 2010 monthly fee applications, as well as fee summaries re same | 0.40 | 106.00 |
| | BSR | detailed review of Ferry Joseph's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.30 | 79.50 |
| 4/13/2011 | JAW | detailed review of Kirkland & Ellis February 2011 fee application (4.90) | 4.90 | 747.25 |

W.R. Grace & Co.     Page 7

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/13/2011 | BSR | telephone call from Robert Murphy's assistant at Casner & Edwards concerning error in firm's Jan. 2011 monthly application; notation to file | 0.10 | 26.50 |
| 4/14/2011 | JAW | continued detailed review of Kirkland & Ellis February 2011 fee application (7.10); draft summary of same (2.40) | 9.50 | 1,448.75 |
| 4/15/2011 | JAW | detailed review of the expenses only of Blackstones February 2011 fee application (0.50); draft summary of same (0.20) | 0.70 | 106.75 |
| | JAW | detailed review Foley Hoag February 2011 fee application (0.30) | 0.30 | 45.75 |
| | AL | Update database with HRO's August fee application | 0.20 | 9.00 |
| | MW | telephone conference with B. Ruhlander re calculations for fee applications on Westlaw expenses (.3); research same and email to B. Ruhlander for reference (.7). | 1.00 | 140.00 |
| | MW | Begin drafting prior period paragraphs for the 25th interim fee applications of Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (4.9). | 4.90 | 686.00 |
| 4/16/2011 | BSR | receive, review, and respond to emails from Melanie White re project category spreadsheet (.2); research answers to questions concerning K&E (.1) and BMC (.1) | 0.40 | 106.00 |
| | BSR | receive, review, and respond to email inquiry from Melanie White re project category charts for Baker Donelson, Fragomen, and Orrick | 0.30 | 79.50 |
| 4/17/2011 | AL | Begin researching PACER for all applicants with final reports for the 26th interim (1.7); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved (4.1); draft detailed spreadsheet for the 26 interim period (1.3) | 7.10 | 319.50 |
| | MW | Draft prior period paragraphs to be included in final final reports for the 22nd interim applications of Andrews Kurth (.5), Baker & McKenzie (.6), BMC (.4), Beveridge (.5), Bilzin (.6), Blackstone (.5), Buchanan (.4), Campbell & Levine (.5), Capline Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.5). | 7.90 | 1,106.00 |
| 4/18/2011 | AL | Update database with Woodcock's February electronic detail (.1); Beveridge's January (.1) and February (.2) electronic detail; HRO's September fee application (.2); Woodcock's February fee application (.2); Beveridge's February fee application (.2); Beveridge's January fee application (.2); Beveridge's October through December fee application (.2) | 1.40 | 63.00 |
| 4/19/2011 | JAW | detailed review of Beveridge & Diamond January 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |

