# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/16/2010 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.1 |
| 11/19/2010 | Attend to other professionals' fee applications, notices. | Krieger, A. | 0.1 |
| 11/22/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 11/23/2010 | Attend to other professionals' fee applications, fee auditor's reports. | Krieger, A. | 0.1 |
| 11/23/2010 | Review Capstone's seventy-ninth and eightieth monthly fee applications for filing (1.4); prepare notices and certificates of service re same and forward to local counsel for filing (1.3); prepare and effectuate service re fee applications (.9). | Mohamed, D. | 3.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 695 | $ 278.00 |
| Mohamed, David | 3.6 | 190 | 684.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 962.00 |
|---|---|---|---|

| TOTAL FOR THIS MATTER | | | $ 962.00 |
|---|---|---|---|