# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

## Canadian ZAI Claimants

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

April 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
    *WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*

Invoice #  17762

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2011 | KEH | Received and reviewed 2nd Amended Agenda. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Stating that Rule 9033 Objections may be Filed in Summary Fashion, Briefly Stating the Bases for the Respective Objections and Responses, with Detailed Briefing and Support Reserved for the Appellate Briefs Regarding the Confirmation Order. Signed on 2/23/2011. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal /Debtors, Official Committee Of Asbestos Personal Injury Claimants, And Asbestos PI Future Claimants Representatives Joint Counter Designation Of Record On Appeal From Order Approving Settlement Agreement Between W. R. Grace & Co. And The CNA Companies (related document(s)[26106], [26168], [26193], [26286], [26320], [26321]) Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |

Case 01-01139-AMC Doc 26918-1 Filed 05/10/11 Page 3 of 15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Canadian ZAI Claimants | | 4/1/2011 17762 | | Page 2 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) [26399], [26442]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal -- CNA Companies' Designation as Appellees of Additional Items to be Included in the Record on Appeal From the Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies (related document(s)[26106], [26168], [26193], [26286], [26320], [26321]) Filed by CNA Companies. | 0.30 350.00/hr | 105.00 |
| 3/2/2011 | DKH | Prepared for and attended (telephonically) hearing in W.R. Grace. | 2.00 350.00/hr | 700.00 |
| 3/4/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Memorandum Opinion and Order Granting in Part and Denying in Part Motion of BNSF Railway Company for Reconsideration of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan and Recommended Supplemental Findings of Fact and Conclusions of Law and Order Regarding Confirmation of Joint Plan as Modified Through December 23, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Janet Baer transmitting a draft proposed order Grace suggests submitting to Judge Buckwalter; reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/7/2011 | KEH | Preparation of Scarfone Hawkins' 11th Monthly application for the period January 1, 2011, through January 31, 2011. | 2.40 190.00/hr | 456.00 |
| | KEH | Preparation of Lauzon Belanger Lesperance's 11th Monthly Fee application for the period January 1, 2011, through January 31, 2011; review payment information regarding bank fees, etc. | 1.60 190.00/hr | 304.00 |
| | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting, for approval, LBLs Eleventh Monthly Application for January 1, 2011, through January 31, 2011, along with certification. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'David Thompson' transmitting, for approval, SHs Eleventh Monthly Application for January 1, 2011, through January 31, 2011, along with certification. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification, re: LBLs Eleventh Monthly Application for January 1, 2011, through January 31, 2011; review and save to file. | 0.20 190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 3 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 3/7/2011 | KEH | E-mail correspondence with Matt Moloci; revise SH's 11th Monthly Application per Moloci's instructions. | | 0.30 190.00/hr | 57.00 |
| | DKH | E-mail correspondence with John Donley transmitting an updated draft incorporating minor suggested edits in 2(a) and 2(f) to the proposed scheduling order for District Court. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's 11th monthly application and the signed certification. Reviewed same. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning a portion of Scarfone Hawkin's December 2010 10th monthly application. | | 0.10 350.00/hr | 35.00 |
| 3/8/2011 | KEH | Meeting with DKHogan, re: 11th monthly fee applications and omnibus hearing schedule needed for claims agent motion. | | 0.60 190.00/hr | 114.00 |
| | KEH | Review, revise and prepare for electronic filing of the 11th Monthly Fee Application of The Hogan Firm for the Period January 1, 2011 to January 31, 2011; E-file same. | | 0.80 190.00/hr | 152.00 |
| | KEH | Revise and prepare for electronic filing of the 11th Monthly Fee Application of Scarfone Hawkins for the Period January 1, 2011 to January 31, 2011; E-file same. | | 0.60 190.00/hr | 114.00 |
| | KEH | Revise and prepare for electronic filing of the 11th Monthly Fee Application of The Hogan Firm for the Period January 1, 2011 to January 31, 2011; E-file same. | | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's executed certification re: SH's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011; review and attach to file. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Cindy Yates transmitting, for review, the revised 11th Monthly application per MMoloci's instructions. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Grace Accounts Payable transmitting remittance Advice for payment of THF's monthly fee application for December 2010; revise spreadsheet. | | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of The Hogan Firm, filed March 8, 2011, Docket No. 26511. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of Scarfone Hawkins, filed March 8, 2011, Docket No. 26512. | | 0.20 190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 4 |
|---|---|---|---:|---:|---:|
| | | | | _Hrs/Rate_ | _Amount_ |
| 3/8/2011 | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of Lauzon Bélanger Lespérance, filed March 8, 2011, Docket No. 26513. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. Docket No. 26511 | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. Docket No. 26512. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. Docket No. 26513. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare Federal Express packages to the Fee Auditor and to WRGrace transmitting the 11th Monthly Applications. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Digital Legal transmitting the Eleventh Monthly Applications of The Hogan Firm; Scarfone Hawkins; and Lauzon Belanger Lesperance for hand deliver to: the Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkin's Certification executed by David Thompson. Reviewed same. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Deanna Boll transmitting the index of the joint record for the appeals; reviewed same. | | 0.40<br>350.00/hr | 140.00 |
| | DKH | Reviewed revised monthly application of Scarfone Hawkins. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed final draft of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants	4/1/2011	17762	Page   5

