# EXHIBIT  A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

April 19, 2011

RE :    W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(March 1st 2011 to March 31st 2011)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 2011-03-07 | CH | Review of 11th Monthly Application; | 0.33 | 285.00 | 94.05 |
| 2011-03-07 | CH | Email to Karen Harvey re: executed certification 11th monthly application; | 0.17 | 285.00 | 48.45 |
| 2011-03-10 | MB | Review of emails from David Thompson and Dan Hogan; | 0.33 | 450.00 | 148.50 |
| 2011-03-10 | MB | Review of Omnibus Finke Report; | 0.67 | 450.00 | 301.50 |
| 2011-03-10 | MB | Review of Order (appeals of confirmation order); | 0.50 | 450.00 | 225.00 |
| 2011-03-10 | MB | Meeting with Careen Hannouche re: Collectiva's appointment; | 0.75 | 450.00 | 337.50 |
| 2011-03-10 | CH | Meeting with Michel Bélanger re: Collectiva's appointment; | 0.75 | 285.00 | 213.75 |
| 2011-03-10 | CH | Review of email from Mr. Thompson to Mr. Hogan re: status of approval of Collectiva and appeals to confirmation order; | 0.17 | 285.00 | 48.45 |
| 2011-03-10 | CH | Review of email from Mr. Hogan to Mr. Thompson re: appointment of Collectiva and appeal of confirmation order; | 0.25 | 285.00 | 71.25 |
| 2011-03-11 | CH | Email to Karen Harvey re: confirmation of wire transfer payment of 10th Monthly Application; | 0.17 | 285.00 | 48.45 |
| 2011-03-11 | CH | Review of email from Mr. Thompson to Mr. Hogan re: appeals of confirmation order; | 0.25 | 285.00 | 71.25 |
| 2011-03-15 | MB | Review of emails from David Thompson; | 0.50 | 450.00 | 225.00 |
| 2011-03-15 | MB | Review of information to members on website; | 0.33 | 450.00 | 148.50 |
| 2011-03-15 | CH | Email to Cindy Yates re: confirmation of wire transfer for 10th Monthly Application; | 0.08 | 285.00 | 22.80 |
| 2011-03-15 | CH | Review of information on LBL's French and English website and modifications and drafting of a recent development section (French and English) for updated information to class members; | 1.00 | 285.00 | 285.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2011-03-15 | CH | Letter to Mr. Thompson re: share of Mr. Hogan's fees for February 2011; | 0.17 | 285.00 | 48.45 |
| 2011-03-15 | CH | Telephone conversation with a class member re : Zonolite and latent defects; | 0.25 | 285.00 | 71.25 |
| 2011-03-16 | MB | Telephone conversation with class members; | 0.75 | 450.00 | 337.50 |
| 2011-03-16 | CH | Email to a class member re : claim deadline, decontamination and sale of property; | 0.33 | 285.00 | 94.05 |
| 2011-03-16 | CH | Review of Canadian Zonolite Attic Insulation Settlement Claims Administration Protocol and Plan of Distribution draft prepared by Mr. Thompson; | 0.50 | 285.00 | 142.50 |
| 2011-03-18 | CH | Email to Kathy Davis (Rust Consulting) re: confirmation of receipt of class member's claim form; | 0.25 | 285.00 | 71.25 |
| 2011-03-28 | CH | Review of email exchange between Daniel Hogan and Janet Baer re: effect of appeals, timeline and appointment of Collectiva; | 0.25 | 285.00 | 71.25 |
| 2011-03-31 | MB | Review of Notice of motion from Grace (returnable April 8, 2011); | 1.00 | 450.00 | 450.00 |
| 2011-03-31 | CH | Review of Motion record CCAA re: recognition of US Confirmation Order; | 0.75 | 285.00 | 213.75 |
| 2011-03-31 | CH | Review and preparation of time summary for February 2011; | 0.50 | 285.00 | 142.50 |

**OUR FEES :**                        **11.00**         **3,931.95**

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 4.83 | 2,173.50 |
| CH | 285.00 | 6.17 | 1,758.45 |

**DISBURSEMENTS**

Photocopies (12 X .10¢)                    1.20

**TOTAL DISBURSEMENTS**                 **1.20**

**TOTAL FEES AND DISBURSEMENTS**                    **$3,933.15**

G.S.T.                    196.66
Q.S.T.                    351.03

**TOTAL**                    **$ 4,480.84**

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001