IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Re:**    Doc. Nos. 26794, 26816, 26899 |
| | ) | |

### ORDER APPROVING THE CANADIAN
### ZAI PROPERTY DAMAGE CLAIMS ADMINISTRATOR

Upon the Motion of Lauzon Bélanger Lespérance and Scarfone Hawkins LLP as

Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation

("ZAI") Claimants ("Canadian ZAI Claimants")for appointment of Collectiva Class Action

Services, Inc., to serve as claims administrator for the Canadian ZAI property damage claims

fund ("CDN ZAI PD Claims Fund" or the "Fund"), to be established pursuant to the terms of the

Canadian ZAI Minutes of Settlement; and it appearing that the Court has jurisdiction to consider

said Motion in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having reviewed said

Motion and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that:

1.    The Motion is granted.

2.    Collectiva Class Action Services, Inc. is hereby appointed as the claims

administrator for the CDN ZAI PD Claims Fund.

3.    The Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated: _____May 10_____, 2011

*Judith K. Fitzgerald*
JUDITH K. FITZGERALD**mab**
United States Bankruptcy Chief Judge