# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 1, 2011 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## ONE-HUNDRED FOURTEENTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MARCH 1, 2011 THROUGH MARCH 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## MARCH 1, 2011 THROUGH MARCH 31, 2011[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | | |
|---|---|---|---|
| 03/23/11 | Telephone calls, prepare for and conference with client and environmental experts regarding Hamilton remediation issues; follow up with W. Hatfield regarding same and information to client | | |
| 14 | A. Marchetta | 1.3 | 871.00 |
| 03/23/11 | Calls with A. Marchetta and B. Moffit on matter (.3); review memos from client and URS on status with NJDEP (.4); address question by client on NJDEP schedule for remediation (.3); review URS response to NJDEP comment letter and remedial proposal on additional tasks at site; analyze same; prepare for and attend call with clients and URS on case issues and strategy (.9); prepare memo to clients and URS on NJDEP LSRP program; remedial time frames; reference to NJDEP site on cases that have not opted into the program and proposed path foward (.8) | | |
| 14 | W. Hatfield | 2.7 | 1,174.50 |
| 03/28/11 | Follow up regarding status following telephone call with client | | |
| 14 | A. Marchetta | 0.2 | 134.00 |
| 03/31/11 | Review memos from client, URS and NJDEP (.2); prepare memo to A. Marchetta on comments to same (.3); LSRP issues and proposed strategy for a path forward; memo to C. Donovan on NJDEP issues (.1) | | |
| 14 | W. Hatfield | 0.6 | 261.00 |
| 03/31/11 | Review e-mail from DEP and follow up with W. Hatfield regarding same | | |
| 14 | A. Marchetta | 0.5 | 335.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 3.30 | 435.00 | $1,435.50 |
| A. Marchetta | 2.00 | 670.00 | $1,340.00 |
| TOTALS | 5.30 | | $2,775.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.0 | 670.00 | $1,340.00 |
| W. Hatfield | 14 | 3.3 | 435.00 | $1,435.50 |
| TOTAL | | 5.3 | | $2,775.50 |

3