# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
March 31, 2011
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH     TELEPHONE
14TH FLOOR     905-523-1333
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO     TELEFAX
L8N 3P9     905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
## (March 1, 2011 – March 31, 2011)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 03 /01/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /02/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /02/11 | Emails from Cindy Yates and David Thompson regarding reconciliation of Rolling Thunder disbursement account for services relating to transfer of Rust claims database | MGM | $450.00 | 0.10 | $45.00 |
| 03 /07/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /07/11 | Email from David Thompson regarding Grace motion and scheduling of hearing; email reply to Thompson; further email from Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 03 /07/11 | Email from Karen Harvey with attached 11th Monthly Fee Application and attachments for review and approval; review; email reply to Harvey | MGM | $450.00 | 0.20 | $90.00 |
| 03 /08/11 | receipt Karen Harvey email, review application, memos to and from Matt Moloci, execute certification, email to Karen Harvey, receipt Karen Harvey email re: final fee application version | DT | $525.00 | 0.50 | $262.50 |
| 03 /08/11 | Email from Cindy Yates to Karen Harvey with attached Certificate signed by David Thompson for SH fee application; email from Karen Harvey regarding comments concerning fee application; email from Harvey with attached revised SH – 11th Monthly Fee Application; review; further emails from Harvey to service parties with attached fee applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger; review | MGM | $450.00 | 0.30 | $135.00 |
| 03 /09/11 | emails to and from Keith Ferbers providing update on status of matters | DT | $525.00 | 0.25 | $131.25 |

| 03 /09/11 | email follow-up to Dan Hogan re: status of motion for appointment of Claims Administrator | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 03 /09/11 | further emails to and from Keith Ferbers re: status of CCAA Court recognition of U.S. Order, etc., and plans moving forward | DT | $525.00 | 0.25 | $131.25 |
| 03 /10/11 | various emails to and from Julie Matthews (Global TV) for possible TV story about status of case and settlement | DT | $525.00 | 0.40 | $210.00 |
| 03 /10/11 | revise and redraft Collectiva Claims Process Protocol and Plan of Distribution, etc. | DT | $525.00 | 1.00 | $525.00 |
| 03 /10/11 | receipt Keith Ferbers' email and respond | DT | $525.00 | 0.10 | $52.50 |
| 03 /10/11 | telephone interview with Julie Matthews (Global Television Edmonton) re: status of case, etc., timing on payment of compensation to Canadians | DT | $525.00 | 0.50 | $262.50 |
| 03 /10/11 | receipt Dan Hogan email, review information and proposed order re: appeals, review Fee Auditor report, letter to Dan Hogan re: nature and effect of appeals and timeline, letter to Keith Ferbers re: additional information received from Dan Hogan | DT | $525.00 | 0.50 | $262.50 |
| 03 /10/11 | receipt Karen Harvey email re: wire transfer of monies, receipt Cindy Yates memo regarding payments | DT | $525.00 | 0.25 | $131.25 |
| 03 /10/11 | receipt further Dan Hogan email and order re: appeals, receipt Matt Moloci memo, letter to Keith Ferbers re: timing of appeal hearings | DT | $525.00 | 0.25 | $131.25 |
| 03 /10/11 | 2 follow-up emails to and from Julie Matthews, Global News Edmonton | DT | $525.00 | 0.25 | $131.25 |
| 03 /10/11 | receipt of and respond to various class member inquiries, re: status of settlement and timing of payments of monies | DT | $525.00 | 0.25 | $131.25 |
| 03 /10/11 | memos to and from Matt Moloci re: date to be booked with Morawetz, J., | DT | $525.00 | 0.10 | $52.50 |
| 03 /10/11 | emails to and from Adrienne Glenn re: court date before Morawetz, J., | DT | $525.00 | 0.10 | $52.50 |
| 03 /10/11 | emails to and from Keith Ferbers re: appeals | DT | $525.00 | 0.10 | $52.50 |
| 03 /10/11 | further emails to and from Keith Ferbers re: appeals, etc. | DT | $525.00 | 0.10 | $52.50 |
| 03 /14/11 | review and amend claims administrator protocol and plan of distribution "talking points", memo to file, letter to Michel Belanger and Careen Hannouche | DT | $525.00 | 0.75 | $393.75 |
| 03 /15/11 | emails to and from Careen Hannouche re: trust transfer of monies received from Grace | DT | $525.00 | 0.10 | $52.50 |
| 03 /15/11 | receipt Careen Hannouche email acknowledging receipt of wire transfer funds | DT | $525.00 | 0.10 | $52.50 |
| 03 /16/11 | receipt of and respond to various class member inquiries re: status of settlement | DT | $525.00 | 0.25 | $131.25 |
| 03 /16/11 | receipt of and respond to several class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /18/11 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.35 | $183.75 |
| 03 /21/11 | receipt Adrienne Glenn email, email to her re: Crown's appeal | DT | $525.00 | 0.10 | $52.50 |

| 03 /21/11 | receipt of and respond to various class member inquiries on status of settlement and timing of settlement pay outs, etc. | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 03 /22/11 | memos to and from Cindy Yates, discuss and review with Cindy Yates re: February account summary for Dan Hogan | DT | $525.00 | 0.50 | $262.50 |
| 03 /23/11 | receipt of and respond to class member inquiry regarding status of settlement | DT | $525.00 | 0.10 | $52.50 |
| 03 /23/11 | review draft fee application, memo to Cindy Yates, follow-up email to Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 03 /25/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /30/11 | receipt Dan Hogan email, letter to Dan Hogan, memo to Cindy Yates all re: Effective Date and Collectiva appointment motion | DT | $525.00 | 0.35 | $183.75 |
| 03 /30/11 | receipt Karen Harvey email, review CNO's and Dan Hogan affidavit, response email to Karen Harvey approving CNO's for filing with respect to 11th monthly application | DT | $525.00 | 0.25 | $131.25 |
| 03 /30/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /30/11 | emails to and from Karen Harvey re: fee applications until "Effective Date" | DT | $525.00 | 0.10 | $52.50 |
| 03 /31/11 | review dockets for period March 1, 2011 to March 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period March 1, 2011 to March 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | **SUB-TOTAL** | **15.80** | **$6,217.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 10.10 | $525.00 | $5,302.50 | $689.33 |
| MATTHEW G.  MOLOCI | MGM | 0.70 | $450.00 | $315.00 | $40.95 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | **15.8** | | **$6,217.50** | **$808.28** |
| **TOTAL FEES AND TAXES:** | | | | | **$7,025.78** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$7,025.78** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%