**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No.: 01-2471 |
| USG Corp. | Case No.: 01-2094 |
| W.R. Grace & Co. | Case No.: 01-1139 |

Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |

Debtors.

**NOTICE OF WITHDRAWAL OF OBJECTIONS**
**BY STANLEY, MANDEL & IOLA, LLP**

The undersigned hereby states that the following objections are withdrawn solely as to the law firm of **Stanley, Mandel & Iola**, **LLP**:

- Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Accociates, PC, Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken Walker & Rhoads, LLP, to Garlock's Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief[Docket No. 26539].

DATED: May 12, 2011
Wilmington, Delaware

           MONTGOMERY, MCCRACKEN,
              WALKER & RHOADS, L

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302-504-7830)
Facsimile: (302-504-7820

*Counsel to Certain Law Firms*