**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | | |
| ACandS, Inc. | : | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | : | Case No.: 00-4471 |
| Combustion Engineering, Inc. | : | Case No.: 03-10495 |
| The Flintkote Company | : | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | : | Case No.: 02-10429 |
| Owens Corning | : | Case No.: 00-3837 |
| US Mineral Products Company | : | Case No.: 01-2471 |
| USG Corp. | : | Case No.: 01-2094 |
| W.R. Grace & Co. | : | Case No.: 01-1139 |
| Debtors. | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Mid-Valley, Inc. | : | Case No.: 03-35592 |
| North American Refractories Co. | : | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | : | Case No.: 00-22876 |
| Debtors. | | |

# CERTIFICATE OF SERVICE

I, Natalie D. Ramsey, hereby certify that on May 12, 2011, I caused the *Notice of Withdrawal of Objections by Stanley, Mandel & Iola, LLP* to be served (i) via the ECF system in the above cases, (ii) via United States first class mail, postage prepaid, on the attached list.

MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:    (302-504-7830)
Facsimile:    (302-504-7820)

*Counsel to Certain Law Firms*

| | |
|---|---|
| Gregory W. Werkheiser<br>Matthew B. Harvey<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, De 19899-1347 | Arthur H. Stroyd, Jr.<br>Richard A. Swanson<br>The Waterfront Building<br>200 First Avenue, Suite 300<br>Pittsburg, PA 15222 |
| Garland S. Cassada<br>Richard C. Wolf, Jr.<br>Robinson, Bradshaw & Hinson<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28249 | Richard Schepacarter<br>United States Department of Justice<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Peter J. Ashcroft<br>Bernstein Law Firm, PC<br>Suite 2200 Gulf Tower<br>Pittsburg, PA 15219 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201 |
| Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | Peter Lockwood<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005 |
| **Saul Ewing LLP**<br>c/o Jeffery C. Hampton<br>Centre Square West]<br>1500 Market St, 38th Fl.<br>Philadelphia, PA 19102 | **Andrew J. Muha**<br>Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716 |
| **Jeffrey N. Rich**<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 | **Michael G. Zanic**<br>K&L Gates LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613 |

| | |
|---|---|
| **Bruce L. Ahnfeldt**<br>Law Offices of Bruce L. Ahnfeldt<br>P.O. Box 6078<br>Napa, CA 94581 | **Curtis A. Hehn**<br>**James E. O'Neill**<br>Pachulski Stang Ziehl Young Jones & Wein<br>919 N. Market Street<br>16th Floor<br>Wilmington, DE 19801 |
| **Deborah E. Spivack**<br>**Daniel J. DeFranceschi**<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 | **Etta Rena Wolfe**<br>Smith Katzenstein & Furlow LLP<br>P.O. Box 410<br>Wilmington, DE 19899 |
| **Mark T Hurford**<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801 | **Ian Connor Bifferato**<br>Bifferato LLC<br>800 N. King Street<br>First Floor<br>Wilmington, DE 19801 |
| **David R. Hurst**<br>**Edwin J. Harron**<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl<br>1000 West Street<br>Wilmington, DE 19801 | **Domenic E. Pacitti**<br>Saul Ewing LLP<br>222 Delaware Ave., Ste 1200<br>P.O. BOX 1266<br>Wilmington, DE 19899 |
| **Aaron A. Garber**<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709 | **Christopher Martin Winter**<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |