# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 23, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FIFTEENTH MONTHLY INTERIM PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1 through January 31, 2011 |
| Amount of fees sought as actual, reasonable and necessary: | $29,967.50 |
| Amount of expenses sought as actual, reasonable and necessary | $1,110.22 |

This is a(n):  <u>X</u> monthly     __ interim     __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#26928
2/28/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 6.40 | $4,192.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 10.90 | $7,085.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 11.00 | $5,665.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | 9.70 | $4,704.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 2.80 | $1,218.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 18.60 | $5,208.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 2.00 | $490.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 6.80 | $1,258.00 |
| Ralph Prado II | Sr. Library Services Technician | 12 Years | Knowledge Management | $98.00 | 1.50 | $147.00 |

**Total Fees: $29,967.50**

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 31.10 | $11,020.00 |
| Litigation | 3.60 | $1,334.50 |
| Fee Applications | 9.90 | $2,866.50 |
| Claim Analysis Objection Resolution & Estimation | 25.10 | $14,746.50 |
| **Total** | **69.70** | **$29,967.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Filing Fees | $865.20 | ---- |
| Postage Expense | $1.32 | ---- |
| Courier Service – Outside | $10.00 | ---- |
| Duplicating/Printing/Scanning | $201.40 | ---- |
| Outside Duplicating | $32.30 | ---- |
| SUBTOTAL | $1,110.22 | $0.00 |
| **TOTAL** | **$1,110.22** | **$0.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:   February 28, 2011                    REED SMITH LLP
         Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2095615
Richard C. Finke                             Invoice Date      02/25/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

        Fees                          11,020.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $11,020.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2095615
Richard C. Finke                          Invoice Date      02/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        50001
Columbia, MD  21044


========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 01/04/11 | Husar | Correspond with A. Enriquez regarding status of case and service of complaint (0.3); review and finalize joint representation letter and forward the same (0.6). | .90 |
| 01/05/11 | Husar | Work on removal and answer and joint representation issues (1.5); review email from A. Enriquez regarding service of the summons and complaint (0.2). | 1.70 |
| 01/07/11 | Espinosa | Identify items needed for the removal to federal court and draft email to the client re same. | .80 |
| 01/09/11 | Espinosa | Begin to draft the notice of removal to federal court based on federal question jurisdiction and diversity jurisdiction (3.2); research individual liability for various violations of CFRA, ADEA, and FEHA (2.3). | 5.50 |
| 01/11/11 | Espinosa | Review Plaintiff's personnel file and workers' compensation file (3.5); conduct additional research on individual liability under CFRA (.3); continue to draft and revise the removal papers (1.3); draft answer to Plaintiff's complaint (1.5); meet with L. Husar to | 7.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  2095615
50001  Correa v. W.R. Grace                   Page    2
       February 25, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | discuss strategy and initial investigation (.5). | |
| 01/11/11 | Husar | Work on research for affirmative defenses and answer. | .60 |
| 01/14/11 | Espinosa | Draft the notice of interested parties and notice of related cases. | .30 |
| 01/14/11 | Husar | Review and revise removal papers (.7); review and revise answer to complaint and research affirmative defenses relating to bankruptcy (1.2). | 1.90 |
| 01/15/11 | Espinosa | Revise answer and notice of removal. | 1.00 |
| 01/18/11 | Espinosa | Continue drafting work. | .20 |
| 01/18/11 | Husar | Email with John Forgach requesting information relating to removal papers and bankruptcy defense (.2) work on pleadings for answer and removal (.5) | .70 |
| 01/19/11 | Espinosa | Review court docket for proof of service information (.2); revise, finalize, and file answer (.4); revise the notice of removal sections dealing with W.R. Grace and Co.-Conn.'s place of incorporation and principal place of business (.5). | 1.10 |
| 01/19/11 | Husar | Review email from J. Forgach re: employee objection (.3); research re: implied contract claim defenses (1.1); prepare email to J. Forgach outlining possible issues and defenses (.3). | 1.70 |
| 01/19/11 | Husar | Review and revise removal papers, certificate of interested parties, civil cover sheet and other removal papers (1.1); review and revise answer to the complaint and bankruptcy affirmative defense (.8). | 1.90 |

```
172573 W. R. Grace & Co.                      Invoice Number  2095615
50001  Correa v. W.R. Grace                   Page   3
       February 25, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/19/11 | Prado III | Online research re: Chase v. W.R. Grace, 00cv02468, for S. Espinosa (0.4); online research re: Orange County Superior Court case, 30-2010-00413960, for S. Espinosa (0.3). | .70 |
| 01/20/11 | Espinosa | Finalize and file the notice of removal and related documents. | 1.20 |
| 01/20/11 | Husar | Review email from J. Forgach regarding revisions to Separation Agreement and General Release (.2); review and revise agreement to comply with waiver requirements and draft disclosure notice (.9); prepare email to J. Forgach regarding the same (.1). | 1.20 |
| 01/21/11 | Espinosa | Research the assigned federal court judge (.2); prepare notice to state court re removal (.3). | .50 |
| 01/21/11 | Husar | Prepare email to client re: removal, judge (.2); review judge bios (.2). | .40 |
| 01/21/11 | Prado III | Online research re: judges, Carney and Wistrich, for S. Espinosa. | .80 |
| 01/25/11 | Espinosa | Review Plaintiff's Workers' Compensation files (.4); draft certification to federal court re removal (.2). | .60 |
| 01/31/11 | Espinosa | Call with Heggeness & Sweet re Plaintiff's workers' compensation claim. | .30 |

