# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: April 20, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED SIXTEENTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

Name of Applicant:  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:  July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:  February 1 through February 28, 2011

Amount of fees sought as actual, reasonable and necessary:  $41,503.00

Amount of expenses sought as actual, reasonable and necessary  $11,883.46

This is a(n): X monthly  __ interim  __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred sixteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | .80 | $560.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 34.00 | $22,270.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 6.70 | $4,355.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | 19.40 | $9,409.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | .90 | $391.50 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 7.90 | $2,212.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 4.20 | $1,029.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 6.90 | $1,276.50 |

**Total Fees: $41,503.00**

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 7.90 | $2,212.00 |
| Litigation | 4.20 | $1,986.00 |
| Travel | 6.00 | $3,590.00 |
| Fee Applications | 11.20 | $2,921.00 |
| Claim Analysis Objection Resolution & Estimation | 51.50 | $30,794.00 |
| **Total** | **80.80** | **$41,503.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Documentation Charge | $82.50 | ---- |
| Transcript Expense | $26.70 | |
| Postage Expense | $23.64 | ---- |
| Courier Service – Outside | $63.24 | ---- |
| Duplicating/Printing/Scanning | $72.30 | ---- |
| Binding Charge | $15.00 | ---- |
| PACER | $18.48 | ---- |
| Legal Services | $116.00 | ---- |
| Lodging | $681.46 | ---- |
| Parking/Tolls/Other Transportation | $28.00 | ---- |
| Air Travel Expense | $541.40 | ---- |
| Taxi Expense | $90.00 | ---- |
| Mileage Expense | $30.60 | ---- |
| Meal Expense | $69.14 | ---- |
| General Expense:  JAMS Mediation fees for 2/22/11 Mediation | $10,025.00 | ---- |
| SUBTOTAL | $11,883.46 | $0.00 |
| **TOTAL** | **$11,883.46** | **$0.00** |

Dated:  March 28, 2011
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

        and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    Reed Smith Centre
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2104578
Richard C. Finke                          Invoice Date      03/25/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive
Columbia, MD  21044

=================================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

    Fees                          2,212.00
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT       $2,212.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2104578 |
| Richard C. Finke | Invoice Date     03/25/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | Matter Number       50001 |
| Columbia, MD  21044 | |

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 02/03/11 | Espinosa | Begin to review Plaintiff's workers' compensation files. | 1.00 |
| 02/03/11 | Espinosa | Draft letter to the workers' compensation attorneys. | .30 |
| 02/10/11 | Espinosa | Review client files and begin to draft chronology of events. | 1.80 |
| 02/16/11 | Espinosa | Work on drafting chronology of key events. | 2.90 |
| 02/18/11 | Espinosa | Review manager files and continue to work on chronology of key events. | 1.20 |
| 02/21/11 | Espinosa | Continue work on chronology of key events. | .70 |

TOTAL HOURS    7.90

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Stephanie Henderson Espin | 7.90 at $ 280.00 = | | 2,212.00 |

CURRENT FEES                                    2,212.00

TOTAL BALANCE DUE UPON RECEIPT        $2,212.00

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number      2104579
  Richard C. Finke                        Invoice Date        03/25/11
  Assistant General Counsel - Litigation  Client Number        172573
  7500 Grace Drive
  Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
        Fees                          1,986.00
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT     $1,986.00
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2104579
Richard C. Finke                          Invoice Date      03/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        60026
Columbia, MD  21044


=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

   Date   Name                                                 Hours
   -------- -----------                                        -----


02/03/11 Ament        Telephone call from R. Baker at           .30
                      Judge Fitzgerald's office re:
                      preliminary agenda (.10); e-mail
                      to P. Cuniff re: same (.10);
                      follow-up telephone call to R.
                      Baker re: same (.10).

02/03/11 Cameron      Review Confirmation Order and            1.70
                      Opinion

02/08/11 Ament        Conference call with J. Restivo           .10
                      re: 2/14/11 hearing relating to
                      Garlock.

02/09/11 Ament        Meet with J. Restivo and assist           .20
                      with preparation for hearing
                      relating to Garlock.

02/11/11 Ament        Attention to issues relating to           .20
                      2/14/11 hearing re: Garlock (.10);
                      e-mails re: same (.10).

02/14/11 Cameron      Review Anderson Memorial motion           .90
                      regarding objections

02/17/11 Ament        Order transcript relating to              .20
                      Garlock (.10); e-mail same to team
                      (.10).

