# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 23, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED SEVENTEENTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: March 1 through March 31, 2011

Amount of fees sought as actual, reasonable and necessary: $6,362.50

Amount of expenses sought as actual, reasonable and necessary $2,549.26

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 26837

DT FILED: 4/29/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred seventeenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | .20 | $140.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 1.10 | $715.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | .90 | $463.50 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | .20 | $97.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 1.30 | $565.50 |
| Kathleen M. K. Blake | Associate | 9 Years | Litigation | $400.00 | 5.60 | $2,240.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 3.70 | $1,036.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 1.20 | $294.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 3.90 | $721.50 |
| Lisa Lankford | Case Assistant | 8 Years | Bankruptcy | $150.00 | .60 | $90.00 |

**Total Fees: $6,362.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 4.60 | $1,499.50 |
| Litigation | 1.80 | $345.00 |
| Fee Applications | 5.70 | $1,651.00 |
| Claim Analysis Objection Resolution & Estimation | 6.60 | $2,867.00 |
| **Total** | **18.70** | **$6,362.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Courier Service – Outside | $718.75 | ---- |
| Duplicating/Printing/Scanning | $7.70 | ---- |
| Outside Duplicating | $895.14 | ---- |
| PACER | $15.36 | ---- |
| Lodging | $340.73 | ---- |
| Parking/Tolls/Other Transportation | $72.00 | ---- |
| Air Travel Expense | $69.00 | ---- |
| General Expense: JAMS Mediation: balance of fees for 2/22/11 Mediation | $430.58 | ---- |
| SUBTOTAL | $2,549.26 | $0.00 |
| **TOTAL** | **$2,549.26** | **$0.00** |

Dated:    April 29, 2011                    REED SMITH LLP
          Wilmington, Delaware

                                            By: /s/ Kurt F. Gwynne
                                                Kurt F. Gwynne (No. 3951)
                                                1201 Market Street, Suite 1500
                                                Wilmington, DE  19801
                                                Telephone:  (302) 778-7500
                                                Facsimile:  (302) 778-7575
                                                E-mail: kgwynne@reedsmith.com

                                                    and

                                                James J. Restivo, Jr., Esquire
                                                Lawrence E. Flatley, Esquire
                                                Douglas E. Cameron, Esquire
                                                Reed Smith Centre
                                                225 Fifth Avenue
                                                Pittsburgh, PA 15222
                                                Telephone:  (412) 288-3131
                                                Facsimile:  (412) 288-3063

                                                Special Asbestos Products Liability Defense
                                                Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2118014
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                            1,499.50
        Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,499.50
                                                       =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2118014
Richard C. Finke                        Invoice Date        04/28/11
Assistant General Counsel - Litigation  Client Number        172573
7500 Grace Drive                        Matter Number         50001
Columbia, MD  21044
```

====================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 03/14/11 | Espinosa | Meet with L. Husar and discuss her initial witness interview with A. Enriquez | .50 |
| 03/14/11 | Husar | Work on discovery plan and additional fact finding and strategy | .90 |
| 03/25/11 | Espinosa | Review the legal department files and workers compensation files, and continue to draft a chronology of events | 3.00 |
| 03/25/11 | Espinosa | Call to Heggeness, Sweet, Simington re the status of Plaintiff's Workers' Compensation claim | .20 |

```
                                           ------
                               TOTAL HOURS   4.60
```

```
TIME SUMMARY                Hours        Rate        Value
------------------------    ----------------------   -------
Linda S. Husar              0.90  at  $  515.00  =    463.50
Stephanie Henderson Espin   3.70  at  $  280.00  =  1,036.00

                            CURRENT FEES                       1,499.50


                                                           ------------
               TOTAL BALANCE DUE UPON RECEIPT                 $1,499.50
                                                           ============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number     2118015
   Richard C. Finke                        Invoice Date     04/28/11
   Assistant General Counsel - Litigation  Client Number      172573
   7500 Grace Drive
   Columbia, MD  21044



