# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 15, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## TWELFTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO THE REPRESENTATIVE COUNSEL AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2011, through February 28, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $    16,187.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       814.73 |

This is Applicant's Twelfth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of February 1, 2011, through February 28, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 37.40 | $ 13,090.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 16.30 | $ 3,097.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **53.70** | **$ 16,187.00** |
| Blended Rate | | | | $ 301.43 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of February 1, 2011, through February 28, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 7.30 | $ 2,523.00 |
| 11 - Fee Applications, Applicant | 6.20 | $ 1,354.00 |
| 12 - Fee Applications, Others | 12.80 | $ 2,928.00 |
| 14 - Hearings | 5.30 | $ 1,855.00 |
| 16 - Plan and Disclosure Statement | 20.10 | $ 7,035.00 |
| 24 – Other | 2.00 | $ 492.00 |
| **TOTAL** | **53.70** | **$ 16,187.00** |

**Monthly Expense Summary for the Period February 1, 2011, through February 28, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 10.00 |
| Court Telephonic Appearance | CourtCall | 262.00 |
| Photocopies | In-house (187 @ .10) | 18.70 |
| Postage | U.S. Postal Service | 0.00 |
| Overnight Express Mail | Federal Express | 30.95 |
| Outside Copy & Serve | IKON Office Solutions Digital Legal | 447.30 45.78 |
| **TOTAL** | | **$ 814.73** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for February 1, 2011, through February 28, 2011, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before April 15, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] Applicant's Invoice for February 1, 2011, through February 28, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2011, through February 28, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $16,187.00 and actual and necessary expenses in the amount of $814.73 for a total allowance of $17,001.73; Actual Interim Payment of $12,949.60 (80% of the allowed fees) and reimbursement of $814.73 (100% of the allowed expenses) be authorized for a total payment of $13,764.33; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: April 1, 2011                                    Respectfully submitted,

                                      By:      */s/ Daniel K. Hogan*_____
                                               Daniel K. Hogan (DE Bar No. 2814)
                                               THE HOGAN FIRM
                                               1311 Delaware Avenue
                                               Wilmington, Delaware 19806
                                               Telephone: 302.656.7540
                                               Facsimile: 302.656.7599
                                               Email: dkhogan@dkhogan.com


                                               **Counsel to the Representative Counsel as Special**
                                               **Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*
*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

March 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
        *WRGrace Chapter 11 Bankruptcy*

        *Our File No. 060124-01*
Invoice #  17692

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2011 | DKH | E-mail correspondence to Representative Counsel about setting up a time to discuss the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) about a teleconference. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies. | 0.30 350.00/hr | 105.00 |
| 2/2/2011 | DKH | Prepared highlighted versions of the Memorandum Opinion and the Recommended Findings of Fact for teleconference with Representative Counsel. | 1.40 350.00/hr | 490.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*         Page    2

