# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 24, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## THIRTEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                                The Hogan Firm

Authorized to Provide
Professional Services to:                    Lauzon Bélanger and Scarfone Hawkins LLP
("Representative Counsel") as Special Counsel for
the Canadian ZAI Claimants by Appointment Order,
Dated March 19, 2010 [Docket No. 24508]

Date of Retention:                             March 19, 2010 *nunc pro tunc* to December 21, 2009

Period for which compensation
and reimbursement is sought:           March 1, 2011, through March 31, 2011

Amount of compensation sought
as actual, reasonable and necessary:      $      13,172.00

Amount of expense reimbursement
sought as actual, reasonable and necessary:  $          358.40

This is Applicant's Thirteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of March 1, 2011, through March 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 22.00 | $ 7,700.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 27.00 | $ 5,130.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 1.80 | $ 342.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **50.80** | **$ 13,172.00** |
| Blended Rate | | | | $ 259.29 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of March 1, 2011, through March 31, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 15.80 | $ 4,730.00 |
| 11 - Fee Applications, Applicant | 9.70 | $ 2,067.00 |
| 12 - Fee Applications, Others | 21.00 | $ 4,886.00 |
| 14 - Hearings | 2.20 | $ 754.00 |
| 16 - Plan and Disclosure Statement | 2.10 | $ 735.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **50.80** | **$ 13,172.00** |

**Monthly Expense Summary for the Period March 1, 2011, through March 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 65.00 |
| Photocopies | In-house (184 @ .10) | 18.40 |
| Postage | U.S. Postal Service | 5.16 |
| Overnight Express Mail | Federal Express | 31.51 |
| Outside Copy & Serve | Digital Legal & TriState Courier | 228.33 |
| Parking | Philadelphia hearing on 2/23/11 | 10.00 |
| **TOTAL** | | **$ 358.40** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for March 1, 2011, through March 31, 2011, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 24, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] Applicant's Invoice for March 1, 2011, through March 31, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period March 1, 2011, through March 31, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $13,172.00 and actual and necessary expenses in the amount of $358.40 for a total allowance of $13,530.40; Actual Interim Payment of $10,537.60 (80% of the allowed fees) and reimbursement of $358.40 (100% of the allowed expenses) be authorized for a total payment of $10,896.00; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

Daniel K. Hogan is attached hereto as **Exhibit B**.


Dated: May 10, 2011                                    Respectfully submitted,

                                    By:      */s/ Daniel K. Hogan*                          
                                             Daniel K. Hogan (DE Bar No. 2814)
                                             THE HOGAN FIRM
                                             1311 Delaware Avenue
                                             Wilmington, Delaware 19806
                                             Telephone: 302.656.7540
                                             Facsimile: 302.656.7599
                                             Email: dkhogan@dkhogan.com

                                             **Counsel to Representative Counsel
                                             for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### Canadian ZAI Claimants

