# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: March 23, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## ELEVENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2011, through January 31, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $       22,076.25 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $         4,516.93 |

This Applicant's Eleventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| **04/30/2010 Dkt. #24697** | **December 21, 2009 - March 31, 2010** | **$ 98,678.75 Reduction -$708.50** | **$ 10,399.55** | **$ 78,943.00 $ 19,027.25** | **$ 10,399.55** |
| **06/01/2010 Dkt. #24878** | **April 1, 2010 – April 30, 2010** | **$ 14,765.25** | **$ 812.67** | **$ 11,812.20 $ 2,953.05** | **$ 812.67** |
| **06/30/2010 Dkt. #25015** | **May 1, 2010 – May 31, 2010** | **$ 21,221.25** | **$ 3,327.71** | **$ 16,977.00 $ 4,244.25** | **$ 3,327.71** |
| **07/28/2010 Dkt. #25127** | **June 1, 2010 – June 30, 2010** | **$ 23,507.50** | **$ 2,994.15** | **$ 18,806.00 $ 4,701.50** | **$ 2,994.15** |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of January 1, 2011, through January 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 17.70 | $ 9,292.50 |
| David Thompson – Travel | | $262.50 | 7.50 | $ 1,968.75 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 18.40 | $ 8,280.00 |
| Matthew G. Moloci - Travel | | $225.00 | 8.60 | $ 1,935.00 |
| Cindy Yates | Law Clerk, 25 Yrs., 1985 | $120.00 | 5.00 | $ 600.00 |
| **Grand Total** | | | **57.20** | **$ 22,076.25** |
| Blended Rate | | | | $ 385.95 |
| Blended Rate (excluding Law Clerk time) | | | | $ 411.42 |

**Monthly Compensation by Matter Description for the Period of January 1, 2011, through January 31, 2011:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 30.85 | $ 14,966.25 |
| 11 - Fee Applications, Applicant | 7.65 | $ 1,901.25 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | 0.60 | $ 307.50 |
| 20 - Travel (Non-Working) | 16.10 | $ 3,903.75 |
| 24 - Other | 2.00 | $ 997.50 |
| **TOTAL** | **57.20** | **$ 22,076.25[3]** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.
[3] Applicant's receipts for expenses incurred for January 1, 2011, through January 31, 2011, are attached hereto as **Exhibit A.**

**Monthly Expense Summary for the Period January 1, 2011, through January 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Courier | Federal Express | 20.00 |
| Travel – Airfare | West Jet; Thompson & Moloci | 949.40 |
| Travel – Meals | A1x (Thompson & Moloci)<br>Verses Restaurant (Thompson & Moloci)<br>VieuxPort (Thompson & Moloci)<br>Hotel Nelligan - Breakfast (Moloci) | 37.00<br>73.86<br>110.00<br>19.44 |
| Travel – Parking | Toronto Airport & Pearson Airport | 112.00 |
| Travel – Hotel Accommodations | | 0.00 |
| Travel – Mileage/Taxi | | 130.54 |
| Long Distance Calls | | 5.30 |
| CCAA Fees | | 0.00 |
| Goods & Services Tax @ 5% | | 3,059.39 |
| **TOTAL** | | **$ 4,516.93** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2011, through January 31, 2011, (this "Monthly Fee Statement")[4] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before March 23, 2011, at 4:00 p.m. (prevailing Eastern

---

[4] Applicant's Invoice for January 1, 2011, through January 31, 2011, is attached hereto as **Exhibit B.**

Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period January 1, 2011, through January 31, 2011, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $22,076.25, and actual and necessary expenses in the amount of CDN $4,516.93 (includes 13% Harmonized Sales Tax) for a total allowance of CDN $26,593.18; Actual Interim Payment of CDN $17,661.00 (80% of the allowed fees) and reimbursement of CDN $4,516.93 (100% of the allowed expenses) be authorized for a total payment of CDN $22,177.93; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit C**.

Dated: March 8, 2011                          Respectfully submitted,

By:    */s/ Daniel K. Hogan*_____
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special
Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

Montreal, QC



Booked items

## Your vacation package: Toronto to Montreal

back to top

Expedia.ca itinerary number: **134621498669**
Airline ticket number(s): 8381721482737-738
WestJet confirmation code: LXENOG
Hotel 1 confirmation number: 106625
Hotel 2 confirmation number: 106625

**Main contact:** David Thompson
E-mail: lmrowka@shlaw.ca
Cell phone: 1 9055231333  0

### Traveller and cost summary

| | | | |
|---|---|---|---|
| **David Thompson** | Adult | Add Frequent Flyer number(s) | C$548.76 |
| **Matthew Moloci** | Adult | Add Frequent Flyer number(s) | |
| | | Flight taxes/fees, Taxes & Fees | C$316.12 |
| | | Total amount charged | **C$864.88** |

Note: The flight portion of your vacation package is charged directly by the airline. This will result in you receiving a separate credit card charge for the flight, but the total charges on your credit card will be equal to the vacation package price.

View payment history

Flight tickets will be charged to your credit card by the airline. Separate charges will appear for each ticket purchased. All other parts of your trip (including booking fees and insurance) will be charged by Expedia.ca.

### Flight summary

**Wed 12 Jan 2011**

| | | | |
|---|---|---|---|
| **Toronto** (YYZ) | to **Montreal** (YUL) | 518 km | **WESTJET** |
| Depart 4:30 pm | Arrive 5:43 pm | (322 mi) | Flight: **654** |
| Terminal 3 | | Duration: 1hr 13mn | |

**Economy/Coach Class ( Seat assignments upon check-in** ⓘ More Information **), BOEING 737-700 (WINGLETS) PASSENGER**

Total distance: 518 km (322 mi)          Total duration: 1hr 13mn

**Thu 13 Jan 2011**

| | | | |
|---|---|---|---|
| **Montreal** (YUL) | to **Toronto** (YYZ) | 518 km | **WESTJET** |
| Depart 5:30 pm | Arrive 6:49 pm | (322 mi) | Flight: **483** |
| | Terminal 3 | Duration: 1hr 19mn | |

**Economy/Coach Class ( Seat assignments upon check-in** ⓘ More Information **), BOEING 737-600 PASSENGER**

Total distance: 518 km (322 mi)          Total duration: 1hr 19mn

### Hotel summary

**Wed 12-Jan-2011 (1 night)**

**Nelligan Hotel**

106 Saint-paul St W          **Check in:** Wed 12-Jan-2011

Montreal, QC H2Y 1Z3                **Check out:** Thu 13-Jan-2011
Canada

**Reservation questions:** 1 (888) EXPEDIA
**For other information contact the hotel:** Tel: 1 (514) 788-2040   Fax: 1 (514) 788-2041

