# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: March 23, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**ELEVENTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2011, through January 31, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   8,152.00 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $   1,236.19 |

This is Applicant's Eleventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Docket No. 26513
Filed 03/08/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 $ 3,228.69 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 $ 422.94 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 $1,236.84 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 $ 1,023.75 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $2,503.44 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | $ 1,393.84 | $ 224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $ 4,248.75 | $ 550.52 | $ 3,399.00 | $ 550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $ 1,952.65 | $ 251.40 | $1,562.12 | $ 251.40 |
| 01/28/2011 Dkt. #26133 | December 1, 2010 – December 31, 2010 | $ 3,712.35 | $ 517.63 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of January 1, 2011, through January 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $350.00 | 10.67 | $ 3,734.50 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 15.50 | $ 4,417.50 |
| **Grand Total** | | | **26.17** | **$ 8,152.00** |
| Blended Rate | | | | $ 311.50 |

**Monthly Compensation by Matter Description for the Period of January 1, 2011, through January 31, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 23.08 | 7,271.35 |
| 11 - Fee Applications, Applicant | 2.76 | 786.60 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 – Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | .25 | 71.25 |
| 20 - Travel (Non-Working) | N/A | 0.00 |
| 24 – Other | .08 | 22.80 |
| **TOTAL** | **26.17** | **$ 8,152.00** |

3

**Monthly Expense Summary for the Period January 1, 2011, through January 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---:|
| Long Distance Calls | | 0.00 |
| Photocopies (In-house) | | 1.00 |
| Conference Calls | | 87.68 |
| Travel – Lodging | | 0.00 |
| Travel – Meals | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 412.03 |
| Quebec Sales Tax (Q.S.T.) | | 735.48 |
| **TOTAL** | | **$ 1,236.19** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2011, through January 31, 2011, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before March 23, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2]Applicant's Invoice for January 1, 2011, through January 31, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period January 1, 2011, through January 31, 2011, an allowance be made to LBL for compensation in the amount of CDN $8,152.00 and actual and necessary expenses in the amount of CDN $1,236.19 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $9,388.19; Actual Interim Payment of CDN $6,521.60 (80% of the allowed fees) and reimbursement of CDN $1,236.19 (100% of the allowed expenses) be authorized for a total payment of CDN $7,757.79; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements

5

of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated:   March 8, 2011                                      Respectfully submitted,

                                                            */s/Daniel K. Hogan*
                                                            Daniel K. Hogan (DE Bar No. 2814)
                                                            **THE HOGAN FIRM**
                                                            1311 Delaware Avenue
                                                            Wilmington, Delaware 19806
                                                            Telephone: (302) 656.7540
                                                            Facsimile: (302) 656.7599
                                                            E-Mail: dkhogan@dkhogan.com

