**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Re: Docket No. _____ |

**ORDER GRANTING FIFTH QUARTERLY APPLICATION OF LAUZON BÉLANGER
LESPÉRANCE FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
FOR JANUARY 1, 2011, THROUGH MARCH 31, 2011**

Lauzon Bélanger, n/k/a Lauzon Bélanger Lespérance, ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Fifth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From January 1, 2011, through March 31, 2011 ("Fifth Quarterly Application").  The Court has reviewed the Fifth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Quarterly Application, and any hearing on the Fifth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Application.  Accordingly, it is

ORDERED that the Fifth Quarterly Application is GRANTED on an interim basis.  Debtors shall pay to Lauzon Bélanger Lespérance the sum of CDN $14,764.40 as compensation and CDN $2,159.47 as reimbursement of expenses, for a total of CDN $16,923.87 for services rendered and disbursements incurred by Lauzon Bélanger Lespérance for the period January 1, 2011, through March 31, 2011, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                                        _____
                                        Judith K. Fitzgerald
                                        United States Bankruptcy Judge