**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**March 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended March 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 13.0 | $ 9,361.17 |
| Jay Sieler | Audit Partner | 20+ | Integrated Audit | $ 1,019.82 | 0.5 | $ 509.91 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 666.75 | 3.2 | $ 2,133.60 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 395.20 | 31.0 | $ 12,251.20 |
| David del'Osso | Director | 12 | Integrated Audit | $ 817.88 | 0.5 | $ 408.94 |
| Sheri Wyatt | Director | 12 | Integrated Audit | $ 646.44 | 0.5 | $ 323.22 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 19.7 | $ 8,331.33 |
| Gavin Hamilton | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 1.0 | $ 422.91 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 3.0 | $ 1,489.71 |
| Jason Morrissey | Audit Manager | 7 | Integrated Audit | $ 320.04 | 14.5 | $ 4,640.58 |
| James Horvath | Audit Manager | 7 | Integrated Audit | $ 520.70 | 1.0 | $ 520.70 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 63.0 | $ 14,721.84 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 215.90 | 122.4 | $ 26,426.16 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 160.80 | 47.0 | $ 7,557.60 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 36.7 | $ 4,660.90 |
| Jennifer Do | Audit Associate | 1 | Integrated Audit | $ 127.00 | 4.6 | $ 584.20 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.0 | $ 135.42 |
| Maria Bianchi | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 92.71 | 10.1 | $ 936.37 |
| Totals | | | | | 376.7 | $ 95,957.44 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          52.0          $ 7,676.52

## Summary of PwC's Fees By Project Category: March 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 52 | $ 7,676.52 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

| | |
|---|---|
| 21-Valuation | |
| 22-ZAI Science Trial | |
| 23-ZAI Science Trial-Expenses | |
| 24-Other | |
| 25-Accounting/Auditing | 376.7 |
| 26-Business Analysis | |
| 27-Corporate Finance | |
| 28-Data Analysis | |
| TOTAL: | 428.7 |

Expense Summary
March 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,868.20 |
| Lodging | N/A | $ 683.76 |
| Sundry | N/A | $ 18.00 |
| Business Meals | N/A | $ 282.79 |
| TOTAL: | | $ 2,852.75 |

$ 95,957.44

$ 103,633.96