# Exhibit - A

W.R. Grace & Co.
Fee Application Preparation
Month ended March 31, 2011

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | |
| **Name: Pavel Katsiak** | | | | | |
| 4-Mar | 2.3 | Discussing various fee application questions with M. Schwartz (PwC) | $ | 233.68 | $ 537.46 |
| 9-Mar | 0.7 | Reviewing the letter for the fee application for January | $ | 233.68 | $ 163.58 |
| 10-Mar | 1.3 | Preparing the time detail and the letters for the fee application | $ | 233.68 | $ 303.78 |
| 15-Mar | 1.7 | Reviewing fee application for January | $ | 233.68 | $ 397.26 |
| 25-Mar | 2.5 | Reviewing fee application for February | $ | 233.68 | $ 584.20 |
| | **8.5** | | | | |
| **Name: Melanie Schwartz** | | | | | |
| 1-Mar | 6.0 | Fee Application - Bill reconciliation | $ | 130.81 | $ 784.86 |
| 2-Mar | 2.0 | Fee Application - reconcile expenses | $ | 130.81 | $ 261.62 |
| 4-Mar | 6.0 | Fee Application - work on reconciliations | $ | 130.81 | $ 784.86 |
| 10-Mar | 3.0 | Fee Application - work on reconciliations | $ | 130.81 | $ 392.43 |
| 14-Mar | 1.0 | Fee Application - work on time transfers into nonbillable code | $ | 130.81 | $ 130.81 |
| 15-Mar | 1.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ 130.81 |
| 17-Mar | 0.5 | Fee Application - work on expense reconciliations | $ | 130.81 | $ 65.41 |
| 22-Mar | 1.0 | Fee Application - work on quarterly files | $ | 130.81 | $ 130.81 |
| 23-Mar | 5.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ 654.05 |
| 24-Mar | 5.0 | Fee Application - work on expense reconciliations | $ | 130.81 | $ 654.05 |
| 25-Mar | 2.0 | Fee Application - work on reconciliations | $ | 130.81 | $ 261.62 |
| 29-Mar | 4.0 | Fee Application - work on reconciliations | $ | 130.81 | $ 523.24 |
| 30-Mar | 7.0 | Fee Application - work on reconciliations | $ | 130.81 | $ 915.67 |
| | **43.5** | | | | |
| | **52.0** | **Total Grace Fee Application Charged Hours** | | | $ 7,676.52 |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended March 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 13.0 | $ 9,381.17 |
| Jay Sleler | Audit Partner | 20+ | Integrated Audit | $ 1,019.82 | 0.5 | $ 509.91 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 666.75 | 3.2 | $ 2,133.60 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 395.20 | 31.0 | $ 12,251.20 |
| David del'Osso | Director | 12 | Integrated Audit | $ 817.88 | 0.5 | $ 408.94 |
| Sheri Wyatt | Director | 12 | Integrated Audit | $ 646.44 | 0.5 | $ 323.22 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 19.7 | $ 8,331.33 |
| Gavin Hamilton | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 1.0 | $ 422.91 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 3.0 | $ 1,489.71 |
| Jason Morrissey | Audit Manager | 7 | Integrated Audit | $ 320.04 | 14.5 | $ 4,640.58 |
| James Horvath | Audit Manager | 7 | Integrated Audit | $ 520.70 | 1.0 | $ 520.70 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 63.0 | $ 14,721.84 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 215.90 | 122.4 | $ 26,426.16 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 160.80 | 47.0 | $ 7,557.60 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 36.7 | $ 4,660.90 |
| Jennifer Do | Audit Associate | 1 | Integrated Audit | $ 127.00 | 4.6 | $ 584.20 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.0 | $ 135.42 |
| Maria Bianchi | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Venina Straniero | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ 92.71 | 10.1 | $ 936.37 |
| Totals | | | | | 376.7 | $ 95,957.44 |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Thomas E. Smith**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Mar | 1.0 | Review of information related to 2011 audit planning |
| 7-Mar | 0.8 | Phone call with J. Bray (PwC) to discuss 2011 audit planning |
| 7-Mar | 0.2 | Review of information related to 2011 audit planning |
| 8-Mar | 0.7 | Meeting with J. Bray (PwC) and P. Katsiak (PwC) to discuss 2011 audit planning |
| 8-Mar | 1.3 | Meeting with B. Dockman (Grace) and S. Scarlis (Grace) to discuss 2011 audit planning |
| 14-Mar | 0.4 | Review of 2011 planning info |
| 14-Mar | 0.6 | Review of information related to bankruptcy process for purposes of 2011 audit |
| 17-Mar | 0.5 | Review of 2011 planning info |
| 18-Mar | 0.5 | Review of 2011 planning info |
| 22-Mar | 0.5 | Discuss audit issues with A. Schmidt (PwC) and J. Morrissey (PwC) |
| 23-Mar | 0.7 | Research pension accounting audit issue |
| 23-Mar | 0.8 | Conference call with B. Dockman (Grace) and K. Blood (Grace) to discuss pension accounting matter |
| 28-Mar | 1.1 | Conference call to discuss audit issues - J. Bray (PwC), P. Katsiak (PwC), A. Schmidt (PwC) and J. Morrissey (PwC) |
| 28-Mar | 0.2 | Review of information related to bankruptcy process for purposes of 2011 audit |
| 28-Mar | 0.7 | Discuss pension accounting matter with B. Dockman 9Grace) |
| 30-Mar | 1.4 | Review memo - pension accounting matter |
| 30-Mar | 0.8 | Discuss internal Audit planning for 2011 - J. Bray (PwC) and J. Newstead (PwC) |
| 30-Mar | 0.8 | Discuss planning for first quarter review - P. Katsiak (PwC) and A. Schmidt (PwC) |
| | **13.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Jay Sieler**

