# Exhibit - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended March 31, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Tom Smith** | Integrated Audit | 3/8/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 3/30/11 | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| **Jody Underhill** | Integrated Audit | 1/10/11 | $ 183.40 | | | | Roundtrip airfare to Boca Raton, FL |
| | Integrated Audit | 2/1/11 | | | | $ 3.49 | Breakfast for self while traveling |
| | Integrated Audit | 2/1/11 | | | | $ 9.19 | Lunch for self while traveling |
| | Integrated Audit | 2/1/11 | | | | $ 15.00 | Dinner for self while traveling |
| | Integrated Audit | 2/2/11 | | | | $ 10.68 | Lunch for self while traveling |
| | Integrated Audit | 2/2/11 | | | | $ 24.00 | Dinner for self while traveling |
| | Integrated Audit | 2/3/11 | | | | $ 15.00 | Lunch for self while traveling |
| | Integrated Audit | 2/3/11 | | | | $ 24.00 | Dinner for self while traveling |
| | Integrated Audit | 2/4/11 | | | | $ 10.25 | Lunch for self while traveling |
| | Integrated Audit | 2/4/11 | | | | $ 30.53 | Dinner for self while traveling |
| | Integrated Audit | 2/5/11 | | $616.00 | | | Marriott Hotel in Boca Raton - 4 nights @ $154/night |
| | Integrated Audit | 2/5/11 | | $67.76 | | | Marriott Hotel in Boca Raton - taxes on 4 nights stay - $16.94/night |
| | Integrated Audit | 2/5/11 | $ 312.12 | | | | Rental Car for travel |
| | Integrated Audit | 2/5/11 | $ 60.00 | | | | Parking at Tampa airport 3 days @$20/day |
| | Integrated Audit | 2/5/11 | | | $ 18.00 | | Tipping for hotel, airport and valet while traveling |
| **Justin Bray** | Integrated Audit | 3/3/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 3/8/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 3/11/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 3/16/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | Integrated Audit | 3/30/11 | $ 21.42 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| **Pavel Katsiak** | Integrated Audit | 3/1/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/2/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/3/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/4/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/7/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/8/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/9/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/10/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/11/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/14/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/15/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/16/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/17/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/17/11 | | | | $ 140.65 | Overtime dinner with the engagement team. Present: A. Schmidt, K. Bradley, J. Edelen and J. Kunkel (all PwC) |
| | Integrated Audit | 3/18/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/29/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 3/30/11 | $ 26.96 | | | | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| **Madeleine Lederer** | Integrated Audit | 3/1/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| **Kathleen Bradley** | Integrated Audit | 3/14/11 | $ 8.16 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 3/15/11 | $ 8.16 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 3/16/11 | $ 8.16 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 3/17/11 | $ 8.16 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |
| | Integrated Audit | 3/18/11 | $ 8.16 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |

| Name | Type | Date | Transportation | Notes |
|---|---|---|---|---|
| | Integrated Audit | 3/21/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/22/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/23/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/24/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/25/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/28/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/30/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | Integrated Audit | 3/31/11 | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| Jamie Kunkel | Integrated Audit | 3/7/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/8/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/9/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/10/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/11/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/14/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/15/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/16/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/17/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/18/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | Integrated Audit | 3/25/11 | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| Jennifer Do | Integrated Audit | 3/28/11 | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | Integrated Audit | 3/29/11 | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | Integrated Audit | 3/30/11 | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | Integrated Audit | 3/31/11 | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| Jonathan Edelen | Integrated Audit | 3/2/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/3/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/4/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/7/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/8/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/9/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | Integrated Audit | 3/10/11 | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 2,852.75 | $ 1,868.20 | $ 683.76 | $ 18.00 | $ 282.79 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended March 31, 2011**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 3/8/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 3/30/11 | Audit Partner | $ 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Jody Underhill | 1/10/11 | Tax Director | $ 183.40 | Roundtrip airfare to Boca Raton, FL |
| | 2/1/11 | Tax Director | $ 3.49 | Breakfast for self while traveling |
| | 2/1/11 | Tax Director | $ 9.19 | Lunch for self while traveling |
| | 2/1/11 | Tax Director | $ 15.00 | Dinner for self while traveling |
| | 2/2/11 | Tax Director | $ 10.68 | Lunch for self while traveling |
| | 2/2/11 | Tax Director | $ 24.00 | Dinner for self while traveling |
| | 2/3/11 | Tax Director | $ 15.00 | Lunch for self while traveling |
| | 2/3/11 | Tax Director | $ 24.00 | Dinner for self while traveling |
| | 2/4/11 | Tax Director | $ 10.25 | Lunch for self while traveling |
| | 2/4/11 | Tax Director | $ 30.53 | Dinner for self while traveling |
| | 2/5/11 | Tax Director | $616.00 | Marriott Hotel in Boca Raton - 4 nights @ $154/night |
| | 2/5/11 | Tax Director | $67.76 | Marriott Hotel in Boca Raton - taxes on 4 nights stay - $16.94/night |
| | 2/5/11 | Tax Director | $ 312.12 | Rental Car for travel |
| | 2/5/11 | Tax Director | $ 60.00 | Parking at Tampa airport 3 days @$20/day |
| | 2/5/11 | Tax Director | $ 18.00 | Tipping for hotel, airport and valet while traveling |
| Justin Bray | 3/3/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 3/8/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 3/11/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 3/16/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| | 3/30/11 | Audit Senior Manager | $ 21.42 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.51) |
| Pavel Katsiak | 3/1/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/2/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/3/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/4/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/7/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/8/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/9/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/10/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/11/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/14/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/15/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/16/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/17/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/17/11 | Audit Senior Associate | $ 140.65 | Overtime dinner with the engagement team. Present: A. Schmidt, K. Bradley, J. Edelen and J. Kunkel (all PwC) |
| | 3/18/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/29/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 3/30/11 | Audit Senior Associate | $ 26.96 | Mileage in excess over regular commute of 26.43 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Madeleine Lederer | 3/1/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| Kathleen Bradley | 3/14/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16. |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| | 3/15/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/16/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/17/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/18/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/21/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/22/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/23/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/24/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/25/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/28/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/30/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| | 3/31/11 | Audit Experienced Associate | $ 8.16 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .51 = 8.16 |
| Jamie Kunkel | 3/7/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/8/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/9/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/10/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/11/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/14/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/15/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/16/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/17/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/18/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| | 3/25/11 | Audit Associate | $ 17.16 | 33.65 miles to and from client above normal commute = 33.6*.51 = $17.16 |
| Jennifer Do | 3/28/11 | Audit Associate | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | 3/29/11 | Audit Associate | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | 3/30/11 | Audit Associate | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| | 3/31/11 | Audit Associate | $ 34.68 | 74 miles to and from client - 6 miles normal commute to the office = 68 miles every day excess * .51 = $34.68 |
| Jonathan Edelen | 3/2/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/3/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/4/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/7/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/8/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/9/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |
| | 3/10/11 | Audit Intern | $ 33.66 | 76 miles to and from client - 10 miles normal commute to and from office = 66 miles every day excess * .5 = 33 |

**Total** $ 2,852.75