**Summary of PwC's Fees By Individual:**
**Fortieth Interim Quarterly Reporting Period**
**January 1 - March 31, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended March 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 592.80 | 40.0 | $ 23,712.00 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 128.0 | $ 92,171.52 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 3.5 | $ 3,342.64 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 9.4 | $ 6,267.45 |
| Lisa Slotznik | Audit Partner | 10+ | Integrated Audit | $ 619.76 | 1.0 | $ 619.76 |
| Jay Sieler | Audit Partner | 20+ | Integrated Audit | $ 1,019.82 | 0.5 | $ 509.91 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 155.1 | $ 61,295.52 |
| Sheri Wyatt | Director | 12 | Integrated Audit | $ 646.44 | 0.5 | $ 323.22 |
| David del'Osso | Director | 12 | Integrated Audit | $ 817.88 | 0.5 | $ 408.94 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 7.7 | $ 3,256.41 |
| Jennifer James | Director | 9 | Integrated Audit | $ 723.90 | 2.0 | $ 1,447.80 |
| Yosef Barbet | Director | 9 | Integrated Audit | $ 817.88 | 0.5 | $ 408.94 |
| Gavin Hamilton | Audit Senior Manager | 9 | Integrated Audit | $ 422.91 | 1.0 | $ 422.91 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 232.0 | $ 98,115.12 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 3.0 | $ 1,489.71 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $ 477.52 | 2.8 | $ 1,337.06 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 4.2 | $ 1,285.49 |
| James Horvath | Audit Manager | 6 | Integrated Audit | $ 520.70 | 10.0 | $ 5,207.00 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 95.6 | $ 30,595.82 |
| Todd Chesla | Audit Manager | 6 | Integrated Audit | $ 301.60 | 59.5 | $ 17,945.20 |
| Mariana Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 9.5 | $ 2,766.40 |
| Marjored Perez | Tax Senior Associate | 4 | Integrated Audit | $ 228.80 | 12.0 | $ 2,745.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 305.9 | $ 71,482.71 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 361.2 | $ 77,983.08 |
| Csaba Nevelos | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 23.5 | $ 5,491.48 |

| Name | Role | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ | 227.33 | 29.5 | $ | 6,706.24 |
| Stefanie Kwasiborski | Audit Senior Associate | 3 | Integrated Audit | $ | 342.90 | 6.5 | $ | 2,228.85 |
| Elizabeth Sama | Audit Senior Associate | 3 | Integrated Audit | $ | 228.80 | 79.6 | $ | 18,212.48 |
| Hester Lambert | Audit Senior Associate | 3 | Integrated Audit | $ | 135.42 | 1.8 | $ | 243.76 |
| Mary J. Witt | Audit Senior Associate | 3 | Integrated Audit | $ | 342.90 | 2.0 | $ | 685.80 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ | 161.29 | 263.1 | $ | 42,435.40 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ | 161.29 | 263.6 | $ | 42,573.41 |
| Meihua Gao | Audit Experienced Associate | 1 | Integrated Audit | $ | 233.68 | 4.0 | $ | 934.72 |
| Ryan Boyle | Audit Experienced Associate | 1 | Integrated Audit | $ | 180.34 | 1.0 | $ | 180.34 |
| Shawn McNeilly | Audit Experienced Associate | 1 | Integrated Audit | $ | 161.29 | 254.0 | $ | 40,968.17 |
| Veronica Flores | Audit Experienced Associate | 1 | Integrated Audit | $ | 156.00 | 171.5 | $ | 26,754.00 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ | 127.00 | 468.8 | $ | 59,537.60 |
| Delitza Marie Morales | Audit Associate | 1 | Integrated Audit | $ | 118.15 | 1.0 | $ | 118.15 |
| Jennifer Do | Audit Associate | 1 | Integrated Audit | $ | 127.00 | 4.6 | $ | 584.20 |
| Jonathan Edelen | Audit Intern | 1 | Integrated Audit | $ | 88.97 | 299.9 | $ | 26,682.52 |
| Adriano Casissimo | Project Specialist | 1 | Integrated Audit | $ | 135.41 | 3.9 | $ | 528.10 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.0 | $ | 135.42 |
| Maria Bianchi | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ | 338.55 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.5 | $ | 203.13 |
| Adrienne Dikranian | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 15.8 | $ | 2,139.64 |
| Adrienne Roper | Project Specialist | 1 | Integrated Audit | $ | 171.45 | 12.5 | $ | 2,143.14 |
| Ailin Iglesias | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ | 338.55 |
| Alwyn Kruger | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.2 | $ | 27.08 |
| Anthony J. Zanella | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.2 | $ | 27.08 |
| David Clausen | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 8.0 | $ | 1,083.36 |
| Gonzalo Tessore | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.5 | $ | 203.13 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.0 | $ | 135.42 |
| Kyle Sprehe | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.7 | $ | 365.63 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 10.5 | $ | 1,421.91 |
| Natalia Colcigno | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.3 | $ | 176.05 |
| Stephan Gradek | Audit Senior Associate | 3 | Integrated Audit | $ | 135.42 | 1.6 | $ | 216.67 |
| Totals | | | | | | 3,386.5 | $ | 788,960.19 |

Summary of PwC's Fees By Project:
Fortieth Interim Quarterly Reporting Period
January 1 - March 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 188.0 | $29,246.77 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |

| | | |
|---|---|---|
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3386.5 | $788,960.19 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3574.5 | $818,206.96 |

PricewaterhouseCoopers LLP
Summary of Expenses
Fortieth Interim Quarterly Reporting Period
January 1 - March 31, 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | Integrated Audit | $15,813.46 |
| Lodging | Integrated Audit | $ 3,036.19 |
| Sundry | Integrated Audit | $ 1,376.34 |
| Business Meals | Integrated Audit | $ 7,793.64 |
| TOTAL: | | $ 28,019.63 |