**Attachment A2**
**Summary of PwC's Fees for Additional Projects:**
**Fortieth Interim Quarterly Reporting Period**

PwC also respectfully requests allowance of compensation of the fees and reimbursement of the expenses with respect to the blow listed special project applications. These applications were not included in the monthly applications as separate monthly applications were filed for each project. The projects are submitted with their own monthly applications since each project's fees are negotiated separately with the client and separate fee approvals for each project are submitted to the bankruptcy courts. In addition, billable rates for the projects vary.

**Audit Services (Controls Optimization Project).** The Applicant provided the following services:

a.  Provide assistance in identifying opportunities for efficiency within the SOX testing program.

Controls Optimization Project Application for March 2010 filed on July 22, 2010 (D.I. 25107); CNO filed on August 16, 2010 (D.I. 25222)

Fees: $2,828.72

Controls Optimization Project Application for April-May 2010 filed on July 22, 2010 (D.I. 25108); CNO filed on August 16, 2010 (D.I. 25223)

Fees: $26,876.76                    Expenses: $374.50

Controls Optimization Project Application for June 2010 filed on January 25, 2011 (D.I. 26113); CNO filed on February 17, 2011 (D.I. 26317)

Fees: $20,792.56                    Expenses: $105.00

Total fees: $50,498.04              Total Expenses: $479.50

**Audit Services.** The Applicant provided the following services:

a.  Audit work for the Darex Puerto Rico annual financial statement audits

2003 - 2006 Darex Puerto Rico Audit. Application filed on July 2, 2008 (D.I. 19037); CNO filed on July 25, 2008 (D.I. 16156)

Fees: $148,991.34                   Expenses: $791.22

2007 Darex Puerto Rico Audit. Application filed on July 20, 2009 (D.I. 22523); CNO filed on October 14, 2009 (D.I. 23509)

Fees: $36,647.48                    Expenses: $78.81

2008 Darex Puerto Rico Audit. Application filed on Sept. 29, 2009 (D.I. 23367); CNO filed on October 28, 2009 (D.I. 23579)

Fees: $51,264.56                    Expenses: $40.00

2009 Darex Puerto Rico Audit. Application filed on Jan. 25, 2011 (D.I. 26111); CNO filed on February 17, 2011 (D.I. 26318)

Fees: $67,003.30                    Expenses: $618.15

Total fees: $303,906.68             Total expenses: $1,528.18

**Advisory Services.** The Applicant provided the following services:

a. Consulting services related to the development of alternative structures and processes for performing the finance function.

Advisory Services Project Application filed on June 15, 2009 (D.I. 22096); CNO filed on August 13, 2009 (D.I. 22764)

Fees: $149,994.00                   Expenses: $17,492.95

Shared Services Project Application filed on January 25, 2011 (D.I.26112); CNO filed on February 17, 2011 (D.I. 26319)

Fees: $44,160.00                    Expenses: $1,403.26
Fee App: $268.80

Total fees: $194,422.80             Total expenses: $18,896.21

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Advisory Services Project**
**For March 2009**

Professional Profiles

WR Grace Time Tracking - Audit
For the Advisory Services Project
For the period of March 1 - March 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Senior Managing Director | 35 | Advisory | $520.00 | 22.4 | $ 11,648.00 |
| Derek Sappenfield | Advisory Director | 20 | Advisory | $475.00 | 115.0 | $ 54,625.00 |
| Jeffrey Walker | Advisory Director | 20 | Advisory | $475.00 | 87.8 | $ 41,705.00 |
| Bejoy Devasia | Advisory Senior Associate | 6 | Advisory | $260.00 | 161.6 | $ 42,016.00 |
| TOTAL | | | | | 386.8 | $ 149,994.00 |

**Summary of PwC's Fees By Project Category:**
**Advisory Services Project**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, | | |

| Applicant | | |
|---|---|---|
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 386.8 | $149,994.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 386.8 | $149,994.00 |

Expense Summary
Advisory Services Project

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $9,620.03 |
| Lodging | N/A | $6,208.76 |
| Sundry | N/A | $25.90 |
| Business Meals | N/A | $1,638.26 |
| TOTAL: | | $17,492.95 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Controls Optimization Project for April and May 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ | 578.55 | 12.8 | $ | 7,405.44 |
| David C Sands | Director | 8 | Controls Optimization | $ | 366.97 | 27.1 | $ | 9,944.89 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ | 260.07 | 16.1 | $ | 4,187.13 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ | 197.26 | 1.9 | $ | 374.79 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ | 187.34 | 26.5 | $ | 4,964.51 |
| | | | | | | | | |
| Totals | | | | | | 84.4 | $ | 26,876.76 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals        0.0                                        $ 0.00

**Summary of PwC's Fees By Project Category:**
**Controls Optimization Project for April and May 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |

| | | |
|---|---|---|
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 84.4 | $ 26,876.76 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 84.4 | $ 26,876.76 |

