**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:              116 |

Asset Disposition

PREVIOUS BALANCE                                                                    $44.50

BALANCE DUE                                                                            $44.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2011
ACCOUNT NO:      3000-03D
STATEMENT NO:            103

Business Operations

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,814.40 |
| 01/04/2011 | | | | |
| MTH | Review correspondence from RH re draft motion for foreign non-debtor | | 0.40 | 150.00 |
| 01/07/2011 | | | | |
| MTH | Review correspondence from R. Wyron re proposed revisions to draft order re foreign holding company structure | | 0.20 | 75.00 |
| 01/13/2011 | | | | |
| MTH | Review correspondence from JB re Synthetech business; correspondence to JS re same; response to JB re same | | 0.20 | 75.00 |
| 01/14/2011 | | | | |
| MTH | Correspondence to DF re Synthetech merger | | 0.10 | 37.50 |
| MTH | Review correspondence from JS re Synthetech merger | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 1.00 | 375.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $375.00 | $375.00 |

|  |  |  |
|---|---|---|
| | TOTAL CURRENT WORK | 375.00 |
| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | -403.20 |
| | BALANCE DUE | $1,786.20 |

W.R. Grace

Business Operations

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2011
ACCOUNT NO:      3000-04D
STATEMENT NO:            116

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,040.87 |
| 01/17/2011 | | | |
| KH | Review Notice of Change of Firm Name and update service lists | 0.20 | 25.00 |
| 01/24/2011 | | | |
| KH | Review Notice of Substitution and update service lists | 0.20 | 25.00 |
| | FOR CURRENT SERVICES RENDERED | 0.40 | 50.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Katherine Hemming | 0.40 | $125.00 | $50.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 50.00 |
| BALANCE DUE | $1,090.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                01/31/2011
Wilmington  DE                                                          ACCOUNT NO:      3000-05D
                                                                       STATEMENT NO:          116

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                          $2,400.80

01/14/2011        Payment - Thank you.  (October, 2010 - 80% Fees)                          -57.60

BALANCE DUE                                                                               $2,343.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-06D |
|  | STATEMENT NO:            116 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,023.30 |
| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | -230.40 |
| | BALANCE DUE | $792.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
| | STATEMENT NO:          116 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $14,599.84 |
|---|---|---|---|

|  |  | HOURS |  |
|---|---|---|---|
| **01/03/2011** | | | |
| KH | Review e-mails from MTH re: Joinder(.1); Update Joinder and prepare COS(.3); Finalize and e-file Joinder(.3); E-mail as filed Joinder to J. O' Neil(.1) | 0.80 | 100.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Coordinate logistics for hearing on January 10, 2011; e-mail confirmation of same to Peter Lockwood, MTH, and Robert Horkovich | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Review correspondence from KLH to Committee re reimbursement of expenses | 0.10 | 37.50 |
| **01/04/2011** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **01/05/2011** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare and file 2019 of the David Law Firm; e-mail confirmation of same | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **01/06/2011** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Telephone conference with asbestos claimant H. Hicks re status of case | 0.80 | 300.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 37.50 |
| 01/07/2011 | | | | |
| | PEM | Review November MOR. | 0.70 | 315.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 55.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Correspondence to and from PVNL re hearing | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.80 | 300.00 |
| 01/08/2011 | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| 01/10/2011 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from BGC re Garlock 2019 Motion and response to same | 0.10 | 37.50 |
| 01/11/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/12/2011 | | | | |
| | MK | Review committee hearing memorandum. | 0.10 | 15.00 |
| | MTH | Review correspondence from PVNL re draft hearing memo; correspondence to and from KLH re same | 0.20 | 75.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | DAC | Review memorandums re: 1/10/11 hearing | 0.10 | 50.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/13/2011 | | | | |
| | MTH | Review correspondence from JW re 2019 Motion; reviewing documents and response to same | 0.30 | 112.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 3
01/31/2011
ACCOUNT NO:     3000-07D
STATEMENT NO:          116

