**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:             117 |

Asset Disposition

| PREVIOUS BALANCE | $44.50 |
|---|---|
| BALANCE DUE | $44.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2011
ACCOUNT NO:    3000-03D
STATEMENT NO:    104

Business Operations

PREVIOUS BALANCE $1,786.20

|  |  | HOURS |  |
|---|---|---|---|
| 02/21/2011 |  |  |  |
| MTH | Reviewing Debtors' Motion re Netherlands NewCo and correspondence to PVNL and Charter Oak re same | 0.40 | 150.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $375.00 | $150.00 |

TOTAL CURRENT WORK 150.00

02/25/2011 Payment - Thank you. (November, 2010 - 80% Fees) -835.20

BALANCE DUE $1,101.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2011
ACCOUNT NO:     3000-04D
STATEMENT NO:          117

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,090.87 |
| 02/02/2011 | | | | |
| MTH | Correspondence to and from lead counsel re response to Garlock 2019 Motion; correspondence and discussions with Debtors' counsel re same; final Agenda and hearing binder | | 0.30 | 112.50 |
| 02/07/2011 | | | | |
| DAC | Review response to the Garlock motion and comments | | 0.10 | 50.00 |
| SMB | Prepare Joinder and Objection of the Official Committees of Asbestos Claimants to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief; prepare certificate of service, service, address filing and service | | 1.50 | 165.00 |
| MTH | Reviewing and revising Joinder and Opposition; correspondence and communications re same | | 1.20 | 450.00 |
| 02/08/2011 | | | | |
| DAC | Review of Angelos and Kazan oppositions to Garlock's motion for access to 2019 statements, and joinder by ACC; see newsline article | | 1.00 | 500.00 |
| 02/18/2011 | | | | |
| KCD | Discussion with MTH re: status of case and hearing before District Court | | 0.20 | 75.00 |
| MTH | Correspondence to and from PVNL re Garlock 9019 Motion | | 0.10 | 37.50 |
| 02/21/2011 | | | | |
| MTH | Begin reviewing Garlock's Amended 2019 Motion and Motion to Intervene and correspondence to counsel at C&D re same | | 0.50 | 187.50 |
| 02/28/2011 | | | | |
| KCD | Discussion with MTH re: appeal and projected timeline | | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 5.10 | 1,652.50 |

Page: 2
02/28/2011

W.R. Grace

ACCOUNT NO:   3000-04D
STATEMENT NO:   117

Case Administration

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $500.00 | $550.00 |
| Santae M. Boyd | 1.50 | 110.00 | 165.00 |
| Mark T. Hurford | 2.10 | 375.00 | 787.50 |
| Kathleen Campbell Davis | 0.40 | 375.00 | 150.00 |

TOTAL CURRENT WORK           1,652.50

02/25/2011      Payment - Thank you.  (November, 2010 - 80% Fees)     -276.40

BALANCE DUE           $2,466.97

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2011
ACCOUNT NO:    3000-05D
STATEMENT NO:    117

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $2,343.20 |
| 02/23/2011 |  |  |  |
| MRE | E-mails with counsel regarding preliminary injunction decision | 0.20 | 90.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.20 | 90.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.20 | $450.00 | $90.00 |

TOTAL CURRENT WORK                                          90.00

BALANCE DUE                                          $2,433.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2011
ACCOUNT NO:        3000-06D
STATEMENT NO:             117

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $792.90 |
| 02/25/2011 | Payment - Thank you.  (November, 2010 - 80% Fees) | -115.20 |
| | BALANCE DUE | $677.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    02/28/2011
Wilmington  DE                                                    ACCOUNT NO:        3000-07D
                                                                 STATEMENT NO:            117

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                      $14,605.24

|  |  | HOURS |  |
|---|---|---|---|
| **02/01/2011** |  |  |  |
| MK | Review e-mail request from counsel, review file - provide data requested. | 0.30 | 45.00 |
| MK | Review orders. | 0.70 | 105.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Telephone conference with KCM re Garlock 2019 Motion; reviewing correspondence re same from ACM | 0.20 | 75.00 |
| PEM | Review  memo re: pleadings filed. | 0.10 | 45.00 |
| **02/02/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| **02/03/2011** |  |  |  |
| PEM | Review  memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Correspondence to Committee re JKF Plan Confirmation | 0.30 | 112.50 |
| MTH | Review daily memo | 0.10 | 37.50 |
| PEM | Telephone conference with Claimant counsel re: decision and status. | 0.30 | 135.00 |
| **02/04/2011** |  |  |  |
| MK | Review committee memorandum and orders entered. | 0.20 | 30.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 90.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Prepare weekly recommendation memorandum | 1.50 | 165.00 |
| **02/07/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| **02/08/2011** |  |  |  |
| SMB | Review and retrieve December 13, 2010 transcript re: indirect claims | 0.30 | 33.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |

