# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

February 23, 2011                              INVOICE:            241581

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 01/31/11

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/03/11 | Reviewed insurance policies re: updating "loss payable," "aggregate limits" and "follow form" provisions. | W001 | IF | 2.60 |
| 01/03/11 | Attention to timeline project for insurance allocation. | W001 | MG | 4.00 |
| 01/03/11 | Attention to BNSF objection to CNA settlement (1.00).  Attention to how different Trust resolution rates would impact insurance valuation (1.00). Confer with Dr. Mark Peterson regarding same (.80). | W001 | RMH | 2.80 |
| 01/03/11 | Research and analysis in connection with evaluation of underlying asbestos bodily injury liabilities (0.80).  Attention to remaining settlement discussion issues (1.00). | W001 | RYC | 1.80 |
| 01/04/11 | Reviewed and updated index of settlement demand letters. | W001 | CKN | 2.60 |
| 01/04/11 | Research re: London Market settlement and allocation spreadsheet adjustments. | W001 | HEG | 3.40 |
| 01/04/11 | Assisted in identifying materials to be provided to London Market re: settlement information. | W001 | IF | 1.10 |
| 01/04/11 | Reviewed updated settlement demand correspondences with insurance companies. | W001 | IF | 0.90 |
| 01/04/11 | Attention to response to request for additional information re: combined allocation projections (3.00); communications with insurance company attorneys re: same (.90). | W001 | MG | 3.90 |
| 01/04/11 | Attention to settlement negotiations with London Market Insurance Companies. | W001 | RMH | 0.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| February 23, 2011 | INVOICE:            241581 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/04/11 | Settlement correspondence with insolvent insurance company (0.50).    Review status of insurance coverage pending issues in connection with anticipated plan confirmation (2.10). | W001 | RYC | 2.60 |
| 01/05/11 | Begin review and revisions to time and expense entries. | W011 | AHP | 1.80 |
| 01/05/11 | Updated index of settlement demand letters. | W001 | CKN | 4.40 |
| 01/05/11 | Analysis of selected insurance policies re: follow form to London issues, consent to settle, voluntary payments and other coverage issues (3.20); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 4.40 |
| 01/05/11 | Reviewed and updated settlement demand letters with insurance companies. | W001 | IF | 0.90 |
| 01/05/11 | Reviewed insurance policies re:  updating "loss payable," "aggregate limits" and "follow form" clauses. | W001 | IF | 1.80 |
| 01/05/11 | Analyze existing payment model for initial payment rate and comparison to possible new model (4.00); email R. Horkovich re: same (.40). | W001 | MG | 4.40 |
| 01/06/11 | Complete initial review. | W011 | AHP | 0.60 |
| 01/06/11 | Reviewed and updated index of settlement demand letters. | W001 | CKN | 1.80 |
| 01/06/11 | Draft and revise insurance policy data spreadsheets (.60); analysis of selected insurance policies re: follow form, consent to settle, voluntary payments and other coverage issues (2.60). | W001 | GFF | 3.20 |
| 01/06/11 | Revised spreadsheet re: London Market coverage and updating "loss payable," "products hazard limits" and "follow form" clauses. | W001 | IF | 2.40 |
| 01/06/11 | Attention to response to request for additional information re: combined allocation projections (2.80); communications with insurance company attorneys re: same (.30). | W001 | MG | 3.10 |
| 01/06/11 | Attention to allocation timeline project re: insurance recoveries. | W001 | MG | 4.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| February 23, 2011 | INVOICE: | 241581 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/07/11 | Revised spreadsheet re: London Market coverage and updating "loss payable," "products/completed operations hazard limits" and "follow form" provisions. | W001 | IF | 1.90 |
| 01/07/11 | Reviewed, updated and revised information to be provided to Mendes re: settlement with London Market Companies. | W001 | IF | 1.30 |
| 01/07/11 | Attention to response to request for additional information re: combined allocation projections (4.30); communications with insurance company attorneys re: same (.40). | W001 | MG | 4.70 |
| 01/07/11 | Follow-up re: insurance allocation timeline project. | W001 | MG | 1.80 |
| 01/07/11 | Attention to settlement negotiations with London Market companies. | W001 | RMH | 0.60 |
| 01/10/11 | Review changes, make additional revisions and forward fee application. | W011 | AHP | 1.60 |
| 01/10/11 | Analysis of selected insurance policies re: follow form issues, loss payable, voluntary payments issues, consent to settle issues and other coverage issues (3.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 4.10 |
| 01/10/11 | Reviewed and revised spreadsheet re: London Market coverage and updating "loss payable," "products hazard limits" and "follow form" language. | W001 | IF | 2.90 |
| 01/10/11 | Review Access database in order to prepare supplemental submission identifying pending claims as of bankruptcy filing date (1.20); confer with IT specialist re: same (.40). | W001 | KES | 1.60 |
| 01/10/11 | Attention to allocation stream of payments project. | W001 | MG | 4.20 |
| 01/10/11 | Hearing with Judge Fitzgerald. | W001 | RMH | 2.40 |
| 01/10/11 | Attention to appeal from trial court's approval of special master's disallowance of proof of claim. | W001 | RYC | 1.30 |
| 01/11/11 | Exporting claims data from Access database for K. Sharperson. | W001 | DL | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

