Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2011 through January 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 04-Jan-11 | BR | Review of COFC weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-Jan-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 14-Jan-11 | BR | Review of Grace financial presentations for November 2010. | 2.90 | $ 625.00 | $ 1,812.50 |
| 15-Jan-11 | BR | Review of motion to extend the term of the credit agreement with Advanced Refining Technologies LLC. | 0.40 | $ 625.00 | $ 250.00 |
| 19-Jan-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| | | Total Bradley Rapp | 3.60 | | $ 2,250.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 03-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 05-Jan-11 | JS | Review, analyze draft of Motion Authorizing Creation of a Nondebtor Subsidiary Holding Company Structure (Foreign Holding Company Motion) for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| 10-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 13-Jan-11 | JS | Review revised language of Synthetec Motion at the request of ACC counsel for purposes of advising counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 17-Jan-11 | JS | Review two financing motions at the request of ACC counsel for purposes of advising same. | 2.70 | $ 625.00 | $ 1,687.50 |
| 18-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 28-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 31-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| | | Total James Sinclair | 8.80 | | $ 5,500.00 |
| **Peter Cramp - Associate** | | | | | |
| 03-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 06-Jan-11 | PC | Review Debtors' Motion for an Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure for due diligence. | 0.60 | $ 345.00 | $ 207.00 |
| 10-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 11-Jan-11 | PC | Review Jefferies & Company analyst report of 12/15/2010 for due diligence. | 1.10 | $ 345.00 | $ 379.50 |
| 11-Jan-11 | PC | Review November Monthly Operating Report for due diligence. | 1.10 | $ 345.00 | $ 379.50 |
| 17-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| 24-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 25-Jan-11 | PC | Review December Fee Application. | 0.40 | $ 345.00 | $ 138.00 |
| 31-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| | | Total Peter Cramp | 10.60 | | $ 3,657.00 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 25-Jan-11 | GS | Draft WR Grace December 2010 invoice. | 1.60 | $ 290.00 | $ 464.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 464.00 |
| | | **TOTAL** | 24.60 | | $ 11,871.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2011 through January 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 03-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 03-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 04-Jan-11 | BR | Review of COFC weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 06-Jan-11 | PC | Review Debtors' Motion for an Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure for due diligence. | 0.60 | $ 345.00 | $ 207.00 |
| 10-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 10-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 11-Jan-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-Jan-11 | PC | Review Jefferies & Company analyst report of 12/15/2010 for due diligence. | 1.10 | $ 345.00 | $ 379.50 |
| 11-Jan-11 | PC | Review November Monthly Operating Report for due diligence. | 1.10 | $ 345.00 | $ 379.50 |
| 13-Jan-11 | JS | Review revised language of Synthetic Motion at the request of ACC counsel for purposes of advising counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 14-Jan-11 | BR | Review of Grace financial presentations for November 2010. | 2.90 | $ 625.00 | $ 1,812.50 |
| 17-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| 18-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 19-Jan-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 24-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 28-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 31-Jan-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 31-Jan-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| | | **Total Asset Analysis and Recovery** | 16.80 | | $ 7,644.00 |
| **Business Operations** | | | | | |
| 05-Jan-11 | JS | Review, analyze draft of Motion Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure (Foreign Holding Company Motion) for purposes of advising ACC counsel. | 2.70 | $ 625.00 | $ 1,687.50 |
| | | **Total Business Operations** | 2.70 | | $ 1,687.50 |
| **Fee Applications (Applicant)** | | | | | |
| 25-Jan-11 | PC | Review December Fee Application. | 0.40 | $ 345.00 | $ 138.00 |
| 25-Jan-11 | GS | Draft WR Grace December 2010 invoice. | 1.60 | $ 290.00 | $ 464.00 |
| | | **Total Fee Applications (Applicant)** | 2.00 | | $ 602.00 |
| **Financing** | | | | | |
| 15-Jan-11 | BR | Review of motion to extend the term of the credit agreement with Advanced Refining Technologies LLC. | 0.40 | $ 625.00 | $ 250.00 |
| 17-Jan-11 | JS | Review two financing motions at the request of ACC counsel for purposes of advising same. | 2.70 | $ 625.00 | $ 1,687.50 |
| | | **Total Financing** | 3.10 | | $ 1,937.50 |
| | | **TOTAL** | 24.60 | | $ 11,871.00 |

Case 01-01139-AMC    Doc 26939-2    Filed 05/16/11    Page 3 of 4

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2011 through January 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.60 | $ 625.00 | $ 2,250.00 |
| James Sinclair - Senior Managing Director | 8.80 | $ 625.00 | $ 5,500.00 |
| Peter Cramp - Associate | 10.60 | $ 345.00 | $ 3,657.00 |
| Gibbons Sinclair - Senior Analyst | 1.60 | $ 290.00 | $ 464.00 |
| Total Professional Hours and Fees | 24.60 | | $ 11,871.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - January 1, 2011 through January 31, 2011

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period | |
|      | Total Expenses January 1, 2011 through January 31, 2011 | $0.00 |