Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                          HOURS/RATE   AMOUNT
------------------------------------------------------------------------
01/12/11  Peterson  / (07) Committee, Creditors'      0.4    320.00
#5103     Telephone Horkovich re: flow of payments by trust; 800.00
          email to Relles about analyses of cash flow

01/26/11  Peterson  / (07) Committee, Creditors'      0.8    640.00
#5107     Conference call McMillan and Horkovich and  800.00
          preparation

Date: 03/10/11            Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 2

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
01/12/11  Peterson  / (16) Plan and Disclosure Statement    0.6    480.00
#5104     Review TDP sequencing adjustments          800.00

01/12/11  Relles    / (16) Plan and Disclosure Statement    2.7   1282.50
#5301     Develop cash flow models for the Trust, estimate  475.00
          liability

01/13/11  Peterson  / (16) Plan and Disclosure Statement    0.3    240.00
#5106     Review and send analysis of Trust annual payments to  800.00
          Horkovich

01/13/11  Relles    / (16) Plan and Disclosure Statement    1.9    902.50
#5304     Revise cash flow models for the Trust     475.00

Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                          Page 3

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/12/11 | Peterson  / (28) Data Analysis | 1.3 | 1040.00 |
| #5101 | Review cashflow analyses | 800.00 | |
| 01/12/11 | Peterson  / (28) Data Analysis | 0.5 | 400.00 |
| #5102 | Telephone Relles re: cashflows | 800.00 | |
| 01/12/11 | Relles    / (28) Data Analysis | 0.5 | 237.50 |
| #5302 | Telephone Peterson re: cashflows | 475.00 | |
| 01/13/11 | Peterson  / (28) Data Analysis | 0.3 | 240.00 |
| #5105 | Telephone Relles re: annual trust liability | 800.00 | |
| 01/13/11 | Relles    / (28) Data Analysis | 0.3 | 142.50 |
| #5303 | Telephone Peterson re: annual trust liability | 475.00 | |

Date: 03/10/11            Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 4

           W. R. Grace

        Summary Of Time Charges, By Month and Activity
               January 2011 - January 2011

MONTH      ACTIVITY                              HOURS    AMOUNT
----------------------------------------------------------------------
January    - (07) Committee, Creditors'           1.2     960.00
January    - (16) Plan and Disclosure Statement   5.5    2905.00
January    - (28) Data Analysis                   2.9    2060.00
January    - (99) Total                           9.6    5925.00

Total      - (07) Committee, Creditors'           1.2     960.00
Total      - (16) Plan and Disclosure Statement   5.5    2905.00
Total      - (28) Data Analysis                   2.9    2060.00
Total      - (99) Total                           9.6    5925.00

----------------------------------------------------------------------------

```
Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 5

          W. R. Grace

        Summary Of Time Charges, By Month and Person
              January 2011 - January 2011


MONTH       PERSON                           HOURS     AMOUNT
-----------------------------------------------------------------
January     - Relles                          5.4     2565.00
January     - Peterson                        4.2     3360.00
January     - Total                           9.6     5925.00

Total       - Relles                          5.4     2565.00
Total       - Peterson                        4.2     3360.00
Total       - Total                           9.6     5925.00


----------------------------------------------------------------------
```

```
Date: 03/10/11          Legal Analysis Systems, Inc.
Time: 2:00pm                                            Page 6

          W. R. Grace

      Summary Of Time Charges, By Activity, Month, and Person
              January 2011 - January 2011
```

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|

---

**(07) Committee, Creditors'**

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| January | - Peterson | 1.2 | 800. | 960.00 |

**(16) Plan and Disclosure Statement**

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| January | - Relles | 4.6 | 475. | 2185.00 |
| January | - Peterson | 0.9 | 800. | 720.00 |

**(28) Data Analysis**

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| January | - Relles | 0.8 | 475. | 380.00 |
| January | - Peterson | 2.1 | 800. | 1680.00 |

---