IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: September 9, 2011 at 4:00 p.m. |
| | ) | Hearing: September 26, 2011 at 9:00 a.m. |

**COVER SHEET TO SEVENTH QUARTERLY INTERIM FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2011 THROUGH MARCH 31, 2011**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2011 – March 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $145,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $626.82 |

This is a     ___ monthly          _x_ interim          ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

January 1, 2011 – March 31, 2011

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 203.4 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **203.4** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

January 1, 2011 – March 31, 2011

| Expense Category | Total |
|---|---|
| Telephone | 404.39 |
| Express Mail | 75.55 |
| Fee for Public Access to Electronic Court Records | 146.88 |
| **TOTAL** | **$626.82** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.