# EXHIBIT A

**WR Grace**
**January 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Comm w/OHS (DF) re hearing agenda for 1/10 | 0.2 |
| | Review docket, analysis | 1.0 |
| Tue 4 | Comm e/OHS (RF,RW,DF) re Foreign Holdco motion | 0.3 |
| | Comm w/Blackstone re For holdco | 0.3 |
| | Review docket, analysis | 0.2 |
| Wed 5 | Comm w/OHS (RF,RW) re revised order for For holdco | 0.3 |
| | Review docket, analysis | 0.3 |
| Thu 6 | Fee app review, draft | 1.5 |
| | Review docket, analysis | 0.2 |
| Fri 7 | Comm w/OHS (RW) re revised order, Grace meeting | 0.3 |
| | Tel mtg w/LaForce, O'connell re rare earths and FH | 1.0 |
| | Comm w/OHS (DF) re amended agenda for 1/10 | 0.2 |
| | Review docket, analysis | 0.9 |
| Mon10 | Omnibus hearing and prep | 2.2 |
| Mon10 | Review docket, analysis | 0.3 |
| Tue 11 | Comm w/OHS (RW) re fillow up on FH motion ptspd | 0.2 |
| | Review draft rare earth memo | 0.9 |
| | Review docket, analysis | 1.3 |
| Wed 12 | Review draft rare earth memo | 0.9 |
| | Review docket, analysis | 0.2 |
| Thu 13 | Comm w/OHS (RW) re Synthetech merger | 0.4 |
| | Review final rare earth memo | 1.1 |
| | Review Syn merger materials | 1.0 |
| | Review docket, analysis | 0.6 |
| Fri 14 | Financial analysis for post-effective | 1.5 |
| | Review docket, analysis | 1.2 |
| Tue 18 | Comm w/OHS re debtor call re Syn merger | 0.2 |
| | Comm w/Blackstone re Syn merger | 0.2 |
| | Review docket, analysis | 0.2 |
| Wed 19 | Comm fu w/Blackstone (JOC, AS) re Syn merger | 0.4 |
| | Review docket, analysis | 0.7 |
| Thu 20 | Comm w/OHS re scheduling on Syn merger call | 0.3 |
| | comm w/Blackstone (AS) re Syn merger | 0.3 |
| | Review docket, analysis | 0.2 |
| Fri 21 | Comm w/OHS requesting Phase is and Iis | 0.4 |
| | Comm w/Blackstone requesting Phase is and Iis | 0.2 |
| | Review docket, analysis | 0.2 |
| Mon 24 | Review docket, analysis | 0.2 |
| Tue 25 | Review docket, analysis | 0.2 |
| Wed 26 | Comm w/OHS (DF) re fu on Phase Is and Iis | 0.2 |
| | Review docket, analysis | 0.2 |
| Thu 27 | Comm w/Blackstone re Syn merger call sched | 0.3 |
| Fri 28 | Comm w/OHS (DF) re fu on Phase Is and Iis | 0.3 |
| | Review docket, analysis | 1.0 |
| Mon 31 | Comm w/OHS (RW,DF, RL) re sched Syn merger call | 0.3 |
| | Comm w/BS (RW,DF, RL) re sched Syn merger call | 0.3 |
| | Review docket, analysis | 0.9 |
| | TOTAL TIME (HRS) | 25.7 |

**WR Grace**
**January 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review/analysis docket items | 0.5 |
| | Review agenda | 0.1 |
| Wed 5 | Review of motion for creation of non-debtor holdco structure | 0.5 |
| | Communications re: non-debtor holdco structure | 0.4 |
| Fri 7 | Call re: holdco structure and rare earth situation | 0.7 |
| | Review/analysis docket items | 0.6 |
| Mon 10 | Telephonic court hearing | 2.3 |
| | Preparation of memo re: rare earth situation | 1.0 |
| Tue 11 | Preparation of memo re: rare earth situation | 0.5 |
| | Review/analysis docket items | 0.3 |
| Wed 12 | Preparation of memo re: rare earth situation | 0.5 |
| Thu 13 | Review/analysis docket items | 0.3 |
| Fri 14 | Review of Synthetech information | 1.0 |
| Tue 18 | Review of Synthetech information | 0.5 |
| | Call w/ Orrick re: Synthetech | 0.2 |
| Wed 19 | Review/analysis docket items | 0.4 |
| Thu 20 | Call w/ Blackstone re: Synthetech | 0.3 |
| Fri 21 | Review/analysis docket items | 0.3 |
| Mon 24 | Review/analysis docket items | 0.2 |
| Wed 26 | Review/analysis docket items | 0.4 |
| Fri 28 | Review/analysis docket items | 0.3 |
| Mon 31 | Review of confirmation order and findings of fact | 2.0 |
| | TOTAL TIME (hrs) | 13.3 |

