# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (January 1, 2011 – March 31, 2011)**
(Dates Represent Posting Date of Expense)

January 2011
Telephone                                                                  $   118.34

February 2011
Telephone                                                                  $   116.39
Express Mail                                                               $    18.94
Fee for Public Access to Electronic Court Records                          $   146.88

March 2011
Telephone                                                                  $   169.66
Express Mail                                                               $    56.61

**TOTAL EXPENSES:**                                                        **$   626.82**