## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on May 17, 2011, I caused the *Notice, Cover Sheet, Twenty-First Quarterly Interim Application of Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Asbestos PI Future Claimants' Representative, for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2011 through March 31, 2011, and Verification*, to be served upon those persons as shown below in the manner indicated and a copy of the *Notice and Cover Sheet* to all parties on the attached Service List.

| | |
|---|---|
| *Federal Express* <br> Laura Davis Jones, Esquire <br> James O'Neil, Esquire <br> Pachulski Stang Ziehl & Jones LLP <br> 919 North Market Street, 16th Floor <br> Wilmington, DE  19899-8705 | *Email: vdimaio@parcelsinc.com* <br> Vito I. DiMaio <br> Parcels, Inc. <br> 10th & King Streets <br> P.O. Box 27 <br> Wilmington, DE  19899 |
| *Federal Express* <br> David M. Klauder, Esquire <br> Office of the United States Trustee <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE  19801 | *Federal Express and Email:* <br> *feeaudit@whsmithlaw.com* <br> *bruhlander@whsmithlaw.com* <br> Bobbi Ruhlander <br> Warren H. Smith & Associates <br> Republic Center <br> 325 N. St. Paul, Suite 1250 <br> Dallas, TX  75201 |
| *Federal Express and E-mail:* <br> *richard.finke@grace.com* <br> (W.R. Grace & Co.) <br> David B. Siegel <br> W.R. Grace and Co. <br> 7500 Grace Drive <br> Columbia, MD  21044 | *E-mail: nglassman@bayardfirm.com* <br> (Local Counsel to DIP Lender) <br> Neil B. Glassman, Esquire <br> The Bayard Firm |
| *E-mail: mhurford@camlev.com* <br> (Local Counsel to Asbestos Claimants) <br> Mark T. Hurford, Esquire <br> Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com* <br> (Counsel for Property Damage Claimants) <br> Theodore Tacconelli, Esquire <br> Ferry & Joseph, P.A. |
| *E-mail: mlastowski@duanemorris.com* <br> (Counsel to Official Committee of Unsecured Creditors) <br> Michael R. Lastowski, Esquire <br> Duane Morris, LLP | *E-mail: tcurrier@saul.com* <br> (Counsel for Official Committee of Equity Holders) <br> Teresa K.D. Currier, Esquire <br> Saul Ewing LLP |

| | |
|---|---|
| *E-mail: lkruger@stroock.com*<br>(Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP | *E-mail: pvnl@capdale.com*<br>(Official Committee of Personal Injury Claimants)<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered |
| *E-mail: dboll@kirkland.com;*<br>*jdonley@kirkland.com; apaul@kirkland.com*<br>(Counsel to Debtor)<br>Deanne Boll, Esquire<br>John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis | *E-mail: jsakalo@bilzin.com*<br>(Official Committee of Property Damage Claimants)<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP |
| *E-mail: david.heller@lw.com and*<br>*carol.hennessey@lw.com*<br>(Counsel to DIP Lender)<br>J. Douglas Bacon, Esquire<br>Latham & Watkins | *E-mail: pbentley@kramerlevin.com*<br>(Counsel to Official Committee of Equity Holders)<br>Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP |

*/S/ DEBRA O. FULLEM*
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP