**EXHIBIT A**

**FEES**

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | October | November | December | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | | TOTAL HOURS BILLED | | |
| Johnson, Eric E. | Partner | $  440.00 | 1.0 | 0.3 | 0 | $  572.00 |
| Haag, Susan | Sr. Paralegal | $  185.00 | 3.9 | 0.6 | 0 | $  832.50 |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 4.9 | 0.9 | 0 | $  1,404.50 |

Holme Roberts & Owen LLP

11/15/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 888384 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding:Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/01/10 | EEJ | Review and sign quarterly fee application, with billing summaries and related documentation. | 0.50 | $ | 220.00 |
| 10/01/10 | SH | Draft 35th Interim Fee Application. | 2.10 | | 388.50 |
| 10/14/10 | EEJ | Review, revise and edit interim fee application and supporting time entries. | 0.50 | | 220.00 |
| 10/14/10 | SH | Draft January 2010 monthly fee application. | 0.80 | | 148.00 |
| 10/22/10 | SH | Draft February 2010 monthly fee application. | 1.00 | | 185.00 |
| | | **Total Fees Through October 31, 2010:** | 4.90 | $ | 1,161.50 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 1.00 | $ | 440.00 |
| SH | Susan Haag | Paralegal | 185.00 | 3.90 | | 721.50 |
| | | **Total Fees:** | | 4.90 | $ | 1,161.50 |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | 1,161.50 |

Holme Roberts & Owen LLP

12/10/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 890447 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding:Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/02/10 | EEJ | Revise and edit monthly fee application. | 0.30 | $ | 132.00 |
| 11/02/10 | SH | Draft March 2010 monthly fee application. | 0.60 | | 111.00 |
| | | **Total Fees Through November 30, 2010:** | **0.90** | **$** | **243.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ | 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 0.60 | | 111.00 |
| | | **Total Fees:** | | **0.90** | **$** | **243.00** |

**Total Balance Due This Matter**                                         $    243.00

**FEES**

## Matter 00000-GENERAL

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | |
| Payne, William | Practice Support | $    185.00 | 0 | 0 | 3.0 | $555.00 |
| Sherman, Joan | Paralegal | $    195.00 | 0 | 0 | 5.0 | $    975.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 0 | 0 | 8.0 | $    1,530.00 |

Holme Roberts & Owen LLP

January 26, 2011

W.R. Grace & Co.

Page        4
Invoice No.:   893777
Client   No.:   04339
Matter  No.:   00000
100058

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 12/16/10 | JLS | Telephone conference with Bob Marriam re database research on WR Grace customers, database research re WR Grace customers. | 1.40 | $ | 273.00 |
| 12/21/10 | JLS | Database research re documents related to expanding plants Muirkirk, Sharpsburg, Kenilworth, Elwood City and Newcastle for Bob Marriam; telephone conference with Bob Marriam re same. | 2.90 | | 565.50 |
| 12/22/10 | JLS | Prepare documents Database research re documents related to expanding plants Muirkirk, Sharpsburg, Kenilworth, Elwood City and Newcastle for Bob Marriam, draft letter transmitting same. | 0.70 | | 136.50 |
| 12/22/10 | WEP | Process documents for production. | 3.00 | | 555.00 |
| | | **Total Fees Through December 31, 2010:** | **8.00** | **$** | **1,530.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| JLS | Joan L. Sherman | Paralegal | $195.00 | 5.00 | $ | 975.00 |
| WEP | William E. Payne | Practice Support | 185.00 | 3.00 | | 555.00 |
| | | **Total Fees:** | | **8.00** | **$** | **1,530.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 853801 | 09/08/09 | Bill | 33.00 |
| | 07/26/10 | Cash Receipt | -33.00 |

EXPENSES

### Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ 13.50 | $ 13.50 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 267.18 | $ 267.18 | $ 267.18 | $ 801.54 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ 267.18 | $ 267.18 | $ 280.68 | $ 815.04 |

EXPENSES

### Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ |
| Long Distance Telephone | $ - | $ - | $ - | $ |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 631.68 | $ 631.68 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | |
| TOTAL | $ - | $ - | $ 631.68 | $ 631.68 |

| Description | Total |
|---|---|
| Photocopies | |
| Facsimilies | |
| Long Distance Telephone | |
| Outside Courier | $ 13.50 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 801.54 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $ 631.68 |
| Postage | |
| Consulting Fee | |
| TOTAL | $ 1,446.72 |

**EXPENSES**

## Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $          - | $          - | $          - | $          - |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $ |
| Outside Courier | $          - | $          - | $          - | $ |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Lexis | $          - | $          - | $          - | $          - |
| Other Expense | $          - | $          - | $          - | $          - |
| Federal Express | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Research Services | $          - | $          - | $          - | $          - |
| Professional Services | $          - | $          - | $     631.68 | $     631.68 |
| Postage | $          - | $          - | $          - | $          - |
| Consulting Fee | $          - | $          - | $          - |  |
| TOTAL | $          - | $          - | $     631.68 | $     631.68 |

Holme Roberts & Owen LLP

January 26, 2011

W.R. Grace & Co.

