IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 6/7/11 at 4ºº pm |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF February 25, 2011**

Name *of Applicant*:                                    **Kaye Scholer LLP**

Authorized to Provide Professional Services to:         **W. R. Grace & Co., et al., Debtors and
                                                        Debtors-in-Possession**

Date of Retention as Special Counsel for Intellectual   **Retention Order entered April 7, 2010**
Property

Period for which compensation and                       **January 1, 2011 - February 25, 2011**
reimbursement is sought

Amount of Compensation sought as actual,                **$10,682.28**
reasonable and necessary:

Amount of Expense Reimbursement sought                  **$0.00**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the months of January through February 25, 2011. This is the ninth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/01/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 18.84 | $10,682.28 |

Total Fees: $10,682.28

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $10,682.28 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (January 1, 2011-February 25, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 1, 2011

*John P. Rynkiewicz*
John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                           February 28, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: Power Grace                                        Invoice#: 660989
**Our File Number:** 63812/0019
Client Reference: 100067                               PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/25/2011

|  |  | Hours |
|---|---|---|
| 01/11/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and issues in POWER GRACE - Appln No. 1678357 in Class 37. | |
| 01/13/2011 | Rynkiewicz, John P | 2.17 |
| | Review Grace email, documents and evidentiary declarations re Grace sales, advertising and activities worldwide; review detailed and voluminous information. | |
| 01/20/2011 | Rynkiewicz, John P | 1.75 |
| | Review detailed affidavits and needed Grace information; review S. Williams comments re same. | |
| 02/16/2011 | Rynkiewicz, John P | 0.92 |
| | Review Grace email, Indian agents' email and draft Affidavit of evidence for opposition; call to T. Hunter re same. | |

Total Hours................. 5.59

Fees through 02/25/2011.....................................   $3,169.53

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 5.59 | $3,169.53 |
| Fees through 02/25/2011............... | | 5.59 | $3,169.53 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    February 28, 2011

RE: Power Grace                                                    Invoice#: 660989
Our File Number: 63812/0019
Client Reference: 100067                                          PAGE:  2

---

\*-------------------------OUTSTANDING BALANCE-------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| Prior Balance Due......................................................... | | $1,672.02 |

| | |
|---|---|
| Fees this Invoice......................................................... | $3,169.53 |
| Total Due this Invoice.................................................. | $3,169.53 |
| Prior Balance Due (from above)...................................... | 1,672.02 |
| **TOTAL DUE**......................................................... | **$4,841.55** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 660989
Total Amount Due: $4,841.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          February 28, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: Potential Trademark Oppositions                  Invoice#: 660997
Our File Number: 63812/0112                          PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/25/2011

|  |  |  | Hours |
|---|---|---|---|
| 01/18/2011 | Rynkiewicz, John P | | 1.25 |
| | Review Grace emails, potential oppositions, status check and review deadlines. | | |
| 01/24/2011 | Rynkiewicz, John P | | 1.42 |
| | Review Grace email, Kemp notice/fax re GRACE ROI application in Japan; assess confusion, prepare summary for Grace with issues and comments for decision whether or not to oppose. | | |
| | | Total Hours................ | 2.67 |
| | Fees through 02/25/2011.................................. | $1,513.89 | |

\*---------------------------TIME AND FEE SUMMARY---------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.67 | $1,513.89 |
| Fees through 02/25/2011............... | | 2.67 | $1,513.89 |

\*-----------------------OUTSTANDING BALANCE-----------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 2,364.39 |
| 657778 | 01/19/2011 | 992.25 |
| Prior Balance Due.................................................... | | $4,783.21 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      February 28, 2011

RE: Potential Trademark Oppositions                              Invoice#: 660997
Our File Number: 63812/0112                                         PAGE:    2

| | |
|---|---|
| Fees this Invoice........................................................................... | $1,513.89 |
| Total Due this Invoice................................................................. | $1,513.89 |
| Prior Balance Due (from above)................................................. | 4,783.21 |
| **TOTAL DUE**............................................................................ | **$6,297.10** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 660997
Total Amount Due: $6,297.10

