## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: June 7, 2011**

**Hearing Deadline: to be scheduled, if necessary**

### FIFTY-SECOND MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

| | |
|---|---|
| Name of Applicant: | Ogilvy Renault LLP ("OR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2011 to April 30, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $37,330.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $630.97 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

- 2 -

This is a:    $\underline{X}$ monthly        ___ interim        __final application.

The total time expended for preparation of this fee application is approximately two (2) hours

and the corresponding estimated compensation requested is approximately $420.00[3].  This is

OR's monthly application for interim compensation of services for the interim fee period April 1,

2011 to April 30, 2011 (the "Fee Period").

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | S102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[4] The "Approved Fees" amount represents 80% of the fees requested by OR.

[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007.  The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

- 3 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | S107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | S223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $815.60 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,419.60 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $5,981.20 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | S12,952.00 | $265.67 |

- 4 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $8,607.20 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $30,530.40 | $409.84 |

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Derrick Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $1,100.00 | 3.60 | $3,960.00 |
| Karen Galpern | Partner, Year of Call to the Ontario Bar – 1993 | $710.00 | 1.50 | $1,065.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $800.00 | 26.30 | $21,040.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $600.00 | 0.30 | $180.00 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $260.00 | 5.80 | $1,508.00 |
| Alex Dimson | Associate, Year of Call to the Ontario Bar – 2008 | $260.00 | 20.90 | $5,434.00 |
| Adrienne Glen | Associate, Year of Call to the Ontario Bar – 2009 | $310.00 | 4.50 | $1,395.00 |
| Penny Adams | Law Clerk, n/a | $210.00 | 7.40 | $1,554.00 |
| Katie Legree | Law Clerk, n/a | $180.00 | 1.70 | $306.00 |
| Hoori Chitilian | Student at Law, n/a | $185.00 | 1.00 | $185.00 |
| Laura Bursell | Student at Law, n/a | $185.00 | 3.80 | $703.00 |

| | |
|---|---|
| **Total Fees:** | **$37,330.00** |
| **Total Hours:** | **76.80** |
| **Blended Rate:** | **$486.07** |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

- 5 -

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 76.80 | $37,330.00 |
| **Total** |  | **76.80** | **$37,330.00** |

## EXPENSE SUMMARY

**Invoice No. 1078994 (Chapter 11 Proceedings, General Matters – File No. 01016442-0001)**

| Description | Timekeeper | Amount |
|---|---|---|
| Non-recoverable tax | Vasuda Sinha | $0.45 |
| Meal | Vasuda Sinha | $12.98 |
| Quicklaw | Alex Dimson | $0.99 |
| Copies | Sandra Reynolds | $176.80 |
| Quicklaw | Laura Bursell | $0.98 |
| Quicklaw | Hoori Chitilian | $19.84 |
| Quicklaw | Alex Dimson | $37.68 |
| Copies | Cathy Dawson | $37.80 |
| Copies | Cathy Dawson | $1.80 |
| Copies | Cathy Dawson | $0.10 |
| Copies | Laura Bursell | $45.40 |
| Secretarial Overtime | Alex Dimson | $32.50 |
| Quicklaw | Alex Dimson | $0.59 |
| Copies | Christine James | $3.50 |
| Copies | Sandra Reynolds | $30.90 |
| Copies | Alex Dimson | $36.30 |
| Quicklaw | Alex Dimson | $0.62 |
| Copies | Adrienne Glen | $0.20 |
| Copies | Adrienne Glen | $0.90 |
| Process Server Fee - KAP Litigation Services | Orestes Pasparakis | $50.00 |
| Quicklaw | Alex Dimson | $0.64 |
| Process Server Fee – KAP Litigation Services | Adrienne Glen | $50.00 |
| Process Server Fee – KAP Litigation Services | Orestes Pasparakis | $50.00 |

- 6 -

| Description | Timekeeper | Amount |
|---|---|---|
| Process Server Fee – KAP Litigation Services | Orestes Pasparakis | $40.00 |

| Expense Category | Total Expenses |
|---|---|
| Courier Services – Fed Ex | $333.70 |
| Meal | $12.98 |
| Non-recoverable tax | $0.45 |
| Process Server Fee – KAP Litigation Services | $190.00 |
| Quicklaw | $61.34 |
| Secretarial Overtime | $32.50 |
| **Total** | **$630.97** |

WHEREFORE, OR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $37,330.00 for reasonable and necessary professional services that OR has rendered to the Debtors during the Fee Period ($29,864.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by OR during the Fee Period ($630.97); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

- 7 -

Dated: May 1Y, 2011

**OGILVY RENAULT LLP**

*Teresa J. Walsh*
Teresa J. Walsh  LSUC#: 385140
Suite 3800, 200 Bay Street
Royal Bank Plaza, South Tower
Toronto, Ontario, Canada  M5J 2Z4
Telephone:  (416) 216-4080
Facsimile:  (416) 216-3930

Special Counsel for the Debtors and Debtors in
Possession

## VERIFICATION

PROVINCE OF ONTARIO  :

CITY OF TORONTO      :

        Teresa J. Walsh, after being duly sworn according to law, deposes and says:

        (a)    I am a partner with the law firm of Ogilvy Renault LLP ("OR").

