# EXHIBIT B – Part 1

## Compensation by Project Category:
## January 1, 2011 – March 31, 2011;

## and

## Monthly Fee Application for the Period from:
## January 1, 2011 – January 31, 2011

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2011 - MARCH 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 10.8 | $  7,834.00 |
| 0013 | Business Operations | 4.5 | 3,451.50 |
| 0014 | Case Administration | 51.6 | 11,125.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 214.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 55.7 | 41,355.50 |
| 0018 | Fee Application, Applicant | 31.1 | 14,452.00 |
| 0019 | Creditor Inquiries | 7.1 | 5,862.50 |
| 0020 | Fee Application, Others | 9.2 | 2,355.00 |
| 0021 | Employee Benefits, Pension | 42.7 | 27,046.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 2.4 | 1,716.00 |
| 0035 | Travel - Non Working | 12.1 | 10,001.50 |
| 0036 | Plan and Disclosure Statement | 170.3 | 133,157.50 |
| 0037 | Hearings | 26.6 | 20,567.00 |
| 0041 | Relief from Stay Proceedings | 2.5 | 1,787.50 |
| 0047 | Tax Issues | 2.4 | 2,256.00 |
|  |  |  |  |
|  | Sub Total | 429.3 | $  283,181.50 |
|  | Less 50% Travel | (6.0) | $  (5,000.75) |
|  | Total | 423.3 | $  278,180.75 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **March 21, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Eighteenth

Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period January 1, 2011 through

January 31, 2011, seeking compensation in the amount of $37,267.00 and reimbursement for

actual and necessary expenses in the amount of $193.84.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 21, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: _2/28/11_

Docket No.: _26435_

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: February 28, 2011
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
E-mail:   rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:   lkruger@stroock.com
             kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **March 21, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### ONE HUNDRED AND EIGHTEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2011 – January 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$37,267.00     (80%: $29,813.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$193.84** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001    D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21 (Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 – 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 – 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 – 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 – 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 – 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |

**WR GRACE & CO**
**ATTACHMENT B**
**JANUARY 1, 2011 - JANUARY 31, 2011**

| | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 1.4 | $ 995 | $  1,393.00 | 41 |
| Pasquale, Kenneth | 9.7 | 895 | 8,681.50 | 20 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene G. | 32.7 | 715 | 23,380.50 | 26 |
| | | | | |
| **Paraprofessionals** | | | | |
| Magzamen, Michael | 1.1 | 320 | 352.00 | 9 |
| Mohamed, David | 17.3 | 200 | 3,460.00 | 21 |
| | | | | |
| Total | 62.2 | | $ 37,267.00 | |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1, 2011 - JANUARY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 7.5 | $ 5,362.50 |
| 0013 | Business Operations | 2.9 | 2,253.50 |
| 0014 | Case Administration | 12.4 | 2,718.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 214.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.2 | 8,192.00 |
| 0018 | Fee Application, Applicant | 4.7 | 1,245.50 |
| 0019 | Creditor Inquiries | 3.4 | 2,845.00 |
| 0020 | Fee Application, Others | 2.6 | 777.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 2.4 | 1,716.00 |
| 0036 | Plan and Disclosure Statement | 11.9 | 9,868.50 |
| 0037 | Hearings | 2.9 | 2,073.50 |
| | | | |
| | **Total** | **62.2** | **$ 37,267.00** |

