## EXHIBIT B – Part 3

## Monthly Fee Application for the Period from: March 1, 2011 – March 31, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **May 17, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

<u>NOTICE OF FILING OF MONTHLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Twentieth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period March 1, 2011 through March 31, 2011, seeking compensation in the amount of $95,649.00 and reimbursement for actual and necessary expenses in the amount of $1,447.38.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 17, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 4/28/11

Docket No: 26834

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington,

Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn:

David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-

573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C.,

Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).


**[Remainder of Page Left Intentionally Blank]**

Dated: April 28, 2011
       Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
           kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **May 17, 2011 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

**ONE HUNDRED AND TWENTIETH MONTHLY FEE APPLICATION OF STROOCK
& STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2011 – March 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$95,649.00    (80%: $76,519.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,447.38** |

This is an: ☒ interim ☐ final application

Attachment A

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21 (Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95,312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

**WR GRACE & CO**
**ATTACHMENT B**
**MARCH 1, 2011 - MARCH 31, 2011**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 5.3 | $ 995 | $    5,273.50 | 41 |
| Pasquale, Kenneth | 20.7 | 895 | 18,526.50 | 20 |
| Wintner, Mark | 0.4 | 975 | 390.00 | 22 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Keppler, Abbey L. | 1.0 | 720 | 720.00 | 22 |
| Krieger, Arlene G. | 90.6 | 715 | 64,779.00 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 1.0 | 320 | 320.00 | 9 |
| Mohamed, David | 28.2 | 200 | 5,640.00 | 21 |
|  |  |  |  |  |
| **Total** | **147.2** |  | **$   95,649.00** |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MARCH 1, 2011 - MARCH 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.70 | $   2,042.50 |
| 0013 | Business Operations | 0.50 | 357.50 |
| 0014 | Case Administration | 21.30 | 4,569.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.80 | 8,805.00 |
| 0018 | Fee Application, Applicant | 12.00 | 4,610.00 |
| 0019 | Creditor Inquiries | 0.90 | 643.50 |
| 0020 | Fee Application, Others | 0.30 | 214.50 |
| 0021 | Employee Benefits, Pension | 6.70 | 5,043.50 |
| 0036 | Plan and Disclosure Statement | 80.50 | 61,514.00 |
| 0037 | Hearings | 10.40 | 7,778.00 |
| 0041 | Relief from Stay Proceedings | 0.10 | 71.50 |
|  |  |  |  |
|  | **Total** | **147.2** | **$   95,649.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 28, 2011 |
| INVOICE NO. | 531880 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2011, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2011 | Attend to various objections to Garlock intervention pleading. | Krieger, A. | 0.9 |
| 03/15/2011 | Attend to Garlock's pleadings (1.3); attend to additional law firms' objections to intervention motion (.1). | Krieger, A. | 1.4 |
| 03/15/2011 | Review Garlock pleadings. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.3 | $ 715 | $ 1,644.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,042.50 |
|---|---|

# STROOCK

| RE | Business Operations |
|----|----|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2011 | Attend to transcript of Grace's Q4 2010 Earnings conference call. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 357.50 |
|------------------------------------------|----------|

