# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
## JANUARY 1, 2011 - MARCH 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Greenberg, Mayer | 4.3 | $ 940 | $ 4,042.00 |
| Kruger, Lewis | 16.8 | 995 | 16,716.00 |
| Pasquale, Kenneth | 86.1 | 895 | 77,059.50 |
| Wintner, Mark | 1.2 | 975 | 1,170.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Keppler, Abbey | 1.0 | 720 | 720.00 |
| Krieger, Arlene G. | 221.9 | 715 | 158,658.50 |
| Sasson, Gabreil | 20.3 | 425 | 8,627.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 5.4 | 320 | 1,728.00 |
| Mohamed, David | 72.3 | 200 | 14,460.00 |
|  |  |  |  |
| **Sub Total** | **429.3** |  | **$ 283,181.50** |
| **Less 50% Travel** | **(6.0)** |  | **$ (5,000.75)** |
| **Total** | **423.3** |  | **$ 278,180.75** |