# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2011 - MARCH 31, 2011**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 297.53 |
| Local Transportation | | 427.17 |
| Long Distance Telephone | | 343.28 |
| Duplicating Costs-in House | | 10.70 |
| Travel Expenses - Transportation | | 274.50 |
| O/S Information Services | | 162.96 |
| Lexis/Nexis | | 2,629.25 |
| Westlaw | | 760.25 |
| | | |
| **Total** | $ | **4,905.64** |