IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

Name of Applicant:    Holme Roberts & Owen LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    January 1, 2011 through January 31, 2011

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $1,074.80 (80% of $1,343.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $1,573.62

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# V::ODMA/PCDOCS/HRODEN/1529326/1

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01 - 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
|---|---|---|---|---|---|
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
|---|---|---|---|---|---|
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
|---|---|---|---|---|---|
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
|---|---|---|---|---|---|
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Approved | Approved |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Approved | Approved |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Approved | Approved |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Approved | Approved |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Approved | Approved |
| 10/25/10 | 02/01/10 - 02/28/10 | $19,810.00 | $2,894.47 | Approved | Approved |
| 11/03/10 | 03/01/10 - 03/31/10 | $520.50 | 539.54 | Approved | Approved |
| 02/18/11 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Approved | Approved |
| 03/07/11 | 04/01/10 - 04/30/10 | $0.00 | $259.90 | Pending | Pending |
| 03/09/11 | 05/01/10 - 05/31/10 | $398.00 | $867.00 | Pending | Pending |
| 03/09/11 | 06/01/10 - 06/30/10 | $844.50 | $924.91 | Pending | Pending |
| 04/07/11 | 04/01/10 - 06/30/10 | $1,242.50 | $2,051.81 | Pending | Pending |
| 04/11/11 | 08.01/10- 08/31/10 | $1,966.00 | $280.41 | Pending | Pending |

| 04/12/11 | 09/01/10-<br>09/30/10 | $922.50 | $1,318.30 | Pending | Pending |
| 04/25/11 | 07/01/10-<br>09/30/10 | $2,888.50 | $1,598.71 | Pending | Pending |
| 04/27/11 | 10/01/10-<br>10/31/10 | $1,161.50 | $267.18 | Pending | Pending |
| 04/27/11 | 11/01/10-<br>11/30/10 | $243.00 | $267.18 | Pending | Pending |
| 04/27/11 | 12/01/10-<br>12/31/10 | $1,530.00 | $912.36 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Katheryn Coggon | Special Counsel | Environmental | $425.00 | 0.50 | $212.50 |
| | | | | | |
| **TOTAL** | | | | **0.50** | **$212.50** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Joan L. Sherman | Paralegal | Environmental | $195.00 | 3.30 | $643.50 |
| William E. Payne | Practice Support | Litigation | $190.00 | 2.00 | $380.00 |
| Shari Bjorquist-Rich | Practice Support | Litigation | $215.00 | 0.50 | $107.50 |
| **TOTAL** | | | | **5.80** | **$1,131.00** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | Amount |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $36.01 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $1,537.61 |
| Other Expenses | $0.00 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | **$1,573.62** |

Dated:  May 17, 2011.

HOLME ROBERTS & OWEN LLP

By: _____
Eric E. Johnson, Esq. (Colo. #019364)
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF JANUARY 1, 2011 THROUGH
JANUARY 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**FEES**

### Matter 00000 - General

| Name | Position | Hourly Rate | Hours | Total Comp |
|------|----------|-------------|-------|------------|
| Coggon, Katheryn | Special Counsel | $425.00 | 0.5 | $ 212.50 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | $ 643.50 |
| Bjorquist-Rich, Shari | Practice Support | $215.00 | 0.5 | $ 107.50 |
| Payne, William. | Practice Support | $ 190.00 | 2.0 | $ 380.00 |
| | | | | |
| Total | | | 6.30 | $ 1,343.50 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| 100058 | |

**Regarding:GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/06/11 | JLS | Telephone conference with Bob Marriam re documents related to Kenilworth, Elwood City, Sharpsburg and New Castle (0.2); database research re same (0.9); prepare spreadsheet re database coding for documents related to four sites (0.6); telephone conference with WEPayne re preparing DVD containing documents (0.1). | 1.80 | $   351.00 |
| 01/07/11 | WEP | Process documents for production. | 2.00 | 380.00 |
| 01/18/11 | KJC | Respond to audit inquiry letter. | 0.10 | 42.50 |
| 01/18/11 | JLS | Telephone conferences with Bob Marriam re expanding plant documents (0.2); database research re same (0.7); prepare pdfs for expanding plants and transmit to Bob Marriam (0.6). | 1.50 | 292.50 |
| 01/18/11 | SB | Prepare pdfs for JLSherman. | 0.50 | 107.50 |
| 01/19/11 | KJC | Review and revise audit response letter (0.3); follow up re inquiry to colleagues re same (0.1). | 0.40 | 170.00 |

**Total Fees Through January 31, 2011:      6.30  $    1,343.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $425.00 | 0.50 | $   212.50 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 3.30 | 643.50 |
| SB | Shari Bjorkquist-Rich | Practice Support | 215.00 | 0.50 | 107.50 |
| WEP | William E. Payne | Practice Support | 190.00 | 2.00 | 380.00 |

**Total Fees:       6.30  $    1,343.50**

**EXPENSES**

### Matter 00000 - General

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 36.01 |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Professional Services | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ - |
| Color Copies | $ - |
| Total | $ 36.01 |

**EXPENSES**

### Matter 00390 - Bankruptcy

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Professional Services | $ 1,537.61 |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ - |
| Color Copies | $ - |
| Total | $ 1,537.61 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| 100058 | |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737405897 DATE: 1/26/2011 Tracking #: 069261515004171 Shipment Date: 20110113 Ship to: ANGELA ANDERSON, CASNER & EDWARDS, LLP, 1 WINTHROP SQ, BOSTON, MA 021101209 | $ | 22.81 |
| 01/18/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737486943 DATE: 1/26/2011 Tracking #: 794330745086 Shipment Date: 20110118 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.20 |
| | | **Total Disbursements:** | $ | 36.01 |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 36.01 |
| **Total Disbursements:** | $ | 36.01 |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | **1,379.51** |

### Trust Activity

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/03/11 | OB | Opening Balance | $34,259.78 |
| | | **Trust Balance:** | **$34,259.78** |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 10/07/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 345338; DATE: 10/7/2010 - Professional Services 09/30/10 | $ | 462.00 |
| 11/10/10 | | Professional Other Billable Service: VENDOR: Morris James LLP; INVOICE#: 346621; DATE: 11/10/2010 - Professional Services through 10/31/10 | | 1,075.61 |
| | | **Total Disbursements:** | $ | **1,537.61** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable Service | $ | 1,537.61 |
| **Total Disbursements:** | $ | 1,537.61 |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | **1,537.61** |