IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

Name of Applicant:    Holme Roberts & Owen LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
                                                                          Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    February 1, 2011 through February 28, 2011

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $1,141.20 (80% of $1,426.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $2,277.74

This is a __X__ monthly _____quarterly __X__ interim _____final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# V::ODMA/PCDOCS/HRODEN/1529357/1

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01 - 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22.061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
|---|---|---|---|---|---|
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
|---|---|---|---|---|---|
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
|---|---|---|---|---|---|
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
|----------|---------------------|---------|-------|----------|----------|
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
|---|---|---|---|---|---|
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Approved | Approved |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Approved | Approved |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Approved | Approved |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Approved | Approved |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Approved | Approved |
| 10/25/10 | 02/01/10 - 02/28/10 | $19,810.00 | $2,894.47 | Approved | Approved |
| 11/03/10 | 03/01/10 - 03/31/10 | $520.50 | 539.54 | Approved | Approved |
| 02/18/11 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Approved | Approved |
| 03/07/11 | 04/01/10 - 04/30/10 | $0.00 | $259.90 | Pending | Pending |
| 03/09/11 | 05/01/10 - 05/31/10 | $398.00 | $867.00 | Pending | Pending |
| 03/09/11 | 06/01/10 - 06/30/10 | $844.50 | $924.91 | Pending | Pending |
| 04/07/11 | 04/01/10 - 06/30/10 | $1,242.50 | $2,051.81 | Pending | Pending |
| 04/11/11 | 08.01/10- 08/31/10 | $1,966.00 | $280.41 | Pending | Pending |

# V.::ODMA/PCDOCS/HRODEN/1529357/1

| 04/12/11 | 09/01/10-09/30/10 | $922.50 | $1,318.30 | Pending | Pending |
|---|---|---|---|---|---|
| 04/25/11 | 07/01/10-09/30/10 | $2,888.50 | $1,598.71 | Pending | Pending |
| 04/27/11 | 10/01/10-10/31/10 | $1,161.50 | $267.18 | Pending | Pending |
| 04/27/11 | 11/01/10-11/30/10 | $243.00 | $267.18 | Pending | Pending |
| 04/27/11 | 12/01/10-12/31/10 | $1,530.00 | $912.36 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $450.00 | 1.30 | $585.00 |
| | | | | | |
| **TOTAL** | | | | **1.30** | **$585.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Paralegal | Bankruptcy | $195.00 | 2.20 | $429.00 |
| Stanley Friedman | Paralegal | Litigation | $165.00 | 2.50 | $412.50 |
| | | | | | |
| **TOTAL** | | | | **4.70** | **$841.50** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | Amount |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $14.29 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $1,729.09 |
| Other Expenses | $534.36 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | **$2,277.74** |

Dated: May 17, 2011.

HOLME ROBERTS & OWEN LLP

By: _____
    Eric E. Johnson, Esq. (Colo. #019364)
    1700 Lincoln Street, Suite 4100
    Denver, Colorado 80203
    (303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2011 THROUGH
FEBRUARY 28, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**FEES**

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | Hours | Total Comp |
|------|----------|-------------|-------|------------|
| Johnson, Eric E. | Partner | $ 450.00 | 1.3 | $ 585.00 |
| Haag, Susan | Paralegal | $195.00 | 2.2 | $ 429.00 |
| Friedman, Stanley | Paralegal | $ 165.00 | 2.5 | $ 412.50 |
| | | | | |
| **Total** | | | **6.00** | $ **1,426.50** |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/07/11 | SH | Draft 36th interim fee application. | 1.70 | $    331.50 |
| 02/08/11 | EEJ | Review, revise and edit quarterly fee application. | 0.60 | 270.00 |
| 02/08/11 | SH | Finalize 36th interim fee application. | 0.50 | 97.50 |
| 02/18/11 | SF | Obtain bills from HRO accounting for fee requests from WWeller. | 0.30 | 49.50 |
| 02/24/11 | EEJ | Review and respond to inquiry from fee examiner on backup for expenses submitted in fee application. | 0.20 | 90.00 |
| 02/25/11 | EEJ | Review three monthly fee applications and revise and edit same (0.40); review and compile fee application documents requested by fee examiner (0.10). | 0.50 | 225.00 |
| 02/28/11 | SF | Draft April 2010 monthly fee application. | 0.70 | 115.50 |
| 02/28/11 | SF | Draft May 2010 monthly fee application. | 0.80 | 132.00 |
| 02/28/11 | SF | Draft June 2010 monthly fee application. | 0.70 | 115.50 |

|  | | Total Fees Through February 28, 2011: | 6.00 $ | 1,426.50 |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 1.30 $ | 585.00 |
| SH | Susan Haag | Paralegal | 195.00 | 2.20 | 429.00 |
| SF | Stanley Friedman | Paralegal | 165.00 | 2.50 | 412.50 |

|  | | Total Fees: | | 6.00 $ | 1,426.50 |
|---|---|---|---|---|---|

**EXPENSES**

### Matter 00000 - General

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $    - |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | $   534.36 |
| Color Copies | $    - |
| Total | $   534.36 |

**EXPENSES**

### Matter 00390 - Bankruptcy

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $1,729.09 |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | $    - |
| Color Copies | $    - |
| Total | $1,729.09 |

**EXPENSES**

**Matter 00300 - Libby, Montana Asbestos**

| Description | TOTAL |
|---|---|
| Parking | $        - |
| Photocopies | $        - |
| Facsimiles | $        - |
| Long Distance Telephone | $        - |
| Outside Courier | $    14.29 |
| Lexis | $        - |
| Travel Expense | $        - |
| Document Production | $        - |
| Professional Services | $        - |
| Research Service | $        - |
| Tab Stock | $        - |
| Other Expenses | $        - |
| Color Copies | $        - |
| Total | $    14.29 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

Page          3
Invoice No    897579
Client No.:   04339
Matter No.:   00000
100058

**Regarding:GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 12/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CWE1517; DATE: 12/31/2010 - Denver Storage for December 2010 | $ | 267.18 |
| 01/31/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CZS2097; DATE: 1/31/2011 - Denver Storage January 2011 | | 267.18 |
| | | **Total Disbursements:** | $ | 534.36 |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 534.36 | |
| **Total Disbursements:** | $ | 534.36 | |

**Total Balance Due This Matter**          $          534.36

### Trust Activity

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/09/11 | OB | Opening Balance | $34,259.78 |
| | | **Trust Balance:** | $34,259.78 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/19/11 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 349315; DATE: 1/19/2011 - Professional Services through 12/31/10 | $ | 1,729.09 |
| | | **Total Disbursements:** | **$** | **1,729.09** |

## Disbursement Summary

| | | | |
|---|---|---|---|
| Consulting Fee | $ | 1,729.09 | |
| **Total Disbursements:** | **$** | **1,729.09** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **3,155.59** |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

Regarding: Libby, Montana Asbestos

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/07/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 735899205V2 DATE: 1/12/2011 Tracking #: 796633544029 Shipment Date: 20110107 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | $ | 14.29 |
| | | Total Disbursements: | $ | 14.29 |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 14.29 |
| Total Disbursements: | $ | 14.29 |

| | | |
|---|---|---|
| Total Balance Due This Matter | $ | 14.29 |