IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011**

Name of Applicant:    Holme Roberts & Owen LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    April 1, 2011 through April 30, 2011

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $3,656.80 (80% of $4,571.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $640.65

This is a __X__ monthly   _____ quarterly   __X__ interim   _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1530883/1

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

# v.:ODMA/PCDOCS/HRODEN/1530883/1

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
|----------|---------------------|-------------|-----------|----------|----------|
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
|---|---|---|---|---|---|
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
|---|---|---|---|---|---|
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
|---|---|---|---|---|---|
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.6! | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
|----------|---------------------|---------|---------|----------|----------|
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Approved | Approved |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Approved | Approved |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Approved | Approved |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Approved | Approved |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Approved | Approved |
| 10/25/10 | 02/01/10 - 02/28/10 | $19,810.00 | $2,894.47 | Approved | Approved |
| 11/03/10 | 03/01/10 - 03/31/10 | $520.50 | 539.54 | Approved | Approved |
| 02/18/11 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Approved | Approved |
| 03/07/11 | 04/01/10 - 04/30/10 | $0.00 | $259.90 | Pending | Pending |
| 03/09/11 | 05/01/10 - 05/31/10 | $398.00 | $867.00 | Pending | Pending |
| 03/09/11 | 06/01/10 - 06/30/10 | $844.50 | $924.91 | Pending | Pending |
| 04/07/11 | 04/01/10 - 06/30/10 | $1,242.50 | $2,051.81 | Pending | Pending |
| 04/11/11 | 08.01/10 - 08/31/10 | $1,966.00 | $280.41 | Pending | Pending |

| 04/12/11 | 09/01/10-09/30/10 | $922.50 | $1,318.30 | Pending | Pending |
|----------|-------------------|---------|-----------|---------|---------|
| 04/25/11 | 07/01/10-09/30/10 | $2,888.50 | $1,598.71 | Pending | Pending |
| 04/27/11 | 10/01/10-10/31/10 | $1,161.50 | $267.18 | Pending | Pending |
| 04/27/11 | 11/01/10-11/30/10 | $243.00 | $267.18 | Pending | Pending |
| 04/27/11 | 12/01/10-12/31/10 | $1,530.00 | $912.36 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|-----------------------------|----------|------------|---------------------|--------------------|--------------------|
| Eric E. Johnson | Partner | Bankruptcy | $450.00 | 4.20 | $1,890.00 |
| Katheryn J. Coggon | Special Counsel | Environmental | $425.00 | 1.30 | $552.50 |
| **TOTAL** | | | | **5.50** | **$2,442.50** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|-----------------------------|----------|------------|---------------------|--------------------|--------------------|
| Stanley Friedman | Paralegal | Litigation | $165.00 | 12.90 | $2,128.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTAL** | | | | **12.90** | **$2,128.50** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | Amount |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $0.00 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $373.47 |
| Other Expenses | $267.18 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | $640.65 |

Dated: May 17, 2011.

HOLME ROBERTS & OWEN LLP

By: _Eric E. Joh_

    Eric E. Johnson, Esq. (Colo. #019364)
    1700 Lincoln Street, Suite 4100
    Denver, Colorado 80203
    (303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 14, 2011 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF APRIL 1, 2011 THROUGH
APRIL 30, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**FEES**

### Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | Hours | Total Comp |
|------|----------|-------------|-------|------------|
| Johnson, Eric E. | Partner | $ 450.00 | 4.20 | $ 1,890.00 |
| Coggon, Katheryn J. | Special Counsel | $ 425.00 | 0.70 | $ 297.50 |
| Friedman, Stanley | Paralegal | $ 165.00 | 12.90 | $ 2,128.50 |
| | | | | |
| Total | | | 17.80 | $ 4,316.00 |

**FEES**

### Matter 00300 - Libby, Montana Asbestos

| Name | Position | Hourly Rate | Hours | Total Comp |
|------|----------|-------------|-------|------------|
| Coggon, Katheryn J. | Special Counsel | $ 425.00 | 0.60 | $ 255.00 |
| | | | | |
| | | | | |
| Total | | | 0.60 | $ 255.00 |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

Page          4
Invoice No    901658
Client No.:   04339
Matter No.:   00390
100035

