<u>**EXHIBIT A**</u>

<u>**Asset Analysis and Recovery (1.10 Hours; $ 1,090.50)**</u>

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $1,000 | 1000.00 |
| Peter Van N. Lockwood | .10 | $905 | 90.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/11/2011 | EI | 1,000.00 | 0.20 | Read Horkovich's memo re insurance valuation (0.2) |
| 1/12/2011 | EI | 1,000.00 | 0.40 | Banker inquiry (0.1); insurance valuation inquiry (0.2); read hearing report (0.1) |
| 1/17/2011 | EI | 1,000.00 | 0.10 | Review Peterson calculations (0.1) |
| 1/19/2011 | EI | 1,000.00 | 0.20 | T/C ACM re Peterson/Horkovich project (0.2) |
| 1/24/2011 | PVL | 905.00 | 0.10 | Teleconference Wyron. |
| 1/28/2011 | EI | 1,000.00 | 0.10 | Insurance valuation status issues with ACM (0.1) |

**Total Task Code .01        1.10**


<u>**Business Operations (.10 Hours; $ 53.50)**</u>

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesener | .10 | $535 | 53.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/8/2011 | JAL | 535.00 | 0.10 | Review of memo from J. Sinclair re: two pending motions relating to business operations. |

**Total Task Code .03        .10**

{D0203877.1 }

**Case Administration (6.30 Hours; $ 5,141.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $1,000 | 1,300.00 |
| Peter Van N. Lockwood | 3.10 | $905 | 2,805.50 |
| Rita C. Tobin | 1.90 | $545 | 1,035.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/4/2011 | PVL | 905.00 | 0.20 | Review 6 misc. filings (.1); review e-mail and reply (.1). |
| 1/7/2011 | PVL | 905.00 | 0.40 | Teleconference Pacheco. |
| 1/11/2011 | PVL | 905.00 | 0.20 | Review 9 misc filings (.1); review Hurford memo (.1). |
| 1/17/2011 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |
| 1/18/2011 | PVL | 905.00 | 0.10 | Review 6 misc filings. |
| 1/24/2011 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |
| 1/25/2011 | PVL | 905.00 | 0.10 | Review 10 misc filings. |
| 1/31/2011 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |
| 1/31/2011 | PVL | 905.00 | 0.10 | Review 9 miscellaneous filings. |
| 2/1/2011 | PVL | 905.00 | 0.10 | Review 3 misc filings. |
| 2/3/2011 | EI | 1,000.00 | 0.40 | T/C Peterson re insurance valuation issues (0.2); T/C PVNL re district court issues (0.2) |
| 2/3/2011 | RCT | 545.00 | 0.20 | Rev. local counsel rec and dockets re EI update |
| 2/4/2011 | PVL | 905.00 | 0.10 | Review 9 misc filings. |
| 2/7/2011 | EI | 1,000.00 | 0.40 | T/C ACM to organize insurance call (0.1); T/C ACM/Peterson re insurance valuation (.3) |
| 2/9/2011 | PVL | 905.00 | 0.20 | Review 14 miscellaneous filings (.1); review agenda and e-mail (.1). |
| 2/10/2011 | RCT | 545.00 | 0.20 | Rev. local counsel rec and dockets re EI update |

| 2/11/2011 | EI | 1,000.00 | 0.30 | T/C PVNL re BNSF issue (0.2); memo Sinclair re trust values (0.1) |
| 2/15/2011 | PVL | 905.00 | 0.10 | Review 5 miscellaneous filings. |
| 2/18/2011 | PVL | 905.00 | 0.10 | Review 8 misc filings. |
| 2/22/2011 | RCT | 545.00 | 0.20 | Rev. local counsel recs and dockets re EI update |
| 2/23/2011 | PVL | 905.00 | 0.20 | Review 16 miscellaneous filings. |
| 2/28/2011 | PVL | 905.00 | 0.40 | Rv 8 misc. filings (.1); memo to ACC & CNS w/JAL (.3) |
| 3/7/2011 | PVL | 905.00 | 0.20 | Rv 11 misc. filings and 1/31/11 MOR |
| 3/17/2011 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 3/18/2011 | PVL | 905.00 | 0.10 | Rv email and 4 misc. filings |
| 3/18/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel recs re EI update (0.2) |
| 3/21/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 3/22/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 3/24/2011 | EI | 1,000.00 | 0.20 | Read Peterson memo (0.2) |
| 3/25/2011 | RCT | 545.00 | 0.20 | Rev. docket or local counsel recs re EI update (0.2) |
| 3/29/2011 | PVL | 905.00 | 0.10 | Teleconference re hearings and refile pleadings |
| 3/29/2011 | PVL | 905.00 | 0.10 | Rv 12 misc. filings |

**Total Task Code .04**        **6.30**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 90.50)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .10 | $905 | 90.50 |

| Trans | Empl | Bill | Billing |

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 2/22/2011 | PVL | 905.00 | 0.10 | Review Locke lift stay motion. |

**Total Task Code .05**          **.10**

### Committee, Creditors', Noteholders' or Equity Holders' (.90 Hours; $ 621.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---------------|-----------------|--------------|-------|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |
| Jeffrey A. Liesemer | .60 | $535 | 321.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 1/19/2011 | JAL | 535.00 | 0.20 | Tele. call w/EI re: inquiry from asbestos PI claimant. |
| 1/19/2011 | JAL | 535.00 | 0.20 | Tele. call w/asbestos PI claimant re: inquiry. |
| 1/19/2011 | JAL | 535.00 | 0.20 | Drafted and revised e-mail to EI re: inquiry from asbestos PI claimant. |
| 1/19/2011 | EI | 1,000.00 | 0.10 | Client inquiry (0.1) |
| 3/28/2011 | EI | 1,000.00 | 0.20 | Memo to Committee re LTP (0.2). |

**Total Task Code .07**          **.90**

### Employee Benefits/Pension (1.10 Hours; $ 995.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---------------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 1.10 | $905 | 995.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 2/23/2011 | PVL | 905.00 | 0.30 | Review pension contribution motion. |
| 3/7/2011 | PVL | 905.00 | 0.40 | Tf Sinclair re pension motion |

| 3/8/2011 | PVL | 905.00 | 0.40 | Rv Sinclair memo re pension motion and email EI re same (.2); tf Wyron re pension motion (.2) |

**Total Task Code .08**        **1.10**

## Employment Applications, Others (.80 Hours; $ 428.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Kevin C. Maclay | | .80 | | $535 | 428.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/16/2011 | KCM | 535.00 | 0.10 | Communicate with AJS re Garlock 2019 motion exhibits |
| 2/17/2011 | KCM | 535.00 | 0.10 | Plan/prepare exhibit objection (.4) |
| 2/21/2011 | KCM | 535.00 | 0.40 | Review new Garlock filings and related materials and plan/prepare response (1.6). |
| 2/23/2011 | KCM | 535.00 | 0.20 | Plan/prepare response to Garlock exhibits and filings |

