**EXHIBIT B**

**Asset Analysis and Recovery (1.10 Hours; $ 1,090.50)**

      Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the state.

**Total Task Code .01**              1.10

**Business Operation (.10 Hours; $ 53.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**              .10

**Case Administration (6.30 Hours; $ 5,141.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**              6.30

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**              .10

**Committee, Creditors', Noteholders' or Equity Holders' (.90 Hours; $ 621.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**              .90

**Employee Benefits/Pension (1.10 Hours; $ 995.50)**

{D0203878.1 }

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**            1.10

**Employment Applications, Others (.80 Hours; $ 428.00)**

Services rendered in this category pertain to the review of the retention applications of the professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**            .80

**Fee Applications, Applicant (25.70 Hours; $ 10,145.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            25.70

**Hearings (2.80 Hours; $ 2,534.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**            2.80

**Litigation and Litigation Consulting (111.90 Hours; $ 46,762.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16**            111.90

**Plan & Disclosure Statement (114.80 Hours; $ 76,274.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**            114.80

**Travel Non-Working (24.10 Hours; $ 10,146.75)**

{D0203878.1 }

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        24.10**