## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | $83.02 |
| Charge of Cell and/or Home Phone Useage | $0.72 |
| Air & Train Transportation | $1,199.20 |
| Meals Related to Travel | $204.02 |
| Travel Expenses - Hotel Charges | $613.32 |
| Travel Expenses - Ground Transportation | $236.00 |
| Travel Expenses – Miscellaneous | $15.00 |
| Database Research | $1,514.01 |
| Xeroxing | $35.40 |
| Long Distance-Equitrac In-House | $5.72 |
| **Total** | **$3,906.41** |

{D0203880.1 }