| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter    000 | Disbursements | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2011

**Matter    000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/21/2011 | 13,655 |
|---|---|---|---|---|---|---|---|---|

Client Retainers Available    $4,806.34    Committed to Invoices:    $0.00    Remaining:    $4,806.34

Total Expenses Billed To Date    $3,884,312.44

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,435.52 | 0.00 | 1,435.52 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 19.33 | 0.00 | 19.33 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.24 | 0.00 | 3.24 |
| **Total Fees** | | | **0.00** | **1,458.09** | **0.00** | **1,458.09** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2641911 | Equitrac - Long Distance to 12122781000 | E | 01/03/2011 | 0999 C&D | | 0.00 | $2.04 | | 0.00 | $2.04 | 2.04 |
| 2643605 | Equitrac - Long Distance to 14142649461 | E | 01/11/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 2.08 |
| 2643611 | Equitrac - Long Distance to 13369269145 | E | 01/11/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 2.12 |
| | | | | EI | | | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | 2/15/2011 |
| | | | | | | | | Print Date/Time: 02/15/2011 | 3:43:23PM |
| Attn: | | | | | | | | | |
| | | | | | | | | | Invoice # |
| 2644113 | Federal Express -Delivery to K.Hemming, 12/23/10 (EI; Split between clients 5334 & 4642) | E | 01/14/2011 | 0120 | | 0.00 | $9.46 | 0.00 | $9.46 | 11.58 |
| 2644118 | Peter Van N. Lockwood -Meal w/ Frankel & Wron at the Omni Hotel's Terrace Room while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $135.56 | 0.00 | $135.56 | 147.14 |
| 2644119 | Peter Van N. Lockwood -Omni Hotel's In-Room Svc. while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $3.50 | 0.00 | $3.50 | 150.64 |
| 2644120 | Peter Van N. Lockwood -Omni Hotel 1-Night Lodging while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $295.26 | 0.00 | $295.26 | 445.90 |
| 2646638 | Equitrac - Long Distance to 19063627207 | E | 01/19/2011 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 446.26 |
| 2647287 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach airfare to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL; Split b/w clients 4642 & 5334) | E | 01/21/2011 | 0020 | PVL | 0.00 | $17.50 | 0.00 | $17.50 | 463.76 |
| 2647290 | Business Card -ADA Travel Reconciliation, re: Coach airfare to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL; Split b/w clients 4642 & 5334) | E | 01/21/2011 | 0020 | PVL | 0.00 | $920.70 | 0.00 | $920.70 | 1,384.46 |
| 2647310 | Petty Cash -Snack while on travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL) | E | 01/24/2011 | 0020 | PVL | 0.00 | $3.00 | 0.00 | $3.00 | 1,387.46 |
| 2647311 | Petty Cash -Cab Fares & Parking while on travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL) | E | 01/24/2011 | 0020 | PVL | 0.00 | $60.00 | 0.00 | $60.00 | 1,447.46 |
| 2647968 | Equitrac - Long Distance to 12123199240 | E | 01/28/2011 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 1,448.22 |
| 2648004 | Federal Express -Delivery to K.Hemming, 1/14/11 (EI; Split b/w clients 5334 & 4642) | E | 01/31/2011 | 0120 | EI | 0.00 | $9.87 | 0.00 | $9.87 | 1,458.09 |
| **Total Expenses** | | | | | | | $1,458.09 | | $1,458.09 | |
| | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 1,458.09 | | 1,458.09 | |
| | Matter Total | | | | | 0.00 | 1,458.09 | 0.00 | 1,458.09 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $1,458.09 | | $1,458.09 | |

| | | | | |
|---|---|---|---|---|
| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| Matter       000 | Disbursements | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

|  |  |  |  |  |
|---|---|---|---|---|
| Prebill Total | 0.00 | $1,458.09 | 0.00 | $1,458.09 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,949.57 | 14,949.57 |
| 79,156 | 01/21/2011 | 20,627.23 | 20,627.23 |
|  |  | 132,520.80 | 43,987.63 |

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | **Disbursements** | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 2/28/2011

