IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF FOURTIETH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2011 THROUGH MARCH 31, 2011**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2011 through March 31, 2011

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $154,283.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $3,906.41

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $78,954.80

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $1,639.22

Total Amount of Holdback Fees Sought for applicable period:  $30,856.65

{D0203884.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2011 THROUGH MARCH 31, 2011**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/1/2011; 26459 | 1/1/2011-1/31/2011 | $29,652.60 (80% of $37,065.75) | $1,458.09 | $29,652.60 (80% of $37,065.75) | $1,458.09 |
| 3/30/2011; 26667 | 2/1/2011-2/28/2011 | $49,302.20 (80% of $61,627.75) | $181.13 | $49,302.20 (80% of $61,627.75) | $181.13 |
| 4/29/2011; 26852 | 3/1/2011-3/31/2011 | $44,471.80 (80% of $55,589.75) | $2,267.19 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March 2011 Hours | Cumulative January to March 2011 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | 1.1 | $1,090.50.00 | 23.8 | $ 13,125.00 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .1 | 53.50 | 18.5 | 8,376.50 |
| Case Administration | 6.3 | 5,141.00 | 5,542.6 | 1,735,733.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .1 | 90.50 | 1,875.9 | 785,976.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .9 | 621.00 | 132.5 | 85,354.00 |
| Employee Benefits/Pension | 1.1 | 995.50 | 20.5 | 14,068.50 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

{D0203884.1 }

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .8 | 428.00 | 84.2 | 41,523.00 |
| Fee Applications, Applicant | 25.7 | 10,145.50 | 737.6 | 242,384.00 |
| Fee Applications, Others | .0 | .00 | 122.1 | 47,822.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | 2.8 | 2,534.00 | 397.5 | 314,616.00 |
| Litigation and Litigation Consulting | 111.9 | 46,762.50 | 26,955.9 | 12,080,413.00 |
| Plan & Disclosure Statement | 114.8 | 76,274.50 | 5,565.1 | 3,343,424.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 24.1 | 10,146.75 | 1,812.0 | 474,546.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 180.6 | 91,106.00 |
| **Totals** | **289.7** | **$154,283.25** | **43,814.1** | **19,424,915.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/10 – 3/31/10 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 1,514.01 | $ 382,599.17 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 83.02 | 24,825.60 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | 15.00 | 65,093.00 |
| Air & Train Transportation | 1,199.20 | 215,252.94 |
| Meals Related to Travel | 204.02 | 30,482.35 |
| Travel Expenses – Hotel Charges | 613.32 | 129,037.74 |
| Travel Expenses – Ground Transportation | 236.00 | 85,725.16 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 6,648.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 35.40 | 114,993.75 |
| Postage | .00 | 6,979.19 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 5.72 | 2,563.90 |
| NYO Long Distance Telephone | .00 | 16,258.04 |
| Use of Cell/Home Phone | .72 | 3,101.87 |
| **TOTAL** | **$ 3,906.41** | **$ 3,888,218.85** |