IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 9, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: Sept. 26, 2011 at 9:00 a.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that on May 20th, 2011, the **Fortieth Quarterly Fee Application Request Of Ferry, Joseph & Pearce, P.A. For Approval And Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses as Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period Of January 1, 2011 through March 31, 2011** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $44,706.00 and reimbursement of expenses in the amount of $2,116.13.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed **on or before June 9, 2011 at 4:00 p.m. prevailing Eastern Time** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON SEPTEMBER 26th, 2011 AT 9:00 A.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 20, 2011                                          FERRY, JOSEPH & PEARCE, P.A.


                                                             /s/ Lisa L. Coggins
                                                             Michael B. Joseph (No. 392)
                                                             Theodore J. Tacconelli (No. 2678)
                                                             Lisa L. Coggins (No. 4234)
                                                             824 Market Street, Suite 1000
                                                             P.O. Box 1351
                                                             Wilmington, DE. 19899
                                                             (302) 575-1555
                                                             *Counsel to the Official Committee of*
                                                             *Asbestos Property Damage Claimants*

## SERVICE LIST

**By First Class Mail and E-mail:**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201
feeaudit@whsmithlaw.com

**By Hand Delivery:**

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**

Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
tcurrier@saul.com

Janet S. Baer, Esquire
Roger J. Higgins, P.C
Baer Higgins Fruchtman LLC
111 East Wacker Dr., Ste. 2800
Chicago, IL 60601
jbaer@bhflaw.net
rhgins@bhflaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Douglas.Bacon@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com