# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 5/20/2011 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | W.R. Grace &Co., et al. | 7500 Grace Drive    Columbia, MD 21044 |
| aty | Curtis A. Hehn | Pachulski Stang Ziehl Young Jones &Wein    919 N. Market Street    17th Floor    Wilmington, DE 19801 |
| aty | David W. Carickhoff | Blank Rome LLP    1201 Market Street, Suite 800    Wilmington, DE 19801 |
| aty | David W. Carickhoff | Blank Rome LLP    1201 Market Street, Suite 800    Wilmington, DE 19801 |
| aty | James E. O'Neill | Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705 |
| aty | James E. O'Neill | Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899−8705 |
| aty | Janet S. Baer | Baer Higgins Fruchtman LLC    111 East Wacker Drive    Suite 2800    Chicago, IL 60601 |
| aty | Kathleen P. Makowski | Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899 |
| aty | Kathleen P. Makowski | Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19899−8705 |
| aty | Mark M. Billion | Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19702 |
| aty | Roger J. Higgins, P.C. | Baer Higgins Fruchtman LLC    111 East Wacker Driver    Suite 2800    Chicago, IL 60601 |
| aty | Timothy P. Cairns | Pachulski Stang Young &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19801 |
| aty | Timothy P. Cairns | Pachulski Stang Ziehl &Jones LLP    919 N. Market St., 17th Floor    Wilmington, DE 19801 |

TOTAL: 14