| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Wr Grace, | ) | Case No. 01-01139 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Fluid Components Intl, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Fluid Components Intl
Po Box 51020
Los Angeles, CA 90051-5320

Fluid Components Intl
1755 la Costa Meadows Dr
San Marcos, CA 92078

Dated: Monday, May 23, 2011

**New Address**
Fluid Components Intl c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Respectfully submitted,

Tony Slater
Fluid Components Intl
1755 la Costa Meadows Dr
San Marcos, CA 92078