# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE TWENTY FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**
**[RE: DOCKET NO. 26857]**

On May 2, 2011, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Twenty First Monthly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 26857] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on May 23, 2011. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Saul Ewing $13.860.40 which represents eighty percent (80%) of the total fees ($17,325.50), and $172.16, which represents 100% of the expenses requested in the Application

WILM 597794

upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                                                SAUL EWING LLP

                              By: _____
                                    Teresa K. D. Currier (No. 3080)
                                    222 Delaware Avenue
                                    P.O. Box 1266
                                    Wilmington, DE  19899
                                    (302) 421-6800

                                    Co-Counsel to the Official Committee of Equity Security Holders

Dated: May 25, 2011

WILM 597794