# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended March 31 and April 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 21 | Darex | $ 606.70 | 1.0 | $ 606.70 |
| Jason Morrissey | Audit Manager | 7 | Darex | $ 278.20 | 3.0 | $ 834.60 |
| Pavel Katsiak | Audit Senior Associate | 5 | Darex | $ 196.88 | 16.5 | $ 3,248.52 |
| Alexandra Schmidt | Audit Senior Associate | 5 | Darex | $ 181.90 | 2.3 | $ 418.37 |
| Madeleine Lederer | Audit Exp Associate | 3 | Darex | $ 136.11 | 147.6 | $ 20,089.46 |
| Jennifer Do | Audit Associate | 1 | Darex | $ 107.00 | 5.7 | $ 609.90 |
| Jamie Kunkel | Audit Associate | 1 | Darex | $ 107.00 | 89.5 | $ 9,576.50 |
| Jonathan Edelen | Audit Intern | 1 | Darex | $ 92.71 | 6.2 | $ 574.80 |
| Totals | | | | | 271.8 | $ 35,958.86 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Thomas E. Smith** | | |
| 7-Mar | 0.5 | Discussing the plan for the Darex audit with P. Katsiak (PwC) |
| 8-Apr | 0.5 | Reviewing Audit Strategy Memo for Darex Audit |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jason Morrissey** | | |
| 2-Mar | 1.5 | Discussion with A. Schmidt, P. Katsiak and M. Lederer (all PwC) regarding Darex audit |
| 4-Apr | 0.3 | Reviewing Darex Audit Strategy Memo |
| 18-Apr | 0.4 | Reviewing Darex significant estimates planning consideration |
| 19-Apr | 0.6 | Reviewing materiality calculation for Darex Audit |
| 20-Apr | 0.2 | Reviewing independence considerations for Darex Audit |
| | **3.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| Name: Pavel Katsiak | | |
| 2-Mar | 1.5 | Discussion with A.Schmidt, J. Morrisey and M. Lederer (all PwC) regarding Darex audit |
| 7-Mar | 2.5 | Discussion with M. Lederer (PwC) regarding audit risk settings |
| 8-Mar | 0.5 | Call with J.Mac, V.Leo, T.Puglisi, S.Scarlis (all Grace) and M. Lederer (PwC) regarding items requested for Darex Puerto Rico audit |
| 10-Mar | 2.5 | Discussion with M. Lederer (PwC) regarding audit risks and planning of Darex Puerto Rico audit |
| 14-Mar | 0.5 | Discussion with M. Lederer (PwC) regarding control activities at Darex Puerto Rico |
| 15-Mar | 2.5 | Discussion with M. Lederer (PwC) regarding Darex Audit Approach |
| 15-Mar | 0.5 | Discussion with M. Lederer (PwC) regarding Darex project management |
| 16-Mar | 0.3 | Discussion with M. Lederer (PwC) regarding controls reliance |
| 18-Mar | 1.5 | Discussion with M. Lederer (PwC) regarding status of planning activities |
| 23-Mar | 1.1 | Status Call with M. Lederer (PwC) |
| 25-Mar | 2.5 | Status Discussion with M. Lederer (PwC) |
| 28-Mar | 0.3 | Status Discussion with M. Lederer (PwC) |
| 29-Mar | 0.3 | Status Discussion with M. Lederer (PwC) |
| | 16.5 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Alexandra Schmidt** | | |
| 2-Mar | 1.5 | Discussion with P. Katsiak, J. Morrissey and M. Lederer (all PwC) regarding Darex audit |
| 7-Mar | 0.8 | Reviewing the strategy for the accounts receivable confirmation and/or alternative procedures to be performed |
| | **2.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jennifer Do** | | |
| 7-Mar | 1.3 | Setting up leadsheets for inventory and fixed assets |
| 8-Mar | 0.3 | Setting up leadsheets for cash |
| 9-Mar | 0.5 | Formatting planning analytics |
| 10-Mar | 0.7 | Updating documentation for physical inventory observation |
| 14-Mar | 0.9 | Setting up leadsheets for accounts receivable |
