# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31 and April 30, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Madeleine Lederer | Integrated Audit | 3/2/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/3/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/4/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/7/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/9/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/10/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/11/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/14/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/15/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/16/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/17/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/18/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/21/11 | $ 37.85 | | | | Taxi to DCA airport from personal residence |
| | Integrated Audit | 3/21/11 | $ 113.60 | | | | Delta Airlines flight to Boston Logan Airport from DCA, One Coach ticket |
| | Integrated Audit | 3/21/11 | | $ 134.00 | | | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/21/11 | | $ 15.68 | | | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/21/11 | | | | $ 50.00 | Individual Travel Meal - Dinner |
| | Integrated Audit | 3/22/11 | | $ 134.00 | | | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/22/11 | | $ 15.68 | | | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/23/11 | | $ 134.00 | | | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/23/11 | | $ 15.68 | | | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | Integrated Audit | 3/23/11 | | | | $ 43.81 | Individual Travel Meal - Dinner |
| | Integrated Audit | 3/24/11 | $ 256.43 | | | | Hertz Rental Car, 4 days |
| | Integrated Audit | 3/24/11 | $ 170.70 | | | | United Airlines flight from Boston Logan Airport to DCA, One Coach ticket |
| | Integrated Audit | 3/24/11 | $ 46.45 | | | | Taxi from DCA airport to personal residence |
| | Integrated Audit | 3/25/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/28/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/29/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/30/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | Integrated Audit | 3/31/11 | $ 33.66 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| Jamie Kunkel | Integrated Audit | 3/21/11 | | | | $ 12.00 | Travel meal for breakfast while in Cambridge for Darex Audit. |
| | Integrated Audit | 3/21/11 | | $ 134.00 | | | Standard room rate for one night at the homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/21/11 | | $ 15.68 | | | Tax on the hotel room rate for one night at Homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/21/11 | $ 113.60 | | | | Delta flight from DC to Cambridge, MA for Darex Audit |
| | Integrated Audit | 3/22/11 | | | | $ 6.00 | Travel meal for breakfast while in Cambridge for Darex Audit. |
| | Integrated Audit | 3/22/11 | | $ 134.00 | | | Standard room rate for one night at the Homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/22/11 | | $ 15.68 | | | Tax on the hotel room rate for one night at Homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/23/11 | | | | $ 5.25 | Travel meal for breakfast while in Cambridge for Darex Audit |
| | Integrated Audit | 3/24/11 | | $ 134.00 | | | Standard room rate for one night at the homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/24/11 | | $ 15.68 | | | Tax on the hotel room rate for one night at homewood suites in Cambridge, MA. |
| | Integrated Audit | 3/24/11 | $ 170.70 | | | | United Airways flight to DC from Cambridge, MA for Darex Audit |
| | Integrated Audit | 3/24/11 | $ 144.00 | | | | Parking at the airport for the time I was on business travel for Darex Audit in Cambridge, MA. |
| | Integrated Audit | 3/24/11 | | | | $ 44.73 | Travel dinner while traveling home from Cambridge, MA for Darex audit |
| Summary | | Total $ 2,685.42 | Transportation $ 1,625.55 | Lodging $ 898.08 | Sundry $ - | Business Meals 161.79 | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31 and April 30, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Madeleine Lederer | 3/2/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/3/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/4/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/7/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/9/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/10/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/11/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/14/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/15/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/16/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/17/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/18/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/21/11 | Audit Experienced Associate | $ 37.85 | Taxi to DCA airport from personal residence |
| | 3/21/11 | Audit Experienced Associate | $ 113.60 | Delta Airlines flight to Boston Logan Airport from DCA, One Coach ticket |
| | 3/21/11 | Audit Experienced Associate | $ 134.00 | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/21/11 | Audit Experienced Associate | $ 15.68 | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/21/11 | Audit Experienced Associate | $ 50.00 | Individual Travel Meal - Dinner |
| | 3/22/11 | Audit Experienced Associate | $ 134.00 | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/22/11 | Audit Experienced Associate | $ 15.68 | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/23/11 | Audit Experienced Associate | $ 134.00 | Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/23/11 | Audit Experienced Associate | $ 15.68 | Room Taxes, Homewood Suites Hilton Room Price, 1 Person, Arlington MA, 02474 |
| | 3/23/11 | Audit Experienced Associate | $ 43.81 | Individual Travel Meal - Dinner |
| | 3/24/11 | Audit Experienced Associate | $ 256.43 | Hertz Rental Car, 4 days |
| | 3/24/11 | Audit Experienced Associate | $ 170.70 | United Airlines flight from Boston Logan Airport to DCA, One Coach ticket |
| | 3/24/11 | Audit Experienced Associate | $ 46.45 | Taxi from DCA airport to personal residence |
| | 3/25/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/28/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/29/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/30/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| | 3/31/11 | Audit Experienced Associate | $ 33.66 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .51= 33.66 |
| Jamie Kunkel | 3/21/11 | Audit Associate | $ 12.00 | Travel meal for breakfast while in Cambridge for Darex Audit. |
| | 3/21/11 | Audit Associate | $ 134.00 | Standard room rate for one night at the homewood suites in Cambridge, MA. |
| | 3/21/11 | Audit Associate | $ 15.68 | Tax on the hotel room rate for one night at Homewood suites in Cambridge, MA. |
| | 3/21/11 | Audit Associate | $ 113.60 | Delta flight from DC to Cambridge, MA for Darex Audit |
| | 3/22/11 | Audit Associate | $ 6.00 | Travel meal for breakfast while in Cambridge for Darex Audit. |
| | 3/22/11 | Audit Associate | $ 134.00 | Standard room rate for one night at the Homewood suites in Cambridge, MA. |
| | 3/22/11 | Audit Associate | $ 15.68 | Tax on the hotel room rate for one night at Homewood suites in Cambridge, MA. |
| | 3/23/11 | Audit Associate | $ 5.25 | Travel meal for breakfast while in Cambridge for Darex Audit. |
| | 3/24/11 | Audit Associate | $ 134.00 | Standard room rate for one night at the homewood suites in Cambridge, MA. |
| | 3/24/11 | Audit Associate | $ 15.68 | Tax on the hotel room rate for one night at homewood suites in Cambridge, MA. |
| | 3/24/11 | Audit Associate | $ 170.70 | United Airways flight to DC from Cambridge, MA for Darex Audit |
| | 3/24/11 | Audit Associate | $ 144.00 | Parking at the airport for the time I was on business travel for Darex Audit in Cambridge, MA. |
| | 3/24/11 | Audit Associate | $ 44.73 | Travel dinner while traveling home from Cambridge, MA for Darex audit |

Total $ 2,685.42