<u>**NO ORDER REQUIRED**</u>

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/25/2011 |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 26880
### (3rd MONTHLY FEE APPLICATION FOR LOCAL COUNSEL FOR PD FCR)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the "Summary of Application of Seitz, Van Ogtrop & Green, P.A. For Compensation for Services and Reimbursement of Expenses as Local Counsel to the Legal Representative For Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Third Interim Period From March 1, 2011 Through March 31, 2011" (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. ET, May 25, 2011.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant **$816.00** (80% of the total fees of $1,020.00).

Respectfully Submitted,

*[signature]*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
Tel: (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 26th day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system.

*[signature]*

_____