# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# APRIL 1-30, 2011



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706
tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 13, 2011
Client No. 17367
Invoice No. 1307938

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through April 30, 2011 in connection with the matters described on the attached pages: | $ | 154,351.50 |
| DISBURSEMENTS as per attached pages: | | 2,133.98 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **156,485.48** |

Matter(s): 17367/ 7, 8, 11, 13

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$424,237.65
If this amount has already been paid, please disregard

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1307938*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 4123701088*
*Reference: 17367/ Invoice: 1307938*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1307938*

ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 13, 2011
Client No. 17367
Invoice No. 1307938

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 04/01/11 | P. Mahaley | Review and revise draft reply brief re Integrity disallowance of submission of additional supporting evidence for claim. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 0.50 | |
| Total For Services | | $325.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.50 | 650.00 | 325.00 |
| Total All Timekeepers | 0.50 | $650.00 | $325.00 |

**Total For This Matter** **$325.00**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

May 13, 2011
Invoice No. 1307938

For Legal Services Rendered Through April 30, 2011 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 04/01/11 | D. Fullem | Review docket updates for the week. | 0.20 |
| 04/01/11 | D. Felder | Review statements of issues and designation of record for confirmation appeal (1.0); review draft notice of filing of plan proponents' designation of joint record and e-mail regarding same (.3). | 1.30 |
| 04/01/11 | R. Wyron | Begin review of statements of issues on appeal (1.3); review designation cover notice and follow-up (.3). | 1.60 |
| 04/01/11 | R. Frankel | Review L. Esayian e-mail re BNSF issues (.3); review BNSF statement of issues (.3); review statement of issues marked by K&E (.5). | 1.10 |
| 04/01/11 | R. Frankel | Review, sign off on final joint designation of record and notice of filing (.3); series of e-mails re same (.2). | 0.50 |
| 04/01/11 | R. Frankel | Preliminary review of statement of issues filed by Libby, Montana, Canada. | 0.70 |
| 04/03/11 | R. Wyron | Review and analyze statements of issues on appeal. | 2.80 |
| 04/03/11 | R. Frankel | Review all appellants' statements of issues (1.4); prepare chart of appellate issues (.9). | 2.30 |
| 04/04/11 | D. Felder | Review statements of issues and filed version of Plan Proponents' designation of joint record (1.5); review Plan Proponents' confirmation briefs regarding same (1.8); telephone conference with Plan Proponents' regarding strategy regarding same and follow-up (1.0). | 4.30 |
| 04/04/11 | R. Wyron | Begin review of Garlock briefs (1.3); work on allocation of issues on appeal (.8); confer with R. Frankel re strategy and follow-up (.8); call with Plan Proponents re issues on appeal and notes re same (.9); continue work on issues outline (1.1); work on AXA issues (.3). | 5.20 |
| 04/04/11 | R. Frankel | Review statements of issues, finalize chart of appeal issues. | 0.60 |
| 04/04/11 | R. Frankel | Confer with R. Wyron regarding preparation for conference call with Kirkland and P. Lockwood. | 0.70 |
| 04/04/11 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron and D. Felder regarding filed statements of issues and follow-up. | 1.10 |
| 04/05/11 | D. Felder | Review MCC's counter statement of issues (.1); review Plan Proponents' counter designation of record and e-mail correspondence regarding same (.2). | 0.30 |


