## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to Gloria Munoz ("Munoz"), has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to Munoz, be given and served upon the undersigned counsel at the address listed below:

Elihu E. Allinson, III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

All notices to Munoz should continue to also be sent to Hildebrand McLeod & Nelson LLP at the following address:

Anthony Petru, Esq.
Quynh L. Nguyen, Esq.
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

Date: May 20, 2011
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*[signature]*

Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195