```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2129419
Richard C. Finke                              Invoice Date       05/26/11
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

    Fees                                            3,808.00
    Expenses                                    0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $3,808.00
                                                                   ==============

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number      2129419
Richard C. Finke                            Invoice Date        05/26/11
Assistant General Counsel - Litigation      Client Number        172573
7500 Grace Drive                            Matter Number         50001
Columbia, MD  21044
```

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 04/12/11 | Espinosa | Continued to review and analyze Plaintiff's Workers Compensation files and input pertinent dates into the chronology. | 2.30 |
| 04/13/11 | Espinosa | Draft requests for production of documents. | 1.20 |
| 04/15/11 | Espinosa | Call with A. Enriquez re to schedule witness interviews. | .20 |
| 04/18/11 | Espinosa | Prepare for the witness interviews of A. Enriquez, D. Porras, and L. Miranda. | 3.60 |
| 04/19/11 | Espinosa | Conduct witness interviews of A. Enriquez, D. Porras, and L. Miranda. | 6.00 |
| 04/29/11 | Espinosa | Identify policies needed for our case files and email A. Enriquez re same. | .30 |
| | | TOTAL HOURS | 13.60 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Stephanie Henderson Espin | 13.60 at $ 280.00 = | | 3,808.00 |

```
                           CURRENT FEES                         3,808.00


                                                             -----------
                    TOTAL BALANCE DUE UPON RECEIPT             $3,808.00
                                                             ===========
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                           Invoice Number     2129420
Richard C. Finke                           Invoice Date      05/26/11
Assistant General Counsel - Litigation     Client Number      172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

```
     Fees                                   92.50
     Expenses                                0.00

                      TOTAL BALANCE DUE UPON RECEIPT       $92.50
                                                       =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2129420
Richard C. Finke                              Invoice Date        05/26/11
Assistant General Counsel - Litigation        Client Number        172573
7500 Grace Drive                              Matter Number         60026
Columbia, MD  21044
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 04/04/11 | Ament | Review agenda and hearing binder received from Pachulski (.10); various e-mails and conference calls re: updating same (.30). | .40 |
| 04/12/11 | Ament | E-mails re: 4/18/11 hearing. | .10 |
| | | TOTAL HOURS | .50 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 0.50 at $ 185.00 = | | 92.50 |
| | CURRENT FEES | | 92.50 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $92.50 |

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2129421
   Richard C. Finke                         Invoice Date        05/26/11
   Assistant General Counsel - Litigation   Client Number        172573
   7500 Grace Drive
   Columbia, MD  21044


===============================================================================

Re: W. R. Grace & Co.


   (60029)  Fee Applications-Applicant

       Fees                              1,671.00
       Expenses                              0.00

                      TOTAL BALANCE DUE UPON RECEIPT         $1,671.00
                                                         ==============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA 15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                            Invoice Number      2129421
Richard C. Finke                            Invoice Date       05/26/11
Assistant General Counsel - Litigation      Client Number        172573
7500 Grace Drive                            Matter Number         60029
Columbia, MD  21044
```

==============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/08/11 | Ament | Attention to billing matters (.20); various e-mails re: same (.10). | .30 |
| 04/08/11 | Muha | Discussions with S. Ament re: fee application issues. | .10 |
| 04/11/11 | Ament | Review e-mail re: March monthly fee application. | .10 |
| 04/15/11 | Ament | E-mails re: March monthly and quarterly fee applications. | .10 |
| 04/18/11 | Ament | Attention to billing matters (.20); e-mails re: same (.10). | .30 |
| 04/21/11 | Ament | Meet with A. Muha re: March monthly fee application and quarterly fee application. | .10 |
| 04/21/11 | Lord | Research docket and draft CNO to RS February monthly fee application. | .40 |
| 04/26/11 | Ament | Review e-mails re: March monthly fee application. | .10 |
| 04/26/11 | Muha | Revise fee and expense detail for March 2011 monthly application. | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number  2129421
  60029  Fee Applications-Applicant                      Page     2
         May 26, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/27/11 | Ament | Begin drafting March monthly fee application and related spreadsheets (.40); attention to billing matters (.20); e-mails with J. Lord re: CNO for Jan. monthly fee application (.10); begin calculating fees and expenses for March monthly fee application (.50). | 1.20 |
| 04/27/11 | Lord | Communicate with S. Ament re: January CNO (.1); draft and file same (.4). | .50 |
| 04/28/11 | Ament | Review e-mail from J. Lord re: Jan. CNO (.10); attention to billing matters (.10); continue calculating fees and expenses for March monthly fee application (.20); continue drafting March monthly fee application (.20); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with L. Lankford re: same (.10). | 1.00 |
| 04/28/11 | Muha | Final revisions to March 2011 monthly application. | .30 |
| 04/29/11 | Lord | Revise, e-file and serve Reed Smith March monthly fee application. | 1.20 |
| 04/30/11 | Cameron | Review fee application materials | .40 |
| | | TOTAL HOURS | 6.40 |

```
172573 W. R. Grace & Co.                         Invoice Number  2129421
   60029  Fee Applications-Applicant                Page   3
          May 26, 2011


   TIME SUMMARY                Hours         Rate           Value
   --------------------------  --------------------------   -------
   Douglas E. Cameron          0.40  at  $   650.00   =     260.00
   Andrew J. Muha              0.70  at  $   435.00   =     304.50
   John B. Lord                2.10  at  $   245.00   =     514.50
   Sharon A. Ament             3.20  at  $   185.00   =     592.00

