REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2129439 |
| Richard C. Finke | Invoice Date     05/26/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

===========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 10.02 |

TOTAL BALANCE DUE UPON RECEIPT          $10.02
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      2129439 |
| Richard C. Finke | Invoice Date      05/26/11 |
| Assistant General Counsel - Litigation | Client Number       172573 |
| 7500 Grace Drive | Matter Number        50001 |
| Columbia, MD  21044 | |

===========================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 0.32 |
| Duplicating/Printing/Scanning | 9.70 |

| | |
|---|---|
| CURRENT EXPENSES | 10.02 |
| | ------------- |

| | |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $10.02 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number     2129439
Richard C. Finke                              Invoice Date      05/26/11
Assistant General Counsel - Litigation        Client Number      172573
7500 Grace Drive                              Matter Number        50001
Columbia, MD 21044

=============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/31/11 | PACER | .32 |
| 04/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 04/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |

                              CURRENT EXPENSES              10.02
                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT           $10.02
                                                        ============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number    2129440
   Richard C. Finke                          Invoice Date    05/26/11
   Assistant General Counsel - Litigation    Client Number     172573
   7500 Grace Drive
   Columbia, MD  21044



==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                              0.00
     Expenses                         62.18

                    TOTAL BALANCE DUE UPON RECEIPT      $62.18
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                               Invoice Number      2129440
Richard C. Finke                               Invoice Date      05/26/11
Assistant General Counsel - Litigation         Client Number       172573
7500 Grace Drive                               Matter Number        60026
Columbia, MD  21044


================================================================================
Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                       11.52
    Duplicating/Printing/Scanning               34.00
    Postage Expense                              4.56
    Outside Duplicating                         12.10


                    CURRENT EXPENSES                          62.18
                                                         -------------

                    TOTAL BALANCE DUE UPON RECEIPT          $62.18
                                                         =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


     W.R. Grace & Co.                         Invoice Number    2129440
     Richard C. Finke                         Invoice Date    05/26/11
     Assistant General Counsel - Litigation   Client Number     172573
     7500 Grace Drive                          Matter Number      60026
     Columbia, MD  21044


============================================================================

Re: (60026)  Litigation and Litigation Consulting


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     03/29/11   Outside Duplicating                     12.10
                VENDOR: IKON-  Mailout - Bankruptcy Mailouts/Mai

     03/31/11   Duplicating/Printing/Scanning            1.70
                ATTY # 000559: 17 COPIES

     03/31/11   PACER                                    3.04

     03/31/11   PACER                                    8.48

     04/08/11   Duplicating/Printing/Scanning            1.80
                ATTY # 000559: 18 COPIES

     04/18/11   Duplicating/Printing/Scanning            1.80
                ATTY # 000559: 18 COPIES

     04/18/11   Duplicating/Printing/Scanning            1.80
                ATTY # 000559: 18 COPIES

     04/21/11   Duplicating/Printing/Scanning             .40
                ATTY # 000559: 4 COPIES

     04/26/11   Duplicating/Printing/Scanning             .40
                ATTY # 000559: 4 COPIES

     04/27/11   Duplicating/Printing/Scanning             .10
                ATTY # 000559: 1 COPIES

     04/27/11   Duplicating/Printing/Scanning             .90
                ATTY # 000559: 9 COPIES

     04/27/11   Duplicating/Printing/Scanning             .10
                ATTY # 000559: 1 COPIES
```

```
172573 W. R. Grace & Co.                    Invoice Number  2129440
60026  Litigation and Litigation Consulting Page   2
       May 26, 2011
```

| | | |
|---|---|---|
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/29/11 | Postage Expense | 4.56 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 136 COPIES | 13.60 |

```
                        CURRENT EXPENSES              62.18
                                                 ------------
```

172573 W. R. Grace & Co.                          Invoice Number   2129440
60026  Litigation and Litigation Consulting       Page    3
       May 26, 2011

                          TOTAL BALANCE DUE UPON RECEIPT            $62.18
                                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2129441
Richard C. Finke                              Invoice Date      05/26/11
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive
Columbia, MD  21044


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              0.00
     Expenses                         75.25

                      TOTAL BALANCE DUE UPON RECEIPT          $75.25
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2129441
Richard C. Finke                          Invoice Date        05/26/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60033
Columbia, MD  21044

====================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              22.30
    Westlaw                                    43.50
    Courier Service - Outside                   9.45

            CURRENT EXPENSES                                    75.25
                                                        --------------

            TOTAL BALANCE DUE UPON RECEIPT                     $75.25
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2129441
Richard C. Finke                          Invoice Date    05/26/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60033
Columbia, MD  21044


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 34 COPIES | 3.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/08/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- 3/18/11 | 4.20 |
| 04/11/11 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 04/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |

172573  W. R. Grace & Co.                          Invoice Number   2129441
60033   Claim Analysis Objection Resolution & Estimation  Page    2
        (Asbestos)
        May 26, 2011


| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/21/11 | Westlaw<br>Westlaw | 43.50 |
| 04/25/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- Romana Baker - 4/04//11 | 5.25 |

                            CURRENT EXPENSES                75.25
                                                        ------------
                            TOTAL BALANCE DUE UPON RECEIPT      $75.25
                                                        =============