**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                    April 1, 2011 to      April 30, 2011

Inv #:        39440

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 15.80 | 4,226.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 70.00 |
| B18 | Fee Applications, Others - | 1.60 | 268.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 1.50 | 525.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 643.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.30 | 455.00 |
| B36 | Plan and Disclosure Statement - | 12.50 | 4,315.00 |
| B37 | Hearings - | 2.00 | 700.00 |
| | **Total** | **38.20** | **$11,202.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 1.80 | 522.00 |
| Regina Matozzo | 200.00 | 6.80 | 1,360.00 |
| Theodore J. Tacconelli | 350.00 | 24.40 | 8,540.00 |
| Legal Assistant - KC | 150.00 | 5.20 | 780.00 |
| **Total** | | **38.20** | **$11,202.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                    **$292.71**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-11 | *Case Administration* - Review several notices of changes of address and forward same to KC | 0.30 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address filed by Tarracon | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities filed by York Managed Holdings dated 3/1 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review list of additional documents requested to be included in Joint Record on Appeal | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Cross Appeal filed by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Designation of Record/Issues on Appeal filed by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Statement of Issues and Designation of Record on Appeal filed by Libby | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update payment received chart; payment for Dec. 2010's fee request | 0.20 | KC |
| | *Case Administration* - Emails from LLC re: change of addresses for 2002 service list | 0.10 | KC |
| Apr-02-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address filed by Limo Inc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Statement of Issues and Designation of Record on Appeal filed by AMH | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Designation of Record/Issues on Appeal filed by GEICO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with committee member re: appeals in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review docket in appeal 11-199 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Statement of Issues and Designation of Record on Appeal filed by AXA Belgium | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Statement of Issues and Designation of Record on Appeal filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/23 hearing transcript | 0.10 | TJT |
| Apr-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 4/1/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Notice of Change of Address for National Analysts | 0.10 | TJT |
| | *Case Administration* - Research public access to judicial records as raised by Garlock | 0.40 | TJT |
| | *Case Administration* - Review Amended and Restated Notice of Disposition of Equity Securities filed by Merrill Lynch Investment | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Solutions dated 3/18 | | |
| | *Plan and Disclosure Statement* - Review order changing oral argument date, prepare correspondence to co-counsel re: same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Research Transfer of Insurance Rights to Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Joint Record on Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Joint Record on Appeal | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appearance by PD FCR in appeal | 0.10 | TJT |
| Apr-05-11 | *Case Administration* - Review case management memo re: week ending 4-1-2011 | 0.10 | LLC |
| | *Case Administration* -  Emails to T. Tacconelli re: memos | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/1 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for ENSR Corp. | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re: Debtor's Motion to Implement 2011 LTIP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities filed by York Managed Holdings, LLC dated 3/18 | 0.10 | TJT |
| Apr-06-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Counter Statement on Issues on Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's Counter Designation of Record on Appeal | 0.20 | TJT |
| | *Case Administration* - Retrieve emails (9) from LLC with attached notices of address changes, review notices and 2002 list re: same | 0.20 | KC |
| Apr-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review amended Certificate of Counsel re: Debtor's Motion to Authorize 2011 LTIP | 0.10 | TJT |
| Apr-08-11 | *Case Administration* - Review notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* -  Review additional notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Constantine Partners | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re: Debtor's Notice of Proposed Sale of Constriction Products Business Unit | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Boll re: documents for record on appeal | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Apr-09-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Order authorizing Debtors to Implement 2011 LTIP | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Monthly Operating Report for February, 2011 | 0.40 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings dated 3/22 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for R&M Equipment Co. | 0.10 | TJT |
| Apr-11-11 | *Case Administration* - Review case management memo re: week ending 4-8-2011 | 0.10 | LLC |
| | *Case Administration* - Review agenda re: 4-18-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 4/8/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo to for week ending 4/8 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Statement of amounts paid to OCP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings, LLC dated 4/1 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Designation of Issues on Cross Appeal filed by MCC | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/18 hearing | 0.10 | TJT |
