# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2011 - APRIL 30, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0014 | Case Administration | 20.1 | $    5,719.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 10.2 | 7,293.00 |
| 0018 | Fee Application, Applicant | 5.2 | 1,733.50 |
| 0019 | Creditor Inquiries | 1.5 | 1,306.50 |
| 0020 | Fee Application, Others | 6.1 | 1,220.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.5 | 2,502.50 |
| 0036 | Plan and Disclosure Statement | 156.1 | 117,467.50 |
| 0037 | Hearings | 0.5 | 357.50 |
| 0047 | Tax Issues | 0.1 | 71.50 |
| | | | |
| | **Total** | **203.3** | **$ 137,671.50** |

# STROOCK

## INVOICE

| DATE | May 25, 2011 |
|---|---|
| INVOICE NO. | 534622 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through April 30, 2011, including:

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.2 |
| 04/04/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/05/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain and circulate recently docketed pleadings re: Garlock v. Grace case no. 11-199 (.4). | Mohamed, D. | 0.7 |
| 04/06/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (.7). | Mohamed, D. | 1.1 |
| 04/07/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 04/08/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.2). | Mohamed, D. | 0.6 |
| 04/11/2011 | Obtain and circulate recently docketed pleadings in main case (.7); prepare documents | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | for attorney review (.4). | | |
| 04/12/2011 | Memorandum to D. Mohamed re: court call arrangements for 4/18/11 hearing. | Krieger, A. | 0.1 |
| 04/12/2011 | Obtain and circulate recently docketed pleadings in main case (.5); research and obtain certain documents for attorney review (.8); schedule A. Krieger to appear telephonically at 4/18/11 hearing (.1). | Mohamed, D. | 1.4 |
| 04/13/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 04/14/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 04/15/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor case docket no. 11-199 re: Garlock v. Grace (.1). | Mohamed, D. | 0.7 |
| 04/18/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3). | Mohamed, D. | 1.7 |
| 04/20/2011 | Attend to Fee Auditor's Report on SSL's 39th Quarterly Fee Application and preparation of a response thereto (2.8); memorandum to D.M. re: Fee Auditor's request for certain time detail (.1). | Krieger, A. | 2.9 |
| 04/20/2011 | Obtain and circulate recently docketed pleading in main case (.2); research and obtain documents for attorney review (.7). | Mohamed, D. | 0.9 |
| 04/21/2011 | Obtain certain documents for attorney review. | Mohamed, D. | 0.5 |
| 04/22/2011 | Obtain and circulate recently docketed pleadings re: Garlock v. Grace case no. 11-199. | Mohamed, D. | 0.3 |
| 04/25/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/26/2011 | O/c DM re: appellate briefs filed. | Krieger, A. | 0.3 |
| 04/26/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.5). | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/27/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain and circulate recently docketed pleadings for attorney review re: Garlock's appeal (.7). | Mohamed, D. | 1.1 |
| 04/28/2011 | Obtain and circulate recently docketed pleadings in main case (.5); research and obtain documents for attorney review (.7). | Mohamed, D. | 1.2 |
| 04/29/2011 | Obtain and circulate recently docketed pleadings in main case (.3); prepare documents for attorney review (.6). | Mohamed, D. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.3 | $ 715 | $ 2,359.50 |
| Mohamed, David | 16.8 | 200 | 3,360.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,719.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,719.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/21/2011 | Attend to memoranda for the Committee re:<br>Motion for Approval of Administrative<br>Consent Order with US re: Zonolite Road Site. | Krieger, A. | 0.4 |
| 04/26/2011 | Attend to memorandum to the Committee re:<br>appellate briefs (.8); attend to memorandum re:<br>proposed consent order with US regarding<br>Zonolite Road Site (2.6); o/c LK re: emails<br>with KP re: discussion with creditor (.3). | Krieger, A. | 3.7 |
| 04/27/2011 | Attend to Committee memorandum re:<br>Zonolite Road Consent Order motion. | Krieger, A. | 3.2 |
| 04/28/2011 | Attend to Committee memorandum re:<br>Zonolite Road Site Agreement, Debtors'<br>objection to claim of Illinois DEP and CDN<br>ZAI Representatives motion for appointment of<br>agent. | Krieger, A. | 2.3 |
| 04/29/2011 | Attend to memorandum for the Committee re:<br>pending matters. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.2 | $ 715 | $ 7,293.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,293.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,293.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/13/2011 | Attend to Fee Auditors' response to SSL's 39th quarterly fee application. | Krieger, A. | 0.1 |
| 04/13/2011 | Review March Grace Expenses. | Magzamen, M. | 0.2 |
| 04/14/2011 | Prepare draft of SSL's one hundred and twentieth monthly fee application. | Mohamed, D. | 0.8 |
| 04/26/2011 | Attend to SSL's March 2011 fee statement. | Krieger, A. | 1.1 |
| 04/27/2011 | Revise draft of SSL's one hundred and twentieth monthly fee application. | Mohamed, D. | 0.7 |
| 04/28/2011 | O/cs DM re: March 2011 fee statement. | Krieger, A. | 0.1 |
| 04/28/2011 | Review SSL's one hundred and twentieth monthly fee application for filing (.9); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 715 | $ 929.50 |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 3.7 | 200 | 740.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,733.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,733.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|----|---------------------|
|    | 699843 0019        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2011 | Prep for and telephone conference with creditor re: appeal issues. | Pasquale, K. | 1.3 |
| 04/19/2011 | Attend to bank claim holder inquiry. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |
| Pasquale, Kenneth | 1.3 | 895 | 1,163.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,306.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,306.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2011 | Review Capstone's eighty-fourth monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |
| 04/05/2011 | Review Capstone's eighty-fifth monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 04/29/2011 | Review Capstone's eighty-sixth monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 6.1 | $ 200 | $ 1,220.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,220.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,220.00 |

