# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
APRIL 1, 2011 - APRIL 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 1.5 | $ 995 | $ 1,492.50 |
| Pasquale, Kenneth | 31.5 | 895 | 28,192.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 143.5 | 715 | 102,602.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 26.6 | 200 | 5,320.00 |
| | | | |
| Total | 203.3 | | $ 137,671.50 |