# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## APRIL 1, 2011 - APRIL 30, 2010

| | |
|---|---:|
| Outside Messenger Service | $ 99.89 |
| Local Transportation | 52.80 |
| Long Distance Telephone | 324.01 |
| Westlaw | 528.92 |
| | |
| **TOTAL** | **$1,005.62** |

# STROOCK

## Disbursements Register

| DATE | May 25, 2011 |
|---|---|
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/04/2011 | VENDOR: UPS; INVOICE#: 0000010X827141; DATE: 04/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270190159181 on 03/28/2011 | 7.45 |
| 04/04/2011 | VENDOR: UPS; INVOICE#: 0000010X827141; DATE: 04/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270192894794 on 03/28/2011 | 10.56 |
| 04/04/2011 | VENDOR: UPS; INVOICE#: 0000010X827141; DATE: 04/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197189001 on 03/28/2011 | 7.45 |
| 04/04/2011 | VENDOR: UPS; INVOICE#: 0000010X827141; DATE: 04/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198232596 on 03/28/2011 | 7.45 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270190133636 on 04/04/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, | 10.75 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Dallas, TX 75201 Tracking #:1Z10X8270190186820 on 04/04/2011 | |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196226141 on 04/04/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270199795558 on 04/04/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270191695297 on 04/05/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270192119685 on 04/05/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270194408878 on 04/05/2011 | 7.58 |
| 04/15/2011 | VENDOR: UPS; INVOICE#: 0000010X827151; DATE: 04/09/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195879199 on 04/05/2011 | 10.75 |
| **Outside Messenger Service Total** | | **99.89** |
| **Local Transportation** | | |
| 04/19/2011 | VENDOR: NYC Taxi; Invoice#: 925021; Invoice Date: 04/15/2011; Voucher #: 1113315595; Arlene Krieger 04/05/2011 20:26 from 180 MAIDEN LA MANHATTAN NY TO MANHATTAN NY | 52.80 |
| **Local Transportation Total** | | **52.80** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| **Long Distance Telephone** | | |
| 04/08/2011 | EXTN.795562, TEL.2015877123, S.T.14:53, DUR.00:02:48 | 1.67 |
| 04/11/2011 | EXTN.795475, TEL.3128622819, S.T.16:01, DUR.00:01:34 | 1.11 |
| 04/12/2011 | EXTN.795562, TEL.4045723450, S.T.12:48, DUR.00:00:04 | 0.56 |
| 04/12/2011 | EXTN.795562, TEL.4048817285, S.T.13:00, DUR.00:11:34 | 6.67 |
| 04/18/2011 | VENDOR: Chase Card Services; INVOICE#: 040211; DATE: 4/2/2011 - visa charge 03/04/11 CourtCall | 65.00 |
| 04/18/2011 | VENDOR: Chase Card Services; INVOICE#: 040211; DATE: 4/2/2011 - visa charge 03/04/11 CourtCall | 65.00 |
| 04/18/2011 | VENDOR: Chase Card Services; INVOICE#: 040211; DATE: 4/2/2011 - visa charge 03/30/11 CourtCall | 184.00 |
| **Long Distance Telephone Total** | | **324.01** |
| **Westlaw** | | |
| 04/07/2011 | Duration 1; by Krieger, Arlene G. | 64.75 |
| 04/12/2011 | Duration 0; by Pasquale, Kenneth | 30.92 |
| 04/14/2011 | Duration 0; by Krieger, Arlene G. | 183.00 |
| 04/15/2011 | Duration 0; by Krieger, Arlene G. | 30.50 |
| 04/17/2011 | Duration 0; by Krieger, Arlene G. | 122.00 |
| 04/21/2011 | Duration 2; by Wojcik, Mark R. | 47.00 |
| 04/25/2011 | Duration 1; by Krieger, Arlene G. | 50.75 |
| **Westlaw Total** | | **528.92** |

# STROOCK

| PAGE: 4 | |
|---|---|
| BILL DISBURSEMENT SUMMARY | |
| Outside Messenger Service | $ 99.89 |
| Local Transportation | 52.80 |
| Long Distance Telephone | 324.01 |
| Westlaw | 528.92 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,005.62 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM