**EXHIBIT A**

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 26, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:  568766
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $450.00 |
| DISBURSEMENTS | 17.94 |
| MATTER TOTAL | $467.94 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $6,546.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $6,546.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $65.50 |
| DISBURSEMENTS | 159.70 |
| MATTER TOTAL | $225.20 |
| CLIENT GRAND TOTAL | $7,239.14 |

Amounts due may be remitted by wire transfer.

| To: | Citibank, N.A. |
|---|---|
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 568766 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

May 26, 2011
Invoice No. 568766

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/27/11 | MAKINDE, MICHAEL A | Assemble binder of Appellate Briefs and index for same for D. Blabey (1.3); coordinate duplication (.2). | 1.50 | 450.00 |

**TOTAL HOURS AND FEES**                                                     **1.50**    **$450.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MEALS/IN-HOUSE | 17.94 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$17.94**


**TOTAL FOR THIS MATTER**          **$467.94**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                      May 26, 2011
056772-00007                                                           Invoice No. 568766

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/01/11 | BLABEY, DAVID E | Review designation of record for appeal. | 0.30 | 196.50 |
| 04/04/11 | BENTLEY, PHILIP | Trade multiple emails re confirmation appeal issues | 0.40 | 332.00 |
| 04/05/11 | BENTLEY, PHILIP | trade emails re confirmation appeal issues | 0.20 | 166.00 |
| 04/12/11 | BENTLEY, PHILIP | Review emails re confirmation appeal | 0.10 | 83.00 |
| 04/20/11 | BLABEY, DAVID E | Review motion for entry into consent order re Zonolite Road site. | 0.30 | 196.50 |
| 04/21/11 | BLABEY, DAVID E | Review Bank Lender/Committee motion regarding appellate brief. | 0.10 | 65.50 |
| 04/26/11 | BLABEY, DAVID E | Review appellate briefs (4.3) and memo to client re same (3). | 7.30 | 4,781.50 |
| 04/26/11 | BENTLEY, PHILIP | Trade emails re appeal brief | 0.10 | 83.00 |
| 04/27/11 | BENTLEY, PHILIP | Discs David Blabey and review emails re confirmation appeal | 0.20 | 166.00 |
| 04/27/11 | BLABEY, DAVID E | Discuss appellate issues with P. Bentley (.1); review Debtors' response in support of objection to Maryland Casualty claim (.5). | 0.60 | 393.00 |
| 04/29/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |

**TOTAL HOURS AND FEES**                                            9.70    $6,546.00

**TOTAL FOR THIS MATTER**                              $6,546.00

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

May 26, 2011
Invoice No. 568766

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/11/11 | BLABEY, DAVID E | Review and edit bill for fee application. | 0.10 | 65.50 |

**TOTAL HOURS AND FEES** — 0.10 — $65.50

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 159.70 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES** — $159.70

**TOTAL FOR THIS MATTER** — $225.20