**EXHIBIT B**

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/26/2011 12:44:32

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
============================================================================================================================
                                            PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                                         TO:
          UNBILLED DISB FROM:   04/26/2011                            TO:     04/26/2011

                                    FEES                  COSTS
                                   ------               --------
     GROSS BILLABLE AMOUNT:          0.00                  17.94
     AMOUNT WRITTEN DOWN:
                  PREMIUM:
        ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                              04/26/2011
CLOSE MATTER/FINAL BILLING?  YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

============================================================================================================================
                           ACCOUNTS RECEIVABLE TOTALS                                  UNAPPLIED CASH
                           ---------------------------                                 --------------
              FEES:                   0.00
      DISBURSEMENTS:                 17.94        UNIDENTIFIED RECEIPTS:        0.00
       FEE RETAINER:                  0.00            PAID FEE RETAINER:        0.00
      DISB RETAINER:                  0.00           PAID DISB RETAINER:        0.00
   TOTAL OUTSTANDING:                17.94        TOTAL AVAILABLE FUNDS:        0.00
                                                          TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
  DATE OF LAST BILL:      04/30/11              LAST PAYMENT DATE:        05/23/11
  LAST BILL NUMBER:        566919    ACTUAL FEES BILLED TO DATE:     363,353.00
                                     ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          TOTAL FEES BILLED TO DATE:  363,353.00
  LAST BILL THRU DATE:    03/31/11         FEES WRITTEN OFF TO DATE:   85,704.00
                                          COSTS WRITTEN OFF TO DATE:   23,597.37
FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/26/2011 12:44:32

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status         : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------
                              Oldest        Latest        Total
Code  Description             Entry         Entry         Amount
----  -----------             ------        ------        ------
0942  MEALS/IN-HOUSE          04/26/11      04/26/11       17.94

                Total                                      17.94


U N B I L L E D   C O S T S   D E T A I L
Description/Code                   Employee          Date         Amount       Index#    Batch No   Batch Date
----------------                   --------          ----         ------       ------    --------   ----------

MEALS/IN-HOUSE 0942
  MEALS/IN-HOUSE                   BLABEY, D E       04/26/11      17.94       9357356   1070729    05/09/11
  IN-HOUSE/MEALS

                  0942 MEALS/IN-HOUSE Total :                      17.94


                  Costs Total :                                    17.94
```

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   3
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/26/2011 12:44:32

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount           Bill         W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward

0942 MEALS/IN-HOUSE                17.94

           Costs Total :           17.94

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/26/2011 12:44:32

Matter No: 056772-00008                                    Orig Prtnr  : CRED. RGTS    - 06975          Proforma Number:   3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                                  TO:
              UNBILLED DISB FROM: 04/27/2011                       TO: 04/27/2011

                                    FEES                                   COSTS

     GROSS BILLABLE AMOUNT:         0.00                                   159.70
      AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                                                04/27/2011
 CLOSE MATTER/FINAL BILLING?  YES    OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                            ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

                 FEES:                 0.00
         DISBURSEMENTS:               159.70     UNIDENTIFIED RECEIPTS:         0.00
          FEE RETAINER:                 0.00         PAID FEE RETAINER:         0.00
         DISB RETAINER:                 0.00        PAID DISB RETAINER:         0.00
      TOTAL OUTSTANDING:               159.70      TOTAL AVAILABLE FUNDS:       0.00
                                                        TRUST BALANCE:
                                                      BILLING HISTORY

    DATE OF LAST BILL:      04/30/11           LAST PAYMENT DATE:          05/23/11
    LAST BILL NUMBER:       566919   ACTUAL FEES BILLED TO DATE:         223,150.50
                                     ON ACCOUNT FEES BILLED TO DATE:          0.00
                                       TOTAL FEES BILLED TO DATE:        223,150.50
    LAST BILL THRU DATE:    03/31/11    FEES WRITTEN OFF TO DATE:         19,208.00
                                        COSTS WRITTEN OFF TO DATE:           910.75

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
   (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE     5
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/26/2011 12:44:32

Matter No: 056772-00008                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code Description                    Oldest      Latest        Total
                                    Entry       Entry         Amount
----                                -------     -------       -------
0820 PHOTOCOPYING                   04/27/11    04/27/11       159.70

                    Total                                      159.70


U N B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee               Date        Amount        Index#   Batch No   Batch Date
---------------------               --------               -----       -------       ------   --------   ----------

PHOTOCOPYING 0820
  PHOTOCOPYING
    MAKINDE, MICHAEL A              MAKINDE, M A           04/27/11    159.70        9347566  1064368    04/28/11

                                    0820 PHOTOCOPYING Total :          159.70


                Costs Total :                                          159.70
```

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    6
Run Date & Time: 05/26/2011 12:44:32                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    3161441
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount          Bill          W/o / W/u     Transfer To     Clnt/Mtr     Carry Forward

0820 PHOTOCOPYING                  159.70

            Costs Total :          159.70