# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2127335 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/11/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 17.40 |
| Messenger Service | 7.50 |
| Federal Express | 82.81 |
| CURRENT EXPENSES | 107.71 |

**TOTAL AMOUNT OF THIS INVOICE**   107.71

**NET AMOUNT OF THIS INVOICE**   107.71

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127331 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/14/11 | TKD | Review Motion of Debtors for Entry of an Order Authorizing their Entry into Consent Order with the United States Regarding the Zonolite Road Site in Atlanta, Dekalb County, Georgia | 0.5 | 312.50 |
| 04/25/11 | TKD | Review Debtors Thirty- Ninth Quarterly Report Of Asset Sales From January 1, 2011 Through March 31, 2011 In Accordance With That Certain Order Establishing Procedures For The Sale Or Abandonment Of De Minimis Assets | 0.2 | 125.00 |
| 04/25/11 | TKD | Review Debtors Thirty-Ninth Quarterly Report Of Settlements From January 1, 2011 Through March 31, 2011 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.9 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2127331 |
| 00001 | Asset Disposition | Page 2 |
| 05/11/11 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at | $625.00 | = | 562.50 |

CURRENT FEES     562.50

**TOTAL AMOUNT OF THIS INVOICE**     562.50

**NET AMOUNT OF THIS INVOICE**     562.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127332 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/06/11 | TKD | Review Monthly Operating Report | 0.3 | 187.50 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

CURRENT FEES                                                        187.50

**TOTAL AMOUNT OF THIS INVOICE**                                    187.50

**NET AMOUNT OF THIS INVOICE**                                      187.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127333 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/11 | TKD | Review all ecf filings and shared with team | 0.5 | 312.50 |
| 04/04/11 | TKD | Review alll ecf filings and share with team | 0.7 | 437.50 |
| 04/05/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 04/08/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 04/11/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 04/12/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 04/13/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 04/14/11 | TKD | Review all filings and share with team | 0.5 | 312.50 |
| 04/21/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 04/22/11 | TKD | Review all filings and share with team | 0.5 | 312.50 |
| 04/25/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 04/26/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 04/27/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 04/28/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 04/29/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| | | TOTAL HOURS | 7.3 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
05/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2127333
Case Administration                                         Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.3 | at | $625.00 | = | 4,562.50 |

CURRENT FEES                                                4,562.50

**TOTAL AMOUNT OF THIS INVOICE**                            4,562.50

**NET AMOUNT OF THIS INVOICE**                              4,562.50

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA  22902 | Invoice Number    2127334<br>Invoice Date       05/11/11<br>Client Number      359022<br>Matter Number      00007 |

Re:   Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/20/11 | TKD | Review Objection to Claim by Claimant(s) Illinois Department of Revenue | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                                                               250.00

**TOTAL AMOUNT OF THIS INVOICE**                                             250.00

**NET AMOUNT OF THIS INVOICE**                                                 250.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127336 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/21/11 | TKD | Review CNO on Saul Fee Application; Review docket to comply with CNO | 0.4 | 250.00 |
| 04/21/11 | TBB | Draft CNO to Saul Ewing's twentieth monthly fee application | 0.3 | 54.00 |
| 04/21/11 | TBB | File and serve CNO to Saul Ewing's twentieth Monthly Fee Application | 0.7 | 126.00 |
| 04/26/11 | TBB | Draft Saul Ewing's Twenty First Monthly fee Application | 0.8 | 144.00 |
| | | TOTAL HOURS | 2.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.8 | at | $180.00 | = | 324.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                             574.00

**TOTAL AMOUNT OF THIS INVOICE**                         574.00

359022
00015
05/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2127336
Fee Applications/Applicant                                  Page 2

**NET AMOUNT OF THIS INVOICE**                                                574.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number    2127337
Invoice Date      05/11/11
Client Number     359022
Matter Number     00016

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/11 | TKD | Review Kramer Levin fee application and finalize and approve notice and fee application for filing | 0.4 | 250.00 |
| 04/27/11 | TBB | Draft CNO to Kramer Levin's One Hundred and Fourteenth Monthly Fee Application | 0.3 | 54.00 |
| 04/27/11 | TBB | File and Serve CNO to Kramer Levin's One Hundred and Fourteenth Monthly Fee Application | 0.7 | 126.00 |
| 04/27/11 | TBB | Review docket for any objections to Kramer Levin's one hundred and fourteenth monthly fee application | 0.2 | 36.00 |
| | | TOTAL HOURS | 1.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 1.2 | at | $180.00 | = | 216.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                466.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
05/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2127337
Fee Applications/Others                                     Page 2

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 466.00 |
| **NET AMOUNT OF THIS INVOICE** | 466.00 |

