IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: June 20, 2011 at 4:00p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MARCH 1, 2011 THROUGH MARCH 31, 2011</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

April 29, 2011  
Client/Matter #  01246-013923  
Invoice # 141284  
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>  
<u>100104</u>

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 03/01/11 | P. Marks | L120 | 5.10 | Telephone conference with J. Howell re CAFO terms; prepare for and attend conference with client re regulatory issues. |
| 03/18/11 | P. Marks | L120 | 0.40 | Review email from J. Howell; respond to same; email L. Duff. |
| 03/21/11 | P. Marks | L120 | 1.10 | Evaluate issue preclusion/claims-splitting issues for CAFO. |
| 03/22/11 | P. Marks | L120 | 2.30 | Research and evaluation of issue preclusion law and EPA policy re same; telephone conference with J. Howell (EPA) re same; telephone conference with L. Duff re CAFO completion. |
| 03/23/11 | P. Marks | L120 | 0.70 | Telephone conference with client team re EPA corrective action and risk assessment results. |
| 03/31/11 | P. Marks | L120 | 0.20 | CAFO-related communications with client. |

Total Hours :   9.80

Total Fees :   $4,508.00

| BEVERIDGE & DIAMOND, P.C. | INVOICE #  141284 |
|---|---|
| | April 29, 2011 |
| | PAGE   2 |

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 9.80 | $460.00 | $4,508.00 |
| | | | **Total Fees:** | **$4,508.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 9.80 | $4,508.00 |
| Total L100 | 9.80 | $4,508.00 |
| **Total Fees :** | **9.80** | **$4,508.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $10.97 |
| | **Total Disbursements :** | **$10.97** |
| | **TOTAL DUE :** | **$4,518.97** |

# EXHIBIT B

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

| | |
|---|---|
| W. R. Grace & Co. - Conn | April 29, 2011 |
| Attn: Lydia B. Duff, Esq. | Client/Matter #   01246-011548 |
| 7500 Grace Drive | Invoice # 141282 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 03/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| | | | | |
|---|---|---|---|---|
| 03/15/11 | L. McAfee | C300 | 0.30 | Assist P. Marks with asbestos NESHAP question. |
| 03/15/11 | P. Marks | L120 | 1.60 | Telephone conference with P. Bucens re asbestos notice requirements; research same; conference with L. McAfee re issue; telephone conference with P. Bucens and L. McAfee; prepare email to L. Duff; prepare and send marked up regulations to P. Bucens. |

Total Hours :   1.90

Total Fees :   $881.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 141282  
April 29, 2011  
PAGE   2

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| L. McAfee | Principal | 0.30 | $485.00 | $145.50 |
| P. Marks | Principal | 1.60 | $460.00 | $736.00 |
|  |  |  | **Total Fees:** | **$881.50** |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 0.30 | $145.50 |
|   Total |  | 0.30 | $145.50 |
| L100 |  |  |  |
| L120 |  | 1.60 | $736.00 |
|   Total L100 |  | 1.60 | $736.00 |
|  | **Total Fees :** | **1.90** | **$881.50** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $1.00 |
|  | **Total Disbursements :** | **$1.00** |
|  | **TOTAL DUE :** | **$882.50** |

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

| | |
|---|---|
| W. R. Grace & Co. | April 29, 2011 |
| Attn: Richard Finke | Client/Matter #  01246-014352 |
| 7500 Grace Drive | Invoice # 141285 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 03/31/11 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 03/10/11 | K. Bourdeau | C300 | 0.20 | Review EPA Federal Register announcement re IRIS assessment of Libby amphibole asbestos. |

|  |  |
|---|---|
| **Total Hours :** | 0.20 |
| **Total Fees :** | $136.00 |

BEVERIDGE & DIAMOND, P.C.                                   INVOICE # 141285
                                                            April 29, 2011
                                                            PAGE   2


**Time Summary :**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---           |---           |---              |---          |
| K. Bourdeau  | 0.20         | $680.00         | $136.00     |
|              |              | **Total Fees :**| **$136.00** |


**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|---    |---    |---          |
| C300  | 0.20  | $136.00     |
| Total | 0.20  | $136.00     |
|       | **Total Fees :** 0.20 | **$136.00** |


**Summary by Disbursement Codes :**



                                            **TOTAL DUE :**      **$136.00**

# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 29, 2011
Client/Matter #   01246-012629
Invoice # 141283
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 03/09/11 | P. Marks | L120 | 0.20 | Review omnibus order; direct staff re same. |

Total Hours :     0.20

Total Fees :    $92.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  141283
April 29, 2011
PAGE   2

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 0.20 | $460.00 | $92.00 |
| | | | Total Fees: | $92.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 0.20 | $92.00 |
| Total L100 | 0.20 | $92.00 |
| Total Fees : | 0.20 | $92.00 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $8.00 |
| E108 | Postage | $1.39 |
| | Total Disbursements : | $9.39 |
| | **TOTAL DUE :** | **$101.39** |