**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:          3000-02D |
|  | STATEMENT NO:                119 |

Asset Disposition

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $44.50 |
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -7.20 |
| | BALANCE DUE | $37.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                   04/30/2011
Wilmington  DE                                              ACCOUNT NO:        3000-03D
                                                            STATEMENT NO:             106

Business Operations

PREVIOUS BALANCE                                                                $834.60

04/19/2011     Payment - Thank you.  (January, 2011 - 80% Fees)                 -300.00

BALANCE DUE                                                                     $534.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-04D |
|  | STATEMENT NO: | 119 |

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $2,687.87 |

| | | | HOURS | |
|---|---|---|---|---|
| 04/07/2011 | | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period February 2011. | | 0.80 | 360.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.80 | 360.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $450.00 | $360.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 360.00 |

| | | |
|---|---|---|
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -88.00 |
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -40.00 |
| | TOTAL PAYMENTS | -128.00 |
| | BALANCE DUE | $2,919.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-05D |
| | STATEMENT NO:               119 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,433.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 04/15/2011 | | | | |
| MTH | Reviewing Debtor's Motion re settlement re Zonolite Road | | 0.40 | 150.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $375.00 | $150.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 150.00 |

| | | |
|---|---|---|
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -7.20 |

| | |
|---|---|
| BALANCE DUE | $2,576.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
|  | STATEMENT NO:              119 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | -$13.50 |
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -108.00 |
| | CREDIT BALANCE | -$121.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-07D |
|  | STATEMENT NO:            119 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $15,597.64 |

|  |  | HOURS |  |
|---|---|---|---|
| **04/01/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| DAC | Review memorandum re: 3//28/11 hearing | 0.10 | 50.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| **04/03/2011** |  |  |  |
| DAC | Review of letters and supporting documents related to Medicare reporting requirements of Debtors, insurers and trusts | 0.50 | 250.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **04/04/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| GP | Review pleadings filed with the Bankruptcy Court; update 2002 list. | 0.60 | 54.00 |
| MB | Correspondence with GP re: change of address notices and 2002 list | 0.20 | 25.00 |
| **04/05/2011** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MB | Review docket re: 2019 service | 0.30 | 37.50 |
| MB | Review and efile The David Law Firm 2019 statement; Emails with E. Newman re: service lists | 0.30 | 37.50 |
| **04/07/2011** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **04/08/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| MB | Correspondence with GP re: change of address notices and 2002 list | 0.20 | 25.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/10/2011 | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Prepare weekly recommendation memo and correspondence to Committee counsel re same | 1.00 | 375.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| 04/11/2011 | | | | |
| | MK | Review committee events memorandum and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 04/12/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 04/13/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 04/14/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Review correspondence from ACM re confidentiality agreement | 0.20 | 75.00 |
| | MTH | Telephone conference with J. Renebaum | 0.30 | 112.50 |
| 04/15/2011 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 100.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Reviewing notice of change of address and correspondence to and from FKL re same | 0.10 | 37.50 |
| | MTH | Review correspondence from MB re reimbursement of Committee expenses | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memos | 1.00 | 375.00 |
| 04/18/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 04/19/2011 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Correspondence re confidentiality agreements | 0.80 | 300.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MB | Emails and discussion with MTH re: confidentiality agreement | 0.40 | 50.00 |
| 04/20/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |

W.R. Grace

| | | | ACCOUNT NO: | 3000-07D |
| | | | STATEMENT NO: | 119 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| **04/21/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memos | 1.00 | 375.00 |
| | MTH | Review correspondence from MB to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **04/23/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **04/25/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **04/26/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| **04/27/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **04/28/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **04/29/2011** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 55.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from MB to Committee re same | 0.50 | 187.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 12.90 | 4,334.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.60 | $500.00 | $800.00 |
| Philip E. Milch | 1.30 | 450.00 | 585.00 |
| Michele Kennedy | 0.30 | 150.00 | 45.00 |
| Santae M. Boyd | 0.80 | 110.00 | 88.00 |
| Matthew Brushwood | 1.40 | 125.00 | 175.00 |
| Mark T. Hurford | 6.90 | 375.00 | 2,587.50 |
| Gaurav Patel | 0.60 | 90.00 | 54.00 |

Page: 4
W.R. Grace
04/30/2011
ACCOUNT NO:        3000-07D
STATEMENT NO:            119

