Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2011 through April 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Apr-11 | BR | Review of weekly update report on Grace. | 0.10 | $625.00 | $ 62.50 |
| 11-Apr-11 | BR | Review of weekly update report on Grace. | 0.10 | $625.00 | $ 62.50 |
| | | Total Bradley Rapp | 0.20 | | $ 125.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 04-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 11-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 18-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 26-Apr-11 | JS | Review, analyze 1st Quarter 2011 financial results for monitoring. | 2.30 | $625.00 | $ 1,437.50 |
| 26-Apr-11 | JS | Join 1st Quarter 2011 earnings call Webcast with management for monitoring and for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 26-Apr-11 | JS | Write memorandum with analysis to ACC counsel regarding 1st Quarterly 2011 financial results for purposes of advising ACC counsel. | 2.20 | $625.00 | $ 1,375.00 |
| | | Total James Sinclair | 6.80 | | $ 4,250.00 |
| Peter Cramp - Associate | | | | | |
| 04-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 11-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 345.00 | $ 586.50 |
| 18-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 25-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.60 | $ 345.00 | $ 897.00 |
| 25-Apr-11 | PC | Review March Fee Application. | 0.30 | $ 345.00 | $ 103.50 |
| 26-Apr-11 | PC | Telephonic participation in Q1 Earnings Call for due diligence. | 0.60 | $ 345.00 | $ 207.00 |
| 26-Apr-11 | PC | Review Q1 Earnings release for due diligence and monitoring. | 1.10 | $ 345.00 | $ 379.50 |
| 26-Apr-11 | PC | Review Q1 Business Outlook in preparation for Earnings Call. | 0.40 | $ 345.00 | $ 138.00 |
| | | Total Peter Cramp | 9.80 | | $ 3,381.00 |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 25-Apr-11 | GS | Draft March Fee Application. | 1.50 | $ 290.00 | $ 435.00 |
| | | Total Gibbons Sinclair | 1.50 | | $ 435.00 |
| | | **TOTAL** | 18.30 | | $ 8,191.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2011 through April 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 04-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 05-Apr-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-Apr-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 11-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 345.00 | $ 586.50 |
| 18-Apr-11 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 18-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 25-Apr-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.60 | $ 345.00 | $ 897.00 |
| | | Total Asset Analysis and Recovery | 9.30 | | $ 3,740.50 |
| Fee Applications (Applicant) | | | | | |
| 25-Apr-11 | PC | Review March Fee Application. | 0.30 | $ 345.00 | $ 103.50 |
| 25-Apr-11 | GS | Draft March Invoice. | 1.50 | $ 290.00 | $ 435.00 |
| | | Total Fee Applications (Applicant) | 1.80 | | $ 538.50 |
| Valuation | | | | | |
| 26-Apr-11 | JS | Review, analyze 1st Quarter 2011 financial results for monitoring. | 2.30 | $ 625.00 | $ 1,437.50 |
| 26-Apr-11 | JS | Join 1st Quarter 2011 earnings call Webcast with management for monitoring and for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 26-Apr-11 | JS | Write memorandum with analysis to ACC counsel regarding 1st Quarterly 2011 financial results for purposes of advising ACC counsel. | 2.20 | $ 625.00 | $ 1,375.00 |
| 26-Apr-11 | PC | Telephonic participation in Q1 Earnings Call for due diligence. | 0.60 | $ 345.00 | $ 207.00 |
| 26-Apr-11 | PC | Review Q1 Earnings release for due diligence and monitoring. | 1.10 | $ 345.00 | $ 379.50 |
| 26-Apr-11 | PC | Review Q1 Business Outlook in preparation for Earnings Call. | 0.40 | $ 345.00 | $ 138.00 |
| | | Total Valuation | 7.20 | | $ 3,912.00 |
| | | **TOTAL** | 18.30 | | $ 8,191.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2011 through April 30, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 0.20 | $ 625.00 | $ 125.00 |
| James Sinclair - Senior Managing Director | 6.80 | $ 625.00 | $ 4,250.00 |
| Peter Cramp - Associate | 9.80 | $ 345.00 | $ 3,381.00 |
| Gibbons Sinclair - Senior Analyst | 1.50 | $ 290.00 | $ 435.00 |
| Total Professional Hours and Fees | 18.30 | | $ 8,191.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - April 1, 2011 through April 30, 2011

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period | |
|      | Total Expenses April 1, 2011 through April 30, 2011 | $0.00 |