## EXHIBIT A

### Asset Disposition (5.10 Hours; $ 2,728.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | 5.10 | $535 | 2,728.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/11 | KCM | 535.00 | 5.10 | Telephone conference with PVNL and JPW re appellate briefing (.5); review/analyze previous oral argument outline, previous briefing outlines and related materials re appeal assignments (3.7); review/analyze various statements of issues and related materials (.9) |

**Total Task Code .02          5.10**

### Case Administration (34.90 Hours; $ 9,734.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $1,000 | 1,400.00 |
| Peter Van N. Lockwood | .30 | $905 | 271.50 |
| Trevor W. Swett | .50 | $710 | 355.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |
| Erroll B. Butts | 19.50 | $245 | 4,777.50 |
| Eugenia Benetos | 2.00 | $215 | 430.00 |
| Mollie E. Gelburd | 10.60 | $205 | 2,173.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/11 | PVL | 905.00 | 0.10 | Rv 11 misc. filings |
| 04/05/11 | MEG | 205.00 | 6.80 | Review docket using PACER and retrieve all Phase I and Phase II pre-trial, trial, and post-trial briefs and prepare sets and index of the same for KCM. |
| 04/06/11 | MEG | 205.00 | 0.90 | Finalize sets of  Phase I and Phase II pre-trial, trial, and post trial briefs and index of the same for KCM. |
| 04/08/11 | RCT | 545.00 | 0.20 | Review local counsel rec. or dkts re: EI update (02). |
| 04/13/11 | EI | 1,000.00 | 0.20 | Horkovich inquiry (0.1); claimant call (0.1) |

| 04/14/11 | PVL | 905.00 | 0.10 | Rv 6 misc. filings |
| 04/14/11 | TWS | 710.00 | 0.20 | E-mail to M. Peterson re confidentiality agreement and follow up |
| 04/14/11 | EI | 1,000.00 | 0.10 | Set up Horkovitz meeting (0.1) |
| 04/14/11 | EB | 215.00 | 0.60 | Emails to EGB re: Confi. Agreement. |
| 04/15/11 | RCT | 545.00 | 0.20 | Review local counsel recomendations and dockets re: EI update (02). |
| 04/18/11 | TWS | 710.00 | 0.10 | Telephone conference with EGB to follow up request re confidentiality agreement; telephone conference with M. Peterson re same |
| 04/19/11 | TWS | 710.00 | 0.20 | Telephone conference with ACM re Grace conference; e-mail M. Hurford re same |
| 04/19/11 | EB | 215.00 | 1.00 | Perform search of boxes for douments ordered from the warehouse. |
| 04/20/11 | EI | 1,000.00 | 0.10 | Horkovitz meeting (0.1) |
| 04/21/11 | EI | 1,000.00 | 1.00 | Conf. Horkovitz/Garbowski re insurance values (1.0) |
| 04/26/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 04/26/11 | EB | 215.00 | 0.40 | Review, classify, and annotate relevant mateiral concerning fee application schedule for EI. |
| 04/28/11 | MEG | 205.00 | 2.90 | Prepare sets of Planned Proponents Briefs for JMR and KGH (1.7); Research docket for Joint Index on Appeal and prepare sets of the same for JMR and KGH (1.2) |
| 04/28/11 | EGB | 245.00 | 7.50 | Review information for JT appeal, contact vendors, create copy set and download information as needed. |
| 04/29/11 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re: EI update (02). |
| 04/29/11 | EGB | 245.00 | 5.50 | Review information for JT appeal, contact vendors, download information as needed. Organize file room for documents. upload material onto J drive |
| 04/30/11 | EGB | 245.00 | 6.50 | Quality check binders and review tabs of 54 binders re: Jt Appeal documents |

**Total Task Code .04**          **34.90**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .10 | | $905 | 90.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/20/11 | PVL | 905.00 | 0.10 | Rv motion re Ga. Zonolite settlement |

