**EXHIBIT B**

**Asset Disposition (5.10 Hours; $ 2,728.50)**

   Services rendered in this category pertain to the allocation, management and control of the Debtor's assets.

**Total Task Code .02  5.10**

**Case Administration (34.90 Hours; $ 9,734.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  34.90**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05  .10**

**Fee Applications, Applicant (5.40 Hours; $ 2,547.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  5.40**

**Litigation and Litigation Consulting (151.50 Hours; $ 69,145.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  151.50**

**Plan & Disclosure Statement (87.50Hours; $ 47,776.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**     87.50