## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,340.80 |
| Air Freight & Express Mail | 10.05 |
| Database Research | 3,864.92 |
| Local Transportation - DC | 34.79 |
| Long Distance-Equitrac In-House | 0.44 |
| Postage & Air Freight | 0.44 |
| Xeroxing | 253.40 |
| **Total:** | **$ 8,504.84** |