| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2011

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/27/2011 | 13,655 |

Client Retainers Available      $4,806.34         Committed to Invoices:      $0.00      Remaining:      $4,806.34

Total Expenses Billed To Date      $3,888,218.85

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,136.40 | 0.00 | 2,068.40 |
| 0106 | TWS | Trevor W Swett | 0.00 | 1,943.40 | 0.00 | 1,943.40 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 10.49 | 0.00 | 10.49 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 54.00 | 0.00 | 54.00 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 8.70 | 0.00 | 8.70 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 18.30 | 0.00 | 18.30 |
| 0305 | MEG | Mollie E Gelburd | 0.00 | 164.40 | 0.00 | 164.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 483.00 | 0.00 | 329.00 |
| 0369 | TEP | Todd E Phillips | 0.00 | 34.79 | 0.00 | 34.79 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,873.36 | 0.00 | 3,873.36 |
| **Total Fees** | | | **0.00** | **8,726.84** | **0.00** | **8,504.84** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

SAN

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

| ID | Description | | Date | Code | Initials | | Amount | | Running | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2680580 | Photocopy | E | 04/04/2011 | 0242 | | 0.00 | $8.70 | 0.00 | $8.70 | 8.70 |
| 2687169 | Photocopy | E | 04/05/2011 | 0305 | MEG | 0.00 | $25.30 | 0.00 | $25.30 | 34.00 |
| 2687182 | Photocopy | E | 04/05/2011 | 0305 | MEG | 0.00 | $8.90 | 0.00 | $8.90 | 42.90 |
| 2687194 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $4.00 | 0.00 | $4.00 | 46.90 |
| 2687201 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.30 | 0.00 | $3.30 | 50.20 |
| 2687206 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $12.40 | 0.00 | $12.40 | 62.60 |
| 2687243 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $11.90 | 0.00 | $11.90 | 74.50 |
| 2687254 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $5.50 | 0.00 | $5.50 | 80.00 |
| 2687268 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $40.50 | 0.00 | $40.50 | 120.50 |
| 2687274 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 123.90 |
| 2687278 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 127.30 |
| 2681252 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Philadelphia, PA,  2/23/11  (JAL; Coach $289) | E | 04/11/2011 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 167.30 |
| 2681253 | Business Card -ADA Travel Reconciliation, re: First Class Train Fare to/from Philadelphia, PA, 2/23/11  (JAL; Coach $289) | E | 04/11/2011 | 0317 | JAL | 0.00 | $443.00 | 0.00 | $289.00 | 456.30 |
| 2681262 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (PVNL) | E | 04/11/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 496.30 |
| 2681263 | Business Card -ADA Travel Reconciliation, re: Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (PVNL) | E | 04/11/2011 | 0020 | PVL | 0.00 | $1,903.40 | 0.00 | $1,903.40 | 2,399.70 |
| 2681264 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (TWS) | E | 04/11/2011 | 0106 | TWS | 0.00 | $40.00 | 0.00 | $40.00 | 2,439.70 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2681265 | Business Card -ADA Travel Reconciliation, re: Coach Airfare to/from Pittsburgh, PA, 3/1/11 - 3/2/11 (TWS) | E | 04/11/2011 | 0106 | TWS | 0.00 | $1,903.40 | 0.00 | $1,903.40 | 4,343.10 |
| 2682431 | Equitrac - Long Distance to 18322144810 | E | 04/14/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 4,343.26 |
| 2682494 | Federal Express Delivery to M.Brushwood, 3/23/11 (EI; Split between clients 4642 & 5334) | E | 04/15/2011 | 0120 | EI | 0.00 | $10.05 | 0.00 | $10.05 | 4,353.31 |
