# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 16, 2011 | INVOICE:    242753 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 04/30/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/11 | Preparatory work supporting evidence package on proposed proof of claim. | W001 | HEG | 1.80 |
| 04/01/11 | Update and revise Integrity brief per attorney comments. | W001 | KES | 2.30 |
| 04/01/11 | Work on allocation update. | W001 | MG | 1.80 |
| 04/01/11 | Work on insolvent claims recovery analysis. | W001 | MG | 2.20 |
| 04/01/11 | Attention to valuation recovery analysis project (2.00). Attention to statements of appeal by multiple insurance companies (1.00). | W001 | RMH | 3.00 |
| 04/01/11 | Finalize Reply Brief to Motion to Supplement Record in Integrity appeal. | W001 | RYC | 3.70 |
| 04/04/11 | Begin review of time and expense entries, requesting backup for all expenses. | W011 | AHP | 1.80 |
| 04/04/11 | Additional queries re: claims relevant to proposed proof-of-claim submission. | W001 | HEG | 1.20 |
| 04/04/11 | Call with Liquidator's counsel re: supplemental Proof of Claim (.30); email to team re: same (.30). | W001 | KES | 0.60 |
| 04/04/11 | Work on insolvent claim (1.20); telephone call with liquidator re:  same (.40). | W001 | MG | 1.60 |
| 04/04/11 | Work on allocation update. | W001 | MG | 3.60 |
| 04/04/11 | Review and update of disputes and inquiries in connection with remaining insurance company settlement discussions (1.30).  Review and resolve Integrity Liquidator's inquiries and issues regarding proof of claim (.80). | W001 | RYC | 2.10 |
| 04/05/11 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 16, 2011 | | INVOICE: | | 242753 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/05/11 | Work on insolvent claims analysis. | W001 | MG | 2.40 |
| 04/05/11 | Review and work on updated allocations. | W001 | MG | 2.60 |
| 04/06/11 | Review changes and make additional revisions to time and expense entries. | W011 | AHP | 1.60 |
| 04/06/11 | Work on valuation of insolvent claims. | W001 | MG | 2.10 |
| 04/06/11 | Follow-up on unresolved disputes in connection with remaining insurance company settlement discussions. | W001 | RYC | 0.70 |
| 04/07/11 | Review additional changes. | W011 | AHP | 0.80 |
| 04/07/11 | Work on valuation of insolvent claims. | W001 | MG | 3.20 |
| 04/07/11 | Review potential issues to be raised on appeal of Integrity Special Master's decision re: proof of claim. | W001 | RYC | 1.30 |
| 04/08/11 | Final calculations re: claim amounts declared as part of electronic portion of proof-of-claim submission. | W001 | HEG | 0.80 |
| 04/08/11 | Prepare summary of argument in anticipation of oral argument in Integrity appeal. | W001 | RYC | 1.40 |
| 04/11/11 | Work on insolvent claim related issues. | W001 | MG | 2.60 |
| 04/11/11 | Work on insurance allocation issues and revisions. | W001 | MG | 2.60 |
| 04/12/11 | Edit, organize and prepare proof-of-claim support documentation and cover letter. | W001 | HEG | 1.20 |
| 04/12/11 | Reviewed and analyzed settlement agreements and excess insurance polices re: analysis of post-confirmation payment issues. | W001 | IF | 1.40 |
| 04/12/11 | Work on allocation issues and revisions. | W001 | MG | 4.20 |
| 04/12/11 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 04/13/11 | Finalize and release time and expense entries. | W011 | AHP | 1.30 |
| 04/13/11 | Edit and prepare proof-of-claim support documentation and cover letter for FedEx submission to insolvent carrier. | W001 | HEG | 2.60 |
| 04/13/11 | Review letter from Liquidator enclosing opposition to our motion for leave to file reply. | W001 | KES | 0.20 |
| 04/13/11 | Work on allocation analysis issues and revisions. | W001 | MG | 2.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 16, 2011 | | INVOICE: | | 242753 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/13/11 | Work on insolvent claim recovery analysis. | W001 | MG | 2.30 |
| 04/13/11 | Attention to renegotiation of settlement proposed by insurance coverage reimbursement insurance companies. | W001 | RMH | 1.00 |
| 04/13/11 | Attention to briefing and argument issues in connection with record on appeal re: Integrity. | W001 | RYC | 1.30 |
| 04/14/11 | Review newly received documents, update monitoring chart. | W011 | AHP | 1.00 |
| 04/14/11 | Work on allocation issues and revisions. | W001 | MG | 2.30 |
| 04/14/11 | Work on insolvent claim. | W001 | MG | 2.80 |
| 04/14/11 | Analysis of case materials from attorney. | W001 | NJB | 1.80 |
| 04/15/11 | Review opposition motion opposing motion for leave to file reply brief (1.20); prepare letter brief responding to same (1.40). | W001 | KES | 2.60 |
| 04/15/11 | Work on allocation issues and revisions. | W001 | MG | 3.20 |
| 04/18/11 | Attention to case status re: liquidation of Integrity. | W001 | KES | 0.20 |
| 04/18/11 | Work on revisions to insurance calculations (5.10); work on insolvent claim issues (1.30). | W001 | MG | 6.40 |
| 04/18/11 | Hearing before Judge Fitzgerald (.70); Update insurance valuation (.30). | W001 | RMH | 1.00 |
| 04/18/11 | Review and analysis in connection with letter brief regarding evidentiary matters in Integrity appeal. | W001 | RYC | 2.60 |
| 04/19/11 | Analysis of selected insurance settlement agreements and related insurance policies re: post bankruptcy settlement payment issues. | W001 | GFF | 1.80 |
| 04/19/11 | Reviewed and analyzed information re: "available limits" and "insolvent" insurance companies. | W001 | IF | 0.40 |
| 04/19/11 | Reviewed and analyzed settlement agreements re: analysis of post-confirmation payment issues. | W001 | IF | 1.20 |
| 04/19/11 | Review and analyze cases cited by Integrity Liquidator in opposition to motion to leave (1.00); continue preparation of reply brief to opposition to Liquidator's motion (1.60). | W001 | KES | 2.60 |
| 04/19/11 | Work on insolvent claim information requests. | W001 | MG | 1.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 16, 2011 | | INVOICE: | | 242753 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/19/11 | Work on revisions to insurance calculations re: valuation. | W001 | MG | 4.40 |
| 04/19/11 | Review and revise the letter brief regarding the Appeal re: Integrity matter. | W001 | RYC | 3.60 |
| 04/20/11 | Analysis of selected insurance settlement agreements as to remaining unsettled insurance companies and related issues. | W001 | GFF | 1.20 |
| 04/20/11 | Reviewed settlement agreements re: payment issues post-confirmation. | W001 | IF | 1.10 |
| 04/20/11 | Update and revise Integrity brief per strategy comments of R. Chung (1.30) ; prepare supporting documents (.40); handle issues pertaining to filing and file reply brief (.60). | W001 | KES | 2.30 |
| 04/20/11 | Work on revisions to insurance calculations. | W001 | MG | 4.80 |
| 04/20/11 | Update insurance valuation report. | W001 | RMH | 1.80 |
| 04/21/11 | Searched in-house resources re: insurance company rating information. | W001 | IF | 1.90 |
| 04/21/11 | Meeting with Elihu Inselbuch regarding insurance valuation (1.00); Preparation for same (2.50). Follow-up regarding revisions to valuation analysis (.30). | W001 | MG | 3.80 |
| 04/21/11 | Organization and analysis of recently received case materials. | W001 | NJB | 2.20 |
| 04/21/11 | Meeting with Elihu Inselbuch regarding insurance valuation (1.00); Preparation for valuation meeting (1.60); Follow-up regarding revisions for same (.40). | W001 | RMH | 3.00 |
| 04/21/11 | Review draft of fee application and follow-up regarding revisions. | W011 | RYC | 0.30 |
| 04/22/11 | Analysis of selected insurance company settlement agreements and related insurance policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.70 |
| 04/22/11 | Searched in-house resources re: A.M. Best ratings for each insurance company or successor insurance company. | W001 | IF | 2.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| May 16, 2011 | | INVOICE: | 242753 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/22/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.20 |
| 04/25/11 | Research re: expenses, search internet for local rules and guidelines, review same. | W011 | AHP | 1.40 |
| 04/25/11 | Communication with A. Pelton re: documents identifying fee application requirements and limitations. | W011 | DJN | 0.10 |
| 04/25/11 | Analysis of selected insurance company settlement agreements and related policies re: post bankruptcy settlement payment issues. | W001 | GFF | 0.90 |
| 04/25/11 | Research re: insolvent/solvent insurance company status. | W001 | HEG | 2.20 |
| 04/25/11 | Reviewed and updated insurance company ratings information. | W001 | IF | 2.90 |
| 04/25/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.30 |
| 04/25/11 | Work on claim valuation calculations. | W001 | MG | 2.30 |
| 04/25/11 | Work on insolvent claims. | W001 | MG | 2.10 |
| 04/25/11 | Follow-up regarding fee application outstanding matters and final review of fee application. | W011 | RYC | 0.60 |
| 04/26/11 | Analysis of selected insurance company settlement agreements and related policies re: post bankruptcy settlement payment issues. | W001 | GFF | 1.70 |
| 04/26/11 | Reviewed and updated insurance company ratings information. | W001 | IF | 0.90 |
| 04/26/11 | Analyzed settlement agreements re: payment issues post confirmation. | W001 | IF | 0.70 |
| 04/26/11 | Work on information exchange with insurance company, including telephone calls and email exchange | W001 | MG | 1.30 |
| 04/26/11 | Work on claim valuation calculations. | W001 | MG | 2.40 |
| 04/27/11 | Analyzed settlement agreements re: payment issues post-confirmation. | W001 | IF | 1.20 |
| 04/27/11 | Updated and reviewed insurance company ratings information . | W001 | IF | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 16, 2011                                      INVOICE:           242753

