## EXHIBIT C



## Bilzin Sumberg
ATTORNEYS AT LAW

February 26, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  187762

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH January 31, 2011

### CLIENT SUMMARY

BALANCE AS OF- 01/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $1,227.50 | $326.20 | $1,553.70 |
| **.15538 -** 02 - Debtors' Business Operations | $396.00 | $0.00 | $396.00 |
| **.15543 -** 07 - Applicant's Fee Application | $150.00 | $0.00 | $150.00 |
| **.15544 -** 08 - Hearings | $2,875.00 | $0.00 | $2,875.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,575.00 | $0.00 | $1,575.00 |
| **.17781 -** 30 - Fee Application of Others | $210.00 | $0.00 | $210.00 |
| *Client Total* | *$6,433.50* | *$326.20* | *$6,759.70* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.40 | $675.00 | $945.00 |
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 2.50 | $475.00 | $1,187.50 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Sakalo, Jay M | 5.40 | $525.00 | $2,835.00 |
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.50 | $225.00 | $112.50 |
| Beck, Amuni A | 0.10 | $200.00 | $20.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**   **$6,433.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $53.20 |
| Long Distance Telephone-Outside Services | $12.61 |
| Pacer - Online Services | $165.44 |
| Westlaw-Online Legal Research | $71.95 |
| Copies | $23.00 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$326.20** |

**TOTAL BALANCE DUE THIS PERIOD**   **$6,759.70**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| 01/12/11 | SLB | 1.00 | 675.00 | Email from A. Rich regarding Garlock motion to unseal 2019's, review Garlock motion and numerous exhibits , as well as order entered thereon in US Mineral and email to A. Rich regarding same and email to D. Speights and D. Rosendorf regarding same (1.0). |
| --- | --- | --- | --- | --- |
| 01/12/11 | JMS | 0.80 | 420.00 | Review Garlock's motion to obtain 2019 schedules (.8). |
| 01/12/11 | JIS | 0.30 | 112.50 | Attention to motion by Garlock re: 2019 statements and order re: notice thereof and discuss same with S. Baena. |
| 01/12/11 | AB | 0.10 | 20.00 | Review and analysis of docket and email M.Kramer and J.Sakalo theron. |

PROFESSIONAL SERVICES                                                                 $1,227.50

### COSTS ADVANCED

| 12/16/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 05624909; DATE: 12/31/2010 - Account#306300 | 12.61 |
| --- | --- | --- |
| 12/16/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 822030933; DATE: 1/1/2011 - Account#5306-2200-2539-5504 | 71.95 |
| 12/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42010; DATE: 1/5/2011 - Account#RB0120 | 1.20 |
| 12/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42010; DATE: 1/5/2011 - Account#RB0120 | 164.24 |
| 01/10/11 | Long Distance Telephone (512)476-4394; 70 Mins. | 53.20 |
| 01/11/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 01/11/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/17/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/25/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/26/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/31/11 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 01/31/11 | Copies 79 pgs @ 0.10/pg | 7.90 |

TOTAL COSTS ADVANCED                                                                 $326.20

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Sakalo, Jay M | 0.80 | $525.00 | $420.00 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Beck, Amuni A | 0.10 | $200.00 | $20.00 |
| TOTAL | 2.20 | | $1,227.50 |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Long Distance Telephone | $53.20 |
| Long Distance Telephone-Outside Services | $12.61 |
| Pacer - Online Services | $165.44 |
| Westlaw-Online Legal Research | $71.95 |
| Copies | $23.00 |
| TOTAL | $326.20 |

**CURRENT BALANCE DUE THIS MATTER**  $1,553.70

**Atty – SLB**
**Client No.: 74817/15538**

### RE: 02 - Debtors' Business Operations

| | | | | |
|---|---|---|---|---|
| 12/05/10 | JMS | 0.80 | 396.00 | Review revised APA for latest transaction and email to J. Baer thereon (.8). |

**PROFESSIONAL SERVICES** $396.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| *TOTAL* | *0.80* | | *$396.00* |

**CURRENT BALANCE DUE THIS MATTER** $396.00

Page 6

**Atty – SLB**
**Client No.: 74817/15543**

## RE: 07 - Applicant's Fee Application

01/18/11   JIS   0.40   150.00   Review and revise December prebill.

