**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 6/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-THIRD MONTHLY
INTERIM PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
                                                                Legal Representative for Future Asbestos-
                                                                Related Property Damage Claimants
                                                                and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               May 1, 2011 through May 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $22,932.00   [80% of $28,665.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:        $243.05

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 44.1 hours,[2] for a total amount billed of $28,665.00 of which 80% is

currently sought, in the amount of $22,932.00, plus 100% of the expenses incurred during this

period, in the amount of $243.05, for a total currently sought of $23,175.05.

As stated above, this is the Thirty-Third application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 37.4 | $24,310.00 |
| Travel | 0 | $0 |
| Fee Application Matters (monthly and quarterly, including FCR and Local Counsel) | 6.7 | $4,355.00 |
| TOTAL | 44.1 | $28,665.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $243.05 |
| TOTAL | $243.05 |

//
//
//
//
//
//

_____

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of June, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 5/2/2011 | Prepare file and serve 32nd Monthly Fee Applcation | 1.5 |
| 5/2/2011 | Review Order granting pro hac application of Michael Brown | 0.1 |
| 5/2/2011 | Review Order granting Libby Motion to Seal | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Schafrick | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Glosband | 0.1 |
| 5/2/2011 | Reivew Order granting Anderson Memorial Hosp. Motion to exceed page limits | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Ifft | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Longosz | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Cellarosi | 0.1 |

| | | |
|---|---|---|
| 5/2/2011 | Email to client re briefing issues | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Morell | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Giannotto | 0.1 |
| 5/3/2011 | Review McCabe Pro Hac Vice Motion | 0.1 |
| 5/3/2011 | Emails to and from client re Canadian ZAI motion and briefing issues | 0.1 |
| 5/3/2011 | Review Pro Hac Vice Motion of Shiner | 0.1 |
| 5/3/2011 | Email to J. Donley re appeal | 0.1 |
| 5/4/2011 | Review Order resetting May Omnibus hearing | 0.1 |
| 5/4/2011 | Review several notices of York entities disposing of WRG securities | 0.2 |
| 5/4/2011 | Review and analysis of Third Circuit opinion in GIT re effects on WRG confirmation appeal issues | 1.0 |
| 5/5/2011 | Review Pro Hac Vice Orders of Shafrick, Glosband, Ifft, Longosz, Cellarosi, Morell, Gianotto | 0.3 |
| 5/5/2011 | Prepare file and serve 3rd Monthly Fee Applcation of Local Counsel | 0.4 |
| 5/5/2011 | Review Canadian ZAI counsel CNO's re fee applications | 0.1 |
| 5/5/2011 | Emails to and from fee auditor re Hill quarterly applications | 0.1 |
| 5/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/7/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/9/2011 | Review Reponse of the Illinois Department of Revenue to Claim Objection | 0.2 |
| 5/9/2011 | Review March 2011 Monthly Operating Report | 0.4 |
| 5/9/2011 | Emails to and from debtors' counsel re payments to third parties in March | 0.1 |

| | | |
|---|---|---|
| 5/9/2011 | Prepare, file and serve Quarterly Fee Application for the 40th period and Notice | 2.0 |
| 5/9/2011 | Prepare, file and serve Quarterly Fee Application for the 40th period of PD FCR and Notice | 1.0 |
| 5/9/2011 | Prepare Quarterly Fee Application for the 40th period of Local Counsel to the PD FCR and Notice | 0.5 |
| 5/9/2011 | Review CNO re Zonolite Road (Georgia) Claim settlement | 0.1 |
| 5/9/2011 | Review CNO re Appointment of Canadian ZAI settlement administrator | 0.1 |
| 5/9/2011 | Review Notice of Filing of Key to Libby claimants' identification | 0.1 |
| 5/10/2011 | Revision and filing of Quarterly Application of local counsel | 0.2 |
| 5/10/2011 | Email from debtors' counsel re March MOR | 0.1 |
| 5/10/2011 | Prepare, file and serve 24th Monthly Fee Application of PD FCR | 0.5 |
| 5/10/2011 | Review Pro Hac Vice application of Lockwood | 0.1 |
| 5/10/2011 | Revew Pro Hac Vice application of Maclay | 0.1 |
| 5/10/2011 | Review Wehner Pro Hac Vice Application | 0.1 |
| 5/10/2011 | Review Final Report of the Fee Auditor for the 39th Quarter | 0.2 |
| 5/10/2011 | Review Fee Applications of Canadian ZAI counsel | 0.3 |
| 5/10/2011 | Research for Appellee's Brief | 1.5 |
| 5/10/2011 | Review Order approving Zonolite Road (Georgia) Settlement | 0.1 |
| 5/10/2011 | Review Order appointing Canadian ZAI claims administrator | 0.1 |
| 5/11/2011 | Email from J. Baer re pension contribution | 0.1 |

