UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JFK)<br><br>Related Docket Nos. 27022, 27023 & 27024 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS:
COUNTY OF NEW CASTLE   )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US) and that on the 1st day of June, 2011, she caused copies of the following documents to be served upon the below listed party in the manner indicated:

1. Notice of Disposition of Equity Securities, filed by York Managed Holdings, LLC [Docket No. 27022];

2. Notice of Disposition of Equity Securities, filed by Jorvik Multi-Strategy Master Fund, L.P. [Docket No. 27023];

3. Notice of Disposition of Equity Securities, filed by York Capital Management, L.P. [Docket No. 27024].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Carolyn B. Fox
Paralegal

Sworn to and subscribed before
me this 1st day of June, 2011

_____
Notary Public
My Commission Expires: 12/11/12

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

**VIA FIRST CLASS MAIL**
Janet S. Bauer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

EAST\44899094.1