## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 6/23/11 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FOURTH INTERIM PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2011 through April 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $2,628.00 [80% of $3,285.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):  ☒Monthly   ☐Interim   ☐Final Application

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | Paid | Paid |
| 5-3-2011 | 3-1-11 to 3-31-2011 | $816.00 | $0.00 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour.  In this application period, Mr. Hill billed 10.95 hours, for a total amount billed of $3,285.00 of which 80% is currently sought, in the amount of $2,628.00.

As stated above, this is the Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately .4 hours, for which $260.00 will be requested in a future application by lead counsel for the PD FCR.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 10.95 | $3,285.00 |
| TOTAL | 10.95 | $3,285.00 |

### EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  | $0 |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[1] At 80% of the total incurred.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS-
RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 3rd day of June, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600   Fax: (302) 888-0606

Page: 1
May 25, 2011

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire                                      Account No:        40324-001M
One Main Place, Suite 1910                                   Statement No:          26051
1201 Main Street, LB 201
Dallas TX 75202-3909

Sanders In Re:  W. R. Grace

For Services Rendered Through 04/30/2011

Fees

|  |  | Hours |  |
|---|---|---|---|
| **04/04/2011** | | | |
| RKH | Emails with A. Rich re: filing of notice of appearance (.2); Review final and file notice of appearance and certificate of service (1.1) | 1.30 | |
| **04/05/2011** | | | |
| RKH | Review appellate docket. | 1.00 | |
| **04/06/2011** | | | |
| RKH | Anderson issues on appeal/designation of record (.3); Maryland Casualty issues on appeal and deposition (.3); joint designation of record filed by Debtors et al., (1.0). | 1.60 | |
| **04/21/2011** | | | |
| RKH | Motion of bank lenders to exceed page limitation (.35); motion to seal file by Libby claimants (.20). | 0.55 | |
| **04/26/2011** | | | |
| RKH | Various tasks associated with adding Mr. Rich to notice of recipient log (1.0); Supplemental Appendix filed by Maryland Casualty (.5); brief of BNSF Railway (.30); brief of Gov't employees (.55); brief of Lange (.5); brief of Montana (.5) brief of Anderson Memorial Hospital (.5) brief of Libby claimants (.5); brief of AXA Belgium (.5); brief of Garlock (.5); brief of unsecured creditors (.5). | 6.00 | |
| **04/28/2011** | | | |
| RKH | Notice from Court on appellees brief due date (May 28) (.20); pro hac vice notice for Rich (.1); order regarding excess pages (.20). | 0.50 | |
| | For Current Services Rendered | 10.95 | 3,285.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 10.95 | $300.00 | $3,285.00 |

Alexander M. Sanders, Jr.

Account No:  40324-001M
Statement No:  26051

Sanders In Re:  W. R. Grace

| | |
|---|---|
| Total Current Work | 3,285.00 |
| Previous Balance | $3,729.80 |
| Balance Due | $7,014.80 |
| Please Remit | $7,014.80 |

*Remittance is due and payable upon receipt.  Thank you.*