```
Charles F. Jurgens, Pro Se
16547 ACADEMIA DR.
ENCINO CA 91436
818-783-4692
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                    Case No.: 01-01139 (JFK)

W, R, Grace & Co. et al   Debtors         Proof of Successors in interest to N Y
                                          HILLSIDE, INC., CLAIM 2114

                                          APPEARANCE IN PRO SE BY SUCCESSOR IN
                                          INTEREST CHARLES F. JURGENS

---

1.   Claim 2114 was filed in the proceeding by NY Hillside, Inc., a California corporation.

2.   Attached as Exhibit A is Statement of Domestic Stock Corporation for the State of California, on which are listed all of the officers and directors of N Y Hillside Inc. The only officers and directors thereon are Charles F. Jurgens and Mahgiub El-Arabi.

3.   NY Hillside, Inc. was dissolved in 2003. A copy of a Certificate of Dissolution from the California Secretary of State has been submitted to the court.

4.   In accordance with the provisions of California *Corporations Code* Section 2006, NY Hillside, Inc.'s claim in this proceeding was distributed, as an asset of the dissolved corporation, to its shareholders, Charles F. Jurgens and Mr. Mahgiub El-Arabi. Exhibit B is a consent of the Shareholders and Directors electing to and consenting to dissolution of N Y Hillside, Inc. Exhibit C is Certificate of N Y Hillside, Inc. secretary certifying that all claims of the dissolved corporation were distributed to the shareholders of N Y Hillside, Inc., namely Charles F. Jurgens and Mahgiub El-Arabi.

5.   I further request that the Court accept my appearance in this matter Pro Se.

6.   It is further requested that the "Response to Objection Seeking Disallowance of Claim No. 2114" which was filed with the court in the name of N Y Hillside, Inc. be recognized as a response from the successors in interest to NY Hillside, Inc.

RESPECTFULLY SUBMITTED    *May 2, 2011*

*Charles F. Jurgens*

[Summary of pleading] - 1



# State of California
## March Fong Eu
### Secretary of State

P.O. Box 944230
Sacramento, CA 94244-0230
Phone: (916) 445-2020

EXHIBIT A

## STATEMENT BY DOMESTIC STOCK CORPORATION
THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

**A $5 FILING FEE MUST ACCOMPANY THIS STATEMENT.**

WHEN COMPLETING FORM, PLEASE USE BLACK TYPEWRITER RIBBON OR BLACK INK

**IMPORTANT—Please Read Instructions On Back Of Form**

1. DUE DATE: MARCH 29, 1990
NY HILLSIDE, INC.

**1656969**

DO NOT ALTER PREPRINTED NAME. IF ITEM NO. 1 IS BLANK, PLEASE ENTER CORPORATE NAME

DO NOT WRITE IN THIS SPACE

**THE CALIFORNIA CORPORATION NAMED HEREIN, MAKES THE FOLLOWING STATEMENT**

| # | Field | Value | Room No. | City/State | Zip |
|---|---|---|---|---|---|
| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 16547 ACADEMIA DRIVE | | 2A. ENCINO CA | 2B. 91436 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA (IF ANY) | SAME | | 3A. CA | 3B. |
| 4. | MAILING ADDRESS | SAME | | 4A. | 4B. |

**THE NAMES OF THE FOLLOWING OFFICERS ARE:**

| # | Title | Name | Street Address | City/State | Zip |
|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER | CHARLES F. JURGENS | 16547 ACADEMIA DRIVE | ENCINO CA | 91436 |
| 6. | SECRETARY | CHARLES F. JURGENS | 16547 ACADEMIA DRIVE | ENCINO CA | 91436 |
| 7. | CHIEF FINANCIAL OFFICER | MAHGIUB EL-ARABI | 13447 MARGATE ST | VAN NUYS CA | 91401 |

**INCUMBENT DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (Attach supplemental list if necessary)

| # | Name | Street Address | City/State | Zip |
|---|---|---|---|---|
| 8. | CHARLES F. JURGENS | 16547 ACADEMIA DRIVE | ENCINO CA | 91436 |
| 9. | MAHGIUB EL-ARABI | 13447 MARGATE ST. | VAN NUYS CA | 91401 |
| 10. | | | | |

11. THE NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: _____

**DESIGNATED AGENT FOR SERVICE OF PROCESS** (Only one agent may be named)

12. NAME: CHARLES F. JURGENS   16547 ACADEMIA DR.   ENCINO CA 91436

13. CALIFORNIA STREET ADDRESS IF AGENT IS AN INDIVIDUAL. (DO NOT USE P.O. BOX) DO NOT INCLUDE ADDRESS IF AGENT IS A CORPORATION.

