

May 31, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   192703

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH April 30, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 04/30/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $290.00 | $826.24 | $1,116.24 |
| **.15539 -** 03 - Creditors Committee | $532.50 | $0.00 | $532.50 |
| **.15543 -** 07 - Applicant's Fee Application | $465.00 | $0.00 | $465.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $3,517.50 | $0.00 | $3,517.50 |
| **.17905 -** 38 - ZAI Science Trial | $105.00 | $0.00 | $105.00 |
| *Client Total* | *$4,910.00* | *$826.24* | *$5,736.24* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                     www.bilzin.com

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.90 | $475.00 | $427.50 |
| Sakalo, Jay M | 7.50 | $525.00 | $3,937.50 |
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| Beck, Amuni A | 0.40 | $200.00 | $80.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — *$4,910.00*

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $234.00 |
| Long Distance Telephone | $28.88 |
| Long Distance Telephone-Outside Services | $397.00 |
| Pacer - Online Services | $164.16 |
| Copies | $2.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | *$826.24* |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$5,736.24** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 04/01/11 | AXB | 0.10 | 20.00 | 3/29/2011- Analyze docket and email J. Sakalo and M. Kramer thereon. |
| 04/11/11 | AXB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 04/22/11 | AXB | 0.20 | 40.00 | Analyze docket and email J. Sakalo thereon (.1); Email J. Sakalo pleading requested (.1). |
| 04/25/11 | JMS | 0.40 | 210.00 | Telephone conference with K. Carmada regarding docket and related issues (.4). |

**PROFESSIONAL SERVICES** $290.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 02/23/11 | Airfare Matthew Kramer travel from Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 234.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 72.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 58.00 |
| 03/04/11 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 72.00 |
| 03/18/11 | Long Distance Telephone (302)575-1555; 3 Mins. | 2.28 |
| 03/21/11 | Long Distance Telephone (302)575-1555; 2 Mins. | 1.52 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011  -  Account#RB0120 | 41.44 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011  -  Account#RB0120 | 122.72 |
| 04/25/11 | Long Distance Telephone (803)943-4444; 21 Mins. | 15.96 |
| 04/26/11 | Long Distance Telephone (843)727-6510; 1 Mins. | 0.76 |
| 04/27/11 | Long Distance Telephone (906)337-5745; 9 Mins. | 6.84 |
| 04/29/11 | Long Distance Telephone (843)727-6500; 2 Mins. | 1.52 |
| 03/29/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/29/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/08/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/14/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/23/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**TOTAL COSTS ADVANCED** $826.24

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $525.00 | $210.00 |
| Beck, Amuni A | 0.40 | $200.00 | $80.00 |
| **TOTAL** | **0.80** | | **$290.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $234.00 |
| Long Distance Telephone | $28.88 |
| Long Distance Telephone-Outside Services | $397.00 |
| Pacer - Online Services | $164.16 |
| Copies | $2.20 |
| **TOTAL** | **$826.24** |

**CURRENT BALANCE DUE THIS MATTER** $1,116.24

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 03/02/11 | MIK | 0.90 | 427.50 | Email memo to committee regarding hearing. |
| 04/12/11 | JMS | 0.20 | 105.00 | Email to Committee regarding hearing agenda (.2). |

**PROFESSIONAL SERVICES** $532.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.90 | $475.00 | $427.50 |
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| **TOTAL** | **1.10** | | **$532.50** |

**CURRENT BALANCE DUE THIS MATTER** $532.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 04/12/11 | JIS | 0.70 | 262.50 | Review and revise March prebill. |
| 04/21/11 | LMF | 0.90 | 202.50 | Prepare notice and summary for March statement of fees and costs and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $465.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| **TOTAL** | **1.60** | | **$465.00** |

**CURRENT BALANCE DUE THIS MATTER** $465.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/11 | JMS | 0.90 | 472.50 | Emails with D. Speights regarding plan question (.2); review statements of issues on appeal filed by interested parties (.7). |
| 04/04/11 | JMS | 1.90 | 997.50 | Review multiple designations of record and statement of issues on appeal (1.9). |
| 04/08/11 | JMS | 0.30 | 157.50 | Emails with D. Boll regarding access to electronic joint record (.3). |
| 04/20/11 | JMS | 0.70 | 367.50 | Telephone conference with T. Brandi regarding status of plan appeals and related issues (.7). |
| 04/22/11 | JMS | 1.10 | 577.50 | Review motion to retain Canadian ZAI claims administrator and email to Committee thereon (1.1). |
| 04/24/11 | JMS | 0.30 | 157.50 | Email exchange with D. Speights regarding response to inquiry (.3). |
| 04/25/11 | JMS | 1.10 | 577.50 | Telephone conference with D. Speights regarding questions on appeal (.3); review Maryland Casualty opening brief (.8). |
| 04/27/11 | JMS | 0.40 | 210.00 | Telephone conference with M. Locatelli regarding Grace claim (.4). |

**PROFESSIONAL SERVICES** $3,517.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.70 | $525.00 | $3,517.50 |
| **TOTAL** | **6.70** | | **$3,517.50** |

**CURRENT BALANCE DUE THIS MATTER** $3,517.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17905

**RE: 38 - ZAI Science Trial**

| 04/20/11 | JMS | 0.20 | 105.00 | Email with E. Westbrook regarding ZAI hearing (.2). |

**PROFESSIONAL SERVICES** $105.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| *TOTAL* | *0.20* | | *$105.00* |

**CURRENT BALANCE DUE THIS MATTER** $105.00