IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

W.R. Grace & Co., *et al.*　　　　　　　　　Bankruptcy No. 01-1139-JKF
　　　Debtors　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

　　　　　　　　　　　　　　　　　　　　**Related to Doc. No.** 27034

### ORDER REGARDING CLAIM NO. 2114 OF NY HILLSIDE, INC.

**AND NOW,** this **7th** day of **June, 2011,** it is **ORDERED** that **on or before 4:00 p.m. Eastern** on **July 7, 2011**, Charles F. Jurgens shall file and serve a transfer of claim from NY Hillside, Inc. to the person(s) or entit(y)(ies) now asserted to hold the claim as required by and in compliance with Fed.R.Bankr.P. 3001(e).

It is **FURTHER ORDERED** that failure to timely and fully comply with the above and the Federal Rules of Bankruptcy Procedure will bar any further action regarding this proof of claim without further order.

It is **FURTHER ORDERED** that objections to any transfer of claim shall be filed and served **on or before 4:00 p.m.** on **September 8, 2011.**

It is **FURTHER ORDERED** that if objections are filed, Debtors shall list the matter for hearing on the next omnibus hearing date that comports with Fed.R.Bankr.P. 3001(e)(5) and that is also in accordance with the Case Management Order in effect in this case and shall notify Mr. Jurgens of the hearing date and time.

　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*　　　
　　　　　　　　　　　　　　　　　Judith K. Fitzgerald　　**rmab**
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm:　　Charles F. Jurgens
　　　　16547 Academia Dr.
　　　　Encino, CA  91436

1