## EXHIBIT A

### April 2011 Fee Detail

**Matter 3**                                        **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/4/2011 | Confer with J. Posner re Continental settlement discussions (.30). | .30 | $625 | $187.50 |
| RJH | 4/5/2011 | Multiple telephone conferences with M. Conron re potential business transaction (.70); analyze issues and draft correspondence re same (1.10); confer with J. Baer re same (.20). | 2.00 | $475 | $950.00 |
| JSB | 4/7/2011 | Review draft contract re Carolina Vermiculite and prepare comments re same (.50). | .50 | $625 | $312.50 |
| JSB | 4/8/2011 | Review E. Eller inquiry and AmGen Contract revision (.50); confer with J. McFarland re Grace Joint Venture matter (.30); prepare comments re AmGen matter (.40); follow up re Operating Report issues (.30); review further information from E. Eller re AmGen (.30). | 1.80 | $625 | $1,125.00 |
| RJH | 4/8/2011 | Analyze business contract issues (.30); telephone conference with client re potential transaction issues and follow up re same (.60). | .90 | $475 | $427.50 |
| JSB | 4/11/2011 | Confer with E. Eller and R. Higgins re AmGen issue (.40); further confer with E. Eller re same (.30); confer with J. Posner re Continental issues (.30); confer with R. Higgins re transaction structure and related confidentiality issues (.30); review H. LaForce comments re Operating Report issues and follow up re same (.30); further review AmGen contract (.50). | 2.10 | $625 | $1,312.50 |
| RJH | 4/11/2011 | Analyze business contract issue and confer with J. Baer re same (.60); telephone conference with M. Conron re business transaction issues and confer with J. Baer re same (.90). | 1.50 | $475 | $712.50 |
| JSB | 4/12/2011 | Review AmGen contract and draft amendment and prepare draft correspondence and edits re same (2.50); confer with R. Higgins re issue on potential new business transaction (.30); review materials re committee confidentiality issues (.30); confer with R. Higgins and M. Hurford re same (.30); further correspondence re confidentiality issues (.30); confer with R. Higgins re AmGen issues (.30); review and finalize AmGen comments (.60); review and respond to further correspondence re Atlanta consent order (.20). | 4.80 | $625 | $3,000.00 |
| RJH | 4/12/2011 | Telephone conferences with M. Conron, M. Shelnitz and others re business transaction (.90); legal research and analysis re same (3.20); confer with J. Baer re same (.30); telephone conferences and correspond with G. Lodygowski re same (.50); review and analyze supply contract and confer with J. Baer re same (1.30); review draft confidentiality agreement delivered late afternoon (.60). | 6.80 | $475 | $3,230.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/13/2011 | Telephone conference with M. Conron re business transaction issues and follow up re same (.50); review and analyze documents re same (.40). | .90 | $475 | $427.50 |
| JSB | 4/14/2011 | Confer with E. Eller and related business clients re AmGen Contract issues (.30); confer with M. Shelnitz re issues on Court approval needs on new potential matters (.30); confer with R. Higgins re AmGen and new transaction (.20). | .80 | $625 | $500.00 |
| JSB | 4/15/2011 | Review investment banks retention issues re client inquiry (.40); prepare correspondence re same (.40); confer re new investment issues and follow up re same (.40). | 1.20 | $625 | $750.00 |
| RJH | 4/15/2011 | Confer with J. Baer re various business and case-related issues (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/21/2011 | Review confidentiality agreement re new transaction (.30). | .30 | $625 | $187.50 |
| JSB | 4/25/2011 | Review proposed memorandum on license matter and prepare response re same (.40). | .40 | $625 | $250.00 |
| RJH | 4/25/2011 | Analyze bankruptcy issues in business opportunity (1.30). | 1.30 | $475 | $617.50 |
| JSB | 4/26/2011 | Confer with R. Higgins re foreign transaction issues (.30). | .30 | $625 | $187.50 |
| RJH | 4/26/2011 | Analyze bankruptcy issues re Project Eddy (.90); telephone conference with J. O'Connell re same and other issues (.40). | 1.30 | $475 | $617.50 |
| JSB | 4/27/2011 | Confer with E. Wolf re Marblegate transfer and prepare correspondence re same (.30); review R. Higgins comments on draft 10Q and review revised draft of same (.70); confer with R. Finke re foreign litigation matter (.20); prepare comments re 10Q (.30). | 1.50 | $625 | $937.50 |
| RJH | 4/27/2011 | Review and comment on draft 10Q (1.30) | 1.30 | $475 | $617.50 |
| JSB | 4/28/2011 | Confer with R. Finke re 10Q issues (.40); review and revised draft 10Q and provide further comments (.40). | .80 | $625 | $500.00 |
| JSB | 4/29/2011 | Confer with E. Wolf re Marblegate notice issue and review correspondence re same (.30); review further revised 10Q materials and further comments re same (.30); review draft Marblegate transfer documents and provide comments re same (.40). | 1.00 | $625 | $625.00 |
| RJH | 4/29/2011 | Telephone conference with J. McFarland re business joint venture issue and analyze issues re same (1.10); analyze issues re Project Eddie and foreign holding company structure (1.20). | 2.30 | $475 | $1,092.50 |
| Total | | | 35.10 | | $19,042.50 |

