<u>**EXHIBIT B**</u>

**April 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $429.76 |
| Online research | $448.15 |
| Out-of-town travel | $1,493.43 |
| Meals | $64.95 |
| Court fees | $210.16 |
| Litigation support vendors | $3,198.30 |
| Experts | $875.00 |
| **Total:** | **$6,719.75** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 4/19/2011 | $43.00 | 303 Taxi from Wilmette to O'Hare for travel to New York |
| 4/19/2011 | $719.40 | United Airlines.  Roundtrip airfare. Chicago/ New York re Sealed Air meeting and travel fee |
| 4/19/2011 | $656.03 | W Hotel New York – lodging |
| 4/19/2011 | $40.24 | W. Hotel New York – dinner - one person |
| 4/20/2011 | $24.71 | W Hotel New York – breakfast - one person |
| 4/20/2011 | $35.00 | Taxi. Manhattan to LaGuardia |
| 4/20/2011 | $40.00 | 303 Taxi from O'Hare to Wilmette |
| Total | **$1,558.38** | |

## NON-TRAVEL

| Date | Amount | Service Description |
|------|--------|---------------------|
| 4/15/2011 | $448.15 | Lexis/Nexus. April charges |
| 4/30/2011 | $368.20 | InterCall. Grace conference call charges for April. |
| 4/30/2011 | $3,198.30 | Phase Eleven. Paralegal assistance re appellate briefing and Canadian recognition matters. |
| 4/30/2011 | $875.00 | Professional consulting services re claims litigation |
| 4/30/2011 | $61.56 | Sprint broadband charges for April |
| 4/30/2011 | $210.16 | Pacer court charges for April |
| Total | $5,161.37 | |

Total April 2011 Expenses: $6,719.75