| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2011 | John Donley | 5.10 | Prepare for conference with Sealed Air re plan issues (2.5); confer with M. Shelnitz, R. Finke, J. Baer and A. Paul re Sealed Air meeting preparation (.7); confer with S. Birnbaum, H. Wasserstein, D. Turetsky, A. Paul and J. Baer re same (1.0); draft memorandum to client re plan issues (.4); review plan provisions and research re effective date issues (.5). |
| 4/20/2011 | James H M Spraygren, P.C. | .50 | Attention to strategy and tactics re appeal. |
| 4/21/2011 | Kimberly K Love | 4.00 | Assist with providing access for various parties to FTP site (2.5); prepare and organize materials from docket for inclusion into case files (1.5). |
| 4/21/2011 | Deanna D Boll | 6.20 | Edit and revise appellee brief including nature of case and 524(g) compliance documents (5.8); review Libby key and confer with J. Baer re same (.4). |
| 4/21/2011 | Tyler D Mace | 4.90 | Review post-trial briefing and Grace's plan of reorganization for issues re Libby appeals. |
| 4/21/2011 | Susan Engel | 3.50 | Confer with C. Landau re appeal (.3); review statements of issues on appeal (.3); review bankruptcy court pleadings and rulings (2.9). |
| 4/21/2011 | Jeffrey Gettleman | .60 | Correspond with A. Paul re "emergence" issues (.2); correspond with S. Gross re same (.1); review S. Gross analysis re same (.2); correspond with A. Brniak re pleadings re same (.1). |
| 4/21/2011 | Adam C Paul | 3.90 | Analyze issues re effective date of the plan (2.1); confer with client re Sealed Air meeting (.9); correspond with J Donley re effective date (.2); correspond with J Baer re Libby pleading (.3); analyze recent appellate pleadings (.4). |
| 4/21/2011 | John Donley | 1.90 | Review research re plan and effective date issue (.7); confer re same with A. Paul (.3); confer with M. Shelnitz, R. Finke A. Paul and J. Baer re case resolution strategy issues (.6); outline/prepare for same (.3). |
| 4/21/2011 | Christopher Landau, P.C. | .50 | Confer with S. Engel re appeals from confirmation order. |
| 4/22/2011 | Kimberly K Love | 6.80 | Confer with J. Donley re upcoming events and projects (.8); prepare and organize various materials requested by T. Mace re Libby-related plan and exhibits and case briefing (4.0); prepare and organize materials requested by J. Baer (2.0). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/2011 | Deanna D Boll | 10.20 | Edit and revise draft appellee brief and coordinate with J. Brooks re lender brief. |
| 4/22/2011 | Tyler D Mace | 2.70 | Review pleadings and research cases re 1129(a)(7) identified by Libby plaintiffs in previous briefs. |
| 4/22/2011 | Susan Engel | 1.80 | Confer with C. Landau and J. Donley re appeal (.5); review bankruptcy court rulings and standard of review materials (1.3). |
| 4/22/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul re issues for response briefs (.1); correspond with B. Weiland re same (.1). |
| 4/22/2011 | Adam C Paul | 2.90 | Analyze motions to extend (.4); correspond with J. Donley and working group re same and appeals (.9); analyze environmental pleadings (1.2); correspond with J. Gettleman re effective date and appeals (.4). |
| 4/22/2011 | Brad Weiland | .80 | Research and analyze brief issues re appeals and confirmation items. |
| 4/22/2011 | John Donley | 2.20 | Work on appeal issues (1.3); confer with C. Landau and S. Engel re appeal issues including standard of review (.5); review AMH filing and correspond with J. Baer, J O'Neill, A. Paul and M. Shelnitz re same (.4). |
| 4/22/2011 | Lisa G Esayian | .50 | Review Anderson motion to file appeal brief and correspond with J. Donley re same (.3); correspond with J. Donley and J. O'Neill re dates selected by mediator for mediation of Libby and BNSF appeals of CNA settlement (.2). |
| 4/22/2011 | Christopher Landau, P.C. | .80 | Confer with J. Donley and S. Engel re confirmation appeals. |
