## EXHIBIT B

## TIPA Patent Actions

*W. R. Grace & Co.-Conn. and Grace S.A. v. Fosroc Euco, S.A.*, Commercial Court No. 2 of Bilbao, Ordinary Proceeding No. 1143-J

*W. R. Grace & Co.-Conn. and Grace S.A. v. Fosroc Euco, S.A.*, Commercial Court No. 2 of Bilbao, Ordinary Proceeding No. 281/11-M

*Fosroc International Limited and W. R. Grace & Co.-Conn.*, High Court of Justice, Chancery Division, Patents Court, Claim No. HC 09 C010435

*W. R. Grace & Co.-Conn. and W. R. Grace (Malaysia) SDN BHD v. Fosroc SDN BHD*, High Court of Kuala Lumpur, Suit No. D-22OIP-79-2010