**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


June 08, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10374


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/2/2011 | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 39th interim period | 0.90 | 238.50 |
|  | BSR | Draft final report re Kirkland & Ellis for the 39th interim period | 0.70 | 185.50 |
|  | BSR | Draft final report re Stroock's 39th interim fee application | 0.30 | 79.50 |
|  | MW | Draft response exhibits re Saul Ewing's 39th final report for D. Williams (1.1); exchange multiple emails with D. Williams re same (.1). | 1.20 | 168.00 |
| 5/3/2011 | AL | Update database with Blackstone's March fee application (.2); Capstone's March fee application (.2); Foley's March fee application (.2); Blackstone's March electronic detail (.1); Foley's March electronic detail (.1); LAS' February (.1) and March (.1) electronic detail (.1); Caplin's March electronic detail (.1); Campbell's March electronic detail (.1); AKO's March electronic detail (.1); Charter's March electronic detail (.1); PWC's 39Q IR response (.1); K&E's 39Q IR response (.2); Stroock's 39Q IR response (.1); Orrick's 39Q IR response (.1); Steptoe's October through December fee application (.2); PWC's February fee application (.2); HRO's October (.2) November (.2) and December (.2) fee applications;  Ferry's March fee application (.2); Bilzin's March fee application (.2); Reed's March fee application (.2); LAS' January fee application (.2) | 3.80 | 171.00 |
|  | WHS | detailed review of FR KE 39Q 10-12.10 | 0.20 | 59.00 |
|  | WHS | detailed review of FR Orrick 39Q 10-12.10 | 0.20 | 59.00 |
|  | BSR | telephone conference with Nancy Wilbur at Foley Hoag re amending firm's Feb. 2011 monthly fee application | 0.10 | 26.50 |
|  | BSR | telephone conference with Arlene Krieger re Stroock's response to initial report (39Q) | 0.10 | 26.50 |

W.R. Grace & Co.                                      Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/3/2011 | BSR | Continue drafting final report re Stroock & Stroock & Lavan for the 39th interim period | 0.40 | 106.00 |
|  | AL | Update database with Alan Rich's April electronic detail (.1); Baer's March electronic detail (.1); Baer's March fee application (.2); Ewing's March fee application (.2); Kramer's March fee application (.2); Campbell's March fee application (.2); Caplin's March fee application (.2); AKO's March fee application (.2); Charter's March fee application (.2); LAS' February (.2) and March (.2) fee application; Nelson's March electronic detail (.1) | 2.10 | 94.50 |
|  | BSR | Draft final report re PwC's 39th interim fee application (.8); email to Kathleen Miller with follow-up question re same (.1) | 0.90 | 238.50 |
|  | BSR | receive, review, and respond to email from Warren Smith re final report for Stroock (39Q) | 0.10 | 26.50 |
|  | AL | Receive and review email from B. Ruhlander re K&E's 39Q FR (.1); update database with same (.2); draft email to W. Smith re approval of K&E's 39Q FR (.1); Receive and review email from B. Ruhlander re Stroock's 39Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Stroock's 9Q FR (.1) | 0.80 | 36.00 |
|  | JAW | detailed review of Holme Roberts November 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | BSR | Draft e-mail to Orrick re final report (39Q) | 0.10 | 26.50 |
|  | AL | Receive and review email from W. Smith re approval of Orrick's 39Q FR (.1); update database with same (.2); electronic filing with the court of Orrick's 39Q FR (.4); draft email to B. Ruhlander re service of same (.1); Receive and review email from W. Smith re approval of K&E's 39Q FR (.1); update database with same (.2); electronic filing with the court of K&E's 39Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 1.50 | 67.50 |
|  | JAW | detailed review of Holme Roberts October 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | detailed review of Holme Roberts December 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | detailed review of Bilzin Sumberg March 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Legal Analysis January 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Reed Smith March 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
|  | JAW | detailed review of Foley Hoag March 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |

