# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 26931 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 26931
(FIFTH QUARTERLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM JANUARY 1, 2011, THROUGH MARCH 31, 2011)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Quarterly Application of Lauzon Bélanger for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period From January 1, 2011, through March 31, 2011, (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, May 27, 2011[1].

Dated: June 10, 2011                    Respectfully submitted,

                                          By:   */s/ Daniel K. Hogan*
                                               Daniel K. Hogan (DE Bar No. 2814)
                                               THE HOGAN FIRM
                                               1311 Delaware Avenue
                                               Wilmington, Delaware 19806
                                               Telephone: 302.656.7540
                                               Facsimile: 302.656.7599
                                               Email: dkhogan@dkhogan.com
                                               **Counsel to the Representative Counsel for the Canadian ZAI Claimants**

---

[1] The applicant may have received informal comments from the fee auditor, but no final report has been received from the fee auditor.