# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

May 4, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
## (April 1st 2011 to April 30th 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2011-04-01 | CH | Review of LBL's February Application and execution of certification | 0.33 | 285.00 | 94.05 |
| 2011-04-01 | CH | Email to Karen Harvey re: signed certification and confirmation of February Application | 0.17 | 285.00 | 48.45 |
| 2011-04-05 | CH | Review of Grace's Factum re: recognition of US Confirmation Order | 1.00 | 285.00 | 285.00 |
| 2011-04-05 | MB | Review of Grace's Factum re: hearing of April 8, 2011; | 2.25 | 450.00 | 1,012.50 |
| 2011-04-06 | CH | Review of AGC's factum re: recognition of Confirmation Order | 1.00 | 285.00 | 285.00 |
| 2011-04-06 | MB | Review of the motion and documents from Attorney General of Canada re: April 8, 2011; | 2.00 | 450.00 | 900.00 |
| 2011-04-06 | MB | Meeting with Careen Hannouche; | 0.50 | 450.00 | 225.00 |
| 2011-04-06 | CH | Meeting with Michel Bélanger; | 0.50 | 285.00 | 142.50 |
| 2011-04-07 | CH | Email to Karen Harvey re: wire transfer from Grace | 0.17 | 285.00 | 48.45 |
| 2011-04-07 | CH | Review of Representative Counsel Factum prepared by Scarfone Hawkins re: recognition of US Confirmation Order | 0.50 | 285.00 | 142.50 |
| 2011-04-07 | CH | Review of Thundersky's Factum prepared by Keith Ferbers (Aikins) re: recognition of US Confirmation Order | 1.50 | 285.00 | 427.50 |
| 2011-04-07 | MB | Review of motion and other documents re: April 8, 2011 hearing re: Keith Ferbers, David Thompson; | 3.00 | 450.00 | 1,350.00 |
| 2011-04-08 | CH | Review of Justice Morawetz's issued order recognizing the US Confirmation Order | 0.33 | 285.00 | 94.05 |
| 2011-04-11 | CH | Review of Justice Morawetz's handwritten endorsement re: recognition of US confirmation order | 0.33 | 285.00 | 94.05 |
| 2011-04-11 | CH | Review of email from David Thompson re; Justice Morawetz's endorsement order | 0.08 | 285.00 | 22.80 |

| | | | | | |
|---|---|---|---|---|---|
| 2011-04-11 | CH | Email to David Thompson re: Justice Morawetz's endorsement order | 0.08 | 285.00 | 22.80 |
| 2011-04-11 | CH | Review of motion for order approving the Canadian ZAI Property Damage Claims Administrator prepared by Daniel Hogan | 0.75 | 285.00 | 213.75 |
| 2011-04-11 | MB | Review of Order (J. Morawetz re: US Confirmation Order); | 0.75 | 450.00 | 337.50 |
| 2011-04-12 | CH | Review of email from David Thompson to Daniel Hogan re: comments on motion approving claims administrator | 0.25 | 285.00 | 71.25 |
| 2011-04-12 | CH | Email to Daniel Hogan re: comments on motion approving claims administrator | 0.33 | 285.00 | 94.05 |
| 2011-04-12 | MB | Review of email from David Thompson and Dan Hogan re: Collectiva; | 0.50 | 450.00 | 225.00 |
| 2011-04-14 | CH | Email to Karen Harvey re: wire transfer from Grace | 0.08 | 285.00 | 22.80 |
| 2011-04-14 | CH | Review of changes to motion for approval of claims administrator sent by Karen Harvey | 0.25 | 285.00 | 71.25 |
| 2011-04-14 | CH | Email to Karen Harvey re: motion for approval of claims administrator | 0.17 | 285.00 | 48.45 |
| 2011-04-15 | CH | Review of draft of motion to approve claims administrator as marked by Jan Baer | 0.33 | 285.00 | 94.05 |
| 2011-04-15 | CH | Email to David Thompson re: letter regarding Scarfone Hawkins portion of The Hogan Firm's fees | 0.25 | 285.00 | 71.25 |
| 2011-04-19 | CH | Review of fees for March 2011 fee summary | 0.33 | 285.00 | 94.05 |
| 2011-04-19 | CH | Email to Karen Harvey re: March 2011 fee summary | 0.17 | 285.00 | 48.45 |
| 2011-04-27 | CH | Email to Cindy Yates re: wire transfer for portion of The Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| 2011-04-27 | CH | Email to Karen Harvey re: wire transfer payment 11th Monthly Application | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES :** | **18.24** | | **$ 6,683.40** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 9.00 | $4,050.00 |
| CH | 285.00 | 9.24 | $2,633.40 |

**DISBURSEMENTS**

| | |
|---|---|
| Fax (5 x .15¢) | 1.25 |
| Photocopies (661 X .10¢) | 66.10 |
| **TOTAL DISBURSEMENTS** | **$ 67.35** |

| | |
|---|---:|
| **TOTAL FEES AND DISBURSEMENTS** | **$ 6,750.75** |
| G.S.T. | 337.54 |
| Q.S.T. | 602.50 |
| **TOTAL** | **$ 7,690.79** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001