# EXHIBIT A

DAC – MEMO

| SUBMITTED BY: CINDY/DT | | Date: 04/04/2011 | | |
|---|---|---|---|---|
| FILE # 05L121 | | RE: Zonolite Class Action | | |
| TASK: Photocopy – Grace's Motion Record returnable for April 8, 2011 | | | | |
| AMOUNT | ITEM | AGENT USED OR INHOUSE PLEASE CIRCLE | EXPL. CODE | GL # |
| $ | LONG DISTANCE | | 80 | 5112 |
| $ | FAX | | 81 | 5074 |
| $ | POSTAGE/REGISTERED MAIL | | 82 | 5071 |
| $ | COURIER | | 83 | 5073 |
| $ 104.50 | PHOTOCOPY | 1045 pages x .10 cents | 101 | 5067 |
| $ 7.00 | TABS/BINDING COSTS | 28 x .25 cents | 77 | 5096 |
| $ | PPSA INQUIRY | ONLINE ($11.00 EACH) CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 68 | 5061 |
| $ | PPSA FINANCING STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 149 | 5061 |
| $ | PPSA CHANGE STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 150 | 5061 |
| $ | INSOLVENCY SEARCH | ONLINE INDUSTRY CAN. | 104 | 5062 |
| $ | BANK ACT SEARCH | CDN. SECURITIES | 74 | 5062 |
| $ | CREDIT BUREAU | | 148 | 5063 |
| $ | CORPORATE SEARCH | ONCORP RAPID SEARCH | 57 | 5093 |
| $ | VEHICLE SEARCH (PHONE) | | 51 | 5072 |
| $ | CERTIFICATE OF STATUS | ONCORP RAPID SEARCH | 65 | 5072 |
| $ | TERAVIEW | | | 5011 |
| $ | QUICKLAW | | 105 | 5075 |

DAC – MEMO

| SUBMITTED BY: CINDY/DT | | Date: 04/04/2011 | | |
|---|---|---|---|---|
| FILE # 05L121 | | RE: Zonolite Class Action | | |
| TASK: Photocopy – Grace's Motion Record returnable for April 8, 2011 – Factum and Brief of Authority | | | | |
| AMOUNT | ITEM | AGENT USED OR INHOUSE PLEASE CIRCLE | EXPL. CODE | GL # |
| $ | LONG DISTANCE | | 80 | 5112 |
| $ | FAX | | 81 | 5074 |
| $ | POSTAGE/REGISTERED MAIL | | 82 | 5071 |
| $ | COURIER | | 83 | 5073 |
| $ 13.50 | PHOTOCOPY | 135 pages x .10 cents | 101 | 5067 |
| $ 2.00 | TABS/BINDING COSTS | 8 x .25 cents | 77 | 5096 |
| $ | PPSA INQUIRY | ONLINE ($11.00 EACH) CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 68 | 5061 |
| $ | PPSA FINANCING STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 149 | 5061 |
| $ | PPSA CHANGE STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 150 | 5061 |
| $ | INSOLVENCY SEARCH | ONLINE INDUSTRY CAN. | 104 | 5062 |
| $ | BANK ACT SEARCH | CDN. SECURITIES | 74 | 5062 |
| $ | CREDIT BUREAU | | 148 | 5063 |
| $ | CORPORATE SEARCH | ONCORP RAPID SEARCH | 57 | 5093 |
| $ | VEHICLE SEARCH (PHONE) | | 51 | 5072 |
| $ | CERTIFICATE OF STATUS | ONCORP RAPID SEARCH | 65 | 5072 |
| $ | TERAVIEW | | | 5011 |
| $ | QUICKLAW | | 105 | 5075 |

```
        SHARKEY'S GRILL
     www.facebook.com/SharkeysGrill
     www.twitter.com/SharkeysGrill
   Join us Fridays for Groove Lounge DJs
     and Saturdays for Live Bands!!

            Table  #89
  Trans#:  241848           Serv: Andrea
  04/08/2011 2:15 PM           # Cust:2
  =====================================
  Quan  Descript                   Cost
  =====================================
  1 PEPSI                         $2.50
  1 DIET PEPSI                    $2.50
  1 Cappuccino                    $3.99
  1 Calamari!                    $10.00
  2 Kobe Sliders!                $29.00
  =====================================
                  Net Total:     $47.99
                     HST 8%       $3.84
                     HST 5%       $2.40
                  ====================
              TOTAL:  $54.23
         Amount Due:  $54.23
  Food: $47.99

        220 North Service Road West
             Oakville, Ontario
               905-844-1400
   HAPPY HOUR APPS 4 to 6:30 pm Mon to Fri
   2 FOR 1 PIZZAS Sun all day & Mon night
            hst#802849497tr0001
```

```
==========================================
** Customer Copy **
SHARKEY'S GRILL AND
       Tab: 89
   Andrea   04/08/2011 2:19 PM

Transaction #         241848
Amex

   Amount       $54.23


      TIP : _____

      TOTAL : ___61—___
```