## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | **Related Docket No. 26841** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 26841

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-Ninth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2010 through December 31, 2010*** (the "Application") [Docket No. 26841] filed on March 3, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 3, 2011 at 4:00 p.m.

Dated: June 13, 2010
    Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:    (302)-657-4901
Email:      mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*