IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2011 THROUGH APRIL 30, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

May 26, 2011  
Client/Matter #   01246-013923  
Invoice # 141731  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/06/11 | P. Marks | L120 | 0.90 | Review CAFO and prepare negative notice re settlement with EPA. |
| 04/08/11 | P. Marks | L120 | 0.20 | Telephone conference with J. Howell re computer issue (problem with CAFO draft) and coordination. |
| 04/12/11 | P. Marks | L120 | 3.10 | Review inquiry from B. Errera re tank inspection; evaluate regulation re same; respond to inquiry; detailed evaluation of corrective action and interim measures, including evaluation of Consent Order and legal research. |
| 04/13/11 | P. Marks | L120 | 1.00 | Evaluation of Interim Measures issue; prepare email to P. Bucens re same. |
| 04/27/11 | P. Marks | L120 | 2.20 | Evaluate and prepare summary of Subparts BB and CC underlying factual assumptions and analyze relevant provisions. |
| 04/28/11 | P. Marks | L120 | 4.50 | Prepare for and attend meeting with client team. |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #  141731
                                                              May 26, 2011
                                                              PAGE   2


04/29/11   P. Marks         L120           0.30   Coordination with J. Howell (EPA); follow-up
                                                  CAFO with client team.



                                           **Total Hours :**              **12.20**

                                           **Total Fees :**           **$5,612.00**

BEVERIDGE & DIAMOND, P.C.

INVOICE #  141731  
May 26, 2011  
PAGE   3

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 12.20 | $460.00 | $5,612.00 |
|  |  | **Total Fees:** |  | **$5,612.00** |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L120 |  | 12.20 | $5,612.00 |
| Total L100 |  | 12.20 | $5,612.00 |
|  | **Total Fees :** | **12.20** | **$5,612.00** |

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | **$5,612.00** |
|---|---|---|

# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 26, 2011
Client/Matter #   01246-012629
Invoice # 141730
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

**Disbursements:**

| | |
|---|---:|
| Copying | 87.75 |
| Postage | 9.00 |
| **Total Disbursements :** | **$96.75** |
| **TOTAL DUE :** | **$96.75** |