**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related to Docket No. 26421** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 26421

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Twenty-Eighth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From October 1, 2010 through December 31, 2010* (the "Application") [Docket No. 26421] filed on February 25, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 3, 2011 at 4:00 p.m.

Dated: June 13, 2011
      Wilmington, Delaware

                                                */s/ Michael R. Lastowski*
                                                Michael R. Lastowski (DE 3892)
                                                Richard W. Riley (DE 4052)
                                                DUANE MORRIS LLP
                                                222 Delaware Avenue, Suite 1600
                                                Wilmington, DE 19801-1246
                                                Telephone:    (302)-657-4900
                                                Facsimile:    (302)-657-4901
                                                Email:         mlastowski@duanemorris.com
                                                                               rwriley@duanemorris.com

                                                *Co-Counsel for the Official
                                                Committee of Unsecured Creditors*

DM3\1815252.1