IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 9, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: Sept. 26, 2011 at 9:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 26968

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fortieth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2011 through March 31, 2011 (the "Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than June 9, 2011 at 4:00 p.m.

Dated: June 13, 2011                                  FERRY, JOSEPH & PEARCE, P.A.

                                                                     /s/ Lisa L. Coggins
                                                                     Michael B. Joseph (No. 392)
                                                                     Theodore J. Tacconelli (No. 2678)
                                                                     Lisa L. Coggins (No. 4234)
                                                                     824 Market Street, Suite 1000
                                                                     P.O. Box 1351
                                                                     Wilmington, DE 19899
                                                                     Tel:    (302) 575-1555
                                                                     Fax:   (302) 575-1714

                                                                     *Counsel to the Official Committee of*
                                                                     *Asbestos Property Damage Claimants*