**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**April 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended April 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 1.0 | $ 1,052.83 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 6.0 | $ 5,913.12 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 742.95 | 33.0 | $ 24,517.35 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 3.5 | $ 2,409.19 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 83.2 | $ 36,348.42 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 1.0 | $ 496.57 |
| Jason Morrissey | Audit Manager | 7 | Integrated Audit | $ 330.20 | 8.0 | $ 2,641.60 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 2.0 | $ 632.46 |
| Todd Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 9.0 | $ 2,808.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 32.0 | $ 7,654.40 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 88.7 | $ 22,867.75 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 231.90 | 2.5 | $ 579.76 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 140.0 | $ 31,292.80 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 82.5 | $ 14,878.05 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.22 | 141.0 | $ 25,410.90 |
| Veronica Joelle Flores | Tax Associate | 1 | Integrated Audit | $ 161.20 | 19.0 | $ 3,062.80 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 137.16 | 51.5 | $ 7,063.74 |
| Jennifer Do | Audit Associate | 1 | Integrated Audit | $ 137.16 | 0.7 | $ 96.01 |
| Melanie Rasskazov | Project Specialist | 9 | Integrated Audit | $ 122.00 | 0.3 | $ 36.60 |
| William Beck | Project Specialist | 4 | Integrated Audit | $ 122.00 | 2.0 | $ 244.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 122.00 | 1.0 | $ 122.00 |
| Marcos Pastorino | Project Specialist | 1 | Integrated Audit | $ 122.00 | 7.0 | $ 854.00 |
| Patricio Andrich Unamuno | Project Specialist | 1 | Integrated Audit | $ 122.00 | 5.0 | $ 610.00 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 122.00 | 2.5 | $ 305.00 |
| Yamila Pereyra | Project Specialist | 1 | Integrated Audit | $ 122.00 | 7.5 | $ 915.00 |
| Luz Barcia | Project Specialist | 1 | Integrated Audit | $ 122.00 | 1.0 | $ 122.00 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | $ 122.00 | 2.0 | $ 244.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 122.00 | 7.0 | $ 854.00 |
| Maria F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 122.00 | 6.5 | $ 793.00 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | $ 122.00 | 11.1 | $ 1,348.10 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | $ 122.00 | 1.2 | $ 146.40 |
| Milagros Tomasella | Project Specialist | 1 | Integrated Audit | $ 122.00 | 10.8 | $ 1,321.26 |

| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ | 122.00 | 0.5 | $ | 61.00 |
| Gonzalo Palacios | Project Specialist | 1 | Integrated Audit | $ | 122.00 | 12.0 | $ | 1,464.00 |
| Romina M Cantero | Project Specialist | 1 | Integrated Audit | $ | 122.00 | 2.0 | $ | 244.00 |
| Totals | | | | | | 788.0 | $ | 199,898.11 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals         53.1                $ 7,751.77

Summary of PwC's Fees By Project Category:
April 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, | | |

| Applicant | | |
|---|---|---|
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 53.1 | $ 7,751.77 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 788.0 | $ 199,898.11 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 841.1 | $ 207,649.88 |

Expense Summary
April 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,688.31 |
| Lodging | N/A | $ 112.11 |
| Sundry | N/A | $ 0 |
| Business Meals | N/A | $ 205.42 |
| TOTAL: | | $ 2,005.84 |