# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 40638 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40645 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40647 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40648 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40652 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40654 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40655 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40658 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Justin Bray | Integrated Audit | 40638 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40640 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40645 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40647 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40648 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40651 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40652 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40653 | 17.34 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40653 | 387.4 | | | | Mileage to Grace one-way, then to BWI airport (68 miles - 34 normal commute miles * rate - 0.51 per mile). Airfare to Ft. Lauderdale for meetings at the Grace - Boca Raton office |
| | Integrated Audit | 40653 | | 112.11 | | | Hotel in Boca Raton, FL (1 night, $101 room rate, $11.11 taxes) |
| | Integrated Audit | 40653 | | | 50 | | Out-of-town individual dinner |
| | Integrated Audit | 40654 | | | 11.81 | | Out-of-town individual breakfast |
| | Integrated Audit | 40654 | 48.64 | | | | Rental car charge |
| | Integrated Audit | 40654 | 3.8 | | | | Fuel for rental car |
| | Integrated Audit | 40654 | | | 32.15 | | Out-of-town individual dinner while traveling |
| | Integrated Audit | 40654 | 44 | | | | Parking at airport |
| | Integrated Audit | 40654 | 6.12 | | | | Mileage from BWI airport (46 miles - 34 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40655 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40658 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40659 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40661 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Brett Czajkowski | Integrated Audit | 40645 | 20.4 | | | | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate - 0.51 per mile). |
| Pavel Katsiak | Integrated Audit | 40637 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40638 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40639 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40639 | | | | 111.46 | Overtime dinner with the engagement team. Present: P. Katsiak, A. Schmidt, K. Bradley and J. Morrissey (all PwC; |
| | Integrated Audit | 40640 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40641 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40645 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40646 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40647 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40648 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40651 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40653 | 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| Phillip Crosby | Integrated Audit | 40645 | 42.84 | | | | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.51 per mile). |
| Kathleen Bradley | Integrated Audit | 40637 | 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 40638 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40639 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40640 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40641 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40644 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40645 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40646 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40647 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40648 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40651 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40652 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40653 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40654 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40655 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40658 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40659 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40660 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40661 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Integrated Audit | 40662 | 8.16 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| **Jamie Kunkel** | | | | |
| Integrated Audit | 40653 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40654 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40655 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40658 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40659 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40660 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40661 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40662 | 17.14 | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |

**Summary**

| Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|
| 2005.84 | 1688.31 | 112.11 | 0 | 205.42 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | | 40638 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40645 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40647 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40648 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40652 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40654 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40655 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | 40658 Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Justin Bray | | 40638 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40640 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40645 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40647 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40648 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40651 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40652 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40653 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40653 Audit Senior Manager | 17.34 | Mileage to Grace one-way, then to BWI airport (68 miles - 34 normal commute miles * rate - 0.51 per mile). |
| | | 40653 Audit Senior Manager | 387.4 | Airfare to Ft. Lauderdale for meetings at the Grace - Boca Raton office |
| | | 40654 Audit Senior Manager | 112.11 | Hotel in Boca Raton, FL (1 night, $101 room rate, $11.11 taxes) |
| | | 40654 Audit Senior Manager | 50 | Out-of-town individual dinner |
| | | 40654 Audit Senior Manager | 11.81 | Out-of-town individual breakfast |
| | | 40654 Audit Senior Manager | 48.64 | Rental car charge |
| | | 40654 Audit Senior Manager | 3.8 | Fuel for rental car |
| | | 40654 Audit Senior Manager | 32.15 | Out-of-town individual dinner while traveling |
| | | 40654 Audit Senior Manager | 44 | Parking at airport |
| | | 40655 Audit Senior Manager | 6.12 | Mileage from BWI airport (46 miles - 34 normal commute miles * rate - 0.51 per mile). |
| | | 40658 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40659 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | 40661 Audit Senior Manager | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Brett Czajkowski | | 40645 Audit Manager | 20.4 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate - 0.51 per mile). |
| Pavel Katsiak | | 40637 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40638 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40639 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40639 Audit Senior Associate | 111.46 | Overtime dinner with the engagement team. Present: P. Katsiak, A. Schmidt, K. Bradley and J. Morrissey (all PwC) |
| | | 40640 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40641 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40645 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40646 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40647 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40648 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40651 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | 40653 Audit Senior Associate | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| Phillip Crosby | | 40645 Audit Senior Associate | 42.84 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.51 per mile). |

Kathleen Bradley

| ID | Role | Description |
|---|---|---|
| 40637 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40638 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40639 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40640 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40641 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40644 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40645 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40646 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40647 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40648 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40651 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40652 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40653 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40654 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40655 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40658 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40659 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40660 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40661 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40662 | Audit Experienced Associate | 8.16 Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |

Jamie Kunkel

| ID | Role | Description |
|---|---|---|
| 40653 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40654 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40655 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40658 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40659 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40660 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40661 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| 40662 | Audit Associate | 17.14 Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |

Total  2005.84