UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__   ● BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
   Memorandum Opinion and Order
         Docket Number: __26154__         Date Entered: __1/31/2011__

Item Transmitted:   ● Notice of Appeal         ○ Motion for Leave to Appeal
               ○ Amended Notice of Appeal   ○ Cross Appeal
         Docket Number: __26578__         Date Filed: __3/15/11__

*Appellant/Cross Appellant:
State of Montana

*Appellee/Cross Appellee
W.R. Grace & Co.

Counsel for Appellant:
Matthew P. Ward
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19702

Counsel for Appellee:
James E. O'Neill
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ● Yes   ○ No   Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                      By: __Sherry J. Stiles__
Date                                    Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __11-24__
7/6/06