UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__   ⦿ BK   ◯ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
   Docket Number: __26154__   Date Entered: __1/31/2011__

Item Transmitted:   ⦿ Notice of Appeal            ◯ Motion for Leave to Appeal
                    ◯ Amended Notice of Appeal    ◯ Cross Appeal
   Docket Number: __26578__   Date Filed: __3/15/11__

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
Her Majesty the Queen in Right of Canada  W.R. Grace & Co.

Counsel for Appellant:              Counsel for Appellee:
Matthew P. Ward                     James E. O'Neill
Womble Carlyle Sandridge & Rice, PLLC   Pachulski, Stang, Ziehl & Jones, LLP
222 Delaware Avenue, Suite 1501     919 North Market Street, 17th Floor
Wilmington, DE 19702                P.O. Box 8705
                                    Wilmington, DE 19899

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ⦿ Yes   ◯ No

IFP Motion Filed by Appellant?   ◯ Yes   ⦿ No

Have Additional Appeals to the Same Order been Filed?   ⦿ Yes   ◯ No
   If so, has District Court assigned a Civil Action Number?   ⦿ Yes  ◯ No   Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                          By: __Sherry J. Stiles__
Date                                      Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __11-25__
7/6/06