UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__        ⦿ BK    ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
       Docket Number: __26154__        Date Entered: __1/31/2011__

Item Transmitted:  ⦿ Notice of Appeal        ○ Motion for Leave to Appeal
                  ○ Amended Notice of Appeal   ○ Cross Appeal
       Docket Number: __26582__        Date Filed: __3/18/11__

| *Appellant/Cross Appellant:<br>Libby Claimants | *Appellee/Cross Appellee<br>W.R. Grace & Co. |
|---|---|
| Counsel for Appellant:<br>Kerri Mumford | Counsel for Appellee:<br>James E. O'Neill |
| Landis Rath & Cobb LLP | Pachulski, Stang, Ziehl & Jones, LLP |
| 919 Market Street, Suite 1800 | 919 North Market Street, 17th Floor |
| P.O. Box 2087 | P.O. Box 8705 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ⦿ Yes   ○ No

IFP Motion Filed by Appellant?  ○ Yes   ⦿ No

Have Additional Appeals to the Same Order been Filed?  ⦿ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?    ⦿ Yes   ○ No    Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                                    By: __Sherry J. Stiles__
Date                                                          Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __11-26__
7/6/06