UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__   ⦿ BK   ◯ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
Docket Number: __26154__   Date Entered: __1/31/2011__

Item Transmitted:   ⦿ Notice of Appeal       ◯ Motion for Leave to Appeal
                    ◯ Amended Notice of Appeal   ◯ Cross Appeal
Docket Number: __26585__   Date Filed: __3/18/11__

*Appellant/Cross Appellant:
Maryland Casualty Company

*Appellee/Cross Appellee
W.R. Grace & Co.

Counsel for Appellant:
Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Counsel for Appellee:
James E. O'Neill
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ⦿ Yes   ◯ No

IFP Motion Filed by Appellant?   ◯ Yes   ⦿ No

Have Additional Appeals to the Same Order been Filed?   ⦿ Yes   ◯ No
   If so, has District Court assigned a Civil Action Number?   ⦿ Yes   ◯ No   Civil Action # __Multi.__

Additional Notes:
_____

__6/15/11__                     By: __Sherry J. Stiles__
Date                                   Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-27__
7/6/06