UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ⦿ BK    ◯ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
    Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:  ⦿ Notice of Appeal    ◯ Motion for Leave to Appeal
                       ◯ Amended Notice of Appeal  ◯ Cross Appeal
                       Docket Number: __26590__    Date Filed: __3/18/11__

| *Appellant/Cross Appellant: | *Appellee/Cross Appellee |
|---|---|
| BNSF Railway Company | W.R. Grace & Co. |
| Counsel for Appellant: | Counsel for Appellee: |
| James C. Carignan | James E. O'Neill |
| Pepper Hamilton LLP | Pachulski, Stang, Ziehl & Jones, LLP |
| Hercules Plaza, Suite 5100 | 919 North Market Street, 17th Floor |
| 1313 North Market Street | P.O. Box 8705 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ⦿ Yes    ◯ No

IFP Motion Filed by Appellant?    ◯ Yes    ⦿ No

Have Additional Appeals to the Same Order been Filed?    ⦿ Yes    ◯ No
    If so, has District Court assigned a Civil Action Number?    ⦿ Yes    ◯ No    Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                    By: __Sherry J. Stiles__
Date                                    Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-28__
7/6/06