UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ⦿ BK    ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
        Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:    ⦿ Notice of Appeal         ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal    ○ Cross Appeal
        Docket Number: __26594__    Date Filed: __3/18/11__

*Appellant/Cross Appellant: | *Appellee/Cross Appellee
Government Employees Ins. Co. et. al. | W.R. Grace & Co.

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| David P. Primack | James E. O'Neill |
| Drinker Biddle & Reath LLP | Pachulski, Stang, Ziehl & Jones, LLP |
| 1100 N. Market Street | 919 North Market Street, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 8705 |
|  | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ⦿ Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ⦿ No

Have Additional Appeals to the Same Order been Filed?    ⦿ Yes    ○ No
    If so, has District Court assigned a Civil Action Number?    ⦿ Yes    ○ No    Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                                                By: __Sherry J. Stiles__
Date                                                              Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-29__
7/6/06