UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ◉ BK    ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
     Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:  ◉ Notice of Appeal        ○ Motion for Leave to Appeal
                       ○ Amended Notice of Appeal   ○ Cross Appeal
     Docket Number: __26597__    Date Filed: __3/18/11__

*Appellant/Cross Appellant:         *Appellee/Cross Appellee
Anderson Memorial Hospital         W.R. Grace & Co.

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| Christopher D. Loizides | James E. O'Neill |
| Loizides, P.A. | Pachulski, Stang, Ziehl & Jones, LLP |
| 1225 King Street, Suite 800 | 919 North Market Street, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 8705 |
|  | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ◉ Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ◉ No

Have Additional Appeals to the Same Order been Filed?   ◉ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ◉ Yes  ○ No   Civil Action # __Multi.__

Additional Notes: _____

__6/15/11__                                   By: __Sherry J. Stiles__
Date                                                     Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-30__
7/6/06