UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ⦿ BK    ◯ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
__Memorandum Opinion and Order__
Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:    ⦿ Notice of Appeal        ◯ Motion for Leave to Appeal
                     ◯ Amended Notice of Appeal  ◯ Cross Appeal
Docket Number: __26599__    Date Filed: __3/18/11__

*Appellant/Cross Appellant:            *Appellee/Cross Appellee
AXA Belgium                             W.R. Grace & Co.

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| Michael A. Shiner | James E. O'Neill |
| Tucker Arensberg, P.C. | Pachulski, Stang, Ziehl & Jones, LLP |
| 1500 One PPG Place | 919 North Market Street, 17th Floor |
| Pittsburgh, PA 15222 | P.O. Box 8705 |
|  | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ⦿ Yes    ◯ No

IFP Motion Filed by Appellant?    ◯ Yes    ⦿ No

Have Additional Appeals to the Same Order been Filed?    ⦿ Yes    ◯ No
    If so, has District Court assigned a Civil Action Number?    ⦿ Yes    ◯ No    Civil Action # __Multi.__

Additional Notes:
_____

__6/15/11__                              By: __Sherry J. Stiles__
Date                                         Deputy Clerk

                                         FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-31__
7/6/06