UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __01-1139-JKF__    ⦿ BK    ○ AP
 If AP, related BK Case Number: _____

Title of Order Appealed:
 Memorandum Opinion and Order
  Docket Number: __26154__    Date Entered: __1/31/2011__

Item Transmitted:   ○ Notice of Appeal          ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal  ⦿ Cross Appeal
  Docket Number: __26686__    Date Filed: __4/1/11__

*Appellant/Cross Appellant:                  *Appellee/Cross Appellee
 Maryland Casualty Company                    W.R. Grace & Co.

| Counsel for Appellant: | Counsel for Appellee: |
| --- | --- |
| Jeffrey C. Wisler | James E. O'Neill |
| The Nemours Building | Pachulski, Stang, Ziehl & Jones, LLP |
| 1007 N. Orange Street | 919 North Market Street, 17th Floor |
| P.O. Box 2207 | P.O. Box 8705 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ⦿ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ⦿ No

Have Additional Appeals to the Same Order been Filed?   ⦿ Yes   ○ No
 If so, has District Court assigned a Civil Action Number?   ⦿ Yes  ○ No   Civil Action # __Multi.__

Additional Notes:
 This is Cross Appealing BAP-11-27

__6/15/11__                              By: __Sherry J. Stiles__
Date                                          Deputy Clerk

                                         FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-33__
7/6/06