IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 7**

IN RE: W.R. Grace & Co. et al.

| | | |
|---|---|---|
| Maryland Casualty Company, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 11- 527 |
| v. | ) | |
| | ) | |
| | ) | |
| W.R. Grace & Co. et al., Official Committee | ) | |
| of Asbestos Personal Injury Claimants, | ) | |
| Official Committee of Equity Security | ) | |
| Holders and Asbestos PI Future Claimants' | ) | |
| Representative and Arrowood Indemnity | ) | |
| Company, | ) | |
| | ) | Bankruptcy Case No. 01-1139 |
| Appellees | | |
| | | AP 11-27 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/31/11, 1/31/11, 2/15/11 and 3/4/11 was docketed in the District Court on 6/16/11:

>Order regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended supplemental findings of fact and Conclusions of Law

>Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010

>Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended through December 23, 2010

>BNSF's Motion for Reconsideration

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**. Any attorneys of

record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 7/5/2011**
                              Peter T. Dalleo
                              Clerk of Court


                              Peter T. Dalleo
                              Clerk of Court

Date:   6/15/11
To:     U.S. Bankruptcy Court
         Counsel