IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 8**

IN RE: W.R. Grace & Co. et al

| | | |
|---|---|---|
| Maryland Casualty Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   11-527 RLB |
| v. | ) | |
| W.R. Grace & Co. et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 01-1139 |
| | | BAP 11-27 |

## AMENDED NOTICE OF DOCKETING

A Notice of Appeal of the following orders of the Bankruptcy Court were docketed in the District Court on 6/15/11:

    1) *Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings of Fact and Conclusions Of Law* dated January 31, 2001

    2) *Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23,2010* dated January 31, 2011

    3) *Order Clarifying Memorandum Opinion And Order Confirming Joint Plan As Amended Through December 23, 2010* dated February 15, 2011

    4) *Memorandum* and *Order* dated March 4, 2011

Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                      Peter T. Dalleo
                                                      Clerk of Court

Date: 6/16/11
To:    U.S. Bankruptcy Court
          Counsel