IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 11, 2011 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDRED AND FIFTEENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/510006

# EXHIBIT A
**(Fee Detail)**

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $10,957.50 |
|---|---|
| FEE APPLICATION – APPLICANT | $759.00 |
| TOTAL FEES | $11,716.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 20, 2011
Bill Number  134423
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH APRIL 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/04/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 04/05/11 | ARA | Quality control PNB documents. | 5.40 Hrs | 702.00 |
| 04/06/11 | ARA | Quality control PNB documents. | 5.70 Hrs | 741.00 |
| 04/07/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 04/07/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 04/08/11 | ARA | Quality control PNB documents. | 4.10 Hrs | 533.00 |
| 04/08/11 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 04/11/11 | ARA | Quality control PNB documents. | 3.20 Hrs | 416.00 |
| 04/12/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 04/13/11 | ARA | Quality control PNB documents. | 4.50 Hrs | 585.00 |
| 04/13/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 04/14/11 | ARA | Quality control PNB documents. | 4.70 Hrs | 611.00 |
| 04/14/11 | ARA | Document control. | 1.20 Hrs | 102.00 |
| 04/15/11 | ARA | Quality control PNB documents. | 5.70 Hrs | 741.00 |
| 04/19/11 | ARA | Quality control PNB documents. | 5.00 Hrs | 650.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH APRIL 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/19/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 04/20/11 | ARA | Quality control PNB documents. | 6.20 Hrs | 806.00 |
| 04/21/11 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entires to select documents to read. | 0.90 Hrs | 310.50 |
| 04/21/11 | ARA | Quality control PNB documents. | 3.30 Hrs | 429.00 |
| 04/26/11 | ARA | Quality control PNB documents. | 2.70 Hrs | 351.00 |
| 04/26/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 04/27/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 04/28/11 | ARA | Quality control PNB documents. | 1.40 Hrs | 182.00 |
| 04/28/11 | ARA | Document control. | 0.90 Hrs | 117.00 |

TOTAL LEGAL SERVICES     $10,957.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.90 | 345.00 | 310.50 |
| Angela R. Anderson | 76.80 | 130.00 | 9,984.00 |
| Angela R. Anderson | 7.80 | 85.00 | 663.00 |
|  | 85.50 |  | $10,957.50 |

TOTAL THIS BILL     $10,957.50

Page 2

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 20, 2011
Bill Number 134424
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH APRIL 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/06/11 | RAM | Work on February fee application. | 0.60 Hrs | 207.00 |
| 04/08/11 | RAM | Work on February fee application and send it to in-house counsels for to review; email from Jay Hughes that it may be filed. | 0.20 Hrs | 69.00 |
| 04/21/11 | RAM | Finalize February fee application. | 0.40 Hrs | 138.00 |
| 04/22/11 | RAM | Send February fee application to Delaware counsel to file. | 0.10 Hrs | 34.50 |
| 04/27/11 | RAM | Email February fee application to fee auditor. | 0.10 Hrs | 34.50 |
| 04/29/11 | RAM | Work on March fee application. | 0.80 Hrs | 276.00 |

                                              TOTAL LEGAL SERVICES        $759.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.20 | 345.00 | 759.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| 2.20 | $759.00 |
| TOTAL THIS BILL | $759.00 |

Page 2

**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,870.00 |
| **FEE APPLICATION – APPLICANT** | $0.00 |
| **TOTAL EXPENSES** | $12,870.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 20, 2011
Bill Number  134425
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH APRIL 30, 2011

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 04/30/11 | PHOTOCOPYING | 2.30 | |
| | | | $2.30 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 04/30/11 | Delaware Bankruptcy Court - 03/10 - 03/29/11 | 37.68 | |
| | | | $37.68 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 04/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square -April 2011. | 12,383.82 | |
| | | | $12,383.82 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 04/12/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage 4/01/2011 through 4/30/11. | 446.20 | |
| | | | $446.20 |

|  |  |
|---|---|
| TOTAL COSTS | $12,870.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                                  TOTAL THIS BILL        $12,870.00

Page 2