IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 11, 2011 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## ONE-HUNDRED FIFTEENTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## APRIL 1, 2011 THROUGH APRIL 30, 2011[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/01/11 14 | E-mail and follow-up regarding remediation issues with DEP | A. Marchetta | 0.8 | 536.00 |
| 04/01/11 14 | Address A. Marchetta memo on NJDEP issues and follow up on same; memos with clients | W. Hatfield | 0.4 | 174.00 |
| 04/04/11 14 | Conference call with client and consultant regarding remediation issues and strategy; prepare with W. Hatfield regarding same | A. Marchetta | 0.8 | 536.00 |
| 04/04/11 14 | Call with A. Marchetta on case issues; prepare for and attend call with clients on strategy; call with clients and URS on matter and path forward with NJDEP; call with A. Marchetta to follow up on matter (.1) | W. Hatfield | 0.9 | 391.50 |
| 04/06/11 14 | Review memo from URS on call with NJDEP and prepare memo to A. Marchetta with comments on same | W. Hatfield | 0.6 | 261.00 |
| 04/06/11 14 | Review e-mail from URS and follow-up with W. Hatfield regarding same | A. Marchetta | 1.0 | 670.00 |
| 04/07/11 14 | Follow up issues and memos on NJDEP issues and schedule strategy | W. Hatfield | 0.3 | 130.50 |
| 04/07/11 14 | Follow-up regarding Nickerson response and call regarding same | A. Marchetta | 0.8 | 536.00 |
| 04/11/11 | Prepare for and conference call with clients and expert; follow-up with W. Hatfield regarding same | | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 536.00 |
| 04/11/11 | Prepare for call with clients on NJDEP strategy | | |
| 14 | W. Hatfield | 0.2 | 87.00 |
| 04/12/11 | E-mails and telephone calls regarding ISRA issues and conference call regarding same | | |
| 14 | A. Marchetta | 0.4 | 268.00 |
| 04/13/11 | Conference with W. Hatfield; prepare for and conference with clients and consultants regarding ISRA/ECRA issues; follow-up with B. Moffitt regarding lease information and tax map | | |
| 14 | A. Marchetta | 1.8 | 1,206.00 |
| 04/13/11 | Prepare for call with clients; review prior ISRA materials on property information and size; history; call with clients and URS on matter; follow up on matter with A. Marchetta; discuss ECRA issues with C. Donovan; review memo and lease information from client and prepare memo to A. Marchetta on ECRA issue; address former leases with B. Moffitt and memo to case team on path forward; follow up on additional lease information from Grace | | |
| 14 | W. Hatfield | 2.1 | 913.50 |
| 04/13/11 | Confer with A. Marchetta and W. Hatfield re strategy concerning LSRP program and review file documents regarding site leases and related issues | | |
| 14 | B. Moffitt | 5.2 | 2,262.00 |
| 04/13/11 | Work with B. Moffitt to identify documents with respect to lease agreements for site | | |
| 14 | S. Parker | 0.7 | 133.00 |
| 04/14/11 | Work with B. Moffitt and S. Parker regarding leases and site diagrams for delineation and ISRA issues | | |
| 14 | A. Marchetta | 1.4 | 938.00 |
| 04/14/11 | Confer with B. Moffitt regarding timing of operations issue | | |
| 14 | C. Donovan | 0.1 | 46.00 |
| 04/14/11 | Confer with A. Marchetta and C. Donovan re strategy concerning LSRP program and continued review file of documents regarding site leases and related issues | | |
| 14 | B. Moffitt | 2.3 | 1,000.50 |
| 04/14/11 | Work on project to identify, compile and organize production documents with respect to lease agreements for site, including work with B. Moffitt regarding same | | |

