UNITED STATES BANKRUTPCY COURT
District of Delaware

In re ) Chapter 11
)
Wr Grace, ) Case No. 01-01139
)
) (Jointly Administered)
Debtors. )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Concrete Sealants Inc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Concrete Sealants Inc
Dept 0289
Columbus , OH 43265-0289

New Address
Concrete Sealants Inc c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Tuesday, June 14, 2011

Respectfully submitted,

*Howard Wingert*
Howard Wingert
Concrete Sealants Inc
Dept 0289
Columbus , OH 43265-0289