8316 LaPorte Road
Houston, Texas 77012
(713) 921-7163
(713) 921-0398 FAX
www.perryscale.com

**Perry Scale Company**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Claims Recovery | **From:** | Marilyn Perry |
| **Fax:** | 201-266-6985 | **Pages:** | 2 |
| **Attn:** | Gary | **Date:** | 6/15/2011 |
| **Re:** | W R Grace Offer | **cc:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Please find signed form attached

Thank you,

Marilyn Perry

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| Wr Grace, | ) Case No. 01-01139 |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Perry Scale Company Inc, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Perry Scale Company Inc
Po Box 1474
Houston, TX 77251

New Address
Perry Scale Company Inc c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Tuesday, June 14, 2011

Respectfully submitted,

Marilyn Perry
Perry Scale Company Inc
Po Box 1474
Houston, TX 77251