UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace , | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Best Western Homstead Inn , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Best Western Homstead Inn | Best Western Homstead Inn c/o Claims Recovery Group LLC |
| 220 Alewife Brook Pkwy | 92 Union Avenue |
| Cambridge , MA 2138 | Cresskill, NJ 07626 |

Dated: Thursday, June 23, 2011

Respectfully submitted,

Debora Lingos
Best Western Homstead Inn
220 Alewife Brook Pkwy
Cambridge , MA 2138