IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. No. 24713 |

## THIRTEENTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019

Daniel C. Cohn, on behalf of Murtha Cullina LLP ("Murtha"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana identified in the exhibits referred to in paragraph 8 below (the "Libby Claimants"), make the following statement:

1. This Amended and Restated Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715], as it has been supplemented by the Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "2019 Order").

2. Murtha and LRC are counsel for the Libby Claimants in the above-captioned cases.

3. Daniel C. Cohn was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana, and Lewis, Slovak, Kovacich & Marr, P.C. ("LSKM") of Great Falls, Montana (collectively, "Montana Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, Attorney Cohn engaged LRC to serve as Delaware counsel. In October 2010, Attorney Cohn moved his practice to

{393.001-W0015345.}

Murtha. Murtha and LRC will also represent any future clients of Montana Counsel who hold personal injury claims against the Debtors.

4. LRC also is Delaware counsel to (i) Anchorage Advisors, LLC; (ii) Archer Capital Management, L.P.; (iii) Babson Capital Management, Inc.; (iv) Bank of America, N.A.; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Catalyst Investment Management Co., LLC; (viii) Farallon Capital Management, LLC; (ix) Halcyon Asset Mgmt, LLC; (x) Intermarket Corp.; (xi) JP Morgan Chase, N.A. Credit Trading Group; (xii) Loeb Partners Corporation; (xiii) MSD Capital, L.P.; (xiv) Normandy Hill Capital, LP; (xv) Onex Debt Opportunity Fund, Ltd.; (xvi) P. Schoenfeld Asset Management, LLC; (xvii) Royal Bank of Scotland, PLC; (xviii) Visium Asset Mangement, LP; and (xix) York Capital Management Global Advisors, LLC, (collectively, the "Bank Debt Holders"), interested parties in the above-referenced cases to represent them in their capacities as members of an informal group of holders of claims against the Debtors (or as managers or advisors to such holders).

5. LRC also is Delaware counsel to (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent"). The Libby Claimants, Bank Debt Holders and Administrative Agent are hereinafter collectively referred to as, the "Clients."

6. LRC has fully advised the Clients with respect to the concurrent representations described herein. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

7. Murtha and LRC do not possess any claims against or interests in the Debtors.

2

8. In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSKM firms, containing the information required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed.

Dated: June 27, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *signature*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mumford@lrclaw.com

-and-

Daniel C. Cohn, Esq.
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*

## VERIFICATION

Daniel C. Cohn, a partner of Murtha, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to Murtha, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: June 23, 2011

_____
Adam G. Landis
Dated: June 23, 2011

2427893v1