IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**NOTICE OF FILING OF THE THIRTEENTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019 (EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST, NOTICE IS HEREBY GIVEN THAT:

Landis Rath & Cobb LLP and Murtha Cullina LLP, in compliance with the October 22, 2004 Order of the Court, has filed its **Thirteenth Amended and Restated Verified Statement in Connection With the Representation of Creditors as Required by Fed. R. Bankr. P. 2019.**

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk format. Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: June 27, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
        mumford@lrclaw.com

-and-

Daniel C. Cohn, Esq.
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*