# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MAY 1-31, 2011



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706
tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2011
Client No. 17367
Invoice No. 1311999

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2011 in connection with the matters described on the attached pages: | $ | 291,949.00 |
| DISBURSEMENTS as per attached pages: | | 2,719.72 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **294,668.72** |

Matter(s): 17367/11, 12, 13, 2, 3, 7, 8

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$384,421.47
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1311999*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 4123701088*
*Reference: 17367/ Invoice: 1311999*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1311999*



ORRICK



David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2011
Client No. 17367
Invoice No. 1311999

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 05/02/11 | P. Mahaley | Analyze insurer settlement offer and develop counter-proposal. | 3.10 |
| 05/02/11 | R. Wyron | Review analysis from P. Mahaley re offer and counter proposals (.3); call with P. Mahaley re strategy and e-mails re same (.4); review revised analysis (.2). | 0.90 |
| 05/04/11 | P. Mahaley | Telephone conference with R. Wyron re planning for mediation re appeal of approval of CNA settlement and follow up on action items. | 1.10 |
| 05/06/11 | P. Mahaley | Prepare for and conduct telephone conference with counsel for Plan Proponents and insurer re preparation for mediation re appeal of approval of insurance settlement agreement. | 1.20 |
| 05/10/11 | P. Mahaley | Review and analyze prior pleadings re approval of CNA settlement agreement to prepare for drafting mediation statement on behalf of Plan Proponents. | 6.60 |
| 05/11/11 | P. Mahaley | Office conference with R. Wyron re outlining points to be included in Plan Proponents' draft mediation statement re appeal of insurance settlement. | 1.50 |
| 05/11/11 | R. Wyron | Review potential settlement proposal and respond to e-mails re same. | 0.80 |
| 05/12/11 | P. Mahaley | Analyze insurer settlement proposal and develop counter-proposal (.7); review and analyze materials in support of draft of mediation brief re appeal of approval of insurer settlement (1.7). | 2.40 |
| 05/12/11 | R. Wyron | Work on new settlement proposal and respond to e-mails re same. | 0.30 |
| 05/13/11 | P. Mahaley | Draft mediation statement re appeal of approval of insurer settlement agreement. | 8.60 |
| 05/15/11 | P. Mahaley | Draft mediation statement re appeal of approval of insurance settlement agreement. | 4.40 |






| | | | |
|---|---|---|---|
| 05/16/11 | P. Mahaley | Revise draft mediation statement re appeal of approval of insurance settlement. | 2.20 |
| 05/17/11 | P. Mahaley | Office conference with R. Wyron re proposed revisions to draft statement to be submitted to mediator re appeal of approval of insurance settlement (.6); draft revisions to statement to be submitted to mediator re appeal of insurance settlement approval (3.5). | 4.10 |
| 05/23/11 | P. Mahaley | Revise draft mediation statement re appeal of approval of insurer settlement. | 0.80 |
| 05/24/11 | P. Mahaley | Review draft confirmation brief re insurance issues. | 0.20 |
| 05/25/11 | P. Mahaley | Review draft brief re confirmation appeal re insurance assignment issue. | 0.90 |
| 05/27/11 | P. Mahaley | Review draft mediation statement re appeal of approval of insurance settlement. | 0.90 |

Total Hours 40.00
Total For Services $26,400.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 38.00 | 650.00 | 24,700.00 |
| Richard H. Wyron | 2.00 | 850.00 | 1,700.00 |
| Total All Timekeepers | 40.00 | $660.00 | $26,400.00 |

