In re ) Chapter 11
)
Wr Grace , ) Case No. 01-01139
)
) (Jointly Administered)
Debtors. )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Superior Supply & Steel , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Superior Supply & Steel
Po Box 2388
Sulphur , LA 70664

New Address
Superior Supply & Steel c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Monday, June 27, 2011

Respectfully submitted,

Jessica Johnson
Superior Supply & Steel
Po Box 2388
Sulphur , LA 70664