IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: 7/18/11 at 4:00 pm |
| | ) | Hearing date:  To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM APRIL 1, 2011 THROUGH APRIL 30, 2011, FOR THE QUARTER OF APRIL 2011 – JUNE 2011**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **April 1, 2011 – April 30, 2011** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$258.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as          **$0.00 for the period**
Actual, reasonable, and necessary:

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(1.0)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ **160.00.**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1,  2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June  26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

| 2002 | 30, 2002 | | | | |
|---|---|---|---|---|---|
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002-September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002-November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003-March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003-April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003-December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004-March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

| | March 31, 2004 | | | | |
|---|---|---|---|---|---|
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004-June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 –June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 –July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 –August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 –September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 –November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 –December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 –January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 –December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 –February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 –March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 –March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 –April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 –August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 –September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 –September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 –October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 –November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

| | | | | | |
|---|---|---|---|---|---|
| | December 31, 2005 | | | | |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11,2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
|---|---|---|---|---|---|
| January 2, 2008 | November 1, 2007 – November 30. 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008- February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29,2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | $918.00 | $44.60 |
| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |
| July 22, 2008 | May 1, 2008 – May 31, 2008 | $5,263.50 | $73.15 | $4,210.80 | $73.15 |
| July 24, 2008 | June 1, 2008 – June 30, 2008 | $1,716.00 | $15.81 | $1,372.80 | $15.81 |
| July 24, 2008 | January 1, 2008 – March 31, 2008 | $11,858.00 | $17.00 | $11,858.00 | $17.00 |
| August 27, 2008 | July 1, 2008 – July 31, 2008 | $1,236.00 | $.90 | $988.80 | $.90 |
| September 22,2008 | August 1, 2008 – August 31,2008 | $724.00 | $22.96 | $579.20 | $22.96 |
| October 21, 2008 | April 1, 2008 – June 30, 2008 | $10,739.50 | $89.51 | $10,739.50 | $89.51 |
| October 29, 2008 | September 1, 2008 – September 30, 2008 | $2,336.00 | $18.58 | $1,868.80 | $18.58 |
| December 10, 2008 | October 1, 2008 – October 31, 2008 | $6,296.00 | $45.72 | $5,036.80 | $45.72 |
| December 24, 2008 | November 1, 2008- November 30, 2008 | $2,040.00 | $16.06 | $1632.00 | $16.06 |
| January 12, 2009 | July 1, 2008 – September 30, 2008 | $4,296.00 | $42.44 | 4,296.00 | 42.44 |
| February 25, 2009 | December 1, 2008 – December 31, 2008 | $9,427.00 | $14.09 | $7,541.60 | $14.09 |
| March 16, 2009 | January 1, 2009 – January 31, 2009 | $1,974.50 | $54.23 | $1,579.60 | $54.23 |
| June 29, 2009 | October 1, 2009 – December 31, 2008 | $6,296.00 | $45.72 | $6,296.00 | $45.72 |
| June 30, 2009 | February 1, 2009 – February 28, 2009 | $276.00 | $0.00 | $220.80 | $0.00 |
| June 30, 2009 | March 1, 2009 – March 31, 2009 | $200.00 | $10.64 | $160.00 | $10.64 |
| June 30, 2009 | April 1, 2009 – April 30, 2009 | $420.00 | $0.08 | $336.00 | $0.08 |
| July 29, 2009 | January 1, 2009 – March 31, 2009 | $2,450.50 | $64.87 | $2,450.50 | $64.87 |
| September 4, 2009 | June 1, 2009 – June 30, 2009 | $360.00 | $0 | $288.0 | $0 |

| September 4, 2009 | July 1, 2009 – July 31, 2009 | $72.00 | $15.26 | $57.60 | $15.26 |
|---|---|---|---|---|---|
| September 28, 2009 | August 1, 2009 – August 31, 2009 | $708.00 | $13.88 | $566.40 | $13.88 |
| April 13, 2010 | September 1, 2009 – September 30, 2009 | $94.19 | $0.00 | $75.35 | $0.00 |
| ---- | October 1, 2009 – October 31, 2009 | N/A | N/A | N/A | N/A |
| ---- | November 1, 2009 – November 30, 2009 | N/A | N/A | N/A | N/A |
| April 23, 2010 | December 1, 2009 – December 31, 2009 | $632.00 | $0.00 | $505.60 | $0.00 |
| April 27, 2010 | April 1, 2009 – June 30, 2009 | $780.00 | $0.08 | | |
| ---- | January 1, 2010 – January 31, 2010 | N/A | N/A | N/A | N/A |
| July 14, 2010 | February 1, 2010 – February 28, 2010 | $576.00 | $0.00 | | |
| July 16, 2010 | March 1, 2010 – March 31, 2010 | $459.50 | $0.00 | | |
| July 15, 2010 | April 1, 2010 – April 30, 2010 | $408.50 | $0.00 | | |
| ---- | May 1, 2010 - February 28, 2011 | N/A | N/A | N/A | N/A |
| May 3, 2011 | March 1, 2011 – March 31, 2011 | $320.00 | $0.00 | | |

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| R.T. Carlisle | Of Counsel | 19 years | Litigation | $280.00 | .1 | $28.00 |
| Betsy Johnson Burn | Partner | 10 years | Bankruptcy | $240.00 | .20 | $48.00 |

Grand Total for Fees:   $76.00
Blended Rate:        $260.00

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| L. Hann | Paralegal | 6 years | Bankruptcy | $140.00 | 1.3 | $182.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees:   $182.00
Blended Rate:            $140.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road Site | .10 | $28.00 |
| 02399/06091 | Fee Applications | 1.50 | $230.00 |
| TOTAL | | 1.60 | $258.00 |

## Expense Summary

| Description | Amount |
|---|---|
| N/A | $0.00 |
| Total | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

environmental-related litigation issues and real estate transactions and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 23 day of June _____, 2011

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 6/21/2019