IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: July 18, 2011 at 4:00 p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

May 24, 2011  
Invoice 1262017  Page 1

Our Matter #         02399/06091               For Services Through 04/30/11
doeBilling Matter #  100088
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/04/11 | Draft Fee Application<br>L.K. HANN | 0.80 hrs. | 140.00/hr | $112.00 |
| 04/05/11 | Complete draft of March 2011 fee application<br>L.K. HANN | 0.30 hrs. | 140.00/hr | $42.00 |
| 04/26/11 | Review and approve draft fee application.<br>B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 04/27/11 | Revise fee application and forward to Attorney Hawkins to sign verification<br>L.K. HANN | 0.20 hrs. | 140.00/hr | $28.00 |

**Total Fees for Legal Services** ............................................................................ **$230.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.20 | 240.00 | 48.00 |
| L.K. HANN | 1.30 | 140.00 | 182.00 |
| TOTAL | 1.50 | 153.33 | 230.00 |

**Net current billing for this invoice** ..................................................................... **$230.00**

**GRAND TOTAL** .................................................................................................. **$230.00**

W. R. Grace & Co.
May 24, 2011
Invoice 1262017  Page 2

### REMITTANCE COPY
Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044
United States of America

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 04/30/11 |
| doeBilling Matter # | 100088 | |
| Name of Matter: | Fee Applications | |

| | |
|---|---|
| Fees for Professional Services | $230.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice................................................................. | $230.00 |
| GRAND TOTAL ........................................................................................................ | $230.00 |

| |
|---|
| Terms of Payment: Balance due within thirty days of invoice date |

#### ELECTRONIC PAYMENT INSTRUCTIONS

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| Receiving Bank:<br>  Columbus Bank & Trust (CB&T)<br>  1148 Broadway<br>  Columbus, GA 31901<br>ABA Number: 061100606<br>Beneficiary Customer:<br>  Nelson Mullins Riley &<br>  Scarborough LLP<br>  Operating Account<br>Beneficiary Account: 1002720611 | Intermediary Bank:<br>  Standard Chartered Bank<br>  New York, NY<br>SWIFT Code: SCBLUS33<br>Beneficiary Bank:<br>  Synovus Bank<br>  Birmingham, AL<br>SWIFT Code: FICOUS44<br>Beneficiary Customer:<br>  Nelson Mullins Riley &<br>  Scarborough LLP<br>  Operating Account<br>Beneficiary Account: 1002720611 | Beneficiary Bank:<br>  NBSC a division of Synovus Bank<br>  PO Box 1798<br>  Sumter, SC 29151-1798<br>ABA Number: 053200666<br>Beneficiary Customer:<br>  Nelson Mullins Riley &<br>  Scarborough LLP<br>  Operating Account<br>Beneficiary Account: 1002720611 |

Wire Reference Field: Note the NMRS Invoice and Matter Number

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

May 24, 2011  
Invoice 1262016  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 04/30/11 |
| doeBilling Matter # | 100083 | |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

03/31/11   Electronic mail memorandum to Mr. English (Beaco Road Site Group representative) regarding proper address for tax information.
R.T. CARLISLE                                    0.10 hrs.   280.00/hr                              $28.00

**Total Fees for Legal Services** ................................................................................... **$28.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 280.00 | 28.00 |
| TOTAL | 0.10 | $280.00 | $28.00 |

**Net current billing for this invoice** ........................................................................... **$28.00**

**GRAND TOTAL** ........................................................................................................... **$28.00**

W. R. Grace & Co.

May 24, 2011
Invoice 1262016  Page 2

### REMITTANCE COPY
Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044
United States of America

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 04/30/11 |
| doeBilling Matter # | 100083 | |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | |
|---|---|
| Fees for Professional Services | $28.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice...................................................................... | $28.00 |
| **GRAND TOTAL** ................................................................................................... | **$28.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

#### ELECTRONIC PAYMENT INSTRUCTIONS

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| **Receiving Bank:**<br>Columbus Bank & Trust (CB&T)<br>1148 Broadway<br>Columbus, GA 31901<br>ABA Number: 061100606<br>**Beneficiary Customer:**<br>Nelson Mullins Riley &<br>Scarborough LLP<br>Operating Account<br>Beneficiary Account: 1002720611 | **Intermediary Bank:**<br>Standard Chartered Bank<br>New York, NY<br>SWIFT Code: SCBLUS33<br>**Beneficiary Bank:**<br>Synovus Bank<br>Birmingham, AL<br>SWIFT Code: FICOUS44<br>**Beneficiary Customer:**<br>Nelson Mullins Riley &<br>Scarborough LLP<br>Operating Account<br>Beneficiary Account: 1002720611 | **Beneficiary Bank:**<br>NBSC a division of Synovus Bank<br>PO Box 1798<br>Sumter, SC 29151-1798<br>ABA Number: 053200666<br>**Beneficiary Customer:**<br>Nelson Mullins Riley &<br>Scarborough LLP<br>Operating Account<br>Beneficiary Account: 1002720611 |

Wire Reference Field: Note the NMRS Invoice and Matter Number