IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1]) | | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM FEBRUARY 1, 2011-FEBRUARY 28, 2011
THE QUARTER OF JANUARY –MARCH 2011**

| |
|---|
| Name of Applicant: **Steptoe & Johnson LLP** |
| Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession** |
| Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001** |
| Period for Which Compensation and Reimbursement is Sought: **February 1, 2011 – February 28, 2011** |
| Objection Deadline: **July 26, 2011** |
| Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$1,250.00** |
| Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$15.11** |
| 80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$1,000.00** |
| Total Amount of Holdback Fees Sought for Applicable Period: **$250.00** |

This is a **X** monthly **X** interim ___ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hour, and the corresponding estimated compensation that will be requested in a future application is approximately $500.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $   9.77 | $ 2,620.00 | $   8.72 | $  655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 – 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 – 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 – 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 – 01/31/03 | $ 3,566.50 | $  78.40 | $ 2,853.20 | $  78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $  62.59 | $20,548.00 | $  62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 – 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $  15.14 | $ 3,695.60 | $  15.14 | $  923.90 |
| 1/23/04 | 07/01/03 – 07/07/03 | $ 2,781.50 | $  66.32 | $ 2,225.20 | $  66.32 | $  556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $  11.58 | $ 2,218.80 | $  11.58 | $  554.70 |
| 1/23/04 | 09/01/03 – 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $  32.28 | $ 1,462.00 | $  32.28 | $  365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $  28.33 | $ 2,401.60 | $  28.33 | $  600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $  32.70 | $ 9,480.00 | $  32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $  29.33 | $ 1,461.60 | $  29.33 | $  365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $  70.80 | $ 4,619.60 | $  70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $  35.08 | $ 2,938.06 | $  35.08 | $  739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $   9.59 | $ 1,946.80 | $   9.59 | $  486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $  23.30 | $ 6,430.40 | $  23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $  81.64 | $ 2,378.80 | $  81.64 | $  594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $  67.21 | $ 4,398.40 | $  67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $  159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $  46.91 | $ 2,622.00 | $  46.91 | $  655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $  17.85 | $ 1,178.50 | $  17.85 | $  294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $  38.27 | $ 3,653.60 | $  38.27 | $  913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 - 10/31/05 | $ 1,306.50 | $   4.02 | $ 1,045.20 | $   4.02 | $  261.30 |
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $  24.45 | $ 2,702.40 | $  24.45 | $  675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $  73.62 | $ 6,765.20 | $  73.62 | $ 1,691.30 |

| | | | | | |
|---|---|---|---|---|---|
| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14,281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 – 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| 6/02/09 | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $ 4,532.30 |
| 6/02/09 | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.80 | $ 55.90 | $ 2,157.20 |
| 9/17/09 | 05/01/09 – 05/31/09 | $ 1,357.00 | $ 13.10 | $ 1,085.60 | $ 13.10 | $ 271.40 |
| 9/17/09 | 06/01/09 – 06/30/09 | $ 223.50 | $ 0 | $ 178.80 | $ 0 | $ 44.70 |
| 9/17/09 | 07/01/09 – 07/31/09 | $ 2,556.50 | $ 33.80 | $ 2,045.20 | $ 33.80 | $ 511.30 |
| 10/16/09 | 08/01/09 – 08/31/09 | $17,405.50 | $ 63.56 | $13,924.40 | $ 63.56 | $ 3,481.10 |
| NONE | 09/01/09 – 09/30/09 | - | - | - | - | - |
| 3/16/10 | 10/01/09 – 10/31/09 | $ 1,478.00 | $ 17.72 | $ 1,182.40 | $ 17.72 | $ 295.60 |
| 3/16/10 | 11/01/09 – 11/30/09 | $ 550.00 | $ 11.00 | $ 440.00 | $ 11.00 | $ 110.00 |
| 3/16/10 | 12/01/09 – 12/31/09 | $ 3,980.50 | $0 | $ 3,184.40 | $0 | $ 796.10 |
| 6/30/10 | 1/1/10 – 1/31/10 | $ 832.00 | $ 15.44 | $ 665.60 | $ 15.44 | $ 166.40 |
| 6/30/10 | 2/1/10 – 2/28/10 | $ 2,978.50 | $ 12.40 | $ 2,382.80 | $ 12.40 | $ 595.70 |
| 6/30/10 | 3/1/10 – 3/31/10 | $ 1,428.00 | $ 22.25 | $ 1,142.40 | $ 22.25 | $ 285.60 |
| NONE | 4/1/10 – 4/30/10 | - | - | - | - | - |
| 8/4/10 | 5/1/10 – 5/31/10 | $3,160.50 | $ 18.42 | $ 2,528.40 | $ 18.42 | $ 632.10 |
| 8/4/10 | 6/01/10 – 6/30/10 | $7,270.00 | $ 21.00 | $ 5,816.00 | $ 21.00 | $1,454.00 |
| 2/4/11 | 7/1/10 – 7/31/10 | $2,662.00 | $ 5.10 | $ 2,129.60 | $ 5.10 | $ 532.40 |
| 2/4/11 | 8/1/10 – 8/31/10 | $1,485.50 | $ 10.10 | $ 1,188.40 | $ 10.10 | $ 297.10 |
| 2/4/11 | 9/1/10 – 9/30/10 | $7,693.00 | $ .10 | $ 6,145.40 | $ .10 | $1,538.60 |
| NONE | 10/1/10 – 10/31/10 | 0 | 0 | 0 | 0 | 0 |
| NONE | 11/1/10 – 11/30/10 | 0 | 0 | 0 | 0 | 0 |

