# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2011 - MAY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 2.3 | $ 1,698.50 |
| 0014 | Case Administration | 15.5 | 3,254.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.2 | 1,004.00 |
| 0018 | Fee Application, Applicant | 20.2 | 10,231.00 |
| 0019 | Creditor Inquiries | 3.6 | 3,168.00 |
| 0020 | Fee Application, Others | 2.8 | 869.00 |
| 0036 | Plan and Disclosure Statement | 60.7 | 47,226.50 |
| | | | |
| | **TOTAL** | **106.3** | **$ 67,451.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 13, 2011 |
| INVOICE NO. | 537059 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2011, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/18/2011 | Attend to motion seeking to amend order granting establishment of foreign holdco structure and memorandum to Capstone re: same. | Krieger, A. | 0.2 |
| 05/19/2011 | Attend to Capstone's report on 2011 Business Plan review (1.4); email J. Dolan re comments re report (.1). | Krieger, A. | 1.5 |
| 05/19/2011 | Review debtors' foreign corp. structure motion. | Pasquale, K. | 0.3 |
| 05/23/2011 | T/c J. Dolan re: comments on Capstone memorandum on 2011 Business Plan for the Committee and information on basis for proposed modification to foreign holdco order. | Krieger, A. | 0.2 |
| 05/31/2011 | T/c R. Higgins re inquiry in connection with potential acquisition. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.0 | $ 715 | $ 1,430.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,698.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,698.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2011 | T/c  B. Ruhlander re: SSL's  39th quarterly fee application (.2); attend to order rescheduling 5/23/11 hearing (.1). | Krieger, A. | 0.3 |
| 05/03/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.2). | Mohamed, D. | 1.6 |
| 05/04/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.5). | Mohamed, D. | 0.8 |
| 05/05/2011 | Prepare various documents for attorney review. | Mohamed, D. | 0.8 |
| 05/06/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 05/10/2011 | Obtain and circulate recently docketed pleadings in main case (1.1); attention to preparation of documents for attorney review (.8). | Mohamed, D. | 1.9 |
| 05/11/2011 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket and circulate pleadings re Garlock v. Grace case no. 11-199 (.5). | Mohamed, D. | 1.2 |
| 05/12/2011 | Prepare documents for attorney review. | Mohamed, D. | 0.6 |
| 05/16/2011 | Monitor district court case no. 11-199 (.1); review case file documents (.7). | Mohamed, D. | 0.8 |
| 05/17/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 05/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 05/23/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/24/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 05/25/2011 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (.5). | Mohamed, D. | 0.7 |
| 05/26/2011 | Review Appeals case docket no. 11-199 and obtain recently filed pleadings for attorney review (1.0); prepare ToC and binders re: appellees' briefs for attorney review (1.3); Obtain precedent pleadings in main case for review by attorney (.5). | Mohamed, D. | 2.8 |
| 05/27/2011 | Obtain and circulate recently docketed pleadings in main case (.4); prepare documents for attorney review (.8). | Mohamed, D. | 1.2 |
| 05/31/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain and circulate recent pleadings re appeals case no. 11-199 Garlock v. Grace (.3). | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Mohamed, David | 15.2 | 200 | 3,040.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,254.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,254.50 |
|-----------------------|-----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/23/2011 | Attend to Capstone memorandum for the Committee re: amended foreign holdco authorization. | Krieger, A. | 0.1 |
| 05/23/2011 | Review Capstone report re: Grace business plan. | Pasquale, K. | 0.5 |
| 05/31/2011 | Memorandum for the Committee re Appellees' brief. | Krieger, A. | 0.4 |
| 05/31/2011 | Review memo to Committee with appellate brief. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,004.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,004.00 |
|-----------------------|-----------|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2011 | Attend to preparation of 40th quarterly fee application. | Krieger, A. | 1.0 |
| 05/04/2011 | Review and revise April Grace bill. | Magzamen, M. | 0.5 |
| 05/05/2011 | O/c DM re preparation of 40th quarterly (.1); attend to preparation of 40th quarterly application (2.1). | Krieger, A. | 2.2 |
| 05/06/2011 | Prepare draft of SSL's one hundred and twenty-first monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 05/09/2011 | Revise draft of SSL's one hundred and twenty-first monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 05/12/2011 | Attend to April 2011 fee statement (.4); attend to preparation of 40th quarterly fee application (Jan-March 2011) (2.5). | Krieger, A. | 2.9 |
| 05/13/2011 | Attend to 40th quarterly fee application. | Krieger, A. | 2.5 |
| 05/16/2011 | Attend to preparation of 40th quarterly fee application. | Krieger, A. | 2.1 |
| 05/17/2011 | Finalize draft of 40th quarterly fee application. | Krieger, A. | 0.5 |
| 05/17/2011 | Review draft of SSL's fortieth quarterly fee application. | Mohamed, D. | 1.5 |
| 05/19/2011 | Review SSL's fortieth quarterly fee application for filing (.9); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.2 |
| 05/19/2011 | Review draft quarterly fee app. | Pasquale, K. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/25/2011 | Revise draft of SSL's one hundred and twenty-first monthly fee application. | Mohamed, D. | 0.9 |
| 05/31/2011 | Attend to SSL's April 2011 fee statement. | Krieger, A. | 0.3 |
