# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2011 - MAY 31, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 2.1 | $ 995 | $ 2,089.50 |
| Pasquale, Kenneth | 22.7 | 895 | 20,316.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 55.7 | 715 | 39,825.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 25.3 | 200 | 5,060.00 |
| | | | |
| **TOTAL** | 106.3 | | $ 67,451.50 |