# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## MAY 1, 2011 - MAY 31, 2011

| Outside Messenger Service | $ | 119.65 |
|---|---|---|
| Local Transportation | | 82.32 |
| Long Distance Telephone | | 18.34 |
| Duplicating Costs-in House | | 116.30 |
| O/S Information Services | | 398.56 |
| Westlaw | | 615.33 |
| **TOTAL** | | **$ 1,350.50** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | June 13, 2011 |
|---|---|
| INVOICE NO. | 537059 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195894270 on 04/28/2011 | 7.58 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196758246 on 04/28/2011 | 7.58 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270197253655 on 04/28/2011 | 10.75 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270197473668 on 04/28/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270196119703 on 04/29/2011 | 7.58 |

# STROOCK

PAGE: 2

| Date | Description | Amount |
|---|---|---|
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196466329 on 04/29/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270197641299 on 04/29/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270198302715 on 04/29/2011 | 10.75 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270190732926 on 05/19/2011 | 17.96 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270193218914 on 05/19/2011 | 11.57 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270193787345 on 05/19/2011 | 11.57 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270194367734 on 05/19/2011 | 11.57 |

**Outside Messenger Service Total** **119.65**

# STROOCK

PAGE: 3

| | | |
|---|---|---|
| **Local Transportation** | | |
| 05/12/2011 | VENDOR: NYC Taxi; Invoice#: 926084; Invoice Date: 04/29/2011; Voucher #: 1113352999; Arlene Krieger 04/21/2011 21:09 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 41.16 |
| 05/13/2011 | VENDOR: NYC Taxi; Invoice#: 926661; Invoice Date: 05/06/2011; Voucher #: 1113360219; Arlene Krieger 04/25/2011 21:00 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 41.16 |
| **Local Transportation Total** | | **82.32** |
| **Long Distance Telephone** | | |
| 05/03/2011 | EXTN.795544, TEL.4692614254, S.T.15:06, DUR.00:06:56 | 3.89 |
| 05/06/2011 | EXTN.795562, TEL.3109969700, S.T.17:12, DUR.00:11:23 | 6.67 |
| 05/19/2011 | EXTN.795544, TEL.2015877144, S.T.15:27, DUR.00:01:43 | 1.11 |
| 05/23/2011 | EXTN.795544, TEL.2015877144, S.T.10:29, DUR.00:11:14 | 6.67 |
| **Long Distance Telephone Total** | | **18.34** |
| **Duplicating Costs-in House** | | |
| 05/26/2011 | | 89.70 |
| 05/26/2011 | | 26.50 |
| 05/26/2011 | | 0.10 |
| **Duplicating Costs-in House Total** | | **116.30** |
| **O/S Information Services** | | |
| 05/20/2011 | Pacer Search Service on 1/31/2011 | 398.56 |
| **O/S Information Services Total** | | **398.56** |
| **Westlaw** | | |
| 05/19/2011 | Duration 4; by Krieger, Arlene G. | 348.00 |
| 05/26/2011 | Duration 7; by Krieger, Arlene G. | 267.33 |
| **Westlaw Total** | | **615.33** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

**BILL DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 119.65 |
| Local Transportation | 82.32 |
| Long Distance Telephone | 18.34 |
| Duplicating Costs-in House | 116.30 |
| O/S Information Services | 398.56 |
| Westlaw | 615.33 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM