IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **One Hundred and Twenty-Second Monthly Fee Application of Stroock & Stroock & Lavan LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2011 Through May 31, 2011** was made June 28, 2011, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 28, 2011

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
Email:       dmohamed@stroock.com

## W. R. GRACE & CO., *et al.*

## NOTICE PARTIES LIST
## FOR SERVICE OF MONTHLY FEE APPLICATIONS

### e-mails in PDF format

To:

william.sparks@grace.com
adam.paul@kirkland.com
jbaer@bhflaw.net
jo'neill@pszyj.com
nglassman@bayardlaw.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
tcurrier@saul.com
david.heller@lw.com
carol.hennessey@lw.com

### e-mails in Microsoft Word /Excel/ Word Perfect format

To:

feeaudit@whsmithlaw.com
bruhlander@whsmithlaw.com

## W. R. GRACE & CO., *et al.*

### NOTICE PARTIES LIST
### FOR SERVICE OF MONTHLY FEE APPLICATIONS

### HARD COPIES
### Via Overnight Mail

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Bobbi Ruhlander, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Attn: Dawn S. Marra