# Exhibit A

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

# DuaneMorris

May 6, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1661127                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 19.90 | hrs. at | $745.00 | /hr. = | $14,825.50 |
| RW RILEY | PARTNER | 3.20 | hrs. at | $590.00 | /hr. = | $1,888.00 |
| WS KATCHEN | OF COUNSEL | 14.50 | hrs. at | $835.00 | /hr. = | $12,107.50 |
| S LENKIEWICZ | PARALEGAL | 5.20 | hrs. at | $175.00 | /hr. = | $910.00 |
| CM DOOLEY | PARALEGAL | 0.50 | hrs. at | $245.00 | /hr. = | $122.50 |

$29,853.50

DISBURSEMENTS
MESSENGER SERVICE                                              10.00
TOTAL DISBURSEMENTS                                                              $10.00

BALANCE DUE THIS INVOICE                                                    $29,863.50

Duane Morris
May 6, 2011
Page 2

File # K0248-00001                                        INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/15/2011 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO ZONOLITE/US SETTLEMENT AGREEMENT | 0.60 | $447.00 |
| | | | Code Total | 0.60 | $447.00 |

Duane Morris
May 6, 2011
Page 3

File # K0248-00001                                  INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/30/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT ON LONG TERM INCENTIVE PLAN. | 0.20 | $167.00 |
| 4/12/2011 | 007 | WS KATCHEN | PREPARE FOR MEETING WITH COMMITTEE MEMBER. | 0.60 | $501.00 |
| 4/14/2011 | 007 | WS KATCHEN | EMAIL MEMO TO K. PASQUALE. | 0.20 | $167.00 |
| 4/22/2011 | 007 | WS KATCHEN | RESEARCH 2011 WL 1482943 (PLAN ISSUE) MEMO TO STROOCK ON RESEARCH. | 0.40 | $334.00 |
| 4/26/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE/BANK LENDER GROUP APPEAL BRIEF. | 1.30 | $1,085.50 |
| | | | Code Total | 2.70 | $2,254.50 |

Duane Morris
May 6, 2011
Page 4

File # K0248-00001                                    INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/12/2011 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR MARCH 2011 | 0.20 | $35.00 |
| 4/20/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 109TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| 4/28/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 110TH MONTHLY FEE APPLICATION FOR MARCH 2011 (.5); EFILE SAME (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
May 6, 2011
Page 5

File # K0248-00001                                      INVOICE #  1661127
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/4/2011 | 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE'S 84TH INTERIM FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); RECEIPT OF CAPSTONE'S 84TH INTERIM FEE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 4/5/2011 | 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 85TH MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/20/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO STROOCK & STROOCK & LAVAN'S 119TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD AS-FILED COPY TO D. MOHOMMAD BY EMAIL (.1) | 0.60 | $105.00 |
| 4/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF STROOCK'S 120TH MONTHL FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/29/2011 | 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 86TH MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/29/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 84TH AND 85TH MONTHLY FEE APPLICATIONS (.1); PREPARE CERTIFICATES OF NO OBJECTION RE SAME (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| | | | Code Total | 3.50 | $612.50 |

Duane Morris
May 6, 2011
Page 6

File # K0248-00001                                    INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/12/2011 | 015 | S LENKIEWICZ | TELEPHONE CALL TO COURTCALL RE FEE HEARING REGISTRATION FOR M. LASTOWSKI | 0.30 | $52.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | ATTEND W.R. GRACE HEARING | 1.20 | $894.00 |
| 4/18/2011 | 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $74.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $74.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 1.90 | $1,415.50 |
| | | | Code Total | 3.60 | $2,511.00 |

Duane Morris
May 6, 2011
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1661127

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: SCHEDULING ORAL ARGUMENT | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | ERVIEW STATEMENT OF STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM LENDERS' COUNSEL RE: FINAL STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW AND APPROVE FINAL STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FINAL STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW DEBTORS' JOINT DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: FILING OF STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | RW RILEY | REVIEW BANKS' AND COMMITTEE' JOINT STATEMENT OF ISSUES ON APPEAL | 0.40 | $236.00 |
| 4/2/2011 | 017 | MR LASTOWSKI | E-MAIL FROM D. KOGUT RE: AXA APPEAL | 0.10 | $74.50 |
| 4/2/2011 | 017 | MR LASTOWSKI | REVIEW AXA STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/4/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: SCHEDULING ORDER | 0.10 | $74.50 |
| 4/4/2011 | 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.10 | $74.50 |
| 4/5/2011 | 017 | MR LASTOWSKI | REVIEW ADDITIONAL DESIGNATIONS OF RECORD ON APPEAL | 0.30 | $223.50 |
| 4/6/2011 | 017 | MR LASTOWSKI | ANALYSIS OF APPELLATE ISSUES | 1.20 | $894.00 |
| 4/8/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: ACCESS TO CONFIDENTIAL INFORMATION | 0.10 | $74.50 |
| 4/8/2011 | 017 | MR LASTOWSKI | REVIEW CONFIDENTIALITY FORM | 0.10 | $74.50 |
| 4/12/2011 | 017 | MR LASTOWSKI | REVIEW ARROWOOD DESIGNATION OF RECORD | 0.10 | $74.50 |

Duane Morris
May 6, 2011
Page 8

File # K0248-00001                                          INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/12/2011 | 017 | MR LASTOWSKI | REVIEW APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD | 0.20 | $149.00 |
| 4/13/2011 | 017 | MR LASTOWSKI | REVIEW JOINTLY DESIGNATED RECORD | 0.60 | $447.00 |
| 4/14/2011 | 017 | MR LASTOWSKI | REVIEW DOCKET RE: ADDITIONAL APPELLATE FILINGS | 0.30 | $223.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: DISTRICT COURT BRIEF | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DISTRICT COURT BRIEF | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: BRIEFING SCHEDULE | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | REVIEW LETTER FROM K. MAJKOWSKI TO JUDGE BUCKHALTER RE: CROSS-APPEALS | 0.10 | $74.50 |
| 4/19/2011 | 017 | MR LASTOWSKI | REVIEW MOTION FOR APPOINTMENT OF ZAI PLAN ADMINISTRATOR | 0.10 | $74.50 |
| 4/20/2011 | 017 | MR LASTOWSKI | REVIEW MOTION TO EXCEED PAGE LIMIT FOR BRIEFING | 0.10 | $74.50 |
| 4/20/2011 | 017 | RW RILEY | COMMUNICATE WITH CO-COUNSEL AND COUNSEL FOR BANKS REGARDING MOTION TO EXCEED PAGE LIMITS ON OPENING BRIEF | 0.40 | $236.00 |
| 4/21/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO FILE BRIEF UNDER SEAL | 0.20 | $149.00 |
| 4/22/2011 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION TO EXCEED PAGE LIMIT | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. GREEN R RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM R.RILEY RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. GREEN (2ND) RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | REVIEW AND APPROVE DEBTORS' AND LENDERS' JOINT APPELLATE BRIEF | 2.70 | $2,011.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | REVIEW DRAFT OF COMMITTEE BRIEF | 0.60 | $447.00 |
| 4/25/2011 | 017 | RW RILEY | REVIEW LIBBY CLAIMANTS' APPEAL BRIEF | 0.80 | $472.00 |
| 4/25/2011 | 017 | RW RILEY | REVIEW AND SIGN OFF ON COMMITTEE'S AND BANK LENDERS GROUP'S OPENING APPEAL BRIEF | 1.60 | $944.00 |

Duane Morris
May 6, 2011
Page 9

File # K0248-00001                                                    INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK OPENING APPELLATE BRIEF | 1.20 | $894.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW AXA OPENING APPELLATE BRIEF | 1.20 | $894.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPENING APPELLATE BRIEF | 0.90 | $670.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S OPENING APPELLATE BRIEF | 1.30 | $968.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S OPENING APPELLATE BRIEF | 0.80 | $596.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW STATE OF GEICO'S OPENING APPELLATE BRIEF | 0.70 | $521.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW BNSF'S OPENING APPELLATE BRIEF | 0.40 | $298.00 |
| 4/28/2011 | 017 | MR LASTOWSKI | REVIEW COURT'S SCHEDULING ORDER | 0.10 | $74.50 |
| | | | Code Total | 19.20 | $13,808.00 |

Duane Morris
May 6, 2011
Page 10

File # K0248-00001                                          INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/4/2011 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS DESIGNATION OF RECORD ON APPEAL. | 1.10 | $918.50 |
| 4/4/2011 | 025 | WS KATCHEN | REVIEW JOINT STATEMENT OF OCC AND BANK LENDER GROUP RE: ISSUES TO BE PRESENTED ON APPEAL. | 0.20 | $167.00 |
| 4/4/2011 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: ISSUES TO BE PRESENTED ON APPEAL. | 0.20 | $167.00 |
| 4/7/2011 | 025 | WS KATCHEN | RESEARCH 2011 WL 1195895 ON CONFIRMATION ISSUES. | 0.80 | $668.00 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW AXA BELGIUM'S ISSUES ON APPEAL. | 0.10 | $83.50 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (1) BY HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | 0.10 | $83.50 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (2) STATE OF MONTANA. | 0.10 | $83.50 |
| 4/12/2011 | 025 | WS KATCHEN | REVIEW BNSF BY DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL. | 0.30 | $250.50 |
| 4/12/2011 | 025 | WS KATCHEN | RESEARCH DERIVATE CLAIMS ISSUE - 3D CIRCUIT. | 1.20 | $1,002.00 |
| 4/12/2011 | 025 | WS KATCHEN | ATTENTION TO APPEAL OF CONFIRMATION ISSUES. | 0.90 | $751.50 |
| 4/13/2011 | 025 | WS KATCHEN | REVIEW STATEMENT OF ISSUES ON APPEAL - GARLOCK AND ANDRESON. | 0.10 | $83.50 |
| 4/13/2011 | 025 | WS KATCHEN | REVIEW STATEMENT OF ISSUES ON APPEAL MEMORIAL HOSPITAL. | 0.10 | $83.50 |
| 4/14/2011 | 025 | WS KATCHEN | RESEARCH FOR PLAN. | 0.80 | $668.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW NOTICE OF FILING JOINT DESIGNATION OF RECORD. | 0.20 | $167.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW OBJECTION TO ILLINOIS DEBT OF REVENUE CLAIM ISO. | 0.20 | $167.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE CONSENT ORDER WITH UJS EPA RE: ZONOLITE ROAD SITE GEORGINE. | 0.20 | $167.00 |
| 4/26/2011 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING COPIES OF BRIEFS FROM GARLOCK V. W. R. GRACE & CO., ET AL. FOR WKATCHEN | 0.50 | $122.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (I) GARLOCK SEALING. | 0.70 | $584.50 |

Duane Morris
May 6, 2011
Page 11

File # K0248-00001                                            INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (II) AXA BELGIUM. | 0.50 | $417.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (III) LIBBY CLAIMANTS. | 0.70 | $584.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (IV) STATE OF MONTANA. | 0.50 | $417.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (V) BNSF RULING. | 0.50 | $417.50 |
| 4/28/2011 | 025 | WS KATCHEN | ADDITIONAL ATTENTION TO ISSUES ON APPEALS OF CONFIRMATION ORDER. | 2.30 | $1,920.50 |
| | | | Code Total | 12.30 | $9,975.50 |

Duane Morris
May 6, 2011
Page 12

File # K0248-00001                                    INVOICE #  1661127
      W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 43.30 | $29,853.50 |

Duane Morris
May 6, 2011
Page 13

File # K0248-00001                                                INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| | TOTAL DISBURSEMENTS | | $10.00 |

Duane Morris
May 6, 2011
Page 14

File # K0248-00001                                          INVOICE #  1661127
    W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 19.90 | 745.00 | 14,825.50 |
| 02585 | RW RILEY | PARTNER | 3.20 | 590.00 | 1,888.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 14.50 | 835.00 | 12,107.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.20 | 175.00 | 910.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.50 | 245.00 | 122.50 |
| | | | 43.30 | | $29,853.50 |