# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 6, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1667809                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.70 | hrs. at | $745.00 | /hr. = | $7,971.50 |
| RW RILEY | PARTNER | 7.80 | hrs. at | $590.00 | /hr. = | $4,602.00 |
| WS KATCHEN | OF COUNSEL | 3.90 | hrs. at | $835.00 | /hr. = | $3,256.50 |
| S LENKIEWICZ | PARALEGAL | 3.60 | hrs. at | $175.00 | /hr. = | $630.00 |

$16,460.00

DISBURSEMENTS
| | |
|---|---|
| COURT COSTS | 37.00 |
| COURT SEARCH SERVICE | 25.52 |
| PRINTING & DUPLICATING | 111.50 |
| TRAVEL - LOCAL | 37.74 |
| TOTAL DISBURSEMENTS | $211.76 |

BALANCE DUE THIS INVOICE                                    $16,671.76

Duane Morris
June 6, 2011
Page 2

File # K0248-00001                                        INVOICE #  1667809
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/13/2011 | 004 | S LENKIEWICZ | REVIEW 2002 SERVICE LIST AND DOCKET AND REVISE SERVICE LIST | 1.20 | $210.00 |
| | | | Code Total | 1.20 | $210.00 |

Duane Morris
June 6, 2011
Page 3

File # K0248-00001                                    INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/3/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.30 | $250.50 |
| 5/23/2011 | 007 | WS KATCHEN | REVIEW SECOND CAPSTONE MEMO. | 0.10 | $83.50 |
| | | | Code Total | 0.40 | $334.00 |

Duane Morris
June 6, 2011
Page 4

File # K0248-00001                                          INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/23/2011 | 010 | S LENKIEWICZ | EMAILS TO/FROM D. MOHAMMAD RE E-FILING OF CAPSTONE'S QUARTERLY FEE APPLICATION (.2); EMAIL TO OFFICE SERVICES RE SAME (.1); EMAIL TO D. MARRA RE SAME (.1) | 0.40 | $70.00 |
| | | | Code Total | 0.40 | $70.00 |

Duane Morris
June 6, 2011
Page 5

File # K0248-00001                                              INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/10/2011 | 012 | MR LASTOWSKI | REVIEW FEE AUDITORS COMBINED REPORT | 0.10 | $74.50 |
| 5/23/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 110TH MONTHLY FEE APPLICATION FOR MARCH 2011 (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| | | | Code Total | 0.60 | $162.00 |

Duane Morris
June 6, 2011
Page 6

File # K0248-00001                                          INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/23/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE 120TH MONTHLY FEE APPLICATION OF SSL FOR MARCH 2011 (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.3); PREPARE CERTIFICATE OF NO OBJECTION RE 86TH MONTHLY FEE APPLICATION OF CAPSTONE FOR MARCH 2011 (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.00 | $175.00 |
| 5/31/2011 | 013 | S LENKIEWICZ | FINALIZE STROOCK & STROOCK & LAVAN'S 121ST MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 1.50 | $262.50 |

Duane Morris
June 6, 2011
Page 7

File # K0248-00001                                          INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/12/2011 | 017 | MR LASTOWSKI | ANALYSIS OF LENDER APPELLATE ISSUES | 1.40 | $1,043.00 |
| 5/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONSOLIDATING BRIEFING | 0.10 | $74.50 |
| 5/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM D. ROSEN RE: CONSOLIDATING BRIEFING | 0.10 | $74.50 |
| 5/24/2011 | 017 | MR LASTOWSKI | ANALYSIS OF LENDER CONFIRMATION ISSUES | 0.80 | $596.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: BRIEF ADDRESSING LENDER ISSUES | 0.10 | $74.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' BRIEF ON INSURANCE ISSUES | 0.80 | $596.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' BRIEF IN SUPPORT OF AN ORDER PERMITTING CONSOLIDATED BRIEFING | 0.10 | $74.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK BRIEF | 0.20 | $149.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW BRIEF OF FUTURE CLAIMS REPRESENTATIVE | 0.30 | $223.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW TRAVELER'S BRIEF | 0.40 | $298.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW CNA COMPANIES BRIEF | 0.60 | $447.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL RE: FILING MOTION TO FILE CONSOLIDATED BRIEF | 0.20 | $149.00 |
| 5/25/2011 | 017 | RW RILEY | REVIEW BRIEF FOR APPELLEES CNA COMPANIES AND PLAN PROPONENTS APPELLEES ANSWERING BRIEF ON INSURANCE ISSUES | 2.10 | $1,239.00 |
| 5/26/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONFORMED BRIEF | 0.10 | $74.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | ANALYSIS OF DEBTORS' BRIEF ON LENDER ISSUES AND OF EXHIBITS/CASES IN SUPPORT THEREOF | 2.30 | $1,713.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | E-MAIL FROM COURT RE: REPLY DEADLINES | 0.10 | $74.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | REVIEW ARROWOOD LIMITED REPLY TO LIBBY BRIEF | 0.30 | $223.50 |
| 5/26/2011 | 017 | RW RILEY | REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' BRIEF ON BANK LENDER ISSUES; REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' MAIN BRIEF | 3.40 | $2,006.00 |
| 5/31/2011 | 017 | MR LASTOWSKI | ANALYSIS AND REVIEW DEBTORS' CONSOLIDATED ANSWERING MEMORANDUM | 2.70 | $2,011.50 |

Duane Morris
June 6, 2011
Page 8

File # K0248-00001                                    INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/31/2011 | 017 | RW RILEY | FURTHER REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' MAIN BRIEF | 2.30 | $1,357.00 |
| | | | Code Total | 18.40 | $12,499.00 |

Duane Morris
June 6, 2011
Page 9

File # K0248-00001                                              INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/3/2011 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $167.00 |
| 5/5/2011 | 025 | WS KATCHEN | REVIEW LATEST 3D CIR. OPINION - APPELLATE STANDING ISSUE. | 0.90 | $751.50 |
| 5/5/2011 | 025 | WS KATCHEN | EMAIL TO STROOCK. | 0.20 | $167.00 |
| 5/6/2011 | 025 | WS KATCHEN | RESEARCH AND EMAIL STROOCK. | 1.20 | $1,002.00 |
| 5/17/2011 | 025 | WS KATCHEN | REVIEW LATEST W.D. PA OPINION - 2011 WL 1085673 PRODUCTS CLAIM V. OWENS CORNING. | 0.30 | $250.50 |
| 5/23/2011 | 025 | WS KATCHEN | REVIEW BUSINESS PLAN CAPSTONE REPORT. | 0.70 | $584.50 |
| | | | Code Total | 3.50 | $2,922.50 |

Duane Morris
June 6, 2011
Page 10

File # K0248-00001                                           INVOICE #  1667809
     W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 26.00 | $16,460.00 |

Duane Morris
June 6, 2011
Page 11

File # K0248-00001                                      INVOICE #  1667809
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 5/31/2011 | TRAVEL - LOCAL | | 37.74 |
| | | Total: | $37.74 |
| 5/31/2011 | COURT COSTS | | 37.00 |
| | | Total: | $37.00 |
| 5/31/2011 | COURT SEARCH SERVICE | | 25.52 |
| | | Total: | $25.52 |
| 5/31/2011 | PRINTING & DUPLICATING | | 111.50 |
| | | Total: | $111.50 |
| | TOTAL DISBURSEMENTS | | $211.76 |

Duane Morris
June 6, 2011
Page 12

File # K0248-00001                                    INVOICE #  1667809
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 10.70 | 745.00 | 7,971.50 |
| 02585 | RW RILEY | PARTNER | 7.80 | 590.00 | 4,602.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.90 | 835.00 | 3,256.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.60 | 175.00 | 630.00 |
| | | | 26.00 | | $16,460.00 |