

June 20, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   193710

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH May 31, 2011

### CLIENT SUMMARY

BALANCE AS OF- 05/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $100.00 | $566.80 | $666.80 |
| **.15543 -** 07 - Applicant's Fee Application | $1,072.50 | $0.00 | $1,072.50 |
| **.15544 -** 08 - Hearings | $1,360.00 | $0.00 | $1,360.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,732.50 | $0.00 | $1,732.50 |
| *Client Total* | *$4,265.00* | *$566.80* | *$4,831.80* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 5.70 | $525.00 | $2,992.50 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.10 | $225.00 | $697.50 |
| Beck, Amuni A | 1.00 | $200.00 | $200.00 |
| | | *TOTAL PROFESSIONAL FEES THIS PERIOD* | **$4,265.00** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $3.80 |
| Long Distance Telephone-Outside Services | $523.00 |
| Pacer - Online Services | $23.60 |
| Copies | $16.40 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$566.80*** |

| | |
|---|---|
| TOTAL BALANCE DUE THIS PERIOD | $4,831.80 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 05/04/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/09/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/20/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/27/11 | AXB | 0.10 | 20.00 | Analyze docket and send email to Jay Sakalo thereon. |
| 05/31/11 | AXB | 0.10 | 20.00 | Analyze docket and email J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                        **$100.00**

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|-------:|
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 128.00 |
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 79.00 |
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 177.00 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011 - Account#RB0120 | 23.60 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 37.00 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 51.00 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011 - Acct. 5306220025395504 | 51.00 |
| 05/11/11 | Long Distance Telephone (337)583-8700; 3 Mins. | 2.28 |
| 05/11/11 | Long Distance Telephone (302)652-4100; 2 Mins. | 1.52 |
| 05/02/11 | Copies 86 pgs @ 0.10/pg | 8.60 |
| 05/04/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/11/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/31/11 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/31/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/31/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/31/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED**                                                    **$566.80**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *0.50* | | *$100.00* |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Long Distance Telephone | $3.80 |
| Long Distance Telephone-Outside Services | $523.00 |
| Pacer - Online Services | $23.60 |
| Copies | $16.40 |
| *TOTAL* | ***$566.80*** |

**CURRENT BALANCE DUE THIS MATTER**     **$666.80**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/01/11 | LMF | 1.40 | 315.00 | Attend to drafting 40th quarterly fee application for Bilzin Sumberg. |
| 05/11/11 | LMF | 0.60 | 135.00 | Finalize quarterly fee application for attorney review. |
| 05/16/11 | JIS | 0.50 | 187.50 | Review and revise April prebill. |
| 05/31/11 | LMF | 0.70 | 157.50 | Finalize and submit quarterly fee application to local counsel for filing. |
| 05/31/11 | LMF | 0.40 | 90.00 | Follow up with accounting to finalize edits to April statement and attend finalizing same. |
| 05/31/11 | JIS | 0.50 | 187.50 | Review and revise fortieth quarterly interim fee application. |

**PROFESSIONAL SERVICES**                                                        **$1,072.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.10 | $225.00 | $697.50 |
| *TOTAL* | *4.10* | | *$1,072.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$1,072.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 04/14/11 | AXB | 0.50 | 100.00 | Email committee members  individually regarding Court Call confirmations for their telephonic appearance on the April 18th hearing. |
| 04/18/11 | JMS | 2.20 | 1,155.00 | Prepare for and attend omnibus hearing (2.2). |
| 05/23/11 | JMS | 0.20 | 105.00 | Email exchange with M. Dies regarding hearing (.2). |

**PROFESSIONAL SERVICES**                                                                                    **$1,360.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | $525.00 | $1,260.00 |
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *2.90* | | *$1,360.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$1,360.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| 05/03/11 | JMS | 1.40 | 735.00 | Review MCC opening brief and GEICO opening brief (1.4). |
| 05/13/11 | JMS | 0.20 | 105.00 | Email exchange with D. Speights regarding appointment of ZAI trustees (.2). |
| 05/23/11 | JMS | 0.20 | 105.00 | Email exchange with D. Speights regarding ZAI trustees (.2). |
| 05/24/11 | JMS | 0.30 | 157.50 | Email from J. Baer regarding Debtors' appellate briefs (.3). |
| 05/25/11 | JMS | 1.20 | 630.00 | Begin reviewing response briefs (1.2). |

**PROFESSIONAL SERVICES**                                                        **$1,732.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.30 | $525.00 | $1,732.50 |
| *TOTAL* | *3.30* | | *$1,732.50* |

**CURRENT BALANCE DUE THIS MATTER**                                              **$1,732.50**