<u>EXHIBIT A</u>

**May 2011 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/1/2011 | Analyze and exchange correspondence with various parties re Verifi issue (.70); confer with J. Baer re same (.30). | 1.00 | $475 | $475.00 |
| JSB | 5/2/2011 | Confer with R. Higgins re Verifi matter (.30); confer with E. Filon re same (.30); confer with J. Young re CNA issues (.30); confer with J. Posner re same (.30); review revised draft 10Q (.70). | 1.90 | $625 | $1,187.50 |
| JSB | 5/5/2011 | Confer with R. Higgins re Verifi issues (.30); confer with R. Higgins re vermiculite issues (.30) | .60 | $625 | $375.00 |
| RJH | 5/11/2011 | Prepare draft motion to modify foreign holding company order (1.50). | 1.50 | $475 | $712.50 |
| RJH | 5/12/2011 | Revise foreign holding company order amendment motion and correspond with various parties re same (.80). | .80 | $475 | $380.00 |
| JSB | 5/13/2011 | Confer with C. Leon re patent litigation settlement issues (.30); confer with J. McFarland re same (.20); confer with R. Higgins re same (.20). | .70 | $625 | $437.50 |
| RJH | 5/13/2011 | Confer with J. Baer re business dispute resolution matter and attend to matters re same (.30). | .30 | $475 | $142.50 |
| JSB | 5/16/2011 | Telephone conference with J. Hughes re vermiculite issues (.30). | .30 | $625 | $187.50 |
| RJH | 5/16/2011 | Prepare foreign holding company order amendment motion for filing  and exchange correspondence with various parties re same (.80). | .80 | $475 | $380.00 |
| RJH | 5/17/2011 | Exchange correspondence with various parties re business dispute matter (.50). | .50 | $475 | $237.50 |
| JSB | 5/23/2011 | Confer with R. Higgins re patent deal, Project Larch and Illinois tax matter (.40). | .40 | $625 | $250.00 |
| RJH | 5/23/2011 | Telephone conference with M. Conron re Project Larch (.60); prepare materials re same (.40); exchange correspondence and telephone conference with J. O'Connell re same (.50); telephone conference with J. McFarland re settlement matter (.40). | 1.90 | $475 | $902.50 |
| RJH | 5/24/2011 | Draft materials re Project Larch (1.00); exchange correspondence with J. O'Connell re same (.50); telephone conferences with M. Conron re same (.50); telephone conference with M. Conron, J. Rohen and J. O'Connell re same (1.10); revise materials re same (1.20). | 4.30 | $475 | $2,042.50 |
| JSB | 5/25/2011 | Confer with R. Higgins re Project Larch issues (.20); review same, and related bankruptcy process timeline (.20). | .40 | $625 | $250.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/25/2011 | Attend to matters and exchange correspondence with various parties re Project Larch (.40); confer with J. Baer re same (.20). | .60 | $475 | $285.00 |
| JSB | 5/27/2011 | Review materials re Larch deal (.80); participate in conference re same (1.00); telephone conference with E. Filon re Verifi transaction (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 5/27/2011 | Prepare for and participate in telephone conference with J. O'Connell, A. Schlesinger, J. Baer et al. re Project Larch (1.30). | 1.30 | $475 | $617.50 |
| JSB | 5/29/2011 | Review Project Larch agreement and exchange correspondence re same (.50). | .50 | $625 | $312.50 |
| JSB | 5/30/2011 | Review Larch agreement and confer with R. Higgins re issues on same (.50); confer with Blackstone re same (.40); Telephone conference with Grace re Larch issues (.80); Telephone conference with counsel for Larch re potential transaction and confidentiality issues (.50); review materials re committee membership and professionals and confer with R. Higgins re same (.50). | 2.70 | $625 | $1,687.50 |
| RJH | 5/30/2011 | Analyze issues re Project Larch and exchange correspondence re same (.70). | .70 | $475 | $332.50 |
| RJH | 5/31/2011 | Legal research re Project Larch and draft materials re same (3.20); analyze client materials re same (1.50); prepare and participate in telephone conference with J. O'Connell, A. Schlesinger, J. Baer et al. re same (.50); prepare for and participate in telephone conference with client re same (.70); exchange correspondence with various parties re same (.70). | 6.60 | $475 | $3,135.00 |
| Total | | | 29.90 | | $15,642.50 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 5/12/2011 | Telephone conference with M. Araki (BMC) re claims register and availability issues (.30). | .30 | $625 | $187.50 |
| Total | | | 0.30 | | $ 187.50 |

| | | **Matter 6** | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/2/2011 | Attend to various claims matters (.50). | .50 | $475 | $237.50 |
| RJH | 5/4/2011 | Telephone conference with P. Katsiak re claims issues and follow up re same (.70). | .70 | $475 | $332.50 |
| RJH | 5/5/2011 | Telephone conference with C. Finke re open tax claims and follow up re same (.50); exchange correspondence with M. Araki re same (.30). | .80 | $475 | $380.00 |
| RJH | 5/6/2011 | Review open tax claims and analyze issues re same (.30). | .30 | $475 | $142.50 |
| RJH | 5/9/2011 | Legal research re Illinois tax claim issues (1.60); prepare for and participate in, and follow up to, telephone conference with C. Finke and R. Finke re same (.90); confer with J. Baer re same (.30). | 2.80 | $475 | $1,330.00 |
| RJH | 5/10/2011 | Legal analysis re Illinois tax claim and draft correspondence re same (1.10). | 1.10 | $475 | $522.50 |
| JSB | 5/11/2011 | Review correspondence and documentation re Marblegate and Longacre claims purchases (.70); prepare correspondence re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 5/11/2011 | Telephone conference with C. Finke re open tax claims (.50); legal research re same (1.10); prepare report re same (.70). | 2.30 | $475 | $1,092.50 |
| JSB | 5/12/2011 | Telephone conference with J. Hughes re patent settlement issues (.20). | .20 | $625 | $125.00 |
| RJH | 5/13/2011 | Legal research re Illinois tax claim issues and exchange correspondence with J. Newbold re same (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 5/16/2011 | Legal research re Illinois tax claim (.20); telephone conference with J. Newbold re same (.40); telephone conference with T. Maynes re same (.50). | 1.10 | $475 | $522.50 |
| RJH | 5/19/2011 | Draft correspondence re Illinois tax claim issues (.70). | .70 | $475 | $332.50 |
| RJH | 5/20/2011 | Telephone conference with R. Finke re Illinois tax claim issues and follow up re same (.60). | .60 | $475 | $285.00 |
| RJH | 5/23/2011 | Telephone conference with J. Forgach re Illinois tax claim and follow up re same (.80). | .80 | $475 | $380.00 |
| RJH | 5/24/2011 | Analyze claims issues and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| RJH | 5/25/2011 | Telephone conference with V. Jelisavcic re claims matters and follow up re same (.30); confer with J. Baer re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/31/2011 | Telephone conferences with creditors re various claims (.60). | .60 | $475 | $285.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| Total | | | 17.20 | | $8,350.00 |

**Matter 11**                                          **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 5/2/2011 | Review and make final revisions to March fee application and arrange for filing of same (.50). | .50 | $625 | $312.50 |
| RJH | 5/2/2011 | Review April fee application and revise monthly fee application template (.50). | .50 | $475 | $237.50 |
| JSB | 5/12/2011 | Prepare detailed May time entries (.50). | .50 | $625 | $312.50 |
| JSB | 5/24/2011 | Review fee auditor's initial response re 2011 first quarterly fee application and confer re same (.40). | .40 | $625 | $250.00 |
| RJH | 5/25/2011 | Prepare quarterly fee application for first quarter 2011 (2.00). | 2.00 | $475 | $950.00 |
| JSB | 5/26/2011 | Review, revise, and finalize Quarterly fee application (.30). | .30 | $625 | $187.50 |
| JSB | 5/29/2011 | Prepare April time and expense entries and revise same (2.00). | 2.00 | $625 | $1,250.00 |
| RJH | 5/31/2011 | Prepare April fee detail (1.50). | 1.50 | $475 | $712.50 |
| Total | | | 7.70 | | $4,212.50 |

5

**Matter 14**                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/9/2011 | Attend to matters re matters pending for May hearing and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| RJH | 5/16/2011 | Review and revise agenda and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| Total | | | 1.10 | | $ 522.50 |

**Matter 15**                           **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/3/2011 | Review and respond to correspondence re Otis status (.30) | .30 | $625 | $187.50 |
| RJH | 5/3/2011 | Analyze document production issues re claims litigation and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| JSB | 5/4/2011 | Confer with R. Higgins re status of claims litigation matter and discovery issues (.30). | .30 | $625 | $187.50 |
| RJH | 5/4/2011 | Exchange correspondence with N. Berke re claims litigation matter and follow up re same (.30). | .30 | $475 | $142.50 |
| JSB | 5/5/2011 | Review memo on claims litigation  discovery issues and claims litigation  discovery responses (.50). | .50 | $625 | $312.50 |
| RJH | 5/5/2011 | Legal analysis re claims litigation discovery issues (.80); analyze produced documents (1.10); multiple telephone conferences with J. Hughes re same and other issues (.60). | 2.50 | $475 | $1,187.50 |
| JSB | 5/6/2011 | Confer with R. Higgins re claims litigation  discovery responses (.50). | .50 | $625 | $312.50 |
| RJH | 5/6/2011 | Confer with J. Baer re claims litigation matters (.50); legal research re discovery issues (5.30); draft correspondence re same (2.00); review claimants' discovery (.70). | 8.50 | $475 | $4,037.50 |
| JSB | 5/9/2011 | Review draft comments from Samson re Otis PPA (.30); review Ill. Dept. of Revenue response to claim objection and follow up correspondence re same (.30); confer with R. Higgins re Illinois response and claims litigation  documents (.30); prepare correspondence re Otis PPA and review follow up correspondence re same (.30). | 1.20 | $625 | $750.00 |
| RJH | 5/9/2011 | Legal analysis re claims litigation discovery matters (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 5/10/2011 | Exchange correspondence with various parties re claims litigation (.40); legal analysis re claims litigation discovery matters (2.60); telephone conference with J. Hughes re same (.50). | 3.50 | $475 | $1,662.50 |
| JSB | 5/12/2011 | Review draft motion re Foreign Holdco and confer re same (.40); confer with R. Higgins re claims litigation status and issues (.30). | .70 | $625 | $437.50 |
| RJH | 5/12/2011 | Multiple telephone conferences with S. Stamoulis re claims litigation matter (1.10); multiple telephone conferences with J. Hughes re same and follow up (.90); legal analysis re same (1.10); analyze document discovery re same (3.90). | 7.00 | $475 | $3,325.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/17/2011 | Exchange correspondence and telephone conference with J. Hughes re claims litigation matter (.50); prepare settlement agreement re same (.70). | 1.20 | $475 | $570.00 |
| RJH | 5/20/2011 | Telephone conference with J. Hughes re claims litigation (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| JSB | 5/26/2011 | Review Blackburn consent decree motion and prepare correspondence re same (.50); review draft Curtis Bay consent decree and negative notice and prepare comments re same (.40). | .90 | $625 | $562.50 |
| JSB | 5/30/2011 | Revise draft negative notice re Curtis Bay (.40); confer with R. Higgins re IP deal issues (.20). | .60 | $625 | $375.00 |
| RJH | 5/31/2011 | Confer via telephone and correspond with J Hughes re claims litigation matter and follow up re same (.70); analyze materials re Fosroc 9019 settlement and telephone conference with J. McFarland re same (.40). | 1.10 | $475 | $522.50 |
| Total | | | 34.60 | | $17,185.00 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/2/2011 | Review materials and begin preparation of detailed outline on responsive brief issues (2.00); confer with D. Felder re various briefing issues (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 5/3/2011 | Prepare portions of appellate brief re Montana and Canada (3.80). | 3.80 | $625 | $2,375.00 |
| JSB | 5/4/2011 | Confer with R. Higgins re absolute priority rule section (.30); prepare correspondence re same (.30); telephone conference with D. Boll re brief issues (.30); revise portions of draft brief (1.50); review further briefs re responsive arguments for appellate brief (1.00); further revise portions of appellate brief (1.30). | 4.70 | $625 | $2,937.50 |
| RJH | 5/4/2011 | Confer multiple times with J. Baer re appellate brief matters (.60); legal research re same (2.20); draft section for appellate brief (4.90). | 7.70 | $475 | $3,657.50 |
| JSB | 5/5/2011 | Further revise and supplement draft portions of appellate brief (3.00); review and revise cram down section of appellate brief (.50); participate in appellate brief team call (.50); prepare supplements to appellate brief (1.5). | 5.50 | $625 | $3,437.50 |
| RJH | 5/5/2011 | Legal analysis re appellate brief matters (1.50); revise section re same (4.30); confer with J. Baer re same (.30). | 6.10 | $475 | $2,897.50 |
| JSB | 5/6/2011 | Review various appellate briefs re further matters to address in responsive brief (2.50); telephone conference with D. Boll re appellate brief issues (.30). | 2.80 | $625 | $1,750.00 |
| JSB | 5/9/2011 | Review and respond to correspondence re Appellate working group meetings (.30); telephone conference with J. Donley re Montana appeal issues (.20); telephone conference with J. Gettleman re Garlock appeal issues (.30); review additional appellate briefs and transcripts re appeal issues (2.30); review lender brief in preparation for call re issues on same (1.50); review draft Garlock argument (.30); participate in call with Equity re Lender brief and related issues (.80). | 5.70 | $625 | $3,562.50 |
| JSB | 5/10/2011 | Review revised appellate draft brief and prepare follow up on same (3.50); review memo from J. Donley re appellate issues (.30); confer with R. Higgins re same (.30); review correspondence re CNA mediation status (.20); participate in appellate team call re brief status (1.00); prepare revisions to appellate brief on various outstanding issues (1.00); review Garlock appellate brief and draft response re same (1.50). | 7.80 | $625 | $4,875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/10/2011 | Legal analysis and review and revise draft appellate brief (2.20); confer with J. Baer re same (.20); participate in appellate brief status call and follow up re same (.80). | 3.20 | $475 | $1,520.00 |
| JSB | 5/11/2011 | Telephone conference with D. Boll re appellate brief issues (.30); prepare correspondence re Garlock section of appellate brief (.30); prepare inserts for Appellate brief (2.00); confer with R. Higgins re Frenville and related issues (.30); review draft insert re same (.50); telephone conference with J. Gettleman re Garlock issues (.30); revise Frenville insert for brief (.40); review draft FCR sections of brief re Montana, Canada, and BNSF (1.20). | 5.30 | $625 | $3,312.50 |
| RJH | 5/11/2011 | Legal research re appellate brief issues and draft inserts for brief (5.70). | 5.70 | $475 | $2,707.50 |
| JSB | 5/12/2011 | Review various portions of draft appellate briefs (2.30). | 2.30 | $625 | $1,437.50 |
| JSB | 5/13/2011 | Telephone conference with D. Boll re appellate brief status (.30); participate in  team call re status of appellate brief and issues re same (1.00); confer further with R. Higgins re same (.30); prepare additional revisions on appellate brief (1.00); review and revise draft appellate briefs (2.00); review revised section of brief re Indirect Trust Claims (.80); prepare correspondence re same (.30); confer with R. Higgins re same (.40). | 6.10 | $625 | $3,812.50 |
| RJH | 5/13/2011 | Prepare for and participate in telephone conference with counsel for plan sponsors re appellate brief issues (1.00); analyze and legal research re appellate matters (2.00); work on appellate brief issues (2.00). | 5.00 | $475 | $2,375.00 |
| RJH | 5/14/2011 | Confer with J. Baer re appellate brief and follow up re same (.50); legal research re same (1.70). | 2.20 | $475 | $1,045.00 |
| JSB | 5/16/2011 | Review revised sections of Appellate brief (1.00); review and respond to correspondence re same (.50). | 1.50 | $625 | $937.50 |
| RJH | 5/16/2011 | Exchange correspondence with various parties re appellate brief (.50); telephone conference with L. Esayian re same (.30); legal research re same (2.50); edit and revise brief (5.40). | 8.70 | $475 | $4,132.50 |
| RJH | 5/17/2011 | Legal research re appellate brief matters (3.80); review and comment on draft sections (.90). | 4.70 | $475 | $2,232.50 |
| JSB | 5/18/2011 | Participate in team call re appellate brief status and follow up re same (.50); review Libby brief and  draft response (2.00); confer with R. Higgins re insurance neutrality issues (.30); prepare correspondence and follow up re Montana issues for brief (.30); review and respond to further correspondence re appellate brief issues (.50). | 3.60 | $625 | $2,250.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/18/2011 | Review and comment on draft appellate brief sections (4.30); confer with J. Baer re same (.30); prepare for and participate in group telephone conference re appellate brief matters (.40); legal research re same (3.50); telephone conferences with L. Esayian re same (.60); telephone conference with K. Maclay re same (.70). | 9.80 | $475 | $4,655.00 |
| JSB | 5/19/2011 | Review sections of appellate brief and provide comments re same (4.00); review revised Background re Libby, Montana, and BNSF section for appellate brief (.50); review and respond to further inquiries and comments re appellate briefs (.50). | 5.00 | $625 | $3,125.00 |
| RJH | 5/19/2011 | Legal research re appellate brief issues (2.50); draft and revise parts of background section (5.90); confer with J. Baer re same (.50). | 8.90 | $475 | $4,227.50 |
| JSB | 5/20/2011 | Review revised Appeal brief opening section (1.00); confer re comments to same (.50); review draft main brief (2.00). | 3.50 | $625 | $2,187.50 |
| RJH | 5/20/2011 | Review and provide comments on appellate brief (5.70); legal research re same (1.10); exchange correspondence with various parties re same (.40); confer with J. Baer re various issues (.40). | 7.60 | $475 | $3,610.00 |
| RJH | 5/21/2011 | Review and comment on draft appellate brief sections (2.00). | 2.00 | $475 | $950.00 |
| JSB | 5/22/2011 | Review draft main appellate brief (4.50); participate in call re same (.50); participate in conference with client re same (1.00). | 6.00 | $625 | $3,750.00 |
| RJH | 5/22/2011 | Legal research re various appellate brief issues (1.40); prepare for and participate in team call re appellate brief (.50); confer with J. Baer re same (.40); prepare comments to appellate brief (2.50); prepare for and participate in telephone conference with client and other members of legal team re same (1.00). | 5.80 | $475 | $2,755.00 |
| JSB | 5/23/2011 | Participate in team call re appellate briefs (.50); review draft lender appellate brief (2.50); confer with R. Higgins re same (.30); confer with J. Donley and D. Turetsky re Sealed Air and Fresenius comments on appellate brief (.30); prepare transmittal re brief comments and review further correspondence re same (.30). | 3.90 | $625 | $2,437.50 |
| RJH | 5/23/2011 | Review and comment on various drafts of appellate briefs (5.50); prepare for and participate in team call re same (.70). | 6.20 | $475 | $2,945.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/24/2011 | Review motion re briefs and confer with A. Paul re same (.40); prepare correspondence to Appellants re same (.40); review and provide comments on certain portions of appellate briefs (1.00); confer with K. Alexander re claims issues (.30); confer with J. Donley and J. O'Neill re issues for appellate brief (.30); participate in Grace call with Plan Proponents re appellate briefs (.50); review updated motion re briefs (.30); prepare correspondence re briefing issues (.40); telephone conference with J. O'Connell re brief estimate issues (.30). | 3.90 | $625 | $2,437.50 |
| RJH | 5/24/2011 | Review and comment on various drafts of appellate briefs (2.20); prepare for and participate in team call re same (.30). | 2.50 | $475 | $1,187.50 |
| JSB | 5/25/2011 | Review Sealed Air and Fresenius comments to appellate brief (.50); prepare correspondence re same (.30); participate in Grace team call re appellate briefs (.30); review and respond to numerous correspondence re briefs (.40); participate in Plan Proponent call on appellate briefs (.50); review and respond to correspondence re Equity Committee request on appellate briefs (.30); participate in numerous calls re appellate briefs (1.20); attend to various issues re finalizing appellate briefs for filing (.80). | 4.30 | $625 | $2,687.50 |
| RJH | 5/25/2011 | Prepare for and participate in multiple working team telephone conferences re appellate brief (.80); review and comment on various draft briefs (.90). | 1.70 | $475 | $807.50 |
| JSB | 5/26/2011 | Review correspondence re appellate briefs and respond re same (.40); telephone conference with J. Donley re appellate brief issues (.30); participate in conference call with Lenders re briefing issues (.30); telephone conference with J. Donley and M. Shelnitz re appellate issues (.30); review and respond to additional correspondence re same (.30). | 1.60 | $625 | $1,000.00 |
| JSB | 5/30/2011 | Review and respond to correspondence potential on reply briefs and related issues (.30). | .30 | $625 | $187.50 |
| Total | | | 167.70 | | $91,642.50 |