<u>**EXHIBIT B**</u>

**May 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Long Distance/Conference Telephone Charges/Internet | $186.53 |
| Online research | $442.62 |
| Delivery services/messengers | $19.98 |
| **Total**: | **$ 649.13** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
|  |  | None |
| Total | $ 0.00 |  |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 5/15/2011 | $442.62 | May Lexis charges for Grace |
| 5/30/2011 | $186.53 | ICI Telecon May conference call charges for Grace |
| 5/30/2011 | $19.98 | Federal Express Charge for Grace mailing |
| Total | $ 649.13 |  |

Total May2011 Expenses: $649.13