**EXHIBIT A**
(Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,545.00 |
| **FEE APPLICATION – APPLICANT** | $828.00 |
| **TOTAL FEES** | $14,373.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2011
Bill Number 134777
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH MAY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/02/11 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 05/02/11 | ARA | Quality control PNB documents. | 3.30 Hrs | 429.00 |
| 05/03/11 | ARA | Quality control PNB documents. | 5.80 Hrs | 754.00 |
| 05/04/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 05/05/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 05/06/11 | ARA | Quality control PNB documents. | 5.30 Hrs | 689.00 |
| 05/09/11 | ARA | Quality control PNB documents. | 7.00 Hrs | 910.00 |
| 05/10/11 | ARA | Quality control PNB documents. | 5.20 Hrs | 676.00 |
| 05/11/11 | ARA | Quality control PNB documents. | 6.70 Hrs | 871.00 |
| 05/12/11 | ARA | Quality control PNB documents. | 2.50 Hrs | 325.00 |
| 05/12/11 | ARA | Document control. | 3.30 Hrs | 280.50 |
| 05/13/11 | ARA | Document control. | 6.70 Hrs | 569.50 |
| 05/16/11 | RAM | Read selected documents filed in bankruptcy court (.6). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.80 Hrs | 276.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH MAY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/16/11 | ARA | Document control. | 6.60 Hrs | 561.00 |
| 05/17/11 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 138.00 |
| 05/17/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/17/11 | ARA | Quality control PNB documents. | 4.70 Hrs | 611.00 |
| 05/18/11 | ARA | Quality control PNB documents. | 5.90 Hrs | 767.00 |
| 05/19/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 05/19/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 05/19/11 | ARA | Quality control PNB documents. | 5.50 Hrs | 715.00 |
| 05/20/11 | ARA | Document control. | 1.80 Hrs | 153.00 |
| 05/20/11 | ARA | Quality control PNB documents. | 4.20 Hrs | 546.00 |
| 05/23/11 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 05/23/11 | ARA | Quality control PNB documents. | 3.20 Hrs | 416.00 |
| 05/24/11 | ARA | Quality control PNB documents. | 5.00 Hrs | 650.00 |
| 05/24/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/25/11 | ARA | Quality control PNB documents. | 0.50 Hrs | 65.00 |
| 05/25/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 05/26/11 | ARA | Per MTM's request, locate and review Libby personnel file and arrange with copy service to copy file. | 1.10 Hrs | 143.00 |
| 05/26/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 05/27/11 | ARA | Receipt of personnel file from copy service and return file to production set (.3). Quality control PNB documents (4.3). | 4.60 Hrs | 598.00 |

TOTAL LEGAL SERVICES $13,545.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 345.00 | 448.50 |
| Angela R. Anderson | 82.50 | 130.00 | 10,725.00 |

Page 2

Case 01-01139-AMC    Doc 27175-1    Filed 06/28/11    Page 5 of 7

Case 01-01139-AMC    Doc 27175-1    Filed 06/28/11    Page 5 of 7

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| Angela R. Anderson | 27.90 | 85.00 | 2,371.50 |
| | 111.70 | | $13,545.00 |

TOTAL THIS BILL         $13,545.00

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2011
Bill Number 134778
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH MAY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/02/11 | RAM | Work on March fee application; send it to in-house counsels to review. | 0.30 Hrs | 103.50 |
| 05/03/11 | RAM | Email from in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 05/10/11 | RAM | Read fee auditor's final report for 39th Interim Period. | 0.10 Hrs | 34.50 |
| 05/17/11 | RAM | Work on March fee application and send it to Delaware counsel to file (.4). Work on quarterly fee application (.9). | 1.30 Hrs | 448.50 |
| 05/19/11 | RAM | Send "as filed" March fee application to Fee Auditor. | 0.05 Hrs | No Charge |
| 05/26/11 | RAM | Work on April fee application. | 0.50 Hrs | 172.50 |
| 05/27/11 | RAM | Work on April fee application. | 0.10 Hrs | 34.50 |
| 05/31/11 | RAM | Work on April fee application; send it to in-house counsels to review. | 0.10 Hrs | 34.50 |

TOTAL LEGAL SERVICES          $828.00

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.40 | 345.00 | 828.00 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
| | 2.50 | | $828.00 |

TOTAL THIS BILL    $828.00

Page 2