**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,761.11 |
| **FEE APPLICATION – APPLICANT** | $20.40 |
| **TOTAL EXPENSES** | $12,781.51 |



# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2011
Bill Number 134782
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2011

PHOTOCOPYING
| | | |
|---|---|---|
| 05/02/11 | 22 copies at $.10 per copy | 2.20 |
| 05/26/11 | 2 copies at $.10 per copy | 0.20 |

$2.40

RENT REIMBURSEMENT
05/02/11   ONE WINTHROP SQUARE, LLC: Rent and utilities       12,355.21
           for document repository at One Winthrop Square
           -May 2011.

$12,355.21

MISCELLANEOUS
05/20/11   RECORDKEEPER ARCHIVE CENTERS,: Storage              403.50
           costs 5/01/2011 through 5/31/2011.

$403.50

TOTAL COSTS       $12,761.11

TOTAL THIS BILL   $12,761.11

Page 1

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2011
Bill Number 134780
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

**COSTS**

THROUGH MAY 31, 2011

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 05/31/11 | EXCESS POSTAGE | 1.68 | |
| | | | $1.68 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/17/11 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Lynzey Oberholzer from Casner and Edwards on April 22, 2011 by R A Murphy. | 18.72 | |
| | | | $18.72 |
| | TOTAL COSTS | | $20.40 |
| | | | |
| | TOTAL THIS BILL | | $20.40 |

Page 1