# <u>Exhibit A</u>

B3892098.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2011 THROUGH MAY 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.1 | $ 715.00 |
| | | | | | |
| **TOTAL** | | | | **1.1** | **$ 715.00** |

B3892098.1

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481682
Matter No.: 08743.00088

**Re:**   **Acton Site OU3**

For Professional Services rendered through May 31, 2011

|  |  |
|---|---|
| Fees | $715.00 |
| **Total Fees and Disbursements** | **$715.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 481682
June 22, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/03/11 | Jaffe | P230 | Emails with team regarding institutional controls plan (0.4). | 0.4 |
| 05/18/11 | Jaffe | P230 | Review draft annual report and emails with team regarding same (0.7). | 0.7 |
| | | | **Total Hours** | **1.1** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 481682

June 22, 2011

Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.1 | at | 650.00 | = | 715.00 |
| **Total Fees** | | | | | **$715.00** |

| | | |
|---|---|---|
| **Total Fees** | | $715.00 |
| **Total Fees and Disbursements** | | <u>$715.00</u> |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481682
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**          <u>$715.00</u>

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00088, Invoice #: 481682**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 0.7 | $ 455.00 |
| Adam P. Kahn | Partner | Environmental | $635.00 | 0.3 | $ 190.50 |
| | | | | | |
| **TOTAL** | | | | **1.0** | **$ 645.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 55.10 |
| | |
| **TOTAL** | **$ 55.10** |

B3892098.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481683
Matter No.: 08743.00101

**Re:**     **Bankruptcy Matters**

For Professional Services rendered through May 31, 2011

| | |
|---|---|
| Fees | $645.50 |
| Disbursements | <u>55.10</u> |
| **Total Fees and Disbursements** | <u>**$700.60**</u> |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 481683
June 22, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 05/10/11 | Jaffe | P230 | Prepare quarterly summaries (0.7). | 0.7 |
| 05/13/11 | Kahn | B160 | Revise and finalize quarterly submission to bankruptcy court (0.3). | 0.3 |
| | | | **Total Hours** | **1.0** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 481683
June 22, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Adam P. Kahn | 0.3 | at | 635.00 | = | 190.50 |
| Seth D. Jaffe | 0.7 | at | 650.00 | = | 455.00 |
| **Total Fees** | | | | | **$645.50** |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/02/11 | In-House Photocopying | 10.50 |
| 05/06/11 | In-House Photocopying | 3.50 |
| 05/09/11 | In-House Photocopying | 5.70 |
| 05/11/11 | In-House Photocopying | 5.70 |
| 05/13/11 | In-House Photocopying | 24.60 |
| 05/31/11 | In-House Photocopying | 1.90 |
| 05/31/11 | In-House Photocopying | 3.20 |
| **Total Disbursements** | | **$55.10** |

| | |
|---|---|
| **Total Fees** | $645.50 |
| **Total Disbursements** | 55.10 |
| **Total Fees and Disbursements** | $700.60 |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481683
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

**Total Fees and Disbursements**           <u>**$700.60**</u>

**Remittance Address:**
**Foley Hoag LLP**
**Attn: Accounts Receivable**
**155 Seaport Boulevard**
**Boston, MA 02210-2600**

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 481683**
**Billing Attorney: Adam P. Kahn**
**Wire Originator: W.R. Grace & Company**

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 6.4 | $ 4,160.00 |
| | | | | | |
| **TOTAL** | | | | 6.4 | $ 4,160.00 |

B3892098.1


# FOLEY
# HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481684
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2011

|  |  |
|---|---|
| Fees | $4,160.00 |
| **Total Fees and Disbursements** | **$4,160.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 481684
June 22, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/11/11 | Jaffe | P230 | Emails with Mr. Sabath and Grace team regarding filing of consent decree (0.3). | 0.3 |
| 05/12/11 | Jaffe | P230 | Review EPA comments on work plans and emails with team regarding same (1.2). | 1.2 |
| 05/13/11 | Jaffe | P230 | Review EPA and Walpole comments and emails with Mr. Bucens regarding same (0.4). | 0.4 |
| 05/18/11 | Jaffe | P230 | Review letter from Town of Walpole and email to team regarding same (0.5). | 0.5 |
| 05/20/11 | Jaffe | P230 | Emails with team regarding Town of Walpole issues (0.4). | 0.4 |
| 05/26/11 | Jaffe | P230 | Review historic access agreement and draft revisions and emails with team regarding same (0.7). | 0.7 |
| 05/31/11 | Jaffe | P230 | Emails and telephone call with team regarding response to Town and draft response (1.6); review, revise draft access agreement and cover letter and emails with team regarding same (1.3). | 2.9 |

**Total Hours**  6.4

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 481684
June 22, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.4 | at | 650.00 | = | 4,160.00 |
| **Total Fees** | | | | | **$4,160.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$4,160.00** |
| **Total Fees and Disbursements** | | **$4,160.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481684
Matter No.: 08743.00102

Re:  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**      **$4,160.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 481684
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 11.6 | $ 7,540.00 |
| | | | | | |
| TOTAL | | | | 11.6 | $ 7,540.00 |

**Expenses**

| Description | Total |
|---|---|
| Meal | $ 90.65 |
| | |
| TOTAL | $ 90.65 |

B3892098.1



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481685
Matter No.: 08743.00103

**Re:**     **Wells G&H Superfund Site**

For Professional Services rendered through May 31, 2011

| | |
|---|---:|
| Fees | $7,540.00 |
| Disbursements | 90.65 |
| **Total Fees and Disbursements** | **$7,630.65** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 481685
June 22, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/04/11 | Jaffe | P230 | Emails with team regarding 5/10 meeting (0.7). | 0.7 |
| 05/05/11 | Jaffe | P230 | Telephone call with Ms. Duff regarding Cummings liability and reviewing documents regarding same (0.9). | 0.9 |
| 05/06/11 | Jaffe | P230 | Review agreements with Cummings regarding allocation of liability and email to Ms. Duff regarding same (0.9). | 0.9 |
| 05/09/11 | Jaffe | P230 | Review vapor intrusion data and emails with team regarding same (0.5); review Central Area issues and prepare for 5/10 meeting (0.9). | 1.4 |
| 05/10/11 | Jaffe | P230 | Team meeting regarding Central Area and vapor intrusion issues and preparation for same (2.9). | 2.9 |
| 05/11/11 | Jaffe | P230 | Emails with team and review correspondence to EPA regarding Central Area sampling (0.7). | 0.7 |
| 05/12/11 | Jaffe | P230 | Emails regarding vapor intrusion data and Central Area submittal (1.7). | 1.7 |
| 05/13/11 | Jaffe | P230 | Emails with team regarding vapor intrusion issues and reviewing report on VI from Mr. Creamer (0.8); telephone call and emails with Ms. Duff regarding dealings with UniFirst (0.5). | 1.3 |
| 05/17/11 | Jaffe | P230 | Emails with team regarding indoor air issues (0.4). | 0.4 |
| 05/23/11 | Jaffe | P230 | Review final letter to EPA regarding Central Area (0.4). | 0.4 |
| 05/31/11 | Jaffe | P230 | Emails with team regarding EPA meeting (0.3). | 0.3 |
| | | | **Total Hours** | **11.6** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 481685
June 22, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 11.6 | at | 650.00 | = | 7,540.00 |
| **Total Fees** | | | | | **$7,540.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/10/11 | Meal - Sodexho: Lunch in Boston for six during 5/10/11 team meeting regarding Central Area and vapor intrusion issues. | 90.65 |
| | **Total Disbursements** | **$90.65** |

| | | |
|---|---|---|
| **Total Fees** | | $7,540.00 |
| **Total Disbursements** | | 90.65 |
| **Total Fees and Disbursements** | | $7,630.65 |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 22, 2011
Invoice No.: 481685
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

**Total Fees and Disbursements**        <u>**$7,630.65**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

**Reference Information:**

**Client/Matter #:** 08743.00103, **Invoice #:** 481685
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM