REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140782 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(50001) Correa v. W.R. Grace

| | |
|---|---|
| Fees | 266.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $266.50

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140782 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |
| Matter Number | 50001 |

Re: (50001) Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 05/04/11 | Husar | Work on follow up and strategy regarding Rule 26 meeting and discovery plan. | .30 |
| 05/06/11 | Espinosa | Draft letter to plaintiff's counsel requesting a time to conduct the Rule 16 conference. | .20 |
| 05/24/11 | Espinosa | Email and call Plaintiff's counsel re the Rule 26 conference. | .20 |
| | | TOTAL HOURS | .70 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Linda S. Husar | 0.30 | at | $ 515.00 | = | 154.50 |
| Stephanie Henderson Espin | 0.40 | at | $ 280.00 | = | 112.00 |

CURRENT FEES 266.50

TOTAL BALANCE DUE UPON RECEIPT $266.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140783 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 240.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $240.00

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

Invoice Number 2140783
Invoice Date 06/27/11
Client Number 172573
Matter Number 60026

Re: (60026) Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 05/03/11 | Lord | Update 2002 and core service lists. | .30 |
| 05/09/11 | Ament | Various e-mails with P. Cuniff re: agenda and hearing binder (.20); review hearing binder (.10); update same (.20); coordinate hand delivery of agenda and hearing binder to Judge Fitzgerald (.20); various e-mails re: 5/25/11 hearing (.10). | .80 |
| 05/27/11 | Ament | E-mails with P. Cuniff re: June omnibus hearing. | .10 |
| | | TOTAL HOURS | 1.20 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| John B. Lord | 0.30 | at | $ 245.00 | = | 73.50 |
| Sharon A. Ament | 0.90 | at | $ 185.00 | = | 166.50 |

CURRENT FEES 240.00

TOTAL BALANCE DUE UPON RECEIPT $240.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140784 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.

(60029) Fee Applications-Applicant

| | |
|---|---|
| Fees | 2,840.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $2,840.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140784 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |
| Matter Number | 60029 |

===============================================================================

Re: (60029) Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 05/02/11 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 05/03/11 | Ament | Review and respond to e-mail from J. Lord re: quarterly fee application. | .10 |
| 05/03/11 | Lord | E-mail to S. Ament re quarterly fee application. | .10 |
| 05/05/11 | Ament | Begin calculating fees and expenses for 40th quarterly fee application (.50); begin drafting spreadsheet, narrative and summary re: same (.50). | 1.00 |
| 05/06/11 | Ament | Continue drafting 40th quarterly fee application. | .50 |
| 05/10/11 | Ament | Review and respond to e-mail from J. Lord re: quarterly fee application. | .10 |
| 05/10/11 | Lord | Communicate with S. Ament re: Grace quarterly application. | .10 |
| 05/11/11 | Ament | Continue calculating fees and expenses for quarterly fee application (.70); continue drafting quarterly fee application (.20); provide same to A. Muha for review (.10); finalize narrative and summary for 40th fee | 1.30 |

| Date | Name | | Hours |
|---|---|---|---|
| | | application (.20); e-mail same to J. Lord for DE filing (.10). | |
| 05/11/11 | Lord | Revise and prepare Reed Smith 40th interim fee application for e-filing and service. | 1.20 |
| 05/11/11 | Muha | Review and revise 40th quarterly fee application. | .40 |
| 05/12/11 | Ament | Review e-mail from J. Lord re: 40th quarterly fee application. | .10 |
| 05/12/11 | Lord | Revise and continue to finalize Reed Smith 40th interim fee application for e-filing and service. | .50 |
| 05/13/11 | Cameron | Attention to fee application issues | .60 |
| 05/13/11 | Lord | E-file and serve RS 40th quarterly fee application | .40 |
| 05/23/11 | Lord | Research docket and draft CNO for Reed Smith March monthly fee application. | .30 |
| 05/24/11 | Ament | Review e-mail re: April monthly fee application. | .10 |
| 05/25/11 | Ament | Review e-mail re: April monthly fee application. | .10 |
| 05/25/11 | Lord | E-file and serve CNO to Reed Smith March monthly fee application. | .30 |
| 05/25/11 | Muha | Review and revise fee and expense detail for April monthly fee application. | .20 |
| 05/26/11 | Ament | E-mails re: April monthly fee application (.10); attention to billing matters (.10); begin drafting fee application and spreadsheets for same (.50). | .70 |
| 05/27/11 | Ament | Calculate fees and expenses for April monthly fee application (.50); continue drafting 118th fee application (.20); provide same to A. Muha for review (.10); finalize | 1.10 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
June 27, 2011

Invoice Number 2140784
Page 3

| Date | Name | | Hours |
|---|---|---|---|
| | | fee application (.10); e-mail same to J. Lord for DE filing (.10); follow-up e-mails re: same (.10). | |
| 05/27/11 | Lord | Revise and prepare Reed Smith 118th monthly fee application for e-filing and service. | .90 |
| 05/27/11 | Muha | Final review and revisions to draft of April 2011 monthly fee application. | .30 |
| 05/31/11 | Lord | Revise, e-file and service Reed Smith 118th monthly fee application. | .60 |
| | | TOTAL HOURS | 11.20 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.60 | at | $ 650.00 | = | 390.00 |
| Andrew J. Muha | 0.90 | at | $ 435.00 | = | 391.50 |
| John B. Lord | 4.40 | at | $ 245.00 | = | 1,078.00 |
| Sharon A. Ament | 5.30 | at | $ 185.00 | = | 980.50 |

CURRENT FEES 2,840.00

TOTAL BALANCE DUE UPON RECEIPT $2,840.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140785 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

| | |
|---|---|
| Fees | 3,602.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $3,602.50

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140785 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |
| Matter Number | 60033 |

Re: (60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 05/04/11 | Ament | E-mails re: asbestos property damage claims (.20); begin reviewing dockets re: same (.30). | .50 |
| 05/05/11 | Cameron | Attention to settlement agreement and assignment issues | .90 |
| 05/10/11 | Cameron | Review materials relating to assignment issues | .60 |
| 05/17/11 | Cameron | Review materials relating to assignment and settlements | .70 |
| 05/21/11 | Cameron | Review materials relating to settlement agreements and assignment | .50 |
| 05/24/11 | Cameron | Multiple e-mails re: assignment issue (.40); review revised draft of consent letter (.70). | 1.10 |
| 05/25/11 | Cameron | Attention to revised draft of assignment consent letter. | .60 |
| 05/26/11 | Cameron | Review assignment consent letter | .40 |
| 05/30/11 | Cameron | Review assignment consent letter for call with Solow's counsel | .60 |
| | | TOTAL HOURS | 5.90 |

172573 W. R. Grace & Co. Invoice Number 2140785
60033 Claim Analysis Objection Resolution & Estimation (Asbestos) Page 2
June 27, 2011

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 5.40 | at | $ 650.00 | = | 3,510.00 |
| Sharon A. Ament | 0.50 | at | $ 185.00 | = | 92.50 |

CURRENT FEES 3,602.50

TOTAL BALANCE DUE UPON RECEIPT $3,602.50