REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2140789 |
| Invoice Date | 06/27/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 785.03 |

TOTAL BALANCE DUE UPON RECEIPT            $785.03
=============

```
                          REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                       Invoice Number    2140789
  7500 Grace Drive                       Invoice Date      06/27/11
  Columbia, Maryland 21044               Client Number      172573
  USA                                    Matter Number       60026
```

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                    11.36
    Duplicating/Printing/Scanning            37.60
    Postage Expense                           4.16
    Courier Service - Outside                 4.20
    Outside Duplicating                     727.71

                    CURRENT EXPENSES                       785.03
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $785.03
                                                      =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                          Invoice Number    2140789
  7500 Grace Drive                          Invoice Date     06/27/11
  Columbia, Maryland 21044                  Client Number      172573
  USA                                       Matter Number       60026
```

============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/27/11 | Outside Duplicating VENDOR: Ikon-  Mailout -- Copy/Postage charges for service of quarterly fee app. materials. | 32.30 |
| 04/30/11 | PACER | .16 |
| 04/30/11 | PACER | 8.48 |
| 04/30/11 | PACER | 2.48 |
| 04/30/11 | PACER | .24 |
| 05/02/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 05/06/11 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |

172573 W. R. Grace & Co.                           Invoice Number  2140789
60026  Litigation and Litigation Consulting        Page    2
       June 27, 2011

| Date | Description | Amount |
|---|---|---|
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/16/11 | Outside Duplicating VENDOR: IKON Mailout -<br>-Copy/Postage charges for service of quarterly<br>fee app. materials. | 354.56 |
| 05/16/11 | Outside Duplicating VENDOR: IKON Mailout - -<br>Copy/Postage charges for service of quarterly<br>fee app. materials. | 340.85 |
| 05/23/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/23/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/24/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- Romana Baker - 5/09/11 | 4.20 |
| 05/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  2140789
60026  Litigation and Litigation Consulting       Page   3
       June 27, 2011

| Date | Description | Amount |
|---|---|---|
| 05/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 05/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 05/27/11 | Postage Expense | 4.16 |
| 05/31/11 | Duplicating/Printing/Scanning ATTY # 0718; 114 COPIES | 11.40 |

172573  W. R. Grace & Co.                          Invoice Number   2140789
60026   Litigation and Litigation Consulting       Page    4
        June 27, 2011

                          CURRENT EXPENSES                       785.03
                                                          ------------

                          TOTAL BALANCE DUE UPON RECEIPT       $785.03
                                                          =============