

January 26, 2011

Ms. Janet S. Baer, P.C.
Baer Higgins Fruchtman LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-4277

Re:  W.R. Grace Claims Objection: Neutocrete Document Production

Dear Jan:

Enclosed please find our invoice for services rendered from the period of December 1, 2010 through December 31, 2010 in the W.R. Grace Neutocrete document production matter.

We appreciate that your firm has a choice of service providers and will do everything we can to continuously exceed your expectations on price and quality of work.

Upon completion of your review, should you have any questions please don't hestitate to contact me at 312-878-3948 ext. 701.

Thank you very much for the opportunity to serve your client and firm.

Sincerely,

Claude Wm. Innis
Senior Managing Director

Wire payments may be sent to the following account:

Bank Name: Bank of America
Account Name: Phase Eleven Consultants, LLC
Account #: 291007036174
Routing #: 026009593

Ms. Janet S. Baer, P.C.  January 27, 2011
Baer Higgins Fruchtman LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-4277

## Billing Summary for Period:
### December 01, 2010 - December 31, 2010

| | |
|---|---|
| Total for services rendered | $5,175.00 |
| Total expenses | $682.60 |
| Balance Due | $5,857.60 |

In Reference To:  W.R. Grace Claims Objection: Neutocrete Document Production
Invoice #10014

### Professional Services

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/2010 | CWI | Office conference with R. Higgins re assembly and preparation of document production files for Neutocrete claims litigation. | 0.50 | 50.00 |
| 12/10/2010 | CWI | Review, analyze and assemble Neutocrete document production compact discs for printout, assembly and distribution. | 1.00 | 100.00 |
| 12/10/2010 | DES1 | Printout, assemble and organize Moeller text files for R. Higgins review re Neutocrete litigation document production; prepare and organize file folders re same for same; review and proof work. | 9.50 | 475.00 |
| 12/10/2010 | CWI | Review and attempt to open ".dat" files with various programs; consult with R. Kieper, M. Hidinger and J. Dully re same. | 1.75 | 175.00 |
| 12/10/2010 | CWI | Create Outlook database re Moeller email import and printout for Neutocrete document production; import Moeller cd into outlook database for data specialist for printout and assembly.. | 2.25 | 225.00 |
| 12/11/2010 | DES1 | Printout, assemble and organize Moeller text files for R. Higgins review re Neutocrete litigation document production; prepare and organize file folders re same for same; review and proof work. | 11.75 | 587.50 |
| 12/11/2010 | DES2 | Retrieve, assemble and prepare Moeller email diligence files for R. Higgins review and Neutocrete document production; assemble and prepare file folders re same; review and proof work re same. | 7.25 | 362.50 |
| 12/12/2010 | DES1 | Retrieve, assemble and prepare Moeller email diligence files for R. Higgins review and Neutocrete document production; assemble and prepare file folders re same; review and proof work re same. | 7.25 | 362.50 |

Ms. Janet S. Baer, P.C.            Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/12/2010 | DES2 | Retrieve, assemble and prepare Moeller email diligence files for R. Higgins review and Neutocrete document production; assemble and prepare file folders re same; review and proof work re same. | 6.75 | 337.50 |
| 12/13/2010 | CWI | Continue to review and attempt to open ".dat" files with various programs; consult with R. Kieper, M. Hidinger and J. Dully re same. | 1.50 | 150.00 |
| 12/13/2010 | DES1 | Assemble, prepare, scan and organize paper copy files for Neutocrete document production; bates number same; review and proof work re same. | 6.75 | 337.50 |
| 12/13/2010 | DES2 | Assemble, prepare, scan and organize paper copy files for Neutocrete document production; bates number same; review and proof work re same. | 6.50 | 325.00 |
| 12/13/2010 | CWI | Office conference with R. Higgins re distribution and review of Moeller cd text and email files for attorney review and production re Neutocrete document production. | 0.50 | 50.00 |
| 12/14/2010 | CWI | Office conference with R. Higgins re assembly, reproduction, bates label and reproduction of Moeller cd text and email files for attorney review and production re Neutocrete document production. | 0.75 | 75.00 |
| 12/14/2010 | DES1 | Assemble, prepare, scan and organize Moeller cd text and email files paper copy files for Neutocrete document production; bates number same; review and proof work re same. | 7.25 | 362.50 |
| 12/14/2010 | DES2 | Assemble, prepare, scan and organize Moeller cd text and email files paper copy files for Neutocrete document production; bates number same; review and proof work re same. | 6.75 | 337.50 |
| 12/14/2010 | CWI | Exchange correspondence with R. Higgins re additional files inclusion in Neutocrete document production. | 0.25 | 25.00 |
| 12/16/2010 | CWI | Exchange correspondence with R. Higgins re additional files inclusion in Neutocrete document production. | 0.25 | 25.00 |
| 12/16/2010 | CWI | Office conference with R. Higgins re distribution and review of Moeller cd files and email files for attorney review and production re Neutocrete document production. | 0.75 | 75.00 |
| 12/16/2010 | CWI | Final review and organization of Neutocrete document production files for distribution to R. Higgins. | 2.75 | 275.00 |

Ms. Janet S. Baer, P.C.                                                                                                      Page    3

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/2010 | DES1 | Upload Neutocrete document production files to electronic dataroom document library for secure electronic access. | 2.00 | 100.00 |
| 12/28/2010 | DES1 | Upload Neutocrete document production files to electronic dataroom document library for secure electronic access. | 1.75 | 87.50 |
| 12/29/2010 | DES1 | Upload Neutocrete document production files to electronic dataroom document library for secure electronic access. | 2.00 | 100.00 |
| 12/29/2010 | CWI | Review, analyze and proof Upload of Neutocrete document production files to electronic dataroom document library for secure electronic access for accuracy. | 1.75 | 175.00 |
| | | For professional services rendered | 89.50 | $5,175.00 |

Expenses :

| Date | Description | |
|---|---|---|
| 12/12/2010 | Reproduction services re print out of 1246 Moeller text files for R. Higgins initial review at $.10 per image for 1246 images. | 124.60 |
| 12/14/2010 | Reproduction services re print out and paper copy of 4830 Moeller text files for R. Higgins reference at $.10 per image for 4830 images. | 483.00 |
| | Assemble and prepare five compact discs re Neutocrete document production of 4830 files at $.15.00 per compact disc. | 75.00 |
| | Total expenses | $682.60 |
| | Total amount of this bill | $5,857.60 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Claude Wm. Irmis | 14.00 | 100.00 | $1,400.00 |
| DES, I | 48.25 | 50.00 | $2,412.50 |
| DES, II | 27.25 | 50.00 | $1,362.50 |