# Exhibit A

**W.R. Grace – 39th Interim Period (October 1, 2010 – December 31, 2010)**
**Fee and Expense Chart with Recommendations**
**Exhibit A**

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26292 | TOTAL: | $452,438.50 | $1,862.82 | $452,438.50 | $1,862.82 |

| AUSTERN, DAVID T. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26631 | TOTAL: | $1,800.00 | $724.90 | $1,800.00 | $724.90 |

| JANET S. BAER, P.C., THE LAW OFFICES OF | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26354 | TOTAL: | $372,507.50 | $7,954.64 | $372,507.50 | $7,954.64 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26791 | TOTAL: | $45,394.50 | $449.97 | $45,394.50 | $449.97 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26338 | TOTAL: | $11,752.00 | $1,284.73 | $11,752.00 | $1,284.73 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26251 | TOTAL: | $475,000.00 | $3,691.01 | $475,000.00 | $3,505.48 |

1

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26505 | TOTAL: | $49,749.50 | $6,605.70 | $49,749.50 | $6,605.70 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26291 | TOTAL: | $32,033.00 | $1,799.77 | $32,033.00 | $1,799.77 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26290 | TOTAL: | $44,919.50 | $168.16 | $44,919.50 | $168.16 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26421 | TOTAL: | $176,259.00 | $538.25 | $176,259.00 | $538.25 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26474 | TOTAL: | $36,913.00 | $34,911.91 | $36,913.00 | $34,911.91 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26293 | TOTAL: | $37,525.00 | $0.00 | $37,525.00 | $0.00 |

2

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26359 | TOTAL: | $3,993.00 | $0.00 | $3,993.00 | $0.00 |

| DELOITTE TAX LLP (38th)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26528 | TOTAL: | $27,387.00 | $31.00 | $27,387.00 | $31.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26483 | TOTAL: | $23,319.00 | $988.07 | $23,319.00 | $988.07 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26346 | TOTAL: | $24,634.00 | $1,869.65 | $24,634.00 | $1,869.65 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26275 | TOTAL: | $40,401.00 | $398.62 | $40,401.00 | $398.62 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26071 | TOTAL: | $5,650.00 | $14,183.17 | $5,650.00 | $14,183.17 |

---

[1] The Thirty-Eighth Interim Period encompasses July through September 2010.

3

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26156 | TOTAL: | $37,132.00 | $2,326.25 | $37,132.00 | $2,326.25 |

| HOLME ROBERTS & OWEN, LLP (37th, [2] 38th and 39th) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 37th | 26754 | TOTAL: | $1,242.50 | $2,051.81 | $1,242.50 | $2,051.81 |
| 38th | 26815 | TOTAL: | $2,888.50 | $1,598.71 | $2,888.50 | $1,598.71 |
| 39th | 26951 | TOTAL: | $2,934.50 | $1,446.72 | $2,934.50 | $1,446.72 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26604 | TOTAL: | $768,334.50 | $21,608.29 | $768,334.50 | $16,425.52 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26235 | TOTAL: | $16,846.00 | $247.86 | $16,846.00 | $247.86 |

| LAUZON BÉLANGER LESPÉRANCE | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26159 | TOTAL: | CDN $9,913.75 | CDN $1,319.55 | CDN $9,913.75 | CDN $1,319.55 |

| LEGAL ANALYSIS SYSTEMS, INC. (38th and 39th Combined) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26294 | TOTAL: | $5,070.00 | $0.00 | $5,070.00 | $0.00 |

---

[2] The Thirty-Seventh Interim Period encompasses April through June, 2010.

4

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26634 | TOTAL: | $200,000.00 | $371.83 | $200,000.00 | $371.83 |

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26207 | TOTAL: | CDN $10,270.50 | CDN $201.83 | CDN $10,270.50 | CDN $201.83 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26635 | TOTAL: | $303,224.75 | $3,984.67 | $302,144.75 | $3,953.67 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26116 | TOTAL: | $79,656.50 | $64,293.70 | $79,656.50 | $64,293.70 |

| PROTIVITI INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26044 | TOTAL: | $0.00 | $10,850.00 | $0.00 | $10,850.00 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26285 | TOTAL: | $749,388.94 | $23,951.06 | $749,272.10 | $23,951.06 |

### REED SMITH LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26254 | TOTAL: | $41,003.60 | $1,475.84 | $41,003.60 | $1,475.84 |

### ALAN B. RICH

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26209 | TOTAL: | $28,765.00 | $1,190.02 | $28,740.00 | $1,190.02 |

### HON. ALEXANDER M. SANDERS, JR.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26213 | TOTAL: | $6,525.00 | $88.00 | $6,525.00 | $88.00 |

### SAUL EWING LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26287 | TOTAL: | $25,565.00 | $497.89 | $25,565.00 | $497.89 |

### SCARFONE HAWKINS LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26157 | TOTAL: | CDN $23,348.75 | CDN $3,065.44 | CDN $23,348.75 | CDN $3,065.44 |

### WARREN H. SMITH & ASSOCIATES, P.C.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 26244 | TOTAL: | $31,256.50 | $555.72 | $31,256.50 | $555.72 |

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26846[3] | TOTAL: | $1,694.00 | $0.90 | $1,694.00 | $0.90 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26481 | TOTAL: | $141,141.25 | $2,635.46 | $141,141.25 | $2,635.46 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26547 | TOTAL: | $25,318.50 | $4,360.14 | $25,318.50 | $4,360.14 |

---

[3] According to the Pacer docket report, the quarterly fee application of Blackstone Advisory Services L.P. ("Blackstone") is filed at Docket No. 26846. However, the quarterly fee application which is imaged at that docket number is actually that of Steptoe & Johnson LLP. Blackstone's Application is filed at Docket No. 26251.