IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 20, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

## NOTICE OF APPLICATION

TO:    PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 30, 2011, the One Hundred and Twenty First Monthly Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of May 1, 2011 through May 31, 2011 (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **July 20, 2011** at **4:00 p.m.** prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 30, 2011                              FERRY, JOSEPH & PEARCE, P.A.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lisa L. Coggins
　　　　　　　　　　　　　　　　　　　　　　　　　Michael B. Joseph (No. 392)
　　　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Tacconelli (No. 2678)
　　　　　　　　　　　　　　　　　　　　　　　　　Lisa L. Coggins (No. 4234)
　　　　　　　　　　　　　　　　　　　　　　　　　824 Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1351
　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　(302) 575-1555

　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Official Committee of*
　　　　　　　　　　　　　　　　　　　　　　　　　*Asbestos Property Damage Claimants*