# **EXHIBIT A**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                        May 1, 2011    to    May 31 2011
                                                                            Inv  #:           39810

**RE:**       WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 16.60 | 4,371.00 |
| B18 | Fee Applications, Others - | 2.00 | 314.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 70.00 |
| B25 | Fee Applications, Applicant - | 4.80 | 856.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 35.00 |
| B36 | Plan and Disclosure Statement - | 14.70 | 4,983.00 |
| B37 | Hearings - | 0.40 | 140.00 |
|     | **Total** | **38.80** | **$10,769.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 2.10 | 609.00 |
| Regina Matozzo | 200.00 | 8.70 | 1,740.00 |
| Theodore J. Tacconelli | 350.00 | 21.10 | 7,385.00 |
| Legal Assistant - KC | 150.00 | 6.90 | 1,035.00 |
| **Total** | | **38.80** | **$10,769.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                              **$728.46**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-02-11 | *Case Administration* - Review case management memo re: week ending 4-29-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings LLC dated 4/28 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Stipulation between Debtors and CNA re: cure under Plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Opening Brief | 1.30 | TJT |
| May-03-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   Review main docket re: status for week ending 4/29/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* -    Email memos from 5/2/11 | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/29 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting AMH's Motion to Exceed Page Limits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Libby's Motion to File Under Seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Opening Brief and review certain citations to confirmation hearing transcripts | 2.60 | TJT |
| | *Hearings* - Review order rescheduling 5/23 Omnibus hearing, prepare correspondence to co-counsel re: same | 0.20 | TJT |
| May-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Standard Services Co. | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: K&E 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mgt., LP dated 5/3 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing BLG/USCC Opening Brief | 0.30 | TJT |
| | *Hearings* - review correspondence from J. Sakalo re: 5/23 hearing date and time change | 0.10 | TJT |
| | *Case Administration* - Notice of change of address forwarded from LLC; review 2002 service list re: same | 0.10 | KC |
| May-05-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - confer with S. Krepps re: 5/23 hearing date and time change | 0.10 | TJT |
| | *Case Administration* - Continue reviewing BLG/USCC Opening Brief | 0.80 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings LLC dated 5/3 | 0.10 | TJT |
| May-06-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: PWC 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Mult-Strategy Master Fund, LP dated 5/3 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing BLG/USCC Opening Brief | 0.70 | TJT |
| May-07-11 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing BLG/USCC Opening Brief | 1.00 | TJT |
| May-09-11 | *Case Administration* - Review case management memo re: week ending 05-06-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/6/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 5/6 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Monthly Operating Report for March, 2011 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Master Fund, LP dated 5/3 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -Review Response by Illinois Department of Revenue to Debtor's Objection to Claim no. 150 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: Transfer of Insurance Policies to PI Trust re: new 3rd Circuit Opinion in Global Industrial Technologies | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to co-counsel re: new 3rd Circuit Opinion on transfer of Insurance Policies to 524g trusts | 0.30 | TJT |
| May-10-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificates of No Objection filed by Debtors re: Motion to Approve Consent Order for Zonolite Road Site | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Notice of Change of Address for Seyfarth Shaw | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: Fee Auditor's Combined Final Report for 39th Interim Period re: no objections | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review Certificate of No Objection filed by CND ZAI Claimants re: CND ZAI Claimants Motion to Appoint CND ZAI Claims Administrator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of filing Libby Claimants Key ID | 0.10 | TJT |
| May-11-11 | *Case Administration* - E-mail from B. Ruhlander re: fee auditors combined final report and review same | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order authorizing Debtors to enter into Consent Order for Zonolite Road Site | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Fink & Carney | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunities Fund, LP dated 5/3 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review Order granting CND ZAI Claimants Motion to Appoint CND ZAI Claims Administrator | 0.10 | TJT |
| | *Case Administration* - Review (2) notices of change of address; review and update 2002 service list accordingly | 0.20 | KC |
| May-12-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: 39th Interim Period re: no Objections | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Merrill Lynch Investment Solutions dated 5/3 | 0.10 | TJT |
| May-13-11 | *Case Administration* - Review Notice of Withdrawal of Objection by Stanley Mandel firm to Amended Motion by Garlock for Access to 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunities Master Fund dated 5/3 | 0.10 | TJT |
| May-14-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| May-16-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 5-13-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/13/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Date | Description | Hours | Prof |
|---|---|---|---|
| | *Case Administration* - Review Case Status Memo for week ending 5/13 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of address for Blastech, Inc | 0.10 | TJT |
| | *Case Administration* - Review change of address notification forwarded by LLC; review of 2002 service list re: same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail to L. Flores re: Bilzin Quarterly fee application for Jan, Feb., March 2011 | 0.10 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores re: status of Bilzin quarterly fee application for Jan, Feb, March 2011 | 0.10 | KC |
| May-17-11 | *Case Administration* - Review notice of agenda re: cancelled hearing for May 25, 2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review Agenda for 5/25 hearing | 0.10 | TJT |
| | *Case Administration* - Receipt of check for Jan 2011 fee app; update payments received chart accordingly; to TJT for review | 0.20 | KC |
| | *Fee Applications, Others* - Begin draft of CNO re: Bilzin's March 2011 fee application; cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin draft of CNO re: March 2011 fee application; cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Calculations and draft of 40th Quarterly fee application for Jan, Feb, March 2011 and related documents | 1.00 | KC |
| May-18-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with S. Krepps re: 5/25 hearing cancelled | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare COS for 40th Quarterly fee application using updated 2002 service list; prepare labels for service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare exhibit B, statements, for 40th Quarterly fee application for Jan, Feb, March 2011; fee application to LLC for review | 0.20 | KC |
| May-19-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Amend Foreign Holding Co. Order with attachment | 0.20 | TJT |
| | *Case Administration* - Review Amended 2019 Statement by Barron & Budd | 0.10 | TJT |
| May-20-11 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin March 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 40th quarterly fee app for filing and confer with KC re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: March 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* -Docket review re: objections to Bilzin's March 2011 fee application | 0.10 | KC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Others* - Prepare Bilzin's March 2011 monthly fee application (119th) for filing; efile and service of same | 0.50 | KC |
| | *Fee Applications, Applicant* - Docket review re: objections to March 2011 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare March 2011 monthly fee application for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to and preparation of 40th Quarterly fee application for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile of 40th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of 40th Quarterly fee application; coordinate service of notice of same to parties on 2002 service list | 0.30 | KC |
| May-21-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-23-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-24-11 | *Case Administration* - Review case management memo re: week ending 5-20-2011 | 0.10 | LLC |
| | *Case Administration* -   Review main docket re: status for week ending 5/20/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Case Status Memo for week ending 5/16 | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce April prebill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re: Appellee's briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Rosendorf re: Appellee's briefs | 0.10 | TJT |
| | *Fee Applications, Applicant* - Begin review/ draft/ revisions of prebill invoice for exhibit to   April 2011 monthly fee application; to TJT for review | 0.20 | KC |
| May-25-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from M. DeCarli re: Traveller's Casualty brief | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review further correspondence from J. Baer re: Appellee's briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: Appellee's Motion to File Consolidated Briefing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's Motion to File | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Consolidated Briefing | | |
| | *Plan and Disclosure Statement* - Review CNA's Answering Brief re: Libby Claimants and BNSF | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers Answering Brief re: Libby Claimants | 0.50 | TJT |
| | *Fee Applications, Applicant* - Revisions to invoice for April 2011 monthly fee app | 0.10 | KC |
| May-26-11 | *Plan and Disclosure Statement* - E-mail from Y. Dalton re: Arrowwood's brief in response to the Libby appeal | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review address change for Fluid Components | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Answering Brief re: Libby Claimants | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Cross Appeal Opening Brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Answering Brief re: AMH | 0.10 | TJT |
| May-27-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance right | 0.20 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Appellee's Answering Brief re: insurers | 0.50 | TJT |
| | *Case Administration* - Review notice of address change forwarded from LLC; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin preparation of finalizing invoice for exhibit A of April 2011 monthly fee application | 0.20 | KC |
| May-29-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of address for G. Munoz | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish review of Appellee's Answering Brief re: Insurers | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Start review of Appellee's Answering Brief re: Bank Lenders | 0.20 | TJT |
| May-31-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/27/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 5/27 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Rhodia, Inc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Appellee's | 1.70 | TJT |

| | | |
|---|---:|---|
| Answering Brief re: Bank Lenders | | |
| *Case Administration* - Retrieve (2) emails forwarded from LLC re: changes of address; review and revise 2002 service list re: same | 0.20 | KC |
| *Fee Applications, Others* - Email to L. Flores re: Bilzin monthly fee application for April 2011 and status inquiry re: quarterly fee application for the period of Jan -March 2011 | 0.10 | KC |
| *Fee Applications, Others* - Response e-mail from L. Flores re: status inquiry re: quarterly fee application of Bilzin for Jan- March 2011 | 0.10 | KC |
| *Fee Applications, Others* - Retrieve e-mail from L. Flores with attachment of Bilzin's 40th quarterly fee application; download document | 0.10 | KC |
| *Fee Applications, Others* - Review Bilzin April 2011 monthly fee application; draft notice, certificate of service, prepare exhibits re: same; to LLC for review | 0.60 | KC |
| *Fee Applications, Applicant* - Finish preparation of invoice exhibit A of April 2011 monthly fee application | 0.20 | KC |
| *Fee Applications, Applicant* - Draft notice, certificate of service, April 2011 monthly fee application; to LLC for review | 0.30 | KC |
| *Fee Applications, Applicant* - Prepare April 2011 monthly fee application documents for filing; efile and service of same | 0.20 | KC |
| Totals | 38.80 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| May-18-11 | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.20 |
| May-20-11 | Photocopy Cost | 9.80 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - Wilm Trust - court call | 51.00 |
| May-23-11 | Cost Advance - Lexis Nexis - Legal research March (Account # 1402RF; Inv # 1104380666) | 25.00 |
| May-26-11 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.80 |
| | Cost Advance - First State Deliveries - 2 hand deliveries 5/20/11 | 15.00 |
| May-27-11 | Photocopy Cost | 0.90 |
| | Cost Advance - Blue Marble - hand deliveries (Inv # 15585) | 213.75 |
| May-31-11 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 3.40 |
| | Cost Advance - Blue Marble - copies/service (Inv # 51023) | 396.21 |
| | Totals | $728.46 |

**Total Fees & Disbursements**     **$11,497.46**