# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

June 13, 2011

RE :  W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file:  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (May 1st 2011 to May 31st 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2011-05-04 | CH | Review of email from Daniel Hogan re: hearing of motion to approve Claims Administrator and attached order | 0.25 | 285.00 | 71.25 |
| 2011-05-04 | CH | Email to Cindy Yates re: wire transfer of LBL's portion of The Hogan Firm's holdback fees | 0.17 | 285.00 | 48.45 |
| 2011-05-04 | MB | Review of an email from Dan Hogan re: Order Omnibus Hearing | 0.33 | 450.00 | 148.50 |
| 2011-05-05 | CH | Review of fee summary for April 2011 | 0.33 | 285.00 | 94.05 |
| 2011-05-09 | CH | Email to Karen Harvey re: billing increase Michel Bélanger | 0.08 | 285.00 | 22.80 |
| 2011-05-09 | CH | Email to Karen Harvey re: execute certification and comments on LBL's March Application | 0.17 | 285.00 | 48.45 |
| 2011-05-09 | CH | Review of LBL's Thirteenth Monthly Application | 0.33 | 285.00 | 94.05 |
| 2011-05-09 | MB | Review of an email from Mr. Hogan and Mr. Thompson re: certificate of no objection re: Collectiva | 0.25 | 450.00 | 112.50 |
| 2011-05-11 | CH | Review of signed order approving Collectiva as Claims Administrator | 0.33 | 285.00 | 94.05 |
| 2011-05-11 | CH | Email to Matt Moloci and David Thompson re: meeting dates for Claims Process | 0.17 | 285.00 | 48.45 |
| 2011-05-11 | CH | Review of information to members on our website and modifications and updates (and translation for English website) | 0.50 | 285.00 | 142.50 |
| 2011-05-11 | CH | Meeting with Michel Bélanger and Anna Vetere re: nomination of Collectiva | 0.75 | 285.00 | 213.75 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2011-05-11 | MB | Review of the document re: appointment Collectiva | 0.65 | 450.00 | 292.50 |
| 2011-05-11 | MB | Meeting with Ms. Hannouche and Ms. Vetere (administrative director of Collectiva) re: nomination of Collectiva | 0.75 | 450.00 | 337.50 |
| 2011-05-12 | CH | Email to Cindy Yates re: payment of Mr. Hogan's fees (February) | 0.17 | 285.00 | 48.45 |
| 2011-05-13 | CH | Email to Cindy Yates re: clarification outstanding payment of Mr. Hogan's February fees | 0.17 | 285.00 | 48.45 |
| 2011-05-13 | CH | Review of LBL's Quarterly Application prepared by Karen Harvey | 0.42 | 285.00 | 119.70 |
| 2011-05-13 | CH | Email to Karen Harvey re: Quarterly Application and executed certification | 0.08 | 285.00 | 22.80 |
| 2011-05-13 | CH | Email to plaintiff consumer association group re: update to class members on our website | 0.25 | 285.00 | 71.25 |
| 2011-05-16 | CH | Email to David Thompson annexing letter re; portion of Mr. Hogan's fees for April 2011 | 0.25 | 285.00 | 71.25 |
| 2011-05-17 | CH | Email to David Thompson and Matt Moloci re: meeting claims administration | 0.25 | 285.00 | 71.25 |
| 2011-05-17 | CH | Meeting with Michel Bélanger re: Collectiva's mandate | 0.67 | 285.00 | 190.95 |
| 2011-05-17 | MB | Review of an email from Mr. Thompson | 0.25 | 450.00 | 112.50 |
| 2011-05-17 | MB | Meeting with Ms. Hannouche re: Collectiva's mandate; | 0.67 | 450.00 | 301.50 |
| 2011-05-24 | CH | Email to Kathy Davis (Rust Consulting) re: information change for claimant Blouin | 0.17 | 285.00 | 48.45 |
| 2011-05-30 | MB | Letter to Ms. Vetere and Ms. Hannouche | 0.50 | 450.00 | 225.00 |
| 2011-05-30 | MB | Review of a memo from Ms. Vetere | 0.25 | 450.00 | 112.50 |
| 2011-05-30 | MB | Telephone conversation with a class member | 0.25 | 450.00 | 112.50 |
| | | **OUR FEES** | **9.41** | | **$ 3,325.35** |

TIME SUMMARY BY LAWYER

| Lawyer | Rate | Hours | Amount |
|---|---|---|---|
| MB | 450.00 | 3.90 | $1,755.00 |
| CH | 285.00 | 5.51 | $1,570.35 |

**DISBURSEMENTS**

| | |
|---|---|
| Fax (20 x .15¢) | 3.00 |
| Photocopies (27 x .10¢) | 2.70 |
| **TOTAL DISBURSEMENTS** | **5.70** |

| | |
|---|---:|
| **TOTA FEES AND DISBURSMENTS :** | **$ 3,331.05** |
| G.S.T. 5% | **166.55** |
| Q.S.T. 8.5% | **297.30** |
| **TOTAL** | **$ 3,794.90** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001