# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
May 31, 2011  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (May 1, 2011 – May 31, 2011)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05 /03/11 | receipt Karen Harvey email re: wire transfer of THF holdback monies | DT | $525.00 | 0.10 | $52.50 |
| 05 /03/11 | Email from Karen Harvey regarding payments of fee applications and hold-back | MGM | $450.00 | 0.10 | $45.00 |
| 05 /04/11 | memos to and from CY re: Karen Harvey wire transfer | DT | $525.00 | 0.10 | $52.50 |
| 05 /04/11 | receipt Dan Hogan email and order, etc., memo to CY re: change of motion date, etc. | DT | $525.00 | 0.25 | $131.25 |
| 05 /04/11 | email to Careen Hannouche with respect to wire transfer of funds | DT | $525.00 | 0.10 | $52.50 |
| 05 /04/11 | Email from Dan Hogan regarding change in scheduling of Omnibus hearing from May 23 to May 25 and attaching Order; review; email from Cindy Yates confirming receipt of fee payments | MGM | $450.00 | 0.20 | $90.00 |
| 05 /06/11 | memos to and from CY, emails to and from Karen Harvey, receipt MGM memo | DT | $525.00 | 0.40 | $210.00 |
| 05 /06/11 | Email from Dan Hogan regarding change in scheduling of Omnibus hearing from May 23 to May 25 and attaching Order; review; email from Cindy Yates confirming receipt of fee payments | MGM | $450.00 | 0.20 | $90.00 |
| 05 /09/11 | memos to and from Cindy Yates re: March account, memo to Matt Moloci, receipt Karen Harvey's email with respect to March account | DT | $525.00 | 0.25 | $131.25 |
| 05 /09/11 | Email from Karen Harvey with attached Certificate of No Objection regarding motion for order appointing CDN ZAI PD claims administrator; review; email reply from David Thompson to Harvey | MGM | $450.00 | 0.10 | $45.00 |
| 05 /10/11 | Emails from Karen Harvey with attached 13th Monthly Fee Applications of Lauzon Belanger, Scarfone Hawkins and The Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/11 | receipt Dan Hogan email and order appointing Collectiva as Claims Administrator, emails to and from Careen Hannouche, memos to and from Cindy Yates regarding submission of March account, etc., email to Dan Hogan, memo to Cindy Yates | DT | $525.00 | 0.40 | $210.00 |
| 05/11/11 | memos to and from Cindy Yates, receipt and review March application for monthly account and approve same | DT | $525.00 | 0.25 | $131.25 |
| 05/11/11 | Email from Dan Hogan attaching signed order for appointment of CDN ZAI PD claims administrator; emails from and to David Thompson, Careen Hannouche and Hogan regarding appointment and next steps; | MGM | $450.00 | 0.20 | $90.00 |
| 05/11/11 | Emails from and to Cindy Yates regarding SH LLP Monthly Fee Application for March 2011; email from Yates to Karen Harvey with attached draft fee application; review | MGM | $450.00 | 0.10 | $45.00 |
| 05/12/11 | emails to and from Karen Harvey, review and sign certification of counsel and return to Karen Harvey | DT | $525.00 | 0.25 | $131.25 |
| 05/12/11 | Emails from Karen Harvey with attached 13th Monthly Fee Applications of Lauzon Belanger, Scarfone Hawkins and Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |
| 05/13/11 | email to Karen Harvey, receipt and review quarterly application, execute certification and return to Karen Harvey, discuss with Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 05/13/11 | receipt of and respond to class member inquiries re: status of settlement, etc. | DT | $525.00 | 0.25 | $131.25 |
| 05/13/11 | Various emails from Karen Harvey with attached final versions of 5th Quarterly and 13th Monthly Fee Applications of Lauzon Belanger, Scarfone Hawkins and Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |
| 05/17/11 | receipt Careen Hannouche letter re: Dan Hogan account, memo to Cindy Yates to make payment | DT | $525.00 | 0.10 | $52.50 |
| 05/17/11 | letter to Careen Hannouche and Michel Belanger re: Claims Administrator Process and meeting with Collectiva for June, 2011 | DT | $525.00 | 0.25 | $131.25 |
| 05/17/11 | Email from David Thompson to Michel Belanger and Careen Hannouche regarding proposed meetings with Lauzon, Belanger, Collectiva and Pinchin Environmental for further development of claims process; email reply from Hannouche; further email from Thompson regarding scheduling of proposed meetings | MGM | $450.00 | 0.20 | $90.00 |
| 05/18/11 | emails to and from Careen Hannouche re: Collectiva meeting | DT | $525.00 | 0.35 | $183.75 |
| 05/18/11 | memos to and from MGM re: possible meeting with Collectiva and email to Careen Hannouche regarding timing | DT | $525.00 | 0.10 | $52.50 |
| 05/18/11 | Emails from and to David Thompson regarding proposed meeting with Lauzon, Belanger and Collectiva concerning claims administration; further conference with Thompson regarding proposed meetings and Pinchin Environmental | MGM | $450.00 | 0.10 | $45.00 |
| 05/20/11 | Email from David Thompson to Careen Hannouche regarding claims administration, protocol and proposed meeting; email from Thompson to Don Pinchin regarding proposed meeting for review and consideration of claims administration and retention as expert; review | MGM | $450.00 | 0.20 | $90.00 |

| 05/24/11 | receipt Karen Harvey email inquiring with respect to status of our April account, memo to MGM | DT | $525.00 | 0.10 | $52.50 |
|---|---|---|---|---|---|
| 05/24/11 | emails to and from Don Pinchin to arrange lunch meeting | DT | $525.00 | 0.10 | $52.50 |
| 05/25/11 | arrange lunch meeting with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 05/25/11 | follow-up email to Careen Hannouche re: meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 05/26/11 | emails to and from class member inquiring as to status | DT | $525.00 | 0.10 | $52.50 |
| 05/30/11 | email from Matt Moloci advising that his April dockets were now complete and Cindy Yates could proceed to render the April account | DT | $525.00 | 0.10 | $52.50 |
| 05/31/11 | finalize fee application, review same with Cindy Yates, sign and send to Karen Harvey and Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 05/31/11 | Email from Cindy Yates to Karen Harvey with attached SH monthly fee application for April, 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 05/31/11 | review dockets for period May 1, 2011 to May 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of May 1, 2011 to May 31, 2011 | LC | $120.00 | 5.0 | $600.00 |
| | | | **SUB-TOTAL** | **11.20** | **$3,720.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 4.40 | $525.00 | $2,310.00 | $300.30 |
| MATTHEW G. MOLOCI | MGM | 1.80 | $450.00 | $810.00 | $105.30 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | 11.20 | | $3,720.00 | $483.60 |
| **TOTAL FEES AND TAXES:** | | | | | **$4,203.60** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 05/01/11 05/31/11 | Postage – 3 letters at .59 cents – class member inquiries | | $1.77 | $0.23 | $2.00 |
| 05/01/11 05/31/11 | Long Distance Calls – Various calls from May 1, 2011 – May 31, 2011 | | $6.90 | $0.90 | $7.80 |
| **TOTAL DISBURSEMENTS:** | | | **$8.67** | **$1.13** | **$9.80** |

| | |
|---|---:|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$4,213.40** |

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%