IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 27187** |

**<u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC\*
HEARING ON JULY 6, 2011, AT 9:30 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**<u>PLEASE NOTE THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF
THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.</u>**

**\* PLEASE NOTE THIS HEARING IS TELEPHONIC.
ALL PARTICIPANTS MAY APPEAR TELEPHONICALLY.**

Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
<u>**no later than 12:00 p.m., July 1, 2011**</u>

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:170765.4

**CONTINUED MATTERS:**

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    b.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Related Documents:

    a.  [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

    Status: This matter is continued to August 29, 2011, at 9:00 a.m.

2.  Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785)

    Response Deadline: May 6, 2011, at 4:00 p.m.

    Responses Received:

    a.  Response of Illinois Department of Revenue to Debtor's Objection to Claim No. 150 [Filed: 5/6/11] (Docket No. 26891)

    Related Documents:

    a.  [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

    Status: This matter is continued to August 29, 2011, at 9:00 a.m.

**RESOLVED MATTERS:**

3. Debtors' Motion for an Order Amending the Foreign Holding Company Order [Filed: 5/16/11] (Docket No. 26941)

   Response Deadline: June 3, 2011, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure [Filed: 5/16/11] (Docket No. 26941, Exhibit A)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Amending the Foreign Holding Company Order [Filed: 6/15/11] (Docket No. 27109)

   c. [Signed] Order Authorizing Creation of a Nondebtor Foreign Subsidiary Holding Company Structure [Filed: 6/22/11] (Docket No. 27130)

   Status: The Court has entered an order on this matter.

**QUARTERLY FEE APPLICATIONS:**

4. Thirty-Ninth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period **October 1, 2010 through December 31, 2010**

   Related Documents:

   a. Certification of Counsel Regarding Thirty-Ninth Quarter Project Category Summary [Filed: 6/28/11] (Docket No. 27177)

   b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Ninth Period [Filed: 6/28/11] (Docket No. 27178)

   c. **[Signed] Order Approving Quarterly Fee Applications for the Thirty-Ninth Period [Filed: 6/30/11] (Docket No. 27188)**

*[This Page Intentionally Left Blank]*

**Status:**  The Court has entered an order on this matter.

Dated: June 30, 2011

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047
and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession