IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CHARLESTON ASSOCIATES, LLC, ) | Case No. 10-11970 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 30th day of June, 2011, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**Certification of No Objection (No Order Required) Regarding the Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtor and Debtor in Possession, for the Period from March 1, 2011 through March 31, 2011.**

_____
Kathleen P. Makowski (Bar No. 3648)

**Charleston Associates Fee Application Service List**
Case No. 10-11970
Doc. No. 162569
02 – Hand Delivery
02 – First Class Mail


**Hand Delivery**
(United States Trustee)
Mark Kenney, US Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Official Committee of Unsecured Creditors)
Steven K. Kortanek, Esq.
Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**First Class Mail**
(Co-Counsel to the Debtor and Debtor in Possession)
Neal L. Wolf, Esquire
Dean Gramich, Esquire
Neal Wolf & Associates, LLC
Suite 1910, 155 N. Wacker Drive
Chicago, IL  60606

**First Class Mail**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Daren R. Brinkman, Esq.
Laura J. Portillo, Esq.
Kevin C. Ronk, Esq.
Brinkman Portillo Ronk, PC
4333 Park Terrace, Suite 205
Westlake Village, CA  91361