IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2011, THROUGH MAY 31, 2011

**WRG-0099**
## METHODS AND APPARATUS FOR ANALYZING SAMPLES AND COLLECTING SAMPLE FRACTIONS

| | | | |
|---|---|---|---|
| 05/01/2011 | SAB | Work in consideration of assisting Grace in ongoing prosecution of this application, including review of materials relating to outstanding office action as received from Mr. Bunch, review of pending specification and claims. | 1.00 |
| 05/05/2011 | SAB | Review of file history of prosecution to date; teleconference with Examiner regarding preliminary amendments; communications with client regarding scope of application. | 1.70 |
| 05/06/2011 | SAB | Consideration of documents forwarded by client regarding commercial embodiment of invention; and teleconference with client to discus scope of claims, outstanding action and cited art. | 0.80 |
| 05/11/2011 | SAB | Further work to response to pending office action and drafting of proposed claim amendments. | 3.50 |
| 05/17/2011 | SAB | Consideration of document forwarded by client in advance of examiner interview and conference with Mr. Bunch to discuss same. | 0.60 |
| 05/23/2011 | SAB | Teleconference with Mr. Bunch to discuss substance of examiner interview and art; consideration of communication from client; consideration of examiner interview summary and consideration and analysis of references forwarded by client and teleconference with client regarding same. | 2.00 |
| 05/24/2011 | GHL | Review of draft response to office action; review of pending claims and references; consider strategy for response with Ms. Barbosa; review of email communication from Mr. Bunch regarding interview with the examiner. | 1.20 |
| 05/25/2011 | SAB | Editing of response and forwarding of draft to client for review. | 0.30 |

SERVICES                    $    4,197.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 1.20 | hours @ | $610.00 |
| | SAB | STEPHANIE A. BARBOSA | 9.90 | hours @ | $350.00 |

**INVOICE TOTAL**                    $    **4,197.00**