# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| June 13, 2011 | INVOICE:   243332 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 05/31/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/02/11 | Updated remaining insurance company ratings information. | W001 | IF | 1.30 |
| 05/02/11 | Analyzed settlement agreements re: payment issues post confirmation. | W001 | IF | 1.20 |
| 05/02/11 | Work on NPV calculations for settlement talks. | W001 | MG | 1.70 |
| 05/03/11 | Analysis of selected insurance company settlement agreements and related policies re: post bankruptcy settlement payment issues. | W001 | GFF | 1.30 |
| 05/03/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.40 |
| 05/03/11 | Work on new claim valuations. | W001 | MG | 5.80 |
| 05/03/11 | Review of remaining coverage and potential recovery issues in connection with expected Plan Confirmation (1.10). Follow-up regarding disputed issues in connection with unsettled insurance companies (1.80). | W001 | RYC | 2.90 |
| 05/04/11 | Begin reviewing and revising time and expense entries, including request for backup. | W011 | AHP | 2.30 |
| 05/04/11 | Analyzed settlement agreements and umbrella policies re: post-confirmation payment issues. | W001 | IF | 1.10 |
| 05/04/11 | Review correspondence from Integrity Liquidator's counsel enclosing case information statement (.30); research case filed by another asbestos trust to determine whether similar issues exist (1.00); confirm procedural matters re: Liquidator's reply appellate brief (.10); prepare communication to attorneys re: case status (.10); leave message with appellate case manager re: briefing schedule (.10). | W001 | KES | 1.60 |
| 05/04/11 | Work on new claim valuations. | W001 | MG | 5.40 |
| 05/04/11 | Review and update case materials. | W001 | NJB | 1.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:         100055.WRG01

June 13, 2011                                               INVOICE:         243332

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/05/11 | Review and continue revising time and expense entries (1.40); begin reviewing interim fee application (for prior period) from local counsel (.80). | W011 | AHP | 2.20 |
| 05/05/11 | Telephone conference with case manager re: insolvent insurance company Liquidator's filing of case information statement. | W001 | KES | 0.30 |
| 05/05/11 | Work on new claim valuations. | W001 | MG | 5.80 |
| 05/05/11 | Attention to mediation brief (.40). Attention to settlement negotiations with insurance reimbursement insurance company (.80). | W001 | RMH | 1.20 |
| 05/05/11 | Follow-up on unresolved disputes in connection with remaining insurance company settlement discussions. | W001 | RYC | 0.70 |
| 05/06/11 | Call with New Jersey appellate court re: obtaining documents filed in case similar to Grace case (.20); perform research online to locate filed documents (.50). | W001 | KES | 0.70 |
| 05/06/11 | Work on new claim valuations. | W001 | MG | 4.30 |
| 05/06/11 | Confer regarding mediation brief. | W001 | RMH | 1.20 |
| 05/09/11 | Review changes and additional revisions to time and expense entries (1.20); prepare monthly fee application (1.40); continue reviewing interim application from local counsel and forward for attorney review (1.20). | W011 | AHP | 3.80 |
| 05/09/11 | Work on new claim valuations. | W001 | MG | 4.30 |
| 05/09/11 | Review and comment upon monthly fee application. | W011 | RYC | 0.60 |
| 05/10/11 | Email team re: amended scheduling order (.10); email team re: similar case filed by another asbestos trust (.30). | W001 | KES | 0.40 |
| 05/10/11 | Work on new claim valuations. | W001 | MG | 5.20 |
| 05/10/11 | Follow-up review and analysis in connection with issues raised in Integrity Liquidator's case information statement. | W001 | RYC | 1.20 |
| 05/10/11 | Review and approve Interim fee applications. | W011 | RYC | 0.30 |
| 05/11/11 | Review payment information and auditor report and forward same. | W011 | AHP | 0.90 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| June 13, 2011 | | INVOICE: | | 243332 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/11/11 | Reviewed and updated W.R. Grace Insurance Company's settlement demand letters summary. | W001 | CKN | 1.50 |
| 05/11/11 | Analyzed settlement agreements and umbrella policies re: payment issues post-confirmation. | W001 | IF | 1.40 |
| 05/11/11 | Work on new claim valuations. | W001 | MG | 4.20 |
| 05/11/11 | Review of status of insurance allocation analysis and attention to outstanding issues. | W001 | RYC | 1.20 |
| 05/12/11 | Review changes and revise fee application. | W011 | AHP | 1.20 |
| 05/12/11 | Analysis of selected insurance settlement agreements and related insurance policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.30 |
| 05/12/11 | Analyzed settlement agreements and umbrella policies re: payment issues post-confirmation. | W001 | IF | 1.40 |
| 05/12/11 | Work on new claim valuations. | W001 | MG | 6.20 |
| 05/12/11 | Case file review and update. | W001 | NJB | 1.30 |
| 05/13/11 | Continue work on new claim valuations. | W001 | MG | 5.20 |
| 05/13/11 | Follow-up review of insurance allocation analysis. | W001 | RYC | 1.80 |
| 05/16/11 | Review changes, finalize draft time and expense entries, monthly application (1.40); additional preparation for interim applications going forward (1.80). | W011 | AHP | 3.20 |
| 05/16/11 | Analyzed settlement agreements and umbrella policies re: post confirmation payment issues. | W001 | IF | 0.40 |
| 05/16/11 | Prepare new claim valuations. | W001 | MG | 2.30 |
| 05/17/11 | Continue preparing monitoring chart and drafting for next interim application. | W011 | AHP | 2.40 |
| 05/17/11 | Additional review of Liquidator's appellate case information statement in order to clarify information contained in filing. | W001 | KES | 0.50 |
| 05/17/11 | Work on new claim valuations. | W001 | MG | 3.80 |
| 05/18/11 | Continue work on new claim valuations. | W001 | MG | 3.20 |
| 05/18/11 | Case file review and update. | W001 | NJB | 1.70 |
| 05/18/11 | Review and update post-bankruptcy pleadings and claims strategies. | W001 | RYC | 1.20 |
| 05/19/11 | Review newly received documents, update monitoring chart. | W011 | AHP | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:       100055.WRG01

June 13, 2011                                            INVOICE:          243332

MATTER: CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/19/11 | Continue preparing interim related documents. | W011 | AHP | 1.20 |
| 05/19/11 | Prepare new claim valuations. | W001 | MG | 4.60 |
| 05/19/11 | Review and analyze plan proponents' mediation statement. | W001 | RMH | 1.80 |
| 05/19/11 | Follow-up review and update post-bankruptcy pleadings and claims strategies. | W001 | RYC | 2.20 |
| 05/20/11 | Reviewed and helped to update estimation of recovery from remaining insurance companies including insolvent insurance companies. | W001 | IF | 1.40 |
| 05/20/11 | Work on new claim valuations and draft memo re: same. | W001 | MG | 5.70 |
| 05/22/11 | Follow-up review and analysis of documentation regarding insolvency recovery potential. | W001 | RYC | 1.30 |
| 05/23/11 | Reviewed information re: ratings, discounts and net present value information for remaining insurance companies. | W001 | IF | 1.20 |
| 05/23/11 | Telephone conference with case manager for Integrity Liquidation re: case status (.30); finalize letter to case manager re: related bankruptcy matters and briefing papers (.50); prepare letter to Liquidator re: W.R. Grace coverage chart (.40). | W001 | KES | 1.20 |
| 05/23/11 | Work on new claim valuations and revise draft memo re: same. | W001 | MG | 4.20 |
| 05/23/11 | Research regarding additional evidence in connection with insolvency recovery potential. | W001 | RYC | 1.10 |
| 05/24/11 | Analysis of selected insurance company settlement agreements and related insurance policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.10 |
| 05/24/11 | Analyzed settlement agreements and umbrella policies re: post confirmation payment issues. | W001 | IF | 0.90 |
| 05/24/11 | Work on new cash flow and settlement analysis. | W001 | MG | 4.30 |
| 05/24/11 | Analysis of impact of recent insolvency collection analysis upon post-bankruptcy pleadings and claims strategies. | W001 | RYC | 1.30 |
| 05/25/11 | Review and update of case files. | W001 | NJB | 2.20 |
| 05/25/11 | Attention to request for claimant information before Judge Fitzgerald. | W001 | RMH | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                                               MATTER:        100055.WRG01

June 13, 2011                                                                                     INVOICE:             243332

MATTER:  CLAIMANTS COMMITTEE                                                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/25/11 | Follow-up analysis of impact of recent insolvency collection analysis upon post-bankruptcy pleadings and settlement issues. | W001 | RYC | 1.20 |
| 05/26/11 | Work on new cash flow and settlement analysis. | W001 | MG | 3.60 |
| 05/27/11 | Additional work on new cash flow and settlement analysis. | W001 | MG | 5.80 |
| 05/27/11 | Analysis of appellate briefing, mediation statements. | W001 | RMH | 2.80 |
| 05/30/11 | Attention to appellate briefs filed by GEICO, Axa Belgium, BNSF, and Libby. | W001 | RMH | 4.30 |
| 05/30/11 | Follow-up research regarding potential recovery from insolvent insurance companies. | W001 | RYC | 1.60 |
| 05/31/11 | Work on new cash flow and settlement analysis. | W001 | MG | 3.70 |
| 05/31/11 | Attention to proposed mediation statements. | W001 | RMH | 2.20 |
| 05/31/11 | Review of status of Integrity appeal and analysis of issues in anticipated brief from Liquidator. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                                                                                          **$92,688.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:           100055.WRG01

June 13, 2011                                                                                  INVOICE:              243332

MATTER:  CLAIMANTS COMMITTEE                                                    ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 18.00 | 4,500.00 |
| Corina K Nastu | 230.00 | 1.50 | 345.00 |
| Glenn F Fields | 345.00 | 5.70 | 1,966.50 |
| Izak Feldgreber | 295.00 | 11.70 | 3,451.50 |
| Kenneth E. Sharperson | 530.00 | 4.70 | 2,491.00 |
| Mark Garbowski | 590.00 | 89.30 | 52,687.00 |
| Nicholas J Balsdon | 215.00 | 7.00 | 1,505.00 |
| Robert M Horkovich | 895.00 | 15.20 | 13,604.00 |
| Robert Y Chung | 595.00 | 20.40 | 12,138.00 |
| **TOTAL FEES:** |  |  | **$92,688.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

June 13, 2011                                         INVOICE:             243332

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                        | HOURS  | TOTALS     |
|------------------------|--------|------------|
| Corina K Nastu         | 1.50   | 345.00     |
| Glenn F Fields         | 5.70   | 1,966.50   |
| Izak Feldgreber        | 11.70  | 3,451.50   |
| Kenneth E. Sharperson  | 4.70   | 2,491.00   |
| Mark Garbowski         | 89.30  | 52,687.00  |
| Nicholas J Balsdon     | 7.00   | 1,505.00   |
| Robert M Horkovich     | 15.20  | 13,604.00  |
| Robert Y Chung         | 19.50  | 11,602.50  |
| **TOTAL:**             | **154.60** | **$87,652.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                  | HOURS | TOTALS    |
|------------------|-------|-----------|
| Arline H Pelton  | 18.00 | 4,500.00  |
| Robert Y Chung   | 0.90  | 535.50    |
| **TOTAL:**       | **18.90** | **$5,035.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

June 13, 2011                                                                          INVOICE:            243332

MATTER:  CLAIMANTS COMMITTEE                                              ROBERT M. HORKOVICH

**COSTS through 05/31/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/20/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 747794186 Tracking Number: 797010551203 Reference: 100055 WRG01 05 134    Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID FREEMAN, ESQ, MAZIE SLATER KATZ & FREEMAN, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 11.89 |
| 05/06/11 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to Appellate Division in Trenton. | E125 | 107.00 |
| 05/09/11 | AP - TELEPHONE - VENDOR: COURT CALL LLC Additional fees for telephonic participation on 4/18/11 hearing | E125 | 35.00 |
| 05/23/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 750925046 Tracking Number: 794788074300 Reference: 100055 WRG01 05 134    Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID FREEMAN, ESQ, MAZIE SLATER KATZ & FREEMAN, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 12.09 |
| 05/23/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 750925046 Tracking Number: 797125879482 Reference: 100055 WRG01 05 134    Billing Note:  From: Kenneth E Sharperson, Anderson Kill & Olick, One Gateway Center, NEWARK, NJ, 07102, US To: STACEY CORTEZ, APPELLATE DIVISION, RICHARD J   HUGHES JUSTICE CENT , TRENTON, NJ, 08625, US | E107 | 12.09 |

**TOTAL COSTS:**                                                                                                     **$178.07**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE        MATTER:     100055.WRG01

June 13, 2011        INVOICE:     243332

MATTER:  CLAIMANTS COMMITTEE        ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 36.07 |
| MR | MESSENGER SERVICE | 107.00 |
| TE | AP - TELEPHONE - | 35.00 |
|  | **TOTAL COSTS:** | **$178.07** |
|  | **TOTAL DUE:** | **$92,866.07** |