Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2011 through May 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 04-May-11 | BR | Review of weekly update report for Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-May-11 | BR | Review of weekly update report for Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 24-May-11 | BR | Tel C w/ James Sinclair to discuss proposed purchase of Grace warrants upon emergence from bankruptcy. | 0.20 | $ 625.00 | $ 125.00 |
| 24-May-11 | BR | Review of COFC weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 26-May-11 | BR | Review of docket report. | 0.40 | $ 625.00 | $ 250.00 |
| 26-May-11 | BR | Review of docket items for purpose of business due diligence. | 0.70 | $ 625.00 | $ 437.50 |
| 27-May-11 | BR | Review of monthly operating report for March 2011. | 1.10 | $ 625.00 | $ 687.50 |
| | | Total Bradley Rapp | 2.70 | | $ 1,687.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 02-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 11-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 11-May-11 | JS | Review, analyze 1st Quarter 2011 10-Q for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 625.00 | $ 1,750.00 |
| 16-May-11 | JS | Further review and analysis of 1st Quarter 2011 10-Q for monitoring and in preparation for meeting with Blackstone on 5/17/11. | 2.90 | $ 625.00 | $ 1,812.50 |
| 16-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 17-May-11 | JS | One-half travel time, not working (1/2 x 1.6 hours) to/from Blackstone's NYC office (345 Park Ave) for meeting with O'Connell regarding warrant proposal. | 0.80 | $ 625.00 | $ 500.00 |
| 17-May-11 | JS | Meeting with O'Connell and Lincoln International (Radecki and Solganick) for presentation of warrant proposal to ACC and FCR by Blackstone and follow-on meeting with Lincoln to discuss proposal. | 1.00 | $ 625.00 | $ 625.00 |
| 17-May-11 | JS | Review, analyze Blackstone document regarding warrant proposal for purposes of advising ACC counsel. | 2.20 | $ 625.00 | $ 1,375.00 |
| 24-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 24-May-11 | JS | Call with Rapp to discuss Grace/Blackstone warrant purchase proposal for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| | | Total James Sinclair | 12.30 | | $ 7,687.50 |
| **Peter Cramp - Associate** | | | | | |
| 02-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 09-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 16-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| 23-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 24-May-11 | PC | Review Discussion Materials presentation regarding warrants by Blackstone for due diligence. | 0.50 | $ 345.00 | $ 172.50 |
| 25-May-11 | PC | Review April Fee Application. | 0.20 | $ 345.00 | $ 69.00 |
| 31-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| | | Total Peter Cramp | 8.10 | | $ 2,794.50 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 25-May-11 | GS | Draft and review April 2011 Fee Application. | 1.10 | $ 290.00 | $ 319.00 |
| | | Total Gibbons Sinclair | 1.10 | | $ 319.00 |
| | | **TOTAL** | 24.20 | | $ 12,488.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2011 through May 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 02-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 04-May-11 | BR | Review of weekly update report for Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 09-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 11-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 11-May-11 | BR | Review of weekly update report for Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 16-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 16-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| 23-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 24-May-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 24-May-11 | BR | Review of COFC weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 27-May-11 | BR | Review of monthly operating report for March 2011. | 1.10 | $ 625.00 | $ 687.50 |
| 31-May-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| | | Total Asset Analysis and Recovery | 11.20 | | $ 4,928.00 |
| Case Administration | | | | | |
| 26-May-11 | BR | Review of docket report. | 0.40 | $ 625.00 | $ 250.00 |
| 26-May-11 | BR | Review of docket items for purpose of business due diligence. | 0.70 | $ 625.00 | $ 437.50 |
| | | Total Case Administration | 1.10 | | $ 687.50 |
| Fee Applications (Applicant) | | | | | |
| 25-May-11 | PC | Review April Fee Application. | 0.20 | $ 345.00 | $ 69.00 |
| 25-May-11 | GS | Draft and review April 2011 Fee Application. | 1.10 | $ 290.00 | $ 319.00 |
| | | Total Fee Applications (Applicant) | 1.30 | | $ 388.00 |
| Travel (non-working) | | | | | |
| 17-May-11 | JS | One-half travel time, not working (1/2 x 1.6 hours) to/from Blackstone's NYC office (345 Park Ave) for meeting with O'Connell regarding warrant proposal. | 0.80 | $ 625.00 | $ 500.00 |
| | | Total Travel (non-working) | 0.80 | | $ 500.00 |
| Asset Disposition | | | | | |
| 17-May-11 | JS | Meeting with O'Connell and Lincoln International (Radecki and Solganick) for presentation of warrant proposal to ACC and FCR by Blackstone and follow-on meeting with Lincoln to discuss proposal. | 1.00 | $ 625.00 | $ 625.00 |
| 17-May-11 | JS | Review, analyze Blackstone document regarding warrant proposal for purposes of advising ACC counsel. | 2.20 | $ 625.00 | $ 1,375.00 |
| 24-May-11 | JS | Call with Rapp to discuss Grace/Blackstone warrant purchase proposal for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| 24-May-11 | BR | Tel C w/ James Sinclair to discuss proposed purchase of Grace warrants upon emergence from bankruptcy. | 0.20 | $ 625.00 | $ 125.00 |
| 24-May-11 | PC | Review Discussion Materials presentation regarding warrants by Blackstone for due diligence. | 0.50 | $ 345.00 | $ 172.50 |
| | | Asset Disposition | 4.10 | | $ 2,422.50 |
| Valuation | | | | | |
| 11-May-11 | JS | Review, analyze 1st Quarter 2011 10-Q for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 625.00 | $ 1,750.00 |
| 16-May-11 | JS | Further review and analysis of 1st Quarter 2011 10-Q for monitoring and in preparation for meeting with Blackstone on 5/17/11. | 2.90 | $ 625.00 | $ 1,812.50 |
| | | Total Valuation | 5.70 | | $ 3,562.50 |
| | | **TOTAL** | 24.20 | | $ 12,488.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2011 through May 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.70 | $ 625.00 | $ 1,687.50 |
| James Sinclair - Senior Managing Director | 12.30 | $ 625.00 | $ 7,687.50 |
| Peter Cramp - Associate | 8.10 | $ 345.00 | $ 2,794.50 |
| Gibbons Sinclair - Senior Analyst | 1.10 | $ 290.00 | $ 319.00 |
| Total Professional Hours and Fees | 24.20 | | $ 12,488.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - May 1, 2011 through May 31, 2011

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period | |
|      | Total Expenses May 1, 2011 through May 31, 2011 | $0.00 |