## EXHIBIT A

**Asset Analysis and Recovery (.40 Hours; $ 362.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $905 | 362.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/18/11 | PVL | 905.00 | 0.40 | Rv draft mediation stmt re CNA appeal |

**Total Task Code .01      .40**


**Business Operations (.10 Hours; $ 90.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $905 | 90.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/16/11 | PVL | 905.00 | 0.10 | Rv 3/11 MOR |

**Total Task Code .03      .10**


**Case Administration (.80 Hours; $ 652.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $905 | 543.00 |
| Rita C. Tobin | .20 | $545 | 109.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/11 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 05/02/11 | RCT | 545.00 | 0.20 | Review local counsel rec. and dkt re: EI update (.2). |
| 05/10/11 | PVL | 905.00 | 0.10 | Rv agenda and email Hurford |

| 05/18/11 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| --- | --- | --- | --- | --- |
| 05/23/11 | PVL | 905.00 | 0.10 | Rv 8 misc. filings |
| 05/27/11 | PVL | 905.00 | 0.10 | Rv email and 3 misc. filings |
| 05/31/11 | PVL | 905.00 | 0.10 | Rv 10 misc filings |

**Total Task Code .04**      .80


**Fee Applications, Applicant (5.20 Hours; $ 1,844.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Rita C. Tobin | 2.20 | $545 | 1,199.00 |
| Eugenia Benetos | 3.00 | $215 | 645.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 05/09/11 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 05/13/11 | RCT | 545.00 | 0.90 | Review prebills |
| 05/16/11 | EB | 215.00 | 0.30 | Work on fee application schedule. |
| 05/17/11 | RCT | 545.00 | 0.30 | Emails and conference EB, JR re: fee orders/reductions (.3). |
| 05/19/11 | EB | 215.00 | 1.50 | Work on interim fee application. |
| 05/25/11 | EB | 215.00 | 1.20 | Work on monthly fee application. |

**Total Task Code .12**      5.20


**Litigation and Litigation Consulting (831.70 Hours; $ 382,296.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 1.00 | $1,000 | 1,000.00 |

| | | | |
|---|---:|---:|---:|
| Peter Van N. Lockwood | 73.40 | $905 | 66,427.00 |
| Kevin C. Maclay | 178.90 | $535 | 95,711.50 |
| Jeffrey A. Liesemer | 153.70 | $535 | 82,229.50 |
| James P. Wehner | 78.40 | $535 | 41,944.00 |
| Jeanna Rickards Koski | 63.60 | $380 | 24,168.00 |
| Todd E. Phillips | 67.30 | $340 | 22,882.00 |
| Erroll G. Butts | 54.00 | $245 | 13,230.00 |
| Kate G. Henningsen | 46.20 | $240 | 11,088.00 |
| Sara Joy DelSavio | 68.10 | $205 | 13,960.50 |
| Sayem Osman | 4.50 | $205 | 922.50 |
| Mollie E. Gelburd | 42.60 | $205 | 8,733.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/11 | JAL | 535.00 | 3.30 | Review and analysis of materials in prep. for Appellees' answering brief. |
| 05/01/11 | EGB | 245.00 | 5.00 | Organize file room and review binders |
| 05/01/11 | JMR | 380.00 | 8.40 | Draft section of plan proponents' response to Libby claimants' appeal brief |
| 05/02/11 | PVL | 905.00 | 3.70 | Work on response briefs (1.5); cn KCM re same (2.0); rv emails re briefing and reply (.2) |
| 05/02/11 | MEG | 205.00 | 2.70 | Retrieve all trial briefs from PACER for JMR (.8); prepare sets of same and distribute for attorney review (.4); review docket for appeal briefs and prepare same for JMR (1.5) |
| 05/02/11 | JAL | 535.00 | 7.70 | Review and analysis of materials in prep. for Appellees' answering brief. |
| 05/02/11 | JAL | 535.00 | 0.10 | Office conf. w/JMR re: Appellees' answering brief. |
| 05/02/11 | JPW | 535.00 | 5.50 | Read Garlock appellate brief (1.3); research appeal issues (2.1); draft response outline (1.9); meet with KCM re BNSF issues (.2) |
| 05/02/11 | KCM | 535.00 | 7.60 | Telephone conference with FCR re briefs (.2); communicate with PVNL re briefs (1.5); review outline of CNA/BNSF and Libby issues (.3); draft/revise brief sections and review/analyze related briefs, cases and materials (5.6) |
| 05/02/11 | JMR | 380.00 | 4.20 | Draft section of plan proponents' response to Libby claimants' appeal brief |

| 05/02/11 | TEP | 340.00 | 4.80 | Review appellate briefs; legal research re: appellate issues pertaining to BNSF (4.0); confer with KCM re: same (0.8). |
|---|---|---|---|---|
| 05/02/11 | SJD | 205.00 | 0.90 | Performed research re: DE local rules per KGH. |
| 05/02/11 | KGH | 240.00 | 7.90 | Research legal issues for draft appellate brief. |
| 05/03/11 | PVL | 905.00 | 4.30 | Rv emails (.2); teleconference EI (.6); work on BNSF response br. (3.5) |
| 05/03/11 | MEG | 205.00 | 5.40 | Review insurance briefs and their joinder briefs and compile specific cases and references for TEP & KCM (2.4); prepare physical sets of same for TEP & KCM (.7) Identify Joint Appendix references in certain insurance briefs and provide reference cites for KCM (2.3) |
| 05/03/11 | JAL | 535.00 | 4.20 | Review and analysis of materials in prep. of Appellees' answering brief. |
| 05/03/11 | JAL | 535.00 | 0.20 | Review of N. Finch's comments on outline of answering brief. |
| 05/03/11 | JPW | 535.00 | 4.70 | Garlock appellate issues (2.2); draft appellate brief (2.5) |
| 05/03/11 | KCM | 535.00 | 4.70 | Draft/revise brief sections and review/analyze related briefs, cases and materials |
| 05/03/11 | JMR | 380.00 | 7.40 | Draft section of plan proponents' response to Libby claimants' appeal brief |
| 05/03/11 | TEP | 340.00 | 6.50 | Legal research re: appellate issues pertaining to BNSF (6.1); confer with KCM re: same (.4). |
| 05/03/11 | KGH | 240.00 | 8.20 | Research legal issues and write draft appellate brief. |
| 05/04/11 | PVL | 905.00 | 0.90 | Rv emails and reply (.5); rs re response to Garlock brief (.4) |
| 05/04/11 | MEG | 205.00 | 5.90 | Identify Joint Appendix references in brief re BNSF and provide reference cites for JRK (1.3); record check all quotations in same for JRK (2.8); identify Joint Appendix references in Libby Answering brief and provide references for JRK (1.8) |
| 05/04/11 | JAL | 535.00 | 4.90 | Review and analysis of materials relating to legal issues on appeal. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/04/11 | JAL | 535.00 | 2.20 | Review and analysis of materials in prep. for Appellee answering brief. |
| 05/04/11 | JAL | 535.00 | 0.20 | Review of e-mails by PVNL re: legal issues on appeal. |
| 05/04/11 | JPW | 535.00 | 7.30 | Research confirmation issues (2.5); draft responsive brief sections (4.8) |
| 05/04/11 | KCM | 535.00 | 8.90 | Review/analyze internal correspondence re briefing issue (.2); draft/revise BNSF brief action, and review/analyze related briefs, cases and materials (8.7) |
| 05/04/11 | JMR | 380.00 | 15.20 | Draft section of plan proponents' response to Libby claimants' appeal brief |
| 05/04/11 | TEP | 340.00 | 11.50 | Legal research re: appellate issues pertaining to BNSF (11.1); confer with KCM re: same (.4). |
| 05/04/11 | SJD | 205.00 | 0.90 | Assisted with citations per KGH. |
| 05/04/11 | KGH | 240.00 | 8.70 | Research legal issues and write draft appellate brief. |
| 05/05/11 | PVL | 905.00 | 1.10 | Cn KCM (.3); rv emails and reply (.1); tcn Wyron and JPW (.5); cn JPW (.2) |
| 05/05/11 | MEG | 205.00 | 6.40 | Review select appeal briefs for TEP and compile cases cited (.6); research dockets in select cases for plan confirmation pleadings for TEP (4.3); organize and prepare sets of same (.8); create index of all documents retrieved (.3); check cites per Bluebook per TEP (.4) |
| 05/05/11 | MEG | 205.00 | 2.00 | Review brief re BNSF to determine references cited in Joint Appendix and make edits to reflect the same |
| 05/05/11 | JAL | 535.00 | 6.30 | Review and analysis of materials in prep. of Appellee answering briefs. |
| 05/05/11 | JAL | 535.00 | 0.20 | Tele. call w/N. Fritzer re: plan issues on appeal. |
| 05/05/11 | JAL | 535.00 | 0.10 | Reviewed e-mails from J. Donley re: plan issues on appeal. |
| 05/05/11 | JAL | 535.00 | 0.20 | Drafted and revised e-mail to PVNL, J. Donley, and N. Fritzer. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/05/11 | JAL | 535.00 | 0.20 | Office conference w/JMR re: answering brief and issues on appeal. |
| 05/05/11 | JPW | 535.00 | 8.00 | Draft response brief (6.7); e-mails re response brief (.3); telephone conference with PVNL and R. Wyron re Garlock brief (.5); telephone conference with PVNL re Garlock brief (.2); meet with JMR rte appeal issues (.3) |
| 05/05/11 | KCM | 535.00 | 12.90 | Meet with PVNL re appeal issues (.3); draft/revise BNSF section of brief and review/analyze related briefs, cases and materials (12.6) |
| 05/05/11 | JMR | 380.00 | 14.10 | Draft section of plan proponents' response to Libby claimants' appeal brief |
| 05/05/11 | TEP | 340.00 | 2.90 | Legal research re: appellate issues pertaining to BNSF (2.4); prepare and edit brief re: same (.4); confer with KCM re: same (.1) |
| 05/05/11 | SJD | 205.00 | 1.00 | Meeting with KCM, EGB and SO re: filings. |
| 05/05/11 | SJD | 205.00 | 1.70 | Assisted KGH with citation formats. |
| 05/05/11 | SO1 | 205.00 | 4.50 | Cite check jury section of the appeal brief |
| 05/05/11 | KGH | 240.00 | 7.80 | Research legal issues and write draft appellate brief. |
| 05/06/11 | PVL | 905.00 | 3.80 | Teleconference Wisler (.5); tcn Esayian, Horkovich, Mehaley, and Giannotto (.9), rv draft resp. to BNSF (.5); cn KCM re resp. to BNSF (1.9) |
| 05/06/11 | MEG | 205.00 | 2.80 | Review brief re Libby for documents contained in Joint Appendix and identify correct references for attorney review. |
| 05/06/11 | JAL | 535.00 | 1.30 | Review and analysis of materials in prep. of Appellees' answering briefs. |
| 05/06/11 | JAL | 535.00 | 0.10 | Office conf. w/JMR re: answering briefs. |
| 05/06/11 | JAL | 535.00 | 7.00 | Drafting and revisions to Libby answering brief. |
| 05/06/11 | JPW | 535.00 | 2.10 | Draft responsive brief section |
| 05/06/11 | EGB | 245.00 | 7.50 | Cite check Libby Brief for Kate |
| 05/06/11 | KCM | 535.00 | 7.10 | Plan/prepare for and meet with PVNL re BNSF issues (1.9); draft/revise brief sections and |

| | | | | |
|---|---|---|---|---|
| | | | | review/analyze related briefs, cases and materials (5.2) |
| 05/06/11 | JMR | 380.00 | 12.70 | Draft section of plan proponents' response to Libby claimants' appeal brief |
| 05/06/11 | TEP | 340.00 | 1.60 | Prepare and edit appellate brief re: BNSF (1.5); confer with KCM re: same (.1). |
| 05/06/11 | KGH | 240.00 | 1.10 | Finish drafting Libby claimant brief section. |
| 05/07/11 | JAL | 535.00 | 9.30 | Drafting and revisions to Libby response brief. |
| 05/08/11 | JAL | 535.00 | 8.20 | Further drafting and revisions to Libby response brief. |
| 05/08/11 | JPW | 535.00 | 6.10 | Draft responsive appellate brief |
| 05/08/11 | EGB | 245.00 | 6.00 | Cite check Libby Brief for Kate |
| 05/09/11 | PVL | 905.00 | 0.90 | Rv emails (.1); rv draft resp. to Libby brief (.8) |
| 05/09/11 | JAL | 535.00 | 7.40 | Drafting and revisions to Libby response brief. |
| 05/09/11 | JAL | 535.00 | 0.10 | Office conf. w/JMR re: Libby response brief. |
| 05/09/11 | JAL | 535.00 | 0.10 | Tele. call w/KGH re: Libby response brief. |
| 05/09/11 | JAL | 535.00 | 0.30 | Tele. call w/Debtors' counsel re: legal issues relating to appeal. |
| 05/09/11 | JPW | 535.00 | 8.30 | Draft appellate response arguments (7.8); meet with KCM re standing issues (.3); meet with JMR re briefing (.2) |
| 05/09/11 | KCM | 535.00 | 15.30 | Draft/revise BNSF section of brief and review/analyze related briefs, cases and materials (14.1); review/analyze various brief sections and related materials (1.2) |
| 05/09/11 | JMR | 380.00 | 1.20 | Review revised section of brief responding to Libby claimants' appeal and edit |
| 05/09/11 | KGH | 240.00 | 0.70 | Proof read draft brief. |
| 05/10/11 | PVL | 905.00 | 2.70 | Tcn Finch and JAL re draft brief (1.1); cn JAL re draft brief (1.0); rv draft resp. to Garlock (.4); cn JPW re same (.2) |

| | | | | |
|---|---|---|---|---|
| 05/10/11 | JAL | 535.00 | 1.10 | Editing and revisions to Appellee briefs. |
| 05/10/11 | JAL | 535.00 | 1.00 | Tele. conf. w/PVNL and N. Finch re: appellate briefing issues. |
| 05/10/11 | JAL | 535.00 | 1.00 | Tele. conf. w/PVNL re: appellate briefing issues. |
| 05/10/11 | JAL | 535.00 | 4.20 | Further drafting and revisions to Libby response brief. |
| 05/10/11 | JPW | 535.00 | 1.00 | Research confirmation issue |
| 05/10/11 | EGB | 245.00 | 9.00 | Cite check Grace Brief for JAL |
| 05/10/11 | KCM | 535.00 | 7.90 | Draft/revise BNSF section and review/analyze related briefs, cases and materials |
| 05/10/11 | SJD | 205.00 | 1.30 | Cite-checked and edited BNSF brief per KCM. |
| 05/11/11 | PVL | 905.00 | 5.30 | Rv draft response to BNSF brief (1.0); cns KCM re same (1.0); teleconference JPW re draft resp. to Garlock brief (.6); emails JPW re same (.2); rv revised response to Libby brief and email comments re same (1.7); rv Orrick drafts of response briefs (.6); rv emails (.2) |
| 05/11/11 | MEG | 205.00 | 2.10 | Review brief re BNSF for references cited in Joint Appendix for KCM. |
| 05/11/11 | JAL | 535.00 | 8.40 | Further drafting and revisions to Libby response brief. |
| 05/11/11 | JAL | 535.00 | 0.20 | Drafted e-mail to PVNL, KGH, and EGB re: Libby response brief. |
| 05/11/11 | JAL | 535.00 | 0.20 | Review of e-mail from KGH re: Libby response brief. |
| 05/11/11 | JPW | 535.00 | 3.20 | Telephone conference with PVNL re draft (1.0); revise draft appeal section (1.3); telephone conference with KGH re edits (.4); e-mails re drafts (.5) |
| 05/11/11 | EGB | 245.00 | 8.00 | Cite check Grace Brief for JAL |
| 05/11/11 | KCM | 535.00 | 10.40 | Draft/revise BNSF section of brief and review/analyze related materials (9.7); scan various brief sections (.7) |

| | | | | |
|---|---|---|---|---|
| 05/11/11 | SJD | 205.00 | 10.50 | Cite-checked and edited BNSF brief per KCM. |
| 05/11/11 | KGH | 240.00 | 4.20 | Find record cites for propositions in draft appellate brief (Libby objections) (1.4); find record and legal citations to support proposition in draft appellate brief (Garlock objections) (2.8). |
| 05/12/11 | PVL | 905.00 | 3.00 | Rv revised BNSF response brief (.5); rv K&E draft resp. to Libby brief (1.2); rv K&E draft resp. to AMH brief (.9); rv emails (.1); cn KCM re resp. to Geico brief (.3) |
| 05/12/11 | JAL | 535.00 | 4.50 | Review and editing of draft brief sections. |
| 05/12/11 | JAL | 535.00 | 0.10 | Office conf. w/KCM re: appellate issues relating to plan. |
| 05/12/11 | EGB | 245.00 | 8.50 | Cite check Grace Brief for JAL |
| 05/12/11 | KCM | 535.00 | 12.60 | Review/analyze insurance company briefs and related materials and draft/revise response (10.1); review various plan proponents brief sections (2.2); plan/prepare for and meet with PVNL re insurance issues (.3) |
| 05/12/11 | TEP | 340.00 | 0.50 | Prepare and edit appellate brief re: BNSF (0.4); confer with KCM re same (0.1). |
| 05/12/11 | SJD | 205.00 | 7.50 | Cite-checked and edited third draft of BNSF brief per KCM. |
| 05/13/11 | PVL | 905.00 | 6.00 | Rv K&E draft response briefs (3.8); tcn Shelnitz, Donley, Paul, Hughes, Frankel, Wyron, Felder, JAL et al (.9); cn JAL (.1); tcn Donley, Paul, Wyron, et al (1.0); rv emails re briefing (.2) |
| 05/13/11 | JAL | 535.00 | 8.70 | Reviewed, revisions, and editing to Appellees' main brief. |
| 05/13/11 | JAL | 535.00 | 1.00 | Conf. call w/PVNL and Plan Proponents' counsel re: plan issues on appeal and briefing. |
| 05/13/11 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: plan issues on appeal and briefing. |
| 05/13/11 | JAL | 535.00 | 0.10 | Revised certification for pro hac vice motion in District Court. |

| | | | | |
|---|---|---|---|---|
| 05/13/11 | JAL | 535.00 | 1.00 | Second conf. call w/PVNL and Plan Proponents' counsel re: plan issues on appeal. |
| 05/13/11 | JAL | 535.00 | 0.10 | Confer w/KCM re: briefing issues. |
| 05/13/11 | EGB | 245.00 | 6.00 | Cite check Grace Brief for JAL |
| 05/13/11 | KCM | 535.00 | 9.60 | Draft/revise insurance brief and review/analyze related briefs, cases and materials (8.7); review brief sections (.9) |
| 05/13/11 | SJD | 205.00 | 0.80 | Cite-checked brief per KCM. |
| 05/14/11 | PVL | 905.00 | 0.90 | Rv K&E draft master response brief |
| 05/14/11 | EGB | 245.00 | 4.00 | Cite check Grace Brief for JAL |
| 05/14/11 | KCM | 535.00 | 10.20 | Draft/revise insurance brief and review/analyze related briefs, cases and materials |
| 05/15/11 | PVL | 905.00 | 0.90 | Rv K&E draft briefs and email comments |
| 05/15/11 | KCM | 535.00 | 10.10 | Communicate with TEP re brief issues (.4); draft/revise insurance brief and review/analyze related briefs, cases and materials (9.7) |
| 05/15/11 | TEP | 340.00 | 1.20 | Prepare materials re: insurance appellate brief. |
| 05/16/11 | PVL | 905.00 | 5.10 | Rv K&E draft brief and email comments (1.8); rv KCM draft resp. to Geico and Axa (1.7); cn KCM re same (1.3); rv emails and reply re briefing (.3) |
| 05/16/11 | MEG | 205.00 | 3.20 | Review brief re insurance and record check all citations per KCM. |
| 05/16/11 | JAL | 535.00 | 6.60 | Further drafting and revisions to Libby section of Appellees' main brief. |
| 05/16/11 | JAL | 535.00 | 0.20 | Review of PVNL's comments on draft brief sections. |
| 05/16/11 | JPW | 535.00 | 4.10 | Review main brief; e-mail re same |
| 05/16/11 | KCM | 535.00 | 9.30 | Communicate with PVNL re draft of insurance brief (1.3); draft/revise insurance brief and review/analyze related briefs, cases and materials (7.1); review/analyze plan proponent's internal correspondence re brief (.9) |

| | | | | |
|---|---|---|---|---|
| 05/16/11 | TEP | 340.00 | 5.20 | Prepare and edit brief re: insurance issues (4.9); confer with KCM re: same (.3). |
| 05/16/11 | SJD | 205.00 | 6.30 | Cite checked and edited insurance brief per KCM. |
| 05/16/11 | KGH | 240.00 | 2.10 | Legal research for appellate brief. |
| 05/17/11 | PVL | 905.00 | 1.20 | Rv emails re briefing (.2); tcn Donley, Paul, Frankel, Wyron, Felder, JAL, KCM et al (.8); rv draft brief excerpts and reply (.2) |
| 05/17/11 | MEG | 205.00 | 3.70 | Review brief re insurance for exhibits (.4); locate materials to be used as exhibits from physical and electronic files and create sets of same (1.3); continue to record all citations in brief (2.0) |
| 05/17/11 | JAL | 535.00 | 5.60 | Further drafting and revisions to Libby section of Appellees' brief. |
| 05/17/11 | JAL | 535.00 | 0.80 | Teleconference w/PVNL and Plan Proponents' counsel re: appellate briefing. |
| 05/17/11 | JAL | 535.00 | 0.20 | Review of mark-ups and edits on sections of Appellees' main brief. |
| 05/17/11 | JPW | 535.00 | 6.10 | Review draft appellate sections (1.8); e-mails re drafts (.4); draft Garlock insert (3.9) |
| 05/17/11 | KCM | 535.00 | 9.20 | Attend conference call with Plan Proponents re briefing issues (.7); communicate with TEP re brief issues (.4); draft/revise insurance brief and review related briefs, cases, materials and other brief sections (8.1) |
| 05/17/11 | JMR | 380.00 | 0.40 | Locate case to be cited in response to Garlock's appeal (.2); review section of response prepared by JPW (.2). |
| 05/17/11 | TEP | 340.00 | 6.30 | Prepare and edit brief re insurance issues (5.9); confer with KCM re: same (0.4). |
| 05/17/11 | SJD | 205.00 | 6.80 | Cite checked and edited insurance brief per KCM. |
| 05/18/11 | PVL | 905.00 | 6.20 | Rv draft insert to response to Garlock brief (.1); rv and rz draft responses to Libby brief (3.7); cns JAL re same (.4); draft and email comments re Libby response (1.6); draft and email comments re resp. to BNSF brief (.4) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/18/11 | MEG | 205.00 | 0.80 | Revise exhibits for brief re insurance per KCM. |
| 05/18/11 | JAL | 535.00 | 0.70 | Review and edits to sections of Appellees' main brief. |
| 05/18/11 | JAL | 535.00 | 0.50 | Tele. call w/PVNL re: comments on revised draft of main brief. |
| 05/18/11 | JAL | 535.00 | 2.30 | Further drafting and revisions to Libby section of main brief. |
| 05/18/11 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: issues for briefing on appeal. |
| 05/18/11 | JPW | 535.00 | 3.40 | Revise Garlock section; e-mails re same (1.1); review draft appellate sections (2.3) |
| 05/18/11 | KCM | 535.00 | 5.80 | Review/edit and review/analyze briefs and review/analyze related briefs, cases and materials |
| 05/18/11 | TEP | 340.00 | 4.40 | Prepare and edit brief re insurance issues (4.1); confer with KCM re: same (0.3). |
| 05/18/11 | SJD | 205.00 | 9.90 | Cite checked and edited insurance brief per KCM. |
| 05/19/11 | PVL | 905.00 | 3.50 | Work on briefs (.2); cn JAL & KCM re briefs (.7); rv email and reply re briefs (.2); rv draft response to Lender brief and email comments (1.9); rv draft resp. to insurers (.5) |
| 05/19/11 | EI | 1,000.00 | 1.00 | Read draft brief sections re Libby & BNSF and T/C PVNL (1.0) |
| 05/19/11 | JAL | 535.00 | 5.40 | Review and editing of Appellees' briefs. |
| 05/19/11 | JAL | 535.00 | 0.40 | Confer w/PVNL and KCM re: briefing issues on appeal. |
| 05/19/11 | KCM | 535.00 | 7.10 | Draft/revise insurance brief and review/analyze related briefs, cases and materials (5.9); review brief sections (1.2) |
| 05/19/11 | TEP | 340.00 | 2.20 | Prepare and edit brief re insurance issues (1.8); confer with KCM re: same (0.4). |
| 05/19/11 | SJD | 205.00 | 3.60 | Finalized edits to insurance brief draft per KCM |
| 05/20/11 | JAL | 535.00 | 4.80 | Further review and editing of Appellees' briefs. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/20/11 | JAL | 535.00 | 0.10 | Reviewed e-mail from J. Donley re: next steps forward on briefing. |
| 05/20/11 | JPW | 535.00 | 1.70 | Review draft brief |
| 05/20/11 | KCM | 535.00 | 8.20 | Draft/revise insurance brief and review/analyze related briefs, cases and materials |
| 05/20/11 | TEP | 340.00 | 4.70 | Prepare and edit brief re insurance issues (4.0); confer with SJD re: same (0.2); confer with KCM re: same (0.5). |
| 05/20/11 | SJD | 205.00 | 3.20 | Edited updated draft of insurance brief per KCM. |
| 05/21/11 | JAL | 535.00 | 0.40 | Drafted and revised e-mail to R. Frankel in response to comments on main Appellee brief. |
| 05/21/11 | JAL | 535.00 | 4.50 | Further review and editing of draft briefs. |
| 05/21/11 | SJD | 205.00 | 2.00 | Cite checked and edited insurance brief per KCM. |
| 05/22/11 | KCM | 535.00 | 2.70 | Review/analyze brief and related briefs, cases and other materials |
| 05/22/11 | TEP | 340.00 | 1.10 | Review appellate briefing. |
| 05/22/11 | SJD | 205.00 | 3.00 | Cite checked and edited insurance brief per KCM. |
| 05/23/11 | PVL | 905.00 | 8.60 | Work on main Appellees' brief (5.2); tcn Donley et al re same (.5); cn JAL re same (.2); work on insurance Appellees brief and cns KCM re same (.5); rv email (.1); rv draft Appellees' brief re Lenders and cn JAL re comments (1.1); rv draft CNA response brief and email comments (.9); rv revised med. stmt (.1) |
| 05/23/11 | JAL | 535.00 | 0.40 | Drafted and revised e-mail to R. Donley re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 3.80 | Further revisions and editing to draft Appellee briefs. |
| 05/23/11 | JAL | 535.00 | 0.50 | Conf. call w/Plan Proponents' counsel re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 0.30 | Tele. call w/PVNL re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 0.10 | Tele. call w/KCM and JPW re: insurance-related brief. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/23/11 | JAL | 535.00 | 0.40 | Reviewed memo from PVNL re: insurance-related brief. |
| 05/23/11 | JAL | 535.00 | 0.20 | Second tele. call w/PVNL re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 0.10 | Third tele. call w/PVNL re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 0.10 | E-mail to KCM and JPW re: comments on briefs. |
| 05/23/11 | JAL | 535.00 | 1.70 | Drafted and revised memos to Plan Proponents re: comments on Grace briefs. |
| 05/23/11 | JPW | 535.00 | 3.70 | Review draft revisions (2.8); e-mails re revisions (.4); meet with KCM re revisions (.5) |
| 05/23/11 | KCM | 535.00 | 8.30 | Review brief sections (1.7); draft/revise insurance brief and review/analyze related briefs, cases and materials (6.6) |
| 05/23/11 | TEP | 340.00 | 2.40 | Prepare and edit brief re insurance issues (2.0); confer with KCM re: same (0.4). |
| 05/23/11 | SJD | 205.00 | 2.70 | Edited and cite checked final draft of insurance brief per KCM. |
| 05/24/11 | PVL | 905.00 | 5.70 | Work on main Appellees' brief (5.2); tcn Donley et al re same (.5) |
| 05/24/11 | MEG | 205.00 | 2.10 | Finalize exhibits in brief re insurance per KCM (.2); final review of same for record cites (1.9) |
| 05/24/11 | JAL | 535.00 | 0.10 | E-mail exchange w/J. Donley re: revised argument section of brief. |
| 05/24/11 | JAL | 535.00 | 8.10 | Review and editing of revised draft of the main brief. |
| 05/24/11 | JAL | 535.00 | 0.10 | Tele. call w/J. Donley re: comments on revised argument section of main brief. |
| 05/24/11 | JAL | 535.00 | 0.30 | Drafted and revised e-mail to PVNL and NDF re: revised draft of main brief's argument section. |
| 05/24/11 | JAL | 535.00 | 0.80 | Confer w/PVNL, JPW and KCM re: issues on appeal. |
| 05/24/11 | JAL | 535.00 | 0.50 | Teleconference w/Plan Proponents re: issues on appeal and briefing. |
| 05/24/11 | JAL | 535.00 | 0.10 | Confer w/PVNL re: comments on draft briefs. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/24/11 | JPW | 535.00 | 6.80 | E-mails re edits (.8); review and edit draft briefs (5.2); telephone conference with Plan Proponents re same (.5); meet with KCM re edits (.3) |
| 05/24/11 | KCM | 535.00 | 3.10 | Review/edit brief and review/analyze related materials |
| 05/24/11 | TEP | 340.00 | 2.70 | Prepare and edit brief re insurance issues (2.4); confer with KCM re: same (0.3). |
| 05/24/11 | SJD | 205.00 | 2.20 | Edited insurance brief and TOA for filing per KCM. |
| 05/24/11 | KGH | 240.00 | 1.40 | Review and edit appellate brief. |
| 05/25/11 | PVL | 905.00 | 5.60 | Work on main Appellees' brief (3.9); tcns Donley et al re same (.9); rv Travelers brief (.3); rv MCC brief (.3); rv PDFCR brief (.1); rv emails and reply re briefing (.1) |
| 05/25/11 | MEG | 205.00 | 0.80 | Review docket for briefs relating to plan confirmation per KCM. |
| 05/25/11 | MEG | 205.00 | 1.80 | Research and review prior insurance trial briefs for selected defense techniques per KCM. |
| 05/25/11 | JAL | 535.00 | 6.20 | Further review and editing of draft Appellees' main brief. |
| 05/25/11 | JAL | 535.00 | 0.50 | Conference call w/Plan Proponents' counsel re: comments on draft Appellees' main brief. |
| 05/25/11 | JAL | 535.00 | 0.50 | Review Appellees' briefs filed by CNA and Travelers. |
| 05/25/11 | JAL | 535.00 | 0.40 | Second conf. call w/Plan Proponents' counsel re: comments on draft Appellees' main brief. |
| 05/25/11 | JPW | 535.00 | 6.40 | Review and edit main brief (3.8); meet with KGH re transcript issues (.2); telephone conference with Plan Proponents (.4); review and edit insurance brief (1.1); e-mails re edits to briefs (.9) |
| 05/25/11 | KCM | 535.00 | 7.90 | Communicate with TEP re brief (.6); draft/revise brief and review/analyze related materials (7.3) |
| 05/25/11 | TEP | 340.00 | 9.10 | Prepare and edit brief re insurance issues (8.5); confer with KCM re: same (0.6). |

| 05/25/11 | SJD | 205.00 | 3.80 | Finalized insurance brief per KCM. |
| 05/25/11 | KGH | 240.00 | 4.10 | Edit and find missing citations for appellate brief. |
| 05/26/11 | PVL | 905.00 | 2.20 | Rv final version of main brief and email Donley et al re errata (1.7); cn JAL re appeal arg. (.3); rv revised med. brief (.1), rv Arrowood brief (.1) |
| 05/26/11 | MEG | 205.00 | 1.70 | Review docket and retrieve select briefs for KCM (1.1); create sets and index of the same (.6) |
| 05/26/11 | JAL | 535.00 | 0.30 | Confer w/PVNL re: confirmation appellate briefing and oral argument. |
| 05/26/11 | KCM | 535.00 | 0.00 | Review correspondence re briefs |
| 05/27/11 | PVL | 905.00 | 0.30 | Rv draft CNA mediation stmt. and emails re same & reply (.2); email Donley et al (.1) |
| 05/31/11 | PVL | 905.00 | 1.50 | Tc with Cooney (.3); TC with Wyron (1.2) |
| 05/31/11 | MEG | 205.00 | 1.20 | Review docket and retrieve select briefs for KCM (.8); create index of copies of same (.4) |
| 05/31/11 | JAL | 535.00 | 0.20 | Review and analysis of materials re: confirmation issues on appeal. |

**Total Task Code .16**      **831.70**


**Plan & Disclosure Statement (2.60 Hours; $ 1,601.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $1,000 | 1,000.00 |
| Ann C. McMillan | .20 | $625 | 125.00 |
| Andrew J. Sackett | 1.40 | $340 | 476.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/11 | ACM | 625.00 | 0.10 | Teleconference C. Bosch re document repository. |
| 05/03/11 | EI | 1,000.00 | 0.80 | Memo Horkovitch re insurance estimate (0.1); T/C PVNL re mediation of appeal (0.2); T/C PVNL re BNSF and Libby briefs (0.2); reading BNSF brief (0.3) |

| | | | | |
|---|---|---|---|---|
| 05/04/11 | AJS | 340.00 | 0.50 | Prep and review of emails to and from TEP re TDP provisions (0.1); legal research re TDPs (0.4). |
| 05/05/11 | AJS | 340.00 | 0.90 | Prep and review of emails to and from TEP re extraordinary claims and trust distribution procedures (0.2); legal research re extraordinary claims and trust distribution procedures (0.6); meeting w/ TEP re extraordinary claims and trust distribution procedures (0.1). |
| 05/11/11 | EI | 1,000.00 | 0.20 | T/C Sinclair re warrants issue (0.2) |
| 05/23/11 | ACM | 625.00 | 0.10 | Teleconference Grace claimant. |

**Total Task Code .17        2.60**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 13.83 |
| Charge of Cell and/or Home Phone Useage | 115.12 |
| Database Research | 16,611.52 |
| Long Distance-Equitrac In-House | 3.64 |
| Postage & Air Freight | 0.44 |
| Xeroxing | 802.00 |
| **Total:** | **$ 17,546.55** |