**EXHIBIT B**

**Asset Analysis and Recovery (.40 Hours; $ 362.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01        .40**


**Business Operations (.10 Hours; $ 90.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03        .10**


**Case Administration (.80 Hours; $ 652.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        .80**


**Fee Applications, Applicant (5.20 Hours; $ 1,844.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.20**


**Litigation and Litigation Consulting (831.70 Hours; $ 382,296.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        831.70**


**Plan & Disclosure Statement (2.60 Hours; $ 1,601.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        2.60**