## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 13.83 |
| Charge of Cell and/or Home Phone Useage | 115.12 |
| Database Research | 16,611.52 |
| Long Distance-Equitrac In-House | 3.64 |
| Postage & Air Freight | 0.44 |
| Xeroxing | 802.00 |
| **Total:** | **$ 17,546.55** |