| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| **Matter      000** | **Disbursements** | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2011

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 5/23/2011 | 13,655 |

Client Retainers Available     $4,806.34     Committed to Invoices:     $0.00     Remaining:     $4,806.34

Total Expenses Billed To Date     $3,896,723.69

| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 13.83 | 0.00 | 13.83 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 24.80 | 0.00 | 24.80 |
| 0236 | BAW | Beverly A White | 0.00 | 38.30 | 0.00 | 38.30 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 35.40 | 0.00 | 35.40 |
| 0245 | PT  | Paula  Taylor | 0.00 | 1.00 | 0.00 | 1.00 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 56.40 | 0.00 | 56.40 |
| 0305 | MEG | Mollie E Gelburd | 0.00 | 610.90 | 0.00 | 610.90 |
| 0334 | JPW | James P Wehner | 0.00 | 8.90 | 0.00 | 8.90 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 16.20 | 0.00 | 16.20 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 1.60 | 0.00 | 1.60 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 16,739.22 | 0.00 | 16,739.22 |
| **Total Fees** | | | **0.00** | **17,546.55** | **0.00** | **17,546.55** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2688486 | Photocopy | | E | 05/02/2011 | 0255 | DAT | 0.00 | $8.70 | 0.00 | $8.70 | 8.70 |
| 2695035 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $36.40 | 0.00 | $36.40 | 45.10 |
| 2695044 | Photocopy | | E | 05/03/2011 | 0255 | DAT | 0.00 | $32.30 | 0.00 | $32.30 | 77.40 |
| 2695046 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $5.20 | 0.00 | $5.20 | 82.60 |
| 2695051 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $26.80 | 0.00 | $26.80 | 109.40 |
| 2695058 | Photocopy | | E | 05/03/2011 | 0220 | SKL | 0.00 | $24.80 | 0.00 | $24.80 | 134.20 |
| 2695067 | Photocopy | | E | 05/03/2011 | 0245 | PT | 0.00 | $1.00 | 0.00 | $1.00 | 135.20 |
| 2695082 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $34.30 | 0.00 | $34.30 | 169.50 |
| 2695083 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $0.40 | 0.00 | $0.40 | 169.90 |
| 2695085 | Photocopy | | E | 05/03/2011 | 0305 | MEG | 0.00 | $9.10 | 0.00 | $9.10 | 179.00 |
| 2695089 | Photocopy | | E | 05/04/2011 | 0305 | MEG | 0.00 | $2.50 | 0.00 | $2.50 | 181.50 |
| 2695092 | Photocopy | | E | 05/04/2011 | 0305 | MEG | 0.00 | $8.90 | 0.00 | $8.90 | 190.40 |
| 2695127 | Photocopy | | E | 05/04/2011 | 0255 | DAT | 0.00 | $15.40 | 0.00 | $15.40 | 205.80 |
| 2695150 | Photocopy | | E | 05/04/2011 | 0338 | KCM | 0.00 | $16.20 | 0.00 | $16.20 | 222.00 |
| 2691251 | Equitrac - Long Distance to 15105599980 | | E | 05/04/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 222.08 |
| 2691304 | Equitrac - Long Distance to 12123199240 | | E | 05/04/2011 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 222.28 |
| 2691306 | Equitrac - Long Distance to 12123199240 | | E | 05/04/2011 | 0999 | C&D | 0.00 | $0.72 | 0.00 | $0.72 | 223.00 |
| 2692142 | Equitrac - Long Distance to 18133015065 | | E | 05/05/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 223.08 |

C&D

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2692224 | Equitrac - Long Distance to 13028886258 | | E | 05/05/2011 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 223.16 |
| 2695168 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $7.60 | 0.00 | $7.60 | 230.76 |
| 2695170 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.10 | 0.00 | $3.10 | 233.86 |
| 2695172 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $19.60 | 0.00 | $19.60 | 253.46 |
| 2695173 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.30 | 0.00 | $3.30 | 256.76 |
| 2695181 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $12.80 | 0.00 | $12.80 | 269.56 |
| 2695182 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 272.96 |
| 2695198 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $12.40 | 0.00 | $12.40 | 285.36 |
| 2695217 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $18.90 | 0.00 | $18.90 | 304.26 |
| 2695258 | Photocopy | | E | 05/06/2011 | 0305 | MEG | 0.00 | $3.50 | 0.00 | $3.50 | 307.76 |
| 2695276 | Photocopy | | E | 05/06/2011 | 0305 | MEG | 0.00 | $12.50 | 0.00 | $12.50 | 320.26 |
| 2691738 | Pacer Service Center -Database Research Svc., 1/1/11 - 3/31/11 | | E | 05/06/2011 | 0999 | C&D | 0.00 | $115.12 | 0.00 | $115.12 | 435.38 |
| 2692438 | Equitrac - Long Distance to 12124464833 | | E | 05/09/2011 | 0999 | C&D | 0.00 | $0.92 | 0.00 | $0.92 | 436.30 |
| 2692495 | Postage | | E | 05/09/2011 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 436.74 |
| 2692604 | Federal Express -Delivery to M.Brushwood, 4/28/11 (EI) | | E | 05/10/2011 | 0120 | EI | 0.00 | $13.83 | 0.00 | $13.83 | 450.57 |
| 2695389 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $18.40 | 0.00 | $18.40 | 468.97 |
| 2695394 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $20.40 | 0.00 | $20.40 | 489.37 |
| 2695400 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $68.10 | 0.00 | $68.10 | 557.47 |
| 2695406 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $59.40 | 0.00 | $59.40 | 616.87 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2695410 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $44.80 | 0.00 | $44.80 | 661.67 |
| 2695511 | Photocopy | | E | 05/11/2011 | 0305 | MEG | 0.00 | $3.20 | 0.00 | $3.20 | 664.87 |
| 2695544 | Photocopy | | E | 05/11/2011 | 0305 | MEG | 0.00 | $8.70 | 0.00 | $8.70 | 673.57 |
| 2695621 | Photocopy | | E | 05/12/2011 | 0390 | SJD | 0.00 | $1.60 | 0.00 | $1.60 | 675.17 |
| 2695630 | Photocopy | | E | 05/13/2011 | 0237 | SRB | 0.00 | $10.80 | 0.00 | $10.80 | 685.97 |
| 2695687 | Photocopy | | E | 05/16/2011 | 0305 | MEG | 0.00 | $2.30 | 0.00 | $2.30 | 688.27 |
| 2695691 | Photocopy | | E | 05/16/2011 | 0334 | JPW | 0.00 | $8.90 | 0.00 | $8.90 | 697.17 |
| 2695720 | Photocopy | | E | 05/16/2011 | 0305 | MEG | 0.00 | $1.80 | 0.00 | $1.80 | 698.97 |
| 2695788 | Photocopy | | E | 05/17/2011 | 0305 | MEG | 0.00 | $4.50 | 0.00 | $4.50 | 703.47 |
| 2695794 | Photocopy | | E | 05/17/2011 | 0305 | MEG | 0.00 | $4.50 | 0.00 | $4.50 | 707.97 |
| 2695802 | Photocopy | | E | 05/17/2011 | 0305 | MEG | 0.00 | $4.40 | 0.00 | $4.40 | 712.37 |
| 2703860 | Photocopy | | E | 05/19/2011 | 0999 | C&D | 0.00 | $5.20 | 0.00 | $5.20 | 717.57 |
| 2703924 | Photocopy | | E | 05/20/2011 | 0237 | SRB | 0.00 | $11.70 | 0.00 | $11.70 | 729.27 |
| 2696791 | Equitrac - Long Distance to 13128622226 | | E | 05/22/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 729.43 |
| 2696850 | Equitrac - Long Distance to 13128622226 | | E | 05/22/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 729.51 |
| 2697188 | Equitrac - Long Distance to 14142649461 | | E | 05/23/2011 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 729.75 |
| 2697212 | Equitrac - Long Distance to 13128622226 | | E | 05/23/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 729.79 |
| 2703950 | Photocopy | | E | 05/23/2011 | 0305 | MEG | 0.00 | $4.70 | 0.00 | $4.70 | 734.49 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2697361 | Equitrac - Long Distance to 13128622226 | E | 05/24/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 734.65 |
| 2697378 | Equitrac - Long Distance to 16623803545 | E | 05/24/2011 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 735.49 |
| 2697474 | Equitrac - Long Distance to 13128622226 | E | 05/25/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 735.53 |
| 2704107 | Photocopy | E | 05/25/2011 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 738.83 |
| 2704140 | Photocopy | E | 05/25/2011 | 0237 | SRB | 0.00 | $12.90 | 0.00 | $12.90 | 751.73 |
| 2704151 | Photocopy | E | 05/25/2011 | 0305 | MEG | 0.00 | $2.40 | 0.00 | $2.40 | 754.13 |
| 2704155 | Photocopy | E | 05/25/2011 | 0305 | MEG | 0.00 | $8.60 | 0.00 | $8.60 | 762.73 |
| 2704188 | Photocopy | E | 05/26/2011 | 0236 | BAW | 0.00 | $10.30 | 0.00 | $10.30 | 773.03 |
| 2704190 | Photocopy | E | 05/26/2011 | 0236 | BAW | 0.00 | $10.30 | 0.00 | $10.30 | 783.33 |
| 2704192 | Photocopy | E | 05/26/2011 | 0236 | BAW | 0.00 | $3.20 | 0.00 | $3.20 | 786.53 |
| 2704195 | Photocopy | E | 05/26/2011 | 0236 | BAW | 0.00 | $14.50 | 0.00 | $14.50 | 801.03 |
| 2704258 | Photocopy | E | 05/27/2011 | 0305 | MEG | 0.00 | $1.20 | 0.00 | $1.20 | 802.23 |
| 2704261 | Photocopy | E | 05/27/2011 | 0305 | MEG | 0.00 | $79.00 | 0.00 | $79.00 | 881.23 |
| 2704338 | Photocopy | E | 05/31/2011 | 0305 | MEG | 0.00 | $10.00 | 0.00 | $10.00 | 891.23 |
| 2704339 | Photocopy | E | 05/31/2011 | 0305 | MEG | 0.00 | $26.20 | 0.00 | $26.20 | 917.43 |
| 2704341 | Photocopy | E | 05/31/2011 | 0305 | MEG | 0.00 | $7.80 | 0.00 | $7.80 | 925.23 |
| 2704375 | Photocopy | E | 05/31/2011 | 0305 | MEG | 0.00 | $9.80 | 0.00 | $9.80 | 935.03 |
| 2702221 | Database Research - Westlaw by SJD on 5/11-23 | E | 05/31/2011 | 0999 | C&D | 0.00 | $2,033.38 | 0.00 | $2,033.38 | 2,968.41 |
| 2702222 | Database Research - Westlaw by MG on 5/3-18 | E | 05/31/2011 | 0999 | C&D | 0.00 | $2,262.85 | 0.00 | $2,262.85 | 5,231.26 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/17/2011 |

Print Date/Time: 06/17/2011 10:50:48AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2702223 | Database Research - Westlaw by KGH on 5/2-25 | E | 05/31/2011 | 0999 | C&D | 0.00 | $3,036.82 | 0.00 | $3,036.82 | 8,268.08 |
| 2702224 | Database Research - Westlaw by KCM on 5/19 | E | 05/31/2011 | 0999 | C&D | 0.00 | $19.22 | 0.00 | $19.22 | 8,287.30 |
| 2702225 | Database Research - Westlaw by TEP on 5/2-24 | E | 05/31/2011 | 0999 | C&D | 0.00 | $6,226.42 | 0.00 | $6,226.42 | 14,513.72 |
| 2702226 | Database Research - Westlaw by JMR on 5/1 & 17 | E | 05/31/2011 | 0999 | C&D | 0.00 | $301.09 | 0.00 | $301.09 | 14,814.81 |
| 2702227 | Database Research - Westlaw by JPW 5/3-26 | E | 05/31/2011 | 0999 | C&D | 0.00 | $2,001.22 | 0.00 | $2,001.22 | 16,816.03 |
| 2702228 | Database Research - Westlaw by KCM 5/4-5 | E | 05/31/2011 | 0999 | C&D | 0.00 | $57.66 | 0.00 | $57.66 | 16,873.69 |
| 2702229 | Database Research - Westlaw by JAL 5/5-23 | E | 05/31/2011 | 0999 | C&D | 0.00 | $363.55 | 0.00 | $363.55 | 17,237.24 |
| 2702266 | Database Research - Lexis by SJD May | E | 05/31/2011 | 0999 | C&D | 0.00 | $309.31 | 0.00 | $309.31 | 17,546.55 |

**Total Expenses**                                            $17,546.55
                                                0.00                         $17,546.55
         Matter Total Fees                              0.00              0.00
         Matter Total Expenses                    17,546.55          17,546.55
         Matter Total                   0.00     17,546.55     0.00  17,546.55

         Prebill Total Fees
         Prebill Total Expenses                  $17,546.55         $17,546.55
         Prebill Total                  0.00     $17,546.55    0.00  $17,546.55

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 |
| 81,285 | 05/23/2011 | 140,526.84 | 140,526.84 |
| | | 395,307.09 | 180,504.92 |