IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 7/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-FOURTH MONTHLY
<u>INTERIM PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2011 through June 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,824.00   [80% of $$23,530.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $533.60 |

This is a(n):   ☒Monthly    ☐Interim    ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | 243.05 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

-3-

period Mr. Rich billed 36.2 hours,[2] for a total amount billed of $23,530.00 of which 80% is currently sought, in the amount of $18,824.00, plus 100% of the expenses incurred during this period, in the amount of $533.60, for a total currently sought of $19,357.60.

As stated above, this is the Thirty-Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 27.7 | $18,005.00 |
| Travel | 8.2 [@100%] | $2,665.00 [@50%] |
| Fee Application Matters (monthly and quarterly, including FCR and Local Counsel) | 4.4 | $2,860.00 |
| TOTAL | 40.3 | $23,530.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $533.60 |
| TOTAL | $533.60 |

//
//
//
//
//
//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of July, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2011)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 6/1/2011 | Prepare 33rd Monthly Fee Application and Notice of Filing and attention to filing and service of same | 1.5 |
| 6/1/2011 | Prepare, file and serve CNO for PD FCR's 24th Monthly Fee Application | 0.2 |
| 6/1/2011 | Review Notices re disposal of equities by York entities | 0.2 |
| 6/1/2011 | Review Settlement Notice re Chemical Road settlement with EPA | 0.5 |
| 6/2/2011 | Email to J. Baer re EPA Chemical Road settlement | 0.1 |
| 6/2/2011 | Review PHV Order for J. McDonald | 0.1 |
| 6/2/2011 | Review PHV Order for Schiavoni | 0.1 |
| 6/2/2011 | Review PHV Order for Alcabes | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 6/2/2011 | Telephone call from J. Baer re acquisition transaction and confidentiality agreement | 0.1 |
| 6/2/2011 | Review PHV Order for Nerko | 0.1 |
| 6/2/2011 | Review PHV Order for A. Frankel | 0.1 |
| 6/2/2011 | Review PHV Order for Svirsky | 0.1 |
| 6/2/2011 | Review PHV Order for Pernicone | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of Adam Paul | 0.1 |
| 6/2/2011 | Review Confidentiality agreement and client joinder and email to client re same | 0.5 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of J. Baer | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of J. Donley | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of L. Esayian | 0.1 |
| 6/3/2011 | Prepare, file and serve 4th Monthly fee application for Karl Hill, local counsel to the PD FCR | 0.4 |
| 6/3/2011 | Review papers filed by NY Hillside in connection with claims allowance re dissolution and distribution of assets | 0.2 |
| 6/3/2011 | Email from J. Baer re proposed Chemical Road settlement with EPA | 0.1 |
| 6/6/2011 | Emails from client and to J. Baer re confidentiality agreement | 0.1 |
| 6/6/2011 | Email from L. Esayian re jury trial issue | 0.1 |
| 6/6/2011 | Review Pro Hac Vice motion of Silverman | 0.1 |
| 6/7/2011 | Emails to and from J. Baer re Project Larch | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Baer | 0.1 |

| | | |
|---|---|---|
| 6/7/2011 | Review Pro Hac Vice Order re A. Paul | 0.1 |
| 6/7/2011 | Email from R. Higgins re Chemical Road settlement with EPA | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Esayian | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Donley | 0.1 |
| 6/7/2011 | Email to K. Hill re Pro Hac issue | 0.1 |
| 6/7/2011 | Review Order re NY Hillside claim | 0.1 |
| 6/7/2011 | Review and execute Pro Hac Vice application and forward to local counsel | 0.1 |
| 6/8/2011 | Emails to and from client re oral argument on June 28 | 0.1 |
| 6/8/2011 | Review Letter to Judge Buckwalter from counsel for Garlock | 0.1 |
| 6/8/2011 | Review Pro Hac Vice motion of Cassada | 0.1 |
| 6/8/2011 | Review Claims Settlement notice re TIPA patent litigation | 0.5 |
| 6/8/2011 | Review Garlock's Motion for Leave to file Reply Brief, and review of proposed Reply Brief | 0.8 |
| 6/8/2011 | Prepare, file and serve the 25th Monthly Fee Application of the PD FCR | 0.7 |
| 6/8/2011 | Review Pro Hac Vice Order for ABR | 0.1 |
| 6/8/2011 | Review Libby Claimants' opposition to Plan Proponents' motion re consolidated briefs | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Order for Silverman | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Motion of Zubaty | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Motion of A. Rosenberg | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 6/9/2011 | Review Plan Proponents' reponse to Libby motion re consolidated briefing | 0.1 |
| 6/9/2011 | Review Libby Claimants' reply statement re motion re consolidated briefs | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for A. Rosenberg | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for Zubaty | 0.1 |
| 6/9/2011 | Review Project Larch materials in preparation for conference call | 0.6 |
| 6/9/2011 | Review Pro Hac Vice Order for Cassada | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for Simshak | 0.1 |
| 6/10/2011 | Attend project Larch conference call and emails to and from J. Sinclair re issues | 0.4 |
| 6/10/2011 | Review CNOs for Canadian ZAI fee applications | 0.1 |
| 6/13/2011 | Email from debtors' counsel re conference call | 0.1 |
| 6/14/2011 | Emails to and from client re oral argument | 0.1 |
| 6/14/2011 | Review Bank Lenders motion for leave to file Reply Brief and review of proposed Reply Brief | 0.8 |
| 6/15/2011 | Review Pro Hac Vice order for Worf | 0.1 |
| 6/15/2011 | Review Pro Hac Vice order for Bentley | 0.1 |
| 6/15/2011 | Review record transmittals to District Court from bankruptcy court | 0.1 |
| 6/15/2011 | Review Fee Auditor's Initial Report re Local Counsel Quarterly Application | 0.3 |
| 6/15/2011 | Emails to and from B. Ruhlander re Hill report | 0.1 |
| 6/15/2011 | Email from J. Sinclair re Larch information | 0.1 |

| | | |
|---|---|---|
| 6/15/2011 | Email from Debtors' counsel re omnibus hearing | 0.1 |
| 6/16/2011 | Email from J. Sinclair re Larch information | 0.1 |
| 6/16/2011 | Review confidential Project Larch materials from broker in preparation for conference call | 1.0 |
| 6/16/2011 | Review powerpoint presentation for project Larch conference call | 0.5 |
| 6/16/2011 | Review Docketing Statements filed in USBC | 0.1 |
| 6/16/2011 | Review Response to Bank Lenders motion for leave | 0.1 |
| 6/16/2011 | Review York disposition of Equities notices | 0.1 |
| 6/16/2011 | Review Order granting Plan Proponents' consolidated briefing motion | 0.1 |
| 6/16/2011 | Review Order granting Garlock's motion for leave to reply | 0.1 |
| 6/16/2011 | Review Order granting Libby Reply | 0.1 |
| 6/16/2011 | Review Order granting Bank Lenders and UCC leave to reply | 0.1 |
| 6/16/2011 | Attend project Larch conference call | 1.1 |
| 6/16/2011 | Review BNSF motion for leave to reply and proposed reply brief | 0.5 |
| 6/17/2011 | Review CNO re motion for amended order re foreign holding company structure | 0.1 |
| 6/17/2011 | Review Docketing Statement filed in USBC | 0.1 |
| 6/20/2011 | Review Miscellaneous ECF Filing receipts | 0.1 |
| 6/20/2011 | Emails to and from J. Baer re Oral Argument | 0.1 |
| 6/21/2011 | Email to K. Hill re status | 0.1 |
| 6/21/2011 | Review Bank Lenders' Notice of Supplemental Authority | 0.4 |

| | | |
|---|---|---|
| 6/21/2011 | Review Fee Auditor's Amended Report re 39th Quarterly Applications | 0.1 |
| 6/21/2011 | Review Motion to Approve Consent Decree with EPA and Massachusetts re Walpole site | 0.4 |
| 6/21/2011 | Review Motion to File Under Seal Motion regarding potential acquisition transaction | 0.4 |
| 6/21/2011 | Review Motion (not sealed version) re new acquisition | 0.7 |
| 6/22/2011 | Review Declarations in support of new acquisition motion | 0.5 |
| 6/22/2011 | Emails to other professionals re new acquisition motion | 0.1 |
| 6/22/2011 | Review Libby Claimants' Reply Brief | 0.5 |
| 6/22/2011 | Prepare and file COC re Corrected Hill retention order | 0.4 |
| 6/22/2011 | Review Order granting motion to seal documents re acquisition | 0.1 |
| 6/22/2011 | Prepare file and serve CNO for 33rd Monthly Fee Application | 0.2 |
| 6/22/2011 | Review amended Order authorizing foreign holding company structure | 0.1 |
| 6/22/2011 | Review Pro Hac Vice application of Speights | 0.1 |
| 6/22/2011 | Review CNO re Curtis Bay settlement notice | 0.1 |
| 6/23/2011 | Email from R. Wyron re Larch | 0.1 |
| 6/23/2011 | Email from Debtors' counsel re oral argument schedule | 0.1 |
| 6/24/2011 | Review Order granting BNSF motion to file Reply Brief | 0.1 |
| 6/24/2011 | Review Montana motion for leave to file Joinder to the Reply Brief of BNSF | 0.1 |
| 6/24/2011 | Review Canada's motion for leave to file Joinder to the Reply Brief of BNSF | 0.1 |

| | | |
|---|---|---|
| 6/24/2011 | Email from Karl Hill re fee issue | 0.1 |
| 6/24/2011 | Prepare letter to Fee Auditor re Hill quarterly fee report | 0.3 |
| 6/25/2011 | Review Order re denial of confirmation of Pittsburgh Corning plan | 1.0 |
| 6/27/2011 | Conference with client re oral argument | 0.1 |
| 6/27/2011 | Review Order granting Pro Hac Vice motion of Speights | 0.1 |
| 6/27/2011 | Review Order granting Canada's joinder in BNSF reply | 0.1 |
| 6/27/2011 | Prepare for Oral Argument in USDC | 0.5 |
| 6/27/2011 | Review Pro Hac Vice motion of Casey | 0.1 |
| 6/27/2011 | Review Order granting Montana's joinder in BNSF reply | 0.1 |
| 6/27/2011 | Travel (nonworking) to Oral Argument (Philadelphia) (5.2 hrs.@50%) | 2.6 |
| 6/28/2011 | Attend Oral Argument in USDC in Philadelphia | 6.0 |
| 6/28/2011 | Return Travel (nonworking) from Oral Argument (3 hrs.@50%) | 1.5 |
| 6/28/2011 | Review Pro Hac Vice application of Pasquale | 0.1 |
| 6/28/2011 | Review Pro Hac Vice application of Toole | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Pasquale | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Toole | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Casey | 0.1 |
| 6/29/2011 | Review Certification of Counsel re 39th Quarterly Project Categories | 0.2 |
| 6/29/2011 | Review Certification of Counsel re 39th Quarterly Fee Applications | 0.1 |
| 6/29/2011 | Review Notice of Disposition of Collateral (York) | 0.1 |

| | | |
|---|---|---|
| 6/29/2011 | Email from Karl Hill re report on today's oral argument | 0.1 |
| 6/29/2011 | Review Agenda for July omnibus hearing | 0.1 |
| 6/29/2011 | Email to client re July Omnibus hearing | 0.1 |
| 6/30/2011 | Emails to and from client re hearing schedule | 0.1 |
| 6/30/2011 | Review Order approving 39th Quarterly fee applications | 0.1 |
| 6/30/2011 | Review Fee Auditor's Final Report re 1st Quarterly Hill Application | 0.1 |
| 6/30/2011 | Emails to local counsel re corrected order | 0.1 |
| 6/30/2011 | Review Amended Agenda for July Omnibus hearing | 0.1 |
| 6/30/2011 | Emails to and from client re July Omnibus hearing | 0.1 |
| 6/30/2011 | Review Canadian ZAI counsel monthly fee applications | 0.3 |
| 6/30/2011 | Review notices of intent re equity of the Debtor filed by York entities | 0.1 |

Total:  36.2 hours @ $650/hour = $23,530.00

Expenses:    $533.60   (detail on attached Exhibit 1)

**Total Fees and Expenses Due:  $24,063.60**

EXPENSES FOR JUNE 2011                                                                                                       EXHIBIT 1

DATE            DESCRIPTION OF EXPENSE                                                        AMOUNT

| Date | Description of Expense | Amount |
|---|---|---|
| 6/27/2011 | RT Coach Airfare (and change fee) | $336.24 |
| 6/27/2011 | Taxi | $35.00 |
| 6/28/2011 | Breakfast | $12.26 |
| 6/28/2011 | Hotel | $95.00 |
| 6/28/2011 | Taxi | $6.00 |
| 6/28/2002 | Lunch (with Judge Sanders) | $13.38 |
| 6/30/2011 | Airport Parking | $35.72 |
| | TOTAL EXPENSES | $533.60 |