## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 7/25/11 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTH INTERIM PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

Name of Applicant:  Seitz, Van Ogtrop & Green, P.A.
  R. Karl Hill, Esq.

Authorized to Provide Services To:  Hon. Alexander M. Sanders, Jr.,
  Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:  May 1, 2011 through May 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:  $1,464.00 [80% of $1,830.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $40.00

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | Paid | Paid |
| 5-3-2011 | 3-1-11 to 3-31-2011 | $816.00 | $0.00 | Paid | Paid |
| 6-3-2011 | 4-1-2011 to 4-30-2011 | $2,628.00 | $0.00 | CNO Filed | CNO Filed |

R. Karl Hill is the only attorney providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour. In this application period, Mr. Hill billed 6.1 hours, for a total amount billed of $1,830.00 of which 80% is currently sought, in the amount of $1,464.00. Mr. Hill also incurred $40.00 in reasonable and necessary expenses, of which 100% of said amount is sought. The total sought by this Application is therefore $1,870.00.

As stated above, this is the Fifth application for monthly fees and expenses. The time for preparation of this Application is approximately .4 hours, for which $260.00 will be requested in a future application by lead counsel for the PD FCR.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 6.1 | $1,830.00 |
| TOTAL | 6.1 | $1,830.00 |

---

[1] At 80% of the total incurred.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courier Fee<br>Pro Hac Vice fee | $15.00<br>$25.00 |
| TOTAL | $40.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*[signature]*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

  I certify that on the 5th day of July, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*[signature]*

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Alexander M. Sanders, Jr.<br>c/o Alan B. Rich, Esquire<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas TX 75270 | Page: 1<br>June 28, 2011<br>Account No:    40324-001M<br>Statement No:         26284 |

Sanders In Re: W. R. Grace

For Services Rendered Through 05/31/2011

### Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 05/02/2011 | | | | |
| | RKH | Various Pro hac vice application. | 0.50 | |
| 05/03/2011 | | | | |
| | RKH | Various Pro Hac Vice. | 0.20 | |
| 05/09/2011 | | | | |
| | RKH | Attention to fee application. | 0.65 | |
| 05/17/2011 | | | | |
| | RKH | Various Pro hac vice applications. | 0.20 | |
| 05/25/2011 | | | | |
| | RKH | Attention to reviewing, signing, filing and serve appellee's brief on appeal. | 1.55 | |
| 05/31/2011 | | | | |
| | RKH | Review Garlock Brief (1.5); Review Arrowood's brief (0.5); Grace's brief on lender issues (1.0) | 3.00 | |
| | | For Current Services Rendered | 6.10 | 1,830.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 6.10 | $300.00 | $1,830.00 |

### Expenses

| | |
|---|---|
| Courier fees | 15.00 |
| Paid to U.S. District Court - State of DE Pro Hac Vice | 25.00 |
| Reimbursable Costs Thru 06/28/2011 | 40.00 |
| Total Current Work | 1,870.00 |

|  |  |
|---|---|
|  | Page: 2 |
| Alexander M. Sanders, Jr. | June 28, 2011 |
|  | Account No:  40324-001M |
|  | Statement No:  26284 |

Sanders In Re:  W. R. Grace

| | | |
|---|---|---|
| | Previous Balance | $7,014.80 |

### Payments

| | | |
|---|---|---|
| 06/28/2011 | Payment via EFT from Trust Account for Invoice 25629 | -1,840.80 |
| | Balance Due | $7,044.00 |

Your trust account #2 balance is

| | | |
|---|---|---|
| | Opening Balance | $1,840.80 |
| 06/28/2011 | Payment of Invoice 25629 | |
| | PAYEE: Seitz, Van Ogtrop & Green, P.A. | -1,840.80 |
| | Closing Balance | $0.00 |
| | Please Remit | $7,044.00 |

**Remittance is due and payable upon receipt.  Thank you.**