## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
|     Debtors. | ) | |

------------------------------------------------------

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that David P. Primack hereby withdraws his appearance as counsel for Columbia Insurance Company f/k/a Republic Insurance Company, Government Employees Insurance Co., OneBeacon America Insurance Company and Seaton Insurance Company (the "Insurers") in the above matter, and that Joseph N. Argentina, Jr. hereby enters his appearance on behalf of the Insurers.

Dated: July 5, 2011

**DRINKER BIDDLE & REATH LLP**

/s/  Joseph N. Argentina, Jr.
Joseph N. Argentina, Jr. (DE 5453)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Columbia Insurance Company
f/k/a Republic Insurance Company,
Government Employees Insurance Co.,
OneBeacon America Insurance Company
and Seaton Insurance Company

WM01/ 7871024.1