

CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2129490<br>Invoice Date 06/08/11<br>Client Number 359022<br>Matter Number 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 59.30 |
| Messenger Service | 15.00 |
| Federal Express | 41.87 |
| CURRENT EXPENSES | 116.17 |

**TOTAL AMOUNT OF THIS INVOICE**                116.17

**NET AMOUNT OF THIS INVOICE**                  116.17

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2129487 |
| Invoice Date | 06/08/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/11 | TKD | Review pleadings and share with team | 0.5 | 312.50 |
| 05/03/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 05/04/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 05/05/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/06/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/09/11 | TKD | Review all ecf filings and share with team | 0.5 | 312.50 |
| 05/10/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 05/11/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/12/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/12/11 | TKD | Communicate with David Blabey about pro hac vice papers for Phil Bentley | 0.2 | 125.00 |
| 05/16/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/17/11 | TKD | Review all filings and share with team | 0.5 | 312.50 |
| 05/18/11 | TKD | Review all case filings and share with our team | 0.4 | 250.00 |
| 05/20/11 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 05/23/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 05/24/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
06/08/11

Case 01-01139-AMC    Doc 27214-2    Filed 07/05/11    Page 3 of 12

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2129487
Case Administration                                          Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/25/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 05/26/11 | TKD | Review all case filings | 0.7 | 437.50 |
| 05/27/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 05/31/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |

TOTAL HOURS    9.2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 9.2 at | $625.00 = | 5,750.00 |

CURRENT FEES    5,750.00

**TOTAL AMOUNT OF THIS INVOICE**    5,750.00

**NET AMOUNT OF THIS INVOICE**    5,750.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2129488 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  06/08/11 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00007 |
| Charlottesville, VA 22902 | |

Re:   Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/09/11 | TKD | Review Response of Illinois Department of Revenue to claim objection | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $625.00 | = | 125.00 |

CURRENT FEES                                                                                     125.00

**TOTAL AMOUNT OF THIS INVOICE**                                              125.00

**NET AMOUNT OF THIS INVOICE**                                                   125.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA  22902 | Invoice Number  2129489<br>Invoice Date  06/08/11<br>Client Number  359022<br>Matter Number  00008 |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/11 | TKD | Review materials in preparation for the Committee call this week | 0.6 | 375.00 |
| 05/04/11 | TKD | Review materials in preparation for tomorrow's committee call | 0.7 | 437.50 |
| 05/05/11 | TKD | Attend Equity Committee meeting/call | 1.0 | 625.00 |
| | | TOTAL HOURS | 2.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.3 | at | $625.00 | = | 1,437.50 |

CURRENT FEES                                                                                              1,437.50

**TOTAL AMOUNT OF THIS INVOICE**                                                          1,437.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00008
06/08/11

Case 01-01139-AMC    Doc 27214-2    Filed 07/05/11    Page 6 of 12
WR Grace - Official Committee of Equity Security Holders    Invoice Number 2129489
Committee: Creditors', Noteholders' Or Equity Holders'    Page 2

**NET AMOUNT OF THIS INVOICE**                                                       1,437.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2129491 |
| Invoice Date | 06/08/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/24/11 | TBB | Draft Saul Ewing's Eighth Quarterly Fee Application | 0.8 | 144.00 |
| 05/25/11 | TBB | Draft CNO to Saul Ewing's Twenty First Monthly Fee Application | 0.5 | 90.00 |
| 05/25/11 | TBB | Draft Notice to Saul Ewing's Eighth Quarterly fee Application | 0.3 | 54.00 |
| 05/25/11 | TBB | Draft Affidavit of Service for Saul Ewing's CNO to Twenty First Monthly Fee Application (0.2) and Eighth Quarterly Fee Application (0.2) | 0.4 | 72.00 |
| 05/25/11 | TBB | File and serve Saul Ewing's Quarterly Fee Application and CNO | 0.5 | 90.00 |
| 05/25/11 | TBB | Review docket for any objections to Saul Ewing's fee application | 0.2 | 36.00 |
| 05/31/11 | TBB | Draft Notice to Saul Ewing's twenty second monthly fee application | 0.2 | 36.00 |
| 05/31/11 | TBB | File and serve to Saul Ewing's twenty second monthly fee application | 0.8 | 144.00 |
| 05/31/11 | TBB | Draft Saul Ewing's twenty second monthly fee application | 0.5 | 90.00 |
| | | TOTAL HOURS | 4.2 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
06/08/11

Case 01-01139-AMC    Doc 27214-2    Filed 07/05/11    Page 8 of 12
WR Grace - Official Committee of Equity Security Holders    Invoice Number 2129491
Fee Applications/Applicant                                    Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.2 | at | $180.00 | = | 756.00 |

CURRENT FEES                                                  756.00

**TOTAL AMOUNT OF THIS INVOICE**                              756.00

**NET AMOUNT OF THIS INVOICE**                                756.00

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2129492 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/08/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/10/11 | TKD | Review Fee Auditor's report on all firms | 0.3 | 187.50 |
| 05/25/11 | TKD | Review Kramer Levin fee application and supervise filing of same | 0.3 | 187.50 |
| 05/25/11 | TBB | Draft Notice to Kramer Levin's Thirty Sixth Quarterly Fee Application | 0.3 | 54.00 |
| 05/25/11 | TBB | Draft CNO to Kramer Levin's One Hundred Fifteenth Monthly Fee Application | 0.5 | 90.00 |
| 05/25/11 | TBB | Draft Affidavit of Service for Kramer's CNO to One Hundred Fifteenth Monthly Fee Application (0.2) and Thirty Sixth Quarterly Fee Application (0.2) | 0.4 | 72.00 |
| 05/25/11 | TBB | File and serve Kramer Levin's Quarterly Fee Application and CNO | 0.5 | 90.00 |
| 05/25/11 | TBB | Review docket for objections to Kramer Levin's fee application | 0.2 | 36.00 |
| 05/27/11 | TKD | Review Kramer Levin fee application; arrange for filing of same | 0.4 | 250.00 |
| 05/31/11 | TBB | Draft Notice to Kramer Levin's one hundred sixteenth monthly fee application | 0.2 | 36.00 |
| 05/31/11 | TBB | File and serve Kramer Levin's one hundred sixteenth monthly fee application | 0.8 | 144.00 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
06/08/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2129492
Fee Applications/Others                                      Page 2

|  |  |  |
|---|---|---|
| TOTAL HOURS | 3.9 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |  | Rate |  | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.9 | at | $180.00 | = | 522.00 |
| Teresa K.D. Currier | 1.0 | at | $625.00 | = | 625.00 |

CURRENT FEES                                              1,147.00

**TOTAL AMOUNT OF THIS INVOICE**                          1,147.00

**NET AMOUNT OF THIS INVOICE**                            1,147.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2129493 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/08/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/24/11 | TKD | Prepare for filing of briefs tomorrow | 0.6 | 375.00 |
| 05/25/11 | TKD | Preparing for brief filings, motion to exceed page limitation for consolidated brief | 0.5 | 312.50 |
| 05/25/11 | TKD | Review draft lender brief | 1.2 | 750.00 |
| 05/25/11 | TKD | Reviewed Brief of Travelers Casualty and Surety Company in Limited Response to Libby Claimants' Appeal Brief | 0.6 | 375.00 |
| 05/25/11 | TKD | Review drafts of Main Brief in preparation for approval and filing | 0.7 | 437.50 |
| 05/25/11 | TKD | Review Insurance Brief of Plan Proponents in preparation for approval and filing | 1.3 | 812.50 |
| 05/25/11 | TKD | Communications with all parties, staging reviews of briefs, assisting with approvals and filing; worked with team getting all Plan Proponent briefs on file for Plan Proponents | 2.6 | 1,625.00 |
| 05/26/11 | TKD | Review Continental Casualty Brief | 0.8 | 500.00 |
| 05/26/11 | TKD | Review Judge Sanders Brief | 0.4 | 250.00 |
| 05/26/11 | TKD | Review Maryland Casualty/Garlock brief | 0.6 | 375.00 |
| 05/26/11 | TKD | Review Arrowood brief on Libby issues | 0.6 | 375.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
06/08/11

Case 01-01139-AMC    Doc 27214-2    Filed 07/05/11    Page 12 of 12

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2129493
Plan and Disclosure Statement                                Page 2

|  | TOTAL HOURS | 9.9 |
|---|---|---|

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 9.9 | at | $625.00 | = | 6,187.50 |

|  | CURRENT FEES | 6,187.50 |
|---|---|---|

|  | **TOTAL AMOUNT OF THIS INVOICE** | 6,187.50 |
|---|---|---|

|  | **NET AMOUNT OF THIS INVOICE** | 6,187.50 |
|---|---|---|