**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 29, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 570865
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 942.88 |
| MATTER TOTAL | $942.88 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $3,271.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,271.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $57,943.50 |
| DISBURSEMENTS | 64.38 |
| MATTER TOTAL | $58,007.88 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $2,161.50 |
| DISBURSEMENTS | 17.32 |
| MATTER TOTAL | $2,178.82 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $64,400.58 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 570865
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                                   Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                          June 29, 2011
056772-00001                                                               Invoice No. 570865

**CASE ADMINISTRATION**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 154.70 |
| WESTLAW ON-LINE RESEARCH | 676.06 |
| LEXIS/NEXIS ON-LINE RESEARCH | 7.63 |
| CAB FARES | 7.08 |
| MEALS/IN-HOUSE | 97.41 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$942.88** |
| **TOTAL FOR THIS MATTER** | **$942.88** |

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

June 29, 2011
Invoice No. 570865

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/04/11 | BLABEY, DAVID E | Discuss upcoming Committee call with P. Bentley (.3); prepare notes for same (.2); call with client re same (.5) and follow up discussion with P. Bentley re same (.3); email to client re same (.3). | 1.60 | 1,048.00 |
| 05/05/11 | BENTLEY, PHILIP | Committee conf call (1.0), and discs Ted Weschler and David Blabey re same (.1) | 1.10 | 913.00 |
| 05/05/11 | BLABEY, DAVID E | Prepare for (1) and participate in quarterly committee call (1). | 2.00 | 1,310.00 |

**TOTAL HOURS AND FEES**                                                                                   **4.70**   **$3,271.00**

**TOTAL FOR THIS MATTER**                                           **$3,271.00**

Kramer Levin Naftalis & Frankel LLP  
W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007  

Page No. 4  
June 29, 2011  
Invoice No. 570865  

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/11 | BLABEY, DAVID E | Draft outline of appellate arguments re bank lender issues. | 5.80 | 3,799.00 |
| 05/03/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 05/03/11 | BLABEY, DAVID E | Review case law (1.2) and edit outline re appellate arguments re bank lender issues (3.3). | 4.50 | 2,947.50 |
| 05/04/11 | BENTLEY, PHILIP | Review confirmation appeal briefs and related materials (1.6); extensive discs Ted Weschler and David Blabey re same (1.1) | 2.70 | 2,241.00 |
| 05/04/11 | BLABEY, DAVID E | Review case law relevant to appeal (.6) and edit outline of bank lender issues for appeal (2). | 2.60 | 1,703.00 |
| 05/05/11 | BENTLEY, PHILIP | Review confirmation appeal briefs and related docs (2.2), and discs David Blabey re same (.3) | 2.50 | 2,075.00 |
| 05/05/11 | BLABEY, DAVID E | Review Global Industrial opinion (.9) and email to client re same (.4); review motion for order approving CDN ZAI PD Claims Administrator (.2); discuss appellate briefing with P. Bentley (.3). | 1.80 | 1,179.00 |
| 05/06/11 | BENTLEY, PHILIP | Review banks' appeal brief | 1.30 | 1,079.00 |
| 05/09/11 | BENTLEY, PHILIP | Additional review of banks' appeal brief (1.0); confs David Blabey (1.0) and conf call with Kirkland & Ellis (.7), and trade emails, re points for response (.3) | 3.00 | 2,490.00 |
| 05/09/11 | BLABEY, DAVID E | Prepare for call with debtors' counsel regarding bank lender appeal (1.4) and discuss same with P. Bentley (.9); call with debtors' counsel (.7) and follow up discussion with P. Bentley (.1). | 3.10 | 2,030.50 |
| 05/17/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 05/18/11 | BLABEY, DAVID E | Review draft pro hac vice motion for appeal (.1); review foreign holdco motion (.1). | 0.20 | 131.00 |
| 05/19/11 | BENTLEY, PHILIP | Trade multiple emails re debtors' draft brief on bond lender issues. | 0.40 | 332.00 |
| 05/19/11 | BLABEY, DAVID E | Review draft appellate brief re bank lender issues. | 2.00 | 1,310.00 |

Kramer Levin Naftalis & Frankel LLP                                            Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                              June 29, 2011
056772-00007                                                                   Invoice No. 570865

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/20/11 | BENTLEY, PHILIP | Review debtors' draft post-petition interest appeal brief (2.5), and discs David Blabey and trade emails re same (.2) | 2.70 | 2,241.00 |
| 05/20/11 | BLABEY, DAVID E | Review and edit appellate brief on bank lender issues. | 4.00 | 2,620.00 |
| 05/21/11 | BENTLEY, PHILIP | Extensive work on draft PPI appeal brief (5.7); discs David Blabey (.1) and 2 conf calls with K&E re same (.6) | 6.40 | 5,312.00 |
| 05/21/11 | BLABEY, DAVID E | Edit appellate brief on bank lender issues (1), call with P. Bentley re same (.1), and calls with Debtors counsel re same (.6). | 1.70 | 1,113.50 |
| 05/23/11 | BENTLEY, PHILIP | Extensive review and editing of debtors' revised PPI appeal brief (5.2); review other Plan Proponents' comments on PPI brief (.5); discs David Blabey and trade emails re same (.2) | 5.90 | 4,897.00 |
| 05/23/11 | BLABEY, DAVID E | Review and edit appellate brief on bank lender issues (10.3) and discuss same with P. Bentley (.2); review plan proponents main appellate brief (.8). | 11.30 | 7,401.50 |
| 05/24/11 | BENTLEY, PHILIP | Extensive additional work on Lender appeal brief (6.4); conf calls with Kirkland & Ellis, discs David Blabey, and trade emails re same (.5) | 6.90 | 5,727.00 |
| 05/24/11 | BLABEY, DAVID E | Review edits to appellate brief on bank lender issues (.3); discuss same with P. Bentley (.5); review case law relevant to same (.2); and edit same (1.7); prepare pro hac vice motion for appellate court (.3). | 3.00 | 1,965.00 |
| 05/25/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails re confirmation appeal | 0.30 | 249.00 |
| 05/25/11 | BLABEY, DAVID E | Review plan proponents main appellate brief (6.2); exchange emails with co-counsel regarding briefs (.5). | 6.70 | 4,388.50 |
| 05/26/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.30 | 249.00 |
| 05/27/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 05/27/11 | BLABEY, DAVID E | Discuss plan appeal timeline with equity holder. | 0.20 | 131.00 |
| 05/31/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| **TOTAL HOURS AND FEES** | | | **79.70** | **$57,943.50** |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                          June 29, 2011
056772-00007                                                                             Invoice No. 570865

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 14.00 |
| DOCUMENT PREP. | 25.00 |
| WESTLAW ON-LINE RESEARCH | 25.38 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$64.38** |
| **TOTAL FOR THIS MATTER** | **$58,007.88** |

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                June 29, 2011
056772-00008                                                                     Invoice No. 570865

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/11 | BLABEY, DAVID E | Prepare monthly fee application. | 0.60 | 393.00 |
| 05/05/11 | BLABEY, DAVID E | Review and edit bill for fee application. | 0.10 | 65.50 |
| 05/24/11 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.80 | 1,179.00 |
| 05/25/11 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.30 | 196.50 |
| 05/27/11 | BLABEY, DAVID E | Prepare monthly fee application. | 0.50 | 327.50 |
| **TOTAL HOURS AND FEES** | | | **3.30** | **$2,161.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 17.32 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$17.32** |

**TOTAL FOR THIS MATTER**                                                         **$2,178.82**