**EXHIBIT B**

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    1
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:  3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                                   PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                        TO:
            UNBILLED DISB FROM:    05/02/2011                          TO:  05/27/2011

                                          FEES                                 COSTS
                                          ----                                 -----

             GROSS BILLABLE AMOUNT:         0.00                              942.88
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:                                         05/27/2011
      CLOSE MATTER/FINAL BILLING?  YES   OR   NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                BILLING COMMENTS:


                                                                                                       UNAPPLIED CASH
          ACCOUNTS RECEIVABLE TOTALS                                                                   --------------
                          FEES:            0.00
                 DISBURSEMENTS:           942.88        UNIDENTIFIED RECEIPTS:                              0.00
                  FEE RETAINER:             0.00        PAID FEE RETAINER:                                  0.00
                 DISB RETAINER:             0.00        PAID DISB RETAINER:                                 0.00
             TOTAL OUTSTANDING:           942.88        TOTAL AVAILABLE FUNDS:                              0.00
                                                        TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
              DATE OF LAST BILL:      05/26/11         LAST PAYMENT DATE:                              06/15/11
              LAST BILL NUMBER:        568766   ACTUAL FEES BILLED TO DATE:                           363,803.00
                                                 ON ACCOUNT FEES BILLED TO DATE:                            0.00
                                                    TOTAL FEES BILLED TO DATE:                        363,803.00
           LAST BILL THRU DATE:       04/30/11    FEES WRITTEN OFF TO DATE:                            85,704.00
                                                          COSTS WRITTEN OFF TO DATE:                    23,809.60
    FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee             (4) Excessive Legal Time          (7) Fixed Fee
       (2) Late Time & Costs Posted       (5) Business Development          (8) Premium
       (3) Pre-arranged Discount          (6) Summer Associate              (9) Rounding               (10) Client Arrangement

    BILL NUMBER:               DATE OF BILL:               Processed by:                          FRC:                            CRC:
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ------------- Total Unbilled -------------
Code  Description                      Oldest         Latest          Total
                                       Entry          Entry           Amount
-----                                  -----          -----           ------
0820  PHOTOCOPYING                     05/02/11       05/27/11         154.70
0917  WESTLAW ON-LINE RESEARCH         05/03/11       05/26/11         676.06
0921  LEXIS/NEXIS ON-LINE RESEARCH     05/19/11       05/19/11           7.63
0940  CAB FARES                        05/25/11       05/25/11           7.08
0942  MEALS/IN-HOUSE                   05/03/11       05/24/11          97.41

              Total                                                    942.88


U N B I L L E D    C O S T S    D E T A I L
Description/Code
-------------------

PHOTOCOPYING  0820
 PHOTOCOPYING                  Employee           Date          Amount       Index#     Batch No    Batch Date
   BLABEY, DAVID E                                              ------       ------     --------    ----------
                               BLABEY, D E        05/02/11        0.10       9354304    1069853     05/06/11
 PHOTOCOPYING
   SHAIN, ALIYA                SHAIN, A S         05/27/11      154.60       9378372    1081319     06/01/11
                               0820 PHOTOCOPYING Total :        154.70

WESTLAW ON-LINE RESEARCH 0917
 WESTLAW ON-LINE RESE          BLABEY, D E        05/03/11      210.51       9379478    1082422     06/02/11
 WESTLAW ON-LINE RESE          BLABEY, D E        05/19/11        7.98       9379479    1082422     06/02/11
 WESTLAW ON-LINE RESE          BLABEY, D E        05/20/11       97.82       9379480    1082422     06/02/11
 WESTLAW ON-LINE RESE          BLABEY, D E        05/23/11      147.11       9379481    1082422     06/02/11
 WESTLAW ON-LINE RESE          BLABEY, D E        05/24/11       17.55       9379482    1082422     06/02/11
 WESTLAW ON-LINE RESE          BLABEY, D E        05/26/11      195.09       9379483    1082422     06/02/11
                               0917 WESTLAW ON-LINE RESE Total :  676.06

LEXIS/NEXIS ON-LINE RESEARCH 0921
 LEXIS/NEXIS ON-LINE           BLABEY, D E        05/19/11        7.63       9380270    1082484     06/02/11
                               0921 LEXIS/NEXIS ON-LINE Total :    7.63

CAB FARES 0940
 JULIET RAMDIN, CASHIER        BLABEY, D E        05/25/11        7.08       9374067    1077622     05/26/11
 JULIET RAMDIN, CASHIER
                               0940 CAB FARES Total :             7.08

MEALS/IN-HOUSE 0942
 MEALS/IN-HOUSE                BLABEY, D E        05/03/11       25.31       9372889    1076846     05/25/11
   IN-HOUSE/MEALS
 MEALS/IN-HOUSE                BLABEY, D E        05/05/11       12.68       9372890    1076846     05/25/11
   IN-HOUSE/MEALS
 MEALS/IN-HOUSE                BLABEY, D E        05/19/11       22.07       9377334    1079859     05/31/11
   IN-HOUSE/MEALS
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code              Employee         Date        Amount    Index#    Batch No   Batch Date
-----------------             --------         ----        ------    ------    --------   ----------
MEALS/IN-HOUSE                BLABEY, D E      05/23/11     17.02    9381431   1083804    06/08/11
  IN-HOUSE/MEALS
MEALS/IN-HOUSE                BLABEY, D E      05/24/11     20.33    9381432   1083804    06/08/11
  IN-HOUSE/MEALS

                              0942 MEALS/IN-HOUSE Total :   97.41


                                                            942.88

           Costs Total :
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount                                     Bill          W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
------------------------- ------                                     ----          ---------    -----------   --------   -------------

0820 PHOTOCOPYING                    154.70      _____       _____       _____       _____       _____
0917 WESTLAW ON-LINE RESEARCH        676.06      _____       _____       _____       _____       _____
0921 LEXIS/NEXIS ON-LINE RESEA         7.63      _____       _____       _____       _____       _____
0940 CAB FARES                         7.08      _____       _____       _____       _____       _____
0942 MEALS/IN-HOUSE                   97.41      _____       _____       _____       _____       _____

         Costs Total :               942.88
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    5
Run Date & Time: 06/29/2011 13:47:34                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                            TO:
            UNBILLED DISB FROM:   05/05/2011               TO:   05/19/2011

                                        FEES                          COSTS

    GROSS BILLABLE AMOUNT:                  0.00                          64.38
    AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                                05/19/2011
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                          ACCOUNTS RECEIVABLE TOTALS                                         UNAPPLIED CASH

                  FEES:                     0.00    UNIDENTIFIED RECEIPTS:           0.00
          DISBURSEMENTS:                   64.38    PAID FEE RETAINER:               0.00
          FEE RETAINER:                     0.00    PAID DISB RETAINER:              0.00
          DISB RETAINER:                    0.00    TOTAL AVAILABLE FUNDS:           0.00
      TOTAL OUTSTANDING:                   64.38    TRUST BALANCE:
                                                                  BILLING HISTORY

      DATE OF LAST BILL:     05/26/11    LAST PAYMENT DATE:              06/15/11
      LAST BILL NUMBER:     568766       ACTUAL FEES BILLED TO DATE:   926,837.00
                                         ON ACCOUNT FEES BILLED TO DATE:    0.00
                                         TOTAL FEES BILLED TO DATE:    926,837.00
      LAST BILL THRU DATE:    04/30/11   FEES WRITTEN OFF TO DATE:          391.00
                                         COSTS WRITTEN OFF TO DATE:       2,162.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ---------- Total Unbilled ----------
Code  Description                           Oldest       Latest          Total
                                            Entry        Entry          Amount

0841  RESEARCH SERVICES                     05/05/11     05/05/11         14.00
0842  DOCUMENT PREP.                        05/19/11     05/19/11         25.00
0917  WESTLAW ON-LINE RESEARCH              05/05/11     05/05/11         25.38

                  Total                                                   64.38


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee                  Date         Amount       Index#    Batch No   Batch Date

RESEARCH SERVICES 0841
    RESEARCH SERVICES                   BOYLE, B B                05/05/11      14.00       9356116   1070169    05/09/11
    Westlaw case for P Bentley
                           0841 RESEARCH SERVICES Total :                       14.00

DOCUMENT PREP. 0842
    DOCUMENT PREP.                      KOSCAL, T M               05/19/11      25.00       9379168   1082167    06/02/11
                           0842 DOCUMENT PREP. Total :                          25.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                BOYLE, B B                05/05/11      25.38       9379484   1082422    06/02/11
                           0917 WESTLAW ON-LINE RESE Total :                    25.38


                Costs Total :                                                   64.38
```

alp_132r: Matter Detail                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
Run Date & Time: 06/29/2011 13:47:34                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount              Bill            W/o / W/u           Transfer To      Clnt/Mtr     Carry Forward
----------------                ------              ----            ---------           -----------      --------     -------------

0841 RESEARCH SERVICES           14.00
0842 DOCUMENT PREP.              25.00
0917 WESTLAW ON-LINE RESEARCH    25.38

         Costs Total :           64.38

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    8
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:   3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status         : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                 TO:
            UNBILLED DISB FROM:  05/25/2011                     TO:  05/27/2011

                              FEES              COSTS

                              ----              -----
                                                17.32
    GROSS BILLABLE AMOUNT:     0.00
    AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                        05/27/2011
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


            ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH
            --------------------------                                          --------------
                FEES:                0.00           UNIDENTIFIED RECEIPTS:          0.00
        DISBURSEMENTS:              17.32               PAID FEE RETAINER:          0.00
        FEE RETAINER:                0.00              PAID DISB RETAINER:          0.00
       DISB RETAINER:                0.00           TOTAL AVAILABLE FUNDS:          0.00
    TOTAL OUTSTANDING:              17.32                  TRUST BALANCE:

                                         BILLING HISTORY
                                         ---------------
    DATE OF LAST BILL:   05/26/11         LAST PAYMENT DATE:            06/15/11
    LAST BILL NUMBER:   568766        ACTUAL FEES BILLED TO DATE:   223,216.00
                                  ON ACCOUNT FEES BILLED TO DATE:         0.00
                                     TOTAL FEES BILLED TO DATE:   223,216.00
    LAST BILL THRU DATE: 04/30/11     FEES WRITTEN OFF TO DATE:    19,208.00
                                     COSTS WRITTEN OFF TO DATE:       910.75

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development         (8) Premium
    (3) Pre-arranged Discount           (6) Summer Associate             (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     9
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

UNBILLED  COSTS  SUMMARY  ----------- Total Unbilled ----------
                                Oldest      Latest       Total
Code Description                Entry       Entry        Amount
----  -----------              -------     -------      --------
0930 MESSENGER/COURIER         05/25/11    05/27/11       17.32

               Total                                      17.32


UNBILLED  COSTS  DETAIL
Description/Code                        Employee            Date         Amount     Index#    Batch No   Batch Date
----------------                        --------            ----         ------     ------    --------   ----------
MESSENGER/COURIER 0930
   FEDERAL EXPRESS CORPORAT             BLABEY, D B         05/25/11       9.27     9381191   1083729    06/06/11
       Saul Ewing LLP
   FEDERAL EXPRESS CORPORAT             BLABEY, D B         05/27/11       8.05     9381192   1083729    06/06/11
       Saul Ewing LLP
                                     0930 MESSENGER/COURIER Total :       17.32


               Costs Total :                                              17.32
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   10
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2011 13:47:34

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:    3170520
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount                 Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
------------------------------  -----------            --------    ----------     -----------    --------    -------------

D930 MESSENGER/COURIER               17.32

         Costs Total :              17.32
```