IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 7/25/11 at 4⁰⁰ pm |

*(handwritten) Objection Deadline: 7/25/11 at 4ᵒᵒ pm*

## SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF April 30, 2011

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **April 1, 2011 - April 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$12,479.67** |
| Amount of Expense Reimbursement sought | **$13.50** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of April 2011. This is the twelfth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP.    Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 22.01 | $12,479.67 |

Total Fees: $12,493.17

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $12,493.17 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (April 1, 2011-April 30, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: June 1, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                            May 31, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: Potential Trademark Oppositions            Invoice#: 669563
Our File Number: 63812/0112                    PAGE:   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

|  |  | Hours |
|---|---|---|
| 04/15/2011 Rynkiewicz, John P | | 1.75 |
| | Review Grace matters, oppositions and potential oppositions; review series of prior communications and issues, check status re same. | |
| | Total Hours................ | 1.75 |
| | Fees through 04/30/2011.................................. | $992.25 |

*-----------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.75 | $992.25 |
| Fees through 04/30/2011............... | | 1.75 | $992.25 |

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 1,513.89 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 1,513.89 |
| Prior Balance Due.......................................................... | | $5,759.59 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    May 31, 2011

**RE:** Potential Trademark Oppositions                          Invoice#: 669563
**Our File Number:** 63812/0112                                  PAGE:    2

| | |
|---|---:|
| Fees this Invoice................................................................ | $992.25 |
| Total Due this Invoice......................................................... | $992.25 |
| Prior Balance Due (from above)............................................ | 5,759.59 |
| **TOTAL DUE**................................................................... | **$6,751.84** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 669563
Total Amount Due: $6,751.84

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

May 31, 2011

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 669562
**PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

| | | Hours |
|---|---|---|
| 04/04/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email and watch report from Corsearch dated March 21, 2011; assess marks and advise Grace re confusion likelihood. | |
| 04/05/2011 | Rynkiewicz, John P | 0.83 |
| | Review Grace email and advise re marks in Corsearch dated April 3, 2011; research and added review of GRACE PERIOD mark; draft separate comments, issuers for consideration re marks. | |
| 04/07/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email, 04/7/2011 Corsearch Watch Report; assess marks, confusion and advise Grace. | |
| 04/09/2011 | Rynkiewicz, John P | 0.17 |
| | Review Grace reply re 04/7/2011 Corsearch Watch Report and three marks and decision not to oppose based on Davison businesses, from B. Bunch. | |
| 04/15/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email, Corsearch Watch Notice of April 15, 2011, and listed GRACE marks; assess marks and potential confusion; advise Grace re same; research and review USPTO website. | |
| 04/21/2011 | Rynkiewicz, John P | 0.92 |
| | Review Grace oppositions and potential oppositions, series of prior communications and watches. | |
| 04/27/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email and Corsearch Watch Report dated April 27, 2011; assess marks; review GRACIAMEDICA closer, advise client re same. | |

Total Hours................. 3.92

Fees through 04/30/2011...................................   $2,222.64

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn

May 31, 2011

**RE: Trademark Watches**
**Our File Number: 63812/0111**

Invoice#: 669562
PAGE:   2

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.92 | $2,222.64 |
| Fees through 04/30/2011................ | | 3.92 | $2,222.64 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 2,976.75 |
| Prior Balance Due........................................... | | $6,284.63 |

| | |
|---|---|
| Fees this Invoice............................................................ | $2,222.64 |
| Total Due this Invoice.................................................... | $2,222.64 |
| Prior Balance Due (from above).................................... | 6,284.63 |
| **TOTAL DUE**.............................................................. | **$8,507.27** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 669562
Total Amount Due: $8,507.27

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
     Legal Department
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

May 31, 2011

**RE:** Special Counsel
**Our File Number:** 63812/0108
**Client Reference:** 100071

**Invoice#:** 669561

**PAGE:**  1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

| | | **Hours** |
|---|---|---|
| 04/01/2011 | Rynkiewicz, John P | 0.25 |
| | Review multiple emails from Delaware law firm confirming submission to the Court of KS invoices as Special Counsel. | |
| 04/22/2011 | Rynkiewicz, John P | 0.83 |
| | Review files, issues and other time related to Special Counsel appointment and special reporting procedures. | |
| | Total Hours................. | 1.08 |
| | Fees through 04/30/2011.................................... | $612.36 |

\*-------------------------------TIME AND FEE SUMMARY-----------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.08 | $612.36 |
| Fees through 04/30/2011............... | | 1.08 | $612.36 |

\*-----------------------OUTSTANDING BALANCE----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    May 31, 2011

**RE: Special Counsel**                                        **Invoice#: 669561**
**Our File Number: 63812/0108**
**Client Reference: 100071**                                   **PAGE:   2**

| Invoice# | Date | Amount |
|----------|------|--------|
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 946.89 |
| Prior Balance Due......................................................... | | $4,233.62 |

| | |
|---|---|
| Fees this Invoice...................................................... | $612.36 |
| Total Due this Invoice............................................... | $612.36 |
| Prior Balance Due (from above)................................. | 4,233.62 |
| **TOTAL DUE**........................................................ | **$4,845.98** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 669561
Total Amount Due: $4,845.98

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn                              May 31, 2011
        6200 Whittemore Avenue
        Cambridge, Massachusetts 002140-169
        Attn: Craig K. Leon, Esq.


**RE: BIFLEX**                                    **Invoice#: 669560**
**Our File Number: 63812/0104**
**Client Reference: 100112**                      **PAGE:    1**

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

|  |  | **Hours** |
|---|---|---|
| 04/07/2011 | Rynkiewicz, John P | 0.17 |
| | Review TTAB Order suspending action in the application, pending settlement completion. | |
| 04/12/2011 | Rynkiewicz, John P | 0.17 |
| | Emails to/from opposing counsel and A. Zaccheo regarding settlement, execution and termination of proceedings. | |
| 04/13/2011 | Rynkiewicz, John P | 0.33 |
| | Review Grace executed settlement; draft letter to opposing counsel and send executed copies for signature;. | |
| 04/18/2011 | Rynkiewicz, John P | 0.25 |
| | Review email from opposing counsel and pdf copy of signed agreement; send request for original; review next steps regarding withdrawal of proceeding and motion to be filed. | |

Total Hours................. 0.92

Fees through 04/30/2011.................................... $521.64


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.92 | $521.64 |
| Fees through 04/30/2011............... | | 0.92 | $521.64 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                    May 31, 2011

RE: BIFLEX                                                   Invoice#: 669560
**Our File Number:** 63812/0104
**Client Reference:** 100112                                  **PAGE:**   2

---

*------------------------COSTS ADVANCED THROUGH 04/30/2011------------------------*
                Duplicating                                    $0.10
                Messengers/Courier                             13.20
                    Total Costs through 04/30/2011........................    $13.30

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 654088 | 12/10/2010 | $286.00 |
| 657772 | 01/19/2011 | 198.45 |
| 660993 | 02/28/2011 | 708.75 |
| 666740 | 04/30/2011 | 2,602.53 |
| Prior Balance Due............................................................. | | $3,795.73 |

| | |
|---|---|
| Fees this Invoice.................................................. | $521.64 |
| Costs this Invoice................................................. | $13.30 |
| Total Due this Invoice........................................... | $534.94 |
| Prior Balance Due (from above)................................ | 3,795.73 |
| **TOTAL DUE**........................................................ | **$4,330.67** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 669560
Total Amount Due: $4,330.67

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                May 31, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                         **Invoice#:** 669553
**Our File Number:** 63812/0019
**Client Reference:** 100067                                **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

| | | Hours |
|---|---|---:|
| 04/01/2011 | Rynkiewicz, John P | 1.25 |
| | Review Declaration, evidence and documents; review Grace emails and send comments/responses re same; review prior revisions and changes sent to Grace in POWER GRACE in India Opposition - Affidavit and Evidence matter. | |
| 04/06/2011 | Rynkiewicz, John P | 1.17 |
| | Review emails, evidence, Affidavit. | |
| 04/07/2011 | Rynkiewicz, John P | 1.25 |
| | Emails to/from Grace regarding Indian opposition and decl and evidence; review prior issues and emails, and review previous mark-up of documents sent to Grace; re-send to T. Hunter. | |
| 04/08/2011 | Rynkiewicz, John P | 1.00 |
| | Emails to/from the client; review remaining issues, comments re opposition in India. | |
| 04/12/2011 | Rynkiewicz, John P | 1.75 |
| | Additional follow-up review of issues, evidence and documents in India. | |

Total Hours................ 6.42

Fees through 04/30/2011.................................... $3,640.14

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 6.42 | $3,640.14 |
| Fees through 04/30/2011............... | | 6.42 | $3,640.14 |

**K**AYE SCHOLER LLP

TO:  W.R. Grace & Co.-Conn                                    May 31, 2011

RE: Power Grace                                         Invoice#: 669553
**Our File Number: 63812/0019**
**Client Reference: 100067**                                  PAGE:   2

---

\*-------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 3,169.53 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 6,485.24 |
| Prior Balance Due........................................................... | | $11,676.06 |

| | |
|---|---|
| Fees this Invoice........................................................... | $3,640.14 |
| Total Due this Invoice.................................................... | $3,640.14 |
| Prior Balance Due (from above)..................................... | 11,676.06 |
| **TOTAL DUE**........................................................... | **$15,316.20** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 669553
Total Amount Due: $15,316.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                            May 31, 2011
          7500 Grace Drive
          Columbia, Maryland 21044
          Attn: Robert A. Maggio, Esq.

**RE:** I. GRACE Trademarks                        **Invoice#:** 669551
**Our File Number:** 63812/0003
**Client Reference:** 100063                        **PAGE:**  1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

| | | Hours |
|---|---|---|
| 04/04/2011 | Rynkiewicz, John P | 1.25 |
| | Work on settlement and termination of opposition. | |
| 04/06/2011 | Rynkiewicz, John P | 1.42 |
| | Review suspended status, work on settlement outline and terms. | |
| | Total Hours................. | 2.67 |
| | Fees through 04/30/2011.................................... | $1,513.89 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.67 | $1,513.89 |
| Fees through 04/30/2011............... | | 2.67 | $1,513.89 |

\*--------------------------OUTSTANDING BALANCE--------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn

May 31, 2011

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**
**Client Reference: 100063**

**Invoice#:** 669551

**PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 2,126.25 |
| 664048 | 03/31/2011 | 274.43 |

Prior Balance Due........................................................................ $7,914.07

Fees this Invoice.......................................................................... $1,513.89
Total Due this Invoice................................................................. $1,513.89
Prior Balance Due (from above)................................................. 7,914.07
**TOTAL DUE**........................................................................ **$9,427.96**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 669551
Total Amount Due: $9,427.96

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    May 31, 2011
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                              **Invoice#:** 669550
**Our File Number:** 63812/0001
**Client Reference:** 100062                                  **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2011

| | | Hours |
|---|---|---|
| 04/01/2011 | Rynkiewicz, John P | 1.33 |
| | GRACE review, beginning of the month overview, status updates; check on open issues/deadlines in multiple GRACE matters. | |
| 04/04/2011 | Rynkiewicz, John P | 0.92 |
| | Review Grace email and inquiry regarding US and foreign multiple Watch Service Renewals; assess issues, Grace type watches and send comments/recommendations to T. Hunter re appropriate Grace watches worldwide. | |
| 04/05/2011 | Rynkiewicz, John P | 0.50 |
| | Review prior communications, issues and status in Kemp Watch Report - GRACE in African Union; send Grace inquiry. | |
| 04/14/2011 | Rynkiewicz, John P | 0.75 |
| | Overview of multiple pending GRACE trademark matters, issues, status and deadlines. | |
| 04/25/2011 | Rynkiewicz, John P | 0.50 |
| | Status update check on GRACE in African Union matter. | |
| 04/29/2011 | Rynkiewicz, John P | 1.25 |
| | Overview of multiple Grace matters, status and deadlines; end-of-the month review of GRACE mark issues. | |

Total Hours................. 5.25

Fees through 04/30/2011.................................... $2,976.75

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.                                          May 31, 2011

RE: General                                                         Invoice#: 669550
**Our File Number:** 63812/0001
**Client Reference:** 100062                                        PAGE:   2

---

\*--------------------------TIME AND FEE SUMMARY--------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 5.25 | $2,976.75 |
| Fees through 04/30/2011............... | | 5.25 | $2,976.75 |

\*--------------------COSTS ADVANCED THROUGH 04/30/2011--------------------\*

| Duplicating | $0.20 |
|---|---|
| Total Costs through 04/30/2011......................... | $0.20 |

\*--------------------------OUTSTANDING BALANCE--------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 6,282.66 |
| Prior Balance Due................................................................. | | $26,697.96 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                      May 31, 2011

RE: General                                                Invoice#: 669550
**Our File Number:** 63812/0001
**Client Reference:** 100062                                PAGE:    3

Fees this Invoice.................................................................   $2,976.75
Costs this Invoice...............................................................       $0.20
Total Due this Invoice.........................................................   $2,976.95
Prior Balance Due (from above).............................................   26,697.96

**TOTAL DUE**.....................................................................   **$29,674.91**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 669550
Total Amount Due: $29,674.91

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH