**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, K.Davis re: claims 16414 & 11590 and claim status/information |
| | WRG Asbestos Claims Total: | | | 0.1 | $11.00 | |

## January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 1/3/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25967-25972, 25974-25977 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/3/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/3/2011 | 0.2 | $15.00 | Review Court docket Nos. 25978-25998 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2011 | 1.2 | $252.00 | Analysis of Court docket re case status |
| MIKE BOOTH - MANAGER | | $165.00 | 1/3/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/4/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25978-25984, 25989-25990, 25994-25995 |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/4/2011 | 0.3 | $33.00 | Audit Notice of Transfer mailings related to 7 docket filings per M Booth request. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/4/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/4/2011 | 0.1 | $7.50 | Review Court docket Nos. 25999-26007 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Calumet Brass re: Dkt 25985 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - DYNAMIC PUMP & PROCESS re: Dkt 25987 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - DYNAMIC PUMP & PROCESS NOW re: Dkt 25988 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - H H HOLMES TESTING LABS INC re: Dkt 25991 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - PUMP SPECIALTIES INC re: Dkt 25992 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - THE HOPE GROUP CORP re: Dkt 25993 |
| MABEL SOTO - CAS | | $45.00 | 1/4/2011 | 0.1 | $4.50 | E-mail from J Myers re service of Transfer Notices re: Dkts 25985, 25987, 25988, 25991, 25992 & 25993 |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2011 | 0.2 | $39.00 | Review email exchanges and Notice of Transfer re Calumet Brass forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges re Notice of Transfer of claim re Dynamic Pump & Process forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges re Notice of Transfer re The Hope Group Corp forwarded to NoticeGroup for production and service |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | $195.00 | 1/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and Notice of Transfer of claim re H H Holmes Testing Labs forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | $195.00 | 1/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and Notice of Transfer re Pump Specialties claims forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | $95.00 | 1/5/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25983, 25999-26003, 26006-26007 |
| ANNE CARTER - CONSULTANT | $125.00 | 1/5/2011 | 0.9 | $112.50 | Docket research and review re completion of service requirements of filed Orders involving claims (2010-11-01_to_2010-11-30) (.5); emails with Notice Group re service (.4) |
| ANNE CARTER - CONSULTANT | $125.00 | 1/5/2011 | 1.6 | $200.00 | Docket research and review re completion of service requirements of filed Orders involving claims (2010-12-01_to_2010-12-07) (1.0); emails with Notice Group re service (.6) |
| JAMES MYERS - CAS | $65.00 | 1/5/2011 | 0.2 | $13.00 | Ntc Trans Claim 25985: email exchange w/ M Booth requesting filing of Cert of Svc (.1); ECF file same (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 1/5/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 1/5/2011 | 0.1 | $7.50 | Review Court docket Nos. 26008, 26010-26015 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 1/5/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - CENTRAL FREIGHT re: Dkt 26009 |
| MABEL SOTO - CAS | $45.00 | 1/5/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service re: Dkt 26009 |
| MABEL SOTO - CAS | $45.00 | 1/5/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - CASNER & EDWARDS re: Dkt 25996 |
| MABEL SOTO - CAS | $45.00 | 1/5/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - CORRE OPPORTUNITIES FUND LP re: Dkt 25996 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/5/2011 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx re audit results (.7) |
| MYRTLE JOHN - MANAGER | $195.00 | 1/5/2011 | 0.1 | $19.50 | Review Notice of Transfer re Central Freight claim to Fair Harbor Capital forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | $195.00 | 1/5/2011 | 0.1 | $19.50 | Review Courtesy Notice of Transfer re Casner & Edwards claim forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | $95.00 | 1/6/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26008, 26010-26013, 26015 |
| JAMES MYERS - CAS | $65.00 | 1/6/2011 | 0.4 | $26.00 | 6 POS re Ntc Claims Transfer: email exchange w/ M Booth transmitting docs for filing (.1); ECF file as directed (.3) |
| LELIA HUGHES - REC_TEAM | $75.00 | 1/6/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 1/6/2011 | 0.1 | $7.50 | Review Court docket Nos. 26016-26025 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/6/2011 | 1.5 | $315.00 | Analysis of Court docket re case status |
| MIKE BOOTH - MANAGER | $165.00 | 1/6/2011 | 1.4 | $231.00 | Prepare (.7) and review (.6) Certificates of Service for transfers filed by Fair Harbor re: docket nos. 25985, 25987, 25988, 25991, 25992, 25993, 26009 and forward to Notice Group for filing with the Court (.1). |
| JULIE JUNG - CAS | $65.00 | 1/7/2011 | 0.2 | $13.00 | Prepare Transfer Notices for service per Mike Booth (.1); prepare COA Postage Tracking in NS (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2011 | 0.1 | $7.50 | Review Court docket Nos. 26026-26037, 26039-26042 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.1); revise b-Linx re audit results (.9) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/10/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26016-26023, 26026, 26036-26037, 26040, 26042 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/10/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/10/2011 | 0.1 | $7.50 | Review Court docket Nos. 26043-26052 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2011 | 0.4 | $84.00 | Email from A Lambert re docket availability and copy of order setting 2001 Omni hearing dates (.1); prep email to A Lambert re Omni hearing dates for 2011 (.1); prep email to S Cohen re R Finke/L Sinanyan reference on claims and location of original data (.1); analysis of S Cohen email re same (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.3 | $33.00 | Prepare two Proofs of Service related to transfer notices (.2), forward to Notice Group for filing (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/11/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/11/2011 | 0.1 | $7.50 | Review Court docket Nos. 26053-26059 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/11/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - National Hose re: dkt 26052 |
| MABEL SOTO - CAS | | $45.00 | 1/11/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Fair Harbor re: dkt 26052 |
| MABEL SOTO - CAS | | $45.00 | 1/11/2011 | 0.1 | $4.50 | ECF filing to the Court site Proofs of Service Transfer Notices re: dkts 25973 & 26052 |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/12/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26053-26059 |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/12/2011 | 1.7 | $212.50 | Docket research and review re completion of service requirements of filed Orders involving claims (2010-12-08_to_2010-12-31) (1.1); emails with Notice Group re service (.6) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2011 | 0.1 | $7.50 | Review Court docket Nos. 26060-26065 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2011 | 0.5 | $105.00 | Emails to/from Cebu Data re FTP files for C Finke (.2); prep email to Data Grp re revised webpage re webpage revisionsr (.1); analysis of webpage revisions (.1); prep email to Data Grp re additional revisions to webpage (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 1/12/2011 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/12/2011 | 0.2 | $39.00 | Review Notice of Transfer re claim of National Hose & Accessories forwarded to NoticeGroup for production and service (.1); review Notice of Transfer to Fair Harbor Capital re same (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/12/2011 | 0.2 | $39.00 | Review and analysis of Notice of Transfer and Certificate of Service re Univar USA claim forwarded to NoticeGroup |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/13/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26060, 26064-26065 |

## BMC Group
WR GRACE
Monthly Invoice:

### January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/13/2011 | 0.1 | $7.50 | Telephone with David Milton at (250) 442-8062 / RE: disbursement status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/13/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/13/2011 | 0.1 | $7.50 | Review Court docket Nos. 26066-26071 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2011 | 2.0 | $420.00 | Analysis of claims, orders and docket re SEC review for 4th Qtr (1.5); analysis of S Cohen email and numbers for SEC 4th Qtr info (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2011 | 2.5 | $525.00 | Analysis of Court docket re 4th Qtr SEC info (1.3); revise b-Linx re 4th Qtr SEC info (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2011 | 0.7 | $147.00 | Email from R Higgins re 4th Qtr info (.1); draft 4th Qtr SEC language (.2); prep email to R Higgins re 4th Qtr SEC language (.1); prep email to R Higgins re 38th Qtrly Report of Settlement and stip for inclusion in report (.2); analysis of R Higgins email re revisions to 4th Qtr SEC insert language (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/14/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26066-26071 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/14/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/14/2011 | 0.1 | $7.50 | Review Court docket Nos. 26072-26073 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2011 | 2.0 | $420.00 | Analysis of case status, project planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2011 | 1.0 | $210.00 | Analysis of undisputed claims report re revisions to be made (.4); analysis of claims re info for distribution (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/17/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26072 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/17/2011 | 0.2 | $22.00 | Analyze Court docket no. 26077 (.1); revise impacted entries in the claims database pursuant to the Notice of Change of Firm Name (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/17/2011 | 0.1 | $11.00 | Analyze Court docket nos. 26078 and 26079, verify no updates in the claims database or noticing system are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/17/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/17/2011 | 0.1 | $7.50 | Review Court docket Nos. 26074-26079 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2011 | 0.4 | $84.00 | Analysis of S Cohen email to K Davis re Jan 11 claims and transfer updates and attachments |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/18/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26075-26076 |
| BRIANNA TATE - CAS | | $45.00 | 1/18/2011 | 0.1 | $4.50 | Telephone with Chris Paczynski of Nortel Networks at (905) 863-6414 / RE: removal from mailing list; informed him written response to BMC and Rust required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/18/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/18/2011 | 0.1 | $7.50 | Review Court docket Nos. 26080-26081 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2011 | 2.3 | $483.00 | Analysis of correspondence and memos re project planning (1.0); continue project planning (1.3) |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 1/18/2011 | 0.1 | $16.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/18/2011 | 0.1 | $11.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/19/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26080-26081, 26083-26084 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/19/2011 | 0.1 | $11.00 | Prepare on Proof of Service related to defective notice, forward to Notice Group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/19/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/19/2011 | 0.1 | $7.50 | Review Court docket Nos. 26083-26086 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/19/2011 | 0.1 | $4.50 | Prepare Defective Notice for service - Paley Rothman re: dkt 26082 |
| MABEL SOTO - CAS | | $45.00 | 1/19/2011 | 0.1 | $4.50 | Prepare Defective Notice for service - Fair Harbor re: dkt 26082 |
| MABEL SOTO - CAS | | $45.00 | 1/19/2011 | 0.1 | $4.50 | ECF filing Proof of Service Defective Notice re: dkt 26082 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx re audit results (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/19/2011 | 0.2 | $39.00 | Review email and Defective Notice of Transfer re Paley Rothman claim forwarded to NoticeGroup for produciton and service |
| BRIANNA TATE - CAS | | $45.00 | 1/20/2011 | 0.1 | $4.50 | Telephone with Sandra Sanchez of Liquidity Solutions at (201) 968-0001 / RE: contact info for Kathy Davis. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/20/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/20/2011 | 0.1 | $7.50 | Review Court docket Nos. 26087-26090 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/21/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/21/2011 | 0.1 | $7.50 | Review Court docket Nos. 26091-26102 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/21/2011 | 0.1 | $4.50 | Prepare Defective Notice for service - Lab Support re: Dkt 26102 |
| MABEL SOTO - CAS | | $45.00 | 1/21/2011 | 0.1 | $4.50 | Prepare Defective Notice for service - DACA 2010LP re: Dkt 26102 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2011 | 0.3 | $63.00 | Analysis of email from K Martin re DTC inquiry re status of case (.1); prep email to R Higgins re info for DTC re case status (.1); analysis of R Higgins email re info for DTC case status, transmit to K Martin (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2011 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx re audit results (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/21/2011 | 0.2 | $39.00 | Review Defective Notice of Transfer re Lab Support claim forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/24/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26087, 26089-26098 |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/24/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26103-26105, 26108-26109, 26111-26113, 26115-26116 |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 1/24/2011 | 0.1 | $4.50 | Telephone with Linda Bovarian at (972) 618-8295 / RE: status of their claim. Referred to Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/24/2011 | 0.2 | $22.00 | Prepare Proof of Service related to Defective Notice (.1), forward to Notice Group for filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/24/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/24/2011 | 0.1 | $7.50 | Review Court docket Nos. 26103-26106 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/24/2011 | 0.1 | $4.50 | ECF file Proof of Service Defective Notice re: Dkt 26102 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2011 | 0.1 | $21.00 | Analysis of email from K Davis re new POC filed by State of Montana |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2011 | 0.8 | $168.00 | Analysis of claim flag report re flag availability |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/24/2011 | 0.1 | $19.50 | Email from and to M Araki re password for new claims forwarded from Rust Consulting |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/25/2011 | 2.3 | $287.50 | Docket research and review re completion of service requirements of filed Orders involving claims (2011-01-01_to_2011-01-24) (1.7); emails with Notice Group re service (.6) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 1/25/2011 | 0.2 | $40.00 | E-mails with M Araki and A Carter re project staffing |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/25/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/25/2011 | 0.1 | $7.50 | Review Court docket Nos. 26107-26109 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 0.2 | $42.00 | Prep email to A Carter re review of docket re orders to be served, project re claim flags and claims with data change/review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/26/2011 | 0.2 | $15.00 | Telephone with Wayne Stewart at (772) 465-8348 / RE: update on the bankruptcy proceedings |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2011 | 0.1 | $7.50 | Review Court docket Nos. 26111-26113, 26115, 26116 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/26/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Installation Design re: dkt 26114 |
| MABEL SOTO - CAS | | $45.00 | 1/26/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - DACA re: dkt 26114 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 0.5 | $105.00 | Analysis of email from K Davis/Rust re voided claims, date of void and status (.1); research b-Linx and files re void dates (.3); prep email to K Davis re voided claim status and approx date of voids (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 0.2 | $42.00 | Analysis of email from J Conklin re issues with data/file transfer from Rust Consulting re new claim filed (.1); prep email to K Davis re issues with data/file transfer (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/26/2011 | 0.2 | $39.00 | Review correspondence and CD of newly filed claim received from Rust Consulting (.1); forward to data analyst for uploading to case database (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.2 | $22.00 | Prepare Proof of Service related to Transfer Notices (.1), forward to Notice Group for filing (.1). |
| MABEL SOTO - CAS | | $45.00 | 1/27/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - Minuteman Controls re: dkt 26122 |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MABEL SOTO - CAS | | $45.00 | 1/27/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - DACA re: dkt 26122 |
| MABEL SOTO - CAS | | $45.00 | 1/27/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - Metalcoat re: dkt 26128 |
| MABEL SOTO - CAS | | $45.00 | 1/27/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - Archon Bay re: dkt 26128 |
| MABEL SOTO - CAS | | $45.00 | 1/27/2011 | 0.1 | $4.50 | ECF file Proof of Service Transfer Notice re: dkt 26114 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx re audit results (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2011 | 0.8 | $168.00 | Analysis of files re executory contract info and status |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/27/2011 | 0.2 | $39.00 | Review courtesy notice of transfer re Archon Bay Capital forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/27/2011 | 0.2 | $39.00 | Review Courtesy Notice of Transfer re Metalcoat Inc. of Florida forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/27/2011 | 0.2 | $39.00 | Review email and Courtesy Notice of Transfer re Minuteman Controls Co, Inc. forwarded to NoticeGroup for production and service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2011 | 0.1 | $7.50 | Review Court docket Nos. 26117-26141 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/29/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 26117-26121, 26123-26129, 26131-26133, 26134-26141 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/31/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/31/2011 | 0.1 | $7.50 | Review Court docket Nos. 26142-26149 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 2.5 | $525.00 | Analysis of Court docket re case status (.8); analysis of Findings and Memo of Opinion re confirmation entered by Court (1.5); prep email to T Feil re entry of Findings and Memo Opinion re confirmation (.1); prep email to R Higgins re status with entry of Findings/Memo Opinion re confirmation (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 0.4 | $84.00 | Analysis of email from M Scott/WR Grace re distribution services, contract (.1); analysis of BMC employment re continued services (.2); prep email to M Scott re distribution services (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 0.4 | $84.00 | Analysis of email from K Davis re new data file replacement for new claim received (.1); analysis of email from G Brown re FTP site info for replacement data file (.1); analysis of email from J Conklin re FTP datafile corrupted (.1); prep email to G Brown re FTP datafile issues (.1) |
| | | WRG Case Administration Total: | | 56.4 | $9,243.50 | |

## January 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/12/2011 | 0.2 | $19.00 | Prepare links to zip files for client per M. Araki |

# BMC Group
WR GRACE

Monthly Invoice:

## January 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| VINCENT NACORDA - CAS | | $75.00 | 1/12/2011 | 1.7 | $127.50 | Updated webpage re the counsel for Debtors section and added 61 Related Debtors to the Related Debtors Page. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/14/2011 | 1.2 | $180.00 | Generate updated active and inactive claims report (1.1). Forward to S Cohen (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/25/2011 | 1.2 | $180.00 | Review of distribution interest rates database (.7). Compare against current listing of distribution plan classes (.3). Verify interest rate report templates are all functional (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/25/2011 | 2.7 | $256.50 | Prepare report of filed claims with changed data from 9/1/2010 to present (1.0); review report (.9); prepare additional report to review claim flag descriptions (.8) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/25/2011 | 0.3 | $28.50 | Review (.1) and respond (.2) to various correspondence with project manager regarding updates and reports for claim flags and filed claims with recent modifications. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/26/2011 | 0.2 | $19.00 | Review (.1) and verify (.1) received CD containing new bankruptcy claim 18543. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/26/2011 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the receipt of new Rust CD with claim number 18543. |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (PI) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/31/2011 | 0.4 | $38.00 | Review (.2) and download (.2) attempt for new claim from Rust Consulting's website to replace defective CD data for new claim. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/31/2011 | 0.1 | $9.50 | Correspondence with project manager regarding the new upload CD for bankruptcy claim 18543 |
| | WRG Data Analysis Total: | | | 10.1 | $1,087.50 | |

## January 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2011 | 0.3 | $63.00 | Email from A Lambert re Commonwealth of Mass claim 15370 (.1); analysis of b-Linx and docket re cliam 15370 (.1); prep email to A Lambert re settlement of claim 15370 and pending order (.1) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 1/21/2011 | 0.4 | $54.00 | Communication w/ M Araki re: anticipated confirmation hearing date and status per request from DTC |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2011 | 0.5 | $105.00 | Telephone from A Lambert/Blackstone re payment over time claims, non-cash claims and multi interest claims (.2); analysis of claim flags re payment over time claims, multi interest claims and non-cash claim flags (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2011 | 1.5 | $315.00 | Analysis of data re info for A Lambert re payment over time claims, multi interest and non-cash claims |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 0.9 | $189.00 | Prep email to J Conklin re report of claims with data changes and claim flag report (.2); analysis of draft reports (.6); prep email to J Conklin re new claim flags (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 0.3 | $63.00 | Prep email to A Carter re review of claims with data changes for new claim flags, interest rates and payouts impacting distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 1.3 | $273.00 | Analysis of Undisputed Claims report draft re revisions to be made to report/claims |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/26/2011 | 4.5 | $562.50 | Analysis of POC data change report (2.0); analysis of related pleadings (1.0); revise b-Linx re claim flags for interest, multi-payment and non-cash (.8); analysis of interest rate powertool re interest rates (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 0.3 | $63.00 | Analysis of J Conklin email re data change to new server and revised report of claims affected by data change after 9/1 (.1); telephone with A Carter re interest rate, claim flag review re claims with data changes (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 2.0 | $420.00 | Prep ART report of claims affected by Orders/Stips (.5); analysis of ART report re Reconciliation Notes re Order/Stip info (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/27/2011 | 4.5 | $562.50 | Analysis of POC data change report (2.5); analysis of related pleadings (1.0); revise b-Linx re claim flags for interest, multi-payment and non-cash (.5); analysis of interest rate powertool re interest rates (.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/28/2011 | 3.9 | $487.50 | Analysis of POC data change report (1.9); analysis of related pleadings (1.0); revise b-Linx re claim flags for interest, multi-payment and non-cash (.5); analysis of interest rate powertool re interest rates (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2011 | 2.4 | $504.00 | Analysis of ART report of claims affected by Orders/Stips re Order data for reports (1.1); analysis of data tools re reflection of data for claims affected by order/stips (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2011 | 1.6 | $336.00 | Analysis of report of distribution address review project |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/31/2011 | 4.2 | $525.00 | Analysis of POC data change report (1.8); analysis of related pleadings (1.0); revise b-Linx re claim flags for interest, multi-payment and non-cash (.7); analysis of interest rate powertool re interest rates (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 0.4 | $84.00 | Prep email to A Carter re status of interest review project (.1); telephone with A Carter re status of project (.1); prep email to A Carter re undisputed claim report project (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 0.1 | $21.00 | Analysis of A Carter email re completion of interest review/multi payment claims |
| | | WRG Distribution Total: | | 29.1 | $4,627.50 | |

## January 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2011 | 0.5 | $105.00 | Email from R Higgins re V Knox request for info on claims (.1); analysis of b-Linx re claims status (.3); prep e-mail to R Higgins re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2011 | 0.4 | $44.00 | Analyze docket numbers 25910 to 25961 (.2); update claims database (.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2011 | 2.1 | $231.00 | Initialize preparation (1.0) and analysis (1.1) of Q4 reports and related claims data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2011 | 1.0 | $210.00 | Analysis of email and attach from S Cohen re 4th Qtr SEC claims resolution (.4); review 3rd Qtr SEC info vs 4th Qtr info (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/4/2011 | 2.9 | $478.50 | Analysis (.6) and update (.6) of b-Linx re: claims transfers related to docket nos. 25985, 25987, 25988, 25991, 25991 & 25993 (Fair Harbor Capital LLC); prepare courtesy notices (1.3) and transmit to Notice Group re: service (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2011 | 0.6 | $66.00 | Finalize preparation and analysis of Q4 reports (.5); email correspondence with M.Araki re: reports and claim updates performed (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/5/2011 | 0.5 | $82.50 | Analysis (.1) and update (.1) of b-Linx re: claims transfer related to docket no. 25996 (Corre Opportunities Fund L.P); prepare courtesy notice (.2) and transmit to Notice Group re: service (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 1/5/2011 | 0.6 | $99.00 | Analysis (.1) and update (.1) of b-Linx re: amended claims transfer related to docket no. 26009 (Fair Harbor); prepare notice (.2) and transmit to Notice Group re: service (.1) update DRTT and transfer tracking spreadsheet related to originally filed NOT - Dkt 25986 (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2011 | 0.3 | $63.00 | Email from R Higgins re add'l claims research for V Knox (.1); research b-Linx and Court docket re claim settlement (.1); prep email to R Higgins re research results (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/7/2011 | 0.5 | $82.50 | Analysis (.1) and update (.1) of b-Linx re: claims transfer related to docket no. 26038 (DACA 2010L LP); prepare courtesy notice (.2) and transmit to Notice Group re: service (.1). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/7/2011 | 0.6 | $66.00 | Analyze docket numbers 25998 to 26041 (.3); update claims database (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2011 | 1.9 | $399.00 | Analysis of ART reports re tax claims for C Finke (.8); revise 3 reports for C Finke (1.0); prep email to C Finke re reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2011 | 1.0 | $210.00 | Email from C Finke re Mass DOR settlement, report of tax claims (.1); revise b-Linx re Mass DOR settlement and claims (.3); prep ART reports re tax claims reconciled, open and inactive per C Finke request (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: scheduled claims updated per R.Finke/L.Sinanyan request in 2007 and research required re: request and updates performed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2011 | 0.4 | $44.00 | Research archived correspondence, files per M.Araki request re: de-minimus claims updated in 2007 per R.Finke/L.Sinanyan request |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: new claim transfer updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/11/2011 | 0.1 | $11.00 | Revise b-Linx to finalize new claim transfer and reconciliation notes. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2011 | 2.0 | $420.00 | Telephone from C Finke re revision to tax reports, franchise/income taxes, Wisconsin, No Carolina and New York settlements (.1); analysis of b-Linx re WI, NC and NY settlements (.6); analysis of Court dockets re tax order & motion (1.0); revise b-linx re Dkt 9290 and 9044 (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2011 | 2.3 | $483.00 | Revise 1/10 reports per C Finke request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2011 | 2.8 | $588.00 | Research pleadings for tax claims impacted by orders (1.8); prep tax claims and related pleadings per C Finke request (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2011 | 0.4 | $84.00 | Emails to/from Data Grp re FTP site for C Finke tax claims, reports and pleadings (.1); email to/from A Carter re noticing review (.2); email to/from R Higgins re 4th Qtr SEC info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2011 | 0.7 | $147.00 | Revise email to C Finke and R Higgins re income and franchise tax claims and related orders (.1); analysis of C Finke reply re New York State tax reconciliation (.1); analysis of docket re other settlements with NY State (.3); prep email to C Finke re NY State tax claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2011 | 2.3 | $483.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx re audit results (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/14/2011 | 0.2 | $22.00 | Analysis of b-Linx to verify certain claim was not previously transferred, per inquiry from D. Tonner of Archon Bay Capital. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/14/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/14/2011 | 0.2 | $22.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with K.Davis re: report results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2011 | 0.1 | $11.00 | Audit updates performed in the claims database pursuant to Court docket no. 25965 to confirm completion. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2011 | 0.9 | $99.00 | Audit updates performed in the claims database and transfer tracking spreadsheet (.5), confirm proper notices were served and proofs of service filed for 19 docket entries (.4). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2011 | 0.2 | $22.00 | Update undeliverable address in the claims database pursuant to current contact information provided within related Notice of Transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2011 | 0.2 | $42.00 | Email from R Higgins re claims research for V Knox (.1); research and reply to R Higgins (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/19/2011 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/19/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/19/2011 | 0.1 | $11.00 | Revise b-Linx re: defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/19/2011 | 0.2 | $22.00 | Prepare defective transfer notice (.1), forward to the Notice Group for service (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/20/2011 | 0.1 | $11.00 | Analyze Court docket nos. 26085 and 26086, verify no updates in the noticing system or claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/20/2011 | 0.2 | $22.00 | Review (.1) and respond (.1) to email inquiry from S. Sanchez of LSI regarding status of certain claims, recommend contact with Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/21/2011 | 0.1 | $11.00 | Analyze Court docket no. 26099, verify no updates in the noticing system or claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/21/2011 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/21/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/21/2011 | 0.1 | $11.00 | Revise b-Linx re: defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/21/2011 | 0.2 | $22.00 | Prepare defective transfer notice (.1), forward to the Notice Group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2011 | 0.7 | $147.00 | Analysis of emails from T Feil and M Booth re claim transfer processing (.2); prep email to T Feil re claim transfers processing (.1); analysis of T Feil email re inquiry from Erica at Kramer Levin re transfer of claim 18508 in Aug 2010 (.1); prep email to M Booth re status of transfer processing (.1); prep email to T Feil re research results and call with Erica at Kramer Levin (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2011 | 0.9 | $189.00 | Analysis of Court docket re alleged claim transfer in Aug 2010 from Kramer Levin client (.5); research b-Linx re claim 18508 (.2); telephone to Erica at Kramer Levin re claim transfer of Marblegate for claim 18508 (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2011 | 0.7 | $147.00 | Analysis of email from D Boll re FDIC and claims of Bank of Ashville (.1); research b-Linx and related pleadings re claims of Bank of Ashville (.5); prep email to D Boll re Bank of Ashville research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.2 | $22.00 | Discussion with M. Booth re: Notice of Transfer filed by Marblegate asserted for the incorrect amount. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.7 | $77.00 | Research claims database to determine transfer history of multiple claims, per request from D. Tonner of Archon Bay Capital. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.2 | $22.00 | Prepare transfer notice (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.3 | $33.00 | Draft email to M. Araki re: various issues related to Notice of Transfer filed by Marblegate. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.2 | $22.00 | Draft email to M. Booth re: various issues related to Notice of Transfer filed by Marblegate. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.2 | $22.00 | Review emails forwarded by M. Booth re: previous communications with Marblegate related to status on National Union Fire Insurance claim. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/26/2011 | 0.7 | $77.00 | Review status of National Union Fire Insurance claim to determine validity of Notice of Transfer filed by Marblegate. |

# BMC Group
WR GRACE
Monthly Invoice:

## January 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 0.5 | $105.00 | Analysis of email from L Shippers re issues with Marblegate transfer filed and docketed (.1); analysis of Marblegate transfer docs vs claim info and related pleadings settling claim prior to transfer (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2011 | 1.8 | $378.00 | Prep ART reports of outstanding claims/schedules (.4); analysis of reports (1.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/26/2011 | 0.2 | $33.00 | Discussion with L Shippers re: Notice of Transfer filed by Marblegate asserted for the incorrect amount. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.2 | $22.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.2 | $22.00 | Revise b-Linx to finalize seven claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/27/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: seven claims updated. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2011 | 0.3 | $63.00 | Analysis of email from K Davis re Bank of Ashland claims and expungement dates (.1); analysis of b-Linx re same (.1); prep email to K Davis re Bank of Ashland expunge dates and claim status (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/31/2011 | 0.5 | $55.00 | Research claims database to determine transfer history of multiple claims, per request from D. Tonner of Archon Bay Capital. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2011 | 1.6 | $336.00 | Analysis of D Boll email re FDIC and bank of Ashland POC supplement and expungement (.1); analysis of J Baer email re voiding supplements due to docketing error (.1); analysis of D Boll email re request for order/ruling expunging supplements (.1); research files and docs re approval to void supplements (1.4) |
| | WRG Non-Asbestos Claims Total: | | | 39.3 | $6,771.50 | |
| | January 2011 Total: | | | 135.0 | $21,741.00 | |

# BMC Group
WR GRACE
Monthly Invoice:

Grand Total:   135.0   $21,741.00

# BMC Group
## WR GRACE
## Professional Activity Summary
### Date Range: 1/1/2011 thru 1/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.1 | $11.00 |
| Total: | | 0.1 | $11.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.2 | $13.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.3 | $218.50 |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| James Myers | $65.00 | 0.6 | $39.00 |
| Mabel Soto | $45.00 | 2.7 | $121.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.7 | $280.50 |
| Myrtle John | $195.00 | 2.9 | $565.50 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.2 | $40.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 6.5 | $812.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.3 | $22.50 |
| Ellen Dors | $110.00 | 0.3 | $33.00 |
| Lauri Shippers | $110.00 | 1.1 | $121.00 |
| Lelia Hughes | $75.00 | 6.1 | $457.50 |
| Steffanie Cohen | $110.00 | 0.3 | $33.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 30.8 | $6,468.00 |
| Total: | | 56.4 | $9,243.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.2 | $19.00 |
| Vincent Nacorda | $75.00 | 1.7 | $127.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.4 | $360.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.0 | $220.00 |
| Jacqueline Conklin | $95.00 | 3.8 | $361.00 |
| Total: | | 10.1 | $1,087.50 |
| **WRG Distribution** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 17.1 | $2,137.50 |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.6 | $2,436.00 |
| Total: | | 29.1 | $4,627.50 |

BMC Group

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 1/1/2011 thru 1/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 4.7 | $775.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 8.0 | $880.00 |
| Steffanie Cohen | $110.00 | 4.7 | $517.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 21.9 | $4,599.00 |
| | Total: | 39.3 | $6,771.50 |
| | Grand Total: | 135.0 | $21,741.00 |