**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110131**
**Expense Summary**

| Period Ending | 1/31/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $11.00 |
| | | Shipping/Courier | $45.45 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $350.00 |
| | | **Total** | **$2,228.55** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20110131-1 | 1/31/2011 | $11.00 |
| | Total | $11.00 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 1/31/2011
**Reference #:** 021-20110131-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for January | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 25 Pieces | $11.00 |
| | | | | **Total Due:** | **$11.00** |

*Invoice Due Upon Receipt*           Page 1 of 1

EXHIBIT 2