# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.3 | $63.00 | Analysis of new claim 18543-State of Montana (.1); revise b-Linx re claim data (.1); prep email to J Baer and R Higgins re new claim filed, open issues (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2011 | 1.0 | $210.00 | Analysis of K Davis email re CDN ZAI withdrawal and data status reconciliation (.2); data review with G Kruse re Rust data reconciliation (.8) |
| | WRG Asbestos Claims Total: | | | 1.3 | $273.00 | |

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 2/1/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26142-21648 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/1/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/1/2011 | 0.1 | $7.50 | Review Court docket Nos. 26150-26164 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2011 | 1.4 | $294.00 | Analysis of amended plan docs re distribution planning |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2011 | 0.1 | $7.50 | Review Court docket Nos. 26165-26170, 26172-26175 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2011 | 0.5 | $105.00 | Analysis of 2 emails from S Cohen re Omni 25 claims not included on recent agenda (.1); analysis of Wright and Akzo Nobel claims (.3); prep email to M Booth re DRTT and transfer processing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2011 | 1.5 | $315.00 | Review list of outstanding projects, update and planning |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/2/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| JAMES MYERS - CAS | | $65.00 | 2/3/2011 | 0.2 | $13.00 | POS Ntc Trans Claim: Review & respond to email from L Shippers transmitting doc for filing (.1); ECF file doc as requested (.1) |
| JULIE JUNG - CAS | | $65.00 | 2/3/2011 | 0.2 | $13.00 | Prepare Transfer Notices for service per Lauri Shippers |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/3/2011 | 0.2 | $22.00 | Create Proof of Service related to notice of transfer (.1), forward to Notice Group for filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2011 | 0.1 | $7.50 | Review Court docket Nos. 26176-26180, 26183-26186 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2011 | 0.5 | $105.00 | Analysis of BNSF appeal of CNA settlement (.3); prep email to R Higgins re impact on confirmation and timing (.1); email from R Higgins re call to discuss status of confirmation, timing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2011 | 1.8 | $378.00 | Continue review of list of projects, update and planning |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/3/2011 | 0.2 | $39.00 | Review email and Courtesy Notice re Transfer of Roys Kwik Korner claim forwarded to NoticeGroup for production and service on affected claim |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/3/2011 | 0.2 | $39.00 | Review email and Notice of Transfer of Cambridge Lumber & Supply Co claim forwarded to NoticeGroup for production and service |

    EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 2/4/2011 | 0.6 | $57.00 | Audit categorization updates related to Court Docket Nos 26153, 26155-26160, 26162-26167;26168-26170, 26172-26180, 26183-26185 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2011 | 0.1 | $7.50 | Review Court docket Nos. 26187-26202 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2011 | 1.9 | $399.00 | Continue analysis of amended plan re distribution planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2011 | 1.5 | $315.00 | Analysis of pre-conf reporting requirements |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2011 | 0.3 | $63.00 | Analysis of employment agmt re distribution |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/5/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26187, 26189-26197-26198, 26200 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/7/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/7/2011 | 0.1 | $7.50 | Review Court docket Nos. 26203-26208 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.1); revise b-Linx re audit results (.9) |
| MIREYA CARRANZA - CAS | | $45.00 | 2/7/2011 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26204, 26206-26208 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/8/2011 | 0.2 | $25.00 | Review and analysis of emails re creditor inquiry to call center re claims register search |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/8/2011 | 0.6 | $75.00 | Review of emails re report for potential claims buyer (.5); tele conf with M Araki re same (.1) |
| BRIANNA TATE - CAS | | $45.00 | 2/8/2011 | 0.3 | $13.50 | Review  email claim inquiry from Ballard Spahr and transmit to project team for review (.2); follow up re: the same (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/8/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/8/2011 | 0.1 | $7.50 | Review Court docket Nos. 26209-26214 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.6 | $126.00 | Telephone from A Carter re T Feil email re report requested by claims buyer (.1); analysis of T Feil emails re claims buyer report request (.2); prep email to T Feil re claims buyer request (.2); prep email to T Feil re no record date (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.7 | $147.00 | Analysis of email from J Conklin re response from Rust re defective upload file (.1); prep email to K Davis re status of replacement claim upload file (.1); analysis of email from K Davis re IT dept provided new file (.1); prep email to K Davis re replacement IT file also defective (.1); analysis of email from K Davis re replacement file No 2 (.1); prep email to J Conklin re replacement file No 2 (.1); analysis of email from J Conklin re confirmation of new claim upload (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.6 | $126.00 | Email from (.1)/to (.1) B Tate re handling inquiries similar to L Heilman request - refer to Rust Consulting; emails from (.2)/to (.2) T Feil re counsel request re creditor inquiries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.2 | $42.00 | Prep email to R Higgins re BMC employment docs, per request (.1); prep memo to team re case status (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/8/2011 | 0.1 | $11.00 | Email correspondence with T.Feil and project team re: case management & activity |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/9/2011 | 3.9 | $487.50 | DRTT analysis and b-Linx audit (2.8) revise b-Linx re audit result (1.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2011 | 0.1 | $7.50 | Review Court docket Nos. 26215-26219 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2011 | 0.6 | $126.00 | Emails from (.3)/to (.3) T Feil re L Heilman inquiry re claims info for EI Dupont Nemours, WR Grace claims website hosted by Rust Consulting, current state of Rust's website |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2011 | 1.2 | $252.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/10/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26209-26210, 26213-26125, 26219 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/10/2011 | 0.4 | $50.00 | Review and analysis of emails re Claim 13939 (.2) and update interest rate accordingly (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/10/2011 | 2.0 | $250.00 | DRTT analysis and b-Linx audit (1.3) revise b-Linx re audit result (.7) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Create Proof of Service related to notice of transfer, forward to Notice Group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2011 | 0.1 | $7.50 | Review Court docket Nos. 26220-26229 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 2/10/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service -  United Energy (1) re: dkt 26227 |
| MABEL SOTO - CAS | | $45.00 | 2/10/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service -  United Energy (2) re: dkt 26227 |
| MABEL SOTO - CAS | | $45.00 | 2/10/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service -  Blue Heron re: dkt 26227 |
| MABEL SOTO - CAS | | $45.00 | 2/10/2011 | 0.1 | $4.50 | ECF Filing a Proof of Service Transfer Notice re: dkt 26227 |
| MABEL SOTO - CAS | | $45.00 | 2/10/2011 | 0.1 | $4.50 | Filing and archiving misc. documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2011 | 1.3 | $273.00 | Analysis of files re prior full claims recon project with K Davis/Rust Consulting (.8); prep emails to G Kruse and S Cohen re prior full claims recon with Rust (.2); analysis of G Kruse and S Cohen emails re prior full recon with Rust (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2011 | 0.4 | $84.00 | Emails with T Feil re distribution agmt for M Scott |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, G.Kruse re: request for reconciliation of BMC and Rust claim data |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/11/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26220-26223, 26226, 26228-26229 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/11/2011 | 2.0 | $250.00 | DRTT analysis and b-Linx audit (1.5) revise b-Linx re audit result (.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/11/2011 | 2.6 | $325.00 | Docket research and review of documents re completion of service requirements of filed Orders involving claims (Docket_2011-01_01_to_2011-01-31 and Docket_2011-02-01_to_2011-02-03) |
| BRIANNA TATE - CAS | | $45.00 | 2/11/2011 | 0.1 | $4.50 | Telephone with Diana of CRG at (201) 568-3620 / RE: if a particular creditor had filed a claim.  Referred to Rust Consulting. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/11/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/11/2011 | 0.1 | $7.50 | Review Court docket Nos. 26230-26243 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2011 | 1.0 | $210.00 | Telephone with R Higgins re case status and confirmation (.1); analysis Court docket re case status (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2011 | 0.8 | $168.00 | Emails to (.3)/from (.3) T Feil re draft distribution agmt; prep email to T Feil re update per R Higgins telecon (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2011 | 1.0 | $210.00 | Analysis of files re last claims reconciliation with Rust Consulting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2011 | 1.0 | $210.00 | DRTT analysis and b-Linx audit (.6); revise b-Linx re audit results (.4) |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/14/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26230-26232, 26234-26240, 26243 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/14/2011 | 2.8 | $350.00 | Complete Docket research and review of documents re completion of service requirements of filed Orders involving claims (Docket_2011-01-01_to_2011-01-31 and Docket_2011-02-01_to_2011-02-03) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/14/2011 | 2.5 | $312.50 | DRTT analysis and b-Linx audit (1.7) revise b-Linx re audit result (.8) |
| BRIANNA TATE - CAS | | $45.00 | 2/14/2011 | 0.1 | $4.50 | Telephone with Michael Handler of Liquidity Solutions at (201) 968-0002 /  RE:  a copy of the tabulation. He will send an email to callcenter@bmcgroup.com. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/14/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/14/2011 | 0.1 | $7.50 | Review Court docket Nos. 26244-26253 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2011 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx re audit results (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/15/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26244-26252 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/15/2011 | 0.2 | $25.00 | Review and analysis of emails re request for ballot report |
| BRIANNA TATE - CAS | | $45.00 | 2/15/2011 | 0.1 | $4.50 | Review and transmit inquiry regarding ballot tabulation report to project team for review. |
| BRIANNA TATE - CAS | | $45.00 | 2/15/2011 | 0.2 | $9.00 | Review response to inquiry regarding ballot tabulation report (.1).  Follow up w/Liquidity Solutions re:the same. (.10 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2011 | 0.5 | $105.00 | Prep project for A Carter re distribution address review update |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2011 | 0.9 | $189.00 | Emails from (.4)/to (.5) T Feil re claims agent issues in case, docs posted on website, claims registers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2011 | 0.5 | $105.00 | Prep project for A Carter re Blackstone update |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2011 | 0.8 | $168.00 | Revise list of docs to be posted on BMC website re confirmation to include new pleadings |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/16/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 0.4 | $84.00 | Analysis of S Cohen emails to K Davis re claim updates/transfers |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.0); revise b-linx per analysis (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 0.3 | $63.00 | Prepare email to M Scott re distribution agreement |
| BRIANNA TATE - CAS | | $45.00 | 2/17/2011 | 0.2 | $9.00 | Review and transmit add'l inquiry re ballot tabulation report to project team for review (.1). Follow up w/Liquidity Solutions re: same (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/17/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2011 | 2.0 | $420.00 | Analysis of Court docket re confirmation objections, Plan modifications; revise webpage updates re Plan modifications for posting on webpage |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/18/2011 | 2.5 | $312.50 | DRTT analysis and b-Linx audit (1.8) revise b-Linx re audit result (.7) |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/18/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2011 | 2.2 | $462.00 | Analysis of webpage and docs posted (.4); analysis of pleadings re confirmation docs to be posted (1.0); prep new listing of confirmation related docs to be posted on webpage (.7); prep email to WebPage Grp re revisions to webpage (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/21/2011 | 2.6 | $325.00 | DRTT analysis and b-Linx audit (1.6) revise b-Linx re audit result (1.0) |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/21/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 2/21/2011 | 0.2 | $13.00 | BMC Fee Apps: email from/to M John re notary/scanning request (.1);  notarize 3 fee apps (1 quarterly, 2 monthly) (.1) |
| JAMES MYERS - CAS | | $65.00 | 2/21/2011 | 0.1 | $6.50 | Ntc re Cure Exh: email exchange w/ M Araki re noticing requirements |
| MABEL SOTO - CAS | | $45.00 | 2/21/2011 | 0.1 | $4.50 | Email exchange w/ Data Analysts re population of AP MF 42740 |
| MABEL SOTO - CAS | | $45.00 | 2/21/2011 | 0.1 | $4.50 | Email exchange w/ Data Analysts re population of AP MF 42741 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/22/2011 | 2.8 | $350.00 | Audit Docket Nos. 26149, 26188, 26195, 26201-26203, 26205, 26211, 26212, 26216-26218, 26225, and 26375, including all related documents to verify system updates are complete |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/22/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 2/22/2011 | 0.1 | $6.50 | Ntc Transfer: email exchange w/ L Shippers requesting service of 2 docs |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 2/22/2011 | 0.2 | $27.00 | Communication w/ Project Team re: case status and pending action items |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.4 | $44.00 | Analyze Notices of Intent to Purchase Securities filed on the Court docket, forward inquiry to M. Araki to confirm no updates in the claims database are necessary. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2011 | 1.1 | $231.00 | Telephone with J Baer re Cure Notice and review of ART reports (.5); prep email to T Feil re case status (.2); prep email to J Doherty, Ntc Grp re Cure notice service pushed (.1); email to/from K Martin re notices of equity position (.1); email to/from L Oberholzer re revised documents (.1); email to/from B Ruhlander re documents for review (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 2/22/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Email correspondence with L.Shippers re: recently filed Notices of Intent to Purchase or Aquire Securities and analysis, possible database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/22/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| JAMES MYERS - CAS | | $65.00 | 2/23/2011 | 0.2 | $13.00 | Ntc Transfer of Claim POS: email exchange w/ L Shippers requesting ECF filing (.1); ECF file as directed (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/23/2011 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), forward to the Notice Group for service (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2011 | 1.5 | $112.50 | Review Court docket Nos. 26254-26367, 26369-26374, 26377-26387 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/23/2011 | 0.2 | $39.00 | Call from M Araki re Schedule G parties and cure notice |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/23/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and Notice of transfer re CHP claim to Liquidity Solutions forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/24/2011 | 1.5 | $142.50 | Audit categorization updates related to Court Docket Nos 26254-26260, 26270-26271, 26273, 26275, 26282-26287, 26288, 26290-26295, 26301-26302, 26304, 26306-26308, 26314-26319, 26320-26322, 26224-26326, 26332-26333, 26335-26343, 26344-26347, 26349, 26351-26352, 26354, 26356-26357, 26359-26365, 26366-26367, 26369-26370, 26377-26380, 26383-26387 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Review emails re: Notices of Intent to Purchase or Aquire Securities to confirm filings have no impact on claims. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2011 | 0.2 | $15.00 | Review Court docket Nos. 26388-26397, 26399-26401 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 2/24/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service -  Eagle Restoration re: dkt 26398 |
| MABEL SOTO - CAS | | $45.00 | 2/24/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service -  LSI re: dkt 26398 |
| MABEL SOTO - CAS | | $45.00 | 2/24/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 26398 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2011 | 0.8 | $168.00 | Emails to (.1)/ from (.1) M John re preparation of cure report for J Baer; emails to/from G Kruse re contract database for WR Grace review (.1); emails from (.1)/ to (.1) S Cohen re Ntc of Status as substantive equity holder; coordinate production of cure report for J Baer (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/24/2011 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, claim database updates required. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 2/24/2011 | 0.4 | $78.00 | Email exchanges with M Araki re production and binding of Schedule G report (.2); coordinating with production staff re production and delivery of report (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/24/2011 | 0.2 | $39.00 | Review email and Notice of transfer re Eagle Restoration to Liquidity Solutions forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, claim database updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/25/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26388, 26392, 26394-26397, 26400-26401 |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/25/2011 | 2.9 | $362.50 | DRTT analysis and b-Linx audit (1.8) revise b-Linx re audit result (1.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2011 | 0.1 | $7.50 | Review Court docket Nos. 26402-26420 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2011 | 0.2 | $42.00 | Analysis of email from R Finke re payment address for claim 2977 (.1); prep email to A Carter re update distribution address for claim 2977 per R Finke request (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 2/25/2011 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No.  - Cure Report, served on 2/24/11 |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/28/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26402, 26408-26411, 26414-26420 |
| BRIANNA TATE - CAS | | $45.00 | 2/28/2011 | 0.1 | $4.50 | Telephone with Attorney of Pepper Hamilton at (215) 981-4000 /  RE:  total number of claims and asbestos claims in the case.  Referred to Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/28/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/28/2011 | 0.1 | $7.50 | Review Court docket Nos. 26421-26430 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2011 | 0.4 | $84.00 | Analysis of email from D Boll re Delta Airlines and research re claim (.1); analysis of b-Linx re Delta Airlines claim (.2); prep email to D Boll re research results (.1) |
| | | WRG Case Administration Total: | | 81.9 | $12,740.00 | |

## February 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/2/2011 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding receiving new upload information for bankruptcy claim 18543. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/8/2011 | 1.4 | $210.00 | Review of new claims upload (1.0). Rerun active claims report and forward to T Feil (.4). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/8/2011 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/15/2011 | 1.2 | $180.00 | Generate monthly active and inactive report (.6). Export to Excel (.5) and forward to S Cohen for review (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/15/2011 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/15/2011 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/15/2011 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/15/2011 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/15/2011 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/18/2011 | 1.0 | $150.00 | Review/audit claims database (.5). Verify if any contract to claims matching has been attempted (.5). |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/18/2011 | 0.5 | $47.50 | Revise WRGrace Plan Confirmation information page |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/21/2011 | 1.0 | $150.00 | Coordinate setup and population of mail file for contract parties as per M Araki. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/21/2011 | 2.0 | $190.00 | Update WRGrace Plan Confirmation information page |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/21/2011 | 0.8 | $76.00 | Populate MailFile 42740 and 42741 with APs for Cure Exhibit per Joint Plan mailing |
| VINCENT NACORDA - CAS | | $75.00 | 2/21/2011 | 1.0 | $75.00 | Assisted R Cruz in editing the website by adding new page links and linking files to that page. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/22/2011 | 1.2 | $180.00 | Generate listing of all Schedule G contracts (.7). Export to Excel (.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2011 | 1.2 | $180.00 | Generate updated contracts list adding additional data points as per M Araki (.6). Export to Excel (.5) and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2011 | 0.5 | $75.00 | Review of docs and mail file for cure report overnight mailing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/24/2011 | 0.1 | $9.50 | Review and respond to correspondence with project team and production regarding the Cure Report mailing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/24/2011 | 0.1 | $9.50 | Populate mail file 42824 with the Cure Report affected parties |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/25/2011 | 0.1 | $9.50 | Update mail file data to master service list. |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (PI) |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| | | | WRG Data Analysis Total: | 15.2 | $1,866.50 | |

## February 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNE CARTER - CONSULTANT | | $125.00 | 2/15/2011 | 2.5 | $312.50 | Review of docket from November 2010 thru Jan 31 to update claims affected by Orders/Stips for distribution addresses (1.2); update worksheet of distribution addresses (1.3) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/16/2011 | 3.9 | $487.50 | Analysis of claims affected by Orders/Stips for distribution addresses (2.0); prep worksheet of distribution addresses (1.9) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/17/2011 | 0.4 | $50.00 | Tele conf with M Araki re review of Active Claims to make any revisions to the interest rate, interest type and commencement date (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/17/2011 | 1.9 | $237.50 | Review of Active Claims to note and make revisions to the interest rate, interest type and commencement date (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/18/2011 | 2.5 | $312.50 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/21/2011 | 2.3 | $287.50 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/22/2011 | 1.5 | $187.50 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 2/22/2011 | 0.4 | $54.00 | Review of notice of transfer of securities provided by M Araki (.2); prep email to M Araki re advised BMC does not need to track common share transfers (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/23/2011 | 3.2 | $400.00 | Continued analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/23/2011 | 2.5 | $312.50 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/24/2011 | 3.0 | $375.00 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/25/2011 | 0.9 | $112.50 | Analysis of active claims to determine if there are any changes to the interest rate, interest type or commencement date; revise worksheet accordingly (Blackstone) |
| | | | WRG Distribution Total: | 25.0 | $3,129.00 | |

## February 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2011 | 2.0 | $420.00 | Prepare Jul, Aug, Sep 10 draft billing detail reports (.9); analysis of Jul billing report for prof reqts and Court imposed categories (.5); revise Jul billing entries for fee app compliance (.6) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2011 | 2.0 | $420.00 | Analysis of Aug billing report for prof reqts and Court imposed categories (.5); revise Aug billing entries for fee app compliance (.5); analysis of Sep billing report for prof reqts and Court imposed categories (.5); revise Sep billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2011 | 1.5 | $315.00 | Prepare fee apps for Jul (.5), Aug (.5) and Sep 10 (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 2.0 | $420.00 | Prepare 38th Qtrly billing report (.4); analysis of report re revisions made (.5); prepare exhibits for Jul-Sep and 38th Qtrly fee apps (.8); prep Ntc of Filing for Pachulski (.2);  prep email to M John re fee apps for review/signing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 1.3 | $273.00 | Prepare 38th Qtrly fee app (.5); finalize fee apps (.6) email to/from M John re executed fee apps (.1); prep email to L Oberholzer re filing Jul, Aug, Sep and 38th Qtrly fee apps (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/21/2011 | 0.2 | $39.00 | Calls (.1) and email exchanges (.1) with M Araki re 38th & 39th quarterly fee applications, and July - December 2010 monthly fee applications |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/21/2011 | 0.5 | $97.50 | Review fee applications and affidavits (.4), execute and coordinate notarizing and delivery (.1) to M Araki for submision to counsel for filing with USBC |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/22/2011 | 0.4 | $78.00 | Review 100 - 101 monthly and 38th quarterly fee applications for filing with USBC (.3); call to M Araki re corrections (.1) |
| | | WRG Fee Applications Total: | | 9.9 | $2,062.50 | |

## February 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 2/1/2011 | 3.4 | $425.00 | Analysis of Undisputed Claims/Schedule reports re claims transferred (1.5); revise b-linx re designation of original claimant (1.0); prep spreadsheet of transfers for Cassman processing (.9) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/1/2011 | 0.5 | $55.00 | Research claims database to determine transfer history of multiple claims, per request from D. Tonner of Archon Bay Capital. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2011 | 1.3 | $273.00 | Analysis of email from D Boll re supplement voiding (.1); continue research re approval to void supplements (1.0); prep email to D Boll re research results on voiding supplements mis-docketed as claims (.1); analysis of email from D Boll re Bank of Ashland claims (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/2/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/2/2011 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/2/2011 | 0.2 | $22.00 | Revise b-Linx re:  defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/2/2011 | 0.1 | $11.00 | Draft email to D. Tonner of Archon Bay Capital re: Notice of Transfer asserting wrong amount. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2011 | 1.5 | $315.00 | Analysis of L Shippers email re Marblegate transfer (.1); analysis of National Union Fire Insurance claims 9553 and 18508 re basis for claims, orders impacting claims and transfer of 9553 to Longacre (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2011 | 0.3 | $63.00 | Analysis of email from S Cohen re Kukkinos claim 13939 (.1); analysis of pleadings re Kukkinos settlement (.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/2/2011 | 1.4 | $154.00 | Analyze docket numbers 25998 to 26041 and related docket entries (.4); audit claim updates (.2); update related claims database (.6); email correspondence with M.Araki re: pending docket items (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/3/2011 | 3.5 | $437.50 | Continued Analysis of Undisputed Claims/Schedule reports re claims transferred (1.6); revise b-linx re designation of original claimant (1.0); prep spreadsheet of transfers for Cassman processing (.9) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/3/2011 | 3.3 | $412.50 | Analysis of Undisputed Claims/Schedule reports re claims transferred (1.6); revise b-linx re designation of original claimant (.9); prep spreadsheet of transfers for Cassman processing (.8) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/3/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/3/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/3/2011 | 0.1 | $11.00 | Analysis of b-linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/3/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the Notice Group for service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2011 | 0.2 | $42.00 | Prep email to R Higgins re Omni 25 claims dropped on agenda (.1); analysis of email from R Higgins re review of Omni 25 dropped claims (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/4/2011 | 3.2 | $400.00 | Analysis of Undisputed Claims/Schedule reports re claims transferred (1.5); revise b-linx re designation of original claimant (.9); prep spreadsheet of transfers for Cassman processing (0.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/4/2011 | 2.8 | $350.00 | Analysis of Undisputed Claims/Schedule reports re claims transferred (1.3); revise b-linx re designation of original claimant (0.8); prep spreadsheet of transfers for Cassman processing (0.7) |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/4/2011 | 1.9 | $209.00 | Analyze and review docket activity for 12 filed Notice of Transfers (.7); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (1.2). |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/4/2011 | 0.4 | $44.00 | Analyze and review docket activity for 6 filed Certificates of Service for Notice of Transfers (.2); perform audit of production folders and tracking spreadsheet re: same (.2). |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/7/2011 | 3.8 | $475.00 | Analysis of Undisputed Claims/Schedule reports re claims transferred (1.8); revise b-linx re designation of original claimant (1.1); prep spreadsheet of transfers for Cassman processing (0.9) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/8/2011 | 4.5 | $562.50 | Final review and analysis of Undisputed Claims/Schedule reports re claims transferred (1.9); revise b-linx re designation of original claimant (1.7); prep spreadsheet of transfers for Cassman processing (.9) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/8/2011 | 0.3 | $33.00 | Review email exchanges re: inquires related to distribution record date and requests for claims data report. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 0.8 | $168.00 | Analysis of email from B Tate re L Heilman/Ballard Spahr request for info re EI Dupont claims/schedules (.1); analysis of b-linx re EI Dupont claims/schedules (.4); prep email to R Higgins re L Heilman inquiry and research results (.3) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2011 | 1.2 | $252.00 | Analysis of email from L Shippers re Marblegate transfer pending (.1); analysis of b-Linx re claim 18508 (.2); analysis of docket re pleadings affecting claim 18508 and related claims (.5); prep email to J Baer and R Higgins re issues with Marblegate transfer, pleadings impacting claim for resolution (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2011 | 1.2 | $252.00 | Analysis of R Higgins email re Locke research project (.1); research b-Linx and Court docket per R Higgins request (1.0); prep email to R Higgins re research results and docs (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2011 | 0.2 | $22.00 | Prepare transfer notice (.1), forward to the Notice Group for service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2011 | 1.1 | $231.00 | Emails with T Feil and R Higgins re L Heilman info request re EI Dupont Nemours claims/schedules (.5); research claims/schedule info (.4); prep email to L Heilman re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2011 | 0.5 | $105.00 | Analysis of S Cohen emails re claim 13939 (.2); review claim 13939 and related docket (.2); prep email to S Cohen re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: recent docket entries and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2011 | 0.1 | $11.00 | Update claims database per M.Araki direction re: recent docket entries |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/11/2011 | 0.1 | $11.00 | Respond to inquiry from S. Sanchez of LSI, refer her to the Call Center. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/11/2011 | 0.2 | $22.00 | Analyze recently filed Stipulation and Notice of Claim Settlements per M.Araki request re: creditor address information (.1); email correspondence with M.Araki re: research performed (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/14/2011 | 0.1 | $11.00 | Analyze Court docket no. 26233, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2011 | 0.9 | $189.00 | Analysis of J Myers email re Marblegate auditors letter from Ernst & Young (.1); research b-Linx and docket re auditor request (.7); prep email to Ernst & Young re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/14/2011 | 0.4 | $44.00 | Initialize preparation and analysis of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 1.3 | $273.00 | Analysis of files and archives re Schedule G review vs POC filed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 2.0 | $420.00 | Prep ART reports re current open claims/scheds (.6) and analyze reports (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2011 | 0.9 | $189.00 | Analysis of C Finke email re Wisconsin tax settlement and update of spreadsheets (.1); analysis of memos re R Higgins project re Wisconsin settlement (.2); analysis of b-Linx and Court docket re claim 17603 (.4); prep email to R Higgins re Wisconsin tax claim (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/16/2011 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis at Rust re: reports prepared (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/17/2011 | 0.1 | $11.00 | Analysis of Court docket re: eleven new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/17/2011 | 0.5 | $55.00 | Analysis of b-Linx re: eleven claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/17/2011 | 0.2 | $22.00 | Contact D. Tonner re: defective notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/17/2011 | 0.3 | $33.00 | Analyze defective notices of transfer. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/18/2011 | 1.4 | $154.00 | Analyze docket numbers 25997 to 26253 (.4); audit claim updates performed (.3); update claims database as required (.6); email correspondence with M.Araki re: additional analysis and claim updates required (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 0.7 | $147.00 | Analysis of email from J Baer re service of Cure exhibit (.1); analysis of Cure exhibit (.2); emails with J Baer re conf call (.1); prepare email to J Doherty/RR Donnelley re service of Cure exhibit (.1); prep email to Data Grp re service parties for Cure exhibit (.1); analysis of email from R dela Cruz re estimated counts for mail files (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 0.2 | $42.00 | Analysis of email from A Whittaker re Marblegate transfers for confirmation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 2.2 | $462.00 | Analysis of Schedule G re parties for Cure Notice (.8); analysis of b-Linx claim types/sub-types re add'l parties for Cure exhibit (.4); prep ART reports for active claims/scheds with contracts/lease claim type/sub-types (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2011 | 1.2 | $252.00 | Analysis of ART reports re contracts/leases (.8); prep email to J Baer re ART reports and parties with claims/schedules, undeliverables exclusion (.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.4 | $44.00 | Research claims database to identify transfer and objection activity related to certain claims, per request from D. Tonner of Archon Bay Capital. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.2 | $22.00 | Audit updates performed in the claims database pursuant to Court docket no. 26224 to confirm completion. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.2 | $22.00 | Prepare transfer notice (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: new claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation note. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2011 | 2.0 | $420.00 | Analysis of ART reports on contracts/leases vs schedule G re service of cure notice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2011 | 1.0 | $210.00 | Email to A Carter re status of claims review project (.1); analysis of A Carter email re claims review (.1); analysis of Court docket re case status (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2011 | 1.0 | $210.00 | Telephone with M John re cure exhibit notice project and schedule G (.2); analysis of G Kruse report re Schedule G data for Cure exhibit notice (.8) |

# BMC Group

WR GRACE

Monthly Invoice:

## February 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.8) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/24/2011 | 0.1 | $11.00 | Prepare transfer notice, forward to the Notice Group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2011 | 2.7 | $567.00 | Prep cure exhibit report of parties for J Baer review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2011 | 1.7 | $357.00 | Revise cure exhibit report of parties for J Baer (1.4); prep email to J Baer re cure exhibit parties/Schedule G and issues (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/24/2011 | 1.1 | $121.00 | Analyze docket numbers 26253 to 26382 (.6); update claims database (.4); email correspondence with M.Araki, A.Carter, L.Shippers re: additional analysis, possible claim updates required (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2011 | 3.0 | $630.00 | Telephone with J Baer re review of cure report and revisions to be made (.2); revise cure reports per J Baer request (2.5); prep email to J Baer re revised reports (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2011 | 0.5 | $105.00 | Analysis of Marblegate transfer info from A Whittaker (.2); prep email to A Whittaker re confirmation of transfer for BN claim in 2010 only (.2); email to/from J Baer re Jan 2011 Marblegate transfer for Nat'l Union Fire Insurance (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2011 | 0.4 | $84.00 | Analysis of K Davis email re claims 2327 and 15183 on S Cohen recent change data reports (.1); email from S Cohen re response to inquiry (.1); telephone with S Cohen re review of data/query/reporting (.1); analysis of S Cohen response to K Davis re claims 2327 and 15183 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/25/2011 | 0.3 | $33.00 | Email correspondence with K.Davis at Rust re: status of certain active claims (.1); research claim data & archived correspondence (.1); discussion with M.Araki re: research and claim status updates performed (.1) |
| | **WRG Non-Asbestos Claims Total:** | | | 69.4 | $11,181.50 | |

## February 2011 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| TINAMARIE FEIL - Principal | | $275.00 | 2/11/2011 | 4.0 | $1,100.00 | Review Plan for Effective Date items (2.5); prep Distribution services documentation (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2011 | 0.8 | $168.00 | Emails from (.2)/ to (.2) B Tate re M Handler/Liquidity Solutions  request for ballot tabulation exhibit; analysis of docket re ballot exhibit filing (.2); prep email to J Baer re M Handler request (.1); telephone to B Tate re info received from M Handler (.1) |
| | **WRG Plan & Disclosure Statement Total:** | | | 4.8 | $1,268.00 | |
| | **February 2011 Total:** | | | 207.5 | $32,520.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | Grand Total: | 207.5 | $32,520.50 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 2/1/2011 thru 2/28/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.3 | $273.00 |
| | Total: | 1.3 | $273.00 |
| | | | |
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.2 | $13.00 |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.7 | $351.50 |
| Brianna Tate | $45.00 | 1.1 | $49.50 |
| James Myers | $65.00 | 0.8 | $52.00 |
| Mabel Soto | $45.00 | 1.0 | $45.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 1.4 | $273.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 28.0 | $3,500.00 |
| Kevin Martin | $135.00 | 0.2 | $27.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.0 | $110.00 |
| Lauri Shippers | $110.00 | 1.2 | $132.00 |
| Lelia Hughes | $75.00 | 5.7 | $427.50 |
| Steffanie Cohen | $110.00 | 0.9 | $99.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 36.2 | $7,602.00 |
| | Total: | 81.9 | $12,740.00 |
| | | | |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 3.3 | $313.50 |
| Vincent Nacorda | $75.00 | 1.0 | $75.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 7.5 | $1,125.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.0 | $220.00 |
| Jacqueline Conklin | $95.00 | 1.4 | $133.00 |
| | Total: | 15.2 | $1,866.50 |
| | | | |
| **WRG Distribution** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 24.6 | $3,075.00 |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| | Total: | 25.0 | $3,129.00 |

EXHIBIT 1

# BMC Group
WR GRACE

Professional Activity Summary

Date Range: 2/1/2011 thru 2/28/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.1 | $214.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.8 | $1,848.00 |
| Total: | | 9.9 | $2,062.50 |
| **WRG Non-Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 24.5 | $3,062.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 2.3 | $253.00 |
| Lauri Shippers | $110.00 | 5.5 | $605.00 |
| Steffanie Cohen | $110.00 | 5.3 | $583.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 31.8 | $6,678.00 |
| Total: | | 69.4 | $11,181.50 |
| **WRG Plan & Disclosure Statement** | | | |
| Principal | | | |
| Tinamarie Feil | $275.00 | 4.0 | $1,100.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.8 | $168.00 |
| Total: | | 4.8 | $1,268.00 |
| Grand Total: | | 207.5 | $32,520.50 |

EXHIBIT 1