# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Asbestos Claims

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/4/2011 | 0.1 | $11.00 | Additional email correspondence with G.Kruse re: newly uploaded US and Canadian ZAI claims |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/4/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, G.Kruse re: withdrawn ZAI claims and analysis, claim database updates required |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/7/2011 | 0.6 | $126.00 | Analysis of S Cohen email re updates to US ZAI withdrawals from K Davis/Rust (.1); analysis of updates from S Cohen (.2); prep email to K Davis re issues with US ZAI updates (.1); analysis of email from K Davis re US ZAI late filed claim number series and data set (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/7/2011 | 0.8 | $168.00 | Analysis of data re Canadian and US ZAI claims data received from Rust Consulting (.7); prep email to K Davis re ZAI claims data (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/7/2011 | 0.1 | $11.00 | Email correspondence with M.Booth re: newly uploaded US and Canadian ZAI claims and database updates required |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/7/2011 | 0.6 | $66.00 | Update claims database per K.Davis request re: creditor withdrawn claims (.4); email correspondence with M.Araki, discussion with G.Kruse re: issues identified (.2) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/11/2011 | 3.0 | $375.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.4); revise b-Linx per audit (.6) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/15/2011 | 4.3 | $537.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.9); revise b-Linx per audit (1.4) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/16/2011 | 3.0 | $375.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (1.3); revise b-Linx per audit (1.7) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/17/2011 | 3.8 | $475.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.2); revise b-Linx per audit (1.6) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/18/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.9); revise b-Linx per audit (1.1) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/22/2011 | 1.5 | $187.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (.9); revise b-Linx per audit (.6) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/23/2011 | 3.0 | $375.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.0); revise b-Linx per audit (1.0) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/24/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (3.0); revise b-Linx per audit (1.0) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/29/2011 | 1.6 | $200.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (1.0); revise b-Linx per audit (0.6) |
| ANNE CARTER - CONSULTANT | $125.00 | 3/30/2011 | 1.7 | $212.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (1.0); revise b-Linx per audit (0.7) |

|  | WRG Asbestos Claims Total: | 32.2 | $4,130.50 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 3/1/2011 | 0.1 | $4.50 | Telephone with Debra Perez of Modern Process Equipment at (773) 254-3929 / RE: BMC website address for case status; had written down wrong address in earlier call |
| JAMES MYERS - CAS | | $65.00 | 3/1/2011 | 0.2 | $13.00 | Cure Ntc: Email exchange w/ M Araki advising mailing moved to 3-4-11 (.1); revise production files/folders to 3-4-11 (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/1/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/1/2011 | 0.1 | $7.50 | Review Court docket Nos. 26431-26446 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/1/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - A&B Deburring re: dkt 26437 |
| MABEL SOTO - CAS | | $45.00 | 3/1/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - Vista Verde Landscaping re: dkt 26438 |
| MABEL SOTO - CAS | | $45.00 | 3/1/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - s Achon Bay re: dkts 26437 & 26438 |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/2/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26434-26435, 26445 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/2/2011 | 3.6 | $450.00 | DRTT analysis and b-Linx audit (2.2) revise b-Linx re audit result (1.4) |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/2/2011 | 0.8 | $88.00 | Analyze and review docket activity for 5 filed Notice of Transfers (.3); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.5). |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/2/2011 | 0.2 | $22.00 | Analyze and review docket activity for 3 filed Certificates of Service for Notice of Transfers (.1); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/2/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/2/2011 | 0.2 | $15.00 | Review Court docket Nos. 26447-26473 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/2/2011 | 0.2 | $9.00 | Create the extracts for MFs 42740 and 42741 (.1); prepare email to M Araki with the attached extract excels (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/2/2011 | 1.3 | $273.00 | Analysis of Court docket, case planning, email to A Carter re review for service of orders |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/3/2011 | 2.9 | $362.50 | Docket research and review of documents re completion of service requirements of filed Orders involving claims (2011-02-01_to_2011-02-28) |
| JAMES MYERS - CAS | | $65.00 | 3/3/2011 | 0.2 | $13.00 | Ntc re Cure Exhibit: confer w/ M Soto re form & content of Dcl of Svc (.1); proofread Dcl of Svc & prep email transmitting to M Araki for review (.1) |
| JULIE JUNG - CAS | | $65.00 | 3/3/2011 | 0.2 | $13.00 | E-mail from/to M Araki re RRD bar code (.1); test bar code and report issues (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/3/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 3/3/2011 | 0.3 | $13.50 | Process Proof of Service of Ntc re Cure Exhibit per Joint |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2011 | 0.3 | $63.00 | Prep email to K Davis re process for data reconciliation between BMC and Rust (.1); email from T Feil re issue with USBC DE and reflection of BMC as claims agent (.1); prep email to L Oberholzer re USBC DE contact re correction of claims agent to Rust (.1) |

EXHIBIT 1

# BMC Group
### WR GRACE
#### Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 3/3/2011 | 0.1 | $19.50 | Review and analysis of email exchanges with M Araki re reading bar codes on mailing |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/4/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 26447-26452, 26454-26455, 26458-26463, 26469-26473 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/4/2011 | 1.8 | $225.00 | DRTT analysis and b-Linx audit (1.2) revise b-Linx re audit result (.6) |
| BRIANNA TATE - CAS | | $45.00 | 3/4/2011 | 0.1 | $4.50 | Telephone with Sergio Tafoya at (505) 864-3547 / RE:  the status of his claim. |
| BRIANNA TATE - CAS | | $45.00 | 3/4/2011 | 0.2 | $9.00 | Telephone with Renee of US Bankruptcy Court District of DE at (302) 252-2900 /  RE:  who the official claims agent is for case; forwarded inquiry to project team. |
| BRIANNA TATE - CAS | | $45.00 | 3/4/2011 | 0.1 | $4.50 | Telephone with Alicia Emsley at (978) 563-1611 / RE:  the status of the case and when distributions may begin for vermiculite claims. |
| BRIANNA TATE - CAS | | $45.00 | 3/4/2011 | 0.1 | $4.50 | Email correspondence w/project team to determine who the official claims agent is. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/4/2011 | 0.3 | $33.00 | Analyze Court docket no. 26482, revise address of impacted entries in the claims database pursuant to the change of address request. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/4/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2011 | 1.0 | $210.00 | Emails from (.2)/to (.2)  L Oberholzer re USBC DE Clerk for claims agent docket correction; emails from T Marshall and Call Center re call from Renee at USBC DE re claims agent, claims registers (.2); telephone to R Kuesel, USBC DE re claims agent resolution (.2); emails to (.1)/from (.1) K Davis re claims registers for USBC |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2011 | 0.6 | $126.00 | Emails to (.3)/from (.3) G Kruse and S Cohen re updates to CDN ZAI and US ZAI per K Davis info; prep of claims registers |
| TERRI MARSHALL - MANAGER | | $185.00 | 3/4/2011 | 0.1 | $18.50 | Review correspondence from Clerk's Office regarding claims register; forward to Project Manager for handling. |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/7/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26421-26428, 26430 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/7/2011 | 2.4 | $300.00 | DRTT analysis and b-Linx audit (1.8) revise b-Linx re audit result (.6) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/7/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/7/2011 | 0.1 | $7.50 | Review Court docket Nos. 26474-26498 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service -  Woods Hole Group re: dkt 26486 |
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service -  Constantine Cannon re: dkt 26487 |
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service -  Elder Pipe & Supply re: dkt 26488 |
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service -  Roebuck & Accociates re: dkt 26490 |
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service -  R&M Equipment re: dkt 26491 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MABEL SOTO - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Prepare Courtesy Notice for service - Claims Recovery Group re: dkts 26486, 26487, 26488, 26490 & 26491 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2011 | 1.4 | $294.00 | Prep email to G Kruse re claims registers (.1); analysis of email from G Kruse re claims registers (.1); analysis of alfa and numeric claims registers (1.0); prep email to K Davis re alfa and numeric claims registers for filing with Court (.1); email from K Davis re claims registers to Court (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2011 | 1.7 | $357.00 | Analysis of Court docket re case status |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2011 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MIREYA CARRANZA - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| MIREYA CARRANZA - CAS | | $45.00 | 3/7/2011 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - Ntc re Cure Exhibit re Joint Plan, served on 3/3/11 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/7/2011 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/8/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26474-26481, 26483, 26485, 26492-26497 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/8/2011 | 2.5 | $312.50 | DRTT analysis and b-linx audit (1.8) revise b-Linx re audit result (.7) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/8/2011 | 0.5 | $62.50 | Tele Conf w/M Araki re audit of Stips/Orders affecting claims and updating status info in b-Linx |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/8/2011 | 2.1 | $262.50 | Review and analysis of docket items for website updates re Plan and Solicitation information (.9) ; create TMI tickets to facilitate posting to client website (.6); review and approve upon completion (.6) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/8/2011 | 0.2 | $25.00 | Review and analysis of emails re bi-monthly updates |
| JAMES MYERS - CAS | | $65.00 | 3/8/2011 | 0.1 | $6.50 | Cure Ntc: Review monthly production invoices for preparation of combined invoice for delivery to client |
| JAMES MYERS - CAS | | $65.00 | 3/8/2011 | 0.1 | $6.50 | Ntc re Cure Rpt: audit monthly production invoices for preparation of combined invoice for delivery to client |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/8/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/8/2011 | 0.1 | $7.50 | Review Court docket Nos. 26499-26505 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/8/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Allies of the Carolinas (1) re: dkt 26510 |
| MABEL SOTO - CAS | | $45.00 | 3/8/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Allies of the Carolinas (2) re: dkt 26510 |
| MABEL SOTO - CAS | | $45.00 | 3/8/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Fair Harbor re: dkt 26510 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2011 | 1.0 | $210.00 | Telephone with A Carter re prior project review status, pending projects (.5); prep email to A Carter re add'l webpage updates (.2); prep bi-weekly status update to T Feil (.2); analysis of S Cohen bi-weekly update (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2011 | 0.5 | $105.00 | Analysis of S Cohen email re docket 26199 issue (.2); analysis of T Feil email re cure notices undeliverable addresses (.1); prep email to T Feil re undeliverable addresses, service issues and resolution per J Baer (.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/8/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/9/2011 | 1.3 | $162.50 | Docket research and review or documents re completion of service requirements of filed Orders involving claims (2011-03-01_to_2011-03-07) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/9/2011 | 0.4 | $50.00 | Review and analysis of docket items for website updates re Motions and Orders (.2); create TMI tickets to facilitate posting Order related to Confirmation Order [Dkt 26446] to client website (.1); review and approve upon completion (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/9/2011 | 3.6 | $450.00 | DRTT analysis and b-Linx audit (2.2) revise b-Linx re audit result (1.4) |
| BRIANNA TATE - CAS | | $45.00 | 3/9/2011 | 0.1 | $4.50 | Responded to Alex Velinsky of Cooley LLP's request for copies of claims filed in the case, referring him to Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/9/2011 | 0.2 | $22.00 | Prepare one Proof of Service related to transfer notice (.1), forward to Notice Group for filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/9/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/9/2011 | 0.1 | $7.50 | Review Court docket Nos. 26506-26508, 26551-26513 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/9/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 26110 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2011 | 0.6 | $126.00 | Prep email to A Carter re review project for audit of allowed amts in orders, recon note updates, order info, conditional expunge, Omni orders (.4); telephone with A Carter re project (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/10/2011 | 1.6 | $200.00 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (0.6) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/10/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/10/2011 | 0.1 | $7.50 | Review Court docket Nos. 26514-26525 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2011 | 0.6 | $126.00 | Email from/to K Davis re claims registers to USBC (.1); email to/from L Shippers re Marblegate amended transfer (.1); analysis of M John email re B Ruhlander correspondence (.1); analysis of K Davis email re CDN ZAI images posted (.1); prep email to G Kruse re K Davis email re CDN ZAI images (.1); analysis of G Kruse email re CDN ZAI images (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2011 | 1.6 | $336.00 | Analysis of projects, emails and pending items re case planning |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/11/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/11/2011 | 0.1 | $7.50 | Review Court docket Nos. 26526-26528 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2011 | 1.7 | $357.00 | Analysis of Court docket re case status, appeals to confirmation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2011 | 0.8 | $168.00 | Analysis of A Carter email re claim 10632 and order 17197 issues (.1); analysis of claim and order (.3); prep email to A Carter re resolution of issues (.2); analysis of A Carter email re interest (.1); prep email to A Carter re interest (.1) |
| BRIANNA TATE - CAS | | $45.00 | 3/14/2011 | 0.1 | $4.50 | Telephone with Norman  Kenny at (724) 483-4762 / RE: whether he needed to send in the ballot to get a distribution. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 3/14/2011 | 0.1 | $4.50 | Telephone with Mildred at (707) 643-6693 / RE: how to file a claim; referred to Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 3/14/2011 | 0.1 | $4.50 | Telephone with Les Turner at (315) 437-5579 / RE: the status of distributions. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/14/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/14/2011 | 0.1 | $7.50 | Review Court docket Nos. 26529-26551 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2011 | 2.5 | $525.00 | Analysis of conformed Plan re revisions (1.3) and update of working list (1.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/15/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26529-26532, 26534-26538, 26545, 26547 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/15/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/15/2011 | 0.1 | $7.50 | Review Court docket Nos. 26552-26558 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/15/2011 | 0.4 | $84.00 | Analysis of K Davis email re confirmation claims registers transmitted to USBC (.1); analysis of A Carter email re interest payments from sample order (.1); analysis of sample order (.1); prep reply to A Carter re sample order info for interest rates (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/15/2011 | 2.6 | $546.00 | Continue analysis of conformed Plan re revisions (1.4) and update of working list (1.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.4 | $44.00 | Prepare Proof of Service related to ten defective notices (.3), forward to Notice Group for filing (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to Notice Group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/16/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/16/2011 | 0.1 | $7.50 | Review Court docket Nos. 26559-26571 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/16/2011 | 0.1 | $4.50 | Prepare Transfer/Defective Notices for service - Restoration Holdings re: dkt 226303 |
| MABEL SOTO - CAS | | $45.00 | 3/16/2011 | 0.1 | $4.50 | Prepare Transfer/Defective Notices for service - Archon Bay re: dkt 26303 |
| MABEL SOTO - CAS | | $45.00 | 3/16/2011 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer/Defective Notices re: dkt 26303 |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/17/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26555-26556, 26559-26560, 26562-26571 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/17/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/17/2011 | 0.1 | $7.50 | Review Court docket Nos. 26572-26575 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2011 | 0.2 | $42.00 | Analysis of email from R Higgins re Allies of Caroline research (.1); analysis of email from S Fritz re expense and production details (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/18/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26575 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/18/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/18/2011 | 0.1 | $7.50 | Review Court docket Nos. 26576-26577 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2011 | 2.0 | $420.00 | Analysis of list of pending/outstanding issues (.8); revise list of pending/outstanding issues and status (1.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2011 | 2.1 | $441.00 | Analysis of correspondence, b-linx and Court docket re case status and list of pending/outstanding issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2011 | 1.5 | $315.00 | Revise case planning notes, status of projects |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2011 | 1.6 | $336.00 | Prep ART reports re claim flags related to distribution (.6); analysis of reports (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/19/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26576-26577 |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/21/2011 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos 26500-26508, 26511-26516 (3), 26518-26526, 26528 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/21/2011 | 0.2 | $15.00 | Telephone with Janis Hanley at (585) 738-2062 / RE: when a distribution would be made |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to Notice Group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/21/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/21/2011 | 0.2 | $15.00 | Review Court docket Nos. 26578-26600 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/21/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Fredrick Brothers re: dkt 26572 |
| MABEL SOTO - CAS | | $45.00 | 3/21/2011 | 0.1 | $4.50 | Prepare Transfer Notice for service - Fair Harbor re: dkt 26572 |
| MABEL SOTO - CAS | | $45.00 | 3/21/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 26572 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2011 | 0.1 | $21.00 | Analysis of A Carter email re status of project |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/21/2011 | 0.2 | $39.00 | Review and analysis of notice of transfer re Frederick Bros claim to Fair Harbor Capital forwarded to NoticeGroup for processing and mailing to appropriate parties |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/22/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 26578-26579, 26581-26000 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/22/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/22/2011 | 0.1 | $7.50 | Review Court docket Nos. 26601-26604 to categorize docket entries. |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/23/2011 | 2.0 | $250.00 | DRTT analysis and b-Linx audit (1.6) revise b-Linx re audit result (.4) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/23/2011 | 0.1 | $7.50 | Telephone with Rita at (440) 838-1782 / RE: why her mother received the cd and paper work on the insulation and if she needed to get it removed. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/23/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/23/2011 | 0.1 | $7.50 | Review Court docket Nos. 26605-26608 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 3/23/2011 | 1.0 | $45.00 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/23/2011 | 1.2 | $252.00 | Analysis of docket re case status (1.0); analysis of email from S Fritz re draft Feb numbers (.1); prep email to S Fritz re write-off (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/24/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26604-26608 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/24/2011 | 1.1 | $137.50 | DRTT analysis and b-Linx audit (.7) revise b-Linx re audit result (.4) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/24/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/24/2011 | 0.1 | $7.50 | Review Court docket Nos. 26609-26619 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/25/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26609-26618 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/25/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/25/2011 | 0.1 | $7.50 | Review Court docket Nos. 26620-26626 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/25/2011 | 0.2 | $39.00 | Review Notices of Transfer and Defective Notices re transfer of claim of Restoration Holdings to Archon Bay forwarded to NoticeGroupfor production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/28/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26621-26624 |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/28/2011 | 3.9 | $487.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.8); revise b-Linx per audit (1.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/28/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/28/2011 | 0.1 | $7.50 | Review Court docket Nos. 26627-26643 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/29/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26620, 26627, 26631-26643 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/29/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/29/2011 | 0.1 | $7.50 | Review Court docket Nos. 26644-26654 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2011 | 0.2 | $42.00 | Analysis of emails from S Fritz re expense/production reports |
| MIKE BOOTH - MANAGER | | $165.00 | 3/29/2011 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2011 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/30/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26644-26651, 26653-26654 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/30/2011 | 0.1 | $7.50 | Telephone with Creditor at (312) 394-7012 /  RE:  her new claim; referred to Rust consulting |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/30/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/30/2011 | 0.1 | $7.50 | Review Court docket Nos. 26655-26661 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 0.6 | $126.00 | Analysis of D Boll email re ballot info for Maryland Casualty Co (.1); analysis of ballot report and tabulation tool (.2); prep email to D Boll re all Maryland Casualty ballots rec'd, tabulation exhibit page (.1); analysis of email from D Boll re ballots counted (.1); prep email to D Boll re ballots counted for Maryland Casualty (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 2.3 | $483.00 | Analysis of docket re prep for 1st Qtr SEC reporting |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/31/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26655-26661 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/31/2011 | 0.1 | $7.50 | Telephone with Rebecca Sterns at (530) 209-2097 / RE:  when she would  receive any disbursements. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/31/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/31/2011 | 0.1 | $7.50 | Review Court docket Nos. 26662-26671 to categorize docket entries. |
| | WRG Case Administration Total: | | | 80.6 | $11,786.00 | |

## March 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ALFRED VILLANUEVA - CAS | | $65.00 | 3/1/2011 | 0.9 | $58.50 | Update MFs 42740 & 42741 w/ 1,426 records |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/2/2011 | 0.5 | $75.00 | Review of contract mail file extracts for RR Donnelley. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2011 | 0.3 | $45.00 | Conf call with M Araki re upload of Canadian ZAI claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2011 | 3.1 | $465.00 | Parse and normalize Canadian ZAI data file forwarded by Rust. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2011 | 2.8 | $420.00 | Prep (1.5) and upload (1.3) of Canadian ZAI claims to bLinx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2011 | 1.1 | $165.00 | Verify Canadian ZAI claims upload (.6). Verify claims counts and claim types (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2011 | 1.2 | $180.00 | Generate draft claims register of all current and active claims as per M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/4/2011 | 0.1 | $9.50 | Review and respond to correspondence with project team regarding accessing Rust's secured FTP site. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/4/2011 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/4/2011 | 0.3 | $28.50 | Download new ZAI Canadian data file from Rust's site (.2). Prep email to project team for further review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/7/2011 | 1.5 | $225.00 | Review of draft claims register report (.8). Update format of all Canadian addresses to appear correctly on claims register (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/7/2011 | 2.4 | $360.00 | Generate updated claims register sorted by name and claim number (1.6). Print to PDF (.7) and copy to FTP folder (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/8/2011 | 2.2 | $330.00 | Review of distribution classes in distribution review database (1.4). Add new active claims with no assigned distribution class (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/8/2011 | 2.3 | $345.00 | Generate new active claims distribution report listing distribution clases and interest rates (1.3). Reconcile counts against bLinx active claims (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/8/2011 | 1.3 | $195.00 | Generate backup image of distribution reporting database (.9) and archive to network folder (.4) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 3/8/2011 | 0.2 | $19.00 | Review and update COA |
| VINCENT NACORDA - CAS | | $75.00 | 3/8/2011 | 1.0 | $75.00 | Website edit under the Solicitation and Plan Information tab |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/9/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| VINCENT NACORDA - CAS | | $75.00 | 3/9/2011 | 0.1 | $7.50 | Updated the website under the Orange Box. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/10/2011 | 1.2 | $180.00 | Review counts of all US and Canadian ZAI claims (.7). Verify all are uploaded to bLinx (.4) and confirm with M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/10/2011 | 1.4 | $210.00 | Review of active claims listing (.6) and review claims with no assigned distribution class (.8) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/15/2011 | 1.2 | $180.00 | Generate update active and inactive claims report (.6). Export to Excel (.5) and forward to S Cohen for review (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Update folder structure for change of address tracking at request of M Booth |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/16/2011 | 0.2 | $22.00 | Assist L Shippers with Transfer s119027 |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/16/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/16/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/17/2011 | 0.7 | $105.00 | Review of current POC uploads to bLinx (.4). Verify claim counts (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/17/2011 | 1.2 | $180.00 | Run updated distribution report (.7) and verify current active claims count (.5) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/24/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/29/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/29/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (PI) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 3/29/2011 | 0.3 | $28.50 | Review and update COA |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/30/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| | WRG Data Analysis Total: | | | 30.2 | $4,196.50 | |

## March 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2011 | 1.0 | $210.00 | Analysis of claims related to docket 26199, interest powertool data and data on Blackstone report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2011 | 1.8 | $378.00 | Prepare ART report of current allowed claims/schedules (.4); analysis of current allowed report vs Blackstone data report (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2011 | 1.2 | $252.00 | Analysis of project completed by A Carter re distribution addresses |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2011 | 1.7 | $357.00 | Analysis of A Carter revisions to Blackstone data (.9), verify revisions (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2011 | 1.0 | $210.00 | Prepare ART report of claims affected by orders (.3); analysis of report re recon notes indicating special distribution handling |
| | WRG Distribution Total: | | | 6.7 | $1,407.00 | |

## March 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2011 | 1.7 | $357.00 | Prepare draft billing detail reports - Oct, Nov, Dec 10 (.8); analysis of Oct billing report for prof reqts and Court imposed categories (.5); revise Oct billing entries for fee app compliance (.4) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/2/2011 | 2.0 | $420.00 | Analysis of Nov billing report for prof reqts and Court imposed categories (.5); revise Nov billing entries for fee app compliance (.5); analysis of Dec billing report for prof reqts and Court imposed categories (.5); revise Dec billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2011 | 2.3 | $483.00 | Prep 39th Qtrly billing reports (.4); analysis of reports re revisions made (.6); prepare exhibits to Oct-Dec and 39th Qtrly fee apps (1.0); prep Ntc of Filing for Pachulski (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2011 | 2.5 | $525.00 | Prepare fee apps for Oct (.5), Nov (.5), Dec (.5) and 39th Qtrly (.5); analysis of exhibits for fee apps (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2011 | 1.8 | $378.00 | Finalize Oct, Nov, Dec and 39th Qtrly fee apps (.8); prep Excel extracts for Fee Examiner (.7); emails to/from M John re review/execution of Fee Apps (.1); prep email to L Oberholzer re filing fee apps (.2) |
| | WRG Fee Applications Total: | | | 10.3 | $2,163.00 | |

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/1/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/1/2011 | 0.1 | $11.00 | Analysis of b-Linx re :two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/1/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/1/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the Notice Group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2011 | 0.5 | $105.00 | Telephone from J Baer re R Finke telecon re cure review, service on all parties excluding undeliverables (.1); prep email to Ntc Grp re revised mailing date and revision to mail file (.1); prep email to J Doherty/RRD re new mailing date, estimated parties (.1); email from/to J Doherty/RRD re document to be served (.1); email from Data Grp re revised mail file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/2/2011 | 1.0 | $210.00 | Cure Notice mailing - work with RRD re service of Cure Notice Exhibit (.6); emails with Ntc Grp re mail file for RRD, PO Box (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/2/2011 | 0.6 | $66.00 | Analyze docket numbers 26261 to 26468 (.4); flag pleadings impacting claims for further action and follow up as needed (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2011 | 0.5 | $105.00 | Analysis of email from A Whittaker re add'l verification of Marblegate transfers in 2010 for auditors (.1); prep email to A Whittaker re add'l verification (.1); verify transfer date on Court docket (.1); analysis of transfer from A Whittaker vs document filed on Court docket in Jan 2011 (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2011 | 1.2 | $252.00 | Cure Notice mailing - work with RRD re proofs of docs, mailing label and bar code issues (.5); work with Ntc Grp re bar code issues (.3); email to J Baer re confirmation of mailing (.1); email with Ntc Grp re RRD POS (.1); emails with T Feil re RRD POS (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/4/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/4/2011 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation note. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/4/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re:  claim updated. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2011 | 0.2 | $42.00 | Analysis of State of Minnesota claim 18544 (.1); prep email to J Baer/R Higgins re claim 18544 (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.2 | $22.00 | Analysis of Court docket re: five new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.2 | $22.00 | Analysis of b-Linx re: five claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.4 | $44.00 | Revise b-Linx re: five claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.5 | $55.00 | Prepare five transfer notices (.4), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.3 | $33.00 | Revise address of certain undeliverable entries in the claims database per current transferor info provided in Notices of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/7/2011 | 0.1 | $11.00 | Phone discussion with A. Axenrod of CRG re: current contract info for transferor Constantine Cannon. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2011 | 0.1 | $21.00 | Analysis of email from J Baer re Marblegate transfer |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/8/2011 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/8/2011 | 0.3 | $33.00 | Analysis of b-Linx re: three claim transfers |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/8/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/8/2011 | 0.2 | $22.00 | Exchange emails with E. Knox of Fair Harbor Capital re: defective notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/8/2011 | 0.1 | $11.00 | Prepare one transfer notice, forward to the Notice Group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2011 | 1.4 | $294.00 | Analysis of docket 26199, related claims and other orders with similar issues |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/8/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: analysis, claim database updates performed pursuant to recently filed Mass Dept of Environmental Protection Order |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/9/2011 | 0.4 | $44.00 | Communications with D. Tonner of Archon Bay Capital re: ten defective transfers. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2011 | 0.1 | $21.00 | Analysis of J Baer email to E Wolf/Kramer Levin re Marblegate transfer issue and correction |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2011 | 1.9 | $399.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2011 | 1.8 | $378.00 | Revise interest review powertool per DRTT analysis and b-Linx audit |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/10/2011 | 0.2 | $25.00 | Review of instructions re audit of orders and b-Linx re claim flags, pleading info and other data captured and revise b-Linx per audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2011 | 0.4 | $84.00 | Telephone with S Cohen re review order at docket 26199 (.2); analysis of J Baer email re E Wolf response re amended Marblegate transfer (.1); emails from/to S Cohen re add'l interest flag for claim 12849 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2011 | 0.5 | $105.00 | Analysis of J Baer email re Burlington Coat Factory research (.1); analysis of b-Linx and Schedule G re Burlington Coat Factory (.3); prep email to J Baer re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/10/2011 | 0.2 | $22.00 | Discussion with M.Araki re: recent docket entries and analysis, claim database udpates performed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/10/2011 | 0.1 | $11.00 | Update claims database pursuant to recently filed Order and discussion with M.Araki |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNE CARTER - CONSULTANT | | $125.00 | 3/11/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured (2.4); revise b-Linx per audit (1.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/14/2011 | 1.0 | $125.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured (0.7); revise b-Linx per audit (0.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/14/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/14/2011 | 0.7 | $77.00 | Analyze docket numbers 26289 to 26550 (.4); audit claim updates performed (.1); update claims database (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/16/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured (2.1); revise b-Linx per audit (1.9) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation note. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.8 | $88.00 | Prepare ten Defective Transfer Notices (.7), forward to Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.6 | $66.00 | Update reconciliation notes on ten claims re: defective notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.4 | $44.00 | Update defective transfer spreadsheet re: notice filed related to ten claims. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/16/2011 | 0.1 | $11.00 | Prepare one transfer notice, forward to the Notice Group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2011 | 1.5 | $315.00 | Analysis of claim 12849 re 2010 stip and multiple interest rates and amts (.3), review 2005 stip re rates for prior approved amts (.3), review 2010 stip re address for payment of distribution and copies (.2); update distribution addresses and interest rate tools (.4); prep list of special distribution reqts for specified claims (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2011 | 0.3 | $63.00 | Analysis of R Higgins email re v Knox request re Frederick Bros claim (.1); research b-Linx and docket re Frederick Bros claim (.1); prep reply to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2011 | 0.6 | $126.00 | Analysis of S Cohen emails to K Davis re claims affected by Order and transfers for updating Rust data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/16/2011 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis at Rust re: reports prepared (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/17/2011 | 1.5 | $187.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured (.9); revise b-Linx per audit (.6) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2011 | 0.5 | $105.00 | Analysis of email from D Boll re Lincoln Nat'l Life Insurance potential claim (.1); analysis of b-Linx and ballot report re Lincoln Nat'l Life Ins (.3); prep email to D Boll re research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/18/2011 | 1.5 | $187.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (1.0); revise b-Linx per audit (0.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2011 | 0.2 | $42.00 | Analysis of b-Linx re Allies of Carolina info request from R Higgins (.1); prep email to R Higgins re research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/21/2011 | 3.8 | $475.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (2.4); revise b-Linx per audit (1.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re:  claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation note. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Analysis of b-Linx re:  claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Prepare  transfer notice, forward to the Notice Group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.1 | $11.00 | Revise b-Linx re:  claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/21/2011 | 0.2 | $22.00 | Revise undeliverable address of impacted entries in the claims database pursuant to current info provided within Notice of Transfer. |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/22/2011 | 4.5 | $562.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured  (3.0); revise b-Linx per audit (1.5) |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/22/2011 | 1.1 | $121.00 | Analyze and review docket activity for 10 filed Notice of Transfers and 10 related Defective Notices (.3); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.8). |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/22/2011 | 0.4 | $44.00 | Analyze and review docket activity for 4 filed Certificates of Service for Notice of Transfers (.2); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.2). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/22/2011 | 0.1 | $21.00 | Analysis of J Baer email re cure notice to Irving Oil; S Whittier response |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/23/2011 | 0.2 | $22.00 | Update claim in database to reinstate claim transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/23/2011 | 0.8 | $168.00 | Analysis of R Higgins email re Tennessee and Oregon payroll tax claims (.1); prep ART report of TN and OR tax claims (.2); analysis of ART report (.2); analysis of b-Linx re TN and OR payroll tax claims (.2); prep email to R Higgins re TN and OR payroll tax claims, ART report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/23/2011 | 0.2 | $42.00 | Analysis of R Higgins email re NH tax claims from RAR and revised claim status (.1); analysis of b-Linx re NH tax claim (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2011 | 1.3 | $273.00 | Analysis of files re open claims/schedule reports (.3); prepare ART reports re updated data (.3); compare to prior reports (.7) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/25/2011 | 0.1 | $11.00 | Analyze Court docket no. 26619, verify no updates in the claims database or noticing system are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2011 | 0.3 | $63.00 | Analysis of R Higgins email re Ohio workers comp claim 277 (.1); analysis of b-Linx re claim 277 (.1); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2011 | 1.5 | $315.00 | Analysis of R Higgins email re Cross Country Staffing and NJ tax claims (.1); research b-Linx re claim and claims filed (.3); research Scheds re CC Partners/CCHP and listing of NJ tax authorities (.3); research Cross Country Staffing business info (.3); research docket re Grace Mtn to sell Cross Country Staffing (.2); prep 2 emails to R Higgins re research results (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2011 | 3.4 | $714.00 | Analysis of R Higgins email re PA Dept of Revenue admin claim/motion (.1); analysis of CCRT re PA Dept of Revenue claims (.4); analysis of docket re PA Dept of Revenue admin claim/motion/settlement (1.6); analysis of Qtrly Settlement Reports 2005-present (1.0); prep email to R Higgins re PA Dept of Revenue claims, status, docket research results (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2011 | 0.4 | $84.00 | Analysis of J Baer email re Toyota Motor Credit 2002 request (.1); analysis of cure notice service list and b-Linx re Toyota Motor Credit (.2); prep email to J Baer re research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/29/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured (2.9); revise b-Linx per audit (1.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/29/2011 | 0.4 | $44.00 | Investigate return mail items related to transfer notice (.2); inform transferee that a current address for transferor is required to complete transfer (.2). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2011 | 0.4 | $84.00 | Analysis of email from R Higgins re Oregon corp tax claim (.1); analysis of b-Linx (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2011 | 0.1 | $21.00 | Analysis of R Higgins email re claim 6101 State of Montana/J Baer response re review by WR Grace |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2011 | 0.9 | $99.00 | Analyze docket numbers 26498 to 26629 (.4); update claims database (.4), email correspondence with A.Carter re: additional analysis & claim updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2011 | 0.1 | $11.00 | Additional email correspondence with A.Carter re: recently filed Stipulation and analysis, claim database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 0.4 | $84.00 | Analysis of NH claim to be moved to active reconciled per R Higgins (.2); prep email to R Higgins re discrepancy in NH data vs C Finke email re settlement (.1); analysis of email from R Higgins re NH claim 18419 allowed w/interest at plan rate, to verify amts with C Finke (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 0.8 | $168.00 | DRTT review and b-Linx audit re Mass Dept of Enviro and obj to claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 0.3 | $63.00 | Analysis of S August/Sierra Liquidity email re receipt of cure notice (.1); analysis of J Baer email to S August re no list of cures (.1); analysis of S August response, reconciliation vs Sched G (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/30/2011 | 0.3 | $63.00 | Analysis of J Baer email re claims of Nathan Kimmel Co (.1); analysis of b-Linx (.1); prep email to J Baer re research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 3/31/2011 | 1.0 | $125.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured (.7); revise b-Linx per audit (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/31/2011 | 0.8 | $88.00 | Analyze docket numbers 26527 to 26652 (.4); update claims database (.3), email correspondence with A.Carter re: analysis & claim updates performed (.1) |
| | WRG Non-Asbestos Claims Total: | | | 61.5 | $9,440.00 | |
| | March 2011 Total: | | | 221.5 | $33,123.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | Grand Total: | 221.5 | $33,123.00 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 3/1/2011 thru 3/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 29.9 | $3,737.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.9 | $99.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.4 | $294.00 |
| Total: | | 32.2 | $4,130.50 |
| | | | |
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.2 | $13.00 |
| Lucina Solis | $45.00 | 1.0 | $45.00 |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.4 | $323.00 |
| Brianna Tate | $45.00 | 1.0 | $45.00 |
| James Myers | $65.00 | 0.6 | $39.00 |
| Mabel Soto | $45.00 | 2.5 | $112.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 29.9 | $3,737.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Ellen Dors | $110.00 | 1.0 | $110.00 |
| Lauri Shippers | $110.00 | 1.1 | $121.00 |
| Lelia Hughes | $75.00 | 6.9 | $517.50 |
| Steffanie Cohen | $110.00 | 0.7 | $77.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 30.4 | $6,384.00 |
| Total: | | 80.6 | $11,786.00 |
| | | | |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Alfred Villanueva | $65.00 | 0.9 | $58.50 |
| Reynante Dela Cruz | $95.00 | 0.5 | $47.50 |
| Vincent Nacorda | $75.00 | 1.1 | $82.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 24.4 | $3,660.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.3 | $253.00 |
| Jacqueline Conklin | $95.00 | 1.0 | $95.00 |
| Total: | | 30.2 | $4,196.50 |

EXHIBIT 1

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 3/1/2011 thru 3/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.7 | $1,407.00 |
| Total: | | 6.7 | $1,407.00 |
| | | | |
| **WRG Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 10.3 | $2,163.00 |
| Total: | | 10.3 | $2,163.00 |
| | | | |
| **WRG Non-Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 25.0 | $3,125.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.5 | $165.00 |
| Lauri Shippers | $110.00 | 7.9 | $869.00 |
| Steffanie Cohen | $110.00 | 4.1 | $451.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 23.0 | $4,830.00 |
| Total: | | 61.5 | $9,440.00 |
| | | | |
| Grand Total: | | 221.5 | $33,123.00 |

EXHIBIT 1