# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110331**
**Expense Summary**

| Period Ending 3/31/2011 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $722.10 |
| | Noticing Production | $60.70 |
| | Pacer | $15.68 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,248.48** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110303-1 | 3/3/2011 | $50.00 |
| Reference #  021-20110331-1 | 3/31/2011 | $10.70 |
| | **Total** | **$60.70** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 3/3/2011
**Reference #:** 021-20110303-1
**Notes:** Mailing completed by RRD

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Ntc re Cure Report | | 4 / 1,424 | | |
| | | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | | **Total Due:** | **$50.00** |

*Invoice Due Upon Receipt*

EXHIBIT 2

*Page 1 of 1*



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 3/31/2011
**Reference #:** 021-20110331-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for March | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 20 Pieces | $10.70 |
| | | | | **Total Due:** | **$10.70** |

*Invoice Due Upon Receipt*                                                              *Page 1 of 1*

EXHIBIT 2