# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110131**
**Expense Summary**

**Period Ending 1/31/2011**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $722.10 |
| Noticing Production | $11.00 |
| Shipping/Courier | $45.45 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $350.00 |
| **Total** | **$2,228.55** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20110131-1 | 1/31/2011 | $11.00 |
| | Total | $11.00 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

**Production Date:** 1/31/2011
**Reference #:** 021-20110131-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for January | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 25 Pieces | $11.00 |
| | | | | **Total Due:** | **$11.00** |

*Invoice Due Upon Receipt*                                      *Page 1 of 1*

EXHIBIT 2


BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110228**
**Expense Summary**

| Period Ending | 2/28/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $79.11 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,251.21** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

### WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110224-1 | 2/24/2011 | $76.03 |
| Reference #  021-20110228-1 | 2/28/2011 | $3.08 |
| | Total | $79.11 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 2/24/2011
**Reference #:** 021-20110224-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Cure Report | | 146 / 1 | | |
| | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | FedEx (at Cost) | 1 Piece @ $59.68 each | $59.68 |
| | | Production | Printed Impressions | 146 Pieces @ $.10 each | $14.60 |
| | | Supplies | Binding | 1 Piece @ $1.50 each | $1.50 |
| | | | | **Total Due:** | **$76.03** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 2/28/2011
**Reference #:** 021-20110228-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for February | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 7 Pieces | $3.08 |
| | | | | **Total Due:** | **$3.08** |

*Invoice Due Upon Receipt*  Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110331**
**Expense Summary**

| Period Ending | 3/31/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $60.70 |
| | | Pacer | $15.68 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,248.48** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20110303-1 | 3/3/2011 | | $50.00 |
| Reference # 021-20110331-1 | 3/31/2011 | | $10.70 |
| | | Total | $60.70 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 3/3/2011
**Reference #:** 021-20110303-1
**Notes:** **Mailing completed by RRD**

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Ntc re Cure Report | | 4 / 1,424 | | |
| | | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | | **Total Due:** | **$50.00** |

*Invoice Due Upon Receipt*                                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 3/31/2011
**Reference #:** 021-20110331-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | | Total |
|---|---|---|---|---|---|---|
| Noticing Document | COA resend for March | | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 20 Pieces | | $10.70 |
| | | | | | **Total Due:** | **$10.70** |

*Invoice Due Upon Receipt*                                                      Page 1 of 1

EXHIBIT 2