## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/26/11; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-SIXTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

Name of Applicant:                                    Hon. Alexander M. Sanders, Jr.

Authorized to Provide Services To:                    Future Asbestos-Related Property Damage
                                                      Claimants and Holders of Demands

Date of Retention:                                    September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                          June 1, 2011 through June 30, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                             $5,724.00  [80% of $7,155.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                     $872.11

This is a(n):    ☒Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|----------|-------------------------|-----------|--------|------|------|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | CNO Filed | CNO Filed |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 45 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 15.9 hours,[2] for a total amount billed of $7,155.00, of which 80% is currently sought, in the amount of $5,724.00. Reasonable and necessary expenses in the amount of $872.11 (100% of those incurred) are also sought, for a total requested in this Application of $6,296.11.

As stated above, this is the Twenty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately .5 hours, for which $325.00 will be requested in a future application of my counsel.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|------------------|-------|--------|
| Confirmation | 9.4 | $4,230.00 |
| Travel | 13.0 [at 100%] | $2,925.00 [at 50%] |
| TOTAL | 22.4 | $7,155.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| Travel | $872.11 |
| TOTAL | $872.11 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

-4-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 6th day of July, 2011,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*Attorney at Law*
*19 Water Street*
*Charleston, SC 29401*

## INVOICE FOR PROFESSIONAL SERVICES 6/1/11 – 6/30/11

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/6/11 | Review of proposed confidentiality agreement re: purchase from Dow Chemical and/or affiliates (10 pages) and acknowledgement thereof by PD FCR | 1.5 |
| 6/24/11 | Review of motion by Grace for an order authorizing the debtors to participate in an auction, etc., in re: proposed acquisition and review of proposed order before Judge Fitzgerald attached (approx.. 25 pages) | 1.0 |
| | Review of correspondence by Alan Rich, Esq., re: Karl Hill, local counsel | 0.3 |
| 6/27/11 | 11 a.m., left Charleston for Philadelphia, arrived at hotel 4 p.m. (5 hours billed @ one-half) | 2.5 |
| 6/28/11 | 9:30 a.m., left hotel for courtroom of Judge Buckwalter for arguments on appeal by various appellants challenging Judge Fitzgerald's, arrived at courtroom 10:30 a.m. (1 hour billed @ one-half) | 0.5 |
| | Brief conference with Alan Rich re: above | 0.5 |
| | 11 a.m. to 5 p.m. Hearing before Judge Buckwalter (less one hour for lunch). Participants itemized on request. | 5.0 |
| | Brief conference with Alan Rich re: above | 0.5 |
| . | 5:30 p.m., left courthouse for return to hotel and from there to airport for return to Charleston. Arrived home 12:30 a.m. (6/29) after long weather delays at airport (7 hours billed @ one-half) | 3.5 |

**<u>INVOICE, 6/1/11 – 6/30/11</u>**
Page 2

6/30/11      Review of agenda for telephonic hearing before Judge Fitzgerald
             July 6, 2011                                                      0.5

             Review of report of local counsel                                0.1


             15.9 hours @ $450/hour      $     7,155.00

             Expenses                          872.11
             (Receipts Attached)

                      TOTAL:      $     8,027.11

**Expenses**

Travel to Philadelphia, P.A., and return to Charleston, SC, for hearing before Judge Buckwalter, 6/27-28/2011:

| | | | |
|---|---|---|---|
| Airfare | | | 509.40 |
| Hotel | | | 184.21 |
| Meals | (Dinner, 6/27, reduced from 76.95) | | 55.00 |
| Taxi | (From hotel to courthouse) | | 48.00 |
| | (From courthouse to hotel) | | 45.50 |
| Airport Parking | (Charleston, SC) | $ | 30.00 |
| | TOTAL EXPENSES | $ | 872.11 |