IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MAY 1, 2011 THROUGH MAY 31, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 22, 2011
Client/Matter #  01246-013923
Invoice # 142223
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 05/02/11 | P. Marks | L120 | 1.60 | Prepare for and conduct telephone conference re EPA request for interim measures; follow-up telephone conference with L. Duff re same. |
| 05/03/11 | P. Marks | L120 | 0.50 | CAFO receipt; cover letter to EPA; address signature issue. |
| 05/03/11 | P. Marks | L120 | 0.50 | Evaluate CC/BB issue. |
| 05/08/11 | P. Marks | L120 | 0.50 | Prepare negative notice for entry of CAFO. |
| 05/08/11 | P. Marks | L120 | 1.40 | Evaluate Subparts BB and CC compliance plans. |
| 05/17/11 | P. Marks | L120 | 0.50 | CAFO and negative notice follow-up with L. Duff. |
| 05/19/11 | L. McAfee | C300 | 1.00 | Telephone conference with L. Duff re air permit issues; research re same; telephone conference with team re same. |
| 05/27/11 | P. Marks | L120 | 0.10 | Track progress of negative notice preparation. |
| 05/31/11 | P. Marks | L120 | 0.10 | Direct H. Knight re research for L. Duff inquiry. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  142223
                                                               June 22, 2011
                                                               PAGE   2


05/31/11   H. Knight           L120           1.00   Research RCRA online guidance re waste
                                                     generation issue.



                                              Total Hours :              7.20

                                              Total Fees  :         $3,172.00

# EXHIBIT B

**(General Regulatory/Compliance Issues)**

```
                              LAW OFFICES
                       BEVERIDGE & DIAMOND, P.C.
                              SUITE 2210
                        201 NORTH CHARLES STREET
                        BALTIMORE, MD 21201-4150
                             (410) 230-1300
```

W. R. Grace & Co. - Conn                    June 22, 2011
Attn: Lydia B. Duff, Esq.                   Client/Matter #   01246-012100
7500 Grace Drive                            Invoice # 142222
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

### General Regulatory/Compliance Issues
### 100042

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/20/11 | M. Duvall | 0.50 | Conference with R. LaMotte re potential TSCA analysis. |
| 05/20/11 | K. LaMotte | 4.80 | Prepare and conduct telephone conference with L. Duff and M. Stanton re new product issues; follow-up research re ODS regulations; prepare follow-up e-mail to L. Duff re same; conference with M. Duvall re TSCA issues. |
| 05/23/11 | M. Duvall | 1.50 | Conference with L. Duff and K. LaMotte re TSCA issues related to potential manufacture of a chemical. |
| 05/23/11 | K. LaMotte | 0.70 | Telephone conference with L. Duff and M. Duvall re TSCA issues for potential new product. |
| 05/24/11 | K. LaMotte | 0.30 | Review e-mail from EPA re ODS requirements; send update to L. Duff re same. |
| 05/25/11 | K. LaMotte | 0.50 | Review e-mail from M. Stanton re EU import requirements; prepare response re potential next steps re same to L. Duff. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  142222
                                                             June 22, 2011
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/26/11 | K. LaMotte | 2.80 | Research re EU Regulation applicability to imports of potential product and to production in EU; prepare summary of same for L. Duff and M. Stanton. |
| 05/27/11 | K. LaMotte | 1.80 | Prepare for and participate in telephone conference re potential product issues; follow-up re same; conference with L. Duff re next stage of legal research. |
| 05/30/11 | K. LaMotte | 0.20 | Coordinate via e-mail with L. Duff re legal counsel on project. |
| 05/31/11 | K. LaMotte | 2.00 | Research EU law requirements per instructions from telephone conference with L. Duff on May 27; identify and call appropriate contact at Commission; prepare e-mail inquiry re same; prepare instructions to local counsel re same. |

**Total Hours :**         15.10

**Total Fees :**          $7,076.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  142222
June 22, 2011
PAGE  3

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 4.40 |

Total Disbursements :        $4.40

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Duvall | 2.00 | $525.00 | $1,050.00 |
| K. LaMotte | 13.10 | $460.00 | $6,026.00 |

Total Fees :         $7,076.00

Total Disbursements :            $4.40

TOTAL DUE :          $7,080.40