## W.R. GRACE - ORRICK HERRINGTON & SUTCLIFFE LLP

**January 2011 Invoice**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17367 | 12/1/2010 | AIR | Travel Expense, Air Fare | 0 | $645.40 | VENDOR: American Express; INVOICE#: 122510; DATE: 12/25/2010 - FIRM/FIRM/s#128102/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008 |
| 17367 | 12/1/2010 | OSREP | | 0 | $4.95 | VENDOR: Williams Lea Inc.; INVOICE#: I-11010113-01; DATE: 1/1/2011 - DC-DCid#128962\mkm-December 2010 LMF-outside reproduction |
| 17367 | 12/9/2010 | OSREP | | 0 | $6.60 | VENDOR: Williams Lea Inc.; INVOICE#: I-11010113-01; DATE: 1/1/2011 - DC-DCid#128962\mkm-December 2010 LMF-outside reproduction |
| 17367 | 12/10/2010 | TAXI | Local Taxi Expense | 0 | $58.65 | VENDOR: XYZ INVOICE#: 1405682 DATE: 12/22/2010 |
| 17367 | 12/16/2010 | EXPDEL | Express Delivery | 0 | $11.13 | VENDOR: Federal Express Corp INVOICE#: 733871872 DATE: 12/24/2010 Tracking #: 794226748296 Shipment Date: 20101216 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep,c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 17367 | 12/27/2010 | EXPDEL | Express Delivery | 0 | $13.05 | VENDOR: Lasership, Inc.; INVOICE#: 00675071231; DATE: 12/31/2010 - DC-DC\id#128337\mkm-acct. # 067507 deliveries 12/16/2010 to 12/31/2010 |
| 17367 | 1/4/2011 | DUPLI | Document Reproduction | 832 | $83.20 | 832 Copies |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $5.12 | VENDOR: Pacer Service Center; INVOICE#: OH0288-Q42010; DATE: 1/5/2011 - NY NY/ID#128435/HR |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $52.32 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $16.16 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $27.28 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $36.64 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $2.08 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $352.08 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $5.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/5/2011 | OSSVCS | Outside Services | 0 | $30.24 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42010; DATE: 1/5/2011 - DC-DC\id#129766\mkm-public access to court electronic records 10/01/2010 to 12/31/2010 acct. id OH0272 |
| 17367 | 1/7/2011 | WESTLW | Westlaw Research | 0 | $588.50 | |
| 17367 | 1/8/2011 | WESTLW | Westlaw Research | 0 | $1,202.00 | |
| 17367 | 1/9/2011 | TAXI | Local Taxi Expense | 0 | $90.00 | VENDOR: Wyron, Richard H.; INVOICE#: 011111; DATE: 1/14/2011 - dc/dd/#128391/myp - Omnibus hearing, Pittsburgh 1/9- 10/10 |
| 17367 | 1/9/2011 | TRV | Travel Expense, Out of Town | 0 | $318.06 | VENDOR: Wyron, Richard H.; INVOICE#: 011111; DATE: 1/14/2011 - dc/dd/#128391/myp - Omnibus hearing, Pittsburgh 1/9- 10/10 |
| 17367 | 1/9/2011 | TRVML | Out of Town Business Meals | 0 | $8.89 | VENDOR: Wyron, Richard H.; INVOICE#: 011111; DATE: 1/14/2011 - dc/dd/#128391/myp - Omnibus hearing, Pittsburgh 1/9- 10/10 |

| 17367 | 1/9/2011 | AIR | Travel Expense, Air Fare | 0 | $949.40 | VENDOR: Frankel, Roger; INVOICE#: 012611B; DATE: 2/2/2011 - dc/dd/#129371/myp - attd pre-hearing conf. w/ Grace and Cna settlement hearing, Pitts 1/9/11 |
| --- | --- | --- | --- | --- | --- | --- |
| 17367 | 1/9/2011 | TRV | Travel Expense, Out of Town | 0 | $420.66 | VENDOR: Frankel, Roger; INVOICE#: 012611B; DATE: 2/2/2011 - dc/dd/#129371/myp - attd pre-hearing conf. w/ Grace and Cna settlement hearing, Pitts 1/9/11 |
| 17367 | 1/9/2011 | TRVML | Out of Town Business Meals | 0 | $21.12 | VENDOR: Frankel, Roger; INVOICE#: 012611B; DATE: 2/2/2011 - dc/dd/#129371/myp - attd pre-hearing conf. w/ Grace and Cna settlement hearing, Pitts 1/9/11 |
| 17367 | 1/12/2011 | LEXIS | Lexis Research | 0 | $19.34 | |
| 17367 | 1/12/2011 | WESTLW | Westlaw Research | 0 | $246.64 | |
| 17367 | 1/12/2011 | EXPDEL | Express Delivery | 0 | $11.44 | VENDOR: Federal Express Corp INVOICE#: 736815549 DATE: 1/20/2011  Tracking #: 796649481008 Shipment Date: 20110112 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep, c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 17367 | 1/13/2011 | DUPLI | Document Reproduction | 14 | $1.40 | 14 Copies |
| 17367 | 1/13/2011 | DUPLI | Document Reproduction | 1581 | $158.10 | 1581 Copies |
| 17367 | 1/14/2011 | POST | Postage | 0 | $313.54 | POSTAGE |
| 17367 | 1/14/2011 | POST | Postage | 0 | $8.00 | POSTAGE |
| 17367 | 1/14/2011 | DUPLI | Document Reproduction | 126 | $12.60 | 126 Copies |
| 17367 | 1/14/2011 | EXPDEL | Express Delivery | 0 | $8.19 | VENDOR: Federal Express Corp INVOICE#: 736815549 DATE: 1/20/2011  Tracking #: 794320798711 Shipment Date: 20110114 Ship from: Richard Wyron, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones, 919 N Market St Fl 16, WILMINGTON, DE 19801 |
| 17367 | 1/14/2011 | EXPDEL | Express Delivery | 0 | $8.19 | VENDOR: Federal Express Corp INVOICE#: 736815549 DATE: 1/20/2011  Tracking #: 794320853524 Shipment Date: 20110114 Ship from: Richard Wyron, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David M Klauder, Esquire, Office of the United States Tr, 844 N King St Ste 2207, WILMINGTON, DE 19801 |
| 17367 | 1/14/2011 | EXPDEL | Express Delivery | 0 | $13.22 | VENDOR: Federal Express Corp INVOICE#: 736815549 DATE: 1/20/2011  Tracking #: 796657459633 Shipment Date: 20110114 Ship from: Richard Wyron, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: Bobbi Ruhlander, Warren H Smith Associates, 325 N Saint Paul St, DALLAS, TX 75201 |
| 17367 | 1/14/2011 | EXPDEL | Express Delivery | 0 | $8.19 | VENDOR: Federal Express Corp INVOICE#: 736815549 DATE: 1/20/2011  Tracking #: 796657475618 Shipment Date: 20110114 Ship from: Richard Wyron, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David B Siegel, WR Grace and Co, 7500 Grace Dr, COLUMBIA, MD 21044 |
| 17367 | 1/18/2011 | OSSVCS | Outside Services | 0 | $86.00 | VENDOR: CourtCall LLC; INVOICE#: 3948361; DATE: 1/18/2011 - WV  WH/JJ  S#129389 fIRMS COURT CALL CHARGES 1/17 - 1/31/11 |
| 17367 | 1/18/2011 | OSSVCS | Outside Services | 0 | $93.00 | VENDOR: CourtCall LLC; INVOICE#: 3948313; DATE: 1/18/2011 - WV  WH/JJ  S#129389 FIRMS COURT CALL CHARGES 1/17 - 1/31/11 |
| 17367 | 1/18/2011 | OSSVCS | Outside Services | 0 | $72.00 | VENDOR: CourtCall LLC; INVOICE#: 3948348; DATE: 1/18/2011 - WV  WH/JJ  S#129389 FIRMS COURT CALL CHARGES 1/17 - 1/31/11 |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 73 | $7.30 | 73 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 72 | $7.20 | 72 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 13 | $1.30 | 13 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 17 | $1.70 | 17 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 108 | $10.80 | 108 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 43 | $4.30 | 43 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 17367 | 1/20/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |

| Client | Date | Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 17367 | 1/21/2011 | TEL | Telephone | 0 | $1.44 | 12122781322; 16 Mins. |
| 17367 | 1/24/2011 | WESTN | Westlaw Research | 0 | $39.03 | |
| 17367 | 1/26/2011 | DUPLI | Document Reproduction | 155 | $31.00 | 155 Copies |
| 17367 | 1/27/2011 | POST | Postage | 0 | $1.73 | POSTAGE |

**TOTAL JANUARY 2011 INVOICE**            $6,115.18

**February 2011 Invoice**

| Client | Date | Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 17367 | 1/4/2011 | OSREP | Outside Reproduction Services | 0 | $3.30 | VENDOR: Williams Lea Inc.; INVOICE#: I-11020478; DATE: 1/31/2011 - DC-DC\id#130176\mkm-January 2011 LMF-outside reproduction |
| 17367 | 1/9/2011 | AIR | Travel Expense, Air Fare | 0 | $918.50 | VENDOR: American Express; INVOICE#: 012511; DATE: 1/25/2011 - FIRM-FIRM/S#129924/MYP- LAWYERS TRAVEL CHARGE ACCT 3XXX - X708 - 11008 |
| 17367 | 1/12/2011 | TEL | Telephone | 0 | $7.11 | VENDOR: Conference Plus, Inc. INVOICE#: 191663012011 DATE: 1/31/2011 |
| 17367 | 1/25/2011 | BUSML | Other Business Meals | 0 | $13.75 | VENDOR: Flik Compass Group USA; INVOICE#: X199940411; DATE: 1/31/2011 - DC-DC\id#130664\mkm-cust. # F199940000-period 04 beginning January 1, 2011 |
| 17367 | 2/1/2011 | TEL | Telephone | 0 | $0.18 | 12122778117; 2 Mins. |
| 17367 | 2/3/2011 | TEL | Telephone | 0 | $0.09 | 12122778117; 1 Mins. |
| 17367 | 2/8/2011 | TEL | Telephone | 0 | $1.44 | 16175701930; 16 Mins. |
| 17367 | 2/9/2011 | POST | Postage | 0 | $88.00 | POSTAGE |
| 17367 | 2/9/2011 | POST | Postage | 0 | $138.16 | POSTAGE |
| 17367 | 2/9/2011 | POST | Postage | 0 | $4.20 | POSTAGE |
| 17367 | 2/9/2011 | DUPLI | Document Reproduction | 3 | $0.30 | 3 Copies |
| 17367 | 2/9/2011 | DUPLI | Document Reproduction | 1100 | $110.00 | 1100 Copies |
| 17367 | 2/9/2011 | TEL | Telephone | 0 | $1.26 | 12122778117; 14 Mins. |
| 17367 | 2/10/2011 | TEL | Telephone | 0 | $0.18 | 12122778117; 2 Mins. |
| 17367 | 2/10/2011 | TEL | Telephone | 0 | $0.09 | 12122778117; 1 Mins. |
| 17367 | 2/10/2011 | TEL | Telephone | 0 | $0.09 | 13024269910; 1 Mins. |
| 17367 | 2/13/2011 | LTRV | Travel Expense, Local | 0 | $115.26 | VENDOR: Wyron, Richard H.; INVOICE#: 021611; DATE: 2/23/2011 - dc/dd/#130392/myp - Omnibus hearing, Wilmington 2/13- 14/11 |
| 17367 | 2/13/2011 | PARK | Parking Expense | 0 | $22.00 | VENDOR: Wyron, Richard H.; INVOICE#: 021611; DATE: 2/23/2011 - dc/dd/#130392/myp - Omnibus hearing, Wilmington 2/13- 14/11 |
| 17367 | 2/13/2011 | TOLLS | Local Tolls | 0 | $17.00 | VENDOR: Wyron, Richard H.; INVOICE#: 021611; DATE: 2/23/2011 - dc/dd/#130392/myp - Omnibus hearing, Wilmington 2/13- 14/11 |
| 17367 | 2/13/2011 | TRV | Travel Expense, Out of Town | 0 | $486.90 | VENDOR: Wyron, Richard H.; INVOICE#: 021611; DATE: 2/23/2011 - dc/dd/#130392/myp - Omnibus hearing, Wilmington 2/13- 14/11 |
| 17367 | 2/13/2011 | TRVML | Out of Town Business Meals | 0 | $27.50 | VENDOR: Wyron, Richard H.; INVOICE#: 021611; DATE: 2/23/2011 - dc/dd/#130392/myp - Omnibus hearing, Wilmington 2/13- 14/11 |
| 17367 | 2/14/2011 | TEL | Telephone | 0 | $1.62 | 12023291008; 18 Mins. |
| 17367 | 2/16/2011 | DUPLI | Document Reproduction | 92 | $9.20 | 92 Copies |
| 17367 | 2/16/2011 | DUPLI | Document Reproduction | 7 | $0.70 | 7 Copies |
| 17367 | 2/16/2011 | OSSVCS | Outside Services | 0 | $93.00 | VENDOR: CourtCall LLC; INVOICE#: 4029282; DATE: 2/16/2011 - WV WH/JJ S#130428 Firms CourtCall charges 2/1 - 2/16/11 |
| 17367 | 2/16/2011 | OSSVCS | Outside Services | 0 | $100.00 | VENDOR: CourtCall LLC; INVOICE#: 4029250; DATE: 2/16/2011 - WV WH/JJ S#130428 Firms CourtCall charges 2/1 - 2/16/11 |
| 17367 | 2/16/2011 | OSSVCS | Outside Services | 0 | $100.00 | VENDOR: CourtCall LLC; INVOICE#: 4029264; DATE: 2/16/2011 - WV WH/JJ S#130428 Firms CourtCall charges 2/1 - 2/16/11 |
| 17367 | 2/16/2011 | WESTN | Westlaw Research | 0 | $124.40 | |
| 17367 | 2/17/2011 | WESTN | Westlaw Research | 0 | $25.97 | |
| 17367 | 2/18/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |

| Client | Date | Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 17367 | 2/18/2011 | PRINT | Document Reproduction | 12 | $1.20 | 12 Pages Printed |
| 17367 | 2/18/2011 | WESTN | Westlaw Research | 0 | $5.19 | |
| 17367 | 2/18/2011 | WESTN | Westlaw Research | 0 | $38.68 | |
| 17367 | 2/18/2011 | EXPDEL | Express Delivery | 0 | $14.54 | VENDOR: Federal Express Corp INVOICE#: 740731865 DATE: 2/24/2011 |
| 17367 | 2/22/2011 | POST | Postage | 0 | $1.22 | POSTAGE |
| 17367 | 2/22/2011 | WESTN | Westlaw Research | 0 | $21.79 | |
| 17367 | 2/23/2011 | DUPLI | Document Reproduction | 231 | $23.10 | 231 Copies |
| 17367 | 2/23/2011 | DUPLI | Document Reproduction | 1276 | $127.60 | 1276 Copies |
| 17367 | 2/23/2011 | LTRV | Travel Expense, Local | 0 | $236.00 | VENDOR: Wyron, Richard H.; INVOICE#: 022811; DATE: 3/14/2011  -  dc/dd/#131298/myp - Grace Status hearing, Phila 2/23/11 |
| 17367 | 2/23/2011 | TAXI | Local Taxi Expense | 0 | $10.00 | VENDOR: Wyron, Richard H.; INVOICE#: 022811; DATE: 3/14/2011  -  dc/dd/#131298/myp - Grace Status hearing, Phila 2/23/11 |
| 17367 | 2/23/2011 | PARK | Parking Expense | 0 | $9.00 | VENDOR: Wyron, Richard H.; INVOICE#: 022811; DATE: 3/14/2011  -  dc/dd/#131298/myp - Grace Status hearing, Phila 2/23/11 |
| 17367 | 2/23/2011 | LTRV | Travel Expense, Local | 0 | $40.80 | VENDOR: Wyron, Richard H.; INVOICE#: 022811; DATE: 3/14/2011  -  dc/dd/#131298/myp - Grace Status hearing, Phila 2/23/11 |
| 17367 | 2/23/2011 | TRVML | Out of Town Business Meals | 0 | $75.00 | VENDOR: Wyron, Richard H.; INVOICE#: 022811; DATE: 3/14/2011  -  dc/dd/#131298/myp - Grace Status hearing, Phila 2/23/11 |
| 17367 | 2/24/2011 | TEL | Telephone | 0 | $0.09 | 13128622226; 1 Mins. |
| 17367 | 2/28/2011 | TEL | Telephone | 0 | $0.27 | 12122778117; 3 Mins. |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 17367 | 2/28/2011 | WESTN | Westlaw Research | 0 | $30.50 | |

**TOTAL FEBRUARY 2011 INVOICE** $3,054.18

**March 2011 Invoice**

| Client | Date | Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 17367 | 2/10/2011 | TRV | Travel Expense, Out of Town | 0 | $15.00 | VENDOR: American Express; INVOICE#: 022511; DATE: 2/25/2011  -  FIRM-FIRM/S#131414/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX X708- 11008 |
| 17367 | 2/11/2011 | AIR | Travel Expense, Air Fare | 0 | $15.00 | VENDOR: American Express; INVOICE#: 022511; DATE: 2/25/2011  -  FIRM-FIRM/S#131414/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX X708- 11008 |
| 17367 | 2/13/2011 | TRV | Travel Expense, Out of Town | 0 | $482.90 | VENDOR: Frankel, Roger; INVOICE#: 022411; DATE: 3/28/2011  -  dc/dd/s#131986/myp - attd Omnibus hearing in De re clarification of confirmation order , Wilmington 3/12/11 |
| 17367 | 2/13/2011 | TRVML | Out of Town Business Meals | 0 | $20.40 | VENDOR: Frankel, Roger; INVOICE#: 022411; DATE: 3/28/2011  -  dc/dd/s#131986/myp - attd Omnibus hearing in De re clarification of confirmation order , Wilmington 3/12/11 |
| 17367 | 3/1/2011 | TRV | Travel Expense, Out of Town | 0 | $318.06 | VENDOR: Frankel, Roger; INVOICE#: 032311; DATE: 3/28/2011  -  dc/dd/s#131986/myp - attd hearing in Pitts on Bnsf motion for reconsideration, 3/1/11 |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 5 | $0.50 | 5 Pages Printed |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 35 | $3.50 | 35 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 20 | $2.00 | 20 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 20 | $2.00 | 20 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 5 | $0.50 | 5 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 20 | $2.00 | 20 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/2/2011 | PRINT | Document Reproduction | 15 | $1.50 | 15 Pages Printed | |
| 17367 | 3/3/2011 | POST | Postage | 0 | $105.00 | POSTAGE | |
| 17367 | 3/3/2011 | POST | Postage | 0 | $105.00 | POSTAGE | |
| 17367 | 3/3/2011 | POST | Postage | 0 | $112.35 | POSTAGE | |
| 17367 | 3/3/2011 | POST | Postage | 0 | $5.20 | POSTAGE | |
| 17367 | 3/3/2011 | DUPLI | Document Reproduction | 1388 | $138.80 | 1388 Copies | |
| 17367 | 3/3/2011 | DUPLI | Document Reproduction | 825 | $82.50 | 825 Copies | |
| 17367 | 3/4/2011 | OSSVCS | Outside Services | 0 | $44.00 | VENDOR: CourtCall LLC; INVOICE#: 4059371; DATE: 3/4/2011 - WV WH/JJ S#131625 Firms CourtCall charges 3/1 - 3/16/11 | |
| 17367 | 3/4/2011 | OSSVCS | Outside Services | 0 | $65.00 | VENDOR: CourtCall LLC; INVOICE#: 4059378; DATE: 3/4/2011 - WV WH/JJ S#131625 Firms CourtCall charges 3/1 - 3/16/11 | |
| 17367 | 3/4/2011 | OSSVCS | Outside Services | 0 | $65.00 | VENDOR: CourtCall LLC; INVOICE#: 4058069; DATE: 3/4/2011 - WV WH/JJ S#131625 Firms CourtCall charges 3/1 - 3/16/11 | |
| 17367 | 3/4/2011 | OSSVCS | Outside Services | 0 | $65.00 | VENDOR: CourtCall LLC; INVOICE#: 4059373; DATE: 3/4/2011 - WV WH/JJ S#131625 Firms CourtCall charges 3/1 - 3/16/11 | |
| 17367 | 3/4/2011 | OSSVCS | Outside Services | 0 | $65.00 | VENDOR: CourtCall LLC; INVOICE#: 4059377; DATE: 3/4/2011 - WV WH/JJ S#131625 Firms CourtCall charges 3/1 - 3/16/11 | |
| 17367 | 3/7/2011 | WESTN | Westlaw Research | 0 | $106.05 | | |
| 17367 | 3/7/2011 | WESTN | Westlaw Research | 0 | $65.52 | | |
| 17367 | 3/10/2011 | WESTN | Westlaw Research | 0 | $22.75 | | |
| 17367 | 3/16/2011 | EXPDEL | Express Delivery | 0 | $11.59 | VENDOR: Federal Express Corp INVOICE#: 743906667 DATE: 3/24/2011 Tracking #: 796877303017 Shipment Date: 20110316 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep, c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 | |
| 17367 | 3/18/2011 | DUPLI | Document Reproduction | 30 | $3.00 | 30 Copies | |
| 17367 | 3/18/2011 | DUPLI | Document Reproduction | 10 | $1.00 | 10 Copies | |
| 17367 | 3/21/2011 | DUPLI | Document Reproduction | 1 | $0.10 | 1 Copies | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 40 | $4.00 | 40 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 34 | $3.40 | 34 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 6 | $0.60 | 6 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 36 | $3.60 | 36 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 44 | $4.40 | 44 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 36 | $3.60 | 36 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 22 | $2.20 | 22 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 158 | $15.80 | 158 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 204 | $20.40 | 204 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 36 | $3.60 | 36 Pages Printed | |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 44 | $4.40 | 44 Pages Printed | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 10 | $1.00 | | 10 Pages Printed |
| 17367 | 3/21/2011 | PRINT | Document Reproduction | 6 | $0.60 | | 6 Pages Printed |
| 17367 | 3/21/2011 | WESTN | Westlaw Research | 0 | $93.63 | | |
| 17367 | 3/22/2011 | OSREP | Outside Reproduction Services | 0 | $496.65 | | VENDOR: Landmark Legal Solutions; INVOICE#: DC1103065; DATE: 3/22/2011 - DC-DC\id#132584\mkm-medium copying, tabs, binding |
| 17367 | 3/23/2011 | WESTN | Westlaw Research | 0 | $252.18 | | |
| 17367 | 3/24/2011 | DUPLI | Document Reproduction | 1634 | $163.40 | | 1634 Copies |
| 17367 | 3/24/2011 | WESTN | Westlaw Research | 0 | $75.25 | | |
| 17367 | 3/25/2011 | POST | Postage | 0 | $69.50 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $69.50 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $69.50 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $69.50 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $69.50 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $9.73 | | POSTAGE |
| 17367 | 3/25/2011 | POST | Postage | 0 | $8.00 | | POSTAGE |
| 17367 | 3/25/2011 | DUPLI | Document Reproduction | 2 | $0.20 | | 2 Copies |
| 17367 | 3/25/2011 | DUPLI | Document Reproduction | 10279 | $1,027.90 | | 10279 Copies |
| 17367 | 3/25/2011 | DUPLI | Document Reproduction | 160 | $16.00 | | 160 Copies |
| 17367 | 3/25/2011 | PRINT | Document Reproduction | 2 | $0.20 | | 2 Pages Printed |
| 17367 | 3/28/2011 | DUPLI | Document Reproduction | 1 | $0.10 | | 1 Copies |
| 17367 | 3/28/2011 | DUPLI | Document Reproduction | 1302 | $130.20 | | 1302 Copies |
| 17367 | 3/28/2011 | PRINT | Document Reproduction | 240 | $24.00 | | 240 Pages Printed |
| 17367 | 3/30/2011 | DUPLI | Document Reproduction | 2037 | $203.70 | | 2037 Copies |
| 17367 | 3/30/2011 | DUPLI | Document Reproduction | 2927 | $292.70 | | 2927 Copies |
| 17367 | 3/30/2011 | PRINT | Document Reproduction | 1 | $0.10 | | 1 Pages Printed |
| 17367 | 3/30/2011 | OSSVCS | Outside Services | 0 | $177.00 | | VENDOR: CourtCall LLC; INVOICE#: 4110350; DATE: 3/30/2011 - WV WH/JJ S#132345 Firms court call charges 3/17 - 3/31/11 |
| 17367 | 3/30/2011 | OSSVCS | Outside Services | 0 | $184.00 | | VENDOR: CourtCall LLC; INVOICE#: 4110334; DATE: 3/30/2011 - WV WH/JJ S#132345 Firms court call charges 3/17 - 3/31/11 |
| 17367 | 3/30/2011 | OSSVCS | Outside Services | 0 | $177.00 | | VENDOR: CourtCall LLC; INVOICE#: 4110254; DATE: 3/30/2011 - WV WH/JJ S#132345 Firms court call charges 3/17 - 3/31/11 |
| 17367 | 3/30/2011 | OSSVCS | Outside Services | 0 | $72.00 | | VENDOR: CourtCall LLC; INVOICE#: 4110329; DATE: 3/30/2011 - WV WH/JJ S#132345 Firms court call charges 3/17 - 3/31/11 |
| 17367 | 3/30/2011 | OSSVCS | Outside Services | 0 | $184.00 | | VENDOR: CourtCall LLC; INVOICE#: 4110341; DATE: 3/30/2011 - WV WH/JJ S#132345 Firms court call charges 3/17 - 3/31/11 |

| | | |
|---|---|---|
| Total | $5,941.66 | |
| Less | (210,00) | Less reduction for travel/hotel rate per fee auditor's guidelines. |
| **TOTAL MARCH 2011 INVOICE** | **$5,731.66** | |

**GRAND TOTAL JANUARY - MARCH 2011 INVOICES**    $14,901.02