IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING THE FORTIETH
QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fortieth Quarterly Fee Application of PricewaterhouseCoopers LLP (the "Application").

BACKGROUND

1.  PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. In the Application, PwC seeks approval of fees totaling $818,206.96 and expenses totaling $28,019.63 for its services from January 1, 2011 through March 31, 2011 (the "Application Period"). Also, in the Application, PwC seeks approval of the following Special Project Applications:

• Controls Optimization Project Application for March 2010 in which PwC seeks expenses totaling $2,828.72;

• Controls Optimization Project Application for April-May 2010 in which PwC seeks fees totaling $26,876.76 and expenses totaling $374.50;

• Controls Optimization Project Application for June 2010 in which PwC seeks fees totaling $20,792.56 and expenses totaling $105.00;

• 2003 - 2006 Darex Puerto Rico Audit Application in which PwC seeks fees totaling $148,991.34 and expenses totaling $791.22;

- 2007 Darex Puerto Rico Audit Application in which PwC seeks fees totaling $36,647.48 and expenses totaling $78.81;

- 2008 Darex Puerto Rico Audit Application in which PwC seeks fees totaling $51,264.56 and expenses totaling $40.00;

- 2010 Darex Puerto Rico Audit Application in which PwC seeks fees totaling $67,003.30 and expenses totaling $618.15;

- Advisory Services Project Application in which PwC seeks fees totaling $149,994.00 and expenses totaling $17,492.95; and

- Shared Services Project Application in which PwC seeks fees totaling $44,428.80 and expenses totaling $1,403.26.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2011, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on PwC based upon our review, and we received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

3. We note for informational purposes that PwC billed the time of Audit Partner, Jay Sieler, at $1,019.82 per hour. During the Application Period, Mr. Sieler billed 0.5 hours for fees of $509.91. In *In re USG Corporation,* Case No. 01-2094 (JKF), Transcript of Proceedings, July 19,

2004, p. 14, the Honorable Judith K. Fitzgerald asked that we call to the Court's attention any instance in which a professional's hourly rate reaches $1,000.00, and thus we are complying with the Court's request. PwC provided the following additional information concerning Mr. Sieler:

> We are providing additional context for the hourly rate of Jay Sieler. This individual is a PwC partner at the National Office and possesses high levels of technical knowledge, skill and experience. Therefore, the hourly rate exceeds $1,000/hour.

4. We note that certain of the Special Project Applications for which PwC seeks approval have already been approved by the Court. These Special Project Applications and orders approving same are listed below:

- 2003 - 2006 Darex Puerto Rico Audit Application – approved by the Court on December 17, 2008 (Docket #20283);

- 2007 Darex Puerto Rico Audit Application – approved by the Court on December 11, 2009 (Docket #23996);

- 2008 Darex Puerto Rico Audit Application – approved by the Court on December 11, 2009 (Docket #23996); and

- Advisory Services Project Application – approved by the Court on September 28, 2009 (Docket #23352).

We accordingly recommend that the Special Project Applications listed in this paragraph be removed from PwC's Application.

**CONCLUSION**

5. Thus, we recommend approval of $818,206.96 in fees and $28,019.63 in expenses for PwC's services for the Application Period. In addition, we recommend approval of the following Special Project Applications:

- Controls Optimization Project Application for March 2010 – $2,828.72 in expenses;

- Controls Optimization Project Application for April-May 2010 – $26,876.76 in

fees and $374.50 in expenses;

• Controls Optimization Project Application for June 2010 – $20,792.56 in fees and $105.00 in expenses;

• 2010 Darex Puerto Rico Audit Application – $67,003.30 in fees and $618.15 in expenses; and

• Shared Services Project Application – $44,428.80 in fees and $1,403.26 in expenses.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 12th day of July, 2011.

_____
Warren H. Smith

# SERVICE LIST
### Notice Parties

**Applicant's Counsel**
Kathleen M. Miller
Stephanie S. Habelow
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801