# EXHIBIT A

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/3/2011 | Brad Weiland | .60 | Correspond with Rust re investor inquiry (.3); review and analyze same (.3). |
| 5/5/2011 | Gayle M Lodygowski | 2.00 | Prepare and transmit daily docket update (1.8); update pleadings database (.2). |
| 5/6/2011 | Brad Weiland | .70 | Correspond with Rust re creditor party inquiries (.4); review and analyze materials re same (.3). |
| 5/6/2011 | Gayle M Lodygowski | 2.90 | Prepare and transmit daily docket updates (2.7); update pleadings database (.2). |
| 5/11/2011 | Gayle M Lodygowski | 1.50 | Prepare and transmit daily docket updates (.9); update pleading database with current docket entries (.6). |
| 5/12/2011 | Gayle M Lodygowski | 1.80 | Prepare and transmit daily docket updates (1.4); update pleading database with current docket entries (.4). |
| 5/13/2011 | Gayle M Lodygowski | 1.90 | Prepare and transmit daily docket updates (1.2); update pleading database with current docket entries (.7). |
| 5/17/2011 | Gayle M Lodygowski | 1.90 | Prepare and transmit daily docket updates (1.2); update pleading database with current docket entries (.7). |
| 5/23/2011 | Stephanie D Frye | 4.90 | Organize and prepare for updated disclosure analysis of all submitted parties (2.8); conduct disclosure analysis re parties submitted as Rule 2002, significant equity holders, top thirty unsecured creditors, unions, unsecured creditors committee and vendors (2.1). |
| 5/23/2011 | Linda A Scussel | 5.30 | Analyze update for supplemental disclosure of parties identified as bank creditors, debt holders, officers and directors and ordinary course professionals. |
| 5/24/2011 | Gayle M Lodygowski | 1.40 | Prepare and transmit daily docket updates (.8); update pleading database with current docket entries (.6). |
| 5/25/2011 | Gayle M Lodygowski | 2.70 | Prepare and transmit daily docket updates (1.8); update pleading database with current docket entries (.9). |
| 5/26/2011 | Gayle M Lodygowski | 2.00 | Prepare and transmit daily docket update (1.4); update pleadings database (.6). |

A-2

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/31/2011 | Gayle M Lodygowski | .20 | Review docket re potential updates. |
| | Total: | 30.80 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/9/2011 | Maureen McCarthy | 2.40 | Prepare attorney, paraprofessionals, matter category and expense totals re fortieth fee application (1.5); begin draft of summary re same (.9). |
| 5/10/2011 | Maureen McCarthy | 1.40 | Begin draft of fortieth fee application. |
| 5/11/2011 | Maureen McCarthy | 1.20 | Review and revise fortieth fee application. |
| 5/13/2011 | Maureen McCarthy | .40 | Revise fortieth fee application. |
| 5/16/2011 | Maureen McCarthy | 1.30 | Revise and finalize fortieth fee application for filing and service. |
| 5/18/2011 | Deanna D Boll | 1.40 | Review and revise April fee application. |
| 5/31/2011 | Adam C Paul | .50 | Correspond with J. Gettleman and T. Wallace re fee applications. |
| | Total: | 8.60 | |

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/2/2011 | Kimberly K Love | .50 | Prepare and organize materials requested by Ogilvy Renault re fee application materials. |
| | Total: | .50 | |

A-5

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2011 | Jeffrey Gettleman | .40 | Analyze issues re reversal on appeal (.3); correspond with A. Paul re same (.1). |
| 5/1/2011 | John Donley | 2.00 | Review and analyze appellate briefing. |
| 5/2/2011 | Nate Kritzer | 1.00 | Correspond with J. Donley re best interests test (.1); research issues for appeal re same (.9). |
| 5/2/2011 | Kimberly K Love | 4.80 | Review and obtain precedent appellee briefs for use with appellee brief (1.2); finalize preparation of materials cited in lender's appeal brief (2.8); prepare and organize materials for inclusion into case files (.8). |
| 5/2/2011 | Deanna D Boll | .50 | Analyze lender briefing issues (.3); confer with J. Brooks re same (.2). |
| 5/2/2011 | Susan Engel | 4.80 | Draft sections of appellate brief re standard of review. |
| 5/2/2011 | Jeffrey Gettleman | 2.00 | Review and analyze research re equitable mootness (.3); correspond with J. Armington and A. Paul re same (.3); correspond with B. Weiland re Grace appellate research assignment (.1); correspond with E. O'Connor re edits to Garlock argument summary (.2); review correspondence from A. Lambert re Grace appeal bond analysis (.1); review and analyze Garlock opening brief and arguments (.6); review D. Boll draft brief (.2); review objection chart (.2). |
| 5/2/2011 | Adam C Paul | 8.10 | Analyze research re reversal of confirmation order (1.7); analyze appellate briefs (3.1); review correspondence from L. Esayian re claims (.2); analyze and revise primary brief (1.6); prepare memorandum re same (1.5). |
| 5/2/2011 | Brad Weiland | .70 | Correspond with J. Gettleman re 524(g) case research (.3); review and analyze same (.4). |
| 5/2/2011 | John Donley | 10.20 | Review confirmation hearing record and prior briefs (2.3); draft outlines of arguments on appeal (2.4); draft fact discussion and balance of equities arguments for lender appeal brief (3.1); draft rough outline of key arguments and order (1.0); review and edit overview brief introductory section (1.4). |
| 5/2/2011 | Lisa G Esayian | 1.80 | Review and revise outline for Anderson Memorial response brief (1.4); correspond with working group re mediation re CNA's settlement approval (.4). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/2/2011 | Gayle M Lodygowski | 6.90 | Prepare and organize documents re preparation of appeal reply brief (6.7); correspond with J. Donley re same (.2). |
| 5/3/2011 | Nate Kritzer | 3.50 | Draft outline summarizing response to Libby arguments. |
| 5/3/2011 | Megan M Kokontis | .40 | Prepare for and participate in conference with E. Shaio re request for updated cash payments on effective date (.3); correspond with B. Weiland re same (.1). |
| 5/3/2011 | Kimberly K Love | 5.00 | Prepare and organize various materials for use in appeal briefs (2.5); review and obtain information re closing arguments (1.3); prepare and organize materials re lenders' brief (1.2). |
| 5/3/2011 | Deanna D Boll | 3.00 | Confer with J. O'Connell (Blackstone) re Royal Bank of Scotland issue (.2); confer with J. Donley re same (.1); confer with N. Kritzer re release and injunction outline (.2); confer with J. Baer re absolute priority issues (.2); analyze issues re appellant arguments (2.3). |
| 5/3/2011 | Tyler D Mace | 2.80 | Conduct legal research re best interests test. |
| 5/3/2011 | Susan Engel | 2.20 | Draft sections of appellate brief re standard of review. |
| 5/3/2011 | Jeffrey Gettleman | 2.90 | Review correspondence from S. Engel re draft response to MCC cross-appeal (.1); correspond with A. Paul and K. Love re Garlock raising issues for first time on appeal (.4); review Blackstone appeal bond analysis (.2); correspond with A. Paul re same (.1); draft outline for Garlock appellate brief (.8); review briefs and background materials re same (1.1); edit draft jurisdiction and standard of review section of appellate brief (.2). |
| 5/3/2011 | Adam C Paul | 9.10 | Analyze response to CNA arguments (1.1); correspond with J. Donley re appellate briefing (.6); analyze Garlock standing issues (.7); correspond with J. Gettleman re same (.3); analyze and revise main brief in support (4.1); analyze appellate briefs (2.3). |
| 5/3/2011 | Justin S Brooks | 3.70 | Revise outline of lenders' appeal brief (3.4); review and draft correspondence (.3). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/3/2011 | John Donley | 7.20 | Draft and revise fact section re lender brief (2.9); review cases and record documents (1.3); review and edit standard of review section (1.0); review and edit MCC section of brief and correspond with S. Engel and L. Esayian re same (.5); review and edit overview/intro section of brief (1.5). |
| 5/3/2011 | Lisa G Esayian | 5.50 | Correspond with various parties re CNA settlement mediation (.3); revise Anderson Memorial brief (4.2); confer with R. Finke re same (1.0). |
| 5/3/2011 | Eric F Leon | .80 | Review outline of lenders' appeal brief (.7); review and draft correspondence to J. Donley re same (.1). |
| 5/3/2011 | Gayle M Lodygowski | 1.90 | Prepare and transmit daily docket update (1.7); update pleadings database (.2). |
| 5/4/2011 | Nate Kritzer | 1.90 | Outline release issues for appellate briefing. |
| 5/4/2011 | Megan M Kokontis | 1.30 | Prepare for and participate in conference with E. Shaio re request for updated cash payments (.7); research re same (.3); prepare for and participate in conference with B. Weiland re same (.3). |
| 5/4/2011 | Kimberly K Love | 6.70 | Prepare and organize materials from joint appendix (2.0); prepare and organize materials requested by client re disposition of equity (1.3); prepare and organize best interests materials (1.4); review information re executive packages as requested by client (2.0). |
| 5/4/2011 | Deanna D Boll | 4.60 | Confer with J. Donley re appellant arguments (.2); review N. Kritzer outline re releases (.3); confer with N. Kritzer re same (.5); confer with L. Esayian re appeal issues (.2); analyze release arguments and Montana arguments (3.4). |
| 5/4/2011 | Tyler D Mace | 2.50 | Review appellate brief outlines (1.0); conduct legal research re best interests test issues (1.0); review Zilly transcript and exhibits re same (.5). |
| 5/4/2011 | Jeffrey Gettleman | 2.90 | Correspond with A. Paul and P. Lockwood re appellate briefing (.2); review December 10 and 13 hearing transcripts re standing issues (1.7); correspond with G. Vogt and A. Paul re equitable mootness TWA precedent (.3); correspond with A. Paul re appeal bond analysis (.2); review Judge Buckwalter's appeal procedures order (.3); correspond with B. Weiland and A. Paul re open research issues (.2). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/4/2011 | Adam C Paul | 7.80 | Analyze and revise primary brief in support (4.3); confer with J. Donley re same (.8); analyze outlines of appellate arguments (2.7). |
| 5/4/2011 | Brad Weiland | 1.40 | Research and analyze 524(g) cases re claims issues (1.2); correspond with K&E team re same (.2). |
| 5/4/2011 | Justin S Brooks | 1.70 | Confer with J. Donley and E. Leon re lender brief (.8); review materials related to same (.4); legal research re automatic stay's effect on credit obligations (.5). |
| 5/4/2011 | John Donley | 13.50 | Review draft of master appeal brief section (1.3); revise same (.6); confer with A. Paul re same (.5); draft and revise lender appeal brief fact section (2.4); correspond with J. Brooks re legal and fact research follow-ups (.5); confer with J. Brooks and E. Leon re briefing outline and arguments (.8); continue intensive review of authorities (1.2); revise best interests section of briefing (3.2); review caselaw, record, and appellant arguments re same (2.7); review and analyze draft outline re master brief (.3). |
| 5/4/2011 | Lisa G Esayian | 7.90 | Revise Anderson Memorial brief (5.9); review new Third Circuit opinion re insurance assignment issues (.6); correspond with J. Donley re relevance of same to Grace confirmation appeals (.2); confer with N. Kritzer re Libby arguments re scope of injunction and rights to insurance (1.2). |
| 5/4/2011 | Christopher Landau, P.C. | 4.30 | Review materials re lender interest issue (4.0); correspond with working group re Next Wave case (.3). |
| 5/4/2011 | Eric F Leon | 1.20 | Confer with J. Donley and J. Brooks re lender arguments (.8); review materials related to lender arguments (.4). |
| 5/5/2011 | Nate Kritzer | 3.90 | Draft respondent's brief re best interests (3.1); research issues re same (.8). |
| 5/5/2011 | Megan M Kokontis | 5.30 | Analyze case law re personal injury claimants' right to jury trial after filing proofs of claims (2.2); draft and revise research summary re same (3.0); correspond with B. Weiland re same (.1). |
| 5/5/2011 | Kimberly K Love | 7.80 | Prepare and organize district court materials for inclusion into case files (1.4); prepare and organize materials re Libby's best interests argument (1.0); prepare and organize materials re CNA (2.0); prepare and organize materials re executive packages as requested by client (3.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2011 | Deanna D Boll | 7.60 | Confer with working group re appeal briefing (.5); analyze outlines of arguments re appellee primary brief (2.4); edit same (4.7). |
| 5/5/2011 | Tyler D Mace | 8.70 | Review transcripts and confirmation exhibits re issues raised in Libby briefs (4.3); draft response to Libby briefs (4.4). |
| 5/5/2011 | Susan Engel | .90 | Analyze additional case law re issues raised in Libby brief (.3); confer with team re response brief (.4); confer with B. Grant and C. Landau re same (.2). |
| 5/5/2011 | Jeffrey Gettleman | 1.60 | Correspond with J. Donley and J. Baer re outlines of appellate arguments (.1); draft Garlock response brief (.4); correspond with J. Donley and A. Paul re standard of review section of appellate brief (.5); confer with J. Donley, A. Paul and Grace appellate working group re drafting of appellate briefs (.6). |
| 5/5/2011 | Adam C Paul | 7.60 | Analyze appellate briefs (4.9); confer with J. Donley re appellate briefs (.7); analyze and revise outlines of responses (1.1); correspond with J. Donley and J. Gettleman re appeals (.9). |
| 5/5/2011 | Brian T Stansbury | .40 | Confer with J. Donley, J. Baer, C. Landau and D. Boll re responses to appeal briefs re Libby issues. |
| 5/5/2011 | Britt C Grant | .60 | Prepare for and participate in conference with J. Donley and team re appeal brief drafting and related preparations and research. |
| 5/5/2011 | Justin S Brooks | 3.70 | Confer with team re appeal brief open issues and related research (.5); legal research re vacatur and affect of bankruptcy on payment provisions in credit agreements (3.2). |
| 5/5/2011 | John Donley | 9.50 | Revise bank lender brief outline (.5); analyze jury trial right issues and related case law (1.0); confer with N. Kritzer re jury trial and best interests analysis (1.0); confer with J. Gettleman re standard of review edits (.2); confer with T. Mace re Libby briefing (.3); correspond with P. Lockwood re Libby briefing (.2); confer with K&E team re briefing and outline issues (.5); review authorities and opinions re best interests test (1.2); draft outlines and summaries of appellate issues (2.7); analyze record re same (1.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2011 | Lisa G Esayian | 5.50 | Confer with P. Mahaley re mediation re district court appeals re CNA settlement (.4); confer with N. Kritzer re Libby insurance and injunction issues (.8); draft and revise Anderson Memorial brief (3.5); team conference re briefs, related research issues and other open items re same (.8). |
| 5/5/2011 | Christopher Landau, P.C. | .50 | Confer with team re district court appeal briefs and related open issues. |
| 5/6/2011 | Nate Kritzer | 1.90 | Draft respondent's brief re best interests. |
| 5/6/2011 | Megan M Kokontis | 2.00 | Research re personal injury claimants' rights to jury trial in chapter 7 cases (1.2); revise research summary re same (.8). |
| 5/6/2011 | Kimberly K Love | 7.40 | Prepare and organize research and record materials needed for appeal brief drafting (1.5); prepare and organize joint record disk and instructions for locating case documents (3.8); confer with various team members re use of joint record disk and location of various case documents (2.1). |
| 5/6/2011 | Deanna D Boll | 8.40 | Edit appellee brief re main arguments in support of confirmation. |
| 5/6/2011 | Tyler D Mace | 6.50 | Review transcripts and confirmation exhibits re Libby brief (2.3); draft response to Libby briefs (4.2). |
| 5/6/2011 | Susan Engel | 1.10 | Edit draft section of brief re standard of review. |
| 5/6/2011 | Jeffrey Gettleman | 1.40 | Review B. Weiland analysis re personal injury jury trial issue (.4); correspond with A. Paul re same (.1); confer with K. Love re joint appendix question (.1); research, draft, review and revise introduction for standard of review appellate brief section (.7); correspond with J. Donley re same (.1). |
| 5/6/2011 | Adam C Paul | 2.90 | Analyze and revise argument outlines (1.8); draft and revise primary response brief (1.1). |
| 5/6/2011 | Brad Weiland | 1.10 | Prepare and revise materials re appellate issues and personal injury claims (.9); correspond with M. Kokontis, J. Gettleman and A. Paul re same (.2). |
| 5/6/2011 | Justin S Brooks | 1.50 | Analyze automatic stay and credit agreement issues for lender brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/6/2011 | John Donley | 11.50 | Revise lender appeal brief (.6); analyze relevant case law re same (.3); draft and revise inserts re same (.6); confer with M. Shelnitz, E. Leon and J. Brooks re same (1.2); review authorities, cases and record re best interests briefing (3.5); draft and revise best interests brief (4.7); confer and correspond with T. Mace and N. Kritzer re best interests issues (.6). |
| 5/6/2011 | Lisa G Esayian | 1.90 | Confer with P. Lockwood, P. Mahaley and M. Giannotto re mediation re District Court appeals re CNA settlement (1.0); revise Anderson Memorial brief (.9). |
| 5/6/2011 | Eric F Leon | 1.30 | Analyze standard of review and automatic stay issues for lender brief. |
| 5/6/2011 | Gayle M Lodygowski | 3.70 | Prepare and organize documents re preparation of appeal reply brief. |
| 5/7/2011 | Nate Kritzer | 1.30 | Draft respondent's brief re best interests. |
| 5/7/2011 | Jeffrey Gettleman | 1.40 | Draft and revise standard of review section of appellate brief (.6); legal research re same (.3); review relevant pleadings re same (.4); correspond with A. Paul and J. Donley re same (.1). |
| 5/7/2011 | John Donley | 9.00 | Review record re best interests brief (2.3); outline and draft arguments re same (4.7); review and analyze CNA materials and insurance rights issues (.8); review jury trial arguments (.5); correspond with N. Kritzer, T. Mace and A. Paul re legal issues and fact arguments (.7). |
| 5/7/2011 | Lisa G Esayian | 2.90 | Review and revise Anderson Memorial brief. |
| 5/8/2011 | Nate Kritzer | 6.30 | Draft respondent's brief re best interests. |
| 5/8/2011 | Deanna D Boll | 15.50 | Revise main appellee brief re procedural history and statement of case (13.2); confer with J. Donley, J. Baer, et al. re same (2.3). |
| 5/8/2011 | Tyler D Mace | 10.00 | Review transcripts re best interests arguments (2.2); draft and revise best interests section of response brief (7.8). |
| 5/8/2011 | Jeffrey Gettleman | 4.00 | Draft and revise response to Garlock opening appellate brief (3.2); legal research re same (.4); review pleadings and plan re same (.4). |
| 5/8/2011 | Adam C Paul | 1.50 | Edit appellate brief (1.1); correspond with J. Donley re same (.4). |
| 5/8/2011 | Brian T Stansbury | 1.40 | Analyze transcripts and correspondence re Libby claimants' evidentiary arguments. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/8/2011 | John Donley | 13.80 | Review research re meaning of "claim" under section 101 (.4); correspond with D. Boll and T. Mace re same (.2); review code provisions, record, transcripts, case law and prior briefs re best interests appeal brief (3.5); draft best interests appeal brief (5.8); revise draft of same (2.5); revise standard of review and core jurisdiction section of brief (1.1); review GIT opinion (.3). |
| 5/8/2011 | Lisa G Esayian | 4.60 | Draft and revise Anderson Memorial brief. |
| 5/9/2011 | Nate Kritzer | 5.30 | Draft respondent's brief re best interests. |
| 5/9/2011 | Deanna D Boll | 12.50 | Draft and revise appellee brief re statement of case (11.0); confer with J. Donley, J. Baer, L. Esayian, et al. re same (1.5). |
| 5/9/2011 | Tyler D Mace | 13.90 | Draft and revise best interests section of response brief. |
| 5/9/2011 | Susan Engel | .50 | Edit standard of review section of brief. |
| 5/9/2011 | Jeffrey Gettleman | 4.80 | Review and revise draft of response to Garlock opening appellate brief (2.4); legal research re same (.6); prepare for and participate in conference with J. Baer re Garlock stipulation argument (.4); confer with A. Paul re best interests test section of brief (.3); review and revise same (.3); confer with A. Paul re introduction sentence to standard of review section (.2); legal research re same (.6). |
| 5/9/2011 | Adam C Paul | 8.70 | Analyze and revise appellate briefs (7.2); confer with J. Donley re same (1.5). |
| 5/9/2011 | Britt C Grant | 1.90 | Review and analyze draft of plan proponents' brief re burdens of proof. |
| 5/9/2011 | Justin S Brooks | .50 | Confer with team re appeal brief (.3); review and draft correspondence re lender arguments (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/9/2011 | John Donley | 15.70 | Draft inserts to and edit best interests brief and correspond with T. Mace re same (4.4); confer with A. Paul re briefing (.3); review draft of best interests brief (1.0); review and analyze cases re defining "claim" (1.2); review, analyze and draft detailed outlines of points and arguments relating to Montana and Crown briefs and our responses (3.7); review J. Baer draft of appeal arguments outline (1.0); draft inserts and edits to Montana response brief (2.1); edit standard of review brief and correspond with S. Engel re same (.3); prepare for and participate in conference with P. Bentley, E. Leon, J. Brooks re lender brief (1.2); confer with E. Leon and correspond with E. Leon and J. Brooks re same (.5). |
| 5/9/2011 | Lisa G Esayian | 5.40 | Draft and revise Anderson Memorial brief. |
| 5/9/2011 | Eric F Leon | .80 | Confer with team re lenders appeal brief (.5); review and draft correspondence re lender issues (.3). |
| 5/10/2011 | Nate Kritzer | 6.80 | Draft and revise respondent's brief re best interests for appeal from confirmation order. |
| 5/10/2011 | Megan M Kokontis | .20 | Review and analyze Illinois Department of Revenue response to claim objection (.1); correspond with B. Weiland re same (.1). |
| 5/10/2011 | Maria D Gaytan | .50 | Retrieve deposition transcripts re appeal brief facts. |
| 5/10/2011 | Deanna D Boll | 4.20 | Confer with K&E team re briefing open issues (.3); analyze arguments raised by appellants and draft summaries of same (3.9). |
| 5/10/2011 | Tyler D Mace | .60 | Confer with J. Donley re Libby arguments. |
| 5/10/2011 | Susan Engel | 5.10 | Review master draft of primary brief (2.5); discuss best interests argument with A. Paul (.1); research best interests argument (1.9); confer with team re response brief (.6). |
| 5/10/2011 | Jeffrey Gettleman | 2.00 | Review and revise new standard of review section for appellate brief (.8); correspond with A. Paul and J. Donley re same (.3); correspond with A. Paul re equitable mootness research (.1); review and revise response to Garlock opening brief (.8). |
| 5/10/2011 | Adam C Paul | 8.70 | Analyze and revise appellate briefs (5.2); confer with R. Wyron re same (.4); confer with J. Donley re same (.7); confer with S. Engel re best interests test (.4); analyze equitable mootness issues (.9); analyze Libby claims (1.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/10/2011 | Britt C Grant | 4.90 | Prepare for and participate in team conference re appeal briefing issues (.4); review and analyze main brief (2.4); perform legal research re confirmation order issues (2.1). |
| 5/10/2011 | John Donley | 13.80 | Draft and revise best interests brief (5.6); review and edit and analyze authorities in AMH brief (3.8); review authorities, cases and prior brief re Montana and Crown appeal arguments (2.6); review and edit Garlock brief re fair and equitable arguments and discrimination arguments (1.8). |
| 5/10/2011 | Lisa G Esayian | 4.90 | Review correspondence from CNA's counsel, M. Giannotto and mediator re mediation re appeals of CNA settlement (.4); correspond with M. Shelnitz and R. Finke re same (.2); confer with team re appeal briefs (1.0); confer with J. Donley re Libby claimants' best interests arguments re insurance issues (.3); draft responses to same (3.0). |
| 5/11/2011 | Nate Kritzer | 3.90 | Draft and revise respondent's brief re best interests. |
| 5/11/2011 | Megan M Kokontis | .20 | Review and analyze order allowing appointment of Canadian ZAI claims administrator and order allowing Debtors to enter into consent order and correspond with B. Weiland re same. |
| 5/11/2011 | Maria D Gaytan | .90 | Retrieve various documents re appeal briefing issues. |
| 5/11/2011 | Deanna D Boll | 13.20 | Draft and revise appellee brief (12.3); confer and correspond with J. Donley re same (.9). |
| 5/11/2011 | Susan Engel | 4.80 | Research and edit best interests argument (.9); research arguments for response to lenders' brief (.9). |
| 5/11/2011 | Jeffrey Gettleman | 1.90 | Correspond with J. Baer and A. Paul re comments to draft Garlock response (.6); review and revise Garlock response brief (.6); review precedential confirmation briefs re analysis of draft of best interests test section of appellate brief (.4); correspond with A. Paul re "best interests" section of appellate brief (.2); review correspondence from J. Donley re third parties' draft briefs (.1). |
| 5/11/2011 | Adam C Paul | 4.20 | Analyze and revise various appellate briefs (3.6); confer with J. Donley re same (.6). |
| 5/11/2011 | Britt C Grant | 1.30 | Review and analyze draft brief re burden issues (1.2); correspond with S. Engel re same (.1). |
| 5/11/2011 | Justin S Brooks | 1.10 | Legal research re ipso facto clauses in credit agreements (.4); review bank lender exhibits re same (.7). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/11/2011 | John Donley | 17.20 | Edit good faith briefing (1.0); edit feasibility briefing (1.3); review authorities and drafts and edit classification briefing (1.7); review authorities, various appellants' briefs and arguments and edit jurisdiction and standard of review (1.1); review and edit facts and chronology section of briefing (2.5); draft and edit best interests arguments and confer and correspond with L. Esayian re same (4.8); edit AMH section and confer and correspond with L. Esayian re same (2.3); review authorities and prior briefs re Montana and Crown (2.5). |
| 5/11/2011 | Lisa G Esayian | 8.30 | Draft and revise best interests arguments (2.7); draft and revise Anderson Memorial brief (4.1); draft and revise scope of injunction briefs (1.3); correspond with J. Donley re same (.2). |
| 5/11/2011 | Eric F Leon | .50 | Review draft lender brief. |
| 5/11/2011 | Gayle M Lodygowski | 1.30 | Organize documents re preparation of appeals brief. |
| 5/12/2011 | Nate Kritzer | 2.20 | Revise respondent's brief re release and injunction arguments. |
| 5/12/2011 | Maria D Gaytan | .80 | Search and retrieve various documents re briefing issues. |
| 5/12/2011 | Deanna D Boll | 9.50 | Edit and revise main appellee brief re 524(g) and various other issues (8.9); confer and correspond with J. Donley re same (.6). |
| 5/12/2011 | Susan Engel | 2.80 | Confer with J. Donley re draft brief statement of case section (.3); review sections of draft brief (.6); edit statement of case sections of draft brief (1.9). |
| 5/12/2011 | Jeffrey Gettleman | .90 | Correspond with J. Donley re edits to Garlock absolute priority section (.1); correspond with J. Donley re draft of standard of review section of brief (.1); review revised draft of Garlock sections of appellate brief (.7). |
| 5/12/2011 | Adam C Paul | 4.70 | Analyze and revise various appellate briefs (3.4); confer with J. Donley re same (.6); correspond with working group re same (.7). |
| 5/12/2011 | Justin S Brooks | 8.10 | Research and draft appeal brief on lender issues (6.9); confer with E. Leon re same (1.2). |
| 5/12/2011 | John Donley | 14.50 | Draft and edit argument sections of appellate brief (11.8); review authorities and cases re same (2.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/12/2011 | Lisa G Esayian | 5.20 | Revise AMH arguments and integrate same into overall brief (3.4); correspond with J. Donley re various issues re brief (.5); confer with N. Kritzer re injunction and indemnity issues (.4); review client comments re AMH brief (.9). |
| 5/12/2011 | Eric F Leon | 8.30 | Draft appeal brief on lender issues (7.1); confer with J. Brooks re same (1.2). |
| 5/12/2011 | Gayle M Lodygowski | .90 | Organize documents re preparation of appeals brief. |
| 5/13/2011 | Nate Kritzer | .80 | Revise respondent's brief re injunctions and releases. |
| 5/13/2011 | Deanna D Boll | 7.50 | Edit and revise arguments for appellee main brief (7.0); confer with J. Baer re same (.2); confer with J. Donley, A. Paul, and L. Esayian re same (.3). |
| 5/13/2011 | Susan Engel | 4.80 | Edit statement of case section of draft brief. |
| 5/13/2011 | Jeffrey Gettleman | .70 | Prepare for and participate in conference with J. Donley and appellate team re drafting of appellate brief. |
| 5/13/2011 | Adam C Paul | 8.20 | Analyze and revise appellate briefs (6.9); confer with J. Donley re same (1.3). |
| 5/13/2011 | Justin S Brooks | 8.40 | Research and draft appeal brief on lender issues. |
| 5/13/2011 | John Donley | 15.50 | Review and analyze authorities, cases and record re classification argument (2.5); review and analyze authorities, cases and record re claims and demands arguments (1.8); draft brief sections re 1122(a) (5.3); draft brief sections for claims and demands argument (3.5); confer with ACC and FCR and client re same (.8); confer with L. Esayian, D. Boll and A. Paul re briefs (.3); confer with P. Lockwood, R. Wyron and A. Paul re best interests test issues (1.0); confer with A. Paul and L. Esayian re open briefing issues (.3). |
| 5/13/2011 | Lisa G Esayian | 4.70 | Confer with J. Donley, D. Boll and A. Paul re open appeal brief tasks (.5); draft and revise feasibility and good faith sections of brief (2.2); correspond with A. Rich re PD issues (.5); draft and revise insurance sections of brief (1.5). |
| 5/13/2011 | Eric F Leon | 7.20 | Research and draft appeal brief on lender issues. |
| 5/14/2011 | Nate Kritzer | .50 | Review and revise draft of respondent's brief re injunctions and releases. |
| 5/14/2011 | Deanna D Boll | 5.30 | Edit and revise release and injunction arguments and absolute priority arguments. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/14/2011 | Jeffrey Gettleman | .20 | Correspond with J. Baer, J. Donley and R. Higgins re appellate briefing issues. |
| 5/14/2011 | Adam C Paul | 6.90 | Analyze and revise appellate briefs. |
| 5/14/2011 | John Donley | 8.70 | Draft and revise brief (1.0); review authorities, cases and record re classification arguments (1.0); analyze issues re classification (2.2); analyze issues re section 101(5) and "claim" and "demand" arguments (4.5). |
| 5/14/2011 | Lisa G Esayian | 3.90 | Review and revise classification and BNSF portions of brief (2.9); confer with J. Donley re same (.3); draft and revise insurer indemnity issues in brief (.7). |
| 5/15/2011 | Nate Kritzer | 4.30 | Review and revise respondent's brief re injunctions and releases. |
| 5/15/2011 | Jeffrey Gettleman | 3.30 | Review and revise Garlock brief section (2.3); legal research re same (.9); correspond with P. Lockwood re same (.1). |
| 5/15/2011 | Adam C Paul | 7.10 | Analyze and revise appellate briefs (6.5); confer with J Donley re same (.6). |
| 5/15/2011 | Justin S Brooks | 8.30 | Research and draft appeal brief on lender issues. |
| 5/15/2011 | John Donley | 13.60 | Draft and revise brief and review authorities and record re 1122(a) issues (8.7); revise AMH section of brief (1.0); analyze best interests arguments (1.0); confer with T. Mace and N. Kritzer re same (.5); analyze absolute priority rule appeal issues (1.2); draft memorandum re key appeal tasks (.5); correspond with L. Esayian, A. Paul, J. Baer and D. Boll re appeal issues (.7). |
| 5/15/2011 | Lisa G Esayian | 3.70 | Revise various argument sections of main brief. |
| 5/15/2011 | Eric F Leon | 3.70 | Research and draft appeal brief on lender issues. |
| 5/16/2011 | Nate Kritzer | 7.90 | Revise respondent's brief re release and injunction arguments. |
| 5/16/2011 | Kimberly K Love | 12.30 | Prepare and organize various materials re proofs of claim (2.0); confer with J. Donley re upcoming appeal briefs (.4); review and identify firms that signed acknowledgement forms re FTP site (1.5); review and obtain information re R. Finke (1.0); review and obtain information re State of Montana proof of claim (2.4); prepare and organize chart of confirmation hearing statistics (2.0); cite check appeal brief (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/16/2011 | Maria D Gaytan | 9.80 | Review and obtain information re objectors settled with Grace (1.8); review and search hearing transcripts (1.8); cite and fact check Grace appellee brief (6.2). |
| 5/16/2011 | Deanna D Boll | 7.90 | Draft motion to exceed page limits (1.9); draft summary of appellants' filings and short form terms (2.1); review appellants' appeal briefs, notices of appeal and 9033 objections for same (1.1); draft timeline of key case events (2.8). |
| 5/16/2011 | Susan Engel | 4.40 | Confer with J. Donley re background section of brief (.5); edit background and statement of case section of appeal brief (3.9). |
| 5/16/2011 | Jeffrey Gettleman | 1.20 | Correspond with J. Donley re appellate briefing projects and deadlines (.3); correspond with A. Paul, S. Gross and B. Giordano re current Third Circuit law on plan releases (.4); confer with A. Paul re re-draft of background section of brief (.2); confer with C. Sroka re docket research re facts needed for introductory section of Grace appellate brief (.3). |
| 5/16/2011 | Adam C Paul | 12.80 | Analyze and revise appellate briefs (9.7); confer with J. Donley re same (1.2); confer with K&E working group re same (1.3); correspond with J. Gettleman re same (.6). |
| 5/16/2011 | Brian T Stansbury | .50 | Analyze response to Libby claimants' appeal brief and provide comments. |
| 5/16/2011 | Justin S Brooks | 8.80 | Research and draft appeal brief on lender issues (7.5); confer with E. Leon (1.3). |
| 5/16/2011 | John Donley | 15.20 | Review and revise brief section re feasibility (5.3); analyze case law re same (2.2); review and revise brief section re AMH (2.7); review and revise brief section re classification (2.3); review and revise brief section re 524(g) (.4); confer with A. Paul re same (.3); confer with R. Wyron re same (.3); outline story of the case and confirmation hearing summary (.5); confer with S. Engel and A. Paul re same (.5); review P. Lockwood edits to classification and other sections (.7). |
| 5/16/2011 | Lisa G Esayian | 7.80 | Review and revise classification, BNSF and AMH issues for main brief (5.1); review and revise draft insurance assignment brief (2.2); confer with PD FCR's counsel A. Rich re PD issues (.5). |
| 5/16/2011 | Eric F Leon | 7.40 | Edit and revise lender brief (6.1); confer with J. Brooks (1.3). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/17/2011 | Nate Kritzer | 7.20 | Revise respondent's brief re release and injunction arguments. |
| 5/17/2011 | Carrie Sroka | 4.30 | Research re plan confirmation trial history (1.8); review case docket and compile motions in limine (.8); prepare summary re confirmation statistics re Phase II hearings and briefing (1.6); confer with J. Gettleman re same (.1). |
| 5/17/2011 | Megan M Kokontis | .20 | Review and analyze motion to amend foreign holding company order and order canceling hearing and correspond with B. Weiland re same. |
| 5/17/2011 | Kimberly K Love | 4.80 | Prepare and organize best interests materials (2.6); revise and update chart of confirmation hearing statistics (2.2). |
| 5/17/2011 | Maria D Gaytan | 2.80 | Cite and fact check Grace appellee brief. |
| 5/17/2011 | Deanna D Boll | 8.70 | Edit and revise appellee brief (7.8); confer with D. Turetsky re same (.9). |
| 5/17/2011 | Tyler D Mace | .90 | Review appellee draft briefs and confer with J. Donley re status. |
| 5/17/2011 | Susan Engel | 5.40 | Edit statement of case section of appellee brief. |
| 5/17/2011 | Jeffrey Gettleman | 1.90 | Correspond with N. Kritzer and A. Paul re release and injunction section of appellate brief (.1); correspond with J. Donley re feasibility section of appellate brief (.1); correspond with A. Paul re additional citations for release and injunction section of appellate brief (.1); review and revise feasibility section of appellate brief (1.5); correspond with L. Esayian re same (.1). |
| 5/17/2011 | Jeffrey Gettleman | .10 | Correspond with J. Donley re appellate briefing tasks and deadlines. |
| 5/17/2011 | Adam C Paul | 10.30 | Analyze and revise appellate briefs (8.1); confer and correspond with J. Donley and K&E working group re same (2.2). |
| 5/17/2011 | Britt C Grant | .30 | Correspond with S. Engel re cite-checking revisions. |
| 5/17/2011 | Justin S Brooks | 8.30 | Research and draft appeal brief on lender issues (7.3); confer with E. Leon (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/17/2011 | John Donley | 14.40 | Draft and revise best interests section of appeal brief (1.7); draft and revise feasibility section of appeal brief (5.8); revise standard of review section of appeal brief (.3); draft and revise classification section of appeal brief (1.2); draft and revise absolute priority section of appeal brief (.8); draft and revise Libby section of appeal brief (.5); draft and revise statement of the case section of appeal brief (1.6); confer and correspond with D. Felder and R. Frankel re edits (1.0); confer with R. Finke, P. Lockwood, D. Felder, A. Paul, N. Kritzer and others re same (1.0); confer and correspond with A. Paul and N. Kritzer re best interests section (.5). |
| 5/17/2011 | Lisa G Esayian | 7.90 | Confer with J. Donley and A. Paul re open issues re appeal briefs (.5); review and revise main appeal brief (7.4). |
| 5/17/2011 | Eric F Leon | 6.30 | Draft and revise appeal brief (5.4); confer with J. Brooks re same (.9). |
| 5/17/2011 | Gayle M Lodygowski | 1.30 | Prepare and organize documents re best interests test. |
| 5/18/2011 | Nate Kritzer | 4.60 | Revise respondent's brief re release and injunctions arguments (2.4); revise same re best interests arguments (2.2). |
| 5/18/2011 | Carrie Sroka | .20 | Prepare citations re filed plan modifications. |
| 5/18/2011 | Kimberly K Love | 8.80 | Prepare and organize materials re P. Zilly exhibits and testimony (1.0); review and obtain information re D. Martin (2.4); prepare and organize various case background information (2.0); review, edit and cite check portions of appellee brief (3.2); confer with K&E team re filing process for appellee brief (.2). |
| 5/18/2011 | Deanna D Boll | 10.90 | Edit motion re page limitations (.4); confer with D. Felder re Orrick briefing comments and review same (2.2); confer with N. Kritzer re release arguments (1.0); analyze and edit same (2.3); review and edit draft appellee brief (2.3); analyze issues re significant case events for background memorandum on same (2.7). |
| 5/18/2011 | Susan Engel | .60 | Research and edit standard of review section (.5); confer with J. Donley re statement of the case section (.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/18/2011 | Jeffrey Gettleman | 3.90 | Correspond with L. Esayian, J. Donley and K. Love re feasibility section of appellate brief (.3); correspond with J. Donley re statement of the case and summary of argument sections of main appellate brief (.2); confer with A. Paul re introductory section of brief (.6); review and revise introductory section of appellate brief (2.8). |
| 5/18/2011 | Adam C Paul | 9.70 | Analyze and revise appellate brief (7.7); confer and correspond with J. Donley and K&E working group re same (1.8); confer with J. Gettleman re same (.2). |
| 5/18/2011 | Brian T Stansbury | 2.50 | Review and provide comments to response to appeal brief and analyze transcripts for authorities cited. |
| 5/18/2011 | Britt C Grant | 1.40 | Perform legal research re feasibility. |
| 5/18/2011 | Justin S Brooks | 9.70 | Draft and revise appeal brief on lender issues (8.7); confer with E. Leon re same (1.0). |
| 5/18/2011 | John Donley | 16.80 | Draft and revise best interests section of appeal brief (3.5); draft and revise feasibility section of appeal brief (1.4); draft and revise classification section of appeal brief (1.0); draft and revise statement of the case section of appeal brief (7.8); draft and revise lender section of appeal brief (2.2); confer and correspond with L. Esayian, A. Paul, J. Gettleman, J. Baer, E. Leon and ACC/FCR's counsel re brief (.5); revise motion to consolidate (.4). |
| 5/18/2011 | Lisa G Esayian | 7.90 | Revise plan proponents' mediation position paper for CNA settlement mediation (.5); review and revise feasibility, property damage, Libby and BNSF sections of main appellees' brief (6.8); confer with team re briefs (.6). |
| 5/18/2011 | Eric F Leon | 3.80 | Draft and revise appeal brief on lender issues (2.8); confer with J. Brooks re same (1.0). |
| 5/19/2011 | Nate Kritzer | 3.80 | Revise appellate brief re best interests. |
| 5/19/2011 | Carrie Sroka | 2.20 | Research re plan confirmation trial history (1.1); prepare summary re confirmation statistics re confirmation hearings, depositions, filed plan modifications (.8); confer with J. Gettleman re same (.1); correspond with K. Love re same (.2). |
| 5/19/2011 | Kimberly K Love | 11.30 | Prepare and organize information re various hearings (1.2); review and obtain information re case depositions (2.3); review, edit and cite check various portions of appellee response brief (7.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/19/2011 | Deanna D Boll | 5.80 | Edit appellee brief and confer with N. Kritzer re same (3.8); edit Lender brief and confer with J. Brooks re same (.7); edit and review Committee dissolution argument (1.3). |
| 5/19/2011 | Jeffrey Gettleman | 5.60 | Correspond with J. Donley re revisions to 524(h) arguments in Garlock brief section and edit same (1.3); confer with A. Paul re changes to arguments in appellate brief (.2); review and revise Garlock section of appellate brief (.8); correspond with R. Higgins and K. Love re introductory section to brief (.5); correspond with N. Kritzer re revised draft of injunctions and releases section (.1); review C. Sroka analysis of certain data for appellate brief (.4); review and revise introduction section of appellate brief (2.3). |
| 5/19/2011 | Adam C Paul | 12.90 | Analyze and revise appellate briefs (10.7); correspond with K&E working group and plan proponents re same (1.8); confer with J. Donley re same (.4). |
| 5/19/2011 | Justin S Brooks | 9.20 | Draft and revise appeal brief on lender issues (8.6); confer with E. Leon and J. Donley re same (.6). |
| 5/19/2011 | John Donley | 12.70 | Draft and revise statement of the case section of appeal brief (4.5); draft and revise lenders' section of appeal brief (2.4); draft and revise best interests section of appeal brief (2.6); draft and revise BNSF section of appeal brief (.4); draft and revise Montana section of appeal brief (.5); draft and revise Garlock section of appeal brief (2.0); draft and revise MCC section of appeal brief (.3). |
| 5/19/2011 | Lisa G Esayian | 6.20 | Review and revise facts and argument for main appellees' brief (4.8); confer with J. Donley re same (1.4). |
| 5/19/2011 | Eric F Leon | 4.10 | Confer with team re lender appeal brief (.6); review and revise same (3.5). |
| 5/19/2011 | Gayle M Lodygowski | 6.10 | Cite and fact check appeal brief. |
| 5/20/2011 | Nate Kritzer | .20 | Confer with J. Brooks re lender brief. |
| 5/20/2011 | Carrie Sroka | .30 | Compile and distribute precedent re motions to exceed confirmation brief page limits. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2011 | Megan M Kokontis | 4.80 | Confer with J. Gettleman re motion to exceed page limit (.1); correspond with K. Love re same (.1); research precedent re same (.5); research re prohibition against payment of principal and interest for unsecured loans outside of chapter 11 plan (3.1); draft summary re same (1.0). |
| 5/20/2011 | Leslie Stubbs | 8.40 | Fact and cite check appellee's main brief. |
| 5/20/2011 | Kimberly K Love | 11.80 | Prepare and organize confirmation hearing materials (1.2); review, edit and cite check various portions of appellees' response brief (10.0); assist O'Melveny & Myers with designated record (.6). |
| 5/20/2011 | Deanna D Boll | 8.80 | Edit appellee briefing and confer with J. Donley, P. Lockwood and J. Brooks re same. |
| 5/20/2011 | Susan Engel | .80 | Research and edit section of brief (.5); review draft master brief (.3). |
| 5/20/2011 | Jeffrey Gettleman | .90 | Correspond with J. Donley and A. Paul re current draft of principal appellate brief (.2); correspond with B. Weiland re payment of principal and interest notes re appellate brief (.1); correspond with M. Kokontis, A. Paul and J. Donley re motion seeking permission to file brief in excess of 50 pages, payment of unsecured claims and other appeal briefing issues (.6). |
| 5/20/2011 | Adam C Paul | 14.30 | Correspond with K&E working group and plan proponents re appellate briefs (1.2); analyze and revise appellate brief (9.3); analyze and revise lender brief (2.1); confer with J. Donley re same (.9); confer with M. Shelnitz re same (.8). |
| 5/20/2011 | Brad Weiland | 1.90 | Research and analyze potential unsecured claim payment arguments (.7); discuss same with M. Kokontis (.3); draft and revise summary re brief arguments (.5); correspond with K&E team re same (.4). |
| 5/20/2011 | Justin S Brooks | 8.30 | Research and draft appeal brief on lender issues (6.0); confer with team on lender issues (1.3); confer with P. Bentley re same (.8); confer with N. Kritzer re lender brief (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2011 | John Donley | 18.30 | Confer with M. Shelnitz re lender issue (.9); analyze and edit lender brief (2.0); confer and correspond with J. Brooks, A. Paul and E. Leon re lender briefing issues (.5); edit and draft inserts to statement of issues (2.5); edit and finalize draft of standard of review and jurisdiction (.6); edit and draft entire appellate brief (11.3); confer and correspond with L. Esayian and A. Paul re various appellate and briefing issues (.5). |
| 5/20/2011 | Lisa G Esayian | 3.70 | Analyze arguments re PD and insurance issues in main appellees' brief (3.2); correspond with A. Rich re PD issues (.3); confer with K. Alexander re research issues (.2). |
| 5/20/2011 | Eric F Leon | 2.30 | Confer with team and client re appeal brief status (1.3); draft and revise lender appeal brief (1.0). |
| 5/20/2011 | Gayle M Lodygowski | 12.80 | Cite and fact check appeal brief. |
| 5/21/2011 | Nate Kritzer | 3.50 | Revise respondent's brief re best interests and injunctions and releases. |
| 5/21/2011 | Megan M Kokontis | 1.80 | Edit motion re consolidated briefing. |
| 5/21/2011 | Leslie Stubbs | 14.30 | Fact and cite check appellee's main brief. |
| 5/21/2011 | Kimberly K Love | 15.30 | Review, proof and cite check various portions of appellees' response brief. |
| 5/21/2011 | Jeffrey Gettleman | 2.30 | Review and revise draft motion re consolidated briefing (.6); correspond with M. Kokontis and A. Paul re same (.3); draft, review and revise inserts re Garlock section of appellate brief (.8); legal research re same (.4); correspond with J. Donley re appellate briefing issues (.2). |
| 5/21/2011 | Adam C Paul | 9.20 | Analyze and revise appellate brief and lender brief (7.6); confer with J. Donley re same (.7); confer with P. Bentley re same (.9). |
| 5/21/2011 | Britt C Grant | .30 | Correspond with S. Engel re editing appeal briefs. |
| 5/21/2011 | Justin S Brooks | 7.80 | Research and draft appeal brief on lender issues. |
| 5/21/2011 | John Donley | 17.30 | Draft, edit and revise appellate brief throughout all sections. |
| 5/21/2011 | Lisa G Esayian | 4.50 | Review and revise fact and argument sections of main brief (3.9); confer with J. Donley re same (.6). |
| 5/21/2011 | Eric F Leon | 5.70 | Draft and revise appeal brief on lender issues (3.8); confer with team re same (.8); confer with P. Bentley and others re same (1.1). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/21/2011 | Gayle M Lodygowski | 11.30 | Cite check appeal brief. |
| 5/22/2011 | Megan M Kokontis | 1.60 | Research re payment of general unsecured claims (.8); review and revise motion to file consolidated briefing (.8). |
| 5/22/2011 | Leslie Stubbs | 14.20 | Fact and cite check appellee's main brief and lender brief. |
| 5/22/2011 | Kimberly K Love | 14.70 | Review, proof and cite check various portions of appellees' response brief. |
| 5/22/2011 | Meghan E Guzaitis | 4.80 | Cite check appellate brief on bank lender issues (4.4); address same with S. Tobler and K. Love (.4). |
| 5/22/2011 | Deanna D Boll | 5.60 | Confer with K&E team re briefing (.8); review and edit same (4.8). |
| 5/22/2011 | Susan Engel | 1.00 | Confer with working group re brief (.2); edit sections of brief (.8). |
| 5/22/2011 | Jeffrey Gettleman | 4.10 | Correspond with K. Love re footnotes from original Garlock response draft (.4); prepare for and participate in conference with Grace team re appellate briefing issues and punch list (.8); review and revise introductory section to appellate brief (1.5); correspond with J. Donley and R. Higgins re edits to main appellate brief (.5); correspond with M. Kokontis and A. Paul re motion to consolidate (.3); correspond with J. Donley re same (.3); correspond with A. Paul and J. O'Neill re lender brief (.3). |
| 5/22/2011 | Adam C Paul | 14.30 | Analyze and revise appellate brief and lender brief (12.3); confer with E. Leon re same (.7); confer with K&E working group re same (.5); confer with M. Shelnitz re same (.8). |
| 5/22/2011 | Brian T Stansbury | .90 | Analyze current version of appeal brief to prepare for conference with working group re same (.5); participate in Grace team conference with J. Donley, T. Mace, K. Alexander, J. Baer, E. Leon and K. Love re appeal brief (.4). |
| 5/22/2011 | Britt C Grant | 8.10 | Perform legal research re stipulation nullity, principles of equity, and objector burdens of proof (3.2); edit brief re same (4.7); correspond with S. Engel re same (.2). |
| 5/22/2011 | Brad Weiland | .60 | Review and analyze stay issues (.3); correspond with M. Kokontis re same (.3). |

A-26

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/22/2011 | Justin S Brooks | 9.30 | Research and draft appeal brief on lender issues (8.3); confer with E. Leon and J. Donley re same (1.0). |
| 5/22/2011 | John Donley | 17.30 | Draft, edit and revise the appellate briefs throughout all sections (15.5); review insurance assignablity brief (1.0); draft and revise motion to consolidate (.8). |
| 5/22/2011 | Lisa G Esayian | 10.80 | Review and revise multiple argument sections of brief (9.6); confer with M. Shelnitz, R. Finke, J. Donley and A. Paul re same (1.2). |
| 5/22/2011 | Eric F Leon | 3.40 | Confer with team re briefing (.4); draft and revise appeal brief on lender issues (2.0); confer with J. Brooks re same (1.0). |
| 5/22/2011 | Gayle M Lodygowski | 12.30 | Cite and fact check appeal brief. |
| 5/23/2011 | Megan M Kokontis | .40 | Confer with B. Weiland re motion to consolidate briefing (.1); correspond with local counsel re same (.1); review and revise motion to (.2). |
| 5/23/2011 | Leslie Stubbs | 13.90 | Fact and cite check appellee's main brief and lender brief. |
| 5/23/2011 | Kimberly K Love | 14.30 | Review, proof and cite check various portions of appellees' response brief (13.8); prepare and edit case heading and signature block to be used with appellee brief (.5). |
| 5/23/2011 | Deanna D Boll | 8.50 | Confer with team re appellee briefing (1.7); edit main and lender briefs (6.8). |
| 5/23/2011 | Susan Engel | 4.30 | Edit various sections of appeal brief. |
| 5/23/2011 | Jeffrey Gettleman | 2.40 | Review and revise appellate brief (1.7); correspond with A. Paul re injunction language in appellate brief (.1); analyze precedential Delaware confirmation orders re injunction language re citation for appellate brief (.3); correspond and confer with A. Paul and A. Brniak re same (.3). |
| 5/23/2011 | Adam C Paul | 14.70 | Analyze and revise appellate briefs (11.1); confer with J. Donley re same (1.9); confer with plan proponents re same (1.7). |
| 5/23/2011 | Britt C Grant | 3.90 | Review and edit plan proponents' brief re burden of proof issues. |
| 5/23/2011 | Brad Weiland | .30 | Confer with M. Kokontis re appellate brief notice and research. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/23/2011 | Justin S Brooks | 8.50 | Research and draft appeal brief on lender issues (6.7); confer with E. Leon re same (.2); confer with M. Shelnitz re lender brief (.5); revise Lender brief per M. Shelnitz (.9); confer with D. Blabey (.2). |
| 5/23/2011 | John Donley | 19.50 | Edit and draft main appellee brief, especially with regard to Libby arguments (4.4); review authorities, cases and various briefs and pleadings relating to 1129(b) fair and equitable section and absolute priority rule discussion (3.7); draft new section re same (5.1); edit same (1.2); edit story and nature of the case (2.2); edit standard of review throughout brief (2.9). |
| 5/23/2011 | Lisa G Esayian | 8.90 | Review and revise various sections of main appellees' brief (8.4); confer with J. Donley re appeal briefs (.5). |
| 5/23/2011 | Eric F Leon | 1.70 | Review and edit appeal brief on lender issues. |
| 5/23/2011 | Gayle M Lodygowski | 14.80 | Cite and fact check appeal brief. |
| 5/24/2011 | Megan M Kokontis | .10 | Review and revise motion to consolidate briefing. |
| 5/24/2011 | Leslie Stubbs | 14.60 | Fact and cite check appellee's main brief and lender brief. |
| 5/24/2011 | Kimberly K Love | 15.30 | Review, proof and cite check various portions of appellees' response brief (15.0); prepare and organize plan materials (.3). |
| 5/24/2011 | Maria D Gaytan | 6.90 | Cite and fact check Grace appellee brief. |
| 5/24/2011 | Deanna D Boll | 8.50 | Edit and revise appellee brief (7.4); confer with K&E team re same (.6); confer with D. Turetsky re same (.5). |
| 5/24/2011 | Tyler D Mace | .90 | Review and revise draft of Libby section. |
| 5/24/2011 | Susan Engel | 1.50 | Edit various sections of brief. |
| 5/24/2011 | Jeffrey Gettleman | 1.80 | Correspond with A. Paul re edit to Montana section of appellate brief (.1); review draft appellate brief for creation of additional argument (.2); legal research re same (.7); draft, review and revise appellate brief insert re liquidating trusts (.4); prepare for team conference re appellate briefing (.4). |
| 5/24/2011 | Adam C Paul | 16.20 | Analyze and revise appellate briefs (13.2); confer with plan proponents re same (2.1); confer with J. Donley and K&E working group re same (.9). |
| 5/24/2011 | Brian T Stansbury | 2.80 | Research trends in value of settlements for past 10 years (1.5); revise Libby section of brief (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/24/2011 | Britt C Grant | 1.00 | Correspond with S. Engel and J. Donley re standard of review section for response to lender's brief (.2); perform research re same (.8). |
| 5/24/2011 | Justin S Brooks | 8.80 | Research and draft appeal brief on lender issues (8.1); confer with E. Leon and P. Bentley re same (.7). |
| 5/24/2011 | John Donley | 19.90 | Review and revise Libby and jury trial arguments (6.2); review and revise Garlock and 1129(b) arguments (4.5); review and revise 524(g) compliance overview (1.5); review and revise story and nature of the case (4.7); review and revise various discrimination arguments (3.0). |
| 5/24/2011 | Lisa G Esayian | 11.80 | Review and revise various portions of main appeal brief and insurance assignment brief (8.6); confer with J. Donley (1.4); confer with various insurers' counsel re injunction issues (1.2); confer with A. Rich re PD issues (.6). |
| 5/24/2011 | Eric F Leon | 6.50 | Draft and revise appeal brief on lender issues (4.5); confer with M. Shelnitz re same (.5); confer with P. Bentley re same (.8); confer with team re same (.7). |
| 5/24/2011 | Gayle M Lodygowski | 12.70 | Cite and fact check appeal brief. |
| 5/25/2011 | Leslie Stubbs | 22.30 | Fact and cite check appellee's main brief and lender brief (16.8); review and revise lender and appellee's main brief (5.5). |
| 5/25/2011 | Kimberly K Love | 22.70 | Review, cite check and proofread edits to entire appellees' response brief (21.9); prepare briefs to be forwarded to J. O'Neill for filing (.8). |
| 5/25/2011 | Deanna D Boll | 10.50 | Edit and revise appellee brief (7.9); confer with J. O'Neill, K&E team, and co-proponents re same (.6); review and edit Lender brief (1.5); confer with J. Brooks re same (.5). |
| 5/25/2011 | Susan Engel | .20 | Team conference re filing appeal brief (.1); review edits to draft brief (.1). |
| 5/25/2011 | Jeffrey Gettleman | 5.60 | Review and revise selected sections of appellate brief (5.0); correspond with J. Donley and others re same (.6). |
| 5/25/2011 | Adam C Paul | 15.20 | Analyze and revise appellate briefs (13.4); confer with plan proponents re same (1.8). |
| 5/25/2011 | Brian T Stansbury | .50 | Analyze Libby section of appellate brief (.4); confer with team re same (.1). |
| 5/25/2011 | Britt C Grant | 1.50 | Review, revise and finalize brief for filing. |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/25/2011 | Justin S Brooks | 3.20 | Finalize lender appeal brief for filing (2.9); confer with D. Boll re same (.3). |
| 5/25/2011 | John Donley | 18.70 | Substantial final editing and inserts to lender brief (5.8); edits, inserts, and coordinate edits with plan proponents' counsel throughout appellees' main brief (11.5); confer with P. Lockwood, R. Frankel and numerous co-counsel re final edits to various sections of brief (.8); confer and correspond with M. Shelnitz and J. Hughes re final edits (.6). |
| 5/25/2011 | Lisa G Esayian | 9.90 | Revise various sections of main appeal brief (8.6); confer with plan proponents re same (1.3). |
| 5/25/2011 | Gayle M Lodygowski | 3.90 | Cite and fact check appeal brief. |
| 5/26/2011 | Megan M Kokontis | 1.30 | Review and analyze appellee briefs (.9); correspond with B. Weiland re same (.4). |
| 5/26/2011 | Kimberly K Love | 5.90 | Prepare and organize conformed version of appellees' lender brief for refiling (5.3); confer with J. Donley re upcoming projects re appeal process (.6). |
| 5/26/2011 | Jeffrey Gettleman | .10 | Review correspondence from J. Donley re appellate briefing. |
| 5/26/2011 | Adam C Paul | 7.40 | Analyze effect of Grossman's opinion on appeal (1.2); analyze waiver of jury trial right (.8); finalize confirmed versions of appellate briefs (4.9); analyze Travelers and other appellate briefs (.2); correspond with J. Donley re revised appellate brief (.3). |
| 5/26/2011 | John Donley | 6.00 | Follow-up correspondence and research re district court appeal briefs with regard to main brief, lender brief, table of authorities, unpublished authorities and other appellate procedure issues (1.6); correspond with co-counsel re briefs, argument preparation and follow-up issues (.7); confer and correspond with M. Shelnitz re replies and argument (.4); confer with J. Baer and A. Paul re appellate issues (.5); confer and correspond with J. O'Neill re same (.3); outline oral argument (1.8); review MCC and confer with working group re district court appendix (.3); confer and correspond with J. Brooks and K. Love re same (.4). |
| 5/26/2011 | Lisa G Esayian | 1.00 | Correspond with CNA's counsel M. Giannotto re upcoming mediation re appeals of CNA settlement (.2); review revised version of plan proponents' draft position paper for CNA (.5); update R. Finke re upcoming CNA mediation (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/27/2011 | Kimberly K Love | 4.80 | Prepare and organize sets of recently filed appellee materials (4.3); prepare index of recent District Court filings (.5). |
| 5/27/2011 | Susan Engel | .20 | Review MCC cross-appeal brief. |
| 5/27/2011 | Adam C Paul | 2.40 | Analyze MCC and other appellee briefs (1.3); correspond with J. Donley re same (1.1). |
| 5/27/2011 | John Donley | 1.50 | Review appellate briefs (1.0); correspond with co-counsel and K&E team re appeal issues and follow-ups (.5). |
| 5/28/2011 | Adam C Paul | 2.90 | Analyze appellee briefs (2.6); correspond with J. Donley re same (.3). |
| 5/29/2011 | John Donley | 1.50 | Correspond with team and co-counsel re appellate briefing and issues (.3); outline oral argument and appeal issues (1.2). |
| 5/30/2011 | Adam C Paul | 1.00 | Correspond with J. Donley re next steps and MCC appeal. |
| 5/31/2011 | Leslie Stubbs | 1.00 | Review and prepare exhibit materials for lender brief. |
| 5/31/2011 | Kimberly K Love | 3.90 | Prepare and organize index of materials re documents cited in appellees' lender brief. |
| 5/31/2011 | Adam C Paul | 5.70 | Analyze appellee briefs (3.1); summarize same for J. Donley (1.7); analyze MCC cross appeal (.9). |
| 5/31/2011 | Gayle M Lodygowski | 1.30 | Prepare and organize all court of appeals briefs filed on May 25, 2011. |
|  | Total: | 1,765.70 |  |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/16/2011 | Todd F Maynes, P.C. | .50 | Confer with R. Higgins re Illinois tax claims. |
| 5/18/2011 | Todd F Maynes, P.C. | .40 | Confer with client re Illinois claim (.2); research re laches (.2). |
| 5/19/2011 | Todd F Maynes, P.C. | .50 | Confer with client re Illinois claim (.2); research re laches (.3). |
| | Total: | 1.40 | |

**Matter 59 - Lyondell Reclamation Claims - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2011 | Christopher T Greco | .20 | Correspond with client re plan distribution. |
| | Total: | .20 | |

**Matter 60 - Delphi Preference Defense - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/4/2011 | Christopher T Greco | .40 | Confer with M. Dexter and J. Hughes re status of settlement discussions and next steps. |
| 5/5/2011 | Christopher T Greco | .30 | Correspond re settlement discussions with Grace and Delphi counsel. |
| | Total: | .70 | |