# EXHIBIT B

## Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
| --- | --- |
| Transportation to/from airport | $227.91 |
| **Total:** | **$227.91** |

### Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/19/2011 | 102.96 | Transportation to/from airport, John Donley |
| 4/19/2011 | 124.95 | Transportation to/from airport, Adam C. Paul |
| Total: | 227.91 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Standard Copies or Prints | $6,757.30 |
| Overnight Delivery | $59.42 |
| Outside Messenger Services | $377.30 |
| Appearance Fees | $395.00 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $4,853.03 |
| **Total:** | **$12,467.05** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/19/2011 | (16.98) | Refund - UPS Dlvry from: Adam C. Paul |
| 3/31/2011 | 184.00 | CourtCall, LLC - Appearance Fees - CCID 4112988 3/28/2011 Hearing - Janet Baer, U.S. Bankruptcy Court-Delaware. |
| 3/31/2011 | 65.00 | CourtCall, LLC - Appearance Fees - CCID 4112994 3/28/2011 Hearing - Roger Higgins, U.S. Bankruptcy Court-Delaware. |
| 4/10/2011 | 104.05 | West, Computer Database Research, Esayian, Lisa G., April 2011 |
| 4/15/2011 | 344.93 | West, Computer Database Research, Gettleman, Jeffrey, April 2011 |
| 4/24/2011 | 47.15 | West, Computer Database Research, Boll, Deanna D., April 2011 |
| 4/27/2011 | 267.66 | West, Computer Database Research, Kokontis, Megan, April 2011 |
| 4/27/2011 | 181.97 | Lexisnexis Courtlink, Computer Database Research, CourtLink Usage for 04/2011, Joseph Cali |
| 4/28/2011 | 3.45 | West, Computer Database Research, Bruens, Craig, April 2011 |
| 4/28/2011 | 282.52 | West, Computer Database Research, Schmadeke, Stuart, April 2011 |
| 4/28/2011 | 120.36 | West, Computer Database Research, Ashley, Renee, April 2011 |
| 4/28/2011 | 169.28 | West, Computer Database Research, Burton, Brenda, April 2011 |
| 4/28/2011 | 822.30 | West, Computer Database Research, Stubbs, Leslie, April 2011 |
| 4/28/2011 | 29.34 | West, Computer Database Research, Waldron, Anne M, April 2011 |
| 4/28/2011 | 461.16 | West, Computer Database Research, Weiland, Brad, April 2011 |
| 4/29/2011 | 695.10 | West, Computer Database Research, Engel, Susan, April 2011 |
| 4/29/2011 | 204.34 | West, Computer Database Research, Armington, Jeffrey, April 2011 |
| 4/29/2011 | 12.49 | West, Computer Database Research, Donley, John W., April 2011 |
| 4/30/2011 | 717.21 | West, Computer Database Research, Brooks, Justin S., April 2011 |
| 4/30/2011 | 389.72 | West, Computer Database Research, Hasbani, Inbal, April 2011 |
| 5/2/2011 | 126.80 | Standard Copies or Prints |
| 5/2/2011 | 50.20 | Standard Copies or Prints |
| 5/2/2011 | 1,113.00 | Standard Copies or Prints |
| 5/2/2011 | 1.00 | Standard Prints |
| 5/2/2011 | 3.20 | Standard Prints |
| 5/2/2011 | 1.30 | Standard Prints |
| 5/2/2011 | 2.60 | Standard Prints |
| 5/2/2011 | 0.70 | Standard Prints |
| 5/2/2011 | 4.30 | Standard Prints |
| 5/3/2011 | 0.30 | Standard Prints |
| 5/3/2011 | 12.40 | Standard Prints |
| 5/3/2011 | 0.80 | Standard Prints |
| 5/3/2011 | 0.60 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 5/3/2011 | 6.20 | Standard Prints |
| 5/3/2011 | 51.00 | CourtCall, LLC - Appearance Fees - CCID 4156880 4/18/2011 Hearing - Janet Baer, U.S. Bankruptcy Court-Delaware. |
| 5/3/2011 | 51.00 | CourtCall, LLC - Appearance Fees - CCID 4156872 4/18/2011 Hearing - John Donley, U.S. Bankruptcy Court-Delaware. |
| 5/3/2011 | 44.00 | CourtCall, LLC - Appearance Fees - CCID 4156865 4/18/2011 Hearing - Adam Paul, U.S. Bankruptcy Court-Delaware. |
| 5/4/2011 | 0.70 | Standard Copies or Prints |
| 5/4/2011 | 20.80 | Standard Prints |
| 5/4/2011 | 1.60 | Standard Prints |
| 5/4/2011 | 0.10 | Standard Prints |
| 5/4/2011 | 35.90 | Standard Prints |
| 5/4/2011 | 5.10 | Standard Prints |
| 5/4/2011 | 11.30 | Standard Prints |
| 5/4/2011 | 13.30 | Standard Prints |
| 5/5/2011 | 0.20 | Standard Copies or Prints |
| 5/5/2011 | 10.90 | Standard Prints |
| 5/5/2011 | 17.20 | Standard Prints |
| 5/5/2011 | 0.90 | Standard Prints |
| 5/5/2011 | 0.30 | Standard Prints |
| 5/5/2011 | 1.90 | Standard Prints |
| 5/5/2011 | 230.50 | Standard Prints |
| 5/5/2011 | 15.50 | Standard Prints |
| 5/5/2011 | 1.00 | Standard Prints |
| 5/6/2011 | 2.00 | Standard Copies or Prints |
| 5/6/2011 | 0.10 | Standard Copies or Prints |
| 5/6/2011 | 13.50 | Standard Copies or Prints |
| 5/6/2011 | 4.20 | Standard Prints |
| 5/6/2011 | 23.80 | Standard Prints |
| 5/6/2011 | 17.70 | Standard Prints |
| 5/6/2011 | 0.40 | Standard Prints |
| 5/6/2011 | 0.90 | Standard Prints |
| 5/6/2011 | 1.00 | Standard Prints |
| 5/6/2011 | 0.10 | Standard Prints |
| 5/6/2011 | 161.70 | Outside Messenger Services, 300 N. LaSalle, Jeffrey Gettleman, 5/6/2011 |
| 5/8/2011 | 215.60 | Outside Messenger Services, 300 N. LaSalle, Jeffrey Gettleman, 5/8/2011 |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/9/2011 | 20.70 | Standard Prints |
| 5/9/2011 | 3.50 | Standard Prints |
| 5/9/2011 | 2.30 | Standard Prints |
| 5/9/2011 | 4.20 | Standard Prints |
| 5/9/2011 | 4.40 | Standard Prints |
| 5/9/2011 | 18.40 | Standard Prints |
| 5/9/2011 | 0.30 | Standard Prints |
| 5/9/2011 | 2.90 | Standard Prints |
| 5/9/2011 | 1.20 | Standard Prints |
| 5/9/2011 | 31.80 | Standard Prints |
| 5/10/2011 | 30.40 | Standard Copies or Prints |
| 5/10/2011 | 0.10 | Standard Prints |
| 5/10/2011 | 10.40 | Standard Prints |
| 5/10/2011 | 1.10 | Standard Prints |
| 5/10/2011 | 1.10 | Standard Prints |
| 5/10/2011 | 5.50 | Standard Prints |
| 5/10/2011 | 4.60 | Standard Prints |
| 5/10/2011 | 0.20 | Standard Prints |
| 5/10/2011 | 12.80 | Standard Prints |
| 5/10/2011 | 12.80 | Standard Prints |
| 5/10/2011 | 2.00 | Standard Prints |
| 5/10/2011 | 1.80 | Standard Prints |
| 5/10/2011 | 76.40 | Fed Exp to: Adam C. Paul, McLean, VA |
| 5/11/2011 | 0.10 | Standard Prints |
| 5/11/2011 | 48.00 | Standard Prints |
| 5/11/2011 | 0.20 | Standard Prints |
| 5/11/2011 | 0.90 | Standard Prints |
| 5/11/2011 | 14.30 | Standard Prints |
| 5/11/2011 | 0.10 | Standard Prints |
| 5/11/2011 | 45.10 | Standard Prints |
| 5/11/2011 | 2.00 | Standard Prints |
| 5/11/2011 | 49.30 | Standard Prints |
| 5/12/2011 | 7.60 | Standard Prints |
| 5/12/2011 | 0.10 | Standard Prints |
| 5/12/2011 | 120.40 | Standard Prints |
| 5/12/2011 | 2.40 | Standard Prints |
| 5/12/2011 | 3.70 | Standard Prints |

B-7

| **Date** | **Amount** | **Description** |
|---|---|---|
| 5/12/2011 | 42.50 | Standard Prints |
| 5/12/2011 | 0.30 | Standard Prints |
| 5/12/2011 | 12.50 | Standard Prints |
| 5/13/2011 | 7.10 | Standard Prints |
| 5/13/2011 | 23.70 | Standard Prints |
| 5/13/2011 | 32.20 | Standard Prints |
| 5/13/2011 | 4.20 | Standard Prints |
| 5/13/2011 | 0.20 | Standard Prints |
| 5/13/2011 | 25.70 | Standard Prints |
| 5/13/2011 | 21.50 | Standard Prints |
| 5/13/2011 | 0.80 | Standard Prints |
| 5/13/2011 | 66.10 | Standard Prints |
| 5/13/2011 | 22.90 | Standard Prints |
| 5/13/2011 | 7.40 | Standard Prints |
| 5/16/2011 | 2.60 | Standard Copies or Prints |
| 5/16/2011 | 7.50 | Standard Copies or Prints |
| 5/16/2011 | 14.70 | Standard Prints |
| 5/16/2011 | 33.90 | Standard Prints |
| 5/16/2011 | 16.40 | Standard Prints |
| 5/16/2011 | 0.10 | Standard Prints |
| 5/16/2011 | 8.20 | Standard Prints |
| 5/16/2011 | 4.40 | Standard Prints |
| 5/16/2011 | 6.60 | Standard Prints |
| 5/16/2011 | 19.30 | Standard Prints |
| 5/16/2011 | 5.00 | Standard Prints |
| 5/17/2011 | 4.90 | Standard Prints |
| 5/17/2011 | 0.10 | Standard Prints |
| 5/17/2011 | 63.80 | Standard Prints |
| 5/17/2011 | 6.10 | Standard Prints |
| 5/17/2011 | 29.90 | Standard Prints |
| 5/17/2011 | 0.70 | Standard Prints |
| 5/17/2011 | 6.80 | Standard Prints |
| 5/17/2011 | 20.40 | Standard Prints |
| 5/17/2011 | 45.30 | Standard Prints |
| 5/17/2011 | 1.80 | Standard Prints |
| 5/17/2011 | 37.10 | Standard Prints |
| 5/17/2011 | 5.10 | Standard Prints |

| Date | Amount | Description |
| --- | --- | --- |
| 5/18/2011 | 0.10 | Standard Copies or Prints |
| 5/18/2011 | 3.20 | Standard Prints |
| 5/18/2011 | 2.00 | Standard Prints |
| 5/18/2011 | 70.70 | Standard Prints |
| 5/18/2011 | 4.20 | Standard Prints |
| 5/18/2011 | 3.10 | Standard Prints |
| 5/18/2011 | 0.20 | Standard Prints |
| 5/18/2011 | 18.50 | Standard Prints |
| 5/18/2011 | 22.60 | Standard Prints |
| 5/18/2011 | 6.70 | Standard Prints |
| 5/19/2011 | 1.50 | Standard Copies or Prints |
| 5/19/2011 | 24.70 | Standard Prints |
| 5/19/2011 | 78.00 | Standard Prints |
| 5/19/2011 | 1.60 | Standard Prints |
| 5/19/2011 | 3.60 | Standard Prints |
| 5/19/2011 | 25.30 | Standard Prints |
| 5/19/2011 | 0.30 | Standard Prints |
| 5/19/2011 | 0.30 | Standard Prints |
| 5/19/2011 | 33.20 | Standard Prints |
| 5/19/2011 | 7.60 | Standard Prints |
| 5/20/2011 | 0.20 | Standard Copies or Prints |
| 5/20/2011 | 10.10 | Standard Copies or Prints |
| 5/20/2011 | 23.50 | Standard Prints |
| 5/20/2011 | 5.20 | Standard Prints |
| 5/20/2011 | 181.90 | Standard Prints |
| 5/20/2011 | 64.00 | Standard Prints |
| 5/20/2011 | 151.50 | Standard Prints |
| 5/20/2011 | 130.20 | Standard Prints |
| 5/20/2011 | 46.80 | Standard Prints |
| 5/20/2011 | 23.30 | Standard Prints |
| 5/20/2011 | 0.50 | Standard Prints |
| 5/20/2011 | 23.70 | Standard Prints |
| 5/20/2011 | 0.40 | Standard Prints |
| 5/20/2011 | 1.00 | Standard Prints |
| 5/20/2011 | 7.70 | Standard Prints |
| 5/20/2011 | 53.60 | Standard Prints |
| 5/20/2011 | 40.20 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/20/2011 | 85.40 | Standard Prints |
| 5/20/2011 | 30.20 | Standard Prints |
| 5/20/2011 | 23.50 | Standard Prints |
| 5/23/2011 | 9.60 | Standard Prints |
| 5/23/2011 | 7.50 | Standard Prints |
| 5/23/2011 | 0.50 | Standard Prints |
| 5/23/2011 | 32.20 | Standard Prints |
| 5/23/2011 | 0.10 | Standard Prints |
| 5/23/2011 | 71.70 | Standard Prints |
| 5/23/2011 | 512.30 | Standard Prints |
| 5/23/2011 | 46.60 | Standard Prints |
| 5/23/2011 | 79.60 | Standard Prints |
| 5/23/2011 | 27.00 | Standard Prints |
| 5/23/2011 | 5.60 | Standard Prints |
| 5/23/2011 | 82.00 | Standard Prints |
| 5/23/2011 | 24.70 | Standard Prints |
| 5/23/2011 | 23.10 | Standard Prints |
| 5/23/2011 | 2.80 | Standard Prints |
| 5/23/2011 | 23.10 | Standard Prints |
| 5/23/2011 | 8.50 | Standard Prints |
| 5/24/2011 | 0.90 | Standard Copies or Prints |
| 5/24/2011 | 126.50 | Standard Copies or Prints |
| 5/24/2011 | 16.90 | Standard Prints |
| 5/24/2011 | 0.90 | Standard Prints |
| 5/24/2011 | 1.30 | Standard Prints |
| 5/24/2011 | 11.20 | Standard Prints |
| 5/24/2011 | 38.30 | Standard Prints |
| 5/24/2011 | 101.50 | Standard Prints |
| 5/24/2011 | 65.60 | Standard Prints |
| 5/24/2011 | 1.20 | Standard Prints |
| 5/24/2011 | 9.00 | Standard Prints |
| 5/24/2011 | 2.20 | Standard Prints |
| 5/24/2011 | 42.70 | Standard Prints |
| 5/24/2011 | 1.00 | Standard Prints |
| 5/24/2011 | 1.80 | Standard Prints |
| 5/24/2011 | 19.40 | Standard Prints |
| 5/24/2011 | 15.90 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/24/2011 | 7.90 | Standard Prints |
| 5/24/2011 | 25.00 | Library Document Retrieval |
| 5/30/2011 | 19.60 | Standard Copies or Prints |
| 5/30/2011 | 2.10 | Standard Copies or Prints |
| 5/30/2011 | 65.40 | Standard Prints |
| 5/30/2011 | 2.10 | Standard Prints |
| 5/30/2011 | 221.30 | Standard Prints |
| 5/30/2011 | 0.30 | Standard Prints |
| 5/30/2011 | 349.40 | Standard Prints |
| 5/30/2011 | 458.40 | Standard Prints |
| 5/30/2011 | 4.40 | Standard Prints |
| 5/30/2011 | 18.90 | Standard Prints |
| 5/30/2011 | 55.60 | Standard Prints |
| 5/30/2011 | 44.40 | Standard Prints |
| 5/30/2011 | 2.80 | Standard Prints |
| 5/30/2011 | 7.60 | Standard Prints |
| 5/30/2011 | 32.10 | Standard Prints |
| 5/30/2011 | 12.70 | Standard Prints |
| Total: | 12,467.05 | |

B-11