## **EXHIBIT A**

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH MARCH 31, 2011**

**BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed issues with respect to CNA and Libby Claimants.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

**EMPLOYEE BENEFITS/PENSIONS (TASK CODE NO. 008)**

Applicant reviewed matters pertaining to employee benefits and pensions.

**EMPLOYMENT APPLICATIONS/APPLICANT (TASK CODE NO. 009)**

Applicant reviewed combined fee reports.

**EMPLOYMENT APPLICATIONS/OTHERS (TASK CODE NO. 010)**

Applicant reviewed debtor's application to enter into financial engagement.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**FINANCING (TASK CODE NO. 014)**

Application reviewed motion for authority to enter into amendment to post petition letter of credit facility.

**HEARINGS (TASK CODE NO. 015)**

Applicant reviewed agenda prepared for various hearings for the benefit of the Committee as necessary.

**LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

Applicants consulted regarding litigation strategy.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed plan modifications and amendments and continued to participate in the pursuit of appeals from the Bankruptcy Court's confirmation order.

**VALUATION (TASK CODE NO. 22)**

Applicant performed research regarding valuation of claims.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.