## EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 21, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **January 1, 2011 through**<br>**January 31, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$9,532.40 (80% of $11,915.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$55.74** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred eighth monthly fee application of Duane Morris LLP.

DM3\1712188.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02–6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

DM3\1712188.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

DM3\1712188.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 2.30 | $1,920.50 |
| Michael R. Lastowski | Partner/15 years | $745.00 | 12.50 | $9,312.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 3.90 | $682.50 |
| Total | | | 18.70 | $11,915.50 |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.40 | $298.00 |
| Case Administration (04) | 0.30 | $52.50 |
| Claim Analysis Objection Resolution and Estimation (05) | 3.30 | $2,458.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 1.30 | $1,085.50 |
| Employment Applications, Applicant (09) | 0.50 | $87.50 |
| Employment Applications, Others (10) | 0.30 | $223.50 |
| Fee Applications, Applicant (12) | 1.50 | $262.50 |
| Fee Applications, Other (13) | 1.60 | $280.00 |
| Financing (14) | 0.20 | $149.00 |
| Hearings (15) | 7.90 | $5,885.50 |
| Plan and Disclosure Statement (17) | 0.40 | $298.00 |
| Other (25) | 1.00 | $835.00 |
| TOTAL | 18.70 | $11,915.50 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner Local | | $19.70 |
| Messenger Service | | $5.00 |
| Overnight Mail | | $18.86 |
| Court Search Service | | $12.18 |
| TOTAL | | $ 55.74 |

DM3\1712188.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2011 through January 31, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $9,532.40 (80% of allowed fees totaling $11,915.50) and $55.74 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: February 28, 2011
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
        rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

February 4, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1635468                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.50 hrs. at | $745.00 /hr. = | $9,312.50 | |
| WS KATCHEN | OF COUNSEL | 2.30 hrs. at | $835.00 /hr. = | $1,920.50 | |
| S LENKIEWICZ | PARALEGAL | 3.90 hrs. at | $175.00 /hr. = | $682.50 | |
| | | | | | $11,915.50 |


DISBURSEMENTS
| | | |
|---|---|---|
| COURT SEARCH SERVICE | 12.18 | |
| DINNER - LOCAL | 19.70 | |
| MESSENGER SERVICE | 5.00 | |
| OVERNIGHT MAIL | 18.86 | |
| TOTAL DISBURSEMENTS | | $55.74 |


BALANCE DUE THIS INVOICE                                          $11,971.24

Duane Morris
February 4, 2011
Page 2

File # K0248-00001                                    INVOICE # 1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/7/2011 | 003 | MR LASTOWSKI | REVIEW ORDINARY COURSE PROFESSIONALS REPORT | 0.10 | $74.50 |
| 1/7/2011 | 003 | MR LASTOWSKI | REVIEW NOVEMBER 2010 MONTHLY OPERATING REPORT | 0.10 | $74.50 |
| 1/12/2011 | 003 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO EXTEND THE TERM OF THE CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES LLC | 0.20 | $149.00 |
| | | | Code Total | 0.40 | $298.00 |

Duane Morris
February 4, 2011
Page 3

File # K0248-00001                                      INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/20/2011 | 004 | S LENKIEWICZ | REVIEW DOCKET AND UPDATE 2002 SERVICE LIST | 0.30 | $52.50 |
| | | | Code Total | 0.30 | $52.50 |

Duane Morris
February 4, 2011
Page 4

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/5/2011 | 005 | MR LASTOWSKI | REVIEW DEBTORS' REPLY IN SUPPORT OF CNA SETTLEMENT | 0.40 | $298.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW GRACE OBJECTIONS TO LIBBY CLAIMANTS' REQUESTS FOR PRODUCTION | 0.20 | $149.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW CNA OBJECTIONS TO LIBBY CLAIMANTS' REQUESTS FOR PRODUCTION | 0.20 | $149.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW CNA REPLY IN SUPPORT OF SETTLEMENT | 0.60 | $447.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO CNA SETTLEMENT | 1.20 | $894.00 |
| 1/13/2011 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: DISALLOWANCE OF HILLSIDE CLAIM | 0.10 | $74.50 |
| 1/21/2011 | 005 | MR LASTOWSKI | REVIEW NOTICE OF AMENDMENT TO CDN ZAI MINUTES OF SETTLEMENT | 0.30 | $223.50 |
| 1/21/2011 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: CNA SETTLEMENT | 0.30 | $223.50 |
| | | | Code Total | 3.30 | $2,458.50 |

Duane Morris
February 4, 2011
Page 5

File # K0248-00001                                    INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-|-------|-------|
| 1/4/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: ZAI AMENDED PLAN TREATMENT. | 0.20 | $167.00 |
| 1/5/2011 | 007 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $83.50 |
| 1/5/2011 | 007 | WS KATCHEN | REVIEW LATEST OPINION CRAMDOWN INTEREST CHAPTER 11PLAN, 2010 WL 3342206. | 0.40 | $334.00 |
| 1/5/2011 | 007 | WS KATCHEN | EMAIL MEMO COMMITTEE MEMBER. | 0.20 | $167.00 |
| 1/10/2011 | 007 | WS KATCHEN | RESPOND TO STROOCK MEMO RE: GRACE. | 0.20 | $167.00 |
| 1/26/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE MEMO - ART CREDIT AGREEMENT. | 0.20 | $167.00 |
| | | | Code Total | 1.30 | $1,085.50 |

Duane Morris
February 4, 2011
Page 6

File # K0248-00001                                    INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/28/2011 | 009 | S LENKIEWICZ | FINALIZE DUANE MORRIS 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.3) | 0.50 | $87.50 |
| | | | Code Total | 0.50 | $87.50 |

Duane Morris
February 4, 2011
Page 7

File # K0248-00001                                    INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/7/2011 | 010 | MR LASTOWSKI | REVIEW BAER HIGGINS RETENTION APPLICATION | 0.30 | $223.50 |
| | | | Code Total | 0.30 | $223.50 |

Duane Morris
February 4, 2011
Page 8

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/19/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 107TH MONTHLY FEE APPLICATION | 0.90 | $157.50 |
| 1/19/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.30 | $52.50 |
| 1/21/2011 | 012 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.30 | $52.50 |
| | | | Code Total | 1.50 | $262.50 |

Duane Morris
February 4, 2011
Page 9

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/19/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN'S 117TH MONTHLY FEE APPLICATIONS | 0.30 | $52.50 |
| 1/20/2011 | 013 | S LENKIEWICZ | FINALIZE NOTICE AND EFILE CAPSTONE'S 81ST MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 1/21/2011 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN'S 116TH MONTHLY FEE APPLICATION (.3); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 1/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF 107TH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN (.1); FINALIZE SAME AND E-FILE (.3); FORWARD COPY OF E-FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 1.60 | $280.00 |

Duane Morris
February 4, 2011
Page 10

File # K0248-00001                                         INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/12/2011 | 014 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO ENTER INTO AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.20 | $149.00 |
| | | | Code Total | 0.20 | $149.00 |

Duane Morris
February 4, 2011
Page 11

File # K0248-00001                                    INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2011 | 015 | MR LASTOWSKI | REVIEW NOTICE OF 1/10/11 TELEPHONIC HEARING | 0.10 | $74.50 |
| 1/4/2011 | 015 | MR LASTOWSKI | REVIEW 1/10/11 AGENDA ITEMS | 2.70 | $2,011.50 |
| 1/10/2011 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND 1/10/11 OMNIBUS HEARING (TELEPHONIC ATTENDANCE) | 5.10 | $3,799.50 |
| | | | Code Total | 7.90 | $5,885.50 |

Duane Morris
February 4, 2011
Page 12

File # K0248-00001                                    INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/19/2011 | 017 | MR LASTOWSKI | REVIEW NOTICE OF AMENDMENT TO PLAN AND DISCLOSURE STATEMENT (ZAI) | 0.40 | $298.00 |
| | | | Code Total | 0.40 | $298.00 |

Duane Morris
February 4, 2011
Page 13

File # K0248-00001                                      INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/10/2011 | 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY AND OBJECTIONS OF LIBBY CLAIMANTS & BNSF REPLY TO PROPOSED SETTLEMENT WITH CNA. | 0.50 | $417.50 |
| 1/11/2011 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION AND AFFIDAVIT CLAIM 2114 - NY HILLSIDE INC. | 0.20 | $167.00 |
| 1/26/2011 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $250.50 |
| | | | Code Total | 1.00 | $835.00 |

Duane Morris
February 4, 2011
Page 14

File # K0248-00001                                        INVOICE #  1635468
        W.R. GRACE & CO.


                            TOTAL SERVICES            18.70    $11,915.50

Duane Morris
February 4, 2011
Page 15

File # K0248-00001                                           INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 1/31/2011 | DINNER - LOCAL | | 19.70 |
| | | Total: | $19.70 |
| | | | |
| 12/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796609774813) | | 15.13 |
| 12/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796609767660) | | 3.73 |
| | | Total: | $18.86 |
| | | | |
| 1/31/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| | | | |
| 1/31/2011 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | | | |
| | TOTAL DISBURSEMENTS | | $55.74 |

Duane Morris
February 4, 2011
Page 16

File # K0248-00001                                    INVOICE #  1635468
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 12.50 | 745.00 | 9,312.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.30 | 835.00 | 1,920.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.90 | 175.00 | 682.50 |
| | | | 18.70 | | $11,915.50 |