## **EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., <u>et</u> <u>al</u>.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline:  April 18, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011</u>**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **February 1, 2011 through<br>February 28, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$33,780.00 (80% of $42,225.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$1,195.31** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred ninth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 18.90 | $15,781.50 |
| Michael R. Lastowski | Partner/15 years | $745.00 | 24.60 | $18,327.00 |
| Joseph H. Lemkin | Partner/2 years | $435.00 | 15.40 | $6,699.00 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 8.10 | $1,417.50 |
| **Total** | | | **67.00** | **$42,225.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 1.90 | $332.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 8.90 | $7,431.50 |
| Fee Applications, Applicant (12) | 1.40 | $245.00 |
| Fee Applications, Other (13) | 3.70 | $647.50 |
| Hearings (15) | 6.60 | $4,917.00 |
| Litigation and Litigation Consulting (16) | 0.20 | $167.00 |
| Plan and Disclosure Statement (17) | 28.60 | $18,021.00 |
| Valuation (22) | 0.80 | $348.00 |
| Other (25) | 14.90 | $10,115.50 |
| **TOTAL** | **67.00** | **$42,225.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Court Costs | | $93.00 |
| Court Search Service | Pacer | $22.62 |
| Filing Fees | | $510.00 |
| Messenger Service | | $40.00 |
| Postage | | $116.54 |
| Printing & Duplicating | Parcels Inc. | $318.16 |
| Travel – Local | | $71.74 |
| Travel (Away from Home) | | $23.25 |
| **TOTAL** | | **$1,195.31** |

7

DM3\1744893.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period February 1, 2011 through February 28, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $33,780.00 (80% of allowed fees totaling $42,225.00) and $1,195.31 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: March 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:    mlastowski@duanemorris.com
          rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:    wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

DM3\1744893.1

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

March 10, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1644809                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 24.60 hrs. at | $745.00 /hr. = | $18,327.00 | |
| JH LEMKIN | PARTNER | 15.40 hrs. at | $435.00 /hr. = | $6,699.00 | |
| WS KATCHEN | OF COUNSEL | 18.90 hrs. at | $835.00 /hr. = | $15,781.50 | |
| S LENKIEWICZ | PARALEGAL | 8.10 hrs. at | $175.00 /hr. = | $1,417.50 | |
| | | | | | $42,225.00 |


| DISBURSEMENTS | | |
|---|---|---|
| COURT COSTS | 93.00 | |
| COURT SEARCH SERVICE | 22.62 | |
| FILING FEES | 510.00 | |
| MESSENGER SERVICE | 40.00 | |
| POSTAGE | 116.54 | |
| PRINTING & DUPLICATING - EXTERNAL | 318.16 | |
| TRAVEL - LOCAL | 71.74 | |
| TRAVEL AWAY FROM HOME | 23.25 | |
| TOTAL DISBURSEMENTS | | $1,195.31 |

BALANCE DUE THIS INVOICE                              $43,420.31

Duane Morris
March 10, 2011
Page 2

File # K0248-00001                                    INVOICE #  1644809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/9/2011 | 004 | S LENKIEWICZ | REVIEW EMAIL FROM M. MAGAZEN RE SERVICE OF APPEAL (.1); REVIEW DOCKET (.2); EMAIL M. MAGAZEN RE SAME (.1) | 0.40 | $70.00 |
| 2/10/2011 | 004 | S LENKIEWICZ | FINALIZE APPEAL AND EXHIBITS FOR E-FILING (.4); PREPARE CERTIFICATE OF SERVICE (.3); RECEIPT AND REVIEW OF EMAIL FROM M. LASTOWSKI RE HOOLD OFF ON FILING (.1) | 0.80 | $140.00 |
| 2/17/2011 | 004 | S LENKIEWICZ | FINALIZE SUPPLEMENTAL NOTICE OF APPEAL FOR E-FILING (.1); PREPARE EXHIBIT (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME AND FORWARD AS-FILED COPY TO CO-COUNSEL (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.90 | $332.50 |

Duane Morris
March 10, 2011
Page 3

File # K0248-00001
     W.R. GRACE & CO.

INVOICE #  1644809

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: OPINION. | 0.50 | $417.50 |
| 2/2/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.30 | $250.50 |
| 2/3/2011 | 007 | WS KATCHEN | EMAIL STROOCK ON RESEARCH ISSUE. | 0.40 | $334.00 |
| 2/3/2011 | 007 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH STROOCK ON FEB. 4TH. | 0.50 | $417.50 |
| 2/3/2011 | 007 | WS KATCHEN | EMAIL COMMITTEE MEMBER. | 0.30 | $250.50 |
| 2/3/2011 | 007 | WS KATCHEN | ADDITIONAL RESEARCH PLAN ISSUE. | 0.80 | $668.00 |
| 2/3/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE AND EMAIL COMMITTEE MEMBERS. | 0.20 | $167.00 |
| 2/3/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK RE: PLAN ISSUE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | 2D TELEPHONE CONFERENCE WITH COMMITTEE MEMBER. | 0.40 | $334.00 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE RE: CONFIRMATION ISSUE. | 0.30 | $250.50 |
| 2/4/2011 | 007 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH COMMITTEE MEMBER. | 0.50 | $417.50 |
| 2/4/2011 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.20 | $167.00 |
| 2/4/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO ON CONFIRMATION/APPEAL ISSUES. | 0.40 | $334.00 |
| 2/4/2011 | 007 | WS KATCHEN | REPLY TO STROOCK. | 0.10 | $83.50 |
| 2/7/2011 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL FEB. 8TH - ADDITIONAL RESEARCH RE: PLAN ISSUES. | 1.60 | $1,336.00 |
| 2/8/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: PLAN ISSUES. | 0.40 | $334.00 |
| 2/8/2011 | 007 | WS KATCHEN | RESEARCH AND PREPARATION MEMO TO STROOCK. | 0.60 | $501.00 |
| 2/8/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL - PLAN ISSUES. | 0.40 | $334.00 |
| 2/11/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $167.00 |
| 2/19/2011 | 007 | WS KATCHEN | PREPARE MEMO TO STROOCK. | 0.40 | $334.00 |
| | | | Code Total | 8.90 | $7,431.50 |

Duane Morris
March 10, 2011
Page 4

File # K0248-00001                                          INVOICE #  1644809
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/4/2011 | 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS LLP JANUARY 2011 INVOICE AND REVIEW SAME | 0.30 | $52.50 |
| 2/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 107TH MONTHLY FEE APPLICATION | 0.20 | $35.00 |
| 2/23/2011 | 012 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 107TH MONTHLY FEE APPLICATION | 0.20 | $35.00 |
| 2/28/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 108TH MONTHLY FEE APPLICATION (.5); EFILE SAME (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
March 10, 2011
Page 5

File # K0248-00001                                    INVOICE #  1644809
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/3/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 82ND MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); PREPARE NOTICE (.1); EFILE APPLICATION AND FORWARD AS-FILED COPY TO D. MOHAMMAD (.3) | 0.60 | $105.00 |
| 2/18/2011 | 013 | S LENKIEWICZ | PREPARATION OF NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION (.2); EFILE SAME (.1); PREPARE REVISED CERTIFICATE OF NO OBJECTION AND EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $105.00 |
| 2/22/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING 117TH MONTHLY FEE APPLICATION OF SSL (.2) | 0.30 | $52.50 |
| 2/23/2011 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 117TH MONTHLY FEE APPLICATION OF SSL | 0.20 | $35.00 |
| 2/23/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 83RD MONTHLY FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD VIA EMAIL (.1) | 0.50 | $87.50 |
| 2/25/2011 | 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE 28TH QUARTERLY APPLICATION FEE APPLICATION (.2); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); FINALIZE CAPSTONE 28TH QUARTERLY FEE APPLICATION AND E-FILE SAME (.3); COORDINATE SERVICE OF NOTICE OF APPLICATION (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.00 | $175.00 |
| 2/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 118TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 3.70 | $647.50 |

DUANE MORRIS LLP

Duane Morris
March 10, 2011
Page 6

File # K0248-00001                                           INVOICE #  1644809
    W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/10/2011 015 | MR LASTOWSKI | REVIEW 2/14/11 AGENDA AND ITEMS IDENTIFIED THEREIN | 2.10 | $1,564.50 |
| 2/13/2011 015 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL (DEBTORS' COUNSEL) RE: AMENDED HEARING AGENDA | 0.10 | $74.50 |
| 2/13/2011 015 | MR LASTOWSKI | E-MAIL FROM J. BAER (DEBTORS' COUNSEL) RE: DRAFT ORDER FOR CLARIFICATION | 0.20 | $149.00 |
| 2/14/2011 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 4.20 | $3,129.00 |
| | | Code Total | 6.60 | $4,917.00 |

Duane Morris
March 10, 2011
Page 7

File # K0248-00001                                    INVOICE #  1644809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/3/2011 | 016 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI LITIGATION STRATEGY ISSUE. | 0.20 | $167.00 |
| | | | Code Total | 0.20 | $167.00 |

Duane Morris
March 10, 2011
Page 8

File # K0248-00001                                    INVOICE #  1644809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: PROPOSED FINDINGS AND CONCLUSIONS | 0.10 | $74.50 |
| 2/1/2011 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PLAN CONFIRMATION ORDER AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 2.10 | $1,564.50 |
| 2/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/2/2011 | 017 | JH LEMKIN | LEGAL RESEARCH RE SOLVENCY / CONFIRMATION ISSUES. | 4.60 | $2,001.00 |
| 2/3/2011 | 017 | JH LEMKIN | CONFERRING WITH W. KATCHEN RE OPEN RESEARCH ISSUES. | 0.20 | $87.00 |
| 2/3/2011 | 017 | JH LEMKIN | COMMENCE ADDITIONAL RESEARCH RE STANDING ISSUE. | 0.70 | $304.50 |
| 2/3/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM W. KATCHEN RE: CONFIRMATION ORDER ISSUES | 0.20 | $149.00 |
| 2/3/2011 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: FINALITY OF CONFIRMATION ORDER | 0.60 | $447.00 |
| 2/3/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: CONFERENCE BEFORE JUDGE BUCKWALTER RE: CONFIRMATION ORDER ISSUES | 0.10 | $74.50 |
| 2/3/2011 | 017 | MR LASTOWSKI | REVIEW ORDER SCHEDULING STATUS CONFERENCE | 0.10 | $74.50 |
| 2/4/2011 | 017 | JH LEMKIN | INITIAL RESEARCH RE STANDING ISSUES. | 1.80 | $783.00 |
| 2/7/2011 | 017 | JH LEMKIN | FINISH UP RESEARCH AND MEMO/EMAILS TO W. KATCHEN RE SAME. | 2.90 | $1,261.50 |
| 2/7/2011 | 017 | JH LEMKIN | ADDITIONAL EMAILS / PHONE CALLS WITH W. KATCHEN REGARDING RESEARCH ON STANDING. | 0.40 | $174.00 |
| 2/8/2011 | 017 | MR LASTOWSKI | ANALYSIS OF ISSUES RELATING TO FINALITY OF CONFIRMATION ORDER | 0.60 | $447.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO R. ROWE RE: KURT PEREZ CLAIM | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | REVIEW DRAFT NOTICE OF APPEAL | 0.30 | $223.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MOTION FOR CLARIFICATION OF CONFIRMATION ORDER | 0.20 | $149.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |

Duane Morris
March 10, 2011
Page 9

File # K0248-00001                                          INVOICE #  1644809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO W. KATCHEN RE: STATUS OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: STATUS CONFERENCE BEFORE JUDGE FITZGERALD | 0.10 | $74.50 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.20 | $149.00 |
| 2/9/2011 | 017 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CLARIFICATION OF CONFIRMATION ORDER | 0.40 | $298.00 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL ( 2ND) | 0.10 | $74.50 |
| 2/10/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS CONFERENCE | 0.10 | $74.50 |
| 2/11/2011 | 017 | MR LASTOWSKI | TELEPHONIC CONFERENCE WITH JUDGE FITZGERALD RE: FINALITY OF CONFIRMATION ORDER | 0.80 | $596.00 |
| 2/11/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: JUDGE FITZGERALD'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE | 0.10 | $74.50 |
| 2/11/2011 | 017 | MR LASTOWSKI | REVIEW PRECAUTIONARY MOTION FOR AN EXTENSION OF TIME TO FILE CONFIRMATION APPEALS AND RELATED MOTION TO SHORTEN | 0.40 | $298.00 |
| 2/11/2011 | 017 | MR LASTOWSKI | REVIEW CONFIRMATION ORDER AND FINDINGS OF FACT/CONCLUSIONS OF LAW IN CONNECTION WITH STATUS CONFERENCE BEFORE JUDGE FITZGERALD | 0.70 | $521.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: NOTICE OF DISTRICT COURT HEARING | 0.10 | $74.50 |
| 2/14/2011 | 017 | MR LASTOWSKI | ANALYSIS OF APPELLATE ISSUES | 0.60 | $447.00 |
| 2/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDER ON MOTION TO CLARIFY CONFIRMATION ORDER | 0.10 | $74.50 |
| 2/15/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: ORDER EXTENDING TIME TO OBJECT TO CONFIRMATION ORDER | 0.10 | $74.50 |

Duane Morris
March 10, 2011
Page 10

File # K0248-00001                                    INVOICE #  1644809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/16/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CLARIFICATION ORDER | 0.10 | $74.50 |
| 2/17/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: SUPPLEMENTAL NOTICE OF APPEAL | 0.10 | $74.50 |
| 2/17/2011 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL NOTICE OF APPEAL | 0.20 | $149.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED APPELLATE BRIEFING SCHEDULE | 0.20 | $149.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: CURE EXHIBIT | 0.10 | $74.50 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW CONFORMED CONFIRMATION ORDER AND PLAN OF REORGANIZATION | 2.20 | $1,639.00 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW BLACKLINES TO PLAN EXHIBITS | 1.30 | $968.50 |
| 2/21/2011 | 017 | MR LASTOWSKI | REVIEW BLACKLINES TO PLAN EXHIBITS | 1.30 | $968.50 |
| 2/22/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED CONSENT AND SCHEDULING ORDER | 0.20 | $149.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM DISTRICT COURT RE: FILLING OF NOTICE OF APPEAL | 0.20 | $149.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | TRAVEL TO PHILADELPHIA FOR STATUS HEARING BEFORE JUDGE BUCKWALTER (1/2 TIME) | 0.50 | $372.50 |
| 2/23/2011 | 017 | MR LASTOWSKI | TRAVEL FROM PHILADELPHIA FOR STATUS HEARING BEFORE JUDGE BUCKWALTER (1/2 TIME) | 0.60 | $447.00 |
| 2/23/2011 | 017 | MR LASTOWSKI | ATTEND STATUS HEARING BEFORE JUDGE BUCKWALTER | 1.10 | $819.50 |
| 2/23/2011 | 017 | MR LASTOWSKI | REVIEW REVISED GRACE ORDER AND SCHEDULE | 0.30 | $223.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS'S COUNSEL RE: RULE 9033 ORDER | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | REVIEW ORDER RE: 9033 OBJECTIONS | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | E-MAIL K. PASQUALE RE: ORDER RE: 9033 OBJECTIONS | 0.10 | $74.50 |
| 2/24/2011 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM DISTRICT COURT RE: CREATION OF MISCELLANEOUS MATTER TO ACCOMMODATE ENTRY OF RULE 9033 ORDER | 0.30 | $223.50 |
| | | | Code Total | 28.60 | $18,021.00 |

Duane Morris
March 10, 2011
Page 11

File # K0248-00001                                    INVOICE #  1644809
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/3/2011 | 022 | JH LEMKIN | CONTINUED RESEARCH RE VALUATION AND RELATED ISSUES. | 0.80 | $348.00 |
| | | | Code Total | 0.80 | $348.00 |

Duane Morris
March 10, 2011
Page 12

File # K0248-00001                                           INVOICE # 1644809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| | | | SCHEDULING. | 0.10 | $83.50 |
| 2/1/2011 | 025 | WS KATCHEN | REVIEW MEMORANDUM OPINION RE: OBJECTIONS TO PLAN CONFIRMATION. | 1.60 | $1,336.00 |
| 2/1/2011 | 025 | WS KATCHEN | REVIEW PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW. | 0.80 | $668.00 |
| 2/1/2011 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON CONFIRMATION ISSUE. | 0.80 | $668.00 |
| 2/2/2011 | 025 | WS KATCHEN | RESEARCH APPEAL ISSUE. | 1.70 | $1,419.50 |
| 2/2/2011 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH J. LEMKIN RE: RESEARCH ISSUE. | 0.30 | $250.50 |
| 2/2/2011 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN RE RESEARCH ISSUES. | 0.20 | $87.00 |
| 2/4/2011 | 025 | WS KATCHEN | ADDITIONAL PREPARATION/RESEARCH PLAN CONFIRMATION ISSUE. | 0.70 | $584.50 |
| 2/4/2011 | 025 | WS KATCHEN | REVIEW/PROPOSE EDIT TO NOTICE OF APPEAL. | 0.30 | $250.50 |
| 2/4/2011 | 025 | WS KATCHEN | RULE 9033. | 0.20 | $167.00 |
| 2/4/2011 | 025 | WS KATCHEN | PLAN ISSUES RESEARCH. | 0.50 | $417.50 |
| 2/7/2011 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN AND FOLLOW UP RESEARCH RE STANDING ISSUES ON APPEAL. | 3.40 | $1,479.00 |
| 2/8/2011 | 025 | JH LEMKIN | E-MAILS TO W. KATCHEN RE APPEAL OF CONFIRMATION ORDER. | 0.40 | $174.00 |
| 2/8/2011 | 025 | S LENKIEWICZ | REVIEW REVISED NOTICE OF APPEAL AND PREPARE EXHIBIT (.3); REVISE CERTIFICATE OF SERVICE (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME AND CIRCULATE AS-FILED COPY VIA EMAIL (.3) | 1.10 | $192.50 |
| 2/14/2011 | 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE. | 0.60 | $501.00 |
| 2/17/2011 | 025 | WS KATCHEN | REVIEW BNSF MOTION FOR RECONSIDERATION. | 0.20 | $167.00 |
| 2/17/2011 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION FOR CLARIFICATION OF CONFIRMATION ORDER. | 0.30 | $250.50 |
| 2/17/2011 | 025 | WS KATCHEN | RESEARCH FOR APPEAL ISSUE. | 1.70 | $1,419.50 |
| 2/19/2011 | 025 | | Code Total | 14.90 | $10,115.50 |

Duane Morris
March 10, 2011
Page 13

File # K0248-00001                                          INVOICE #  1644809
        W.R. GRACE & CO.

                              TOTAL SERVICES                    67.00    $42,225.00

Duane Morris
March 10, 2011
Page 14

File # K0248-00001                                    INVOICE #  1644809
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2011 | PRINTING & DUPLICATING - EXTERNAL | | 318.16 |
| | | Total: | $318.16 |
| 2/28/2011 | POSTAGE | | 6.18 |
| 2/28/2011 | POSTAGE | | 110.36 |
| | | Total: | $116.54 |
| 2/28/2011 | TRAVEL - LOCAL | | 71.74 |
| | | Total: | $71.74 |
| 2/28/2011 | TRAVEL AWAY FROM HOME | | 23.25 |
| | | Total: | $23.25 |
| 2/28/2011 | COURT COSTS | | 93.00 |
| | | Total: | $93.00 |
| 2/28/2011 | MESSENGER SERVICE | | 30.00 |
| 2/28/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $40.00 |
| 2/14/2011 | FILING FEES FILING FEES AND RELATED ON 02/14/11 - MICHAEL R. LASTOWSKI - FILING FEE - NOTICE OF APPEAL | | 255.00 |
| 2/18/2011 | FILING FEES FILING FEES AND RELATED ON 02/18/11 - MICHAEL R. LASTOWSKI - FILING FEE - NOTICE OF APPEAL | | 255.00 |
| | | Total: | $510.00 |
| 2/28/2011 | COURT SEARCH SERVICE | | 11.60 |
| 2/28/2011 | COURT SEARCH SERVICE | | 11.02 |
| | | Total: | $22.62 |

                         TOTAL DISBURSEMENTS              $1,195.31

Duane Morris
March 10, 2011
Page 15

File # K0248-00001                                      INVOICE #  1644809
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 24.60 | 745.00 | 18,327.00 |
| 02907 | JH LEMKIN | PARTNER | 15.40 | 435.00 | 6,699.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 18.90 | 835.00 | 15,781.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.10 | 175.00 | 1,417.50 |
| | | | 67.00 | | $42,225.00 |