**<u>EXHIBIT D</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: May 18, 2011 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED TENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **March 1, 2011 through March**<br>**31, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$14,076.40 (80% of $17,595.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$417.97** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred tenth monthly fee application of Duane Morris LLP.

## **PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 3.50 | $2,922.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 17.10 | $12,739.50 |
| Richard W. Riley | Partner/15 years | $590.00 | 0.40 | $236.00 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 9.70 | $1,697.50 |
| **Total** | | | **30.70** | **$17,595.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claim Analysis Objection Resolution and Estimation (05) | 1.40 | $1,043.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.50 | $417.50 |
| Employee Benefits/Pension (08) | 0.30 | $223.50 |
| Employment Applications/Applicant (09) | 0.30 | $223.50 |
| Fee Applications, Applicant (12) | 5.80 | $1,243.00 |
| Fee Applications, Other (13) | 3.50 | $612.50 |
| Hearings (15) | 7.80 | $5,811.00 |
| Plan and Disclosure Statement (17) | 7.30 | $5,376.50 |
| Other (25) | 3.80 | $2,645.00 |
| **TOTAL** | **30.70** | **$17,595.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Meeting Expense | | $23.25 |
| Overnight Mail | Federal Express | $19.03 |
| Printing & Duplicating | | $225.90 |
| Postage | | $149.79 |
| **TOTAL** | | **$ 417.97** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1, 2011 through March 31, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $14,076.40 (80% of allowed fees totaling $17,595.50) and $417.97 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: April 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:    mlastowski@duanemorris.com
           rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:    wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

April 12, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1654084                           IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 17.10 | hrs. at | $745.00 | /hr. = | $12,739.50 |
| RW RILEY | PARTNER | 0.40 | hrs. at | $590.00 | /hr. = | $236.00 |
| WS KATCHEN | OF COUNSEL | 3.50 | hrs. at | $835.00 | /hr. = | $2,922.50 |
| S LENKIEWICZ | PARALEGAL | 9.70 | hrs. at | $175.00 | /hr. = | $1,697.50 |
| | | | | | | $17,595.50 |

DISBURSEMENTS
| | |
|---|---|
| MEETING EXPENSE | 23.25 |
| OVERNIGHT MAIL | 19.03 |
| POSTAGE | 149.79 |
| PRINTING & DUPLICATING | 225.90 |
| TOTAL DISBURSEMENTS | $417.97 |

Duane Morris
April 12, 2011
Page 2

File # K0248-00001                                    INVOICE #  1654084
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/7/2011 | 005 | MR LASTOWSKI | REVIEW GARLOCK REQUEST FOR ACCESS TO 2019 STATEMENTS AND OBJECTIONS THERETO | 1.20 | $894.00 |
| 3/28/2011 | 005 | MR LASTOWSKI | REVIEW NATIONAL UNION CURE STIPULATION | 0.20 | $149.00 |
| | | | Code Total | 1.40 | $1,043.00 |

Duane Morris
April 12, 2011
Page 3

File # K0248-00001                                    INVOICE #  1654084
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/9/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT RE: PENSION FUNDING. | 0.50 | $417.50 |
| | | | Code Total | 0.50 | $417.50 |

Duane Morris
April 12, 2011
Page 4

File # K0248-00001                                    INVOICE #  1654084
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/14/2011 | 008 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF 2011 INCENTIVE PLAN | 0.30 | $223.50 |
| | | | Code Total | 0.30 | $223.50 |

Duane Morris
April 12, 2011
Page 5

File # K0248-00001                                      INVOICE #  1654084
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/9/2011 | 009 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT RE: 38TH QUARTERLY FEE APPLICATION | 0.10 | $74.50 |
| 3/22/2011 | 009 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: QUARTERLY FEE HEARING | 0.10 | $74.50 |
| 3/25/2011 | 009 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: 38TH QUARTERLY FEE APPLICATIONS | 0.10 | $74.50 |
| | | | Code Total | 0.30 | $223.50 |

Duane Morris
April 12, 2011
Page 6

File # K0248-00001                                           INVOICE #  1654084
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/2/2011 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 39TH QUARTERLY FEE APPLICATION (1.2); PREPARE NOTICE (.2) AND CERTIFICATE OF SERVICE (.2) | 1.80 | $315.00 |
| 3/3/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 39TH QUARTERLY FEE APPLICATION (.2); REVIEW AND EDIT NOTICE AND APPLICATION AND FINALIZE SAME (.2); PREPARATION OF EXHIBITS (.3); EFILE 39TH QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.1) | 1.10 | $192.50 |
| 3/23/2011 | 012 | MR LASTOWSKI | REVIEW PROPOSED 38TH QUARTERLY FEE ORDER | 0.20 | $149.00 |
| 3/23/2011 | 012 | S LENKIEWICZ | REVIEW 38TH QUARTERLY FEE AND EXPENSE CHART AND CONFIRM FIGURES (.2); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.30 | $52.50 |
| 3/25/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 108TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| 3/28/2011 | 012 | MR LASTOWSKI | REVIEW DUANE MORRIS FEBRUARY 2011 FEE APPLICATION | 0.20 | $149.00 |
| 3/28/2011 | 012 | S LENKIEWICZ | RECEIPT OF SSL'S 119TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 3/28/2011 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR FEBRUARY 2011 (.2); PREPARATION OF 109TH MONTHLY FEE APPLICATION OF DUANE MORRIS (.7); FINALIZE APPLICATION AND E-FILE SAME (.3) | 1.20 | $210.00 |
| | | | Code Total | 5.80 | $1,243.00 |

Duane Morris
April 12, 2011
Page 7

File # K0248-00001                                            INVOICE #  1654084
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/3/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE SSL 39TH QUARTERLY FEE APPLICATION (.2); FINALIZE APPLICATION FOR E-FILING AND E-FILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE OF OFFICE SERVICES (.2) | 0.80 | $140.00 |
| 3/4/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 82ND MONTHLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE'S 82ND MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD E-FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $105.00 |
| 3/15/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 28TH QUARTERLY AND CAPSTONE'S 27TH QUARTERLY (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 38TH QUARTERLY FEE APPLICATION (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 27TH QUARTERLY FEE APPLICATION (.2); EFILE SAME AND FORWARDING EFILING CONFIRMATION TO D. MOHAMMAD (.2) | 0.90 | $157.50 |
| 3/22/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 83RD MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME AND FORWARD E-FILNG CONFIRMATION TO D. MOHAMMAD (.2) | 0.50 | $87.50 |
| 3/23/2011 | 013 | S LENKIEWICZ | REVISE ANDREWS KURTH FINAL FEE APPLICATION (.2); EMAIL TO D. THOMAS RE SAME (.1) | 0.30 | $52.50 |
| 3/25/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 118TH MONTHLY FEE APPLICATION (.2); EFILE SAME AND FORWARD EFILING RECEIPT TO D. MOHAMMAD (.2) | 0.40 | $70.00 |
| | | | Code Total | 3.50 | $612.50 |

Duane Morris
April 12, 2011
Page 8

File # K0248-00001                                          INVOICE #  1654084
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/1/2011 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR 3/2/11 HEARING | 0.10 | $74.50 |
| 3/1/2011 | 015 | MR LASTOWSKI | REVIEW 3/2/11 HEARING AGENDA AND ITEMS DESIGNATED THEREIN | 2.60 | $1,937.00 |
| 3/1/2011 | 015 | MR LASTOWSKI | REVIEW SECOND AMENDED AGENDA FOR 3/2 HEARING | 0.10 | $74.50 |
| 3/21/2011 | 015 | MR LASTOWSKI | REVIEW 3/28/11 AGENDA AND ITEMS IDENTIFIED THEREIN | 2.20 | $1,639.00 |
| 3/25/2011 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED PRIOR TO 3/28/11 HEARING | 0.20 | $149.00 |
| 3/28/2011 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND 3/28/HEARING | 2.60 | $1,937.00 |
| | | | Code Total | 7.80 | $5,811.00 |

Duane Morris
April 12, 2011
Page 9

File # K0248-00001                                        INVOICE #  1654084
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2011 | 017 | MR LASTOWSKI | REVIEW CNA'S APPELLATE DESIGNATIONS | 0.10 | $74.50 |
| 3/1/2011 | 017 | MR LASTOWSKI | REVIEW DEBTORS' APPELLATE DESIGNATIONS | 0.10 | $74.50 |
| 3/1/2011 | 017 | MR LASTOWSKI | REVIEW ORDER RE:  RULE 9033 OBJECTIONS | 0.10 | $74.50 |
| 3/1/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OBJECTION TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.40 | $298.00 |
| 3/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: RULE 9033 MOTIONS | 0.10 | $74.50 |
| 3/4/2011 | 017 | MR LASTOWSKI | REVIEW BNSF MOTION FOR RECONSIDERATION AND COURT'S OPINION DECIDING SAME | 0.70 | $521.50 |
| 3/4/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: SCHEDULING ORDER | 0.10 | $74.50 |
| 3/4/2011 | 017 | MR LASTOWSKI | REVIEW REVISED SCHEDULING ORDER | 0.10 | $74.50 |
| 3/7/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: SCHEDULING ORDER | 0.10 | $74.50 |
| 3/7/2011 | 017 | MR LASTOWSKI | REVIEW REVISED SCHEDULING ORDER | 0.10 | $74.50 |
| 3/7/2011 | 017 | MR LASTOWSKI | REVIEW REVISED SCHEDULING ORDER | 0.10 | $74.50 |
| 3/7/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. O'NEIL RE: REVISED SCHEDULING ORDER | 0.10 | $74.50 |
| 3/8/2011 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED JOINT APPENDIX | 0.60 | $447.00 |
| 3/8/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONFIRMATION APPEALS | 0.10 | $74.50 |
| 3/8/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED ORDERS (CONFIRMATION APPEALS) | 0.30 | $223.50 |
| 3/9/2011 | 017 | MR LASTOWSKI | REVIEW COMMITTEE NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/10/2011 | 017 | MR LASTOWSKI | REVIEW COMMITTEE'S SUPPLEMENTAL NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/10/2011 | 017 | MR LASTOWSKI | REVIEW DISTRICT COURT'S SCHEDULING ORDER | 0.10 | $74.50 |
| 3/11/2011 | 017 | MR LASTOWSKI | REVIEW CRYOVAC CURE STIPULATION | 0.10 | $74.50 |
| 3/11/2011 | 017 | MR LASTOWSKI | REVIEW SGH CURE STIPULATION | 0.10 | $74.50 |
| 3/11/2011 | 017 | RW RILEY | TELEPHONE CALL WITH J. GREEN (COUNSEL FOR BANK LENDER GROUP) REGARDING STIPULATION TO CONSOLIDATE APPEALS | 0.20 | $118.00 |
| 3/14/2011 | 017 | MR LASTOWSKI | REVIEW FRESENIUS STIPULATION | 0.10 | $74.50 |

Duane Morris
April 12, 2011
Page 10

File # K0248-00001
W.R. GRACE & CO.

INVOICE #  1654084

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/16/2011 | 017 | MR LASTOWSKI | REVIEW NOTICE OF SALE OF CERTAIN INVESTMENT ASSETS | 0.10 | $74.50 |
| 3/17/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK AMENDED NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | ANALYSIS OF APPELLATE ISSUES | 0.60 | $447.00 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW AXA BELGIUM NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW GEICO NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW BNSF NOTICE OF APPEALL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY NOTICE OF APPEALL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW ATTORNEY GENERAL OF CANADA NOTICE OF APPEALL | 0.10 | $74.50 |
| 3/18/2011 | 017 | MR LASTOWSKI | REVIEW STATE OF MONTANA NOTICE OF APPEAL | 0.10 | $74.50 |
| 3/21/2011 | 017 | MR LASTOWSKI | REVIEW PROPOSED JOINT APPELLATE RECORD | 0.50 | $372.50 |
| 3/24/2011 | 017 | MR LASTOWSKI | REVIEW STIPULATION TO CONSOLIDATE APPEALS | 0.10 | $74.50 |
| 3/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM R. RILEY RE: STIPULATION TO CONSOLIDATE APPEALS | 0.10 | $74.50 |
| 3/24/2011 | 017 | RW RILEY | REVIEW COMMUNICATION REGARDING STATUS OF STIPULATION TO CONSOLIDATE APPEALS AND FORWARD SAME TO STROOCK TEAM | 0.20 | $118.00 |
| 3/28/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: CONSOLIDATION OF APEALS | 0.10 | $74.50 |
| 3/28/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: CONSOLIDATION OF APEALS | 0.10 | $74.50 |
| 3/28/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: ORAL ARGUMENT | 0.10 | $74.50 |
| 3/28/2011 | 017 | MR LASTOWSKI | REVIEW BNSF DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 3/30/2011 | 017 | MR LASTOWSKI | REVIEW STATUS OF CONFIRMATION APPEAL DOCKET | 0.10 | $74.50 |
| 3/30/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: ORAL ARGUMENT DATE | 0.10 | $74.50 |
| 3/30/2011 | 017 | MR LASTOWSKI | REVIEW JOINT APPENDIX FOR CONFIRMATION APPEAL | 0.20 | $149.00 |
| | | | Code Total | 7.30 | $5,376.50 |

Duane Morris
April 12, 2011
Page 11

File # K0248-00001                                              INVOICE #  1654084
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2011 | 025 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI RE 5/19/09 OPINION AND RELATED BRIEFS AND RESPONSES (.1); RESEARCH RE SAME (.7) | 0.80 | $140.00 |
| 3/9/2011 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.60 | $501.00 |
| 3/9/2011 | 025 | WS KATCHEN | REVIEW ORDER 2/23/11 RE: (RULE 9033 OBJECTION). | 0.10 | $83.50 |
| 3/14/2011 | 025 | WS KATCHEN | REVIEW APPEAL SCHEDULING ORDER. | 0.10 | $83.50 |
| 3/14/2011 | 025 | WS KATCHEN | REVIEW ACC OBJECTION ON 2019 STATEMENTS. | 0.10 | $83.50 |
| 3/16/2011 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE RE: FOREIGN NON-DEBTOR HOLDING STRUCTURE. | 0.20 | $167.00 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION (I) REVISEMENT PLAN CONTRIBUTIONS | 0.10 | $83.50 |
| 3/23/2011 | 025 | WS KATCHEN | COMMUNICATION INTER-COMMITTEE MEMBER RE: PLAN ISSUE ON APPEAL. | 0.70 | $584.50 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION (II) ROBERT LOCKE SECTION 362(D). | 0.10 | $83.50 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION (III) CREATION NON-DEBTOR FOREIGN SUB. | 0.10 | $83.50 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING IMPLEMENTATION OF 2011 LONG TERM INCENTIVE PLAN. | 0.20 | $167.00 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW NOTICE OF APPEAL ANDERSON MEMORIAL HOSPITAL. | 0.10 | $83.50 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW PLAN PROPONENT'S CONSOLIDATED RESPONSE. | 0.10 | $83.50 |
| 3/23/2011 | 025 | WS KATCHEN | REVIEW STIPULATION REGARDING CURE. | 0.10 | $83.50 |
| 3/28/2011 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $83.50 |
| 3/28/2011 | 025 | WS KATCHEN | REVIEW NOTICES OF APPEAL (I) STATE OF MONTANA. | 0.10 | $83.50 |
| 3/28/2011 | 025 | WS KATCHEN | (II) HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | 0.10 | $83.50 |
| 3/28/2011 | 025 | WS KATCHEN | (III) BNSF RY. | 0.10 | $83.50 |
| | | | Code Total | 3.80 | $2,645.00 |

Duane Morris
April 12, 2011
Page 12

File # K0248-00001                                      INVOICE #  1654084
    W.R. GRACE & CO.


                    TOTAL SERVICES                    30.70   $17,595.50

Duane Morris
April 12, 2011
Page 13

File # K0248-00001                                      INVOICE #  1654084
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 3/31/2011 | POSTAGE | | 149.79 |
| | | Total: | $149.79 |
| | | | |
| 3/31/2011 | MEETING EXPENSE | | 23.25 |
| | | Total: | $23.25 |
| | | | |
| 3/3/2011 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794490619084) | | 11.08 |
| 3/3/2011 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794490608102) | | 7.95 |
| | | Total: | $19.03 |
| | | | |
| 3/31/2011 | PRINTING & DUPLICATING | | 225.90 |
| | | Total: | $225.90 |
| | | | |
| | TOTAL DISBURSEMENTS | | $417.97 |

Duane Morris
April 12, 2011
Page 14

File # K0248-00001                                             INVOICE #  1654084
       W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 17.10 | 745.00 | 12,739.50 |
| 02585 | RW RILEY | PARTNER | 0.40 | 590.00 | 236.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.50 | 835.00 | 2,922.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 9.70 | 175.00 | 1,697.50 |
|  |  |  | 30.70 |  | $17,595.50 |