In re

Wr Grace ,

Debtors.

Chapter 11

Case No. 01-01139

(Jointly Administered)

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Frank Maurer Co Inc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Frank Maurer Co Inc
Po Box 367
Concord , MA 01742-0367

New Address
Frank Maurer Co Inc c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Wednesday, July 13, 2011

Respectfully submitted,

F. Jeffrey Maurer
Frank Maurer Co Inc
Po Box 367
Concord , MA 01742-0367