Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended May 31, 2011

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**May 2011**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 2.0 | $ 1,971.04 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 23.0 | $ 18,314.67 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 3.5 | $ 2,409.19 |
| Sheri Wyatt | Audit Director | 12 | Integrated Audit | $ 646.43 | 2.5 | $ 1,616.08 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 39.3 | $ 16,144.44 |
| Dave Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 5.6 | $ 2,446.53 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 31.9 | $ 13,936.47 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 2.5 | $ 1,241.43 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 0.8 | $ 252.98 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.91 | 46.0 | $ 11,863.86 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 7.8 | $ 1,832.61 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 113.5 | $ 25,369.52 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 61.2 | $ 11,036.81 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 179.48 | 50.4 | $ 9,045.79 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 137.16 | 27.0 | $ 3,703.32 |
| William Beck | Project Specialist | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 29.50 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Stephanie Juristo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.7 | $ 82.60 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.2 | $ 141.60 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.0 | $ 826.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.2 | $ 261.96 |
| Martin Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.5 | $ 295.00 |
| Diego De Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Totals | | | | | 435.9 | $ 123,411.39 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 66.3 | $ 9,942.00 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
## May 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 66.3 | $ 9,942.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure | | |

| Statement | | |
|---|---|---|
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 435.9 | $123,411.39 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 502.2 | $133,353.39 |

Expense Summary
May 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,078.34 |
| Lodging | N/A | $1,477.12 |
| Sundry | N/A | $60.00 |
| Business Meals | N/A | $705.83 |
| TOTAL: | | $5,321.29 |