# EXHIBIT - A

W.R. Grace & Co.
Fee Application Preparation
Month ended May 31, 2011

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | |
| **Name: Pavel Katsiak** | | | | | |
| 5-May | 1.7 | Fee application for April | 257.91 | $ | 438.45 |
| 5-May | 1.9 | Fee application for 39th quarter | 257.91 | $ | 490.03 |
| 6-May | 1.7 | Fee application for 39th quarter | 257.91 | $ | 438.45 |
| 10-May | 1.1 | Fee application for April | 257.91 | $ | 283.70 |
| 11-May | 1.9 | Fee application for 39th quarter | 257.91 | $ | 490.03 |
| 25-May | 0.6 | Fee application for April | 257.91 | $ | 154.75 |
| 31-May | 0.6 | Fee application for April | 257.91 | $ | 154.75 |
| | **9.5** | **Total Grace Fee Application Charged Hours** | | $ | **2,450.15** |
| **Name: Melanie Schwartz** | | | | | |
| 2-May | 7.5 | Fee Application - Bill reconciliation | 134.62 | $ | 1,009.65 |
| 4-May | 6.5 | Fee Application - work on 39th quarter | 134.62 | $ | 875.03 |
| 5-May | 4.5 | Fee Application - work on 39th quarter | 134.62 | $ | 605.79 |
| 6-May | 2.0 | Fee Application - work on reconciliations | 134.62 | $ | 269.24 |
| 9-May | 4.0 | Fee Application - work on reconciliations | 134.62 | $ | 538.48 |
| 10-May | 2.0 | Fee Application - work on reconciliations | 134.62 | $ | 269.24 |
| 11-May | 2.0 | Fee Application - work on reconciliations | 134.62 | $ | 269.24 |
| 12-May | 1.0 | Fee Application - work on reconciliations | 134.62 | $ | 134.62 |
| 13-May | 3.0 | Fee Application - work on reconciliations | 134.62 | $ | 403.86 |
| 16-May | 3.5 | Fee Application - work on expense reconciliations | 134.62 | $ | 471.17 |
| 17-May | 2.0 | Fee Application - work on quarterly files | 134.62 | $ | 269.24 |
| 23-May | 2.0 | Fee Application - work on time reconciliations | 134.62 | $ | 269.24 |
| 24-May | 2.0 | Fee Application - work on expense reconciliations | 134.62 | $ | 269.24 |
| 25-May | 4.0 | Fee Application - work on reconciliations | 134.62 | $ | 538.48 |
| 26-May | 1.0 | Fee Application - work on reconciliations | 134.62 | $ | 134.62 |
| 31-May | 0.5 | Fee Application - work on reconciliations | 134.62 | $ | 67.31 |
| | **47.5** | **Total Grace Fee Application Charged Hours** | | $ | **6,394.45** |
| **Name: Joseph Pearson** | | | | | |
| 18-May | 0.4 | Prep excel Time tracking sheets for April data | 118.00 | $ | 47.20 |
| 23-May | 1.1 | Populate Time tracking sheets with April data | 118.00 | $ | 129.80 |
| 23-May | 0.8 | Check April time data for proper formatting | 118.00 | $ | 94.40 |
| 23-May | 1.1 | Check April time data for proper grammar | 118.00 | $ | 129.80 |
| 23-May | 0.3 | Research staff class for engagement team members | 118.00 | $ | 35.40 |

| Date | Hours | Description | Rate | | Amount |
|---|---|---|---|---|---|
| 24-May | 0.5 | Populate Expense excel with April data | 118.00 | $ | 59.00 |
| 24-May | 0.5 | Process WIP for time reconciliation | 118.00 | $ | 59.00 |
| 24-May | 2.0 | Reconcile WIP with individual time data | 118.00 | $ | 236.00 |
| 24-May | 0.7 | Prepare documents for team member corrections | 118.00 | $ | 82.60 |
| 24-May | 0.5 | Email team members for time clarification | 118.00 | $ | 59.00 |
| 24-May | 0.8 | Correct timesheets per team member responses | 118.00 | $ | 94.40 |
| 25-May | 0.6 | Correct timesheets per team member responses | 118.00 | $ | 70.80 |
| **9.3** | | **Total Grace Fee Application Charged Hours** | | **$** | **1,097.40** |
| **66.3** | | **Total Grace Fee Application Charged Hours** | | **$** | **9,942.00** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended May 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 2.0 | $ 1,971.04 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 23.0 | $ 18,314.67 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 3.5 | $ 2,409.19 |
| Sheri Wyatt | Audit Director | 12 | Integrated Audit | $ 646.43 | 2.5 | $ 1,616.08 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.60 | 39.3 | $ 16,144.44 |
| Dave Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 5.6 | $ 2,446.53 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 31.9 | $ 13,936.47 |
| Brian Wegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 2.5 | $ 1,241.43 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 315.23 | 0.8 | $ 252.39 |
| Pavel Kaliak | Audit Senior Associate | 4 | Integrated Audit | $ 257.91 | 46.0 | $ 11,863.86 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.85 | 7.8 | $ 1,832.81 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.92 | 113.8 | $ 25,388.02 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 61.2 | $ 11,036.81 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 179.46 | 50.4 | $ 9,045.78 |
| Jamie Kushner | Audit Associate | 1 | Integrated Audit | $ 137.16 | 27.0 | $ 3,703.32 |
| William Beck | Project Specialist | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Marcal Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 29.50 |
| Verina Sharardi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Stephanie Jurado | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.7 | $ 82.60 |
| Mauricio Cisparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.2 | $ 141.60 |
| Juan C Perez Juntiquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Maria Y Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.0 | $ 826.00 |
| Leonel Felicis | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.2 | $ 261.96 |
| Martin Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Diego Cresta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.5 | $ 295.00 |
| Diego De Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Totals | | | | | 435.0 | $ 123,411.39 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Jill McCormack

| | | |
|------|-----|-----------|
| 2-May | 2.0 | responses |
| | **2.0** | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Thomas E. Smith** | | |
| 2-May | 0.6 | Call with J McCormack (PwC) to discuss first quarter review |
| 2-May | 0.4 | Review of first quarter workpapers |
| 3-May | 0.8 | Review of first quarter workpapers |
| 3-May | 0.9 | Meet with F Festa (WR Grace) to discuss first quarter results |
| 3-May | 1.1 | Review Form 10-Q |
| 3-May | 0.9 | Meet with H LaForce (WR Grace) to discuss audit matters |
| 3-May | 0.8 | Meet with A Schmidt (PwC) and K.Bradley (PwC) to discuss status of first quarter review |
| 4-May | 1.7 | Review of first quarter workpapers |
| 4-May | 0.7 | Review audit committee meeting materials |
| 4-May | 1.1 | Meet with B Dockman (PwC) to discuss first quarter review |
| 5-May | 1.8 | Attend audit committee meeting |
| 5-May | 0.6 | Meet with B Dockman (PwC) and H LaForce (WR Grace) to discuss audit committee matters |
| 5-May | 0.7 | Meet with A Schmidt (PwC), P.Katsiak (PwC) and J.Bray (PwC) to discuss first quarter matters |
| 5-May | 0.4 | Review of first quarter workpapers |
| 10-May | 0.5 | Review planning materials |
| 13-May | 0.5 | Discuss planning matters with P Katsiak (PwC) |
| 19-May | 0.5 | Conference call with J Bray (PwC) and P Katsiak (PwC) to update on audit status |
| 23-May | 0.9 | Accounting matter - discuss accounting for MolyCorp contract with S Scarlis (WR Grace) |
| 23-May | 2.1 | Accounting matter - review contracts with MolyCorp |
| 24-May | 0.4 | Review audit committee communication materials |
| 24-May | 0.6 | Review planning materials |
| 25-May | 0.5 | Meet with H LaForce (WR Grace) to discuss audit matters |
| 25-May | 1.3 | Review MolyCorp accounting memos and contracts |
| 25-May | 0.7 | Meet with B Dockman (PwC) to discuss accounting matters |
| 31-May | 1.6 | Review planning information - budgets |
| 31-May | 0.9 | Review planning information - general business results |
| | **23.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description or Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:  John Newstead**

| Date | Hours | Description or Services Provided |
|------|-------|--------------------------------|
| 2-May | 0.5 | Performing planning procedures related to the 2011 IT audit |
| 4-May | 1.0 | Performing planning procedures related to the 2011 IT audit |
| 12-May | 1.0 | Performing planning procedures related to the 2011 IT audit |
| 26-May | 1.0 | Performing planning procedures related to the 2011 IT audit |
| | **3.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Sheri Wyatt** | | |
| 10-May | 1.6 | Call with A. Schmidt (PwC) to discuss Verifi revenue recognition |
| 17-May | 0.9 | Call with A. Schmidt (PwC) to discuss Verifi revenue recognition |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jody Underhill** | | |
| 6-Apr | 1.0 | Follow up email and discussion w/D.Libow (Grace) regarding timing for the Q1 provision. |
| 7-Apr | 1.1 | Prepare agenda for Q1 discussion related to tax provision matters. |
| 7-Apr | 1.7 | Follow up email and then conference call with D.Libow, J.Agresti, G.Hurwitz and A.Clark (all Grace) and myself to review agenda items and status of ongoing matters impacting the provision |
| 11-Apr | 1.2 | Reviewed the updated documents, edit for changes and best practices and resent back to J.Agresti (Grace) for changes. |
| 12-Apr | 0.8 | Follow up conversations with D.Libow (Grace) regarding Q1 audit, status and other provision related matters. |
| 13-Apr | 1.0 | Follow up tax provision questions from D.Libow (Grace) in anticipation of Q1'11 tax provision review. |
| 14-Apr | 1.3 | Conference call w/D.Libow (Grace) regarding OCI adjustments, rate changes related to other comprehensive income and other tax provision matters. |
| 14-Apr | 0.6 | Follow up email to J.Bray (PwC) regarding status of Q1 provision, matters discussed with D.Libow (Grace) tax team back on April 7 related to tax matters for Q1 provision. |
| 19-Apr | 4.8 | Review Q1 tax provision workpaper |
| 19-Apr | 3.2 | Tie out various balances between tax provision workpapers |
| 19-Apr | 2.5 | Discuss the uncertain tax positions with D.Libow (Grace) |
| 20-Apr | 2.3 | Review updated Q1 tax provision workpaper |
| 20-Apr | 5.2 | Review various case law literature related to statute of limitations and carryover provisions |
| 20-Apr | 2.7 | Discussion with D.Libow, G.Hurwitz, A.Clark and J.Agresti (all Grace) regarding revision of current templates for uncertain tax position including rollforward schedule |
| 21-Apr | 3.2 | Continue with review of tax provision including foreign tax |
| 21-Apr | 2.4 | Review and continued discussion with J.Bray (PwC) of the uncertain tax position |
| 21-Apr | 2.2 | Final clearance review of the tax provision including the effective tax rate. |
| 28-Apr | 0.8 | Review updated emails with respect to updated provision workpaper from D.Libow (Grace). |
| 4-May | 1.3 | Follow up on database regarding provision workpapers for the Q1 |
| | **39.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. (WR Grace) & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Dave Sands**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 10-May | 0.4 | Review of 2011 IT audit approach documents. |
| 11-May | 0.2 | Review of 2011 IT audit approach documents |
| 12-May | 0.1 | Completing time template |
| 16-May | 0.2 | Planning for meeting on AP changes in June |
| 18-May | 1.1 | Meeting discussing approach to Management IT Controls testing. D. Sands (PwC), P. Crosby (PwC), E. Lerstat (WR Grace), E. Bull (WR Grace), A. Chou (WR Grace), J. McCarthy (WR Grace) |
| 18-May | 0.6 | Meeting with Internal Audit to discuss 2011 audit approach - IT. D. Sands (PwC), E. Bull (WR Grace). |
| 23-May | 1.3 | Review of Reedsoft system change documents. |
| 23-May | 0.9 | Meeting to discuss Reedsoft system changes and impact on the audit. D. Sands (PwC), B. Czajkowski (PwC), P. Verratte (WR Grace), S. Miller (WR Grace) |
| 26-May | 0.8 | Review of 2011 IT audit approach documents. |
| | **5.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-May | 0.8 | Call with P Katsiak (PwC), A Schmidt (PwC), J McCormack (PwC), T Smith (PwC) |
| 2-May | 0.6 | Call with A Schmidt (PwC), S Scarlis (WR Grace), T Dyer (WR Grace) |
| 2-May | 0.4 | Review draft Verifi sales agreements |
| 2-May | 1.4 | Review draft 10-Q |
| 2-May | 0.5 | Meeting with S Scarlis (WR Grace), T Puglisi (WR Grace), P Katsiak (PwC), A Schmidt (PwC) |
| 2-May | 0.3 | Meeting with S Scarlis (WR Grace), B Dockman (WR Grace), T Puglisi (WR Grace), A Schmidt (PwC) |
| 2-May | 0.2 | Meeting with T Puglisi (WR Grace) |
| 2-May | 1.9 | Review of workpapers |
| 3-May | 0.8 | Call with T Smith (PwC) |
| 3-May | 2.3 | Review of workpapers |
| 4-May | 0.6 | Meeting with T Smith (PwC) |
| 4-May | 0.5 | Review of 10-Q |
| 4-May | 2.9 | Review of workpapers |
| 4-May | 0.7 | Meeting with S Scarlis (WR Grace) |
| 5-May | 1.6 | Meeting with T Smith (PwC) |
| 5-May | 2.7 | Audit Committee meeting |
| 5-May | 0.4 | Meeting with B Dockman (WR Grace) |
| 5-May | 0.6 | Meeting with A Schmidt (PwC) |
| 5-May | 2.2 | Review of workpapers |
| 5-May | 0.6 | Meeting with P Katsiak (PwC) |
| 6-May | 0.3 | Call with T Smith (PwC) |
| 6-May | 0.2 | Review of workpapers |
| 9-May | 0.4 | Review draft Verifi sales agreements |
| 10-May | 0.8 | Review documentation of Verifi accounting |
| 10-May | 0.6 | Meeting with A Schmidt (PwC) |
| 10-May | 0.9 | Review planning documentation |
| 12-May | 0.4 | Documentation of independence procedures |
| 17-May | 1.8 | Meeting with P Katsiak (PwC) and A Schmidt (PwC) |
| 17-May | 0.7 | Meeting with A Schmidt (PwC) |
| 17-May | 0.6 | Meeting with P Katsiak (PwC) |
| 17-May | 0.9 | Review planning documentation |
| 17-May | 0.2 | Review of draft asset purchase agreement |
| 31-May | 0.2 | Meeting with S Scarlis (WR Grace), F Franks (WR Grace), A Lueck (WR Grace) |
| 31-May | 1.9 | Review of planning documentation |
| | **31.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| Name: Brian Wiegman | | |
| 24-May | 1.4 | Call with A. Schmidt (PwC) to discuss license agreement with DOW Chemical Company |
| 25-May | 1.1 | Call with A. Schmidt (PwC) to discuss license agreement with DOW Chemical Company |
| | 2.5 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Brett Czajkowski**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9-May | 0.3 | Meeting to discuss information technology audit scope planning with P. Crosby (PwC) |
| 12-May | 0.5 | Meeting to discuss information technology audit scope planning with D. Sands (PwC) and P. Crosby (PwC) |
| | 0.8 | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-May | 0.9 | Q1 Internal Status meeting. Present: K. Bradley, A. Schmidt, K. Fitzpatrick - (all PwC) |
| 2-May | 0.4 | 10-Q status update meeting with T. Puglisi (WR Grace) |
| 2-May | 0.3 | Updating the team's schedule / calendar for the Grace events |
| 2-May | 0.5 | Meeting with K. Fitzpatrick (PwC) to clarify questions on certain areas of quarter work |
| 2-May | 0.3 | Reviewing T. Smith (PwC) comments on 10-Q |
| 2-May | 0.6 | Reviewing quality review partner's questions on the Q1 documentation and 10-Q |
| 2-May | 0.7 | Meeting with B. Dockman (WR Grace) on long term incentive compensation |
| 2-May | 0.3 | Documenting responses to PwC quality review partner's questions |
| 3-May | 1.0 | Meeting with S. Scarlis (WR Grace) to discuss accounting for long term incentive compensation |
| 3-May | 0.5 | Review of the legal reserves mapping for Q1 2011 |
| 3-May | 0.3 | Reviewing independence requests from international teams |
| 3-May | 1.2 | Following up with C. Finke (WR Grace) regarding the Illinois tax case |
| 4-May | 0.8 | Review of the updated 10Q |
| 4-May | 0.6 | Distributing the statements to the team |
| 4-May | 0.5 | Review of the various completion steps in Q1 database |
| 4-May | 1.1 | Meeting with K. Fitzpatrick (PwC) to discuss the documentation of the inventory capitalization |
| 5-May | 1.7 | Completing the documentation of the significant matters |
| 5-May | 0.7 | Finalization of the audit file |
| 5-May | 0.6 | Reviewing the tie-out of the Press Release |
| 6-May | 1.8 | Reviewing external workpapers |
| 6-May | 1.9 | Finalization of the S-8 documentation |
| 9-May | 1.2 | Reading e-mails from PwC IT team to evaluate 2011 planning considerations |
| 9-May | 0.5 | Finalizing external workpapers |
| 9-May | 1.3 | Meeting with E. Henry (WR Grace) to discuss audit plan for Brazil |
| 10-May | 0.7 | Reviewing the audit plan for the team for 2011 |
| 10-May | 1.2 | Reviewing independence requests from international teams |
| 11-May | 1.9 | Reviewing the plan for the Delivery Center activities for 2011 |
| 11-May | 1.8 | Reviewing independence requests from international teams |
| 11-May | 0.4 | Updating "to-do" list for the Grace planning activities |
| 12-May | 1.5 | Call with PwC IT team to discuss certain planning considerations. Present: A. Schmidt (PwC), P. Crosby (PwC) |
| 13-May | 1.1 | Following up with international teams regarding independence |
| 13-May | 0.9 | Following up with S. Scarlis (WR Grace) regarding taxes |
| 17-May | 0.7 | Independence evaluation for international teams |
| 17-May | 1.6 | Review of the questions from the PwC IT team regarding 2011 plan |

| Date | Hours | Description |
|---|---|---|
| 17-May | 1.8 | Follow up with E. Henry (WR Grace) regarding Brazil instructions and general possible use of Internal Audit |
| 17-May | 1.2 | Reviewing authorization for services for Mexico |
| 17-May | 0.7 | Reading e-mails regarding the changes in 2011 audit plan |
| 20-May | 1.6 | Reviewing audit strategy for deferred payment valuation |
| 20-May | 1.5 | Reading the memo and supporting schedules regarding the deferred payment |
| 20-May | 0.9 | Reviewing the auditing guidance for components / multi-location |
| 23-May | 1.4 | Reviewing the list of the US Grace entities |
| 23-May | 1.6 | Discussing potential inclusion of all US entities into the Audit scope |
| 25-May | 1.4 | Meeting with E. Bull (WR Grace) and D. Richards (WR Grace) regarding 2011 controls testing plan |
| 31-May | 1.2 | Review of independence requests |
| 31-May | 1.2 | Review of the planning items to be completed for year end audit |
| | **46.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Phillip Crosby** | | |
| 6-May | 1.6 | 2011 Audit Planning discussion with J McCarthy, A Chou, E Lerstat, M Pires (all WR Grace) |
| 6-May | 0.4 | IA Reliance discussion with J McCarthy (WR Grace) |
| 10-May | 0.4 | IA Reliance / roles definition discussion with B Czajkowski (PwC), D Sands (PwC) |
| 10-May | 0.8 | Coordination calls with Steve Miller (WR Grace) & J McCarthy (WR Grace) to setup audit scoping meetings |
| 11-May | 0.8 | Meeting coordination calls and Readsoft implementation discussion with Steve Miller (WR Grace) |
| 12-May | 1.0 | Call with Steve Miller (WR Grace) & J McCarthy (WR Grace) to adjust audit meeting timing and discuss audit approaches |
| 16-May | 0.5 | Meeting coordination with J McCarthy (WR Grace) to setup time to discuss IT reliance |
| 18-May | 1.1 | Meeting to discuss approach to Management IT Controls testing D Sands (PwC), B Czajkowski (PwC), E Lerstat (WR Grace), E Bull (WR Grace), J McCarthy (WR Grace), A Chou (WR Grace) |
| 19-May | 1.2 | Provide IT Risk Diagnostic and sampling guidance resources to Grace |
| | **7.8** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| | | **FINANCIAL STATEMENT AUDIT TIME INCURRED** |
| | | **Name: Alexandra Schmidt** |
| 2-May | 0.6 | Review consolidated balance sheet analytics |
| 2-May | 0.4 | Review consolidated income statement analytics |
| 2-May | 0.2 | Review step ' Review Interim Review Report' |
| 2-May | 1.4 | Review critical matter ' Summary of Unadjusted Misstatements' |
| 2-May | 0.2 | Review critical matter ' Summary of Aggregated Deficiencies' |
| 2-May | 0.8 | Review step 'Evaluate Materiality of SUM' |
| 2-May | 0.3 | Review step Prepare a summary of adjustments proposed and booked by management' |
| 2-May | 0.4 | Review step 'Post control deficiencies to SAD" |
| 2-May | 1.0 | Team status meeting with K. Bradley, P.Katsiak, J.Kunkel, K. Fitzpatrick, J.Bray and J. Morrissey (all PwC) |
| 2-May | 0.4 | Meeting with T.Puglisi, K. Franks, S. Scarlis, J. Mac, L.Breaux, K. Blood (all Grace), P. Katsiak and J. Bray (PwC) to discuss status of quarterly review |
| 2-May | 0.3 | Prepare agenda for status meeting with management |
| 2-May | 1.2 | Meeting with T. Puglisi (Grace) to discuss management representation letter |
| 2-May | 0.9 | Call with S. Scarlis, T. Dyer, B. Dockman (all Grace) and J. Bray (PwC) to discuss Verifi revenue recognition |
| 2-May | 0.8 | Discussing the Q1 2011 summary of uncorrected misstatements template with K. Bradley (PwC) |
| 2-May | 0.7 | Discussing the Q1 2011 summary of aggregated deficiencies with K. Bradley (PwC) |
| 3-May | 0.5 | Review GCP balance sheet analytics |
| 3-May | 1.1 | Review GCP income statement analytics |
| 3-May | 1.5 | Review analyst expectations and reports for Q1 2011 |
| 3-May | 1.2 | Review Q1 opinion |
| 3-May | 0.6 | Discuss changes to opinion with T. Puglisi (Grace) |
| 3-May | 1.6 | Update Summary of Unadjusted Misstatements critical matter for partner comments |
| 3-May | 1.3 | Review US and Non-US pensions step |
| 3-May | 0.9 | Discussing updates needed to the summary of uncorrected misstatements with T.Smith and K. Bradley (PwC) |
| 3-May | 0.6 | Discussing summary of aggregated deficiencies with T.Smith and K. Bradley (PwC) |
| 4-May | 0.4 | Work on annual engagement letter |
| 4-May | 0.5 | Update 'review stockholder's equity' step for partner comments |
| 4-May | 0.8 | Meeting with T. Dyer (Grace) to discuss St. Boi sale leaseback |
| 4-May | 4.2 | Review 10-Q tie out |
| 4-May | 2.0 | Review management discussion and analysis tie out |
| 4-May | 1.7 | Review Verifi revenue recognition memo |
| 5-May | 0.5 | Review Noblestart purchase orders for rare earth |
| 5-May | 0.3 | Meet with L. Breaux (Grace) to discuss rare earth pricing |
| 5-May | 1.3 | Perform final review of Davison income statement analytics |

| Date | Hours | Description |
|------|-------|-------------|
| 5-May | 0.6 | Work on creating 2011 audit file |
| 5-May | 0.4 | Discuss status tracking with P. Katsiak (Grace) |
| 5-May | 0.3 | Review step 'Management Representation Letter' |
| 5-May | 0.4 | Review step 'Team find Completion' |
| 5-May | 0.8 | Status meeting with T. Smith, J. Bray, and P. Katsiak (all Grace) |
| 5-May | 1.5 | Review GCP Europe projections for goodwill |
| 5-May | 0.4 | Call with J. Bray (PwC) to discuss goodwill |
| 9-May | 1.1 | Meeting with P. Katsiak, K. Bradley, and K. Fitzpatrick (PwC) to discuss 2011 audit plan |
| 9-May | 0.3 | Review manager comments on management's Verifi memo |
| 9-May | 0.9 | Discuss comments with T. Dyer (Grace) on Verifi |
| 10-May | 0.6 | Review warranty guidance for Verifi |
| 10-May | 1.6 | Call with S. Wyatt (PwC) to discuss Verifi revenue recognition |
| 10-May | 0.3 | Discuss St. Boi sale leaseback with T. Dyer (Grace) |
| 11-May | 0.6 | Discussing 404 procedures to be performed in 2011 with K. Bradley (PwC) |
| 11-May | 0.5 | Discussing use of Grace finance for 404 walkthroughs with K. Bradley (PwC) |
| 11-May | 1.2 | Meeting with K. Bradley (PwC) to discuss scoping schedule |
| 12-May | 0.8 | Call with P. Katsiak and P. Crosby (all PwC) to discuss information technology considerations for 2011 audit |
| 13-May | 1.0 | Make revisions to St. Boi accounting memo |
| 13-May | 0.5 | Discuss St. Boi sale leaseback with T. Dyer (Grace) |
| 13-May | 1.2 | Document planning step 'Update understanding of the business' |
| 13-May | 1.9 | Review updates and changes to planning documentation |
| 13-May | 1.6 | Work on quarter, planning, and significant matters tracking |
| 13-May | 1.5 | Work on component materiality for 2011 audit |
| 16-May | 1.8 | Research and development agreement with DOW |
| 16-May | 1.9 | Document preliminary materiality for 2011 audit |
| 16-May | 1.4 | Discuss DOW agreement with T. Dyer (Grace) |
| 16-May | 1.3 | Discuss company code consolidation with T. Dyer (Grace) |
| 16-May | 1.1 | Document 'Accounting Estimates for 2011 audit |
| 17-May | 1.6 | Review United States Grace entities for scoping |
| 17-May | 1.4 | Meeting with J. Bray (PwC) to discuss DOW agreement |
| 17-May | 1.8 | Meeting with J. Bray (PwC) to discuss materiality |
| 17-May | 1.9 | Meeting with J. Bray (PwC) to discuss scoping |
| 17-May | 0.9 | Call with S. Wyatt (PwC) to discuss Verifi revenue recognition |
| 17-May | 1.8 | Document preliminary materiality for 2011 audit |
| 18-May | 1.9 | Work on significant account scoping for 2011 audit |
| 18-May | 0.4 | Document materiality view in 2011 database |
| 18-May | 0.3 | Document component materiality step for 2011 planning |
| 18-May | 1.7 | Research question on cumulative translation adjustments for company code consolidation |
| 18-May | 1.7 | Document preliminary materiality for 2011 audit |
| 18-May | 1.3 | Work on risk assessment for 2011 audit |
| 19-May | 1.1 | Prepare questions for T. Dyer (Grace) on Verifi revenue recognition |
| 19-May | 0.4 | Prepare questions for K. Franks (Grace) on Vydac company |
| 19-May | 0.6 | Discuss Vydac with K. Franks (Grace) |
| 19-May | 1.8 | Prepare international instructions for Germany team |
| 19-May | 1.7 | Document 'Understand component auditors' planning step |

| Date | Hours | Description |
|---|---|---|
| 20-May | 1.9 | Work on quarter, planning, and significant matters tracking |
| 20-May | 1.7 | Prepare questions on DOW license agreement |
| 20-May | 1.6 | Discuss second quarter analytics with K. Fitzpatrick (PwC) |
| 23-May | 1.8 | Discuss Moly Corp agreement modification with T. Smith (PwC) |
| 23-May | 0.5 | Discuss Moly Corp agreement modification with T. Smith and S. Scarlis (PwC) |
| 23-May | 1.9 | Research Moly Corp agreement modification |
| 23-May | 0.6 | Discuss risk assessment analytics with K. Fitzpatrick (PwC) |
| 23-May | 0.4 | Roll forward second quarter database |
| 23-May | 1.1 | Work on multi-location scoping for 2011 audit planning |
| 23-May | 1.8 | Work on quarter, planning, and significant matters tracking |
| 24-May | 1.6 | Research question on cumulative translation adjustments for company code consolidation |
| 24-May | 1.8 | Research Moly Corp agreement modification |
| 24-May | 1.5 | Meeting with T. Dyer (Grace) to discuss cumulative translation adjustments |
| 24-May | 0.6 | Discuss Moly corp. modification with S. Scarlis (Grace) |
| 24-May | 1.9 | Prepare international instructions for Germany office |
| 24-May | 1.4 | Call with B. Wiegmann (PwC) to discuss license agreement with DOW Chemical Company |
| 25-May | 0.8 | Call with T. Smith and R. Smith to discussion MolyCorp |
| 25-May | 1.7 | Prepare international instructions for Germany office |
| 25-May | 1.1 | Call with B. Wiegmann (PwC) to discuss license agreement with DOW Chemical Company |
| 25-May | 1.3 | Prepare list of questions about DOW chemicals license agreement |
| 25-May | 0.6 | Discuss Verifi follow-up questions with T. Dyer (Grace) |
| 25-May | 1.7 | Document step 'Evaluate involvement of component auditors' |
| 25-May | 1.1 | Discuss Moly corp. modification with T. Dyer (Grace) |
| 27-May | 0.8 | Set up AS 3 confirmations in independence database |
| 27-May | 1.9 | Prepare international instructions for Germany office |

**113.5    Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Kathryn Fitzpatrick**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-May | 0.2 | Discussing Long Term Incentive Program payout with A. Lueck (WR Grace) |
| 2-May | 0.3 | Working on company 988 for inventory capitalization accept reject testing |
| 2-May | 0.5 | Status meeting with A. Schmidt, P. Katsiak, K. Bradley and J. Kunkel (all PwC) |
| 2-May | 1.5 | Reviewing changes to draft 2 of the 10-Q and comparing partner comments |
| 2-May | 0.5 | Updating the Partner comment tracker spreadsheet |
| 2-May | 0.2 | Discussing the Pension Footnote with J.Day (WR Grace) |
| 2-May | 0.1 | Updating the tie-out for Footnote 8 Pensions |
| 2-May | 0.2 | Discussing the Term Incentive Program March 2011 payment with A. Lueck (WR Grace) |
| 2-May | 0.5 | Reviewing the Long Term Incentive Plan bankruptcy approval for the 2009-2011 plan |
| 2-May | 0.8 | Tying-out the pension part of the Management Discussion and Analysis |
| 2-May | 0.2 | E-mailing P. Stuard (WR Grace) regarding Long Term Incentive Plan 2009-2011 March payment |
| 2-May | 2.0 | Working with accounting system to tie-out inventory capitalization for accept reject testing for January |
| 2-May | 2.0 | Working with accounting system to tie-out inventory capitalization for January for Company 988 |
| 3-May | 0.2 | January |
| 3-May | 0.2 | Discussing months on hand inventory with N. Filatova (WR Grace) |
| 3-May | 0.2 | Discussing pension Management Discussion and Analysis with A. Schmidt (PwC) |
| 3-May | 0.1 | Finalizing Pension Management Discussion and Analysis disclosure tie-out |
| 3-May | 0.5 | Discussing the use of accounting system for inventory capitalization with K. Bradley (PwC) |
| 3-May | 2.0 | Accept Reject testing months on hand inputs using the accounting system for Davison |
| 3-May | 2.0 | Accept Reject testing months on hand inputs using the accounting system for GCP |
| 3-May | 2.0 | Reviewing the Automated Disclosure Checklist provided by Grace |
| 3-May | 0.8 | Reviewing the financial statement disclosure check list provided by Grace |
| 4-May | 0.3 | Finalizing Pension documentation |
| 4-May | 0.3 | Discussing Long Term Incentive Program payment with S. Scanlis (WR Grace) and P. Katsiak (PWC) |
| 4-May | 0.3 | Discussing Long Term Incentive Program payment with K. Franks (WR Grace) and P. Katsiak (PWC) |
| 4-May | 0.4 | Emailing P. Stuard (WR Grace) regarding the Long Term Incentive Program payment |
| 4-May | 0.4 | Transferring tick marks to new draft of 10-Q for Footnote 6 |
| 4-May | 0.5 | Updating the Inventory Capitalization step for the capitalized overhead reasonableness test |
| 4-May | 0.5 | Transferring tickmarks to new draft of 10-Q for Footnote 8 |
| 4-May | 0.5 | Transferring tickmarks to new draft of 10-Q for Footnote 13 |
| 4-May | 0.5 | Discussing Independence tracking with P. Katsiak (PwC) |
| 4-May | 0.3 | Reviewing prior year Independence tracking |
| 4-May | 2.0 | Updating Independence tracking using Independence client tools on Knowledge Curve |
| 5-May | 0.5 | (PwC) |
| 5-May | 2.0 | Documenting year to date independence tracking |

| Date | Hours | Description |
|---|---|---|
| 5-May | 0.5 | Discussing independence tracking with P. Katsiak (PwC) |
| 5-May | 0.5 | Discussing schedule for next months and expectations with P. Katsiak (PwC) |
| 5-May | 0.5 | Discussing the tie-out of footnote 9 through footnote 13 |
| 5-May | 1.5 | Finalizing tie-out for footnote 9 through footnote 13 |
| 9-May | 1.0 | Discussing responsibilities for upcoming months and budgeting with P. Katsiak, A. Schmidt, and K. Bradley (all PwC) |
| 10-May | 1.1 | Updating format of budget vs. actual step in database |
| 10-May | 0.2 | Updating independence tracking using independence client tools on Knowledge Curve |
| 10-May | 0.2 | Researching updates to the guidelines for the use of other, specifically direct assistance |
| 23-May | 0.2 | Discussing the financial statement scoping assertions with A. Schmidt (PwC) |
| 23-May | 0.5 | Reviewing the assertions related to risks for the WR Grace US audit unit |
| 23-May | 0.3 | Reviewing the assertions related to risks for the Unit Only audit unit |
| 23-May | 0.3 | Reviewing the assertions related to risks for the ART audit unit |
| 23-May | 0.5 | Reviewing the audit strategy for Risk Assessment Analytics |
| 23-May | 0.4 | Documenting on the Consolidated Balance Sheet Risk Assessment Analytics |
| 23-May | 0.3 | Documenting on the Consolidated Income Statement Risk Assessment Analytics |
| 23-May | 0.3 | Documenting on the Corporate Income Statement Risk Assessment Analytics |
| 23-May | 0.3 | Documenting on the Davison Income Statement Risk Assessment Analytics |
| 23-May | 0.3 | Documenting on the GCP Income Statement Risk Assessment Analytics |
| 23-May | 0.7 | Documenting the Tailored Procedures for the Risk Assessment Analytics |
| 23-May | 0.4 | Discussing the Risk Assessment Analytics with A. Schmidt (PwC) |
| 23-May | 0.4 | Discussing database task assignments and responsibilities for year-end planning |
| 23-May | 0.4 | Documenting Litigations, claims and assessments risk assessment in the database |
| 23-May | 0.4 | Documenting Related Party Risk assessment in the database |
| 23-May | 0.3 | Reviewing audit strategy for the use of work of others |
| 24-May | 1.0 | Documenting the Related Parties planning step in the database |
| 24-May | 0.2 | Documenting Litigations, claims and assessments risk assessment in the database |
| 24-May | 0.3 | Documenting the Review minutes, internal audit reports and significant new contracts step in the database |
| 24-May | 0.8 | Researching new updates for W.R. Grace on Factiva |
| 24-May | 0.2 | Discussing the sale of Ceratech with A. Schmidt (PwC) and P. Katsiak (PwC) |
| 24-May | 0.1 | Discussing updates to the Legal Counsel with D.Borowy (WR Grace) |
| 25-May | 0.3 | Discussing board minutes with A. Schmidt (PwC) |
| 25-May | 0.6 | Reviewing and summarizing the February board minutes |
| 25-May | 0.5 | Documenting  Internal Audit Report in the database |
| 25-May | 0.2 | Discussing new contracts referenced in the board minutes with A. Schmidt (PwC) |
| 25-May | 1.0 | Documenting the use of work of other step in the database |
| 25-May | 0.4 | Reviewing the Competence & Objectivity Assessment |
| 25-May | 0.1 | Reading the database guide on rolling forward a database in preparation for the second quarter |
| 25-May | 0.2 | Discussing the IBM agreement with A. Chou (WR Grace) and A. Schmidt (PwC) |
| 25-May | 0.2 | Reviewing the minutes tailored procedures |
| 25-May | 0.1 | Emailing E. Henry (WR Grace) regarding Internal Audit Reports from the end of quarter 1 to date |
| 25-May | 0.1 | Emailing D. Bowory (WR Grace) regarding the minutes of board and committee meetings from February to date |
| 25-May | 0.2 | Discussing the Darex Puerto Rico audit with P. Katsiak (PwC) |
| 25-May | 0.4 | Discussing expectations for the second quarter analytics with A. Schmidt (PwC) |

| Date | Hours | Description |
| --- | --- | --- |
| 25-May | 0.1 | Discussing rolling forward the quarter one database with A. Schmidt (PwC) and K. Bradley (PwC) |
| 25-May | 0.7 | Rolling forward the quarter 1 database with A. Schmidt (PwC) |
| 26-May | 1.3 | Documenting the expectation for the division balance sheet quarter 1 vs. quarter 2 assets quarter 2 analytics |
| 26-May | 0.2 | Discussing the Davison Balance sheet expectations for quarter 2 analytics with A. Schmidt (Pac) |
| 26-May | 0.5 | Documenting the expectation for the division balance sheet quarter 1 vs. quarter 2 liabilities quarter 2 analytics |
| 26-May | 0.6 | Documenting the expectation for the division balance sheet quarter 2 2010 vs. quarter 2 2011 assets quarter 2 analytics |
| 26-May | 0.1 | Documenting the expectation for the division balance sheet quarter 2 2010 vs. quarter 2 2011 liabilities quarter 2 analytics |
| 26-May | 0.2 | Reviewing the Davison balance sheet analytics of the prior year to see impacts on the current year expectations |
| 26-May | 0.4 | Documenting the expectations for the Davison income statement for quarter 2 2010 year to date vs. quarter 2 2011 year to date results |
| 26-May | 0.2 | Documenting the expectation for the Davison balance sheet quarter 2 2010 vs. quarter 2 2011 quarter 2 analytics |
| 26-May | 0.2 | Documenting the expectation for the Davison balance sheet quarter 1 vs. quarter 2 quarter 2 analytics |
| 26-May | 1.2 | Documenting the expectations for the Davison income statement for quarter 2 2010 year to date vs. quarter 2 2011 year to date results |
| 26-May | 2.0 | Documenting the expectations for the Davison income statement for quarter 2 2010 quarter to date vs. quarter 2 2011 quarter to date results |
| 26-May | 0.7 | Documenting the expectations for the Davison income statement for quarter 1 2011vs quarter 2 2011 |
| 26-May | 0.2 | Documenting the expectations for the GCP balance sheet for quarter 2 2010 vs. quarter 2 2011 |
| 26-May | 0.2 | Documenting the expectations for the GCP balance sheet for quarter 1 2011 vs. quarter 2 2011 |
| 31-May | 0.8 | Documenting the Review minutes, internal audit reports and significant new contracts step in the database |
| 31-May | 0.5 | Documenting the expectation for the GCP income statement for the Q2 2010 Year to date vs. the Q2 2011 Year to date results |
| 31-May | 0.5 | Documenting the expectation for the GCP income statement for the Q2 2010 quarter to date vs. the Q2 2011 quarter to date results |
| 31-May | 0.5 | Documenting the expectation for the GCP income statement for the Q1 2011 quarter to date vs. the Q2 2011 quarter to date results |
| 31-May | 0.4 | Reviewing the quarter 2 analytic Davison Income Statement expectations |
| 31-May | 0.8 | Documenting the quarter 2 analytic expectation for the Corporate income statement |
| 31-May | 0.4 | Documenting the quarter 2 analytic Consolidated Balance Sheet expectations |
| 31-May | 0.5 | Documenting the ART quarter 2 analytic expectations |
| 31-May | 0.5 | Documenting the Consolidated Income Statement quarter 2 analytic expectations |
| 31-May | 0.5 | Setting up the Organizer view of the database for the quarter 2 review |
| 31-May | 1.0 | Organizing the outstanding items for the quarter 2 analytic expectations |
| 31-May | 0.4 | Retrieving the quarter 2 2010 GCP data from the x-drive |
| 31-May | 0.3 | E-mailing L.Breaux regarding the Darex profit centers in the Packaging and Materials Technologies business |
| 31-May | 0.4 | Reviewing the Legal step in the Darex database |

| Date | Hours | Description |
|---|---|---|
| 31-May | 0.3 | Reviewing the Financial statement and audit report step in the Darex database |
| 31-May | 0.5 | Reading over the Darex Dispenser Testing |
| 31-May | 0.2 | Reading over the Test Revenue step in the Darex Database |
| | **61.2** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Kathleen Bradley** | | |
| 2-May | 0.6 | Team status meeting with J.Kunkel, P.Katsiak, A. Schmidt, K. Fitzpatrick and J.Bray (all PwC) |
| 2-May | 0.4 | Emailing L.Breaux (WR Grace) about decrease in Davison Latin America pricing in Q1 2011 versus Q1 2010 |
| 2-May | 0.4 | Documenting answers to T.Smith (PwC) questions about the Grace 10Q |
| 2-May | 0.4 | Reviewing V.Leo (WR Grace) responses to questions about GCP inventory |
| 2-May | 0.5 | Documenting changes in GCP's inventory balance quarter over quarter |
| 2-May | 0.6 | Documenting changes in GCP's inventory balance year over year |
| 2-May | 0.5 | Documenting changes in consolidated inventory balance year over year |
| 2-May | 0.5 | Documenting changes in consolidated inventory balance quarter over quarter |
| 2-May | 0.4 | Documenting answers to J.McCormack (PwC) questions about the Grace 10Q |
| 2-May | 0.8 | Discussing the Q1 2011 summary of uncorrected misstatements template with A. Schmidt (PwC) |
| 2-May | 1.1 | Documenting the Q1 2011 summary of uncorrected misstatements significant matter |
| 2-May | 0.7 | Discussing the Q1 2011 summary of aggregated deficiencies with A. Schmidt (PwC) |
| 2-May | 0.6 | Documenting the Q1 2011 summary of aggregated deficiencies significant matter |
| 3-May | 1.6 | Reviewing the 3/31/11 10Q tie out and leaving comments for J.Kunkel (PwC) |
| 3-May | 0.8 | Reviewing changes needed for Grace's updates made to legal entities list and providing comments |
| 3-May | 0.6 | Reviewing updated Bank of America letter of credit agreement entered into by Grace in March 2011 |
| 3-May | 0.9 | Discussing updates needed to the summary of uncorrected misstatements with T.Smith (PwC) and A. Schmidt (PwC) |
| 3-May | 0.8 | Making needed changes to the summary of uncorrected misstatements |
| 3-May | 0.6 | Discussing summary of aggregated deficiencies with T.Smith (PwC) and A. Schmidt (PwC) |
| 3-May | 1.0 | Talking to H.Janes (WR Grace) about the entry made to record the tax provision |
| 3-May | 0.5 | Reviewing analysts reports for expected WR Grace Q1 2011 performance |
| 3-May | 0.6 | Documenting out of period long term incentive plan entry made by management during Q1 2011 |
| 3-May | 0.6 | Discussing changes in Q1 2011 analytics needed based on T.Smith (PwC) and J.Bray (PwC) comments with A. Schmidt (PwC) |
| 4-May | 1.0 | Meeting with L.Breaux (WR Grace) to discuss rare earth procurement process |
| 4-May | 1.0 | Working on procedures to be performed as part of 2011 integrated audit process, including quarterly reviews |
| 4-May | 0.6 | Finalizing 10Q footnotes for the Q1 2011 tie out |
| 4-May | 0.9 | Reviewing changes needed for Grace's updates made to legal entities list and providing comments |
| 4-May | 0.7 | Updating quarterly review report to be signed by T.Smith (PwC) for 3/31/11 10Q |
| 4-May | 0.9 | Reviewing stock compensation expense for 2010 to ensure there were no material errors |
| 4-May | 1.4 | Updating analytics based on comments from T.Smith (PwC) and J.Bray (PwC) |
| 5-May | 0.3 | Discussing Davison Latin America price decreases with P.Katsiak (PwC) |
| 5-May | 0.1 | Emailing C.Leibel (WR Grace) about Latin America pricing decreases |
| 5-May | 0.9 | Looking into Refining technology inventory increases year over year |
| 5-May | 0.8 | Working on breaking out GCP other current liabilities balance to estimate causes for changes year over year |
| 5-May | 0.2 | Reviewing Noblestar purchase order with A. Schmidt (PwC) |

| Date | Hours | Description |
|---|---|---|
| 5-May | 0.7 | Working on scoping for year end 2011 integrated audit |
| 5-May | 1.0 | Reviewing 3/31/11 10Q tie out |
| 5-May | 0.5 | Setting up the 12/31/2011 year end audit database |
| 6-May | 1.0 | Finalizing Q1 2011 Review database for archiving |
| 6-May | 0.9 | Finalizing external workpaper binder for 3/31/2011 review |
| 6-May | 0.9 | Talking to D.Armstrong and M.Shelnitz (WR Grace) about the Q1 2011 review signed legal letter |
| 6-May | 0.3 | Working on 12/31/2011 year end database set up |
| 6-May | 1.0 | Reviewing work being performed during 2011 fiscal year audit to determine any efficiencies that occurred |
| 6-May | 0.3 | Discussing final version of the 10Q with T.Puglisi (WR Grace) |
| 9-May | 1.0 | Meeting with A. Schmidt, K. Fitzpatrick (PwC) and P.Katsiak (all Grace) to discuss plan for 2011 audit |
| 10-May | 1.3 | Setting up the 404 scheduling template for team controls and walkthrough procedures to be performed |
| 10-May | 1.5 | Setting up schedule for 2011 year end integrated audit planning procedures based on new required steps that need to be performed |
| 10-May | 0.4 | Setting up allocation of work template for tax work performed during 2011 audit procedures |
| 10-May | 1.2 | Working on scoping for year end 2011 integrated audit |
| 10-May | 1.4 | Working on rolling forward the Q1 2011 analytics for Q2 2011 |
| 10-May | 1.5 | Working on 404 schedule and planning for work to be performed for 2011 |
| 11-May | 0.6 | Discussing 404 procedures to be performed in 2011 with A. Schmidt (PwC) |
| 11-May | 0.9 | Working on scheduling for 404 walkthroughs and controls testing to be performed during 2011 |
| 11-May | 0.5 | Discussing use of Grace finance for 404 walkthroughs with A. Schmidt (PwC) |
| 11-May | 1.0 | Reviewing prior years 404 walkthroughs and controls testing performed to determine scope of work to be performed in 2011 |
| 11-May | 1.2 | Meeting with A. Schmidt (PwC) to discuss scoping schedule |
| 16-May | 1.8 | Updating 2011 year end scoping schedule based on final decisions for entities that will be in scope for year end 2011 audit |
| 16-May | 1.7 | Updating 2011 year end scoping schedule based on final decisions for accounts that will be tested at the group level versus the component level during the audit |
| 17-May | 0.6 | Updating the year end 2011 scoping schedule with the 3/31/2011 balances |
| 17-May | 1.4 | Assessing changes in significant accounts and entities based on changes in 3/31/2011 balances versus 12/31/2011 balances in scoping template |
| 20-May | 1.0 | Working on disaggregated other liabilities and other assets line items in risk assessment template as part of 2011 year end audit planning procedures |
| | **60.4** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name: Jamie Kunkel** | | |
| 2-May | 1.8 | Working on the tie out of the Management Discussion & Analysis. |
| 2-May | 1.9 | Working on the review of tie out of prior year and internally consistent numbers. |
| 2-May | 1.0 | Discussing the status of the tie out with K. Bradley (PwC) |
| 2-May | 1.9 | Work on the tie out of the Management Discussion & Analysis. |
| 2-May | 1.7 | Reviewing the tie out of footnote 2, 9 and 12. |
| 3-May | 1.9 | Working on the legal letter obtained from M. Shelnitz (WR Grace). |
| 3-May | 1.8 | Working on the remaining tie out of the Management Discussion & Analysis with support obtained. |
| 3-May | 1.9 | Working on the tie out of the # of shares/recalculation of shares on the cover page. |
| 4-May | 1.6 | Working on the tie out of footnote 2 charts. |
| 4-May | 1.8 | Updating final revisions to the press release tie out. |
| 4-May | 1.5 | Going over the final draft of the 10K to see where the changes were made. |
| 5-May | 1.9 | Obtaining and verifying support for the changes made in the most recent draft. |
| 5-May | 1.7 | Recalculate earnings per share with the new numbers and determining the difference and its effect on the financial statements. |
| 5-May | 0.9 | Following up with T. Puglisi (WR Grace) about support needed for tie-out. |
| 5-May | 1.8 | Finalizing the tie out of the Management Discussion and Analysis section of the 10Q. |
| 5-May | 1.9 | Performing the final review of the Tie-out, ensuring all numbers were properly supported. |
| | **27.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: William Beck**

| 17-May | 0.5 | Final review and closure of work request |
|---|---|---|
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Maricel Vera** | | |
| 5-May | 0.3 | Reviewing WR Grace hours charged to date to ensure that everyone charging time to the WR Grace code has completed an independence confirmation |
| | **0.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:** Vanina Straniero

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4-May | 1.0 | Reviewing update of PwC list of WR Grace legal entities to determine if it is in line with WR Grace legal entities listing as of 3/31/2011 |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Stephanie Juristo

| | | |
|---|---|---|
| 27-May | 0.7 | Review of the 10-Q tie out deliverable |
| | 0.7 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Mauricio Ciparelli**

| 4-May | 1.2 | Rolling forward Q1 2011 analytics templates to prepare for Q2 2011 analytics to be performed |
| | **1.2** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Juan C Perez Juaniquina** | | |
| 4-May | 1.5 | Reviewing WR Grace hours charged to date to ensure that everyone charging time to the WR Grace code has completed an independence confirmation |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Maria F Castro Bianchi** | | |
| 2-May | 1.6 | Comparing WR Grace provided legal entities listing and organizational chart as of 3/31/2011 to PwC records of WR Grace's legal entities and organization for any differences, additions or edits needed |
| 3-May | 1.4 | Comparing WR Grace provided legal entities listing and organizational chart as of 3/31/2011 to PwC records of WR Grace's legal entities and organization for any differences, additions or edits needed |
| 3-May | 1.3 | Making changes to PwC record of WR Grace legal entities listing and organizational structure due to changes made by WR Grace to their legal entities between 12/31/2010 and 3/31/2011 |
| 4-May | 1.8 | Making changes to PwC record of WR Grace legal entities listing and organizational structure due to changes made by WR Grace to their legal entities between 12/31/2010 and 3/31/2011 |
| 4-May | 0.9 | Documenting updates made to the PwC listing of WR Grace legal entities and submitting for final review |
| | **7.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Leonel Felice** | | |
| 2-May | 1.0 | Rolling forward Q1 2011 analytics templates to prepare for Q2 2011 analytics to be performed |
| 3-May | 1.2 | Rolling forward Q1 2011 analytics templates to prepare for Q2 2011 analytics to be performed |
| | **2.2** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Martin J Assandri**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-May | 1.0 | Performing comparison of Q1 2011 final 10Q (downloaded from SEC website) to filed out version of Q1 2011 10Q to ensure no changes made by WR Grace |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Diego Orieta** | | |
| 2-May | 0.5 | Performing comparison of Q1 2011 final 10Q (downloaded from SEC website) to tied out version of Q1 2011 10Q to ensure no changes made by WR Grace |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Elizabeth Romano** | | |
| 3-May | 1.2 | Rolling forward Q1 2011 analytics templates to prepare for Q2 2011 analytics to be performed |
| 4-May | 1.3 | Rolling forward Q1 2011 analytics templates to prepare for Q2 2011 analytics to be performed |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended May 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Diego De Vera** | | |
| 3-May | 0.5 | Reviewing WR Grace hours charged to date to ensure that everyone charging time to the WR Grace code has completed an independence confirmation |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended May 31, 2011

| Name of Professional | Position with the Firm | Number of Years In Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 2.0 | $ 1,971.04 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 23.0 | $ 18,314.67 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 3.5 | $ 2,409.19 |
| Sheri Wyatt | Audit Director | 12 | Integrated Audit | $ 646.43 | 2.5 | $ 1,616.08 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.60 | 39.3 | $ 16,144.44 |
| Dave Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 5.6 | $ 2,446.53 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 436.88 | 31.0 | $ 13,535.47 |
| Brian Magmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 2.5 | $ 1,241.43 |
| Brett Dabkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 0.8 | $ 252.98 |
| Pavel Kralek | Audit Senior Associate | 4 | Integrated Audit | $ 257.91 | 46.0 | $ 11,863.86 |
| Philip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 7.8 | $ 1,832.61 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 113.5 | $ 25,369.52 |
| Kishyra Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 61.2 | $ 11,036.81 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 179.48 | 50.4 | $ 9,045.79 |
| Jamie Kunce | Audit Associate | 1 | Integrated Audit | $ 137.16 | 27.0 | $ 3,703.32 |
| William Beck | Project Specialist | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 60.00 |
| Marcel Vira | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 29.50 |
| Vanina Sibileau | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 18.00 |
| Stephanie Jurado | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.7 | $ 82.60 |
| Mauricio Capossio | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.2 | $ 141.60 |
| Juan C Perez Juariquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Maria F Casino Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.0 | $ 826.00 |
| Leonel Felce | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.2 | $ 261.96 |
| Martin Massolo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Diego Oreja | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Elisabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.5 | $ 295.00 |
| Diego Da Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Totals | | | | | 435.3 | $ 123,411.39 |