# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2011

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Thomas Smith | | | | | | |
| Integrated Audit | 40666 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40667 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40668 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40676 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40686 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40688 | 35.7 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Dave Sands | | | | | | |
| Integrated Audit | 40686 | 35.7 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40681 | 35.7 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| Jody Underhill | | | | | | |
| Integrated Audit | 40618 | 122.28 | | | | Avis rental car for business travel to/from client site in Columbia, MD - Process Improvement Project |
| Integrated Audit | 40618 | 550.4 | | | | Roundtrip airline travel to/from Tampa/Baltimore, MD - Process Improvement Project at client site |
| Integrated Audit | 40618 | | 143.65 | | | 1 night hotel stay at Sheraton Columbia, MD - Process Improvement Project at client site |
| Integrated Audit | 40618 | | 15.8 | | | Taxes related to above 1 night stay |
| Integrated Audit | 40618 | | | 12 | | 2 complete days of tolls, hotel and airport porter tipping related to above travel |
| Integrated Audit | 40618 | 40 | | | | 2 days of parking at Tampa airport while traveling out of town on client business |
| Integrated Audit | 40617 | | | | 250 | Dinner for myself & WRG attendees: D.Libow, G.Hurwitz, J.Agresti & A.Clark (All Grace) |
| Integrated Audit | 40618 | | | | 50 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40626 | 335.05 | | | | Airline & travel to/from Tampa/Fort Lauderdale – Process Improvement Project at client site |
| Integrated Audit | 40626 | 167.88 | | | | Rental car for 3 days while traveling on client business |
| Integrated Audit | 40626 | | 557 | | | 3 nights hotel stay at Renaissance Fort Lauderdale – Process Improvement Project at client site |
| Integrated Audit | 40626 | | 26 | | | 2 days parking at hotel |
| Integrated Audit | 40626 | | 65 | | | Taxes related to above 3 night stay |
| Integrated Audit | 40626 | | | 18 | | 3 complete days of tolls, hotel and airport porter tipping related to above travel |
| Integrated Audit | 40626 | 60 | | | | 3 days of parking at Tampa airport while traveling out of town on client business |
| Integrated Audit | 40623 | | | | 24 | Lunch for myself while traveling out of town on client business |
| Integrated Audit | 40624 | | | | 25 | Lunch for myself while traveling out of town on client business |
| Integrated Audit | 40625 | | | | 12.31 | Lunch for myself while traveling out of town on client business |
| Integrated Audit | 40623 | | | | 50 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40624 | | | | 48 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40625 | | | | 50 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40624 | | | | 12 | Breakfast while traveling out of town on client business |
| Integrated Audit | 40625 | | | | 14 | Breakfast while traveling out of town on client business |
| Integrated Audit | 40651 | 302.4 | | | | Roundtrip airline travel to/from Tampa/Ft Lauderdale - Provision review at client site |
| Integrated Audit | 40654 | 237.89 | | | | Avis car rental for the period of 4/18 through 4/21 - Provision review at client site |
| Integrated Audit | 40654 | | 604 | | | 3 nights hotel stay at Renaissance Boca Raton – Provision review at client site |
| Integrated Audit | 40654 | | 65.67 | | | Taxes related to above 3 nights stay |
| Integrated Audit | 40654 | | | 30 | | 4 complete days of tolls, hotel and airport porter tipping related to above travel |
| Integrated Audit | 40654 | 80 | | | | 4 days of parking at Tampa airport while traveling out of town on client business |
| Integrated Audit | 40651 | | | | 21.92 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40652 | | | | 11.61 | Lunch for myself while traveling out of town on client business |
| Integrated Audit | 40653 | | | | 40.62 | Dinner for myself while traveling out of town on client business |
| Integrated Audit | 40654 | | | | 61.36 | Lunch with engagement team while traveling out of town on business. Included: myself, E.Sama & V.Flores (all PwC) |
| Integrated Audit | 40654 | | | | 11.61 | Lunch for myself while traveling out of town on client business |
| Integrated Audit | 40654 | | | | 23.4 | Dinner for myself while traveling out of town on client business |
| Justin Bray | | | | | | |
| Integrated Audit | 40665 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40667 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40668 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40673 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Integrated Audit | 40680 | 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |

| Name | Type | ID | Amount | Description |
|---|---|---|---|---|
| Pavel Katsiak | Integrated Audit | 40694 | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40665 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40666 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40667 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40668 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40669 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40672 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40674 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40675 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40676 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40679 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40680 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40646 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40647 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40683 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40686 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40687 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40688 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 40694 | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| Kathleen Bradley | Integrated Audit | 40665 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40666 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40667 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40668 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40669 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40672 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40673 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40674 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40675 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40676 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40679 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40680 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40683 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40686 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40687 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40688 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40689 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40690 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 40694 | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Jamie Kunkel | Integrated Audit | 40665 | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| | Integrated Audit | 40666 | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| | Integrated Audit | 40667 | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| | Integrated Audit | 40668 | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| | Integrated Audit | 40669 | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| Phill Crosby | Integrated Audit | 40681 | 42.84 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.51 per mile). |

Summary

| | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 5321.29 | 3078.34 | 1477.12 | 60 | 705.83 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | 40666 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 40667 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 40668 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 40676 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 40686 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 40688 | Audit Partner | 35.7 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Dave Sands | 40686 | Audit Director | 35.7 | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| | 40681 | Audit Director | 35.7 | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| Jody Underhill | 40618 | Tax Director | 122.28 | Avis rental car for business travel to/from client site in Columbia, MD - Process Improvement Project |
| | 40618 | Tax Director | 550.4 | Roundtrip airline travel to/from Tampa/Baltimore, MD - Process Improvement Project at client site |
| | 40618 | Tax Director | 143.65 | 1 night hotel stay at Sheraton Columbia, MD - Process Improvement Project at client site |
| | 40618 | Tax Director | 15.8 | Taxes related to above 1 night stay |
| | 40618 | Tax Director | 12 | 2 complete days of tolls, hotel and airport porter tipping related to above travel |
| | 40618 | Tax Director | 40 | 2 days of parking at Tampa airport while traveling out of town on client business |
| | 40617 | Tax Director | 250 | Dinner for myself & WRG attendees: D.Libow, G.Hurwitz, J.Agresti & A.Clark (All Grace) |
| | 40618 | Tax Director | 50 | Dinner for myself while traveling out of town on client business |
| | 40626 | Tax Director | 335.05 | Airline & travel to/from Tampa/Fort Lauderdale - Process Improvement Project at client site |
| | 40626 | Tax Director | 167.88 | Rental car for 3 days while traveling on client business |
| | 40626 | Tax Director | 557 | 3 nights hotel stay at Renaissance Fort Lauderdale - Process Improvement Project at client site |
| | 40626 | Tax Director | 26 | 2 days parking at hotel |
| | 40626 | Tax Director | 65 | Taxes related to above 3 night stay |
| | 40626 | Tax Director | 18 | 3 complete days of tolls, hotel and airport porter tipping related to above travel |
| | 40626 | Tax Director | 60 | 3 days of parking at Tampa airport while traveling out of town on client business |
| | 40623 | Tax Director | 24 | Lunch for myself while traveling out of town on client business |
| | 40624 | Tax Director | 25 | Lunch for myself while traveling out of town on client business |
| | 40625 | Tax Director | 12.31 | Lunch for myself while traveling out of town on client business |
| | 40623 | Tax Director | 50 | Dinner for myself while traveling out of town on client business |
| | 40624 | Tax Director | 48 | Dinner for myself while traveling out of town on client business |
| | 40625 | Tax Director | 50 | Dinner for myself while traveling out of town on client business |
| | 40624 | Tax Director | 12 | Breakfast while traveling out of town on client business |
| | 40625 | Tax Director | 14 | Breakfast while traveling out of town on client business |
| | 40651 | Tax Director | 302.4 | Roundtrip airline travel to/from Tampa/Ft Lauderdale - Provision review at client site |
| | 40654 | Tax Director | 237.89 | Avis car rental for the period of 4/18 through 4/21 - Provision review at client site |
| | 40654 | Tax Director | 604 | 3 nights hotel stay at Renaissance Boca Raton - Provision review at client site |
| | 40654 | Tax Director | 65.67 | Taxes related to above 3 nights stay |
| | 40654 | Tax Director | 30 | 4 complete days of tolls, hotel and airport porter tipping related to above travel |
| | 40654 | Tax Director | 80 | 4 days of parking at Tampa airport while traveling out of town on client business |
| | 40651 | Tax Director | 21.92 | Dinner for myself while traveling out of town on client business |
| | 40652 | Tax Director | 11.61 | Lunch for myself while traveling out of town on client business |
| | 40652 | Tax Director | 40.62 | Dinner for myself while traveling out of town on client business |
| | 40653 | Tax Director | 61.36 | Lunch with engagement team while traveling out of town on business.  Included: myself, E.Sama & V.Flores (all PwC) |
| | 40654 | Tax Director | 11.61 | Lunch for myself while traveling out of town on client business |
| | 40654 | Tax Director | 23.4 | Dinner for myself while traveling out of town on client business |

**Justin Bray**

| | | | |
|---|---|---|---|
| 40665 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| 40667 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| 40668 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| 40673 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| 40680 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| 40694 | Audit Partner | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |

**Pavel Katsiak**

| | | | |
|---|---|---|---|
| 40665 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40666 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40667 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40668 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40669 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40672 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40674 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40675 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40676 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40679 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40680 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40646 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40647 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40683 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40686 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40687 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40688 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| 40694 | Audit Partner | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |

**Kathleen Bradley**

| | | | |
|---|---|---|---|
| 40665 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40666 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40667 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40668 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40669 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40672 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40673 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40674 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40675 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40676 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40679 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40680 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40683 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40686 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40687 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40688 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40689 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40690 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| 40694 | Audit Partner | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |

**Jamie Kunkel**

| | | | |
|---|---|---|---|
| 40665 | Audit Associate | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| 40666 | Audit Associate | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| 40667 | Audit Associate | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| 40668 | Audit Associate | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |
| 40669 | Audit Associate | 17.14 | Mileage in excess of daily commute (33.6 miles in excess *.51 = $17.14) |

**Phill Crosby**

| | | | |
|---|---|---|---|
| 40681 | Audit Partner | 42.84 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0 .51 per mile). |

Total  5321.29