Anne E. Joynt, Esq.
Lipsitz & Ponterio, LLC
135 Delaware Avenue, Fifth Floor
Buffalo, New York 14202
(716) 849-0701
Attorney for Certain Asbestos Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO.,** *et al.* | ) | |
| | ) | |
| | ) | **Bankruptcy No.:** |
| Debtor. | ) | 01-01139 JKF |
| | ) | |
| | ) | |

**AMENDED FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2019 SUPPLEMENTAL STATEMENT OF
MULTIPLE REPRESENTATION BY LIPSITZ &
PONTERIO, LLC**

I, Anne E. Joynt, a representative of Lipsitz & Ponterio, LLC, declare as follows:

1.  I am an associate of the law firm of Lipsitz & Ponterio, LLC (hereinafter the "Firm"). I am a member in good standing of the bar of the state of New York.

2.  I am involved in the Firm's representation of personal injury claimants and I have personal knowledge of the facts set forth herein. I make this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedures (the "Statement").

3.  The Firm is organized under the laws of the state of New York, with its principle office for the practice of law located at 135 Delaware Avenue, Fifth Floor, Buffalo, New York 14202.

4.     As of the dates of this Statement, the Firm represents a number of personal injury claimants (the "Claimants" or individually, a "Claimant") who have been injured by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtor and debtor-in-possession (the "Debtor") and others, and thus hold claims against, inter alia, the Debtor.

5.     Attached as **Exhibit A** is a list of claimants with their name, address, disease and diagnosis date.  The nature of the claim held by each Claimant is a personal injury tort claim, or wrongful death claim or both, for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed or produced by the Debtor and others.

6.     Each Claimant is represented by the Firm under fee agreement.  Attached as **Exhibit B,** please find a sample of our Firm Retainer Agreement. Attached as **Exhibit C** are 25 samples of the general power of attorneys.

7.     The filing of the Firm's Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the Claimants rights to trial by jury in any proceedings and any trial on their claims; (iii) the Claimants rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under any agreements in law or in equity, all of which rights, claims actions, defenses, reclamations, setoffs, and recoupments the Firm's Claimants expressly reserve.

        I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 30th day of June, 2011 at Buffalo, New York.


_____
Anne E. Joynt, Esq.