IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., *et al*, | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered at |
| _____ | : | Case No. 01-01139-JKF |

**NOTICE OF FILING OF RULE 2019 STATEMENT OF REPRESENTATION BY
LIPSITZ & PONTERIO, LLC
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Lipsitz & Ponterio, LLC, in compliance with the October 22, 2004 Order of Court, has filed its Fed.R.Bankr.P. 2019 Statement with the Court, identifying claimants represented by their firm.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD").  Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Dated:  July 18, 2011

STARK & STARK

By: */s/ John R. Weaver, Jr.*
John R. Weaver, Jr., Esquire
Delaware Bar Id #0911
P.O. Box 510
203 West 18th Street
Wilmington, DE  19899
Phone - (302) 428-1077
Fax - (609) 895-7395