UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline: 8/8/11 at 4:00 pm*

**NINETY-NINTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MAY 1, 2011 THROUGH MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2011 through May 31, 2011 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $711.36 |
| Amount of Cash Payment Sought: | $140,711.36 |

This is a _x_ monthly __ interim ___ final application

2600611.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | $-- | $-- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | -- | 35,000.00 |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 140,000.00 | 2,625.52 | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 175,000.00 | 590.30 | 140,000.00 | 590.30 | -- | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 140,000.00 | 1,365.89 | 35,000.00 | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | 140,000.00 | 2,531.48 | 35,000.00 | -- |
| 04/28/11 | 03/01/11 – 03/31/11 | 125,000.00 | 714.49 | 100,000.00 | 714.49 | 25,000.00 | -- |

*2600611.DOC*

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 140,000.00 | 1,130.07 | 35,000.00 | -- |

*2600611.DOC*

# Blackstone Advisory Partners L.P.

July 18, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Advisory Fee for the period of May 1, 2011 through May 31, 2011: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2011:[1]

| | | | | |
|---|---:|---|---|---:|
| Ground Transportation | $ | 579.80 | | |
| Meals | | 106.36 | | |
| Document Production | | 25.20 | | 711.36 |
| **Total Amount Due** | | | $ | **140,711.36** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 58507**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through May 31, 2011
Invoice No. 58507

|  | GL Detail May-11 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | 43.13 | 43.13 |
| Ground Transportation - Local Travel | 39.67 | 39.67 |
| Ground Transportation - Out-of-Town Travel | 78.00 | 78.00 |
| Ground Transportation - Railroad | 419.00 | 419.00 |
| Employee Meals | 106.36 | 106.36 |
| Document Production | 25.20 | 25.20 |
| **Total Expenses** | $ 711.36 | $ 711.36 |
|  |  |  |
| **Ground Transportation** |  | $ 579.80 |
| **Meals** |  | 106.36 |
| **Document Production** |  | 25.20 |
|  |  |  |
| **Total Expenses** |  | $ 711.36 |

W. R. Grace Co.
Detail of Expenses Processed
Through May 31, 2011
Invoice No. 58507

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---:|---:|
| Schlesinger (car home from Blackstone after working late) | 12/13/10 | 43.13 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 43.13 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---:|---:|
| Lambert (taxi to New York Penn Station from home) | 03/30/11 | 10.30 | |
| Lambert (taxi to Blackstone from New York Penn Station) | 03/30/11 | 11.25 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 03/30/11 | 18.12 | |
| | Subtotal - Ground Transportation - Local Travel | | 39.67 |

**Ground Transportation - Out-of-Town Travel**

| | | | |
|---|---|---:|---:|
| Lambert (car to client offices in Columbia, MD from BWI Rail Station in Linthicum, MD) | 03/30/11 | 78.00 | |
| | Subtotal - Ground Transportation - Out-of-Town Travel | | 78.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---:|---:|
| Lambert (travel agency fee for booking of round trip travel to/from Baltimore, MD from/to New York, NY on 03/30/11) | 03/25/11 | 40.00 | |
| Lambert (round trip train travel to/from Baltimore, MD from/to New York, NY) | 03/30/11 | 379.00 | |
| | Subtotal - Ground Transportation - Railroad | | 419.00 |

**Employee Meals**

| | | | |
|---|---|---:|---:|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/25/11 | 15.36 | |
| Lambert (working lunch meal while in Baltimore, MD) | 03/30/11 | 22.00 | |
| O'Connell (working lunch meal while in Baltimore, MD) | 03/30/11 | 22.00 | |
| Schlesinger (working lunch meal while in Baltimore, MD) | 03/30/11 | 22.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 04/27/11 | 25.00 | |
| | Subtotal - Employee Meals | | 106.36 |

**Document Production**

| | | | |
|---|---|---:|---:|
| Lambert (70 color photocopies calculated @ a rate of $0.36 per page) | 05/16/11 | 25.20 | |
| | Subtotal - Document Production | | 25.20 |
| | **Total Expenses** | **$** | **711.36** |

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MAY 1, 2011 THROUGH MAY 31, 2011

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 10.7 |
| Patrick Schumacher | Managing Director | 38.0 |
| Scott Simon | Managing Director | 8.0 |
| Adam Schlesinger | Associate | 14.1 |
| Christopher Yamamoto | Associate | 121.5 |
| Alexander Lambert | Analyst | 17.0 |
| Cathy Gao | Analyst | 85.5 |
| | **Total** | **294.8** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 05/01/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/01/11 | 5.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 05/01/11 | 3.0 | Business Analysis | Project Larch IOI |
| Patrick Schumacher | 05/01/11 | 4.0 | Business Analysis | Review of Project Larch materials |
| Cathy Gao | 05/02/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Cathy Gao | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Christopher Yamamoto | 05/02/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Christopher Yamamoto | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Patrick Schumacher | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Patrick Schumacher | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Scott Simon | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Scott Simon | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Cathy Gao | 05/03/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/03/11 | 2.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/03/11 | 0.5 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 05/03/11 | 0.6 | Business Analysis | Follow-up call with management regarding new business development |
| Patrick Schumacher | 05/03/11 | 2.0 | Business Analysis | Call with management |
| Cathy Gao | 05/05/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/05/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/06/11 | 2.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/06/11 | 2.0 | Business Analysis | New business development |
| Cathy Gao | 05/09/11 | 3.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/09/11 | 3.0 | Business Analysis | New business development |
| Scott Simon | 05/09/11 | 0.5 | Business Analysis | New business development |
| Cathy Gao | 05/10/11 | 5.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/10/11 | 5.0 | Business Analysis | New business development |
| Scott Simon | 05/10/11 | 0.5 | Business Analysis | New business development |
| Cathy Gao | 05/11/11 | 3.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/11/11 | 3.0 | Business Analysis | New business development |
| Patrick Schumacher | 05/11/11 | 2.0 | Business Analysis | New business development |
| Cathy Gao | 05/12/11 | 6.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/12/11 | 8.0 | Business Analysis | New business development |
| Scott Simon | 05/12/11 | 3.0 | Business Analysis | New business development |
| Cathy Gao | 05/13/11 | 1.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/13/11 | 1.0 | Business Analysis | New business development |
| Cathy Gao | 05/14/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/14/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/15/11 | 3.0 | Business Analysis | Various new business analyses |
| Christopher Yamamoto | 05/15/11 | 3.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/16/11 | 0.8 | Business Analysis | Warrant analysis |
| Alexander Lambert | 05/16/11 | 0.8 | Business Analysis | Warrant analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 05/16/11 | 6.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/16/11 | 6.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Adam Schlesinger | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Alexander Lambert | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Alexander Lambert | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Cathy Gao | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/17/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Christopher Yamamoto | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Christopher Yamamoto | 05/17/11 | 3.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/17/11 | 1.0 | Business Analysis | Prepare for meeting with ACC and FCR financial advisors |
| Jamie O'Connell | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Jamie O'Connell | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Jamie O'Connell | 05/17/11 | 0.8 | Business Analysis | Correspondence with management regarding meeting with financial advisors |
| Patrick Schumacher | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Patrick Schumacher | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/18/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/18/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/19/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/19/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/23/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/23/11 | 10.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/24/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/24/11 | 8.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/24/11 | 10.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 05/24/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/25/11 | 3.5 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/25/11 | 10.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/25/11 | 1.0 | Business Analysis | Call and multiple correspondences regarding Project Larch |
| Patrick Schumacher | 05/25/11 | 3.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/26/11 | 0.5 | Business Analysis | Conference call regarding Project Larch |
| Cathy Gao | 05/26/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/26/11 | 10.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/26/11 | 0.5 | Business Analysis | Conference call regarding Project Larch |
| Adam Schlesinger | 05/27/11 | 1.0 | Business Analysis | Conference call regarding Project Larch |
| Cathy Gao | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Christopher Yamamoto | 05/27/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Jamie O'Connell | 05/27/11 | 1.0 | Business Analysis | Conference call regarding Project Larch |
| Patrick Schumacher | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Scott Simon | 05/27/11 | 1.0 | Business Analysis | Call with counsel |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/28/11 | 1.0 | Business Analysis | Review business agreement |
| Jamie O'Connell | 05/28/11 | 0.5 | Business Analysis | Review materials and correspondence related to Project Larch |
| Patrick Schumacher | 05/28/11 | 2.0 | Business Analysis | Calls with financial advisor |
| Jamie O'Connell | 05/30/11 | 0.4 | Business Analysis | Correspondence regarding Project Larch |
| Patrick Schumacher | 05/30/11 | 6.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/31/11 | 0.8 | Business Analysis | Conference calls regarding Project Larch |
| Cathy Gao | 05/31/11 | 6.0 | Business Analysis | Business review |
| Christopher Yamamoto | 05/31/11 | 0.5 | Business Analysis | Call with counsel |
| Christopher Yamamoto | 05/31/11 | 6.0 | Business Analysis | Business review |
| Jamie O'Connell | 05/31/11 | 0.8 | Business Analysis | Conference calls regarding Project Larch |
| Patrick Schumacher | 05/31/11 | 4.0 | Business Analysis | Diligence meeting |
| Scott Simon | 05/31/11 | 0.5 | Business Analysis | Call with counsel |
| | | **267.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/02/11 | 1.0 | Case Administration | Financial analysis related to litigation matter |
| Alexander Lambert | 05/02/11 | 1.0 | Case Administration | Financial analysis related to litigation matter |
| Jamie O'Connell | 05/02/11 | 0.7 | Case Administration | Financial analysis related to litigation matter |
| Adam Schlesinger | 05/04/11 | 0.2 | Case Administration | Call with management and counsel regarding holding company motion |
| Jamie O'Connell | 05/04/11 | 0.2 | Case Administration | Call with management and counsel regarding holding company motion |
| Adam Schlesinger | 05/24/11 | 1.0 | Case Administration | Review draft motion |
| | | **4.1** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2011 THROUGH MAY 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/05/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Alexander Lambert | 05/05/11 | 1.5 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Jamie O'Connell | 05/05/11 | 0.4 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding claims |
| Jamie O'Connell | 05/20/11 | 0.2 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding claims |
| Adam Schlesinger | 05/21/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Adam Schlesinger | 05/23/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Jamie O'Connell | 05/24/11 | 0.1 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| | | **5.2** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2011 THROUGH MAY 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/23/11 | 0.3 | Committee | Call with counsel regarding committee matter |
| Adam Schlesinger | 05/24/11 | 0.8 | Committee | Discuss committee information matter with counsel and management |
| Jamie O'Connell | 05/24/11 | 0.8 | Committee | Discuss committee information matter with counsel and management |
| Adam Schlesinger | 05/26/11 | 0.8 | Committee | Prepare draft presentation for committees |
| | | 2.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Jamie O'Connell | 05/05/11 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 05/06/11 | 1.0 | Corporate Finance | Review SEC filing |
| Adam Schlesinger | 05/12/11 | 1.0 | Corporate Finance | Review Grace materials |
| Alexander Lambert | 05/24/11 | 1.8 | Corporate Finance | Financial model |
| Alexander Lambert | 05/27/11 | 2.2 | Corporate Finance | Financial model |
| Alexander Lambert | 05/30/11 | 2.5 | Corporate Finance | Financial model |
| Alexander Lambert | 05/31/11 | 6.5 | Corporate Finance | Financial model |
|  |  | **15.2** |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/31/11 | 0.5 | Fee Applications | Draft fee application |
| | | 0.5 | | |