IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: August 9, 2011 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR NORTON ROSE OR LLP'S FIFTY-FOURTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# NORTON ROSE

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1093398 |
| Date: | July 11, 2011 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

100035

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose OR LLP / S.E.N.C.R.L., s.r.l.
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrose.com
nortonrose.com

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending June 30, 2011

| | |
|---|---:|
| FEES | $803.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 34.60 |
| NET | $837.60 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $837.60 |
| TOTAL IN US FUNDS | $837.60 |



**Payable upon receipt**

Banking Information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza,
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include Invoice number on transfer order

# NORTON ROSE

W.R. GRACE & CO.                                                                01016442-0001

RE:   Chapter 11 Proceedings, General Matters

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/6/11 | Catherine Ma | Attending to telephone calls with Commercial List regarding filing documents after hours in accordance with Order of Morawetz J. | 0.20 | $32.00 |
| 6/6/11 | Penny Adams | Receiving and reviewing invoice for May 2011. | 0.20 | $42.00 |
| 7/6/11 | Penny Adams | Drafting 53rd Monthly Fee Application. | 0.70 | $147.00 |
| 9/6/11 | Penny Adams | Drafting 53rd Monthly Fee Application (0.80); corresponding with R. Finke regarding same (0.20). | 1.00 | $210.00 |
| 13/6/11 | Penny Adams | Finalizing 53rd Monthly Fee Application (0.50); arranging for service and filing of same (0.30); drafting letter to L. Oberholzer (0.20); corresponding with fee auditor (0.20). | 1.20 | $252.00 |
| 13/6/11 | Teresa Walsh | Reviewing and swearing of 53rd Monthly Fee Application. | 0.20 | $120.00 |
| | | **TOTAL FEES** | | **$803.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 34.60 |
| | $34.60 |

INVOICE: 1093398