UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & COMPANY, et al., ) | Case No. 01-01139 |
| ) | |
| Debtor. ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR DELETION FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance on behalf of Defendant, Gamma Holding NV, and requests that all parties delete him from the service list in this action.

WILKS, LUKOFF & BRACEGIRDLE, LLC

/s/ David E. Wilks
David E. Wilks (No. 2793)
1300 North Grant Avenue, Suite 100
Wilmington, DE 19806
Telephone: (302) 225-0850
Facsimile: (302) 225-0851
*Attorney for Gamma Holding NV*

Dated: July 21, 2011