# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### April 1, 2011, through June 30, 2011

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| 06-01-11 | 27031 | Claim Settlement Notice: *A Consent Agreement and Final Order, issued by the United States Environmental Protection Agency, Region III and agreed to by Grace*, dated April 29, 2011. |
| 06-07-11 | 27049 | Claim Settlement Notice (FOSROC International Limited) |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
|  |  | [none] |