**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related to Docket No. 27166 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 27166

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One Hundred and Twenty-Second Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2011 through May 31, 2011** [Docket No. 27166] (the "Application") filed on June 28, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 18, 2011 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $53,961.20, which represents eighty percent (80%) of the requested compensation of $67,451.50, and one hundred percent (100%) of expenses of $1,350.50 without further order from the court.

Dated: July 25, 2011
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:   (302)-657-4901
Email:   mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*