UNITED STATES BANKRUTPCY COURT
District of Delaware

In re ) Chapter 11
)
Wr Grace , ) Case No. 01-01139
)
) (Jointly Administered)
Debtors. )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Alonso & Carus Iron Works Inc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Alonso & Carus Iron Works Inc
Po Box 566
Catano , Pr , PR 963

New Address
Alonso & Carus Iron Works Inc c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Thursday, June 23, 2011

Respectfully submitted,

Javier Rodriguez
Alonso & Carus Iron Works Inc
Po Box 566
Catano , Pr , PR 963