**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                  )
**In re:**                                                     )      **Chapter 11**
                                                                  )
**W.R. GRACE & CO., et al.,**               )      **Case No. 01-1139 (JKF)**
                                                                  )
                        **Debtors.**                  )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

  Richard H. Wyron, after being duly sworn according to law, deposes and says:

  1. I am a Partner in the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

  2. I have personally performed certain of the legal services rendered by Orrick as counsel to David T. Austern as Asbestos PI Future Claimants' Representative ("FCR") and am familiar with the work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A to Orrick's monthly interim application (the "Application").

  3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Application to be in compliance therewith.

                */S/ RICHARD H. WYRON*
                RICHARD H. WYRON

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 25TH DAY OF JULY, 2011

*/S/ SANDRA DEE WALKER*
Notary Public

My commission expires: 7/14/2013