# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2011



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2011
Client No. 17367
Invoice No. 1317677

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2011 in connection with the matters described on the attached pages: | $ | 265,461.50 |
| DISBURSEMENTS as per attached pages: | | 1,596.62 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **267,058.12** |

Matter(s): 17367/11, 12, 13, 15, 5, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$440,059.05
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Dept 34461*<br>*P.O. Box 39000*<br>*San Francisco, CA 94139*<br>*Reference: 17367/ Invoice: 1317677* | ***ACH& Wire Transfers:***<br>*ABA Number 121000248*<br>***SWIFT CODE:  WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1317677*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo Lockbox*<br>*Attn: Dept 34461*<br>*3440 Walnut Avenue*<br>*Building A, Window H*<br>*Fremont, CA 94538*<br>*(213) 614-3248*<br>*Reference: 17367/ Invoice: 1317677* |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter: 5 - Due Diligence**

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/03/11 | M. Wallace | Review confidentiality agreement and joinder agreement for FCR and correspond with R. Frankel regarding same (1.0); meeting with R. Frankel and R. Wyron regarding same (.2). | 1.20 |
| 06/03/11 | R. Wyron | Review confidentiality agreement on potential acquisition and follow-up (.3); call with J. Radecki and follow-up on e-mail re same (.4); confer with R. Frankel re same (.2). | 0.90 |
| 06/03/11 | R. Frankel | Review draft confidentiality agreement from counsel for Grace (1.2); telephone conferences with D. Austern re same (.4). | 1.60 |
| 06/03/11 | R. Frankel | Confer with R. Wyron, M. Wallace re potential transaction (.8); e-mails with P. Lockwood re same (.3). | 1.10 |
| 06/03/11 | R. Frankel | Review, consider issues in connection with potential acquisition, debt financing by Grace. | 0.60 |
| 06/06/11 | R. Wyron | Review materials for meeting with Lincoln and D. Austern (.6); review confidentiality agreement issues and call with J. Radecki re same (.3). | 0.90 |
| 06/07/11 | R. Wyron | Confer with Lincoln and D. Austern re Grace financial condition, Sealed Air, and Grace proposed acquisition and follow-up. | 1.70 |
| 06/08/11 | M. Wallace | Discuss Sealed Air announcement regarding acquisition and related research/review work with R. Wyron (.5); review Sealed Air settlement agreement and Plan regarding consent or other rights and draft e-mail summarizing same (1.7); research Sealed Air public filings (1.0). | 3.20 |
| 06/08/11 | R. Frankel | Review series of e-mails regarding possible acquisition (.3); telephone conference with R. Wyron regarding same. (.3). | 0.60 |
| 06/09/11 | R. Wyron | Review Project Larch materials to prepare for call on 6/10. | 0.50 |
| 06/10/11 | D. Felder | Telephone conference with Plan Proponents, UCC, and financial advisors regarding proposed acquisition (.6); follow-up telephone conferences with J. Radecki, J. Solganick and R. Wyron and follow-up e-mail correspondence regarding same (.5). | 1.10 |
| 06/10/11 | R. Wyron | Review Blackstone materials (.3); call with Debtors re potential acquisition and follow-up (.9); call with J. Baer re due diligence and e-mails re same (.4). | 1.60 |
| 06/10/11 | R. Frankel | Review presentation re Project Larch. | 0.90 |
| 06/10/11 | R. Frankel | Review series of e-mails re Project Larch process. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

July 15, 2011
Invoice No. 1317677

| 06/13/11 | R. Wyron | Review additional information provided by Debtors on potential acquisition. | 0.70 |
|---|---|---|---|
| 06/15/11 | R. Frankel | Review Project Larch materials and presentation from Company. | 1.80 |
| 06/16/11 | D. Felder | Review Power Point regarding proposed acquisition (.5); telephone conference with Debtors, committees, and financial advisors regarding same (1.0); follow-up call with Lincoln regarding same (.2). | 1.70 |
| 06/16/11 | R. Frankel | Review new presentation from Grace in preparation for conference call. | 0.80 |
| 06/16/11 | R. Frankel | Conference call regarding Project Larch. | 1.00 |
| 06/17/11 | R. Wyron | Review and respond to e-mails re proposed acquisition and follow-up. | 0.30 |
| 06/21/11 | R. Frankel | Review motion to file under seal (.5); confer with R. Wyron re transactions (.2); review motion (under seal) to purchase assets (1.2). | 1.90 |
| 06/22/11 | R. Wyron | Review declarations re new acquisition and follow-up. | 0.60 |
| 06/23/11 | R. Wyron | Call with J. Radecki re issues on potential acquisition and follow-up. | 0.30 |
| 06/23/11 | R. Frankel | Review Project Larch issues with R. Wyron (.4); series of e-mails with J. Radecki, R. Wyron (.3). | 0.70 |
| 06/30/11 | D. Felder | Review Lincoln powerpoint regarding proposed acquisition (.5); telephone conference with Lincoln and D. Austern regarding same and follow-up with R. Frankel and R. Wyron (1.0); review materials and follow-up regarding same (.5); follow-up e-mail correspondence with J. Baer regarding proposed acquisition (.2). | 2.20 |
| 06/30/11 | R. Wyron | Review materials from Lincoln (.7); call with D. Austern and Lincoln re due diligence to date on potential acquisition (.8); call to PD FCR and follow-up (.2); review and respond to e-mails re timing (.3). | 2.00 |
| 06/30/11 | R. Frankel | Review declarations re Project Larch. | 1.10 |
| 06/30/11 | R. Frankel | Review presentation from Lincoln in preparation for conference call. | 0.90 |
| 06/30/11 | R. Frankel | Telephone conference with Lincoln, D. Austern, R. Wyron, D. Felder re due diligence on Project Larch. | 1.10 |

Total Hours        33.40

Total For Services       $28,706.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

July 15, 2011
Invoice No. 1317677

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.00 | 645.00 | 3,225.00 |
| Roger Frankel | 14.50 | 985.00 | 14,282.50 |
| Mary A. Wallace | 4.40 | 710.00 | 3,124.00 |
| Richard H. Wyron | 9.50 | 850.00 | 8,075.00 |
| Total All Timekeepers | 33.40 | $859.48 | $28,706.50 |

**Total For This Matter**                                    **$28,706.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/01/11 | P. Mahaley | Finalize confidential mediation statement and exhibits for submission to mediator in connection with appeal of approval of insurance settlement. | 1.50 |
| 06/02/11 | P. Mahaley | Finalize confidential mediation statement and attachments re appeal of approval of insurance settlement for submission to mediator. | 2.50 |
| 06/09/11 | P. Mahaley | Participate in court-ordered mediation of appeal of approval of insurance settlement agreement. | 3.50 |
| 06/13/11 | P. Mahaley | Review and revise draft reply brief re Integrity proof of claim. | 0.90 |

Total Hours      8.40

Total For Services      $5,460.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Peri  N. Mahaley | 8.40 | 650.00 | 5,460.00 |
| Total All Timekeepers | 8.40 | $650.00 | $5,460.00 |

Disbursements
| | |
|---|---|
| Express Delivery | 10.48 |
| Local Taxi Expense | 12.00 |
| Out of Town Business Meals | 13.27 |
| Parking Expense | 20.00 |
| Telephone | 0.00 |
| Travel Expense, Local | 195.00 |

Total  Disbursements      $250.75

**Total For This Matter**      **$5,710.75**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 05/17/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/23/11 | D. Fullem | Review e-mail from R. Frankel re case law research. | 0.10 |
| 05/23/11 | D. Fullem | Review confirmation appeal docket re status. | 0.20 |
| 06/01/11 | D. Huynh | Research and correspondence with D. Felder regarding results of research. | 1.50 |
| 06/01/11 | R. Wyron | Review and respond to e-mails re CNA settlement mediation statement (.3); review and respond to issues and follow-up on briefs (.2); confer with R. Frankel re settlement strategy and follow-up (.4). | 0.90 |
| 06/01/11 | R. Frankel | Review Reply Brief (1.0); begin to prepare notes re argument (.7). | 1.70 |
| 06/01/11 | R. Frankel | Telephone conference with R. Wyron re possible structure for global settlement. | 0.60 |
| 06/02/11 | D. Felder | Review appellee briefs filed by Arrowood and MCC. | 2.00 |
| 06/02/11 | R. Frankel | Prepare notes, consider structure for global settlement. | 0.90 |
| 06/02/11 | R. Frankel | Read brief of MCC (.5); series of e-mails re same (.2). | 0.70 |
| 06/02/11 | R. Frankel | Review PD FCR brief. | 0.80 |
| 06/03/11 | D. Felder | Conference with R. Frankel regarding oral argument preparation (.3); follow-up regarding same (.9); review local rules regarding oral argument (.2); review e-mail correspondence regarding confidentiality agreement (.1). | 1.50 |
| 06/03/11 | R. Wyron | Review and respond to e-mails re strategy on briefing and arguments (.6); review CNA mediation issues (.3). | 0.90 |
| 06/03/11 | R. Frankel | Exchange e-mails with J. Donley re weekly calls, agenda, issues re argument. | 0.30 |
| 06/03/11 | R. Frankel | Confer with D. Felder re appeal issues (.4); review, consider memo re issues on appeal (.4). | 0.80 |
| 06/06/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/06/11 | D. Felder | E-mail correspondence from R. Frankel regarding appellants' briefs and follow-up regarding same. | 0.50 |
| 06/06/11 | R. Wyron | Review mediation materials (.4). | 0.40 |
| 06/06/11 | R. Frankel | Review briefs in preparation for oral argument. | 1.60 |
| 06/06/11 | R. Frankel | Prepare notes re weekly call, open issues re oral argument. | 1.20 |
| 06/07/11 | D. Fullem | Review latest notices of address change; confirm master service list; e-mail to H. Quinn regarding same. | 0.30 |
| 06/07/11 | D. Fullem | Review recent docket updates regarding settlements. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    July 15, 2011
17367                                                              Invoice No. 1317677
page 7

| 06/07/11 | D. Felder | Telephone conference with Plan Proponents regarding strategy and oral argument (.5); e-mail correspondence with J. Biggs regarding confidentiality issues (.1). | 0.60 |
|---|---|---|---|
| 06/07/11 | R. Wyron | Call with Plan Proponents re oral arguments (.6); review issues re CNA mediation (.3); begin review of argument issues (.8). | 1.70 |
| 06/07/11 | R. Frankel | Telephone conference with J. Donley regarding oral argument prep (.3); review files, notes regarding same (.3). | 0.60 |
| 06/07/11 | R. Frankel | Telephone conference with appellee team regarding oral argument, prepare for same (.6); notes regarding call (.2). | 0.80 |
| 06/07/11 | R. Frankel | Confer with Lincoln, D. Austern regarding financial update, emergence issues (2.2); prepare notes regarding same (.3). | 2.50 |
| 06/07/11 | R. Frankel | Telephone conference with P. Lockwood regarding emergence issues (.3); review with R. Wyron (.1). | 0.40 |
| 06/07/11 | R. Frankel | Review reply briefs, appellant brief in preparation for oral argument. | 1.60 |
| 06/08/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/08/11 | D. Felder | Review notices of settlement (.5); e-mail correspondence with M. Wallace regarding plan (.1); telephone conference with J. Radecki and J. Solganick regarding update (.1); follow-up regarding same (.2); review Libby Claimants' motion for leave to reply and objection to Debtors' consolidated briefing (.5); review Plan Proponents' response (.3); review Garlock's motion for leave to reply (.5); e-mail correspondence with R. Frankel regarding oral argument preparation and begin review of same (.9); e-mail correspondence with J. Biggs regarding confidentiality issues (.2). | 3.30 |
| 06/08/11 | R. Wyron | Prepare for CNA mediation (.4); call with M. Giannotto (.3); confer with P. Mahaley and follow-up (.4); review Libby motion and draft response, and follow-up (.5); review Garlock motion and e-mail re same (.2); confer with M. Wallace re Sealed Air (.2). | 2.00 |
| 06/08/11 | R. Frankel | Begin outline of notes for oral argument before the USDC. | 1.80 |
| 06/08/11 | R. Frankel | Review motion of Libby to strike and for leave to reply (.3); review draft response from J. Donley (.3); review series of e-mails regarding same (.3). | 0.90 |
| 06/08/11 | R. Frankel | Review Reply Brief from Garlock. | 1.60 |
| 06/09/11 | D. Felder | Review confirmation appeal briefs and begin preparing oral argument outlines (6.0); review Libby's response regarding reply brief (.1). | 6.10 |
| 06/09/11 | R. Wyron | Attend mediation appeal (3.6); confer with P. Mahaley, J. Aldock and M. Giannotto (.5); confer with P. Mahaley and L. Esayian (.3); call with R. Frankel re strategy (.2). | 4.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 15, 2011
17367                                                                            Invoice No. 1317677
page 8

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/09/11 | R. Frankel | Telephone conferences with R. Wyron re mediation session in DE, settlement issues. | 0.50 |
| 06/09/11 | R. Frankel | Review 524(g) in preparation for argument (.8); prepare notes for argument (.6). | 1.40 |
| 06/09/11 | R. Frankel | Review as-filed Response to Libby objection to consolidated briefing (.3); e-mails re same (.3). | 0.60 |
| 06/10/11 | D. Felder | Review confirmation briefs filed by appellants and appellees and continue work on oral argument outline (6.0). | 6.00 |
| 06/10/11 | R. Wyron | Follow-up on CNA appeal mediation and briefing schedule, and respond to e-mails re same (.8); begin work on confirmation argument outline (.9). | 1.70 |
| 06/10/11 | R. Frankel | Review briefs, prepare notes for oral argument. | 3.60 |
| 06/11/11 | D. Felder | Continue work on oral argument outline. | 0.80 |
| 06/13/11 | D. Felder | Continue work on oral argument outline and review briefs regarding same. | 2.50 |
| 06/13/11 | R. Wyron | Review argument outline and notes re same (1.2); confer with P. Mahaley re CNA appeal briefing and follow-up e-mails re same (.6). | 1.80 |
| 06/13/11 | R. Frankel | Prepare further notes for oral argument (2.0), review briefs re same (.3). | 2.30 |
| 06/14/11 | D. Felder | Review document regarding potential acquisition (.5); telephone conference with Plan Proponents regarding oral argument preparation (.7); review D. Austern's confirmation hearing testimony (1.0). | 2.20 |
| 06/14/11 | R. Wyron | Continue work on argument outline (.7); respond to e-mails re same (.2); call with Plan Proponents re strategy (.7). | 1.60 |
| 06/14/11 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron in preparation for oral argument (.8); notes re same (.6). | 1.40 |
| 06/14/11 | R. Frankel | Review briefs, opinion in preparation for oral argument. | 1.20 |
| 06/15/11 | D. Felder | Review scheduling issues regarding CNA appeal (.3); review recently filed pleadings and e-mail correspondence regarding same (.4). | 0.70 |
| 06/15/11 | R. Wyron | Revise argument outline (2.2); review record on appeal (.6); review e-mails re briefing CNA appeal and respond (.3). | 3.10 |
| 06/15/11 | R. Frankel | Review outline of argument from D. Felder (.7); prepare notes re argument (.8). | 1.50 |
| 06/15/11 | R. Frankel | Review UCC, bank lenders' reply brief and related motion. | 1.40 |
| 06/16/11 | D. Felder | Review Bank Lenders' motion for leave to file reply and attached reply (1.0); review Debtors' opposition (.2); review appellants' briefs regarding oral argument preparation and e-mail correspondence with R. Frankel regarding same (.5); review recently filed District Court filings and e-mail correspondence regarding same (1.0). | 2.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

July 15, 2011
Invoice No. 1317677

| Date | Person | Description | Hours |
|---|---|---|---|
| 06/16/11 | R. Wyron | Review draft reply (.2); review e-mails re reply briefs and respond (.3); review argument issues and follow-up (.6); begin review of appellants' reply briefs (.8). | 1.90 |
| 06/16/11 | R. Frankel | Telephone conference with D. Austern regarding status, settlement discussions (.3); notes regarding same (.1). | 0.40 |
| 06/16/11 | R. Frankel | Confer with R. Wyron regarding oral argument and prepare for same. | 0.30 |
| 06/16/11 | R. Frankel | Review Garlock briefs (.5); prepare notes for oral argument (.5); review related transcripts (.8). | 1.80 |
| 06/16/11 | R. Frankel | Exchange series of e-mails regarding BNSF request to file Reply Brief. | 0.50 |
| 06/16/11 | R. Frankel | Review draft objection to Lenders' Motion, e-mails regarding same. | 0.40 |
| 06/17/11 | D. Felder | Review BNSF's reply brief and other recently filed motions and briefs (1.5); review PCC decision regarding confirmation issues related to Grace (1.0). | 2.50 |
| 06/17/11 | R. Wyron | Continue review of appeal briefs, including replies (1.3); prepare for meetings re oral argument (.8); review and respond to e-mails re CNA appeal and follow up (.4). | 2.50 |
| 06/17/11 | R. Frankel | Review BNSF Reply (.7); prepare notes re same for argument (.4). | 1.10 |
| 06/17/11 | R. Frankel | Review, consider all reply briefs in context of argument. | 2.40 |
| 06/17/11 | R. Frankel | Review Judge Fitzgerald confirmation opinion in PCC (1.0); prepare notes re same (.3). | 1.30 |
| 06/20/11 | D. Fullem | Review e-mail from R. Frankel regarding confirmation appeal filing and review notice of supplemental authority and exhibit. | 0.30 |
| 06/20/11 | D. Felder | E-mail correspondence regarding oral argument issues (.2); review reply briefs filed by BNSF and Garlock (1.6). | 1.80 |
| 06/20/11 | R. Wyron | Review draft motion re CNA appeal (.2); call with P. Mahaley and follow-up (.2). | 0.40 |
| 06/20/11 | R. Frankel | Review series of e-mails and opinion in PCC (1.2); telephone conference with D. Austern re same (.1). | 1.30 |
| 06/20/11 | R. Frankel | Prepare detailed outline of oral argument. | 4.70 |
| 06/21/11 | D. Felder | Review docket regarding Libby's reply brief (.1); review e-mail correspondence regarding potential acquisition and related filings (.4). | 0.50 |
| 06/21/11 | R. Wyron | Review reply briefs for 6/22 meeting (2.1); organize and revise notes for 6/22 discussion (.9); review sealing motion re issues (.3); review issues on acquisition motion (.2); review CNA settlement appeal briefing motion and follow-up (.3). | 3.80 |
| 06/21/11 | R. Frankel | Review new filing by Bank Lenders citing Gropper ruling in General Growth. | 1.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

July 15, 2011
Invoice No. 1317677

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/21/11 | R. Frankel | Review with R. Wyron issues re oral argument; prepare notes re oral argument issues in preparation for meeting with Plan Proponents. | 2.80 |
| 06/21/11 | R. Frankel | Confer with R. Wyron re issues in connection with oral argument. | 0.70 |
| 06/22/11 | D. Felder | Review Debtors' motion to approve consent decree regarding Blackburn & Union Privileges Superfund Site (.5); review Debtors' motion to approve acquisition and motion to file under seal (1.0); conference with R. Frankel and R. Wyron regarding oral argument preparation (.8); follow-up regarding same (1.0); review Libby reply brief, appellees' main brief and research issues regarding same (3.0); review case law and prepare oral argument outline (1.0). | 7.30 |
| 06/22/11 | R. Wyron | Review Libby reply brief (.8); attend strategy session with counsel for Debtors and ACC, and follow-up (5.6); begin outline of response to Libby (.9). | 7.30 |
| 06/22/11 | R. Frankel | Review Libby Reply brief (.9); prepare notes re same (.3). | 1.20 |
| 06/22/11 | R. Frankel | Confer with Kirkland team, Caplin team, R. Wyron at K&E in preparation for oral argument. | 5.30 |
| 06/22/11 | R. Frankel | Confer with D. Felder, R. Wyron re preparation for oral argument. | 0.90 |
| 06/22/11 | R. Frankel | Review confirmation briefs re non-products insurance issues. | 1.30 |
| 06/23/11 | D. Felder | Conference with R. Frankel regarding oral argument preparation (.1); review briefs and prepare oral argument outline (7.0); telephone conference with CNA regarding oral argument strategy and follow-up with R. Frankel and R. Wyron regarding same (.5). | 7.60 |
| 06/23/11 | R. Wyron | Continue to work on outline for oral argument (1.1); respond to e-mails re hearing issues (.4); call with CNA counsel and follow-up (.6). | 2.10 |
| 06/23/11 | R. Frankel | Review outline of 524(g) argument. | 0.80 |
| 06/23/11 | R. Frankel | Review cases cited in Libby reply brief. | 3.20 |
| 06/23/11 | R. Frankel | Review, edit outlines for oral argument. | 0.80 |
| 06/23/11 | R. Frankel | Review prior briefs on non-products issues, K&E memo re same. | 2.80 |
| 06/24/11 | D. Fullem | Review confirmation appeal docket updates. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

July 15, 2011
Invoice No. 1317677

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/24/11 | D. Felder | Review ACC's draft response to Garlock's standing objection and BNSF's reply (1.5); review joinders by Montana and Crown to BNSF's reply brief and e-mail correspondence regarding same (.2); continue work on outline regarding oral argument and review case law regarding same (5.5); e-mail correspondence with Plan Proponents regarding same (.3). | 7.50 |
| 06/24/11 | R. Wyron | Review Libby reply re CNA (.8); review previous pleadings and organize outline (1.1); review argument outline (.6); review cases cited by Libby (.6); review Arrowood and Travelers pleadings re Libby arguments (.7). | 3.80 |
| 06/24/11 | R. Frankel | Prepare outline for oral argument, review cases, review briefs (confirmation and appeal). | 8.50 |
| 06/24/11 | R. Frankel | Confer with D. Felder (at various times) re preparation for oral argument. | 0.60 |
| 06/24/11 | R. Frankel | Review and respond to e-mails re argument, other portions of argument. | 0.70 |
| 06/25/11 | R. Frankel | Review outline of oral argument, edit same. | 1.30 |
| 06/25/11 | R. Frankel | Review argument outlines from Caplin & Drysdale. | 1.80 |
| 06/26/11 | R. Frankel | Review outlines in preparation for oral argument. | 0.90 |
| 06/27/11 | J. McLune | Research legislative history for R. Wyron. | 1.00 |
| 06/27/11 | D. Fullem | Review docket updates in confirmation appeal at District Court with D. Felder and T. Birdsell; review and respond to R. Wyron. | 0.50 |
| 06/27/11 | D. Felder | Review and revise oral argument outlines and research regarding same (5.0); conferences with R. Frankel and R. Wyron regarding same (.5); telephone conference with Plan Proponents' regarding same and follow-up (.8). | 6.30 |
| 06/27/11 | R. Wyron | Review cases and issues re Libby arguments (2.4); review outline from Caplin (1.8); confer with R. Frankel and D. Felder re strategy and follow-up (.6); call with Plan Proponents and follow-up (.8); review latest decisions on Libby issues (.7). | 6.30 |
| 06/27/11 | R. Frankel | Review cases, briefs in preparation for oral argument. | 7.80 |
| 06/27/11 | R. Frankel | Confer with R. Wyron, D. Felder in preparation for hearing. | 0.60 |
| 06/27/11 | R. Frankel | Telephone conference with Plan Proponents in preparation for oral argument. | 0.80 |
| 06/28/11 | D. Fullem | Review latest docket updates in confirmation appeal at District Court. | 0.20 |
| 06/28/11 | D. Felder | Conference with Plan Proponents' regarding oral argument preparation (1.5); attend District Court oral argument (6.0). | 7.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

July 15, 2011
Invoice No. 1317677

| 06/28/11 | R. Wyron | Prepare for oral argument (.8); revise argument outline (.4); confer with counsel for Plan Proponents re strategy (1.7); attend oral argument (5.8); confer with CNA counsel re resolution issues (.4). | 9.10 |
|---|---|---|---|
| 06/28/11 | R. Frankel | Review files in preparation for USDC oral argument (1.6); notes re oral argument (1.2). | 2.80 |
| 06/28/11 | R. Frankel | Attend meeting with K&E, Caplin in preparation for oral argument. | 1.50 |
| 06/28/11 | R. Frankel | Participate in oral argument before Judge Buckwalter. | 6.10 |
| 06/29/11 | D. Fullem | Review recently filed pleadings in confirmation appeal. | 0.20 |
| 06/29/11 | R. Wyron | Confer with R. Frankel and P. Lockwood re strategy and follow-up (.7); attend oral argument re confirmation (4.6); confer re follow-up issues (.3). | 5.60 |
| 06/29/11 | R. Frankel | Review notes from arguments and Reply Briefs in preparation for rebuttal during travel (2.1); preparation of notes during travel (.8). | 2.90 |
| 06/29/11 | R. Frankel | Attend oral argument before Judge Buckwalter. | 5.20 |
| 06/30/11 | D. Fullem | Review recently filed pleadings in confirmation appeal. | 0.20 |
| 06/30/11 | D. Felder | Conference with R. Wyron regarding confirmation appeal hearing update (.2). | 0.20 |
| 06/30/11 | R. Wyron | Confer with D. Felder re strategy and follow-up (.4); review and respond to e-mails re pending matters (.2). | 0.60 |
| 06/30/11 | R. Frankel | Telephone conference with D. Austern re oral argument before Judge Buckwalter. | 0.30 |
| 06/30/11 | R. Frankel | Review notes from oral argument (.7); confer with R. Wyron re affirmation order (.2). | 0.90 |

Total Hours 248.50
Total For Services $208,612.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 70.10 | 645.00 | 45,214.50 |
| Roger Frankel | 110.80 | 985.00 | 109,138.00 |
| Debra O. Fullem | 3.00 | 265.00 | 795.00 |
| Dao Huynh | 1.50 | 330.00 | 495.00 |
| Jennifer L. McLune | 1.00 | 185.00 | 185.00 |
| Richard H. Wyron | 62.10 | 850.00 | 52,785.00 |
| Total All Timekeepers | 248.50 | $839.49 | $208,612.50 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

July 15, 2011
Invoice No. 1317677

| | | |
|---|---|---|
| Document Reproduction | 90.40 | |
| Express Delivery | 32.96 | |
| Local Taxi Expense | 51.77 | |
| Local Tolls | 18.45 | |
| Parking Expense | 10.00 | |
| Telephone | 0.00 | |
| Travel Expense, Local | 116.28 | |
| Westlaw Research | 712.97 | |
| Total  Disbursements | | $1,032.83 |

**Total For This Matter**          **$209,645.33**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/17/11 | D. Fullem | Coordinate filing and serving of Lincoln's quarterly fee application for January-March 2011. | 0.50 |
| 06/23/11 | D. Fullem | Review proposed order and exhibit with respect to quarterly fee applications for the Oct-Dec 2010 time period; e-mail to L. Oberholzer re same. | 0.30 |
| 06/29/11 | D. Felder | Review Fee Auditor's final reports. | 0.20 |

Total Hours                           1.00
Total For Services                                   $341.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 |
| Debra O. Fullem | 0.80 | 265.00 | 212.00 |
| Total All Timekeepers | 1.00 | $341.00 | $341.00 |

**Total For This Matter**                              **$341.00**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/01/11 | D. Fullem | Review response from M. Coyne regarding results of conflict update; follow-up on same; update R. Frankel's supplemental declaration. | 1.00 |
| 06/01/11 | D. Felder | Review revisions to supplemental disclosure. | 0.10 |
| 06/01/11 | R. Frankel | Review draft 15th disclosure (.3); review ethical wall memo (.3). | 0.60 |
| 06/02/11 | D. Fullem | Review and follow-up on conflict research results. | 0.80 |
| 06/02/11 | D. Fullem | Prepare final draft of R. Frankel's supplemental declaration; circulate for review/comment. | 0.90 |
| 06/02/11 | R. Frankel | Review revised 15th Declaration. | 0.30 |
| 06/03/11 | D. Fullem | E-mail to R. Wyron regarding follow-up on R. Frankel disclosure status/filing. | 0.20 |
| 06/06/11 | D. Fullem | Review e-mail from R. Wyron regarding comments to R. Frankel supplemental declaration; prepare response to R. Wyron. | 1.00 |
| 06/07/11 | D. Fullem | Review and respond to e-mail from R. Wyron regarding R. Frankel 15th supplemental declaration (.2); research re same (.4); prepare e-mail to update R. Wyron (.1); prepare revised 15th supplemental declaration (.4); coordinate filing and serving same (.2). | 1.30 |
| 06/08/11 | D. Fullem | Review and respond to e-mail from C. Hartman regarding filing of R. Frankel's 15th supplemental declaration. | 0.20 |
| 06/15/11 | D. Fullem | Review e-mail from R. Wyron and related e-mails re disclosure issues. | 0.30 |
| 06/15/11 | R. Wyron | Review reports from updated disclosures and follow-up. | 0.60 |
| 06/16/11 | D. Fullem | Review e-mail from R. Wyron regarding disclosure issues. | 0.20 |
| 06/16/11 | D. Fullem | Review parties list and e-mail to R. Wyron and R. Frankel re potential disclosure issues. | 0.20 |

Total Hours                7.70
Total For Services                              $3,077.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

July 15, 2011
Invoice No. 1317677

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 645.00 | 64.50 |
| Roger Frankel | 0.90 | 985.00 | 886.50 |
| Debra O. Fullem | 6.10 | 265.00 | 1,616.50 |
| Richard H. Wyron | 0.60 | 850.00 | 510.00 |
| Total All Timekeepers | 7.70 | $399.68 | $3,077.50 |

Disbursements
Document Reproduction                        78.80
Postage                                             233.04
Total Disbursements                 $311.84

**Total For This Matter**                    $3,389.34



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/17/11 | D. Fullem | Check on status of April invoice; update R. Wyron re same. | 0.20 |
| 05/17/11 | D. Fullem | Coordinate filing/serving of Orrick's quarterly fee application for the January-March 2011 time period. | 0.50 |
| 05/17/11 | D. Fullem | Coordinate filing/serving of CNO for March fee application. | 0.20 |
| 05/20/11 | D. Fullem | Prepare draft of April fee application; send to R. Wyron and D. Felder for review/comment. | 1.00 |
| 05/20/11 | D. Fullem | Update fee/expense charts; circulate to R. Wyron and R. Frankel. | 0.30 |
| 05/23/11 | D. Fullem | Follow-up with A. Lopez at Fee Auditor office regarding January fee application; e-mail to A. Lopez. | 0.20 |
| 06/03/11 | D. Fullem | Review May prebill. | 1.00 |
| 06/03/11 | D. Felder | Review May prebill. | 1.00 |
| 06/08/11 | R. Wyron | Review May prebill and follow-up. | 0.40 |
| 06/09/11 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense detail for January-March 2011 time period. | 0.20 |
| 06/09/11 | D. Fullem | Prepare e-mail to B. Hinton regarding expense detail for January-March 2011 time period. | 0.10 |
| 06/10/11 | D. Fullem | Review excel spreadsheet of expense detail for January, February and March 2011; revise same; e-mail to B. Ruhlander as requested. | 0.90 |
| 06/13/11 | D. Fullem | Review latest fee application filings and status of payments. | 0.30 |
| 06/14/11 | D. Fullem | Review D. Felder's insert for our response to Fee Auditor. | 0.50 |
| 06/14/11 | D. Fullem | Research expense items as set forth in Fee Auditor's initial report for our Oct-Dec 2010 quarterly fee application (.8); begin draft response to initial report (.6). | 1.40 |
| 06/14/11 | D. Fullem | Review e-mail from B. Ruhlander along with Fee Auditor's initial report relating to Orrick's Oct-Dec 2010 quarterly fee application. | 0.40 |
| 06/14/11 | D. Felder | Review Fee Auditor's initial report regarding Jan-March 2011 interim fee application (.2); review hearing transcripts and agendas regarding participation of attorneys at hearings and prepare response regarding same (2.0). | 2.20 |
| 06/14/11 | R. Wyron | Review Fee Auditor's report and follow-up. | 0.30 |
| 06/15/11 | D. Felder | Review and revise response to Fee Auditor's initial report and conference with R. Wyron regarding same. | 1.00 |
| 06/15/11 | R. Wyron | Review and revise response to Fee Auditor's inquiry. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

July 15, 2011
Invoice No. 1317677

| 06/16/11 | D. Fullem | Prepare CNO for April fee application; coordinate signature by D. Felder; filing and serving of same. | 0.50 |
|---|---|---|---|
| 06/16/11 | D. Fullem | Review e-mail from D. Felder and R. Wyron re reply to Fee Auditor's initial report; revise same and circulate for final review. | 0.80 |
| 06/16/11 | D. Fullem | Review payment information in Grace for March invoice; update fee/expense chart and circulate. | 0.50 |
| 06/16/11 | D. Felder | Review CNO for April fee application (.1); review draft response to Fee Auditor's initial report (.3). | 0.40 |
| 06/17/11 | D. Fullem | Complete final draft of reply to Fee Auditor initial report for Orrick's Jan-Mar 2011 quarterly fee application. | 1.00 |
| 06/17/11 | D. Felder | Review and revise response to Fee Auditor's initial report and e-mail correspondence regarding same. | 0.40 |
| 06/17/11 | R. Wyron | Review and revise response to Fee Auditor inquiry and finalize. | 0.60 |
| 06/20/11 | D. Fullem | Review reply to fee auditor's initial report on our Oct-Dec 2010 quarterly; finalize; prepare e-mail to B. Ruhlander forwarding reply. | 0.70 |
| 06/20/11 | R. Wyron | Finalize response to Fee Auditor and follow-up. | 0.20 |
| 06/21/11 | D. Fullem | Prepare draft of Orrick's May fee application. | 1.00 |
| 06/22/11 | D. Felder | Review May fee application and e-mail correspondence to D. Fullem regarding same. | 0.30 |
| 06/23/11 | D. Fullem | Review e-mail from D. Felder; prepare revisions to May fee application. | 0.50 |
| 06/23/11 | R. Wyron | Review monthly fee application and follow-up. | 0.40 |
| 06/27/11 | D. Fullem | File May fee application; send copies to fee examiner by mail of April and May fee applications. | 1.00 |
| 06/27/11 | R. Wyron | Review May fee application. | 0.20 |
| 06/30/11 | D. Fullem | Review e-mail from R. Wyron and accounting regarding latest payment; update fee/expense charts and circulate. | 0.50 |
| 06/30/11 | D. Fullem | Review Order entered by Court regarding Oct-Dec 2010 quarterly fee application. | 0.10 |

Total Hours                21.50
Total For Services                              $9,115.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.30 | 645.00 | 3,418.50 |
| Debra O. Fullem | 13.80 | 265.00 | 3,657.00 |
| Richard H. Wyron | 2.40 | 850.00 | 2,040.00 |
| Total All Timekeepers | 21.50 | $423.98 | $9,115.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

July 15, 2011
Invoice No. 1317677

Disbursements
    Document Reproduction              1.20
                       Total  Disbursements            $1.20

**Total For This Matter**        **$9,116.70**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

July 15, 2011
Invoice No. 1317677

For Legal Services Rendered Through June 30, 2011 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 06/09/11 | P. Mahaley | Travel to court-ordered mediation on CNA insurance settlement. | 4.00 |
| 06/09/11 | R. Wyron | Travel to and from Wilmington for mediation on CNA settlement. | 4.20 |
| 06/28/11 | D. Felder | Travel to Philadelphia, PA for District Court oral argument. | 2.50 |
| 06/28/11 | D. Felder | Return travel from Philadelphia, PA. | 2.50 |
| 06/28/11 | R. Wyron | Travel to and from Philadelphia for oral argument. | 2.60 |
| 06/28/11 | R. Frankel | Travel to and from Philadelphia. | 2.80 |
| 06/29/11 | R. Wyron | Travel to and from confirmation appeal hearing. | 4.20 |
| 06/29/11 | R. Frankel | Travel to and from Philadelphia. | 2.40 |

|  | | |
|---|---|---|
| Total Hours | 25.20 | |
| Total For Services | | $10,148.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.00 | 322.50 | 1,612.50 |
| Roger Frankel | 5.20 | 492.50 | 2,561.00 |
| Peri N. Mahaley | 4.00 | 325.00 | 1,300.00 |
| Richard H. Wyron | 11.00 | 425.00 | 4,675.00 |
| Total All Timekeepers | 25.20 | $402.72 | $10,148.50 |

**Total For This Matter**                    **$10,148.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 345.70 | |
| Total Fees, all Matters | | $265,461.50 |
| Total Disbursements, all Matters | | $1,596.62 |
| Total Amount Due | | $267,058.12 |