# EXHIBIT A

**WR Grace**
**April 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 1.0 |
| Mon 4 | Review docket and analysis | 1.2 |
| Tue 5 | Comm w/OHS (RW) re warrant value | 0.4 |
| | Analysis- equity market | 1.0 |
| | Analysis- warrant value | 0.8 |
| | Review docket and analysis | 0.7 |
| Wed 6 | Review docket and analysis | 0.2 |
| Thu 7 | Reconcile time for fee app | 1.0 |
| | Review docket and analysis | 0.3 |
| Fri 8 | Review docket and analysis | 0.8 |
| Mon 11 | Review docket and analysis | 0.3 |
| Tue 12 | Review docket and analysis | 0.3 |
| Wed 13 | Review docket and analysis | 0.2 |
| Thu 14 | Review docket and analysis | 0.2 |
| Fri 15 | Review docket and analysis | 1.1 |
| Mon 18 | Omnibus hearing and prep | 0.7 |
| | Review docket and analysis | 0.7 |
| Tue 19 | Review docket and analysis | 0.2 |
| | review/finalize fee app | 0.7 |
| Wed 20 | Review docket and analysis | 0.2 |
| Thu 21 | Review docket and analysis | 0.3 |
| Fri 22 | Review docket and analysis | 0.2 |
| Mon 25 | Review docket and analysis | 0.9 |
| Tue 26 | Review/analysis earnings announcement, news | 1.2 |
| | Review docket and analysis | 0.3 |
| Wed 27 | Earnings call replay and analysis | 1.4 |
| | Review docket and analysis | 0.3 |
| Thu 28 | Review docket and analysis | 0.3 |
| Fri 29 | Review docket and analysis | 0.3 |
| | TOTAL TIME (HRS) | 17.2 |

**WR Grace**
**April 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.5 |
| Mon 4 | Review docket and analysis | 1.2 |
| Thu 7 | Review docket and analysis | 0.4 |
| Fri 8 | Review LTIP order | 0.1 |
|  | Review docket and analysis | 0.2 |
| Tue 12 | Review agenda and docket | 0.3 |
| Mon 18 | Court hearing and prep | 0.8 |
|  | Fee application preparation | 0.3 |
| Tue 19 | Review docket and analysis | 0.3 |
| Thu 21 | Review docket and analysis | 0.2 |
| Mon 25 | Fee application preparation | 1.3 |
|  | Review docket and analysis | 0.2 |
| Tue 26 | Review earnings announcement and news | 0.9 |
| Wed 27 | Fee application preparation | 0.8 |
|  | Valuation analysis | 0.7 |
| Thu 28 | Fee application preparation | 0.7 |
|  | Review docket and analysis | 0.4 |
| Fri 29 | Valuation analysis | 1.2 |
|  | TOTAL TIME (hrs) | 10.5 |

**WR Grace**
**April 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tues 5 | Review/analyze docket items | 0.5 |
| Wed 6 | Review/analyze docket items | 0.5 |
| Mon 11 | Review/analyze docket items | 0.5 |
| Mon 18 | Fee application preparation | 1.5 |
| Mon 25 | Fee application preparation | 1.5 |
| Tue 26 | Review/analyze docket items | 0.5 |
| Wed 27 | Review earnings announcement | 1.0 |
|  | Fee application preparation | 2.0 |
| Thu 28 | Fee application preparation | 2.0 |
|  | TOTAL TIME (hrs) | 10.0 |