# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2011 – April 30, 2011)**

<u>Communication</u>
Telephone                                              $228.65
Mail                                                        $ 57.63

        **Total Communication:**                           **$ 286.28**

**TOTAL EXPENSES:**                                       **$ 286.28**