**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                            )
**In re:**                                                  )        **Chapter 11**
                                                            )
**W.R. GRACE & CO., et al.,**                               )        **Case No. 01-1139 (JKF)**
                                                            )        **Jointly Administered**
                                                            )
                            **Debtors.**                    )        Objection Date: August 15, 2011 at 4:00 p.m.
_____)            Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF**
**LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T.**
**AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2011 – May 31, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $75,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $158.02 |

This is a   _x_ monthly                    __ interim                    ___ final application

### LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 38.5 | $75,000.00 |
| Jason Solganick | Director | NA | 16.7 | |
| Claire Burke | Associate | NA | 31.8 | |
| Benjamin Fischer | Analyst | NA | 21.8 | |
| **Grand Total:** | | | **108.8** | **$75,000.00** |
| Blended Rate: | | | 108.8 | $689.34 |

### COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### May 1-31, 2011

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 108.8 | **NA** |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $109.30 |
| Administrative | $ 48.72 |
| **TOTAL Out-of-Pocket Expenses:** | **$158.02** |

---

1 Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

Respectfully submitted,


LINCOLN PARTNERS ADVISORS LLC


By:*/S/ JASON SOLGNICK*
    Jason Solganick
    Director
    400 Madison Ave, 21st Floor
    New York, NY 10017-8901
    Telephone: (212) 277-8100


Dated: July 19, 2011