# EXHIBIT A

**WR Grace**
**May 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket filings | 0.3 |
| Tue 3 | Review/analysis docket filings | 0.2 |
|  | Fee app prep/review | 2.2 |
| Wed 4 | Review/analysis docket filings | 0.2 |
|  | Review news reprt from EPA re Libby | 0.3 |
|  | Fee app prep/review | 0.8 |
| Thu 5 | Review/analysis docket filings | 0.3 |
|  | Review GRA news stories | 0.4 |
| Fri 6 | Review/analysis docket filings | 0.3 |
| Mon 9 | Review/analysis docket filings | 0.3 |
|  | Review 10-Q filing | 2.0 |
| Tue 10 | Review/analysis docket filings | 0.2 |
| Wed 11 | Comm w/Blackstone (JOC) re meeting | 0.4 |
|  | Review/analysis docket filings | 1.0 |
| Thu 12 | Review/analysis docket filings | 0.3 |
|  | Draft/edit/review FCR financial presentation | 2.2 |
| Fri 13 | Review/analysis docket filings | 0.2 |
|  | Draft/edit/review FCR financial presentation | 1.3 |
| Mon 16 | Comm w/Blackstone (JOC) re meeting | 0.2 |
|  | Draft/edit/review FCR financial presentation | 1.5 |
|  | Review/analysis docket filings | 0.2 |
| Tue 17 | Prep and attend Blackstone mtg re plan distribution | 2.1 |
|  | Draft/edit/review FCR financial presentation | 4.1 |
|  | Review/analysis docket filings | 1.8 |
| Wed 18 | Review/analysis docket filings | 0.2 |
|  | Analysis ForHoldco | 0.8 |
|  | review research on Grace stock value | 2.5 |
|  | Draft/edit/review FCR financial presentation | 2.0 |
| Thu 19 | Review/analysis docket filings | 0.2 |
|  | Analysis ForHoldco | 0.7 |
|  | Draft/edit/review FCR financial presentation | 0.9 |
| Fri 20 | Review/analysis docket filings | 0.2 |
|  | Review warrant valuation metrics | 0.7 |
| Mon 23 | Comm w/OHS (RW, Dfe) re fee apps, call on issues | 0.4 |
|  | Review/analysis docket filings | 0.3 |
| Tue 24 | Review/analysis docket filings | 0.2 |
| Wed 25 | Review/analysis docket filings | 1.7 |
| Thu 26 | Review/analysis docket filings | 2.4 |
| Fri 27 | Review/analysis docket filings | 1.5 |
| Tue 31 | Comm w/OHS (RF) re scheduling | 0.5 |
|  | Review/analysis docket filings | 0.5 |
|  | TOTAL TIME (HRS) | 38.5 |

**WR Grace**
**May 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review 8-k filing and analysis | 1.2 |
| Tue 3 | Review docket and analysis | 0.3 |
| Fri 6 | Review docket and analysis | 0.2 |
| Mon 9 | Review 10-Q filing and analysis | 1.4 |
| Tue 10 | Review docket and analysis | 0.2 |
| | Review of monthly operating report | 0.8 |
| Wed 11 | Review fee auditor report and other firm's fee application | 0.8 |
| Thu 12 | Review docket and analysis | 0.2 |
| Fri 13 | Fee app preparation | 0.5 |
| Mon 16 | Preparation of financial update memo | 2.6 |
| | Fee app preparation | 0.3 |
| Tue 17 | Meeting w/ Blackstone re: emergence financing issues w/ prep | 1.0 |
| | Preparation of financial update memo | 1.2 |
| | Review docket and analysis | 0.3 |
| Wed 18 | Preparation of financial update memo | 0.5 |
| Fri 20 | Preparation of financial update memo | 1.0 |
| | Review docket and analysis | 0.2 |
| Mon 23 | Research on emergence financing issues | 0.6 |
| | Preparation of financial update memo | 0.8 |
| Wed 25 | Review docket and analysis | 0.3 |
| Fri 27 | Review of foreign holdco motion | 0.3 |
| Tue 31 | Research on emergence financing issues | 1.5 |
| | Review docket and analysis | 0.5 |
| | TOTAL TIME (hrs) | 16.7 |

**WR Grace**
**May 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 4 | Review/analyze docket items | 0.5 |
| Thu 5 | Review/analyze docket items | 0.5 |
| Mon 9 | Review 10-Q filing and analysis | 3.0 |
| Tue 10 | Preparation of financial update memo | 2.0 |
|  | Review of monthly operating report | 1.0 |
| Wed 11 | Preparation of financial update memo | 1.8 |
| Thu 12 | Preparation of financial update memo | 1.8 |
| Fri 13 | Fee app preparation | 1.5 |
|  | Preparation of financial update memo | 3.8 |
| Sun 15 | Preparation of financial update memo | 1.6 |
| Mon 16 | Preparation of financial update memo | 2.8 |
|  | Fee app preparation | 0.5 |
| Tue 17 | Preparation of financial update memo | 1.0 |
| Wed 18 | Preparation of financial update memo | 1.0 |
| Thu 19 | Preparation of financial update memo | 0.5 |
| Fri 20 | Preparation of financial update memo | 1.5 |
| Mon 23 | Preparation of financial update memo | 2.0 |
| Thu 26 | I/C regarding emergence financing issues | 2.0 |
| Fri 27 | Review of foreign holdco motion | 1.0 |
| Tue 31 | Research on emergence financing issues | 2.0 |
|  | TOTAL TIME (hrs) | 31.8 |

**WR Grace**
**May 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 10 | Review Q1 financial results | 5.7 |
|  | Conducted industry research/analysis | 3.2 |
| Wed 11 | Prepared financial analysis/presentation | 7.6 |
| Thurs 12 | Prepared financial analysis/presentation | 5.3 |
|  | TOTAL TIME (hrs) | 21.8 |