# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2011 – May 31, 2011)**

Communication
Telephone                                                                              $109.30

                **Total Communication:**                                              **$ 109.30**

Administrative
Fee for Public Access to Electronic Court Records         $ 48.72

                **Total Administrative:**                                                **$   48.72**

**TOTAL EXPENSES:**                                                                  **$ 158.02**