**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
**In re:**                                                       )        **Chapter 11**
                                                                    )
**W.R. GRACE & CO., et al.,**               )        **Case No. 01-1139 (JKF)**
                                                                    )        **Jointly Administered**
                                                                    )
            **Debtors.**                               )        Objection Date: August 15, 2011 at 4:00 p.m.
_____)   Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO TWENTY-SECOND MONTHLY INTERIM APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T.
AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JUNE 1, 2011 THROUGH JUNE 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | June 1, 2011 – June 30, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $75,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,897.86 |

This is a     <u> x </u> monthly          __ interim          ___ final application

## LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 44.0 | $75,000.00 |
| Jason Solganick | Director | NA | 36.2 | |
| Claire Burke | Associate | NA | 36.4 | |
| Benjamin Fischer | Analyst | NA | 9.0 | |
| Grand Total: | | | **125.6** | **$75,000.00** |
| Blended Rate: | | | 125.6 | $597.13 |

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### June 1-30, 2011

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 125.6 | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $170.63 |
| Travel | $2,727.23 |
| **TOTAL Out-of-Pocket Expenses:** | **$2,897.86** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

       Respectfully submitted,

       LINCOLN PARTNERS ADVISORS LLC

By: */S/ JASON SOLGNICK*
    Jason Solganick
    Director
    400 Madison Ave, 21st Floor
    New York, NY 10017-8901
    Telephone: (212) 277-8100

Dated: July 19, 2011