# EXHIBIT A

**WR Grace**
**June 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket filings | 0.2 |
| Thu 2 | Review/analysis docket filings | 0.4 |
| Fri 3 | Review/analysis docket filings | 0.3 |
| Mon 6 | Review/analysis docket filings | 0.2 |
| Tue 7 | Travel back and forth to Wash DC | 6.0 |
|  | FCR financial presentation | 2.0 |
|  | Comm w/Blackstone (JOC) re Larch c/c | 0.5 |
|  | Review/analysis docket filings | 0.5 |
| Wed 8 | Comm w/OHS (RW) re Larch NDA, motion date | 1.0 |
|  | Review/analysis docket filings | 1.4 |
| Thu 9 | Review/analysis docket filings | 0.3 |
| Fri 10 | Larch initiation call | 1.0 |
|  | Larch analysis call | 0.7 |
|  | Comm w/OHS (RW) re Larch filing date, response, CIM | 0.4 |
|  | Comm w/COFC re Larch | 1.1 |
|  | Larch response to debtors | 0.6 |
|  | Review/analysis docket filings | 0.3 |
| Mon 13 | Larch CIM review | 2.8 |
|  | Comm w/OHS (RF) re Larch scheduling | 0.7 |
|  | I/C Larch | 1.1 |
|  | Review/analysis docket filings | 0.2 |
| Tue 14 | Larch CIM review/analysis | 3.1 |
|  | Review/analysis docket filings | 0.2 |
| Wed 15 | Larch analysis | 2.5 |
|  | Review/analysis docket filings | 0.5 |
| Thu 16 | Prep and participate in Larch update call | 1.0 |
|  | Review/analysis docket filings | 0.2 |
| Fri 17 | Comm w/OHS (Dfe) re Larch objection | 0.4 |
|  | Review/analysis docket filings | 0.8 |
| Mon 20 | Comm w/OHS (RF) re filing of Larch approval motion | 0.7 |
|  | Comm w/Blackstone (JOC) re Project Eddy | 0.3 |
|  | Comm w/OHS (Dfe) re omnibus | 0.3 |
|  | Review/analysis docket filings | 0.3 |
| Tue 21 | Comm w/OHS (RW) re motion filing | 0.4 |
|  | Review/analysis Project Eddy | 1.0 |
|  | Review/analysis docket filings | 1.5 |
| Wed 22 | Comm w/OHS (RW,RF) re sealed docs filing, ojc deadline for Larch | 0.4 |
|  | Review/analysis docket filings | 1.4 |
| Thu 23 | Comm w/OHS (RW) re PD FCR information | 0.4 |
|  | Review/analysis docket filings | 0.8 |
| Fri 24 | Review/analysis docket filings | 0.5 |
|  | I/C Larch | 0.8 |
| Mon 27 | Prep and review fee app materials | 2.0 |
|  | Review/analysis docket filings | 0.2 |
| Tue 28 | Review/analysis docket filings | 0.3 |
| Wed 29 | Comm w/OHS (Dfe) re omnibus agenda | 0.2 |
|  | Comm w/COFC (JS) re Larch | 1.2 |
|  | Review/analysis docket filings | 0.5 |
| Thu 30 | Comm w/OHS (Dfe) re omnibus objection, debtor request | 0.4 |
|  | Review/analysis docket filings | 0.3 |
|  | **TOTAL TIME (HRS)** | **44.0** |

**WR Grace**
**June 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review of Sealed Air acquisition | 1.3 |
| | Conference call re: foreign holdco structure w/ prep | 0.5 |
| Thu 2 | Review docket and analysis | 0.2 |
| Fri 3 | Analysis of Sealed Air financial information | 1.2 |
| | Call w/ Orrick re: proposed acquisition and confidentiality issues | 0.2 |
| Mon 6 | Preparation of financial update memo | 1.5 |
| Tue 7 | Travel time for meeting w/ Orrick and FCR | 8.0 |
| | Meeting w/ Orrick and FCR re: financial update | 2.5 |
| | Review docket and analysis | 0.4 |
| Wed 8 | Sealed Air transaction research | 0.6 |
| Thu 9 | Review of Project Larch and analysis | 1.0 |
| Fri 10 | Conference call re: Project Larch w/ prep | 1.3 |
| | Call w/ Orrick re: Project Larch | 0.2 |
| | Internal discussions re: Project Larch | 0.5 |
| Mon 13 | Review Project Larch materials | 2.0 |
| | Review docket and analysis | 0.5 |
| Tue 14 | Internal discussions re: Project Larch | 0.3 |
| | Analysis and research re: Project Larch | 1.2 |
| | Preparation of diligence request re: Project Larch | 0.6 |
| Wed 15 | Internal discussions re: Project Larch | 0.2 |
| | Call w/ Orrick re: Project Larch | 0.5 |
| Thu 16 | Conference call re: Project Larch w/ prep | 1.6 |
| Fri 17 | Review docket and analysis | 0.2 |
| Mon 20 | Review of Project Eddy information | 0.3 |
| Tue 21 | Preparation of memo re: Project Larch | 1.0 |
| | Call w/ Blackstone re: Project Larch and Project Eddy | 0.2 |
| | Review of motion re: Project Larch | 0.3 |
| Wed 22 | Call w/ Charter Oak re: Project Larch and emergence financing issues | 0.2 |
| | Review Project Larch materials | 0.5 |
| Thu 23 | Review docket and analysis | 0.3 |
| Mon 27 | Fee application preparation | 0.3 |
| | Review of fee auditor report | 0.2 |
| | Preparation of memo re: Project Larch | 1.5 |
| Tue 28 | Preparation of memo re: Project Larch | 1.9 |
| | Call w/ Blackstone re: Project Larch | 0.1 |
| | Call w/ Charter Oak re: Project Larch | 0.2 |
| Wed 29 | Preparation of memo re: Project Larch | 1.0 |
| Thu 30 | Call w/ Orrick and FCR re: Project Larch w/ prep | 1.7 |
| | TOTAL TIME (hrs) | 36.2 |

**WR Grace**
**June 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Conference call re: foreign holdco structure w/ prep | 0.5 |
| Fri 3 | Analysis of Sealed Air financial information | 0.5 |
|  | Call w/ Orrick re: proposed acquisition and confidentiality issues | 0.2 |
| Mon 6 | Preparation of financial update memo | 3.0 |
| Tue 7 | Travel time for meeting w/ Orrick and FCR | 8.0 |
|  | Meeting w/ Orrick and FCR re: financial update | 2.5 |
| Fri 10 | Conference call re: Project Larch w/ prep | 1.5 |
|  | Call w/ Orrick re: Project Larch | 0.2 |
|  | Internal discussions re: Project Larch | 0.5 |
| Mon 13 | Review Project Larch materials | 2.0 |
| Tue 14 | Internal discussions re: Project Larch | 0.3 |
| Wed 15 | Internal discussions re: Project Larch | 0.2 |
|  | Call w/ Orrick re: Project Larch | 0.5 |
| Thu 16 | Conference call re: Project Larch w/ prep | 2.0 |
| Tue 21 | Preparation of memo re: Project Larch | 1.0 |
|  | Call w/ Blackstone re: Project Larch and Project Eddy | 0.2 |
|  | Review of motion re: Project Larch | 0.5 |
| Wed 22 | Preparation of memo re: Project Larch | 0.5 |
| Sun 26 | Preparation of memo re: Project Larch | 5.0 |
| Mon 27 | Preparation of memo re: Project Larch | 1.0 |
| Tue 28 | Preparation of memo re: Project Larch | 2.0 |
|  | Call w/ Blackstone re: Project Larch | 0.1 |
|  | Call w/ Charter Oak re: Project Larch | 0.2 |
| Wed 29 | Preparation of memo re: Project Larch | 2.0 |
| Thu 30 | Call w/ Orrick and FCR re: Project Larch w/ prep | 2.0 |
|  | **TOTAL TIME (hrs)** | **36.4** |

**WR Grace**
**June 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 10 | Conference call re: Project Larch | 0.9 |
|  | Call with Orrick re: Project Larch | 0.2 |
| Thurs 16 | Conference call re: Project Larch | 1.3 |
| Sun 26 | Prepare Project Larch materials | 6.6 |
|  | **TOTAL TIME (hrs)** | **9.0** |