# EXHIBIT B

**W.R. Grace**
**Detail of expenses (June 1, 2011 – June 30, 2011)**

<u>Communication</u>
Telephone $132.97
Express Mail $37.66

**Total Communication:** **$ 170.63**

<u>Travel</u>
Airfare $2,645.20
Car Transportation $67.02
Meals $7.06
Miscellaneous $7.95

**Total Travel:** **$2,727.23**

**TOTAL EXPENSES:** **$2,897.86**