## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 THROUGH MARCH 31, 2011 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 06/27/11 | 2/1/2011-2/28/2011 | $1,250.00 | $15.11 | $1,000.00 | $15.11 | $ 250.00 |
| 06/27/11 | 3/1/2011-3/31/2011 | $5,625.50 | $. 20 | $4,500.40 | $ .20 | $1,125.10 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 2.50 | $1,250.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 8.60 | $5,625.50 |
| 46 | Tax Litigation | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
|  | Total | 11.10 | $6,875.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | 4.60 |
| Copies – Matter 41 | $.20 |
| Computer Database Research | $0 |
| Postage | $0 |
| Federal Express/Overnight Messenger | $10.51 |
| Facsimile | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $15.31 |