**Exhibit D**

**[Reserved]**