# EXHIBIT A

## Fifty-Second Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #26954 under case no. 01-01139. Also available upon request from Norton Rose OR LLP.

# EXHIBIT B

### Fifty-Third Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #27079 under case no. 01-01139. Also available upon request from Norton Rose OR LLP.

# EXHIBIT C

## Fifty-Fourth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #27273 under case no. 01-01139. Also available upon request from Norton Rose OR LLP.