```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



    W.R. Grace & Co.                    Invoice Number      2152068
    7500 Grace Drive                    Invoice Date        07/27/11
    Columbia, Maryland 21044            Client Number         172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

      Fees                            2,358.50
      Expenses                            0.00

                     TOTAL BALANCE DUE UPON RECEIPT       $2,358.50
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2152068
7500 Grace Drive                          Invoice Date       07/27/11
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number         50001
```

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/03/11 | Espinosa | Strategize re the Rule 26 Conference. | .20 |
| 06/03/11 | Espinosa | Draft requests for production of documents. | 2.00 |
| 06/03/11 | Espinosa | Call and email Plaintiff's counsel re the Rule 26 conference. | .20 |
| 06/06/11 | Espinosa | Prepare for and conduct the Rule 26 conference of counsel. | .50 |
| 06/06/11 | Husar | Work on response to court alternative dispute requirements and discovery plan. | .60 |
| 06/15/11 | Espinosa | Review various client documents and interview notes and draft Defendants' initial disclosures. | 2.50 |
| 06/15/11 | Espinosa | Draft interrogatories to serve on Plaintiff. | .70 |
| 06/17/11 | Husar | Review and revise Rule 26 disclosures. | .50 |
| 06/22/11 | Espinosa | Email Plaintiffs' counsel re the Rule 26 initial disclosures. | .20 |
| 06/27/11 | Espinosa | Follow-up with Plaintiff's counsel on the initial disclosures. | .10 |

```
                                         TOTAL HOURS     7.50
```

```
172573  W. R. Grace & Co.                               Invoice Number   2152068
 50001  Correa v. W.R. Grace                            Page    2
        July 27, 2011


        TIME SUMMARY                  Hours          Rate             Value
        ------------------------      ----------------------          -------

        Linda S. Husar                 1.10  at  $  515.00  =          566.50
        Stephanie Henderson Espin      6.40  at  $  280.00  =        1,792.00

                                      CURRENT FEES                                      2,358.50


                                                                                       ------------
                                      TOTAL BALANCE DUE UPON RECEIPT                    $2,358.50
                                                                                       ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                    Invoice Number        2152069
   7500 Grace Drive                    Invoice Date         07/27/11
   Columbia, Maryland 21044            Client Number         172573
   USA



   =============================================================================

   Re: W. R. Grace & Co.


   (60029)   Fee Applications-Applicant

      Fees                              1,479.50
      Expenses                              0.00

                       TOTAL BALANCE DUE UPON RECEIPT       $1,479.50
                                                          =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number        2152069
7500 Grace Drive                         Invoice Date         07/27/11
Columbia, Maryland 21044                 Client Number          172573
USA                                      Matter Number           60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/19/11 | Cameron | Attention to fee application materials. | .60 |
| 06/22/11 | Ament | Review e-mail re: May monthly fee application. | .10 |
| 06/24/11 | Muha | Review and revise fee and expense detail for May 2011 monthly application. | .20 |
| 06/27/11 | Ament | Review e-mails re: May monthly fee application (.10); begin drafting spreadsheets and 119th monthly fee application (.40). | .50 |
| 06/28/11 | Ament | Review invoices and calculate fees and expenses re: same (.50); continue drafting fee application (.30); provide same to A. Muha for review (.10); e-mails with J. Lord re: CNO for April monthly fee application (.10); finalize 119th fee application (.10); e-mail same to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same (.10). | 1.30 |
| 06/28/11 | Lord | Draft, e-file and serve CNO to Reed Smith April monthly fee application (.5); communicate with S. Ament re: May monthly fee application (.1); review and revise same (.2). | .80 |

```
172573  W. R. Grace & Co.                              Invoice Number   2152069
60029   Fee Applications-Applicant                     Page    2
        July 27, 2011
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/28/11 | Muha | Review and finalize May monthly fee application. | .20 |
| 06/29/11 | Ament | Review e-mail from J. Lord re: 119th monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: CNO for 118th monthly fee application (.10). | .40 |
| 06/29/11 | Lord | Revise, e-file and serve Reed Smith 119th monthly fee application. | 1.20 |

```
                                             TOTAL HOURS    5.30
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 0.60 | at $ 650.00 = | 390.00 |
| Andrew J. Muha | 0.40 | at $ 435.00 = | 174.00 |
| John B. Lord | 2.00 | at $ 245.00 = | 490.00 |
| Sharon A. Ament | 2.30 | at $ 185.00 = | 425.50 |

```
              CURRENT FEES                                   1,479.50

              TOTAL BALANCE DUE UPON RECEIPT                $1,479.50
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, Maryland 21044<br>USA | Invoice Number    2152070<br>Invoice Date      07/27/11<br>Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                                20,516.50
    Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT       $20,516.50
                                                           =============

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2152070
7500 Grace Drive                          Invoice Date        07/27/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60033
```

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 06/01/11 | Cameron | Multiple e-mails re assignment consent letter (.50); telephone call with R. Fink re assignment consent letter (.40); review and revise draft assignment consent letter and e-mail to Solow counsel re same (.90). | 1.80 |
| 06/01/11 | Rea | E-mails re: DGS settlement. | .10 |
| 06/02/11 | Cameron | Review revised assignment consent letter (.30); review materials re DGS claim settlement (.60). | .90 |
| 06/05/11 | Cameron | Attention to R. Finke request re PD claims. | .90 |
| 06/06/11 | Ament | Review and respond to e-mail from D. Cameron re: R. Finke request for research re: asbestos property damage litigation. | .30 |
| 06/06/11 | Cameron | Review materials re PD claim filing data. | .80 |
| 06/06/11 | Rea | Reviewed DGS settlement agreement. | .40 |
| 06/07/11 | Cameron | Attention to materials related to PD claims filed in tort system. | .90 |
| 06/08/11 | Rea | Finalization of DGS settlement agreement. | 1.30 |

```
172573  W. R. Grace & Co.                              Invoice Number  2152070
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        July 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/08/11 | Restivo | Review e-mails re: subpoena, P.D. cases, Solow. | .50 |
| 06/09/11 | Ament | Review dockets relating to asbestos property damage litigation and begin preparation of spreadsheet re: same (1.0); e-mails and meet with M. Atkinson re: same (.10); conference call with A. Muha re: same (.10); e-mail to team re: same (.10). | 1.30 |
| 06/09/11 | Atkinson | Meet with Sharon Ament re: R. Finke request re: property suits (.30); review Dockets pulled by Library and arrange with Duplicating to have printed (.20). | .50 |
| 06/09/11 | Muha | Emails with D. Cameron and S. Ament re: asbestos property damage research requested by R. Finke. | .20 |
| 06/09/11 | Restivo | Asbestos-related subpoena for documents (0.3); review of emails from 6/2 to 6/10 (0.2). | .50 |
| 06/10/11 | Atkinson | Review Dockets re: property damage cases. | 6.70 |
| 06/13/11 | Atkinson | Revise summary information/table of property damage cases. | 1.10 |
| 06/13/11 | Muha | Emails to/from D. Cameron re: status of report on property damage litigation. | .10 |
| 06/13/11 | Restivo | Receipt and response to emails on various matters. | .40 |
| 06/14/11 | Ament | Various e-mails and meetings with M. Atkinson re: research re: asbestos PD claims litigation (.50); review various complaints re: same (2.10); update spreadsheet re: same (.50). | 3.10 |

```
172573  W. R. Grace & Co.                              Invoice Number   2152070
60033   Claim Analysis Objection Resolution & Estimation  Page    3
        (Asbestos)
        July 27, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/14/11 | Atkinson | Meet with S. Ament re: table of property damages cases (.40); review Dockets and Complaints (3.50); add additional information to summary table (.70); review complaints for chart (.30). | 4.90 |
| 06/14/11 | Cameron | Review materials re asbestos PD claim filing (.90); e-mails re same (.20); review revised assignment document from Solow (.70). | 1.80 |
| 06/14/11 | Jonjak | Pulled asbestos property litigation complaints and administered further requests (S. Ament). | 2.20 |
| 06/14/11 | Muha | Review draft of chart re: property damage litigation and multiple emails seeking additional work and revisions. | .30 |
| 06/14/11 | Restivo | Draft subpoena response. | .30 |
| 06/15/11 | Ament | Research relating to PD claim litigation (2.50); various e-mails re: same (.50). | 3.00 |
| 06/15/11 | Atkinson | E-mails re: additional information for summary table of property damage cases (.70); additional internet searches re: property damage cases (.50). | 1.20 |
| 06/15/11 | Cameron | Attention to assignment agreement. | .50 |
| 06/15/11 | Restivo | Email with Honeywell attorney re: subpoena. | .40 |
| 06/16/11 | Ament | Various e-mails and conference calls re: research relating to PD claim litigation (.50); review information received re: same (.50); update spreadsheet re: same (.50). | 1.50 |

```
172573  W. R. Grace & Co.                              Invoice Number  2152070
 60033  Claim Analysis Objection Resolution & Estimation Page    4
        (Asbestos)
        July 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/16/11 | Ament | Conference call with M. Atkinson re: research for PD claims litigation. | .20 |
| 06/16/11 | Atkinson | Review Library search results for asbestos property damage cases to add to table. | 1.00 |
| 06/17/11 | Ament | Review complaint and additional research and update spreadsheet relating to PD claims litigation (.90); e-mails with S. Jonjak re: IL complaint (.10); e-mail to M. Atkinson re: same (.10); e-mail to D. Cameron and A. Muha re: status (.10); e-mails requesting information relating to PD claims litigation (.20). | 1.40 |
| 06/17/11 | Atkinson | Review additional case information to include on spreadsheet of property damage litigation. | 1.10 |
| 06/17/11 | Cameron | Review materials relating to PI claims in tort system (.60); multiple e-mails regarding assignment consent letter (.50). | 1.10 |
| 06/19/11 | Cameron | Review materials from S. Ament and M. Atkinson (.80); review revised draft of assignment letter (.30). | 1.10 |
| 06/20/11 | Ament | Review and update chart relating to PD claims litigation (.70); e-mails re: IL complaints (.10); meet with S. Jonjak re: research (.10). | .90 |
| 06/20/11 | Atkinson | Review additional information to update table of asbestos-related property damage litigation. | 1.20 |
| 06/21/11 | Ament | E-mails re: missing complaints for PD claims litigation research (.30); review and update chart re: same (.20). | .50 |
| 06/21/11 | Atkinson | Update information on table summarizing property damages cases. | .60 |

```
172573  W. R. Grace & Co.                               Invoice Number  2152070
60033   Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        July 27, 2011
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/21/11 | Atkinson | Review and update summary information on table of property damage cases. | .40 |
| 06/21/11 | Cameron | Attention to assignment consent letter and e-mails re same (.50); review status of research in PD claims (.70). | 1.20 |
| 06/22/11 | Ament | Complete research relating to asbestos property damage claim litigation per R. Finke request (.50); various e-mails and meetings re: same (.40); e-mail findings to D. Cameron and A. Muha re: same (.10). | 1.00 |
| 06/22/11 | Cameron | Attention to draft side letter and consent letter (.40); review materials from S. Ament and M. Atkinson re PD claims (.80). | 1.20 |
| 06/22/11 | Jonjak | Pulled TX state court complaint and docket via CNS and Bloomberg (S. Ament). | .30 |
| 06/22/11 | Restivo | Review subpoena and government report. | .50 |
| 06/23/11 | Cameron | Finalize side letter and Assignment consent letter (.40); review PD claims materials (.80). | 1.20 |
| 06/23/11 | Rea | Review Solow letter agreement. | .10 |
| 06/24/11 | Cameron | Review materials re PD claims in tort system (.70); review DGS settlement agreement materials and e-mails re same (.70). | 1.40 |
| 06/24/11 | Rea | Finalize motion for approval of DGS settlement. | .80 |
| 06/27/11 | Cameron | Review consent letter (.20); review DGS materials (.30). | .50 |
| 06/29/11 | Restivo | Status review of various open items. | .50 |

```
                                                TOTAL HOURS    56.10
```

```
172573  W. R. Grace & Co.                              Invoice Number   2152070
 60033  Claim Analysis Objection Resolution & Estimation Page    6
        (Asbestos)
        July 27, 2011
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron   | 15.30 | at | $ | 650.00 | = |  9,945.00 |
| James J. Restivo Jr. |  3.10 | at | $ | 700.00 | = |  2,170.00 |
| Andrew J. Muha       |  0.60 | at | $ | 435.00 | = |    261.00 |
| Traci Sands Rea      |  2.70 | at | $ | 485.00 | = |  1,309.50 |
| Maureen L. Atkinson  | 18.70 | at | $ | 220.00 | = |  4,114.00 |
| Sharon A. Ament      | 13.20 | at | $ | 185.00 | = |  2,442.00 |
| Antoni Stosh Jonjak  |  2.50 | at | $ | 110.00 | = |    275.00 |

```
                      CURRENT FEES                            20,516.50

                                                           ------------
                      TOTAL BALANCE DUE UPON RECEIPT         $20,516.50
                                                           ============
```