REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2152071
7500 Grace Drive                          Invoice Date       07/27/11
Columbia, Maryland 21044                  Client Number        172573
USA

===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              0.00
    Expenses                        387.90

                        TOTAL BALANCE DUE UPON RECEIPT        $387.90
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2152071
7500 Grace Drive                        Invoice Date        07/27/11
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         60033


==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                   5.04
        Duplicating/Printing/Scanning         179.10
        Other Databases                       100.00
        Postage Expense                         3.76
        General Expense                       100.00

                CURRENT EXPENSES                           387.90
                                                      --------------

                TOTAL BALANCE DUE UPON RECEIPT           $387.90
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2152071
7500 Grace Drive                          Invoice Date      07/27/11
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number       60033


========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 05/04/11 | Other Databases: stosh jonjak | 100.00 |
| 05/31/11 | PACER | 5.04 |
| 06/08/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 06/09/11 | Duplicating/Printing/Scanning ATTY # 0856; 324 COPIES | 32.40 |
| 06/09/11 | Duplicating/Printing/Scanning ATTY # 0856; 1070 COPIES | 107.00 |
| 06/09/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 06/10/11 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  2152071
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       July 27, 2011

| | | |
|---|---|---|
| 06/14/11 | Duplicating/Printing/Scanning<br>ATTY # 0349; 11 COPIES | 1.10 |
| 06/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 06/15/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 35 COPIES | 3.50 |
| 06/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 27 COPIES | 2.70 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 06/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/24/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/27/11 | Postage Expense | 3.76 |
| 06/29/11 | General Expense -- VENDOR: BLOOMBERG FINANCE LP:<br>Bloomberg - May 2011 | 100.00 |

172573  W. R. Grace & Co.                              Invoice Number   2152071
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        July 27, 2011


06/29/11   Duplicating/Printing/Scanning                      9.00
           ATTY # 0718; 90 COPIES

                              CURRENT EXPENSES                387.90
                                                         ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $387.90
                                                         =============

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors | ) |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 28th

day of July 2011, I caused a true and correct copy of the Summary of Application of Reed Smith

LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos

Products Liability Defense Counsel to Debtors for the One Hundred Twentieth Monthly Interim

Period from June 1, 2011 through June 30, 2011 (with attached Fee and Expense Detail) to be

served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense
Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul, Suite 1275
Dallas, TX 75201
E-mail: feeaudit@whsmithlaw.com

### VIA FIRST CLASS MAIL

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### VIA ELECTRONIC MAIL

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis
E-mail: john.donleyl@kirkland.com
        adam.paul@kirkland.com

Janet S. Baer, P.C.
Baer Higgins Fruchtman LLP
E-mail: jbaer@bhflaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
E-mail: joneill@pszjlaw.com
        smcfarland@pszjlaw.com

David Heller, Esq.
Latham & Watkins
E-mail: david.heller@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail: lkruger@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Mark T. Hurford, Esq.
Campbell & Levine, LLC
E-mail: mhurford@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Saul Ewing LLP
E-mail:  teresa.currier@saul.com

Neil B. Glassman, Esq.
Bayard, P.A.
E-mail:  nglassman@bayardlaw.com

# jblord