# Exhibit A

B3901161.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2011 THROUGH JUNE 30, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B3901161.1

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 8.9 | $ 5,785.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 8.9 | $ 5,785.00 |

B3901161.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483317
Matter No.: 08743.00088

Re:   Acton Site OU3

For Professional Services rendered through June 30, 2011

| | | |
|---|---|---|
| | Fees | $5,785.00 |
| | **Total Fees and Disbursements** | **$5,785.00** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 483317  
July 22, 2011  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 06/09/11 | Jaffe | P230 | Review letter from Town of Acton regarding institutional controls and emails with team regarding same (1.2). | 1.2 |
| 06/13/11 | Jaffe | P230 | Team telephone conference regarding response to Acton institutional controls letter and prepare for same and telephone call to EPA regarding same (1.2). | 1.2 |
| 06/14/11 | Jaffe | P230 | Review institutional controls issues and emails with team regarding same (1.3). | 1.3 |
| 06/23/11 | Jaffe | P230 | Team telephone conference regarding institutional controls issues and preparation for same (1.9). | 1.9 |
| 06/24/11 | Jaffe | P230 | Emails with Ms. Sheehan regarding conversation with Mr. Halley; regarding institutional controls issues (0.9). | 0.9 |
| 06/27/11 | Jaffe | P230 | Attention to institutional controls issues, including telephone call with Ms. Muench at EPA, drafting a memorandum regarding same, and emails with team (1.5). | 1.5 |
| 06/28/11 | Jaffe | P230 | Review institutional controls issues (0.9). | 0.9 |
| | | | **Total Hours** | **8.9** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 483317  
July 22, 2011  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 8.9 | at | 650.00 | = | 5,785.00 |

| | |
|---|---|
| Total Fees | $5,785.00 |

| | |
|---|---|
| Total Fees | $5,785.00 |
| **Total Fees and Disbursements** | **$5,785.00** |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483317
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**                                              **$5,785.00**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #: 08743.00088, Invoice #: 483317**
**Billing Attorney: Adam P. Kahn**
**Wire Originator: W.R. Grace & Company**

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 6.9 | $ 4,485.00 |
| TOTAL | | | | 6.9 | $ 4,485.00 |

B3901161.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483318
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

For Professional Services rendered through June 30, 2011

| | |
|---|---|
| Fees | $4,485.00 |
| **Total Fees and Disbursements** | **$4,485.00** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 483318  
July 22, 2011  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 06/01/11 | Jaffe | P230 | Draft letter to Town of Walpole and document review for same (0.9). | 0.9 |
| 06/02/11 | Jaffe | P230 | Draft letter to Town of Walpole and emails with team regarding same (1.5). | 1.5 |
| 06/06/11 | Jaffe | P230 | Emails with team regarding letter to Town of Walpole and review revised drafts (0.8). | 0.8 |
| 06/07/11 | Jaffe | P230 | Emails with team regarding letter to Town of Walpole and review draft revisions to same (1.3). | 1.3 |
| 06/08/11 | Jaffe | P230 | Review draft bankruptcy court motion to enter natural resource damages decree and emails with team and DOJ regarding same (0.4); review draft responses to Town of Walpole and emails with team regarding same (0.8). | 1.2 |
| 06/24/11 | Jaffe | P230 | Review letter to Walpole regarding negotiations and emails with team regarding same (0.8). | 0.8 |
| 06/28/11 | Jaffe | P230 | Emails with Mr. Bucens and Ms. Duff regarding natural resource damages consent decree (0.4). | 0.4 |
| | | | **Total Hours** | **6.9** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 483318  
July 22, 2011  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.9 | at | 650.00 | = | 4,485.00 |
| **Total Fees** | | | | | $4,485.00 |

| | |
|---|---|
| **Total Fees** | $4,485.00 |
| **Total Fees and Disbursements** | $4,485.00 |



**Foley Hoag** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483318
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**                                **$4,485.00**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00102, **Invoice #:** 483318
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 24.2 | $ 15,730.00 |
| | | | | | |
| **TOTAL** | | | | **24.2** | **$ 15,730.00** |

### Expenses

| Description | Total | |
|---|---|---|
| Parking | $ | 34.00 |
| | | |
| **TOTAL** | **$** | **34.00** |

B3901161.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483319
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

For Professional Services rendered through June 30, 2011

|  |  |
|---|---|
| Fees | $15,730.00 |
| Disbursements | 34.00 |
| **Total Fees and Disbursements** | **$15,764.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 483319  
July 22, 2011  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 06/06/11 | Jaffe | P230 | Draft letter to New England Plastics regarding Central Area cost sharing and review documents regarding same (1.4); emails with Ms. Duff and Mr. Bibler regarding discussions with UniFirst (0.7). | 2.1 |
| 06/07/11 | Jaffe | P230 | Draft letter to New England Plastics and review of documents for same (1.7). | 1.7 |
| 06/09/11 | Jaffe | P230 | Telephone call with Mr. Bibler regarding coordination, Central Area, and New England Plastics, and emails with Ms. Duff regarding same (1.3); emails with team regarding meeting with EPA and review draft presentation and comments on same (1.9). | 3.2 |
| 06/10/11 | Jaffe | P230 | Review draft presentation for EPA meeting and emails with team regarding same (1.4); review issues regarding New England Plastics and emails with team regarding same (0.9). | 2.3 |
| 06/13/11 | Jaffe | P230 | Team telephone conference regarding meeting with EPA, and prepare for and emails with team regarding same (1.9); telephone call with Ms. Duff regarding New England Plastics and email to Mr. Bibler regarding letter to NEP (0.3). | 2.2 |
| 06/15/11 | Jaffe | P230 | Review UniFirst comments on draft letter to New England Plastics and emails with Mr. Bibler and Ms. Duff regarding same (0.6). | 0.6 |
| 06/17/11 | Jaffe | P230 | Emails with Mr. Bibler and team regarding New England Plastics and Central Area work (0.8). | 0.8 |
| 06/21/11 | Jaffe | P230 | Meeting with EPA regarding capture zone report and prepare for same (4.6). | 4.6 |
| 06/23/11 | Jaffe | P230 | EPA meeting follow up, including addressing Central Area requirements and response to EPA questions (1.9). | 1.9 |
| 06/24/11 | Jaffe | P230 | Attention to Central Area issues, including negotiations with EPA, scope of RI work, designation of project coordinator, and response to EPA information request (1.4). | 1.4 |
| 06/27/11 | Jaffe | P230 | Attention to Central Area issues, including follow-up with EPA, selection of project coordinator, dealings with New England | 2.2 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 483319  
July 22, 2011  
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| | | | Plastics, and team telephone conference (1.8); review indoor air data and emails with team regarding same (0.4). | |
| 06/30/11 | Jaffe | P230 | Attention to Central Area, including NEP issues, project coordinator issues, and planning for 7/6 meeting (1.2). | 1.2 |
| | | | **Total Hours** | **24.2** |

Matter No.: 08743.00103                                                        Invoice No.: 483319
Re: Wells G&H Superfund Site                               July 22, 2011
                                                                                                            Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 24.2 | at | 650.00 | = | 15,730.00 |
| **Total Fees** | | | | | **$15,730.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/22/11 | Mileage, Toll, Parking - SETH JAFFE Parking at P.O. Square garage for meeting at EPA : 06/21/11 | 34.00 |
| | **Total Disbursements** | **$34.00** |

| | |
|---|---|
| Total Fees | $15,730.00 |
| Total Disbursements | 34.00 |
| **Total Fees and Disbursements** | **$15,764.00** |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 22, 2011
Invoice No.: 483319
Matter No.: 08743.00103

Re:  Wells G&H Superfund Site

Total Fees and Disbursements         $15,764.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 483319
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM