# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JUNE 1, 2011 - JUNE 30, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 46.3 | $  34,742.50 |
| 0014 | Case Administration | 24.4 | 5,532.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.9 | 2,073.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 46.9 | 33,929.50 |
| 0018 | Fee Application, Applicant | 5.2 | 1,366.00 |
| 0019 | Creditor Inquiries | 2.8 | 2,344.00 |
| 0020 | Fee Application, Others | 2.1 | 523.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 13.8 | 9,801.00 |
| 0035 | Travel - Non Working | 16.3 | 12,914.50 |
| 0036 | Plan and Disclosure Statement | 105.8 | 86,729.00 |
|  |  |  |  |
|  | Sub Total | 266.5 | $ 189,955.00 |
|  | Less 50% Travel | (8.1) | (6,457.25) |
|  | Total | 258.4 | $ 183,497.75 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | July 11, 2011 |
| INVOICE NO. | 539928 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2011, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2011 | T/c R. Higgins re: advice on potential acquisition (.1); attend to confidentiality agreement and acknowledgment, memo to LK and KP and o/c LK re: same (1.5). | Krieger, A. | 1.6 |
| 06/02/2011 | Review Confidentiality Agreement (.5); review AK memo re: same (.2); o/c AK re: Confidentiality Agreement (.4). | Kruger, L. | 1.1 |
| 06/03/2011 | Memorandum to LK, KP re: memorandum for the Committee re proposed acquisition and related confidentiality agreements (.4); t/c R. Higgins re: Committee review of agreement (.4); memoranda with Capstone re: 6/9/11 meeting (.2); exchanged memoranda with Debtors' counsel re: confidentiality agreement (.1). | Krieger, A. | 1.1 |
| 06/06/2011 | Memorandum to LK, KP re: acknowledgment of confidentiality agreement (.1); o/c LK re: same and memoranda with R. Higgins re: same (.3). | Krieger, A. | 0.4 |
| 06/07/2011 | Exchanged memoranda with J. Baer re: 6/10/11 | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | meeting on Project Larch and documentation in advance (.2); memorandum to Capstone re: same (.1). | | |
| 06/09/2011 | Attend to Project Larch presentation (.2); exchanged memoranda with J. Dolan re: Project Larch presentation and information request (.2). | Krieger, A. | 0.4 |
| 06/10/2011 | Attend Project Larch call with representatives for all parties (.7); follow-up t/c Capstone re: acquisition and issues to be addressed and preparation of additional information request (.7) and memorandum thereon (.6); attend to issues raised by proposed acquisition (.6); t/c Capstone re: rescheduling follow-up conference call with all representatives (.1); memorandum to Debtors' counsel re: rescheduling call (.1). | Krieger, A. | 2.8 |
| 06/10/2011 | Review memo re: Project Larch. | Kruger, L. | 0.6 |
| 06/13/2011 | Attend to Seller's confidential information memorandum and related material and exchanged memoranda with Debtors' counsel re: same. | Krieger, A. | 2.1 |
| 06/13/2011 | Confer AK re: Grace acquisition and review information. | Pasquale, K. | 0.6 |
| 06/15/2011 | Attend to Capstone's report re: lst quarter 2011 financials (1.2); memorandum to Capstone re: same (.1); Attend to CIM for Project Larch, and information request (3.6); attend to issues and relevant case law (2.0). | Krieger, A. | 6.9 |
| 06/15/2011 | O/c with AK re: Project Larch. | Kruger, L. | 0.2 |
| 06/16/2011 | T/c J. Dolan re: Project Larch (.4); attend to issues (1.6); conference call with representatives for all parties (1.0); follow-up conference with Capstone re: acquisition (.5). | Krieger, A. | 3.5 |
| 06/17/2011 | Memorandum to LK, KP re: Project Larch information. | Krieger, A. | 0.7 |
| 06/17/2011 | Review AK memo re Larch information. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/19/2011 | Attend to plan materials in connection with Project Larch analysis. | Krieger, A. | 0.9 |
| 06/20/2011 | Conference call with Capstone re: Project Larch and attend to issues raised (1.1); t/c J. Baer re: motion status and memorandum thereon (.2). | Krieger, A. | 1.3 |
| 06/21/2011 | Exchanged memoranda with Capstone re: Project Larch materials and Project Eddy transaction (.4); memorandum to Debtors' counsel re: Project Larch materials (.1); memoranda with LK, KP re: Project Larch (.7); memorandum to Debtors' counsel re: failure to receive Declarations supporting Larch motion (.1); memoranda to Capstone re: Declarations (.2); exchanged memoranda with creditors' counsel re: Larch motions (.2); exchanged memoranda with Capstone re: Project Eddy and review same (.2). | Krieger, A. | 1.9 |
| 06/21/2011 | Review memo from AK re: Larch project. | Kruger, L. | 0.3 |
| 06/21/2011 | Review documentation and motion re: Project Larch and emails re: same. | Pasquale, K. | 1.2 |
| 06/22/2011 | Memoranda to Debtors' counsel re: declarations supporting Larch motion (.1); attend to O'Connell and Rohen Declarations (.8); office conference L. Kruger re: acquisition (.2); attend to proposed Larch issues (1.4). | Krieger, A. | 2.5 |
| 06/23/2011 | Multiple memoranda with LK, KP re: Project Larch (.3); attend to issues and case law (4.3); t/c Capstone re: current analysis and outstanding information (.9). | Krieger, A. | 5.5 |
| 06/23/2011 | Review memo from AK re: Project Larch and liquidity issues. | Kruger, L. | 0.4 |
| 06/23/2011 | Telephone conference JPM re: acquisition; emails re: same, issues. | Pasquale, K. | 0.5 |
| 06/24/2011 | Memoranda with LK, KP re: Larch motion (.6); attend to issues and case law (5.9). | Krieger, A. | 6.5 |
| 06/24/2011 | Review AK memo re: Larch Motion (.3); review Project Larch Motion (.4). | Kruger, L. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/24/2011 | Emails re: acquisition issue. | Pasquale, K. | 0.2 |
| 06/29/2011 | Discussion with J. Baer re:  proposed acquisition and follow-up discussion with KP (.2); memoranda with Capstone re: proposed acquisition (.2). | Krieger, A. | 0.4 |
| 06/30/2011 | Memoranda with J. Baer re: extended objection deadline to Project Larch Motion (.2); memoranda to L. Kruger, K. Pasquale and Capstone re: same (.2). | Krieger, A. | 0.4 |
| 06/30/2011 | Review Capstone report re: acquisition. | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 39.2 | $ 715 | $ 28,028.00 |
| Kruger, Lewis | 3.6 | 995 | 3,582.00 |
| Pasquale, Kenneth | 3.5 | 895 | 3,132.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 34,742.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 34,742.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 06/02/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (2.8). | Mohamed, D. | 3.1 |
| 06/03/2011 | Monitor appeals case docket no. 11-199. | Mohamed, D. | 0.2 |
| 06/06/2011 | Memoranda with DM re: request for document. | Krieger, A. | 0.1 |
| 06/06/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor district court appeals case no. 11-199 (.2). | Mohamed, D. | 0.5 |
| 06/07/2011 | Obtain and circulate recently docketed pleadings in main case (.5); research and obtain documents for attorney review (.8); review case file documents (1.1). | Mohamed, D. | 2.4 |
| 06/08/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: district court case no. 11-199 for attorney review (.4). | Mohamed, D. | 0.7 |
| 06/09/2011 | Obtain and circulate recently docketed pleadings in main case (.5); prepare documents for attorney review (.7); obtain and circulate recent pleadings filed re: appeals case no. 11-199 (.3). | Mohamed, D. | 1.5 |
| 06/10/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 06/13/2011 | Obtain and circulate recently docketed pleadings in main case (.8); research and obtain documents for attorney review (.5); monitor | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | appeals case docket no. 11-199 (.1). | | |
| 06/15/2011 | O/c DM and attend to docket notices re: appeals transmitted. | Krieger, A. | 0.2 |
| 06/15/2011 | Obtain and circulate recently docketed pleadings in main case (.9); research re: recently filed appeals (.5). | Mohamed, D. | 1.4 |
| 06/16/2011 | O/c DM re: multiple docket entries. | Krieger, A. | 0.3 |
| 06/16/2011 | Obtain and circulate recently docketed pleadings in main case (1.0); research re: recent appeals (.4); obtain recent pleadings re: district court case no. 11-199 for attorney review (.7). | Mohamed, D. | 2.1 |
| 06/17/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent filings re: case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.6 |
| 06/20/2011 | Exchange emails with D. Mohamed re: creditor inquiry on Schedule F claim. | Krieger, A. | 0.1 |
| 06/20/2011 | Research re: scheduled claim of creditor (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 06/21/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research re: filing of Capstone's CNOs for fee applications (.4). | Mohamed, D. | 1.1 |
| 06/22/2011 | Obtain and circulate recently docketed pleadings in main case (.8); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3). | Mohamed, D. | 1.1 |
| 06/24/2011 | Obtain and circulate substantive pleadings in main and related cases, folder and distribute to A. Krieger, L. Kruger, K. Pasquale and M. Magzamen. | Azelby, C. | 0.3 |
| 06/27/2011 | Obtain and circulate substantive pleadings in main and related cases. | Azelby, C. | 0.3 |
| 06/28/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 06/29/2011 | Obtain and circulate recently docketed | Mohamed, D. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.9); research case docket re: certain filings (.5); retrieve precedent briefs for attorney review re Appeals case no. 11-199 (.4). | | |
| 06/30/2011 | Memoranda with D. Mohamed re: Court call arrangements for 7/6/11 hearing and thereafter cancellation thereof (.2); memorandum to M. Magzamen re: 6/28-29/11 argument transcript (.2); office conference D. Mohamed and e-mails with re: transcript of District Court hearings (.3). | Krieger, A. | 0.7 |
| 06/30/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research re: hearing transcripts (.5); prepare documents for attorney review (.8); schedule A. Krieger to appear telephonically at 7/6/11 hearing (.1). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Azelby, Colleen | 0.6 | $ 85 | $ 51.00 |
| Krieger, Arlene G. | 1.4 | 715 | 1,001.00 |
| Mohamed, David | 22.4 | 200 | 4,480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,532.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,532.00 |
|-----------------------|-----------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/13/2011 | Attend to notice of settlement of TIPA Patent Litigation and prepare information request to Debtors' counsel. | Krieger, A. | 1.2 |
| 06/15/2011 | Prepare information request with respect to the proposed settlement of litigation with Fosroc (.3); memoranda with Debtors' counsel re: same (.1). | Krieger, A. | 0.4 |
| 06/22/2011 | Memorandum to Debtors' counsel re: conference call to discuss proposed TIPA Patent Litigation Settlement. | Krieger, A. | 0.1 |
| 06/30/2011 | Preparation for conference call with Debtors' counsel re: Fosroc settlement (.5); conference call with Debtors' counsel re: proposed litigation settlement (.7). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.9 | $ 715 | $ 2,073.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,073.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,073.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
| | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2011 | Attend to memorandum for the Committee re: acquisition under review, confidentiality agreement and acknowledgment. | Krieger, A. | 0.7 |
| 06/03/2011 | Revised memorandum for the Committee re: potential acquisition and related agreements. | Krieger, A. | 0.8 |
| 06/06/2011 | Memorandum for the Committee re: proposed Curtis Bay site settlement and attend to related case law (6.9); memorandum to the Committee re: unredacted confidentiality agreement for Project Larch (.4). | Krieger, A. | 7.3 |
| 06/07/2011 | Attend to Committee memorandum re: proposed Curtis Bay EPA settlement. | Krieger, A. | 2.3 |
| 06/08/2011 | Attend to Committee memorandum re: Curtis Bay EPA settlement. | Krieger, A. | 1.2 |
| 06/09/2011 | Attend to M. Berg comments to Committee memo (.1); attend to revised memorandum for the Committee re: Curtis Bay site claims (.4). | Krieger, A. | 0.5 |
| 06/16/2011 | T/c J. Dolan re: Capstone's report on Grace's first quarter performance. | Krieger, A. | 0.1 |
| 06/20/2011 | Attend to Committee memorandum re: proposed settlement of TIPA Patent Litigation. | Krieger, A. | 2.9 |
| 06/21/2011 | Review Larch acquisition motion and motion authorizing Larch motion and related documents to be filed under seal and memorandum to the Committee thereon (3.8); prepare Committee memorandum re: TIPA Patent Litigation Settlement (1.9). | Krieger, A. | 5.7 |
| 06/22/2011 | Prepare Committee Memorandum re: TIPA Patent Settlement (2.8); attend to Committee | Krieger, A. | 5.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Memorandum re: proposed settlement of natural resource damage claims at the Blackburn and Union Superfund Site (2.6). | | |
| 06/26/2011 | Review Debtor's motion for approval of Consent Decree with US and Massachusetts and preparation of Committee memorandum thereon. | Krieger, A. | 4.7 |
| 06/27/2011 | Preparation of Committee memorandum re: Motion seeking approval for Consent Decree with US and Massachusetts (4.8); memoranda with Capstone re: Committee memorandum re: Larch acquisition (.1); review and comment on Capstone memorandum re: potential acquisition (2.2); extended telephone conference with Capstone re: same (1.4). | Krieger, A. | 8.4 |
| 06/28/2011 | Memoranda with Capstone re: Committee memorandum on proposed acquisition. | Krieger, A. | 0.7 |
| 06/29/2011 | Memoranda for the Committee re: conference call on District Court hearings and proposed acquisition. | Krieger, A. | 0.6 |
| 06/30/2011 | Prepare for Committee conference call (.6); office conference L. Kruger re: District Court arguments (.2); conference call with Committee re: District Court argument, proposed acquisition (.5); follow-up office conference L. Kruger, K. Pasquale re: Court hearing (.1); prepare revised Committee memorandum re: Fosroc settlement (2.5). | Krieger, A. | 3.9 |
| 06/30/2011 | Preparation for and Committee call with KP and AK re: 6/28 and 6/29 court hearing and project Larch (.7); review memo to Committee re: patent litigation settlement (.2). | Kruger, L. | 0.9 |
| 06/30/2011 | Prep for and conference call with committee re: status items. | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 45.2 | $ 715 | $ 32,318.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.9 | 995 | 895.50 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 33,929.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 33,929.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843 0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/07/2011 | Review and revise May Fee Detail | Magzamen, M. | 0.5 |
| 06/13/2011 | Review and revise May Fee Detail. | Magzamen, M. | 0.5 |
| 06/13/2011 | Prepare draft of SSL's one hundred and twenty-second monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 06/20/2011 | Attend to May 2011 fee statement. | Krieger, A. | 0.3 |
| 06/21/2011 | Revise draft of SSL one hundred and twenty-second monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 06/22/2011 | Attend to May 2011 fee statement. | Krieger, A. | 0.1 |
| 06/28/2011 | Review SSL's one hundred and twenty-second monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 715 | $ 286.00 |
| Magzamen, Michael | 1.0 | 320 | 320.00 |
| Mohamed, David | 3.8 | 200 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,366.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,366.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/07/2011 | Memorandum to creditor re: case status inquiry. | Krieger, A. | 0.4 |
| 06/09/2011 | Telephone conference trade creditor re: status of confirmation and scenarios. | Pasquale, K. | 0.5 |
| 06/20/2011 | T/c creditor re: claim inquiry. | Krieger, A. | 0.2 |
| 06/21/2011 | Memorandum to Debtors' counsel re: inquiry from creditor. | Krieger, A. | 0.1 |
| 06/27/2011 | Telephone conference creditor re: confirmation status, equity market movement. | Krieger, A. | 0.2 |
| 06/30/2011 | Multiple telephone conferences creditors re: appeal oral argument. | Pasquale, K. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 715 | $ 643.50 |
| Pasquale, Kenneth | 1.9 | 895 | 1,700.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,344.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,344.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/07/2011 | Review Capstone's eighty-seventh monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 06/21/2011 | Attend to fee applications for other professionals (.1); attend to Fee Auditors' report re: 39th quarterly applications (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |
| Mohamed, David | 1.9 | 200 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 523.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 523.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|----|----------------------------------------------|
|    | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/03/2011 | Attend to proposed settlement with EPA re: Curtis Bay site, information request to Debtors' counsel and applicable case law. | Krieger, A. | 3.4 |
| 06/06/2011 | Memorandum to M. Berg re: Curtis Bay Settlement motion. | Krieger, A. | 0.2 |
| 06/07/2011 | Review notice of settlement and consent order for Curtis Bay facility (.8); draft email to A. Krieger discussing RCRA penalty policy (.6). | Berg, M. | 1.4 |
| 06/07/2011 | Multiple memoranda with R. Higgins and M. Berg re: Curtis Bay settlement with the EPA and additional information requested and responses thereto (1.9); attend to case law (1.8). | Krieger, A. | 3.7 |
| 06/08/2011 | Exchanged memoranda with R. Higgins re: 6/13/11 conference call (.1); memorandum to M. Berg re: same (.1); attend to relevant case law (1.4). | Krieger, A. | 1.6 |
| 06/09/2011 | Review and edit memo to Committee re: Curtis Bay settlement. | Berg, M. | 0.3 |
| 06/13/2011 | Conference call re: Curtis Bay settlement; telephone conversation with A. Krieger. | Berg, M. | 0.5 |
| 06/13/2011 | Conference call with Debtors' representatives and then follow-up t/c M. Berg re: Curtis Bay settlement with the EPA. | Krieger, A. | 0.5 |
| 06/21/2011 | Review proposed Blackburn site settlement of natural resources damages. | Krieger, A. | 1.1 |
| 06/27/2011 | Prepare additional information request for Debtors' counsel re: NRD Consent Decree. | Krieger, A. | 0.5 |
| 06/30/2011 | Preparation for conference call with Debtors' counsel re: Blackburn Consent Decree (.3); | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference call with Debtors' counsel re: NRD Consent Decree (.3). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 2.2 | $ 685 | $ 1,507.00 |
| Krieger, Arlene G. | 11.6 | 715 | 8,294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,801.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 9,801.00 |
|------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843  0024 |
|----|--------------------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 102.57 |
| Long Distance Telephone | 2.78 |
| Duplicating Costs-in House | 79.30 |
| Westlaw | 1,646.98 |
| Word Processing | 72.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,903.63 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,903.63 |
|-----------------------|------------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/28/2011 | Travel to and from Philadelphia for argument on confirmation objections before the District Court. | Krieger, A. | 4.8 |
| 06/28/2011 | Travel re: confirmation appeals hearing. | Pasquale, K. | 3.5 |
| 06/29/2011 | Travel to and from Philadelphia to attend the continued hearing before the District Court re: confirmation objections. | Krieger, A. | 4.5 |
| 06/29/2011 | Travel re: appeals oral argument. | Pasquale, K. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.3 | $ 715 | $ 6,649.50 |
| Pasquale, Kenneth | 7.0 | 895 | 6,265.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,914.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,914.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | RE | Plan and Disclosure Statement<br>699843 0036 | | |
| --- | --- | --- | --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/01/2011 | Attend to multiple emails re documents for joint binder (.2); attend to Plan Proponents' appellate briefs (6.0). | Krieger, A. | 6.2 |
| 06/01/2011 | Emails with PW re: record appendix issues (.2); review proposed appendix (.6); continue review of cases and revise outline (2.3). | Pasquale, K. | 3.1 |
| 06/02/2011 | O/c LK re: Plan Proponents' bank lender issues brief (.1); attend to Plan Proponents' main brief (5.6). | Krieger, A. | 5.7 |
| 06/02/2011 | Review plan proponents' brief (1.1); o/c AK re: plan proponents brief re: bank lender issues (.6). | Kruger, L. | 1.7 |
| 06/06/2011 | Attend to memoranda re: proposed joint document binder for Judge Buckwalter. | Krieger, A. | 0.2 |
| 06/06/2011 | Prep for oral argument and review case law. | Pasquale, K. | 1.6 |
| 06/08/2011 | Conference call with counsel for Bank Group, Debtors re: joint designation on documents (.4); follow-up o/c KP re: same (.1); attend to related subsequent emails (.2). | Krieger, A. | 0.7 |
| 06/08/2011 | Review draft appendix and conference call with debtors, PW re: same (.6); telephone conference M. Phillips re: same (.2); telephone conference A. Rosenberg re: same (.2). | Pasquale, K. | 1.0 |
| 06/09/2011 | Attend to joint binder material and discussed same with lenders' counsel (.6); attend to newly filed appellate reply briefs and pleadings (1.7). | Krieger, A. | 2.3 |
| 06/09/2011 | Review new Appellate Briefs and Reply. | Kruger, L. | 1.1 |
| 06/10/2011 | Attend to memoranda re: Lenders/Committee | Krieger, A. | 4.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | reply brief and revise and comment on draft brief (2.9); attend to joint binder materials and emails thereon (1.1). |  |  |
| 06/10/2011 | Review draft reply brief. | Kruger, L. | 0.6 |
| 06/10/2011 | Review and revise draft reply brief (3.1) and emails with lenders' re: same (.3). | Pasquale, K. | 3.4 |
| 06/11/2011 | Attend to Appellants' Joint Reply Brief. | Krieger, A. | 3.0 |
| 06/12/2011 | Attend to Appellants' Joint Reply Brief. | Krieger, A. | 4.1 |
| 06/13/2011 | Attend to revisions to draft reply brief (2.1); attend to joint document binder for district court (.3); attend to motion for leave to reply and memoranda thereon (.4). | Krieger, A. | 2.8 |
| 06/13/2011 | Review draft revised Reply Brief. | Kruger, L. | 0.4 |
| 06/13/2011 | Revisions to draft reply brief and motion to file brief (2.8); emails re: same and record appendix issues (.8). | Pasquale, K. | 3.6 |
| 06/14/2011 | Review and comment on revised draft appellants' reply brief (2.5); final binder memoranda (.1). | Krieger, A. | 2.6 |
| 06/14/2011 | Review and revise next drafts of reply brief, motion for leave and emails re: same. | Pasquale, K. | 2.8 |
| 06/15/2011 | Review Briefs re: default interest. | Kruger, L. | 0.4 |
| 06/15/2011 | Prep for oral argument. | Pasquale, K. | 2.2 |
| 06/16/2011 | Attend to Judge Buckwalter orders allowing reply briefs. | Krieger, A. | 0.1 |
| 06/16/2011 | Review debtors' opp to reply brief and court orders. | Pasquale, K. | 0.6 |
| 06/20/2011 | Attend to BNSF's motion for leave to file a reply (.6); attend to Judge Gropper's 6/16/11 General Growth Properties' decision and impact on Class 9 appellate issues (.7); o/c KP re: GGP decision (.1); attend to proposed supplemental submission to Judge Buckwalter (.1). | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/20/2011 | Review draft notice of supp. authority (Gen. Growth), review case and emails re: same. | Pasquale, K. | 1.4 |
| 06/22/2011 | Attend to material for appellate brief. | Krieger, A. | 0.2 |
| 06/22/2011 | O/c KP re: oral argument on 6/28. | Kruger, L. | 0.2 |
| 06/22/2011 | Telephone conference A. Rosenberg re: PPI argument; prep for 6/28/11 oral argument. | Pasquale, K. | 2.3 |
| 06/23/2011 | Review materials for 6/28/11 argument re: confirmation appeals. | Krieger, A. | 1.0 |
| 06/23/2011 | Preparation for 6/28/11 presentation. | Kruger, L. | 0.2 |
| 06/23/2011 | Prep for 6/28/11 oral argument. | Pasquale, K. | 3.8 |
| 06/24/2011 | Preparation of materials for 6/28/11 oral argument. | Krieger, A. | 0.6 |
| 06/24/2011 | O/c with KP re: oral argument. | Kruger, L. | 0.2 |
| 06/24/2011 | Prep for oral argument of appeal and telephone conference A. Rosenberg re: same. | Pasquale, K. | 6.6 |
| 06/26/2011 | Prep for oral argument. | Pasquale, K. | 3.6 |
| 06/27/2011 | Review State of Montana motion for leave to file reply (.1); attend to recent post-petition interest decision for potential application to arguments re: Grace (.4); attend to material for 6/28/11 argument (.8); office conference L. Kruger re: argument (.1). | Krieger, A. | 1.4 |
| 06/27/2011 | Review Appellate Briefs. | Kruger, L. | 0.6 |
| 06/27/2011 | Prep for oral argument (4.2); telephone conference with W. Katchen re: same (.2). | Pasquale, K. | 4.4 |
| 06/28/2011 | Attend hearing before the District Court re: confirmation arguments. | Krieger, A. | 5.5 |
| 06/28/2011 | Prep for and court hearings for confirmation appeals argument. | Pasquale, K. | 6.5 |
| 06/29/2011 | Attend continued hearing before the District Court re: confirmation objections, including those asserted by the Committee and the bank | Krieger, A. | 5.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | lender group. | | |
| 06/29/2011 | T/c KP re: court hearing. | Kruger, L. | 0.3 |
| 06/29/2011 | Prep for and oral argument of appeals. | Pasquale, K. | 5.5 |
| 06/30/2011 | Telephone conference A. Rosenberg re: appeal. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 47.4 | $ 715 | $ 33,891.00 |
| Kruger, Lewis | 5.7 | 995 | 5,671.50 |
| Pasquale, Kenneth | 52.7 | 895 | 47,166.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 86,729.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 86,729.00 |
|-----------------------|-------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 189,955.00 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,903.63 |
| TOTAL BILL | $ 191,858.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.