# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## JUNE 1, 2011 - JUNE 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 10.2 | $ 995 | $ 10,149.00 |
| Pasquale, Kenneth | 65.9 | 895 | 58,980.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 2.2 | 685 | 1,507.00 |
| Krieger, Arlene G. | 158.5 | 715 | 113,327.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Azelby, Colleen | 0.6 | 85 | 51.00 |
| Magzamen, Michael | 1.0 | 320 | 320.00 |
| Mohamed, David | 28.1 | 200 | 5,620.00 |
|  |  |  |  |
| **Sub Total** | 266.5 |  | $ 189,955.00 |
| **Less 50% Travel** | (8.1) |  | (6,457.25) |
| **Total** | 258.4 |  | $ 183,497.75 |