# EXHIBIT C

Case 01-01139-AMC    Doc 27326-3    Filed 07/28/11    Page 2 of 5

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JUNE 1, 2011 - JUNE 30, 2011

| | |
|---|---:|
| Outside Messenger Service | $ 102.57 |
| Long Distance Telephone | 2.78 |
| Duplicating Costs-in House | 79.30 |
| Westlaw | 1,646.98 |
| Word Processing -Logit | 72.00 |
| | |
| **TOTAL** | **$ 1,903.63** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | July 11, 2011 |
|---|---|
| INVOICE NO. | 539928 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827221; DATE: 05/28/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270191227444 on 05/24/2011 | 10.94 |
| 06/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827221; DATE: 05/28/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270192877026 on 05/24/2011 | 7.72 |
| 06/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827221; DATE: 05/28/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270193039831 on 05/24/2011 | 7.72 |
| 06/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827221; DATE: 05/28/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270194423851 on 05/24/2011 | 7.72 |
| 06/07/2011 | VENDOR: UPS; INVOICE#: 0000010X827231; DATE: 06/04/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197782833 on 05/31/2011 | 7.72 |
| 06/07/2011 | VENDOR: UPS; INVOICE#: 0000010X827231; DATE: 06/04/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, | 7.72 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Wilmington, DE 19801 Tracking #:1Z10X8270198357069 on 05/31/2011 | |
| 06/07/2011 | VENDOR: UPS; INVOICE#: 0000010X827231; DATE: 06/04/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270199753647 on 05/31/2011 | 10.94 |
| 06/07/2011 | VENDOR: UPS; INVOICE#: 0000010X827231; DATE: 06/04/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270199973052 on 05/31/2011 | 7.72 |
| 06/21/2011 | VENDOR: UPS; INVOICE#: 0000010X827241; DATE: 06/11/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270191013568 on 06/07/2011 | 7.78 |
| 06/21/2011 | VENDOR: UPS; INVOICE#: 0000010X827241; DATE: 06/11/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270191355510 on 06/07/2011 | 7.78 |
| 06/21/2011 | VENDOR: UPS; INVOICE#: 0000010X827241; DATE: 06/11/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270191864354 on 06/07/2011 | 11.03 |
| 06/21/2011 | VENDOR: UPS; INVOICE#: 0000010X827241; DATE: 06/11/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270193600330 on 06/07/2011 | 7.78 |
| **Outside Messenger Service Total** | | **102.57** |
| **Long Distance Telephone** | | |
| 06/03/2011 | EXTN.795544, TEL.3128364047, S.T.11:09, DUR.00:03:41 | 1.11 |
| 06/30/2011 | EXTN.795562, TEL.2015412126, S.T.10:23, DUR.00:05:43 | 1.67 |
| **Long Distance Telephone Total** | | **2.78** |
| **Duplicating Costs-in House** | | |
| 06/24/2011 | | 71.40 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27/2011 | | 7.90 |
| **Duplicating Costs-in House Total** | | **79.30** |

**Westlaw**

| | | |
|---|---|---|
| 06/07/2011 | Duration 1; by Krieger, Arlene G. | 33.00 |
| 06/08/2011 | Duration 5; by Krieger, Arlene G. | 189.25 |
| 06/23/2011 | Duration 3; by Krieger, Arlene G. | 323.00 |
| 06/24/2011 | Duration 10; by Krieger, Arlene G. | 870.25 |
| 06/24/2011 | Duration 8; by Pasquale, Kenneth | 231.48 |
| **Westlaw Total** | | **1,646.98** |

**Word Processing - Logit**

| | |
|---|---|
| 06/10/2011 | 60.00 |
| 06/27/2011 | 12.00 |
| **Word Processing - Logit Total** | **72.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 102.57 |
| Long Distance Telephone | 2.78 |
| Duplicating Costs-in House | 79.30 |
| Westlaw | 1646.98 |
| Word Processing- Logit | 72.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,903.63 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.