# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

July 11, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(June 1st 2011 to June 30th 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2011-06-01 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change | 0.17 | 285.00 | 48.45 |
| 2011-06-06 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change | 0.25 | 285.00 | 71.25 |
| 2011-06-08 | CH | Review of email from David Thompson re: meeting with Don Pinchin (Pinchin Environmental) | 0.25 | 285.00 | 71.25 |
| 2011-06-08 | MB | Review of email from David Thompson re: meeting with Mr. Pinchin | 0.25 | 450.00 | 112.50 |
| 2011-06-10 | CH | Email to Karen Harvey re: receipt of WR Grace payment for February application | 0.08 | 285.00 | 22.80 |
| 2011-06-10 | CH | Review of April monthly application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2011-06-13 | CH | Email to Mr. Thompson re: meeting with Don Pinchin (Pinchin Environmental) and Anna Vetere (Collectiva) | 0.25 | 285.00 | 71.25 |
| 2011-06-14 | CH | Email to Cindy Yates re: receipt of wire transfer of portion of The Hogan Firm's fees | 0.17 | 285.00 | 48.45 |
| 2011-06-20 | CH | Email to David Thompson re: meeting claims protocol | 0.25 | 285.00 | 71.25 |
| 2011-06-20 | CH | Email to Kathy Davis (Rust Consulting) | 0.25 | 285.00 | 71.25 |
| 2011-06-20 | CH | Email to Matt Moloci re: Claim files and database | 0.17 | 285.00 | 48.45 |
| 2011-06-21 | MB | Review of a letter from Matt Moloci to Mr. Pinchin; | 0.25 | 450.00 | 112.50 |
| 2011-06-21 | MB | Meeting with Careen Hannouche re: Mr. Pinchin; | 0.50 | 450.00 | 225.00 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2011-06-21 | CH | Meeting with Mr. Bélanger re: Pinchin | 0.50 | 285.00 | 142.50 |
| 2011-06-22 | CH | Review of email containing letter to Don Pinchin from David Thompson | 0.25 | 285.00 | 71.25 |
| 2011-06-22 | MB | Review of email from David Thompson re: letter to Mr. Pinchin | 0.25 | 450.00 | 112.50 |
| 2011-06-27 | MB | Review of email from David Thompson and Matt Moloci re: Collectiva and database | 0.75 | 450.00 | 337.50 |
| 2011-06-27 | CH | Email to Karen Harvey re: postal strike and The Hogan Firm June Invoice | 0.08 | 285.00 | 22.80 |
| 2011-06-27 | CH | Email to Karen Harvey re: receipt of wire transfers from WR Grace (February and March 2011) | 0.17 | 285.00 | 48.45 |
| 2011-06-28 | CH | Email to Karen Harvey re: correction in May time summary | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **5.42** | | **1,874.70** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 2.00 | $ 900.00 |
| CH | 285.00 | 3.42 | $ 974.70 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies (48 x ,10¢) | 4.80 |
| **TOTAL DISBURSEMENTS** | **4.80** |
| **TOTAL FEES AND DISBURSEMENTS** | **1,879.50** |
| G.S.T. 5% | 93.98 |
| Q.S.T. 8.5% | 167.75 |
| **TOTAL** | **$ 2,141.23** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001