IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** August 17, 2011 @ 4:00 p.m. |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF May 31, 2011**

Name *of Applicant*:                              **Kaye Scholer LLP**

Authorized to Provide Professional Services to:    **W. R. Grace & Co., et al., Debtors and
                                                    Debtors-in-Possession**

Date of Retention as Special Counsel for Intellectual    **Retention Order entered April 7, 2010**
Property

Period for which compensation and              **May 1, 2011 - May 31, 2011**
reimbursement is sought

Amount of Compensation sought as actual,       **$13,222.44**
reasonable and necessary:

Amount of Expense Reimbursement sought         **$37.25**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of May 2011.  This is the thirteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 23.32 | $13,222.44 |

Total Fees: $13,222.44

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $13,259.69 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (May 1, 2011-May 31, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: June 28, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                                    June 27, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                              **Invoice#:** 672314
**Our File Number:** 63812/3001
**Client Reference:** 100074                        **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  | **Hours** |
|---|---|---|
| 05/13/2011 | Rynkiewicz, John P | 1.75 |
|  | Research and review GRACE DAVISON marks and protection in Canada, following surname difficulty in refusals; assess new added applications for expanded protection there. | |
| 05/27/2011 | Rynkiewicz, John P | 1.00 |
|  | Review correspondence from Brazilian agents regarding PAREX applic. refused based on DAREX reg; review related issues, potential cancellation action against DAREX cited reg; research, assess issues. | |

Total Hours................ 2.75

Fees through 05/31/2011.................................... $1,559.25

*-----------------------------TIME AND FEE SUMMARY-----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.75 | $1,559.25 |
| Fees through 05/31/2011............... | | 2.75 | $1,559.25 |

*---------------------------OUTSTANDING BALANCE---------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $208.25 |
| 628646 | 03/31/2010 | 75.98 |
| 628647 | 03/31/2010 | 113.40 |
| 637201 | 06/30/2010 | 476.65 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                      June 27, 2011

RE: Davison Silica                                        Invoice#: 672314
Our File Number: 63812/3001
Client Reference: 100074                                  . PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 311.85 |
| 647696 | 10/18/2010 | 161.03 |
| 650356 | 11/04/2010 | 161.03 |
| Prior Balance Due......................................................... | | $1,621.59 |

| | Amount |
|---|---|
| Fees this Invoice.......................................................... | $1,559.25 |
| Total Due this Invoice................................................. | $1,559.25 |
| Prior Balance Due (from above).................................. | 1,621.59 |
| **TOTAL DUE**........................................................... | **$3,180.84** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       666 5th Avenue
       New York, New York 10103
       Attention: Yoannis Cepeda
       Telephone: 212.559.1980

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: W.R. Grace Trademarks
       Our File Number: 63812/3001
       Invoice Number: 672314
       Total Amount Due: $3,180.84

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                        June 27, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: Trademark Watches                              Invoice#: 672316
Our File Number: 63812/0111                        PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|            |                                                                                                                                                                      | Hours |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 05/03/2011 | Rynkiewicz, John P                                                                                                                                                    | 1.75  |
|            | Review Grace email and Coersearch report dated April 29, 2011; assess confusion; added review of GRACE + POWER and GRACE CORPORATION; outline key issues for Grace.   |       |
| 05/19/2011 | Rynkiewicz, John P                                                                                                                                                    | 1.00  |
|            | Review Grace email, Corsearch FEDERAL REPORT - GRACE dated May 10, 2011; review marks, research USPTO and advise re same.                                             |       |
| 05/19/2011 | Rynkiewicz, John P                                                                                                                                                    | 1.50  |
|            | Review Grace email and Corsearch Watch Report dated May 17, 2011; review and assess marks for confusion; research USPTO re GRACE OF NEW YORK mark; outline issues and inquiries from Grace re this mark. |       |

Total Hours................. 4.25

Fees through 05/31/2011...................................   $2,409.75

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Rynkiewicz, John P | $567.00  | 4.25  | $2,409.75  |
| Fees through 05/31/2011.............. |          | 4.25  | $2,409.75  |

*----------------------OUTSTANDING BALANCE----------------------*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 647691   | 10/18/2010 | $802.87  |
| 650345   | 11/04/2010 | 368.55   |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                June 27, 2011

RE: Trademark Watches                          **Invoice#:** 672316
Our File Number: 63812/0111                         **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 2,222.64 |
| Prior Balance Due........................................................ | | $6,125.87 |

| | |
|---|---|
| Fees this Invoice............................................................ | $2,409.75 |
| Total Due this Invoice.................................................... | $2,409.75 |
| Prior Balance Due (from above)...................................... | 6,125.87 |
| **TOTAL DUE**.............................................................. | **$8,535.62** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 672316
Total Amount Due: $8,535.62

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                           June 27, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                          **Invoice#:** 672309
**Our File Number:** 63812/0019
**Client Reference:** 100067                                 **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  | Hours |
|---|---|---|
| 05/19/2011 | Rynkiewicz, John P | 1.00 |

Review files, series of prior communications to/from Grace and Indian agents; review finalized Aff of Evidence.

|  |  |
|---|---|
| Total Hours................ | 1.00 |
| Fees through 05/31/2011.................................. | $567.00 |

\*-----------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.00 | $567.00 |
| Fees through 05/31/2011.............. | | 1.00 | $567.00 |

\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 3,169.53 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 1,297.05 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                   June 27, 2011

**RE:** Power Grace                                              **Invoice#:** 672309
**Our File Number:** 63812/0019
**Client Reference:** 100067                                     **PAGE:**    2

| Invoice# | Date | Amount |
|---|---|---|
| 669553 | 05/31/2011 | 3,640.14 |
| Prior Balance Due........................................................................ | | $10,128.01 |

| | |
|---|---|
| Fees this Invoice........................................................... | $567.00 |
| Total Due this Invoice................................................... | $567.00 |
| Prior Balance Due (from above).................................... | 10,128.01 |
| **TOTAL DUE**........................................................... | **$10,695.01** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 672309
Total Amount Due: $10,695.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

June 27, 2011

**RE: Special Counsel**
**Our File Number:** 63812/0108
**Client Reference:** 100071

**Invoice#:** 672310

**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  |  | Hours |
|---|---|---|---|
| 05/17/2011 | Rynkiewicz, John P | | 0.33 |
| | Prepare additional Kaye Scholer documents and fee requests, file with court; emails. | | |
| 05/18/2011 | Rynkiewicz, John P | | 0.83 |
| | Assemble Kaye Scholer billings, prepare court document and send to Delaware firm for filing; emails; review draft documents re same. | | |

Total Hours................. 1.16

Fees through 05/31/2011.................................... $657.72

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.16 | $657.72 |
| Fees through 05/31/2011............... | | 1.16 | $657.72 |

\*--------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    June 27, 2011

RE: Special Counsel                                  Invoice#: 672310
Our File Number: 63812/0108
Client Reference: 100071                             PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 612.36 |
| Prior Balance Due........................................................ | | $4,088.47 |

| | |
|---|---|
| Fees this Invoice............................................................. | $657.72 |
| Total Due this Invoice..................................................... | $657.72 |
| Prior Balance Due (from above)...................................... | 4,088.47 |
| **TOTAL DUE**............................................................. | **$4,746.19** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 672310
Total Amount Due: $4,746.19

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                                    June 27, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                                    **Invoice#:** 672311
**Our File Number:** 63812/3002
**Client Reference:** 100075                            **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  | **Hours** |
|---|---|---|
| 05/03/2011 | Rynkiewicz, John P | 1.25 |
|  | Review Grace email and issues in U.S. TRADEMARK APPLICATION NO. 85058073 - ENCORE - W-04899; review OA and refusal; assess options. | |
|  | Total Hours................ | 1.25 |
|  | Fees through 05/31/2011.................................... | $708.75 |

*------------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.25 | $708.75 |
| Fees through 05/31/2011.............. | | 1.25 | $708.75 |

| | |
|---|---|
| Fees this Invoice.........................................................| $708.75 |
| **Total Due this Invoice...............................................** | **$708.75** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500.
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 672311
Total Amount Due: $708.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                         June 27, 2011
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions                  **Invoice#:** 672313
**Our File Number:** 63812/0112                              **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  | **Hours** |
|---|---|---|
| 05/06/2011 | Rynkiewicz, John P | 2.50 |
|  | Review Grace correspondence, letter from agents and issues in potential opposition in African Union; review options and series of prior emails re same. | |
|  | Total Hours................. | 2.50 |
|  | Fees through 05/31/2011.................................... | $1,417.50 |

*-------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.50 | $1,417.50 |
| Fees through 05/31/2011............... | | 2.50 | $1,417.50 |

*------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 1,513.89 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 992.25 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                          June 27, 2011

   **RE:** Potential Trademark Oppositions                      **Invoice#:** 672313
   **Our File Number:** 63812/0112                                **PAGE:**    2

| | |
|---|---|
| Prior Balance Due............................................................. | $5,537.51 |
| | |
| Fees this Invoice............................................................. | $1,417.50 |
| Total Due this Invoice...................................................... | $1,417.50 |
| Prior Balance Due (from above)...................................... | 5,537.51 |
| **TOTAL DUE**................................................................ | **$6,955.01** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500'
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 672313
Total Amount Due: $6,955.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    June 27, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                    **Invoice#:** 672317
**Our File Number:** 63812/0001
**Client Reference:** 100062                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|            |                                                                          | Hours |
|------------|--------------------------------------------------------------------------|-------|
| 05/04/2011 | Rynkiewicz, John P                                                       | 1.50  |
|            | Overview of multiple GRACE matters, issues, ststuas and deadlines.       |       |
| 05/13/2011 | Rynkiewicz, John P                                                       | 1.33  |
|            | Review and conduct overview of multiple pending GRACE matters, issues and status. |       |
| 05/20/2011 | Rynkiewicz, John P                                                       | 0.25  |
|            | Review Grace internal emails re possible TM scam pitch; review R. Maggio comments/reply. |       |
| 05/31/2011 | Rynkiewicz, John P                                                       | 1.50  |
|            | Month-end review of GRACE trademark matters, issues and status.          |       |

Total Hours................ 4.58

Fees through 05/31/2011.................................. $2,596.86

\*--------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Rynkiewicz, John P  | $567.00  | 4.58  | $2,596.86  |
| Fees through 05/31/2011.............. |  | 4.58  | $2,596.86  |

\*--------------------COSTS ADVANCED THROUGH 05/31/2011--------------------\*

| Duplicating | $0.30 |
|-------------|-------|
| Total Costs through 05/31/2011.......................... | $0.30 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co-Conn.                                                    June 27, 2011

    **RE:** General                                                          **Invoice#:** 672317
    **Our File Number:** 63812/0001
    **Client Reference:** 100062                                              **PAGE:**   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 2,976.95 |
| Prior Balance Due......................................................... | | $24,648.78 |

| | |
|---|---|
| Fees this Invoice........................................................ | $2,596.86 |
| Costs this Invoice....................................................... | $0.30 |
| Total Due this Invoice................................................. | $2,597.16 |
| Prior Balance Due (from above)................................... | 24,648.78 |
| **TOTAL DUE**......................................................... | **$27,245.94** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 672317
Total Amount Due: $27,245.94

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          June 27, 2011
        6200 Whittemore Avenue
        Cambridge, Massachusetts 002140-169
        Attn: Stephan Williams, Esq.

**RE: Bostik**                                       **Invoice#: 672315**
**Our File Number: 63812/0021**                 **PAGE:  1**

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

|  |  | Hours |
|---|---|---|
| 05/10/2011 | Rynkiewicz, John P | 0.25 |
| | Email from S. Williams re received c & d letter from Bostik; overview of issues. | |
| 05/16/2011 | Rynkiewicz, John P | 0.75 |
| | Review email and documents from S. Williams re received c & d letter from Bostik; review allegations; preliminary USPTO searches for descriptive uses of terms; review Grace website/materials. | |
| 05/17/2011 | Rynkiewicz, John P | 0.17 |
| | Emails to/from the client re response to demand letter and uses of phrase by company. | |
| 05/18/2011 | Rynkiewicz, John P | 0.33 |
| | Work on draft reply to Bostik demand letter re Tile MAtSet. | |
| 05/19/2011 | Rynkiewicz, John P | 0.75 |
| | Finalize draft response to Bostik cease and desist letter; review S. Williams' mark-up; revise re same. | |
| 05/20/2011 | Rynkiewicz, John P | 1.33 |
| | Revise letter, assemble definitions, third party regs/USPTO documents and Google evidence; send to Bostik's counsel; emails to/from S. Williams re same. | |
| 05/23/2011 | Rynkiewicz, John P | 0.17 |
| | Emails to/from S. Williams re BONDERA, TM use, descriptors and make recommendations. | |

Total Hours................. 3.75

Fees through 05/31/2011................................... $2,126.25

KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    June 27, 2011

RE: Bostik                                              Invoice#: 672315
Our File Number: 63812/0021                                  PAGE:   2

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.75 | $2,126.25 |
| Fees through 05/31/2011............... | | 3.75 | $2,126.25 |

\*----------------------COSTS ADVANCED THROUGH 05/31/2011----------------------\*

| Duplicating | $17.40 |
|---|---|
| Messengers/Courier | 19.85 |
| Total Costs through 05/31/2011......................... | $37.25 |

| Fees this Invoice......................................................... | $2,126.25 |
|---|---|
| Costs this Invoice........................................................ | $37.25 |
| **Total Due this Invoice............................................** | **$2,163.50** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0021
Invoice Number: 672315
Total Amount Due: $2,163.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                    June 27, 2011
     6200 Whittemore Avenue
     Cambridge, Massachusetts 002140-169
     Attn: Craig K. Leon, Esq.


RE: BIFLEX                                          **Invoice#:** 672312
**Our File Number:** 63812/0104
**Client Reference:** 100112                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2011

| Date | | Hours |
|---|---|---|
| 05/05/2011 | Rynkiewicz, John P | 0.83 |
| | Emails to/from opposing counsel re final drafting and filing of dismissal with Board; check online USPTO records. | |
| 05/25/2011 | Rynkiewicz, John P | 0.25 |
| | Emails and work on final motion to terminate proceeding. | |
| 05/26/2011 | Rynkiewicz, John P | 0.25 |
| | Correspondence to/from opposing counsel regarding draft motion to terminate proceeding following settlement. | |
| 05/27/2011 | Rynkiewicz, John P | 0.42 |
| | Correspondence to/from opposing counsel regarding motion; draft withdrawal motion and send to opposing counsel; check USPTO TTAB records. | |
| 05/31/2011 | Rynkiewicz, John P | 0.33 |
| | File consent motion to terminate proceeding with the Board; serve opposing counsel; email update to the client. | |

Total Hours.................  2.08

Fees through 05/31/2011.....................................  $1,179.36


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.08 | $1,179.36 |
| Fees through 05/31/2011............... | | 2.08 | $1,179.36 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    June 27, 2011

**RE: BIFLEX**                                                   **Invoice#:** 672312
**Our File Number:** 63812/0104
**Client Reference:** 100112                                     **PAGE:**    2

---

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 654088 | 12/10/2010 | $286.00 |
| 657772 | 01/19/2011 | 198.45 |
| 660993 | 02/28/2011 | 708.75 |
| 666740 | 04/30/2011 | 520.51 |
| 669560 | 05/31/2011 | 534.94 |

Prior Balance Due........................................................................    $2,248.65


Fees this Invoice........................................................................    $1,179.36
Total Due this Invoice................................................................    $1,179.36
Prior Balance Due (from above)..............................................    2,248.65
**TOTAL DUE**........................................................................    **$3,428.01**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 672312
Total Amount Due: $3,428.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.