# EXHIBIT A

## June 2011 Fee Detail

**Matter 3**                                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/1/2011 | Confer with R. Higgins re Larch issues (.80); confer with M. Shelnitz re same (.50); review (several conferences) and revise Larch Joinder and transmittal (.40); confer with R. Higgins re Larch court issues and strategy (.50); confer with A. Paul re Larch transaction (.40). | 2.60 | $625 | $1,625.00 |
| RJH | 6/1/2011 | Telephone conference with M. Conron re Project Larch (.40); draft correspondence re same (.30); draft materials re same (2.70); confer with J. Baer re same (.80); telephone conference with J. O'Connell re same (.50); legal research re various issues arising from same (.80). | 5.50 | $475 | $2,612.50 |
| JSB | 6/2/2011 | Review and respond to numerous correspondence re Larch issues (.70); confer with R. Higgins re same (.40); confer with PI, PD, and FCR counsel re confidentiality issues on Larch (.80); prepare correspondence re same (.80); review follow up correspondence and responses re same (.70). | 3.40 | $625 | $2,125.00 |
| RJH | 6/2/2011 | Exchange correspondence with Larch counsel and others re Project Larch (1.00); legal research re various aspects of same (3.50); draft motions re same (2.50); telephone conference with A. Krieger re same (.30); telephone conference with D. Blabey re same (.40) exchange correspondence with committees' and FCRs' counsel re same (.80). | 8.50 | $475 | $4,037.50 |
| JSB | 6/3/2011 | Confer with R. Higgins re Fosroc transaction and notice issues (.30); review correspondence re same (.20); confer with R. Higgins re other outstanding business issues (.40); confer with R. Higgins re Larch confidentiality issues (.40); confer with J. Donley re Larch (.20). | 1.50 | $625 | $937.50 |
| RJH | 6/3/2011 | Legal research re Project Larch legal issues (.90); draft motion re same (2.20). | 3.10 | $475 | $1,472.50 |
| JSB | 6/6/2011 | Confer with D. Kuchinsky, R. Finke, and R. Higgins re Larch deal issues and liability (.30); review and respond to various inquiries re Larch issues and follow up re same (.50). | .80 | $625 | $500.00 |
| RJH | 6/6/2011 | Correspond with various parties re multiple Project Larch issues (1.10); telephone conference with J. O'Connell re same (.40). | 1.50 | $475 | $712.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/7/2011 | Review Larch draft presentation slides (.40); confer with R. Higgins re same (.30); confer with M. Shelnitz re same (.20); review and respond to various correspondence re Larch transaction issues (.40); review Plan re Larch issues (1.00); confer with R. Higgins re same (.40); telephone conference with D. Kuchinsky re same (.50); review information re Larch issues (.40). | 3.60 | $625 | $2,250.00 |
| RJH | 6/7/2011 | Legal research re Project Larch issues (2.20); confer with J. Baer re same (.50); telephone conference with client re same (.50); correspondence with various parties re same (.80); outline motion re same (.90). | 4.90 | $475 | $2,327.50 |
| JSB | 6/8/2011 | Participate in call with Blackstone re Larch issues (.60); review due diligence chart re same (.50); confer with R. Higgins re same (.30); participate in call with Grace re Larch transaction (.80); confer with R. Higgins re due diligence chart and related issues (.50); review draft due diligence questions re Larch and confer with R. Higgins re same (.40); review and respond to further correspondence re same (.30). | 3.40 | $625 | $2,125.00 |
| RJH | 6/8/2011 | Prepare for and participate in telephone conference with Blackstone re Project Larch (.70); prepare for and participate in telephone conference with Grace in-house counsel re same (.50); draft Schumacher declaration and legal research re same (2.50); draft due diligence materials and confer with J. Baer re same (2.20); telephone conference with D. Kuchinsky re same (.60); legal research re Project Larch legal issues (.90). | 7.40 | $475 | $3,515.00 |
| RJH | 6/9/2011 | Exchange correspondence with various parties re Project Larch (.50); draft declarations re same (2.20). | 2.70 | $475 | $1,282.50 |
| JSB | 6/10/2011 | Review correspondence and analyze issues raised by same re Larch transaction (.50); participate in advisor call re same (.80); further confer with Blackstone re same (.30); confer with R. Higgins re same (.30). | 1.90 | $625 | $1,187.50 |
| RJH | 6/10/2011 | Prepare for conference call with Committee/FCR professionals re Project Larch (.30); participate in same (.80); follow up re same (.30); telephone conference with client and professionals re same (.40); analyze legal issues and revise documents re same (.90); confer with J. Baer re same (.30); correspond with various parties re same (.60). | 3.60 | $475 | $1,710.00 |
| JSB | 6/12/2011 | Review draft affidavit of company re Larch transaction (.30); review draft Blackstone affidavit (.30); confer with R. Higgins re same (.30); review revised business affidavit (.30); review Larch seller documents (.40). | 1.60 | $625 | $1,000.00 |
| RJH | 6/12/2011 | Legal research re Project Larch issues (.80); review and revise draft declarations re same (1.00). | 1.80 | $475 | $855.00 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/13/2011 | Review and respond to correspondence re Larch status (.30); review materials re same (.50); review and prepare correspondence re Larch CIM (.30); confer with R. Higgins re motion issues (.30); review draft motion for protective orders (.70); confer with R. Higgins re tax issues (.20); confer with R. Higgins re affidavit issues re Larch (.30); review correspondence re same (.30). | 2.90 | $625 | $1,812.50 |
| RJH | 6/13/2011 | Telephone conference with A. Paul re Project Larch (.50); telephone conference with J. O'Connell re same (.40); analyze and resolve issues re same (.30); confer with J. Baer re various Project Larch issues (.50); draft and revise declarations re same (2.70); draft motion re same (1.30); legal research re same (1.80); correspond with various parties re same (.50). | 8.00 | $475 | $3,800.00 |
| JSB | 6/14/2011 | Review revised Rohen and O'Connell affidavits (.50); confer with Blackstone re same (.50); further confer with R. Higgins re same (.30); confer with J. Rohen and M. Conron re Larch affidavit (1.20); confer with Blackstone re same (.50); revise motion for protective order re Larch transaction (2.50); review revised Rohen affidavit (.40); further revise motion for protective order (.70). | 6.60 | $625 | $4,125.00 |
| RJH | 6/14/2011 | Telephone conference with team re Project Larch matters (.80); telephone conference with J. Rohen, P. Schumacher, M. Conron et al., re same (1.40); correspond with various parties re same (.90); revise Rohen declaration (1.90); draft and revise motion re same (2.00); confer with J. Baer re same (.20); legal research and consider issues re same (.30); further revise declaration (2.80); telephone conference with J. Rohen re same (.40). | 10.70 | $475 | $5,082.50 |
| JSB | 6/15/2011 | Confer with M. Shelnitz re Larch transaction and follow up re same (.40); review revised Rohen affidavit and confer re same (.40); confer with R. Higgins re Larch issues (.30); participate in call with Grace re Larch transaction (1.00); confer with J. O'Connell re Larch creditor update (.30); review draft slides for creditor update call (.20); review revised Rohen declaration (.30); confer re same and draft Larch motion (.40); review and revise draft Larch motion (.80). | 4.10 | $625 | $2,562.50 |
| RJH | 6/15/2011 | Confer with J. Baer re Project Larch matters (.50); review and respond to correspondence re same (.90); incorporate comments into Rohen declaration (1.10); revise same (2.20); participate in telephone conference with client and advisors re Project Larch (1.20); draft motion re same (4.20); draft and revise seal motion re same (.80); telephone conference with J. O'Neill re Project Larch filings (.40). | 11.30 | $475 | $5,367.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/16/2011 | Review Grace comments to Larch motion (.30); confer with Grace re same and strategy issues (.70); confer with J. Sprayregen re same (.20); confer with R. Higgins re same (.30); review and respond to numerous issues and comments re Larch Transaction matters (1.30); review draft timeline as revised and introductory re-work (.40); confer with R. Higgins re Larch status (.30); revise introduction to Larch motion (.70); review and further revise seal motion for Larch (.30); participate in call with Committees, Grace, and Blackstone re Larch status (1.20); confer with J. Sprayregen and A. Paul re same (.50). | 6.20 | $625 | $3,875.00 |
| RJH | 6/16/2011 | Confer with J. Baer re various Project Larch matters (.90); telephone conferences with J. O'Connell and others re same (.70); telephone conference with M. Conron re same (.50); prepare for conference call with committee/FCR professionals (.30); participate in same (1.00); participate in telephone conference with J. Sprayregen re same (.50); draft and revise motion (1.50); draft and revise seal motion (2.50); draft and revise declarations (1.50). | 9.40 | $475 | $4,465.00 |
| JSB | 6/17/2011 | Review and respond to correspondence re Project Larch (.30); arrange conference with Seller's re Larch issues (.30); conduct conference with Larch Sellers re issues (.70); review and revise seal motion and prepare follow up re same (.30); review substantially revised protective order motion (.50); review client transmittal draft and confer re same (.30); further review materials re same (.40). | 2.80 | $625 | $1,750.00 |
| RJH | 6/17/2011 | Prepare for conference call with Project Larch counterparty and counsel (.30); participate in same (.60); telephone conferences with J. Rohen re Project Larch (.80); confer with J. Baer re same (.50); draft and revise motion (5.50); draft and revise seal motion (2.50); legal research re same (1.10); draft and revise correspondence to various parties re same (.90). | 12.20 | $475 | $5,795.00 |
| RJH | 6/18/2011 | Multiple conference calls with J. Rohen re Project Larch (1.20); confer with J. Baer multiple times re same (.90); draft and revise Project Larch motion (9.90); correspond with various parties re same (.70). | 12.70 | $475 | $6,032.50 |
| JSB | 6/19/2011 | Review revised Larch motion and various party's comments re same (1.50); confer with R. Higgins re revisions to motion and related issues (.50); review seller's comments to Larch drafts (.50); confer re same (.50); prepare correspondence re same (.30); follow up re same (.30). | 3.60 | $625 | $2,250.00 |
| RJH | 6/19/2011 | Exchange correspondence with various parties re Project Larch (.80); draft and revise motion re same (7.10); analyze counterparty's counsel's comments re same (1.50); confer with J. Baer re same (.50). | 9.90 | $475 | $4,702.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/20/2011 | Confer with client re issues on Larch motion and seller issues (.50); further confer with R. Higgins re same (.30); review revised motion with Seller's comments (.50); confer with Delaware counsel re seal motion issues (.30); confer with Seller's counsel re motion issues (.30); confer with clients re same (.30); numerous conferences with R. Higgins re Larch documents and issues (.90); review, revise, and proofread numerous versions of Larch documents (2.50); confer with A. Krieger re same (.30); confer with Seller's counsel re same (.30); confer with D. Kuchinski re Larch status and issues (.30); prepare notice re Larch (.50); final review of comments from Seller re Larch motion and confer re same (.30). | 7.30 | $625 | $4,562.50 |
| RJH | 6/20/2011 | Review and analyze counterparty counsel's comments to draft motions (.50); confer with J. Baer re various Project Larch issues (1.20); participate in conference call with counterparty counsel re Project Larch (.70); telephone conferences with Larch counsel re same (.80); telephone conferences with M. Conron re same (.90); exchange correspondence with various parties re same (.80); draft and revise substantive motion re same (7.10); draft and revise protective order motion re same (1.10); prepare motions for filing (.90); prepare notice for substantive motion (.50). | 14.50 | $475 | $6,887.50 |
| JSB | 6/21/2011 | Review and respond to correspondence re Larch issues (.60); prepare transmittal to Committees and FCR's with final Larch motion and protective order (.30); confer with Court re same (.20); prepare further transmittals to key parties re Larch motion (.30); review correspondence re declarations and respond re same (.40); review final docket and documents and confer re same (.50). | 2.30 | $625 | $1,437.50 |
| RJH | 6/21/2011 | Prepare redacted substantive motion for service to counterparty and serve same (1.50); prepare Rohen declaration and circulate for comment (2.00); prepare O'Connell declaration and circulate same for comment (1.50); correspond with various parties re Project Larch (.80); prepare declarations for filing (.80); telephone conferences with M. Conron and J. Rohen re same (.60); telephone conferences with J. O'Connell re O'Connell declaration and other matters (.50). | 7.70 | $475 | $3,657.50 |
| RJH | 6/22/2011 | Correspond with Larch counsel (.50); confer with J. Baer re same (.40); compose correspondence re service of motion and declarations and serve same (1.00); review and analyze press releases re Project Larch filing and exchange correspondence with various parties re same (1.00); correspond with M. Hurford and others re confidentiality agreement issues and service of filings (.50). | 3.40 | $475 | $1,615.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/23/2011 | Review and respond to inquiries re Larch transaction (.50); confer with R. Higgins re same (.30). | .80 | $625 | $500.00 |
| JSB | 6/23/2011 | Confer with D. Klauder re Larch transaction (.30); confer with M. Shelnitz re Larch issues (.30); review correspondence from Seller's counsel re procedure (.20); prepare follow up re same (.30). | 1.10 | $625 | $687.50 |
| RJH | 6/23/2011 | Analyze issues re Larch counsel correspondence (.40); draft redacted forms of O'Connell and Rohen declarations (1.10); transmit same to client for review (.20); correspondence with various parties re same (.30); confer with J. Baer re same (.20). | 2.20 | $475 | $1,045.00 |
| JSB | 6/24/2011 | Confer with R. Higgins re Larch issues (.30); review redacted O'Connell affidavit for US Trustee and confer re same (.30); review Larch e-mail re hearing, confer with client and prepare draft response re same (.50); confer further re same (.20); review correspondence re Larch publicity issues (.20). | 1.50 | $625 | $937.50 |
| RJH | 6/24/2011 | Review and analyze Project Larch draft SPA for bankruptcy and related issues (2.70); prepare redacted form of O'Connell Declaration for UST review (2.90); correspond with M. Conron re same and other issues (.50); confer with J. Baer re foregoing issues (.50). | 6.60 | $475 | $3,135.00 |
| JSB | 6/25/2011 | Review draft Larch APA and R. Higgins draft inserts re same (1.10); confer with R. Higgins re same (.60) | 1.70 | $625 | $1,062.50 |
| RJH | 6/26/2011 | Prepare inserts for Project Larch SPA (5.00); confer with J. Baer re same (.50). | 5.50 | $475 | $2,612.50 |
| JSB | 6/27/2011 | Review and respond to various correspondence re Larch transaction issues (.40); confer re comments to draft SPA (.30). | .70 | $625 | $437.50 |
| RJH | 6/27/2011 | Prepare and revise inserts for Project Larch SPA (1.20); telephone conferences with M. Conron re same (.80); confer with J. Baer re same and other issues (.40); correspond with various parties re redacted O'Connell Declaration for UST (.30); serve same on UST (.20). | 2.90 | $475 | $1,377.50 |
| RJH | 6/28/2011 | Telephone conference with A. Schlesinger re Project Larch (.60). | .60 | $475 | $285.00 |
| RJH | 6/29/2011 | Multiple telephone conferences with M. Conron re Project Larch (.80); exchange correspondence with various parties re same (.50). | 1.30 | $475 | $617.50 |
| JSB | 6/30/2011 | Confer with R. Higgins re Larch issues (.30); confer with R. Higgins re potential new tax claim (.30); review FCR correspondence re Larch and respond (.30); review UCC correspondence on Larch and respond (.30); review ACC correspondence on Larch and respond (.30); confer with J. Liesemer (ACC) re same (.20); confer with D. Kuchinski re Larch issues (.40). | 2.10 | $625 | $1,312.50 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/30/2011 | Telephone conference with M. Shelnitz re Project Larch (.30); confer with J. Baer re same and other issues (.30); analyze and resolve issues re same (.20); exchange correspondence with various parties re same (.30). | 1.10 | $475 | $522.50 |
| Total | | | 221.50 | | $114,587.50 |

**Matter 4**  **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/15/2011 | Review and respond to correspondence re June hearing matters (.30); review and attend to newly filed pleadings (.40). | .70 | $625 | $437.50 |
| JSB | 6/21/2011 | Participate in Grace Company call re status of all pending matters including confirmation, Larch, and other matters (.70). | .70 | $625 | $437.50 |
| JSB | 6/30/2011 | Review newly filed pleadings and attend to same (.50). | .50 | $625 | $312.50 |
| Total | | | 1.90 | | $1,187.50 |

**Matter 6**     **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/1/2011 | Exchange correspondence with M. Araki re claims issues (.50). | .50 | $475 | $237.50 |
| JSB | 6/2/2011 | Review correspondence and documents from BMC re DH Ritter claim inquiry (.30); prepare correspondence re same (.30). | .60 | $625 | $375.00 |
| RJH | 6/3/2011 | Telephone conference with J. Forgach re Illinois tax claim and consider issues re same (.60). | .60 | $475 | $285.00 |
| RJH | 6/6/2011 | Exchange correspondence with various parties re committee inquiries regarding Curtis Bay settlement agreement (.40); draft responses to same and revise (.50); draft summary of outstanding tax claims and legal research re same (3.80). | 4.70 | $475 | $2,232.50 |
| RJH | 6/7/2011 | Legal research re Curtis Bay settlement matters (.70); draft responses to Committee and FCR queries re same (1.20); exchange correspondence with various parties re same (.50). | 2.40 | $475 | $1,140.00 |
| RJH | 6/8/2011 | Exchange correspondence and resolve issues re Curtis Bay settlement agreement (.50). | .50 | $475 | $237.50 |
| RJH | 6/9/2011 | Attend to matters re Curtis Bay settlement (.30). | .30 | $475 | $142.50 |
| RJH | 6/13/2011 | Participate in telephone conference with client and counsel for the unsecured committee re Curtis Bay settlement (.50); analyze and resolve issues re same (.30); correspond with various parties re same (.10); telephone conference with C. Finke et al. re new claims issue (.60). | 1.50 | $475 | $712.50 |
| RJH | 6/23/2011 | Telephone conferences with L. Duff re Curtis Bay (.20); telephone conference with K. Makowski re same (.20); legal research and draft correspondence re same (.20); legal research re tax and escheat law claims issues (2.20). | 2.80 | $475 | $1,330.00 |
| JSB | 6/27/2011 | Review memo re potential new tax claim issues (.20). | .20 | $625 | $125.00 |
| RJH | 6/27/2011 | Exchange correspondence with various parties re Blackburn consent decree (.30). | .30 | $475 | $142.50 |
| RJH | 6/28/2011 | Legal research re potential claims issues (3.50). | 3.50 | $475 | $1,662.50 |
| RJH | 6/29/2011 | Exchange correspondence with various parties re open claims issues (.40); legal research re potential claims issue (.70); telephone conference with C. Finke and K. Mitchell, et al., re same (.60). | 1.70 | $475 | $807.50 |
| Total | | | 19.60 | | $9,430.00 |

9

**Matter 11**                          **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/1/2011 | Review W. Smith fee report and back-up materials re same (.70). | .70 | $625 | $437.50 |
| JSB | 6/3/2011 | Prepare response to Fee Auditor report for first quarter of 2011 (1.50). | 1.50 | $625 | $937.50 |
| RJH | 6/3/2011 | Prepare April fee detail and telephone conference with H. Humphries re same (.20); prepare May fee detail (.30). | .50 | $475 | $237.50 |
| RJH | 6/3/2011 | Review issues re fee application (.30). | .30 | $475 | $142.50 |
| JSB | 6/6/2011 | Finalize fee auditor response letter, assemble exhibits, and prepare same for transmittal (.50). | .50 | $625 | $312.50 |
| RJH | 6/7/2011 | Prepare April fee application (.90); prepare same for filing (.50). | 1.40 | $475 | $665.00 |
| RJH | 6/27/2011 | Prepare May fee application (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 6/28/2011 | Prepare May fee application for filing (.80). | .80 | $475 | $380.00 |
| Total | | | 8.20 | | $4,300.00 |

**Matter 15**                                   **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/1/2011 | Draft Fosroc 9019 motion and legal research re same (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 6/3/2011 | Review comments on Otis PPA from Nustar and R. Spence (.50); prepare response re same (.20). | .70 | $625 | $437.50 |
| RJH | 6/3/2011 | Telephone conference and exchange correspondence with J. Hughes re claims litigation and other matters (.50). | .50 | $475 | $237.50 |
| RJH | 6/3/2011 | Review Fosroc settlement agreement and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| JSB | 6/6/2011 | Review correspondence re Otis Insurance issues (.30); review draft Fosroc settlement notice and correspondence re same (.30); review Jurgens docket entry and respond to R. Finke inquiry re same (.30); prepare revised motion re Blackburn Consent Decree and order (2.50); review revised Fosroc notice (.30); follow up re Otis Insurance issues (.30). | 4.00 | $625 | $2,500.00 |
| RJH | 6/6/2011 | Telephone conference with C. Leon and J. McFarland re Fosroc settlement agreement (.40); revise draft notice multiple times and circulate same for comment (1.80); prepare same for filing (1.30); telephone conference with S. Stamoulis re claims litigation settlement (.50). | 4.00 | $475 | $1,900.00 |
| JSB | 6/7/2011 | Review correspondence and discuss issues re Curtis Bay settlement (.50); final review of Walpole Consent Decree motion (.50); prepare transmittals re Walpole motion and order (.40); review order on NY Hillside and prepare transmittal re same (.30); review further correspondence re issues raised on Curtis Bay matter (.30) | 2.00 | $625 | $1,250.00 |
| RJH | 6/7/2011 | Attend to matters re filing of Fosroc notice of settlement and draft correspondence re same (.50). | .50 | $475 | $237.50 |
| JSB | 6/13/2011 | Review revisions from client re Walpole settlement (.30); review co-counsel comments re same (.30). | .60 | $625 | $375.00 |
| RJH | 6/14/2011 | Telephone conference with J. Hughes re claims litigation and other matters (.20). | .20 | $475 | $95.00 |
| JSB | 6/15/2011 | Review correspondence re Otis insurance issues and prepare follow up re same (.50); revise motion re Walpole NRD settlement (1.50). | 2.00 | $625 | $1,250.00 |
| JSB | 6/16/2011 | Review correspondence and pleadings re new Tennessee suit (.50); respond re same (.20); respond to inquiry re status for Florida litigation (.20). | .90 | $625 | $562.50 |
| JSB | 6/17/2011 | Prepare follow up correspondence re Tennessee matter (.30); final review and revisions to Walpole settlement motion (.80); prepare transmittal re same (.30). | 1.40 | $625 | $875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/20/2011 | Prepare final changes to Walpole motion (.50); confer with clients re same (.30); finalize same for filing and prepare transmittal re same (.50). | 1.30 | $625 | $812.50 |
| RJH | 6/20/2011 | Exchange correspondence with various parties re Fosroc notice (.50). | .50 | $475 | $237.50 |
| RJH | 6/22/2011 | Exchange correspondence with A. Krieger re Fosroc settlement (.50); analyze and resolve issues re same (.20). | .70 | $475 | $332.50 |
| JSB | 6/24/2011 | Confer with several parties re newest settlement issues on claims (.30); prepare correspondence re same (.30); confer with R. Finke, T. Rea, and J. O'Neill re same (.40). | 1.00 | $625 | $625.00 |
| JSB | 6/25/2011 | Review correspondence on Alabama PRP matter and prepare follow up re same (.30). | .30 | $625 | $187.50 |
| RJH | 6/27/2011 | Legal analysis re Norfolk Southern claim (1.20). | 1.20 | $475 | $570.00 |
| RJH | 6/28/2011 | Exchange correspondence with C. Leon and J. McFarland re Fosroc litigation settlement (.40); exchange correspondence with A. Krieger re same (.20); telephone conference with C. Leon re same (.50). | 1.10 | $475 | $522.50 |
| JSB | 6/30/2011 | Review correspondence re MA DEP issues on Walpole settlement (.40); review correspondence re DeKalb AOC (.30). | .70 | $625 | $437.50 |
| RJH | 6/30/2011 | Telephone conference with A. Krieger, C. Leon and L. Duff re settlement agreements (1.10); follow up re same (.20); telephone conference with L. Duff re same (.40); exchange correspondence with various parties re same (.20). | 1.90 | $475 | $902.50 |
| Total | | | 28.60 | | $15,820.00 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/1/2011 | Review MCC cross appeal brief and confer with A. Paul re same (.50); confer with M. Shelnitz re same (.20); confer re oral argument issues and potential replies (.30). | 1.00 | $625 | $625.00 |
| JSB | 6/3/2011 | Confer with J. Donley re oral argument issues (.30); review and analyze appellees' briefs (.80). | 1.10 | $625 | $687.50 |
| JSB | 6/6/2011 | Review Lender's list of documents for Court binder (.30); prepare correspondence re same (.20). | .50 | $625 | $312.50 |
| JSB | 6/7/2011 | Participate in Grace team call with Plan Proponents re status and appellate briefing and arguments (.60); review and respond to correspondence re reply brief issues and confer re same (.30). | .90 | $625 | $562.50 |
| JSB | 6/8/2011 | Confer with D. Cohen re appellate briefing issues (.30); confer with Grace counsel re same (.30); confer with J. Donley re same (.20); review Libby objection re appellate brief (.20); further confer re same (.30); review draft response re Libby and confer with J. Donley re same (.50). | 1.80 | $625 | $1,125.00 |
| JSB | 6/12/2011 | Review correspondence re Garlock issues (.30). | .30 | $625 | $187.50 |
| JSB | 6/13/2011 | Review pleadings and correspondence re Libby and Bank lender replies (.40); review motion re Garlock reply (.20). | .60 | $625 | $375.00 |
| JSB | 6/14/2011 | Review outline re Oral argument (.20); confer with Plan Proponents re same (.50). | .70 | $625 | $437.50 |
| JSB | 6/15/2011 | Confer re oral argument preparation and coordinate same (.40); assemble materials re same (.40). | .80 | $625 | $500.00 |
| JSB | 6/16/2011 | Review Garlock and Bank Lenders' reply briefs (1.30); review and comment re BNSF request re reply brief, including reviewing and drafting extensive correspondence re same (.70); review Buckwalter orders re reply briefs and analyze issues re same (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 6/17/2011 | Review BNSF motion to file reply and reply brief (.50). | .50 | $625 | $312.50 |
| JSB | 6/20/2011 | Prepare correspondence re appellants and issues (.30); review and respond to correspondence re various oral argument and briefing issues (.40). | .70 | $625 | $437.50 |
| JSB | 6/21/2011 | Review materials for Oral argument preparation (5.00) | 5.00 | $625 | $3,125.00 |
| JSB | 6/23/2011 | Review materials in preparation for meeting re oral argument on confirmation appeals (1.00); participate in meeting re same (5.00). | 6.00 | $625 | $3,750.00 |
| JSB | 6/24/2011 | Confer with M. Shiner re appeal issues (.30); review and organize materials for oral argument on confirmation (.80). | 1.10 | $625 | $687.50 |

13

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/24/2011 | Review and analyze various appellate pleadings and coordinate with A. Schlesinger re same (.90). | .90 | $475 | $427.50 |
| JSB | 6/27/2011 | Review materials in preparation for Oral Argument on Plan confirmation (2.30); confer with co-counsel and assist in preparation for hearing (2.00); participate in call with Plan proponents re same (.80). | 5.10 | $625 | $3,187.50 |
| RJH | 6/27/2011 | Legal research re various issues in support of appellate oral argument preparations (2.20). | 2.20 | $475 | $1,045.00 |
| JSB | 6/28/2011 | Prepare for oral argument re Confirmation order appeal (2.50); attend and participate in oral argument re Confirmation order appeal (5.00); confer re same (.50). | 8.00 | $625 | $5,000.00 |
| JSB | 6/29/2011 | Prepare for Confirmation appeal hearing (1.50); participate in same (4.00). | 5.50 | $625 | $3,437.50 |
| JSB | 6/30/2011 | Confer with J. Liesemer re oral argument (.30); confer with R. Higgins re same (.30); review and respond to correspondence re pending appeal issues (.30). | .90 | $625 | $562.50 |
| Total | | | 45.90 | | $28,222.50 |

**Matter 20**                   Travel – Non-Working

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/21/2011 | Travel to Washington D.C. for meetings to prepare for oral argument on Confirmation appeal (billed at half time) (2.00) | 2.00 | $625 | $1,250.00 |
| JSB | 6/23/2011 | Travel from Washington D.C. back to Chicago after meeting on confirmation appeal preparation (weather delays, billed at half time) (3.00). | 3.00 | $625 | $1,875.00 |
| JSB | 6/27/2011 | Travel from Chicago to Philadelphia for Oral Argument on Plan Confirmation appeal (billed at half time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 6/29/2011 | Travel from Philadelphia back to Chicago after Confirmation appeal oral argument (billed at half time) (2.50). | 2.50 | $625 | $1,562.50 |
| Total | | | 9.50 | | $5,937.50 |