**E<small>XHIBIT</small> B**

**June 2011 Expense Detail**

June 2011 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $2,239.73 |
| Online research | $985.57 |
| Postage | $19.98 |
| Out-of-town travel | $3,206.85 |
| Meals | $1,417.13 |
| Total: | $7,869.26 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 6/22/2011 | $45.00 | Taxi from Chicago to O'Hare for flight to Washington DC |
| 6/22/2011 | $18.00 | Taxi from Regan Airport to JW Marriott Hotel |
| 6/22/2011 | $662.40 | United Airlines. Roundtrip Airfare Chicago/Washington DC, including travel fees |
| 6/22/2011 | $55.00 | Dinner - JW Marriott Hotel. One person. |
| 6/23/2011 | $589.96 | JW Marriott. One night lodging in Washington DC |
| 6/23/2011 | $18.00 | Taxi to Regan Airport from 14th and G Street Washington DC |
| 6/23/2011 | $80.00 | Taxi O'Hare Airport to Chicago Loop ( heavy traffic) |
| 6/27/2011 | $45.00 | Taxi from Wilmette, IL to O'Hare Airport for trip to Philadelphia |
| 6/27/2011 | $35.00 | Taxi from Philadelphia Airport to Marriott Courtyard Philadelphia |
| 6/27/2011 | $1,344.00 | American Airlines - Airfare from Chicago to Philadelphia, including travel fees (coach fair in highly oversold situation) |
| 6/27/2011 | $99.38 | Taxi from Marriott Courtyard Philadelphia to Marriott Courtyard Brandywine, Wilmington DE |

| Date | Amount | Service Description |
|---|---|---|
| 6/27/2011 | $24.87 | TGI Fridays. Dinner for one person in Wilmington DE |
| 6/28/2011 | $214.92 | Marriott Courtyard Brandywine, Wilmington |
| 6/28/2011 | $4.65 | Breakfast at Marriott |
| 6/28/2011 | $120.00 | Taxi from Marriott Courtyard Brandywine, Wilmington to Philadelphia |
| 6/28/2011 | $13.54 | Old Nelson Food Company. Lunch for two people ( J. Baer, M. Gaytan) |
| 6/28/2011 | $9.00 | Taxi Philadelphia Courthouse to Marriott Courtyard |
| 6/28/2011 | $45.50 | Taxi to Marriott Airport Hotel from Philadelphia |
| 6/28/2011 | $55.00 | Marriott Airport. Dinner. One person. |
| 6/29/2011 | $439.06 | Marriott Airport. One night lodging |
| 6/29/2011 | $40.00 | Taxi from Marriott Airport to Philadelphia Marriott Courtyard |
| 6/29/2011 | $20.00 | Marriott Courtyard - Breakfast one person |
| 6/29/2011 | $7.00 | Jake's Deli Philadelphia. Lunch One person |
| 6/29/2011 | $40.00 | Taxi from Philadelphia Courthouse to Airport |
| 6/29/2011 | $558.70 | United Airlines. One way airfare Philadelphia to Chicago, plus travel fee. (coach for highly oversold situation.) |
| 6/29/2011 | $40.00 | Taxi from O'Hare to Wilmette |
| Total | $4,623.98 | |

## Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 5/31/2011 | $985.57 | Lexis/Nexus - Grace research charges for May/June |
| 6/10/2011 | $19.98 | Federal Express. Delivery re Materials |
| 6/22/2011 | $61.56 | Sprint Broadband - Grace June broadband charges |
| 6/30/2011 | $2,178.17 | InterCall - Grace teleconference charges for June |
| Total | $3,245.28 | |

Total June 2011 Expenses: $7,869.26