**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W.R. Grace & Co.          Bank:  See attached

Bankruptcy Number:  01-01139              Account Number:  See attached

Date of Confirmation:  January 31, 2011    Account Type:  See attached

Reporting Period (month/year):  June 2011

| | |
|---|---|
| Beginning Cash Balance: | $580,820,307 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $1,093,227,270 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,093,227,270 |
| Total of cash available: | $1,674,047,577 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,043,698,048 |
| All other disbursements made in the ordinary course: | $0 |
| Total Disbursements | $1,043,698,048 |
| Ending Cash Balance | $630,349,528 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/28/2011 _____        _____
Date                                      Name/Title

Debtor:  W. R. Grace & Co.

Case Number:  01-01139

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 579,824,976 | $ (127,562) | $ - | $ 973,165 | $ 149,229 | $ 500 | $ 580,820,307 |
| **Total of cash received** | $ 1,086,375,696 | $ 3,727,597 | $ 1,435,667 | $ 1,688,310 | $ - | $ - | $ 1,093,227,270 |
| **Total Disbursements** | $ 1,036,910,214 | $ 3,647,838 | $ 1,435,667 | $ 1,644,122 | $ 60,208 | $ - | $ 1,043,698,048 |
| **Ending Cash Balance** | $ 629,290,457 | $ (47,803) | $ - | $ 1,017,353 | $ 89,021 | $ 500 | $ 630,349,528 |

# Quarterly Summary Report

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001267 | Bank of America Lockbox 8182203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Libby Medical 2079900065008 |
|---|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 123,865 | $ 176,479 | $ 870,066 | $ 923,773 | $ 55,459,533 | $ 510,658,943 | $ 3,643,163 | $ 116,499 | $ 8,421 |
| **RECEIPTS** | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (36,506) | | | 237,913,753 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | 114,251,746 | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 203 | 2,203,633 | | 91,463 | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | 36,404,512 | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 570,000 | | | 6,104,068 | 2,260,293 | | 333,600,000 | 53,265,150 | 277,841 |
| MISCELLANEOUS | | | | | | | | | |
| TOTAL RECEIPTS | 570,000 | (36,506) | 203 | 8,307,722 | 390,830,304 | 91,463 | 333,600,000 | 53,265,150 | 277,841 |
| **DISBURSEMENTS** | | | | | | | | | |
| | | | | | | | | | |
| PAYROLL | | | | | | | | 34,297,321 | |
| PAYROLL TAXES | | | | | | | | 17,659,738 | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 614,158 | | | 2,204,208 | 9,247,333 | | | | 286,262 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 6,305,667 | 333,878,738 | | 332,245,327 | | |
| MISCELLANEOUS | | | | | | | 31,559 | 1,416,959 | |
| TOTAL DISBURSEMENTS | 614,158 | - | - | 8,509,875 | 343,126,068 | - | 332,276,886 | 53,374,017 | 286,262 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (44,158) | (36,506) | 203 | (202,153) | 47,704,235 | 91,463 | 1,323,114 | (108,867) | (8,421) |
| **CASH - END OF QUARTER** | $ 79,707 | $ 139,973 | $ 870,269 | $ 721,620 | $ 103,163,769 | $ 510,750,406 | $ 4,966,277 | $ 7,632 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | | | | | | |
| MOR-1 | | | | | | | | |
| June 2011 | | | | | | | | |
| | First Union Accts Payable 2079920005781 | First Union Accts payable 2079900005280 | First Union Accts Payable 2079900005281 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304816494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco Interam de Finanzas 007000107847 |
| CASH BEGINNING OF QUARTER | $ (3,470,002) | $ - | $ - | $ 44,818 | $ - | $ 882,148 | $ 13,848 | $ 332,278 | $ - |
| RECEIPTS | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 3,781,398 | | 42,405 | 2,466,991 | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | 289,518 | 883,844 | 370,000 | - |
| TRANSFERS IN - NONFILING ENTITIES | 2,525,415 | 1,007,882 | | | | | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 108,922,382 | 3,075,066 | 166,704,888 | | | 531,845 | - | - | - |
| MISCELLANEOUS | 3,470,002 | | 2,662,374 | | | | - | - | - |
| TOTAL RECEIPTS | 114,917,799 | 4,082,947 | 169,367,261 | - | 3,781,398 | 821,363 | 926,249 | 2,836,991 | - |
| DISBURSEMENTS | | | | | | | | | |
| PAYROLL | | | | | | 46,706 | | | - |
| PAYROLL TAXES | | | | | | 121,582 | | - | - |
| TRADE PAYABLES - THIRD PARTIES | 108,387,530 | 3,553,705 | 167,601,978 | | | | - | 1,941,404 | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | - | - |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 581,742 | 875,000 | - |
| TRANSFERS OUT - NONFILING ENTITIES | 3,060,267 | 529,243 | | | | | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 3,781,398 | 619,848 | | | - |
| MISCELLANEOUS | | | 1,765,283 | 53 | | | 183,531 | 74,092 | - |
| TOTAL DISBURSEMENTS | 111,447,797 | 4,082,947 | 169,367,261 | 53 | 3,781,398 | 619,848 | 933,561 | 2,890,496 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 3,470,002 | - | 0 | (53) | - | 201,515 | (7,312) | (53,505) | - |
| CASH - END OF QUARTER | $ (0) | $ - | $ 0 | $ 44,766 | $ - | $ 1,083,663 | $ 6,536 | $ 278,773 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>June 2011 | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ 470,556 | $ - | $ 209,602 | $ (1,254,659) | $ 10,615,644 | $ 579,824,976 | $ - |
| RECEIPTS | | | | | | | | |
| | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 679,373 | | | | | 244,847,414 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | 114,251,746 | |
| TRANSFERS IN - THIRD PARTIES | - | - | | | | | 3,838,661 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | 784,398 | | | 40,722,206 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 675,311,553 | |
| MISCELLANEOUS | - | - | | | 1,271,740 | | 7,404,115 | |
| TOTAL RECEIPTS | - | 679,373 | | 784,398 | 1,271,740 | - | 1,086,375,696 | - |
| DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| PAYROLL | - | - | | | | | 34,344,026 | |
| PAYROLL TAXES | - | - | | | | | 17,781,320 | |
| TRADE PAYABLES - THIRD PARTIES | - | 705,096 | | | | | 282,189,713 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| ACCOUNT SECURITIZATION<br>  PAYMENTS AS SERVICER FOR GRPI | - | | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | 370,000 | | | | | 14,178,703 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 3,589,510 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 676,830,975 | |
| MISCELLANEOUS | - | 5,693 | | | | 4,518,796 | 7,995,966 | |
| TOTAL DISBURSEMENTS | - | 1,080,790 | | - | | 4,518,796 | 1,036,910,214 | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | (401,416) | | 784,398 | 1,271,740 | (4,518,796) | 49,465,482 | |
| | | | | | | | | |
| CASH - END OF QUARTER | $ - | $ 69,139 | $ - | $ 994,000 | $ 17,080 | $ 6,096,848 | $ 629,290,457 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

Remedium Group, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
June 2011

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ - | $ (127,562) | $ - | $ (127,562) | $ - |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 4,250 | | | 4,250 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 2,287,677 | 1,435,670 | | 3,723,347 | |
| TOTAL RECEIPTS | 2,291,927 | 1,435,670 | - | 3,727,597 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,355,910 | | 1,355,910 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 2,291,927 | | | 2,291,927 | |
| MISCELLANEOUS | | | | | |
| TOTAL DISBURSEMENTS | 2,291,927 | 1,355,910 | - | 3,647,838 | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | 79,760 | - | 79,760 | |
| CASH - END OF QUARTER | $ - | $ (47,803) | $ - | $ (47,803) | $ - |

Chart 1

**W.R. Grace & Co.**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**June 2011**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,435,667 | 1,435,667 | |
| TOTAL RECEIPTS | 1,435,667 | 1,435,667 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,435,667 | 1,435,667 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 1,435,667 | 1,435,667 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

*Chart 1*

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | Citibank Operating Acct. 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ 973,165 | $ - | $ - | $ - | $ 973,165 | $ - |
| RECEIPTS | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 833,762 | | | | 833,762 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN FILING ENTITY CASH ACCOUNTS | 854,548 | | | | 854,548 | |
| TOTAL RECEIPTS | 1,688,310 | - | - | - | 1,688,310 | - |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | 25,391 | | | | 25,391 | |
| PAYROLL TAXES | 7,184 | | | | 7,184 | |
| TRADE PAYABLES - THIRD PARTIES | 756,999 | | | | 756,999 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 854,548 | | | | 854,548 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,644,122 | - | - | - | 1,644,122 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 44,188 | - | - | - | 44,188 | - |
| CASH - END OF QUARTER | $ 1,017,353 | $ - | $ - | $ - | $ 1,017,353 | $ - |

*Chart 1*

**Grace International Holdings**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | Grace International Holdings 323136524 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $               - | - | $               - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $               - | $          - | $               - |

*Chart 1*

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

*Chart 1*

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF QUARTER** | $        149,229 | 149,229 | $        - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 60,208 | 60,208 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 60,208 | 60,208 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (60,208) | (60,208) | - |
| CASH - END OF QUARTER | $        89,021 | $        89,021 | $        - |

Chart 1

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2011**

| | Barclays Bank PLC | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF QUARTER** | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
|    CASH - END OF QUARTER | $ - | $ - | $ - |

*Chart 1*

Gloucester New Communities Company, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
June 2011

| | Cash On Hand | CURRENT QUARTER | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $      500 | 500 | $          - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $      500 | $      500 | $          - |

*Chart 1*

**Dewey & Almy, LLC**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**June 2011**

| | Miscellaneous | CURRENT QUARTER | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $          - | $          - | $          - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $          - | $          - | $          - |