# EXHIBIT A
**(Fee Detail)**

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $13,584.50 |
|---|---:|
| FEE APPLICATION – APPLICANT | $655.50 |
| TOTAL FEES | $14,240.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number 135700
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/06/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 06/06/11 | ARA | Document control. | 1.80 Hrs | 153.00 |
| 06/07/11 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | 103.50 |
| 06/07/11 | ARA | Quality control PNB documents. | 5.30 Hrs | 689.00 |
| 06/07/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 06/08/11 | ARA | Quality control PNB documents. | 4.80 Hrs | 624.00 |
| 06/09/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/10/11 | MTM | Call from in-house Grace counsel re: request for MK sale records | 0.10 Hrs | 29.50 |
| 06/10/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/13/11 | ARA | Quality control PNB documents. | 4.00 Hrs | 520.00 |
| 06/13/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 06/14/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/15/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/15/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/16/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/17/11 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 103.50 |
| 06/17/11 | ARA | Quality control PNB documents. | 6.20 Hrs | 806.00 |
| 06/20/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/21/11 | ARA | Telephone call from MTM re: condition of blow back machine per in-house counsel (.1). Quality control PNB documents (5.3). | 5.40 Hrs | 702.00 |
| 06/22/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/22/11 | ARA | Quality control PNB documents. | 5.00 Hrs | 650.00 |
| 06/22/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 06/23/11 | ARA | Quality control PNB documents. | 4.00 Hrs | 520.00 |
| 06/23/11 | ARA | Document control. | 1.70 Hrs | 144.50 |
| 06/24/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/27/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/28/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/29/11 | ARA | Quality control PNB documents. | 4.70 Hrs | 611.00 |
| 06/30/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/30/11 | ARA | Quality control PNB documents. | 0.60 Hrs | 78.00 |

TOTAL LEGAL SERVICES  $13,584.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.90 | 345.00 | 310.50 |
| Matthew T. Murphy | 0.10 | 295.00 | 29.50 |
| Angela R. Anderson | 97.50 | 130.00 | 12,675.00 |
| Angela R. Anderson | 6.70 | 85.00 | 569.50 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| 105.20 | $13,584.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $13,584.50 |

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number 135701
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/16/11 | RAM | Email from in-house counsel that April fee application may be filed. | 0.05 Hrs | No Charge |
| 06/17/11 | RAM | Work on May fee application. | 0.10 Hrs | 34.50 |
| 06/18/11 | RAM | Work on April fee application (.2). Work on May fee application (.7). | 0.90 Hrs | 310.50 |
| 06/20/11 | RAM | Finalize April fee application and send it to Delaware counsel to file (.1). Work on May fee application and send it to in-house counsels to review (.3). | 0.40 Hrs | 138.00 |
| 06/21/11 | RAM | Email from in-house counsel that May fee application may be filed. | 0.05 Hrs | No Charge |
| 06/22/11 | RAM | Send April fee application to Fee Auditor. | 0.10 Hrs | 34.50 |
| 06/26/11 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.30 Hrs | 103.50 |
| 06/30/11 | RAM | Send "as filed" May fee application to Fee Auditor. | 0.10 Hrs | 34.50 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
|  |  | TOTAL LEGAL SERVICES | $655.50 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 345.00 | 655.50 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
|  | 2.00 |  | $655.50 |

|  |  |  |
|---|---|---|
|  | TOTAL THIS BILL | $655.50 |

Page 2

**EXHIBIT B**
**(Expense Detail)**

**EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,579.21 |
| **FEE APPLICATION – APPLICANT** | $27.42 |
| **TOTAL EXPENSES** | $12,606.63 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number  135703
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2011

EXCESS POSTAGE
06/30/11        EXCESS POSTAGE                                                          1.68
                                                                                                    $1.68

OUTSIDE PHOTOCOPYING
06/20/11        MERRILL COMMUNICATIONS, LLC: 5/26/11 Copy                 10.22
                Libby Personnel file.
                                                                                                    $10.22

PHOTOCOPYING
06/08/11        23 copies at $.10 per copy                                           2.30
                                                                                                    $2.30

RENT REIMBURSEMENT
06/01/11        ONE WINTHROP SQUARE, LLC: Rent and utilities          12,159.76
                for document repository at One Winthrop Square -
                June 2011.
                                                                                                $12,159.76

MISCELLANEOUS
06/20/11        RECORDKEEPER ARCHIVE CENTERS,: Storage                 405.25
                06/01/11 through 06/30/11.

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**COSTS**

THROUGH JUNE 30, 2011

|  |  |
|---|---:|
|  | $405.25 |
| TOTAL COSTS | $12,579.21 |
|  |  |
| TOTAL THIS BILL | $12,579.21 |

Page 2

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number 135704
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2011

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/28/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on May 17th by R A Murphy. | 27.42 |
| | | $27.42 |
| | TOTAL COSTS | $27.42 |
| | TOTAL THIS BILL | $27.42 |