# EXHIBIT A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AIG<br><br>American International Group, Inc.<br>National Union Fire Insurance Company | Advisory Committee of AIG Asian Real Estate Partners II (Cayman), L.P., AIG Asian Real Estate Partners II (USD), L.P., and AIG Asian Real Estate Partners II (USD Feeder), L.P. | Current |
| The Allstate Corporation<br><br>Allstate Fire and Casualty Insurance Company | Allstate Fire and Casualty Insurance Company | Current |
| Amoco Chemicals Co.<br>Amoco Corporation<br>Amoco Oil Co.<br>Amoco Shipping Company<br>Arco Petroleum Products Co.<br>Atlantic Richfield<br>BP<br>BP - Carson, CA<br>BP Amoco Chemical - Chicago, IL<br>BP Amoco PLC<br>BP Chemicals<br>BP Energy Ltd.<br>BP International Ltd.<br>BP of America<br>BP Oil Corporation<br>Remet (Ny) Mrl Inds | BP North America Inc.<br>BP P.L.C.<br>British Petroleum | Current<br>Former<br>Current |
| Bank of America<br>Bank of America, N.A.<br>Bank of Boston | Faruqe Alam | Current |
| BASF Corp. | BASF Catalysts LLC | Current |
| Blue Circle North America<br>Lafarge Corporation<br>Redland Aggregate North America Inc. | Lafarge S.A. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Celanese Ltd. | Celanese Americas Corporation | Current |
| D.E. Shaw & Co. | D E Shaw & Co. UK Limited | Current |
| First National Bank<br>Kelts LLC<br>Royal Bank of Scotland | RBS Greenwich Capital | Current |
| Genentech | Hoffmann-LaRoche Inc. | Current |
|  | Roche Laboratories, Inc. | Current |
| Great Lakes Chemical Corporation | Chemtura Corporation | Current |
|  | Chemtura Europe GmbH | Current |
|  | Chemtura Manufacturing U.K. Limited | Current |
|  | Crompton Financial Holdings | Current |
|  | Great Lakes Europe Unlimited | Current |
| GTE<br><br>GTE Operations Support Inc. | Alltel Communications of Michigan RSAs, Inc. | Current |
|  | Alltel Communications, LLC | Current |
|  | GTE REinsurance Company Limited | Current |
|  | Ivan G. Seidenberg | Current |
|  | Lowell C. McAdam | Current |
|  | Randall S. Milch | Current |
|  | Verizon Business | Closed |
| The Lincoln National Insurance Co. | Lincoln Life & Annuity Company of New York | Current |
|  | Lincoln National Corporation | Current |
| Lloyds Bank, Dubai | Lloyds TSB Leasing No. 3 Limited | Current |
| Michigan, Department of Attorney General, State of | Michigan Innocence Clinic | Current |
| National Casualty Co. of America | Nationwide Life Insurance Company of America | Current |
| Reilly Industries, Inc.<br>Reilly Tar & Chemical Corporation | Nathanael Brown | Current |
| Sun Refining & Marketing Co.<br>Sunoco Products Company | Sunoco Chemicals<br>Sunoco, Inc. (R&M) | Current<br>Current |
| UBS O'Connor LLC | UBS Global Asset Management (UK) Ltd. | Current |
| White & Case | Carlos Mack | Current |