UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-1139 (JFK) |
| ) | |
| Debtors. ) | Related to Docket Nos. 27340, 27341, 27342, 27343 & 27344 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                        ) SS:
COUNTY OF NEW CASTLE    )

Carrie Archangelo, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US) and that on the 1st day of August, 2011, she caused a copy of the following document to be served upon the below listed party in the manner indicated:

1. *Notice of Disposition of Equity Securities* [Docket No. 27340]

2. *Notice of Disposition of Equity Securities* [Docket No. 27341]

3. *Notice of Disposition of Equity Securities* [Docket No. 27342]

4. *Notice of Disposition of Equity Securities* [Docket No. 27343]

5. *Notice of Disposition of Equity Securities* [Docket No. 27344]

[*Remainder of Page Intentionally Left Blank*]

EAST\45381144.1

*Carrie Archangelo*
Carrie Archangelo

Sworn to and subscribed before
me this 1st day of August, 2011

_____
Notary Public
My Commission Expires: 12/11/12

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

**VIA FIRST CLASS MAIL**
Janet S. Bauer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601