**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 8/22/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-FIFTH MONTHLY
INTERIM PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011**

Name of Applicant:                           Alan B. Rich, Esq.

Authorized to Provide Services To:           Hon. Alexander M. Sanders, Jr.,
                                             Legal Representative for Future Asbestos-
                                             Related Property Damage Claimants
                                             and Holders of Demands

Date of Retention:                           September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                 July 1, 2011 through July 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                    $12,610.00   [80% of $10,088.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:            $0.00

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | 243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 19.4 hours,[2] for a total amount billed of $12,610.00 of which 80% is currently sought, in the amount of $10,088.00.

As stated above, this is the Thirty-Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.0 | $4,550.00 |
| Business Operations [Larch] | 9.4 | $6,110.00 |
| Fee Application Matters (including FCR and Local Counsel) | 3.0 | $1,950.00 |
| TOTAL | 19.4 | $12,610.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0 |

//
//
//
//
//

_____

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of August, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 7/1/2011 | Prepare 34th Monthly Fee Application and Notice, attend to filing and service of same | 1.5 |
| 7/1/2011 | Review Project Larch update | 0.3 |
| 7/1/2011 | Review Notice of Filing of Plan Proponents' Conformed Brief (revisions to Tables of Authorities) | 0.2 |
| 7/1/2011 | Prepare and file CNO for 25th Monthly Fee Application of PDFCR | 0.2 |
| 7/5/2011 | Prepare and file 5th monthly fee application of Karl Hill | 0.4 |
| 7/6/2011 | Emails to and from debtors' counsel re Larch objection deadline | 0.1 |
| 7/6/2011 | Review GEICO substitution of counsel | 0.1 |
| 7/6/2011 | Review Equity acquisition and disposition notices from York entities | 0.1 |

| | | |
|---|---|---|
| 7/6/2011 | Prepare, file and serve the 26th Monthly Fee Application of the PDFCR | 0.5 |
| 7/6/2011 | Conference with R. Wyron re Larch | 0.1 |
| 7/6/2011 | Review CNO re claim settlement notice for FOSROC | 0.1 |
| 7/6/2011 | Review Settlement Motion re California Dept of Gen'l Services PD claims and review applicable provisions of the Plan and the PD Trust Agreement | 1.0 |
| 7/7/2011 | Emails to and from client re August omnibus hearing | 0.1 |
| 7/7/2011 | Emails to and from K. Hill re status of corrected order | 0.1 |
| 7/7/2011 | Review Debtors' notice of filing of proposed order affirming confirmation | 0.1 |
| 7/8/2011 | Email re project Larch update | 0.1 |
| 7/8/2011 | Review letter to USDC with summary of pending appeals | 0.1 |
| 7/8/2011 | Review statement of ordinary course professional fees for 2Q11 | 0.2 |
| 7/11/2011 | Email from client re Larch meeting | 0.1 |
| 7/11/2011 | Review Certification of Counsel re slightly revised Walpole Settlement order | 0.2 |
| 7/11/2011 | Email from Roger Higgins re Larch meeting | 0.1 |
| 7/11/2011 | Review Amended Notice re California PD Claim settlement notice | 0.1 |
| 7/11/2011 | Email from J. Baer re Walpole order | 0.1 |
| 7/12/2011 | Review Fee Auditor's Report for the 40th Quarter | 0.2 |
| 7/12/2011 | Email from R. Higgins re revised Certification of Counsel | 0.1 |
| 7/12/2011 | Review Withdrawal of Certification of Counsel re Walpole | 0.1 |

| | | |
|---|---|---|
| 7/12/2011 | Review Second Revised Certification of Counsel re Walpole settlement | 0.1 |
| 7/13/2011 | Review Project Larch first quarter update | 0.2 |
| 7/13/2011 | Attend Project Larch conference call | 0.9 |
| 7/13/2011 | Review Project Larch documentation | 1.5 |
| 7/13/2011 | Conference with client re Larch | 0.1 |
| 7/13/2011 | Review Canadian ZAI special counsel CNO's re fees | 0.1 |
| 7/14/2011 | Review Revised Appeals Chart | 0.1 |
| 7/14/2011 | Review signed Order approving Walpole settlement | 0.1 |
| 7/15/2011 | Review Miscellaneous ECF notices | 0.1 |
| 7/16/2011 | Review Miscellaneous ECF notices | 0.1 |
| 7/18/2011 | Project Larch PSA conference call | 0.8 |
| 7/18/2011 | Conferences with client re Larch | 0.2 |
| 7/18/2011 | Review of Larch materials and email to Jan Baer re facilities | 0.2 |
| 7/18/2011 | Review Agenda for July Omnibus hearing | 0.1 |
| 7/18/2011 | Email from PI FCR counsel re meeting | 0.1 |
| 7/18/2011 | Project Larch bid status conference call | 0.5 |
| 7/18/2011 | Conference call with various committee counsel re Project Larch | 0.4 |
| 7/19/2011 | Review signed Order approving revised Walpole settlement | 0.1 |
| 7/20/2011 | Emails to and from client re July Omnibus hearing | 0.1 |
| 7/20/2011 | Review Corrected Nunc Pro Tunc Order re Karl Hill retention | 0.1 |

| | | |
|---|---|---|
| 7/20/2011 | Review CNO's re Candian ZAI special counsel fee applications | 0.1 |
| 7/20/2011 | Prepare for Project Larch conference call, including review of draft Certification of Counsel and Revised Order and draft Supplemental Declaration, and review of Larch financials (Base Case) | 0.8 |
| 7/20/2011 | Review various emails re committee comments on draft Larch documents | 0.2 |
| 7/20/2011 | Attend Project Larch conference call | 0.3 |
| 7/20/2011 | Review Email from ACC counsel re Larch documents | 0.1 |
| 7/20/2011 | Review Debtors' further Revisions to Certification of Counsel, Order of Supplemental Declaration re Larch | 0.5 |
| 7/20/2011 | Review email from UCC counsel re Larch documents | 0.1 |
| 7/21/2011 | Respond to request from Grace accounts receivables auditor | 0.2 |
| 7/21/2011 | Review ACC redlines of Larch Documents | 0.3 |
| 7/21/2011 | Review email from PI FCR counsel re Larch documents | 0.1 |
| 7/21/2011 | Review email from UCC counsel re Larch documents | 0.1 |
| 7/21/2011 | Email to counsel re Larch documents | 0.1 |
| 7/21/2011 | Review Proposed Order to USDC re appeal of confirmation orders submitted by the UCC and Bank Lenders | 0.2 |
| 7/21/2011 | Review further revisions to the Project Larch Certification of Counsel and Order | 0.4 |
| 7/21/2011 | Emails to and from Debtors' counsel re Larch documents and hearing | 0.1 |
| 7/21/2011 | Email to J. Baer re agenda | 0.1 |
| 7/22/2011 | Email from R. Higgins re agenda and further revisions to Larch CoC | 0.1 |

| | | |
|---|---|---|
| 7/22/2011 | Review Amended Agenda for July Omnibus hearing | 0.1 |
| 7/22/2011 | Email with client re July Omnibus heaing | 0.1 |
| 7/22/2011 | Review 40th Quarterly Notice of Settlements | 0.1 |
| 7/22/2011 | Review 40th Quarterly Notice of De Minimus Asset Sales | 0.1 |
| 7/22/2011 | Review as-filed sealed versions of Larch Certification of Counsel and Supplemental Rohan Declaration | 0.2 |
| 7/22/2011 | Prepare, file and serve CNO for the 34th Monthly Fee Application | 0.2 |
| 7/22/2011 | Email from J. Baer re Larch Order | 0.1 |
| 7/22/2011 | Review Second Amended Agenda for July Omnibus hearing | 0.1 |
| 7/22/2011 | Email to client re July Omnibus hearing cancellation | 0.1 |
| 7/23/2011 | Review Miscellaneous ECF notices | 0.1 |
| 7/25/2011 | Review Bank Lenders Second Supplemental Notice of Authority | 0.3 |
| 7/25/2011 | Review Signed redacted order re Larch | 0.1 |
| 7/25/2011 | Conference with client re status | 0.1 |
| 7/26/2011 | Prepare, file and serve CNO for the 5th Monthly Fee Application of Local Counsel | 0.2 |
| 7/26/2011 | Review Brief of BNSF in appeal from CNA settlement | 0.3 |
| 7/27/2011 | Prepare, file and serve CNO for the 26th Monthly Fee Application of the PD FCR | 0.2 |
| 7/27/2011 | Review Plan Proponents' Response to the UCC/Bank Lenders' Second Notice of Supplemental Authority | 0.1 |
| 7/28/2011 | Review several notices of disposition of equity by York entities | 0.2 |

| | | |
|---|---|---|
| 7/28/2011 | Review Canadian ZAI special counsel 16th Monthly Fee Application | 0.2 |
| 7/29/2011 | Email from Debtors' counsel re Larch status | 0.1 |
| 7/29/2011 | Review Debtors' Quarterly Post-Confirmation Report | 0.2 |
| 7/29/2011 | Review Certification of Counsel re service of Acquisition Order | 0.1 |
| 7/29/2011 | Review Kirkland & Ellis disinterestedness affidavit | 0.1 |

Total:  19.4 hours @ $650/hour = $12,610.00

Expenses:    None

**Total Fees and Expenses Due:  $12,610.00**