**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 8/22/11; 4 pm ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE SIXTH INTERIM
<u>PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. |
| | R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2011 through June 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $3,432.00 [80% of $4,290.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | Paid | Paid |
| 5-3-2011 | 3-1-11 to 3-31-2011 | $816.00 | $0.00 | Paid | Paid |
| 6-3-2011 | 4-1-2011 to 4-30-2011 | $2,628.00 | $0.00 | CNO Filed | CNO Filed |
| 7-5-2011 | 5-1-2011 to 5-31-2011 | $1,464.00 | $40.00 | CNO Filed | CNO Filed |

    R. Karl Hill and Kevin A. Guerke are the only attorneys providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour. Mr. Guerke has practiced law for 10 years and his billing rate is $175.00 per hour. In this application period, Mr. Hill billed 10.45 hours and Mr. Guerke billed 6.6 hours, for a total amount billed of $4,290.00 of which 80% is currently sought, in the amount of $3,432.00.

    As stated above, this is the Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately .4 hours, for which $260.00 will be requested in a future application by lead counsel for the PD FCR.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.05 | $4,290.00 |
| TOTAL | 17.05 | $4,290.00 |

---

[1] At 80% of the total incurred.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*/s/ Alan B. Rich*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

    I certify that on the 1st day of August, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606

|  |  |
|---|---|
| | Page: 1 |
| Alexander M. Sanders, Jr. | July 27, 2011 |
| c/o Alan B. Rich, Esquire | Account No: 40324-001M |
| 4244 Renaissance Tower | Statement No: 26384 |
| 1201 Elm Street | |
| Dallas TX 75270 | |

Sanders In Re: W. R. Grace

For Services Rendered Through 06/30/2011

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/07/2011 | | | | |
| | RKH | Emails from Rich re: pro hac vice (.1); reply email (.1); draft Pro Hac Vice Application and Certification for A. Rich (.8); File pro hac vice application and certification (.3) | 1.30 | |
| 06/08/2011 | | | | |
| | RKH | Libby Answering brief in opposition to file consolidated briefing. | 0.85 | |
| 06/16/2011 | | | | |
| | RKH | Review joint motion of Bank Lender Group and Committee's for leave to file reply [Dkt. 130] (1.0); Review Debtor's responses to Libby Objection to Consolidated briefing (0.2); Motion for leave to file reply filed by Garlock (0.65) | 1.85 | |
| | RKH | Emails re: covering oral argument on June 28 | 0.20 | |
| 06/27/2011 | | | | |
| | KAG | Office conference with R. Karl Hill regarding oral argument in EDPA. | 0.20 | |
| 06/28/2011 | | | | |
| | KAG | Reviewed oral argument order (.3). Reviewed brief (.5). Reviewed docket (.2). Travel to and from EDPA (1.0) (1/2 time). Attend oral argument (4.4). | 6.40 | |
| | RKH | Office conference with Kevin A. Guerke re: coverage in Philadelphia (.1); Pull oral argument notice and our brief (0.40) | 0.50 | |
| 06/29/2011 | | | | |
| | RKH | Travel to Philadelphia for oral agrument before Judge Buckwalter (1/2 time) (.5); attend oral argument in EDPa (4.5); travel back to Wilmington (1/2 time) (.5); email recap to Rich and clients (.25) | 5.75 | |
| | | For Current Services Rendered | 17.05 | 4,290.00 |

Alexander M. Sanders, Jr.

Sanders In Re: W. R. Grace

| | Page: | 2 |
| --- | --- | --- |
| | July 27, 2011 | |
| Account No: | 40324-001M | |
| Statement No: | 26384 | |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| R. Karl Hill | 10.45 | $300.00 | $3,135.00 |
| Kevin A. Guerke | 6.60 | 175.00 | 1,155.00 |

| | |
| --- | --- |
| Total Current Work | 4,290.00 |
| Previous Balance | $7,044.00 |

### Payments

| | | |
| --- | --- | --- |
| 07/13/2011 | Payment via EFT from Trust Account of 80% of Invoice 25862 | -816.00 |

| | |
| --- | --- |
| Balance Due | $10,518.00 |

Your trust account #2 balance is

| | | |
| --- | --- | --- |
| | Opening Balance | $816.00 |
| 07/13/2011 | Payment of Invoice 25862 (80%) | |
| | PAYEE: Seitz, Van Ogtrop & Green, P.A. | -816.00 |
| | Closing Balance | $0.00 |
| | **Please Remit** | $10,518.00 |

**Remittance is due and payable upon receipt. Thank you.**