**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2132061 |
| Invoice Date | 07/11/11 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/10/11 | TKD | Review Settlement Report and attached settlement agreement with patent litigants | 0.4 | 250.00 |
| 06/21/11 | TKD | Review Motion to Authorize Entry Into a Consent Decree with the United States and The Commonwealth of Massachusetts Regarding the Blackburn and Union Privileges Superfund Site - Walpole, MA | 0.4 | 250.00 |
| 06/21/11 | TKD | Review Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Participate In a Competitive Auction, and If Selected as the Winning Bidder Thereafter Consummate a Proposed Acquisition and Motion to file same under Seal | 0.2 | 125.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $625.00 | = | 625.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
07/11/11

Case 01-01139-AMC    Doc 27352-2    Filed 08/01/11    Page 2 of 12
WR Grace - Official Committee of Equity Security Holders    Invoice Number 2132061
Asset Disposition                                            Page 2

| | |
|---|---:|
| CURRENT FEES | 625.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 625.00 |
| **NET AMOUNT OF THIS INVOICE** | 625.00 |

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2132062 |
| Invoice Date | 07/11/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 06/02/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 06/03/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 06/06/11 | TKD | Review all case filings and share with team | 0.3 | 187.50 |
| 06/07/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 06/09/11 | TKD | Review all case filings and share with team | 0.7 | 437.50 |
| 06/10/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 06/10/11 | TKD | Prepare Pro Hac motion for filing | 0.2 | 125.00 |
| 06/13/11 | TKD | Review all pleadings and share with team | 0.7 | 437.50 |
| 06/16/11 | TKD | Review case filings and share with team | 0.6 | 375.00 |
| 06/17/11 | TKD | Review all case filings | 0.8 | 500.00 |
| 06/21/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 06/22/11 | TKD | Review all case updates and share with team | 0.5 | 312.50 |
| 06/23/11 | TKD | Review all case filings and share with team | 0.6 | 375.00 |
| 06/24/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 06/28/11 | TBB | Forward case filings to team. | 0.3 | 54.00 |
| 06/29/11 | TBB | Forward case filings to team. | 0.6 | 108.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
07/11/11

Case 01-01139-AMC    Doc 27352-2    Filed 08/01/11    Page 4 of 12
WR Grace - Official Committee of Equity Security Holders    Invoice Number 2132062
Case Administration    Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/30/11 | TBB | Forward ECF filings to team | 0.5 | 90.00 |
| | | TOTAL HOURS | 9.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.4 | at | $180.00 | = | 252.00 |
| Teresa K.D. Currier | 7.9 | at | $625.00 | = | 4,937.50 |

**CURRENT FEES**     5,189.50

**TOTAL AMOUNT OF THIS INVOICE**     5,189.50

**NET AMOUNT OF THIS INVOICE**     5,189.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2132064 |
| Invoice Date | 07/11/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/16/11 | TBB | Prepare CNO to Saul Ewing's Eight Quarterly Fee Application | 0.5 | 90.00 |
| 06/23/11 | TKD | Review our CNO and approve | 0.2 | 125.00 |
| 06/23/11 | TBB | Review docket for any objections filed to Saul Ewing's twenty second monthly fee application | 0.2 | 36.00 |
| 06/23/11 | TBB | Draft CNO to Saul Ewing's twenty second monthly fee application | 0.4 | 72.00 |
| 06/23/11 | TBB | File and serve CNO to Saul Ewing's twenty second monthly fee application | 0.5 | 90.00 |
| 06/27/11 | TBB | Draft Saul Ewing's twenty third monthly fee application. | 1.2 | 216.00 |
| | | TOTAL HOURS | 3.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.8 | at | $180.00 | = | 504.00 |
| Teresa K.D. Currier | 0.2 | at | $625.00 | = | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

|  |  |
|---|---:|
| CURRENT FEES | 629.00 |

|  |  |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 629.00 |
| **NET AMOUNT OF THIS INVOICE** | 629.00 |

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2132065 |
| Invoice Date | 07/11/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/16/11 | TKD | Reviewed, approved CNO to Kramer's Thirty-Sixth Quarterly Fee Application, authorized filing of same | 0.3 | 187.50 |
| 06/16/11 | TBB | Prepare CNO to Kramer Levin's Thirty-Sixth Quarterly Fee Application | 0.5 | 90.00 |
| 06/16/11 | TBB | File and serve CNO to Kramer Levin's Thirty-Sixth Quarterly Fee Application | 0.8 | 144.00 |
| 06/16/11 | TBB | Check docket for any objections to Kramer Levin's Thirty-Sixth Quarterly Fee Application. | 0.2 | 36.00 |
| 06/23/11 | TKD | Review Kramer Levin CNO to one hundred sixteenth monthly fee application and approve | 0.3 | 187.50 |
| 06/23/11 | TKD | Review fee auditor chart in Fee Order | 0.3 | 187.50 |
| 06/23/11 | TBB | Review docket for any objections to Kramer Levin's one hundred and sixteenth monthly fee application. | 0.2 | 36.00 |
| 06/23/11 | TBB | Draft CNO to Kramer Levin's one hundred and sixteenth monthly fee application. | 0.4 | 72.00 |
| 06/23/11 | TBB | File and serve CNO to Kramer Levin's one hundred and sixteenth monthly fee application. | 0.5 | 90.00 |

TOTAL HOURS    3.5

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
07/11/11

Case 01-01139-AMC    Doc 27352-2    Filed 08/01/11    Page 8 of 12
WR Grace - Official Committee of Equity Security Holders    Invoice Number 2132065
Fee Applications/Others                                      Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.6 | at | $180.00 | = | 468.00 |
| Teresa K.D. Currier | 0.9 | at | $625.00 | = | 562.50 |

                    CURRENT FEES                                    1,030.50

                    **TOTAL AMOUNT OF THIS INVOICE**                1,030.50

                    **NET AMOUNT OF THIS INVOICE**                  1,030.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2132067 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 07/11/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA  22902 | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/10/11 | TKD | Complete Phil Bentley's pro hac and supervise filing of same | 0.5 | 312.50 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $625.00 | = | 312.50 |

CURRENT FEES                                             312.50

**TOTAL AMOUNT OF THIS INVOICE**                         312.50

**NET AMOUNT OF THIS INVOICE**                           312.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2132068 |
| Invoice Date | 07/11/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:    Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/11 | TKD | Communicate with David Blabey about pro hac vice motion | 0.2 | 125.00 |
| 06/10/11 | TKD | Follow up on pro hac | 0.4 | 250.00 |
| 06/10/11 | TKD | Review Libby Brief | 0.4 | 250.00 |
| 06/16/11 | TKD | Reviewed notices of docketing many appeals, shared same with team | 0.7 | 437.50 |
| 06/17/11 | TKD | Review and processing of more docketed appeals, share with David Blabey | 0.6 | 375.00 |
| 06/22/11 | TKD | Review Libby reply brief in appeal | 0.6 | 375.00 |
| 06/22/11 | TKD | Reviewed Protective Order for sealed motion | 0.2 | 125.00 |
| 06/24/11 | TKD | Communicate with David Blabey about hearing next week in Philadelphia | 0.2 | 125.00 |
| | | TOTAL HOURS | 3.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.3 | at | $625.00 | = | 2,062.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
07/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2132068
Plan and Disclosure Statement    Page 2

| | |
|---|---:|
| CURRENT FEES | 2,062.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 2,062.50 |
| **NET AMOUNT OF THIS INVOICE** | 2,062.50 |

Case 01-01139-AMC   Doc 27352-2   Filed 08/01/11   Page 11 of 12
WR Grace - Official Committee of Equity Security Holders   Invoice Number 2132068

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2132063 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 07/11/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 5.90 |
| Docket Entries | 40.08 |
| Messenger Service | 57.50 |
| Federal Express | 64.28 |
| CURRENT EXPENSES | 167.76 |

**TOTAL AMOUNT OF THIS INVOICE**    167.76

**NET AMOUNT OF THIS INVOICE**    167.76

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP