**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

July 29, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 572952
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $499.00 |
| DISBURSEMENTS | 422.15 |
| MATTER TOTAL | $921.15 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---|
| FEES | $393.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $393.00 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---|
| FEES | $1,310.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,310.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $9,421.00 |
| DISBURSEMENTS | 518.70 |
| MATTER TOTAL | $9,939.70 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
By Order of: Invoice No. 572952
Citibank Contact: Gaetana Mauceli (212) 559-0165

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772

July 29, 2011
Invoice No. 572952

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $131.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $131.00 |

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $8,217.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $8,217.00 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---:|
| FEES | $1,494.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,494.00 |
| CLIENT GRAND TOTAL | $22,405.85 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                      July 29, 2011
056772-00001                                                           Invoice No. 572952

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/11 | BLABEY, DAVID E | Review confidentiality agreement regarding potential acquisition. | 0.30 | 196.50 |
| 06/23/11 | SHAIN, ALIYA | Email correspondence with D. Blabey re updating binders for confirmation order appeal (.2); coordinate with copy center re same (.5); call U.S. District Court of Delaware to set up court call for D. Blabey (.4) | 1.10 | 302.50 |

**TOTAL HOURS AND FEES**                                    1.40    $499.00

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| TELECOPIER | 14.00 |
| LONG-DISTANCE TEL. | 71.96 |
| WESTLAW ON-LINE RESEARCH | 138.35 |
| MEALS/T & E | 20.24 |
| DOCUMENT RETRIEVAL FEES | 177.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**           $422.15

**TOTAL FOR THIS MATTER**                           $921.15

Kramer Levin Naftalis & Frankel LLP                                  Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                    July 29, 2011
056772-00002                                                         Invoice No. 572952

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/11 | BLABEY, DAVID E | Call with equity holder regarding confirmation appeal. | 0.10 | 65.50 |
| 06/15/11 | BLABEY, DAVID E | Call with equity holder regarding district court appeal. | 0.10 | 65.50 |
| 06/22/11 | BLABEY, DAVID E | Review plan to address implementation question from equity holder. | 0.40 | 262.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$393.00** |

**TOTAL FOR THIS MATTER**                                    $393.00

Kramer Levin Naftalis & Frankel LLP

Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00005

July 29, 2011
Invoice No. 572952

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/10/11 | BLABEY, DAVID E | Call with Debtors regarding potential transaction. | 0.60 | 393.00 |
| 06/16/11 | BLABEY, DAVID E | Call with Debtors and Committees regarding proposed transaction. | 1.00 | 655.00 |
| 06/22/11 | BLABEY, DAVID E | Review motion regarding proposed transaction. | 0.40 | 262.00 |
| **TOTAL HOURS AND FEES** | | | **2.00** | **$1,310.00** |

**TOTAL FOR THIS MATTER**  $1,310.00

Kramer Levin Naftalis & Frankel LLP                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                      July 29, 2011
056772-00007                                                           Invoice No. 572952

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/11 | BENTLEY, PHILIP | Trade emails re current developments | 0.10 | 83.00 |
| 06/10/11 | BENTLEY, PHILIP | Discs David Blabey re confirmation appeal | 0.10 | 83.00 |
| 06/13/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails re confirmation appeal/oral argument | 0.20 | 166.00 |
| 06/14/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails re confirmation appeal | 0.20 | 166.00 |
| 06/14/11 | BLABEY, DAVID E | Review proposed joint submission of exhibits for District Court hearing. | 0.20 | 131.00 |
| 06/15/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.40 | 332.00 |
| 06/15/11 | BLABEY, DAVID E | Review Bank Lenders reply (.9) and email re same to Debtors counsel (.1). | 1.00 | 655.00 |
| 06/16/11 | BENTLEY, PHILIP | Review and comment on debtors' draft brief opposing leave to file reply, and trade emails re same | 0.20 | 166.00 |
| 06/16/11 | BLABEY, DAVID E | Review draft objection to Bank Lenders' motion to file a reply brief (.1) and exchange emails with P. Bentley re same (.1). | 0.20 | 131.00 |
| 06/17/11 | BENTLEY, PHILIP | Review banks' reply brief (.4); discs John Donley and David Blabey re same and re oral argument prep (.4) | 0.80 | 664.00 |
| 06/17/11 | BLABEY, DAVID E | Call with P. Bentley and J. Donley to discuss oral argument prep. | 0.40 | 262.00 |
| 06/20/11 | BLABEY, DAVID E | Review bank lenders reply appellate brief and outline issues re same. | 4.00 | 2,620.00 |
| 06/21/11 | BLABEY, DAVID E | Review supplemental authority submitted by bank lenders with respect to appeal. | 0.30 | 196.50 |
| 06/22/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 06/23/11 | BENTLEY, PHILIP | Discs David Blabey, review his outline and trade emails re next week's District Court argument | 0.70 | 581.00 |
| 06/26/11 | BENTLEY, PHILIP | Notes re points for oral argument | 0.40 | 332.00 |
| 06/27/11 | BENTLEY, PHILIP | Prep for tomorrow's hearing (0.6), and discs John Donley and David Blabey re same (0.4) | 1.00 | 830.00 |
| 06/27/11 | BLABEY, DAVID E | Call with debtors' counsel regarding appellate hearing. | 0.30 | 196.50 |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                        July 29, 2011
056772-00007                                                             Invoice No. 572952

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/11 | BENTLEY, PHILIP | Additional review of confirmation appeal briefs | 0.60 | 498.00 |
| 06/29/11 | BENTLEY, PHILIP | Notes for District Court oral argument (0.5); TCs David Blabey and voicemail (0.4), and trade emails with M. Shelnitz (0.3), re today's hearing | 1.20 | 996.00 |
| 06/30/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails re this week's hearing | 0.30 | 249.00 |
| **TOTAL HOURS AND FEES** | | | **12.70** | **$9,421.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 45.00 |
| OUT-OF-TOWN TRAVEL | 444.70 |
| MEALS/T & E | 29.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$518.70** |

**TOTAL FOR THIS MATTER**                                                **$9,939.70**

Kramer Levin Naftalis & Frankel LLP

Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

July 29, 2011
Invoice No. 572952

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/11 | BLABEY, DAVID E | Edit bill for fee application. | 0.20 | 131.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$131.00** |

**TOTAL FOR THIS MATTER**                            **$131.00**

Kramer Levin Naftalis & Frankel LLP

Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

July 29, 2011
Invoice No. 572952

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/11 | BENTLEY, PHILIP | Attend District Court hearing | 5.40 | 4,482.00 |
| 06/29/11 | BENTLEY, PHILIP | Attend District Court hearing | 4.50 | 3,735.00 |
| **TOTAL HOURS AND FEES** | | | **9.90** | **$8,217.00** |

**TOTAL FOR THIS MATTER**   $8,217.00

Kramer Levin Naftalis & Frankel LLP

Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028

July 29, 2011
Invoice No. 572952

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/11 | BENTLEY, PHILIP | Travel to Philadelphia for hearing (1.6) and travel from court to hotel (0.5) | 2.10 | 871.50 |
| 06/29/11 | BENTLEY, PHILIP | Travel to District Court (0.3); return to NYC (1.2) | 1.50 | 622.50 |
| **TOTAL HOURS AND FEES** | | | **3.60** | **$1,494.00** |

**TOTAL FOR THIS MATTER**                                         $1,494.00