W.R. Grace & Co.                                                                                                            Page    8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/19/2011 JAW | detailed review of Beveridge & Diamond February 2011 fee application (0.20); draft summary of same (0.10) | | 0.30 | 45.75 |
| JAW | detailed review of Woodcock Washburn February 2011 fee application (0.20); draft summary of same (0.10) | | 0.30 | 45.75 |
| JAW | detailed review of Holme Roberts September 2010 fee application (0.20); draft summary of same (0.20) | | 0.40 | 61.00 |
| JAW | detailed review of Holme Roberts August 2010 fee application (0.20); draft summary of same (0.10) | | 0.30 | 45.75 |
| AL | Draft prior period chart for the 34th interim applications of Andrews Kurth, Baker McKenzie, BMC, Beveridge, Bilzin, Blackstone, Buchanan, Campbell Levine, Caplin Drysdale, Capstone, Casner & Edwards, Young Conaway, David T. Austern, Ferry Joseph, Duane Morris, Foley Hoag, Hamilton, Hilsoft, Kirkland & Ellis, Klett and Holme Roberts, Richardson, Scott Law, Steptoe, Stroock, Swidler, Tersigni and Woodcock Washburn Nelson Mullins, PDC, Pachulski, Phillips, Pitney, PWC and Reed Smith | | 5.70 | 256.50 |
| AL | Update database with Pachulski's February electronic detail (.1); Pachulski's February fee application (.2) | | 0.30 | 13.50 |
| MW | Draft prior period paragraphs to be included in final final reports for the 22nd interim applications of Foley Hoag (.7), Hamilton (.6), Hilsoft (.5), Kirkland & Ellis (.8), Klett (.4), Holme Roberts (.5), Richardson (.4), Scott Law (.4), Steptoe Johnson (.6), Stroock Stroock (.7), Swidler (.3), Tersigni (.5), Woodcock Washburn (.7), Nelson Mullins (.5), PDC (.6), Pachulski (.8), PWC (.5) and Reed Smith (.5). | | 10.00 | 1,400.00 |
| 4/20/2011 AL | Update database with W&C (Cent) (.1) and (VVD) (.1) March electronic detail | | 0.20 | 9.00 |
| MW | Draft prior period paragraphs to be included in final final reports for the 23rd interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8), Caplin Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.6). | | 9.00 | 1,260.00 |
| 4/21/2011 JAW | detailed review of Pachulski February 2011 fee application (2.40); draft summary of same (0.30) | | 2.70 | 411.75 |
| BSR | detailed review of Beveridge & Diamond's 39th interim fee application | | 0.10 | 26.50 |
| 4/22/2011 MW | Draft prior period paragraphs to be included in final final reports for the 23rd interim applications of Foley Hoag (.7), Hamilton (.6), Hilsoft (.5), Kirkland & Ellis (.8), Klett (.4), Holme Roberts (.5), Richardson (.4), Scott Law (.4), Steptoe Johnson (.6), Stroock Stroock (.7), Swidler (.3), Tersigni (.5), Woodcock Washburn (.7), Nelson Mullins (.5), PDC (.6), Pachulski (.8), PWC (.5) and Reed Smith (.5). | | 10.00 | 1,400.00 |

W.R. Grace & Co. Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/2011 | MW | Draft prior period paragraphs to be included in final final reports for the 24th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8), Caplin Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.6). | 9.00 | 1,260.00 |
| 4/24/2011 | MW | Draft prior period paragraphs to be included in final final reports for the 24th interim applications of Foley Hoag (.5), Hamilton (.6), Hilsoft (.5), Kirkland & Ellis (.6), Klett (.4), Holme Roberts (.5), Richardson (.3), Scott Law (.4), Steptoe Johnson (.6), Stroock Stroock (.7), Swidler (.3), Tersigni (.5), Woodcock Washburn (.5), Nelson Mullins (.5), PDC (.6), Pachulski (.6), PWC (.4) and Reed Smith (.5). | 9.00 | 1,260.00 |
| | AL | Draft prior period paragraphs to be included in final final reports for the 26th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8) and Caplin Drysdale (.6). | 5.60 | 252.00 |
| 4/25/2011 | BSR | review of case for report deadlines (.2); email to Melanie White re same (.1) | 0.30 | 79.50 |
| | AL | Update database with Orrick's March electronic detail (.1); HRO's 38Q electronic detail (.1) | 0.20 | 9.00 |
| 4/26/2011 | AL | Update database with Scarfone's February fee summary (.2); Holme's August (.2) and Steptember (.1) fee summaries; Pachulski's February fee summary (.2) | 0.70 | 31.50 |
| | MW | Draft prior period paragraphs to be included in final final reports for the 25th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8) and Caplin Drysdale (.6). | 5.60 | 784.00 |
| | AL | Update database with Casner's February fee application (.2); Ogilvy's March electronic detail (.1) | 0.30 | 13.50 |
| 4/27/2011 | BSR | Receive and review Blackstone's response to inquiry re 25th interim fee application | 0.10 | 26.50 |
| | MW | Draft prior period paragraphs to be included in final final reports for the 25th interim applications of Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.6). | 3.40 | 476.00 |
| | MW | Telephone conference with B. Ruhlander re case deadlines (.1); research PACER for case status and upcoming deadlines for initial reports and final reports (1.8); draft status calendar for case managers and W. Smith (.8) | 2.70 | 378.00 |
| | AL | Research PACER for fee auditor order for M. White (1.1); update database with same (.2) | 1.30 | 58.50 |
| | AL | Update database with Ogilvy's March fee application (.2); PWC's February electronic detail (.2) | 0.40 | 18.00 |

W.R. Grace & Co. Page 10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/27/2011 | AL | Receive and review email from J. Wehrmann re Foley's February electronic detail (.1); draft email to Foley re same (.1) | 0.20 | 9.00 |
| 4/28/2011 | AL | Update database with K&E's March fee application (.2); Reed's March electronic detail (.1); Stroock's March fee application (.2); HRO's July through September fee application (.2); Capstone's March electronic detail (.1) | 0.80 | 36.00 |
| | AL | Update database with HRO's October (.1) November (.2) and December (.1) electronic detail; Bilzin's March electronic detail (.1); K&E's March electronic detail (.1); Stroock's March electronic detail (.2) | 0.80 | 36.00 |
| | JAW | detailed review of Casner & Edwards February 2011 fee application (0.80); draft summary of same (0.10) | 0.90 | 137.25 |
| | JAW | detailed review of Ogilvy Renault March 2011 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | MW | research PACER for objections to our March fee application (.6); draft certificate of no objection for Court filing (.5). | 1.10 | 154.00 |
| 4/29/2011 | AL | Update database with WHSA's March CNO (.2); electronic filing with the court of WHSA's March CNO (.3); prepare same for service (.1) | 0.60 | 27.00 |
| | JAW | detailed review of Kirkland & Ellis March 2011 fee application (5.90) | 5.90 | 899.75 |
| | JAW | detailed review of Stroock March 2011 fee application (2.10); draft summary of same (0.10) | 2.20 | 335.50 |
| 4/30/2011 | JAW | continued detailed review of Kirkland & Ellis March 2011 fee application (4.10); draft summary of same (1.40) | 5.50 | 838.75 |
| | BSR | research docket to determine quarterly applications filed for the 39th interim period (.3) | 0.30 | 79.50 |
| | BSR | Receive and review responses to initial reports (39Q) from Blackstone, Kirkland & Ellis, Orrick, PwC, and Stroock | 0.50 | 132.50 |
| | MW | Finish drafting prior period paragraphs to be included in final final reports for the 25th interim applications of Foley Hoag (.5), Hamilton (.4), Hilsoft (.5), Kirkland & Ellis (.5), Klett (.4), Holme Roberts (.5), Richardson (.3), Scott Law (.4), Steptoe Johnson (.4), Stroock Stroock (.5), Swidler (.3), Tersigni (.5), Woodcock Washburn (.5), Nelson Mullins (.5), PDC (.6), Pachulski (.6), PWC (.4) and Reed Smith (.5). | 8.30 | 1,162.00 |
| | BSR | receive, review, and respond to email from Penny Adams at Ogilvy Renault re 32nd and 33rd interim final reports | 0.20 | 53.00 |
| | AL | Finish drafting prior period paragraphs to be included in final final reports for the 26th interim applications of Foley Hoag (.5), Hamilton (.4), Hilsoft (.5), Kirkland & Ellis (.5), Klett (.4), Holme Roberts (.5), Richardson (.3), Scott Law (.4), Steptoe Johnson (.4), Stroock Stroock (.5), Swidler (.3), Tersigni | 8.30 | 373.50 |

W.R. Grace & Co. Page 11

| | Hours | Amount |
|---|---:|---:|

(.5), Woodcock Washburn (.5), Nelson Mullins (.5), PDC (.6), Pachulski (.6), PWC (.4) and Reed Smith (.5).

| | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | **217.60** | **$28,698.25** |

Additional Charges :

| | Amount |
|---|---:|
| 4/30/2011 Copying cost | 51.80 |
| PACER Charges | 76.80 |
| PACER Charges | 14.72 |
| Third party copies & document prep/setup. | 58.22 |
| **Total additional charges** | **$201.54** |
| **Total amount of this bill** | **$28,899.79** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 50.10 | 45.00 | $2,254.50 |
| Bobbi S. Ruhlander | 18.30 | 265.00 | $4,849.50 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 56.10 | 152.50 | $8,555.25 |
| Melanie White | 92.90 | 140.00 | $13,006.00 |