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2011 | DKH | Reviewed final draft of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | 0.50 350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed final draft of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | 0.40 350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| 3/9/2011 | KEH | E-mail correspondence with Daniel Hogan, re: WRGrace wire confirmed deposit into Trust Account. | 0.20 190.00/hr | 38.00 |
| | KEH | Revise spreadsheet for Grace payment; initiate wire to Scarfone Hawkins. | 0.50 190.00/hr | 95.00 |
| | DKH | Telephone call to Janet S. Baer - spoke - with Jan Baer concerning the motion to approve Collectiva as claims administrator. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court BAP-11-8 and BAP-11-11. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court BAP-11-15, BAP-11-16, BAP-11-17, BAP-11-18, BAP-11-19. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the Collectiva motion and the nature of appeals pending and the affect that those appeals might have on the Confirmation Order. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditors combined no objection final report.  Reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/10/2011 | KEH | Review Fee Auditors Final Report for the 38th period for those applications with no issues;  Scarfone Hawkins, LBL and the Hogan Firm are all listed as having no issues. | 0.20 190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page | 6 |
|---|---|---|---|---|---|---|

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2011 | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: wire to Scarfone Hawkins account in the amount of $13,073.38 - payment for The Hogan Firms Tenth Monthly Fee Application for the Period December 1, 2010, through December 31, 2010.  (80% fees: $12,694.40; and 100% costs: $378.98).  Request for confirmation of payment of 10th monthly applications along with confirmation of the amount received. | 0.30<br>190.00/hr | 57.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Docketing Record on Appeal to District Court.  Civil Action Number: 11-207 ; BAP Number: 11-8. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Representative Counsel concerning the Fee Auditors Final Report for the 38th period and an outline of my conversation with Jan Baer concerning the Collectiva motion. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Regarding Appeals of Confirmation Order. Signed on 3/10/2011. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci transmitting the signed District Court Order Regarding Appeals of the Confirmation Order. | 0.10<br>350.00/hr | 35.00 |
| 3/11/2011 | KEH | E-mail correspondence with Careen Hannouche confirming payment of LBL's 10th Monthly Application from Grace on March 9th in the amount of $ 3 472.51. | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning receipt of payment from Grace. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the effect of the various appeals and the impact on confirmation and the effective date. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Docketing Record on Appeal to District Court.  Civil Action Number: 11-203 ; BAP Number: 11-19. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Docketing Record on Appeal to District Court.  Civil Action Number: 11-199 ; BAP Number: 11-15 (related document(s)[26257]). | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Docketing Record on Appeal to District Court.  Civil Action Number: 11-200 ; BAP Number: 11-16 (related document(s)[26259]). | 0.20<br>350.00/hr | 70.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 7 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 3/11/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-201 ; BAP Number: 11-17 (related document(s)[26270]). | | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-202 ; BAP Number: 11-18 (related document(s)[26316]). | | 0.20 350.00/hr | 70.00 |
| 3/14/2011 | KEH | E-mail correspondence with Cindy Yates confirming payment of $10,696.55 - sent from WR Grace in CAD$- no exchange - SH December 2010 account; and $13,073.38 USD - $15.00 USD s/c @.9506 = $12,413.30 CAD - THF December 2010 account. | | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Response to Objections Filed Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure (related document(s)[26429], [26432], [26439], [26441], [26444]) Filed by Maryland Casualty Company. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Response re: Plan Respondent's Consolidated Response to Objections Filed Pursuant to Bankruptcy Rule 9033 (related document(s)[26429], [26431], [26432], [26439], [26441], [26444], [26446]) Filed by W.R. Grace & Co., et al. | | 0.30 350.00/hr | 105.00 |
| 3/17/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Appeal --Garlock Sealing Technologies LLC's Amended and Supplemental Notice of Appeal and Objections. (related document(s)[26154], [26155], [26257], [26289], [26351]) Filed by Garlock Sealing Technologies, LLC. | | 0.30 350.00/hr | 105.00 |
| 3/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by State of Montana. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal re: Confirmation Orders. Fee Amount $255. (related document(s) [26154], [26155], [26289]) Filed by Libby Claimants. | | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 8 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 3/18/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Maryland Casualty Company. | | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal / Notice Of Appeal And Protective Objections Of BNSF Railway Company In Accordance With Bankruptcy Rule 9033. | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289]) Filed by Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company. | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of Anderson Memorial Hospital. Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Anderson Memorial Hospital, SC. | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of AXA Belgium From (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, Dated January 31, 2011 [D.I. 26154], (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, Dated January 31, 2011 [D.I. 26155], and (III) Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010, Dated February 15, 2011 [D.I. 26289]. | | | 0.30 350.00/hr | 105.00 |
| 3/21/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by Garlock Sealing Technologies LLC. Hearing scheduled for 3/28/2011 at 09:00 AM., | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Deanna Boll transmitting a revised version of the index for the proposed joint record; reviewed same. | | | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2011 at 09:00 AM. | | | 0.30 350.00/hr | 105.00 |
| 3/22/2011 KEH | Telephone call to CourtCall to schedule appearance of DKHogan at 3/28/11 hearing. | | | 0.10 190.00/hr | 19.00 |

| | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|
| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | | Page 9 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2011 | DKH | E-mail correspondence with response@courtcall.com. Reviewed CourtCall CONFIRMATION for March 28 hearing. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence to Jan Baer concerning proposed motion approving the proposed claims administrator for the Canadian ZAI PD fund pursuant to the terms of the ARMOS. | 0.30 350.00/hr | 105.00 |
| 3/23/2011 | GLA | Generating spreadsheet to track 2011 Appeal and responses thereto. Email transmission to Dan Hogan | 1.10 190.00/hr | 209.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for February 1, 2011 - February 28, 2011; Inquiry regarding different protocol as a result of Judge Fitzgerald's order of January 31, 2011; review Judge's order. | 0.50 190.00/hr | 95.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins LLP Monthly Fee Application for February 1, 2011 - February 28, 2011; reviewed same. | 0.50 350.00/hr | 175.00 |
| 3/24/2011 | GLA | Determination of each filing party's basis for appeal of 9033 objection. Inputting this data into tracking spreadsheet. | 0.50 190.00/hr | 95.00 |
| | GLA | Review of District Court appeals docket to determine necessity of entering appearance in that case. Email correspondence with Dan Hogan. | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Thirty-Eighth Quarter Project Category Summary Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Eighth Period. Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| | DKH | Worked on tracking spreadsheet for the various appeals of the confirmation order. | 1.00 350.00/hr | 350.00 |
| | DKH | Reviewed the District Court docket on the appeal issues., | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) [26603]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
| 3/25/2011 | KEH | Receive and review amended agenda for changes for the 3/28/11 hearing | 0.20 190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 10 |
|---|---|---|---|---|---|
| | | | | _Hrs/Rate_ | _Amount_ |
| 3/25/2011 | KEH | E-mail correspondence with Daniel Hogan re: amended agenda for 3/28/aa hearing; WRG agenda faxed to office at 5:20 on 3/24- all parties must participate telephonically; Agenda requires registration by 3/24 at 4:00 - obviously incorrect. | | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving Quarterly Fee Applications for the Thirty-Eighth Period (related document(s)[26623]). Signed on 3/25/2011. | | 0.20<br>350.00/hr | 70.00 |
| 3/28/2011 | KEH | Prepare CNO for THF's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO for SH's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO for LBL's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | | 0.50<br>190.00/hr | 95.00 |
| | KEH | Review docket for objection to 11th Monthly Fee Applications for the Period January 1, 2011, through January 31, 2011. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Scarfone Hawkins and Lauzon Belanger Lesperance transmitting CNOs for 11th monthly application for review. | | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellant Designation of Items For Inclusion in Record On Appeal / BNSF Railway Companys Designation Of Record And Statement Of Issues On Appeal (related document(s)[26154], [26155], [26289], [26489], [26577], [26578], [26579], [26582], [26585], [26590], [26594], [26597], [26599]) Filed by BNSF Railway Company. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Janet Baer concerning the effect of the appeals, under 524(g). | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the appeals. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with David Thompson concerning the exchange between Jan Baer and myself concerning our motion to approve Collectiva as well as the timing on the Effective Date and the appeals. | | 0.20<br>350.00/hr | 70.00 |
| 3/30/2011 | KEH | THF 12th Monthly Fee Application for the Period February 1, 2011, through February 28, 2011 | | 1.60<br>190.00/hr | 304.00 |
| | KEH | E-file CNO, Re: The Hogan Firm's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | | 0.30<br>190.00/hr | 57.00 |

| Canadian ZAI Claimants | | | 4/1/2011 | 17762 | Page 11 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 3/30/2011 KEH | E-file CNO, Re: Scarfone Hawkins' 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | | | 0.30 190.00/hr | 57.00 |
| KEH | E-file CNO, Re: Lauzon Belanger Lesperance's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | | | 0.30 190.00/hr | 57.00 |
| KEH | Meeting with DKHogan, re: protocol regarding Judge Fitzgerald's January 31, 2011, order. | | | 0.50 190.00/hr | 95.00 |
| KEH | E-mail correspondence with DKHogan, re: Cindy Yates' question regarding a change in protocol as a result of Judge Fitzgerald's order for confirmation on 1/31/11. | | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Digital Legal transmitting, for service, the certificates of no objection for the 11th Monthly Applications. | | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' re: status of LBL's time/expense statement for February, 2011. | | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Scarfone Hawkins & Lauzon Belanger Lesperance, re: protocol re: Judge Fitzgerald's order of January 31, 2011. | | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: February time/expense statement for LBL. | | | 0.10 190.00/hr | 19.00 |
| DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period January 1, 2011 to January 31, 2011. | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period January 1, 2011 to January 31, 2011 (related document(s)[26512]) Filed by Canadian ZAI Claimants. | | | 0.30 350.00/hr | 105.00 |
| DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011. | | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for | | | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | 4/1/2011 | 17762 | Page 12 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011 (related document(s)[26511]) Filed by Canadian ZAI Claimants. | | |
| 3/30/2011 | DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011 (related document(s)[26513]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Deanna Boll transmitting the revised index for the joint record.  Reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/31/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting February time/expense Statement for LBL; save to file and print for review. | 0.20 190.00/hr | 38.00 |
| | KEH | Revise LBL's time/expense statement to show rates and extended amounts. | 0.40 190.00/hr | 76.00 |
| | KEH | Further preparation of The Hogan Firm's 12th Monthly Fee Application for the Period February 1, 2011 through February 28, 2011. | 2.80 190.00/hr | 532.00 |
| | KEH | Review file and docket for project category for appeal; e-mail correspondences with Bobbi Ruhlander, re: project categories for February invoices relating the appeal. | 0.60 190.00/hr | 114.00 |
| | KEH | Meeting with Daniel Hogan, re: response for Bobbi Ruhlander about the project category relating the to appeal. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Daniel Hogan, re: 2011 omnibus schedule. | 0.10 190.00/hr | 19.00 |
| | KEH | Preparation of Scarfone Hawkins' 12th monthly fee application for February, 2011. | 2.40 190.00/hr | 456.00 |
| | KEH | Preparation of Lauzon Belanger Lesperance's 12th monthly fee application of February 2011. | 1.80 190.00/hr | 342.00 |

| Canadian ZAI Claimants | | 4/1/2011 | 17762 | Page 13 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 3/31/2011 DKH | E-mail correspondence with Careen Hannouche transmitting LBL's time summary for February 2011. Reviewed same. | | 0.40<br>350.00/hr | 140.00 |
| | **For professional services rendered** | | 50.80 | *$13,172.00* |
| | **Additional Charges :** | | | |
| 3/1/2011 | Parking - Philadelphia Hearing on 2/23/2011 (On AMEX bill) | | | 10.00 |
| 3/7/2011 | Digital Legal - Courier Services Inv. #37286 (4th Quarterly Appls) | | | 124.50 |
| 3/8/2011 | FedEx to Fee Auditor $19.30; and to WRG $12.21 | | | 31.51 |
| | TriState Courier - Delivery 11th Monthly Application to US Trustee. | | | 6.50 |
| 3/22/2011 | CourtCall for Hearing on 3/28/11 | | | 65.00 |
| 3/31/2011 | Digital Legal - CNOs 11th Monthly Fee Applications - Copy & Serve | | | 97.33 |
| | Photocopies (In-House) | | | 18.40 |
| 4/4/2011 | Postage - U.S. Postal Service - First class mail to the Fee Auditor and WRGrace. | | | 5.16 |
| | **Total additional charges** | | | *$358.40* |
| | **Total amount of this bill** | | | *$13,530.40* |
| | **Previous balance** | | | *$17,001.73* |
| | **Accounts receivable transactions** | | | |
| 3/22/2011 | Payment - Thank You. Check No. 983 3932 | | | ($17,001.73) |
| | **Total payments and adjustments** | | | *($17,001.73)* |
| | **Balance due** | | | **$13,530.40** |

****TERMS: DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Canadian ZAI Claimants                                              *4/1/2011*    *17762*           Page   14

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 22.00 | 350.00 | $7,700.00 |
| Gillian Andrews | 1.80 | 190.00 | $342.00 |
| Karen E. Harvey | 27.00 | 190.00 | $5,130.00 |