```
                                              ------
                                TOTAL HOURS    31.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Linda S. Husar | 11.00 | at $ | 515.00 | = | 5,665.00 |
| Stephanie Henderson Espin | 18.60 | at $ | 280.00 | = | 5,208.00 |
| Ralph Prado III | 1.50 | at $ | 98.00 | = | 147.00 |

```
                      CURRENT FEES                      11,020.00
```

172573  W. R. Grace & Co.
50001   Correa v. W.R. Grace
        February 25, 2011

Invoice Number   2095615
Page    4

```
                                          ------------
          TOTAL BALANCE DUE UPON RECEIPT      $11,020.00
                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2095616
Richard C. Finke                             Invoice Date      02/25/11
Assistant General Counsel - Litigation       Client Number      172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                          1,334.50
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $1,334.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number      2095616
Richard C. Finke                           Invoice Date       02/25/11
Assistant General Counsel - Litigation     Client Number       172573
7500 Grace Drive                           Matter Number        60026
Columbia, MD  21044


================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/03/11 | Ament | Review and respond to various e-mails from J. O'Neill re: agenda. | .20 |
| 01/04/11 | Ament | E-mails re: 2011 hearing dates. | .10 |
| 01/05/11 | Ament | Review schedule of hearings and filing deadlines received from P. Cuniff (.10); e-mail said schedule to team (.10). | .20 |
| 01/17/11 | Muha | Emails to/from L. Husar re: bankruptcy defense issue. | .20 |
| 01/18/11 | Muha | Multiple emails to L. Husar and meeting with D. Ziegler re: automatic stay issues. | .40 |
| 01/19/11 | Ament | Obtain 1/10/11 hearing transcript per J. Restivo request (.20); various e-mails and meet with J. Restivo re: same (.10); e-mail said transcript to D. McGonigle per J. Restivo request (.10). | .40 |
| 01/19/11 | Muha | Emails re: various issues relating to bankruptcy defense and general litigation items. | .20 |
| 01/20/11 | Muha | Emails to/from L. Husar re: bankruptcy background information. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number   2095616
60026  Litigation and Litigation Consulting  Page    2
       February 25, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

```
01/31/11 Ament        Various e-mails re: agenda and       .80
                      hearing binder for 2/14/11 hearing
                      (.10); review CNOs received from
                      Pachulski (.20); update hearing
                      binder per J. O'Neill request
                      (.20); hand deliver hearing binder
                      to Judge Fitzgerald (.10);
                      download and circulate memorandum
                      opinion and recommended findings
                      of fact to team (.20).

01/31/11 Cameron      Review Confirmation Order and        .90
                      opinion.
                                                         ------
                                          TOTAL HOURS     3.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 0.90 at $ 650.00 = | | 585.00 |
| Andrew J. Muha | 1.00 at $ 435.00 = | | 435.00 |
| Sharon A. Ament | 1.70 at $ 185.00 = | | 314.50 |

```
                 CURRENT FEES                        1,334.50


                                                   ------------
                 TOTAL BALANCE DUE UPON RECEIPT      $1,334.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      2095617
Richard C. Finke                           Invoice Date       02/25/11
Assistant General Counsel - Litigation     Client Number       172573
7500 Grace Drive
Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

      Fees                       2,866.50
      Expenses                       0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,866.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2095617 |
| Richard C. Finke | Invoice Date     02/25/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | Matter Number       60029 |
| Columbia, MD  21044 | |

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 01/03/11 | Ament | Review various e-mails re: doeLegal. | .30 |
| 01/03/11 | Muha | Multiple emails to/from J. Deckman (doeBilling) re: fee application invoices and use of electronic billing system. | .50 |
| 01/11/11 | Ament | Review e-mails re: billing matters. | .10 |
| 01/12/11 | Ament | Meet with D. Cameron re: billing matters (.10); attention to billing matters (.70); e-mail to D. Cameron and A Muha re: same (.10). | .90 |
| 01/12/11 | Muha | Review and revise DBRs for Dec. 2010 monthly fee application. | .40 |
| 01/12/11 | Muha | Review and revise Dec. 2010 fee and expense details for monthly fee application, and email to L. Husar re: conforming entries to rules for fee application reporting. | .40 |
| 01/21/11 | Ament | Review e-mail re: Dec. monthly fee application. | .10 |

```
172573  W. R. Grace & Co.                        Invoice Number   2095617
60029   Fee Applications-Applicant               Page    2
        February 25, 2011
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/21/11 | Muha | Emails to/from L. Husar re: revisions to fee report for Dec. 2010 monthly fee application, and additional changes. | .20 |
| 01/25/11 | Lord | Research docket and draft CNO for November monthly fee application. | .40 |
| 01/26/11 | Ament | Review e-mail re: Dec. monthly fee application. | 1.00 |
| 01/26/11 | Lord | Revise, e-file and serve CNO to Reed Smith November monthly fee application | .40 |
| 01/28/11 | Ament | E-mails with A. Muha re: Dec. monthly fee application (.10); e-mail to J. Lord re: same (.10); attention to billing matters (.20); meet with D. Cameron re: billing matters (.10); e-mails re: same (.10); calculate fees and expenses re: Dec. monthly fee application (.50); prepare spreadsheets re: same (.40); draft Dec. monthly fee application (.30); provide same to A. Muha for review (.10). | 1.90 |
| 01/28/11 | Cameron | Attention to Grace fee application materials. | .60 |
| 01/28/11 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 01/31/11 | Ament | Finalize Dec. monthly fee application (.20); e-mail same to J. Lord for DE filing (.10); assist D. Cameron with 2011 billing rates memo (.50). | .80 |
| 01/31/11 | Cameron | Attention to fee application issues. | .40 |
| 01/31/11 | Lord | Revise, e-file and serve Reed Smith December monthly fee application. | 1.10 |
| 01/31/11 | Muha | Final review and revisions to Dec. 2010 monthly fee application. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  2095617
60029  Fee Applications-Applicant           Page    3
       February 25, 2011
```

```
                                                    ------
                                    TOTAL HOURS       9.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 1.00 | at $ | 650.00 | = | 650.00 |
| Andrew J. Muha | 1.80 | at $ | 435.00 | = | 783.00 |
| John B. Lord | 2.00 | at $ | 245.00 | = | 490.00 |
| Sharon A. Ament | 5.10 | at $ | 185.00 | = | 943.50 |

```
                CURRENT FEES                        2,866.50


                                                  ------------
                TOTAL BALANCE DUE UPON RECEIPT       $2,866.50
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2095618
Richard C. Finke                          Invoice Date      02/25/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive
Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          14,746.50
         Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $14,746.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2095618 |
| Richard C. Finke | Invoice Date | 02/25/11 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | Matter Number | 60033 |
| Columbia, MD  21044 | | |

=========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 01/03/11 | Cameron | Review materials relating to DGS claims. | .70 |
| 01/06/11 | Cameron | Attention to request from Kirkland & Ellis. | .50 |
| 01/07/11 | Rea | Call re: mediation. | .10 |
| 01/08/11 | Cameron | Review materials relating to upcoming hearing. | 1.00 |
| 01/09/11 | Cameron | Review DGS materials and Canadian claims status regarding meeting with R. Finke. | 1.30 |
| 01/10/11 | Cameron | Review DGS materials (.90); meet with R. Finke, T. Rea and J. Restivo (.20). | 1.10 |
| 01/10/11 | Flatley | With R. Finke, T. Rea and D. Cameron (0.4); emails from/to T. Rea re: scheduling mediation (0.2). | .60 |
| 01/11/11 | Rea | Review fee agreement. | .10 |
| 01/13/11 | Cameron | Review materials relating to DGS claim. | .60 |

172573 W. R. Grace & Co.                          Invoice Number  2095618
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       February 25, 2011

| Date | Name | | Hours |
|------|------|------|-------|
| 01/18/11 | Flatley | Call with R. Finke (0.2); follow-up re; preliminary preparation for San Francisco mediation (0.4). | .60 |
| 01/19/11 | Cameron | Review DGS mediation materials. | .60 |
| 01/19/11 | Flatley | Emails re: mediation travel plans. | .30 |
| 01/19/11 | Rea | Multiple e-mails re: DGS mediation. | .60 |
| 01/20/11 | Cameron | Review materials relating to DGS mediation (.70); multiple e-mails regarding same (.40). | 1.10 |
| 01/20/11 | Flatley | With T. Rea (0.2); emails and replies (0.1). | .30 |
| 01/20/11 | Rea | Draft mediation statement. | 4.40 |
| 01/21/11 | Flatley | Preparation work for February 22 mediation in California. | 1.40 |
| 01/21/11 | Rea | Revise mediation statement. | 1.10 |
| 01/24/11 | Flatley | Preliminary review of T. Rea draft mediation statement (0.8); emails to/from T. Rea (0.2). | 1.00 |
| 01/24/11 | Rea | Multiple e-mails re: mediation. | .20 |
| 01/26/11 | Cameron | Review mediation statement. | .70 |
| 01/27/11 | Cameron | Attention to mediation issues and mediation statement. | .70 |
| 01/30/11 | Cameron | Attention to mediation statement. | .70 |
| 01/31/11 | Flatley | Review T. Rea draft of mediation statement (1.5); multiple conferences with T. Rea about mediation statement revisions (0.5); emails and replies (0.2). | 2.20 |
| 01/31/11 | Rea | Meet with L. Flatley re: mediation statement (.50); revise mediation statement (2.70). | 3.20 |

                                          ------
                            TOTAL HOURS   25.10

172573 W. R. Grace & Co.                          Invoice Number   2095618
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       February 25, 2011


| TIME SUMMARY | Hours | | | Rate | | | Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Lawrence E. Flatley | 6.40 | at | $ | 655.00 | = | | 4,192.00 |
| Douglas E. Cameron | 9.00 | at | $ | 650.00 | = | | 5,850.00 |
| Traci Sands Rea | 9.70 | at | $ | 485.00 | = | | 4,704.50 |

CURRENT FEES                                     14,746.50

                                                ------------
TOTAL BALANCE DUE UPON RECEIPT                   $14,746.50
                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number      2095627
Richard C. Finke                           Invoice Date      02/25/11
Assistant General Counsel - Litigation     Client Number       172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                         0.00
     Expenses                 1,066.60

                    TOTAL BALANCE DUE UPON RECEIPT        $1,066.60
                                                         =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W.R. Grace & Co.                    Invoice Number      2095627
Richard C. Finke                    Invoice Date      02/25/11
Assistant General Counsel - Litigation   Client Number       172573
7500 Grace Drive                    Matter Number        50001
Columbia, MD  21044

==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning          201.40
        Filing Fees                            865.20

                    CURRENT EXPENSES                  1,066.60
                                                 --------------

                    TOTAL BALANCE DUE UPON RECEIPT    $1,066.60
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2095627
Richard C. Finke                          Invoice Date    02/25/11
Assistant General Counsel - Litigation    Client Number     172573
7500 Grace Drive                          Matter Number      50001
Columbia, MD  21044

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 01/03/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 19 COPIES | 1.90 |
| 01/03/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 479 COPIES | 47.90 |
| 01/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 01/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 01/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 01/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |

172573  W. R. Grace & Co.                          Invoice Number   2095627
50001  Correa v. W.R. Grace                        Page    2
       February 25, 2011


01/14/11    Duplicating/Printing/Scanning                      .80
            ATTY # 000349: 8 COPIES

01/14/11    Duplicating/Printing/Scanning                      .80
            ATTY # 000349: 8 COPIES

01/14/11    Duplicating/Printing/Scanning                      .80
            ATTY # 000349: 8 COPIES

01/18/11    Duplicating/Printing/Scanning                      .50
            ATTY # 000349: 5 COPIES

01/19/11    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

01/19/11    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

01/19/11    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

01/19/11    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

01/19/11    Duplicating/Printing/Scanning                      .50
            ATTY # 000349: 5 COPIES

01/19/11    Duplicating/Printing/Scanning                      .60
            ATTY # 000349: 6 COPIES

01/19/11    Duplicating/Printing/Scanning                      .80
            ATTY # 000349: 8 COPIES

01/19/11    Duplicating/Printing/Scanning                      .80
            ATTY # 000349: 8 COPIES

01/20/11    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

01/20/11    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

01/20/11    Duplicating/Printing/Scanning                      .40
            ATTY # 000349: 4 COPIES

01/20/11    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

01/20/11    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

```
172573 W. R. Grace & Co.                    Invoice Number  2095627
50001  Correa v. W.R. Grace                 Page   3
       February 25, 2011
```

| | | |
|---|---|---|
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 15 COPIES | 1.50 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/25/11 | Filing Fees -- VENDOR: ONE LEGAL INC: Filing fee<br>for Notice of Removal | 9.95 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 1270 COPIES | 127.00 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 63 COPIES | 6.30 |
| 01/26/11 | Filing Fees -- VENDOR: ONE LEGAL INC: Answer to<br>Complaint | 855.25 |
| 01/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

```
                          CURRENT EXPENSES             1,066.60
                                                     ------------
                   TOTAL BALANCE DUE UPON RECEIPT      $1,066.60
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2095628
Richard C. Finke                        Invoice Date      02/25/11
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                          0.00
     Expenses                     43.62

                   TOTAL BALANCE DUE UPON RECEIPT        $43.62
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2095628
Richard C. Finke                          Invoice Date      02/25/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60026
Columbia, MD  21044
=====================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Postage Expense                          .  1.32
    Courier Service - Outside                  10.00
    Outside Duplicating                        32.30

                CURRENT EXPENSES                        43.62
                                              -------------

            TOTAL BALANCE DUE UPON RECEIPT           $43.62
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2095628
Richard C. Finke                          Invoice Date       02/25/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number      60026
Columbia, MD  21044

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/30/10    Outside Duplicating                           32.30
            Mailout - Bankruptcy Mailouts/Mailout - Envelope

01/10/11    Courier Service - Outside -- VENDOR: PARCELS,   5.00
            INC.: Delivery

01/10/11    Courier Service - Outside -- VENDOR: PARCELS,   5.00
            INC.: Delivery

01/19/11    Postage Expense                                1.32
            Postage Expense: ATTY # 000349 User: Castello, D

                        CURRENT EXPENSES                   43.62
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $43.62
                                                      ============