02/21/11 Ament        Download Garlock exhibits from            .40
                      2/14/11 hearing in DE and provide
                      to J. Restivo per request.

172573 W. R. Grace & Co.                    Invoice Number  2104579
60026  Litigation and Litigation Consulting  Page    2
       March 25, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 02/28/11 | Ament | Review and respond to e-mail re: 3/28/11 omnibus hearing (.10); scan and e-mail schedule of omnibus hearing and filing deadlines (.10). | .20 |

                                                          ------
                                       TOTAL HOURS    4.20

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.60  at  $  650.00  = | | 1,690.00 |
| Sharon A. Ament | 1.60  at  $  185.00  = | | 296.00 |

                 CURRENT FEES                              1,986.00


                                                    ------------
                 TOTAL BALANCE DUE UPON RECEIPT       $1,986.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      2104580
5400 Broken Sound Blvd., N.W.        Invoice Date      03/25/11
Boca Raton, FL 33487                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                         3,590.00
    Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,590.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      2104580
5400 Broken Sound Blvd., N.W.            Invoice Date        03/25/11
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60027


================================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

    Date   Name                                                  Hours
 --------  -----------                                           -----

02/21/11 Rea            One-half non-working travel time          2.00
                        to SF for DGS mediation.

02/23/11 Flatley        One-half of non-working travel time       4.00
                        On return from DGS mediation in San
                        Francisco.

                                                                 ------
                                            TOTAL HOURS           6.00


TIME SUMMARY              Hours         Rate          Value
-----------------------  -----------------------     -------
Lawrence E. Flatley      4.00  at  $  655.00  =     2,620.00
Traci Sands Rea          2.00  at  $  485.00  =       970.00

                         CURRENT FEES                              3,590.00


                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $3,590.00
                                                                ============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2104581
Richard C. Finke                        Invoice Date     03/25/11
Assistant General Counsel - Litigation  Client Number     172573
7500 Grace Drive
Columbia, MD  21044
```

===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
    Fees                        2,921.00
    Expenses                        0.00

          TOTAL BALANCE DUE UPON RECEIPT       $2,921.00
                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2104581
Richard C. Finke                              Invoice Date      03/25/11
Assistant General Counsel - Litigation        Client Number      172573
7500 Grace Drive                              Matter Number       60029
Columbia, MD  21044


=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

| Date | Name | | Hours |
|--------|----------|---|-----|
| 02/01/11 | Cameron | Review/revise fee application materials. | .30 |
| 02/05/11 | Cameron | Continue work on fee application materials. | .50 |
| 02/07/11 | Muha | Review/revise Jan. 2010 fee application materials. | .50 |
| 02/09/11 | Ament | E-mails with J. Lord re: quarterly fee application. | .10 |
| 02/09/11 | Lord | Work on quarterly fee application (.4); update service for same (.4). | .80 |
| 02/10/11 | Ament | Begin drafting quarterly narrative and summary. | .30 |
| 02/11/11 | Ament | Calculate fees and expenses for quarterly fee application (.60); prepare spreadsheet re: same (.50); continue drafting summary and narrative re: same (.40); provide to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10); finalize 39th quarterly fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.90 |

```
172573  W. R. Grace & Co.                      Invoice Number   2104581
60029   Fee Applications-Applicant             Page    2
        March 25, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/14/11 | Ament | E-mails with J. Lord re: quarterly fee application and attention to issues re: same. | .30 |
| 02/14/11 | Lord | Revise, e-file and serve Reed Smith 39th quarterly fee application. | 1.50 |
| 02/16/11 | Muha | Revise Jan. 2011 fee and expense detail for preparation of fee application. | .40 |
| 02/17/11 | Ament | Review various e-mails re: Jan. monthly fee application. | .10 |
| 02/17/11 | Lord | Draft CNO to Reed Smith December monthly fee application. | .30 |
| 02/21/11 | Ament | Review e-mail re: Jan. monthly fee application. | .10 |
| 02/24/11 | Ament | Review invoices relating to Jan. monthly fee application and begin preparing spreadsheets re: same. | .70 |
| 02/25/11 | Ament | Calculate fees and expenses for Jan. monthly fee application (.50); draft Jan. monthly fee application (.30); continue preparing spreadsheets re: same (.20); provide same to A. Muha for review (.10); e-mail to J. Lord re: CNO for Dec. monthly fee application (.10); meet with A. Muha re: Jan. monthly fee application (.10). | 1.30 |
| 02/28/11 | Ament | Review e-mail from J. Lord re: CNO for Dec. monthly fee application (.10); finalize Jan. monthly fee application (.10); e-mail same to J. Lord for filing (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .50 |
| 02/28/11 | Lord | E-file and serve CNO to Reed Smith December monthly fee application (.3); revise, e-file and serve Reed Smith January monthly fee application (1.3). | 1.60 |

```
172573  W. R. Grace & Co.                    Invoice Number  2104581
60029   Fee Applications-Applicant           Page   3
        March 25, 2011
```

```
   Date    Name                                            Hours
--------  -----------                                      -----


                                                          ------
                                    TOTAL HOURS            11.20
```

```
TIME SUMMARY              Hours          Rate          Value
-----------------------  ---------------------      -------
Douglas E. Cameron       0.80  at  $  650.00  =      520.00
Andrew J. Muha           0.90  at  $  435.00  =      391.50
John B. Lord             4.20  at  $  245.00  =    1,029.00
Sharon A. Ament          5.30  at  $  185.00  =      980.50

                         CURRENT FEES                                2,921.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $2,921.00
                                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number      2104582
   Richard C. Finke                       Invoice Date      03/25/11
   Assistant General Counsel - Litigation Client Number       172573
   7500 Grace Drive
   Columbia, MD  21044



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                          30,794.00
     Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT       $30,794.00
                                                   ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2104582
Richard C. Finke                             Invoice Date       03/25/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        60033
Columbia, MD  21044


============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/11 | Restivo | Mark-up draft position paper. | .80 |
| 02/02/11 | Cameron | Review DGS materials re mediation | .80 |
| 02/02/11 | Rea | Emails re:  mediation brief. | .10 |
| 02/03/11 | Flatley | Emails from R. Finke and T. Rea and replies (0.2); review and revise draft mediation statement, including reviewing R. Finke changes (0.9); review confirmation opinion and order (1.1). | 2.20 |
| 02/04/11 | Flatley | Note for T. Rea re: mediation statement draft. | .20 |
| 02/07/11 | Rea | Revisions to mediation statement for DGS mediation. | 2.40 |
| 02/08/11 | Rea | Finalize mediation statement. | .80 |
| 02/09/11 | Rea | Continue work on finalizing mediation statement. | .60 |
| 02/10/11 | Flatley | With T. Rea about mediation plans (0.3); review revised mediation statement draft (0.9); follow-up with T. Rea about mediation statement draft (0.2). | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  2104582
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       March 25, 2011


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/10/11 | Rea | Conferences with L. Flatley re: mediation (.5); preparation for DGS mediation (.4). | .90 |
| 02/11/11 | Rea | E-mails re: status conference. | .10 |
| 02/14/11 | Cameron | Review materials re mediation statement and mediation prep (.30); review materials re status conference (.20) | .50 |
| 02/14/11 | Flatley | T. Rea email and reply. | .10 |
| 02/14/11 | Rea | Service of mediation statement. | .30 |
| 02/15/11 | Flatley | Emails to/from T. Rea re: mediation statement status. | .10 |
| 02/15/11 | Rea | Review of DGS mediation statement and preparation for mediation. | .50 |
| 02/16/11 | Flatley | Preliminary review of DGS mediation statement (0.3); messages for T. Rea and for R. Finke (0.1); call with R. Finke re: mediation strategy and follow-up on call (0.7); call with T. Rea about R. Finke call (0.1); organizing for mediation (0.2). | 1.40 |
| 02/16/11 | Rea | Preparation for DGS mediation. | .70 |
| 02/17/11 | Cameron | Review mediation materials | .70 |
| 02/17/11 | Flatley | Preparation for mediation (1.0); with T. Rea re: mediation (0.1). | 1.10 |
| 02/18/11 | Flatley | Preparation for mediation on trip to San Francisco. | 6.80 |
| 02/18/11 | Rea | Preparation for DGS mediation. | .50 |
| 02/19/11 | Cameron | Review mediation statements | .80 |
| 02/21/11 | Flatley | At Reed Smith San Francisco office for preparation for mediation, including with R. Finke and T. Rea (3.8); other preparation for mediation, including outlining oral presentation for first part | 7.30 |

172573 W. R. Grace & Co.                          Invoice Number   2104582
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       March 25, 2011


   Date   Name                                                   Hours
 --------  -----------                                           -----

                         of the mediation (3.5).

02/21/11 Rea             Preparation for DGS mediation.          2.50

02/22/11 Flatley         Review notes in preparation for        8.00
                         mediation (0.8); attend and
                         participate in San Francisco
                         mediation with R. Finke and T.
                         Rea, and follow-up with R. Finke
                         (7.2).

02/22/11 Rea             Preparation for and participation      8.00
                         in DGS mediation.

02/24/11 Cameron         Review materials re settlement          .50
                         with DGS

02/24/11 Flatley         Attend to various issues to follow     1.40
                         up on mediation in San Francisco.
                                                               ------
                                           TOTAL HOURS          51.50


TIME SUMMARY                 Hours          Rate           Value
------------------------     -------------------------     -------
Lawrence E. Flatley          30.00  at  $  655.00  =    19,650.00
Douglas E. Cameron            3.30  at  $  650.00  =     2,145.00
James J. Restivo Jr.          0.80  at  $  700.00  =       560.00
Traci Sands Rea              17.40  at  $  485.00  =     8,439.00

                         CURRENT FEES                         30,794.00

                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $30,794.00
                                                          ============

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2104604
Richard C. Finke                        Invoice Date        03/25/11
Assistant General Counsel - Litigation  Client Number        172573
7500 Grace Drive
Columbia, MD  21044
```

===========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
    Fees                        0.00
    Expenses                   87.98

              TOTAL BALANCE DUE UPON RECEIPT         $87.98
                                                ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2104604
Richard C. Finke                             Invoice Date      03/25/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number         50001
Columbia, MD  21044

=============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                     5.28
      Documentation Charge                     82.50
      Duplicating/Printing/Scanning             0.20

              CURRENT EXPENSES                             87.98
                                                    - - - - - - - - - - - - -

              TOTAL BALANCE DUE UPON RECEIPT             $87.98
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2104604
Richard C. Finke                             Invoice Date       03/25/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        50001
Columbia, MD  21044


================================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/19/11   Documentation Charge Orange County Court          82.50
           Documents

01/31/11   Duplicating/Printing/Scanning                       .20
           ATTY # 000349: 2 COPIES

01/31/11   PACER                                              2.64

01/31/11   PACER                                              2.64

                         CURRENT EXPENSES                     87.98
                                                          ------------
                 TOTAL BALANCE DUE UPON RECEIPT              $87.98
                                                          =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number    2104605
Richard C. Finke                          Invoice Date      03/25/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive
Columbia, MD  21044
```

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
    Fees                         0.00
    Expenses                   135.37

                   TOTAL BALANCE DUE UPON RECEIPT       $135.37
                                                   ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2104605
Richard C. Finke                             Invoice Date      03/25/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        60026
Columbia, MD  21044

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                  12.48
        Duplicating/Printing/Scanning          11.70
        Postage Expense                         6.24
        Transcript Expense                     26.70
        Courier Service - Outside              20.25
        Legal Services                         58.00

                    CURRENT EXPENSES                       135.37
                                                      --------------

            TOTAL BALANCE DUE UPON RECEIPT            $135.37
                                                      ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2104605
Richard C. Finke                        Invoice Date       03/25/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive                        Matter Number        60026
Columbia, MD  21044
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/27/10 | Legal Services<br>Court - Other - VENDOR: Douglas E. Cameron, Dec | 58.00 |
| 01/31/11 | PACER | 6.24 |
| 01/31/11 | PACER | 6.24 |
| 02/01/11 | Postage Expense | 3.46 |
| 02/11/11 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 02/15/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- Judith Fitzgerald - 1/31/11 | 20.25 |
| 02/28/11 | Transcript Expense -- VENDOR: ELAINE M. RYAN:<br>2/14/11 Hearing Transcript | 26.70 |
| 02/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 111 COPIES | 11.10 |
| 02/28/11 | Postage Expense | 2.78 |

```
                           CURRENT EXPENSES            135.37
                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $135.37
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2104606
Richard C. Finke                          Invoice Date       03/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044


=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                     11,660.11

                 TOTAL BALANCE DUE UPON RECEIPT      $11,660.11
                                                     =============

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2104606
Richard C. Finke                          Invoice Date       03/25/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60033
Columbia, MD  21044
```

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 15.00 |
| PACER | 0.72 |
| Duplicating/Printing/Scanning | 60.40 |
| Postage Expense | 17.40 |
| Courier Service - Outside | 42.99 |
| Legal Services | 58.00 |
| Lodging | 681.46 |
| Parking/Tolls/Other Transportation | 28.00 |
| Air Travel Expense | 541.40 |
| Taxi Expense | 90.00 |
| Mileage Expense | 30.60 |
| Meal Expense | 69.14 |
| General Expense | 10,025.00 |

```
                    CURRENT EXPENSES              11,660.11
                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $11,660.11
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co.<br>Richard C. Finke<br>Assistant General Counsel - Litigation<br>7500 Grace Drive<br>Columbia, MD  21044 | Invoice Number    2104606<br>Invoice Date    03/25/11<br>Client Number    172573<br>Matter Number    60033 |


=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/13/10 | Legal Services Court - Other - VENDOR: James J. Restivo Jr., December, 2010. | 58.00 |
| 12/31/10 | PACER | .72 |
| 01/21/11 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel agent fee for booking flight from Pittsburgh, PA for DGS mediation. | 24.00 |
| 01/21/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley - - coach airfare from PIT to SF for DGS mediation. | 467.40 |
| 02/08/11 | Duplicating/Printing/Scanning ATTY # 1398; 91 COPIES | 9.10 |
| 02/10/11 | Binding Charge | 15.00 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to Steven J. Mandelsber Hahn & Hessen LLP (NEW YORK NY 10022). | 17.89 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to RICHARD C. FINKE, ES W.R. GRACE & CO (COLUMBIA MD 21044). | 12.55 |
| 02/14/11 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to Jean Riffe JAMS PHILADELPHIA RESOLUTIO (PHILADELPHIA PA 19103). | 12.55 |

172573 W. R. Grace & Co.                          Invoice Number   2104606
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       March 25, 2011


| Date | Description | Amount |
|---|---|---|
| 02/16/11 | General Expense -- VENDOR: JAMS, INC.: mediation fees for 2.22.11 mediation | 10025.00 |
| 02/16/11 | Duplicating/Printing/Scanning ATTY # 1398; 513 COPIES | 51.30 |
| 02/16/11 | Postage Expense Postage Expense: ATTY # 001398 User: Charneicki, | 17.40 |
| 02/18/11 | Taxi Expense - VENDOR: Lawrence E. Flatley - - Taxi from San Francisco Airport to hotel (DGS mediation). | 45.00 |
| 02/18/11 | Air Travel Expense Baggage Fees - VENDOR: Lawrence E. Flatley, Feb Checking one bag on flight from Pittsburgh, PA to San Francisco, CA (DGS mediation). | 25.00 |
| 02/18/11 | Mileage Expense - VENDOR: Lawrence E. Flatley - - Mileage from Pittsburgh office to Pittsburgh airport (DGS mediation). | 15.30 |
| 02/22/11 | Meal Expense - VENDOR: Lawrence E. Flatley - - one dinner during travel for DGS mediation (2/22/2011). | 51.50 |
| 02/23/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Lawrence E. Flatley - - two days' parking at PIT airport for DGS mediation in SF. | 28.00 |
| 02/23/11 | Meal Expense - ENDOR: Lawrence E. Flatley - - one lunch during travel for DGS mediation (2/23/2011). | 17.64 |
| 02/23/11 | Lodging - VENDOR: Lawrence E. Flatley, Feb 23, 2011-- two nights' stay for DGS mediation in SF. | 681.46 |
| 02/23/11 | Air Travel Expense Baggage Fees - VENDOR: Lawrence E. Flatley, Feb Checking one bag on flight from San Francisco, CA to Pittsburgh, PA (DGS mediation). | 25.00 |
| 02/23/11 | Mileage Expense - VENDOR: Lawrence E. Flatley - - Mileage from Pittsburgh airport to Pittsburgh office (DGS mediation). | 15.30 |
| 02/23/11 | Taxi Expense - VENDOR: Lawrence E. Flatley - - Taxi from hotel to San Francisco, CA airport (DGS mediation). | 45.00 |

172573 W. R. Grace & Co.                          Invoice Number   2104606
60033  Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       March 25, 2011


                              CURRENT EXPENSES                   11,660.11
                                                              ------------
                       TOTAL BALANCE DUE UPON RECEIPT          $11,660.11
                                                              ============