============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                           345.00
      Expenses                         0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $345.00
                                                  =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2118015
   Richard C. Finke                        Invoice Date     04/28/11
   Assistant General Counsel - Litigation  Client Number      172573
   7500 Grace Drive                        Matter Number       60026
   Columbia, MD  21044
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

```
   Date   Name                                              Hours
   ------ ----------                                        -----


 03/04/11 Lord            Update 2002 service list.           .20

 03/14/11 Ament           Review agenda and hearing binders   .80
                          received from J. O'Neill (.20);
                          conference call with P. Cuniff re:
                          same (.10); various e-mails re:
                          same (.20); update hearing binders
                          (.20); hand deliver same to Judge
                          Fitzgerald (.10).

 03/22/11 Ament           Review agenda re: 3/28/11 hearing   .50
                          in DE (.10); e-mails with D.
                          Cameron re: same (.10); meet with
                          J. Restivo re: same (.10); e-mails
                          with P. Cuniff re: hearing binders
                          for said hearing (.10); follow-up
                          e-mails re: same (.10).

 03/23/11 Ament           Review 3/28/11 hearing binders      .30
                          received from Pachulski (.10);
                          meet with J. Restivo re: same
                          (.10); e-mail to P. Cuniff re:
                          same (.10).
                                                            ------
                                        TOTAL HOURS          1.80
```

```
172573 W. R. Grace & Co.                    Invoice Number  2118015
60026  Litigation and Litigation Consulting Page    2
       April 28, 2011
```

```
TIME SUMMARY              Hours          Rate         Value
------------------------  ----------------------      -------
John B. Lord              0.20  at  $  245.00  =        49.00
Sharon A. Ament           1.60  at  $  185.00  =       296.00

                          CURRENT FEES                           345.00


                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $345.00
                                                        ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


     W.R. Grace & Co.                    Invoice Number    2118016
     Richard C. Finke                    Invoice Date     04/28/11
     Assistant General Counsel - Litigation   Client Number      172573
     7500 Grace Drive
     Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                             1,651.00
     Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,651.00
                                                    =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2118016
Richard C. Finke                        Invoice Date       04/28/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive                        Matter Number        60029
Columbia, MD  21044
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 03/02/11 | Ament | Review e-mail from J. Lord re: final fee applications. | .10 |
| 03/07/11 | Ament | Review e-mail re: Feb. monthly fee application (.10); e-mail to J. Lord re: final fee application (.10). | .20 |
| 03/07/11 | Cameron | Attention to fee application issues | .50 |
| 03/07/11 | Muha | Review and revise fee and expense detail for Feb. 2011 monthly application, and meetings with D. Cameron and T. Rea re: same. | .50 |
| 03/15/11 | Muha | Review and revise draft invoices for Feb. 2011 monthly fee application. | .40 |
| 03/22/11 | Ament | Review invoices (.10); calculate fees and expenses for Feb. monthly fee application (.50); prepare spreadsheets re: same (.40); draft Feb. monthly fee application (.30). | 1.30 |
| 03/23/11 | Ament | Meet with A. Muha re: Feb. monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing on 3/28/11 (.10); attention to billing matters (.10). | .40 |

```
172573  W. R. Grace & Co.                    Invoice Number  2118016
60029   Fee Applications-Applicant           Page   2
        April 28, 2011
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/23/11 | Lord | Revise and prepare Reed Smith February monthly fee application for e-filing and service. | 1.00 |
| 03/23/11 | Muha | Final review and revisions to Feb. 2011 monthly application. | .40 |
| 03/24/11 | Ament | Review e-mail re: Feb. monthly fee application. | .10 |
| 03/28/11 | Lankford | E-file and service of RS's 116th Monthly Fee Application. | .60 |
| 03/31/11 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |

```
                                                      ------
                                     TOTAL HOURS       5.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|------|
| Douglas E. Cameron | 0.50 | at $ | 650.00 | = | 325.00 |
| Andrew J. Muha | 1.30 | at $ | 435.00 | = | 565.50 |
| John B. Lord | 1.00 | at $ | 245.00 | = | 245.00 |
| Sharon A. Ament | 2.30 | at $ | 185.00 | = | 425.50 |
| Lisa Lankford | 0.60 | at $ | 150.00 | = | 90.00 |

```
                     CURRENT FEES                         1,651.00


                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT       $1,651.00
                                                      ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                      Invoice Number    2118017
  Richard C. Finke                      Invoice Date     04/28/11
  Assistant General Counsel - Litigation Client Number    172573
  7500 Grace Drive
  Columbia, MD  21044


============================================================================
Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                            2,867.00
     Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $2,867.00
                                                    =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2118017
Richard C. Finke                        Invoice Date      04/28/11
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive                        Matter Number       60033
Columbia, MD  21044
```

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/11 | Cameron | Review materials re DGS settlement | .60 |
| 03/14/11 | Restivo | Email re:  reporting issues. | .20 |
| 03/18/11 | Blake | Meet with T. Rea re: assistance with settlement agreement and motion for DGS matter | .20 |
| 03/18/11 | Blake | Work on settlement agreement and motion for DGS Matter and review documents needed to draft materials | 2.10 |
| 03/18/11 | Rea | Meeting with K. Blake re: DGS settlement. | .20 |
| 03/31/11 | Blake | Finalize draft settlement agreement with the California DGS and motion for order including review of documents from file for information and provide drafts to T. Rea | 3.30 |

```
                                                ------
                                   TOTAL HOURS    6.60
```

```
172573  W. R. Grace & Co.                          Invoice Number   2118017
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        April 28, 2011
```

```
TIME SUMMARY              Hours            Rate            Value
------------------------  ---------------------          -------
Douglas E. Cameron         0.60  at  $  650.00  =         390.00
James J. Restivo Jr.       0.20  at  $  700.00  =         140.00
Traci Sands Rea            0.20  at  $  485.00  =          97.00
Kathleen M.K. Blake        5.60  at  $  400.00  =       2,240.00

                          CURRENT FEES                           2,867.00


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $2,867.00
                                                            ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2118032
Richard C. Finke                        Invoice Date    04/28/11
Assistant General Counsel - Litigation  Client Number     172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                              0.00
    Expenses                       714.75

                    TOTAL BALANCE DUE UPON RECEIPT      $714.75
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2118032
Richard C. Finke                             Invoice Date     04/28/11
Assistant General Counsel - Litigation       Client Number      172573
7500 Grace Drive                             Matter Number       50001
Columbia, MD  21044


===============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                    0.40
     Duplicating/Printing/Scanning           1.00
     Courier Service - Outside             713.35

                    CURRENT EXPENSES                       714.75
                                                      --------------
                    TOTAL BALANCE DUE UPON RECEIPT        $714.75
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number     2118032
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        50001
Columbia, MD  21044

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/20/11   Courier Service - Outside                     623.35
           Courier Service - Outside - New Case Correa Vs
           W.R.Grace Santa Ana Ccs;removal;int
           Parties;related Case;cert Of Serv;adv File
           Immediately (Job # 4832543)

01/25/11   Courier Service - Outside                      90.00
           Courier Service - Outside - Sacv 11-00113 Cjc
           Correa Vs Wr Grace Santa Ana Cert Of Service
           Del Courtesy Copy To (Job # 4836452)

02/28/11   PACER                                            .40

03/14/11   Duplicating/Printing/Scanning                  1.00
           ATTY # 000349: 10 COPIES

                  CURRENT EXPENSES                       714.75
                                                     ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $714.75
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2118033
Richard C. Finke                          Invoice Date    04/28/11
Assistant General Counsel - Litigation    Client Number     172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

       Fees                              0.00
       Expenses                        910.10

                    TOTAL BALANCE DUE UPON RECEIPT        $910.10
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                          Invoice Number    2118033
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60026
Columbia, MD  21044
```

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     PACER                                    14.96
     Outside Duplicating                     895.14

                  CURRENT EXPENSES                       910.10
                                                   -------------
              TOTAL BALANCE DUE UPON RECEIPT            $910.10
                                                   =============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


     W.R. Grace & Co.                          Invoice Number    2118033
     Richard C. Finke                          Invoice Date      04/28/11
     Assistant General Counsel - Litigation    Client Number      172573
     7500 Grace Drive                          Matter Number       60026
     Columbia, MD  21044



     ============================================================================

     Re: (60026)  Litigation and Litigation Consulting


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     01/27/11   Outside Duplicating                          32.30
                VENDOR: IKON- Mailout - Bankruptcy Mailouts/Mail

     02/15/11   Outside Duplicating VENDOR: IKON-           281.45
                Copying/Service of quarterly fee application
                materials.

     02/15/11   Outside Duplicating VENDOR: IKON-           461.76
                Copying/Service of quarterly fee application
                materials.

     02/28/11   PACER                                         6.32

     02/28/11   PACER                                         8.64

     03/01/11   Outside Duplicating VENDOR: IKON-            32.30
                Copying/Service of quarterly fee application
                materials.

     03/01/11   Outside Duplicating VENDOR: IKON-            87.33
                Copying/Service of quarterly fee application
                materials.

                         CURRENT EXPENSES                    910.10
                                                        ------------
                  TOTAL BALANCE DUE UPON RECEIPT           $910.10
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD  21044

Invoice Number     2118035
Invoice Date      04/28/11
Client Number      172573

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

Fees                              0.00
Expenses                        924.41

                 TOTAL BALANCE DUE UPON RECEIPT          $924.41
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                            Invoice Number     2118035
Richard C. Finke                            Invoice Date      04/28/11
Assistant General Counsel - Litigation      Client Number      172573
7500 Grace Drive                            Matter Number       60033
Columbia, MD  21044
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning               6.70
    Courier Service - Outside                   5.40
    Lodging                                   340.73
    Parking/Tolls/Other Transportation         72.00
    Air Travel Expense                         69.00
    General Expense                           430.58

                CURRENT EXPENSES                         924.41
                                                   --------------
                TOTAL BALANCE DUE UPON RECEIPT          $924.41
                                                   ==============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



     W.R. Grace & Co.                      Invoice Number    2118035
     Richard C. Finke                      Invoice Date    04/28/11
     Assistant General Counsel - Litigation    Client Number    172573
     7500 Grace Drive                      Matter Number      60033
     Columbia, MD  21044


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

02/22/11   Lodging Lodging - VENDOR: Traci Sands Rea, Feb      340.73
           22, 2011 - -  One night stay in SF for DGS
           mediation.

02/23/11   Parking/Tolls/Other Transportation Parking -         72.00
           VENDOR: Traci Sands Rea - - Parking at PIT
           Airport during travel to SF for DGS mediation.

02/23/11   Air Travel Expense Airfare - VENDOR: Traci           69.00
           Sands Rea- -  Bag charges for trip to SF for
           DGS mediation.

03/09/11   General Expense -- VENDOR: JAMS, INC.: balance      430.58
           due for 2/21/11 mediation

03/18/11   Duplicating/Printing/Scanning                         1.50
           ATTY # 000559: 15 COPIES

03/18/11   Duplicating/Printing/Scanning                         1.70
           ATTY # 000559: 17 COPIES

03/21/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

03/21/11   Duplicating/Printing/Scanning                          .20
           ATTY # 000559: 2 COPIES

03/21/11   Duplicating/Printing/Scanning                         1.50
           ATTY # 000559: 15 COPIES

03/21/11   Duplicating/Printing/Scanning                         1.70
           ATTY # 000559: 17 COPIES
```

172573 W. R. Grace & Co.                        Invoice Number  2118035
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       April 28, 2011


03/22/11   Courier Service - Outside -- VENDOR: JET           5.40
           MESSENGER: Messenger Trip - US Bankruptcy Court
           - Ramona Baker - 3/14/11

                            CURRENT EXPENSES                  924.41
                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT          $924.41
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2118032 |
| Richard C. Finke | Invoice Date    04/28/11 |
| Assistant General Counsel - Litigation | Client Number    172573 |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
    Fees                             0.00
    Expenses                       714.75

              TOTAL BALANCE DUE UPON RECEIPT        $714.75
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2118032 |
| Richard C. Finke | Invoice Date | 04/28/11 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | Matter Number | 50001 |
| Columbia, MD  21044 | | |

===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 0.40 |
| Duplicating/Printing/Scanning | 1.00 |
| Courier Service - Outside | 713.35 |

CURRENT EXPENSES                          714.75
                                     --------------
TOTAL BALANCE DUE UPON RECEIPT            $714.75
                                     ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2118032
   Richard C. Finke                       Invoice Date     04/28/11
   Assistant General Counsel - Litigation Client Number      172573
   7500 Grace Drive                       Matter Number       50001
   Columbia, MD  21044


===========================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/20/11   Courier Service - Outside                      623.35
           Courier Service - Outside - New Case Correa Vs
           W.R.Grace Santa Ana Ccs;removal;int
           Parties;related Case;cert Of Serv;adv File
           Immediately (Job # 4832543)

01/25/11   Courier Service - Outside                       90.00
           Courier Service - Outside - Sacv 11-00113 Cjc
           Correa Vs Wr Grace Santa Ana Cert Of Service
           Del Courtesy Copy To (Job # 4836452)

02/28/11   PACER                                             .40

03/14/11   Duplicating/Printing/Scanning                   1.00
           ATTY # 000349: 10 COPIES

                         CURRENT EXPENSES                 714.75
                                                     ------------
                         TOTAL BALANCE DUE UPON RECEIPT  $714.75
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2118033
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        910.10

                  TOTAL BALANCE DUE UPON RECEIPT        $910.10
                                                  =============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                         Invoice Number    2118033
    Richard C. Finke                         Invoice Date     04/28/11
    Assistant General Counsel - Litigation   Client Number     172573
    7500 Grace Drive                         Matter Number      60026
    Columbia, MD  21044
```

============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                      14.96
    Outside Duplicating                       895.14

                        CURRENT EXPENSES                     910.10
                                                          -------------
                  TOTAL BALANCE DUE UPON RECEIPT            $910.10
                                                          =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2118033
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60026
Columbia, MD  21044


==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/27/11 | Outside Duplicating<br>VENDOR: IKON- Mailout - Bankruptcy Mailouts/Mail | 32.30 |
| 02/15/11 | Outside Duplicating VENDOR: IKON-<br>Copying/Service of quarterly fee application<br>materials. | 281.45 |
| 02/15/11 | Outside Duplicating VENDOR: IKON-<br>Copying/Service of quarterly fee application<br>materials. | 461.76 |
| 02/28/11 | PACER | 6.32 |
| 02/28/11 | PACER | 8.64 |
| 03/01/11 | Outside Duplicating VENDOR: IKON-<br>Copying/Service of quarterly fee application<br>materials. | 32.30 |
| 03/01/11 | Outside Duplicating VENDOR: IKON-<br>Copying/Service of quarterly fee application<br>materials. | 87.33 |

                        CURRENT EXPENSES             910.10
                                                ------------
                TOTAL BALANCE DUE UPON RECEIPT       $910.10
                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2118035
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                             0.00
     Expenses                       924.41

                    TOTAL BALANCE DUE UPON RECEIPT         $924.41
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                          Invoice Number     2118035
Richard C. Finke                          Invoice Date      04/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60033
Columbia, MD  21044
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning              6.70
    Courier Service - Outside                  5.40
    Lodging                                  340.73
    Parking/Tolls/Other Transportation        72.00
    Air Travel Expense                        69.00
    General Expense                          430.58

              CURRENT EXPENSES                            924.41
                                                       -------------
              TOTAL BALANCE DUE UPON RECEIPT            $924.41
                                                       =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


     W.R. Grace & Co.                        Invoice Number    2118035
     Richard C. Finke                        Invoice Date     04/28/11
     Assistant General Counsel - Litigation  Client Number     172573
     7500 Grace Drive                        Matter Number      60033
     Columbia, MD  21044
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/22/11 | Lodging Lodging - VENDOR: Traci Sands Rea, Feb 22, 2011 - -  One night stay in SF for DGS mediation. | 340.73 |
| 02/23/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Traci Sands Rea - - Parking at PIT Airport during travel to SF for DGS mediation. | 72.00 |
| 02/23/11 | Air Travel Expense Airfare - VENDOR: Traci Sands Rea- -  Bag charges for trip to SF for DGS mediation. | 69.00 |
| 03/09/11 | General Expense -- VENDOR: JAMS, INC.: balance due for 2/21/11 mediation | 430.58 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/18/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 03/21/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |

172573  W. R. Grace & Co.                        Invoice Number   2118035
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        April 28, 2011


03/22/11    Courier Service - Outside -- VENDOR: JET              5.40
            MESSENGER: Messenger Trip - US Bankruptcy Court
            - Ramona Baker - 3/14/11

                            CURRENT EXPENSES                    924.41
                                                             ------------
                            TOTAL BALANCE DUE UPON RECEIPT     $924.41
                                                             =============