|            |     |                                                                                                                                                                                                                                                                                                                                                                   | *Hrs/Rate*        | *Amount* |
|------------|-----|---|---|---|
| 2/2/2011   | DKH | E-mail correspondence with Matt Moloci and telephone conversation with Matt Moloci concerning highlighted versions of the Memorandum Opinion and the Recommended Findings of Fact.                                                                                                                                   | 0.20 350.00/hr | 70.00 |
|            | DKH | Teleconference with Representative Counsel to discuss meaning of the Memorandum Opinion and the Recommended Findings of Fact.                                                                                                                                                                                        | 0.80 350.00/hr | 280.00 |
|            | DKH | E-mail correspondence with Matt Moloci concerning the meaning of Confirmation Order as used in the Plan.                                                                                                                                                                                                             | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with Matt Moloci transmitting his email exchange with 'Pasparakis, Orestes'.                                                                                                                                                                                                                   | 0.20 350.00/hr | 70.00 |
|            | KEH | Prepare overnight delivery of 4th Quarterly fee applications to Fee Auditor and W.R. Grace.                                                                                                                                                                                                                          | 0.20 190.00/hr | 38.00 |
|            | KEH | E-mail correspondence with O'Neil, Christi, at WRGrace, re: payment in the amount of $2668.53 will be made via wire transfer by the end of business on 02/03/11; also that short payment for May 2010 ($33.96) was paid on 01/18/11 via wire transfer; review payments to respond.                                    | 0.30 190.00/hr | 57.00 |
|            | KEH | E-mail correspondence with 'O'Neil, Christi', re: total holdback for LBLs April 1, 2010, through June 30, 2010, application should be $2,683.53  to include a $15.00 short payment for the May 2010 application for Lauzon Belanger Lesperance.  Explained shortage and provided chart; Our records show that the $33.96 shortage from the 12/21/09-3/31/10 application was paid on 1/18/11; need response regarding $15.00 shortage on the May application. | 0.80 190.00/hr | 152.00 |
|            | KEH | E-mail correspondence from O'Neil, Christi, at WRG, re: their records show they transferred $7210.99 CAD on 08/25/10 via wire (SAP clearing #1500000210  d#1700001677  v#12028 001); fees deducted during transfer possibly by CDN banking facility?; Email to/from Careen Hannouche re: same.                        | 0.30 190.00/hr | 57.00 |
| 2/3/2011   | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Scheduling a Status Conference for Wednesday, February 16, 2011 at 10:00 a.m.                                                                                                                                               | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies. | 0.30 350.00/hr | 105.00 |
| 2/4/2011   | KEH | Received wire notification from WSFS Bank re: pending deposit of $10,585.55; print and save to file.                                                                                                                                                                                                                 | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *3/1/2011*   *17692*        Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/4/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting remittance advice; review and save to file. | 0.30<br>190.00/hr | 57.00 |
| 2/7/2011 | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning negotiations with Grace. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with David Thompson transmitting the District Court Order. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci about when Grace Canada moves for approval of Plan Confirmation from the CCAA, they will likely serve and file an up-to-date Information Officer Report which may contain facts and/or admissions. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Vetter, David concerning payment history to LBL; reviewed same. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |
|  | KEH | E-mail correspondence with Daniel Hogan to confirm deposit from Grace in the amount of $10,585.55. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | Review and post $10,585.55 payment to WRGrace Payment Register - payment for THF's November Monthly Fee Application. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Vetter, David, from WRGrace, re: "Our bank records / FX confirmation reflects that $7,210.99 was paid out in CAD thru BOA.  BOA does not debit fees for individual transactions from our accounts.  It is possible that their bank charged the $15 fee. | 0.20<br>190.00/hr | 38.00 |
| 2/8/2011 | DKH | Telephone conversation with Representative Counsel concerning confirmation order and related topics. | 0.80<br>350.00/hr | 280.00 |
|  | DKH | Telephone conversation with Jan Baer concerning Collectiva issue and the confirmation order issue. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning wanting to set up a teleconference with you sometime today. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with matt Moloci about the teleconference. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Careen Hannouche about teleconference. | 0.10<br>350.00/hr | 35.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*         Page    4

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/8/2011 | DKH | Conducted teleconference with Representative Counsel concerning effect of Court's order and related issues. | 0.50 350.00/hr | 175.00 |
|  | DKH | Telephone call to Jan Baer; left  a detailed voicemail. | 0.10 350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Jan Baer concerning Collectiva issue and confirmation issues. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Representative Counsel outlining the details of my conversation with Jan Baer concerning the Collectiva and confirmation issues, | 0.30 350.00/hr | 105.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca', re: David Vetter's email, re: "FX confirmation reflects that $7,210.99 was paid out in CAD thru BOA.  BOA does not debit fees for individual transactions from our accounts.  It is possible that their bank charged the $15 fee." | 0.20 190.00/hr | 38.00 |
| 2/9/2011 | DKH | Reviewed reconciliation of payments received from Grace relative to fee applications. | 0.40 350.00/hr | 140.00 |
|  | KEH | Telephone calls with wire department at WSFS Bank to wire $10,585.55 to Scarfone Hawkins - re: THF's November 2010 application. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates' re: wire was initiated to Scarfone Hawkins account in the amount of $10,585.55 - payment for The Hogan Firms Ninth Monthly Fee Application for the Period November 1, 2010, through November 30, 2010.  (80% fees: $8,771.20; and 100% costs: $1,814.35) - confirm when received; Also, confirm with payment is received for 9th monthly applications. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Daniel Hogan with confirmation from WSFS of outgoing wire. | 0.10 190.00/hr | 19.00 |
| 2/10/2011 | DKH | E-mail correspondence with Careen Hannouche concerning reconciliation of payments received by LBL. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion for Clarification (related document(s)[21654], [21655]) Filed by W.R. GRACE & CO., et al. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting Motion for Clarification (related document(s)[21654], [21655]) Filed by W.R. GRACE & CO., et al. | 0.20 350.00/hr | 70.00 |

Canadian ZAI Claimants                                        *3/1/2011*      *17692*          Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/10/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend Time to Appeal Under Rule 8002(c) Filed by AXA Belgium as Successor to Royale Belge SA. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Shorten Motion for an Order Shortening Notice With Respect to Precautionary Motion For Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by AXA Belgium as Successor to Royale Belge SA. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Reconsider / Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[26212]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge. | 0.20 350.00/hr | 70.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: verified with accountant and there was indeed a bank charge of 15$ on the payment in August 2010; thereafter,  one other instance where a 15$ bank charge was deducted for payment received on September 24, 2010 for Q1 2010 Holdback (December 21, 2009 to March 31, 2010); inquiry with Grace re: 33.96$ shortage - Grace indicated they made a processing error and paid the 33.96$ shortage on January 18, 2011. | 0.30 190.00/hr | 57.00 |
|  | KEH | Reviewed payment register per e-mail correspondence from Careen Hannouche, re: bank charge of 15$ on the payment in August 2010; checked other wire transfer amounts. | 0.50 190.00/hr | 95.00 |
| 2/11/2011 | DKH | E-mail correspondence with Janet Baer about fact that Judge Fitzgerald has set a telephonic status conference for today, Friday February 11  at 4:00 eastern. | 0.20 350.00/hr | 70.00 |

Canadian ZAI Claimants                                    *3/1/2011*   *17692*        Page   6

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                     | *Hrs/Rate*      | *Amount* |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 2/11/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend (1) Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization (related document(s)[26154], [26155], [26236]) Filed by Anderson Memorial Hospital, SC. | 0.30 350.00/hr  | 105.00   |
|            | DKH | Participated in telephonic hearing with Judge Fitzgerald.                                                                                                                                                                                                                                                                                                                                                                                | 0.80 350.00/hr  | 280.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of the State of Montana to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by State of Montana.                                                                                          | 0.20 350.00/hr  | 70.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Allow Expedited Consideration of Anderson Memorial Hospital's Motion (1) to Extend Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Plan of Reorganization (related document(s)[26245]) Filed by Anderson Memorial Hospital, SC. | 0.20 350.00/hr  | 70.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of Her Majesty the Queen in Right of Canada to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (related document(s)[26238]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr  | 105.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting in Part Motions to Extend Time to Object regarding plan confirmation and Continuing Hearing on same and on Plan Proponents' Motion for Clarification and BNSF's Motion to Reconsider to February 14, 2011, at 9:00 a.m.                                                                                                                                 | 0.30 350.00/hr  | 105.00   |
|            | KEH | E-mail correspondence with Careen Hannouche, re: one 15$ bank charge was in CDN dollars and the other (for the Q1 2010 Holdback) in US dollars.                                                                                                                                                                                                                                                                                           | 0.10 190.00/hr  | 19.00    |
|            | KEH | Review LBL payments per Careen Hannouche's email, re: one 15$ bank charge was in CDN dollars and the other (for the Q1 2010 Holdback) in US dollars.                                                                                                                                                                                                                                                                                      | 0.30 190.00/hr  | 57.00    |

Canadian ZAI Claimants                                   *3/1/2011*    *17692*         Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/12/2011 | DKH | E-mail correspondence with Representative Counsel updating them on the impromptu telephonic hearing yesterday at 4:00 p.m. to discuss the motions for clarification that have been filed and what she intended by the memorandum and proposed findings of fact. | 0.30 350.00/hr | 105.00 |
| 2/13/2011 | DKH | E-mail correspondence with Matt Moloci about tomorrow's hearing. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson concerning tomorrow's hearing. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Representative Counsel about the negotiations with Debtors. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[26212]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/14/2011 at 08:30 AM | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a draft Order providing the relief the Plan Proponent's requested in their Motion to Clarify.  Reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting draft Order providing the relief the Plan Proponent's requested in their Motion to Clarify. | 0.20 350.00/hr | 70.00 |
| 2/14/2011 | DKH | Attended omnibus hearing. | 2.00 350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning fact that District Judge Buckwalter has changed the date of the status hearing before him to February 23, 2011 at 10:00 a.m. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal and Objections. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Garlock Sealing Technologies, LLC. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal from (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, and (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Plan of Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, Both Dated January 31, 2011. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Official Committee of Unsecured Creditors. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                              *3/1/2011*    *17692*        Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/14/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of the State of Montana to the Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26241]) Filed by State of Montana. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder of Her Majesty the Queen in Right of Canada to the Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket No. 26154] And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26241]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, both signed on January 31, 2011. Fee Amount $255. (related document(s)[26154], [26155]) Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Hearing Rescheduled Hearing on February 23, 2011 at 10:00 A.M. before the Honorable Ronald L. Buckwalter, (related document(s)[26188]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/23/2011 at 10:00 AM. | 0.20 350.00/hr | 70.00 |
| 2/15/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescheduling Status Conference From Wednesday, February 16, 2011 at 10:00 a.m. to Wednesday, February 23, 2011 at 10:00 a.m. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with 'David Thompson';Matt Moloci providing an update on yesterdays hearing. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*        Page    9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/15/2011 | DKH | E-mail correspondence with Matt Moloci concerning the end of the "entry of the Confirmation Order" issue. | 0.10 350.00/hr | 35.00 |
| 2/16/2011 | DKH | E-mail correspondence with David Thompson concerning the revised order. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting the Court's revised order clarifying the confirmation order. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the meaning of the confirmation order. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with David Thompson concerning the interpretation of the confirmation order. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with David Thompson concerning a conference call to discuss the most appropriate course of action. | 0.20 350.00/hr | 70.00 |
| 2/17/2011 | DKH | Conducted review of interplay between Order Clarifying Memorandum Opinion, First Amended Plan and the ARMOS for a determination of whether an additional payment is due to the Canadian Fund. | 1.80 350.00/hr | 630.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Supplemental Notice of Appeal . Fee Amount $255. (related document(s)[26289]) Filed by Official Committee of Unsecured Creditors. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellant Designation of Items For Inclusion in Record On Appeal (related document(s)[26193], [26316]) Filed by Libby Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26193], [26320]) Filed by Libby Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | Conducted teleconference with Representative Counsel to discuss the impact of the Order clarifying Memorandum Opinion. | 0.70 350.00/hr | 245.00 |
| 2/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Intervene for Limited Purpose of Seeking Access to Judicial Records Filed by Garlock Sealing Technologies, LLC. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize Amended Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief (related document(s)[26053]) Filed by Garlock Sealing Technologies, LLC. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*           Page   10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Hearing Notice Of (I) Amended Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief And (II) Related Motions To Intervene In And Reopen Certain Bankruptcy Cases (related document(s)[26053], [26357]) Filed by Garlock Sealing Technologies, LLC. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning conference call with all interested parties on Monday, February 21, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Debtors' Motion for an Order Authorizing Creation of a Non-Debtor Foreign Subsidiary Holding Company Structure. Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
|  | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time/expense statement for January, 2011; attach to brad page and print for review. | 0.20 190.00/hr | 38.00 |
| 2/21/2011 | DKH | Reviewed Lauzon Belanger's fee/expense statement for January 2011. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a draft Proposed Scheduling Order for the Grace District Court Proceedings re the Grace Confirmation Order; reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | Participated in teleconference to discuss draft Proposed Scheduling Order for the Grace District Court Proceedings re the Grace Confirmation Order. | 1.00 350.00/hr | 350.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; checked docket for objections. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; reviewed docket for objections and responses. | 0.30 350.00/hr | 105.00 |

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/21/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010; reviewed docket for objections or responses. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2010, to December 31, 2010. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Notice Regarding Cure Exhibit Pursuant to Section 9.1.2 of the Joint Plan of Reorganization. Filed by W.R. Grace & Co., et al. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Notice of Submission of Conformed Joint Plan of Reorganization as of December 23, 2010. (related document(s)[26154], [26155]) Filed by W.R. Grace & Co., et al. Reviewed pertinent sections and changes made relative to the Canadian ZAI claims. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service /Notice of Submission of Blacklines of Exhibits 5 and 6 to Joint Plan of Reorganization. Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
|  | KEH | Review and revise LBL's fee/expense statement for January, 2011; statement does not balance - needs LBL's review. | 0.90 190.00/hr | 171.00 |
|  | KEH | Prepare CNO regarding The Hogan Firm's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO regarding Scarfone Hawkins' 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. | 0.50 190.00/hr | 95.00 |

Canadian ZAI Claimants                                    *3/1/2011*   *17692*        Page   12

|            |     |                                                                                                                                                                                                                                                                                                                                                  | *Hrs/Rate*      | *Amount* |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 2/21/2011  | KEH | Prepare CNO regarding Lauzon Belanger Lesperance's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010.                                                                                                                                                                                                         | 0.50 190.00/hr  | 95.00    |
|            | KEH | E-mail correspondence to 'careen.hannouche@lauzonbelanger.qc.ca', re: revised fee/expense statement to show rate and extended amount; time entries showing on invoice equal $7,643.55 and hours total 24.50 - does not balance - please review and make necessary revisions.                                                                        | 0.20 190.00/hr  | 38.00    |
|            | KEH | Efile CNO regarding The Hogan Firm's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010.                                                                                                                                                                                                                       | 0.30 190.00/hr  | 57.00    |
|            | KEH | Efile CNO regarding Scarfone Hawkins' 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010.                                                                                                                                                                                                                      | 0.30 190.00/hr  | 57.00    |
|            | KEH | Efile CNO regarding Lauzon Belanger Lesperance's 10th Monthly Fee Application for the Period December 1, 2010, through December 31, 2010.                                                                                                                                                                                                           | 0.30 190.00/hr  | 57.00    |
|            | KEH | E-mail correspondence with 'Mike Davies';'Jeremy Luzader' at Digital Legal transmitting the CNOs for the 10th Monthly fee applications for service.                                                                                                                                                                                                | 0.20 190.00/hr  | 38.00    |
| 2/22/2011  | DKH | Reviewed the CNO for the Hogan Firm's 4th quarterly fee application.                                                                                                                                                                                                                                                                              | 0.30 350.00/hr  | 105.00   |
|            | DKH | Reviewed the CNO for Scarfone Hawkin's 4th quarterly fee application.                                                                                                                                                                                                                                                                             | 0.30 350.00/hr  | 105.00   |
|            | DKH | Reviewed the CNO for Lauzon Belanger's 4th quarterly fee application.                                                                                                                                                                                                                                                                             | 0.30 350.00/hr  | 105.00   |
|            | DKH | E-mail correspondence with Careen Hannouche transmitting the Lauzon Belanger revised fee/expense statement for January 2011. Reviewed same.                                                                                                                                                                                                        | 0.30 350.00/hr  | 105.00   |
|            | DKH | E-mail correspondence with Janet Baer transmitting a proposed Consent Order and a revised schedule re the Grace District Court proceedings re the Confirmation Order; reviewed same.                                                                                                                                                                | 0.40 350.00/hr  | 140.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26156]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr  | 105.00   |

Canadian ZAI Claimants                                  *3/1/2011*    *17692*        Page   13

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
| 2/22/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26157]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fourth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to December 31, 2010 (related document(s)[26159]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joint Objection - Plan Proponents' Joint Opposition to (I) the Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation and (II) the Joinders filed by the State of Montana and Her Majesty the Queen in Right of Canada (related document(s)[26154], [26241], [26261], [26262]) Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| KEH | Begin preparation of The Hogan Firm's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | 0.80 190.00/hr | 152.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: revised fee/expense statement - six entries (from January 26th onwards) omitted from the previous version; Also payment received from Grace in the amount of 4482.05$ on February 18th- amount more than 9th monthly; review and revise same. | 0.40 190.00/hr | 76.00 |
| KEH | Review spreadsheet for LBL's applications regarding disbursement of funds; E-mail correspondence with 'Careen Hannouche', re: Breakdown of payment for $4,482.05 is payment for 9th monthly (80% fees $1,562.12 & 100% costs $251.40) and for holdback on the 3rd Qtrly, April  June, 2010, in the amount of $2,683.53.  Also, it appears that bank deducted $15.00 - total should be $4,497.05 | 0.60 190.00/hr | 114.00 |
| KEH | E-mail correspondence with 'Cindy Yates', re: January time/expense statement ready; Also, if payment has been received for 9th monthly application | 0.10 190.00/hr | 19.00 |
| KEH | Reviewed docket for objections to 4th Quarterly applications. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Cindy Yates - received payment for the 9th monthly application from Grace; working on time/expense statement and should have it to us by tomorrow. | 0.10 190.00/hr | 19.00 |

Canadian ZAI Claimants                                      *3/1/2011*    *17692*        Page   14

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/22/2011 | KEH | Check spreadsheet for amount and e-mail correspondences with 'Cindy Yates' to confirm amount received from Grace is $4,677.90. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Prepare CNO re: Scarfone's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | Prepare CNO re: THF's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | Prepare CNO re: LBL's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | Efile CNO re: THF's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Efile CNO re: Scarfone's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Efile CNO re: LBL's 4th Qtrly Application for Compensation for the Period October 1, 2010, through December 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'Mike Davies';'Jeremy Luzader' at Digital Legal transmitting, for service, the CNOs for the 4th Qtrly Applications for the Period October 1, 2010, through December 31, 2010. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Time/Expense statement for January 1, 2011 - January 31, 2011; Please note that effective January 1, 2011, the hourly rates increased and reflected on statement; attach to brad page and print for review. | 0.20<br>190.00/hr | 38.00 |
| 2/23/2011 | DKH | Attended hearing before Judge Buckwalter in Philadelphia, PA. | 2.50<br>350.00/hr | 875.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting proposed revised Order and Schedule re the Grace Confirmation appeal briefing; reviewed same. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |
|  | KEH | Review and revise LBL's corrected time/expense statement for January 2011. | 0.50<br>190.00/hr | 95.00 |
| 2/24/2011 | DKH | E-mail correspondence with response@courtcall.com.  Reviewed CourtCall CONFIRMATION for March 2, 2011 hearing. | 0.20<br>350.00/hr | 70.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*        Page   15

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 2/24/2011 | KEH | Telephone call to CourtCall to schedule telephonic appearance for DKHogan at hearing in Pittsburgh on March 2, 2011. | 0.20<br>190.00/hr | 38.00 |
| 2/25/2011 | KEH | Further preparation of The Hogan Firm's 11th Monthly fee application. | 0.50<br>190.00/hr | 95.00 |
| 2/28/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objections Of BNSF Railway Company In Accordance With Bankruptcy Rule 9033 To The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law [Docket Number 26154] and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 [Docket Number 26155] and Order Clarifying Memorandum Opinion And Order Confirming Joint Plan As Amended Through December 23, 2010 (Docket No. 26289) (related document(s)[26154], [26155], [26289]) Filed by BNSF Railway Company. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26154], [26155], [26241], [26261], [26262], [26381]) Filed by BNSF Railway Company. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objection Pursuant to Fed. R. Bankr. P. 9033 to Recommended Findings of Fact, Conclusions of Law and Order re Confirmation of First Amended Joint Plan of Reorganization and Objection Pursuant to Fed. R. Bankr. P. 9033 to Memorandum Opinion re Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law (related document(s)[26154], [26155], [26289]) Filed by Anderson Memorial Hospital. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Objection (Preliminary) Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, to (i) the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, (ii) the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, and (iii) Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *3/1/2011*    *17692*        Page  16

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
|  | Through December 23, 2010 (related document(s)[26154], [26155], [26289]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. |  |  |
| 2/28/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Joinder to the Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law and The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (related document(s)[26154], [26155], [26262], [26381], [26430]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |
| KEH | Further preparation of THF's 11th Monthly application - coding time entries, etc. | 1.20<br>190.00/hr | 228.00 |
| **For professional services rendered** |  | 53.70 | *$16,187.00* |

**Additional Charges :**

| 2/1/2011 | CourtCall - Telephonic Hearing Appearance 3946706 | 135.00 |
|---|---|---|
| 2/2/2011 | Federal Express to Fee Auditor and Grace (4th Quarterly Apps) | 30.95 |
| 2/3/2011 | IKON Office Solutions - WIL-HOG1 - 9th Mo. Apps. | 9.55 |
| 2/17/2011 | IKON Office Solutions - WIL10060039 & WIL10060038 | 437.75 |
|  | CourtCall: 3554319; 3740071; 3920998 | 127.00 |
| 2/23/2011 | Digital Legal - Inv.56713 - Copy and Serve CNO - 10th Monthly Fee Application. | 22.89 |
|  | Digital Legal - Inv.56714 - Copy and Serve CNO - 4th Quarterly Fee Application | 22.89 |
| 2/28/2011 | CM/ECF - Bankruptcy Court Document Charges | 10.00 |
|  | Photocopies (In-House) February 1 - February 28, 2011 | 18.70 |
| **Total additional charges** |  | *$814.73* |

Canadian ZAI Claimants                    *3/1/2011*    *17692*          Page   17

|                                                              | *Amount* |
|--------------------------------------------------------------|---------:|
| ***Total amount of this bill***                              | *$17,001.73* |
| ***Previous balance***                                       | *$18,735.00* |
| **Accounts receivable transactions**                         |          |
| 2/16/2011  Payment - Thank You. Check No. 983 3921           | ($18,735.00) |
| ***Total payments and adjustments***                         | *($18,735.00)* |
| **Balance due**                                              | **$17,001.73** |

*****TERMS: DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

### Timekeeper Summary

| Name              | Hours | Rate   | Amount      |
|-------------------|------:|-------:|------------:|
| Daniel K. Hogan   | 37.40 | 350.00 | $13,090.00  |
| Karen E. Harvey   | 16.30 | 190.00 | $3,097.00   |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                               : ss

COUNTY OF NEW CASTLE :

    I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

    1.    I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

    2.    The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

    3.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

    4.    I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                                                                             Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this __1st__ day of April, 2011.

_____
Notary Public
My Commission Expires: _____