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

April 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*

Invoice #  17762

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2011 | KEH | Received and reviewed 2nd Amended Agenda. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Stating that Rule 9033 Objections may be Filed in Summary Fashion, Briefly Stating the Bases for the Respective Objections and Responses, with Detailed Briefing and Support Reserved for the Appellate Briefs Regarding the Confirmation Order. Signed on 2/23/2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal /Debtors, Official Committee Of Asbestos Personal Injury Claimants, And Asbestos PI Future Claimants Representatives Joint Counter Designation Of Record On Appeal From Order Approving Settlement Agreement Between W. R. Grace & Co. And The CNA Companies (related document(s)[26106], [26168], [26193], [26286], [26320], [26321]) Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *4/1/2011*    17762         Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) [26399], [26442]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/2/2011 at 09:00 AM. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal -- CNA Companies' Designation as Appellees of Additional Items to be Included in the Record on Appeal From the Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies (related document(s)[26106], [26168], [26193], [26286], [26320], [26321]) Filed by CNA Companies. | 0.30 350.00/hr | 105.00 |
| 3/2/2011 DKH | Prepared for and attended (telephonically) hearing in W.R. Grace. | 2.00 350.00/hr | 700.00 |
| 3/4/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Memorandum Opinion and Order Granting in Part and Denying in Part Motion of BNSF Railway Company for Reconsideration of Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan and Recommended Supplemental Findings of Fact and Conclusions of Law and Order Regarding Confirmation of Joint Plan as Modified Through December 23, 2010. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Janet Baer transmitting a draft proposed order Grace suggests submitting to Judge Buckwalter; reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/7/2011 KEH | Preparation of Scarfone Hawkins' 11th Monthly application for the period January 1, 2011, through January 31, 2011. | 2.40 190.00/hr | 456.00 |
| KEH | Preparation of Lauzon Belanger Lesperance's 11th Monthly Fee application for the period January 1, 2011, through January 31, 2011; review payment information regarding bank fees, etc. | 1.60 190.00/hr | 304.00 |
| KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' transmitting, for approval, LBLs Eleventh Monthly Application for January 1, 2011, through January 31, 2011, along with certification. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'David Thompson' transmitting, for approval, SHs Eleventh Monthly Application for January 1, 2011, through January 31, 2011, along with certification. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence from Careen Hannouche transmitting executed certification, re: LBLs Eleventh Monthly Application for January 1, 2011, through January 31, 2011; review and save to file. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*         Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2011 | KEH | E-mail correspondence with Matt Moloci; revise SH's 11th Monthly Application per Moloci's instructions. | 0.30 190.00/hr | 57.00 |
| | DKH | E-mail correspondence with John Donley transmitting an updated draft incorporating | 0.30 350.00/hr | 105.00 |
| | | minor suggested edits in 2(a) and 2(f) to the proposed scheduling order for District Court. | | |
| | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's 11th monthly application and the signed certification.  Reviewed same. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning a portion of Scarfone Hawkin's December 2010 10th monthly application. | 0.10 350.00/hr | 35.00 |
| 3/8/2011 | KEH | Meeting with DKHogan, re: 11th monthly fee applications and omnibus hearing schedule needed for claims agent motion. | 0.60 190.00/hr | 114.00 |
| | KEH | Review, revise and prepare for electronic filing of the 11th Monthly Fee Application of The Hogan Firm for the Period January 1, 2011 to January 31, 2011; E-file same. | 0.80 190.00/hr | 152.00 |
| | KEH | Revise and prepare for electronic filing of the 11th Monthly Fee Application of Scarfone Hawkins for the Period January 1, 2011 to January 31, 2011; E-file same. | 0.60 190.00/hr | 114.00 |
| | KEH | Revise and prepare for electronic filing of the 11th Monthly Fee Application of The Hogan Firm for the Period January 1, 2011 to January 31, 2011; E-file same. | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's executed certification re: SH's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011; review and attach to file. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Cindy Yates transmitting, for review, the revised 11th Monthly application per MMoloci's instructions. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Grace Accounts Payable transmitting remittance Advice for payment of THF's monthly fee application for December 2010; revise spreadsheet. | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of The Hogan Firm, filed March 8, 2011, Docket No. 26511. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of Scarfone Hawkins, filed March 8, 2011, Docket No. 26512. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                          *4/1/2011*    17762        Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2011 | KEH | E-mail correspondence with Service Parties transmitting the Eleventh Monthly Application of Lauzon Bélanger Lespérance, filed March 8, 2011, Docket No. 26513. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. Docket No. 26511 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. Docket No. 26512. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eleventh Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. Docket No. 26513. | 0.20 190.00/hr | 38.00 |
| | KEH | Prepare Federal Express packages to the Fee Auditor and to WRGrace transmitting the 11th Monthly Applications. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Digital Legal transmitting the Eleventh Monthly Applications of The Hogan Firm; Scarfone Hawkins; and Lauzon Belanger Lesperance for hand deliver to: the Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkin's Certification executed by David Thompson.  Reviewed same. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Deanna Boll transmitting the index of the joint record for the appeals; reviewed same. | 0.40 350.00/hr | 140.00 |
| | DKH | Reviewed revised monthly application of Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed final draft of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | 0.50 350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                      *4/1/2011*    17762        Page    5

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
| 3/8/2011 DKH | Reviewed final draft of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | 0.50 350.00/hr | 175.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| DKH | Reviewed final draft of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011. | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (Eleventh) for the period January 1, 2011 to January 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| 3/9/2011 KEH | E-mail correspondence with Daniel Hogan, re: WRGrace wire confirmed deposit into Trust Account. | 0.20 190.00/hr | 38.00 |
| KEH | Revise spreadsheet for Grace payment; initiate wire to Scarfone Hawkins. | 0.50 190.00/hr | 95.00 |
| DKH | Telephone call to Janet S. Baer - spoke - with Jan Baer concerning the motion to approve Collectiva as claims administrator. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court BAP-11-8 and BAP-11-11. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court BAP-11-15, BAP-11-16, BAP-11-17, BAP-11-18, BAP-11-19. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the Collectiva motion and the nature of appeals pending and the affect that those appeals might have on the Confirmation Order. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditors combined no objection final report.  Reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/10/2011 KEH | Review Fee Auditors Final Report for the 38th period for those applications with no issues;  Scarfone Hawkins, LBL and the Hogan Firm are all listed as having no issues. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*       Page   6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2011 KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: wire to Scarfone Hawkins account in the amount of $13,073.38 - payment for The Hogan Firms Tenth Monthly Fee Application for the Period December 1, 2010, through December 31, 2010. (80% fees: $12,694.40; and 100% costs: $378.98). Request for confirmation of payment of 10th monthly applications along with confirmation of the amount received. | 0.30 190.00/hr | 57.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-207 ; BAP Number: 11-8. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Representative Counsel concerning the Fee Auditors Final Report for the 38th period and an outline of my conversation with Jan Baer concerning the Collectiva motion. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Regarding Appeals of Confirmation Order. Signed on 3/10/2011. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Matt Moloci transmitting the signed District Court Order Regarding Appeals of the Confirmation Order. | 0.10 350.00/hr | 35.00 |
| 3/11/2011 KEH | E-mail correspondence with Careen Hannouche confirming payment of LBL's 10th Monthly Application from Grace on March 9th in the amount of $ 3 472.51. | 0.20 190.00/hr | 38.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning receipt of payment from Grace. | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the effect of the various appeals and the impact on confirmation and the effective date. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-203 ; BAP Number: 11-19. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-199 ; BAP Number: 11-15 (related document(s)[26257]). | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-200 ; BAP Number: 11-16 (related document(s)[26259]). | 0.20 350.00/hr | 70.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*         Page    7

|            |     |                                                                                                                                                                                                                    | Hrs/Rate           | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 3/11/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-201 ; BAP Number: 11-17 (related document(s)[26270]).                | 0.20 350.00/hr     | 70.00  |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-202 ; BAP Number: 11-18 (related document(s)[26316]).                | 0.20 350.00/hr     | 70.00  |
| 3/14/2011  | KEH | E-mail correspondence with Cindy Yates confirming payment of $10,696.55 - sent from WR Grace in CAD$- no exchange - SH December 2010 account; and                                                                          | 0.20 190.00/hr     | 38.00  |
|            |     |  $13,073.38 USD - $15.00 USD s/c @.9506 = $12,413.30 CAD - THF December 2010 account.                                                                                                                                     |                    |        |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Response to Objections Filed Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure (related document(s)[26429], [26432], [26439], [26441], [26444]) Filed by Maryland Casualty Company. | 0.30 350.00/hr     | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Response re: Plan Respondent's Consolidated Response to Objections Filed Pursuant to Bankruptcy Rule 9033 (related document(s)[26429], [26431], [26432], [26439], [26441], [26444], [26446]) Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr     | 105.00 |
| 3/17/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Appeal --Garlock Sealing Technologies LLC's Amended and Supplemental Notice of Appeal and Objections. (related document(s)[26154], [26155], [26257], [26289], [26351]) Filed by Garlock Sealing Technologies, LLC. | 0.30 350.00/hr     | 105.00 |
| 3/18/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by State of Montana.                               | 0.30 350.00/hr     | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr     | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal re: Confirmation Orders. Fee Amount $255. (related document(s) [26154], [26155], [26289]) Filed by Libby Claimants. | 0.30 350.00/hr     | 105.00 |

Canadian ZAI Claimants                                    *4/1/2011*   *17762*      Page   8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 3/18/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Maryland Casualty Company. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal / Notice Of Appeal And Protective Objections Of BNSF Railway Company In Accordance With Bankruptcy Rule 9033. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal . Fee Amount $255. (related document(s)[26154], [26155], [26289]) Filed by Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of Anderson Memorial Hospital. Fee Amount $255. (related document(s)[26154], [26155], [26289], [26489]) Filed by Anderson Memorial Hospital, SC. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal of AXA Belgium From (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, Dated January 31, 2011 [D.I. 26154], (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, Dated January 31, 2011 [D.I. 26155], and (III) Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010, Dated February 15, 2011 [D.I. 26289]. | | 0.30 350.00/hr | 105.00 |
| 3/21/2011 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by Garlock Sealing Technologies LLC. Hearing scheduled for 3/28/2011 at 09:00 AM., | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Deanna Boll transmitting a revised version of the index for the proposed joint record; reviewed same. | | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2011 at 09:00 AM. | | 0.30 350.00/hr | 105.00 |
| 3/22/2011 KEH | Telephone call to CourtCall to schedule appearance of DKHogan at 3/28/11 hearing. | | 0.10 190.00/hr | 19.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*      Page    9

| | | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|---|
| 3/22/2011 | DKH | E-mail correspondence with response@courtcall.com.  Reviewed CourtCall CONFIRMATION for March 28 hearing. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence to Jan Baer concerning proposed motion approving the proposed claims administrator for the Canadian ZAI PD fund pursuant to the terms of the ARMOS. | | 0.30<br>350.00/hr | 105.00 |
| 3/23/2011 | GLA | Generating spreadsheet to track 2011 Appeal and responses thereto.  Email transmission to Dan Hogan | | 1.10<br>190.00/hr | 209.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for February 1, 2011 - February 28, 2011; Inquiry regarding different protocol as a result of Judge Fitzgerald's order of January 31, 2011; review Judge's order. | | 0.50<br>190.00/hr | 95.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins LLP Monthly Fee Application for February 1, 2011 - February 28, 2011; reviewed same. | | 0.50<br>350.00/hr | 175.00 |
| 3/24/2011 | GLA | Determination of each filing party's basis for appeal of 9033 objection.  Inputting this data into tracking spreadsheet. | | 0.50<br>190.00/hr | 95.00 |
| | GLA | Review of District Court appeals docket to determine necessity of entering appearance in that case.  Email correspondence with Dan Hogan. | | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Thirty-Eighth Quarter Project Category Summary Filed by W.R. Grace & Co., et al. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Eighth Period. Filed by W.R. Grace & Co., et al. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Worked on tracking spreadsheet for the various appeals of the confirmation order. | | 1.00<br>350.00/hr | 350.00 |
| | DKH | Reviewed the District Court docket on the appeal issues., | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) [26603]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2011 at 09:00 AM. | | 0.30<br>350.00/hr | 105.00 |
| 3/25/2011 | KEH | Receive and review amended agenda for changes for the 3/28/11 hearing | | 0.20<br>190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*        Page  10

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 3/25/2011 | KEH | E-mail correspondence with Daniel Hogan re: amended agenda for 3/28/aa hearing; WRG agenda faxed to office at 5:20 on 3/24- all parties must participate telephonically; Agenda requires registration by 3/24 at 4:00 - obviously incorrect. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving Quarterly Fee Applications for the Thirty-Eighth Period (related document(s)[26623]). Signed on 3/25/2011. | 0.20 350.00/hr | 70.00 |
| 3/28/2011 | KEH | Prepare CNO for THF's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for SH's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for LBL's 11th Monthly Fee Application for the period January 1, 2011, to January 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Review docket for objection to 11th Monthly Fee Applications for the Period January 1, 2011, through January 31, 2011. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Scarfone Hawkins and Lauzon Belanger Lesperance transmitting CNOs for 11th monthly application for review. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellant Designation of Items For Inclusion in Record On Appeal / BNSF Railway Companys Designation Of Record And Statement Of Issues On Appeal (related document(s)[26154], [26155], [26289], [26489], [26577], [26578], [26579], [26582], [26585], [26590], [26594], [26597], [26599]) Filed by BNSF Railway Company. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning the effect of the appeals, under 524(g). | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning the appeals. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson concerning the exchange between Jan Baer and myself concerning our motion to approve Collectiva as well as the timing on the Effective Date and the appeals. | 0.20 350.00/hr | 70.00 |
| 3/30/2011 | KEH | THF 12th Monthly Fee Application for the Period February 1, 2011, through February 28, 2011 | 1.60 190.00/hr | 304.00 |
|  | KEH | E-file CNO, Re: The Hogan Firm's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | 0.30 190.00/hr | 57.00 |

Canadian ZAI Claimants                                      *4/1/2011*    *17762*         Page   11

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 3/30/2011 | KEH | E-file CNO, Re: Scarfone Hawkins' 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | E-file CNO, Re: Lauzon Belanger Lesperance's 11th Monthly Fee Application for the Period January 1, 2011, through January 31, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | Meeting with DKHogan, re: protocol regarding Judge Fitzgerald's January 31, 2011, order. | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence with DKHogan, re: Cindy Yates' question regarding a change in protocol as a result of Judge Fitzgerald's order for confirmation on 1/31/11. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Digital Legal transmitting, for service, the certificates of no objection for the 11th Monthly Applications. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' re: status of LBL's time/expense statement for February, 2011. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Scarfone Hawkins & Lauzon Belanger Lesperance, re: protocol re: Judge Fitzgerald's order of January 31, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: February time/expense statement for LBL. | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period January 1, 2011 to January 31, 2011. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period January 1, 2011 to January 31, 2011 (related document(s)[26512]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*        Page   12

| | | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|---|

Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011 (related document(s)[26511]) Filed by Canadian ZAI Claimants.

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2011 | DKH | Reviewed docket and Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eleventh Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the Period January 1, 2011 to January 31, 2011 (related document(s)[26513]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Deanna Boll transmitting the revised index for the joint record.  Reviewed same. | 0.30 350.00/hr | 105.00 |
| 3/31/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting February time/expense Statement for LBL; save to file and print for review. | 0.20 190.00/hr | 38.00 |
| | KEH | Revise LBL's time/expense statement to show rates and extended amounts. | 0.40 190.00/hr | 76.00 |
| | KEH | Further preparation of The Hogan Firm's 12th Monthly Fee Application for the Period February 1, 2011 through February 28, 2011. | 2.80 190.00/hr | 532.00 |
| | KEH | Review file and docket for project category for appeal; e-mail correspondences with Bobbi Ruhlander, re: project categories for February invoices relating the appeal. | 0.60 190.00/hr | 114.00 |
| | KEH | Meeting with Daniel Hogan, re: response for Bobbi Ruhlander about the project category relating the to appeal. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Daniel Hogan, re: 2011 omnibus schedule. | 0.10 190.00/hr | 19.00 |
| | KEH | Preparation of Scarfone Hawkins' 12th monthly fee application for February, 2011. | 2.40 190.00/hr | 456.00 |
| | KEH | Preparation of Lauzon Belanger Lesperance's 12th monthly fee application of February 2011. | 1.80 190.00/hr | 342.00 |

Canadian ZAI Claimants                                    *4/1/2011*    *17762*        Page   13

|  | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

| 3/31/2011 DKH | E-mail correspondence with Careen Hannouche transmitting LBL's time summary for February 2011.  Reviewed same. | 0.40 350.00/hr | 140.00 |
|---|---|---|---|

|  | ***For professional services rendered*** | 50.80 | *$13,172.00* |
|---|---|---|---|

**Additional Charges :**

| 3/1/2011 | Parking - Philadelphia Hearing on 2/23/2011 (On AMEX bill) | 10.00 |
|---|---|---|
| 3/7/2011 | Digital Legal - Courier Services Inv. #37286 (4th Quarterly Appls) | 124.50 |
| 3/8/2011 | FedEx to Fee Auditor $19.30; and to WRG $12.21 | 31.51 |
|  | TriState Courier - Delivery 11th Monthly Application to US Trustee. | 6.50 |
| 3/22/2011 | CourtCall for Hearing on 3/28/11 | 65.00 |
| 3/31/2011 | Digital Legal - CNOs 11th Monthly Fee Applications - Copy & Serve | 97.33 |
|  | Photocopies (In-House) | 18.40 |
| 4/4/2011 | Postage - U.S. Postal Service - First class mail to the Fee Auditor and WRGrace. | 5.16 |

|  | ***Total additional charges*** | *$358.40* |
|---|---|---|

|  | ***Total amount of this bill*** | *$13,530.40* |
|---|---|---|
|  | ***Previous balance*** | *$17,001.73* |

**Accounts receivable transactions**

| 3/22/2011 | Payment - Thank You. Check No. 983 3932 | ($17,001.73) |
|---|---|---|
|  | ***Total payments and adjustments*** | *($17,001.73)* |

|  | **Balance due** | **$13,530.40** |
|---|---|---|

*****TERMS: DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Canadian ZAI Claimants                                    *4/1/2011*    *17762*         Page   14

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Daniel K. Hogan | 22.00 | 350.00 | $7,700.00 |
| Gillian Andrews | 1.80 | 190.00 | $342.00 |
| Karen E. Harvey | 27.00 | 190.00 | $5,130.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
    : ss
COUNTY OF NEW CASTLE : 

      I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

    1.    I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

    2.    The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

    3.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

    4.    I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                       Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 9th day of May, 201___

_____
Notary Public
My Commission Expires: _____