**Hotel Class:** ☆☆☆☆☆   More lodging info

| **Room 1** | Contact:<br>**David Thompson** | 1 adult / senior |
|---|---|---|

Room description: Superior room with King Bed
Includes: Free High-Speed Internet
Nonsmoking/Smoking: Non-Smoking
Room type: 1 KING BED

| **Room 2** | Contact:<br>**Matthew Moloci** | 1 adult / senior |
|---|---|---|

Room description: Superior room with King Bed
Includes: Free High-Speed Internet
Nonsmoking/Smoking: Non-Smoking
Room type: 1 KING BED

Unless specified otherwise, **rates are quoted in Canadian dollars.**

**The price you selected DOES NOT include any applicable service fees, charges for optional incidentals (such as minibar snacks or telephone calls) or regulatory surcharges. The lodging facility will assess these fees, charges and surcharges upon check-out.**

## Travel insurance summary 

You have **opted not to purchase Trip Cancellation Coverage.**

## Rules and restrictions

### Travel documents

- For travel outside Canada, most countries require a passport valid for at least six months beyond your return date. In addition, depending on your passport's country of issue and the country you are visiting, you may also need a visa and/or medical inoculations.
- Entry to another country may be refused if all required travel documents are not complete. It is your responsibility to ensure that you have the appropriate travel documentation required by the countries you are travelling to and connecting through, and for re-entry back into Canada. When travelling with children, additional documentation may also be necessary. Please click here for up-to-date passport, visa and health information.
- Note that living standards in other countries and the standards and conditions with respect to the provision of utilities, services and accommodation may differ from those found in Canada.
- Please contact us with any questions you may have about travel documents and preparation, toll-free at 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386). Expedia.ca is here for you 24/7.

### Package Overview

- By purchasing this package, you agree to the full rules and regulations.
- Expedia packages can be cancelled according to the cancellation rules of the individual components making up the packages (see below for the specific rules of the components of your packages).
- You may cancel your hotel without affecting your other travel item(s).
- Your flight may be changed but not cancelled unless noted below.
- You must call 1-888-EXPEDIA (1-888-397-3342) or from outside North America at +1-613-780-1386 to change or cancel your package.
- For residents of Québec, prices include a contribution to the Indemnity Fund of C$3.50 per C$1,000 of travel services purchased.

**Flight Rules and Restrictions**

- These Flight Rules & Regulations apply to special vacation and published airfare, unless expressly indicated otherwise. Published airfare has additional airline rules and regulations that apply and vary depending on the airline and the airfare purchased. Please read all rules and regulations applicable to your airfare carefully.
- Flight details (e.g., aircraft, times), are subject to change.
- All tickets are non-transferable and name changes are not allowed.
- Tickets are valid only on the dates and times indicated unless an exchange is processed. Special vacation airfare cannot be exchanged. Some published fare tickets can be exchanged for travel at a later date, subject to airline approval and the following restrictions:
- The original ticket holder must use the ticket.
- The ticket must be used on the same airline.
- The new ticket must be re-booked prior to the original flight time and date in some cases.
- Travel on a re-booked ticket must be completed within one year of the date that the original ticket was issued in most cases.
- The ticket's value is limited to its current face value.
- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Toronto, ON (YYZ-Pearson Intl.) to Montreal, PQ (YUL-Pierre Elliott Trudeau Intl.)** Tickets are non-refundable.
- **Montreal, PQ (YUL-Pierre Elliott Trudeau Intl.) to Toronto, ON (YYZ-Pearson Intl.)** Tickets are non-refundable.
- Please read important information regarding airline liability limitations.
- Prices may not include baggage fees or other fees charged directly by the airline.
- See an overview of the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

**Hotel Rules and Restrictions**

**Montreal**: Nelligan Hotel

**Property policies**

- We understand that sometimes plans fall through. We do not charge a cancel or change fee. However, Nelligan Hotel has cancellation and change fees that we are required to pass on.
    - **Cancellation or Change Policy**
        - Cancellations or changes made after 11:59 PM (Eastern Standard Time (US & Canada)) on 10/01/2011 are subject to a hotel fee equal to 100% Cost of Stay.
        - **Changing your stay:** To make changes, please call 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386), and specify that you booked an **Expedia Special Rate** hotel.
        - All refund requests must occur within 60 days of hotel check-out. At the sole discretion of Expedia.ca refunds may be given due to extenuating circumstances.
        - If you wish to book multiple rooms, you must use a different name for each room or the duplicate reservation MAY be cancelled by the hotel.
        - In the case of multiple rooms booked together, penalties apply to each room that is cancelled or changed.
- This hotel requires that you are at least 18 to check in.
- Base rate is for 2 guests.
    - **Guest charges and room capacity**
        - Total maximum number of guests per room/unit is 2.
        - Maximum number of adults per room/unit is 2.
        - Maximum number of children per room/unit is 1.
        - Maximum number of infants per room/unit is 1.
        - This property considers guests aged 13 and under, at time of travel, to be children.
        - Availability of accommodation in the same property for extra guests is not guaranteed.
        - The fee for extra adults is C$50.00 per person.
- Your credit card is charged the total cost above at time of purchase. Prices and room availability are not guaranteed until full payment is received.
    - **Pricing and payment**
        - Some hotels request that we wait to submit guest names until 7 days prior to check in. In such a case, your hotel room is reserved, but your name is not yet on file with the hotel.
        - Rooms are provided by Expedia Travel, under an agency agreement with Expedia.

## On-Demand Flight Status

**Need up-to-date information for the status of your flight, including gate/terminal location or departure updates?**

Four easy ways to get the latest updates:

1. **SMS\*** - Text your flight code to **393939**
2. **Email** - Send the flight code to go@sparq.it
3. **Web** - Enter your flight code at http://www.expedia-flight.ca/exca
4. **SPARQCode** - Scan code using your mobile phone

Need more info? Click here
*Please note: Standard carrier rates apply to SMS

**Your On-Demand flight code is:**

# EXCA  X7CN9GL

SPARQ



## Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honoured. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.

Hotel: Nelligan Hotel
Room  1 : Superior room with King Bed
Nonsmoking/Smoking: Non-Smoking
Room type: 1 KING BED

Room  2 : Superior room with King Bed
Nonsmoking/Smoking: Non-Smoking
Room type: 1 KING BED

## Customer Support

**Itinerary number: 134621498669**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.ca at 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386) and have the itinerary number ready.

## Travel Industry Council of Ontario

In accordance with the *Ontario Travel Industry Act, 2002*, this page contains detailed information on the names, addresses and registration numbers applicable to the providers of travel and ticket fulfillment services.

Ticket fulfillment services provided by Tour East Holidays (Canada) Inc., 15 Kern Road, Suite 9, Toronto, Ontario M3B 1S9. TICO Registration No.: 50015827

# WESTJET

**13JAN11**  FLT/VOL  **655**  GATE/PRT  **A48**

BOARDING PASS/CARTE D EMBARQUEMENT

SEQ 69
PNR LXENOG

THOMPSON/DAVID

DEP: MONTREAL                    6:30PM

ARR: TORONTO INTL          7:49PM

KS  YULSS041

TERMINAL/
AEROGARE

BOARDING TIME/
HEURE D EMBARQUEMENT
**6:00PM**

SEAT/PLACE
**20C**

ELECTRONIC/ELECTRONIQUE
8382170680772

THOMPSON/DAVID
GATE/PRT A48
13JAN11
6:30PM
FLT/VOL  655
SEQ 69
PNR LXENOG

DEP: YUL
ARR: YYZ

SEAT/PLACE
**20C**



```
WELCOME TO  BIENUENUE A
TORONTO PEARSON
INTERNATIONAL AIRPORT
AEROPORT INTERNATIONAL
TERMINAL 3 - POF 13
Paid On:2011/01/13 20:00
Entered:2011/01/12 15:27
TKT#:1712282104

Orig.Fee:   $    56.00
Prepaid:    $     0.00
Paid:       $    56.00
  Coins:    $     0.00
 BankNotes:$      0.00
  Credit:   $    56.00
 HST:       $     6.44
Change:     $     0.00
ShortChg:   $     0.00

CardType: AMEX
HST#: 139759708
MerchantID:00351395
Thank You.
***********1005 Swiped
Purchase 11/01/13 20:00:28
Seq# 112001001007 AUTOPAY13
Auth# 500927
001              APPROVED
 00
```

RELEVE DE TRANSACTION

## Restaurant A1x
SUITE 701 - Lounge Restaurant
59 St-Jacques, Montreal, QC

## ADDITION #617780

CARTE/CARD:AMERICAN EXPRESS
No. ***********1005 Expi.: ****
Entree/Entry:Lue/Swiped
Client : DAVID THOMPSON
AUTOR./AUTHOR.:542562
Marchand/Retailer:66086107
TERMINAL :6
REFERENCE:66086107 0010012700 S

PREAUTH            **$33.04**

POURBOIRE/TIP    ----------------

TOTAL            39

      00 APPROUVEE - MERCI 025

        MERCI - THANK YOU
    12 JANVIER 2011 20:52:25
  Nom du serveur : Sandra 31

      COPIE DU CLIENT

DT + MGM

2 people.

RELEVE DE TRANSACTION

# VERSES RESTAURANT
BRASSERIE MECHANT BOEUF
124 St-Paul Ouest, Montreal QC

## ADDITION #682278

CARTE/CARD:AMERICAN EXPRESS
No. ***********1005 Expi.: ****
Entree/Entry:Lue/Swiped
Client : DAVID THOMPSON
AUTOR./AUTHOR.:547905
Marchand/Retailer:66086150
TERMINAL:11
REFERENCE:66086150 0010017860 S

PREAUTH                    **$66.08**

POURBOIRE/TIP          10.00

TOTAL                      76.08

00 APPROUVEE - MERCI 025

MERCI - THANK YOU
13 JANVIER 2011  0:13:22
Nom du serveur : Sabrina N

COPIE DU CLIENT

DT + MGM
2 people.

Zurolite os c121
1/13

WELCOME TO   BIENVENUE A
TORONTO PEARSON
INTERNATIONAL AIRPORT
AEROPORT INTERNATIONAL
TERMINAL 3 - POF 14
Paid On:2011/01/13 20:00
Entered:2011/01/12 15:01
TKT#:1779389372

| | | |
|---|---|---|
| Orig.Fee: | $ | 56.00 |
| Prepaid: | $ | 0.00 |
| Paid: | $ | 56.00 |
| Coins: | $ | 0.00 |
| BankNotes: | $ | 0.00 |
| Credit: | $ | 56.00 |
| HST: | $ | 6.44 |
| Change: | $ | 0.00 |
| ShortChg: | $ | 0.00 |

CardType: VISA
HST#: 139759708
MerchantID:00351395
Thank You.
************5748 Swiped
Purchase 11/01/13 20:00:58
Seq# 120001001122 AUTOPAY14
Auth# 017107
001                     APPROVED
  00

NE RIEN ÉCRIRE AU-DESSUS DE CETTE LIGNE - DO NOT WRITE ABOVE THIS LINE

Zonolite 05121

MATTHEW MOLOCI
GM PROFESSIONAL CORP

.07/12

DATE D'EXPIRATION
VÉRIFIÉE
EXPIRY DATE
CHECKED

Nº D'AUTORISATION - AUTHORIZATION NO.

COMMIS - CLERK

DATE

Taxi    8165334

| DESCRIPTION - DESCRIPTION | MONTANT - AMOUNT | |
|---|---|---|
| | 5 0 | 0 0 |
| TIP | 7 | 0 0 |
| T.P.S. G.S.T. | | |
| T.V.P. P.S.T. | | |
| VISA  MasterCard  TOTAL $ CAN CDN | 5 7.0 0 | |

X _____
SIGNATURE DU TITULAIRE - CARDHOLDER'S SIGNATURE
LE TITULAIRE S'ENGAGE À REMBOURSER À L'ÉMETTEUR DE LA CARTE LE
MONTANT TOTAL FIGURANT SUR CETTE FACTURE, CONFORMÉMENT À LA
CONVENTION RÉGISSANT L'UTILISATION DE LA CARTE.
CARDHOLDER WILL PAY TOTAL AMOUNT SHOWN TO CARD ISSUER
ACCORDING TO CARDHOLDER AGREEMENT WITH CARD ISSUER.

CONSERVEZ CETTE COPIE COMME
PREUVE DE VOTRE TRANSACTION
PLEASE RETAIN THIS COPY AS A
RECORD OF YOUR TRANSACTION

COPIE DU CLIENT    CUSTOMER COPY

*Zavolite*
*05/121  1/12*

RELEVE DE TRANSACTION *ST/Dinner*

# VieuxPort Steakhouse
514-866-3175
39 Saint-Paul Est, Montreal QC

## ADDITION #881288

CARTE/CARD:VISA
No. ***********5748 Expi.: ****
Entree/Entry:Lue/Swiped
AUTOR./AUTHOR:087650
Marchand/Retailer:66059347
TERMINAL:3
REFERENCE:66059347 0010014420 S

PREAUTH            $204.78

POURBOIRE/TIP    + 30.00

TOTAL            $234.78

01 APPROUVEE - MERCI 027

MERCI ~ THANK YOU
12 JANVIER 2011 22:36:26
Nom du serveur : YAVOR  #29

COPIE DU CLIENT

4

# VieuxPort Steakhouse
514-866-3175
39 Saint-Paul Est, Montreal QC

MER 12 JANVIER 2011
## ADDITION #881288-1
TABLE #109

| 1 CAPPUCINO | $3.75 |
| 1 THE MAD HATTER | $98.00 |
| 1 ESKA GAZEUSE | $6.00 |
| Plat principal | |
| 1 COEUR FILET LANGOUST | $39.00 |
| 1 CTR-FILET NY PETONCL | $33.00 |
| SOUS-TOTAL     : | $179.75 |
| Taxe Prov. | $16.04 |
| Taxe Fed. | $8.99 |

## TOTAL     $204.78

TPS R-100656339
TVQ 1002067079
BRUNCH TOUS LES DIMANCHES
BRUNCH EVERY SUNDAY
6 SALLES DE BANQUETS
6 BANQUETS ROOMS
Heure: 22:31    2 CLIENTS

MERCI DE VOTRE VISITE!
THANK YOU!

VOUS AVEZ ETE SERVI
PAR : YAVOR  #29

RELEVE DE TRANSACTION

# VieuxPort Steakhouse
514-866-3175
99 Saint-Paul Est, Montreal QC

## ADDITION #852312

CARTE/CARD:AMEX
No. ***********1005 Expi.: ****
Entree/Entry:Lue/Swined
AUTOR./AUTHOR :502154
Marchand/Retailer 66059347
TERMINAL:3
REFERENCE:66059347 0010016890 S

PREAUTH          **$126.42**

POURBOIRE/TIP    ----------------

TOTAL            140

OO APPROUVEE - MERCI 025

DT + MGM
2 people.

RELEVE DE TRANSACTION

# VERSES RESTAURANT
## 100 SAINT-PAUL OUEST
MONTREAL, QC (514) 788-4000

## ADDITION #682331

CARTE/CARD:VISA
No. ***********5748 Expi.: ****
Entree/Entry:Lue/Swiped
Client : MATTHEW MOLOCI
AUTOR./AUTHOR.:029079
Marchand/Retailer:66086150
TERMINAL:7
REFERENCE:66086150 0010017930 S

PREAUTH          **$17.03**

POURBOIRE/TIP    _____

TOTAL            _____

01 APPROUVEE - MERCI 027

MERCI - THANK YOU
13 JANVIER 2011  9:14:31
Nom du serveur : MATIN

COPIE DU CLIENT

---

Zorobte
05121    1/13.

# VERSES RESTAURANT
## 100 SAINT-PAUL OUEST
MONTREAL, QC (514) 788-4000

JEU 13 JANVIER 2011
## ADDITION #682331-1
TABLE #32

| 1 DEJEUNER 15$ HOTEL | $15.00 |
| TAXE PROVINCIALE | $1.28 |
| TAXE FEDERALE | $0.75 |
| **TOTAL** | **$17.03** |

SERVICE/TIPS_____  3.00

TOTAL :_____  ₵  20.03

#CHAMBRE/ROOM :_____

NOM/NAME :_____

SIGNATURE_____  "Mcn"

T.P.S.# 144451564
T.V.Q. # 1200660184

Heure: 09:12    1 CLIENT

S.V.P. PAYER A LA TABLE
MERCI ET A BIENTOT

VOUS AVEZ ETE SERVI
PAR : MATIN



 **RBC Royal Bank®**                                   Close

## Visia

**15 Feb 2011**

CAD Visa  4516-0700-0370-5730

| **Statement Details:** | | **Balance Details:** | |
|---|---|---|---|
| Last Statement Date: | 3 Feb 2011 | Current Balance: | ▉▉▉ |
| Due Date: | 20 Feb 2011 | Credit Limit: | ▉▉▉ |
| Last Statement Balance: | ▉▉▉ | Last Payment Date: | 14 Jan 2011 |
| Minimum Payment: | $10.00 | Last Payment Amount: | ▉▉▉ |

ⓘ Allow up to 3 days for charges and payments to appear.

| Date | Description | Debits | Credits |
|---|---|---|---|
| ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 13 Jan 2011 | COOP TAXI DE L OUEST DORVAL QC | 57.00 | |
| 13 Jan 2011 | GTAA- PAY ON FOOT TORONTO ON | 56.00 | |
| 13 Jan 2011 | WESTJET CALGARY AB | 113.00 | |
| 13 Jan 2011 | COOPERATIVE DE TAXI DE MOMONTREAL QC | 43.00 | |
| 13 Jan 2011 | RESTAURANT VERSES/BRASSERMONTREAL QC | 20.03 | |
| 12 Jan 2011 | RESTAURANT DU VIEUX PORT MONTREAL QC | 234.78 | |
| 10 Jan 2011 | AL CENTRO HAMILTON ON | 37.44 | |



Royal Bank of Canada Website, © 1995 - 2010

provide Rust Consulting CD-Rom in ACT software format

From: (905) 523-1333
SCARFONE HAWKINS LLP

Origin ID: YHMA



Ship Date: 26JAN11
ActWgt: 0.5 KG
CAD: 101071459/INCA3130

ONE JAMES STREET SOUTH
14th FLOOR
HAMILTON, ON L8P4R5
CA

**Delivery Address Bar Code**

J11101012220225

SHIP TO: (514) 844-3037

BILL SENDER

**Careen Hannouche
Lauzon Belanger S.E.N.C.
286, rue Saint-Paul Ouest
bureau 100
Montreal, PQ H2Y2A3
CA**

Ref #    05L121/CH
Invoice #
PO #
Dept #



THU - 27 JAN   A3
PRIORITY OVERNIGHT

TRK#   **7966 9675 3630**
0451

H2Y 2A3
PQ-CA

# 0B YUTA

YMX



500G1/0E77/EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Canada Ltd., its principals, subsidiaries, branches and affiliates and their respective employees, agents, and independent contractors. The terms "you" and "your" include the shipper, sender, recipient/consignee, and their respective employees, principals, agents and independent contractors. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. ROAD TRANSPORT NOTICE. Any carriage of your shipment by road may be subject to Federal and Provincial laws, regulations, orders or requirements which may govern and serve to limit our liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment. LIMITATION OF LIABILITY. If not governed by Federal or Provincial laws, regulations, orders or requirements as described above, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment, even if caused by our negligence or gross negligence, is limited by this Agreement to the amount of actual damages or CDN $100 per shipment, whichever is less, unless you declare in advance a higher value for carriage as described below, and pay any applicable supplementary charge. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional CDN $100 of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. DECLARED VALUE LIMITS. Shipments containing items of extraordinary value are limited to a maximum declared value for carriage of CDN $500. The maximum declared value we allow for carriage per air waybill for each FedEx® Letter or FedEx® Pak is CDN $100. Please check the current Worldwide Service Guide and any applicable tariff for further explanation of the declared value limits. If you send more than one package on this Air Waybill, the declared value for carriage of each package will be determined by dividing the total declared value for carriage by the number of packages in the shipment. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL, IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to, incorrect declaration of the shipment, improper or insufficient packing, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items. Also, FedEx won't be liable if you or the recipient violate any of the terms of this Agreement. FedEx won't be liable for loss, damage, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment caused by events FedEx cannot control, including but not limited to, acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. You should contact an insurance agent or broker if insurance coverage is desired. We do not provide insurance coverage of any kind. NO WARRANTIES. We make no warranties, express or implied. CLAIM FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR CURRENT WORLDWIDE SERVICE GUIDE AND ANY APPLICABLE TARIFF FOR DETAILS. We must receive your written notice of a claim for damage or delay, including perishable and spoilage damage claims due to late or delayed delivery, within 21 days after we deliver your shipment and in the case of loss, shortage, mis-delivery, nondelivery, misinformation or failure to provide information, within 90 days after we accept the shipment for carriage. The right to claim damages against us shall be extinguished unless an action is brought within two years from the date of delivery of the shipment or from the date on which the shipment should have been delivered or from the date on which the carriage stopped. Within 90 days after you have notified us of your claim, it must be documented by sending us all relevant information regarding your claim. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from these charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection at the delivery location and you must retain all such items until the claim is concluded. RESPONSIBILITY FOR PAYMENT. Even if you give us different payment instructions, you, the shipper, will always be primarily responsible for all charges, including transportation charges, and all duties, assessments, governmental penalties and fines, taxes, and FedEx's legal fees and costs related to shipments tendered under this Agreement. You also will be responsible for any costs FedEx may incur in returning your shipments to you or warehousing them pending disposition. MANDATORY LAW. Insofar as any provisions contained or referred to in this Agreement may be contrary to any applicable laws, government regulations, orders or requirements, such other provisions shall remain in effect as a part of this Agreement to the extent that they are not overridden. The invalidity or unenforceability of any provisions of this Agreement shall not affect any other part hereof. The parties expressly agree that this Agreement be drawn up in the English language. FEDERAL EXPRESS CANADA LTD., Head Office, 5985 Explorer Drive, Mississauga, ON L4W 5K6.

# EXHIBIT B

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE
APPLICATION
DATE:
January 31, 2011
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
## B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(January 1, 2011 to January 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 01 /02/11 | *Email from possible CDN ZAI class member Gary Carson regarding death of Lorna Carson and request for update regarding proceedings; email reply to Carson with update regarding status of proceedings* | MGM | $450.00 | 0.30 | $135.00 |
| 01 /03/11 | *receipt of and respond to various class member inquiries, etc., amend website content to update for inquiries* | DT | $525.00 | 0.35 | $183.75 |
| 01 /04/11 | *receipt Orestes Pasparakis email, re: motion materials and timing of court availability* | DT | $525.00 | 0.10 | $52.50 |
| 01 /04/11 | *memos to and from Matt Moloci, re: motion scheduled for January 17th, re: amendment to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.10 | $52.50 |
| 01 /04/11 | *Email from David Thompson to Orestes Pasparakis and Janet Baer with copy to counsel advising that no modifications to the CDN ZAI claims distribution procedures will be sought at this time; email reply from Pasparakis regarding Grace motion* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /04/11 | *Email from Karen Harvey with attached 9th Monthly Fee Applications; review; email reply from David Thompson with attached signed certificate* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /04/11 | *Email from Adrienne Glenn with attached motion scheduling form for Grace motion seeking extension of settlement; emails to and from David Thompson; review, sign and return form to Glenn* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /05/11 | *emails to and from Keith Ferbers regarding status of matters and extension of Amended and Restated Minutes of Settlement deadline* | DT | $525.00 | 0.25 | $131.25 |
| 01 /05/11 | *receipt Karen Harvey emails, review and approve fee application, sign certification of counsel and return to Karen* | DT | $525.00 | 0.35 | $183.75 |

| | | | | | |
|---|---|---|---|---|---|
| | *Harvey, receipt copy of application as filed and served* | | | | |
| 01 /05/11 | *Email from Keith Ferbers requesting update and proposed teleconference* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Emails from Karen Harvey serving and filing attached 9th Monthly Fee Applications on behalf of CDN ZAI counsel* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Email from Graydon Sheppard to Monique Jilesen with particulars regarding fee submissions* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /05/11 | *Email from Orestes Pasparakis forwarding email from Janet Baer with attached draft amendment to Amended Minutes of Settlement* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /06/11 | *receipt and review of Orestes Pasparakis draft proposed amendment to Amended and Restated Minutes of Settlement, memo to Matt Moloci, etc.* | DT | $525.00 | 0.35 | $183.75 |
| 01 /06/11 | *receipt Careen Hannouche email and Dan Hogan email re: further changes to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.10 | $52.50 |
| 01 /06/11 | *discuss with Matt Moloci re: amendment to Amended and Restate Minutes of Settlement, receipt Matt Moloci email to Dan Hogan* | DT | $525.00 | 0.10 | $52.50 |
| 01 /06/11 | *further review and discuss with Matt Moloci, receipt Matt Moloci follow-up email to Dan Hogan* | DT | $525.00 | 0.35 | $183.75 |
| 01 /06/11 | *telephone conference call to Dan Hogan with Matt Moloci to discuss amendment document with respect to Amended and Restate Minutes of Settlement* | DT | $525.00 | 0.30 | $157.50 |
| 01 /06/11 | *Emails from and to Dan Hogan; review proposed draft Amendment  to CDN ZAI Amended Minutes of Settlement; conference with David Thompson; teleconference with Thompson and Hogan regarding draft Amendment to CDN ZAI Amended Minutes of Settlement; review and revise draft amendment;  email to counsel with attached revised draft amendment; email reply from Thompson* | MGM | $450.00 | 1.50 | $675.00 |
| 01 /06/11 | *Email from David Thompson to Keith Ferbers with report regarding amendment to minutes of settlement and scheduling of requested teleconference; email reply from Ferbers* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /07/11 | *follow-up letter to Dan Hogan, follow-up letter to Keith Ferbers all re: amendments to the Amended and Restated Minutes of Settlement and hearing in Pittsburgh on January 13, 2011* | DT | $525.00 | 0.25 | $131.25 |
| 01 /07/11 | *discuss with Matt Moloci, receipt Jan Baer email, etc. re: amendments to Amended and Restated Minutes of Settlement* | DT | $525.00 | 0.25 | $131.25 |
| 01 /07/11 | *Email from David Thompson to Keith Ferbers scheduling teleconference; email reply from Ferbers; email from Thompson to Careen Hannouche and Michel Belanger regarding scheduled teleconference with Ferbers* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /07/11 | *Email from Janet Baer with attached revisions to draft Amendment to CDN ZAI Amended Minutes of Settlement; review; emails to and from David Thompson; conference with Thompson* | MGM | $450.00 | 0.20 | $90.00 |
| 01 /10/11 | *emails to and from Keith Ferbers re: telephone conference call to update matters* | DT | $525.00 | 0.10 | $52.50 |

| 01 /10/11 | various emails to and from Careen Hannouche, memos to and from Matt Moloci all re: Grace amendments to Amended and Restate Minutes of Settlement and possible conference call with Keith Ferbers | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 01 /10/11 | emails to and from Careen Hannouche re: January 13th meeting | DT | $525.00 | 0.10 | $52.50 |
| 01 /10/11 | emails to and from Careen Hannouche, confirm meeting, arrange for January 13th, etc., memo to MGM to confirm | DT | $525.00 | 0.25 | $131.25 |
| 01 /10/11 | receipt Careen Hannouche email, sign amendment document, send to all (Pasparakis, Baer, Glen), etc., discuss with Matt Moloci re: timing of Court date, etc., memo to Matt Moloci, follow-up on several class member inquiries and respond | DT | $525.00 | 0.75 | $393.75 |
| 01 /10/11 | Emails from and to Careen Hannouche, Michel Belanger, David Thompson and Keith Ferbers rescheduling teleconference | MGM | $450.00 | 0.10 | $45.00 |
| 01 /10/11 | Email from Adrienne Glen regarding Amendment to CDN ZAI Amended Minutes of Settlement; emails to and from Careen Hannouche, Orestes Pasparakis, Adrienne Glen, David Thompson and Michel Belanger regarding proposed amendment and signed amended minutes | MGM | $450.00 | 0.40 | $180.00 |
| 01 /10/11 | Emails from David Thompson and Careen Hannouche regarding Montreal meeting schedule for review and development of CDN ZAI PD claims administration protocol and procedure; further email to co-counsel with attached copy of CDN Crown National Vermiculite Program carried-out by Canadian Forces Housing Agency and possible claims for review and consideration in context of claims administration | MGM | $450.00 | 0.40 | $180.00 |
| 01 /11/11 | telephone conference call to Keith Ferbers with Careen Hannouche and Matt Moloci re: status of Plan Confirmation Order and amendment to Amended and Restate Minutes of Settlement | DT | $525.00 | 0.25 | $131.25 |
| 01 /11/11 | receipt Dan Hogan email re: Pittsburgh hearing, letter to Dan Hogan re: appeal process, update email to Keith Ferbers | DT | $525.00 | 0.25 | $131.25 |
| 01 /11/11 | emails to and from Dan Hogan re: possible appeals, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01 /11/11 | Emails from David Thompson and Dan Hogan regarding hearing in Pittsburgh; reply to Hogan | MGM | $450.00 | 0.20 | $90.00 |
| 01 /11/11 | Email from Keith Ferbers; teleconference with David Thompson, Keith Ferbers and Careen Hannouche regarding status of proceeding and possible motion by Thundersky seeking to lift the stay of proceeding to allow for prosecution of claims against the Crown | MGM | $450.00 | 0.30 | $135.00 |
| 01 /12/11 | receipt of and respond to class member inquiries, etc., follow-up email to Dan Hogan re: timing of appeals, possible delay | DT | $525.00 | 0.25 | $131.25 |
| 01 /12/11 | assemble documents for meeting on Montreal, discuss with MGM, etc. | DT | $525.00 | 0.50 | $262.50 |
| 01 /12/11 | travel from office to Toronto airport - 2:30 pm - 3:30 pm | DT | $262.50 | 1.00 | $262.50 |
| 01 /12/11 | wait time at airport and travel from Toronto airport to Montreal via Westjet Flight No. 654 - 3:30 pm - 6:30 pm | DT | $262.50 | 2.00 | $525.00 |

| 01 /12/11 | Review file documents and notes regarding prior meeting in Montreal concerning claims administration; assemble documents for meeting in Montreal; email from Careen Hannouche with copy of Crown's Proof of Claim filed in U.S. proceeding; review; email reply to Hannouche; further emails from and to Hannouche regarding Crown's claims in bankruptcy and through Rust Consulting claims process; conferences with David Thompson in preparation for meeting in Montreal | MGM | $450.00 | 0.70 | $315.00 |
|---|---|---|---|---|---|
| 01 /12/11 | Travel: Hamilton to Toronto Airport | MGM | $225.00 | 1.00 | $225.00 |
| 01 /12/11 | Travel; Toronto Airport; wait due to flight delay; flight to Montreal; taxi to hotel; | MGM | $225.00 | 2.00 | $450.00 |
| 01 /12/11 | Email report from David Thompson to Keith Ferbers regarding U.S. hearing on January 10th; review; email reply from Ferbers; further email from Thompson to Dan Hogan regarding hearing and possible plan confirmation decision | MGM | $450.00 | 0.20 | $90.00 |
| 01 /12/11 | Email from Karen Harvey regarding payment and wire transfer; email in follow-up from Cindy Yates | MGM | $450.00 | 0.10 | $45.00 |
| 01 /12/11 | Email from Adrienne Glen with attached motion record of Grace Canada seeking order approving amendment to amended minutes of settlement and further stay of CCAA proceeding; review; email from Jacqueline Dais-Visca advising that Crown does not oppose the relief sought in the motion | MGM | $450.00 | 0.30 | $135.00 |
| 01 /12/11 | conferences with Thompson to review and prepare for meeting | MGM | $450.00 | 1.00 | $450.00 |
| 01 /13/11 | DT MGM meeting to review and prepare for meeting with Michel Belanger and Careen Hannouche - 8:30 am - 9:30 am | DT | $525.00 | 1.00 | $525.00 |
| 01 /13/11 | Meeting with Michel Belanger and Careen Hannouche regarding claims administration criteria and protocol, consideration of Rust Consulting disk and claim forms, working on development of claims administration protocol and criteria, meet with Anna Vetere of Collectiva to discuss Collectiva experience and qualifications and Collective input on claims administration process - 9:30 am - 1:00 pm & 2:30 pm - 4:30 pm | DT | $525.00 | 4.50 | $2,362.50 |
| 01 /13/11 | travel to airport - 4:30 pm - 5:30 pm | DT | $262.50 | 1.00 | $262.50 |
| 01 /13/11 | wait time at airport and depart from Montreal to return to Toronto - 5:30 pm - 8:00 pm | DT | $262.50 | 2.50 | $656.25 |
| 01 /13/11 | return travel home - 8:00 pm - 9:00 pm | DT | $262.50 | 1.00 | $262.50 |
| 01 /13/11 | Breakfast meeting with David Thompson; review and preparation for meeting with Michel Belanger and Careen Hannouche regarding claims administration | MGM | $450.00 | 1.00 | $450.00 |
| 01 /13/11 | Meetings with Michel Belanger, Careen Hannouche, Anna Vetere and David Thompson regarding claims administration procedures; review various claims forms; identify issues arising from claims forms and process; review and discuss Collectiva claims administration experience and qualifications; receive input from Collectiva regarding claims administration issues and process | MGM | $450.00 | 4.50 | $2,025.00 |

| 01 /13/11 | *Travel to Montreal airport; flight to Toronto; travel home;* | MGM | $225.00 | 4.00 | $900.00 |
|---|---|---|---|---|---|
| 01 /13/11 | *Email from Sue McCormick with particulars of payment received and reconciliation among co-counsel* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /13/11 | *conferences with David Thompson; review meetings, information received and discuss issues relating to claims administration process* | MGM | $450.00 | 1.00 | $450.00 |
| 01 /14/11 | *emails to and from Careen Hannouche re: database from Rust and searchable inquiry, receipt Dan Hogan account and memo to Cindy Yates* | DT | $525.00 | 0.25 | $131.25 |
| 01 /14/11 | *follow-up memo to file as follow-up to Montreal meeting, letter to Dan Hogan re: appointment of Collectiva as claims administrator* | DT | $525.00 | 0.40 | $210.00 |
| 01 /14/11 | *receipt A. Glen letter, etc., receipt Jacqueline Dais-Visca letter, discuss with MGM re: motion* | DT | $525.00 | 0.25 | $131.25 |
| 01 /14/11 | *Teleconference with David Thompson regarding Grace motion seeking extension and amendment to CDN settlement* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /14/11 | *Email to Chris Greig regarding proposed meeting and follow-up with Rust Consulting to obtain searchable claims database;  email reply from Greig* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /14/11 | *Further email from Sue McCormick regarding correction in payment received and reconciliation with payment to co-counsel; email from David Thompson to McCormick and Cindy Yates to Careen Hannouche; email from Hannouche confirming receipt of payment* | MGM | $450.00 | 0.10 | $45.00 |
| 01 /16/11 | *Review Grace motion materials seeking CCAA approval of further amendment to amended minutes of settlement for terms of extension of time and also seeking a further extension of the CCAA stay of proceedings; emails to and from David Thompson regarding motion and attendance* | MGM | $450.00 | 0.50 | $225.00 |
| 01 /17/11 | *review Grace Motion Record with respect to amendments to the Amended and Restated Minutes of Settlement, memos to and from Matt Moloci re: approach and attendance, discuss with Matt Moloci, etc.* | DT | $525.00 | 0.50 | $262.50 |
| 01 /17/11 | *receipt Careen Hannouche email regarding Rust database, memo to Matt Moloci re: follow-up with Chris Greig to review database* | DT | $525.00 | 0.25 | $131.25 |
| 01 /17/11 | *receipt Adrienne Glenn email re: order of Morawetz, J.* | DT | $525.00 | 0.10 | $52.50 |
| 01 /17/11 | *Travel from Oakville toward Toronto for attendance on Grace motion; encounter inclement weather and extreme traffic conditions; emails to and from Orestes Pasparakis and David Thompson regarding attendance on motion; teleconference with Thompson; communicate consent to motion and travel back to office; email from Adrienne Glen confirming Justice Morawetz granted the motion; reply to Glen; further email from Glen with attached copies of Endorsement and issued and entered order of Justice Morawetz* | MGM | $225.00 | 1.60 | $360.00 |
| 01 /17/11 | *Email from Careen Hannouche regarding follow-up with Rust Consulting concerning database and search functions; forward by email to Chris Greig and David Thompson for discussion; email reply from Thompson; conference with Thompson* | MGM | $450.00 | 0.30 | $135.00 |

| 01 /17/11 | Email from David Thompson to Dan Hogan regarding claims administration and application seeking court approval of Collective as claims administrator | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 01 /18/11 | receipt order and endorsement from Orestes Pasparakis with respect to modifying the Amended and Restated Minutes of Settlement and extending stay to September 1, 2011, discuss with Cindy Yates, create sub-file, receipt Matt Moloci email to Dan Hogan providing copy of order | DT | $525.00 | 0.25 | $131.25 |
| 01 /18/11 | receipt Dan Hogan email re: Morawetz Order | DT | $525.00 | 0.10 | $52.50 |
| 01 /18/11 | Email to Dan Hogan forward copies of Endorsement and Order of Justice Morawetz in CCAA proceeding approving amendment and extension to CDN ZAI minutes of settlement and further extending stay of proceedings; email reply from Dan Hogan | MGM | $450.00 | 0.20 | $90.00 |
| 01 /18/11 | Email from Karen Harvey regarding payment received from Grace and monthly applications for December, 2010 | MGM | $450.00 | 0.10 | $45.00 |
| 01 /18/11 | Email from Karen Harvey with attached letter from Dan Hogan to Jan Baer regarding application for appointment of Collectiva as claims administrator;  review; email reply from David Thompson to Hogan addressing Collectiva as claims administrator in follow-up to our recent meetings in Montreal; review | MGM | $450.00 | 0.30 | $135.00 |
| 01 /19/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 01 /19/11 | receipt Dan Hogan email and copy of Notice of Amendment and Definition 69 to First Amended Joint Plan of Re-Organization | DT | $525.00 | 0.25 | $131.25 |
| 01 /19/11 | receipt numerous Karen Harvey emails re: holdback payment, review with Cindy Yates, memos to and from Matt Moloci | DT | $525.00 | 0.30 | $157.50 |
| 01 /19/11 | Email from Dan Hogan with attached Notice of Amendment to CDN ZAI Amended and Restated Minutes of Settlement as filed by Grace in U.S. proceeding; review | MGM | $450.00 | 0.20 | $90.00 |
| 01 /19/11 | Emails from Karen Harvey and Cindy Yates regarding quarterly fee applications for Oct to Dec, 2010, and emails reconciling recent payments from Grace | MGM | $450.00 | 0.20 | $90.00 |
| 01 /19/11 | Emails from Chris Greig and Harriet Hancock of Rust Consulting regarding electronic claims file information in searchable format; forward by email to Careen Hannouche | MGM | $450.00 | 0.20 | $90.00 |
| 01 /20/11 | memos to and from Cindy Yates with respect to reconciliation of wire transfer monies received from Grace | DT | $525.00 | 0.10 | $52.50 |
| 01 /20/11 | receipt ZIP file password and create sub file | DT | $525.00 | 0.10 | $52.50 |
| 01 /20/11 | Email reply from Harriet Hancock regarding password for access to electronic files; email from Chris Greig regarding access to Rust Consulting's electronic files | MGM | $450.00 | 0.10 | $45.00 |
| 01 /21/11 | receipt of and respond to various class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01 /21/11 | receipt Chris Greig email, meeting with Chris Greig with Matt Moloci, review searchable database, etc., memo to file | DT | $525.00 | 0.50 | $262.50 |
| 01 /21/11 | Email to Cindy Yates regarding preparation of December 2010 Fee Application | MGM | $450.00 | 0.10 | $45.00 |

| 01 /21/11 | Emails from and to Helen Martin, Chris Greig and David Thompson; meet with Martin, Grieg and Thompson; review conversion of Rust Consulting data into ACT software to allow for search functions by claims criteria | MGM | $450.00 | 0.70 | $315.00 |
|---|---|---|---|---|---|
| 01 /24/11 | receipt Cindy Yates' memo re: Hogan holdback payment, memo to Cindy Yates, wire transfer funds to Lauzon Belanger for 1/2 of Hogan holdback monies received, memo to Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 01 /24/11 | Email to Chris Greig in follow-up regarding Rust Consulting searchable database and furtherance to Lauzon Belanger; email from David Thompson | MGM | $450.00 | 0.20 | $90.00 |
| 01 /24/11 | Email from Cindy Yates to Karen Harvey with attached draft Fee Application of SH for December 2010; review and reply to Yates with comments; further emails from and to Yates | MGM | $450.00 | 0.10 | $45.00 |
| 01 /24/11 | Emails from Cindy Yates reconciling payments from Grace for April to June 2010 holdback | MGM | $450.00 | 0.10 | $45.00 |
| 01 /25/11 | receipt Matt Moloci memo, Chris Greig email memo re: database, memos to and from Matt Moloci re: importing data into "ACT" software, memo to Careen Hannouche, etc. | DT | $525.00 | 0.35 | $183.75 |
| 01 /25/11 | receipt Karen Harvey email, review documents for fee application, email to Karen Harvey, execute certification, return to Karen Harvey via email | DT | $525.00 | 0.35 | $183.75 |
| 01 /25/11 | Email from Chris Greig with attached data file from Rust Consulting to create searchable database; email to Careen Hannouche; letter to Hannouche with enclosed CD Rom forwarding database | MGM | $450.00 | 0.30 | $135.00 |
| 01 /25/11 | Email from Karen Harvey with attached 10th Monthly Fee Application of SH LLP and certificate; review; email reply from David Thompson with attached signed certificate | MGM | $450.00 | 0.10 | $45.00 |
| 01 /26/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 01 /26/11 | Email from Karen Harvey with attached certificates of no objection for 9th Monthly Fee Applications | MGM | $450.00 | 0.10 | $45.00 |
| 01 /26/11 | Email inquiry from CDN ZAI PD class member Ron Drake; review; email from David Thompson regarding reply to Drake | MGM | $450.00 | 0.10 | $45.00 |
| 01 /28/11 | receipt of Karen Harvey emails attaching Fee Application, review documents, receipt J. Luckey service email, memo to Cindy Yates re: Fee Application and CNO | DT | $525.00 | 0.40 | $210.00 |
| 01 /28/11 | receipt of and respond to various class member inquiries re: status of settlement | DT | $525.00 | 0.25 | $131.25 |
| 01 /28/11 | receipt Careen Hannouche email re: ACT software | DT | $525.00 | 0.10 | $52.50 |
| 01 /28/11 | Emails from Karen Harvey with attached 10th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lespérance; review | MGM | $450.00 | 0.20 | $90.00 |
| 01 /28/11 | Email from Careen Hannouche regarding receipt and downloading of Rust Consulting data files to create searchable database in ACT software | MGM | $450.00 | 0.30 | $135.00 |
| 01 /31/11 | receipt and review Karen Harvey email, review 4th Quarterly Fee Application, review and sign Certification of counsel, etc., letter to Karen Harvey | DT | $525.00 | 0.35 | $183.75 |
| 01 /31/11 | receipt Dan Hogan email, memos to and from Matt Moloci re: Order of Confirmation | DT | $525.00 | 0.25 | $131.25 |

| 01 /31/11 | Email from Karen Harvey with attached 4th Quarterly Fee Applications; review; email from Cindy Yates to Harvey with attached certificate of David Thompson; further emails from Harvey serving and filing applications | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 01 /31/11 | Email from Dan Hogan with attached Memorandum Opinion Regarding Objections to Confirmation and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan; email to David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 01 /31/11 | review dockets for period January 1, 2011 to January 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period January 1, 2011 to January 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | SUB-TOTAL | 57.20 | $22,076.25 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 17.70 | $525.00* | $9,292.50 | |
| DAVID THOMPSON – TRAVEL | DT | 7.50 | $262.50 | $1,968.75 | |
| MATTHEW G.  MOLOCI | MGM | 18.40 | $450.00* | $8,280.00 | |
| MATTHEW G. MOLOCI – TRAVEL | MGM | 8.60 | $225.00 | $1,935.00 | |
| LAW CLERK Cindy Yates 25 years | LC | 5.00 | $120.00* | 600.00 | |
| SUB-TOTAL: | | 57.2 | | $22,076.25 | $2,869.91 |
| TOTAL FEES AND TAXES: | | | | | $24,946.16 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 01/12/11 01/13/11 | David Thompson - Travel Expense  – Westjet Flight  to Montreal for David Thompson and Matt Moloci  – Class Counsel meeting in Montreal at Lauzon Belanger | | $839.69 | | |
| 01/12/11 01/13/11 | David Thompson –Travel Expense  – Parking at Pearson International Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | | |
| 01/12/11 | David Thompson –Travel Expense  – Meal | | $37.00 | | |

| | | | | |
|---|---|---|---|---|
| | at A1x (2 people - David Thompson and Matt Moloci)  – Class Counsel meeting in Montreal at Lauzon Belanger | | | | |
| 01/13/11 | David Thompson –Travel Expense  – Meal at Verses Restaurant (2 people - David Thompson and Matt Moloci)  – Class Counsel meeting in Montreal at Lauzon Belanger | | $73.86 | | |
| 01/12/11 | Matt Moloci – Travel Expense – mileage from Hamilton to Toronto Airport; 65 km @ $0.53 per km | | $33.45 | | |
| 01/12/11 | Matt Moloci - Travel Expense  – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | | |
| 01/12/11 | Matt Moloci –Travel Expense  – Taxi from airport in Montreal  to hotel – Class Counsel meeting in Montreal at Lauzon Belanger | | $55.34 | | |
| 01/12/11 | Matt Moloci -  Travel Expense – Dinner at VieuxPort Steakhouse (2 people - David Thompson and Matt Moloci)  – Class Counsel meeting in Montreal at Lauzon Belanger ($374.78) – Claim $55.00 per person pursuant to guidelines | | $110.00 | | |
| 01/13/11 | Matt Moloci -  Travel Expense – breakfast at Hotel Nelligan (1 person - Matt Moloci)t - Class Counsel meeting in Montreal at Lauzon Belanger | | $19.44 | | |
| 01/13/11 | Matt Moloci –Travel Expense  – Taxi from hotel to Montreal airport– Class Counsel meeting in Montreal at Lauzon Belanger | | $41.75 | | |
| 01/13/11 | Matt Moloci – Travel Expense - Westjet Flight Change – earlier flight home from Montreal for David Thompson and Matt Moloci  – Class Counsel meeting in Montreal at Lauzon Belanger | | $109.71 | | |
| 01/27/11 | Courier Charge – FEDEX- forward Rust Consulting CD-Rom to Lauzon Belanger | | $20.00 | | |
| 01/01/11 01/31/11 | Long Distance Calls – Various calls from June 1, 2010 to June 30, 2010 | | $5.30 | | |
| **TOTAL DISBURSEMENTS:** | | | **$1,457.54** | **$189.48** | **$1,647.02** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$26,593.18** |

THIS IS OUR MONTYHLY FEE
APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\* Please note that effective January 1, 2011, our hourly rates increased and are reflect on this monthly fee application

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                                  : ss

CITY OF HAMILTON         :

        I, David Thompson, after being duly sworn according to law, depose and say as follows:

        1.        I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

        2.        On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

        3.        On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

        4.        Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

        5.        I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

        4.        I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

                                                David Thompson

SWORN AND SUBSCRIBED
Before me this 7TH day of March, 2011.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.