                                                            **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

February 18, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(January 1st 2011 to January 31st 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-01-05 | CH | Review of email exchange between Mr. Thompson, Mr. Moloci and Mr. Hogan re: possible amendment to Minutes of Settlement | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Review of email exchange between Janet Baer and Daniel Hogan re: amendment to Minutes of Settlement | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Review of 9th Monthly Application prepared by Karen Harvey (Hogan Firm) | 0.25 | 285.00 | 71.25 |
| 2011-01-05 | CH | Email to Karen Harvey re: executed certification for 9th Monthly Application | 0.17 | 285.00 | 48.45 |
| 2011-01-05 | MB | Review of email exchange between David Thompson, Matt Moloci and Dan Hogan re: amendment to Minutes of Settlement; | 0.50 | 350.00 | 175.00 |
| 2011-01-06 | CH | Review of Grace's draft amendment to the Amended Minutes of settlement | 0.33 | 285.00 | 94.05 |
| 2011-01-06 | CH | Email to Daniel Hogan re: Grace's draft amendment to the Amended Minutes of settlement | 0.17 | 285.00 | 48.45 |
| 2011-01-06 | CH | Review of Mr. Moloci's revisions to Grace's proposed amendment of the Amended and Restated Minutes of Settlement | 0.42 | 285.00 | 119.70 |
| 2011-01-06 | MB | Review of Grace's draft amendment to the Amended Minutes of Settlement; | 0.33 | 350.00 | 115.50 |
| 2011-01-10 | MB | Review and signature of Amended Minutes; | 1.00 | 350.00 | 350.00 |
| 2011-01-10 | CH | Email to David Thompson and Matt Moloci re: conference call with Keith Ferbers | 0.25 | 285.00 | 71.25 |
| 2011-01-10 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change) | 0.25 | 285.00 | 71.25 |
| 2011-01-11 | MB | Conference call with Careen Hannouche, Matt Moloci, David Thompson and Keith Ferbers; | 0.50 | 350.00 | 175.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2011-01-11 | CH | Email to Albanie Morin (representative plaintiff consumer association ACQC) re: update on plan confirmation order | 0.25 | 285.00 | 71.25 |
| 2011-01-11 | MB | Review of Rust Consulting claim forms CD; | 0.42 | 350.00 | 147.00 |
| 2011-01-11 | CH | Conference call with Mr. Thompson, Moloci, Ferbers and Bélanger | 0.50 | 285.00 | 142.50 |
| 2011-01-11 | CH | Review of Rust Consulting claim forms CD with Mr. Bélanger | 0.42 | 285.00 | 119.70 |
| 2011-01-12 | CH | Research for Crown's proof of claim forms | 0.33 | 285.00 | 94.05 |
| 2011-01-12 | CH | Email to Matt Moloci re: Crown's proof of claim forms | 0.08 | 285.00 | 22.80 |
| 2011-01-12 | CH | Review of motion and draft order re Amendment to Amended and Restated Minutes of Settlement | 0.42 | 285.00 | 119.70 |
| 2011-01-12 | CH | Email to Kathy Davis (Rust Consulting) re: confirmation of Crown's proof of claim | 0.08 | 285.00 | 22.80 |
| 2011-01-13 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche (claims protocol and database) | 7.00 | 350.00 | 2,450.00 |
| 2011-01-13 | CH | Meeting with Mr. Moloci, Mr. Thompson and Mr. Bélanger re: claims protocol and claims database from Rust Consulting | 7.00 | 285.00 | 1,995.00 |
| 2011-01-14 | CH | Email to David Thompson re: portion of Daniel Hogan's fees | 0.25 | 285.00 | 71.25 |
| 2011-01-14 | CH | Email to Kathy Davis and Harriet Hancock (Rust Consulting) re: claim for documentation format | 0.17 | 285.00 | 48.45 |
| 2011-01-17 | CH | Email to Harriet Hancock (Rust consulting) re: format of database | 0.08 | 285.00 | 22.80 |
| 2011-01-17 | CH | Email to Mr. Moloci and Mr. Thompson re: database and claim forms formatting from Rust Consulting | 0.25 | 285.00 | 71.25 |
| 2011-01-18 | CH | Email to Karen Harvey re: 8th monthly application | 0.08 | 285.00 | 22.80 |
| 2011-01-18 | CH | Email correspondence with class members; | 0.50 | 285.00 | 142.50 |
| 2011-01-18 | MB | Review of motion and draft order re: amendment to Amended and Restated Minutes of Settlement; | 0.42 | 350.00 | 147.00 |
| 2011-01-19 | CH | Review of Notice of amendment of Canadian ZAI Amended Minutes of Settlement filed by Debtors | 0.33 | 285.00 | 94.05 |
| 2011-01-20 | CH | Review of fee details for December 2010 | 0.50 | 285.00 | 142.50 |
| 2011-01-20 | CH | Email to Karen Harvey re: April - June 2010 holdback payment | 0.17 | 285.00 | 48.45 |
| 2011-01-24 | CH | Email to Karen Harvey re: Holdback payment April - June 2010 and details time entries fee details December 2010 | 0.25 | 285.00 | 71.25 |
| 2011-01-26 | CH | Review of 10th monthly application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2011-01-26 | CH | Email to Karen Harvey re: executed certification 10th monthly application | 0.17 | 285.00 | 48.45 |
| 2011-01-26 | CH | Email to Cindy Yates (Scarfone Hawkins) re: confirmation of receipt of wire transfer | 0.08 | 285.00 | 22.80 |
| 2011-01-28 | CH | Review of database files on CD Rom from Matt Moloci | 0.33 | 285.00 | 94.05 |
| 2011-01-31 | CH | Review of LBL's 4th Quarterly Application prepared by Karen Harvey | 0.42 | 285.00 | 119.70 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2011-01-31 | CH | Email to Karen Harvey re: certification of LBL's 4th Quarterly Application | 0.17 | 285.00 | 48.45 |
| 2011-01-31 | MB | Email correspondence with class members; | 0.50 | 350.00 | 175.00 |
| | | **OUR FEES** | **26.17** | | **8,152.00** |

<u>TIME SUMMARY BY LAWYER</u>

| Lawyer | Rate | Hours | Amount |
|---|---|---|---|
| MB | 350.00 | 10.67 | 3,734.50 |
| CH | 285.00 | 15.50 | 4,417.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies (10 X .10¢) | 1.00 | |
| Conference calls | 87.68 | |
| **TOTAL DISBURSEMENTS** | | **88.68** |
| **TOTAL FEES AND DISBURSEMENTS** | | **$ 8,240.68** |
| Total G.S.T. | | 412.03 |
| Total Q.S.T. | | 735.48 |
| **TOTAL** | | **$ 9,388.19** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC     :
                       : ss
CITY OF MONTREAL       :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

*Careen Hannouche*

SWORN AND SUBSCRIBED
Before me this ___7___ day of _March_, 2011.

_Denise Guérin_ #170,779
Notary Public
My Commission Expires: _July 24th, 2012_

2