| | | |
|------|-------|----------------------------------|
| 21-Mar | 0.5 | Call with D. Dell'oso (PwC) regarding Verifi revenue recognition |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: John Newstead** | | |
| 1-Mar | 0.5 | Emails and database review |
| 28-Mar | 0.7 | Emails and database review |
| 30-Mar | 2.0 | Emails and database review |
| | **3.2** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Jody Underhill**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 14-Mar | 2.00 | Review emails regarding Tax Workout Session. Print out and review lightly the agenda and logistics for meeting in Columbia, MD. Pull down the confirmed bankruptcy plan and all related attachments (32) from the client's website. |
| 15-Mar | 1.00 | Follow up questions with V.Flores (PwC) regarding whether or not there would be a tax attribute reduction related to the bankruptcy. |
| | | Review agenda for tax workshop, load and print out travel itinerary and related matters. |
| 16-Mar | 11.00 | Meeting in Columbia, MD at WRG headquarters to review the tax process. Included in discussions and meetings were G.Hurwitz (Grace), A.Clark (Grace), D.Libow (Grace), S.Scarliss (Grace), T.Puglisi ( Grace), H. James (Grace), K. Franks (Grace, J. Lovasz (Contractor), J. Bray (PwC) and J. Underhill (PwC) |
| 17-Mar | 8.00 | Meeting in Columbia, MD at WRG headquarters to review the tax process. Included in discussions and meetings were G.Hurwitz (Grace), A.Clark (Grace), D.Libow (Grace), S.Scarliss (Grace), T.Puglisi (Grace), H.James (Grace), K.Franks (Grace), Joe Lovasz (contractor) and J.Underhill (PwC) |
| 18-Mar | 0.50 | Follow up emails with tax team (PwC and WRG) regarding audit for Q1and timing |
| 18-Mar | 1.00 | Conference call with E.Filon (Grace), S.Scarliss (Grace), D.Libow (Grace), B.Dockman (Grace), J.Lovasz (Grace), T.Puglisi (Grace) to review the results of the Tax Process Improvement project |
| 22-Mar | 7.00 | Meeting at WRG with D.Libow (Grace), J.Agresti (Grace), A.Clark (Grace) and G.Hurwitz (Grace) to review the tax process improvement meeting and next steps around implementation of the tax related matters. |
| 23-Mar | 0.50 | Review emails related to entity rationalization and holdco structure. |
| | **31.0** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: David del'Osso** | | |
| 21-Mar | 0.50 | Call with J. Sieler (PwC) regarding Verifi revenue recognition |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Sheri Wyatt

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 29-Mar | 0.50 | Call with J. Sieler (PwC) regarding Verifi revenue recognition |
| | 0.5 | **Total Grace Financial Statement Audit Charged Hours** |

410659363632 >>

PwC

2011-05-16 10:13

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Justin Bray** | | |
| 3-Mar | 0.5 | Meeting with S Scarlis (Grace), T Dyer (Grace), A Schmidt (PwC) |
| 4-Mar | 1.1 | Call with B Dockman (Grace), S Scarlis (Grace), T Smith (PwC), G Hamilton (PwC) |
| 7-Mar | 0.7 | Call with T Smith (PwC), P Katsiak (PwC), A Schmidt (PwC) |
| 8-Mar | 1.4 | Meeting with B Dockman (Grace) |
| 11-Mar | 1.1 | Meeting with B Dockman (Grace), S Scarlis (Grace), T Puglisi (Grace), T Smith (PwC), P Katsiak (PwC) |
| 14-Mar | 1.4 | Meeting with J Morrissey (PwC), A Schmidt (PwC) |
| 14-Mar | 0.8 | Review of planning documentation |
| 16-Mar | 2.1 | Meeting with S Scarlis (Grace), D Libow (Grace), K Franks (Grace), and several other Grace Finance and Tax personnel, and J Underhill (PwC) |
| 18-Mar | 0.5 | Call with P Katsiak (PwC) |
| 23-Mar | 1.0 | Correspondence with S Scarlis (Grace) and T Dyer (Grace) regarding St. Boi asset sale |
| 28-Mar | 1.0 | Call with T Smith (PwC), P Katsiak (PwC), A Schmidt (PwC), J Morrissey (PwC) |
| 29-Mar | 1.3 | Risk assessment procedures |
| 30-Mar | 0.8 | Meeting with P Katsiak (PwC) |
| 30-Mar | 1.6 | Meeting with Grace Internal Audit Department, P Katsiak (PwC), A Schmidt (PwC), J Newstead (PwC) |
| 30-Mar | 0.9 | Meeting with T Smith (PwC) |
| 30-Mar | 1.1 | Risk assessment procedures |
| 30-Mar | 1.3 | Planning documentation |
| 31-Mar | 0.5 | Call with T Smith (PwC) |
| 31-Mar | 0.6 | Risk assessment procedures |
| | **19.7** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Gavin Hamilton** | | |
| 21-Mar | 1.0 | Call with J. Bray (PwC) to discuss derivatives |
| | **1.0** | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Brian Wiegman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 23-Mar | 0.5 | Discuss with audit team the St. Boi sale and leaseback transaction |
| 24-Mar | 1.0 | Perform research and discuss with audit team regarding the St. Boi sale and leaseback transaction |
| 26-Mar | 0.7 | Read purchase and sale agreement for the St. Boi sale and leaseback transaction |
| 28-Mar | 0.5 | Document comments on the purchase and sale agreement for the St. Boi sale and leaseback transaction for follow up by the client and/or audit team |
| 29-Mar | 0.3 | Review and reply to questions from the audit team regarding the St. Boi sale and leaseback transaction |
| | **3.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jason Morrissey** | | |
| 11-Mar | 0.9 | Discussion regarding R&D Costs with T. Dyer (Grace) |
| 15-Mar | 1.1 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to verify revenue recognition |
| 16-Mar | 0.8 | General review of quarterly analytics |
| 17-Mar | 1.2 | Discussion regarding Research & Development Costs with T. Dyer (Grace) |
| 22-Mar | 0.7 | Update discussion with T. Smith (PwC) |
| 22-Mar | 2.3 | Discuss pension contribution with T. Smith (PwC) and J. Morrissey (PwC) |
| 23-Mar | 0.9 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to verify revenue recognition |
| 23-Mar | 2.3 | Meet with B. Dockman (Grace), S. Scarlis (Grace), K. Blood (Grace) and T. Smith (PwC), J. Morrissey (PwC) about pension contribution |
| 23-Mar | 0.9 | Discussion with T. Smith (PwC) regarding lease model |
| 28-Mar | 1.3 | Call with T Smith (PwC), P Katsiak (PwC), A Schmidt (PwC), J Morrissey (PwC) |
| 30-Mar | 2.1 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to verify revenue recognition |
| | **14.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: James Horvath**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 11-Mar | 1.0 | Call with A. Schmidt (PwC) to discuss pension contribution |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Mar | 1.0 | Assessing the plan for the 2011 audit |
| 1-Mar | 0.8 | Coordinating a meeting with internal audit to discuss the plan for the year |
| 1-Mar | 0.9 | Coordinating a meeting with management to recap the audit and discuss changes going forward |
| 1-Mar | 1.1 | Reviewing the external workpapers with the 2010 10-K tie out |
| 1-Mar | 0.9 | Reviewing the external workpapers with the 2010 confirmations |
| 1-Mar | 0.3 | Reviewing external work papers for other areas in the 2010 audit |
| 1-Mar | 1.5 | Wrapping up 2010 audit database |
| 2-Mar | 1.5 | Putting together 2011 action items in preparation for the quarterly reviews and the audit |
| 2-Mar | 0.7 | Wrapping up 2010 audit database |
| 3-Mar | 1.5 | Documenting the summary of the action items and individuals responsible |
| 3-Mar | 1.6 | Discussing St. Boi sale with S. Scarlis (Grace) |
| 3-Mar | 0.9 | Reviewing external work papers for the 2010 audit |
| 4-Mar | 0.5 | Responding to questions from the UK team (re: statutory audit of the Grace UK) |
| 7-Mar | 0.3 | Putting together an agenda for audit debrief meeting |
| 7-Mar | 0.7 | Preparing for Audit debrief meeting |
| 8-Mar | 1.2 | Reviewing external work papers for the 2010 audit |
| 8-Mar | 1.1 | Finalizing audit debrief agenda |
| 8-Mar | | Audit debrief meeting with T. Smith (PwC), J. Bray (PwC) B. Dockman (Grace), S. Scarlis (Grace) and T. Puglisi (Grace) |
| 8-Mar | 1.5 | Responding to questions from the UK team (re: statutory audit of the Grace UK) |
| 8-Mar | 0.9 | Reviewing requests for services sent by international teams (evaluation of independence threats) |
| 8-Mar | 0.5 | Summarizing the action items from the audit debrief meeting |
| 8-Mar | 0.8 | Wrap-up of the audit file and archiving of the 2010 year end database |
| 9-Mar | 1.3 | Updating the action items list to reflect the progress |
| 10-Mar | 1.7 | Responding to questions from the UK team (re: statutory audit of the Grace UK) |
| 10-Mar | 0.8 | Assessing the plan for the first quarter review |
| 10-Mar | 1.3 | Evaluating the procedures to be performed for the quarterly review |
| 10-Mar | 0.9 | Call with J. Bray (PwC) to discuss various status matters |
| 11-Mar | 0.9 | Following up with PwC IT team regarding Germany company codes consolidations and implications on audit |
| 11-Mar | 1.1 | Circling back with the team regarding the scheduling and staffing at Grace during the first quarter |
| 14-Mar | 1.5 | Assessment of the changes in the 2011 audit and quarters |
| 15-Mar | 1.4 | Reviewing the statutory teams 2011 projected fees |
| 15-Mar | 0.9 | Finalizing external work papers |
| 15-Mar | 1.5 | Grace catch up meeting with J. Morrissey (PwC) and A. Schmidt (PwC) |
| 16-Mar | 1.4 | Following up with the engagement team in Germany regarding 2011 audit plan |
| 16-Mar | 1.2 | |

| Date | Hours | Description |
| --- | --- | --- |
| 16-Mar | 0.9 | Discussing responsibility matrix for the first quarter with A. Schmidt (PwC) |
| 17-Mar | 0.7 | Discussing the changes in the audit engagement team and updating the new members on the audit plan |
| 17-Mar | 0.8 | Discussing 2011 audit plan with J. Morrissey (PwC) |
| 18-Mar | 1.2 | Updating the action items list to reflect the progress |
| 18-Mar | 0.7 | Reviewing the plan for the use of the global assurance delivery model for the 2011 audit |
| 18-Mar | 1.1 | Assessing changes in the analytical procedures performed during the quarter |
| 24-Mar | 0.7 | Following up with various teams regarding best practices on the commitment letters and value reports |
| 24-Mar | 0.7 | Discussing final changes in the quarterly review procedures with A. Schmidt (PwC) |
| 24-Mar | 1.6 | Assessing the changes in the various 2011 audit planning considerations (scoping, materiality) |
| 28-Mar | 1.5 | Internal status update call with J. Morrissey (PwC), A. Schmidt (PwC), T. Smith (PwC) and J. Bray (PwC) |
|  | 1.4 | Internal Audit meeting with A. Schmidt (PwC), J. Bray (PwC), E. Bull (Grace), E Henry (Grace), D. Richards (Grace) |
| 29-Mar | 1.5 | Reviewing Grace 2010 annual report |
| 29-Mar | 0.9 | Following up on CeraTech sales with V. Leo (Grace) |
| 29-Mar | 1.2 | Following up on the Locke litigation with R. Finke (Grace) |
| 30-Mar | 1.1 | Discussing responsibility matrix for the year with A. Schmidt (PwC) |
| 30-Mar | 1.4 | Reviewing the analysis of the time for the global assurance delivery model |
| 30-Mar | 0.5 | Reviewing the questions in regards to Acceptance and Continuance from the India team |
| 30-Mar | 1.6 | Responding to questions from the India team (re: general acceptance and continuance matters) |
| 30-Mar | 0.4 | Updating Grace legal entities structure |
| 31-Mar | 0.9 | Reviewing the first quarter request list for the client |
| 31-Mar | 1.3 | Updating the request list to include new items |
| 31-Mar | 0.8 | Discussing the plan (timeline) for the quarter with T. Puglisi (Grace) |
| 31-Mar | 1.7 | Reviewing Internal Audit reports |
| 31-Mar | 0.7 | Reviewing the 2011 Grace calendar |
| 31-Mar | 1.6 | Finalizing first quarter audit file |

**63.0    Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Alexandra Schmidt** | | |
| 1-Mar | 2.1 | Review 2011 to-do list and assignments |
| 3-Mar | 1.9 | Meeting with S. Scarlis (Grace) on St. Boi - sale leaseback |
| 3-Mar | 2.3 | Prepare for meeting on St. Boi -sale leaseback |
| 3-Mar | 3.1 | Discuss 2010 year end audit with P. Katsiak (PwC) to prepare for audit recap meeting with management |
| 4-Mar | 0.8 | Review audit debrief document |
| 4-Mar | 1.7 | Finalize external workpaper binder |
| 7-Mar | 3.6 | Write 2011 Grace Audit Strategy Memo |
| 7-Mar | 1.2 | Discuss Audit Strategy Memo with J. Edelen (PwC) |
| 8-Mar | 4.7 | Develop workplan for 2011 audit |
| 8-Mar | 1.8 | Research new revenue guidance for Verify arrangement |
| 9-Mar | 0.9 | Plan for tax manager visit to Grace headquarters |
| 9-Mar | 1.6 | Develop workplan for 2011 audit |
| 10-Mar | 2.8 | Meet with P. Katsiak (PwC) about changes to quarterly review procedures |
| 10-Mar | 0.9 | Review notes from audit debrief meeting with client |
| 11-Mar | 2.1 | Meet with P. Katsiak (PwC), J. Morrissey (PwC), and J. Bray (PwC) to discuss changes to quarterly review procedures |
| 11-Mar | 0.6 | Discuss time reporting and budgets with P. Katsiak (PwC) |
| 11-Mar | 2.4 | Work on quarter analytic templates |
| 11-Mar | 3.2 | Read Verify contract and research accounting implications |
| 14-Mar | 2.9 | Research accelerated pension contribution guidance |
| 14-Mar | 4.2 | Prepare May 2011 audit committee report |
| 14-Mar | 0.9 | Meet with K. Bradley (PwC) to discuss Grace task status and assignments for March |
| 14-Mar | 0.4 | Call with K. Blood (Grace) to discuss pension contribution |
| 15-Mar | 1.9 | Research accelerated pension contribution guidance |
| 15-Mar | 3.7 | Prepare May 2011 audit committee report |
| 15-Mar | 1.2 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to verify revenue recognition |
| 16-Mar | 0.4 | Discuss Q1 analytics with K. Bradley (PwC) |
| 16-Mar | 3.8 | Prepare Q1 review responsibility matrix |
| 16-Mar | 2.3 | Discuss Q1 review status with J. Bray (PwC) |
| 17-Mar | 1.7 | Research revenue recognition for verify arrangement |
| 17-Mar | 2.4 | Research change in date for goodwill impairment test |
| 17-Mar | 2.8 | Calculate and document materiality for Q1 review |
| 17-Mar | 1.9 | Document accelerated pension contribution |
| 21-Mar | 0.7 | Call with K. Blood (Grace) to discuss pension contribution |
| 21-Mar | 2.0 | Call with B.Wiegman (PwC) to discuss sale leaseback |

| Date | Hours | Description |
|---|---|---|
| 21-Mar | 1.6 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to sale leaseback |
| 21-Mar | 0.8 | Prepare Q1 review database |
| 21-Mar | 1.9 | Discuss Q1 expectations with K. Bradley (PwC) for corporate income statement analytics |
| 22-Mar | 0.4 | Call with K. Blood (Grace) to discuss pension contribution |
| 22-Mar | 1.8 | Discuss pension contribution with T. Smith (PwC) and J. Morrissey (PwC) |
| 22-Mar | 1.3 | Discuss Q1 status with T. Smith (PwC) and J. Morrissey (PwC) |
| 22-Mar | 0.5 | Discuss verify revenue recognition with J. Morrissey (PwC) |
| 22-Mar | 0.9 | Discuss Q1 2011 analytics expectations with K. Bradley (PwC) |
| 23-Mar | 0.4 | Call with B. Weggman (PwC) about sale leaseback |
| 23-Mar | 1.1 | Meet with S. Scarlis (Grace) and T. Dyer (Grace) to verify revenue recognition |
| 23-Mar | 0.6 | Meet with B. Dockman (Grace), S. Scarlis (Grace), K. Blood (Grace) and T. Smith (PwC), J. Morrissey (PwC) about pension contribution |
| 23-Mar | 2.9 | Review consolidated balance sheet analytics |
| 23-Mar | 3.7 | Work on 2011 commitment letter |
| 24-Mar | 0.9 | Meeting with P. Katsiak (PwC) and K. Bradley (PwC) to discuss quarter procedures |
| 24-Mar | 2.4 | Review consolidated income statement analytics |
| 24-Mar | 0.6 | Call with B. Weggman (PwC) about sale leaseback |
| 24-Mar | 3.1 | Review Davison income statement analytics |
| 25-Mar | 0.2 | Set up meeting with D. Dell'oso (PwC) |
| 25-Mar | 1.9 | Review corporate P&L analytics |
| 25-Mar | 2.2 | Review Davison balance sheet analytics |
| 25-Mar | 1.6 | Update responsibility matrix |
| 25-Mar | 0.7 | Discuss Long Term Investment Plan and incentive comp with K. Bradley (PwC) |
| 28-Mar | 1.1 | Call with T. Smith (PwC), P. Katsiak (PwC), and J. Bray (PwC) to discuss status |
| 28-Mar | 2.6 | Review GCP balance sheet analytics |
| 28-Mar | 2.1 | Review GCP income statement analytics |
| 28-Mar | 1.0 | Meet with E. Bull (Grace) and K. Bradley (PwC) to discuss internal audit activities during Q1 2011 |
| 28-Mar | 1.3 | Work on Q1 materiality documentation |
| 29-Mar | 4.3 | Review Q1 planning steps |
| 29-Mar | 0.9 | Meet with T. Dyer (Grace) on St. Boi sale leaseback |
| 29-Mar | 0.5 | Call with D. Dell'oso (PwC) about verify revenue |
| 29-Mar | 0.8 | Call with K. Blood (Grace) about pension expected rate of return |
| 29-Mar | 1.6 | Document pension contribution considerations |
| 30-Mar | 0.8 | Discuss impact of year end control deficiencies on Q1 2011 review with K. Bradley (PwC) |
| 30-Mar | 2.2 | Status meeting with T. Smith (PwC) and P. Katsiak (PwC) |
| 30-Mar | 0.8 | Document planning procedures around communication with the audit committee |

**122.4**    **Total Grace Financial Statement Audit Charged Hours**

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Kathleen Bradley** | | |
| 14-Mar | 0.9 | Meeting with A. Schmidt (PwC) to discuss Grace task status and assignments for March |
| 16-Mar | 0.9 | Working on consolidated balance sheet analytical procedures expectations for Q1 2011 review |
| 16-Mar | 0.8 | Working on consolidated income statement analytical procedures expectations for Q1 2011 review |
| 16-Mar | 0.7 | Working on Davison worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 16-Mar | 1.1 | Working on Davison worldwide income statements procedures expectations for Q1 2011 review |
| 16-Mar | 0.8 | Working on GCP worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 16-Mar | 0.9 | Working on GCP worldwide income statement analytical procedures expectations for Q1 2011 review |
| 17-Mar | 0.9 | Working on ART income statement analytical procedures expectations for Q1 2011 review |
| 17-Mar | 0.7 | Working on consolidated balance sheet analytical procedures expectations for Q1 2011 review |
| 17-Mar | 1.2 | Working on consolidated income statement analytical procedures expectations for Q1 2011 review |
| 17-Mar | 0.8 | Working on Davison worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 17-Mar | 0.9 | Working on Davison worldwide income statements procedures expectations for Q1 2011 review |
| 17-Mar | 1.3 | Working on GCP worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 17-Mar | 0.7 | Working on GCP worldwide income statement analytical procedures expectations for Q1 2011 review |
| 18-Mar | 0.5 | Working on ART income statement analytical procedures expectations for Q1 2011 review |
| 21-Mar | 0.5 | Working on consolidated balance sheet analytical procedures expectations for Q1 2011 review |
| 21-Mar | 0.6 | Going through analysis of operations chart in the Grace press release to determine set-up for corporate income statement analytics and Adjusted EBIT analysis |
| 21-Mar | 0.9 | Formatting analytics set up and adding prior year comparative numbers |
| 21-Mar | 1.3 | Working on expectations for the Corporate income statements analytic |
| 21-Mar | 1.2 | Discussing set up of analytic and expectations for corporate income statement with A. Schmidt (PwC) |
| 22-Mar | 1.5 | Working on expectations for the Corporate income statements analytic |
| 22-Mar | 1.6 | Working on ART income statement analytical procedures expectations for Q1 2011 review |
| 22-Mar | 1.5 | Setting up the Q1 2011 review database |
| 22-Mar | 0.9 | Discussing Q1 2011 analytics expectations with A. Schmidt (PwC) |
| 23-Mar | 1.1 | Working on consolidated balance sheet analytical procedures expectations for Q1 2011 review |
| 23-Mar | 0.8 | Working on consolidated income statement analytical procedures expectations for Q1 2011 review |
| 23-Mar | 0.9 | Working on Davison worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 23-Mar | 0.8 | Working on Davison worldwide income statements procedures expectations for Q1 2011 review |
| 23-Mar | 1.0 | Working on GCP worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 23-Mar | 1.4 | Working on GCP worldwide income statement analytical procedures expectations for Q1 2011 review |
| 23-Mar | 0.1 | Completing engagement letter planning step |
| 23-Mar | 0.4 | Completing independence procedures Q1 2011 planning step |
| 23-Mar | 0.5 | Completing update of internal control deficiencies step for Q1 2011 review |
| 23-Mar | 0.3 | Documenting update understanding of internal controls and review 302 certification step for Q1 2011 review |
| 23-Mar | 0.2 | Documenting engagement completion/archive step for Q1 2011 review |

| Date | Hours | Description |
|---|---|---|
| 24-Mar | 0.7 | Working on GCP worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 24-Mar | 0.8 | Working on GCP worldwide income statement analytical procedures expectations for Q1 2011 review |
| 24-Mar | 0.9 | Working on consolidated balance sheet analytical procedures expectations for Q1 2011 review |
| 24-Mar | 0.7 | Working on consolidated income statement analytical procedures expectations for Q1 2011 review |
| 25-Mar | 0.3 | Completing multi-location planning procedures step for Q1 2011 review |
| 25-Mar | 0.5 | Documenting update understanding of the business planning step for Q1 2011 review |
| 25-Mar | 0.2 | Documenting planning meeting and review strategy planning step for Q1 2011 review |
| 25-Mar | 1.1 | Putting together audit control tool for Q1 2011 review |
| 25-Mar | 0.9 | Working on Davison worldwide balance sheet analytical procedures expectations for Q1 2011 review |
| 28-Mar | 1.0 | Meeting with E. Bull (Grace) and A. Schmidt (PwC) to discuss internal audit activities during Q1 2011 |
| 28-Mar | 0.5 | Editing GCP Income Statement expectations for Q1 2011 review |
| 28-Mar | 0.4 | Editing GCP Balance Sheet expectations for Q1 2011 review |
| 28-Mar | 0.5 | Editing Davison Income Statement expectations for Q1 2011 review |
| 29-Mar | 1.0 | Documenting Q1 2011 planning procedures |
| 30-Mar | 0.8 | Discussing impact of year end control deficiencies on Q1 2011 review with A. Schmidt (PwC) |
| 30-Mar | 0.2 | Filling out engagement leader checklist for Q1 review |
| 30-Mar | 0.3 | Documenting client representations step for Q1 review |
| 30-Mar | 0.4 | Documenting conduct planning meeting and review strategy step for Q1 review |
| 30-Mar | 0.1 | Documenting report release and signing dates step for Q1 review |
| 30-Mar | 0.2 | Documenting review reports step for Q1 review |
| 30-Mar | 0.3 | Documenting subsequent events step for Q1 review |
| 30-Mar | 0.7 | Documenting read clients document step for Q1 review |
| 30-Mar | 0.6 | Checking Rare Earth prices and Euro/USD exchange rate prices for Q1 2011 expectations |
| 31-Mar | 1.3 | Updating the Audit Control Tool for new procedures being performed during the Q1 2011 review |
| 31-Mar | 0.6 | Updating tailored procedures in Q1 2011 review procedures steps to reflect changed approach |
| 31-Mar | 0.9 | Updating inquiries to be sent out to Davison, GCP and Corporate controllers for Q1 2011 with additional questions |
| 31-Mar | 0.7 | Adding new steps to the planned review approach in the database for Q1 2011 |
| | **47.0** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jamie Kunkel** | | |
| 1-Mar | 2.1 | Final 10-K tie out: footnote 10 |
| 1-Mar | 1.9 | Final 10-K tie out: Management Disscussion and Analysis for income taxes |
| 1-Mar | 2.3 | Final 10-K tie out: part for income taxes |
| 2-Mar | 1.5 | Reviewing prior year workpapers for the analytical procedures performed and understanding the revisions to be made |
| 2-Mar | 1.7 | Update Press release tie out |
| 3-Mar | 1.9 | Update the 10K with all the missing tie-out numbers from P. Katsiak's (PwC) review |
| 3-Mar | 2.1 | Reviewed the final version of 10k |
| 3-Mar | 2.2 | Continued to make final revisions to the 10K |
| 3-Mar | 1.8 | Created External workpaper binder covers |
| 7-Mar | 2.0 | Review external workpaper binders that had been put together ensuring they were final |
| 8-Mar | 2.5 | Worked on W. R. Grace engagement letter and using the updated letter template to update it |
| 8-Mar | 1.5 | Work on setting up analytics for Q1, Balance Sheet and Profit & Loss for Q1 10 vs Q1 11 and Q4 QTD 10 vs Q1 11 |
| 9-Mar | 2.0 | Work on setting Grace Consolidated anlaytics Balance Sheet and Profit & Loss for Q1 10 vs Q1 11 and Q4 QTD 10 vs Q1 11 |
| 14-Mar | 2.1 | Worked on setting up GCP Q1 analytics, Balance Sheet and Profit & Loss for Q1 10 vs Q1 11 and Q4 QTD 10 vs Q1 11 |
| 14-Mar | 1.9 | Work on analytic templates to set up for the current and future quarters |
| 15-Mar | 2.0 | Continue to work on setting up Grace Q1 analytic templates and pulling in expectation formulas |
| 15-Mar | 1.7 | Worked on setting up Davision Q1 Analytics, Balance Sheet and Profit & Loss for Q1 10 vs Q1 11 and Q4 QTD 10 vs Q1 11 |
| 16-Mar | 1.5 | Worked on setting up Grace Corporates analytics Q1 10 vs Q1 11 |
| 16-Mar | 2.0 | Proofread the analytics to make sure pulled in the correct numbers |
| | **36.7** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| **Name: Jennifer Do** | | |
| 24-Mar | 0.3 | Formatting Q1 2011 review review consolidated income statement analytics |
| 24-Mar | 0.4 | Formatting Q1 2011 review consolidated balance sheet analytics |
| 24-Mar | 0.8 | Formatting Q1 2011 review Davison Balance Sheet analytics |
| 24-Mar | 0.5 | Formatting Q1 2011 review Davison Income Statements analytics |
| 28-Mar | 0.4 | Updating the key contacts list for WR Grace employees for use of audit team |
| 28-Mar | 0.1 | Formatting Q1 2011 review GCP Income Statement analytics |
| 29-Mar | 0.5 | Formatting Q1 2011 review GCP Balance Sheet analytics |
| 29-Mar | 0.4 | Formatting Q1 2011 review ART Income Statement analytics |
| 29-Mar | 0.3 | Formatting Q1 2011 review Corporate Income Statement analytics |
| 30-Mar | 0.7 | Compiling inquiries for Q1 2011 review procedures to send to GCP, Davison and Corporate controllers |
| 30-Mar | 0.2 | Editing Q1 2011 analytics expectations based on senior associates comments |
| | **4.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |

Name: **Maricell Vera**

| 1-Mar | 1.0 | Reviewing reconciliation of central entities services system to WR Grace entity's list |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Maria F Castro Bianchi** | | |
| 1-Mar | 1.5 | Reviewing reconciliation of central entities services system to WR Grace entity's list |
| 1-Mar | 1.0 | Discussing changes with V. Staniero (PwC) |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Vanina Straniero**

| | | |
|---|---|---|
| 1-Mar | 0.5 | Compiling list of necessary edits in central entities system for WR Grace |
| 1-Mar | 1.0 | Discussing changes with M. Bianchi (PwC) |
| | 1.5 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended March 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Jonathan E. Edelen**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3-Mar | 0.5 | Reviewed workpaper opinion letters to confirm uniformity across copies. |
| 3-Mar | 1.0 | Checked with T. Puglisi (Grace) for support on Forepart item 12. |
| 4-Mar | 1.1 | Created and printed Binder Labels through RMS (records management system) |
| 4-Mar | 1.1 | Made corrections to the Income Tax footnote in the 10-K tie out binder. |
| 4-Mar | 2.8 | Tied out Forepart Item 12, Security Ownership of certain beneficial owners. |
| 7-Mar | 1.6 | Rolled forward the Grace audit strategy memo to 2011. |
| 7-Mar | 1.2 | Created audit team 2011 calendar. |
| 9-Mar | 0.4 | Researched Analyst Opinions and estimates for WR Grace 2011. |
| 10-Mar | 0.4 | Reviewed Analyst Opinions and estimates spreadsheet for P. Katsiak (PwC). |
| | **10.1** | **Total Grace Financial Statement Audit Charged Hours** |