Expense Summary
Controls Optimization Project for April and May 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 374.50 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $ 374.50 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Controls Optimization Project for June 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period June 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | | Hourly Bill Rate | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ | 578.55 | 11.1 | $ | 6,421.91 |
| Thomas E Smith | Audit Partner | 10+ | Controls Optimization | $ | 624.83 | 5.5 | $ | 3,436.59 |
| David C Sands | Director | 8 | Controls Optimization | $ | 366.97 | 11.8 | $ | 4,330.25 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ | 260.07 | 15.3 | $ | 3,979.07 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ | 197.26 | 2.2 | $ | 433.97 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ | 187.34 | 11.4 | $ | 2,135.68 |
| Corey C Cines | Audit Intern | <1 | Controls Optimization | $ | 55.10 | 1.0 | $ | 55.10 |
| | | | | | | | | |
| Totals | | | | | | 58.3 | $ | 20,792.56 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals      0.0      $ 0.00

**Summary of PwC's Fees By Project Category:**
**Controls Optimization Project for June 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', | | |

| | | |
|---|---|---|
| Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 58.3 | $ 20,792.56 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 58.3 | $ 20,792.56 |

**Expense Summary**
**Controls Optimization Project for June 2010**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 105.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |

| | | | $ 105.00 |
|---|---|---|---|
| TOTAL: | | | |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Controls Optimization Project for March 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For Month Ended March 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|
| Justin Bray | Audit Senior Manager | 8 | Controls Optimization | $ | 355.94 | 2.3 | $ | 818.66 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ | 252.36 | 2.1 | $ | 529.96 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ | 191.75 | 4.4 | $ | 843.70 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ | 181.83 | 3.5 | $ | 636.41 |
| | | | | | | | | |
| Totals | | | | | | 12.3 | $ | 2,828.72 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          0.0          $ 0.00

**Summary of PwC's Fees By Project Category:**
**Controls Optimization Project for March 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |

| | | |
|---|---|---|
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | | 12.3 | $ 2,828.72 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 12.3 | $ 2,828.72 |

Expense Summary
Controls Optimization Project for March 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 0.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $ 0.00 |

**Professional Profiles**
**WR Grace Time Tracking - Darex 2006**

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2003-2006 Darex Puerto Rico Audit**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 27 | Integrated Audit | $504.20 | 5.5 | $ 2,773.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $554.30 | 5.0 | $ 2,771.50 |
| Roberto Santa Maria | Audit Partner | 33 | Integrated Audit | $549.12 | 1.0 | $ 549.12 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $238.10 | 110.0 | $ 26,191.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $265.20 | 1.0 | $ 265.20 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $146.30 | 314.5 | $ 46,011.35 |
| Nicholas P Barrett | Audit Senior Associate | 3 | Integrated Audit | $111.90 | 49.0 | $ 5,483.10 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $155.00 | 57.0 | $ 8,835.00 |
| Caitlin Blundell | Audit Associate | 3 | Integrated Audit | $122.70 | 163.6 | $ 20,073.72 |
| Cara Blackaby | Audit Associate | 1 | Integrated Audit | $99.84 | 72.9 | $ 7,278.34 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $112.30 | 33.0 | $ 3,705.90 |
| Sean P Robinson | Audit Associate | 2 | Integrated Audit | $94.60 | 72.0 | $ 6,811.20 |
| Michael P Kelliher | Audit Associate | 3 | Integrated Audit | $122.70 | 95.5 | $ 11,717.85 |
| Krzysztof Krakowiak | Audit Associate | 2 | Integrated Audit | $109.20 | 55.3 | $ 6,038.76 |
| Zahilys Hernandez | Audit Associate | 1 | Integrated Audit | $88.40 | 5.5 | $ 486.20 |
| TOTAL | | | | | 1,040.8 | $ 148,991.34 |

**Summary of PwC's Fees By Project Category:**
**2003-2006 Darex Puerto Rico Audit**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', | | |

| | | |
|---|---|---|
| Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,040.8 | $148,991.34 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,040.8 | $148,991.34 |

### Expense Summary
### 2003-2006 Darex Puerto Rico Audit

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $524.01 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $267.21 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $791.22 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2007 Darex Puerto Rico Audit**

Professional Profiles
WR Grace Time Tracking - Darex 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.0 | $ 567.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $581.28 | 2.3 | $ 1,336.94 |
| Rafael Garcia | Director | 15 | Integrated Audit | $422.65 | 3.0 | $ 1,267.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $262.15 | 2.7 | $ 707.81 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $288.90 | 3.0 | $ 866.70 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $186.24 | 1.7 | $ 316.61 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $203.30 | 15.8 | $ 3,212.14 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $173.68 | 3.0 | $ 521.04 |
| Pamela Barkley | Audit Senior Associate | 6 | Integrated Audit | $191.53 | 8.5 | $ 1,628.01 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 5.0 | $ 941.60 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $133.73 | 156.2 | $ 20,888.63 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $131.61 | 1.0 | $ 131.61 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $131.61 | 1.2 | $ 157.93 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $99.84 | 41.1 | $ 4,103.42 |
| | TOTAL | | | | 245.5 | $ 36,647.48 |

**Summary of PwC's Fees By Project Category:**
**2007 Darex Puerto Rico Audit**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 245.5 | $36,647.48 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |

| | | |
|---|---|---|
| 28-Data Analysis | | |
| TOTAL: | 245.5 | $36,647.48 |

**Expense Summary**
**2007 Darex Puerto Rico Audit**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $78.81 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $78.81 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2008 Darex Puerto Rico Audit**

Professional Profiles
WR Grace Time Tracking - Darex 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.7 | $ 964.07 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $588.50 | 0.5 | $ 294.25 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $299.60 | 4.0 | $ 1,198.40 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $191.53 | 15.6 | $ 2,987.87 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $191.53 | 1.9 | $ 363.91 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $224.70 | 14.5 | $ 3,258.15 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 57.7 | $ 10,866.06 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $176.57 | 0.3 | $ 52.97 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $143.38 | 173.7 | $ 24,905.11 |
| Annie Park | Audit Associate | <1 | Integrated Audit | $109.14 | 54.4 | $ 5,937.22 |
| Zinkeng Añadata | Audit Associate | <1 | Integrated Audit | $109.14 | 4.0 | $ 436.56 |
| TOTAL | | | | | 328.3 | $ 51,264.56 |

**Summary of PwC's Fees By Project Category:**
**2008 Darex Puerto Rico Audit**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |

| | Service Provider | Total Expenses |
|---|---|---|
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 328.3 | $ 51,264.56 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 328.3 | $ 51,264.56 |

**Expense Summary**
**2008 Darex Puerto Rico Audit**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $23.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $17.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $40.00 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2009 Darex Puerto Rico Audit**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period July 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Ramon E. Ponte | Audit Partner | 20+ | Darex | $ | 575.05 | 3.0 | 1,725.1 |
| Thomas E Smith | Audit Partner | 21 | Darex | $ | 606.69 | 5.0 | 3,033.5 |
| Jerry Brent Puzey | Tax Director | 6 | Darex | $ | 406.60 | 4.0 | 1,626.4 |
| Alison Nicole Garleb | Audit Manager | 7 | Darex | $ | 257.91 | 43.0 | 11,090.0 |
| Jacqueline Bravo | Tax Senior Associate | 4 | Darex | $ | 279.75 | 17.9 | 5,007.6 |
| Mariana Isturiz Espinoza | Manager | 4 | Darex | $ | 310.30 | 4.0 | 1,241.2 |
| Pavel Katsiak | Audit Senior Associate | 3 | Darex | $ | 196.88 | 11.5 | 2,264.1 |
| Michael Dineen | Audit Associate | 2 | Darex | $ | 109.14 | 51.1 | 5,577.1 |
| Leah Morelle | Audit Associate | 2 | Darex | $ | 145.35 | 203.1 | 29,520.1 |
| Kathleen Elizabeth Bradley | Audit Associate | <2 | Darex | $ | 127.55 | 46.4 | 5,918.2 |
| | | | | | | | |
| | | | | | | | |
| **Totals** | | | | | | 389.0 | $  67,003.30 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

**Totals**            0.0                                                                                $  0.00

## Summary of PwC's Fees By Project Category:
### 2009 Darex Puerto Rico Audit

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

| 23-ZAI Science Trial-Expenses | |
|---|---|
| 24-Other | |
| 25-Accounting/Auditing | 389.0 | $ 67,003.30 |
| 26-Business Analysis | |
| 27-Corporate Finance | |
| 28-Data Analysis | |
| TOTAL: | 389.0 | $ 67,003.30 |

## Expense Summary
## 2009 Darex Puerto Rico Audit

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 131.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 37.15 |
| Business Meals | N/A | $ 450.00 |
| TOTAL: | | $ 618.15 |

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Shared Services Project for July 2010**

Professional Profiles
WR Grace Time Tracking - Shared
Services Project
For the period June 1 - July 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Audit Sr. Managing Director | | Shared Services | $ 520.00 | 1.5 | $ 780.00 |
| Derek Sappenfield | Audit Director | | Shared Services | $ 487.17 | 23.0 | $ 11,205.00 |
| Remco DeRachter | Audit Manager | | Shared Services | $ 330.00 | 97.5 | $ 32,175.00 |
| Totals | | | | | 122.0 | $ 44,160.00 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    2.4    $ 268.80

**Summary of PwC's Fees By Project Category:**
**Shared Services Project for July 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |

| | | |
|---|---|---|
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 2.4 | $268.80 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 122.0 | $ 44,160.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 124.4 | $ 44,428.80 |

Expense Summary
Shared Services Project for July 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 930.80 |
| Lodging | N/A | $ 388.22 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 84.24 |
| TOTAL: | | $ 1,403.26 |