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **01/14/2011** |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Prepare weekly recommendation memo | 1.80 | 675.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **01/16/2011** |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **01/17/2011** |  |  |  |  |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 37.50 |
| **01/18/2011** |  |  |  |  |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/19/2011** |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/20/2011** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review, retrieve, and distribute recently filed pleadings to MTH, Bob Horkovich and Peter Lockwood | 0.20 | 22.00 |
| **01/21/2011** |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | MTH | Prepare weekly recommendation memo | 0.50 | 187.50 |
| | MTH | Review correspondence from SC re weekly recommendation memo | 0.10 | 37.50 |
| | MTH | Review correspondence from A. Craig re substitution of counsel, correspondence to KLH re same | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 55.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| 01/24/2011 | | | | |
| MTH | Review daily memo | | 0.10 | 37.50 |
| 01/25/2011 | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 45.00 |
| 01/27/2011 | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 45.00 |
| 01/28/2011 | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.20 | 90.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 100.00 |
| 01/31/2011 | | | | |
| MK | Review committee events calendar. | | 0.10 | 15.00 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 15.50 | 4,495.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.90 | $500.00 | $450.00 |
| Philip E. Milch | 2.00 | 450.00 | 900.00 |
| Michele Kennedy | 0.50 | 150.00 | 75.00 |
| Santae M. Boyd | 4.50 | 110.00 | 495.00 |
| Mark T. Hurford | 6.50 | 375.00 | 2,437.50 |
| Katherine Hemming | 1.10 | 125.00 | 137.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 4,495.00 |

| | | | |
|---|---|---|---|
| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | | -4,489.60 |
| BALANCE DUE | | | $14,605.24 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          01/31/2011
Wilmington  DE                                          ACCOUNT NO:        3000-08D
                                                        STATEMENT NO:             115

Employee Benefits/Pension

PREVIOUS BALANCE                                                            -$820.30

01/14/2011      Payment - Thank you.  (October, 2010 - 80% Fees)              -86.40

CREDIT BALANCE                                                              -$906.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2011

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-10D
STATEMENT NO:              116

Employment Applications, Others

PREVIOUS BALANCE                                                                                  $801.90

BALANCE DUE                                                                                           $801.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              01/31/2011
Wilmington  DE                                    ACCOUNT NO:        3000-11D
                                                  STATEMENT NO:           114

Expenses

PREVIOUS BALANCE                                                      $3,619.20

| | | |
|---|---|---|
| 01/01/2011 | Pacer charges for the month of December | 5.60 |
| 01/03/2011 | Printing - December | 72.20 |
| 01/03/2011 | Scanning - December | 43.50 |
| 01/03/2011 | Digital Legal - copy/service - Monthly Fee Applications  and Certificates of No Objection - October | 53.04 |
| 01/03/2011 | Digital Legal - copy/service - Joinder of David T. Austern and ACC | 364.37 |
| 01/05/2011 | Parcels - copy/service - Monthly Application for Compensation - November | 377.90 |
| 01/06/2011 | Digital Legal - copy/service - Monthly Fee Applications - August 2010 (10/04/10) | 305.48 |
| 01/06/2011 | Digital Legal - copy/service - Monthly Applications for Compensation - October (12/3/10) | 689.96 |
| 01/17/2011 | Printing - January (Toshia) | 22.80 |
| 01/17/2011 | Scanning - January (Toshiba) | 6.40 |
| | TOTAL EXPENSES | 1,941.25 |
| | TOTAL CURRENT WORK | 1,941.25 |
| 01/14/2011 | Payment - Thank you.  (October, 2010 - 100% Expenses) | -582.34 |
| | BALANCE DUE | $4,978.11 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 01/31/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
| | STATEMENT NO: | 114 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $3,322.20 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| 01/03/2011 | | | | |
| | KH | Review case docket for objections to C&L October fee application(.1); Prepare C&L Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for October fee application | 0.20 | 75.00 |
| 01/04/2011 | | | | |
| | KH | Prepare Excel spreadsheet for C&L November re: professional hours v. project categories | 0.40 | 50.00 |
| | KH | Review e-mail from DS re: November bill(.1); Prepare C&L November fee application(.5) | 0.60 | 75.00 |
| 01/05/2011 | | | | |
| | KH | Finalize and e-file C&L November fee application | 0.30 | 37.50 |
| | PEM | Review December prebill for Pgh time. | 0.20 | 90.00 |
| 01/10/2011 | | | | |
| | MTH | Reviewing pre bill | 0.70 | 262.50 |
| 01/28/2011 | | | | |
| | KH | Review case docket for objections to C&L November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| | | FOR CURRENT SERVICES RENDERED | 3.40 | 715.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $450.00 | $90.00 |
| Mark T. Hurford | 0.90 | 375.00 | 337.50 |
| Katherine Hemming | 2.30 | 125.00 | 287.50 |

W.R. Grace

| | |
|---|---|
| ACCOUNT NO: | 3000-12D |
| STATEMENT NO: | 114 |

Fee Applications, Applicant

| | |
|---|---|
| TOTAL CURRENT WORK | 715.00 |

| | | |
|---|---|---|
| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | -628.80 |

| | |
|---|---|
| BALANCE DUE | $3,408.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    01/31/2011
Wilmington  DE                                        ACCOUNT NO:        3000-13D
                                                      STATEMENT NO:           101

Fee Applications, Others

PREVIOUS BALANCE                                                    $10,518.50

| | | HOURS | |
|---|---|---|---|
| 01/03/2011 | | | |
| KH | Review case docket for objections to C&D October fee application(.1); Prepare C&L Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KH | Review case docket for objections to AKO October fee application(.1); Prepare C&L Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KH | Review case docket for objections to Charter Oak October fee application(.1); Prepare C&L Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KH | Draft e-mail to Committee re: October-December expenses | 0.10 | 12.50 |
| KH | E-mail as filed October CNOs to R. Finke | 0.10 | 12.50 |
| MTH | Reviewing docket and reviewing and signing CNO for Caplin October fee application | 0.10 | 37.50 |
| MTH | Reviewing docket and reviewing and signing CNO for AKO October fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TB re Kramer Levin fee application | 0.10 | 37.50 |
| 01/04/2011 | | | |
| MTH | Review correspondence from DKW re Ogilvy fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |
| MTH | Review correspondence from D. Fullem re Orrick fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DP re PSZJ fee application | 0.10 | 37.50 |
| 01/05/2011 | | | |
| KH | Review e-mail from E. Benetos re: November fee application(.1); Update C&D Fee Application(.3); Finalize and e-file application(.3) | 0.70 | 87.50 |
| KH | Review e-mail from GS re: November bill(.1); Prepare Charter Oak Fee Application(.5); Finalize and e-file application(.3) | 0.90 | 112.50 |
| KH | Review e-mail from A. Pelton re: November bill(.1); Prepare AKO November fee application(.5); Finalize and e-file application(.3) | 0.90 | 112.50 |
| MTH | Reviewing and signing C&D monthly fee application | 0.30 | 112.50 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing and signing Charter Oak fee application | 0.20 | 75.00 |
| MTH | Reviewing AKO fee application and signing COS | 0.20 | 75.00 |
| MTH | Reviewing and signing C&L November fee application | 0.40 | 150.00 |
| MTH | Reviewing correspondence from KH re Lauzon fee application | 0.10 | 37.50 |
| MTH | Review correspondence from KH re Scarfone Hawkins fee application | 0.10 | 37.50 |
| MTH | Review correspondence from KH re Hogan fee application | 0.10 | 37.50 |

01/07/2011

| KH | Review November fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|---|---|---|---|
| KH | Review November fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review September fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review October fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July-September fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review December fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review Amended December fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review October fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Lauzon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review November fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July-September Interim fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| MTH | Review correspondence from PB re Day Pitney fee application | 0.10 | 37.50 |

01/11/2011

| MTH | Review correspondence from DKW re K&E fee application | 0.10 | 37.50 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/12/2011 |  |  |  |  |
|  | MTH | Review correspondence from PB re Fragomen October, November and December fee applications | 0.20 | 75.00 |
|  | MTH | Review correspondence from MS re Casner fee application | 0.10 | 37.50 |
| 01/14/2011 |  |  |  |  |
|  | KH | Review December fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review October-December Interim fee application of Protiviti(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review July-September Interim fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review October-December Interim fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review October fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review December fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | KH | Review November fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
|  | MTH | Review correspondence from DF re Lincoln quarterly fee application | 0.10 | 37.50 |
| 01/17/2011 |  |  |  |  |
|  | MTH | Review correspondence from YS re PWC fee application; CNO for prior fee application | 0.10 | 37.50 |
|  | MB | Discussion with KH re: fee application process and procedures | 0.40 | 50.00 |
| 01/18/2011 |  |  |  |  |
|  | KCD | Discussions re: fee applications | 0.30 | 112.50 |
| 01/20/2011 |  |  |  |  |
|  | MTH | Review correspondence from PB re PSZJ fee application | 0.10 | 37.50 |
| 01/21/2011 |  |  |  |  |
|  | KH | Review November fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review October fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review December fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July-September Interim fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July-September Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| **01/27/2011** |  |  |  |
| MTH | Review correspondence from DF re two CNO's filed | 0.10 | 37.50 |
| **01/28/2011** |  |  |  |
| KH | Review July fee application of PwC for Darex Project(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July fee application of PwC for Shared Project(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review July fee application of PwC for Controls Project(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review October-December Interim fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review December fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review December fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 25.00 |
| KH | Review case docket for objections to C&D November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KH | Review case docket for objections to AKO November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KH | Review case docket for objections to Charter Oak November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 62.50 |
| KCD | Review and sign numerous CNOs; discussion with KH and MB re: same | 0.80 | 300.00 |
| MB | Distribute weekly fee application memo and calendar | 0.20 | 25.00 |
| MTH | Review correspondence from KH re fee application (x3) | 0.10 | 37.50 |
| **01/31/2011** |  |  |  |
| MTH | Review correspondence from J. Lord re Reed Smith fee application | 0.10 | 37.50 |
| MTH | Reviewing various correspondence from KH re fee applications | 0.20 | 75.00 |
| MTH | Review correspondence from PB re Foley fee application | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 18.70 | 3,487.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.60 | $125.00 | $75.00 |
| Mark T. Hurford | 3.50 | 375.00 | 1,312.50 |

W.R. Grace

Fee Applications, Others

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen Campbell Davis | 1.10 | 375.00 | 412.50 |
| Katherine Hemming | 13.50 | 125.00 | 1,687.50 |

|  | TOTAL CURRENT WORK |  | 3,487.50 |
|---|---|---|---|

| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | -2,365.60 |
|---|---|---|

|  | BALANCE DUE | $11,640.40 |
|---|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2011
ACCOUNT NO:      3000-14D
STATEMENT NO:            75

Financing

|  |  | HOURS |  |
|---|---|---|---|
| 01/11/2011 |  |  |  |
| MTH | Correspondence to and from SC re financing motions (two) | 0.10 | 37.50 |
| 01/14/2011 |  |  |  |
| MTH | Correspondence to JS re two financing motions | 0.20 | 75.00 |
| MTH | Review correspondence from JS re financing motions | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $375.00 | $150.00 |

TOTAL CURRENT WORK                                                                  150.00

BALANCE DUE                                                                              $150.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                01/31/2011
Wilmington  DE                                    ACCOUNT NO:          3000-15D
                                                  STATEMENT NO:              116

Hearings

PREVIOUS BALANCE                                                      $5,296.25

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2011 |  |  |  |  |
|  | MTH | Telephone conference with JON re hearing, CNA Motion | 0.10 | 37.50 |
|  | MTH | Correspondence to and from JON and discussion re Agenda for Jan. 10 hearing | 0.10 | 37.50 |
|  | MTH | Correspondence to and from C&D re Agenda for hearing, correspondence re logistics and preparations for same | 0.30 | 112.50 |
| 01/04/2011 |  |  |  |  |
|  | MTH | Reviewing multiple correspondence to and from counsel to the Debtors, PI FCR re january 10 hearing | 0.30 | 112.50 |
|  | MTH | Review correspondence from SC re hearing Agenda | 0.10 | 37.50 |
| 01/06/2011 |  |  |  |  |
|  | MTH | Review correspondence from R. Horkovich re agenda for hearing and response to same | 0.10 | 37.50 |
| 01/07/2011 |  |  |  |  |
|  | MTH | Reviewing Amended Agenda; correspondence re same; preparing for hearing | 1.00 | 375.00 |
| 01/10/2011 |  |  |  |  |
|  | KH | Prepare Memorandum for 1/10/11 hearing | 0.20 | 25.00 |
|  | MTH | Attending hearing (telephonically) | 2.70 | 1,012.50 |
| 01/11/2011 |  |  |  |  |
|  | MTH | Drafting hearing memo to Committee and correspondence to counsel re same | 2.60 | 975.00 |
| 01/12/2011 |  |  |  |  |
|  | KH | Update Hearing Memorandum and e-mail to Committee | 0.20 | 25.00 |

Page: 2
01/31/2011

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:           116

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/28/2011 |  |  |  |  |
| MB | Discussion with KH re: fee application process and procedures | | 0.20 | 25.00 |
|  | FOR CURRENT SERVICES RENDERED | | 7.90 | 2,812.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.20 | $125.00 | $25.00 |
| Mark T. Hurford | 7.30 | 375.00 | 2,737.50 |
| Katherine Hemming | 0.40 | 125.00 | 50.00 |

TOTAL CURRENT WORK                                                        2,812.50

01/14/2011        Payment - Thank you.  (October, 2010 - 80% Fees)                          -542.40

BALANCE DUE                                                          $7,566.35

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    01/31/2011
Wilmington  DE                                               ACCOUNT NO:    3000-16D
                                                             STATEMENT NO:        101


Litigation and Litigation Consulting


PREVIOUS BALANCE                                                          -$2,586.60

                                                                    HOURS
01/11/2011
    MTH      Multiple correspondence to and from MRE and PEM re Garlock 2019
             Motion                                                   0.10        37.50
    MTH      Correspondence to counsel at C&D re Order entered on Garlock Motion
             for access                                               0.10        37.50
    MTH      Correspondence to PVNL re incorrect image file uploaded re Garlock
             2019 Motion                                              0.10        37.50

01/14/2011
    MTH      Correspondence to and from PVNL re Garlock 2019 Motion; discussion
             with TS re same                                          0.30       112.50

01/21/2011
    MTH      Telephone conference with JPW re Garlock Motion          0.20        75.00

01/24/2011
    MRE      Telephone conference with KM and JW regarding 2019s      0.80       360.00
    MTH      Reviewing documents re issues re Garlock 2019 Motion and discussion
             with MRE re same                                         0.50       187.50

01/25/2011
    MTH      Reviewing issues re Garlock 2019 Motion; discussions with MRE, KCM
             and JPW re same                                          0.40       150.00
             FOR CURRENT SERVICES RENDERED                            2.50       997.50

                                    RECAPITULATION
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $375.00 | $637.50 |
| Marla R. Eskin | 0.80 | 450.00 | 360.00 |

W.R. Grace

01/31/2011
ACCOUNT NO:        3000-16D
STATEMENT NO:           101

Litigation and Litigation Consulting

TOTAL CURRENT WORK                                              997.50

CREDIT BALANCE                                              -$1,589.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2011 |
| Wilmington DE | ACCOUNT NO:      3000-17D |
|  | STATEMENT NO:            101 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | | $3,110.40 |
|---|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| **01/01/2011** | | | | |
| | MTH | Review correspondence from DF re Joinder to Debtors' response re CNA settlement motion and response to same | 0.10 | 37.50 |
| **01/03/2011** | | | | |
| | MTH | Telephone conference with JON re CNA Joinder | 0.10 | 37.50 |
| | MTH | Reviewing draft Joinder to Debtors' Reply re CNA settlement motion; various e-mails with PVNL and counsel to PI FCR re finalizing and filing of same | 0.70 | 262.50 |
| | MTH | Reviewing Debtors' draft Reply re CNA settlement motion | 0.30 | 112.50 |
| | MTH | Review correspondence from SC re CNA's Motion for leave to file reply re CNA settlement motion | 0.10 | 37.50 |
| **01/07/2011** | | | | |
| | MTH | Review correspondence from BM re CNA's objections and responses to discovery requests | 0.20 | 75.00 |
| | MTH | Review correspondence from JON re responses to Libby discovery requests | 0.20 | 75.00 |
| **01/10/2011** | | | | |
| | MTH | Review correspondence from MK re CNA settlement and response to same | 0.10 | 37.50 |
| **01/18/2011** | | | | |
| | MTH | Reviewing correspondence from J. Baer re Canadian ZAI Minutes of Settlement and correspondence to and from PVNL re same | 0.30 | 112.50 |
| **01/31/2011** | | | | |
| | KCD | Review confirmation opinion; discussions re: same | 0.80 | 300.00 |
| | DAC | Review confirmation opinion and order with findings of fact and | | |

Page: 2
W.R. Grace

01/31/2011
ACCOUNT NO:      3000-17D
STATEMENT NO:          101

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
|  | conclusions of law | 4.00 | 2,000.00 |
| PEM | Review Bankruptcy Court opinion and conclusions re: confirmation of Plan. | 1.00 | 450.00 |
| MTH | Correspondence and brief review re confirmation order | 0.30 | 112.50 |
|  | FOR CURRENT SERVICES RENDERED | 8.20 | 3,650.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 4.00 | $500.00 | $2,000.00 |
| Philip E. Milch | 1.00 | 450.00 | 450.00 |
| Mark T. Hurford | 2.40 | 375.00 | 900.00 |
| Kathleen Campbell Davis | 0.80 | 375.00 | 300.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,650.00 |

| 01/14/2011 | Payment - Thank you.  (October, 2010 - 80% Fees) | -57.60 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $6,702.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          01/31/2011
Wilmington  DE                                                     ACCOUNT NO:        3000-18D
                                                                            STATEMENT NO:              101

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                  -$257.70

CREDIT BALANCE                                                                    -$257.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2011

W.R. Grace
Wilmington  DE                                                ACCOUNT NO:        3000-20D
                                                             STATEMENT NO:            100

Tax Litigation

PREVIOUS BALANCE                                                               $468.80

BALANCE DUE                                                                    $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2011
ACCOUNT NO:          3000-21D
STATEMENT NO:                 92

Travel-Non-Working

PREVIOUS BALANCE                                                                            -$4.00

CREDIT BALANCE                                                                            -$4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
| | STATEMENT NO:              105 |

Valuation

PREVIOUS BALANCE                                                                                          $1,185.00

BALANCE DUE                                                                                               $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    01/31/2011
Wilmington  DE                                                  ACCOUNT NO:        3000-23D
                                                               STATEMENT NO:              105

ZAI Science Trial

PREVIOUS BALANCE                                                              $1,203.30

BALANCE DUE                                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2011

W.R. Grace
Wilmington  DE                                                         ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 44.50 | 0.00 | 0.00 | 0.00 | 0.00 | $44.50 |
| 3000-03 Business Operations | | | | | |
| 1,814.40 | 375.00 | 0.00 | 0.00 | -403.20 | $1,786.20 |
| 3000-04 Case Administration | | | | | |
| 1,040.87 | 50.00 | 0.00 | 0.00 | 0.00 | $1,090.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,400.80 | 0.00 | 0.00 | 0.00 | -57.60 | $2,343.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,023.30 | 0.00 | 0.00 | 0.00 | -230.40 | $792.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,599.84 | 4,495.00 | 0.00 | 0.00 | -4,489.60 | $14,605.24 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -820.30 | 0.00 | 0.00 | 0.00 | -86.40 | -$906.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 801.90 | 0.00 | 0.00 | 0.00 | 0.00 | $801.90 |
| 3000-11 Expenses | | | | | |
| 3,619.20 | 0.00 | 1,941.25 | 0.00 | -582.34 | $4,978.11 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,322.20 | 715.00 | 0.00 | 0.00 | -628.80 | $3,408.40 |

W.R. Grace

Page: 2
01/31/2011
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 10,518.50 | 3,487.50 | 0.00 | 0.00 | -2,365.60 | $11,640.40 |
| 3000-14 Financing | | | | | |
| 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-15 Hearings | | | | | |
| 5,296.25 | 2,812.50 | 0.00 | 0.00 | -542.40 | $7,566.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,586.60 | 997.50 | 0.00 | 0.00 | 0.00 | -$1,589.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 3,110.40 | 3,650.00 | 0.00 | 0.00 | -57.60 | $6,702.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 46,780.66 | 16,732.50 | 1,941.25 | 0.00 | -9,443.94 | $56,010.47 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.