Page: 2
02/28/2011
ACCOUNT NO:        3000-07D
STATEMENT NO:              117

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/09/2011** |  |  |  |  |
| | SMB | Prepare hearing memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **02/10/2011** |  |  |  |  |
| | SMB | Prepare weekly recommendation memo | 1.00 | 110.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| **02/11/2011** |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | SMB | Prepare hearing binder re: February 14, 2011 | 1.00 | 110.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| | MTH | Review correspondence from KCD re conference call with the Court | 0.10 | 37.50 |
| **02/14/2011** |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **02/15/2011** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **02/16/2011** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **02/17/2011** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Various correspondence re hearing transcript | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Reviewing information and correspondence to and from PVNL and ACM re memo from Feb hearing | 0.40 | 150.00 |
| **02/18/2011** |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Prepare weekly recommendation memo | 1.30 | 487.50 |
| | MTH | Correspondence to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Correspondence with ACM, PEM and MK re Garlock hearing memo; reviewing same | 0.30 | 112.50 |
| | SMB | Prepare weekly recommendation memorandum | 1.20 | 132.00 |
| | MTH | Discussion with BGC re draft hearing memo; reviewing correspondence from PVNL re same | 0.30 | 112.50 |

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:          117

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/21/2011** | | | | |
| | MK | Review committee events calendar.  Update attorney case calendars. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Correspondence to M. Harvey re Garlock disc | 0.10 | 37.50 |
| **02/22/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **02/23/2011** | | | | |
| | MTH | Correspondence to and from MRE re status conference | 0.10 | 37.50 |
| | MTH | Review correspondence from BGC re status conference and response to same | 0.10 | 37.50 |
| | BGC | Draft hearing memo for Committee. | 0.50 | 197.50 |
| **02/24/2011** | | | | |
| | MTH | Discussion with BGC re status conference with Judge Buckwalter and reviewing draft memorandum re same | 0.40 | 150.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | PEM | Review memo re: status conference before D. Ct. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 1.00 | 110.00 |
| **02/25/2011** | | | | |
| | PEM | Review weekly recommendation memo re: pending matters and motions. | 0.10 | 45.00 |
| | MTH | Reviewing Agenda for hearing and correspondence to and form PVNL and RH re same | 0.20 | 75.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memo | 1.50 | 562.50 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| **02/28/2011** | | | | |
| | MTH | Review correspondence from BGC, JAL re hearing with Judge Buckwalter; discussion with BGC re same | 0.30 | 112.50 |
| | MTH | Discussion with FKL re daily memo; reviewing same | 0.20 | 75.00 |
| | SMB | E-mail weekly recommendation memorandum to necessary parties | 0.10 | 11.00 |
| | | FOR CURRENT SERVICES RENDERED | 18.10 | 4,964.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $500.00 | $200.00 |
| Philip E. Milch | 1.70 | 450.00 | 765.00 |
| Michele Kennedy | 1.40 | 150.00 | 210.00 |
| Santae M. Boyd | 6.40 | 110.00 | 704.00 |
| Mark T. Hurford | 7.70 | 375.00 | 2,887.50 |

Page: 4

W.R. Grace
02/28/2011
ACCOUNT NO:      3000-07D
STATEMENT NO:           117

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Bernard G. Conaway | 0.50 | 395.00 | 197.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,964.00 |

| 02/25/2011 | Payment - Thank you.  (November, 2010 - 80% Fees) | -3,527.60 |

| BALANCE DUE | $16,041.64 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-08D |
|  | STATEMENT NO:    116 |

Employee Benefits/Pension

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | -$906.70 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/15/2011 | | | | |
| | MTH | Reviewing correspondence from R. Higgins re Pension Plan Motion (draft) | 0.20 | 75.00 |
| 02/21/2011 | | | | |
| | MTH | Begin reviewing Debtors' Pension Plan Motion and correspondence to Charter Oak and PVNL re same | 0.50 | 187.50 |
| 02/23/2011 | | | | |
| | MTH | Review correspondence from JS re pension plan motion | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.80 | 300.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $375.00 | $300.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 300.00 |
| CREDIT BALANCE | -$606.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

02/28/2011

ACCOUNT NO:        3000-10D
STATEMENT NO:              117

Employment Applications, Others

PREVIOUS BALANCE                                                                                        $801.90

BALANCE DUE                                                                                                  $801.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          02/28/2011
Wilmington  DE                                      ACCOUNT NO:    3000-11D
                                                    STATEMENT NO:         115

Expenses

PREVIOUS BALANCE                                                    $4,978.11

| | | |
|---|---|---:|
| 02/01/2011 | Pacer charges for the month of January | 35.76 |
| 02/01/2011 | Scanning - January | 9.80 |
| 02/01/2011 | Printing - January | 168.00 |
| 02/01/2011 | Postage - records produced re: Ickes | 1.22 |
| 02/02/2011 | Parcels - copy/service - Fee Application | 104.28 |
| 02/02/2011 | Parcels - copy/service - Fee Application | 59.46 |
| 02/02/2011 | Parcels - copy/service - Fee Application | 97.41 |
| 02/02/2011 | Parcels - copy/service - Fee Application | 168.91 |
| 02/02/2011 | Parcels - copy/service - Fee Application | 70.73 |
| 02/09/2011 | Parcels - copy/service - (4) Certificate of No Objection (1/28/2011) | 87.89 |
| 02/11/2011 | J& J Court Transcribers, Inc. - In re v. W.R. Grace (12/13/2010) | 56.70 |
| 02/15/2011 | Parcels - copy/service - Fee Applications (5) | 542.37 |
| 02/16/2011 | Parcels - copy/service - Fee Application (1) | 380.65 |
| 02/24/2011 | Courtcall appearance of MTH | 107.00 |
| 02/24/2011 | Courtcall appearance of Phillip Milch | 58.00 |
| 02/28/2011 | Photocopying - February, 2011 | 11.85 |
| 02/28/2011 | Parcels - copy/service - Joinder and Objection Garlock 2019 | 456.32 |
| | TOTAL EXPENSES | 2,416.35 |
| | | |
| | TOTAL CURRENT WORK | 2,416.35 |
| | | |
| 02/25/2011 | Payment - Thank you.  (November, 2010 - 100% Expenses) | -935.51 |
| | | |
| | BALANCE DUE | $6,458.95 |

W.R. Grace

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
| | STATEMENT NO: | 115 |

Fee Applications, Applicant

PREVIOUS BALANCE $3,408.40

| | | | HOURS | |
|---|---|---|---|---|
| 02/01/2011 | | | | |
| | KCD | Review C&L application; sign COS re: same | 0.30 | 112.50 |
| | MB | Review email from DS re: December bill(.1); Prepare C&L December fee application (.7) | 0.80 | 100.00 |
| 02/02/2011 | | | | |
| | PEM | Review January prebill for Pgh time. | 0.20 | 90.00 |
| | MB | Finalize and e-file C&L December fee application (.5) | 0.50 | 62.50 |
| 02/03/2011 | | | | |
| | MB | Work on fee application tracking chart in preparation for final fee application; Discussion with KCD re: same | 0.20 | 25.00 |
| | MB | Work on fee application tracking chart in preparation for final fee application; Discussion with KCD re: same | 0.30 | 37.50 |
| 02/07/2011 | | | | |
| | MB | Work on fee application tracking chart in preparation for final fee application | 0.50 | 62.50 |
| 02/10/2011 | | | | |
| | MB | Work on Campbell & Levine interim fee application for the period of October through December 2010 (.7); Discussion with KCD re: same (.3) | 1.00 | 125.00 |
| | MTH | Reviewing prebill | 0.80 | 300.00 |
| 02/14/2011 | | | | |
| | MB | Work on C&L interim fee application for the period of October through December 2010 | 0.50 | 62.50 |
| 02/15/2011 | | | | |
| | KCD | Review and sign C&L interim application | 0.30 | 112.50 |

Page: 2
W.R. Grace                                                                    02/28/2011
                                                  ACCOUNT NO:        3000-12D
                                                  STATEMENT NO:            115
Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MB | Efile C&L interim fee application for the period of October through December 2010 | | 0.40 | 50.00 |
| **02/24/2011** | | | | |
| MTH | Reviewing and signing CNO re C&L fee application | | 0.10 | 37.50 |
| MB | Review case docket for objections to C&L December fee application (.1); Prepare and efile certificate of no objection(.4) | | 0.50 | 62.50 |
| **02/28/2011** | | | | |
| MTH | Review correspondence from D.M. re monthly fee application | | 0.10 | 37.50 |
| MB | Review email from DS re: December bill(.1); Prepare C&L December fee application (.7) | | 0.80 | 100.00 |
| | FOR CURRENT SERVICES RENDERED | | 7.30 | 1,377.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $450.00 | $90.00 |
| Matthew Brushwood | 5.50 | 125.00 | 687.50 |
| Mark T. Hurford | 1.00 | 375.00 | 375.00 |
| Kathleen Campbell Davis | 0.60 | 375.00 | 225.00 |

TOTAL CURRENT WORK                                                    1,377.50


02/25/2011    Payment - Thank you.  (November, 2010 - 80% Fees)        -706.40


BALANCE DUE                                                          $4,079.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        02/28/2011
Wilmington  DE                                              ACCOUNT NO:         3000-13D
                                                            STATEMENT NO:              102

Fee Applications, Others

PREVIOUS BALANCE                                                                  $11,640.40

| | | HOURS | |
|---|---|---|---|
| **02/01/2011** | | | |
| KCD | Review C&D application; sign COS and e-mail MB re: same | 0.30 | 112.50 |
| KCD | Review LAS monthly application; e-mails with MB re: same | 0.30 | 112.50 |
| KCD | Review Charter Oak application; sign COS and e-mail MB re: same | 0.30 | 112.50 |
| KCD | Review AKO application and sign COS re: same | 0.30 | 112.50 |
| MTH | Review correspondence from TB re Kramer fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DP re Blackstone fee application | 0.10 | 37.50 |
| MB | Review email from D. Relles re: December bill(.1); Prepare LAS December fee application (.6) | 0.70 | 87.50 |
| MB | Review email from E. Benetos re: C&D December fee application (.1); Update C&D December fee application (.4) | 0.50 | 62.50 |
| MB | Review email from A. Pelton re: December bill(.1); Prepare AKO December fee application (.6) | 0.70 | 87.50 |
| MB | Review email from G. Sinclair re: December bill(.1); Prepare Charter Oak December fee application (.6) | 0.70 | 87.50 |
| | | | |
| **02/02/2011** | | | |
| MB | Finalize and e-file LAS December fee application (.4) | 0.40 | 50.00 |
| MB | Finalize and e-file C&D December fee application (.4) | 0.40 | 50.00 |
| MB | Finalize and e-file AKO December fee application (.4) | 0.40 | 50.00 |
| MB | Finalize and e-file Charter Oak December fee application (.4) | 0.40 | 50.00 |
| | | | |
| **02/03/2011** | | | |
| KCD | Discussions re: preparation for final fee applications | 0.20 | 75.00 |
| MTH | Review correspondence from D.M. re fee application | 0.10 | 37.50 |
| MTH | Review correspondence from PB re Ogilvy fee application | 0.10 | 37.50 |
| | | | |
| **02/04/2011** | | | |
| SMB | Review December fee application of Bilzin Sumberg Baena Price & Axelrod (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review January fee application of Hon. Alexander M. Sanders, Jr. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Ogilvy Renault LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review Interim fee application of Blackstone Advisory Partners LP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review November fee application of Blackstone Advisory Partners LP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Kramer Levin Naftalis & Frankel LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January fee application of Alan B. Rich (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  Interim fee application of Lauzon Belanger Lesperance (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review Interim fee application of Scarfone Hawkins LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review Interim fee application of The Hogan Firm (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of The Hogan Firm (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Lauzon Belanger Lesperance (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Ferry Joseph & Pearce P.A. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Duane Morris LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Stroock & Stroock & Lavan LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of The Law Offices of Janet S. Baer, P.C.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December fee application of Scarfone Hawkins LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review November fee application of Capstone Advisory Group, LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

02/07/2011
| MB | Work on fee application tracking chart in preparation for final fee application | 0.50 | 62.50 |

02/09/2011
| KCD | Discussion with MB re: interim applications | 0.20 | 75.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/10/2011 | | | | |
| | MB | Review and distribute Anderson Kill & Olick's interim fee audit report | 0.20 | 25.00 |
| | SMB | Review  October to December Interim fee application of Alan B. Rich, Esq. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review July to September Interim fee application of Steptoe Johnson (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review  October to December Interim fee application of Ogilvy Renault LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review  October to December Interim fee application of Hon Alexander Sanders Jr. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review September fee application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review October fee application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review January fee application of Warren H. Smith & Associates, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review December fee application of Blackstone Advisory Partners L.P. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review December fee application of Day Pitney LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 02/11/2011 | | | | |
| | MTH | Review correspondence from PB re K&E fee application | 0.10 | 37.50 |
| 02/14/2011 | | | | |
| | KCD | Discussion with MB re: fee applications; review spreadsheet re: same | 0.20 | 75.00 |
| | KCD | Further discussions with MB re: interim fee applications | 0.10 | 37.50 |
| | MB | Review email from E. Benetos re: C&D October to December interim fee application (.1); Update C&D interim fee application (.4) | 0.50 | 62.50 |
| | MB | Work on fee application tracking chart in preparation for final fee application; Discussion with KCD re: same | 0.50 | 62.50 |
| | MTH | Review correspondence from DW re Woodcock fee application | 0.10 | 37.50 |
| 02/15/2011 | | | | |
| | KCD | Discussion with MB re: interim applications | 0.10 | 37.50 |
| | KCD | Review C&D interim application | 0.30 | 112.50 |
| | KCD | Review Charter Oak interim application | 0.30 | 112.50 |
| | KCD | Review AKO interim application | 0.30 | 112.50 |
| | KCD | Review LAS interim application | 0.30 | 112.50 |
| | MB | Efile C&D interim fee application for the period of October through December 2010 | 0.30 | 37.50 |
| | MB | Prepare  Charter Oak interim fee application for the period of October through December 2010 (.8); Correspondence with J. Sinclair re: same(.2) | 1.00 | 125.00 |
| | MB | Prepare Legal Analysis Systems interim fee application for the period of July through December 2010 (.7); Correspondence with D. Relles re: | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | same(.2) | 0.90 | 112.50 |
| MB | Prepare Anderson Kill & Olick interim fee application for the period of October through December 2010 (.8); Correspondence with A. Pelton re: same(.4) | 1.20 | 150.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |
| MTH | Reviewing various correspondence from MB re draft fee applications | 0.20 | 75.00 |
| MTH | Reviewing correspondence from YS re PWC fee application | 0.10 | 37.50 |
| MTH | Reviewing various correspondence re draft fee applications | 0.50 | 187.50 |
| **02/16/2011** |  |  |  |
| KCD | Further discussions with MB re: fee applications and service of same | 0.30 | 112.50 |
| MB | Prepare COS for service of interim notices on 2002 list | 0.30 | 37.50 |
| MB | Forward fee applications to fee auditor and notice parties | 0.20 | 25.00 |
| **02/17/2011** |  |  |  |
| MTH | Review correspondence from YS re PWC fee app filings | 0.10 | 37.50 |
| **02/18/2011** |  |  |  |
| MTH | Review correspondence from W.W. re HRO interim fee application | 0.10 | 37.50 |
| MTH | Reviewing multiple correspondence from DF re fee applications for Lincoln, Towers and Orrick | 0.20 | 75.00 |
| MTH | Reviewing correspondence from PB re Casner fee applications | 0.10 | 37.50 |
| MTH | Review correspondence from PB re Blackstone fee application | 0.10 | 37.50 |
| MTH | Reviewing correspondence from MB re January AKO fee application and reviewing draft re same; reviewing response from AKO and discussion with MB re same | 0.30 | 112.50 |
| SMB | Review October through December 2010 Interim Application of Saul Ewing LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Warren H. Smith & Associates, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Blackstone Advisory Services L.P. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 Application of Kirkland & Ellis LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 Application of Woodcock Washburn LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Kramer Levin Naftalis & Frankel LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2010 Interim Application of Anderson Kill |  |  |

Page: 5
02/28/2011

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:         102

Fee Applications, Others

|  |  | HOURS | |
|--|--|------|--|
|  | & Olick P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 Application of Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2010 Interim Application of Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

**02/22/2011**

| MTH | Review correspondence from DKW re various fee applications | 0.20 | 75.00 |
|-----|----------------------------------------------------------|------|-------|
| MTH | Review correspondence from DF re Lincoln fee application | 0.10 | 37.50 |

**02/23/2011**

| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
|-----|-----------------------------------------------------------|------|-------|
| MTH | Review correspondence from TBB re Saul Ewing fee application, Kramer fee application | 0.10 | 37.50 |

**02/24/2011**

| MTH | Reviewing and signing CNO re Charter Oak fee application | 0.10 | 37.50 |
|-----|---------------------------------------------------------|------|-------|
| MTH | Reviewing and signing CNO re Anderson Kill fee application | 0.10 | 37.50 |
| MTH | Reviewing and signing CNO for LAS fee application | 0.10 | 37.50 |
| MTH | Reviewing and signing CNO on C&D fee application | 0.10 | 37.50 |
| MTH | Review correspondence from MB to R. Finke re CNO's on fee applications | 0.10 | 37.50 |
| MB | Email with C&D, AKO, LAS and Charter Oak re: Certificates of no objection | 0.10 | 12.50 |
| MB | Review case docket for objections to Legal Analysis Systems December fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to AKO December fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to Charter Oak December fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to C&D December fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Forward filed certificates of no objection to R. Finke | 0.10 | 12.50 |

**02/25/2011**

| MB | Discussion with MTH re: fee application deadlines | 0.10 | 12.50 |
|----|--------------------------------------------------|------|-------|
| MB | Emails with A. Pelton re: AKO January fee application | 0.20 | 25.00 |
| MB | Work on Anderson Kill & Olick Grace January fee application | 0.60 | 75.00 |
| MTH | Review correspondence from D.M. re Strook fee application | 0.10 | 37.50 |
| SMB | Review February fee application of Schiff Hardin LLP (January 2011) and update Flintkote /WR Grace weekly memorandum (Santae) | 0.20 | 22.00 |
| SMB | Review February fee application of Vorys, Sater, Seymour and Pease LLP (January 2011) and update Flintkote /WR Grace weekly memorandum (Santae) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|     |     | HOURS |     |
| --- | --- | --- | --- |
| SMB | Review February fee application of James McMonagle (January 2011) and update Flintkote /WR Grace weekly memorandum (Santae) | 0.20 | 22.00 |
| SMB | Review February fee application of Day Pitney LLP (October 1, 2010 through December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of The Law Offices of Janet S. Baer, P.C. (October 1, 2010 through December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Ferry, Joseph & Pearce, P.A. (October 1, 2010 through December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Holme Roberts & Owen LLP (January 1, 2010 through March 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Towers Watson (July 1, 2010 through September 30, 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Lincoln Partners Advisors (January 2011) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Lincoln Partners Advisors (December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Bilzin Sumberg Baena Price & Axelrod LLP (October 1, 2010 through December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Casner & Edwards LLP (December 2011) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of BMC Group (July 2010 through September 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of BMC Group (September 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of BMC Group (August 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of BMC Group (August 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of BMC Group (July) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| SMB | Review February fee application of Capstone Advisory Group LLC (December 2010) and update WR Grace weekly memorandum | 0.20 | 22.00 |
| 02/28/2011 |     |     |     |
| KCD | Numerous discussions and e-mails re: fee applications | 0.80 | 300.00 |
| MTH | Review correspondence from AP re revisions to draft fee application; discussion with KCd and MB re same | 0.30 | 112.50 |
| MTH | Review correspondence from JL re Reed Smith monthly fee application | 0.10 | 37.50 |
| MB | Review email from D. Relles re: December bill(.1); Prepare LAS December fee application (.6) | 0.70 | 87.50 |
| MB | Review email from E. Benetos re: C&D December fee application (.1); Update C&D December fee application (.4) | 0.50 | 62.50 |

Page: 7

W.R. Grace

02/28/2011

ACCOUNT NO:      3000-13D
STATEMENT NO:           102

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MB | Review email from G. Sinclair re: December bill(.1); Prepare Charter Oak December fee application (.6) | 0.70 | 87.50 |
| MTH | Review correspondence from DP re Baer Higgins fee application | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 34.70 | 6,238.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 11.60 | $110.00 | $1,276.00 |
| Matthew Brushwood | 14.80 | 125.00 | 1,850.00 |
| Mark T. Hurford | 4.00 | 375.00 | 1,500.00 |
| Kathleen Campbell Davis | 4.30 | 375.00 | 1,612.50 |

TOTAL CURRENT WORK                                                6,238.50


02/25/2011     Payment - Thank you.  (November, 2010 - 80% Fees)                    -2,741.60


BALANCE DUE                                                  $15,137.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                02/28/2011
Wilmington  DE                                    ACCOUNT NO:        3000-14D
                                                  STATEMENT NO:             76

Financing

PREVIOUS BALANCE                                                         $150.00

BALANCE DUE                                                              $150.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2011
ACCOUNT NO:   3000-15D
STATEMENT NO:   117

Hearings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $7,566.35 |

HOURS

**02/08/2011**
| | | | |
|---|---|---|---|
| MTH | Reviewing Agenda for hearing, mark-up for hearing binder and correspondence to lead counsel re same | 0.30 | 112.50 |

**02/11/2011**
| | | | |
|---|---|---|---|
| KCD | Participate in status conference | 0.90 | 337.50 |
| KCD | Draft e-mail to MRE, MTH re: status conference | 0.20 | 75.00 |

**02/14/2011**
| | | | |
|---|---|---|---|
| MTH | Preparing for and attending hearing on Garlock 2019 Motion (split 1/2 with Flintkote) | 1.50 | 562.50 |
| MTH | Attending omnibus hearing | 0.70 | 262.50 |

**02/22/2011**
| | | | |
|---|---|---|---|
| KCD | E-mails re: District Court conference | 0.20 | 75.00 |
| MTH | Correspondence to and from JON re BNSF hearing | 0.10 | 37.50 |

**02/23/2011**
| | | | |
|---|---|---|---|
| BGC | Attend status conference with Judge Buchwalter | 0.80 | 316.00 |

**02/28/2011**
| | | | |
|---|---|---|---|
| MTH | Preparing for hearing | 0.20 | 75.00 |
| SMB | Courtcall registration for MTH for March 2nd hearing | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | 5.10 | 1,875.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $110.00 | $22.00 |
| Mark T. Hurford | 2.80 | 375.00 | 1,050.00 |
| Kathleen Campbell Davis | 1.30 | 375.00 | 487.50 |

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:            117

Hearings

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Bernard G. Conaway | 0.80 | 395.00 | 316.00 |

TOTAL CURRENT WORK                                                          1,875.50

02/25/2011      Payment - Thank you.  (November, 2010 - 80% Fees)                    -115.20

BALANCE DUE                                                          $9,326.65

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:              102 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| | PREVIOUS BALANCE | -$1,589.10 |
| 02/25/2011 | Payment - Thank you.  (November, 2010 - 80% Fees) | -28.80 |
| | CREDIT BALANCE | -$1,617.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    02/28/2011
Wilmington  DE                                            ACCOUNT NO:        3000-17D
                                                         STATEMENT NO:            102

Plan and Disclosure Statement

PREVIOUS BALANCE                                                          $6,702.80

|  |  | HOURS |  |
|---|---|---|---|
| 02/01/2011 |  |  |  |
| MTH | Correspondence re BNSF Notice of Appeal re CNA settlement | 0.20 | 75.00 |
| 02/03/2011 |  |  |  |
| MTH | Reviewing various correspondence re hearing with Judge Buckwalter | 0.20 | 75.00 |
| MTH | Correspondence with KCM re Garlock Motion | 0.20 | 75.00 |
| 02/04/2011 |  |  |  |
| MTH | Review correspondence from SB re Libby Claimants Notice of Appeal | 0.10 | 37.50 |
| 02/14/2011 |  |  |  |
| MTH | Reviewing two notices of appeal and correspondence to PVNL re same | 0.30 | 112.50 |
| MTH | Review correspondence from HS re Montana joinder to BNSF motion to reconsider and review of same | 0.20 | 75.00 |
| MTH | Review correspondence from J. Baer re hearing before J. Buckwalter | 0.10 | 37.50 |
| 02/15/2011 |  |  |  |
| MTH | Reviewing Court's order clarifying opinion and order | 0.20 | 75.00 |
| MTH | Review correspondence from SC re BNSF re designation of record and statement of issues | 0.10 | 37.50 |
| 02/16/2011 |  |  |  |
| MTH | Correspondence to and from SC re JKF's Clarifying Order and Bank Lender Group appeal | 0.10 | 37.50 |
| MTH | Review correspondence from MS re Order entered re Plan Confirmation | 0.10 | 37.50 |
| 02/18/2011 |  |  |  |
| MTH | Correspondence re Libby Claimants' appeal re CNA settlement | 0.10 | 37.50 |
| MTH | Review correspondence from JB re preparations for Feb. 23 hearing | 0.10 | 37.50 |
| MTH | Correspondence to and from SC re UCC Supplement Notice of Appeal | 0.10 | 37.50 |

Page: 2

W.R. Grace                                                                                                              02/28/2011
                                                                                          ACCOUNT NO:        3000-17D
                                                                                          STATEMENT NO:             102

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Reviewing filings from Canada re 9033 and joinder to motion to reconsider | 0.30 | 112.50 |
| 02/21/2011 |  |  |  |  |
|  | MTH | Telephone conference with JAL re conformed Plan | 0.10 | 37.50 |
|  | MTH | Conference call re Plan confirmation appeals | 0.90 | 337.50 |
|  | KCD | E-mails with MTH re: schedule for confirmation | 0.10 | 37.50 |
|  | MTH | Correspondence and communications with Plan Proponents and co-counsel re conformed Plan and reviewing documents re same | 1.20 | 450.00 |
| 02/22/2011 |  |  |  |  |
|  | MTH | Review correspondence from JB re revised proposed order re briefing | 0.20 | 75.00 |
|  | MTH | Various correspondence and communications re Plan Proponent's Response to BNSF's Motion to Reconsider | 0.80 | 300.00 |
|  | MTH | Review correspondence from SC re Supplemental notice of appeal from Bank Lender Group | 0.10 | 37.50 |
| 02/23/2011 |  |  |  |  |
|  | MTH | Review correspondence from JB re BNSF Motion | 0.10 | 37.50 |
|  | MTH | Review correspondence from JB re proposed order and correspondence to BGC re same | 0.10 | 37.50 |
| 02/24/2011 |  |  |  |  |
|  | MTH | Reviewing Order entered from Judge Buckwalter | 0.10 | 37.50 |
| 02/25/2011 |  |  |  |  |
|  | MTH | Review correspondence from D. Koget re order shortening notice | 0.10 | 37.50 |
| 02/28/2011 |  |  |  |  |
|  | MTH | Correspondence to and from SB re two BNSF filings | 0.10 | 37.50 |
|  | MTH | Reviewing BNSF's Reply re Motion to Reconsider | 0.30 | 112.50 |
|  | MTH | Reviewing BNSF's 9033 Objection | 0.10 | 37.50 |
|  | MTH | Review correspondence from DF and PVNL re counter designation re CNA appeal; response to same | 0.20 | 75.00 |
|  | DAC | Begin review of confirmation order; review memorandum regarding appeal of the confirmation order | 0.30 | 150.00 |
|  | MTH | Review correspondence from HS re Joinder filed by Montana; Objection filed by Montana | 0.10 | 37.50 |
|  | MTH | Review correspondence from FP re Libby Objection to Plan confirmation | 0.10 | 37.50 |
|  |  | FOR CURRENT SERVICES RENDERED | 7.40 | 2,812.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $500.00 | $150.00 |
| Mark T. Hurford | 7.00 | 375.00 | 2,625.00 |
| Kathleen Campbell Davis | 0.10 | 375.00 | 37.50 |

Page: 3
02/28/2011

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              102

Plan and Disclosure Statement

TOTAL CURRENT WORK                                                               2,812.50

02/25/2011        Payment - Thank you.  (November, 2010 - 80% Fees)                      -316.80

BALANCE DUE                                                                    $9,198.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
| | STATEMENT NO:    102 |

Relief from Stay Proceedings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$257.70 |
| 02/21/2011 | | | |
| MTH | Reviewing Debtors' Motion for Stay Relief re Locke litigation and correspondence to PVNL re same | 0.40 | 150.00 |
| 02/22/2011 | | | |
| MTH | Correspondence to and from PVNL re Locke stay relief motion | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | 0.60 | 225.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $375.00 | $225.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 225.00 |
| CREDIT BALANCE | -$32.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-20D |
|  | STATEMENT NO:             101 |

Tax Litigation

PREVIOUS BALANCE                                                                                    $468.80

BALANCE DUE                                                                                              $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          02/28/2011
Wilmington  DE                                    ACCOUNT NO:      3000-21D
                                                  STATEMENT NO:          93

Travel-Non-Working

PREVIOUS BALANCE                                                    -$4.00

|  |  | HOURS |  |
|---|---|---|---|
| 02/23/2011 |  |  |  |
| BGC | Travel to and from Philadelphia to attend status conference with J. Buchwalter. (billed at one-half actual time) | 1.00 | 395.00 |
|  | FOR CURRENT SERVICES RENDERED | 1.00 | 395.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Bernard G. Conaway | 1.00 | $395.00 | $395.00 |

TOTAL CURRENT WORK                                                  395.00

BALANCE DUE                                                       $391.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 02/28/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-22D |
| | STATEMENT NO:            106 |

Valuation


PREVIOUS BALANCE                                                              $1,185.00

BALANCE DUE                                                                     $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                    |
|--------------------|-------------------:|
|                    | Page: 1            |
| W.R. Grace         | 02/28/2011         |
| Wilmington  DE     | ACCOUNT NO:    3000-23D |
|                    | STATEMENT NO:    106 |

ZAI Science Trial

| | |
|---|---:|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                     02/28/2011
Wilmington  DE                                                       ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 44.50 | 0.00 | 0.00 | 0.00 | 0.00 | $44.50 |
| 3000-03 Business Operations | | | | | |
| 1,786.20 | 150.00 | 0.00 | 0.00 | -835.20 | $1,101.00 |
| 3000-04 Case Administration | | | | | |
| 1,090.87 | 1,652.50 | 0.00 | 0.00 | -276.40 | $2,466.97 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,343.20 | 90.00 | 0.00 | 0.00 | 0.00 | $2,433.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 792.90 | 0.00 | 0.00 | 0.00 | -115.20 | $677.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,605.24 | 4,964.00 | 0.00 | 0.00 | -3,527.60 | $16,041.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -906.70 | 300.00 | 0.00 | 0.00 | 0.00 | -$606.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 801.90 | 0.00 | 0.00 | 0.00 | 0.00 | $801.90 |
| 3000-11 Expenses | | | | | |
| 4,978.11 | 0.00 | 2,416.35 | 0.00 | -935.51 | $6,458.95 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,408.40 | 1,377.50 | 0.00 | 0.00 | -706.40 | $4,079.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 11,640.40 | 6,238.50 | 0.00 | 0.00 | -2,741.60 | $15,137.30 |
| 3000-14 Financing | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-15 Hearings | | | | | |
| 7,566.35 | 1,875.50 | 0.00 | 0.00 | -115.20 | $9,326.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,589.10 | 0.00 | 0.00 | 0.00 | -28.80 | -$1,617.90 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,702.80 | 2,812.50 | 0.00 | 0.00 | -316.80 | $9,198.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 225.00 | 0.00 | 0.00 | 0.00 | -$32.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 395.00 | 0.00 | 0.00 | 0.00 | $391.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 56,010.47 | 20,080.50 | 2,416.35 | 0.00 | -9,598.71 | $68,908.61 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.