February 23, 2011                                            INVOICE:            241581

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 01/11/11 | Draft and revise insurance policy data spreadsheets (1.10); Analysis of selected insurance policies re: follow form to London issues, consent to settle issues, voluntary payments and other coverage issues (2.30). | W001 | GFF | 3.40 |
| 01/11/11 | Reviewed settlement calculations memo. | W001 | HEG | 1.20 |
| 01/11/11 | Reviewed status of insolvents and updates to Inselbuch memorandum. | W001 | IF | 1.40 |
| 01/11/11 | Reviewed spreadsheet re: London Market coverage and updating "loss payable," follow form information and "products-completed operations hazard limits". | W001 | IF | 1.90 |
| 01/11/11 | Begin preparation of documents necessary to file appeal of Court Order denying claimant's objection to the Special Master's determination in insurance insolvency matter. | W001 | KES | 1.20 |
| 01/11/11 | Attention to allocation stream of payments project. | W001 | MG | 4.20 |
| 01/11/11 | Attention to revised insurance valuation. | W001 | RMH | 1.20 |
| 01/11/11 | Attention to research in connection with pre-bankruptcy paid asbestos bodily injury claims. | W001 | RYC | 0.70 |
| 01/12/11 | Draft and revise insurance policy data spreadsheets (.60); Analysis of selected insurance policies re: voluntary payments and consent to settle issues (1.70). | W001 | GFF | 2.30 |
| 01/12/11 | Attention to allocation stream of payments project. | W001 | MG | 4.80 |
| 01/12/11 | Further attention to insurance valuation. | W001 | RMH | 0.80 |
| 01/12/11 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 01/12/11 | Assist with update regarding status of insolvent insurance companies (.70). Follow-up in connection with potential post-bankruptcy pleadings for insurance recoveries and settlement discussions (2.70). | W001 | RYC | 3.40 |
| 01/13/11 | Review changes, finalize and release fee application. | W011 | AHP | 1.20 |
| 01/13/11 | Excerpting claims information from Access database and burning to disc for K. Sharperson. | W001 | DL | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:       100055.WRG01

February 23, 2011                              INVOICE:         241581

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/13/11 | Analysis of selected insurance policies re: follow form, voluntary payments issues, consent to settle and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.10 |
| 01/13/11 | Continued review of insolvent insurance companies and claim payment timetables. | W001 | HEG | 1.30 |
| 01/13/11 | Reviewed insolvent insurance companies information re: update memorandum to client. | W001 | IF | 1.30 |
| 01/13/11 | Reviewed spreadsheet re: new "loss payable," follow form information and "products and completed operations hazard limits". | W001 | IF | 1.80 |
| 01/13/11 | Confer with IT re: chart identifying asbestos claimants as of bankruptcy date (.20); complete notice of appeal in insurance insolvency (1.30); prepare case information statement for filing appeal (1.40). | W001 | KES | 2.90 |
| 01/13/11 | Attention to allocation stream of payments project. | W001 | MG | 3.30 |
| 01/13/11 | Update insurance valuation for Mr. Inselbuch. | W001 | RMH | 0.90 |
| 01/13/11 | Research and analysis in connection with post-bankruptcy pleadings for anticipated Trust. | W001 | RYC | 1.60 |
| 01/14/11 | Computing claimant indemnities total from Access database for K. Sharperson. | W001 | DL | 0.80 |
| 01/14/11 | Analysis of selected insurance policies re: follow form, voluntary payment issues, consent to settle issues and other coverage issues (2.70); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.40 |
| 01/14/11 | Attention to issues re: claimant's database and preparation of chart for supplemental presentation to Liquidator (2.10); confer with IT Specialist re: calculating amount of indemnity (.10); email to R. Chung re: same (.10); finalize and revise the notice of appeal and case information statement (1.50). | W001 | KES | 3.80 |
| 01/14/11 | Attention to NPV calculations for possible settlements. | W001 | MG | 1.80 |
| 01/14/11 | Attention to revised allocations with new payment assumptions. | W001 | MG | 4.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 23, 2011                                 INVOICE:            241581

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/14/11 | Attention to insurance valuation project for Mr. Inselbuch (.30);  Get and deliver data for new valuation calculations (.70);  Attention to settlement negotiations converting an insurance reimbursement agreement to a lump sum payment (2.00). | W001 | RMH | 3.00 |
| 01/14/11 | Attention to appeal in connection with disallowance of proof of claim regarding Integrity policies (.70). Analysis of review of claimant database in connection with evidence of pre-bankruptcy claims (2.20). | W001 | RYC | 2.90 |
| 01/17/11 | Research background of Integrity decision in connection with appeal. | W001 | RYC | 0.50 |
| 01/18/11 | Review of documents and update monitoring chart. | W011 | AHP | 1.20 |
| 01/18/11 | Reviewed insurance policies re: new information on "voluntary payments," "follow form" and "consent to settle." | W001 | IF | 1.70 |
| 01/18/11 | Reviewed updated information re: insolvent insurance companies. | W001 | IF | 0.70 |
| 01/18/11 | Revise and finalize papers re: filing notice of appeal in insurance insolvency (1.40); communication with R. Chung re: same (.20); call with court clerk re: electronic filing (.20). | W001 | KES | 1.80 |
| 01/18/11 | Attention to allocation with new spending assumptions. | W001 | MG | 2.30 |
| 01/18/11 | Attention to supplemental proof of claim submitted to the Integrity estate. | W001 | RMH | 1.10 |
| 01/18/11 | Research issues in connection with appeal of Integrity trial court's decision approving special master's decision and review and comment upon notice of appeal in connection therewith (2.70); attention to issues raised in settlement discussions (1.10). | W001 | RYC | 3.80 |
| 01/19/11 | Reviewed and updated settlement demand letters binder. | W001 | CKN | 1.70 |
| 01/19/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

February 23, 2011                             INVOICE:          241581

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/19/11 | Reviewed insurance policies re: updated information on "voluntary payments" and "consent to settle." | W001 | IF | 0.90 |
| 01/19/11 | Reviewed and updated information re: insolvent insurance company dividend and payment information. | W001 | IF | 0.80 |
| 01/19/11 | Revise allocation with new spending assumptions. | W001 | MG | 4.40 |
| 01/19/11 | Attention to settlement discussions with a plan objector. | W001 | RMH | 2.30 |
| 01/19/11 | Review and prepare response to insurance companies' follow-up correspondence re: settlement demand (1.30); research and analysis in connection with inquiries regarding insolvent insurance payments (.80). | W001 | RYC | 2.10 |
| 01/20/11 | Analysis of selected insurance policies re: limits, voluntary payments issues, consent to settle and other coverage issues (2.30); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.70 |
| 01/20/11 | Researched insurance company's query issues (2.30); Researched insolvent insurance claim limit status (1.80); research and review of insolvent insurance company status per R. Horkovich request (2.30). | W001 | HEG | 6.40 |
| 01/20/11 | Updated and revised spreadsheet re: London Market coverage and new "loss payable," "products/completed operations hazard limits" and "follow form" clauses. | W001 | IF | 0.60 |
| 01/20/11 | Reviewed insurance policies re: updated information on "voluntary payments" and "consent to settle." | W001 | IF | 1.40 |
| 01/20/11 | Reviewed information re: insurance company payment update information. | W001 | IF | 0.70 |
| 01/20/11 | Attention to allocation with new spending assumptions. | W001 | MG | 2.20 |
| 01/20/11 | Attention to analysis of allocation for all companies together and email insurance company re: same. | W001 | MG | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE       MATTER:     100055.WRG01

February 23, 2011       INVOICE:     241581

MATTER: CLAIMANTS COMMITTEE       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 01/20/11 | Attention to separate discussions with 2 distinct insurance companies (1.60); Attention to payments by insolvent insurance company estates (1.10). | W001 | RMH | 2.70 |
| 01/20/11 | Research and analysis in connection with inquiries regarding payments from insolvent insurance carrier (1.40); review and analysis re: recently raised settlement issues (1.30). | W001 | RYC | 2.70 |
| 01/21/11 | Analysis of selected insurance policies re: follow form to London issues, voluntary payments issues, consent to settle and other coverage issues (2.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.40 |
| 01/21/11 | Requested cash receipt updates and insolvent dividend payment information (1.30); Researched insurance company potential new claim available limits (.90). | W001 | HEG | 2.20 |
| 01/21/11 | Reviewed insurance policies re: updated information on "voluntary payments" and "consent to settle." | W001 | IF | 1.10 |
| 01/21/11 | Attention to allocation with new spending assumptions. | W001 | MG | 4.60 |
| 01/21/11 | Conference call regarding final plan modifications and prepare for same (1.10). Attention to Libby certificate of counsel objecting to form of order approving C.N.A. settlement agreement (1.00). | W001 | RMH | 2.10 |
| 01/21/11 | Review and analysis re: Final Plan Changes (.60); follow-up re: insolvent insurance recovery settlement matters (1.50). | W001 | RYC | 1.70 |
| 01/24/11 | Analysis of selected insurance policies re: follow form, voluntary payment issues, consent to settle and other coverage issues (2.30); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.10 |
| 01/24/11 | Researched insurance company new claim limits (.60); Edited reorganization plan exhibits 5 and 6 (2.60). | W001 | HEG | 3.20 |
| 01/24/11 | Reviewed information and documents re: updated plan exhibits and BNSF objection. | W001 | IF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| February 23, 2011 | INVOICE:              241581 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/24/11 | Reviewed insurance policies re: new information on "follow form" and "voluntary payments" and "consent to settle." | W001 | IF | 1.40 |
| 01/24/11 | Confer with IT Specialist re: preparation of report re: pre-bankruptcy claims (.20); review sample report for consistency (.40); email attorneys for insolvent insurance company re: same (.10). | W001 | KES | 0.80 |
| 01/24/11 | Work on allocation with new spending assumptions. | W001 | MG | 5.20 |
| 01/24/11 | Attention to plan modifications and edits of Exhibit 5. | W001 | RMH | 1.00 |
| 01/24/11 | Research and review documentation and pleadings in connection with post-bankruptcy insurance recovery efforts for anticipated Trust. | W001 | RYC | 2.60 |
| 01/25/11 | Analysis of selected insurance policies re: follow form to London issues, consent to settle, voluntary payment issues and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.10 |
| 01/25/11 | Insolvent status review (1.20); continued review and edits to exhibits 5 and 6 as requested (2.60). | W001 | HEG | 3.60 |
| 01/25/11 | Reviewed information provided by Future Committee re: confirmation plan exhibit updates. | W001 | IF | 1.10 |
| 01/25/11 | Reviewed settled insurance company information since bankruptcy. | W001 | IF | 1.10 |
| 01/25/11 | Update and revise claimant's chart confirming pre-bankruptcy claims (.40); confer with IT specialist re: same (.20). | W001 | KES | 0.60 |
| 01/25/11 | Revisions to allocation with new spending assumptions. | W001 | MG | 4.80 |
| 01/25/11 | Revise NPV demand sheets at insurance company request. | W001 | MG | 0.40 |
| 01/25/11 | Research and analysis in connection with pending settlement discussion requests from insurance companies (2.10);  Follow-up leads in connection with non-responsive insurance companies in connection with settlement (1.70). | W001 | RYC | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 23, 2011                                  INVOICE:           241581

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/26/11 | Analysis of selected insurance policies re: voluntary payments issues, consent to settle language, follow form to London policies and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 3.40 |
| 01/26/11 | Continued edits related to proposed revisions to exhibits 5 and 6. | W001 | HEG | 2.20 |
| 01/26/11 | Reviewed settlement agreements and available coverage net present value information re: updating "trust" flow information. | W001 | IF | 1.20 |
| 01/26/11 | Reviewed insurance policies re: updated "voluntary payments" and "consent to settle" language. | W001 | IF | 1.10 |
| 01/26/11 | Attention to allocation with new spending assumptions. | W001 | MG | 4.70 |
| 01/26/11 | Attention to revision of plan and review edits (.70); Conference call regarding list of those receiving 524g protection being sent to Court (0.50); Communications with insurance company counsel regarding settlement and edit draft settlement letter (1.10). | W001 | RMH | 2.30 |
| 01/26/11 | Prepare response to insurance company in connection with settlement discussion request (2.40).   Research regarding historical claim background in connection with insurance company defenses (3.00). | W001 | RYC | 5.40 |
| 01/27/11 | Reviewed and prepared new reimbursement agreements for analysis. | W001 | IF | 0.80 |
| 01/27/11 | Attention to information response for insolvent insurance company. | W001 | MG | 1.80 |
| 01/27/11 | Attention to allocation with new spending assumptions. | W001 | MG | 4.10 |
| 01/27/11 | Follow-up investigation regarding support for historical claim background in connection with insurance company defenses (2.50).  Attention to outstanding settlement discussion issues (.30). | W001 | RYC | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| February 23, 2011 | INVOICE:            241581 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/28/11 | Analysis of recently received settlement agreements re: amount/timing of payments issues releases, and other issues (2.70); draft and revise settlement data spreadsheets (.70). | W001 | GFF | 3.40 |
| 01/28/11 | Reviewed new calculation for settlement demands re: specific insurance company subsidiaries. | W001 | IF | 0.60 |
| 01/28/11 | Reviewed new settlement agreements re: stream of payment information and "carve-out" for premises claims. | W001 | IF | 2.70 |
| 01/28/11 | Communications with R. Chung re: data underlying Peterson expert report and strategy for proceeding with supplemental submission. | W001 | KES | 0.70 |
| 01/28/11 | Attention to allocation with new spending assumptions. | W001 | MG | 4.40 |
| 01/28/11 | Attention to information response for insolvent insurance company. | W001 | MG | 1.60 |
| 01/28/11 | Send settlement letter to requesting insurance company. | W001 | RMH | 0.60 |
| 01/28/11 | Research support for and resolve issues concerning pre-bankruptcy paid claims (2.30). Attention to outstanding insolvent insurance recovery issues (1.80). | W001 | RYC | 4.10 |
| 01/29/11 | Research and analysis re: strategies for insurance recovery in connection with anticipated Trust including potential transitional matters. | W001 | RYC | 2.70 |
| 01/31/11 | Analysis of selected insurance policies re: follow form, voluntary payments issues, consent to settle and other coverage issues (1.30); draft and revise insurance policy data spreadsheets (.80); review and revise settlement data spreadsheets (.30). | W001 | GFF | 2.40 |
| 01/31/11 | Reviewed memorandum opinion and recommended findings of fact and conclusions of law by bankruptcy court judge. | W001 | IF | 1.30 |
| 01/31/11 | Reviewed and updated settlement agreement payment analysis spreadsheet. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| February 23, 2011 | INVOICE:           241581 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/31/11 | Review and examine Peterson expert report to match data with exhibits presented to Liquidator (1.80); prepare communication to R. Chung re: same (.40). | W001 | KES | 2.20 |
| 01/31/11 | Attention to cash flow spreadsheet. | W001 | MG | 3.20 |
| 01/31/11 | Attention to information response for insolvent insurance company. | W001 | MG | 2.40 |
| 01/31/11 | Organization of case materials. | W001 | NJB | 1.50 |
| 01/31/11 | Attention to Judge Fitzgerald order, findings and opinion (1.00);  Attention to revised valuations (.50). | W001 | RMH | 1.50 |
| 01/31/11 | Review and analysis in connection with outstanding settlement discussion issues (2.80); review and analysis of insurance issues in connection with recommendations and order re: plan confirmation (1.00). | W001 | RYC | 3.80 |

**TOTAL FEES:**                                                        **$161,063.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| February 23, 2011 | INVOICE: | 241581 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 6.40 | 1,600.00 |
| Corina K Nastu | 230.00 | 10.50 | 2,415.00 |
| Daryl Lyew | 250.00 | 4.50 | 1,125.00 |
| Glenn F Fields | 345.00 | 46.50 | 16,042.50 |
| Harris E Gershman | 275.00 | 23.50 | 6,462.50 |
| Izak Feldgreber | 295.00 | 44.40 | 13,098.00 |
| Kenneth E. Sharperson | 530.00 | 15.60 | 8,268.00 |
| Mark Garbowski | 590.00 | 98.50 | 58,115.00 |
| Nicholas J Balsdon | 215.00 | 1.50 | 322.50 |
| Robert M Horkovich | 895.00 | 26.00 | 23,270.00 |
| Robert Y Chung | 595.00 | 51.00 | 30,345.00 |
| **TOTAL FEES:** | | | **$161,063.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

February 23, 2011                                  INVOICE:            241581

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                        | HOURS  | TOTALS       |
|------------------------|--------|--------------|
| Corina K Nastu         | 10.50  | 2,415.00     |
| Daryl Lyew             | 4.50   | 1,125.00     |
| Glenn F Fields         | 46.50  | 16,042.50    |
| Harris E Gershman      | 23.50  | 6,462.50     |
| Izak Feldgreber        | 44.40  | 13,098.00    |
| Kenneth E. Sharperson  | 15.60  | 8,268.00     |
| Mark Garbowski         | 98.50  | 58,115.00    |
| Nicholas J Balsdon     | 1.50   | 322.50       |
| Robert M Horkovich     | 26.00  | 23,270.00    |
| Robert Y Chung         | 50.30  | 29,928.50    |
| **TOTAL:**             | **321.30** | **$159,047.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                     | HOURS   | TOTALS        |
|---------------------|---------|---------------|
| Arline H Pelton     | 6.40    | 1,600.00      |
| Robert Y Chung      | 0.70    | 416.50        |
| **TOTAL:**          | **7.10** | **$2,016.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| February 23, 2011 | INVOICE:           241581 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## COSTS through 01/31/11

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/20/10 | CREDIT FOR LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS ACCT # 118FDM 12/09 services. This entry appears on page 13 of Invoice #236136. (December 2009 billing period) | E106 | (1,962.99) |
| 04/14/10 | CREDIT FOR LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS  ACCT # 118FDM LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS  ACCT # 118FDM. This entry appears on page 11 of Invoice #237603.  (March 2010 billing period) | E106 | (620.62) |
| 01/19/11 | AP - TELEPHONE | E105 | (30.00) |
| 01/25/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Court Call appearance 2/14/11 in front of Judge Fitzgerald | E125 | 30.00 |
| 01/31/11 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges December 1, 2010 through December 31, 2010 | E106 | 2.00 |
| 01/31/11 | TRANSCRIPTS & DEPOSITIONS - VENDOR: AUDIO EDGE TRANSCRIPTION Bal - copy of transcript | E125 | 31.60 |
| 01/31/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Remainder of Court Call fees for hearing 1/10/11 | E125 | 49.00 |

**TOTAL COSTS:**                                                            **($2,501.01)**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

February 23, 2011                              INVOICE:          241581

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| LB | LIBRARY & LEGAL RESEARCH | 2.00 |
| MM | MISCELLANEOUS | (2,583.61) |
| TD | TRANSCRIPTS & DEPOSITIONS | 31.60 |
| TE | AP - TELEPHONE - | (30.00) |
| TE | AP - TELEPHONE - | 79.00 |
| | **TOTAL COSTS:** | **($2,501.01)** |

**TOTAL DUE:**                    **$158,562.49**