**WR Grace**
**January 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 6 | Review/analysis docket items | 0.5 |
| Fri 7 | Call prep | 0.5 |
| | Call with Debtors | 0.5 |
| Mon 10 | Preparation of memo for FCR | 2.5 |
| Wed 12 | Preparation of memo for FCR | 3.5 |
| Fri 14 | Review/analysis docket items | 0.3 |
| Tue 18 | Call prep | 0.5 |
| | Call with Orrick | 0.5 |
| Wed 19 | Review/analysis docket items | 0.3 |
| Thu 20 | Call prep | 0.2 |
| | Call with Debtors | 0.3 |
| | Review/analysis docket items | 0.6 |
| Wed 26 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 10.7 |

**WR Grace**
**January 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review/analyze docket items | 0.5 |
| Thu 6 | Review/analyze docket items | 0.5 |
| Fri 7 | Call prep | 1.0 |
|  | Tel mtg w/LaForce, O'connell re rare earths and FH | 1.0 |
| Mon 10 | Review/analyze docket items | 0.5 |
| Wed 12 | Prep rare earth memo | 1.0 |
|  | Review/analyze docket items | 0.5 |
| Thu 13 | Review final rare earth memo | 1.0 |
| Fri 14 | Review/analyze docket items | 0.5 |
| Tue 18 | Call prep | 1.0 |
|  | Comm w/OHS re debtor call re Syn merger | 0.2 |
|  | Comm w/Blackstone re Syn merger | 0.2 |
| Thu 20 | Call prep | 1.0 |
|  | Comm w/OHS re scheduling on Syn merger call | 0.3 |
|  | comm w/Blackstone (AS) re Syn merger | 0.3 |
|  | Review/analyze docket items | 0.5 |
| Wed 26 | Review/analyze docket items | 0.5 |
|  | TOTAL TIME (hrs) | 10.5 |

# EXHIBIT A

**WR Grace**
**February 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Schedule call re Synthetech | 0.5 |
| | Comm w/Blackstone (AS) re scheduling | 0.3 |
| | Review docket/analysis | 2.1 |
| Wed 2 | Review docket/analysis | 1.6 |
| Thu 3 | C/C w/Grace re synthetech environmental status and follow up | 0.8 |
| | Review docket/analysis | 0.3 |
| | Response from FCR re Synthetech motion | 0.3 |
| Fri 4 | Review docket/analysis | 0.2 |
| Mon 7 | Review docket/analysis | 0.9 |
| Tue 8 | Review docket/analysis | 1.0 |
| Wed 9 | Comm w/Blackstone (AS) re pension motion, calendar | 0.7 |
| | Review docket/analysis | 1.1 |
| Thu 10 | Comm w/OHS (RW, Dfe) re pension motion, agenda | 0.6 |
| | Review docket/analysis | 0.2 |
| Fri 11 | Comm w/OHS (RW) re scheduling | 0.2 |
| | Review docket/analysis | 1.0 |
| Mon 14 | Comm w/OHS (RW) re district ct | 0.5 |
| | Omnibus hearing and prep | 1.5 |
| | Comm w/OHS (RW) re scheduling | 0.3 |
| | Grace mgmt call re pension issues | 1.0 |
| | Draft Grace pension memo | 1.5 |
| | Review docket/analysis | 1.2 |
| Tue 15 | Comm w/OHS (RW) re all issues | 0.9 |
| | Comm w/Blackstone (AS) re pension motion | 0.8 |
| | Draft Grace pension memo | 1.4 |
| | Review docket/analysis | 1.2 |
| Wed 16 | Review docket/analysis | 0.7 |
| | Draft/finalize Grace pension memo | 1.0 |
| Thu 17 | Comm w/all re scheduling pension meeting | 0.6 |
| | Review docket/analysis | 0.3 |
| Fri 18 | Review docket/analysis | 0.3 |
| Fri 25 | Review/analysis dockets 2/18-24 | 2.1 |
| Mon 28 | Review docket/analysis | 0.3 |
| | TOTAL TIME (HRS) | 27.4 |

**WR Grace**
**February 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review/analysis docket items | 0.3 |
| Thu 3 | Calls re: Synthetech | 0.8 |
| Fri 4 | Review/analysis docket items | 0.5 |
| Mon 7 | Review/analysis docket items | 0.8 |
| Wed 9 | Review/analysis docket items | 0.3 |
| Thu 10 | Review Pension Strategy Update | 0.3 |
|  | Review agenda | 0.1 |
| Fri 11 | Review/analysis docket items | 0.2 |
| Mon 14 | Hearing | 3.3 |
|  | Pension Strategy Update call | 0.7 |
|  | Confirmation status update | 0.2 |
| Tue 15 | Fee application preparation | 0.5 |
|  | Review of pension info and motion | 0.8 |
|  | Review/analysis docket items | 0.7 |
| Wed 16 | Preparation of pension update memo for FCR | 0.3 |
|  | Fee application preparation | 0.5 |
|  | Review of clarifying order | 0.1 |
| Thu 17 | Review/analysis docket items | 0.4 |
| Fri 18 | Review MOR | 0.4 |
| Wed 23 | Review/analysis docket items | 0.4 |
| Mon 28 | Research on trading notices and related issues | 1.5 |
|  | Review/analysis docket items | 0.5 |
|  | Review agenda | 0.1 |
|  | TOTAL TIME (hrs) | 13.7 |

**WR Grace**
**February 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Call prep | 1.0 |
|  | Calls re: Synthetech | 0.8 |
| Fri 4 | Review/analysis docket items | 0.3 |
| Thu 10 | Review/analysis docket items | 0.2 |
|  | Review info re: pension strategy update | 0.5 |
| Mon 14 | Call re: pension strategy update | 0.7 |
| Mon 21 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 3.7 |

**WR Grace**
**February 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review/analyze docket items | 0.5 |
| Thu 3 | Calls re: Synthetech | 0.8 |
| Mon 7 | Review/analyze docket items | 0.5 |
| Tue 8 | Review/analyze docket items | 0.5 |
| Thu 9 | Review/analyze docket items | 0.5 |
| Fri 11 | Review Pension Strategy Update | 0.5 |
|  | Review/analyze docket items | 0.5 |
| Mon 14 | Pension Strategy update call | 0.7 |
|  | Review/analyze docket items | 0.5 |
| Tue 15 | Fee application preparation | 1.0 |
|  | Review of pension info and motion | 1.0 |
|  | Preparation of pension update memo for FCR | 3.5 |
| Wed 16 | Preparation of pension update memo for FCR | 2.5 |
|  | Fee application preparation | 1.0 |
|  | Review/analyze docket items | 0.5 |
| Mon 21 | Review/analyze docket items | 0.5 |
| Wed 23 | Review/analyze docket items | 0.5 |
|  | TOTAL TIME (hrs) | 15.5 |

# EXHIBIT A

**WR Grace**
**March 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Comm w//OHS (RW) re pension meeting | 0.3 |
| | Review analyze docket items | 1.0 |
| Wed 2 | Review analyze docket items | 0.3 |
| Thu 3 | Review analyze docket items | 0.3 |
| Fri 4 | Review analyze docket items | 0.2 |
| Mon 7 | Review analyze docket items | 1.1 |
| Tue 8 | Prep and FCR call on pension issues | 2.2 |
| | Comm w/OHS (Dfe) re pension call | 0.3 |
| | Review analyze docket items | 1.0 |
| Wed 9 | Comm w/COFC (JS) re pension issues | 0.8 |
| | Comm w/OHS (RW) re pension issues | 0.4 |
| | Comm w/All re ACC pension position | 0.5 |
| | Review analyze docket items | 0.3 |
| Thu 10 | Comm w/OHS (RW) orders on appeal, reconsideration | 0.2 |
| | review same | 2.0 |
| | Review analyze docket items | 0.9 |
| Fri 11 | Comm w/Blackstone (AS) re budget doc | 0.2 |
| | Review budget doc | 2.0 |
| | Review analyze docket items | 0.2 |
| Mon 14 | Review analyze docket items | 0.9 |
| Tue 15 | Review analyze docket items | 1.0 |
| Wed 16 | Review analyze docket items | 0.3 |
| Thu 17 | Review analyze docket items | 1.0 |
| Fri 18 | Review analyze docket items | 0.2 |
| Mon 21 | Review analyze docket items | 1.3 |
| Tue 22 | Comm w/OHS (RW) re discount rates | 0.5 |
| | Comm w/Blackstone (JOC) re reminder of budget call | 0.2 |
| | Review analyze docket items | 0.2 |
| Wed 23 | Review analyze docket items | 0.3 |
| Thu 24 | Review analyze docket items | 0.3 |
| Fri 25 | Budget call w/debtors, Blackstone | 1.5 |
| | I/C re financial analysis for FCR | 0.3 |
| Mon 28 | Prep and omnibus hearing | 6.5 |
| | Review analyze docket items | 0.5 |
| Tue 29 | Review analyze docket items | 0.2 |
| Wed 30 | Comm w/OHS (RW) re warrant | 0.3 |
| | Review analyze docket items | 0.3 |
| Thu 31 | Review analyze docket items | 0.5 |
| | TOTAL TIME (HRS) | 30.5 |

**WR Grace**
**March 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Calls w/ Orrick re: case status and trading notices | 0.5 |
| | Review/analysis docket items | 0.2 |
| | Review hearing agenda | 0.1 |
| Wed 2 | Hearing | 2.0 |
| Thu 3 | Review/analysis docket items | 0.4 |
| Mon 7 | Review/analysis docket items | 0.3 |
| Tue 8 | Call w/ FCR & Orrick re: Pension Funding Motion | 0.5 |
| | Call w/ OCC counsel re: Pension Funding Motion | 0.1 |
| Wed 9 | Review of fee auditor report | 0.1 |
| | Review/analysis docket items | 0.3 |
| Thu 10 | Review of scheduling orders, etc. | 0.3 |
| | Review appeals info | 1.5 |
| Fri 11 | Call w/ Orrick re: appeals process | 0.2 |
| Mon 14 | Review of 2011 Operating Plan and analysis | 1.0 |
| | Review/analysis docket items | 0.3 |
| Wed 16 | Review of LTIP | 1.0 |
| Thu 17 | Preparation and review of memo re: LTIP | 1.5 |
| | Review/analysis docket items | 0.2 |
| Fri 18 | Review of asset disposition information and analysis | 1.0 |
| Mon 21 | Review hearing agenda | 0.1 |
| | Review/analysis docket items | 0.2 |
| Wed 23 | Preparation and review of quarterly fee application | 1.0 |
| Thu 24 | Review of 2011 Operating Plan | 0.5 |
| | Preparation and review of quarterly fee application | 1.0 |
| | Review/analysis docket items | 0.3 |
| | Review hearing agenda | 0.1 |
| Fri 25 | Call re: 2011 Operating Plan | 1.0 |
| Mon 28 | Hearing | 5.0 |
| Tue 29 | Preparation and review of memo re: asset disposition | 1.5 |
| | Review/analysis docket items | 0.3 |
| | TOTAL TIME (hrs) | 22.5 |

**WR Grace**
**March 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review/analysis docket items | 1.0 |
| Mon 14 | Review operating plan | 3.0 |
| Wed 16 | Review/analysis docket items Long-term Employement Plan | 2.0 |
| | Preparation of memo for FCR | 3.5 |
| | Review/analysis docket items | 0.3 |
| Thu 17 | Preparation of memo for FCR | 1.0 |
| Fri 18 | Review/analysis docket items for asset sale | 0.5 |
| | TOTAL TIME (hrs) | 11.3 |

**WR Grace**
**March 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review/analyze docket items | 0.5 |
| Thu 3 | Review/analyze docket items | 0.5 |
| Mon 7 | Review/analyze docket items | 0.5 |
| Tue 8 | Call w/ FCR & Orrick re: Pension Funding Motion | 0.5 |
| | Call w/ OCC counsel re: Pension Funding Motion | 0.1 |
| Tue 10 | Review/analyze docket items | 0.5 |
| Tue 15 | Review of 2011 Operating Plan and analysis | 2.0 |
| | Review/analyze docket items | 0.5 |
| Wed 16 | Review/analyze docket items | 0.5 |
| Tue 22 | Review/analyze docket items | 0.5 |
| Wed 23 | Preparation of quarterly fee application | 2.5 |
| Thu 24 | Review of 2011 Operating Plan | 1.0 |
| | Preparation of quarterly fee application | 2.0 |
| | Review/analyze docket items | 0.5 |
| Fri 25 | Call re: 2011 Operating Plan | 1.0 |
| Mon 28 | Preparation of memo re: asset disposition | 2.0 |
| Tue 29 | Preparation of memo re: asset disposition | 3.0 |
| | Review/analyze docket items | 0.5 |
| | TOTAL TIME (hrs) | 18.6 |