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 893777 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/07/10 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 347737; DATE: 12/7/2010 - Professional Services through November 30, 2010. | $ | 631.68 |
| | | **Total Disbursements:** | **$** | **631.68** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 631.68 |
| **Total Disbursements:** | **$** | **631.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |

**EXPENSES**

## Libby, Montana Asbestos Litigation - 00300

| Description | October | | November | | December | | Total | |
|---|---|---|---|---|---|---|---|---|
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | - | $ | - | $ | - | $ | - |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | 13.50 | $ | 13.50 |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Other Expenses | $ | 267.18 | $ | 267.18 | $ | 267.18 | $ | 801.54 |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| Color Copies | $ | - | $ | - | $ | - | $ | - |
| Outside Reproduction | $ | - | $ | - | $ | - | $ | - |
| Document Production | $ | - | $ | - | $ | - | $ | - |
| Tab Stock | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | - | $ | - | $ | - | $ | - |
| TOTAL | $ | 267.18 | $ | 267.18 | $ | 280.68 | $ | 815.04 |

Holme Roberts & Owen LLP

11/15/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 888384 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CKT5975; DATE: 9/30/2010 - Offsite Storage - September 2010 | $ | 267.18 |
| | | **Total Disbursements:** | $ | 267.18 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | $ | 267.18 |

**Total Balance Due This Matter**                    $    267.18

Holme Roberts & Owen LLP

12/10/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 890447 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CP1886; DATE: 10/31/2010 - Administration Fee | $ | 267.18 |
| | | **Total Disbursements:** | $ | 267.18 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | $ | 267.18 |

**Total Balance Due This Matter**                                                $        267.18

Holme Roberts & Owen LLP

January 26, 2011

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 893777 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| | 100111 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CVC0377; DATE: 11/30/2010 - Storage - November 2010 | $ | 267.18 |
| 12/22/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 734488693 DATE: 12/29/2010 Tracking #: 796588542913 Shipment Date: 20101222 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.50 |
| | | **Total Disbursements:** | $ | **280.68** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Federal Express | $ | 13.50 | |
| Other Expense | | 267.18 | |
| **Total Disbursements:** | $ | **280.68** | |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

**EXHIBIT B**

**FEES**

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Johnson, Eric E. | Partner | $ 440.00 | 1.0 | 0.3 | 0 | $ 572.00 |
| Haag, Susan | Sr. Paralegal | $ 185.00 | 3.9 | 0.6 | 0 | $ 832.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 4.9 | 0.9 | 0 | $ 1,404.50 |

**FEES**

## Matter 00000-GENERAL

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Payne, William | Practice Support | $ 185.00 | 0 | 0 | 3.0 | $555.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 0 | 0 | 5.0 | $ 975.00 |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 0 | 0 | 8.0 | $ 1,530.00 |

## TOTAL FEES FOR QUARTER

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Johnson, Eric E. | Partner | $ 440.00 | 1.0 | 0.3 | 0 | $ 572.00 |
| Haag, Susan | Sr. Paralegal | $ 185.00 | 3.9 | 0.6 | 0 | $ 832.50 |
| Payne, William | Practice Support | $ 185.00 | 0 | 0 | 3.0 | $555.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 0 | 0 | 5.0 | $ 975.00 |
| | | | | | | |
| | | | | | | |
| TOTAL | | | 4.9 | 0.9 | 8.0 | $ 2,934.50 |

**EXHIBIT C**

**EXPENSES**

### Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ 13.50 | $ 13.50 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 267.18 | $ 267.18 | $ 267.18 | $ 801.54 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| **TOTAL** | $ 267.18 | $ 267.18 | $ 280.68 | $ 815.04 |

**EXPENSES**

### Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 631.68 | $ 631.68 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ |
| **TOTAL** | $ - | $ - | $ 631.68 | $ 631.68 |

| Description | Total |
|---|---|
|  |  |
| Photocopies |  |
| Facsimilies |  |
| Long Distance Telephone |  |
| Outside Courier | $ 13.50 |
| Travel Expenses |  |
| Lexis |  |
| Other Expenses | $ 801.54 |
| Federal Express |  |
| Meal Expenses |  |
| Research Services |  |
| Professional Services | $ 631.68 |
| Postage |  |
| Consulting Fee |  |
| **TOTAL** | $ 1,446.72 |

**EXPENSES**

## Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ |
| Outside Courier | $ - | $ - | $ - | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 631.68 | $ 631.68 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | |
| TOTAL | $ - | $ - | $ 631.68 | $ 631.68 |

Holme Roberts & Owen LLP

January 26, 2011

W.R. Grace & Co.

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 893777 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |
| 100035 | |

**Regarding:  Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/07/10 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 347737; DATE: 12/7/2010  -  Professional Services through November 30, 2010. | $ | 631.68 |
| | | **Total Disbursements:** | **$** | **631.68** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | .631.68 |
| **Total Disbursements:** | **$** | **631.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$  16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$  67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |

**EXPENSES**

### Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $          - | $          - | $          - | $          - |
| Photocopies | $          - | $          - | $          - | $          - |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $          - |
| Outside Courier | $          - | $          - | $     13.50 | $     13.50 |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Overtime | $          - | $          - | $          - | $          - |
| Other Expenses | $     267.18 | $     267.18 | $     267.18 | $     801.54 |
| Lexis | $          - | $          - | $          - | $          - |
| Federal Express | $          - | $          - | $          - | $          - |
| Westlaw | $          - | $          - | $          - | $          - |
| Velo Binding | $          - | $          - | $          - | $          - |
| Color Copies | $          - | $          - | $          - | $          - |
| Outside Reproduction | $          - | $          - | $          - | $          - |
| Document Production | $          - | $          - | $          - | $          - |
| Tab Stock | $          - | $          - | $          - | $          - |
| Professional Services | $          - | $          - | $          - | $          - |
| **TOTAL** | $     267.18 | $     267.18 | $     280.68 | $     815.04 |

Holme Roberts & Owen LLP

11/15/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 888384 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CKT5975; DATE: 9/30/2010 - Offsite Storage - September 2010 | $ | 267.18 |
| | | **Total Disbursements:** | $ | **267.18** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 267.18 | |
| **Total Disbursements:** | $ | **267.18** | |
| **Total Balance Due This Matter** | $ | **267.18** | |

Holme Roberts & Owen LLP

12/10/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 890447 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CP1886; DATE: 10/31/2010 - Administration Fee | $ | 267.18 |
| | | Total Disbursements: | $ | 267.18 |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 267.18 |
| Total Disbursements: | $ | 267.18 |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | 267.18 |

Holme Roberts & Owen LLP

January 26, 2011

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 893777 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |
| 100111 | |

**Regarding:  Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 11/30/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CVC0377; DATE: 11/30/2010 - Storage - November 2010 | $ | 267.18 |
| 12/22/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 734488693 DATE: 12/29/2010 Tracking #: 796588542913 Shipment Date: 20101222 Ship to: Robert Marriam, W R  Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.50 |
| | | **Total Disbursements:** | $ | **280.68** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Federal Express | $ | 13.50 | |
| Other Expense | | 267.18 | |
| **Total Disbursements:** | $ | **280.68** | |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$  219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

### MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

*Received by*
*Accounts Payable*
JAN 05 2011

DEC ?? 2010

Holme Roberts & Owen LLP

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

December 7, 2010
Invoice No. 347737

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

| | |
|---|---:|
| For Professional Services through November 30, 2010 (details attached) | $594.00 |
| For Disbursements through November 30, 2010 (details attached) | $37.68 |

| | |
|---|---:|
| Total Services and Disbursements this period | $631.68 |
| Previous Balance | $1,537.61 |
| Balance Due | $2,169.29 |

Holme Roberts & Owen LLP
APPROVED *Stephanie Duggan*
Stephanie Duggan
Date _1-7-11_

*9002837444*

*ok to pay*
*KFK 1-3-11*
*NB 1/4/2011*
*04539-00390*

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

December 7, 2010
Invoice No. 347737

Matter Name:          W.R. Grace
Matter Number:        105624-0001
Attorney:             Carl N. Kunz, III
Case Number:

**For Professional Services through November 30, 2010**

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 11/02/10 | WWW | 0.20 | Exchange of emails with S. Haag re preparation for filing of March 2010 fee application; update calendar re same |
| 11/03/10 | WWW | 1.00 | Obtain and review HRO's March 2010 fee application for filing (.1); forward to C. Kunz (.1); prepare affidavit of service re same (.2); file and serve fee application (.4); ward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 11/03/10 | WWW | 0.20 | Email to S. Haag re copy of HRO's March 2010 in WordPerfect format; forward same to Fee Auditor |
| 11/11/10 | WWW | 1.00 | Prepare certificate of no objection re HRO's January 2010 fee application (.2); email to S. Haag re any informal response received re fee application (.1); forward certificate of no objection to C. Kunz for review (.1); prepare affidavit of service re same (.2); file and serve certificate of no objection (.3); forward filing to S. Haag and update fee case folder with same (.1) |
| 11/23/10 | WWW | 0.20 | Respond to email from S. Haag re deadline to file certificate of no objection re HRO's February 2010 fee application; review calendar re same |
| 11/24/10 | WWW | 1.00 | Prepare certificate of no objection re HRO's February 2010 fee application (.2); forward to C. Kunz for review (.1); prepare affidavit of service re same |

Matter Number: 105624-0001
December 7, 2010
Page: 2

(.2); file and serve certificate (.4); forward filing to S. Haag and update case folder with same (.1)

| William W. Weller | Paralegal | 3.60 hrs at | 165.00 /hour | 594.00 |
|---|---|---|---|---|
| **Total Fees** | | **3.60 hrs** | | **$594.00** |

**For Disbursements through November 30, 2010**

| | |
|---|---|
| Postage | 18.48 |
| Reproduction | 19.20 |
| **Total Disbursements** | **$37.68** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$631.68** |
| **Previous Balance** | **$1,537.61** |
| **Balance Due** | **$2,169.29** |