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                   February 28, 2011
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel


RE: Davison FCC                                          Invoice#: 660964
Our File Number: 63812/3002
Client Reference: 100075                                 PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2011

---

|  |  | **Hours** |
|---|---|---|
| 01/05/2011 | Rynkiewicz, John P | 0.25 |
|  | Review Grace email, requested RESOLUTION search with Corsearch; review goods. |  |
|  | Total Hours.................. | 0.25 |
|  | Fees through 01/31/2011.................................... | $141.75 |


*-------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.25 | $141.75 |
| Fees through 01/31/2011............... | | 0.25 | $141.75 |


| | |
|---|---|
| Fees this Invoice.......................................................... | $141.75 |
| **Total Due this Invoice**............................................... | **$141.75** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 660964
Total Amount Due: $141.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                        February 28, 2011
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE: Special Counsel**                             **Invoice#: 660967**
**Our File Number: 63812/0108**
**Client Reference: 100071**                        **PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2011

|  |  | **Hours** |
|---|---|---|
| 01/31/2011  Rynkiewicz, John P | | 0.83 |
| | Review billings, special quarterly report preparation time for Court. | |
| | Total Hours................ | 0.83 |
| | Fees through 01/31/2011.................................... | $470.61 |

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.83 | $470.61 |
| Fees through 01/31/2011............... | | 0.83 | $470.61 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 2,642.22 |
| Prior Balance Due........................................................ | | $4,853.92 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                February 28, 2011

RE: Special Counsel                                          **Invoice#:** 660967
**Our File Number:** 63812/0108
**Client Reference:** 100071                                 **PAGE:**   2

Fees this Invoice.............................................................    $470.61

Total Due this Invoice.....................................................    $470.61

Prior Balance Due (from above)......................................    4,853.92

**TOTAL DUE**..............................................................    **$5,324.53**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 660967
Total Amount Due: $5,324.53

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          February 28, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: Trademark Watches                        Invoice#: 660996
Our File Number: 63812/0111                  PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/25/2011

|  |  | Hours |
|---|---|---|
| 01/10/2011 | Rynkiewicz, John P | 0.92 |
|  | Corsearch dated January 10, 2010 and five marks; assess BLUEGRACE; research; send comments and issues to Grace re same. |  |
| 01/26/2011 | Rynkiewicz, John P | 0.33 |
|  | Review Grace email request; review January 26, 2011 Corsearch watch notice; assess confusion. |  |
|  | Total Hours................. | 1.25 |
|  | Fees through 02/25/2011.................................... | $708.75 |

*-------------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.25 | $708.75 |
| Fees through 02/25/2011............... |  | 1.25 | $708.75 |

*----------------------------OUTSTANDING BALANCE-----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 2,602.53 |
| 657773 | 01/19/2011 | 2,177.28 |
| Prior Balance Due............................................................ | | $5,951.23 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                          February 28, 2011

    RE: Trademark Watches                                        Invoice#: 660996
    Our File Number: 63812/0111                                  PAGE:   2

| | |
|---|---|
| Fees this Invoice................................................................ | $708.75 |
| Total Due this Invoice........................................................ | $708.75 |
| Prior Balance Due (from above)........................................ | 5,951.23 |
| **TOTAL DUE**.................................................................. | **$6,659.98** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 660996
Total Amount Due: $6,659.98

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                 February 28, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE:** I. GRACE Trademarks                          **Invoice#:** 660985
**Our File Number:** 63812/0003
**Client Reference:** 100063                          **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/25/2011

|  |  | **Hours** |
|---|---|---|
| 01/12/2011 | Rynkiewicz, John P | 1.92 |
|  | Work on settlement, issues; review applicant goods, services; revise settlement. |  |
| 01/26/2011 | Rynkiewicz, John P | 1.83 |
|  | Research and review third party marks; work on settlement terms to terminate opposition. |  |
|  | Total Hours................. | 3.75 |
|  | Fees through 02/25/2011.................................... | $2,126.25 |

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.75 | $2,126.25 |
| Fees through 02/25/2011............... | | 3.75 | $2,126.25 |

\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                      February 28, 2011

    **RE: I. GRACE Trademarks**                             **Invoice#: 660985**
    **Our File Number: 63812/0003**
    **Client Reference: 100063**                             **PAGE:    2**

| Invoice# | Date | Amount |
|---|---|---|
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 1,417.50 |
| 657771 | 01/19/2011 | 2,551.50 |
| Prior Balance Due........................................................................... | | $8,688.59 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $2,126.25 |
| Total Due this Invoice.................................................................. | $2,126.25 |
| Prior Balance Due (from above)...................................................... | 8,688.59 |
| **TOTAL DUE**............................................................................ | **$10,814.84** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 660985
Total Amount Due: $10,814.84

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    February 28, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel


RE: General                                              Invoice#: 660963
Our File Number: 63812/0001
Client Reference: 100062                                    PAGE:   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2011

|            |                                                                                                                                           | Hours |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/03/2011 | Rynkiewicz, John P                                                                                                                        | 1.25  |
|            | Review Grace email and agreement re maps and directions license for Grace sites and contact; add revisions and advise R. Maggio re same.  |       |
| 01/25/2011 | Rynkiewicz, John P                                                                                                                        | 0.75  |
|            | Conf call with R. Maggio; review issues for US and foreign expanded protection of the GRACE mark, filing logistics, and issues for Massachusetts and Columbia. |       |
| 01/31/2011 | Rynkiewicz, John P                                                                                                                        | 1.25  |
|            | Month-end review of GRACE matters; check status re same.                                                                                  |       |

Total Hours................  3.25

Fees through 01/31/2011.....................................   $1,842.75


*-------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Rynkiewicz, John P  | $567.00  | 3.25  | $1,842.75 |
| Fees through 01/31/2011............... | | 3.25  | $1,842.75 |


*--------------------COSTS ADVANCED THROUGH 01/31/2011--------------------*

| Duplicating | $0.20 |
|-------------|-------|

Total Costs through 01/31/2011.........................   $0.20

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                February 28, 2011

RE: General                                               Invoice#: 660963
Our File Number: 63812/0001
Client Reference: 100062                                  PAGE:   2

---

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $1,091.23 |
| 628636 | 03/31/2010 | 1,050.08 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 1,515.29 |
| 657770 | 01/19/2011 | 1,746.96 |
| Prior Balance Due........................................................ | | $17,358.30 |

| | |
|---|---|
| Fees this Invoice........................................................ | $1,842.75 |
| Costs this Invoice........................................................ | $0.20 |
| Total Due this Invoice................................................. | $1,842.95 |
| Prior Balance Due (from above)................................... | 17,358.30 |
| **TOTAL DUE**........................................................ | **$19,201.25** |

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 660963
Total Amount Due: $19,201.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn                         February 28, 2011
        6200 Whittemore Avenue
        Cambridge, Massachusetts 002140-169
        Attn: Craig K. Leon, Esq.


**RE: BIFLEX**                                         Invoice#: 660993
**Our File Number: 63812/0104**
**Client Reference: 100112**                           PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/25/2011

|  |  | **Hours** |
|---|---|---|
| 01/19/2011 | Rynkiewicz, John P | 1.25 |
|  | Review issues and assess settlement potential. |  |
|  | Total Hours................. | 1.25 |
|  | Fees through 02/25/2011...................................... | $708.75 |

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.25 | $708.75 |
| Fees through 02/25/2011............... |  | 1.25 | $708.75 |

\*----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 654088 | 12/10/2010 | $1,430.02 |
| 657772 | 01/19/2011 | 992.25 |
| Prior Balance Due......................................................................... | | $2,422.27 |


| | |
|---|---|
| Fees this Invoice.......................................................................... | $708.75 |
| Total Due this Invoice................................................................. | $708.75 |
| Prior Balance Due (from above)................................................. | 2,422.27 |
| **TOTAL DUE**.......................................................................... | **$3,131.02** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 660993
Total Amount Due: $3,131.02

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.