        (b)    I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

        (c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this \1\ day of May, 2011.

_____
A Commissioner for Taking
Affidavits

        VASUDA SINHA

_____
Teresa J. Walsh

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: June 7, 2011**

**Hearing Deadline:  to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S FIFTY-SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | May 9, 2011 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 1078994 |
| Matter No.: | 01016442-0001 | |

100035

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:      Richard Finke
                Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2011

| | |
|---|---|
| FEES | $37,330.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 630.97 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $37,960.97 |

**TOTAL IN US FUNDS:  $38,735.68**



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**OGILVY
RENAULT**

W.R. GRACE & CO.                                                        01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/11 | Vasuda Sinha | Revising factum for recognition order. | 1.00 | $260.00 |
| 1/4/11 | Alex Dimson | Revising Factum. | 5.80 | $1,508.00 |
| 1/4/11 | Derrick C. Tay | Reviewing materials for court motion (0.50); communicating with client and U.S. counsel (0.20). | 0.70 | $770.00 |
| 1/4/11 | Karen Galpern | Reviewing and commenting on Factum. | 1.00 | $710.00 |
| 1/4/11 | Orestes Pasparakis | Finalizing draft factum. | 2.30 | $1,840.00 |
| 4/4/11 | Adrienne Glen | Reviewing and providing final comments on factum (0.60); serving factum on service list (0.20). | 0.80 | $248.00 |
| 4/4/11 | Penny Adams | Participating in discussions regarding fee application status. | 0.20 | $42.00 |
| 4/4/11 | Derrick C. Tay | Reviewing comments on court documents (0.20); attending to communications regarding Crown's position on motion (0.20). | 0.40 | $440.00 |
| 4/4/11 | Hoori Chitilian | Searching Quicklaw, at the request of A. Dimson, for Court of Appeal cases that stand for the principle that a foreign order being appealed is not a bar to recognition and enforcement and can be considered a final judgment. | 1.00 | $185.00 |
| 4/4/11 | Alex Dimson | Researching case law on recognition of foreign judgments under appeal (2.80); revising Factum (2.70); preparing Book of Authorities (1.60); arranging for service of Factum (0.40). | 7.50 | $1,950.00 |
| 4/4/11 | Laura Bursell | Preparing Book of Authorities at the request of A. Dimson. | 3.80 | $703.00 |
| 4/4/11 | Orestes Pasparakis | Finalizing factum (1.00); participating in discussions with counsel for R. Thundersky (0.50); participating in discussions with U.S. counsel regarding crown vote (0.40). | 1.90 | $1,520.00 |
| 5/4/11 | Penny Adams | Meeting with K. Legree with respect to fee applications. | 0.50 | $105.00 |

INVOICE: 1078994



W.R. GRACE & CO.                                                      01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/4/11 | Alex Dimson | Preparing Factum and Book of Authorities for court filing (0.60); reviewing emails from J. Dais-Visca and O. Pasparakis (0.20). | 0.80 | $208.00 |
| 5/4/11 | Katie Legree | Participating in office conference with P. Adams regarding Monthly and Quarterly Fee Applications (0.30); preparing 50th Monthly Fee Application (0.80); forwarding same to R. Finke for review and comment (0.10). | 1.20 | $216.00 |
| 5/4/11 | Derrick C. Tay | Dealing with Crown's position on motion. | 0.20 | $220.00 |
| 6/4/11 | Alex Dimson | Reviewing Crown submissions (1.50); assisting O. Pasparakis with preparing oral arguments (2.00). | 3.50 | $910.00 |
| 6/4/11 | Karen Galpern | Reviewing and commenting on Factum of the Crown. | 0.50 | $355.00 |
| 6/4/11 | Orestes Pasparakis | Exchanging emails with Crown counsel (0.40); reviewing Crown affidavit (0.60); reviewing Crown factum (1.00); reviewing law (0.60); reviewing and preparing counter arguments (1.20); reporting to client (0.20). | 4.00 | $3,200.00 |
| 7/4/11 | Alex Dimson | Assisting O. Pasparakis with preparing oral argument. | 2.00 | $520.00 |
| 7/4/11 | Katie Legree | Finalizing 50th Monthly Fee Application (0.30); forwarding same to L. Oberholzer for service and filing (0.10); forwarding same to Fee Auditor (0.10). | 0.50 | $90.00 |
| 7/4/11 | Orestes Pasparakis | Reviewing factum of R. Thundersky (0.80); reviewing factum of Representative Counsel (0.60); exchanging emails with Representative Counsel (0.30); exchanging emails with client (0.40); participating in telephone calls with counsel for Thundersky (0.30); preparing for court (2.90). | 5.30 | $4,240.00 |
| 8/4/11 | Orestes Pasparakis | Preparing for court (2.50); attending court and making argument (3.60); following-up with client regarding next steps (0.70). | 6.80 | $5,440.00 |
| 8/4/11 | Vasuda Sinha | Preparing for and attending at recognition motion. | 4.80 | $1,248.00 |

INVOICE: 1078994



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/4/11 | Adrienne Glen | Preparing for court hearing regarding recognition of U.S. confirmation order (1.20); attending court hearing (2.50). | 3.70 | $1,147.00 |
| 8/4/11 | Derrick C. Tay | Attending court to obtain recognition order. | 2.30 | $2,530.00 |
| 8/4/11 | Alex Dimson | Discussing Factum with L. O'Brien. | 1.30 | $338.00 |
| 11/4/11 | Orestes Pasparakis | Reviewing motion by Canadian counsel (0.60); forwarding comments to client (0.40); conducting research (0.30); exchanging emails (0.30). | 1.60 | $1,280.00 |
| 12/4/11 | Orestes Pasparakis | Preparing for conference call with client (0.20); participating in conference call (0.30). | 0.50 | $400.00 |
| 13/4/11 | Penny Adams | Reviewing March accounts (0.30); drafting 51st Monthly Fee Application (0.50). | 0.80 | $168.00 |
| 14/4/11 | Orestes Pasparakis | Following-up on developments (0.50); reviewing emails (0.50). | 1.00 | $800.00 |
| 15/4/11 | Orestes Pasparakis | Reviewing revised documents (0.50); reviewing further revisions (0.30); reviewing emails (0.30); considering issues (0.20). | 1.30 | $1,040.00 |
| 18/4/11 | Orestes Pasparakis | Following-up with Sealed Air's Counsel regarding numerous issues by email. | 0.30 | $240.00 |
| 18/4/11 | Penny Adams | Drafting 17th Quarterly Fee Application (2.00); corresponding with K. Legree with respect to fee auditor's reports and other documentation (0.50). | 2.50 | $525.00 |
| 19/4/11 | Orestes Pasparakis | Following-up on Sealed Air requests (0.20); following-up on Crown appeals options (0.20). | 0.40 | $320.00 |
| 19/4/11 | Penny Adams | Reviewing and revising 17th Quarterly Fee Application. | 2.00 | $420.00 |
| 20/4/11 | Orestes Pasparakis | Following-up on status regarding Sealed Air (0.20); considering Crown appeal timeline (0.20). | 0.40 | $320.00 |
| 25/4/11 | Penny Adams | Reviewing and revising 51st Monthly Fee Application (0.20); corresponding with R. Finke and T. Walsh regarding same (0.20). | 0.40 | $84.00 |

INVOICE: 1078994



**W.R. GRACE & CO.**                                              01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 26/4/11 | Penny Adams | Finalizing 51st Monthly Fee Application (0.50); corresponding with fee auditor, L. Oberholzer and others with respect to same (0.50). | 1.00 | $210.00 |
| 26/4/11 | Teresa Walsh | Reviewing and swearing 51st Monthly Fee Application. | 0.30 | $180.00 |
| 28/4/11 | Orestes Pasparakis | Following-up on appeal period. | 0.20 | $160.00 |
| 29/4/11 | Orestes Pasparakis | Following-up on status regarding appeal (0.20); emailing client (0.10). | 0.30 | $240.00 |
| | | **TOTAL FEES** | | **$37,330.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 333.70 |
| Overtime - Secretarial | 32.50 |
| External DB Search/Quicklaw | 61.34 |
| Process server fee | 100.00 |
| Meals-restaurants (Canada) | 12.98 |
| Agent's filing fee | 90.00 |
| Taxe non-récupérable/Non recouvrable ta | 0.45 |
| | $630.97 |

INVOICE: 1078994