# STROOCK

## INVOICE

| DATE | February 7, 2011 |
|---|---|
| INVOICE NO. | 527040 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2011 | Attend to CNA Companies motion for leave to file a reply to objections to its settlement with Grace and the reply (1.9); attend to Debtors' motion for leave to file its reply to the settlement and the reply (1.3). | Krieger, A. | 3.2 |
| 01/07/2011 | Attend to Caswell declaration in support of CNA Companies reply on settlement motion. | Krieger, A. | 1.0 |
| 01/10/2011 | Attend to Garlock's motion for access to Rule 9019 filings and memoranda re: same. | Krieger, A. | 1.4 |
| 01/11/2011 | Attend to Garlock pleading and exhibits and further memorandum thereon (.6); attend to Court's modified order re: notice of Garlock pleading (.1). | Krieger, A. | 0.7 |
| 01/12/2011 | Attend to order re: Garlock motion. | Krieger, A. | 0.1 |
| 01/31/2011 | Attend to Certain Law Firm's responses to Garlock's motion for access to Rule 2019 Statement. | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.5 | $ 715 | $ 5,362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,362.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,362.50 |
|-----------------------|------------|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Business Operations 699843  0013 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2011 | Review Debtors' draft Holdco motion. | Pasquale, K. | 0.5 |
| 01/05/2011 | Memorandum to Capstone re: Debtors' draft motion to establish a non debtor foreign holding company structure. | Krieger, A. | 0.1 |
| 01/11/2011 | T/c Capstone re: foreign restructuring motion, amendments to Art Joint Venture and post-petition financing agreements. | Krieger, A. | 0.3 |
| 01/13/2011 | Attend to J. Baer memo re: advice regarding Synthetech merger into Grace-Conn. and memorandum to Capstone re: same. | Krieger, A. | 0.1 |
| 01/14/2011 | T/c Capstone re: pending post-petition financing and Art Joint venture motions and status of foreign restructuring motion. | Krieger, A. | 0.2 |
| 01/19/2011 | Attend to Debtors' motion extending ART Joint Venture Agreement. | Krieger, A. | 0.1 |
| 01/25/2011 | Attend to proposed form of order and first amendment and memorandum to Debtors' counsel re: text of First Amendment. | Krieger, A. | 0.8 |
| 01/25/2011 | Attention to Capstone reports re: financing. | Pasquale, K. | 0.5 |
| 01/28/2011 | Exchanged memoranda with Debtors' counsel re: terms of First Amendment to LC Facility and attachment to order. | Krieger, A. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 715 | $ 1,358.50 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,253.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,253.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration<br>699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2011 | Circulate Debtwire article on expected Jan '11 confirmation ruling. | Magzamen, M. | 0.1 |
| 01/03/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 01/04/2011 | Memorandum to DM re: court call arrangements for 1/10/11 hearing. | Krieger, A. | 0.1 |
| 01/04/2011 | Obtain and circulate recently docketed pleadings in main case (.3); schedule A. Krieger to appear telephonically at 1/10/11 hearing (.1). | Mohamed, D. | 0.4 |
| 01/05/2011 | Obtain documents for attorney review (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 01/06/2011 | Obtain and circulate recently docketed pleadings in main case (.9); review case file documents (.7). | Mohamed, D. | 1.6 |
| 01/07/2011 | Attend to agenda notice for 1/10/11 hearing (.1); attend to Debtors' motion to retain Baer, Higgins and Fruchtman LLC (.1). | Krieger, A. | 0.2 |
| 01/07/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |
| 01/10/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 01/11/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 01/13/2011 | Obtain and circulate recently docketed | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case. | | |
| 01/19/2011 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3); review case file documents (.8). | Mohamed, D. | 1.6 |
| 01/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 01/24/2011 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 01/28/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/31/2011 | Circulate confirmation opinion and proposed findings to working group and emails re: same (.5); circulate public articles on confirmation (.1). | Magzamen, M. | 0.6 |
| 01/31/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3); review case file documents (.9). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 11.4 | 200 | 2,280.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,718.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,718.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|----|----|----|----|
| 01/06/2011 | Attend to COC re: Debtors' objection to claims of Hillside Inc. and Hillside's letter response to Debtors' objection. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|----|----|----|----|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|----|----|

| TOTAL FOR THIS MATTER | $ 214.50 |
|----|----|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2011 | Memorandum for the Committee re: letter agreement amending the Minutes of Settlement. | Krieger, A. | 0.5 |
| 01/04/2011 | Memorandum for the Committee re: Canadian ZAI agreement. | Krieger, A. | 0.3 |
| 01/07/2011 | Attend to Committee memorandum re: proposed MADEP stipulation on environmental claims. | Krieger, A. | 2.8 |
| 01/10/2011 | Attend to memorandum to the Committee re: 1/10/11 hearing. | Krieger, A. | 1.9 |
| 01/10/2011 | Review memo to Committee re: court hearing. | Kruger, L. | 0.2 |
| 01/10/2011 | Review draft memo to Committee re: court hearing. | Pasquale, K. | 0.2 |
| 01/11/2011 | Attend to additional information from Debtors' counsel on MADEP environmental claims' settlement and modify memorandum for the Committee re: same. | Krieger, A. | 1.4 |
| 01/12/2011 | Attend to Committee memorandum re: proposed MADEP settlement of environmental claims. | Krieger, A. | 1.2 |
| 01/12/2011 | Review draft memo re: environmental settlement. | Pasquale, K. | 0.2 |
| 01/14/2011 | Memorandum to the Committee re: proposed settlement with Massachusetts Department of Environmental Protection. | Krieger, A. | 0.2 |
| 01/24/2011 | Exchanged memoranda with Capstone re: memorandum for the Committee re: extension of Art Joint Venture and post-petition financing. | Krieger, A. | 0.2 |
| 01/25/2011 | Attend to Capstone's memorandum for the | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee re: amendment to the LC Facility and memorandum to Capstone re: same (.5); attend to Capstone's memorandum for the Committee re: extension of Art Joint Venture Agreement and, exchanged memoranda with Capstone re: Committee memorandum (.2). | | |
| 01/25/2011 | Review Capstone report on financing. | Kruger, L. | 0.2 |
| 01/26/2011 | Exchanged memoranda with Capstone re: Committee member's inquiry on the Art Joint Venture extension and response thereto. | Krieger, A. | 0.3 |
| 01/31/2011 | Attend to memoranda to the Committee re: Judge Fitzgerald's decision and recommendations and conference call to discuss same and exchanged memoranda with Committee members re: same. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.4 | $ 715 | $ 7,436.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.4 | 895 | 358.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,192.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,192.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/10/2011 | Review and revise December bill. | Magzamen, M. | 0.4 |
| 01/12/2011 | Prepare draft of SSL's one hundred and seventeenth monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 01/25/2011 | Attend to SSL's December 2010 fee statement. | Krieger, A. | 0.5 |
| 01/26/2011 | Revise draft of Stroock's one hundred and seventeenth monthly fee application. | Mohamed, D. | 0.8 |
| 01/28/2011 | Review Stroock's one hundred and seventeenth monthly fee application for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Magzamen, Michael | 0.4 | 320 | 128.00 |
| Mohamed, David | 3.8 | 200 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,245.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,245.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2011 | Emails with creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 01/10/2011 | T/c unsecured creditor re: Libby Claimants' arguments at today's hearing, case status. | Krieger, A. | 0.4 |
| 01/11/2011 | Attend to memoranda to unsecured creditor re plan status and treatment. | Krieger, A. | 0.7 |
| 01/12/2011 | Telephone conference creditor re: plan confirmation status. | Pasquale, K. | 0.3 |
| 01/14/2011 | Telephone conference creditor re: confirmation. | Pasquale, K. | 0.3 |
| 01/28/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 01/31/2011 | Telephone conferences multiple creditors re: confirmation opinion. | Pasquale, K. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 715 | $ 786.50 |
| Pasquale, Kenneth | 2.3 | 895 | 2,058.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,845.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,845.00 |
|-----------------------|-----------|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/06/2011 | Attend to fee applications and related notices. | Krieger, A. | 0.5 |
| 01/19/2011 | Review Capstone's eighty-first monthly fee application for filing (.7); prepare notice and certificate of service re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 01/20/2011 | Prepare and effectuate service re: Capstone's eighty-first monthly fee application. | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Mohamed, David | 2.1 | 200 | 420.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 777.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 777.50 |
|-----------------------|----------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843  0022 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2011 | Attend to Debtors' motion for approval of stipulation with Mass DEP re: environmental claims. | Krieger, A. | 1.8 |
| 01/06/2011 | Memorandum to J. Baer, R. Higgins re: information request on proposed settlement of environmental claims with Mass DEP. | Krieger, A. | 0.4 |
| 01/10/2011 | Attend to Debtors' responses to information request re: Mass DEP environmental claims settlement and prepare additional request for information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.4 | $ 715 | $ 1,716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,716.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,716.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

|  |  |  |
|---|---|---|
| RE | Expenses<br>699843  0024 |  |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 84.74 |
|---|---|
| Long Distance Telephone | 98.90 |
| Duplicating Costs-in House | 10.20 |

| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |
|---|---|

| TOTAL FOR THIS MATTER | $ 193.84 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
| --- | --- |
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/07/2011 | Review CNA settlement pleadings; agenda. | Pasquale, K. | 1.5 |
| 01/19/2011 | Attend to notice of amendment of CDNZAI Minutes of Settlement. | Krieger, A. | 0.2 |
| 01/25/2011 | Review draft record on appeal from lenders' counsel and emails re: same. | Pasquale, K. | 0.8 |
| 01/26/2011 | Continue review of proposed record on appeal. | Pasquale, K. | 0.4 |
| 01/27/2011 | Attend to Libby claimants COC re: Debtors' proposed order approving CNA settlement agreement. | Krieger, A. | 0.6 |
| 01/31/2011 | Attend to confirmation decision and recommended findings of fact and conclusions of law and emails thereon. | Krieger, A. | 4.1 |
| 01/31/2011 | Review Judge Fitzgerald decision (.8); o/c with KP re: same and re: role of Committee (.2). | Kruger, L. | 1.0 |
| 01/31/2011 | Review/analyze confirmation order and findings of fact, conclusions of law (2.8); emails with Committee members re: same (.2); emails with lenders' counsel re: same (.3). | Pasquale, K. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 4.9 | $ 715 | $ 3,503.50 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |
| Pasquale, Kenneth | 6.0 | 895 | 5,370.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,868.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 9,868.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2011 | Attend to 1/10/11 agenda notice and email to LK, KP re: same. | Krieger, A. | 0.1 |
| 01/07/2011 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 01/10/2011 | Attend omnibus court hearing re: CNA settlement agreement and objections by Libby claimants and BNSF, Canadian/Grace agreement to extend Settlement of Minutes, status of confirmation order. | Krieger, A. | 2.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.9 | $ 715 | $ 2,073.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,073.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,073.50 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 37,267.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |
| TOTAL BILL | $ 37,460.84 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2011 - JANUARY 31, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 1.4 | $ 995 | $  1,393.00 |
| Pasquale, Kenneth | 9.7 | 895 | 8,681.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 32.7 | 715 | 23,380.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.1 | 320 | 352.00 |
| Mohamed, David | 17.3 | 200 | 3,460.00 |
|  |  |  |  |
| **Total** | **62.2** |  | **$37,267.00** |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**JANUARY 1, 2011 - JANUARY 31, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 84.74 |
| Long Distance Telephone | | 98.90 |
| Duplicating Costs-in House | | 10.20 |
| | | |
| **TOTAL** | $ | **193.84** |

# STROOCK

## Disbursements Register

| DATE | February 7, 2011 |
|---|---|
| INVOICE NO. | 527040 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270191475186 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270193755209 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270194490798 on 12/28/2010 | 9.77 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270196324964 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM DAWN S. MARRA, 1100 N MARKET ST STE 1200, WILMINGTON, DE TO DUANE MORRIS LLP, 222 DELAWARE AVE, WILMINGTON, DE 19801 Tracking #:1Z10X8270191475186 on 12/30/2010 | 11.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270194343321 on 01/20/2011 | 10.37 |
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198746353 on 01/20/2011 | 7.31 |
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270199200136 on 01/20/2011 | 7.31 |
| 01/31/2011 | VENDOR: UPS; INVOICE#: 0000010X827051; DATE: 01/29/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270196208947 on 01/20/2011 | 7.31 |
| 01/31/2011 | VENDOR: UPS; INVOICE#: 0000010X827051; DATE: 01/29/2011; FROM DAWN S. MARRA, 1100 N MARKET ST STE 1200, WILMINGTON, DE TO DUANE MORRIS LLP, 222 DELAWARE AVE, WILMINGTON, DE 19801 Tracking #:1Z10X8270196208947 on 01/22/2011 | 11.00 |

**Outside Messenger Service Total**      **84.74**

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24/2011 | VENDOR: Chase Card Services; INVOICE#: 010211; DATE: 1/2/2011  -  visa charge 12/27/10 Court Call | 58.00 |
| 01/24/2011 | VENDOR: Chase Card Services; INVOICE#: 010211; DATE: 1/2/2011  -  visa charge 12/27/10 Court Call | 37.00 |
| 01/24/2011 | EXTN.795562, TEL.2015877123, S.T.18:03, DUR.00:00:06 | 0.56 |
| 01/24/2011 | EXTN.795562, TEL.2015877123, S.T.18:03, DUR.00:00:54 | 0.56 |
| 01/31/2011 | EXTN.795562, TEL.3109969646, S.T.15:15, DUR.00:00:07 | 0.56 |
| 01/31/2011 | EXTN.795562, TEL.3109969646, S.T.15:16, DUR.00:04:00 | 2.22 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Long Distance Telephone Total** | **98.90** |
| | **Duplicating Costs-in House** | |
| 01/31/2011 | | 10.20 |
| | **Duplicating Costs-in House Total** | **10.20** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 84.74 |
| Long Distance Telephone | 98.90 |
| Duplicating Costs-in House | 10.20 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.