# STROOCK

| RE | Case Administration<br>699843  0014 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |
| 03/02/2011 | O/c DM re: scheduling order. | Krieger, A. | 0.1 |
| 03/02/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research and obtain plan documents for attorney review (.6). | Mohamed, D. | 1.3 |
| 03/03/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 03/04/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 03/07/2011 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.2); prepare documents for attorney review (.7). | Mohamed, D. | 2.4 |
| 03/08/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 03/09/2011 | Attend to Fee Auditor's schedule re: 38th quarterly fee applications and correspondence from B. Ruhlander re: same. | Krieger, A. | 0.1 |
| 03/09/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 03/10/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor docketed appeals with the district court (.5); obtain documents for attorney review (.3). | Mohamed, D. | 1.2 |
| 03/11/2011 | Obtain and circulate recently docketed pleadings in main case (.9); obtain certain | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings for attorney review (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | | |
| 03/14/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 03/15/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 03/16/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain certain documents for attorney review (.6). | Mohamed, D. | 0.9 |
| 03/17/2011 | Obtain and circulate recently Docketed Pleadings in main case (.3); research and obtain pleadings for attorney review (.5). | Mohamed, D. | 0.8 |
| 03/18/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |
| 03/21/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review and obtain pleadings re: various appeals in district court (.5); research case docket and obtain documents for attorney review (.8). | Mohamed, D. | 1.9 |
| 03/23/2011 | Exchanged memoranda with D. Mohamed re: 38th interim fee and expense charts. | Krieger, A. | 0.2 |
| 03/23/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.9). | Mohamed, D. | 1.2 |
| 03/24/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 03/25/2011 | Attend to order approving 38th quarterly fee application and order approving pension motion and foreign restructuring motion. | Krieger, A. | 0.2 |
| 03/25/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain pleading re district court case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.9 |
| 03/28/2011 | Obtain and circulate recently docketed pleadings in main case (.6); research and obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/29/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.5). | Mohamed, D. | 0.8 |
| 03/31/2011 | Obtain certain pleadings for attorney review. | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 20.7 | 200 | 4,140.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,569.00 |
|------------------------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
| | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2011 | Attend to memorandum for the Committee re: 3/2/11 hearing. | Krieger, A. | 1.2 |
| 03/03/2011 | Attend to Capstone's memorandum for the Committee re: foreign holding company structure (.5); t/c J. Dolan re: same (.2); attend to Capstone's memorandum for the Committee re: pension payment acceleration motion (1.6); extended conference call Capstone re: Committee memorandum re: pension motion (1.3).; attend to memorandum to the Committee re: 3/2/11 hearing (.2); attend to revised memorandum re: pension motion, and preparation of additional memorandum for the Committee re: pension motion (2.6); t/cs Janine Dolan re: pension motion memorandum for the Committee (.5). | Krieger, A. | 6.9 |
| 03/03/2011 | Review memo to Committee re: 3/2 court hearing (.1); review memo to Committee re: pension motion (.3). | Kruger, L. | 0.4 |
| 03/03/2011 | Review Capstone report re: Grace foreign structure. | Pasquale, K. | 0.3 |
| 03/04/2011 | Exchanged memoranda with J. Dolan re: pension motion memorandum for the Committee (.3); attend to memoranda for the Committee re: pension motion (.6). | Krieger, A. | 0.9 |
| 03/04/2011 | Review BSNF Reconsideration Motion (.2); review Capstone pension memo (.2). | Kruger, L. | 0.4 |
| 03/04/2011 | Review Capstone pension memo and email to Committee. | Pasquale, K. | 0.5 |
| 03/07/2011 | Attend to Committee memorandum re: Locke lift stay motion. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/08/2011 | Memorandum to the Committee re: Locke lift stay motion. | Krieger, A. | 0.1 |
| 03/14/2011 | Memorandum to the Committee re: District Court's scheduling order. | Krieger, A. | 0.1 |
| 03/25/2011 | Memorandum to Capstone re: Committee memorandum re: LTIP motion. | Krieger, A. | 0.2 |
| 03/27/2011 | Exchanged memoranda with Capstone re: Committee memorandum on LTIP motion. | Krieger, A. | 0.1 |
| 03/29/2011 | Exchanged memoranda with Committee member re: representative change. | Krieger, A. | 0.1 |
| 03/30/2011 | Attend to Capstone's draft report re: 2011-2013 LTIP plan. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.2 | $ 715 | $ 7,293.00 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,805.00 |
|------------------------------------------|-----------|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2011 | Attend to 39th quarterly fee application (1.6); memoranda and o/c DM re: same (.2). | Krieger, A. | 1.8 |
| 03/01/2011 | Revise draft of SSL's thirty-ninth quarterly fee application. | Mohamed, D. | 1.2 |
| 03/02/2011 | Review Stroock's thirty-ninth quarterly fee application for filing (.7); prepare CoS re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 03/02/2011 | Review draft SSL quarterly fee application. | Pasquale, K. | 0.5 |
| 03/03/2011 | Review/revise February bill. | Magzamen, M. | 0.5 |
| 03/03/2011 | Prepare and effectuate service re: Stroock's thirty-ninth quarterly fee application. | Mohamed, D. | 0.7 |
| 03/08/2011 | Prepare draft of SSL's one hundred and nineteenth monthly fee application. | Mohamed, D. | 0.7 |
| 03/15/2011 | O/c DM re: February 2011 fee statement. | Krieger, A. | 0.1 |
| 03/15/2011 | Revise draft of SSL's one hundred and nineteenth monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 03/16/2011 | Attend to February 2011 fee statement. | Krieger, A. | 1.6 |
| 03/18/2011 | Further revise draft of SSL's one hundred and nineteenth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 03/28/2011 | Review SSL's one hundred and nineteenth monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.5 | $ 715 | $ 2,502.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 7.5 | 200 | 1,500.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,610.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/17/2011 | Respond to inquiry from unsecured creditor. | Krieger, A. | 0.6 |
| 03/31/2011 | T/cs creditor re: status. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 715 | $ 643.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 643.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/24/2011 | Attend to multiple applications and certifications from counsel for other professionals. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|------------------------------------------|----------|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2011 | Office conference with A. Kreiger re: request for increased pension contributions. | Keppler, A. | 1.0 |
| 03/01/2011 | Conference call J. Baer, R. Higgins re: pension liabilities (.3); o/c A. Keppler re: pension motion issues (1.0); attend to pension motion related materials (.9). | Krieger, A. | 2.2 |
| 03/02/2011 | Conference call Capstone re: pension motion, outstanding questions and memorandum to the Committee (.4); review AON Actuarial Report and memo to M. Wintner re: same (.3); o/c G. Sasson re: pension motion (.2). | Krieger, A. | 0.9 |
| 03/02/2011 | Attn to Pension Plan actuarial report. | Wintner, M. | 0.4 |
| 03/08/2011 | T/c Capstone re: pension motion. | Krieger, A. | 0.1 |
| 03/10/2011 | Telephone conference J. Radecki re: pension motion. | Pasquale, K. | 0.2 |
| 03/14/2011 | Review LIP motion. | Pasquale, K. | 0.6 |
| 03/15/2011 | Attend to Debtors' motion re: implementation of 2011 Long-Term Incentive Plan and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Keppler, Abbey L. | 1.0 | $ 720 | $ 720.00 |
| Krieger, Arlene G. | 4.5 | 715 | 3,217.50 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |
| Wintner, Mark | 0.4 | 975 | 390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,043.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 115.59 |
|---------------------------|----------|
| Local Transportation | 195.87 |
| Long Distance Telephone | 101.17 |
| Travel Expenses - Transportation | 274.50 |
| Westlaw | 760.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
|----------------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2011 | Attend to motions for reconsideration of the confirmation order and Rule 3033 motions filed (1.8); exchanged memoranda with lenders' counsel re: appellate briefing (.2). | Krieger, A. | 2.0 |
| 03/01/2011 | Review draft Order to Consolidate Committees and ad hoc appeal (.2); review Motions for Reconsideration and Rule 9033 Motions (.6). | Kruger, L. | 0.8 |
| 03/01/2011 | Review draft proposed order to consolidate appeals. | Pasquale, K. | 0.3 |
| 03/02/2011 | Attend to draft stipulation and agreed order re: consolidating appeals and emails regarding same (.2); attend to motion for consolidation of appeals and o/cs KP re: same (1.6); attend to objection to findings of fact, conclusions of law (1.9); attend to notice of submissions of confirmation plan (.4). | Krieger, A. | 4.1 |
| 03/02/2011 | O/c with AK re: Court hearing (.2); review Motion to Consolidate (.6). | Kruger, L. | 0.8 |
| 03/02/2011 | Emails with lenders' counsel re: consolidation issues (.3); review and revise draft motion to consolidate (2.2). | Pasquale, K. | 2.5 |
| 03/03/2011 | Attend to revised motion to consolidate. | Krieger, A. | 1.0 |
| 03/03/2011 | Review revised Motion to Consolidate. | Kruger, L. | 0.2 |
| 03/03/2011 | Review and revise further draft motion to consolidate appeals. | Pasquale, K. | 1.3 |
| 03/04/2011 | Attend to appellate pleadings (4.3); attend to J. Baer email and proposed revised scheduling order (.3); attend to Judge Fitzgerald's order and memorandum opinion re: BNSF's | Krieger, A. | 4.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | reconsideration motion (.3). | | |
| 03/04/2011 | Review BSNF reconsideration order (.4); review PP's revised proposed confirmation schedule and emails re: same (.5). | Pasquale, K. | 0.9 |
| 03/05/2011 | Attend to preparation of appellate briefing. | Krieger, A. | 1.1 |
| 03/06/2011 | Attend to preparation of appellate briefing. | Krieger, A. | 4.1 |
| 03/07/2011 | Attend to appellate pleadings (5.7); attend to revised proposed scheduling order and conference call with representatives of all parties (.4); attend to notice re: cure amounts (.2); attend to stipulation re: consolidated appeals (.1); attend to revised scheduling order re: confirmation appeals (.1). | Krieger, A. | 6.5 |
| 03/07/2011 | Conference call with parties re: scheduling order (.3); review revised consolidation order (.1); review appellate pleadings (.4). | Kruger, L. | 0.8 |
| 03/07/2011 | Conference call with all parties re: scheduling order (.4); review proposed, revised consolidation order and emails re: same (.3). | Pasquale, K. | 0.7 |
| 03/08/2011 | Memorandum to J. Baer re: notice regarding 9.1.2 cure amounts. | Krieger, A. | 0.2 |
| 03/08/2011 | Review draft designation of record on appeal. | Kruger, L. | 0.2 |
| 03/08/2011 | Review PP's draft designation of record on appeal. | Pasquale, K. | 1.5 |
| 03/09/2011 | Exchanged memoranda with J. Baer re: Section 9.1.2 Notice and proposed stipulation and proposed modifications. | Krieger, A. | 0.4 |
| 03/09/2011 | Review proposed record on appeal. | Kruger, L. | 0.4 |
| 03/09/2011 | Continued review of proposed record on appeal. | Pasquale, K. | 1.3 |
| 03/10/2011 | Attend to appellate briefing, issues and case law (4.6); exchanged multiple memoranda with J. Baer re: stipulations with Sealed Air and other creditors (.6); attend to emails re: status of joint motion to consolidate confirmation | Krieger, A. | 6.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | appeals (.3); o/cs and email D. Mohamed re: confirmation appeals' dockets (.3); attend to scheduling order entered by Judge Buckwalter re confirmation appeals and follow-up emails re: same (.2). | | |
| 03/10/2011 | Review statement of issues. | Kruger, L. | 0.2 |
| 03/10/2011 | Review Appeal procedures order and calendar events. | Magzamen, M. | 0.5 |
| 03/10/2011 | Emails re: Grace appeal docketing and scheduling (.4); draft statement of issues (.7). | Pasquale, K. | 1.1 |
| 03/11/2011 | Attend to confirmation appeals docket and inquiry thereon (.2); attend to appellate issues and case law (5.1); o/c DM re: appeals dockets (.3). | Krieger, A. | 5.6 |
| 03/13/2011 | Attend to appellate issues and case law. | Krieger, A. | 0.9 |
| 03/14/2011 | Attend to appellate issues and case law (4.3); attend to MCC response to R9033 objections, and ACCs objection to Garlock's intervention motion (.1); attend to stipulation re: Sampson cure procedure (.1); attend to BNSF's letter to Judge Buckwalter (.1); attend to emails re: revised hearing date before the District Court (.1). | Krieger, A. | 4.7 |
| 03/14/2011 | Review pleadings re: appeal. | Kruger, L. | 0.3 |
| 03/14/2011 | Attention to emails and filed pleadings re: schedule and appeal. | Pasquale, K. | 0.5 |
| 03/15/2011 | Attend to Plan Proponents response to 9033 Objections filed (.1); attend to stipulation with Fresenius regarding cure notice (.1). | Krieger, A. | 0.2 |
| 03/15/2011 | Research/review cases re: appellate issues. | Pasquale, K. | 1.8 |
| 03/16/2011 | Attend to memorandum re: record on appeal. | Krieger, A. | 0.3 |
| 03/16/2011 | Telephone conference M. Phillips re: appeal record (.2); attention to proposed record and possible additions (1.2). | Pasquale, K. | 1.4 |
| 03/17/2011 | Emails re: designation of the record (.2); attend | Krieger, A. | 4.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to brief appellate issues (3.8); attend to Plan proponents' proposed joint record on appeal (.3); attend to emails re: consolidation stipulation (.1). | | |
| 03/17/2011 | Emails and attention to proposed record on appeal. | Pasquale, K. | 0.9 |
| 03/18/2011 | Attend to confirmation order appeals filed by various parties (.2); appellate issues (1.1); o/c KP re: appellate issues (.1). | Krieger, A. | 1.4 |
| 03/21/2011 | Attend to proposed additional documents for joint record (.1); attend to statement of issues (.5). | Krieger, A. | 0.6 |
| 03/22/2011 | Attend to statement of issues and memorandum to KP re: same. | Krieger, A. | 0.4 |
| 03/23/2011 | Attend to proposed designation of items for the record and memoranda with bank lenders' counsel re: same (.3); attend to D. Ball's email re: revised index for proposed joint record and related items (.6); conference call with representatives for all parties re: record designations and related appellate issues (.2). | Krieger, A. | 1.1 |
| 03/23/2011 | Review revised joint record. | Kruger, L. | 0.2 |
| 03/23/2011 | Review revised joint record (.7); conference call with all parties re: joint record (.2); emails re: consolidation stipulation (.2). | Pasquale, K. | 1.1 |
| 03/24/2011 | Attend to proposed final form of joint statement of issues (.2); attend to stipulation on cure amount with Beaco Road Site PRP Group (.1). | Krieger, A. | 0.3 |
| 03/25/2011 | Attend to cure stipulation re: Beaco Road PRP Group claims (.1); attend to revised draft statement of issues and memorandum to bank lender group's counsel thereon (.4); memorandum with local counsel re: status of consolidation stipulation (.1); exchanged memoranda with KP re: appellate brief (.4); attend to materials for appellate brief (.9); attend to Plan Proponents response to Rule 9033 objections (.1). | Krieger, A. | 2.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/25/2011 | Review revised issues on appeal. | Kruger, L. | 0.2 |
| 03/25/2011 | Review revised draft issues on appeal. | Pasquale, K. | 0.3 |
| 03/28/2011 | Attend to appellate brief issues. | Krieger, A. | 0.9 |
| 03/29/2011 | O/c KP re: appellate brief (.3); attend to emails re: joint record (.2); attend to case law for appellate brief (4.6). | Krieger, A. | 5.1 |
| 03/29/2011 | Emails re: joint record (.2); confer A. Krieger re: appellate brief issues (.3). | Pasquale, K. | 0.5 |
| 03/30/2011 | Attend to revised proposed joint index and emails regarding same. | Krieger, A. | 0.4 |
| 03/30/2011 | Emails re: joint record (.2); review revised joint record (.4). | Pasquale, K. | 0.6 |
| 03/31/2011 | Attend to revised proposed statement of issues and memoranda with lenders' counsel re: same. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 59.2 | $ 715 | $ 42,328.00 |
| Kruger, Lewis | 4.1 | 995 | 4,079.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Pasquale, Kenneth | 16.7 | 895 | 14,946.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 61,514.00 |
|------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2011 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 03/02/2011 | Attend (telephonically) hearing on BNSF motion for reconsideration and joinders thereto. | Krieger, A. | 1.9 |
| 03/02/2011 | Participated telephonically in court hearing. | Pasquale, K. | 1.9 |
| 03/21/2011 | Attend to notice of 3/28/11 agenda. | Krieger, A. | 0.1 |
| 03/24/2011 | Attend to amended agenda for 3/28/11 hearing. | Krieger, A. | 0.1 |
| 03/25/2011 | Attend to objections to Garlock's exhibits and other materials re 3/28/11 hearing (.7). | Krieger, A. | 0.7 |
| 03/28/2011 | Attend hearing re: Garlock motions for intervention for access to 2019 exhibits and related (5.5); memorandum re: 3/28/11 court hearing (.1). | Krieger, A. | 5.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.5 | $ 715 | $ 6,077.50 |
| Pasquale, Kenneth | 1.9 | 895 | 1,700.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,778.00 |
|------------------------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Relief from Stay Proceedings |
|----|------------------------------|
|    | 699843  0041 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2011 | Memorandum to and from R. Higgins re: additional inquiry re: Locke stay relief motion. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|------------------------------------------|---------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 95,649.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
| TOTAL BILL | $ 97,096.38 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2011 - MARCH 31, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 5.3 | $ 995 | $    5,273.50 |
| Pasquale, Kenneth | 20.7 | 895 | 18,526.50 |
| Wintner, Mark | 0.4 | 975 | 390.00 |
| | | | |
| **Associates** | | | |
| Keppler, Abbey L. | 1.0 | 720 | 720.00 |
| Krieger, Arlene G. | 90.6 | 715 | 64,779.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.0 | 320 | 320.00 |
| Mohamed, David | 28.2 | 200 | 5,640.00 |
| | | | |
| **Total** | **147.2** | | **$   95,649.00** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2011 - MARCH 31, 2011**

| | |
|---|---|
| Outside Messenger Service | $    115.59 |
| Local Transportation | 195.87 |
| Long Distance Telephone | 101.17 |
| Travel Expenses - Transportation | 274.50 |
| Westlaw | 760.25 |
| | |
| **TOTAL** | **$  1,447.38** |

# STROOCK

## Disbursements Register

| | |
|---|---|
| DATE | April 28, 2011 |
| INVOICE NO. | 531880 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through  March, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195217680 on 02/25/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270195923854 on 02/25/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270196355869 on 02/25/2011 | 10.46 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270197708477 on 02/25/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270190015077 on 02/28/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; | 7.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270190023442 on 02/28/2011 | |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270191899853 on 02/28/2011 | 7.38 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270193889066 on 02/28/2011 | 10.46 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270191641228 on 03/03/2011 | 11.07 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270192983214 on 03/03/2011 | 11.07 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195153132 on 03/03/2011 | 17.18 |
| 03/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827101; DATE: 03/05/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270198936924 on 03/03/2011 | 11.07 |
| | **Outside Messenger Service Total** | **115.59** |
| **Local Transportation** | | |
| 03/01/2011 | VENDOR(EE): KPASQUALE: 02/23/11; Court hearing before Judge Buckwalter in Philadelphia, PA | 108.76 |
| 03/01/2011 | VENDOR(EE): KPASQUALE: 02/23/11; Court hearing before Judge | 15.00 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Buckwalter in Philadelphia, PA | |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from home to Penn Station $13.00 + 2.00 tip | 15.00 |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from 30th Street Station to District Courthouse (fare was shared) | 5.50 |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; Taxi fare from Penn Station to midtown office $9.40 +1.60 tip | 11.00 |
| 03/15/2011 | VENDOR: NYC Taxi; Invoice#: 922315; Invoice Date: 03/11/2011; Voucher #: 1113257526; Arlene Krieger 03/03/2011 20:31 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 40.61 |
| | **Local Transportation Total** | **195.87** |
| **Long Distance Telephone** | | |
| 03/03/2011 | EXTN.795544, TEL.2015877144, S.T.10:18, DUR.00:00:11 | 0.56 |
| 03/04/2011 | EXTN.795562, TEL.5853276405, S.T.12:00, DUR.00:01:33 | 0.61 |
| 03/11/2011 | VENDOR: Chase Card Services; INVOICE#: 030211; DATE: 3/2/2011  -  visa charge 02/16/11 Court Call | 100.00 |
| | **Long Distance Telephone Total** | **101.17** |
| **Travel Expenses - Transportation** | | |
| 03/03/2011 | VENDOR(EE): AKRIEGER: 02/23/11; additional Amtrak ticket costs (switched to earlier train back to NY) | 33.00 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 02/10/2011 | 32.25 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE NYP PHL on 02/14/2011 | 105.00 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 02/14/2011 | 32.25 |
| 03/10/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE PHL NYP on 02/14/2011 | 72.00 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Travel Expenses - Transportation Total** | **274.50** |
| **Westlaw** | | |
| 03/10/2011 | Duration 1; by Krieger, Arlene G. | 30.50 |
| 03/11/2011 | Duration 7; by Krieger, Arlene G. | 229.75 |
| 03/14/2011 | Duration 0; by Krieger, Arlene G. | 30.50 |
| 03/29/2011 | Duration 14; by Krieger, Arlene G. | 469.50 |
| | **Westlaw Total** | **760.25** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 115.59 |
| Local Transportation | 195.87 |
| Long Distance Telephone | 101.17 |
| Travel Expenses - Transportation | 274.50 |
| Westlaw | 760.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,447.38 |
|---|---|