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/04/11 | EEJ | Exchange emails with co-counsel re filing interim fee application (0.1); review and execute interim fee application for quarterly period (0.2); draft email to co-counsel re filing of quarterly interim fee application (0.1); email to (0.1) and from (0.1) Delaware counsel re timing and procedure for filing final fee application. | 0.60  $ | 270.00 |
| 04/05/11 | SF | Review Pacer docket for changes in filing information (0.1); Correspondence with local counsel (0.2). | 0.30 | 49.50 |
| 04/06/11 | EEJ | Exchange emails with co-counsel re revisions to quarterly fee application (0.1); review, revise and edit quarterly fee application (0.3); additional exchange of emails with co-counsel re filing of quarterly fee application (0.1). | 0.50 | 225.00 |
| 04/06/11 | KJC | Review email re changes to interim quarterly fee application (0.1); sign verification for filing of interim quarterly fee application (0.1). | 0.20 | 85.00 |
| 04/06/11 | SF | Phone conversation with local counsel re modifications to 37th Interim Quarterly application (0.2); revise 37th Interim Quarterly application (0.7); prepare application for transmission to local counsel and transmit 37th Interim Quarterly application to local counsel for filing (0.2). | 1.10 | 181.50 |
| 04/08/11 | EEJ | Review email from accounting staff re compilation of cost information for reimbursement (0.1); email to paralegal and accounting department re accounting information for reimbursement request (0.1); review materials re timing of incurring costs for submission in proper reimbursement request (0.1); review, revise and edit monthly fee application and sign same (0.2); review, revise and sign additional monthly fee application (0.2). | 0.70 | 315.00 |
| 04/08/11 | SF | Generate August, 2010 monthly application (1.0); correspondence with accounting to verify information re July, 2010 billings (0.2); revise August, 2010 monthly application (0.1); draft September, 2010 | 2.70 | 445.50 |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 901658 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | monthly application (1.1); draft letters to local counsel (0.3). | | |
| 04/11/11 | SF | Correspondence with local counsel. | 0.10 | 16.50 |
| 04/12/11 | EEJ | Review transmittal of fee application materials to local counsel (0.2); review notice of filing of materials (0.1). | 0.30 | 135.00 |
| 04/13/11 | EEJ | Review, revise and edit quarterly fee application. | 0.60 | 270.00 |
| 04/13/11 | SF | Draft 38th Interim Quarterly Application. | 2.10 | 346.50 |
| 04/14/11 | EEJ | Review, revise and edit quarterly fee application (0.3); review and prepare materials for upcoming monthly and quarterly fee applications (0.2). | 0.50 | 225.00 |
| 04/14/11 | KJC | Review options for payment from trust account including telephone conference with accounting (0.1) and conference with EEJohnson re bankruptcy restrictions (0.1). | 0.20 | 85.00 |
| 04/14/11 | SF | Review and edit 38th interim quarterly application (0.4); correspondence with HRO accounting, review invoices and payments to verify 38th interim quarterly application (0.4). | 0.80 | 132.00 |
| 04/15/11 | KJC | Conference with SFriedman re interim fee application and status of payments (0.2); conference with EEJohnson re status of trust account (0.1). | 0.30 | 127.50 |
| 04/15/11 | SF | Confer with KJCoggon (0.2); correspondence with HRO accounting re billings to verify information in interim quarterly application (0.2). | 0.40 | 66.00 |
| 04/20/11 | EEJ | Review and compile documents re revisions to quarterly fee application and accountings for amounts paid and owing. | 0.30 | 135.00 |
| 04/20/11 | SF | Review client billing to confirm information in application (0.4); prepare and transmit 38th Quarterly verified application, verification, exhibits and proposed order to local counsel for review and filing (0.7). | 1.10 | 181.50 |
| 04/25/11 | SF | Correspondence with local counsel re filing of 38th Quarterly application. | 0.20 | 33.00 |
| 04/26/11 | EEJ | Revise and edit three monthly fee applications for October-December, 2010. | 0.70 | 315.00 |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 901658 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/26/11 | SF | Draft monthly fee application for October, 2010 (0.7); draft monthly fee application for November, 2010 (0.7); draft monthly fee application for December, 2010 (0.7). | 2.10 | 346.50 |
| 04/27/11 | SF | Correspondence with local counsel (0.2); Revise and transmit October, 2010 monthly fee application (0.6); Revise and transmit November, 2010 monthly fee application (0.5); Revise and transmit December, 2010 monthly fee application (0.5); correspondence with W.R. Grace (0.2). | 2.00 | 330.00 |

|  |  |  |
|---|---|---|
| **Total Fees Through April 30, 2011:** | **17.80 $** | **4,316.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 4.20 $ | 1,890.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 425.00 | 0.70 | 297.50 |
| SF | Stanley Friedman | Paralegal | 165.00 | 12.90 | 2,128.50 |

|  |  |  |
|---|---|---|
| **Total Fees:** | **17.80 $** | **4,316.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/14/11 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 351206; DATE: 3/14/2011 - Professional Services through 2/28/11 | $ | 373.47 |

|  |  |  |
|---|---|---|
| **Total Disbursements:** | **$** | **373.47** |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 373.47 |

|  |  |  |
|---|---|---|
| **Total Disbursements:** | **$** | **373.47** |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 901658 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/01/11 | KJC | Telephone conference with Richard Finke re Bert Price expert report. | 0.30 | $ | 127.50 |
| 04/04/11 | KJC | Search for final report of Bert Price (0.2); email same to Richard Finke and Val Craven (0.1). | 0.30 | | 127.50 |
| | | **Total Fees Through April 30, 2011:** | **0.60** | **$** | **255.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $425.00 | 0.60 | $ | 255.00 |
| | | **Total Fees:** | | **0.60** | **$** | **255.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/31/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DFH6961; DATE: 3/31/2011 - March 2011 Storage | $ | 267.18 |
| | | **Total Disbursements:** | **$** | **267.18** |

### Disbursement Summary

| | | Amount |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | **$** | **267.18** |

| | | |
|---|---|---|
| **Current Fees** | $ | 255.00 |
| **Current Disbursements** | $ | 267.18 |
| **Total Balance Due This Matter:** | $ | 522.18 |

**EXPENSES**

**Matter 00390 - Bankruptcy**

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $ 373.47 |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | $    - |
| Color Copies | $    - |
| Total | $ 373.47 |

**EXPENSES**

**Matter 00300 - Libby, Montana Asbestos**

| Description | TOTAL |
|---|---|
| Parking | $    - |
| Photocopies | $    - |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Lexis | $    - |
| Travel Expense | $    - |
| Document Production | $    - |
| Professional Services | $    - |
| Research Service | $    - |
| Tab Stock | $    - |
| Other Expenses | $ 267.18 |
| Color Copies | $    - |
| Total | $ 267.18 |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 901658 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/26/11 | SF | Draft monthly fee application for October, 2010 (0.7); draft monthly fee application for November, 2010 (0.7); draft monthly fee application for December, 2010 (0.7). | 2.10 | 346.50 |
| 04/27/11 | SF | Correspondence with local counsel (0.2); Revise and transmit October, 2010 monthly fee application (0.6); Revise and transmit November, 2010 monthly fee application (0.5); Revise and transmit December, 2010 monthly fee application (0.5); correspondence with W.R. Grace (0.2). | 2.00 | 330.00 |

|  |  |  |
|---|---|---|
| **Total Fees Through April 30, 2011:** | **17.80** | **$ 4,316.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 4.20 | $ 1,890.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 425.00 | 0.70 | 297.50 |
| SF | Stanley Friedman | Paralegal | 165.00 | 12.90 | 2,128.50 |

|  |  |  |
|---|---|---|
| **Total Fees:** | **17.80** | **$ 4,316.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/14/11 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 351206; DATE: 3/14/2011 - Professional Services through 2/28/11 | $ | 373.47 |

|  |  |  |
|---|---|---|
| **Total Disbursements:** | $ | **373.47** |

## Disbursement Summary

| Description | | Amount |
|---|---|---|
| Other Expense | $ | 373.47 |

|  |  |  |
|---|---|---|
| **Total Disbursements:** | $ | **373.47** |

Holme Roberts & Owen LLP

05/05/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 901658 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 04/01/11 | KJC | Telephone conference with Richard Finke re Bert Price expert report. | 0.30 | $ | 127.50 |
| 04/04/11 | KJC | Search for final report of Bert Price (0.2); email same to Richard Finke and Val Craven (0.1). | 0.30 | | 127.50 |
| | | **Total Fees Through April 30, 2011:** | **0.60** | **$** | **255.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $425.00 | 0.60 | $ | 255.00 |
| | | | **Total Fees:** | **0.60** | **$** | **255.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 03/31/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DFH6961; DATE: 3/31/2011 - March 2011 Storage | $ | 267.18 |
| | | **Total Disbursements:** | **$** | **267.18** |

### Disbursement Summary

| | | Amount |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | **$** | **267.18** |

| | | |
|---|---|---|
| **Current Fees** | $ | 255.00 |
| **Current Disbursements** | $ | 267.18 |
| **Total Balance Due This Matter:** | $ | 522.18 |