**Total Task Code .10**        **.80**

## Fee Applications, Applicant (25.70 Hours; $ 10,145.50)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 14.00 | | $545 | 7,630.00 |
| Eugenia Benetos | | 11.70 | | $210 | 2,515.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/6/2011 | RCT | 545.00 | 0.30 | Review fee app schedule for January (0.3) |
| 1/10/2011 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |

| 1/14/2011 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
|-----------|-----|--------|------|-----------------------|
| 1/14/2011 | EB | 215.00 | 1.10 | Work on monthly fee application. |
| 1/14/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 1/17/2011 | RCT | 545.00 | 0.70 | Address fee issues (0.7) |
| 1/18/2011 | EB | 215.00 | 0.60 | Create payment breakdown re: check for EI and JR. Update fee application schedule. |
| 1/19/2011 | EB | 215.00 | 0.60 | Create check payment breakdown for EI and JR and update fee application schedule. |
| 1/21/2011 | RCT | 545.00 | 0.70 | Address fee issues (0.7) |
| 1/24/2011 | EB | 215.00 | 0.60 | Work on payment breakdown re: payments (.4); update fee application schedule. (.2). |
| 1/25/2011 | EB | 215.00 | 0.60 | Work on breakdown re: payment (.4); update fee application schedule. (.2). |
| 1/25/2011 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 1/27/2011 | EB | 215.00 | 0.50 | Work on omnibus order. |
| 1/30/2011 | RCT | 545.00 | 0.30 | Review fee app schedules for February (0.3) |
| 2/1/2011 | RCT | 545.00 | 0.20 | Rev. fee app schedule for February (0.2) |
| 2/2/2011 | RCT | 545.00 | 1.30 | Address fee issues |
| 2/4/2011 | RCT | 545.00 | 1.80 | Rev. interim fee app |
| 2/7/2011 | RCT | 545.00 | 0.90 | Rev. and edit pre-bills |
| 2/7/2011 | EB | 215.00 | 1.50 | Work on interim fee application. |
| 2/8/2011 | RCT | 545.00 | 0.50 | Rev. Exhibits re fee applications. |
| 2/9/2011 | RCT | 545.00 | 0.20 | Address fee issues |
| 2/15/2011 | RCT | 545.00 | 0.10 | Rev. monthly fee app |
| 2/15/2011 | EB | 215.00 | 1.10 | Work on monthly fee application. |
| 2/16/2011 | RCT | 545.00 | 0.50 | Address fee issues |

| 2/18/2011 | RCT | 545.00 | 0.70 | Address fee issues |
| 2/25/2011 | RCT | 545.00 | 0.30 | Address fee and expense issue |
| 2/25/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application. |
| 2/28/2011 | RCT | 545.00 | 0.20 | Review fee app schedules for March |
| 3/8/2011 | RCT | 545.00 | 0.70 | Address fee issues |
| 3/9/2011 | EB | 215.00 | 0.70 | Prepare fee and expense report for fee application schedule. |
| 3/11/2011 | RCT | 545.00 | 0.50 | Rev. Pre bills |
| 3/14/2011 | RCT | 545.00 | 0.50 | Rev. exhs |
| 3/18/2011 | EB | 215.00 | 0.50 | Update fee application schedule re: fee and expense totals. |
| 3/23/2011 | EB | 215.00 | 1.50 | Work on monthly fee application. |
| 3/23/2011 | EB | 215.00 | 0.60 | Perform review of Omnibus Order and respond to email request. |
| 3/23/2011 | RCT | 545.00 | 1.30 | Review monthly fee app (1.3) |
| 3/23/2011 | RCT | 545.00 | 0.20 | Review email re fee order (0.1); email EB re same (0.1) |
| 3/28/2011 | RCT | 545.00 | 0.20 | Rev. fee app. schedule for March (0.2) |
| 3/28/2011 | EB | 215.00 | 0.60 | Perform review of court docket re: Final Fee Auditor Report. |
| 3/30/2011 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |

**Total Task Code .12**      **25.70**

**Hearings (2.80 Hours; $ 2,534.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.80 | $905 | 2,534.00 |

{D0203877.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/1/2011 | PVL | 905.00 | 0.60 | Rv emails and preparation for hearing (.2); cn Frankel re hearing (.4) |
| 3/2/2011 | PVL | 905.00 | 2.10 | Attend hearing (1.9), cn Esayian & Frankel (.2) |
| 3/28/2011 | PVL | 905.00 | 0.10 | Attend hearing |

**Total Task Code .15**     **2.80**

### Litigation and Litigation Consulting (111.90 Hours; $ 46,762.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | 4.50 | $905 | 4,072.50 |
| Trevor W. Swett | 1.20 | $710 | 852.00 |
| James P. Wehner | .40 | $535 | 214.00 |
| Kevin C. Maclay | 41.80 | $535 | 22,363.00 |
| Andrew J. Sackett | 8.50 | $340 | 2,890.00 |
| Todd E. Phillips | 35.00 | $340 | 11,900.00 |
| Kate G. Henningsen | 5.40 | $240 | 1,296.00 |
| Sara Joy DelSavio | 15.00 | $205 | 3,075.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/18/2011 | KCM | 535.00 | 1.20 | Review/analyze briefs, cases and materials re 2019 issues |
| 1/18/2011 | TEP | 340.00 | 0.50 | Review motion re 2019 and associated papers. |
| 1/19/2011 | TEP | 340.00 | 1.90 | Review motion re 2019 and associated papers in preparation for opposition (1.8); legal research re same (5.5); confer with KCM re same (0.3) (divided among 4 clients). |
| 1/19/2011 | KCM | 535.00 | 1.60 | Review/analyze briefs, cases and materials re 2019 motion and objection |
| 1/20/2011 | KCM | 535.00 | 2.00 | Review/analyze cases and materials re 2019 opposition (3.1); draft/revise opposition to Garlock 2019 motion (4.9) (divided among 4 clients). |

| 1/20/2011 | TEP | 340.00 | 0.50 | Legal research re 107(c). |
|-----------|-----|--------|------|---------------------------|
| 1/20/2011 | TWS | 710.00 | 0.10 | Conference with KCM re briefing schedule on R. 2019 motions (.1) |
| 1/21/2011 | TEP | 340.00 | 0.90 | Legal research re public access and 11 U.S.C. 107 in preparation for objection to 2019 motion. |
| 1/21/2011 | KCM | 535.00 | 1.80 | Review/analyze final opposition to 2004 motion (.7); review/analyze cases and materials re 2019 opposition (4.1); draft/revise 2019 opposition (1.7); draft/revise outline of arguments for 2019 opposition (.7) (divided among 4 clients). |
| 1/23/2011 | KCM | 535.00 | 2.00 | Draft/revise 2019 opposition (6.2); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients) |
| 1/24/2011 | KCM | 535.00 | 2.00 | Draft/revise 2019 opposition (6.2); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients). |
| 1/24/2011 | TEP | 340.00 | 2.10 | Legal research re 107(c). |
| 1/25/2011 | TEP | 340.00 | 1.70 | Legal research re public access and 107 in preparation for objection to 2019 motion. |
| 1/25/2011 | TWS | 710.00 | 0.10 | Telephone conference with KCM re agreed response time on 2019 applications (.1). |
| 1/26/2011 | SJD | 205.00 | 0.80 | Cite check and edit 2019 motion per KCM (late entry 1/26/11) |
| 1/26/2011 | TEP | 340.00 | 0.40 | Legal research re opposition to 2019 motion. |
| 1/26/2011 | KCM | 535.00 | 0.40 | Review/analyze cases and materials re 2019 opposition (1.6). |
| 1/27/2011 | TEP | 340.00 | 1.60 | Legal research re opposition to 2019 motion. |
| 1/28/2011 | TEP | 340.00 | 1.20 | Legal research re 11 U.S.C. 107 and public access (3.6); confer with KCM re same (1.2) (divided among 4 clients). |
| 1/28/2011 | SJD | 205.00 | 0.20 | Scan, cite check and discuss edits with KCM (late entry 1/28/11) |

| 1/31/2011 | SJD | 205.00 | 0.20 | Assist with 2019 motion research request per KCM (late entry 1/31/2011) |
|---|---|---|---|---|
| 1/31/2011 | TEP | 340.00 | 1.30 | Legal research re 11 U.S.C. 107 and public access. |
| 1/31/2011 | KCM | 535.00 | 1.60 | Communicate with TWS re 2019 opposition issues (.2); draft/revise 2019 opposition (4.4); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients). |
| 2/1/2011 | TEP | 340.00 | 3.50 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 2/1/2011 | TWS | 710.00 | 0.10 | Conference with KCM re Garlock's motion for access to R. 2019 statements (.1). |
| 2/1/2011 | PVL | 905.00 | 0.10 | Confer ACM and KCM re 2019 motion (split btwn 4 clients) |
| 2/1/2011 | KCM | 535.00 | 2.00 | Telephone conference with ACM and PVNL re 2019 response (.6); review/analyze 2019 oppositions (.8); draft/revise 2019 response and review/analyze related cases and materials (6.2); communicate with TWS re 2019 issue and review/analyze related e-mails (.4) (Divided among 4 clients) |
| 2/2/2011 | KCM | 535.00 | 1.60 | Review/analyze cases, filings, and materials re 2019 opposition (split btwn 4 clients) |
| 2/2/2011 | SJD | 205.00 | 1.80 | Cite checked and edited 2019 motion draft per KCM, including draft comparison (1.3); compiled exhibits and prepared for filing (.5) |
| 2/3/2011 | SJD | 205.00 | 1.10 | Edit and prepare 2019 motion for filing per KCM |
| 2/3/2011 | TEP | 340.00 | 2.30 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 2/3/2011 | KCM | 535.00 | 2.00 | Draft/revise 2019 response and review/analyze related cases, filings and other materials (7.6); communicate with TEP re research and brief tasks (.4) (split btwn 4 clients) |
| 2/3/2011 | KCM | 535.00 | 2.30 | Review/analyze FOF/COL and confirmation opinion |
| 2/4/2011 | KCM | 535.00 | 1.80 | Communicate with TWS re 2019 brief and related issues (.4); draft/revise 2019 brief and review/analyze related cases, filings and other materials (6.8) (split btwn 4 clients) |

| 2/4/2011 | TWS | 710.00 | 0.90 | Read Garlock's 2019 brief (.5); discuss same with KCM (.4); review R. 2019 briefs by objectors (2.0); further discussions with KCM re potential responses to R. 2019 motion (.7). (split btwn 4 clients) |
| 2/4/2011 | TEP | 340.00 | 2.90 | Prepare and edit opposition to Garlock's 2019 motion and confer with KCM re same. |
| 2/4/2011 | SJD | 205.00 | 1.40 | Cite check 2019 brief and prepare for filing per KCM |
| 2/4/2011 | PVL | 905.00 | 0.20 | Review draft oppo to 2019 motion (.4); confer TWS re 2019 oppo (.3); confer KCM re draft 209 oppo (.3). (split btwn 4 clients) |
| 2/6/2011 | TEP | 340.00 | 0.40 | Confer with KCM re common law public access and do legal research re same. |
| 2/7/2011 | TEP | 340.00 | 1.80 | Prepare, edit and file opposition re 2019 access and confer with KCM re same. |
| 2/7/2011 | SJD | 205.00 | 1.30 | Cite check updated draft of 2019 motion, review and prepare for filing per KCM |
| 2/7/2011 | KCM | 535.00 | 1.60 | Draft/revise 2019 opposition and review/analyze related cases and materials (5.7); review/analyze Garlock reply brief (.4); review/analyze Kaiser agenda (.3). (split btwn 4 clients) |
| 2/8/2011 | TEP | 340.00 | 0.20 | Review Garlock's reply brief re 2019. |
| 2/9/2011 | KCM | 535.00 | 0.70 | Review/analyze 2004 opposition (.4); review/analyze Garlock reply and related briefs, cases and materials re oral argument (2.4) (split btwn 4 clients) |
| 2/10/2011 | KCM | 535.00 | 1.90 | Draft/revise response to Garlock reply for use at oral argument and review/analyze related cases, briefs and other materials (5.9); review/analyze 2019 and 2004 briefs (.9); communicate with TEP re sur-reply and research issues for oral argument (.8) (split btwn 4 clients) |
| 2/10/2011 | TEP | 340.00 | 0.90 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 2/10/2011 | JPW | 535.00 | 0.40 | Review Debtor motions |
| 2/10/2011 | PVL | 905.00 | 0.10 | Review Garlock reply re 2019 motion; confer KCM re same; review e-mail re same. |

| 2/11/2011 | TEP | 340.00 | 3.10 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 2/11/2011 | KCM | 535.00 | 2.40 | Draft/revise response to Garlock 2019 reply and key points for oral argument and review/analyze related cases and materials. (split btwn 4 clients) |
| 2/12/2011 | TEP | 340.00 | 0.20 | Prepare materials for February 14 hearing and confer with KCM re same. |
| 2/12/2011 | PVL | 905.00 | 0.40 | Prep for 2/14 hearing. |
| 2/13/2011 | PVL | 905.00 | 0.90 | Prep for 2/14 hearing; teleconference KCM and TEP re same. |
| 2/13/2011 | TEP | 340.00 | 0.30 | Conference call with KCM and PVNL re February 14 hearing. |
| 2/13/2011 | KCM | 535.00 | 1.00 | Plan/prepare for and attend telephone conference with TEP and PVNL re oral argument issues (1.4); review/analyze memo, cases and materials re oral argument (2.6). (split btwn 4 clients) |
| 2/14/2011 | PVL | 905.00 | 0.60 | Attend hearing re Garlock 2019 motion. |
| 2/15/2011 | PVL | 905.00 | 0.60 | Teleconference EI and  ACM (.4); review memo re hearing (.2). |
| 2/17/2011 | AJS | 340.00 | 0.40 | Legal research re: objections to Garlock evidence introduced in support of Rule 2019 motion and review of transcript of Feb. 14 hearing re: Garlock Rule 2019 motion. |
| 2/18/2011 | AJS | 340.00 | 0.50 | Prep. and review of e-mails to/fr EGB re: Garlock exhibit binders and review of Garlock exhibit binders. |
| 2/23/2011 | PVL | 905.00 | 0.10 | Review Garlock motion to intervene and motion to reopen. |
| 2/24/2011 | AJS | 340.00 | 0.50 | Analysis of Garlock exhibits and prep. of objections. |
| 2/25/2011 | AJS | 340.00 | 0.40 | Legal research re: objections to Garlock exhibits and meetings w/KCM re: same. |
| 2/25/2011 | PVL | 905.00 | 0.10 | Confer KCM re 2019s. |

| | | | | |
|---|---|---|---|---|
| 2/28/2011 | AJS | 340.00 | 0.90 | Meeting w/KCM re: objections to Garlock exhibits and prep. of objections to Garlock exhibits. |
| 3/1/2011 | AJS | 340.00 | 1.30 | Re request for Grace analyze Garlock exhibits and prepare objections to same; phone call with KCM re same; review email from KCM re same. |
| 3/1/2011 | KCM | 535.00 | 0.20 | Telephone conference with AJS re brief (.6); review/analyze and draft objection to exhibits and related cases and materials (.2) (Divided among 4 clients). |
| 3/2/2011 | KCM | 535.00 | 0.50 | Review/edit objection to exhibits and review/analyze related cases and materials |
| 3/2/2011 | AJS | 340.00 | 1.80 | Re request for Grace legal research re objections to Garlock exhibits; review brief and chart re objections to Garlock exhibits; prepare email to KCM re same. |
| 3/3/2011 | AJS | 340.00 | 1.30 | Re request for Grace legal research re case cites for objection to Garlock exhibits; meetings with KCM re same; phone call with PVNL re same; revision of objections to Garlock exhibits; review debtor's objections to Garlock exhibits; review brief in response to Garlock motion; prepare and review emails to and from EGB re Rule 2019 orders. |
| 3/3/2011 | SJD | 205.00 | 0.80 | Cite-checked and edited brief per KCM. |
| 3/3/2011 | PVL | 905.00 | 0.10 | Re request for Grace Conference KCM re Garlock 2019 exhs. |
| 3/3/2011 | KCM | 535.00 | 0.70 | Review/edit objections to exhibits and related documents and review/analyze cases and materials (2.2); meet with AJS re objections (.6) (Divided among 4 clients). |
| 3/4/2011 | KCM | 535.00 | 1.20 | Re request for Grace draft/revise objections to Garlock exhibits, review/analyze related cases and materials and communicate with AJS re same (Divided among 4 clients). |
| 3/4/2011 | PVL | 905.00 | 0.10 | Re request for Grace review draft obj. to Garlock exhibits re 2019 motion and cn KCM re same |
| 3/4/2011 | AJS | 340.00 | 1.40 | Re request for Grace several meetings with KCM re brief re objections to Garlock exhibits; several phone calls with KCM re brief re objections to Garlock |

|  |  |  |  | exhibits; prepare and revise brief re objections to Garlock exhibits. |
|---|---|---|---|---|
| 3/7/2011 | KCM | 535.00 | 1.00 | Re request for Grace review Garlock filings re case reporting and intervention and related materials and plan/prepare response (3.4); communicate with TEP re research and drafting issues (.6) (Divided among 4 clients). |
| 3/8/2011 | KCM | 535.00 | 0.80 | Review/analyze law firms and other filings re exhibits and related materials (1.2); review/analyze intervention filing, cases and materials and communicate with TEP re same (2.0) (Divided among 4 clients). |
| 3/8/2011 | PVL | 905.00 | 0.10 | Re request for Grace review Kazan et al & Angelos et al objs. to Garlock exhibits |
| 3/8/2011 | TEP | 340.00 | 1.30 | Prepare and edit response to motion for intervention; confer with KCM re same. |
| 3/8/2011 | KGH | 240.00 | 1.30 | Legal research for objection to intervention brief. |
| 3/9/2011 | KGH | 240.00 | 1.80 | Legal research for objection to intervention brief. |
| 3/9/2011 | TEP | 340.00 | 1.90 | Prepare and edit response to motion to intervene; confer with KCM re same. |
| 3/9/2011 | PVL | 905.00 | 0.50 | Rv AKO brief re Integrity claim |
| 3/9/2011 | KCM | 535.00 | 1.30 | Review/edit response to intervention and review/analyze related cases and materials and communicate with TEP re same (Divided among 4 clients). |
| 3/10/2011 | KCM | 535.00 | 1.80 | Draft/revise response to intervention, review/analyze related cases and materials and communicate with TEP re same (Divided among 4 clients). |
| 3/10/2011 | TEP | 340.00 | 1.90 | Prepare and edit objection to motion to intervene; confer with KCM re same. |
| 3/10/2011 | KGH | 240.00 | 1.50 | Legal research for objection to intervention brief. |
| 3/10/2011 | SJD | 205.00 | 0.70 | Cite-checked and edited objection per KCM. |
| 3/11/2011 | SJD | 205.00 | 0.70 | Cite-checked and edited final draft of objection per KCM. |

| 3/11/2011 | KGH | 240.00 | 0.80 | Legal research for objection to intervention brief. |
|---|---|---|---|---|
| 3/11/2011 | EI | 1,000.00 | 0.10 | Debtors motion (0.1) |
| 3/11/2011 | TEP | 340.00 | 1.70 | Prepare and edit response to motion to intervene; confer with KCM re same. |
| 3/11/2011 | PVL | 905.00 | 0.60 | Re request for Grace review draft ACC oppos. to Garlock motion to intervene; cns KCM re same ; rv AC&S and CE oppos. to Garlock motion to reopen cases; cn KCM & TDP re ACC oppos. ; rv AWI response to Garlock motion to reopen and email KCM re same; rv Angelos et al oppos. to Garlock motions to reopen and to intervene; rv Kazan et al oppos. to motions to reopen and to intervene |
| 3/11/2011 | SJD | 205.00 | 0.80 | Continued organization of hearing materials per KCM. |
| 3/11/2011 | KCM | 535.00 | 1.70 | Draft/revise opposition to intervention; review/analyze related cases and materials and communicate with TEP re same (5.1); review/analyze various intervention and reopening filings (1.7) (Divided among 4 clients). |
| 3/14/2011 | KCM | 535.00 | 0.50 | Review various filings re intervention and reopening (Divided among 4 clients). |
| 3/17/2011 | TEP | 340.00 | 0.10 | Confer with KCM re 2019 hearing and review 2019 order. |
| 3/22/2011 | TEP | 340.00 | 0.40 | Prepare materials for 2019 hearing and confer with KCM re same. |
| 3/22/2011 | SJD | 205.00 | 4.10 | Identified documents and exhibits for appeal record per JMR. |
| 3/22/2011 | KCM | 535.00 | 0.20 | Review materials re hearing and communicate with TEP re same (Divided among 4 clients). |
| 3/23/2011 | KCM | 535.00 | 0.20 | Re request for Grace review briefs, cases and materials re hearing on Garlock's Delaware at Pittsburgh motions (Divided among 4 clients). |
| 3/23/2011 | SJD | 205.00 | 0.30 | Performed 2019 trusts hearing preparation. |
| 3/24/2011 | KCM | 535.00 | 0.70 | Review briefs, cases and materials re hearing (Divided among 4 clients). |

| 3/25/2011 | KCM | 535.00 | 1.00 | Review briefs and materials re hearing and outline oral argument points (2.8); meet with PVNL re hearing (1.1); review correspondence re 2004 issue (.1) (Divided among 4 clients). |
| 3/25/2011 | SJD | 205.00 | 0.80 | Performed research for Grace appeal record per KGH. |
| 3/30/2011 | KCM | 535.00 | 0.10 | Review memo re 2019 hearing (Divided among 4 clients). |

**Total Task Code .16**        **111.90**

### Plan & Disclosure Statement (114.80 Hours; $ 76,274.50)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .90 | $1,000 | 900.00 |
| Peter Van N. Lockwood | 51.50 | $905 | 46,607.50 |
| Ann C. McMillan | 8.40 | $625 | 5,250.00 |
| Jeffrey A. Liesemer | 33.80 | $535 | 18,083.00 |
| Jeanna Rickards Koski | 3.40 | $380 | 1,292.00 |
| Andrew J. Sackett | .20 | $340 | 68.00 |
| Todd E. Phillips | .90 | $340 | 306.00 |
| Kate G. Henningsen | 15.70 | $240 | 3,768.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 1/3/2011 | PVL | 905.00 | 0.90 | Review e-mail (.1); review revised Grace and CNA reply briefs re CNA settlement (.8). |
| 1/3/2011 | ACM | 625.00 | 1.20 | Teleconference B. Horkovich re insurance valuation issues (.6); teleconference EI re same (.1); review M. Peterson charts re same (.5). |
| 1/4/2011 | ACM | 625.00 | 0.40 | Teleconference M. Peterson re insurance valuation matters. |
| 1/4/2011 | PVL | 905.00 | 0.10 | Review e-mail. |
| 1/6/2011 | PVL | 905.00 | 0.50 | Review draft objs to Libby RFPs and e-mail comments. |

| 1/7/2011 | PVL | 905.00 | 0.30 | Review revised Grace RFP objs (.1); review e-mail (.1); prep for hearing (.1). |
|---|---|---|---|---|
| 1/9/2011 | PVL | 905.00 | 1.40 | Confer Frankel and Wyron. |
| 1/10/2011 | PVL | 905.00 | 3.00 | Confer Donley, Paul, Baer, Giannotto, Aldock, Frankel, Wyron, Esayian et al (.5); attend hearing (2.5). |
| 1/11/2011 | PVL | 905.00 | 0.30 | Review drafts of CNA order and e-mail re same. |
| 1/11/2011 | ACM | 625.00 | 0.20 | Teleconferences two claimants. |
| 1/12/2011 | ACM | 625.00 | 0.20 | Exchange e-mails with A. Harper re status of case. |
| 1/13/2011 | PVL | 905.00 | 0.20 | Review e-mail re CNA approval order. |
| 1/13/2011 | ACM | 625.00 | 0.50 | Review M. Peterson insurance valuation materials. |
| 1/14/2011 | PVL | 905.00 | 0.20 | Review e-mail re CNA order. |
| 1/18/2011 | PVL | 905.00 | 1.10 | Teleconference Esayian, Giannotto, Glosband, DeChristoforo, Wyron et al (.6); review e-mail re draft CNA order and reply (.2); review draft notice re CDN ZAI amendments (.1); review draft COC and e-mail re same and reply (.2). |
| 1/19/2011 | PVL | 905.00 | 0.20 | Review e-mail re CNA order and COC. |
| 1/19/2011 | ACM | 625.00 | 0.20 | Teleconference EI re insurance valuation issues. |
| 1/20/2011 | PVL | 905.00 | 1.30 | Teleconference Donley, Paul, O'Neill, Frankel and Wyron (.9); teleconference Frankel, Wyron and Felder (.4). |
| 1/23/2011 | PVL | 905.00 | 0.20 | Review Libby Cls and BNSF COCs re CNA order (.1); e-mail review. |
| 1/25/2011 | PVL | 905.00 | 2.00 | Review Paul memo and e-mail re appeals (.1); teleconference Wyron (.9); teleconference Donley, Paul, Boll, Baer, O'Neill, Frankel and Wyron (.9); review e-mail (.1). |
| 1/26/2011 | PVL | 905.00 | 1.10 | Review drafts of response re conf order and e-mail re same (.6); teleconference Donley, Paul, Finke, Baer, Turetsky, Coco, Frankel, Wyron, Mehaley and Horkovich (.5). |

| 1/26/2011 | ACM | 625.00 | 0.70 | Teleconference B. Horkovich, M. Peterson re insurance valuation issues (.4); review charts re same (.3). |
|---|---|---|---|---|
| 1/28/2011 | PVL | 905.00 | 0.10 | Teleconference Milch. |
| 1/31/2011 | PVL | 905.00 | 3.30 | Review conf opinion (1.6); review conf findings and order (1.0); review e-mail (.3); teleconference Shelnitz, Donley, Paul, Bentley, Frankel et al (.3); teleconference EI and NDF (.1). |
| 1/31/2011 | ACM | 625.00 | 1.10 | Review Confirmation Order and Opinion. |
| 1/31/2011 | JAL | 535.00 | 2.70 | Review and analysis of Court's memorandum opinion and recommended findings and conclusions. |
| 2/1/2011 | ACM | 625.00 | 0.50 | Teleconference KCM, PVNL re Garlock's 2019 discovery motion (.2); send e-mail to Grace ACC re same (.3). |
| 2/1/2011 | PVL | 905.00 | 1.60 | Teleconference Shelnitz, Finke, Donley, Paul, Boll, Baer, Frankel, Wyron, Bentley et al (1.0); review e-mail (.2); teleconference Craig (.1); review Finch e-mail and reply (.3). |
| 2/1/2011 | JAL | 535.00 | 0.10 | Drafted and revised e-mail to PVNL re: confirmation decision. |
| 2/2/2011 | ACM | 625.00 | 0.10 | Exchange e-mails with M. Peterson re insurance valuation issues. |
| 2/2/2011 | PVL | 905.00 | 0.30 | Review e-mail and reply (.1); teleconference Bernick (.2). |
| 2/3/2011 | PVL | 905.00 | 0.50 | Review Horkovich ltrs to insurers (.1); confer JAL (.2); review e-mail (.1); teleconference EI (.1). |
| 2/3/2011 | ACM | 625.00 | 0.30 | Exchange e-mails with Trustee nominees re confirmation. |
| 2/3/2011 | ACM | 625.00 | 0.20 | Teleconferences M. Peterson re insurance information. |
| 2/3/2011 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: confirmation issues and district court's status conf. |
| 2/4/2011 | ACM | 625.00 | 0.50 | Review Mark Peterson memo re assumed timing of claim payments (.4); send e-mail to B. Horkovich re same (.1). |

| 2/7/2011 | ACM | 625.00 | 0.60 | Teleconference EI re M. Peterson data (.1); teleconference EI, M. Peterson re same (.4); exchange e-mails with B. Horkovich re same (.1). |
|---|---|---|---|---|
| 2/8/2011 | ACM | 625.00 | 0.10 | Send e-mail to Committee re joinder and objection to Garlock 2019 motion. |
| 2/9/2011 | PVL | 905.00 | 0.60 | Teleconference Shiner (.3); review e-mail and reply re status (.2); review draft clarification motion (.1). |
| 2/10/2011 | PVL | 905.00 | 2.70 | Shelnitz, Finke, Donley, Paul, Baer. O'Neill, Frankel and Wyron (.9); review revised drafts of motion to clarify and e-mail comments (.3); review e-mail and reply (.3); teleconference Shiner (.4); review AXA motion to extend time (.1); review revised obj chart (.7). |
| 2/11/2011 | PVL | 905.00 | 3.10 | Review e-mail and reply (.4); review BNSF motion (.5); teleconference EI (.1); review Montana and Canada motions (1.0); teleconference Donley, Paul, Frankel and Wyron (.8); review BNSF and AMH filings (.2); prep for hearing (.1). |
| 2/11/2011 | JAL | 535.00 | 0.90 | Telephonic appearance at status hearing on confirmation order. |
| 2/11/2011 | JAL | 535.00 | 0.10 | Review and analysis of materials relating to confirmation issues. |
| 2/12/2011 | PVL | 905.00 | 0.10 | Review e-mail re confirmation issues. |
| 2/13/2011 | PVL | 905.00 | 1.70 | Review e-mail (.1); review K&E memos re conf order (.7); teleconference Shelnitz, Finke, Donley, Baer, Paul, Bentley, Frankel, Wyron et al (.9). |
| 2/14/2011 | PVL | 905.00 | 0.90 | Attend hearing (.7); review Montana and Canada joinders to BNSF (.1); review Garlock and Bank Lender notices of appeal (.1). |
| 2/14/2011 | ACM | 625.00 | 0.20 | Send e-mail to M. Peterson re insurance valuation (.1); teleconference EI re same (.1). |
| 2/15/2011 | ACM | 625.00 | 0.20 | Conference EI re Grace insurance matter (.1); teleconference EI, PVNL re 2019 motion (.1). |
| 2/15/2011 | PVL | 905.00 | 2.00 | Work on responses to BNSF motion (1.3); teleconference Wyron re same (.7). |

| 2/16/2011 | PVL | 905.00 | 0.10 | Work on response to BNSF. |
|-----------|-----|--------|------|---------------------------|
| 2/16/2011 | AJS | 340.00 | 0.20 | Review of e-mails from KCM re: evidentiary objections and prep of e-mail to KCM re: evidentiary objections and meeting w/KCM re: objections to Garlock hearing exhibits. |
| 2/16/2011 | ACM | 625.00 | 0.20 | Send e-mail to Committee re 2019 Motion made by Garlock. |
| 2/16/2011 | JAL | 535.00 | 0.20 | Review and analysis of order clarifying confirmation decision. |
| 2/17/2011 | PVL | 905.00 | 0.10 | Review UCC notice of appeal. |
| 2/18/2011 | PVL | 905.00 | 2.70 | Review e-mail and reply (.3); work on draft resp to BNSF motion (.8); teleconference Donley, Paul, Baer, Frankel, Wyron et al (.5); review Libby Cls. notice of appeal and des of record (.1); teleconference Esayian, Frankel, Wyron, Mehaley and Felder (.9); review D. Del. mediation order (.1). |
| 2/20/2011 | PVL | 905.00 | 0.10 | Review revised draft opposition to BNSF motion. |
| 2/20/2011 | JAL | 535.00 | 0.80 | Review and analysis of draft plan-related documents. |
| 2/21/2011 | JAL | 535.00 | 0.10 | Tele. call w/M. Hurford re: amended plan documents to be filed. |
| 2/21/2011 | JAL | 535.00 | 0.20 | E-mail exchanges w/Debtors' counsel re: amended plan documents to be filed. |
| 2/21/2011 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to plan issues and potential appeals. |
| 2/21/2011 | JAL | 535.00 | 1.00 | Tele. conf. w/plan parties and objectors re: scheduling and procedural matters for appeal. |
| 2/21/2011 | JAL | 535.00 | 0.10 | Tele. call w/D. Boll re: filing of amended and revised plan documents. |
| 2/21/2011 | JAL | 535.00 | 0.10 | Drafted e-mail to M. Hurford and PVNL re: filing of amended and revised plan documents. |
| 2/21/2011 | JAL | 535.00 | 0.10 | Drafted e-mail to J. O'Neill re: filing of amended and revised plan documents. |
| 2/21/2011 | JAL | 535.00 | 0.80 | Drafted and revised e-mail to PVNL re: confirmation and appellate issues. |

| 2/21/2011 | PVL | 905.00 | 0.70 | Review e-mails and reply (.4); review revised reply to BNSF motion (.2); review cure notice (.1). |
| 2/22/2011 | PVL | 905.00 | 0.60 | Review revised draft opposition to BNSF motion (.2); prepare for 2/23 hearing (.4). |
| 2/22/2011 | JAL | 535.00 | 0.20 | Reviewed revised appeals schedule and form of scheduling order. |
| 2/22/2011 | JAL | 535.00 | 0.40 | Review and analysis of materials in prep. for tomorrow's status hearing. |
| 2/23/2011 | JAL | 535.00 | 0.50 | Review and analysis of materials relating to confirmation appeal. |
| 2/23/2011 | JAL | 535.00 | 1.50 | Court appearance for status conf. on confirmation appeal. |
| 2/23/2011 | PVL | 905.00 | 0.40 | Attend D. Ct. hearing. |
| 2/24/2011 | PVL | 905.00 | 1.10 | Teleconference Esayian, Frankel, Wyron, Mehaley, Felder and Horkovich (.7); review draft BNSF order and e-mail comments (.1); review e-mail and reply (.1); review Grace and CNA counter-des. of record (.2). |
| 2/25/2011 | PVL | 905.00 | 0.40 | Review e-mails and reply (.3); review draft memo to ACC (.1). |
| 2/25/2011 | JAL | 535.00 | 3.50 | Drafting and revisions to memo re: District Court status conf. and appeals scheduling. |
| 2/28/2011 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: comments on memo re: Feb. 23 status conf. |
| 2/28/2011 | JAL | 535.00 | 1.00 | Further edits and revisions to memo re: Feb. 23 status conf. |
| 2/28/2011 | JAL | 535.00 | 1.50 | Review and analysis of materials relating to plan issues. |
| 2/28/2011 | PVL | 905.00 | 1.70 | Tc w/Donley, et al (.2); review BNSF 9033 objs. and reply brief (.3) review Canada objs. & reply brief (.1); tc w/Frankel & Wyron (.9); review emails (.2) |
| 3/2/2011 | JAL | 535.00 | 0.10 | E-mail exchange w/PVNL re: BNSF motion to reconsider. |

| 3/3/2011 | ACM | 625.00 | 0.30 | Exchange e-mails with L. Busch, PVNL, J. Hughes re Grace. |
| 3/4/2011 | JAL | 535.00 | 0.60 | Review and analysis of Court's decision denying BNSF's motion to reconsider. |
| 3/4/2011 | JAL | 535.00 | 2.80 | Review and analysis of materials re: appellate issues and designation of record on appeal. |
| 3/4/2011 | JAL | 535.00 | 0.20 | Review e-mail and proposed order from J. Baer re: appeals schedule. |
| 3/4/2011 | TEP | 340.00 | 0.20 | Revise and edit brief re objections to evidence. |
| 3/4/2011 | PVL | 905.00 | 0.70 | Rv ruling re BNSF motion and email Esayian et al re same (.4); tc Frankel re same (.2); rv draft sch. order (.1) |
| 3/6/2011 | PVL | 905.00 | 0.10 | Rv Donley email and draft order and reply |
| 3/7/2011 | PVL | 905.00 | 1.00 | Tcn Donley, counsel for appellants, et al re sch. order (.4); tcn Donley, Paul, Baer, O'Neill, Frankel & Wyron (.4), rv emails and reply (.2) |
| 3/7/2011 | EI | 1,000.00 | 0.20 | Status inquiry (0.1); memo ACM re insurance (0.1) |
| 3/7/2011 | TEP | 340.00 | 0.70 | Review motion for intervention and research re same. |
| 3/7/2011 | JAL | 535.00 | 5.40 | Review and analysis of materials relating to confirmation appeal. |
| 3/7/2011 | JAL | 535.00 | 0.40 | Tele. conference w/ potential appellants and plan proponents re: proposed order governing appeal schedule. |
| 3/7/2011 | JAL | 535.00 | 0.40 | Review of draft scheduling order for confirmation appeals and e-mail to J. O'Neill re: same. |
| 3/8/2011 | JAL | 535.00 | 3.10 | Review and analysis of materials re: appeal issues and designation of appellate record. |
| 3/8/2011 | JAL | 535.00 | 0.10 | Review of proposed scheduling order and cover letter to District Court from J. O'Neill re: confirmation appeal. |
| 3/8/2011 | PVL | 905.00 | 0.80 | Rv revised draft sch. order (.1); tf Wyron (.3); rv draft dis. of record and JAL email re same and reply (.4) |

| 3/9/2011 | PVL | 905.00 | 0.10 | Rv emails and reply |
|---|---|---|---|---|
| 3/9/2011 | JAL | 535.00 | 0.20 | Drafted and revised memo to D. Boll re: record on appeal. |
| 3/9/2011 | EI | 1,000.00 | 0.60 | T/C Burdette (DoJ) re medicare and memo (0.4); T/C PVNL re same (0.2) |
| 3/10/2011 | JAL | 535.00 | 0.70 | Review of draft response to Rule 9033 objections and drafted e-mail to PVNL re: same. |
| 3/10/2011 | JAL | 535.00 | 0.20 | Drafted and revised memo to D. Boll re: comments on draft response to Rule 9033 objections. |
| 3/10/2011 | PVL | 905.00 | 0.40 | Rv emails (.1); rv draft response to 9033 objs. (.1); tf Hurford re appeals (.2) |
| 3/11/2011 | PVL | 905.00 | 0.40 | Rv emails & reply (.1); rv sch. order and memos re appeal status (.3) |
| 3/14/2011 | PVL | 905.00 | 0.30 | Rv emails and reply (.1); rv stip. re case notices  and email Hurford (.2) |
| 3/14/2011 | JAL | 535.00 | 0.20 | Review mark-up of response to Rule 9033 objections and e-mail to PVNL re: same. |
| 3/14/2011 | JAL | 535.00 | 0.10 | Reviewed BNSF's letter to District Court re: Rule 9033 objections. |
| 3/15/2011 | PVL | 905.00 | 0.10 | Rv emails and reply |
| 3/15/2011 | JAL | 535.00 | 0.30 | Review of materials relating to confirmation appeals. |
| 3/15/2011 | ACM | 625.00 | 0.50 | Exchange e-mails with S. Kazan re TDP provisions. |
| 3/16/2011 | PVL | 905.00 | 4.60 | Cn Shelnitz, Finke, Donley, Paul, Frankel, Wyron, Aldock & Esayian re Plan Issues. |
| 3/17/2011 | ACM | 625.00 | 0.20 | Exchange e-mails with M. Peterson re payment percentage issues. |
| 3/18/2011 | PVL | 905.00 | 0.30 | Rv 6 notices of appeal (.1); cn JAL re des. of record (.2) |
| 3/18/2011 | JAL | 535.00 | 0.30 | Review e-mails from D. Boll re: designation of appellate record and e-mail to her re: same. |

| | | | | |
|---|---|---|---|---|
| 3/18/2011 | JAL | 535.00 | 0.10 | Review of Libby Claimants' notice of appeal. |
| 3/18/2011 | JAL | 535.00 | 0.80 | Review and analysis of materials re: appeal issues. |
| 3/18/2011 | JAL | 535.00 | 0.20 | Drafted and revised e-mail to D. Boll re: designation of appellate record. |
| 3/18/2011 | JAL | 535.00 | 0.20 | Drafted and revised e-mail to JPW re: designation of appellate record. |
| 3/18/2011 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: appeal issues. |
| 3/21/2011 | JAL | 535.00 | 0.10 | E-mail from D. Boll re: joint record on appeal. |
| 3/21/2011 | JAL | 535.00 | 0.10 | E-mail exchanges w/JMR re: joint record on appeal. |
| 3/21/2011 | JAL | 535.00 | 0.20 | Further e-mail exchanges w/JMR re: joint record on appeal. |
| 3/21/2011 | JAL | 535.00 | 0.10 | Tele. call w/JMR re: appellate record issues. |
| 3/21/2011 | JAL | 535.00 | 0.10 | Drafted and revised e-mail to PVNL re: appellate record issues. |
| 3/21/2011 | PVL | 905.00 | 1.00 | Rv emails & reply (.2), tcn Esayian, Frankel & Wyron (.8) |
| 3/21/2011 | JMR | 380.00 | 1.00 | Review correspondence with counsel for the debtor regarding review of the joint index of exhibits for the appellate record (.4); conference with JAL regarding review of index and work needed to determine exhibits that should be added or removed (.2); oversee collection of filed papers relevant to review of index (.4) |
| 3/22/2011 | JMR | 380.00 | 0.50 | Conference with KGH regarding review of record to determine if any exhibits should be added to the joint appellate index |
| 3/22/2011 | KGH | 240.00 | 2.80 | Review index for appeal. |
| 3/22/2011 | PVL | 905.00 | 0.10 | Rv emails & reply |
| 3/22/2011 | JAL | 535.00 | 0.20 | Review of draft stipulation consolidating appeals and e-mail to D. Boll re: same. |
| 3/23/2011 | KGH | 240.00 | 6.90 | Review briefs and transcripts to check accuracy of index for appeal. |

| 3/23/2011 | JMR | 380.00 | 0.90 | Attend conference call regarding confidentiality agreement for exhibits included in the joint appellate index (.5); report to PVNL and JAL regarding same (.4) |
| 3/24/2011 | JMR | 380.00 | 0.60 | Exchange e-mails with KGH regarding exhibits to be added to the joint appellate index |
| 3/24/2011 | KGH | 240.00 | 5.60 | Review briefs and transcripts to check accuracy of index on appeal. |
| 3/24/2011 | PVL | 905.00 | 0.50 | Rv Wyron email & attachment (.2), rv Esayian email and attached pleadings & order (.3) |
| 3/25/2011 | PVL | 905.00 | 0.70 | Tcn Frankel, Wyron & Burke |
| 3/25/2011 | PVL | 905.00 | 0.40 | Cn KCM re 3/28 hearing and prepare for 3/28 hearing |
| 3/25/2011 | KGH | 240.00 | 0.40 | Review briefs and transcripts to check accuracy of index on appeal. |
| 3/28/2011 | EI | 1,000.00 | 0.10 | Memo to Horkovich re Peterson projection (0.1) |
| 3/28/2011 | PVL | 905.00 | 1.30 | Re request for Grace attend hearing on Garlock motion re 2019 statements |
| 3/29/2011 | PVL | 905.00 | 0.20 | Rv BNSF stmt. of issues and email JAL re same |
| 3/29/2011 | JMR | 380.00 | 0.40 | Review e-mail from counsel for the debtors regarding addition of exhibits to the joint appellate index, reply to same |
| 3/30/2011 | PVL | 905.00 | 0.80 | Teleconference w/Shelnitz, Donley, O'Connell, Frankel and Wyron. |
| 3/31/2011 | PVL | 905.00 | 0.10 | Review email. |

**Total Task Code .17**      **114.80**

**Travel – Non-Working  (24.10 Hours; $ 10,146.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 20.00 | $452.50 | 9,050.00 |

Jeffrey A. Liesemer                    4.10                $267.50                    1,096.75

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/9/2011 | PVL | 452.50 | 1.70 | Travel to Pittsburgh (half). |
| 1/10/2011 | PVL | 452.50 | 1.80 | Return travel to DC. (half) |
| 2/14/2011 | PVL | 452.50 | 2.30 | Travel to/from Wilmington (half). |
| 2/23/2011 | PVL | 452.50 | 5.90 | Travel to/from Philadelphia for hearing. |
| 2/23/2011 | JAL | 267.50 | 2.20 | Return travel from Philadelphia to DC following status conf. on confirmation appeal. |
| 2/23/2011 | JAL | 267.50 | 1.90 | Travel to Philadelphia for status conf. on confirmation appeal. |
| 3/1/2011 | PVL | 452.50 | 2.80 | Travel to Pittsburgh |
| 3/2/2011 | PVL | 452.50 | 4.40 | To & from court (.4); return to D.C. (4.0) |
| 3/28/2011 | PVL | 452.50 | 1.10 | Travel to and from Wilmington for hearing |

**Total Task Code .21**          **24.10**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $83.02 |
| Charge of Cell and/or Home Phone Useage | $0.72 |
| Air & Train Transportation | $1,199.20 |
| Meals Related to Travel | $204.02 |
| Travel Expenses - Hotel Charges | $613.32 |
| Travel Expenses - Ground Transportation | $236.00 |
| Travel Expenses – Miscellaneous | $15.00 |
| Database Research | $1,514.01 |
| Xeroxing | $35.40 |
| Long Distance-Equitrac In-House | $5.72 |
| **Total** | **$3,906.41** |