**Matter       000**
**Disbursements**

| | | | | |
|---|---|---|---|---|
| Bill Cycle:   Monthly | Style:   i1 | Start:   4/16/2001 | Last Billed :   3/1/2011 | 13,655 |

| | | | |
|---|---|---|---|
| Client Retainers Available | $4,806.34   Committed to Invoices: | $0.00   Remaining: | $4,806.34 |

Total Expenses Billed To Date    $3,885,770.53

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 37.00 | 0.00 | 37.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 23.41 | 0.00 | 23.41 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 120.72 | 0.00 | 120.72 |
| **Total Fees** | | | **0.00** | **181.13** | **0.00** | **181.13** |

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2657704 | Database Research By KGH on 1/30-31 | E | 01/31/2011 | 0999 C&D | | 0.00 | $118.92 | | 0.00 | $118.92 | 118.92 |
| 2651944 | Equitrac - Long Distance to 12123199240 | E | 02/02/2011 | 0999 C&D | | 0.00 | $0.36 | | 0.00 | $0.36 | 119.28 |
| 2654339 | Equitrac - Long Distance to 12123199240 | E | 02/03/2011 | 0999 C&D | | 0.00 | $0.60 | | 0.00 | $0.60 | 119.88 |

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | Disbursements | | | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2655019 | Pacer Service Center -Database Research, 10/1/10 - 12/31/10 | E | 02/07/2011 | 0999 | | 0.00 | $0.72 | 0.00 | $0.72 | 120.60 |
| 2659759 | Equitrac - Long Distance to 13024269910 | E | 02/22/2011 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 120.72 |
| 2659996 | Federal Express -Delivery to M.Brushwood, 2/8/11 (EI) | E | 02/24/2011 | 0120 | EI | 0.00 | $15.51 | 0.00 | $15.51 | 136.23 |
| 2660734 | Petty Cash -Parking at DC Union Station while on travel to/from Philadelphia, PA, re: Hearing, 2/23/11  (PVNL) | E | 02/28/2011 | 0020 | PVL | 0.00 | $35.00 | 0.00 | $35.00 | 171.23 |
| 2660735 | Petty Cash -Snack while on travel to/from Philadelphia, PA, re: Hearing, 2/23/11  (PVNL) | E | 02/28/2011 | 0020 | PVL | 0.00 | $2.00 | 0.00 | $2.00 | 173.23 |
| 2665151 | Xeroxing -NY Office Copy Charges, 2/2011  (EI) | E | 02/28/2011 | 0120 | EI | 0.00 | $7.90 | 0.00 | $7.90 | 181.13 |

**Total Expenses**
$181.13
0.00                                 0.00             $181.13

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 181.13 | | 181.13 |
| Matter Total | 0.00 | 181.13 | 0.00 | 181.13 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $181.13 | | $181.13 |
| Prebill Total | 0.00 | $181.13 | 0.00 | $181.13 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |
| 79,959 | 02/15/2011 | 38,523.84 | 38,523.84 |
| | | 170,945.34 | 54,030.17 |

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 3/31/2011

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/25/2011 | 13,655 |

Client Retainers Available        $4,806.34        Committed to Invoices:        $0.00        Remaining:        $4,806.34

Total Expenses Billed To Date        $3,885,951.66

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 897.02 | 0.00 | 743.02 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 8.30 | 0.00 | 8.30 |
| 0187 | NDF | Nathan D Finch | 0.00 | 39.88 | 0.00 | 39.88 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 10.00 | 0.00 | 10.00 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 52.00 | 0.00 | 52.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 1,413.99 | 0.00 | 1,413.99 |
| **Total Fees** | | | **0.00** | **2,421.19** | **0.00** | **2,267.19** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2669971 | Photocopy | E | 02/02/2011 | C&D 0999 | | 0.00 | $4.50 | | 0.00 | $4.50 | 4.50 |
| 2670238 | Photocopy | E | 02/08/2011 | C&D 0999 | | 0.00 | $4.20 | | 0.00 | $4.20 | 8.70 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2670243 | Photocopy | | E | 02/08/2011 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 9.90 |
| 2670801 | Photocopy | | E | 02/16/2011 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 14.60 |
| 2665648 | Petty Cash -Cab Fares & Parking at DCA Airport, re: Coach Travel to/from Pittsburgh, PA, 3/1/11 - 3/2/11  (PVNL) | | E | 03/07/2011 | 0020 | PVL | 0.00 | $104.00 | 0.00 | $104.00 | 118.60 |
| 2665891 | Equitrac - Long Distance to 19143721874 | | E | 03/07/2011 | 0999 | C&D | 0.00 | $1.24 | 0.00 | $1.24 | 119.84 |
| 2665935 | Federal Express -Delivery to M.Brushwood, 2/16/11 (EI; Split w/ clients 4642 & 5334) | | E | 03/08/2011 | 0120 | EI | 0.00 | $8.30 | 0.00 | $8.30 | 128.14 |
| 2666047 | Jeffrey A. Liesemer -Cab Fares for Travel to/from Philadelphia, PA, re: Grace hearing, 2/23/11 | | E | 03/09/2011 | 0317 | JAL | 0.00 | $37.00 | 0.00 | $37.00 | 165.14 |
| 2666048 | Jeffrey A. Liesemer -Misc. gratuities for Travel to/from Philadelphia, PA, re: Grace hearing, 2/23/11 | | E | 03/09/2011 | 0317 | JAL | 0.00 | $15.00 | 0.00 | $15.00 | 180.14 |
| 2666052 | Peter Van N. Lockwood -Hotel Rm Svc. while on Travel to/from Pittsburgh, PA, re: Hearing, 3/1/11 - 3/2/11 | | E | 03/09/2011 | 0020 | PVL | 0.00 | $59.96 | 0.00 | $59.96 | 240.10 |
| 2666053 | Peter Van N. Lockwood -Omni Hotel 1-Night Lodging for Travel to/from Pittsburgh, PA, re: Hearing, 3/1/11 - 3/2/11 | | E | 03/09/2011 | 0020 | PVL | 0.00 | $318.06 | 0.00 | $318.06 | 558.16 |
| 2672971 | Equitrac - Long Distance to 13369269145 | | E | 03/17/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 558.32 |
| 2674486 | Photocopy | | E | 03/21/2011 | 0237 | SRB | 0.00 | $10.00 | 0.00 | $10.00 | 568.32 |
| 2673492 | Federal Express -Delivery to D.Relles, 12/29/10 (NDF; lost invoice reason for late billing) | | E | 03/22/2011 | 0187 | NDF | 0.00 | $39.88 | 0.00 | $39.88 | 608.20 |
| 2674658 | Photocopy | | E | 03/23/2011 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 611.10 |
| 2675503 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 2/23/11  (PVNL; Coach $221) | | E | 03/30/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 651.10 |
| 2675504 | Business Card -ADA Travel Svc., re: First Class | | E | 03/30/2011 | 0020 | PVL | 0.00 | $375.00 | 0.00 | $221.00 | 872.10 |

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | | | Disbursements | | | | | | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

Train Fare to/from Philadelphia, PA, 2/23/11
(PVNL; Coach $221)

| | | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2676938 | Database Research - LEXIS by TEP on 3/8-9 | | E | 03/31/2011 | 0999 | | 0.00 | $193.73 | 0.00 | $193.73 | 1,065.83 |
| | | | | | | C&D | | | | | |
| 2678565 | Database Research - Westlaw by TEP on 3/8-11 | | E | 03/31/2011 | 0999 | | 0.00 | $1,201.36 | 0.00 | $1,201.36 | 2,267.19 |
| **Total Expenses** | | | | | | | | $2,421.19 | | | |
| | | | | | | | | | | $2,267.19 | |
| | | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | | 2,421.19 | | 2,267.19 | |
| | Matter Total | | | | | | 0.00 | 2,421.19 | 0.00 | 2,267.19 | |
| | | | | | | | | | | | |
| | Prebill Total Fees | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $2,421.19 | | $2,267.19 | |
| | Prebill Total | | | | | | 0.00 | $2,421.19 | 0.00 | $2,267.19 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,808.88 | 61,808.88 |
| | | 199,371.63 | 78,343.46 |