| 15-Mar | 0.8 | Reviewing prior year financial statements and the testing strategy |
| 16-Mar | 1.2 | Setting up leadsheets for accounts payable and other liabilities |
| | **5.7** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Madeleine Lederer** | | |
| 2-Mar | 1.5 | Darex Puerto Rico - Review of prior year financial statements |
| 2-Mar | 1.5 | Darex Puerto Rico - Review of planning procedures to be performed |
| 2-Mar | 1.0 | Darex Puerto Rico - Review of prior year materiality consideration |
| 2-Mar | 1.5 | Discussion with A. Schmidt, P.Katsiak and J.Morrissey (all PwC) regarding Darex audit |
| 3-Mar | 1.0 | Darex Puerto Rico - Review of Internal control procedures to be performed |
| 3-Mar | 1.5 | Calculation of current year materiality |
| 3-Mar | 2.5 | Documentation of Audit Strategy Memorandum for Darex Puerto Rico |
| 4-Mar | 1.0 | Setting up Darex Puerto Rico database |
| 7-Mar | 2.5 | Determining and documenting audit risks |
| 7-Mar | 2.5 | Discussion with P.Katsiak (PwC) regarding audit risk settings |
| 7-Mar | 1.5 | Documentation of Audit Strategy Memorandum for Darex Puerto Rico |
| 7-Mar | 1.0 | Documentation of client acceptance and independence procedures |
| 7-Mar | 0.5 | Documenting additional materiality considerations |
| 8-Mar | | Call with J.Mac, V.Leo, T.Puglisi, S.Scarlis (all Grace) and P.Katsiak (PwC) regarding items requested for Darex Puerto Rico audit |
| 8-Mar | 0.5 | Darex Puerto Rico audit |
| 8-Mar | 0.8 | Documenting Audit Risks |
| 8-Mar | 2.0 | Updating Audit Strategy Memorandum |
| 8-Mar | 0.7 | Updating Risk Assessment Analytical |
| 9-Mar | 0.5 | Discussed Inventory Rollforward with J.Edelen (PwC) |
| 9-Mar | 0.5 | Discussion with J.Kunkel (PwC) regarding Cash testing for Darex |
| 9-Mar | 1.5 | Meeting with T.Puglisi (Grace) regarding Darex Puerto Rico adjustments booked |
| 9-Mar | 1.0 | Discussion with D.Morales (PwC) regarding inventory observation performed in Darex Puerto Rico plant |
| 9-Mar | 2.0 | Documentation of control activities at Darex Puerto Rico |
| 10-Mar | 1.0 | Documentation of client acceptance and independence procedures |
| 10-Mar | 1.0 | Documentation of Income tax planning guide |
| 10-Mar | 2.5 | Discussion with P.Katsiak (PwC) regarding audit risks and planning of Darex Puerto Rico audit |
| 10-Mar | 0.5 | Coordinating visit to Cambridge with T.Puglisi (Grace) |
| 10-Mar | 1.0 | Discussion with J.Kunkel (PwC) regarding Audit steps outstanding in Darex Puerto Rico audit |
| 10-Mar | 1.5 | Documenting Darex Puerto Rico's control environment planning procedures |
| 10-Mar | 0.5 | Discussion inventory cut off procedures with J.Edelen (PwC) |
| 11-Mar | 1.0 | Updating Darex Puerto Rico request list |
| 11-Mar | 1.0 | Discussion with J.Kunkel (PwC) regarding fixed assets audit steps |
| 11-Mar | 1.5 | Review of controls utilizable for Darex Puerto Rico financial statement audit |
| 11-Mar | 0.9 | Documentation of Inventory Roll forward testing |
| 11-Mar | 1.0 | Discussion with M.Hayward, J.Mac, S.Gonzalez (all Grace) regarding Puerto Rico Inventory |

| Date | Hours | Description |
|---|---|---|
| 11-Mar | 0.6 | Discussion with J.Kunkel (PwC) regarding fixed assets depreciation |
| 14-Mar | 0.5 | Updating Darex Puerto Rico request list |
| 14-Mar | 1.5 | Discussion with T.Puglisi (Grace) regarding audit strategy of Darex Puerto Rico |
| 14-Mar | 1.0 | Documentation of Income tax planning guide |
| 14-Mar | 2.5 | Documentation of planning activities |
| 14-Mar | 0.5 | Discussion with P.Katsiak (PwC) regarding control activities at Darex Puerto Rico |
| 15-Mar | 0.5 | Updating request list |
| 15-Mar | 2.5 | Discussion with P.Katsiak (PwC) regarding Darex Audit Approach |
| 15-Mar | 0.5 | Discussion with P.Katsiak (PwC) regarding Darex project status |
| 15-Mar | 1.5 | Adjusting Audit Approach in the database |
| 15-Mar | 1.0 | Discussion with J.Kunkel (PwC) regarding Accounts Payable Search |
| 15-Mar | 1.0 | Uploading Darex Puerto Rico Controls into database |
| 16-Mar | 2.5 | Reviewing controls listing for Grace regarding appropriateness of use for Darex Puerto Rico |
| 16-Mar | 0.3 | Discussion with P.Katsiak (PwC) regarding controls reliance |
| 16-Mar | 0.9 | Discussion with J.Kunkel (PwC) regarding Accounts receivable analytical |
| 16-Mar | 0.3 | Discussion with J.Kunkel (PwC) regarding Accounts payable reconciliation |
| 16-Mar | 1.2 | Call with S.Gonzales (Grace) regarding Darex Puerto Rico Inventory |
| 16-Mar | 2.3 | Uploading Darex Puerto Rico Controls into database |
| 17-Mar | 0.3 | Discussion with J.Kunkel (PwC) regarding Search for unrecorded liabilities |
| 17-Mar | 0.5 | Review of sales return analytical |
| 17-Mar | 0.5 | Review of Revenue analytical |
| 17-Mar | 2.0 | Compiling questions for analytical review to J.Mac (Grace) |
| 17-Mar | 1.0 | Discussion with G.Bode (Grace) regarding Sales returns |
| 17-Mar | 0.7 | Status meeting with J.Kunkel (PwC) |
| 17-Mar | 1.0 | Documenting unfulfilled purchase commitments |
| 17-Mar | 1.5 | Review of prior year adjustments |
| 18-Mar | 1.5 | Documenting journal entries testing |
| 18-Mar | 1.5 | Discussion with P.Katsiak (PwC) regarding status of planning activities |
| 18-Mar | 2.5 | Status discussion with T.Puglisi (Grace) |
| 18-Mar | 1.8 | Coordinating a visit to Boston for the Darex audit |
| 21-Mar | 1.7 | Discussion with J.Mac (Grace) regarding audit schedule |
| 21-Mar | 1.3 | Discussion with M.Hayward (Grace) regarding cost of sales analytical |
| 21-Mar | 1.0 | Discussion with J.McGee (Grace) regarding inventory |
| 21-Mar | 1.0 | Discussion with J.Mac (Grace) regarding requested items |
| 21-Mar | 1.0 | Discussion with T.Puglisi (Grace) regarding long outstanding accounts receivables |
| 22-Mar | 1.0 | Inventory Meeting with T.Puglisi, J.McGee (Grace) regarding Dispenser parts |
| 22-Mar | 2.0 | Documentation of the Equity section |
| 22-Mar | 2.5 | Discussion with T.Puglisi (Grace) regarding adjusting entries |
| 22-Mar | 1.0 | Discussion with J.Mac (Grace) regarding inventory capitalization |
| 22-Mar | 1.5 | Review and analysis of sales, general and administrative expenses pushdown schedule |
| 23-Mar | 1.0 | Inventory Capitalization discussion with T.Puglisi (Grace) |
| 23-Mar | 1.1 | Status Call with P.Katsiak (PwC) |
| 23-Mar | 1.0 | Inventory Call with T.Puglisi, V.Leo, J.Mac (all Grace) |
| 23-Mar | 1.0 | Status Meeting with T.Puglisi, V.Leo, J.Mac (all Grace) |
| 23-Mar | 2.0 | Discussion with T.Puglisi (Grace) regarding necessary adjustments |
| 23-Mar | 0.5 | Status discussion with J.Kunkel (PwC) |

| Date | Hours | Description |
|---|---|---|
| 23-Mar | 1.4 | Discussion with J. Kunkel (PwC) and T.Puglisi (Grace) regarding rent expense |
| 24-Mar | 1.5 | Discussion with T.Puglisi (Grace) and V.Leo (Grace) regarding long outstanding accounts receivables |
| 24-Mar | 2.5 | Status Discussion with J.Mac (Grace) |
| 24-Mar | 1.5 | Calculation of Inventory Capitalization and Inventory Markup |
| 24-Mar | 0.5 | Status Discussion with J.Kunkel (PwC) |
| 25-Mar | 2.5 | Status Discussion with P.Katsiak (PwC) |
| 25-Mar | 1.0 | Review of Cash procedures performed |
| 25-Mar | 2.0 | Review of accounts receivable procedures performed |
| 25-Mar | 1.0 | Review of property plan and equipment procedures performed |
| 25-Mar | 0.8 | Review of intercompany account procedures performed |
| 28-Mar | 0.3 | Status Discussion with P.Katsiak (PwC) |
| 28-Mar | 2.0 | Meeting with T.Puglisi (Grace) regarding Darex Puerto Rico Tax calculation |
| 28-Mar | 2.0 | Documenting entity level controls for Darex Puerto Rico |
| 28-Mar | 0.2 | Documentation of consideration of the need and timing of inventory observation |
| 28-Mar | 0.5 | Adjustment recalculation for Inventory Capitalization and Markup |
| 28-Mar | 0.4 | Documentation of understanding of inventory costing procedures |
| 28-Mar | 0.8 | Documentation of the lower of cost of market considerations |
| 28-Mar | 0.7 | Documenting of standard cost testing |
| 28-Mar | 0.4 | Verifying intercompany accounts payable |
| 28-Mar | 0.7 | Reviewing the testing of accruals |
| 29-Mar | 0.3 | Status Discussion with P.Katsiak (PwC) |
| 29-Mar | 0.4 | Following up on accruals - other liabilities |
| 29-Mar | 0.4 | Following up on intercompany payables |
| 29-Mar | 0.4 | Following up on property tax payables |
| 29-Mar | 1.5 | Discussion wit J.Bahorich (Grace) regarding Property tax payable |
| 29-Mar | 0.5 | Discussion with J.McGee (Grace) regarding other liabilities |
| 29-Mar | 1.5 | Completing Search for unrecorded liabilities |
| 29-Mar | 1.0 | Discussion with T.Puglisi (Grace) regarding inventory adjustments |
| 29-Mar | 1.0 | Discussion with K.Mitchell (Grace) regarding Property tax payable |
| 29-Mar | 1.0 | Preparing Financial Reporting steps in database |
| 30-Mar | 1.5 | Documentation of Property Tax Payable testing |
| 30-Mar | 1.0 | Discussion with D. Collins (Grace) regarding Intercompany payables |
| 30-Mar | 0.7 | Documentation of commission expense adjustment |
| 30-Mar | 1.0 | Documentation of rent expense adjustment |
| 30-Mar | 0.9 | Discussion with T.Puglisi (Grace) regarding rent expense |
| 30-Mar | 2.4 | Documentation of preliminary analytics |
| 30-Mar | 0.5 | Documentation of sales, general and admin expenses pushdown |
| 31-Mar | 2.0 | Documentation of Cost of Sales analysis |
| 31-Mar | 2.5 | Documentation of sales, general and admin expenses pushdown |
| 31-Mar | 1.0 | Discussion with T.Puglisi (Grace) regarding audit status |
| 31-Mar | 2.5 | Documentation of Dispenser Inventory |
| 1-Apr | 0.5 | Documentation of Cost of Sales analysis |
| 1-Apr | 1.5 | Documentation of Equity procedures |
| | **147.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| Name: Jamie Kunkel | | |
| 2-Mar | 1.9 | Time spent working on Darex Cash testing. |
| 2-Mar | 0.6 | Time spent researching about proper accounts receivable confirmation process for Darex who has had unsuccessfully accounts receivable confirmation efficiency in prior years. |
| 2-Mar | 1.9 | Time spent working on the audit control tool for Darex, adding items not yet listed and trying to obtain some items from Blackline for those items obtained from blackline for Grace Audit. |
| 2-Mar | 0.9 | Continued to work on Darex cash testing. |
| 3-Mar | 2.0 | Time spent working updating the Darex audit control tool and pulling relevant support. |
| 3-Mar | 1.9 | Time spent working on Darex planning steps for the audit engagement |
| 3-Mar | 0.7 | Time spent working on creating the Darex cash confirmation based off last years and the up to date template for confirm |
| 3-Mar | 1.1 | Time spent to select samples for Accounts Receivable testing for Darex. |
| 7-Mar | 1.4 | Time spent to set up testing templates for Darex Accounts Receivable testing. |
| 7-Mar | 1.9 | Time spent to perform analytical review procedures over the Darex. |
| 7-Mar | 1.1 | Time spent working on Darex Accounts Receivable, based on the support provided. |
| 7-Mar | 1.4 | Continued to work on Darex planning steps for the audit engagement |
| 8-Mar | 1.3 | Time spent working on updating the Darex engagement letter with the new template. |
| 8-Mar | 1.1 | Time spent working on setting up the accruals sample selections and the testing templates. |
| 8-Mar | 0.9 | Time spent to evaluate grace's accounting policies for the various key testing processes. |
| 8-Mar | 1.4 | Read the Darex 2010 Engagement letter and compare it with ART's, update any changes |
| 9-Mar | 0.5 | Met with M. Lederer (PwC) to discuss cash testing approach for Darex |
| 9-Mar | 1.9 | Time spent on Darex Cash Testing. |
| 9-Mar | 1.9 | Time spent setting up Darex Leadsheets. |
| 10-Mar | 1.0 | Discussion with M. Lederer (PwC) regarding Audit steps outstanding in Darex Puerto Rico audit |
| 10-Mar | 1.4 | Worked on the new lease agreements for property, plant and equipment. |
| 10-Mar | 0.9 | Selected samples for the first round of search for unrecorded liabilities. |
| 10-Mar | 1.9 | Time spent working on the evaluation of Property, plant, and equipment impairment. |
| 11-Mar | 1.0 | Discussion with M. Lederer (PwC) regarding fixed assets audit steps |
| 11-Mar | 1.1 | Made selections for the second round for the search for unrecorded liabilities and set up the testing template |
| 11-Mar | 1.9 | Time spent to perform Darex accruals testing. |
| 11-Mar | 1.7 | Time spent testing additions for property plant and equipment. |
| 11-Mar | 0.6 | Discussion with M. Lederer (PwC) regarding fixed assets depreciation |
| 14-Mar | 1.8 | Time spent testing the accounts payable reconciliation for Darex. |
| 14-Mar | 1.6 | Met with J. Mac (Grace) to go over various questions regarding accounts receivable, payable and equity |
| 14-Mar | 1.9 | Began testing for the first round of the search for unrecorded liabilities. |
| 14-Mar | 1.3 | Worked on inventory cut-off testing for inventory in. |
| 15-Mar | 1.0 | Discussion with M. Lederer (PwC) regarding Accounts Payable Search |

| Date | Hours | Description |
|---|---|---|
| 15-Mar | 1.9 | Worked on inventory cut-off testing for inventory out. |
| 15-Mar | 1.7 | Performed testing and documenting the results from the second round of search for unrecorded liabilities |
| 15-Mar | 1.8 | Worked on testing intercompany account balances |
| 15-Mar | 1.4 | Time spent working on the testing of property tax payables. |
| 16-Mar | 0.9 | Time spent obtaining independence confirmations from the Grace audit to be utilized in the Darex audit. |
| 16-Mar | 1.1 | Time spent testing Darex sales cutoff |
| 16-Mar | 0.9 | Discussion with M. Lederer (PwC) regarding Accounts receivable analytical |
| 16-Mar | 0.3 | Discussion with M. Lederer (PwC) regarding Accounts payable reconciliation |
| 17-Mar | 1.9 | Time spent reviewing bad debt write offs and following up with J Mac (Grace) about the process. |
| 17-Mar | 1.7 | Time spent performing the substantive analytics for sales returns. |
| 17-Mar | 1.8 | Time spent performing the substantive analytics for revenue. |
| 17-Mar | 0.3 | Discussion with M. Lederer (PwC) regarding Search for unrecorded liabilities |
| 17-Mar | 0.7 | Status meeting with M. Lederer (PwC) |
| 18-Mar | 1.9 | Time spent working on the testing of depreciation and amortization |
| 18-Mar | 1.8 | Time spent to complete the Depreciation substantive analytic testing. |
| 21-Mar | 1.1 | Time spent updating the documentation for the assess allowance for doubtful accounts testing. |
| 21-Mar | 1.6 | Time spent updating and documenting results of accruals testing based on follow up with J. Mac (Grace). |
| 22-Mar | 1.5 | Time spent for follow up with J. McGee (Grace) about accounts receivable and accounts payable testing. |
| 22-Mar | 1.9 | Time spent working on the accounts receivable reconciliation and documenting results. |
| 22-Mar | 1.3 | Time spent for follow up with T. Puglisi (Grace) about Property Tax Payable testing. |
| 23-Mar | 1.9 | Time spent setting up the equity rollforward for Darex. |
| 23-Mar | 1.6 | Time spent testing and documenting dividends paid and payable. |
| 23-Mar | 1.9 | Time spent testing the year end inventory rollforward. |
| 23-Mar | 1.1 | Time spent verifying Darex's payable to Grace, and testing its reasonableness. |
| 23-Mar | 0.5 | Status discussion with M. Lederer (PwC) |
| 23-Mar | 1.4 | Discussion with M. Lederer (PwC) and T.Puglisi (Grace) regarding rent expense |
| 24-Mar | 1.6 | Time spent selecting items from the disbursements listing for the third round of search for unrecorded liabilities testing to be performed and setting up the testing templates to document approach. |
| 24-Mar | 1.9 | Time spent working on the substantive analytics for the commissions expense. |
| 24-Mar | 1.8 | results. |
| 24-Mar | 0.5 | Status Discussion with M. Lederer (PwC) |
| 25-Mar | 1.7 | Time spent testing unfulfilled purchase commitments. |
| 25-Mar | 1.2 | Time spent completing documentation of bank account confirmations step. |
| | **89.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31 and April 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| Name: Jonathan Edelon | | |
| 3-Mar | 0.5 | Ran inventory report in SAP (accounting system) for Darex Inventory testing |
| 7-Mar | 0.4 | Ran SAP (accounting system) reports for M. Lederer (PwC) for inventory testing. |
| 9-Mar | 1.7 | Summarized the remaining Board of Directors' minutes for 2010. |
| 10-Mar | 0.8 | Created and prepared Shared Equity Lead Schedule for Darex in database |
| 10-Mar | 0.7 | Created and prepared Revenue Lead Schedule for Darex in database |
| 10-Mar | 0.8 | Created and prepared Cost of Sales Lead Schedule for Darex in database |
| 10-Mar | 0.6 | Created and prepared Operating Expenses Lead Schedule for Darex in database |
| 10-Mar | 0.7 | Created and prepared Depreciation Expense Lead Schedule for Darex in database |
| | **6.2** | **Total Grace Financial Statement Audit Charged Hours** |