| | | | |
|---|---|---|---|
| 04/05/11 | R. Wyron | Call with Plan Proponents re current issues (.6); continue review of briefs (1.4); review counter-designations (.4). | 2.40 |
| 04/05/11 | R. Frankel | Telephone conference with Plan Proponents regarding status (.4); notes regarding same (.2). | 0.60 |
| 04/05/11 | R. Frankel | Review counter-designation of record from K&E, series of e-mails regarding same. | 0.50 |
| 04/06/11 | D. Felder | E-mail correspondence with P. Mahaley regarding joint defense agreement and review same (.3); review e-mail correspondence from R. Wyron regarding confirmation appeal issue (.2); review and research regarding same (2.2); review MCC's counter statement of issues and Plan Proponents' counter designation of record (.5); e-mail correspondence to H. Quinn regarding same (.2). | 3.40 |
| 04/06/11 | R. Frankel | Review series of e-mails regarding mediator in CNA settlement appeal. | 0.40 |
| 04/06/11 | R. Frankel | Review BNSF briefs in support of objections to confirmation. | 1.60 |
| 04/06/11 | R. Frankel | Review, consider statements of issues, allocation of work. | 0.70 |
| 04/07/11 | J. McLune | Research legislative history for D. Felder. | 2.00 |
| 04/07/11 | D. Felder | Review issues regarding plan objectors and confirmation briefs regarding same (3.4); research issues regarding 524(g) (1.5). | 4.90 |
| 04/07/11 | R. Wyron | Work on appeal issues and analysis. | 1.20 |
| 04/07/11 | R. Frankel | Review statements of issues regarding allocation of responsibility. | 0.80 |
| 04/07/11 | R. Frankel | Telephone conference with J. Aldock regarding various settlement issues (.6); confer with R. Wyron and e-mail regarding same (.3). | 0.90 |
| 04/08/11 | D. Felder | E-mail correspondence to J. O'Neill regarding preliminary agenda for April omnibus hearing (.1); review notice of acknowledgment regarding protective order and e-mail correspondence regarding same (.2); research legislative history regarding confirmation appeal issues and review confirmation briefs regarding same (2.5); conference with R. Wyron (.1). | 2.90 |
| 04/08/11 | R. Wyron | Continue work on Garlock arguments (1.7); review BNSF issues on appeal (.4); review protective order provisions (.3). | 2.40 |
| 04/08/11 | R. Frankel | Review briefs in support of indirect claimant objections to confirmation. | 0.80 |



| | | | |
|---|---|---|---|
| 04/11/11 | D. Felder | Review notice of acknowledgment of confidentiality agreement (.2); review recently filed pleadings and agenda for April 18 omnibus hearing (.5); telephone conference with M. Hurford regarding CNA appeal and mediation issues (.1); review e-mail correspondence regarding same (.1). | 0.90 |
| 04/11/11 | R. Wyron | Review MCC's cross-appeal issues (.2); follow-up with J. Donley on allocation re briefs (.2); continue work on issues outline (.7). | 1.10 |
| 04/11/11 | R. Frankel | Confer with R. Wyron regarding briefing issues (.4); confirmation briefs re same (.4). | 0.80 |
| 04/11/11 | R. Frankel | Review confirmation related opinions and orders. | 1.80 |
| 04/11/11 | R. Frankel | Review, consider MCC cross-appeal issues. | 0.40 |
| 04/12/11 | D. Felder | Review notice of filing and exhibits and e-mail correspondence regarding same. | 0.40 |
| 04/12/11 | R. Frankel | Review revised, updated index of record on appeal, e-mails regarding same. | 0.60 |
| 04/13/11 | D. Felder | Review Arrowood's designation of record and filed version of Plan Proponents' final indices of joint record (.4); conference with H. Quinn and review documents regarding same (.5); research regarding confirmation appeal issues (4.0); review legislative history materials from J. McLune (1.1). | 6.00 |
| 04/13/11 | R. Frankel | Review Arrowood counter-designation of the record. | 0.40 |
| 04/14/11 | D. Fullem | Review recent pleadings. | 0.20 |
| 04/14/11 | D. Felder | Research and review briefs regarding confirmation appeal issues and prepare outline regarding same (4.5); conference with R. Wyron regarding same (1.0). | 5.50 |
| 04/14/11 | R. Wyron | Work on appeal issues (.9); confer with D. Felder and follow-up (.8); confer with R. Frankel re strategy and e-mails re same (.6). | 2.30 |
| 04/14/11 | R. Frankel | Prepare e-mail to J. Donley re allocation of issues (.5); confer with R. Wyron re same (.4); telephone conference with D. Austern re status (.2). | 1.10 |
| 04/14/11 | R. Frankel | Confer with R. Wyron re allocation of appeal issues (.4); review appeal issues, statements of issues, consider allocation (1.4). | 1.80 |
| 04/15/11 | R. Frankel | Read Plan Proponents, Libby post-trial confirmation briefs. | 2.10 |
| 04/15/11 | R. Frankel | Prepare notes re allocation of issues for appeal briefs. | 1.30 |
| 04/15/11 | R. Frankel | Review agenda for telephonic hearing (.3); review Debtors' motion to settle EPA claim re site in Dekalb County, GA (.7). | 1.00 |
| 04/16/11 | R. Wyron | Work on FOIA request and follow-up. | 0.60 |


| | | | |
|---|---|---|---|
| 04/18/11 | D. Felder | Telephonic participation in part of omnibus hearing (.3); review docket regarding recently filed pleadings (.5); review Debtors' motion authorizing entry into consent order with United States regarding GA site (.5); review Debtors' objection to Illinois Department of Revenue claim (.3); review confirmation appeal issues and prepare draft outline (3.0). | 4.60 |
| 04/18/11 | R. Wyron | Attend portion of omnibus hearing telephonically (.3); work on outline for appeal brief (1.1); update call with Grace team (.8). | 2.20 |
| 04/18/11 | R. Frankel | Review channeling injunction opinion under Section 524(g). | 0.90 |
| 04/18/11 | R. Frankel | Attend telephonic omnibus hearing. | 1.20 |
| 04/18/11 | R. Frankel | Review E. Inselbuch letter to Rand Institute. | 0.50 |
| 04/18/11 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, P. Lockwood and R. Wyron re briefing, open issues. | 0.50 |
| 04/19/11 | R. Frankel | Review opinion of J. Fitzgerald re confirmation in preparation for briefing. | 1.50 |
| 04/19/11 | R. Frankel | Review Motion of ZAI (CA) Rep. Counsel to approve property claims administrator, exhibits from Canadian court. | 0.90 |
| 04/20/11 | D. Felder | Review and research confirmation appeal issues regarding various objectors (4.6); review motion approving Canadian ZAI PD claims administrator (.3). | 4.90 |
| 04/20/11 | R. Wyron | Follow-up on FOIA request. | 0.20 |
| 04/20/11 | R. Frankel | Review various objector briefs in preparation for appeal briefing. | 0.90 |
| 04/21/11 | D. Felder | Review issues regarding confirmation appeal (4.5); review Libby's motion to submit key under seal and e-mail correspondence regarding same (.3); review Bank Lender/UCC motion to exceed page limits (.2). | 5.00 |
| 04/21/11 | R. Wyron | Respond to e-mails re appeal mediation and follow-up (.2); continue work on appeal outline (.7). | 0.90 |
| 04/21/11 | R. Frankel | Confer with H. Huge re status. | 0.30 |
| 04/21/11 | R. Frankel | Review Libby motion re sealed records. | 0.20 |
| 04/21/11 | R. Frankel | Review UCC, Bank Lenders motion to exceed page limit. | 0.30 |
| 04/22/11 | R. Wyron | Continue work on appeal issues and follow-up. | 1.20 |
| 04/25/11 | D. Felder | Review e-mail correspondence and attachment from J. Donley regarding appellate briefing issues (.3); begin review of appellants' briefs (5.0). | 5.30 |
| 04/25/11 | R. Wyron | Begin review of appellate briefs (BNSF, MCC, Geico) and notes re same. | 3.10 |


| | | | |
|---|---|---|---|
| 04/25/11 | R. Frankel | Review statements of issues (1.8); confer with R. Wyron re J. Donley allocation (.5). | 2.30 |
| 04/25/11 | R. Frankel | Review MCC brief (.4); review Geico and Republic brief (1.3). | 1.70 |
| 04/25/11 | R. Frankel | Review allocation of briefing from J. Donley, e-mail re same (.6); notes re same (.1). | 0.70 |
| 04/26/11 | D. Fullem | Review 8-K filing and related materials. | 0.50 |
| 04/26/11 | D. Felder | Review appellants' opening briefs (3.5); telephone conference with Plan Proponents' regarding strategy (.5). | 4.00 |
| 04/26/11 | R. Wyron | Continue review of appeal briefs (2.9); call with other Plan Proponents re strategy and follow-up (.8). | 3.70 |
| 04/26/11 | R. Frankel | Review Canada brief and issues re common law indemnity. | 1.70 |
| 04/26/11 | R. Frankel | Review briefs of BNSF and Libby, detailed notes re same. | 4.70 |
| 04/26/11 | R. Frankel | Telephone conference with Plan Proponents re briefs, allocation issues (.6); confer with R. Wyron re briefing (.5). | 1.10 |
| 04/27/11 | D. Felder | Review appellants' opening briefs and begin outlining response (7.0); conference with R. Frankel and R. Wyron regarding same (1.0). | 8.00 |
| 04/27/11 | R. Wyron | Continue review of appeal briefs (2.3); confer with R. Frankel and D. Felder re issues and brief outline (.9). | 3.20 |
| 04/27/11 | R. Frankel | Review briefs of appellants. | 3.70 |
| 04/27/11 | R. Frankel | Prepare notes re sections of Reply briefs allocated to Orrick. | 0.90 |
| 04/27/11 | R. Frankel | Confer with R. Wyron, D. Felder re Orrick portions of brief, notes re same. | 1.10 |
| 04/28/11 | D. Fullem | Review docket updates for the week. | 0.20 |
| 04/28/11 | D. Felder | Draft Plan Proponents' appellee brief and review joint record regarding same. | 9.30 |
| 04/28/11 | R. Wyron | Continue review of appeals briefs (2.4); organize and revise outline of drafting assignments (.6); review research on Montana law (.3); calls re FOIA issues (.3); follow-up on CNA appeal mediation issues and e-mails re same (.4); begin review of joint appendix cites in briefs (.8). | 4.80 |
| 04/28/11 | R. Frankel | Review briefs of appellants. | 2.70 |
| 04/29/11 | D. Felder | Telephone conference with ACC regarding appellee's brief (1.0); telephone conference with Plan Proponents regarding same (1.0); work on appellee brief (6.5); conference with J. Burke regarding same (.2). | 8.70 |


David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

May 13, 2011
Invoice No. 1307938

| | | | |
|---|---|---|---|
| 04/29/11 | R. Wyron | Call with J. Donley and follow-up re Sealed Air (.5); call with D. Austern re Garlock brief (.6); call with P. Lockwood re appeal briefs (.9); call with Plan Proponents re briefs and strategy, and follow-up (1.1); call with M. Giannatto re briefing (.7); continue review of appeal briefs and outline issues (1.6). | 5.40 |
| 04/29/11 | R. Frankel | Review, consider appellee brief allocation chart from D. Felder, e-mails regarding same (.7); prepare notes regarding allocation of work (.4). | 1.10 |
| 04/29/11 | R. Frankel | Review briefs (2.0); prepare notes regarding reply briefs (.8). | 2.80 |
| 04/29/11 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron regarding Sealed Air (.4); notes regarding same (.3). | 0.70 |
| 04/29/11 | R. Frankel | Telephone conference with Caplin, R. Wyron, D. Felder re allocation of brief writing. | 0.50 |
| 04/29/11 | R. Frankel | Telephone conference with Kirkland, P. Lockwood, R. Wyron, M. Shelnitz regarding case issues, briefing, settlement. | 1.00 |

| | | |
|---|---|---|
| Total Hours | 185.60 | |
| Total For Services | | $147,345.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 79.70 | 645.00 | 51,406.50 |
| Roger Frankel | 58.50 | 985.00 | 57,622.50 |
| Debra O. Fullem | 1.10 | 265.00 | 291.50 |
| Jennifer L. McLune | 2.00 | 185.00 | 370.00 |
| Richard H. Wyron | 44.30 | 850.00 | 37,655.00 |
| Total All Timekeepers | 185.60 | $793.89 | $147,345.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

May 13, 2011
Invoice No. 1307938

| Disbursements | | |
|---|---|---|
| Document Reproduction | 129.90 | |
| Lexis Research | 1,196.15 | |
| Other Business Meals | 143.77 | |
| Outside Reproduction Services | 1.65 | |
| Outside Services | 239.00 | |
| Telephone | 0.00 | |
| Westlaw Research | 423.51 | |
| | Total Disbursements | $2,133.98 |
| | **Total For This Matter** | **$149,479.48** |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

May 13, 2011
Invoice No. 1307938

For Legal Services Rendered Through April 30, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/04/11 | D. Fullem | Prepare CNOs for D. Austern's December and January monthly fee applications. | 0.50 |
| 04/04/11 | D. Felder | Review CNOs for D. Austern's December and January fee applications. | 0.20 |
| 04/05/11 | D. Fullem | Coordinate filing/serving of CNOs for D. Austern's December and January monthly fee applications. | 0.50 |
| 04/28/11 | D. Fullem | Review e-mail from C. Burke with Lincoln's February and March 2011 monthly fee applications and the quarterly for January-March 2011; respond to e-mail with timing for filing/serving; prepare notices for monthly filings. | 0.50 |
| 04/29/11 | D. Fullem | Coordinate D. Felder's signature on Lincoln's February and March 2011 notices of fee applications for filing/serving; prepare same for filing and serving; e-mail to local counsel. | 1.00 |

| | | |
|---|---|---|
| Total Hours | 2.70 | |
| Total For Services | | $791.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 |
| Debra O. Fullem | 2.50 | 265.00 | 662.50 |
| Total All Timekeepers | 2.70 | $293.15 | $791.50 |

**Total For This Matter** **$791.50**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

May 13, 2011
Invoice No. 1307938

For Legal Services Rendered Through April 30, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/04/11 | D. Fullem | Review October-December 2010 expenses; prepare excel expense spreadsheet to provide to Fee Auditor; prepare e-mail to Fee Auditor with same. | 0.70 |
| 04/05/11 | D. Fullem | Review March prebill. | 1.30 |
| 04/05/11 | D. Fullem | Prepare e-mail to D. Felder and R. Wyron re March prebill. | 0.10 |
| 04/06/11 | D. Felder | Review March prebill (.9); review Fee Auditor's report and e-mail correspondence regarding same (.3). | 1.20 |
| 04/06/11 | R. Wyron | Review Fee Auditor's report. | 0.30 |
| 04/07/11 | D. Fullem | Review Fee Auditor's initial report on October-December 2010 quarterly fee application (.2); review time entries and R. Wyron's e-mail response (.3); review meal and travel charges (.6); prepare draft response to Fee Auditor along with exhibits (1.0). | 2.10 |
| 04/07/11 | D. Felder | Review draft response to Fee Auditor's report and provide comments. | 0.30 |
| 04/07/11 | R. Wyron | Review draft response to Fee Auditor. | 0.30 |
| 04/08/11 | D. Fullem | Prepare final version of response to Fee Auditor's report for Oct-Dec 2010 quarterly and exhibits thereto; provide to R. Wyron for review and approval; e-mail same to B. Ruhlander. | 0.40 |
| 04/08/11 | D. Fullem | Confer with P. Reyes regarding expense updates to the March prebill. | 0.20 |
| 04/11/11 | D. Fullem | E-mail re status of March invoice. | 0.20 |
| 04/11/11 | D. Fullem | Review status/timing of filing of monthly and quarterly fee applications. | 0.20 |
| 04/13/11 | D. Fullem | Review e-mail from accounting regarding March prebill. | 0.20 |
| 04/14/11 | R. Wyron | Review prebill and follow-up. | 0.20 |
| 04/15/11 | D. Fullem | Coordinate filing/serving of CNO for Orrick's February fee application. | 0.40 |
| 04/15/11 | D. Fullem | Follow-up with P. Reyes and H. Quinn regarding status of March invoice and preparation of monthly fee application. | 0.50 |
| 04/18/11 | D. Felder | Conferences with P. Reyes and H. Quinn regarding March prebill. | 0.20 |
| 04/20/11 | D. Felder | Conference with H. Quinn regarding March fee application. | 0.20 |
| 04/21/11 | D. Felder | Review March fee application and conferences with H. Quinn regarding same. | 1.70 |



| | | | |
|---|---|---|---|
| 04/22/11 | D. Fullem | Review e-mails from D. Felder and H. Quinn regarding status of March fee application and questions regarding expenses; review Fee Auditor guidelines on hotel and meal expenses; e-mail information to D. Felder and H. Quinn regarding same. | 0.50 |
| 04/22/11 | D. Felder | Review and revise March fee application and conferences with H. Quinn regarding same. | 1.00 |
| 04/25/11 | R. Wyron | Finalize March fee application. | 0.30 |
| 04/26/11 | D. Fullem | Review January-March 2011 invoices in preparation for quarterly fee application. | 0.50 |
| 04/26/11 | D. Fullem | Review fee application filed for March 2011 time period and reduction to hotel expense. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 13.20 | |
| Total For Services | | $5,889.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.60 | 645.00 | 2,967.00 |
| Debra O. Fullem | 7.50 | 265.00 | 1,987.50 |
| Richard H. Wyron | 1.10 | 850.00 | 935.00 |
| Total All Timekeepers | 13.20 | $446.17 | $5,889.50 |

**Total For This Matter** **$5,889.50**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 202.00 | |
| Total Fees, all Matters | | $154,351.50 |
| Total Disbursements, all Matters | | $2,133.98 |
| Total Amount Due | | $156,485.48 |