                               CURRENT FEES                                 1,671.00

                                                                          ------------


                               TOTAL BALANCE DUE UPON RECEIPT              $1,671.00
                                                                          ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W.R. Grace & Co.                          Invoice Number      2129422
Richard C. Finke                          Invoice Date       05/26/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                               12,629.50
    Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT       $12,629.50
                                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number       2129422
Richard C. Finke                          Invoice Date        05/26/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60033
Columbia, MD  21044
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/11 | Blake | Receipt of edits to settlement agreement and motion from T. Rea and review and finalize changes and verify | .40 |
| 04/01/11 | Blake | Provide and email to T. Rea with final documents | .10 |
| 04/01/11 | Cameron | Review materials relating to status of PD claims and Plan confirmation | .90 |
| 04/01/11 | Rea | Revisions and review of DGS settlement papers. | 1.30 |
| 04/02/11 | Cameron | Continued review of PD claims issues | .60 |
| 04/04/11 | Blake | Follow-up with T. Rea re: settlement agreement and order for 16 DGS claims | .10 |
| 04/04/11 | Cameron | Review draft settlement agreement and motions and multiple e-mails re same | .80 |
| 04/04/11 | Flatley | Review draft settlement documents (0.8); with T. Rea about draft settlement documents (0.3). | 1.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  2129422
   60033  Claim Analysis Objection Resolution & Estimation Page   2
          (Asbestos)
          May 26, 2011


   Date      Name                                                 Hours
--------   -----------                                            -----

04/04/11   Rea            Revised DGS settlement papers;           1.40
                          multiple e-mails re: same.

04/11/11   Cameron        Review motion for approval of             .60
                          settlement (.40); e-mails re same
                          (.20)

04/11/11   Rea            Revisions to DGS settlement              1.30
                          documents.

04/12/11   Cameron        Review materials re DGS claim and         .60
                          settlement

04/12/11   Rea            Revisions to DGS settlement papers.       .60

04/13/11   Flatley        Emails re: draft of settlement            .10
                          agreement.

04/13/11   Rea            Revisions to settlement papers and       1.40
                          send to DGS.

04/15/11   Ament          Begin review of property damage           .30
                          litigation per D. Cameron request.

04/18/11   Flatley        Call with E. Westbrook (0.2);             .30
                          email to R. Finke, et al. re:
                          Westbrook call (0.1).

04/19/11   Cameron        Review material relating to               .60
                          settlement agreement

04/19/11   Flatley        Emails and replies re: Solow              .30
                          consent issue.

04/20/11   Cameron        Review e-mails and draft letter re        .60
                          settlement agreement assignments

04/20/11   Flatley        Emails and replies on Solow               .40
                          consent issue (0.2); call with R.
                          Finke re: consent issue (0.2).

04/21/11   Ament          E-mail to S. Jonjak re: asbestos          .10
                          property damage claims search.

04/21/11   Cameron        Multiple e-mails and calls re            1.30
                          assignment issues (.70); review
                          and revise draft letter (.30);
                          review settlement agreement (.30)
```

```
172573 W. R. Grace & Co.                              Invoice Number   2129422
  60033  Claim Analysis Objection Resolution & Estimation Page    3
         (Asbestos)
         May 26, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/21/11 | Flatley | Call with D. Cameron re: Solow assignment (0.1); call with R. Finke and follow-up emails re: assignment (0.4); with T. Rea about assignment (0.1); emails re: assignment revisions (0.3). | .90 |
| 04/21/11 | Rea | Analysis of issues re: consent to Solow assignment. | 1.50 |
| 04/22/11 | Cameron | Multiple e-mails and calls re proposed revisions to draft letter | .80 |
| 04/22/11 | Flatley | Emails re: Solow assignment issues. | .30 |
| 04/25/11 | Cameron | Review and revise draft consent letter (.50); multiple e-mails re same (.40) | .90 |
| 04/25/11 | Rea | Multiple emails re: assignment of Solow claim. | .10 |
| 04/26/11 | Cameron | Review revised DGS settlement agreement (.50); e-mails re same (.30) | .80 |
| 04/26/11 | Flatley | Emails re: California DGS settlement agreement revisions. | .10 |
| 04/26/11 | Rea | Email re: DGS settlement. | .20 |
| 04/27/11 | Cameron | Review DGS settlement agreement (.30); e-mails re Solow assignment (.20) | .50 |
| 04/30/11 | Cameron | Review settlement agreement materials | .60 |
| | | TOTAL HOURS | 21.90 |

```
172573 W. R. Grace & Co.                          Invoice Number   2129422
   60033  Claim Analysis Objection Resolution & Estimation Page    4
          (Asbestos)
          May 26, 2011


   TIME SUMMARY                  Hours          Rate           Value
   -------------------------     ----------------------        -------
   Lawrence E. Flatley           3.50   at   $  655.00   =    2,292.50
   Douglas E. Cameron            9.60   at   $  650.00   =    6,240.00
   Traci Sands Rea               7.80   at   $  485.00   =    3,783.00
   Kathleen M.K. Blake           0.60   at   $  400.00   =      240.00
   Sharon A. Ament               0.40   at   $  185.00   =       74.00



                                 CURRENT FEES                              12,629.50


                                                                       ------------
                                 TOTAL BALANCE DUE UPON RECEIPT            $12,629.50
                                                                       ============
```