| | *Case Administration* - Review two emails from LLC re: notices of change of address; review 2002 service list for changes to same | 0.20 | KC |
| Apr-12-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Elder Pipe and Supply Co. | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Multi-Strategy Fund, LP dated 4/11 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Counter Designation of Record of Appeal by Arrowood | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 4/18 hearing coverage | 0.10 | TJT |
| Apr-13-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Troy Chemical | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Capital Management LP dated 4/11 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing of Final Index to Joint Record on Appeal | 0.10 | TJT |
| Apr-14-11 | *Case Administration* - Review Notice of Change of Address for Roebuck & Associates | 0.10 | TJT |
| | *Hearings* - Prepare for 4/18 hearing | 0.10 | TJT |
| Apr-15-11 | *Case Administration* - Review notice of change of address and forward | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | same to KC |  |  |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by Jorvik Multi-Strategy Master Find LP dated 4/11 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion for Authority to Enter Into Consent Order re: Zonolite Road Property in Atlanta with attachments | 0.80 | TJT |
| Apr-16-11 | *Case Administration* - Review Notice of Change of Address for Steel Fab | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings LLC dated 4/11 | 0.10 | TJT |
|  | *Hearings*   - Review Matters on Agenda for 4/18 hearing | 0.60 | TJT |
| Apr-18-11 | *Case Administration* - Review case management memo re: week ending 4-18-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* -   Review main docket re: status for week ending 4/15/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Case Status Memo to   for week ending 4/15 | 0.70 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Saklo re: committee counsel update | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's objection to claim no. 150 by the Illinois Dept. of Revenue with attachment | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from K. Makowski re: letter to J. Buckwalter | 0.10 | TJT |
|  | *Hearings*   - Prepare for and attend bankruptcy court | 1.10 | TJT |
|  | *Case Administration* - Review email forwarded from LLC re: change of address;   review 2002 service list re: same | 0.10 | KC |
| Apr-19-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Credit Opportunity Fund, LP dated 4/11 | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or*   teleconference with Committee member re: confirmation briefing schedule | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from K. Makowski to Judge Buckwalter re: cross-appeal briefing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Begin review/ draft/ revisions of prebill invoice for exhibit to March 2011 monthly fee app; to TJT for review | 0.30 | KC |
| Apr-20-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by Merrill Lynch Investment Solutions dated 4/11 | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Supplemental Responses by Debtors to Neutocrete Discovery | 0.10 | TJT |
| Apr-21-11 | *Case Administration* - Confer with KC re: efiling confirmations for CNO's | 0.10 | LLC |
|  | *Case Administration* - E-mail from Kathy Adams re: motion to submit under seal filed by certain Libby claimants | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Feb. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Feb. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review CND ZAI Claimants Motion to Appoint CND ZAI Claim Administrator with attachments | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review BLG Motion to Exceed Page Limits on Brief | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's Feb. 2011 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO/ COS to Bilzin's Feb. 2011 monthly fee app | 0.20 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Feb. 2011 monthly fee application for filing, efile same | 0.20 | KC |
| | *Fee Applications, Others* - Service of certificate of no objection to Bilzin's Feb. 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - E-mail from Luisa Flores with attached fee app for March 2011, respond to same | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Feb. 2011 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO/ COS re: Feb. 2011 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection to February 2011 monthly fee application for filing, efile same | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of certificate of no objection to Feb. 2011 monthly fee application | 0.10 | KC |
| Apr-22-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review correspondence from J. Sakalo re: CND ZAI Claimants Motion to Appoint CND ZAI Claim Administrator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Motion to File Document Under Seal | 0.10 | TJT |
| Apr-23-11 | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Credit Opportunities Fund LP dated 4/11 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce March prebill | 0.50 | TJT |
| Apr-25-11 | *Case Administration* - Review case management memo re: week 4-22-11 | 0.10 | LLC |
| | *Case Administration* - E-mail from Cathy Adams re: Libby Claimant's brief | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 4/22/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo | 0.10 | TJT |
| | *Case Administration* - Review Debtors Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review Debtors Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* correspondence with committee member re: California Department of General Services claims | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and further revise Ferry Joseph & | 0.10 | TJT |

Invoice #:    39440    Case 01-01139-AMC    Doc 27011-2    Filed 05/31/11    Page 8 of 9
                                Page 7                          May 27, 2011

| Date | Description | Hours | Staff |
|---|---|---|---|
| | Pearce March prebill | | |
| | *Fee Applications, Others* - Download email attachments from L. Flores re: Bilzin's March 2011 monthly fee application; draft cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to prebill invoice for March monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Additional revisions for March 2011 prebill invoice, to TJT for final review | 0.20 | KC |
| Apr-26-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Opening Brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Supplemental Appendix | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Opening Brief | 0.80 | TJT |
| | *Case Administration* - Update payment received chart with Sept. 2010 holdback payment received, consult with TJT re: July, August holdback status | 0.30 | KC |
| | *Fee Applications, Others* - Revisions to Bilzin's Notice of March 2011 monthly fee app, to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Finalize March 2011 bill, prepare as exhibit for monthly fee application | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft March 2011 monthly fee application, notice, and cos, to LLC for review | 0.30 | KC |
| Apr-27-11 | *Fee Applications, Others* - Review Bilzin March 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO/Republic Opening Brief and Addendum | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Opening Brief | 2.40 | TJT |
| | *Case Administration* - Discussion with TJT re: additional holdback payments received (for July 2010 and August 2010); update payments received chart, to T. Tacconelli for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review January, February and March 2011 invoices and begin preparation of 40th quarterly fee application | 0.30 | KC |
| Apr-28-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Fling Exhibit F. to CND ZAI Claimants Motion to Appoint Claims Administrator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting BLG Motion to Exceed Page Limit | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Opening Brief | 1.40 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's March 2011 monthly fee application for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Discussion with TJT re: e-filing of Bilzin fee applications | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare March 2011 monthly fee application for filing, efile and service of same | 0.30 | KC |
| Apr-29-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review AXA Belgium's Opening Brief | 1.00 | TJT |
| Apr-30-11 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of discovery responses by Neutocrete | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review her Majesty The Queen's Opening Brief | 0.90 | TJT |
|  | Totals | 38.20 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Apr-02-11 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.50 |
| Apr-04-11 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 4.00 |
| Apr-06-11 | Cost Advance - West Law - Legal Research December Acct #1000634693; Inv #0822235463 | 1.91 |
| Apr-16-11 | Photocopy Cost | 0.90 |
| Apr-20-11 | Cost Advance - Pacer Service Center - 1/1/11 - 3/31/11 (TJT) Account # FJ0093 | 39.52 |
|  | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Apr-21-11 | Photocopy Cost | 1.00 |
| Apr-25-11 | Cost Advance - Wilmington Trust Company - courtcall | 184.00 |
| Apr-26-11 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.90 |
| Apr-27-11 | Cost Advance - Pacer Service Center - 1/1/11 - 3/31/11 (RM) Account # FJ0497 | 22.32 |
|  | Cost Advance - Pacer Service Center - 1/1/11 - 3/31/11 (RSM) Account # FJ0091 | 9.92 |
|  | Cost Advance - Pacer Service Center - 1/1/11 - 3/31/11 (JCP) Account # FJ0006 | 2.64 |
| Apr-28-11 | Photocopy Cost | 7.20 |
|  | Cost Advance - First State Deliveries - hand delivery | 6.50 |
|  | Totals | $292.71 |

**Total Fees & Disbursements**  $11,494.71