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/19/2011 | Attend to Debtors' motion for approval of consent order with the USA re: Zonolite Road Site in GA and preparation of memorandum for the Committee thereon. | Krieger, A. | 3.1 |
| 04/27/2011 | Attend to memorandum to J. Baer, R. Higgins re: information request on Zonolite Road Consent Order Motion. | Krieger, A. | 0.2 |
| 04/28/2011 | Memoranda to and from J. Baer, R. Higgins re: additional inquiry on proposed Zonolite Road Consent order. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.5 | $ 715 | $ 2,502.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,502.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,502.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 99.89 |
| Local Transportation | 52.80 |
| Long Distance Telephone | 324.01 |
| Westlaw | 528.92 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,005.62 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,005.62 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2011 | Attend to case law for appellate brief (5.9); exchanged multiple memoranda with lenders' counsel re: statement of issues and attend to further revisions thereto (.8); memoranda with local counsel re: statement of issues (.3); attend to other parties statements of issues (.6). | Krieger, A. | 7.6 |
| 04/03/2011 | Attend to preparation of appellate brief. | Krieger, A. | 4.3 |
| 04/04/2011 | Attend to preparation of appellate brief. | Krieger, A. | 7.7 |
| 04/04/2011 | Review parties post-trial briefs and outline appellate brief (3.2); review appellants' statements of issues (.3). | Pasquale, K. | 3.5 |
| 04/05/2011 | Attend to preparation of appellate brief (7.9); attend to plan proponents' counter-designation of the record (.1). | Krieger, A. | 8.0 |
| 04/05/2011 | Outlined Appellate brief and issues and review case law. | Pasquale, K. | 2.3 |
| 04/06/2011 | Attend to preparation of appellate brief (7.3); attend to MCC's counter-statement of issues (.1). | Krieger, A. | 7.4 |
| 04/06/2011 | Outlined appellate brief and issues. | Pasquale, K. | 0.6 |
| 04/10/2011 | Attend to appellate brief. | Krieger, A. | 3.6 |
| 04/11/2011 | Attend to appellate brief (10.1); attend to acknowledgment of protective order (.2). | Krieger, A. | 10.3 |
| 04/11/2011 | Review appellate briefs. | Kruger, L. | 1.2 |
| 04/11/2011 | Review protective order and emails. | Pasquale, K. | 0.2 |
| 04/11/2011 | Appellate brief outline, case law review. | Pasquale, K. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2011 | Attend to issues and caselaw for appellate brief (5.5); attend to Appellee's counter designation of the record (.1). | Krieger, A. | 5.6 |
| 04/13/2011 | Attend to issues and caselaw for appellate brief. | Krieger, A. | 6.3 |
| 04/14/2011 | Attend to issues for appellate brief and case law review. | Krieger, A. | 8.2 |
| 04/14/2011 | Review draft brief point re: Committee dissolution (.8); review memo re: case law (.4). | Pasquale, K. | 1.2 |
| 04/15/2011 | Attend to memorandum re: appellate issues (2.1); attend to related case law (3.4). | Krieger, A. | 5.5 |
| 04/17/2011 | Attend to case law for appellate issues. | Krieger, A. | 2.3 |
| 04/18/2011 | Attend to possible appellate brief issues (2.6); attend to Debtors' letter to Judge Buckwalter re: Maryland Casualty's brief (.1). | Krieger, A. | 2.7 |
| 04/18/2011 | Revisions to draft appellate brief. | Pasquale, K. | 2.2 |
| 04/19/2011 | Attend to draft appellate brief. | Krieger, A. | 0.4 |
| 04/19/2011 | Revisions to appellate brief point (.6); emails re: brief (.4). | Pasquale, K. | 1.0 |
| 04/20/2011 | Attend to material for appellate brief and exchanged memoranda with bank lenders' counsel regarding same (3.9); attend to Motion for Order enlarging page limits and contact with local counsel re: same (.3). | Krieger, A. | 4.2 |
| 04/20/2011 | Review and revise appeal page limit motion (.2); emails re: appeal brief issues (.7); review case law for appeal (1.2). | Pasquale, K. | 2.1 |
| 04/21/2011 | Attend to joint appellate brief. | Krieger, A. | 7.4 |
| 04/21/2011 | Review and revise draft appellate brief (4.0); emails re: same (.6). | Pasquale, K. | 4.6 |
| 04/22/2011 | Attend to draft joint brief on appeal (4.7); memorandum to Capstone re: inquiry for brief (.1). | Krieger, A. | 4.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/23/2011 | Attend to review and revisions to appellate brief. | Krieger, A. | 4.6 |
| 04/24/2011 | Attend to review and revisions to appellate brief. | Krieger, A. | 3.6 |
| 04/25/2011 | Attend to review and revisions to joint appellants' brief (10.8); memoranda with local counsel re: same (.2). | Krieger, A. | 11.0 |
| 04/25/2011 | Review and revise "final" draft of appellate brief (2.8); emails re: same (.5). | Pasquale, K. | 3.3 |
| 04/26/2011 | Attend to Canadian representatives' motion to appoint administrator for ZAI PD fund (.3); attend to MCC's appellate brief (.1); attend to Arrowood's counter designation of the record, Anderson Memorial's motion for enlarged page limits, other (.1); attend to Notice re: final indices of jointly designated record and Appellees' counter-designation of record (.2). | Krieger, A. | 0.7 |
| 04/26/2011 | T/c bank debt holders re: briefs and schedule. | Kruger, L. | 0.3 |
| 04/27/2011 | Memorandum with KP re: appellate briefs and with D. Mohamed re: same. | Krieger, A. | 0.2 |
| 04/27/2011 | Review appellate briefs of other appellants. | Pasquale, K. | 3.8 |
| 04/28/2011 | Attend to briefs filed by other plan objectors. | Krieger, A. | 3.9 |
| 04/28/2011 | Continued review of appellants' brief to D. Ct. | Pasquale, K. | 2.8 |
| 04/29/2011 | Attend to briefs by other appellants. | Krieger, A. | 3.4 |
| 04/30/2011 | Attend to other appellants' briefs. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 124.4 | $ 715 | $ 88,946.00 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Pasquale, Kenneth | 30.2 | 895 | 27,029.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 117,467.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 117,467.50 |

# STROOCK

| RE | Hearings<br>699843  0037 |
|----|--------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/11/2011 | Attend to agenda notice for 4/10/11 hearing. | Krieger, A. | 0.1 |
| 04/18/2011 | Attend hearing re: Hillside claims matter. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 357.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 357.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Tax Issues |
|----|-----------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/19/2011 | Attend to Debtors' objection to the withholding claims of the Illinois Department of Revenue. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 71.50 |
|-----------------------|---------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 137,671.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,005.62 |
| TOTAL BILL | $ 138,677.12 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.