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127338 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/11/11 | TKD | Review Notice of Matters Scheduled for Hearing | 0.3 | 187.50 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

CURRENT FEES                                                                                  187.50

**TOTAL AMOUNT OF THIS INVOICE**                                                              187.50

**NET AMOUNT OF THIS INVOICE**                                                                187.50

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2127339 |
| Invoice Date | 05/11/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/11 | TKD | Communications from Debtors' counsel about signoff on Joint Record on Appeal; Communicate with David Blabey and Jamie O'Neill re same | 0.5 | 312.50 |
| 04/01/11 | TKD | Reviewed Libby Claimants Designation of Record on Appeal | 0.3 | 187.50 |
| 04/01/11 | TKD | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal Filed by Maryland Casualty Company. | 0.3 | 187.50 |
| 04/05/11 | TKD | Filing needed by Plan Proponents for Counter-Designation of Record in appeals, communicate about same with Kramer Levin, approve documents and communicate sign off | 0.5 | 312.50 |
| 04/06/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 04/08/11 | TKD | Review Acknowledgement of Protective Orders and Matters filed under seal. | 0.2 | 125.00 |
| 04/08/11 | TKD | Review cross appeal filed by Maryland Casualty | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Statement of Issues on Appeal from Her Majesty the Queen | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Statement of Issues on Appeal from Government Employees Insurance Company et al | 0.2 | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
05/11/11

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2127339
Plan and Disclosure Statement                               Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/11 | TKD | Review Statement of Issues on Appeal from AXA Belgium | 0.2 | 125.00 |
| 04/08/11 | TKD | Review Designation of Items from Garlock Sealing | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Joint Bank Lenders and Official Committee of Unsecured Creditors Statement of Issues on Appeal | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Anderson Memorial Statement of Issues on Appeal | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Appellee Designation of Additional Items for Inclusion in Record of Appeal | 0.3 | 187.50 |
| 04/08/11 | TKD | Review Order rescheduling argument on appeals; calendar same | 0.2 | 125.00 |
| 04/08/11 | TKD | Review COUNTER-Statement of Issue on Appeal Filed by Maryland Casualty Company | 0.1 | 62.50 |
| 04/08/11 | TKD | Review Appellees' Counterdesignation of the Record | 0.2 | 125.00 |
| 04/08/11 | TKD | Review Order from the Third Circuit Dismissing Appeal | 0.2 | 125.00 |
| 04/11/11 | TKD | Review statement of issues presented on cross appeal by Maryland Casualty | 0.3 | 187.50 |
| 04/12/11 | TKD | Approve designation of items for filing as part of plan proponents position | 0.4 | 250.00 |
| 04/12/11 | TKD | Review Arrowood Designation of items | 0.2 | 125.00 |
| 04/20/11 | TKD | Review Motion to Approve the Canadian ZAI Property Damage Claims Administrator | 0.6 | 375.00 |
| 04/21/11 | TKD | Review Libby Claimants' Assented-To Motion to Submit Under Seal the Key Identifying Certain Libby Claimants By Number | 0.3 | 187.50 |
| 04/25/11 | TKD | Review Appeal Brief (Opening) of Maryland Casualty | 0.4 | 250.00 |
| 04/25/11 | TKD | Briefly Review Appendix Supplemental to Brief (Opening) of Maryland Casualty | 0.3 | 187.50 |
| 04/25/11 | TKD | Review Appellant's BRIEF by BNSF Railway Company | 0.7 | 437.50 |
| 04/26/11 | TKD | Review Her Majesty the Queen's Brief | 0.3 | 187.50 |
| 04/26/11 | TKD | Review State of Montana Brief | 0.3 | 187.50 |

359022
00020
05/11/11

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2127339
Page 3

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/26/11 | TKD | Review GEICO Brief | 0.5 | 312.50 |
| 04/27/11 | TKD | Reviewed Anderson Memorial Brief | 0.7 | 437.50 |
| 04/27/11 | TKD | Reviewed Libby Claimants Brief | 0.8 | 500.00 |
| 04/27/11 | TKD | Reviewed AXA Belgium Brief | 0.5 | 312.50 |
| 04/27/11 | TKD | Reviewed Garlock Brief | 0.7 | 437.50 |
| 04/27/11 | TKD | Reviewed Creditors' Committee/Lenders Brief | 0.5 | 312.50 |
| 04/29/11 | TKD | Review CNA Stipulation regarding Cure under Plan | 0.1 | 62.50 |

TOTAL HOURS 12.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 12.8 | at | $625.00 | = | 8,000.00 |

CURRENT FEES 8,000.00

**TOTAL AMOUNT OF THIS INVOICE** 8,000.00

**NET AMOUNT OF THIS INVOICE** 8,000.00