Committee, Creditors, Noteholders, Equity Holders

TOTAL CURRENT WORK                                                   4,334.50


04/01/2011    Payment - Thank you.  (July, 2010 - 20% Fees)          -1,196.40
04/19/2011    Payment - Thank you.  (January, 2011 - 80% Fees)       -3,596.00
              TOTAL PAYMENTS                                         -4,792.40

              BALANCE DUE                                          $15,139.74


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          04/30/2011
Wilmington  DE                               ACCOUNT NO:        3000-08D
                                             STATEMENT NO:           118

Employee Benefits/Pension

PREVIOUS BALANCE                                              -$194.20

                                                      HOURS
04/01/2011
       MTH     Review correspondence from El re Grace LTIP Motion      0.10        37.50
               FOR CURRENT SERVICES RENDERED                           0.10        37.50

                              RECAPITULATION
   TIMEKEEPER                           HOURS      HOURLY RATE      TOTAL
   Mark T. Hurford                       0.10        $375.00       $37.50

       TOTAL CURRENT WORK                                            37.50

04/01/2011     Payment - Thank you.  (July, 2010 - 20% Fees)          -7.20

       CREDIT BALANCE                                              -$163.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2011
ACCOUNT NO:    3000-10D
STATEMENT NO:    119

Employment Applications, Others

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $701.10 |
| 04/20/2011 | | | |
| MB | Emails with E. Benetos re: retention applications and NIBS documents | 0.30 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 37.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.30 | $125.00 | $37.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 37.50 |
| BALANCE DUE | $738.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2011
ACCOUNT NO:        3000-11D
STATEMENT NO:            117

Expenses

PREVIOUS BALANCE                                                                                    $8,879.17

| | | |
|---|---|---:|
| 04/01/2011 | Scanning - March 2011 | 0.90 |
| 04/01/2011 | Parcels - hand delivery - 5 Fee Applications (3/30/11) | 40.00 |
| 04/01/2011 | Parcels - copy/service - 5 Fee Applications (3/30/11) | 355.51 |
| 04/01/2011 | Pacer charges for the month of March | 220.80 |
| 04/21/2011 | Parcels - copy/service - Certificates of No Objection | 127.80 |
| 04/21/2011 | Parcels - copy/service - Certificates of No Objection | 73.48 |
| 04/29/2011 | Parcels - hand delivery - fee applications | 40.00 |
| | TOTAL EXPENSES | 858.49 |
| | TOTAL CURRENT WORK | 858.49 |

04/19/2011       Payment - Thank you.  (January, 2011 - 100% Expenses)                    -1,941.25

BALANCE DUE                                                                                         $7,796.41

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2011
ACCOUNT NO:    3000-12D
STATEMENT NO:    117

Fee Applications, Applicant

PREVIOUS BALANCE $4,140.20

| | | | HOURS | |
|---|---|---|---|---|
| 04/08/2011 | | | | |
| | MTH | Reviewing pre-bill | 0.50 | 187.50 |
| 04/21/2011 | | | | |
| | MB | Review case docket for objections to C&L February fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| 04/29/2011 | | | | |
| | MB | Review email from DS re: March bill(.1); Prepare C&L March fee application (.4); Finalize and e-file application (.4) | 0.90 | 112.50 |
| | MTH | Reviewing February Monthly fee application of LAS | 0.20 | 75.00 |
| | MTH | Reviewing C&L March monthly fee application | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.40 | 550.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.40 | $125.00 | $175.00 |
| Mark T. Hurford | 1.00 | 375.00 | 375.00 |

TOTAL CURRENT WORK 550.00

| | | |
|---|---|---|
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -74.60 |
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -572.00 |
| | TOTAL PAYMENTS | -646.60 |
| | BALANCE DUE | $4,043.60 |

Page: 2

W.R. Grace

04/30/2011

ACCOUNT NO:       3000-12D
STATEMENT NO:            117

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          04/30/2011
Wilmington  DE                                               ACCOUNT NO:        3000-13D
                                                             STATEMENT NO:            104

Fee Applications, Others

PREVIOUS BALANCE                                                            $15,723.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/01/2011 |  |  |  |  |
|  | MB | Review monthly application of Orrick, Herrington & Sutcliffe LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review interim application of Seitz, Van Ogtrop & Green, P.A. for March 1, 2009 through February 28, 2011  (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review monthly application of Duane Morris LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review monthly application of Stroock & Stroock & Lavan LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review monthly application of Baer Higgins Fruchtman LLC for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review monthly application of Saul Ewing LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review monthly application of Reed Smith LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review interim application of Steptoe & Johnson LLP for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review interim application of Orrick, Herrington & Sutcliffe LLP for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review interim application of Lincoln Partners Advisors LLC for October through December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
|  | MB | Review interim application of David T. Austern for October through December 2010  (.1); Update W.R. Grace weekly recommendation |  |  |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | memorandum (.1) | 0.20 | 25.00 |
| MTH | Review correspondence from KH re LBL fee application | 0.10 | 37.50 |
| MTH | Review correspondence from KH re Scarfone fee application | 0.10 | 37.50 |
| MTH | Review correspondence from KH re THF fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re Saul fee application | 0.10 | 37.50 |

**04/04/2011**

| | | | |
|---|---|---|---|
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |

**04/05/2011**

| | | | |
|---|---|---|---|
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DKW re Blackstone fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DF re CNO for Austern fee application | 0.10 | 37.50 |

**04/06/2011**

| | | | |
|---|---|---|---|
| MB | Attention to fee application tracking charts for professionals and objection deadlines | 0.20 | 25.00 |

**04/07/2011**

| | | | |
|---|---|---|---|
| MB | Review monthly application of Irell & Manella LLP for March 2011 (.1); Update Flinkote weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of The Hogan Firm for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Scarfone Hawkins LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Luazon Belanger Lesperance for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Alan B. Rich for March 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MTH | Review correspondence from DKW re Ogilvy fee application | 0.10 | 37.50 |
| MTH | Review correspondence from WWW re Holme fee application | 0.10 | 37.50 |

**04/08/2011**

| | | | |
|---|---|---|---|
| MB | Review monthly application of Kramer Levin Naftalis & Frankel LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Kaye Scholer LLP for December 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Kaye Scholer LLP for January 2011 through February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Capstone Advisory Group LLC for January 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MB | Review monthly application of Capstone Advisory Group LLC for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Blackstone Advisory Partners L.P. for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen LLP for April through June 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Ferry, Joseph & Pearce, P.A. for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Bilzin Sumberg Baena Price & Axelrod LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MTH | Review correspondence from DKW re K&E fee application | 0.10 | 37.50 |

04/11/2011
| MTH | Review correspondence from DKW re Foley Hoag fee application | 0.10 | 37.50 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 37.50 |

04/12/2011
| MTH | Review correspondence from DKW re designation | 0.10 | 37.50 |

04/13/2011
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |

04/15/2011
| MTH | Correspondence to and from MB re Smith fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DKW re various fee applications | 0.10 | 37.50 |
| MTH | Review correspondence from DF re Orrick CNO | 0.10 | 37.50 |
| MB | Review monthly application of Kirkland & Ellis LLP for March 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Warren H. Smith & Associates for March 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Foley Hoag LLP for February 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen, LLP for September 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| MB | Review monthly application of Holme Roberts & Owen, LLP for August 2010 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| **04/18/2011** | | | | |
| | MTH | Review correspondence from MS re PSZ&J fee application | 0.10 | 37.50 |
| **04/19/2011** | | | | |
| | MB | Emails with AKO re: March bill corrections | 0.20 | 25.00 |
| | MB | Review email from A. Pelton re: March bill(.1); Prepare AKO March fee application (.7) | 0.80 | 100.00 |
| | MTH | Discussion with MB re AKO fee application and reviewing correspondence re same | 0.20 | 75.00 |
| | MTH | Review correspondence from AP re revisions to AKO fee applications | 0.10 | 37.50 |
| **04/21/2011** | | | | |
| | MB | Email professionals re: certificates of no objection to fee applications | 0.10 | 12.50 |
| | MB | Email to R. Finke re: certificates of no objection | 0.10 | 12.50 |
| | MB | Review case docket for objections to Legal Analysis Systems January fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| | MB | Review case docket for objections to AKO February fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| | MB | Review case docket for objections to Charter Oak February fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| | MB | Review case docket for objections to C&D February fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| | MTH | Review correspondence from TBB re Saul Ewing's monthly fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from MB re CNO's to be filed for monthly fee applications | 0.10 | 37.50 |
| | SMB | Review October through December 2010 Interim Application of Beveridge & Diamond, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review February 2011 Application of Beveridge & Diamond, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review January 2011 Application of Beveridge & Diamond, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2011 Interim Application of Woodcock Washburn  LLP. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review February 2011 Application of Pachulski Stang Ziehl & Jones LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| **04/25/2011** | | | | |
| | MTH | Review correspondence from WWW re HRO 38th interim | 0.10 | 37.50 |
| | MTH | Review correspondence from PB re Casner fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from HQ re Orrick fee application for March 2011 | 0.10 | 37.50 |
| | MTH | Review correspondence from RC re AKO fee application | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/26/2011 | | | | |
| | MTH | Review correspondence from PB re Ogilvy fee application | 0.10 | 37.50 |
| 04/27/2011 | | | | |
| | MTH | Review correspondence from WWW re HRO fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re Kramer Levin CNO | 0.10 | 37.50 |
| | MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |
| 04/28/2011 | | | | |
| | MTH | Review correspondence from PB re K&E fee application | 0.10 | 37.50 |
| 04/29/2011 | | | | |
| | MB | Review email from D. Relles re: March bill(.1); Prepare LAS March fee application (.3); Finalize and e-file application (.4) | 0.80 | 100.00 |
| | MB | Review email from D. Relles re: February bill(.1); Prepare LAS February fee application (.3); Finalize and e-file application (.4) | 0.80 | 100.00 |
| | MB | Review email from E. Benetos re: C&D March fee application (.1); Update C&D March fee application (.3); Finalize and e-file application (.4) | 0.70 | 87.50 |
| | MB | Review email from G. Sinclair re: March bill(.1); Prepare Charter Oak March fee application (..3); Finalize and e-file application (.4) | 0.80 | 100.00 |
| | MTH | Reviewing correspondence from PB re Blackstone fee application | 0.10 | 37.50 |
| | MTH | Reviewing March Monthly fee application for LAS | 0.10 | 37.50 |
| | MTH | Reviewing March monthly fee application for Charter Oak and related correspondence | 0.20 | 75.00 |
| | MTH | Reviewing C&D March monthly fee application | 0.20 | 75.00 |
| | MTH | Reviewing AKO March monthly fee application | 0.10 | 37.50 |
| | MTH | Reviewing correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
| | SMB | Prepare March 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare March 2011 application of Kirkland & Ellis LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare March 2011 application of Stroock & Stroock LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare March 2011 application of Duane Morris LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare March 2011 application of Ferry Joseph & Pearce, P.A. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare December 2010 application of Holme Roberts Owen LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare November 2010 application of Holme Roberts Owen LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare October 2010 application of Holmes Roberts Owen LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Prepare February 2011 application of Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

Page: 6
04/30/2011

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            104

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Prepare March 2011 application of Ogilvy Renault LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Prepare July through September Interim application of Holme Roberts Owen LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Prepare February 2011 application of Casner & Edwards LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Prepare March 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 20.30 | 3,533.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 3.60 | $110.00 | $396.00 |
| Matthew Brushwood | 12.50 | 125.00 | 1,562.50 |
| Mark T. Hurford | 4.20 | 375.00 | 1,575.00 |

TOTAL CURRENT WORK                                          3,533.50

| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -518.60 |
|---|---|---|
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -2,790.00 |
|  | TOTAL PAYMENTS | -3,308.60 |
|  | BALANCE DUE | $15,948.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:           78 |

Financing

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $150.00 |
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -120.00 |
| | BALANCE DUE | $30.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
04/30/2011

W.R. Grace
Wilmington  DE

| | | |
|---|---|---|
| ACCOUNT NO: | 3000-15D |
| STATEMENT NO: | 119 |

Hearings

PREVIOUS BALANCE    $12,034.55

| | | | HOURS | |
|---|---|---|---|---|
| 04/08/2011 | | | | |
| | MTH | Reviewing preliminary agenda for hearing | 0.10 | 37.50 |
| 04/11/2011 | | | | |
| | MTH | Reviewing Agenda for hearing and discussion with FLK re same; correspondence to RH re same | 0.20 | 75.00 |
| 04/15/2011 | | | | |
| | MTH | Reviewing Agenda for hearing and preparing for hearing | 0.40 | 150.00 |
| | GP | Preparation of trial binder, for attorney | 0.50 | 45.00 |
| 04/18/2011 | | | | |
| | MTH | Preparing for and attending hearing | 1.00 | 375.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.20 | 682.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $375.00 | $637.50 |
| Gaurav Patel | 0.50 | 90.00 | 45.00 |

TOTAL CURRENT WORK    682.50

| | | |
|---|---|---|
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -194.40 |
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -2,250.00 |
| | TOTAL PAYMENTS | -2,444.40 |

Page: 2
04/30/2011
W.R. Grace

ACCOUNT NO:     3000-15D
STATEMENT NO:          119

Hearings

BALANCE DUE                                                $10,272.65

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
|  | STATEMENT NO:          104 |

Litigation and Litigation Consulting

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | -$642.90 |
| | | |
| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -14.40 |
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -798.00 |
| | TOTAL PAYMENTS | -812.40 |
| | CREDIT BALANCE | -$1,455.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                      04/30/2011
Wilmington  DE                                              ACCOUNT NO:      3000-17D
                                                            STATEMENT NO:           104

Plan and Disclosure Statement

PREVIOUS BALANCE                                                              $10,514.30

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/01/2011 | | | | |
| | MTH | Telephone conference with counsel re status of Plan confirmation and asbestos issues and correspondence to EI re same | 0.40 | 150.00 |
| | MTH | Reviewing Stipulation re: Cure with National Union | 0.10 | 37.50 |
| | MTH | Reviewing BNSF's Designation of Record and Statement of Issues on Appeal | 0.10 | 37.50 |
| | MTH | Review correspondence from FP re Libby Claimants statement of issues | 0.10 | 37.50 |
| | MTH | Multiple correspondence re final designation and correspondence re finalization and filing of same | 0.50 | 187.50 |
| 04/04/2011 | | | | |
| | MTH | Review correspondence from RH re hearing with District Court on appeal issues and response to same; discussion with JON re same | 0.40 | 150.00 |
| | MTH | Review correspondence from MS re Order entered by District Court re oral argument | 0.10 | 37.50 |
| 04/05/2011 | | | | |
| | MTH | Various correspondence and calls re Appellee's counter-designation of record on appeal | 0.40 | 150.00 |
| 04/06/2011 | | | | |
| | MTH | Review correspondence from counsel (x3) re mediation with Connor Bifferato | 0.10 | 37.50 |
| 04/07/2011 | | | | |
| | MTH | Reviewing Order entered re CA3 ruling on Anderson Memorial appeal and correspondence to PVNL re same | 0.30 | 112.50 |
| 04/08/2011 | | | | |
| | MTH | Review correspondence from DB re confidential information re appeal | | |

Page: 2
W.R. Grace                                                                                                04/30/2011
                                                                                    ACCOUNT NO:        3000-17D
                                                                                    STATEMENT NO:           104
Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | process | 0.20 | 75.00 |
| 04/11/2011 |  |  |  |  |
|  | MTH | Telephone call to PVNL re mediation; calls to RW and DF re same; discussion with DF re same | 0.30 | 112.50 |
|  | MTH | Telephone conference with G. McDaniel re designation | 0.30 | 112.50 |
|  | MTH | Various correspondence re mediation of CNA appeal | 0.20 | 75.00 |
| 04/14/2011 |  |  |  |  |
|  | MTH | Reviewing orders entered re briefing on appeal and oral argument | 0.30 | 112.50 |
| 04/15/2011 |  |  |  |  |
|  | MTH | Review correspondence from JPC re mediation | 0.10 | 37.50 |
|  | MTH | Review correspondence from mediator rep re mediation and response to same | 0.10 | 37.50 |
| 04/18/2011 |  |  |  |  |
|  | MTH | Reviewing correspondence to J. Buckwalter | 0.20 | 75.00 |
| 04/21/2011 |  |  |  |  |
|  | MTH | Reviewing correspondence from JP re mediation re CNA settlement motion | 0.10 | 37.50 |
|  | MTH | Review correspondence from Legal research re: re Bank Lender Group Motion to Exceed Page Limitation | 0.10 | 37.50 |
|  | MTH | Correspondence to and from PVNL re Motion re CDN ZAI Clams Administrator | 0.20 | 75.00 |
|  | MTH | Reviewing correspondence re Motion re Libby Claimant Key, including correspondence to and from PVNL and counsel to the FCR re same | 0.30 | 112.50 |
| 04/25/2011 |  |  |  |  |
|  | MTH | Correspondence re filing and circulation of briefs by Appellants with MB, start review of same | 1.50 | 562.50 |
|  | MTH | Correspondence to and from JAL re appellate briefing | 0.20 | 75.00 |
|  | MB | Document review and retrieval re: adversary briefs; email C&D re: same | 0.40 | 50.00 |
| 04/26/2011 |  |  |  |  |
|  | MTH | Review correspondence from KH re Exhibit F to Canadian ZAI Claims Administrator Motion | 0.10 | 37.50 |
|  | MTH | Correspondence and communications with MB re service of appellate briefs | 0.50 | 187.50 |
|  | MB | Document review and retrieval re: adversary briefs; emails C&D re: same | 0.60 | 75.00 |
| 04/28/2011 |  |  |  |  |
|  | MTH | Correspondence to and from JAL re appellate filings; discussion with SB re same | 0.20 | 75.00 |
|  | MTH | Correspondence to and from JRK re appellate documents | 0.10 | 37.50 |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| MB | Email to C&D re: adversary briefs | 0.20 | 25.00 |
|  | FOR CURRENT SERVICES RENDERED | 8.70 | 2,962.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.20 | $125.00 | $150.00 |
| Mark T. Hurford | 7.50 | 375.00 | 2,812.50 |

TOTAL CURRENT WORK                                               2,962.50

| 04/01/2011 | Payment - Thank you.  (July, 2010 - 20% Fees) | -213.40 |
|---|---|---|
| 04/19/2011 | Payment - Thank you.  (January, 2011 - 80% Fees) | -2,920.00 |
|  | TOTAL PAYMENTS | -3,133.40 |
|  | BALANCE DUE | $10,343.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                04/30/2011
Wilmington  DE                              ACCOUNT NO:        3000-18D
                                            STATEMENT NO:            104

Relief from Stay Proceedings

PREVIOUS BALANCE                                                          -$32.70

CREDIT BALANCE                                                           -$32.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2011
ACCOUNT NO:        3000-20D
STATEMENT NO:              103

Tax Litigation

PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                          $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:               95 |

Travel-Non-Working

| PREVIOUS BALANCE | $391.00 |
|---|---|
| BALANCE DUE | $391.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                              04/30/2011
Wilmington  DE                                                          ACCOUNT NO:          3000-22D
                                                                        STATEMENT NO:                108

Valuation

PREVIOUS BALANCE                                                                        $1,185.00

BALANCE DUE                                                                             $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                04/30/2011
Wilmington  DE                                                         ACCOUNT NO:        3000-23D
                                                                       STATEMENT NO:            108

ZAI Science Trial

PREVIOUS BALANCE                                                                      $1,203.30

BALANCE DUE                                                                           $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
04/30/2011

W.R. Grace
Wilmington  DE                                                                ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-02 Asset Disposition** | | | | | |
| 44.50 | 0.00 | 0.00 | 0.00 | -7.20 | $37.30 |
| **3000-03 Business Operations** | | | | | |
| 834.60 | 0.00 | 0.00 | 0.00 | -300.00 | $534.60 |
| **3000-04 Case Administration** | | | | | |
| 2,687.87 | 360.00 | 0.00 | 0.00 | -128.00 | $2,919.87 |
| **3000-05 Claims Analysis Objection & Resolution (Asbestos)** | | | | | |
| 2,433.20 | 150.00 | 0.00 | 0.00 | -7.20 | $2,576.00 |
| **3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)** | | | | | |
| -13.50 | 0.00 | 0.00 | 0.00 | -108.00 | -$121.50 |
| **3000-07 Committee, Creditors, Noteholders, Equity Holders** | | | | | |
| 15,597.64 | 4,334.50 | 0.00 | 0.00 | -4,792.40 | $15,139.74 |
| **3000-08 Employee Benefits/Pension** | | | | | |
| -194.20 | 37.50 | 0.00 | 0.00 | -7.20 | -$163.90 |
| **3000-10 Employment Applications, Others** | | | | | |
| 701.10 | 37.50 | 0.00 | 0.00 | 0.00 | $738.60 |
| **3000-11 Expenses** | | | | | |
| 8,879.17 | 0.00 | 858.49 | 0.00 | -1,941.25 | $7,796.41 |
| **3000-12 Fee Applications, Applicant** | | | | | |
| 4,140.20 | 550.00 | 0.00 | 0.00 | -646.60 | $4,043.60 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,723.90 | 3,533.50 | 0.00 | 0.00 | -3,308.60 | $15,948.80 |
| 3000-14 Financing | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | -120.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 12,034.55 | 682.50 | 0.00 | 0.00 | -2,444.40 | $10,272.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -642.90 | 0.00 | 0.00 | 0.00 | -812.40 | -$1,455.30 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 10,514.30 | 2,962.50 | 0.00 | 0.00 | -3,133.40 | $10,343.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -32.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$32.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 391.00 | 0.00 | 0.00 | 0.00 | 0.00 | $391.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 76,105.83 | 12,648.00 | 858.49 | 0.00 | -17,756.65 | $71,855.67 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.