**Total Task Code .05**          **.10**

**Fee Applications, Applicant (5.40 Hours; $ 2,547.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 4.20 | | $545 | 2,289.00 |
| Eugenia Benetos | | 1.20 | | $215 | 258.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 04/06/11 | RCT | 545.00 | 0.20 | Review fee application schedules for April (02). |
| 04/14/11 | RCT | 545.00 | 0.20 | Review exhibits (02). |
| 04/19/11 | RCT | 545.00 | 0.80 | Review and edit prebill (08). |
| 04/19/11 | RCT | 545.00 | 0.30 | Review and edit exhibits (03). |
| 04/19/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 04/21/11 | RCT | 545.00 | 0.90 | Review quarterly fee application (09). |
| 04/25/11 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |

| 04/28/11 | RCT | 545.00 | 0.80 | Review monthly fee application (08). |
|---|---|---|---|---|

**Total Task Code .12**  **5.40**

## Litigation and Litigation Consulting (151.50 Hours; $ 69,145.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | 90.00 | $535 | 48,150.00 |
| James P. Wehner | 13.90 | $535 | 7,436.50 |
| Jeanna Rickards Koski | 15.50 | $380 | 5,890.00 |
| Kate G. Henningsen | 31.10 | $240 | 7,464.00 |
| Sayem Osman | .20 | $205 | 41.00 |
| Mollie E. Gelburd | .80 | $205 | 164.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/11 | KCM | 535.00 | 0.30 | Review/analyze correspondence re appeal issue |
| 04/01/11 | JMR | 380.00 | 2.80 | Exchange e-mails with JAL and PVNL regarding status of joint index of exhibits on appeal (.2); confer with PVNL regarding same (.1); telephone conversation with counsel for the debtor regarding same (.4); review briefs filed by insurers prior to confirmation regarding issues raised on appeal (2.1) |
| 04/04/11 | MEG | 205.00 | 0.80 | Organize and prepare pleadings related all parties' statements of issues for KCM. |
| 04/04/11 | JPW | 535.00 | 1.90 | Review appellate statements (1.1); meet with LMK re appellate issues (.3); telephone conference with PVNL re appeal issues, meet with KCM (.5) |
| 04/04/11 | JMR | 380.00 | 1.00 | Confer with JAL regarding status of counter statement of issues on appeal (.2); telephone conversation with counsel for debtors regarding same (.4); report back to JAL regarding same (.2); exchange e-mails with JPW regarding briefing responsibilities for responding to appeals (.2) |
| 04/04/11 | SO1 | 205.00 | 0.20 | Review and retrieve pleading from docket for JMR. |

| 04/05/11 | JPW | 535.00 | 0.80 | Review Statement of Appeals (.6); e-mails re briefing (.2) |
|----------|-----|--------|------|----------------------------------------------------------|
| 04/05/11 | KCM | 535.00 | 2.90 | Review pre- and post-trial briefs and statement of issues and related materials |
| 04/05/11 | JMR | 380.00 | 0.30 | Review joint index of appeals to be filed (.2); exchange e-mails with JAL regarding same (.1) |
| 04/06/11 | KCM | 535.00 | 3.40 | Review/analyze bankruptcy court briefs, statement of issues and related materials |
| 04/07/11 | JPW | 535.00 | 2.40 | Review confirmation briefing (1.1); meet with JAL and KCM re appeal issues (1.3) |
| 04/07/11 | KCM | 535.00 | 5.40 | Meet with JPW and JAL re Grace briefing (1.3); review/analyze pre- and post-trial briefs, statements of issues and related materials (4.1) |
| 04/08/11 | JPW | 535.00 | 1.90 | Review transcripts on questionnaire issues (.4); review confirmation briefing for appellate issues (1.5) |
| 04/08/11 | KGH | 240.00 | 0.20 | Meet with JAL to discuss research project in Grace appeal. |
| 04/11/11 | KCM | 535.00 | 5.20 | Review/analyze briefs and materials and plan/prepare for response |
| 04/12/11 | KCM | 535.00 | 3.80 | Review brief, cases and materials re appeal issues and plan/prepare response |
| 04/12/11 | KGH | 240.00 | 1.50 | Update legal research re jury trial. |
| 04/13/11 | KCM | 535.00 | 4.70 | Review/analyze briefs, cases and materials re appeal issues |
| 04/14/11 | KCM | 535.00 | 5.60 | Review/analyze briefs and cases and draft/revise outline of responses |
| 04/14/11 | KGH | 240.00 | 6.40 | Update legal research re jury trial. |
| 04/15/11 | KCM | 535.00 | 4.90 | Review/analyze briefs, cases and outline of responses |
| 04/18/11 | KCM | 535.00 | 4.20 | Review/analyze briefs and materials and plan/prepare response |
| 04/19/11 | KCM | 535.00 | 3.70 | Review briefs, cases and materials and plan/prepare for appeal brief |

| 04/19/11 | KGH | 240.00 | 2.20 | Research statutory construction. |
|----------|-----|--------|------|----------------------------------|
| 04/20/11 | KCM | 535.00 | 3.10 | Outline response issues and review related cases, briefs and materials re appeal issues |
| 04/21/11 | KCM | 535.00 | 3.90 | Review briefs, cases and materials re appeal issues and plan/prepare for appeal briefing |
| 04/21/11 | KGH | 240.00 | 5.30 | Research statutory construction and jury verdict. |
| 04/22/11 | KCM | 535.00 | 2.00 | Communicate with Debtor re brief issues (.1); review briefs and materials and outline appeal arguments (1.9) |
| 04/22/11 | KGH | 240.00 | 3.30 | Research jury issues. |
| 04/25/11 | JPW | 535.00 | 1.10 | Review task chart (.5); meet with KCM re appellate briefing (.3); e-mails re briefs (.3) |
| 04/25/11 | KCM | 535.00 | 7.60 | Meet with TEP re appeals issue (.1); review Debtors chart and communicate internally re same (.3); review/analyze appeal briefs (7.2) |
| 04/26/11 | JPW | 535.00 | 1.40 | Meet with JAL, PVNL, and KCM re appellate issues (.8); meet with JAL and JMR re appellate issues (.3); meet with KCM re appellate issues (.3) |
| 04/26/11 | KCM | 535.00 | 7.90 | Meetings with PVNL, JAL and JPW re appeal issue (1.2); attend conference call with Plan Proponents re appeal issues (.5); review/analyze appeal briefs and related materials (6.2) |
| 04/27/11 | JPW | 535.00 | 2.30 | Read appellate briefs |
| 04/27/11 | KCM | 535.00 | 5.80 | Review correspondence with FCR re briefing (.1); review/analyze briefs, cases and materials and draft/revise appeal brief (5.7) |
| 04/27/11 | JMR | 380.00 | 1.20 | Review the appeal filed by the Libby claimants |
| 04/27/11 | KGH | 240.00 | 1.20 | Read appellant brief. |
| 04/28/11 | KCM | 535.00 | 6.20 | Review/analyze briefs, cases and materials and draft/revise appeal response (6.1); review correspondence with FCR re briefing (.1) |

| 04/28/11 | JMR | 380.00 | 1.60 | Meeting with JPW and KGH regarding preparation of response to appellants the Libby Claimants' brief (.6); gather relevant filings and materials (.5); coordinate obtaining access to the documents identified in the joint index with paralegals (.5) |
|---|---|---|---|---|
| 04/28/11 | KGH | 240.00 | 6.60 | Meet with JAL and JMR to allocate brief writing responsibilities (0.7); update law on several issues for appellate brief (5.9). |
| 04/29/11 | JPW | 535.00 | 2.10 | Telephone conference with FCR re briefing tasks (.8); meet with PVNL, JAL, and KCM re briefing (.7); review appellate briefs (.6) |
| 04/29/11 | KCM | 535.00 | 9.40 | Attend telephone conference with FCR, PVNL, and JAL re appeal issues (.8); meet with JPW, JAL and PVNL re appeal briefing assignments (.7); communicate with FCR and PVNL re briefing issue (.1); review/analyze briefs, cases and materials and draft/revise response (7.8) |
| 04/29/11 | JMR | 380.00 | 8.60 | Draft portions of brief responding to appeal of Libby Claimants |
| 04/29/11 | KGH | 240.00 | 4.40 | Research legal issues for appellate brief. |

**Total Task Code .16        151.50**

## Plan & Disclosure Statement (87.50 Hours; $ 47,776.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 19.80 | $905 | 17,919.00 |
| Ann C. McMillan | .50 | $625 | 312.50 |
| Jeffrey A. Liesemer | 38.60 | $535 | 20,651.00 |
| Andrew J. Sackett | 5.60 | $340 | 1,904.00 |
| Todd E. Phillips | 14.70 | $340 | 4,998.00 |
| Kate G. Henningsen | 8.30 | $240 | 1,992.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/11 | PVL | 905.00 | 1.10 | Rv BNSF, Geico, Montana, Canada stmts of issues and emails re same and reply thereto (1.0); cn JMR (.1) |

| 04/01/11 | JAL | 535.00 | 0.20 | Drafted e-mails to JMR and KGH re: confirmation appeal issues. |
| 04/01/11 | KGH | 240.00 | 8.30 | Review documents for appellate issues (1.6); research legal issues for brief opposing Rule 2004 discovery (6.7). |
| 04/02/11 | JAL | 535.00 | 0.30 | Review of e-mails from JMR re: confirmation appeal issues. |
| 04/03/11 | PVL | 905.00 | 0.80 | Prep. for 4/4 teleconference re appeals |
| 04/04/11 | PVL | 905.00 | 1.80 | Tcn Donley, Paul, Landau, Frankel, Wyron & Felder (1.0); rv emails and reply (.3); cn JPW & KCM (.5) |
| 04/04/11 | JAL | 535.00 | 0.80 | Review of materials and e-mail exchanges re: confirmation appeal issues. |
| 04/04/11 | JAL | 535.00 | 0.10 | Tele. call w/JMR re: confirmation appeal issues. |
| 04/04/11 | JAL | 535.00 | 0.10 | E-mail exchange w/JMR re: confirmation appeal issues. |
| 04/04/11 | JAL | 535.00 | 0.10 | Tele. call w/M. Hurford re: confirmation appeal issues. |
| 04/04/11 | JAL | 535.00 | 0.80 | Review and analysis of statement of issues. |
| 04/04/11 | JAL | 535.00 | 0.30 | Drafted and revised e-mail to PVNL, JPW and KCM re: statement of issues on appeal. |
| 04/04/11 | JAL | 535.00 | 0.20 | Office conf. w/KCM re: appellate briefing. |
| 04/05/11 | JAL | 535.00 | 0.40 | Review and analysis of draft counter-designation to appellate record and e-mail exchanges w/JMR re: same. |
| 04/05/11 | JAL | 535.00 | 0.10 | E-mail to D. Boll re: counter-designation of appellate record. |
| 04/05/11 | TEP | 340.00 | 4.70 | Confer with KCM re appellate briefing (0.2); legal research re 1123(a)(5)(B) (4.50). |
| 04/06/11 | TEP | 340.00 | 4.60 | Legal research re 1123(a)(5)(B). |
| 04/07/11 | JAL | 535.00 | 1.10 | Review of issues and other matters relating to appellate briefing. |

| 04/07/11 | JAL | 535.00 | 3.10 | Review and analysis of materials relating to appellate issues and briefing. |
|---|---|---|---|---|
| 04/07/11 | JAL | 535.00 | 1.20 | Meeting w/JPW and KCM re: appeal issues. |
| 04/07/11 | TEP | 340.00 | 1.10 | Legal research re 1123(a)(5)(B). |
| 04/08/11 | JAL | 535.00 | 0.60 | Review of memo from TWS re: estimation discovery issues. |
| 04/08/11 | JAL | 535.00 | 0.20 | Office conf. w/KGH re: issues for briefing on appeal. |
| 04/08/11 | TEP | 340.00 | 0.90 | Research re insurance assignment issues. |
| 04/12/11 | ACM | 625.00 | 0.10 | Exchange e-mails with L. Busch re Grace documents. |
| 04/12/11 | JAL | 535.00 | 0.40 | Review and analysis of updated designation of appellate record and e-mail to D. Boll re: same. |
| 04/12/11 | TEP | 340.00 | 0.10 | Review scheduling order re appeals. |
| 04/14/11 | PVL | 905.00 | 0.10 | Teleconference Cloud |
| 04/14/11 | ACM | 625.00 | 0.20 | Exchange e-mails with PVNL, TWS re confidentiality agreements. |
| 04/14/11 | JAL | 535.00 | 0.20 | Review and analysis of materials re: bankruptcy appeal issues. |
| 04/15/11 | JAL | 535.00 | 0.20 | Reviewed KCM's list re: issues for briefing on appeal. |
| 04/16/11 | PVL | 905.00 | 0.10 | Rv KCM outline re briefing |
| 04/18/11 | PVL | 905.00 | 0.70 | Attend Grace hearing (.2); tcn Shelnitz, Donley, Paul, Baer, Frankel & Wyron (.5) |
| 04/18/11 | AJS | 340.00 | 0.50 | Legal research re 11 USC 1142(a) (jurisdiction). |
| 04/19/11 | ACM | 625.00 | 0.20 | Exchange e-mails with M. Hurford, TWS re Confidentiality Agreement (.1); teleconference TWS re same (.1). |
| 04/20/11 | PVL | 905.00 | 0.10 | Rv Horkovich memo |
| 04/20/11 | TEP | 340.00 | 0.40 | Legal research re appeal issues. |

| 04/21/11 | PVL | 905.00 | 0.40 | Rv emails (.1), rv draft motion re Libby key & reply (.1); rv ZAI motion re PD Admin. (.1); rv Bank Lender motion (.1) |
| 04/21/11 | JAL | 535.00 | 0.70 | Review and analysis of materials re: confirmation appeal issues. |
| 04/22/11 | PVL | 905.00 | 0.40 | Rv KGH memo & reply (.2); rv emails re same and reply (.1); cn KCM (.1) |
| 04/22/11 | JAL | 535.00 | 1.00 | Review and analysis of materials relating to appeal issues. |
| 04/22/11 | JAL | 535.00 | 0.10 | Office conf. w/KGH re: confirmation appeal issues. |
| 04/22/11 | JAL | 535.00 | 0.20 | E-mail exchange w/PVNL re: confirmation appeal issues. |
| 04/22/11 | JAL | 535.00 | 0.20 | Further e-mail exchanges w/PVNL and KGH re: confirmation appeal issues. |
| 04/25/11 | PVL | 905.00 | 0.50 | Rv email and cn KCM (.2); rv mediation order and email Esayian (.1); rv MCC appeal brief and AMH page motion and email Donley et al (.2) |
| 04/25/11 | JAL | 535.00 | 0.40 | Reviewed memo and attachment from J. Donley re: appellee briefing. |
| 04/25/11 | JAL | 535.00 | 0.70 | Review and analysis of appellant briefs. |
| 04/25/11 | JAL | 535.00 | 0.20 | Office conf. w/KCM re: confirmation appeal issues. |
| 04/25/11 | TEP | 340.00 | 0.10 | Confer with KCM re appeal brief. |
| 04/26/11 | PVL | 905.00 | 2.80 | Rv emails (.1); rv Geico brief (.4); cn KCM, JPW & JAL (1.0); tcn Donley, Paul, Baer, Frankel, Wyron, KCM & JAL (.5); cn KCM & JAL (.3); rv AXA brief (.5) |
| 04/26/11 | JAL | 535.00 | 0.10 | E-mail exchange w/KGH re: appellate briefing. |
| 04/26/11 | JAL | 535.00 | 2.90 | Review and analysis of appellants' briefs. |
| 04/26/11 | JAL | 535.00 | 0.90 | Office conf. w/PVNL, JPW and KCM re: appellate briefing. |
| 04/26/11 | JAL | 535.00 | 0.50 | Tele. conf. w/PVNL, KCM and counsel for Plan Proponents re: appellate briefing. |

| 04/26/11 | JAL | 535.00 | 0.30 | Office conf. w/PVNL and KCM and re: appellate briefing. |
| 04/26/11 | JAL | 535.00 | 0.30 | Office conf. w/JPW and JMR re: appellate briefing. |
| 04/26/11 | JAL | 535.00 | 0.10 | Tele. call w/KGH re: appellate briefing. |
| 04/26/11 | TEP | 340.00 | 1.80 | Review appellate filings. |
| 04/27/11 | PVL | 905.00 | 4.10 | Rv Montana brief (1.0); rv Canada brief (.2); rv BNSF brief (1.2); rv Libby brief (1.0); rv Garlock brief (.5); rv emails and reply (.1); email EI (.1) |
| 04/27/11 | JAL | 535.00 | 0.10 | Tele. call w/KGH re: appellate briefing. |
| 04/27/11 | JAL | 535.00 | 5.60 | Review and analysis of materials re: Libby arguments on appeal. |
| 04/27/11 | TEP | 340.00 | 0.40 | Review appellate filings. |
| 04/28/11 | PVL | 905.00 | 4.10 | Rv emails (.1); cn JAL & KCM (.5); rv Garlock brief (.8); rv JAL outline of brief (.2); rv AMH brief (1.4), rv Bank/UCC brief (1.1) |
| 04/28/11 | JAL | 535.00 | 1.50 | Drafted and revised outline of appellee brief on confirmations issues. |
| 04/28/11 | JAL | 535.00 | 0.60 | Confer w/JMR and KGH re: drafting of plan proponents' brief on confirmation issues. |
| 04/28/11 | JAL | 535.00 | 0.40 | Drafted and revised e-mail to PVNL re: arguments in response to Libby brief. |
| 04/28/11 | JAL | 535.00 | 0.30 | Review and analysis of materials in prep. for answering briefs on appeal. |
| 04/28/11 | JAL | 535.00 | 0.40 | Confer w/PVNL and KCM re: Grace appellate briefing. |
| 04/28/11 | JAL | 535.00 | 0.10 | Office conf. w/JMR re: appellate brief issues. |
| 04/28/11 | JAL | 535.00 | 0.10 | Office conf. w/JMR re: appellate briefing issues. |
| 04/28/11 | JAL | 535.00 | 0.10 | Office conf. w/EGB re: appellate briefing issues. |
| 04/28/11 | JAL | 535.00 | 1.10 | Review and analysis of appellants' briefs. |
| 04/29/11 | PVL | 905.00 | 2.80 | Tcn Donley, Baer & Frankel (.4); tcn Frankel, Wyron, Felder, JAL, JPW & KCM (.8); cn JAL, |

|            |     |        |      | JPW & KCM (.4); rv emails & reply (.1); tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel, Wyron & Felder (1.1) |
|------------|-----|--------|------|---|
| 04/29/11 | JAL | 535.00 | 2.00 | Review and analysis of appellants' brief. |
| 04/29/11 | JAL | 535.00 | 0.80 | Conf. call w/PVNL, JPW, KCM and FCR counsel re: appellate briefing. |
| 04/29/11 | JAL | 535.00 | 0.10 | Tele. call w/KGH re: appellate response brief. |
| 04/29/11 | JAL | 535.00 | 0.60 | Office conf. w/PVNL, JPW and KCM re: appellate response briefs. |
| 04/29/11 | JAL | 535.00 | 0.20 | Review of internal e-mail exchanges re: appellate response brief. |
| 04/29/11 | JAL | 535.00 | 2.10 | Review and analysis of materials in prep. for writing appellee brief. |
| 04/29/11 | AJS | 340.00 | 5.10 | Meeting w/ KCM re legal research re bankruptcy code (0.3); legal research re bankruptcy code (4.8). |
| 04/29/11 | TEP | 340.00 | 0.20 | Legal research re appeal. |
| 04/30/11 | JAL | 535.00 | 3.50 | Review and analysis of materials in prep. for appellees' answering brief. |
| 04/30/11 | TEP | 340.00 | 0.40 | Review appellate filings. |

**Total Task Code .17      87.50**

<u>Other Charges</u>:

| | | |
|---|---|---|
| Air & Train Transportation | | 4,340.80 |
| Air Freight & Express Mail | | 10.05 |
| Database Research | | 3,864.92 |
| Local Transportation - DC | | 34.79 |
| Long Distance-Equitrac In-House | | 0.44 |
| Postage & Air Freight | | 0.44 |
| Xeroxing | | 253.40 |
| | **Total:** | **$ 8,504.84** |