| 2682559 | Yellow Cab Company of D.C., Inc. -Svc. to N. Bethesda, 3/11/11 (TEP) | E | 04/19/2011 | 0369 | TEP | 0.00 | $34.79 | 0.00 | $34.79 | 4,388.10 |
| 2687821 | Photocopy | E | 04/19/2011 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 4,389.20 |
| 2684711 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Wilmington, DE, 3/28/11 (PVNL; Coach $210; Split b/w clients 4642 & 5334) | E | 04/21/2011 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 4,409.20 |
| 2684713 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Wilmington, DE, 3/28/11 (PVNL; Coach $210; Split b/w clients 4642 & 5334) | E | 04/21/2011 | 0020 | PVL | 0.00 | $173.00 | 0.00 | $105.00 | 4,514.20 |
| 2685626 | Equitrac - Long Distance to 18054993572 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 4,514.28 |
| 2685670 | Equitrac - Long Distance to 13024269910 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 4,514.32 |
| 2685897 | Equitrac - Long Distance to 12124464759 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 4,514.48 |
| 2688099 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $8.80 | 0.00 | $8.80 | 4,523.28 |
| 2688100 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $17.00 | 0.00 | $17.00 | 4,540.28 |
| 2688117 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $16.10 | 0.00 | $16.10 | 4,556.38 |
| 2688121 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $12.10 | 0.00 | $12.10 | 4,568.48 |
| 2688274 | Photocopy | E | 04/28/2011 | 0305 | MEG | 0.00 | $8.30 | 0.00 | $8.30 | 4,576.78 |
| | | | | | MEG | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2688276 | Photocopy | | E | 04/28/2011 | 0305 | | 0.00 | $0.30 | 0.00 | $0.30 | 4,577.08 |
| 2688279 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $8.30 | 0.00 | $8.30 | 4,585.38 |
| 2688283 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $16.60 | 0.00 | $16.60 | 4,601.98 |
| 2688296 | Photocopy | | E | 04/28/2011 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 4,604.88 |
| 2688297 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $12.30 | 0.00 | $12.30 | 4,617.18 |
| 2688301 | Photocopy | | E | 04/28/2011 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 4,621.18 |
| 2688316 | Photocopy | | E | 04/28/2011 | 0255 | DAT | 0.00 | $18.30 | 0.00 | $18.30 | 4,639.48 |
| 2690884 | Postage & Air Freight -NYO Charges, 4/2011  (EI) | | E | 04/29/2011 | 0120 | EI | 0.00 | $0.44 | 0.00 | $0.44 | 4,639.92 |
| 2686118 | Database Research - Lexis by KGH/tp on Apr 7 & 29 | | E | 04/30/2011 | 0999 | C&D | 0.00 | $213.06 | 0.00 | $213.06 | 4,852.98 |
| 2686133 | Database Research - Westlaw by KGH on 4/12-28 | | E | 04/30/2011 | 0999 | C&D | 0.00 | $1,287.97 | 0.00 | $1,287.97 | 6,140.95 |
| 2686134 | Database Research - Westlaw by TEP on 4/5-29 | | E | 04/30/2011 | 0999 | C&D | 0.00 | $1,607.22 | 0.00 | $1,607.22 | 7,748.17 |
| 2686135 | Database Research - Westlaw by AJS on 4/4-25 | | E | 04/30/2011 | 0999 | C&D | 0.00 | $756.67 | 0.00 | $756.67 | 8,504.84 |

**Total Expenses**
$8,726.84
$8,504.84
0.00    0.00

|  | Matter Total Fees | | 0.00 | 0.00 |
|---|---|---|---|---|
|  | Matter Total Expenses | | 8,726.84 | 8,504.84 |
|  | Matter Total | 0.00 | 8,726.84 | 0.00 | 8,504.84 |
|  | Prebill Total Fees | | | |
|  | Prebill Total Expenses | | $8,726.84 | $8,504.84 |
|  | Prebill Total | 0.00 | $8,726.84 | 0.00 | $8,504.84 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| --- | --- | --- | --- | --- |
| Matter | 000 | Disbursements | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| | | | |
| --- | --- | --- | --- |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 57,856.94 | 57,856.94 |
| | | 257,047.44 | 86,717.07 |