MATTER: CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/27/11 | Work on insolvent claims analysis. | W001 | MG | 2.40 |
| 04/27/11 | Follow-up pursuit of Integrity claim regarding upcoming tasks and moving appeal forward. | W001 | RYC | 0.70 |
| 04/28/11 | Research insolvent runoff status. | W001 | HEG | 1.20 |
| 04/28/11 | Analyzed settlement agreements re: payment issues post-confirmation. | W001 | IF | 1.20 |
| 04/28/11 | Analyzed insurance company ratings information for settlement analysis. | W001 | IF | 1.10 |
| 04/28/11 | Work on settlement offer and related NPV calculation. | W001 | MG | 2.20 |
| 04/28/11 | Work on claim valuation calculations. | W001 | MG | 4.20 |
| 04/28/11 | Work on insolvent claims. | W001 | MG | 1.70 |
| 04/28/11 | Review and analysis of case status and update documents. | W001 | NJB | 2.00 |
| 04/29/11 | Analysis of selected insurance company settlement agreements and related policies re: post bankruptcy settlement payment issues. | W001 | GFF | 1.90 |
| 04/29/11 | Reviewed and updated insurance company ratings information and successor company information. | W001 | IF | 1.30 |
| 04/29/11 | Analyzed settlement agreements re: approval issues post confirmation. | W001 | IF | 1.40 |
| 04/29/11 | Work on insolvent claims valuation. | W001 | MG | 2.20 |
| 04/29/11 | Work on claim valuation calculations. | W001 | MG | 4.70 |

**TOTAL FEES:**                                                   **$95,161.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

May 16, 2011                                                            INVOICE:          242753

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH

|  | **FEE SUMMARY** |  |  |
|---|---|---|---|
|  | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 250.00 | 9.70 | 2,425.00 |
| Dennis J. Nolan | 445.00 | 0.10 | 44.50 |
| Glenn F Fields | 345.00 | 10.20 | 3,519.00 |
| Harris E Gershman | 275.00 | 11.00 | 3,025.00 |
| Izak Feldgreber | 295.00 | 23.40 | 6,903.00 |
| Kenneth E. Sharperson | 530.00 | 10.80 | 5,724.00 |
| Mark Garbowski | 590.00 | 88.60 | 52,274.00 |
| Nicholas J Balsdon | 215.00 | 6.00 | 1,290.00 |
| Robert M Horkovich | 895.00 | 9.80 | 8,771.00 |
| Robert Y Chung | 595.00 | 18.80 | 11,186.00 |
| **TOTAL FEES:** |  |  | **$95,161.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                                                MATTER:       100055.WRG01

May 16, 2011                                                                                         INVOICE:         242753

MATTER:  CLAIMANTS COMMITTEE                                                     ROBERT M. HORKOVICH


## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 10.20 | 3,519.00 |
| Harris E Gershman | 11.00 | 3,025.00 |
| Izak Feldgreber | 23.40 | 6,903.00 |
| Kenneth E. Sharperson | 10.80 | 5,724.00 |
| Mark Garbowski | 88.60 | 52,274.00 |
| Nicholas J Balsdon | 6.00 | 1,290.00 |
| Robert M Horkovich | 9.80 | 8,771.00 |
| Robert Y Chung | 17.40 | 10,353.00 |
| **TOTAL:** | **177.20** | **$91,859.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 9.70 | 2,425.00 |
| Dennis J. Nolan | 0.10 | 44.50 |
| Robert Y Chung | 1.40 | 833.00 |
| **TOTAL:** | **11.20** | **$3,302.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 16, 2011                                      INVOICE:        242753

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

**COSTS through 04/30/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/01/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 745378044 Tracking Number: 794603158279 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID FREEMAN, ESQ., MAZIE SLATER KATZ & FREEMAN, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 11.74 |
| 04/01/11 | LIBRARY & LEGAL RESEARCH WESTLAW - Westlaw Usage Charges March 1, 2011 through March 31, 2011 | E106 | 2.73 |
| 04/13/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 589983777 Tracking Number: 871395252602 Reference: 100055 WRG01 Billing Note: From: H. GERSHMAN, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201104, US To: EAUA POOLS, PRO INSURANCE SOLUTIONS LTD, BRUTON COURT BRUTON WAY, GLOUCETER, GL11DA, GB | E107 | 40.57 |
| 04/19/11 | COURT CALL REFUND - INV #3826000 | | (30.00) |
| 04/22/11 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier services to Appellate Division. | E125 | 107.00 |

**TOTAL COSTS:**                                                        **$132.04**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:         100055.WRG01

May 16, 2011                                                                                    INVOICE:              242753

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 52.31 |
| MR | MESSENGER SERVICE | 107.00 |
| TE | AP - TELEPHONE - | (30.00) |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 2.73 |
| | **TOTAL COSTS:** | **$132.04** |
| | **TOTAL DUE:** | **$95,293.54** |