**PROFESSIONAL SERVICES**                                                                                  $150.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.40 | $375.00 | $150.00 |
| *TOTAL* | *0.40* | | *$150.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                $150.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 01/06/11 | LMF | 0.50 | 112.50 | Review hearing agenda and court call appearance with assistant. |
| 01/07/11 | JMS | 0.30 | 157.50 | Review amended agenda (.3). |
| 01/10/11 | JMS | 2.50 | 1,312.50 | Attend omnibus hearing (2.5). |
| 01/10/11 | MIK | 2.50 | 1,187.50 | Attend hearing telephonically. |
| 01/20/11 | JMS | 0.20 | 105.00 | Email to Committee regarding January 10, 2011 hearing transcript with cover memo (.2). |

**PROFESSIONAL SERVICES** $2,875.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 2.50 | $475.00 | $1,187.50 |
| Sakalo, Jay M | 3.00 | $525.00 | $1,575.00 |
| Flores, Luisa M | 0.50 | $225.00 | $112.50 |
| *TOTAL* | *6.00* | | *$2,875.00* |

**CURRENT BALANCE DUE THIS MATTER** $2,875.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| 01/20/11 | JMS | 0.40 | 210.00 | Telephone conference with D. Speights regarding questions on confirmation issues (.4). |
| 01/31/11 | SLB | 1.40 | 945.00 | Attention to confirmation memorandum and order (1.4). |
| 01/31/11 | JMS | 0.80 | 420.00 | Email to Committee regarding confirmation order and proposed findings and conclusions (.2); begin review of same (.6). |

**PROFESSIONAL SERVICES**                                                      $1,575.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.40 | $675.00 | $945.00 |
| Sakalo, Jay M | 1.20 | $525.00 | $630.00 |
| *TOTAL* | *2.60* | | *$1,575.00* |

**CURRENT BALANCE DUE THIS MATTER**                                           $1,575.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 30 - Fee Application of Others

| 01/24/11 | JMS | 0.20 | 105.00 | Email to F. Rabinovitz regarding fraudulent transfer holdback fees (.2). |
| 01/28/11 | JMS | 0.20 | 105.00 | Email exchange with F. Rabinovitz regarding payment of holdback fees from fraudulent transfer litigation (.2). |

**PROFESSIONAL SERVICES** $210.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $525.00 | $210.00 |
| *TOTAL* | *0.40* | | *$210.00* |

**CURRENT BALANCE DUE THIS MATTER** $210.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
A T T O R N E Y S   A T   L A W

March 29, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  188650

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH February 28, 2011

### CLIENT SUMMARY

BALANCE AS OF- 02/28/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $487.50 | $683.22 | $1,170.72 |
| .15538 - 02 - Debtors' Business Operations | $630.00 | $0.00 | $630.00 |
| .15539 - 03 - Creditors Committee | $3,417.50 | $0.00 | $3,417.50 |
| .15543 - 07 - Applicant's Fee Application | $1,095.00 | $0.00 | $1,095.00 |
| .15544 - 08 - Hearings | $7,150.00 | $0.00 | $7,150.00 |
| .15545 - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $735.00 | $0.00 | $735.00 |
| .15546 - 10 - Travel | $2,802.50 | $0.00 | $2,802.50 |
| .15547 - 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) | $0.00 | $0.00 | $0.00 |
| .15554 - 18 - Plan & Disclosure Statement | $9,832.00 | $0.00 | $9,832.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593        www.bilzin.com

**BALANCE AS OF- 02/28/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15563 - 27** - Litigation Consulting | $157.50 | $0.00 | $157.50 |
| **.17781 - 30** - Fee Application of Others | $135.00 | $0.00 | $135.00 |
| *Client Total* | *$26,442.00* | *$683.22* | *$27,125.22* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 4.10 | $675.00 | $2,767.50 |
| Kramer, Matthew I | 26.30 | $368.44 | $9,690.00 |
| Sakalo, Jay M | 20.80 | $525.00 | $10,920.00 |
| Reiser, Marc | 1.40 | $230.00 | $322.00 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 5.10 | $225.00 | $1,147.50 |
| Beck, Amuni A | 6.10 | $200.00 | $1,220.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*          **$26,442.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $662.00 |
| Copies | $19.70 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$683.22** |

| TOTAL BALANCE DUE THIS PERIOD | $27,125.22 |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 02/03/11 | LMF | 0.20 | 45.00 | Attend to docketing deadline and notice of hearing. |
| 02/04/11 | AB | 0.10 | 20.00 | Analyze docket and email J. Sakalo and M. Kramer thereon. |
| 02/07/11 | AB | 0.30 | 60.00 | Analyze docket and email J. Sakalo and M. Kramer thereon (.1); prepare and review of documents for J. Sakalo (.2). |
| 02/09/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/11/11 | JMS | 0.20 | 105.00 | Emails with R. Levy regarding case status (.2). |
| 02/14/11 | AB | 0.10 | 20.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon. |
| 02/15/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/16/11 | AB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 02/17/11 | AB | 0.10 | 20.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon. |
| 02/18/11 | JMS | 0.30 | 157.50 | Email from J. Baer regarding status call for 2/21 and discuss same internally (.3). |

**PROFESSIONAL SERVICES**                                                                 **$487.50**

### COSTS ADVANCED

| | | |
|---|---|---|
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901354 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901364 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901377 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901389 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 12/27/10 | Long Distance Telephone-Outside Services COURTCALL #3901441 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 58.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952394 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 86.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952513 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 93.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952542 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 100.00 |
| 01/18/11 | Long Distance Telephone-Outside Services COURTCALL #3952571 - VENDOR: DINERS CLUB; INVOICE#: 12/27/10-01/26/11; DATE: 1/26/2011  -  Acct. #5306220025395504 | 65.00 |
| 02/11/11 | Long Distance Telephone (509)455-3966; 2 Mins. | 1.52 |
| 02/01/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/01/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/02/11 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/02/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/02/11 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 02/02/11 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/02/11 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 02/03/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/03/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/04/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/10/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/10/11 | Copies 12 pgs @ 0.10/pg | 1.20 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 02/14/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/16/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/16/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/16/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/17/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/17/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/17/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/28/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/28/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $683.22

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $525.00 | $262.50 |
| Flores, Luisa M | 0.20 | $225.00 | $45.00 |
| Beck, Amuni A | 0.90 | $200.00 | $180.00 |
| *TOTAL* | *1.60* | | *$487.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $662.00 |
| Copies | $19.70 |
| *TOTAL* | *$683.22* |

**CURRENT BALANCE DUE THIS MATTER** $1,170.72

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 02/14/11 | JMS | 1.20 | 630.00 | Prepare for and participate in telephone conference regarding pension plan obligations (1.2). |

**PROFESSIONAL SERVICES**                                                                                  $630.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | $525.00 | $630.00 |
| *TOTAL* | *1.20* | | *$630.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                         $630.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 02/02/11 | JMS | 0.20 | 105.00 | Email to committee regarding call (.2). |
| 02/04/11 | SLB | 1.00 | 675.00 | Telephone conference with PD Committee regarding plan confirmation issues (1.0). |
| 02/04/11 | JMS | 1.30 | 682.50 | Prepare for and participate in Committee call (1.3). |
| 02/04/11 | MIK | 2.90 | 1,377.50 | Prepare for Committee call and attend committee call regarding confirmation order. |
| 02/24/11 | JMS | 1.10 | 577.50 | Prepare for and participate in committee call (.9); email to committee regarding 3/2 hearing agenda (.2). |

**PROFESSIONAL SERVICES**                                          $3,417.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 2.90 | $475.00 | $1,377.50 |
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| *TOTAL* | *6.50* | | *$3,417.50* |

**CURRENT BALANCE DUE THIS MATTER**                               $3,417.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 02/01/11 | LMF | 1.40 | 315.00 | Prepare notice and summary of December fees, submit to local counsel for filing and compile documents for preparation of quarterly application. |
| 02/04/11 | JIS | 0.40 | 150.00 | Review and revise January prebill. |
| 02/15/11 | LMF | 0.80 | 180.00 | Attend to quarterly fee application. |
| 02/16/11 | LMF | 0.70 | 157.50 | Complete draft of quarterly application. |
| 02/16/11 | JIS | 0.40 | 150.00 | Review and revise 39th interim quarterly fee application. |
| 02/17/11 | LMF | 0.30 | 67.50 | Revise quarterly application and send to local counsel for filing. |
| 02/17/11 | JIS | 0.20 | 75.00 | Finish reviewing and revising 39th quarterly fee app and discuss with L. Flores. |

PROFESSIONAL SERVICES                                                                 $1,095.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.20 | $225.00 | $720.00 |
| *TOTAL* | *4.20* | | *$1,095.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $1,095.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/08/11 | LMF | 0.40 | 90.00 | Review emails regarding court call appearances and confirm attendance of all parties. |
| 02/08/11 | JMS | 0.20 | 105.00 | Review agenda for 2/14 hearing (.2). |
| 02/08/11 | AB | 0.60 | 120.00 | Arrange telephonic appearances for multiple parties to attend February 14, 2011 hearing (.2) email correspondence with J. Sakalo regarding telephonic appearance of G. Solomons (.1); arrange telephonic appearance for G. Solomons (.2); analyze docket and email M. Kramer and J. Sakalo thereon (.1). |
| 02/09/11 | AB | 1.20 | 240.00 | Emails to members of the Official Committee of Asbestos Property Damage Claimants their corresponding court call confirmations for their telephonic appearances in the February 14th hearing  (1.1); analyze docket and email M. Kramer and J. Sakalo thereon (.1). |
| 02/09/11 | AB | 0.30 | 60.00 | Arrange telephonic appearance for G. Solomons to attend hearing. |
| 02/09/11 | AB | 0.10 | 20.00 | Email correspondence with J.Sakalo regarding status conference. |
| 02/09/11 | AB | 0.20 | 40.00 | Email correspondence with M. Dies and R. Levy regarding attendance of February hearing. |
| 02/11/11 | JMS | 1.80 | 945.00 | Attend status conference and post-call follow up with S. Baena and M. Kramer (1.8). |
| 02/11/11 | AB | 1.20 | 240.00 | Revise telephonic appearances for the Committee and send the Committee their respective court call confirmations along with the amended notice of agenda of matters. |
| 02/14/11 | JMS | 0.20 | 105.00 | Email to committee regarding amended agenda (.2). |
| 02/14/11 | JMS | 3.90 | 2,047.50 | Prepare for and attend omnibus hearing by phone (3.3); telephone conference with E. Westbrook regarding outcome of hearing and follow up email thereon (.4); review and comment on memo summarizing hearing (.2). |
| 02/14/11 | MIK | 3.40 | 1,615.00 | Attend telephonic hearing (2.8); email committee (.6). |
| 02/15/11 | JMS | 0.30 | 157.50 | Emails with R. Levy regarding results of hearing (.3). |
| 02/21/11 | MIK | 0.90 | 427.50 | Attend status conference regarding appeal CMO. |
| 02/23/11 | MIK | 1.30 | 617.50 | Attend hearing. |
| 02/25/11 | AB | 0.40 | 80.00 | Email correspondence with S. Simatos regarding telephonic appearance of D. Scott(.1); review instructional email from J. Sakalo regarding T. Schellron's telephonic appearance (.1); email correspondence with R. Reyes and S. Taylor to arrange telephonic appearances for the committee (.2). |
| 02/28/11 | AB | 1.20 | 240.00 | Analyze docket and send email to M. Kramer and J. Sakalo thereon(.1); email correspondence with T. Taconelli regarding telephonic appearance (.1); email committee their respective court call confirmation for their telephonic appearance for the March 2 hearing (.9); attention to instructional email from J. Sakalo regarding telephonic appearance (.1). |

**PROFESSIONAL SERVICES**                                                                 **$7,150.00**



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 5.60 | $475.00 | $2,660.00 |
| Sakalo, Jay M | 6.40 | $525.00 | $3,360.00 |
| Flores, Luisa M | 0.40 | $225.00 | $90.00 |
| Beck, Amuni A | 5.20 | $200.00 | $1,040.00 |
| **TOTAL** | **17.60** | | **$7,150.00** |

**CURRENT BALANCE DUE THIS MATTER**                                    **$7,150.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 02/07/11 | JMS | 1.40 | 735.00 | Review Garlock-related pleadings (1.4). |

**PROFESSIONAL SERVICES** $735.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | $525.00 | $735.00 |
| *TOTAL* | *1.40* | | *$735.00* |

**CURRENT BALANCE DUE THIS MATTER** $735.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 02/22/11 | MIK | 4.90 | 1,163.75 | Non-work travel to district court hearing. |
| 02/23/11 | MIK | 6.90 | 1,638.75 | Non-work travel from district court hearing. |

**PROFESSIONAL SERVICES**                                     $2,802.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 11.80 | $237.50 | $2,802.50 |
| *TOTAL* | *11.80* | | *$2,802.50* |

**CURRENT BALANCE DUE THIS MATTER**                          $2,802.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15547**

**RE: 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)**

---

**PROFESSIONAL SERVICES**                                                                            $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | | | |
|---|---|---|---|
| *TOTAL* | | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      $0.00



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/01/11 | SLB | 0.80 | 540.00 | Continued review of confirmation orders (.8). |
| 02/01/11 | JMS | 1.50 | 787.50 | Telephone conference with D. Speights regarding questions on confirmation order (.3); continue review of same (1.1); email to Committee thereon (.1). |
| 02/02/11 | JMS | 0.70 | 367.50 | Continue review of confirmation order (.3); conference with M. Kramer regarding same (.4). |
| 02/02/11 | MIK | 0.20 | 95.00 | Review confirmation orders. |
| 02/02/11 | MR | 1.00 | 230.00 | Research filings and orders in Combustion Engineering Case. |
| 02/03/11 | JMS | 1.60 | 840.00 | Complete review of confirmation order (.6); email to Committee regarding order from Judge Buckwalter (.3); conference with S. Baena regarding discussion on Court's confirmation order and planning for committee call (.7). |
| 02/03/11 | MIK | 3.10 | 1,472.50 | Review confirmation orders. |
| 02/03/11 | MR | 0.40 | 92.00 | Research regarding combustion engineering. |
| 02/10/11 | SLB | 1.50 | 1,012.50 | Attention to debtor's motion regarding confirmation order entered by bankruptcy court and legal analysis memo to committee and interoffice conference with J. Sakalo regarding same (1.3); attention to precautionary motions by AXA (.2). |
| 02/10/11 | JMS | 1.20 | 630.00 | Review Grace's motion for clarification of confirmation order and discuss impact of same with S. Baena (.7); email to Committee regarding same and amended agenda (.3); emails with R. Levy thereon (.2). |
| 02/10/11 | MIK | 0.20 | 95.00 | Office conference with S. Baena regarding  motions for clarification. |
| 02/11/11 | SLB | 0.80 | 540.00 | Emergency court hearing regarding confirmation order, etc. (.8). |
| 02/11/11 | MIK | 2.40 | 1,140.00 | Attend telephonic hearing and email committee regarding same. |
| 02/16/11 | JMS | 0.50 | 262.50 | Review clarification order on confirmation and email to committee thereon (.5). |
| 02/18/11 | MIK | 0.10 | 47.50 | Email regarding appeal status conference. |
| 02/21/11 | JMS | 1.20 | 630.00 | Review proposed scheduling order (.4); status conference call with plan proponents, et al. (.8). |
| 02/22/11 | JMS | 0.40 | 210.00 | Review revised proposed scheduling order and email to Committee thereon (.4). |
| 02/23/11 | JMS | 1.10 | 577.50 | Review revised proposed scheduling order from J. Baer (.2); emails with M. Kramer regarding summary of status conference (.2); emails with E. Westbrook regarding update on status conference (.7). |
| 02/28/11 | JMS | 0.50 | 262.50 | Emails with R. Levy regarding results of status conference (.2); review Libby and AMH 9033 objections (.3). |

**PROFESSIONAL SERVICES**                                                                 **$9,832.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.10 | $675.00 | $2,092.50 |
| Kramer, Matthew I | 6.00 | $475.00 | $2,850.00 |
| Sakalo, Jay M | 8.70 | $525.00 | $4,567.50 |
| Reiser, Marc | 1.40 | $230.00 | $322.00 |
| *TOTAL* | *19.20* | | *$9,832.00* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER**                                        $9,832.00

**Atty – SLB**
**Client No.: 74817/15563**

## RE: 27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 02/14/11 | LMF | 0.70 | 157.50 | Research dockets and compile, review and analyze documents related to California appeal order. |

**PROFESSIONAL SERVICES** $157.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.70 | $225.00 | $157.50 |
| *TOTAL* | *0.70* | | *$157.50* |

**CURRENT BALANCE DUE THIS MATTER** $157.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 02/22/11 | LMF | 0.60 | 135.00 | Research and review of filings and court docket regarding outstanding fees due Hamilton Rabinovitz. |

**PROFESSIONAL SERVICES**                                                $135.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $225.00 | $135.00 |
| *TOTAL* | *0.60* | | *$135.00* |

**CURRENT BALANCE DUE THIS MATTER**                                       $135.00




ATTORNEYS AT LAW

April 18, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   190257

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH March 31, 2011

## CLIENT SUMMARY

BALANCE AS OF- 03/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $345.00 | $2,042.12 | $2,387.12 |
| .15543 - 07 - Applicant's Fee Application | $682.50 | $0.00 | $682.50 |
| .15544 - 08 - Hearings | $245.00 | $0.00 | $245.00 |
| .15545 - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $315.00 | $0.00 | $315.00 |
| .15554 - 18 - Plan & Disclosure Statement | $1,975.00 | $0.00 | $1,975.00 |
| *Client Total* | *$3,562.50* | *$2,042.12* | *$5,604.62* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $475.00 | $617.50 |
| Sakalo, Jay M | 3.20 | $525.00 | $1,680.00 |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 2.20 | $225.00 | $495.00 |
| Beck, Amuni A | 1.90 | $200.00 | $380.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**　　　**$3,562.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $627.40 |
| Fares, Mileage, Parking | $34.50 |
| Long Distance Telephone | $8.36 |
| Long Distance Telephone-Outside Services | $627.62 |
| Lodging | $161.23 |
| Meals | $39.65 |
| Parking | $30.00 |
| Publication | $180.00 |
| Westlaw-Online Legal Research | $331.66 |
| Copies | $1.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$2,042.12** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$5,604.62** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| 03/01/11 | JMS | 0.20 | 105.00 | Review amended agenda and email to Committee thereon (.2). |
| 03/01/11 | AB | 0.20 | 40.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon (.1); email amended notice of agenda of matters to committee (.1). |
| 03/04/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/08/11 | AB | 0.10 | 20.00 | Analyze docket activity and send email to M. Kramer and J. Sakalo thereon (.1). |
| 03/09/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/16/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/17/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/18/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/21/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/22/11 | AB | 0.10 | 20.00 | Analyze docket activity and email M. Kramer and J. Sakalo thereon. |
| 03/23/11 | AB | 0.10 | 20.00 | Analyze docket activity and email J. Sakalo and M. Kramer thereon. |
| 03/24/11 | AB | 0.10 | 20.00 | Analyze docket activity and email J. Sakalo and M. Kramer. |

PROFESSIONAL SERVICES                                                 $345.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 02/02/11 | Meals Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011 - Clients | 22.69 |
| 02/03/11 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 822406471; DATE: 3/1/2011 - Account#5306-2200-2539-5504 | 331.66 |
| 02/04/11 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 06432892; DATE: 2/28/2011 - Account#306300 | 38.34 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 79.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 51.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 100.00 |
| 02/16/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 149.00 |
| 02/23/11 | Fares, Mileage, Parking Cab fares - Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011 - Clients | 34.50 |
| 02/23/11 | Lodging Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011 - Clients | 161.23 |
| 02/23/11 | Meals Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011 - Clients | 16.96 |
| 02/23/11 | Parking Airport parking - Travel to Philadelphia - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-02/23/11; DATE: 2/23/2011 - Clients | 30.00 |
| 02/24/11 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 06432892; DATE: 2/28/2011 - Account#306300 | 10.28 |
| 02/24/11 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 01/26/11-02/24/11; DATE: 2/24/2011 - Acct No 2306220025395504 | 627.40 |

| | | | |
|---|---|---|---|
| 03/02/11 | Long Distance Telephone (212)326-0886; 11 Mins. | | 8.36 |
| 03/25/11 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; | | 180.00 |
| | INVOICE#: ISSUE#225-228; DATE: 3/25/2011 - W.R. Grace | | |
| | Bankruptcy News/Issue# 225-228 | | |
| 03/04/11 | Copies 10 pgs @ 0.10/pg | | 1.00 |
| 03/07/11 | Copies 3 pgs @ 0.10/pg | | 0.30 |
| 03/07/11 | Copies 3 pgs @ 0.10/pg | | 0.30 |
| 03/09/11 | Copies 1 pgs @ 0.10/pg | | 0.10 |

**TOTAL COSTS ADVANCED**                                                        $2,042.12

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| Beck, Amuni A | 1.20 | $200.00 | $240.00 |
| **TOTAL** | **1.40** | | **$345.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $627.40 |
| Fares, Mileage, Parking | $34.50 |
| Long Distance Telephone | $8.36 |
| Long Distance Telephone-Outside Services | $627.62 |
| Lodging | $161.23 |
| Meals | $39.65 |
| Parking | $30.00 |
| Publication | $180.00 |
| Westlaw-Online Legal Research | $331.66 |
| Copies | $1.70 |
| **TOTAL** | **$2,042.12** |

**CURRENT BALANCE DUE THIS MATTER**                                            $2,387.12

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 03/01/11 | LMF | 0.80 | 180.00 | Prepare notice and summary of fees for month of January and submit to local counsel for filing and service. |
| 03/14/11 | LMF | 0.30 | 67.50 | Follow up with accounting for statement of fees and costs for month of February for attorney's review and edits. |
| 03/14/11 | JIS | 0.50 | 187.50 | Review and revise February prebill. |
| 03/29/11 | LMF | 1.10 | 247.50 | Attend to revisions to statement of fees and prepare and submit notice and summary for February fees. |

**PROFESSIONAL SERVICES**      $682.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 2.20 | $225.00 | $495.00 |
| **TOTAL** | **2.70** | | **$682.50** |

**CURRENT BALANCE DUE THIS MATTER**      $682.50



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

### RE: 08 - Hearings

| 03/21/11 | JMS | 0.20 | 105.00 | Review hearing agenda and email to Committee thereon (.2). |
|---|---|---|---|---|
| 03/21/11 | AB | 0.10 | 20.00 | Arrange telephonic appearances for the Committee for March 28, 2011 hearing. |
| 03/23/11 | AB | 0.60 | 120.00 | Email correspondence with members of the Committee regarding telephonic appearances. |

**PROFESSIONAL SERVICES**                                                    $245.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| Beck, Amuni A | 0.70 | $200.00 | $140.00 |
| **TOTAL** | **0.90** | | **$245.00** |

**CURRENT BALANCE DUE THIS MATTER**                                          $245.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE: **09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 03/04/11 | JMS | 0.60 | 315.00 | Telephone conference with E. Devine regarding LECG property damage files (.6). |

PROFESSIONAL SERVICES                                                    $315.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| *TOTAL* | *0.60* | | *$315.00* |

CURRENT BALANCE DUE THIS MATTER                                         $315.00

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 03/02/11 | JMS | 0.40 | 210.00 | Telephone conference with R. Levy regarding next steps in appellate process (.4). |
| 03/05/11 | MIK | 0.90 | 427.50 | Email to committee regarding denial of motion for reconsideration and respond to plan inquiry. |
| 03/07/11 | JMS | 1.70 | 892.50 | Status call with Debtors and others parties in interest regarding proposed scheduling order on appellate briefing (.4); email exchange with D. Speights regarding condition to effective of plan and research Plan regarding same (.6); telephone conference with M. Dies regarding same (.4); review proposed briefing order and cover letter from J. O'Neill (.3). |
| 03/07/11 | MIK | 0.40 | 190.00 | Attend all-hands call regarding appellate CMO. |
| 03/15/11 | SLB | 0.30 | 202.50 | Attention to Judge Buckwalter's order setting appellate schedule and internal emails regarding same (.3). |
| 03/28/11 | JMS | 0.10 | 52.50 | Email to committee regarding change of oral argument date for appeal (.1). |

**PROFESSIONAL SERVICES**                                                                                  $1,975.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $475.00 | $617.50 |
| Sakalo, Jay M | 2.20 | $525.00 | $1,155.00 |
| *TOTAL* | *3.80* | | *$1,975.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          $1,975.00