| | | |
|---|---|---|
| 5/11/2011 | Research for Appellee's Brief | 1.3 |
| 5/11/2011 | Review Motion for Pro Hac Vice admission of Kozyak | 0.1 |
| 5/11/2011 | Review Order granting McCabe PHV Motion | 0.1 |
| 5/11/2011 | Review Motion for Pro Hac Vice admission of Rosendorf | 0.1 |
| 5/12/2011 | Review Withdrawal of Objection to Garlock 2019 statement access motion by Stanley, Mandel & Iola | 0.1 |
| 5/12/2011 | Review Order granting Shiner Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Lockwood Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Wehner Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Maclay Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Email to debtors' counsel re appellees' brief issues | 0.1 |
| 5/12/2011 | Review Order granting Kozyak Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Rosendorft Pro Hac Vice motion | 0.1 |
| 5/13/2011 | Review Motion for Pro Hac Vice admission of Liesimer | 0.1 |
| 5/13/2011 | Emails to and from debtors' counsel re appellees' brief | 0.1 |
| 5/13/2011 | Review Canadian ZAI counsel Quarterly fee applications | 0.3 |
| 5/14/2011 | Review drafts of Plan Proponents' brief sections re PD issues | 1.0 |
| 5/16/2011 | Conference with Debtors' counsel re appellee's brief | 0.2 |
| 5/16/2011 | Email to client re status | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Frankel | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Wyron | 0.1 |

| | | |
|---|---|---|
| 5/16/2011 | Review motion to amend order re foreign holding company structure | 0.3 |
| 5/16/2011 | Review Pro Hac Vice motion of DiCristofaro | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Felder | 0.1 |
| 5/17/2011 | Review Agenda for May Omnibus | 0.1 |
| 5/17/2011 | Email from client re briefing | 0.1 |
| 5/18/2011 | Telephone conference with client re May Omnibus | 0.1 |
| 5/18/2011 | Review pro hac vice orders for Wyron, Frankel, Felder, DiCrisofaro and Liesemer | 0.3 |
| 5/19/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/20/2011 | Continued Research for and drafting of the PD FCR's appellee's brief | 8.0 |
| 5/20/2011 | Review draft of Phase 2 of Rand study and letter from E. Insulbuch to Rand re same | 1.0 |
| 5/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/23/2011 | Prepare CNO for 32nd Monthly Fee Application and filing and service of same | 0.2 |
| 5/23/2011 | Revisions to PD FCR's appellee's brief | 0.6 |
| 5/23/2011 | Conference with Debtors' counsel re appellee's brief | 0.1 |
| 5/23/2011 | Email from fee auditor re items on 40th Quarterly application | 0.1 |
| 5/24/2011 | Email from client re brief | 0.1 |
| 5/24/2011 | Email from debtors' counsel re brief | 0.1 |
| 5/24/2011 | Revisions to PD FCR's appellee's brief | 1.2 |

| | | |
|---|---|---|
| 5/24/2011 | Email to fee auditor re inquiry | 0.1 |
| 5/24/2011 | Email from debtors' counsel re page limits | 0.1 |
| 5/25/2011 | Review Plan Proponents' motion to file oversize briefs | 0.2 |
| 5/25/2011 | Proof PD FCR's appellate brief in email to Karl Hill and client re filing | 0.5 |
| 5/25/2011 | Review Maryland Casualty's Cross-Appellant's Brief | 0.2 |
| 5/25/2011 | Review Brief of Travelers Casualty and Surety Company In Limited Response to Libby Claimants' Appeal Brief | 0.7 |
| 5/25/2011 | Review Pro Hac Vice motion for McDaniel | 0.1 |
| 5/25/2011 | Review Pro Hac Vice motion for Svirsky | 0.1 |
| 5/25/2011 | Review Pro Hac Vice motion for Sciavoni | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for Nerko | 0.1 |
| 5/26/2011 | Prepare, file and serve Certificate of No Objection re 3rd Hill Fee Application | 0.2 |
| 5/26/2011 | Review Pro Hac Vice motion for Alcabes | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for A. Frankel | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for J. McDonald | 0.1 |
| 5/26/2011 | Email to client re briefs | 0.1 |
| 5/26/2011 | Review Maryland Casualty's Appellee's Brief | 0.5 |
| 5/26/2011 | Review Notice of Filing of Conformed Plan Proponents' brief in Insurer issues | 0.1 |
| 5/27/2011 | Conference with client re appellees' briefs | 0.1 |
| 5/27/2011 | Review appellee's brief of the CNA Companies | 1.0 |

| | | |
|---|---|---|
| 5/27/2011 | Review Arrowood's appellee's brief | 0.4 |
| 5/27/2011 | Review Plan Proponents' brief on Insurance Issues | 1.2 |
| 5/28/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/30/2011 | Review Plan Proponents' Brief on Lender Issues | 2.5 |
| 5/30/2011 | Review Plan Proponents' Main Brief | 4.6 |
| 5/30/2011 | Email to debtors' counsel re jury trial issue | 0.3 |
| 5/31/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:  44.1 hours @ $650/hour = $28,665.00

Expenses:    Westlaw – $243.05

Total Expenses:  $243.05

**Total Fees and Expenses Due:  $28,908.05**