14. DESCRIBE TYPE OF BUSINESS OF THE CORPORATION NAMED IN ITEM 1.
CRUDE OIL PRODUCTION AND SALE

15. I DECLARE THAT I HAVE EXAMINED THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

CHARLES F. JURGENS / Charles F. Jurgens / Pres. / 1/5/90

16. I DECLARE THERE HAS BEEN NO CHANGE IN THE INFORMATION CONTAINED IN THE LAST STATEMENT OF THE CORPORATION WHICH IS ON FILE IN THE SECRETARY OF STATE'S OFFICE. DOES NOT APPLY ON INITIAL FILING.
**(READ INSTRUCTIONS BEFORE COMPLETING THIS ITEM)**

(CHECK HERE)

SO-200 (REV. 6/88)

sgh

88 49084

EXHIBIT B

# UNANIMOUS CONSENT OF SHAREHOLDERS AND DIRECTORS

THE UNDERSIGNED, being all shareholders and directors of N Y Hillside, Inc, a California Corporation (the "Corporation"), hereby elect and consent to the winding up and dissolution of the Corporation; and the undersigned do authorize and direct the officers to (i) pay and satisfy all liabilities and debts of the Corporation; (ii) distribute the assets of the corporation to its shareholders in proportion to their holdings; (iii) obtain all necessary clearances; and (iv) file a certificate evidencing the election to wind up and dissolve as reqired by the Corporations Code of the State of California, and to take such further action as may be necessary to wind up and dissolve the Corporation.

IN WITNESS WHEREOF, the undersigned shareholders and directors have executed and dated this written election and consent.

Effective: December 29, 2003

_____
Charles F. Jurgens
Shareholder and Director

Effective: December 29, 2003

_____
Mahgiub El-Arabi
Shareholder and Director

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 29 day of April, 2011, by Charles F. Jurgens & Mahgiub El-Arabi, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____



PATRICK B. MACERTOON
COMM. # 1808928
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES AUG. 9, 2012

EXHIBIT C

## **CERTIFICATE OF CORPORATE SECRETARY**

### **N Y Hillside, Inc**

The undersigned, Corporate Secretary of N Y Hillside, Inc., a dissolved California Corporation, hereby certifies that the following resolution has been duly adopted by the unanimous consent of the shareholders and the Board of Directors of N Y Hillside, Inc, has not been revoked, and is in full force and effect:

> THE UNDERSIGNED, being all shareholders and directors of N Y Hillside, Inc, a California Corporation (the "Corporation"), hereby elect and consent to the winding up and dissolution of the Corporation; and the undersigned do authorize and direct the officers to (i) pay and satisfy all liabilities and debts of the Corporation; (ii) distribute the assets of the corporation to its shareholders in proportion to their holdings; (iii) obtain all necessary clearances; and (iv) file a certificate evidencing the election to wind up and dissolve as reqired by the Corporations Code of the State of California, and to take such further action as may be necessary to wind up and dissolve the Corporation.

I further certify that the assets of the corporation, including all claims on behalf of the corporation, were distributed to the shareholders of the Corporation, namely, Charles F. Jurgens and Mahgiub El-Arabi, who are the persons entitled to and owning the same.

IN WITNESS WHEREOF, this Certificate has been executed on May 2, 2011 at Los Angeles, California.

_____
Charles F. Jurgens
CORPORATE SECRETARY