2

**Matter 4**                                        **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/4/2011 | Confer with R. Finke re Reed Smith issue on letter and workers compensation claims issue (.30); confer with R. Higgins and review correspondence re various tax claims and claims litigation issues (.40); review all outstanding matters and newly filed materials and follow up re same (.70). | 1.40 | $625 | $875.00 |
| RJH | 4/4/2011 | Confer with J. Baer re various case-related issues (.50). | .50 | $475 | $237.50 |
| JSB | 4/6/2011 | Confer with D. Klauder re operating report requirements (.30); review local rules re same (.30); prepare correspondence re same (.30); review and respond to further correspondence re same (.30). | 1.20 | $625 | $750.00 |
| JSB | 4/6/2011 | Review Grace task list re certain business issues and follow up re same (.30). | .30 | $625 | $187.50 |
| JSB | 4/7/2011 | Review further correspondence re Operating Report issues (.30); prepare follow up re same (.40). | .70 | $625 | $437.50 |
| RJH | 4/8/2011 | Prepare OCP report for filing an review same (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/11/2011 | Review and revise Grace task list (.50); review correspondence re hearing agenda and follow up re same (.30). | .80 | $625 | $500.00 |
| RJH | 4/11/2011 | Legal research and analyze various case-related administrative matters (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/12/2011 | Revise Grace open issues list (.30). | .30 | $625 | $187.50 |
| JSB | 4/14/2011 | Review client comments on Operating Report issue and prepare further correspondence re same (.50); complete revisions to outstanding matter checklist/memo (.80). | 1.30 | $625 | $812.50 |
| RJH | 4/14/2011 | Revise SEC quarterly report insert and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| JSB | 4/15/2011 | Confer with R. Higgins re ongoing project issues (.70). | .70 | $625 | $437.50 |
| RJH | 4/18/2011 | Update Grace task list and analyze issues re same (.50). | .50 | $475 | $237.50 |
| JSB | 4/19/2011 | Review US Trustee correspondence re operating reports (.30). | .30 | $625 | $187.50 |
| JSB | 4/22/2011 | Review and respond to correspondence from Sierra re Schedule G/Cure Notice issues (.50); review and respond to correspondence re Garlock/Ballot issues (.50); review Trial briefs and other documents and briefs re Montana and Crown appeals (2.00). | 3.00 | $625 | $1,875.00 |
| RJH | 4/22/2011 | Prepare quarterly settlement report and correspond with various parties re same (1.70); prepare same and quarterly asset report for filing (.50). | 2.20 | $475 | $1,045.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 4/26/2011 | Analyze various case-related issues and correspond with A. Paul re same (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 16.90 | | $9,527.50 |

**Matter 5**                              **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/6/2011 | Revise draft motion re claims matter (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/7/2011 | Revise motion re claims matter (2.50); prepare correspondence re same (.30); revise draft settlement agreement re same (.50). | 3.30 | $625 | $2,062.50 |
| JSB | 4/8/2011 | Review L . Esayian comments to settlement motion (.30); respond re same (.30); review A. Paul comments re same and further revise same (.80); prepare correspondence re same (.30). | 1.70 | $625 | $1,062.50 |
| JSB | 4/20/2011 | Review correspondence re Solow settlement and assignment issues (.30); confer with R. Finke re same (.30). | .60 | $625 | $375.00 |
| Total | | | 6.60 | | $3,975.00 |

5

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/4/2011 | Legal research re tax claim issues (2.50); exchange correspondence with various parties re same (.90). | 3.40 | $475 | $1,615.00 |
| RJH | 4/6/2011 | Legal research re tax claims issues (1.30). | 1.30 | $475 | $617.50 |
| RJH | 4/7/2011 | Legal research re tax claims and draft correspondence to T. Maynes re same (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/8/2011 | Review correspondence re confidential documents and respond re same (.30); review Canadian recognition order and correspondence re same and prepare correspondence re same (.30). | .60 | $625 | $375.00 |
| RJH | 4/8/2011 | Analyze Minnesota and Illinois tax claims and draft correspondence re same (1.80). | 1.80 | $475 | $855.00 |
| RJH | 4/11/2011 | Draft objections to Minnesota and Illinois tax claims and legal research re same (6.50); legal research re Gamma Holding claim (.30). | 6.80 | $475 | $3,230.00 |
| RJH | 4/12/2011 | Revise draft objection to Illinois tax claim (1.20); draft correspondence to various parties re same (.40); analyze client materials re open tax claims (.20). | 1.80 | $475 | $855.00 |
| JSB | 4/13/2011 | Confer with R. Higgins and C. Finke re various issues on tax claims and review correspondence re same (.50). | .50 | $625 | $312.50 |
| RJH | 4/13/2011 | Revise Illinois tax claim objection (.90); exchange correspondence with various parties re same (.60); draft Minnesota tax claim objection and legal research re same (3.50); exchange correspondence with various parties re same (.70); multiple telephone conferences with C. Finke and follow up re same (.80). | 6.50 | $475 | $3,087.50 |
| RJH | 4/14/2011 | Prepare Illinois tax claim objection for filing and exchange correspondence with various parties re same (2.20); analyze open claims issues and legal research re same (1.30). | 3.50 | $475 | $1,662.50 |
| RJH | 4/15/2011 | Attend to matters re IDOR payroll claim (.50); analyze and resolve open claims issues (1.90). | 2.40 | $475 | $1,140.00 |
| RJH | 4/18/2011 | Analyze Minnesota tax claim issue and exchange correspondence with various parties re same (1.60); analyze issues and exchange correspondence with various parties re outstanding real estate-related claims (.70); analyze various open claims (.80). | 3.10 | $475 | $1,472.50 |
| RJH | 4/19/2011 | Analyze and resolve issues re open claims matters (1.50). | 1.50 | $475 | $712.50 |
| RJH | 4/20/2011 | Telephone conferences with creditors and exchange correspondence with creditors re case status (.90). | .90 | $475 | $427.50 |
| RJH | 4/22/2011 | Analyze open claims matters (1.20). | 1.20 | $475 | $570.00 |
| RJH | 4/25/2011 | Legal research re open claims issues (1.40). | 1.40 | $475 | $665.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/26/2011 | Review correspondence re Marblegate claim and follow up re same (.40). | .40 | $625 | $250.00 |
| RJH | 4/29/2011 | Analyze issues re Zonolite road consent motion and draft correspondence re same (2.30). | 2.30 | $475 | $1,092.50 |
| Total | | | 40.40 | | $19,415.00 |

**Matter 11**                                  **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/4/2011 | Prepare March fee detail (.50). | .50 | $475 | $237.50 |
| JSB | 4/13/2011 | Review draft March fee entries (.50) | .50 | $625 | $312.50 |
| JSB | 4/14/2011 | Revise March fee statement (.50). | .50 | $625 | $312.50 |
| RJH | 4/25/2011 | Prepare March fee detail (.60). | .60 | $475 | $285.00 |
| JSB | 4/27/2011 | Review and revise March fee and expense detail (.40). | .40 | $625 | $250.00 |
| Total | | | 2.50 | | $1,397.50 |

8

**Matter 14**                                     **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/15/2011 | Review and assemble materials for April Omnibus hearing (.30); review materials re NY Hillside Claim and prepare for hearing re same (1.00). | 1.30 | $625 | $812.50 |
| JSB | 4/18/2011 | Review materials in preparation for April Omnibus hearing (.30); conduct April Omnibus hearing (1.20). | 1.50 | $625 | $937.50 |
| Total | | | 2.80 | | $1,750.00 |

| Matter 15 | | Litigation and Litigation Consulting | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/4/2011 | Telephone conference with J. Hughes re claims litigation issues (.60); legal research re discovery issues regarding same (2.20); draft response to S. Stamoulis letter of 4/1/11 (.90). | 3.70 | $475 | $1,757.50 |
| JSB | 4/5/2011 | Review documents re Otis 9010 issues (.70); revise Otis 9010 motion (1.50); prepare correspondence re same (.20); review correspondence re Otis PPA issues (.30); review correspondence re Atlanta consent Decree (.30). | 3.00 | $625 | $1,875.00 |
| RJH | 4/5/2011 | Draft letter to S. Stamoulis re discovery issues (.90); legal research re same (.40); draft supplementary discovery response (3.90). | 5.20 | $475 | $2,470.00 |
| JSB | 4/6/2011 | Review and respond to correspondence re status of Atlanta consent order (.30); review draft motion and order re California Settlement Agreement (.80); prepare correspondence re same (.30). | 1.40 | $625 | $875.00 |
| RJH | 4/6/2011 | Draft supplementary discovery response (3.00); prepare for telephone conference with Litigation consultant and J. Hughes re claims litigation (.60); telephone conference with J. Hughes and Litigation consultant re same (2.20); telephone conference with J. Hughes re same (.40). | 6.20 | $475 | $2,945.00 |
| JSB | 4/7/2011 | Confer with R. Higgins re status of claims litigation discovery and litigation (.30); review correspondence re finalizing Atlanta consent order and related materials (.30). | .60 | $625 | $375.00 |
| RJH | 4/7/2011 | Draft supplementary discovery response (1.90). | 1.90 | $475 | $902.50 |
| JSB | 4/8/2011 | Review draft supplemental response re claims litigation discovery and confer re same (.40); review correspondence re finalizing Atlanta consent order and comments re motion on same (.50). | .90 | $625 | $562.50 |
| JSB | 4/11/2011 | Review and respond to correspondence re Atlanta consent order (.30); review comments on Atlanta 9019 motion, revise and prepare correspondence re same (1.50); follow up re NY Hillside hearing issues (.30); confer with R. Finke re Samson issues (.30); confer with R. Finke and R. Spence (several conferences) re Otis consent Decree Final order issues (.50); review and respond to correspondence re Garlock discovery (.30); review and respond to correspondence re Canadian claims administrator and client comments re same (.70). | 3.90 | $625 | $2,437.50 |
| RJH | 4/12/2011 | Correspond with J. Hughes re draft supplemental discovery response and revise same (.50). | .50 | $475 | $237.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/13/2011 | Review final comments to Atlanta consent order and follow up re same (.30); prepare final revisions on Atlanta motion and order and review and assemble all documents re same (1.50); prepare transmittal for review re same (.20). | 2.00 | $625 | $1,250.00 |
| JSB | 4/14/2011 | Review correspondence on final Atlanta motion and exhibits and prepare transmittal for filing re same (.50); review revised Canadian Administrator motion and prepare correspondence re same (.40); review client's further comments on the Canadian Administrator motion and respond re same (.40); final review of Canadian motion with client comments (.30). | 1.60 | $625 | $1,000.00 |
| JSB | 4/18/2011 | Review various correspondence re Otis PPA status and issues and respond to same (.40). | .40 | $625 | $250.00 |
| RJH | 4/18/2011 | Exchange correspondence with various parties re claims litigation and analyze issues re same (.30). | .30 | $475 | $142.50 |
| RJH | 4/19/2011 | Telephone conference with J. Hughes re open claims litigation matter (.70); revise supplemental discovery response re same (.90); correspond with opposing counsel and analyze issues raised by such correspondence (.50). | 2.10 | $475 | $997.50 |
| RJH | 4/20/2011 | Prepare supplemental discovery response for filing (.50). | .50 | $475 | $237.50 |
| RJH | 4/21/2011 | Attend to matters re supplemental discovery response (.80). | .80 | $475 | $380.00 |
| JSB | 4/25/2011 | Review most recent version of Otis consent Decree from EPA and compare to former version (.40); prepare correspondence re same and further respond re same (.40). | .80 | $625 | $500.00 |
| JSB | 4/27/2011 | Review correspondence re Otis Pipeline consent Decree and follow up on issues re same (.50). | .50 | $625 | $312.50 |
| JSB | 4/28/2011 | Review correspondence re Otis PPA/consent Decree issues and respond re same (.50). | .50 | $625 | $312.50 |
| JSB | 4/29/2011 | Review and further respond on additional Otis issues (.30); confer with R. Higgins re claims litigation status (.30); attend to issues re claims registers (.30); review draft Otis 9019 motion and order in light of consent Decree changes and follow up re same (.40). | 1.30 | $625 | $812.50 |
| RJH | 4/29/2011 | Telephone conferences and exchange correspondence with S. Stamoulis re claims litigation matter (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 39.10 | | $21,107.50 |

11

| | | Matter 16 | | Plan and Disclosure Statement | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/4/2011 | Review notices of appeal and correspondence re same (.50); review Canadian Factum re recognition of confirmation order (.50); participate in conference with Plan Co-Proponents re Statement of Issues on appeal (1.30); prepare comments on Canadian Factum (.30); further confer with co-counsel re Statement of Issues on Appeal (.40); review Canadian materials re vote issue for Canadian Factum (1.50); confer with J. Donley re Counter Statement of Issues and Record on Appeal (.30); confer with Canadian counsel re Factum issues (.20); prepare correspondence re Canadian vote issue (.30); review transcript re Canadian settlement matter for Factum (.50); prepare correspondence re same (.20). | 6.00 | $625 | $3,750.00 |
| JSB | 4/5/2011 | Confer with Grace Management re Appeal status and related issues (.80); confer with Grace Management re Warrants and other issues re Plan and emergence (.70); confer with Plan Co-Proponents re status, party discussions and related issues (.50); confer with J. Donley re follow up on same (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 4/6/2011 | Review Canadian Factum and related materials (.30); review materials re Committee issues and prepare correspondence re same (.40); review correspondence re Government deliverables re Plan (.20); confer with J. Donley re Sealed Air Meeting (.30). | 1.20 | $625 | $750.00 |
| JSB | 4/7/2011 | Review draft confidentiality agreement and correspondence re same re appeal documents (.30); review Thundersky Factum re Canadian recognition matter (.40). | .70 | $625 | $437.50 |
| JSB | 4/12/2011 | Confer with R. Finke and O. Pasparakis re Canadian claims administrator motion and issues (.40); review Notice re Joint record (.20); confer with D. Hogan re Canadian motion (.20). | .80 | $625 | $500.00 |
| JSB | 4/13/2011 | Review revised Canadian Administrator motion (.40); confer with D. Hogan re same and prepare correspondence re same (.30). | .70 | $625 | $437.50 |
| JSB | 4/15/2011 | Review memo re confirmation prepayment issues (.40); review and respond to correspondence re Sealed Air issues (.40); confer with D. Boll re Confirmation appeal issues (.30). | 1.10 | $625 | $687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/18/2011 | Confer with M. Shelnitz re Plan Effective Date issues (1.20); review correspondence re cross-appeal brief issues and respond re same (several matters) (.40); review draft letter to Court, revise and prepare transmittal re same (.40); review correspondence re Effective Date issues and respond re same (.40); confer with Plan Co-Proponents re status of appeal and Effective Date issues (.80); confer with R. Higgins re follow up on Effective Date issues (.50); review outline/summary re appeal issues in preparation for Sealed Air meeting (.30); confer with R. Higgins and review Capmark case re distribution issues (.70). | 4.70 | $625 | $2,937.50 |
| RJH | 4/18/2011 | Analyze and resolve issues re settled/allowed/payable claims and exchange correspondence with various parties re same (.60); analyze plan settlement issues and exchange correspondence with parties re same (1.80). | 2.40 | $475 | $1,140.00 |
| JSB | 4/19/2011 | Review and assemble materials for Sealed Air meeting and preparation for Confirmation Appeal (1.50); review materials re appeal issues and case law re potential payments (.80); confer with D. Cohn re appellate record issues and prepare correspondence re same (.40); review materials in preparation for meeting with Sealed Air (1.50); confer with J. Donley and A. Paul re preparation for Sealed Air meeting (1.00). | 5.20 | $625 | $3,250.00 |
| RJH | 4/19/2011 | Legal research re plan issues and draft correspondence re same (.50); legal research re effective date issues and telephone conference with M. Araki re same (1.20). | 1.70 | $475 | $807.50 |
| JSB | 4/20/2011 | Confer with Grace and co-counsel re preparation for Sealed Air meeting and related issues (.70); confer with co-counsel and R. Higgins re Effective Date issues and follow up re same (.80); review Plan and confer further re Effective Date matters (.50); attend meeting with Sealed Air's counsel re Effective Date and appeal issues (1.50); further confer and review issues and materials re Plan and Effective Date (.40); confer with client re same (.30). | 4.20 | $625 | $2,625.00 |
| RJH | 4/20/2011 | Multiple telephone conferences with J. Baer re effective date issues and legal research re same (2.50); telephone conference with J. Gettleman re same (.50); draft correspondence re same (1.20); telephone conference with S. Gross re same (.40). | 4.60 | $475 | $2,185.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/21/2011 | Review and respond to follow up correspondence re Effective Date issues (.30); participate in conference with clients and co-counsel re Sealed Air meeting and Effective Date issues (.70); review correspondence re BNSF appeal (.20); prepare correspondence re Libby claimant Key and follow up re same (.30); review correspondence from BMC and Sierra re schedule issues (.30); review correspondence from BMC and ballot information re Garlock request (.40); review motion from Lenders re brief page limitation (.20). | 2.40 | $625 | $1,500.00 |
| RJH | 4/21/2011 | Analyze documents re schedules and settled claims for effective date preparation (1.00). | 1.00 | $475 | $475.00 |
| JSB | 4/22/2011 | Review Speights motion re page limit and prepare correspondence re same (.30); follow up with further correspondence re same (.30). | .60 | $625 | $375.00 |
| JSB | 4/24/2011 | Review materials from Confirmation Trial and briefing in preparation for appellate briefs (3.00). | 3.00 | $625 | $1,875.00 |
| JSB | 4/25/2011 | Review and respond to correspondence re appeal brief issues (numerous matters) (.60); review further materials re appellate briefs (3.00); review transcripts re Confirmation hearing on appeal issues (.50); begin review of appellate briefs re confirmation (2.50). | 6.60 | $625 | $4,125.00 |
| JSB | 4/26/2011 | Review and respond to correspondence re appellate brief issues (.40); review appellate briefs (3.00); confer with Traveler's counsel re status (.20); participate in conference with Plan Proponents re appellate briefs (.50); prepare outline re Montana/Crown issues (1.50). | 5.60 | $625 | $3,500.00 |
| RJH | 4/26/2011 | legal analysis re appeals briefs (3.50). | 3.50 | $475 | $1,662.50 |
| JSB | 4/27/2011 | Review further appellate briefs and outlines re arguments re same (3.20); participate in group call re appellate argument issues (1.00); review and respond to correspondence re appellate briefing issues (.30); review Continental draft revised Cure Notice Stipulation and further revise same (.30). | 4.80 | $625 | $3,000.00 |
| RJH | 4/27/2011 | legal analysis re appeals briefs (3.50). | 3.50 | $475 | $1,662.50 |
| JSB | 4/28/2011 | Continue review of appellate briefs and draft response brief (2.70). | 2.70 | $625 | $1,687.50 |
| RJH | 4/28/2011 | Review and analyze appellate issues raised by various appeals briefs (4.80). | 4.80 | $475 | $2,280.00 |
| JSB | 4/29/2011 | Confer with Plan Co-Proponents re status of various plan/appeal issues (.50); review correspondence from FCR re BNSF and Garlock issues and respond re same (.40); participate in conference with clients and Plan Proponents re issues on appellate briefing (1.10); continue to review draft Response brief and other appellate briefs (1.50). | 3.50 | $625 | $2,187.50 |

14

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/29/2011 | Legal analysis re issues raised by State of Montana (2.50). | 2.50 | $475 | $1,187.50 |
| Total | | | 80.10 | | $46,462.50 |