| 4/23/2011 | Deanna D Boll | 8.30 | Edit and revise appellee brief including 1129 and 524(g) compliance. |
| 4/24/2011 | Deanna D Boll | 9.50 | Edit and revise appellee brief including 1129 and 524(g) compliance. |
| 4/24/2011 | Adam C Paul | 1.20 | Analyze briefing assignments (.9); correspond with J Donley re same (.3). |
| 4/24/2011 | John Donley | 4.40 | Review and analyze research and authorities re appellate issues, including waiver, standard of review, and cross-appeal issues (2.8); outline appellate issues and briefing (1.6). |
| 4/25/2011 | Nate Kritzer | 1.70 | Review appeal briefs for issues re injunctions and releases. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/2011 | Kimberly K Love | 12.30 | Review PACER for information re filing of appeal briefs (2.3); prepare and organize appeal briefs for distribution to client and team (4.7); assist various parties with access to FTP site (1.5); create chart of parties filing appeal briefs (1.0); prepare and organize copy sets of appeal briefs as requested by J. Donley and A. Paul (1.5); assist secretary with training and access on PACER to be able to retrieve final appeal briefs (1.3). |
| 4/25/2011 | Deanna D Boll | 8.50 | Confer with M. Ward re FTP site issues (.4); review issues re appellants' briefs and outline same for arguments in current appellee brief draft (8.1). |
| 4/25/2011 | Susan Engel | 2.50 | Review standard of review materials. |
| 4/25/2011 | Jeffrey Gettleman | 1.40 | Review and revise insert for appellate brief re issues not raised in lower court (.4); correspond with B. Weiland re same (.2); confer with J. O'Connell and Blackstone team re calculation of appeal bond (.6); correspond with A. Paul re same (.1); correspond with K. Love and C. Settles re appellate briefs (.1). |
| 4/25/2011 | Adam C Paul | 7.30 | Confer with J. Donley re appellate briefs (.7); correspond with J. Donley re same (.8); analyze appellate briefs (2.8); correspond with K. Love re same (.4); analyze J. Baer re appeals (.5); analyze and revise brief in support of confirmation (2.1). |
| 4/25/2011 | Britt C Grant | .30 | Review briefs submitted in appeal of/opposition to plan. |
| 4/25/2011 | Brad Weiland | 1.80 | Prepare and revise brief insert re appeals issues (1.3); correspond same (.3); review and analyze comments re same (.2). |
| 4/25/2011 | John Donley | 1.60 | Review appeal filings (including MCC, BNSF, others) (1.0); correspond with J. Baer, J. O'Neill, A. Paul re various appeal issues (.3); draft memorandum and correspondence to P. Lockwood, R. Wyron and R. Frankel re plan proponent appeal and briefing issues (.3). |
| 4/25/2011 | Lisa G Esayian | 4.60 | Correspond with J. Donley re mediation re CNA settlement appeals (.2); correspond with P. Lockwood and R. Wyron re same (.4); review Maryland Casualty, Garlock, BNSF, State of Montana and Crown appeal briefs (4.0). |
| 4/26/2011 | Nate Kritzer | 1.30 | Review Libby appeal brief (.9); draft summary of same (.3); correspond with J. Donley re appeals (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2011 | Megan M Kokontis | .20 | Review and analyze lists of asset sales and settlements in January 1, 2011 through March 31, 2011 period and correspond with B. Weiland re same. |
| 4/26/2011 | Kimberly K Love | 2.80 | Assist with preparation of chart re appeal briefs per J. Donley request (.3); assist with organization of appeal brief binders (.5); assist with the identification of materials requested by L. Esayian from Anderson appeal brief (2.0). |
| 4/26/2011 | Deanna D Boll | 8.20 | Confer with J. Brooks re lender brief issues (.4); analyze arguments by appellants as related to current appellee brief draft (7.5); confer with J. Donley and N. Kritzer re releases (.3). |
| 4/26/2011 | Tyler D Mace | 5.00 | Review appeal briefs (1.5); confer with J. Donley (.2); prepare summary of argument (3.3). |
| 4/26/2011 | Susan Engel | 5.20 | Review and analyze appellants' briefs. |
| 4/26/2011 | Jeffrey Gettleman | 3.30 | Correspond with J. Donley re analysis of appellants' opening briefs (.1); correspond and confer with P. Keshvani, I. Hasbani and J. Armington re equitable mootness/substantial consummation research (.6); correspond with K. Love re joint appendix (.2); review and analyze Garlock initial brief (2.1); confer with E. O'Connor re chart of Garlock arguments (.3). |
| 4/26/2011 | Adam C Paul | 8.10 | Confer with J. Sprayregen re equitable mootness (.6); analyze appellate briefs (2.8); confer with ACC and FCR re same (.9); analyze and revise brief in support of confirmation (1.1); confer with J. Gettleman re equitable mootness (.4); analyze Medicare reporting requirement (.8); confer with J. Donley re appeals (.8); analyze and revise fee application (.7). |
| 4/26/2011 | John Donley | 6.80 | Confer with P. Lockwood, R. Frankel, R. Wyron, A. Paul, A. Bautista and other ACC and FCR lawyers re appeal issues (.5); confer and correspond with A. Paul re same (.3); correspond with J. Brooks re lender appeal issues (.2); confer and correspond with T. Mace re Libby appeal issues (.2); confer and correspond with N. Kritzer re 524(g) and release-appeal related issues (.2); review various appeal filings and begin drafting notes and outlines re responses (5.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2011 | Lisa G Esayian | 5.70 | Review portions of Libby appeal brief (.8); review Anderson Memorial appeal brief and outline response (2.8); provide instructions to K. Love re materials needed for response to Anderson appeal (.4); confer with J. Donley re prior briefing re scope of PI channeling injunction (.2); assemble briefing and transcript excerpts re same for J. Donley (.8); confer with J. Donley, P. Lockwood and R. Frankel re appeal briefs (.7). |
| 4/26/2011 | Christopher Landau, P.C. | 1.90 | Review briefs challenging confirmation order. |
| 4/26/2011 | Gayle M Lodygowski | 2.00 | Update pleadings databases (.6); prepare and transmit daily docket update (1.4). |
| 4/27/2011 | Nate Kritzer | 1.90 | Confer with team re briefing responsibilities (.8); review appellate briefs and summaries of same (.9); confer with T. Mace re Libby brief (.2). |
| 4/27/2011 | Megan M Kokontis | 2.80 | Research re waiver of right to appeal (2.3); revise insert to brief re same (.5). |
| 4/27/2011 | Kimberly K Love | 7.50 | Review and identify materials cited in Anderson appeal brief per L. Esayian request (5.7); assist with providing access to FTP site to various parties (.8); prepare CD of joint record materials per J. Gettleman request (1.0). |
| 4/27/2011 | Deanna D Boll | 7.80 | Confer with K&E/Baer team re appellants' briefs (.4); review appellants' arguments and edit draft appellee brief (7.4). |
| 4/27/2011 | Tyler D Mace | 5.90 | Prepare summary of argument re Libby for distribution to internal team (3.1); confer with N. Kritzer (.2); confer with internal team (.6); review briefs and correspondence re Libby issues (2.0). |
| 4/27/2011 | Susan Engel | 3.30 | Draft short outline re standard of review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/27/2011 | Jeffrey Gettleman | 2.80 | Correspond with J. Donley re analysis of appellate briefs (.1); correspond with S. Engel re standard of review analysis and appellate briefs (.1); correspond with E. O'Connor re chart of Garlock arguments (.1); draft, review and revise preliminary analysis of Garlock opening appellate brief (.4); review chart of Garlock arguments re same (.3); review previous Garlock briefs re same (.4); review correspondence from T. Mace re analysis of Libby arguments (.1); confer with K. Love re searchable joint appendix (.1); confer with J. Donley, A. Paul, J. Baer and Grace team re appellate briefing issues (1.1); review correspondence from D. Boll re draft general brief sections (.1). |
| 4/27/2011 | Adam C Paul | 8.40 | Analyze appellate briefs (4.3); analyze summaries re same (2.1); confer with J. Donley, D. Boll and J. Baer re same (1.2); analyze and revise brief in support of appeals (.8). |
| 4/27/2011 | Justin S Brooks | 3.70 | Draft outline of lender appellate arguments and responses. |
| 4/27/2011 | John Donley | 8.30 | Review appellate briefs and outline issues and responses (2.8); review K&E outlines and drafts of issues re lenders, standard of review, AMH, Libby, Montana and Crown, and modify outlines accordingly (1.0); detailed review of lender meeting and authorities and drafting outline (3.7); confer with K&E team re appellate briefing (.8). |
| 4/27/2011 | Lisa G Esayian | 3.50 | Review portions of Libby appeal brief and email comments to J. Donley and T. Mace re same (1.0); review GEICO and AXA Belgium appeal briefs re insurance assignment issue and forward comments to P. Lockwood re same (1.3); work on Anderson Memorial response brief (1.2). |
| 4/27/2011 | Christopher Landau, P.C. | 4.00 | Review appeal briefs (2.5); confer with team re confirmation appeals (1.5). |
| 4/27/2011 | Eric F Leon | 2.30 | Confer with team (.7); review lender appeal brief (1.1); legal research (.5). |
| 4/27/2011 | Gayle M Lodygowski | 6.40 | Prepare and organize documents cited within Anderson Memorial Hospital's appellate brief per L. Esayian (5.4); prepare and transmit daily docket updates (.3); update pleadings database (.7). |
| 4/27/2011 | James H M Sprayregen, P.C. | .40 | Attention to strategy and tactics re appeal. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/28/2011 | Stuart Schmadeke | 5.20 | Retrieve, process, compile, organize, index and prepare binders re case-law contained in joint opening brief of Appellants creditor's committee and bank lender group for subsequent attorney review per J. Brooks request. |
| 4/28/2011 | Kimberly K Love | 9.10 | Prepare and organize materials cited in Anderson appeal brief requested by L. Esayian (4.8); prepare and identify materials requested by J. Donley cited in bank lenders appeal brief (4.3). |
| 4/28/2011 | Deanna D Boll | 7.10 | Confer with J. Brooks re exit financing and lender issues (.3); analyze appellant arguments and edit appellee brief statement of case and 524(g) argument section (6.8). |
| 4/28/2011 | Susan Engel | .80 | Analyze law re Third Circuit precedent on standard of review. |
| 4/28/2011 | Jeffrey Gettleman | .60 | Review correspondence from B. Weiland re revised draft of appellate brief insert re matters raised for first time on appeal (.1); review correspondence from A. Paul re appellate briefing research assignment (.2); correspond with B. Weiland re same (.1); correspond with S. Gross re same (.1); correspond with C. Pickerill re same (.1). |
| 4/28/2011 | Adam C Paul | 8.90 | Analyze appellate briefs (4.9); analyze and revise motion template (.8); confer with J. Donley re appellate briefs (.9); analyze equitable mootness (2.3). |
| 4/28/2011 | Brad Weiland | 1.30 | Correspond re appellate brief items (.3); prepare and revise insert re same (.4); research and analyze caselaw for briefing (.6). |
| 4/28/2011 | Justin S Brooks | 7.20 | Review lender brief (1.5); research and draft outline for lender appeals brief (5.7). |
| 4/28/2011 | John Donley | 5.40 | Review and analyze numerous appellate briefs. |
| 4/28/2011 | Eric F Leon | 1.80 | Legal research re lender arguments (.5); review pleadings re lender appeal (1.0); confer with J. Brooks re same (.3). |
| 4/28/2011 | Gayle M Lodygowski | 11.30 | Prepare and organize documents cited within Anderson Memorial Hospital's appellate brief per L. Esayian. |
| 4/28/2011 | James H M Sprayregen, P.C. | .60 | Attention to strategy and tactics re appeal. |
| 4/29/2011 | Jeffrey M Armington | 5.20 | Research equitable mootness law in the Third Circuit and elsewhere (3.4); revise memorandum re substantial consummation (1.8). |

A-28

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/29/2011 | Stuart Schmadeke | 2.90 | Retrieve, process, compile, organize, index and prepare binders re case-law contained in joint opening brief of Appellants creditor's committee and bank lender group for subsequent attorney review per J. Brooks request. |
| 4/29/2011 | Kimberly K Love | 9.30 | Prepare and organize materials from Anderson appeal brief requested by L. Esayian (3.6); prepare and organize materials cited in bank lenders appeal brief requested by J. Donley (5.7). |
| 4/29/2011 | Susan Engel | .80 | Draft summary of legal research re Third Circuit appellate precedent (.5); research and draft response for appeal (.3). |
| 4/29/2011 | Jeffrey Gettleman | .90 | Review correspondence from B. Weiland to A. Paul with final draft of appellate brief insert re issues not raised in lower court on appeal (.1); review correspondence from S. Engel re appellate procedural points (.1); correspond with B. Weiland re same (.1); correspond with C. Pickerill and J. Brooks re research results re post-petition interest calculation (.2); correspond with A. Paul and J. Armington re same (.4). |
| 4/29/2011 | Adam C Paul | 3.70 | Correspond with J. Donley re appeals (.8); analyze appellate briefs (1.4); confer with J. Donley, M. Shelnitz, ACC and FCR re same (1.1); confer with J. Donley re same (.4). |
| 4/29/2011 | Brad Weiland | .80 | Draft and revise brief insert re appeals process. |
| 4/29/2011 | Justin S Brooks | 5.80 | Research and draft outline for lender appeals brief. |
| 4/29/2011 | John Donley | 8.80 | Review briefing and authorities, analysis and outlining of lender appeal arguments and responses (5.8); same for Libby (1.5); confer with P. Lockwood, R. Frankel and J. Baer re case resolution and appeal issues (.5); confer with same and A. Paul, M. Shelnitz and R. Finke re appeal (.8); confer with A. Paul re same (.2). |
| 4/29/2011 | Lisa G Esayian | .30 | Correspond with J. Donley and S. Engel re issues re Maryland Casualty's appeal. |
| 4/29/2011 | James H M Sprayregen, P.C. | .70 | Attention to strategy and tactics re appeal. |
| 4/30/2011 | Justin S Brooks | 6.00 | Continue drafting outline of points and authorities for lender appeals brief. |
| 4/30/2011 | John Donley | 3.50 | Analyze issues re lenders' appeal brief (2.6); review and study case law and code cites (.5); draft outline, points and arguments (.4). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|      | Total: | 840.70 |          |

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/4/2011 | Todd F Maynes, P.C. | 1.30 | Confer and correspond with client re tax claims. |
| 4/5/2011 | Todd F Maynes, P.C. | .90 | Confer and correspond with client re possible tax claims. |
| 4/6/2011 | Todd F Maynes, P.C. | .80 | Confer and correspond with client re possible tax claims. |
| 4/7/2011 | Todd F Maynes, P.C. | .90 | Confer and correspond with client re late-filed tax claims. |
| 4/8/2011 | Todd F Maynes, P.C. | 1.00 | Analyze law re Illinois statute of limitations. |
| 4/18/2011 | Todd F Maynes, P.C. | .50 | Correspond with client re Minnesota assessment. |
| | Total: | 5.40 | |

## Matter 42 - Travel - Non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2011 | Adam C Paul | 2.80 | Travel from Chicago, IL to New York, NY for Sealed Air meeting (delay) (billed at half time). |
| 4/19/2011 | John Donley | 2.80 | Travel from Chicago, IL to New York, NY for Sealed Air meeting (billed at half time). |
| 4/20/2011 | Adam C Paul | 2.20 | Return travel from New York, NY to Chicago, IL following Sealed Air meeting (billed at half time). |
| 4/20/2011 | John Donley | 2.70 | Return travel from New York, NY to Chicago, IL (billed at half time). |
|  | Total: | 10.50 |  |

A-32

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2011 | Christopher T Greco | .10 | Correspond with M. Dexter re status. |
| 4/11/2011 | Matthew F Dexter | .20 | Confer with C. Haffey re potential settlement. |
| | Total: | .30 | |

# EXHIBIT B

## Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $450.00 |
| Airfare | $815.96 |
| Transportation to/from airport | $97.75 |
| Travel Meals | $158.50 |
| **Total:** | **$1,522.21** |

**Matter 42 - Travel - Non-working - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/16/2011 | 97.75 | ALL ABOUT CHARTER INC, Transportation to/from airport, John Donley, 3/16/2011 |
| 4/11/2011 | 815.96 | Adam Paul, Airfare, New York, NY, 04/19/2011 to 04/20/2011, (Meeting) |
| 4/19/2011 | 145.00 | Adam Paul, Travel Meal with Others, New York, NY, (Meeting), Dinner for 3 people |
| 4/20/2011 | 450.00 | Adam Paul, Lodging, New York, NY, W New York, 04/19/2011 to 04/20/2011, (Meeting) |
| 4/20/2011 | 5.00 | Adam Paul, Travel Meals, New York, NY, (Meeting), Lunch |
| 4/20/2011 | 8.50 | Adam Paul, Travel Meals, New York, NY, (Meeting), Breakfast |
| Total: | 1,522.21 | |

**Matter 52 – Expenses – Expenses**

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $163.47 |
| Standard Copies or Prints | $3,407.60 |
| Color Copies or Prints | $290.50 |
| Production Blowbacks | $517.00 |
| Overnight Delivery | $78.11 |
| Outside Messenger Services | $472.25 |
| Court Reporter Fee/Deposition | $1,247.00 |
| Professional Fees | $6,654.05 |
| Computer Database Research | $5,467.79 |
| **Total:** | **$18,297.77** |

B-4

### Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/17/2010 | 6,654.05 | William E. Wecker Associates Inc - Professional Fees, Services rendered and Expenses incurred for the period September - October 2010 |
| 3/7/2011 | 3.17 | West, Computer Database Research, Love, Kimberly, March 2011 |
| 3/11/2011 | 610.80 | West, Computer Database Research, Gettleman, Jeffrey, March 2011 |
| 3/16/2011 | 161.03 | West, Computer Database Research, Armington, Jeffrey, March 2011 |
| 3/18/2011 | 15.80 | Standard Prints |
| 3/18/2011 | 262.67 | West, Computer Database Research, Boll, Deanna D., March 2011 |
| 3/21/2011 | 0.50 | Standard Prints |
| 3/21/2011 | 147.20 | West, Computer Database Research, Kritzer, Nathaniel, March 2011 |
| 3/24/2011 | 1.40 | Standard Prints |
| 3/24/2011 | 69.70 | West, Computer Database Research, Esayian, Lisa G., March 2011 |
| 3/25/2011 | 52.97 | Fed Exp to: Chris Landau, Washington, DC from: General Services |
| 3/25/2011 | 104.77 | West, Computer Database Research, Eggert, Mary B., March 2011 |
| 3/25/2011 | 262.78 | West, Computer Database Research, Brniak, Andrew, March 2011 |
| 3/29/2011 | 6.50 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Kimberly K. Love, 3/29/2011 |
| 3/31/2011 | 16.56 | Intercall - Third Party Telephone Charges, D. Boll, 3/31/11 |
| 3/31/2011 | 129.75 | Lexisnexis Courtlink, Computer Database Research, CourtLink Usage for 03/2011, Joseph Cali |
| 4/1/2011 | 36.20 | Standard Prints |
| 4/1/2011 | 4.90 | Standard Prints |
| 4/1/2011 | 3.40 | Standard Copies or Prints |
| 4/1/2011 | 59.70 | Standard Prints |
| 4/1/2011 | 0.10 | Standard Prints |
| 4/1/2011 | 47.19 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Kimberly K. Love, 4/1/2011 |
| 4/2/2011 | 44.33 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Adam C. Paul, 4/2/2011 |
| 4/2/2011 | 44.33 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Adam C. Paul, 4/2/2011 |
| 4/4/2011 | 26.00 | Standard Prints |
| 4/4/2011 | 21.70 | Standard Prints |
| 4/4/2011 | 35.10 | Standard Prints |
| 4/4/2011 | 2.10 | Standard Prints |
| 4/4/2011 | 8.40 | Standard Prints |
| 4/4/2011 | 3.50 | Standard Prints |

B-5

| Date | Amount | Description |
|------|-------:|-------------|
| 4/4/2011 | 1.10 | Standard Prints |
| 4/5/2011 | 0.20 | Standard Prints |
| 4/5/2011 | 1.00 | Standard Prints |
| 4/5/2011 | 2.60 | Standard Prints |
| 4/5/2011 | 5.20 | Standard Prints |
| 4/5/2011 | 0.30 | Standard Prints |
| 4/5/2011 | 0.30 | Standard Prints |
| 4/5/2011 | 0.20 | Standard Prints |
| 4/5/2011 | 1.70 | Standard Prints |
| 4/5/2011 | 12.00 | Color Prints |
| 4/6/2011 | 1.90 | Standard Copies or Prints |
| 4/6/2011 | 33.80 | Standard Prints |
| 4/6/2011 | 1.20 | Standard Prints |
| 4/6/2011 | 0.20 | Standard Prints |
| 4/6/2011 | 4.80 | Standard Prints |
| 4/6/2011 | 0.70 | Standard Prints |
| 4/6/2011 | 79.10 | Production Blowbacks |
| 4/6/2011 | 1,247.00 | Echo Reporting - Court Reporter Fee/Deposition, Hearing Transcripts in re Thorpe from July 2005 to Sept 2005 |
| 4/6/2011 | 3,715.92 | Pacer Service Center, Computer Database Research, 1/1/2011 to 3/31/2011 |
| 4/7/2011 | 2.20 | Standard Copies or Prints |
| 4/7/2011 | 10.20 | Standard Prints |
| 4/7/2011 | 6.10 | Standard Prints |
| 4/7/2011 | 1.50 | Standard Prints |
| 4/8/2011 | 0.20 | Standard Prints |
| 4/8/2011 | 14.90 | Standard Copies or Prints |
| 4/8/2011 | 1.20 | Standard Prints |
| 4/8/2011 | 1.30 | Standard Prints |
| 4/8/2011 | 1.60 | Standard Prints |
| 4/8/2011 | 41.50 | Standard Copies or Prints |
| 4/8/2011 | 0.60 | Standard Prints |
| 4/8/2011 | 7.30 | Standard Prints |
| 4/8/2011 | 3.30 | Standard Prints |
| 4/8/2011 | 0.50 | Standard Prints |
| 4/8/2011 | 161.70 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Jeffrey Gettleman, 4/8/2011 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/10/2011 | 161.70 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Jeffrey Gettleman, 4/10/2011 |
| 4/12/2011 | 2.40 | Standard Prints |
| 4/12/2011 | 5.70 | Standard Prints |
| 4/12/2011 | 0.50 | Standard Prints |
| 4/12/2011 | 0.50 | Standard Prints |
| 4/12/2011 | 3.10 | Standard Prints |
| 4/12/2011 | 2.20 | Standard Prints |
| 4/12/2011 | 1.80 | Standard Prints |
| 4/12/2011 | 3.50 | Standard Prints |
| 4/12/2011 | 0.20 | Standard Prints |
| 4/12/2011 | 0.30 | Standard Prints |
| 4/13/2011 | 5.20 | Standard Prints |
| 4/13/2011 | 1.50 | Standard Prints |
| 4/13/2011 | 2.40 | Standard Prints |
| 4/13/2011 | 0.10 | Standard Prints |
| 4/13/2011 | 2.60 | Standard Prints |
| 4/13/2011 | 1.50 | Standard Prints |
| 4/13/2011 | 5.50 | Color Prints |
| 4/14/2011 | 13.30 | Standard Prints |
| 4/15/2011 | 0.50 | Standard Copies or Prints |
| 4/15/2011 | 19.80 | Standard Prints |
| 4/15/2011 | 0.60 | Standard Prints |
| 4/15/2011 | 98.80 | Standard Prints |
| 4/15/2011 | 24.70 | Standard Prints |
| 4/18/2011 | 1.30 | Standard Prints |
| 4/18/2011 | 545.40 | Standard Copies or Prints |
| 4/18/2011 | 11.90 | Standard Prints |
| 4/18/2011 | 135.30 | Standard Prints |
| 4/18/2011 | 1.20 | Standard Prints |
| 4/18/2011 | 0.10 | Standard Prints |
| 4/18/2011 | 3.10 | Standard Prints |
| 4/18/2011 | 1.00 | Color Prints |
| 4/18/2011 | 107.50 | Production Blowbacks |
| 4/19/2011 | 0.50 | Standard Prints |
| 4/19/2011 | 663.00 | Standard Copies or Prints |
| 4/20/2011 | 2.70 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/20/2011 | 20.00 | Standard Copies or Prints |
| 4/20/2011 | 19.80 | Standard Prints |
| 4/20/2011 | 1.00 | Standard Prints |
| 4/20/2011 | 0.20 | Standard Prints |
| 4/20/2011 | 16.85 | Fed Exp to: Janet S. Baer, Chicago, IL from: Mailroom |
| 4/21/2011 | 7.10 | Standard Copies or Prints |
| 4/21/2011 | 131.50 | Standard Prints |
| 4/21/2011 | 0.30 | Standard Prints |
| 4/21/2011 | 8.29 | Fed Exp to: Warren H. Smith, Dallas, TX from: Deanna Boll |
| 4/22/2011 | 4.40 | Standard Prints |
| 4/22/2011 | 17.20 | Standard Prints |
| 4/22/2011 | 87.90 | Standard Copies or Prints |
| 4/22/2011 | 24.60 | Standard Prints |
| 4/22/2011 | 5.30 | Standard Prints |
| 4/25/2011 | 12.90 | Standard Prints |
| 4/25/2011 | 61.00 | Standard Prints |
| 4/25/2011 | 0.10 | Standard Prints |
| 4/25/2011 | 41.40 | Standard Prints |
| 4/25/2011 | 63.50 | Standard Prints |
| 4/25/2011 | 9.80 | Standard Copies or Prints |
| 4/25/2011 | 0.30 | Standard Prints |
| 4/25/2011 | 5.10 | Standard Prints |
| 4/25/2011 | 0.30 | Standard Prints |
| 4/25/2011 | 257.00 | Color Copies or Prints |
| 4/25/2011 | 6.50 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Kimberly K. Love, 4/25/2011 |
| 4/26/2011 | 33.10 | Standard Copies or Prints |
| 4/26/2011 | 39.70 | Standard Prints |
| 4/26/2011 | 6.70 | Standard Prints |
| 4/26/2011 | 21.00 | Standard Prints |
| 4/26/2011 | 2.20 | Standard Prints |
| 4/27/2011 | 19.30 | Standard Prints |
| 4/27/2011 | 110.50 | Standard Copies or Prints |
| 4/27/2011 | 17.10 | Standard Prints |
| 4/27/2011 | 0.50 | Standard Prints |
| 4/27/2011 | 1.50 | Standard Copies or Prints |
| 4/27/2011 | 73.60 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 4/27/2011 | 11.50 | Standard Copies or Prints |
| 4/27/2011 | 15.80 | Standard Prints |
| 4/27/2011 | 23.40 | Standard Prints |
| 4/27/2011 | 0.40 | Standard Prints |
| 4/27/2011 | 1.30 | Standard Prints |
| 4/27/2011 | 2.30 | Standard Prints |
| 4/27/2011 | 5.00 | Color Prints |
| 4/27/2011 | 9.50 | Color Prints |
| 4/28/2011 | 140.00 | Standard Prints |
| 4/28/2011 | 75.20 | Standard Prints |
| 4/28/2011 | 0.30 | Standard Prints |
| 4/28/2011 | 109.60 | Standard Prints |
| 4/28/2011 | 79.10 | Standard Prints |
| 4/28/2011 | 0.10 | Standard Prints |
| 4/28/2011 | 13.00 | Standard Prints |
| 4/28/2011 | 165.40 | Standard Prints |
| 4/28/2011 | 0.30 | Standard Prints |
| 4/28/2011 | 1.60 | Standard Prints |
| 4/28/2011 | 4.70 | Standard Prints |
| 4/28/2011 | 0.10 | Standard Prints |
| 4/28/2011 | 0.10 | Standard Prints |
| 4/28/2011 | 2.40 | Standard Prints |
| 4/28/2011 | 0.50 | Color Prints |
| 4/28/2011 | 330.40 | Production Blowbacks |
| 4/30/2011 | 101.94 | Intercall - Third Party Telephone Charges, J. Donley, 4/30/11 |
| 4/30/2011 | 1.65 | Intercall - Third Party Telephone Charges, J. Sprayregen, 4/30/11 |
| 4/30/2011 | 43.32 | Intercall - Third Party Telephone Charges, A. Paul, 4/30/11 |
| Total: | 18,297.77 | |