W.R. Grace & Co.     Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/3/2011 | JAW | detailed review of Ferry Joseph March 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
| | JAW | detailed review of Capstone March 2011 fee application (2.70); draft summary of same (0.10) | 2.80 | 427.00 |
| | JAW | detailed review of Blackstone expenses for the March 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| | JAW | detailed review of PwC February 2011 fee application (2.00) | 2.00 | 305.00 |
| 5/4/2011 | JAW | continued detailed review of PwC February 2011 fee application (3.40); draft summary of same (0.80) | 4.20 | 640.50 |
| | BSR | detailed review of Steptoe's quarterly application for the 39th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Holme Roberts & Owen's 38th interim fee application | 0.20 | 53.00 |
| | BSR | detailed review of Fragomen's quarterly fee application for the 39th interim period | 0.10 | 26.50 |
| | BSR | Draft omnibus final report for the 39th interim period | 2.90 | 768.50 |
| | AL | Update database with Nelson's March fee application (.2); Deloitte (TAX) November (.2) December (.2) January (.2) February (.2) and March (.2) fee applications; Update database with Deloitte (TAX) November (.2) December (.1) January (.1) February (.2) and March (.1) electronic detail | 1.90 | 85.50 |
| 5/5/2011 | AL | Receive and review email from W. Smith re approved version of PWC's 39Q FR (.1); update database with same (.2); electronic filing with the court of PWC's 39Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| | BSR | Draft e-mail to PwC re final report for the 39th interim period | 0.10 | 26.50 |
| | WHS | detailed review of, and revisions to, FR PwC 39Q 10-12.10 | 0.30 | 88.50 |
| | BSR | Draft omnibus final report re 39th interim period | 3.20 | 848.00 |
| | BSR | Draft revisions to final report re PwC (39Q) (.9); email to Warren Smith re same (.1) | 1.00 | 265.00 |
| | AL | Update database with Lincoln's February (.1) and March (.2) electronic detail; draft email to Lincoln's re January's fee application (.1); Seitz' complete March electronic detail (.2) | 0.60 | 27.00 |
| | AL | Receive and review email from B. Ruhlander re PWC's 39Q FR(.1); update database with same (.2); draft email to W. Smith re PWC's 39Q FR(. 1) | 0.40 | 18.00 |

W.R. Grace & Co.  Page   4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/6/2011 | AL | Update database with Foley's Amended February electronic detail (.1); Woodcock's March electronic detail (.1); Scholer's March fee application (.2); Foley's Amended February fee application (.2); Woodcock's March fee application (.2); Ogilvy's 40Q electronic detail (.1) | 0.90 | 40.50 |
| | BSR | telephone conference with Anthony Lopez re WR Grace 39th interim files (.1); office conference with Anthony Lopez re same (.1) | 0.20 | 53.00 |
| | AL | Update database with Kaye Scholer's March electronic detail | 0.20 | 9.00 |
| | AL | Draft assist M. White with monthly fee application for WHSA's April | 0.40 | 18.00 |
| | AL | Draft assist M. White with WHSA's Interim fee application (.8); draft timekeeper chart (.5). | 1.30 | 58.50 |
| | JAW | detailed review of Saul Ewing March 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
| | JAW | detailed review of Deloitte Tax January 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | MW | draft monthly fee application of WHS&A for April 2011 including review of fees and expenses (3.0); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.1); finalize for Court filing (.3) and update database with finalized version (.1) | 3.60 | 504.00 |
| 5/8/2011 | AL | Research PACER and fee applications for all 39th interim project category spreadsheets for 40 applicants (4.1); office conference with M. White and B. Ruhlander re same (.2) | 4.30 | 193.50 |
| 5/9/2011 | JAW | begin detailed review of Deloitte Tax March 2011 fee application (0.10); e-mail to A. Lopez requesting electronic version of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Deloitte Tax December 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | AL | Receive and review email from J. Wehrmann re Deloitte Tax March 2011 electronic detail (.1); draft email to Deloitte re same (.1) | 0.20 | 9.00 |
| | JAW | detailed review of Deloitte Tax November 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Legal Analysis February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Deloitte Tax February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Kramer Levin March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |

W.R. Grace & Co.     Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/9/2011 | JAW | detailed review of Nelson Mullins March 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Legal Analysis March 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Campbell Levine March 2011 fee application (0.50); draft summary of same (0.20) | 0.70 | 106.75 |
| 5/10/2011 | JAW | detailed review of Caplin & Drysdale March 2011 fee application (1.60); draft summary of same (0.30) | 1.90 | 289.75 |
| | BSR | Draft fee and expense exhibit to be attached to proposed fee order for the 39th interim period | 1.70 | 450.50 |
| | WHS | detailed review of, and revisions to, omnibus final report 39Q 10-12.10 | 0.20 | 59.00 |
| | JAW | detailed review of Anderson Kill March 2011 fee application (2.60); draft summary of same (0.20) | 2.80 | 427.00 |
| | JAW | detailed review of Baer Higgins March 2011 fee application (2.40); draft summary of same (0.20) | 2.60 | 396.50 |
| | AL | Receive and review email from W. Smith re approval of Omnibus' 39Q FR (.1); update database with same (.2); electronic filing with the court of Omnibus' 39Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| | JAW | detailed review of Charter Oak March 2011 fee application (0.80); draft summary of same (0.20) | 1.00 | 152.50 |
| | AL | Receive and review finalized version of WHSA's April fee application from J.Wehrmann (.1); update database with same (.2); electronic filing with the court of WHSA's April fee application (.4) | 0.70 | 31.50 |
| | BSR | Draft e-mail to applicants re omnibus final report for the 39th interim period | 0.40 | 106.00 |
| | AL | Receive and review email from Foley Hoag re February Amended electronic detail (.1); update database with same (.2) | 0.30 | 13.50 |
| | AL | Receive and review email from B. Ruhlander re Omnibus' 39Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Omnibus' 39Q FR (.1) | 0.40 | 18.00 |
| 5/11/2011 | JAW | detailed review of Woodcock & Washburn March 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Foley Hoag February 2011 amended fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |

W.R. Grace & Co.      Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/11/2011 JAW | | detailed review of Kaye Scholer March 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| | MW | draft 40th interim fee application of WHS&A for January - March 2011 including review of fees and expenses (3.6); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.4); finalize for Court filing (.3) and update database with finalized version (.1) | 4.50 | 630.00 |
| | BSR | Draft e-mail to Melanie White re project category spreadsheet for the 39th interim period | 0.20 | 53.00 |
| | AL | Receive and review email from B. Ruhlander re 39th interim exhibit to Fee Chart (.1); telephone conference with B. Ruhlander re same (.1); Research Pacer for 39th interim fee application docket numbers for all applicants in the 39th interim period (1.7); draft email to B. Ruhlander re same (.1) | 2.00 | 90.00 |
| | AL | Update database with Seitz' 40Q electronic detail (.1); Sanders' 40Q electronic detail (.1); Alan Rich's 40Q electronic detail (.1); Sanders' 40Q fee application (.2); Rich's 40Q fee application (.2); Sanders' April electronic detail (.1); Sanders' April fee application (.2); Hogan's March electronic detail (.2); Lauzon's March electronic detail (.2); Alan Rich's April fee application (.2); Sanders' January (.2) February (.2) and March (.2) fee applications; Sanders' February electronic detail (.1) | 2.30 | 103.50 |
| | AL | Assist M. White in drafting WHSA's Interim fee application | 1.10 | 49.50 |
| | BSR | Draft e-mail to Lynzy Oberholzer re draft fee and expense exhibit for the 39th interim applications | 0.20 | 53.00 |
| 5/12/2011 JAW | | detailed review of Alexander Sanders February 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | AL | update database with Day Pitney's March electronic detail (.1); Scarfone's March electronic detail (.2) | 0.30 | 13.50 |
| | JAW | detailed review of Alan B. Rich February 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
| | JAW | detailed review of Alan B. Rich January 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| | JAW | detailed review of Alan B. Rich April 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| | JAW | detailed review of Alexander Sanders April 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Alexander Sanders March 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |

W.R. Grace & Co.             Page    7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/12/2011 | JAW | detailed review of Alexander Sanders January 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| 5/13/2011 | JAW | Proofread WH Smith Fortieth Interim Fee Application (January 1, 2011 - March 31, 2011) (0.3); e-mail to M. White regarding any revisions needed to same (0.1) | 0.40 | 61.00 |
| | AL | update database with Lauzon's 40Q electronic detail | 0.10 | 4.50 |
| | AL | update database with Ogilvy's January through March fee application (.2); Foley's 40Q electronic detail (.1) | 0.30 | 13.50 |
| | AL | Update database with Hogan (.1) and Scarfone (.1) 40Q electronic detail | 0.20 | 9.00 |
| | AL | receive and review email from J. Wehrmann re approved version of WHSA's Interim fee application (.1); update database with same (.2); electronic filing with the court of WHSA's Interim fee application (.3) | 0.60 | 27.00 |
| | AL | Update database with Pitney's March fee application | 0.20 | 9.00 |
| 5/16/2011 | JAW | detailed review of Deloitte Tax March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | AL | Update database with PWC's March electronic detail (.1); PWC's 40Q electronic detail (.1) | 0.20 | 9.00 |
| | JAW | detailed review of Day Pitney March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | AL | Update database with Blackstone's 40Q fee application (.2); Lauzon's 40Q fee application (.2); Scarfone's 40Q fee application (.2); Foley's 40Q fee application (.2) | 0.80 | 36.00 |
| 5/17/2011 | WHS | Receive and review agenda | 0.10 | 29.50 |
| | AL | Research Pacer for Lincoln's January through March monthly fee applications (.5); update database with Lincoln's January (.2) February (.1) and March (.2) fee applications; left voice mail for Richard Wyron (Orrick) re Orrick's January fee application (.2); Research Pacer for Orrick's February and March monthly fee applications (.4); update database with same (.2);update database with Orrick February (.2) and March (.2) hard copies | 2.20 | 99.00 |
| 5/18/2011 | MW | Confer with B. Ruhlander re 5/25 hearing (.2) | 0.20 | 28.00 |
| | AL | Update database with Reed's 40Q fee application (.2); Lincoln's 40Q fee application (.1); Orrick's 40Q fee application (.2); Casner's March fee application (.1); Ogilvy's April fee application (.2); PWC's March fee application (.1); LAS' 40Q fee application (.2); AKO's 40Q fee application (.1); Campbell's 40Q fee application (.2); Charter's 40Q fee application (.1); PWC's 40Q fee application (.2) | 1.70 | 76.50 |

W.R. Grace & Co. Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/18/2011 | AL | Update database with Orrick's 40Q electronic detail (.1); draft email to Orrick requesting hard copy of same (.1); Update database with Lincoln's 40Q electronic detail (.2); draft email to Lincoln requesting hard copy of same (.1); HRO's 39Q electronic detail (.1); Ogilvy's April electronic detail (.1); Casner's March electronic detail (.2) Scholer's February electronic detail (.2) | 1.10 | 49.50 |
| 5/19/2011 | JAW | detailed review of Lincoln Partners January 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Kaye Scholer January 1, 2011 to February 28, 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
| | JAW | detailed review of Casner & Edwards March 2011 fee application (0.60); draft summary of same (0.10) | 0.70 | 106.75 |
| | JAW | detailed review of Ogilvy Renault April 2011 fee application (0.80); draft summary of same (0.30) | 1.10 | 167.75 |
| | JAW | detailed review of Lincoln Partners March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Lincoln Partners February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | AL | Assist M. White in draft of 39th interim category spreadsheet for all applicants | 1.30 | 58.50 |
| | JAW | detailed review of PwC March 2011 fee application (3.10); draft summary of same (0.80) | 3.90 | 594.75 |
| | MW | Begin researching all 39th interim fee applications for category spreadsheets (1.5); begin drafting category spreadsheet for all applicants (4.1); confer with B. Ruhlander re same (.1). | 5.70 | 798.00 |
| 5/20/2011 | JAW | detailed review of Orrick Herrington March 2011 fee application (3.60) | 3.60 | 549.00 |
| | JAW | detailed review of Orrick Herrington February 2011 fee application (4.50) | 4.50 | 686.25 |
| | MW | Continue drafting 39th interim category spreadsheet for all applicants (6.6) | 6.60 | 924.00 |
| | AL | Continue assisting M. White with draft of 39th interim category spreadsheet for all applicants | 1.40 | 63.00 |
| | BSR | review prior period paragraph status (.2); draft revisions to paragraphs and send same to A. Lopez (2.5) | 2.70 | 715.50 |
| | AL | Update database with Stroock's 40Q electronic detail (.1); HRO's January (.1) February (.1) March (.1) and April (.1) electronic detail; Stroock's 40Q fee application (.2); Stroock's January fee application (.2); K&E's 40Q fee application (.2) | 1.10 | 49.50 |

W.R. Grace & Co.           Page    9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/21/2011 | AL | research PACER for docket numbers of BMC's interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.4); draft final fee chart for 1st-26th Interims for BMC reflecting same (3.9) | 6.30 | 283.50 |
| | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.6); draft final fee chart for 1st-26th Interims for Buchanan reflecting same (4.7) | 7.30 | 1,022.00 |
| 5/23/2011 | BSR | detailed review of Jan. and Feb. 2011 monthly applications of Hogan Firm, Lauzon Belanger, and Scarfone Hawkins, as well as fee summaries re same | 0.70 | 185.50 |
| | BSR | receive, review, and respond to email from Melanie White re project category spreadsheet (39Q) | 0.10 | 26.50 |
| | BSR | detailed review of Baer Higgins Fruchtman's quarterly application for the 40th interim period, monthly applications, and fee summaries re same (.6); review of Baer Higgins' retention order and engagement letter (.2) | 0.80 | 212.00 |
| | BSR | Draft initial report re Baer Higgins Fruchtman for the 40th interim period | 1.10 | 291.50 |
| | JAW | Draft summary of Orrick Herrington March 2011 fee application (0.80) | 0.80 | 122.00 |
| | JAW | Draft summary of Orrick Herrington February 2011 fee application (1.10) | 1.10 | 167.75 |
| | BSR | detailed review of Alan Rich's 40th interim fee application, monthly fee applications, and fee summaries re same (.4); email to Alan Rich with expense question (.1) | 0.50 | 132.50 |
| | BSR | research database for status of March 2011 monthly applications of Hogan, Lauzon, and Scarfone; email to Anthony Lopez re same | 0.20 | 53.00 |
| | AL | Continue assisting M. White with draft of 39th interim category spreadsheet for all applicants | 1.20 | 54.00 |
| | MW | Continue drafting 39th interim category spreadsheet for all applicants (4.9) | 4.90 | 686.00 |
| | BSR | detailed review of Judge Sanders' 40th interim fee application, monthly fee applications, and fee summaries re same | 0.30 | 79.50 |
| | AL | Update database with Ferry (.1) Caplin (.2) Campbell (.2) AKO (.1) Charter (.1) and LAS' 40Q electronic detail; Nelson (.1) Campbell (.2) Kramer (.2) Charter (.1) Caplin (.1) Baer (.1) Woodcock (.2) Scholer (.2) Sanders (.1) Deloitte Tax (.2) Casner (.1) and Lincoln (.2) March fee summaries; receive and review email from Orrick re Orrick's January electronic detail (.1); update database with same (.1); update database with Orrick's January fee application (.2); Casner's 40Q fee application (.2); HRO's 39Q fee application (.2); HRO's January (.2) February (.2) | 4.30 | 193.50 |

W.R. Grace & Co.                                                                                                                              Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | March (.1) and April (.2) fee applications; Ferry's 40Q fee application (.2); Caplin's 40Q fee application (.1) |  |  |
| 5/24/2011 | AL | Research Pacer for Baker Donleson, Fragomen and Woodcock 39Q fee applications (.5); update database with same (.2); Assist M. White in draft of 39th interim status chart for Baker Donelson, Fragomen & Woodcock (.4) | 1.10 | 49.50 |
|  | AL | Receive review and finalize Baer's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of Baer's 40Q IR (.1) | 0.50 | 22.50 |
|  | MW | Receive and review emails from B. Ruhlander re additions to 39th interim category spreadsheet (.3); draft revisions to same (2.9) | 3.20 | 448.00 |
|  | DTW | Review and revise initial report for Baer Higgins (.1). | 0.10 | 16.50 |
|  | AL | Draft prior period paragraphs for Caplin, Day Pitney, Deloitte Tax, K&E, Kramer, Lawson, Lexecon, Ogilvy, Orrick, Perkins, C&L, Ferry, Pachulski, Piper and Sullivan for the 26th interim period (4.2); Research Pacer for 27th interim fee order (.4); update database with same (.1) | 4.70 | 211.50 |
|  | BSR | Draft e-mail to Janet Baer re BHF initial report (40Q) | 0.10 | 26.50 |
|  | BSR | Receive and review response email from Alan Rich and email to Warren Smith re placing his application on the omnibus final report | 0.10 | 26.50 |
|  | BSR | detailed review of Beveridge & Diamond's Jan. and Feb. 2011 |  | NO CHARGE |
|  | BSR | detailed review of Bilzin Sumberg's Jan., Feb., and March 2011 monthly applications, as well as fee summaries re same | 0.60 | 159.00 |
|  | BSR | detailed review of Blackstone's monthly fee applications for Jan. through March 2011 and fee summaries re same | 0.50 | 132.50 |
|  | BSR | Receive and review project category spreadsheet for the 39th interim period and email revisions to Melanie White | 0.70 | 185.50 |
| 5/25/2011 | MW | Finalize 39th interim category spreadsheet for service (.2); send same to B. Ruhlander (.1); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.3); draft final fee chart for 1st-26th Interims for Anderson Kill reflecting same (4.7) | 7.30 | 1,022.00 |
|  | AL | Update database with Capstone's January through March fee application | 0.20 | 9.00 |
|  | AL | update database with Ewing's 40Q fee application (.2) and electronic detail (.1); Kramer's 40Q fee application (.2) and electronic detail (.1) | 0.60 | 27.00 |
|  | AL | Receive and review email from B. Ruhlander re 40th interim fee applications for all applicants (.1); telephone conference with B. Ruhlander re missing 40th interim fee applications (.1) | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                              Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/25/2011 | BSR | Receive and review 39th project category spreadsheet (.2) and forward Excel and PDF versions of same to Pachulski (.1) | 0.30 | 79.50 |
|  | BSR | Draft e-mail to Anthony Lopez re quarterly applications for the 40th interim period | 0.10 | 26.50 |
|  | BSR | detailed review of Charter Oak's January through March 2011 monthly fee applications and fee summaries re same | 0.10 | 26.50 |
|  | BSR | detailed review of Deloitte Tax's Oct. through Dec. 2010 monthly fee applications and fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Deloitte Tax's Jan. and Feb. 2011 monthly fee applications and fee summaries re same; email to Tony Scoles re discrepancy in Feb. 2011 fees | 0.20 | 53.00 |
|  | BSR | detailed review of Campbell & Levine's Jan. through March 2011 monthly fee applications, as well as fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Caplin & Drysdale's Jan. through March 2011 monthly fee applications, as well as fee summaries re same | 0.50 | 132.50 |
|  | BSR | detailed review of Capstone's Jan-March 2011 monthly fee applications and fee summaries re same | 0.10 | 26.50 |
|  | BSR | detailed review of Casner & Edwards' January and February 2011 monthly fee applications and fee summaries re same | 0.20 | 53.00 |
|  | BSR | research docket for quarterly application for Deloitte Tax for the 39th interim period | 0.10 | 26.50 |
| 5/26/2011 | BSR | detailed review of Foley Hoag's Jan-March 2011 monthly fee applications and fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Holme's Oct., Nov. and Dec. 2011 monthly applications, as well as fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's Jan-March 2011 monthly fee applications, as well as fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of Kramer Levin's monthly fee applications for January through March 2011, as well as fee summaries re same | 0.40 | 106.00 |
|  | BSR | detailed review of Deloitte Tax's March 2011 monthly fee application | 0.10 | 26.50 |
|  | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (3.1);  draft final fee chart for 1st-26th Interims for Bilzin reflecting same (4.8) | 7.90 | 355.50 |

W.R. Grace & Co.                                                                   Page   12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/26/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (3.0);  draft final fee chart for 1st-26th Interims for Ashby & Geddes reflecting same (4.7) | 7.70 | 1,078.00 |
| 5/27/2011 | AL | Update database with PWC (Darex) March & April fee application (.2); Ferry's April electronic detail (.1); Kramer's April electronic detail (.1); Ewing's April electronic detail (.1); Beveridge's March electronic detail (.2); Foley's April electronic detail (.1) | 0.80 | 36.00 |
| | JAW | detailed review of Orrick Herrington January 2011 fee application (1.60) | 1.60 | 244.00 |
| | AL | Update database with Orrick's April electronic detail | 0.20 | 9.00 |
| | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (3.1);  draft final fee chart for 1st-26th Interims for Baker reflecting same (4.8) | 7.90 | 1,106.00 |
| 5/28/2011 | MW | WRG - research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.3);  draft final fee chart for 1st-26th Interims for Beveridge Diamond reflecting same (4.7) | 7.00 | 980.00 |
| | JAW | continued detailed review of Orrick Herrington January 2011 fee application (1.80); draft summary of same (0.70) | 2.50 | 381.25 |
| | BSR | detailed review of Ferry Joseph & Pearce's quarterly application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Charter Oak's quarterly application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Holme Roberts & Owen's quarterly application for the 39th interim period | 0.20 | 53.00 |
| | BSR | detailed review of Casner & Edwards quarterly fee application for the 40th interim period | 0.20 | 53.00 |
| | BSR | detailed review of Caplin & Drysdale's March 2011 monthly fee application and quarterly application for the 40th interim period | 0.50 | 132.50 |
| | BSR | Draft initial report re Caplin & Drysdale's 40th interim fee application | 0.50 | 132.50 |
| | BSR | detailed review of Capstone's quarterly interim fee application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Anderson Kill & Olick's quarterly application for the 40th interim period | 0.10 | 26.50 |

W.R. Grace & Co. Page  13

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/28/2011 | BSR | detailed review of Blackstone's quarterly application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Campbell & Levine's quarterly application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Foley Hoag's quarterly application for the 40th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Lincoln Partners' quarterly fee application for the 40th interim period | 0.10 | 26.50 |
| 5/30/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (3.5); draft final fee chart for 1st-26th Interims for Blackstone reflecting same (4.5) | 8.00 | 360.00 |
| | JAW | detailed review of Holme Roberts February 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Holme Roberts January 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Holme Roberts March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Holme Roberts April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Lauzon Belanger March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Scarford Hawkins March 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Hogan Firm March 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 91.50 |
| | DTW | Review and revise 40th interim initial report for Caplin Drysdale (.1). | 0.10 | 16.50 |
| 5/31/2011 | BSR | Draft e-mail to Caplin & Drysdale re initial report (40Q) | 0.10 | 26.50 |
| | AL | Receive, review and finalize Caplin's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re Caplin's 40Q IR (.1) | 0.50 | 22.50 |
| | MW | Research PACER for objections to WHSA's April fee application (.9); draft CNO re same (.6); send same to A. Lopez for e-filing (.1). | 1.60 | 224.00 |
| | AL | Update database with Stroock's April electronic detail | 0.20 | 9.00 |

W.R. Grace & Co. Page  14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/31/2011 | BSR | detailed review of fee summaries re Kirkland & Ellis' Jan., Feb., and March 2011 fee applications | 0.10 | 26.50 |
|  | AL | Receive and review final version of April CNO (.1); update database with same (.2); electronic filing with the court of WHSA's April CNO (.3) | 0.60 | 27.00 |
|  | AL | Update database with Reed's April electronic detail | 0.20 | 9.00 |
|  |  | **For professional services rendered** | **226.70** | **$28,858.50** |

Additional Charges :

| 5/31/2011 | PACER Charges | 375.60 |
|---|---|---|
|  | FedEx | 79.18 |
|  | Third party copies & document prep/setup. | 3,310.80 |
|  | **Total additional charges** | **$3,765.58** |
|  | **Total amount of this bill** | **$32,624.08** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 75.60 | 45.00 | $3,402.00 |
| Bobbi S. Ruhlander | 27.80 | 265.00 | $7,367.00 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 53.40 | 152.50 | $8,143.50 |
| Melanie White | 68.70 | 140.00 | $9,618.00 |
| Warren H Smith | 1.00 | 295.00 | $295.00 |