3

| | | | |
|---|---|---|---|
| 14 | S. Parker | 1.9 | 361.00 |
| 04/15/11 | Review leases and conference with W. Hatfield and B. Moffitt regarding client information from same for DEP | | |
| 14 | A. Marchetta | 1.0 | 670.00 |
| 04/15/11 | Memos with C. Donovan on lease issues; memos with A. Marchetta and B. Moffitt on matter | | |
| 14 | W. Hatfield | 0.3 | 130.50 |
| 04/18/11 | Conference with W. Hatfield regarding call to Mike Acker on submissions to DEP | | |
| 14 | A. Marchetta | 0.5 | 335.00 |
| 04/19/11 | Call with W. Hatfield regarding conference with client; follow-up with B. Moffitt regarding investigation of real estate information | | |
| 14 | A. Marchetta | 0.8 | 536.00 |
| 04/19/11 | Follow up on ISRA issues; call with clients on matter; address lease and EPA response by Grace on site history with case team | | |
| 14 | W. Hatfield | 0.6 | 261.00 |
| 04/19/11 | Confer with A. Marchetta and W. Hatfield re strategy concerning LSRP program and continued review of file documents regarding site leases and related issues | | |
| 14 | B. Moffitt | 2.6 | 1,131.00 |
| 04/19/11 | Conduct searches in order to identify additional documents requested by B. Moffitt with respect to lease agreements for site | | |
| 14 | S. Parker | 0.4 | 76.00 |
| 04/20/11 | E-mails, telephone calls and follow-up regarding site information for client; conference with B. Moffitt and W. Hatfield regarding same | | |
| 14 | A. Marchetta | 0.9 | 603.00 |
| 04/20/11 | Review B. Moffitt memos on lease issues; prepare memo to case team on 1986 ECRA issues and summary of call with client; URS and LSRP issues; analysis of ISRA issues and path forward on matter; case team memos on proposed call with clients on matter | | |
| 14 | W. Hatfield | 0.9 | 391.50 |
| 04/20/11 | Review all prior leases and amendments and correspondence; confer with B. Moffitt regarding same. | | |
| 14 | C. Donovan | 0.9 | 414.00 |
| 04/21/11 | Telephone calls with attorneys and client regarding strategy for site; | | |

| | | | |
|---|---|---|---|
| 14 | conference with W. Hatfield regarding same<br>A. Marchetta | 1.0 | 670.00 |
| 04/21/11<br>14 | Address lease issues with C. Donovan; strategize with A. Marchetta on LSRP program and expansion of ISRA work with URS<br>W. Hatfield | 0.5 | 217.50 |
| 04/21/11<br>14 | Confer with W. Hatfield re strategy concerning LSRP program<br>B. Moffitt | 0.1 | 43.50 |
| 04/22/11<br>14 | Telephone calls and follow-up regarding site strategy<br>A. Marchetta | 0.4 | 268.00 |
| 04/25/11<br>14 | E-mails and follow-up regarding site procedures; conference with W. Hatfield regarding same<br>A. Marchetta | 0.5 | 335.00 |
| 04/25/11<br>14 | Address strategy on LSRP matters<br>W. Hatfield | 0.2 | 87.00 |
| 04/26/11<br>14 | Telephone calls regarding conference with client and consultant; conference regarding Nickerson position, LSRP; telephone call with client regarding same<br>A. Marchetta | 1.0 | 670.00 |
| 04/26/11<br>14 | Calls with client on NJDEP issues; review URS message on contacts with case manager on LSRP issues; meeting with case team on matter; call with case team and clients on strategy issues; call with case team, clients and URS on path forward; follow up on client questions concerning lease and settlement issues; review B. Moffitt memo on settlement issues<br>W. Hatfield | 1.4 | 609.00 |
| 04/26/11<br>14 | Participate in conference call and confer with A. Marchetta and W. Hatfield re strategy concerning LSRP program and continued review of file documents regarding site leases and related issues<br>B. Moffitt | 3.4 | 1,479.00 |
| 04/27/11<br>14 | Follow-up with B. Moffitt regarding lease analysis and forward same to client<br>A. Marchetta | 0.8 | 536.00 |
| 04/27/11<br>14 | Analyze leases regarding LSRP program issues and prepare e-mail regarding same<br>B. Moffitt | 2.9 | 1,261.50 |
| 04/27/11 | Work with B. Moffitt regarding preparation of email summarizing issues | | |

| | | | |
|---|---|---|---|
| 14 | related to lease agreements for site<br>S. Parker | 0.4 | 76.00 |
| 04/29/11<br>14 | Follow up regarding research on lease issues and settlement agreement; information to client from B. Moffitt<br>A. Marchetta | 0.7 | 469.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 1.00 | 460.00 | 460.00 |
| W. Hatfield | 8.40 | 435.00 | 3,654.00 |
| A. Marchetta | 15.40 | 670.00 | 10,318.00 |
| B. Moffitt | 16.50 | 435.00 | 7,177.50 |
| S. Parker | 3.40 | 190.00 | 646.00 |
| TOTALS | 44.70 | | $22,255.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| A. Marchetta | 14 | 15.4 | 670.00 | 10,318.00 |
| C. Donovan | 14 | 1.0 | 460.00 | 460.00 |
| W. Hatfield | 14 | 8.4 | 435.00 | 3,654.00 |
| B. Moffitt | 14 | 16.5 | 435.00 | 7,177.50 |
| S. Parker | 14 | 3.4 | 190.00 | 646.00 |
| TOTAL | | 44.7 | | $22,255.50 |

# Exhibit B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### APRIL 1, 2011 THROUGH APRIL 30, 2011

**None.**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 11, 2011 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Parsippany, New Jersey  
Dated: June 21, 2011

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
One Jefferson Road  
Parsippany, New Jersey 07054  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015