**Total For This Matter** **$26,400.00**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

June 13, 2011
Invoice No. 1311999

For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/11 | R. Frankel | Review appellants' briefs. | 1.90 |
| 05/02/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/02/11 | J. Burke | Confer with R. Wyron regarding response to confirmation arguments raised by Libby Claimants (.5); confer with D. Felder regarding confirmation arguments raised by Libby Claimants (.4). | 0.90 |
| 05/02/11 | D. Felder | Draft response to appellants' briefs (9.0); telephone conferences with J. Baer and K. Maclay regarding same (.3); conference with R. Wyron regarding same (.2). | 9.50 |
| 05/02/11 | R. Wyron | Review best interest issues and portions of briefs (1.6); respond to e-mails on mediation issues (.2). | 1.80 |
| 05/02/11 | R. Frankel | Review drafts from D. Felder of portions of appellees' brief (1.9); notes re same (.3). | 2.20 |
| 05/02/11 | R. Frankel | Review updated insurance settlement spreadsheet. | 0.30 |
| 05/02/11 | R. Frankel | Review draft memo re CNA related issues in brief (1.9); notes re same (.2). | 2.10 |
| 05/02/11 | R. Frankel | Review various briefs. | 1.70 |
| 05/03/11 | J. Burke | Review Libby Claimants' appellate brief (.7); outline response to Libby Claimants' appellate arguments (1.1); research in support of response to Libby Claimants' appellate arguments (1.3). | 3.10 |
| 05/03/11 | R. Wyron | Continue work on Libby brief (.6); confer with J. Burke re response to Libby arguments and follow-up (.4); confer with R. Frankel re issues (.2). | 1.20 |
| 05/03/11 | R. Frankel | Review appellants' briefs (2.9); review CNA issues with R. Wyron (.3). | 3.20 |
| 05/04/11 | J. Burke | Confer with R. Frankel and R. Wyron regarding response to Libby Claimants' appellate arguments. | 0.70 |
| 05/04/11 | D. Felder | Draft responses to appellants' briefs. | 8.70 |
| 05/04/11 | R. Wyron | Review strategy issues re Garlock's brief (.8); call with D. Austern re issues and follow-up (.6); respond to e-mails re mediation (.2). | 1.60 |
| 05/04/11 | R. Frankel | Prepare outline, notes for response to appellants' briefs. | 2.70 |
| 05/04/11 | R. Frankel | Review NARCO-GIT 3rd circuit opinion (1.3); notes re same (.3). | 1.60 |
| 05/04/11 | R. Frankel | Confer with R. Wyron, J. Burke re Libby arguments, response brief (.6); notes re same (.3). | 0.90 |



ORRICK



| | | | |
|---|---|---|---|
| 05/05/11 | D. Felder | Review appellant briefs (2.5); telephone call to T. Mace regarding same (.1); review and revise draft response to appellants' briefs (1.5). | 4.10 |
| 05/05/11 | R. Wyron | Review draft responses to appeal briefs (1.1); work on Libby factual issues (.8); confer with R. Frankel and follow-up (.4); review insurance issues and respond to e-mails re same (.2); call with P. Lockwood re Garlock's brief and follow-up (.8). | 3.30 |
| 05/05/11 | R. Frankel | Review e-mails re Libby arguments, notes re same. | 0.40 |
| 05/06/11 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding pro hac vice motions in appeal proceedings. | 0.30 |
| 05/06/11 | D. Huynh | Telephone conference with J. Burke and D. Felder (.7); review confirmation hearing exhibits (1.5). | 2.20 |
| 05/06/11 | D. Felder | Review and revise insert to Plan Proponents' brief and follow-up regarding same (2.3); conference with R. Frankel and R. Wyron regarding same (.7); telephone call to D. Huynh regarding research issues and follow-up regarding same (.5). | 3.50 |
| 05/06/11 | R. Wyron | Continue review of draft brief sections (1.3); discuss changes with R. Frankel and D. Felder (.7); organize outline on financial issues (.4). | 2.40 |
| 05/06/11 | R. Frankel | Review Orrick section of draft brief. | 1.30 |
| 05/06/11 | R. Frankel | Confer with R. Wyron, D. Felder regarding Orrick section of draft brief, related issues (.9); prepare notes of same (.5). | 1.40 |
| 05/09/11 | D. Huynh | Prepare summary of confirmation hearing exhibits. | 4.40 |
| 05/09/11 | D. Felder | Review and revise insert for Plan Proponents' brief and review appellants' briefs regarding same (6.5); telephone conference with M. Hurford regarding same (.1); telephone conference with R. Frankel and R. Wyron regarding same (.4); telephone conference with P. Mahaley regarding same (.1). | 7.10 |
| 05/09/11 | R. Wyron | Review draft sections of appeal briefs and organize notes (1.1); call re strategy (.7); respond to e-mails re issues (.6); review revised draft (.8). | 3.20 |
| 05/09/11 | R. Frankel | Review EPA Powerpoint re Libby (1.2); prepare notes regarding related issues (.4). | 1.60 |
| 05/09/11 | R. Frankel | Review, edit various sections of response brief. | 2.40 |
| 05/09/11 | R. Frankel | Telephone conference with D. Felder, R. Wyron regarding draft brief. | 0.60 |
| 05/09/11 | R. Frankel | Confer with R. Wyron regarding pending mediation, settlement issues, structure (.5); notes regarding same (.2). | 0.70 |
| 05/10/11 | D. Huynh | Create summary of Libby affidavits. | 6.90 |
| 05/10/11 | J. Burke | Review appellate record and conduct research in support of response to Libby Claimants' appellate arguments. | 3.70 |

ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

June 13, 2011
Invoice No. 1311999

| | | | |
|---|---|---|---|
| 05/10/11 | R. Wyron | Call with A. Paul re best interests (.5); review revised draft brief sections (.9); follow-up on open issues (.3); respond to e-mails re mediation (.3). | 2.00 |
| 05/10/11 | R. Frankel | Review spreadsheet from D. Huynh re Libby affidavits. | 0.50 |
| 05/10/11 | R. Frankel | Review, edit revised sections of Response Brief from D. Felder. | 3.30 |
| 05/11/11 | D. Huynh | Create summary of certain confirmation hearing exhibits (5.0); correspondence with J. Burke and D. Felder (.2). | 5.20 |
| 05/11/11 | J. Burke | Review appellate record and conduct research in support of response to Libby Claimants' appellate arguments (4.3); revise outline of response to Libby Claimants' appellate arguments (2.3). | 6.60 |
| 05/11/11 | D. Felder | Review and revise insert to Plan Proponents' appellee brief (4.0); conference with R. Frankel and R. Wyron regarding same (.7). | 4.70 |
| 05/11/11 | R. Wyron | Review revised draft briefs (2.2); confer with P. Mahaley re CNA mediation brief and follow-up (.5); prepare issues outline on best interests section (.8). | 3.50 |
| 05/11/11 | R. Frankel | Review BNSF Brief (.5); review edits to draft brief from R. Wyron (.7). | 1.20 |
| 05/11/11 | R. Frankel | Confer with R. Wyron, D. Felder re final changes to Orrick section of brief (.9); notes re same (.2). | 1.10 |
| 05/11/11 | R. Frankel | Review memorandum opinion and opinion on reconsideration. | 1.30 |
| 05/12/11 | D. Fullem | Prepare motions for pro hac vice for R. Frankel, R. Wyron and D. Felder in the confirmation appeal; e-mail to R. Wyron and D. Felder for review/comment. | 1.00 |
| 05/12/11 | J. Burke | Confer with D. Felder regarding research findings relating to response to Libby Claimants' appellate argument (.5); confer with R. Wyron regarding response to Libby Claimants' appellate argument (.6); review appellate record (.5). | 1.60 |
| 05/12/11 | D. Felder | Conference with J. Burke regarding appeal issues and review record regarding same (2.0); follow-up regarding same (.3); begin review of draft brief from other Plan Proponents (1.7). | 4.00 |
| 05/12/11 | R. Wyron | Review drafts (3.1); confer with J. Burke on best interests and follow-up (.8). | 3.90 |
| 05/12/11 | R. Frankel | Preliminary review of brief sections from Caplin and Kirkland. | 0.80 |
| 05/12/11 | R. Frankel | Telephone conference with D. Austern re status of briefs (.3); prepare notes re timeline (.3). | 0.60 |
| 05/12/11 | R. Frankel | Review various sections of briefs from Caplin and Kirkland. | 2.30 |



ORRICK



| | | | |
|---|---|---|---|
| 05/13/11 | D. Fullem | Review e-mails from D. Felder and R. Wyron; prepare edits to pro hac motion; coordinate signatures/filing/serving of same. | 1.00 |
| 05/13/11 | J. Burke | Participate in telephone conference with Plan Proponents regarding status of draft appellate brief (1.0); review appellate record (.6); participate in telephone conference with Plan Proponents regarding response to Libby Claimants' appellate arguments (1.0); confer with R. Wyron regarding response to Libby Claimants' appellate arguments (.4). | 3.00 |
| 05/13/11 | D. Felder | Review draft brief circulated by Debtors (5.3); conference with J. Burke regarding same (.1); telephone conference with Plan Proponents regarding draft brief and next steps (.8); follow-up conference with R. Frankel and R. Wyron regarding same (.5); review pro hac vice applications for District Court and conference with D. Fullem regarding same (.2). | 6.90 |
| 05/13/11 | R. Wyron | Review draft briefs (2.1); call with Plan Proponents re issues on briefs and follow-up (.7); call with Plan Proponents on best interests (.9); confer with J. Burke re best interest issues (.3); review transcript (.6); follow-up on CNA mediation (.2). | 4.80 |
| 05/13/11 | R. Frankel | Review draft briefs from K&E, Caplin (3.9); series of e-mails re best interests (.4). | 4.30 |
| 05/13/11 | R. Frankel | Review draft briefs in preparation for call. | 1.70 |
| 05/13/11 | R. Frankel | Telephone conference with K&E, Caplin, Grace to discuss draft brief, related issues (.8); confer with R. Wyron, D. Felder re best interests (.3). | 1.10 |
| 05/14/11 | R. Frankel | Review portions of draft briefs from K&E. | 3.20 |
| 05/15/11 | R. Wyron | Work on best interests section of brief. | 1.20 |
| 05/15/11 | R. Frankel | Review, edit draft portions of brief. | 2.20 |
| 05/16/11 | D. Fullem | Review e-mail from C. Hartman with filed pro hac vice motions of R. Frankel, R. Wyron and D. Felder. | 0.20 |
| 05/16/11 | D. Fullem | Review e-mail from C. Hartman re status of filing of pro hac motions. | 0.10 |
| 05/16/11 | J. Burke | Participate in internal telephone conference regarding draft appellate brief (.8); review appellate record and draft e-mail to counsel for Plan Proponents regarding section of draft appellate brief (2.5). | 3.30 |
| 05/16/11 | D. Felder | Review draft appellees' brief and note issues regarding same (6.5); conference with R. Frankel, R. Wyron and J. Burke regarding same and follow-up (.8). | 7.30 |
| 05/16/11 | R. Wyron | Work on sections of appellate briefs (4.2); organize notes on best interests analysis and follow-up (.9). | 5.10 |



ORRICK



| | | | |
|---|---|---|---|
| 05/16/11 | R. Frankel | Review, prepare notes re sections of draft brief. | 4.40 |
| 05/16/11 | R. Frankel | Telephone conference with R. Wyron, D. Felder, J. Burke re draft brief, best interests test (.9); prepare notes re same (.2). | 1.10 |
| 05/16/11 | R. Frankel | Review exhibits from trial from M. Peterson and P. Zilly. | 1.70 |
| 05/16/11 | R. Frankel | Review revised outline of briefing from D. Felder (.6); notes re same (.3). | 0.90 |
| 05/17/11 | J. Burke | Participate in teleconference regarding progress in drafting Plan Proponents' appellate brief. | 0.90 |
| 05/17/11 | D. Felder | Review and revise mediation statement in CNA appeal (1.3); conference with R. Frankel and R. Wyron regarding draft confirmation appeal brief and follow-up regarding same (1.0); review and revise draft confirmation appeal brief (4.0); telephone conference with Plan Proponents regarding same (.8); follow-up with R. Frankel and R. Wyron regarding same (.3); follow-up e-mail correspondence regarding same (.2); review Debtors' motion to amend Foreign HoldCo order and proposed order regarding same (.2). | 7.80 |
| 05/17/11 | R. Wyron | Continue review of draft brief sections (2.1); confer with R. Frankel and D. Felder (.7); call with Plan Proponents' counsel and follow-up (1.1); work on best interests issues (.8). | 4.70 |
| 05/17/11 | R. Frankel | Confer with R. Wyron, D. Felder re status of briefs (.8); review summary of issues from D. Felder (.5). | 1.30 |
| 05/17/11 | R. Frankel | Telephone conference with J. Aldock re settlement issues (.6); prepare notes re same (.3); confer with R. Wyron re same (.4). | 1.30 |
| 05/17/11 | R. Frankel | Review various e-mails, portions of brief in preparation for conference call. | 0.60 |
| 05/17/11 | R. Frankel | Telephone conference with Caplin, J. Donley, D. Felder, R. Wyron re issues in brief (.9); notes re same (.2). | 1.10 |
| 05/17/11 | R. Frankel | Review e-mail, exhibits from J. Burke re best interests test. | 1.20 |
| 05/18/11 | D. Huynh | Research regarding confirmation appeal issues. | 0.30 |
| 05/18/11 | D. Felder | Review revised sections of confirmation appeal brief. | 2.50 |
| 05/18/11 | R. Wyron | Continue to review draft sections of briefs (1.1); confer with D. Austern re strategy (.4). | 1.50 |
| 05/18/11 | R. Frankel | Review draft best interests section of brief (2.3); prepare notes regarding same (.3). | 2.60 |
| 05/18/11 | R. Frankel | Review draft brief insert from Caplin. | 0.40 |
| 05/18/11 | R. Frankel | Confer with D. Austern regarding status (.3); notes regarding same (.1). | 0.40 |
| 05/18/11 | R. Frankel | Review draft CNA appeal mediation statement, e-mails regarding same. | 1.20 |





| | | | |
|---|---|---|---|
| 05/19/11 | D. Huynh | Research regarding confirmation appeal issues. | 1.00 |
| 05/19/11 | D. Felder | Review revised drafts regarding confirmation appeal brief and note issues regarding same. | 2.70 |
| 05/19/11 | R. Frankel | Review revised sections of brief, series of e-mails regarding same. | 3.60 |
| 05/19/11 | R. Frankel | Review draft lender brief (2.0); series of e-mails re same (.3). | 2.30 |
| 05/20/11 | R. Wyron | Review draft brief sections. | 1.20 |
| 05/20/11 | R. Frankel | Finish review of draft lender brief. | 5.20 |
| 05/21/11 | D. Felder | E-mail correspondence with R. Frankel regarding case law and review same. | 0.10 |
| 05/21/11 | R. Frankel | Review, notes re draft brief (3.3); e-mails re same (.5). | 3.80 |
| 05/22/11 | R. Wyron | Review draft brief sections. | 1.30 |
| 05/22/11 | R. Frankel | Review draft briefs. | 1.90 |
| 05/23/11 | J. Burke | Research in support of revisions to draft of Plan Proponents' appellate brief. | 0.70 |
| 05/23/11 | D. Felder | Review revised draft appellees' brief (7.0); telephone conference with Plan Proponents regarding same (.5); follow-up conference with R. Frankel and R. Wyron (.2); review Debtors' motion to amend HoldCo order and e-mail with R. Wyron regarding same (.1). | 7.80 |
| 05/23/11 | R. Wyron | Work on briefing issues (.9); call regarding briefing and follow-up (.8); review foreign HoldCo issue (.2); review draft mediation statement issue (.3); review draft insurer brief and follow-up (.9); review revised draft briefs (4.6); review best interests analysis (.8). | 8.50 |
| 05/23/11 | R. Frankel | Read In Re Grossman's in connection with briefs. | 0.90 |
| 05/23/11 | R. Frankel | Review revised mediation statement (.4); telephone conference with P. Mahaley re same (.1). | 0.50 |
| 05/23/11 | R. Frankel | Review, edit draft brief. | 3.70 |
| 05/23/11 | R. Frankel | Telephone conference with Grace team to discuss status of briefs (.6); confer with D. Felder, R. Wyron re same (.2). | 0.80 |
| 05/23/11 | R. Frankel | Review revised draft of response to lenders' brief. | 1.60 |
| 05/23/11 | R. Frankel | Telephone conference with A. Paul re draft response to lenders' brief (.5); notes re same (.2). | 0.70 |
| 05/24/11 | D. Felder | Telephone conference with Plan Proponents' regarding update regarding appellees' brief (.5); e-mail correspondence with J. Phillips' regarding same (.1); review draft appellees' briefs from Debtors (1.4). | 2.00 |
| 05/24/11 | R. Wyron | Review revised briefs (5.2); call with Grace team re issues and follow-up (.9); review draft issurance brief (.6). | 6.70 |
| 05/24/11 | R. Frankel | Review section of draft brief (1.5); e-mail comments to team (.4). | 1.90 |






| | | | |
|---|---|---|---|
| 05/24/11 | R. Frankel | Review, edit revised sections of brief (5.1); conference call with Plan Proponents re brief (.7). | 5.80 |
| 05/25/11 | D. Felder | Conference with R. Frankel and R. Wyron regarding confirmation appeal brief and follow-up regarding same (.5); telephone conferences with Plan Proponents regarding same and follow-up (1.0); review and revise confirmation appeal brief (4.9); review documents regarding confirmation appeal (1.0). | 7.40 |
| 05/25/11 | R. Wyron | Review and comment upon multiple drafts (6.3); call with Plan Proponents (.6); confer with R. Frankel and D. Felder re strategy, and follow-up (.7). | 7.60 |
| 05/25/11 | R. Frankel | Review draft brief in preparation for call. | 2.80 |
| 05/25/11 | R. Frankel | Confer with D. Felder, R. Wyron re briefs (.3); telephone conference with team re briefs (.5). | 0.80 |
| 05/25/11 | R. Frankel | Review further sections of draft briefs. | 2.90 |
| 05/25/11 | R. Frankel | Review revised Libby section of brief. | 1.70 |
| 05/25/11 | R. Frankel | Conference call with Grace team re briefs (.4); notes re same (.3). | 0.70 |
| 05/26/11 | D. Felder | Review as-filed main brief and e-mail correspondence to/from Debtors and ACC regarding same. | 2.50 |
| 05/26/11 | R. Wyron | Follow-up on appeal and mediation briefs (.6); review errata issues (.3). | 0.90 |
| 05/26/11 | R. Frankel | Series of e-mails regarding filed briefs, next steps with J. Donley, P. Lockwood, others. | 0.70 |
| 05/26/11 | R. Frankel | Review briefs of Plan Proponents. | 2.70 |
| 05/27/11 | D. Fullem | Review e-mail from D. Felder with recent filings of notices of change of addresses for certain creditors. | 0.20 |
| 05/27/11 | D. Felder | Begin review of appellees' confirmation appeal briefs (1.5); telephone conference with P. Mahaley regarding mediation regarding CNA appeal and follow-up regarding same (.5). | 2.00 |
| 05/27/11 | R. Frankel | Review Quigley opinion (1.7); consider implications of same (.4). | 2.10 |
| 05/27/11 | R. Frankel | Review as-filed briefs of insurance company appellees. | 2.40 |
| 05/28/11 | R. Wyron | Review revised briefs and e-mails re same. | 1.70 |
| 05/30/11 | R. Wyron | Review e-mails re changes to briefs and replies, and follow-up. | 0.40 |
| 05/31/11 | D. Fullem | Review notices of change of address; prepare update to master service list and labels with recent information of certain creditors; inform D. Felder re status. | 0.40 |
| 05/31/11 | D. Huynh | Research regarding confirmation appeal issues. | 0.50 |
| 05/31/11 | R. Wyron | Review redline of lenders' brief (.4); call with P. Lockwood re settlement issues (1.2). | 1.60 |
| 05/31/11 | R. Frankel | Review Lincoln presentation (1.3); prepare notes regarding same (.3). | 1.60 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

June 13, 2011
Invoice No. 1311999

| | | | |
|---|---|---|---|
| 05/31/11 | R. Frankel | Review as-filed Plan Proponents' briefs. | 1.70 |
| 05/31/11 | R. Frankel | Telephone conferences with D. Austern, R. Wyron regarding Lincoln, update meeting with Lincoln. | 0.60 |

| | | |
|---|---|---|
| Total Hours | 329.30 | |
| Total For Services | | $257,070.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 24.50 | 530.00 | 12,985.00 |
| Debra Felder | 90.60 | 645.00 | 58,437.00 |
| Roger Frankel | 120.20 | 985.00 | 118,397.00 |
| Debra O. Fullem | 3.40 | 265.00 | 901.00 |
| Dao Huynh | 20.50 | 330.00 | 6,765.00 |
| Richard H. Wyron | 70.10 | 850.00 | 59,585.00 |
| Total All Timekeepers | 329.30 | $780.66 | $257,070.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 268.70 | |
| Express Delivery | 11.74 | |
| Outside Reproduction Services | 77.75 | |
| Outside Services | 1,274.40 | |
| Telephone | 0.00 | |
| Westlaw Research | 370.87 | |
| Total Disbursements | | $2,003.46 |

**Total For This Matter** **$259,073.46**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

June 13, 2011
Invoice No. 1311999

For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/05/11 | D. Fullem | Coordinate finalizing of notices and filing/serving of Lincoln's February and March fee applications. | 1.00 |
| 05/16/11 | D. Felder | Review Lincoln's January-March quarterly fee application. | 0.20 |
| 05/18/11 | D. Fullem | Review and respond to e-mail from fee auditor regarding Lincoln recent fee application. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 1.40 | |
| Total For Services | | $447.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 |
| Debra O. Fullem | 1.20 | 265.00 | 318.00 |
| Total All Timekeepers | 1.40 | $319.29 | $447.00 |

Disbursements

| | | |
|---|---|---|
| Outside Services | 3.76 | |
| Total Disbursements | | $3.76 |

| | |
|---|---|
| **Total For This Matter** | **$450.76** |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

June 13, 2011
Invoice No. 1311999

For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/05/11 | D. Fullem | Review e-mail from R. Wyron and R. Frankel regarding disclosure issues and respond. | 0.80 |
| 05/31/11 | D. Fullem | Update draft of R. Frankel disclosure; circulate to R. Frankel, R. Wyron and D. Felder for review; update conflicts list. | 0.80 |
| 05/31/11 | R. Wyron | Review and comment upon draft disclosure (.3); work on ethical wall issues (.2). | 0.50 |

| | | |
|---|---|---|
| Total Hours | 2.10 | |
| Total For Services | | $849.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.60 | 265.00 | 424.00 |
| Richard H. Wyron | 0.50 | 850.00 | 425.00 |
| Total All Timekeepers | 2.10 | $404.29 | $849.00 |

| | | |
|---|---|---|
| Disbursements | | |
| Outside Services | 28.24 | |
| Total Disbursements | | $28.24 |

| | |
|---|---|
| **Total For This Matter** | **$877.24** |





For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/03/11 | D. Fullem | Review e-mail from B. Ruhlander and final report of fee examiner; confirm amounts; prepare e-mail to R. Wyron and D. Felder re same; update accounting with reduction to the 20% holdback for the Oct-Dec 2010 time period. | 0.50 |
| 05/03/11 | D. Fullem | Review status of billing, fee applications, orders; update spreadsheets; e-mail to accounting with same. | 0.50 |
| 05/05/11 | D. Fullem | Follow-up questions to billing timekeepers re April invoice. | 0.30 |
| 05/05/11 | D. Fullem | Review April prebill. | 1.00 |
| 05/05/11 | D. Felder | Review April prebill. | 0.90 |
| 05/05/11 | R. Frankel | Review, edit draft section of response brief from D. Felder. | 4.60 |
| 05/09/11 | D. Fullem | Prepare quarterly fee application for Jan-Mar 2011 time period. | 1.30 |
| 05/09/11 | D. Felder | Review quarterly fee application and e-mail to D. Fullem regarding same. | 0.30 |
| 05/10/11 | D. Fullem | Review e-mail from D. Felder regarding comments to quarterly fee application for Jan-Mar 2011 time period; update same; circulate to R. Wyron. | 0.80 |
| 05/12/11 | D. Fullem | Review revised April prebill. | 0.30 |
| 05/16/11 | D. Fullem | Prepare CNO for Orrick's March fee application; e-mail to D. Felder and R. Wyron. | 0.50 |
| 05/16/11 | D. Felder | Review CNO for March fee application. | 0.10 |
| 05/18/11 | D. Fullem | Review and respond to e-mail from fee auditor regarding copy of recent fee application. | 0.20 |
| 05/24/11 | D. Fullem | Prepare draft of Orrick's April fee application; forward to R. Wyron and D. Felder for review/comment. | 1.00 |
| 05/25/11 | D. Fullem | Review e-mail from D. Felder with revisions to Orrick's April fee application. | 0.20 |
| 05/25/11 | D. Felder | Review April fee application and e-mail correspondence to D. Fullem regarding same. | 0.10 |

| | | |
|---|---|---|
| Total Hours | 12.60 | |
| Total For Services | | $7,183.00 |




David Austern. Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

June 13, 2011
Invoice No. 1311999

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.40 | 645.00 | 903.00 |
| Roger Frankel | 4.60 | 985.00 | 4,531.00 |
| Debra O. Fullem | 6.60 | 265.00 | 1,749.00 |
| Total All Timekeepers | 12.60 | $570.08 | $7,183.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 339.30 | |
| Express Delivery | 40.52 | |
| Outside Services | 26.88 | |
| Postage | 277.56 | |
| Total Disbursements | | $684.26 |

**Total For This Matter** **$7,867.26**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 385.40 | |
| Total Fees, all Matters | | $291,949.00 |
| Total Disbursements, all Matters | | $2,719.72 |
| Total Amount Due | | $294,668.72 |