3

| 3/29/2011 | 12/1/10 – 12/31/10 | $1,694.00 | $ | .90 | $1,355.20 | $ | .90 | $ | 388.80 |
| NONE | 01/01/11 - 01/31/11 | 0 | 0 | | 0 | 0 | | 0 | |
| CURRENT | 2/1/11 – 2/28/11 | $1,250.00 | $ | 15.11 | $1,000.00 | $ | 15.11 | $ | 250.00 |
| CURRENT | 3/1/11 – 3/31/11 | $5,625.50 | $ | .20 | $4,500.40 | $ | .20 | $ | 1,125.10 |

The S&J attorneys who rendered professional services in February 2011 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2011 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A.E. Moran | Partner | Over 20 | Tax | $500.00 | 2.50 | $1,250.00 |
| | | | | | | |

### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 2.50 | 1,250.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 0 | $00 |
| | Total | 2.50 | $1,250.00 |

### Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | 4.60 |
| Copies – Matter 46 | 0 |
| Hotel | 0 |
| Train Fare | 0 |
| Federal Express/Overnight Messenger | 10.51 |
| Facsimile | 0 |
| Conference Calls – Long Distance | 0 |
| Working Meals | 0 |
| Local Transportation/Messenger | 0 |
| Airfare | 0 |
| Total | 15.11 |

A detailed description of fees and expenses can be found at Exhibits A and B.

_Anne E Moran_ 6/24/2011

Date:

Respectfully submitted,
STEPTOE & JOHNSON LLP

_Anne E Moran_

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC 20036  (202) 429-6449

4

**EXHIBIT A**

Professional services rendered in February 2011

| 2/03/11 | A.E. Moran | Work on quarterly filing for third quarter 2010 | 1.50 |
| 2/04/11 | A.E. Moran | Follow-up and finalize bankruptcy court filing. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 2.50 | 500.00 | 1250.00 |
| Total | 2.50 | | 1,250.00 |

Total Fees        $1,250.00

Disbursements:

Duplicating        4.60

Federal Express        10.51

Total Disbursements        $15.11

Total This Statement        $1,265.11

5

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  939192

N

012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|-----------|------|-------------------|------|----------|------|--------|------|--------------|-------------|
| DLFD | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | 10.51 | 10.51 | | | |
| DLFD | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | | 10.51 | | | Federal Express from Farrow to James Oneill on February 03, 2011. Tracking Number 418373244230 |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | | | |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Moran, Ann |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 | | | |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC/Network Printing PC LASER 11 Pages Moran, An |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 | | | |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC/Network Printing PC LASER 11 Pages Farrow, H |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | | | |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Farrow, Ha |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 | | | |
| LASR | 02/03/11 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC/Network Printing PC LASER 11 Pages Moran, An |
| LASR | 02/03/11 Total : | | | | | 4.60 | | | |
| LASR | | Total : | | | | 4.60 | | | |
| Total : 012046.00005 BILLING & COURT FILINGS | | | | | | 15.11 | | | |
| Report Total : | | | | | | 15.11 | | | |

6