| 05/31/2011 | Review SSL's one hundred and twenty-first monthly fee application for filing (.8); prepare notice and CoS re same and foward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.5 | $ 715 | $ 8,222.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 7.9 | 200 | 1,580.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,231.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,231.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2011 | Telephone conference creditor re: appellate brief and issues. | Pasquale, K. | 0.3 |
| 05/04/2011 | T/c creditor re: issues raised on appeals, appellate process, exit financing. | Krieger, A. | 0.3 |
| 05/04/2011 | Telephone conference creditor re: Class 9 appeal issues. | Pasquale, K. | 0.3 |
| 05/06/2011 | Telephone conference creditor re: appellate issues. | Pasquale, K. | 0.5 |
| 05/13/2011 | Telephone conference creditor re: appeal issues. | Pasquale, K. | 0.3 |
| 05/19/2011 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 05/24/2011 | Telephone conference trade creditor re: status. | Pasquale, K. | 0.3 |
| 05/26/2011 | Telephone conferences creditors re: debtors' appellate briefs. | Pasquale, K. | 0.6 |
| 05/31/2011 | Telephone conference creditor re claim status (.2); telephone conference creditor re PPI issues (.5). | Pasquale, K. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,168.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,168.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/02/2011 | Attend to certifications, fee applications of other professionals. | Krieger, A. | 0.1 |
| 05/06/2011 | Attend to CNO's of other professionals. | Krieger, A. | 0.1 |
| 05/16/2011 | Attend to other professionals fee applications, fee auditor's final reports on applications. | Krieger, A. | 0.3 |
| 05/23/2011 | Review Capstone's twenty-ninth quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.7). | Mohamed, D. | 1.5 |
| 05/24/2011 | Attend to fee applications of other professionals. | Krieger, A. | 0.1 |
| 05/24/2011 | Prepare and effectuate service re: Capstone's twenty-ninth quarterly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 2.2 | 200 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 869.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 869.00 |
|-----------------------|----------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 119.65 |
| Local Transportation | 82.32 |
| Long Distance Telephone | 18.34 |
| Duplicating Costs-in House | 116.30 |
| O/S Information Services | 398.56 |
| Westlaw | 615.33 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,350.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Plan and Disclosure Statement 699843 0036 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2011 | Attend to other appellants' briefs. | Krieger, A. | 2.4 |
| 05/03/2011 | Attend to other appellants' briefs. | Krieger, A. | 6.8 |
| 05/03/2011 | Review recent PPI case law re: appeal issues. | Pasquale, K. | 0.8 |
| 05/04/2011 | Attend to other appellants' briefs. | Krieger, A. | 1.6 |
| 05/04/2011 | O/c with KP and t/c creditor re appeal issues. | Kruger, L. | 0.3 |
| 05/17/2011 | Emails A. Rosenberg re: status (.2); attention to potential appellate issues (.6). | Pasquale, K. | 0.8 |
| 05/19/2011 | Attend to recent case decision for application to Grace. | Krieger, A. | 4.1 |
| 05/20/2011 | Attend to case law for application to Grace case. | Krieger, A. | 1.1 |
| 05/23/2011 | Review recent PPI decisions. | Pasquale, K. | 0.6 |
| 05/24/2011 | Attend to emails re: Plan Proponents' appellate briefs and record. | Krieger, A. | 0.1 |
| 05/24/2011 | Emails re: debtors' briefs; appeal issues. | Pasquale, K. | 0.3 |
| 05/25/2011 | Attend to case law for application to Grace plan issues (1.3); attend to motion for leave to file consolidated briefs (.1); attend to brief by Travelers Casualty & Surety Co. to Libby Claimants appeal brief (1.2); attend to brief of CNA Companies in support of confirmation (1.1). | Krieger, A. | 3.7 |
| 05/25/2011 | Review appellees briefs (other than debtors) and selected cited cases. | Pasquale, K. | 2.2 |
| 05/26/2011 | Attend to Plan Proponents' appellees' brief on lender issues (3.7); conference call with K&E, Bank Lender Group's counsel re: submission of documents to Judge Buckwalter (.2); attend to additional case citations (2.6); o/c KP re: Plan | Krieger, A. | 6.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Proponents' brief (.1). | | |
| 05/26/2011 | Review appellate briefs. | Kruger, L. | 1.6 |
| 05/26/2011 | Review debtors' appellate briefs - lender issues and others and outline issues for reply/oral argument. | Pasquale, K. | 6.6 |
| 05/27/2011 | Attend to Plan Proponents' brief on insurance issues and case law on Plan Proponents' brief on lender issues. | Krieger, A. | 4.0 |
| 05/27/2011 | Continued review of debtors' appellate briefs and outline lenders' issues. | Pasquale, K. | 3.8 |
| 05/29/2011 | Attend to Plan Proponents' main brief. | Krieger, A. | 0.7 |
| 05/30/2011 | Attend to Plan Proponents' main brief. | Krieger, A. | 2.8 |
| 05/31/2011 | Attend to Plan Proponents' main brief (5.2); attend to proposed documents for joint binder (1.4). | Krieger, A. | 6.6 |
| 05/31/2011 | Attention to Grace briefs and selected cases cited therein; review draft appendix of record to court. | Pasquale, K. | 3.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 40.5 | $ 715 | $ 28,957.50 |
| Kruger, Lewis | 1.9 | 995 | 1,890.50 |
| Pasquale, Kenneth | 18.3 | 895 | 16,378.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 47,226.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 47,226.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 67,451.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |
| TOTAL BILL | $ 68,802.00 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM