**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     1
Run Date & Time: 07/29/2011 14:27:40                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                                  PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                     TO:
            UNBILLED DISB FROM: 03/03/2011          TO:  06/30/2011

                                  FEES                            COSTS

         GROSS BILLABLE AMOUNT:           0.00                   422.15
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                           06/30/2011
    CLOSE MATTER/FINAL BILLING?    YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:

     ACCOUNTS RECEIVABLE TOTALS                                                 UNAPPLIED CASH

                        FEES:           0.00
                DISBURSEMENTS:         422.15     UNIDENTIFIED RECEIPTS:        0.00
                 FEE RETAINER:           0.00         PAID FEE RETAINER:        0.00
                DISB RETAINER:           0.00        PAID DISB RETAINER:        0.00
           TOTAL OUTSTANDING:          422.15     TOTAL AVAILABLE FUNDS:        0.00
                                                         TRUST BALANCE:
                                                        BILLING HISTORY

         DATE OF LAST BILL:   06/29/11           LAST PAYMENT DATE:       07/18/11
         LAST BILL NUMBER:    570865    ACTUAL FEES BILLED TO DATE:    363,803.00
                                       ON ACCOUNT FEES BILLED TO DATE:       0.00
                                            TOTAL FEES BILLED TO DATE:  363,803.00
         LAST BILL THRU DATE: 05/31/11           FEES WRITTEN OFF TO DATE: 85,704.00
                                                 COSTS WRITTEN OFF TO DATE: 23,827.85

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development      (8) Premium
   (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:            Processed by:             FRC:              CRC:
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                        PAGE    2
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2011 14:27:40

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:   3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y   ----------- Total Unbilled -----------
Code Description                                   Oldest        Latest         Total
                                                   Entry         Entry          Amount
                                                   ------        ------         ------
0815 TELECOPIER                                    03/03/11      03/04/11        14.00
0885 LONG-DISTANCE TEL.                            06/28/11      06/28/11        71.96
0917 WESTLAW ON-LINE RESEARCH                      06/20/11      06/28/11       138.35
0951 MEALS/T & E                                   06/28/11      06/28/11        20.24
0972 DOCUMENT RETRIEVAL FEES                       06/30/11      06/30/11       177.60

                   Total                                                        422.15


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                 Employee            Date         Amount      Index#    Batch No   Batch Date
---------------------                            --------            ----         ------      ------    --------   ----------

TELECOPIER 0815
  TELECOPIER                                     BLABEY, D E         03/03/11        2.00    9413699    1102649    07/19/11
  17045421423
  TELECOPIER                                     BLABEY, D E         03/04/11       12.00    9413700    1102649    07/19/11
  17045421423
                                  0815 TELECOPIER Total :                           14.00

LONG-DISTANCE TEL. 0885
  PHILIP BENTLEY                                 BENTLEY, P          06/28/11       26.50    9415134    1103503    07/21/11
  Internet Charges (Ritz Carlton 6/28-6/29)
  PHILIP BENTLEY                                 BENTLEY, P          06/28/11       45.46    9415136    1103503    07/21/11
  Internet Charges
                                  0885 LONG-DISTANCE TEL. Total :                   71.96

WESTLAW ON-LINE RESEARCH 0917
  WESTLAW ON-LINE RESE                           BLABEY, D E         06/20/11      120.03    9402591    1097207    07/05/11
  WESTLAW ON-LINE RESE                           BLABEY, D E         06/28/11       18.32    9402592    1097207    07/05/11
                                  0917 WESTLAW ON-LINE RESE Total :                138.35

MEALS/T & E 0951
  PHILIP BENTLEY                                 BENTLEY, P          06/28/11       20.24    9415135    1103503    07/21/11
  Establishment: Farmicia; Guests: Phil Bentley; A
  ffiliation: ,; Business Discussed: ,
                                  0951 MEALS/T & E Total :                          20.24

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                           PIZZARELLO, C       06/30/11      177.60    9410534    1100895    07/14/11
  Document Retrieval Fees
                                  0972 DOCUMENT RETRIEVAL F Total :                177.60
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2011 14:27:40

Matter No: 056772-00001                    Orig Prtnr : CRED. RGTS         - 06975        Proforma Number:    3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP    - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status        : ACTIVE

UNBILLED  COSTS  DETAIL
Description/Code        Employee         Date         Amount         Index#    Batch No   Batch Date
----------------        --------         ----         ------         ------    --------   ----------

                    Costs Total :                     422.15
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2011 14:27:40

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description           Amount          Bill         W/o / W/u       Transfer To     Clnt/Mtr     Carry Forward
-------------------------  ----------      ----------   ----------      -----------     --------     -------------
0815 TELECOPIER              14.00
0885 LONG-DISTANCE TEL.      71.96
0917 WESTLAW ON-LINE RESEARCH 138.35
0951 MEALS/T & E             20.24
0972 DOCUMENT RETRIEVAL FEES 177.60

          Costs Total :    422.15
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
Run Date & Time: 07/29/2011 14:27:40                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                         Orig Prtnr : CRED. RGTS   - 06975                    Proforma Number:    3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : REORGANIZATION PLAN               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status         : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:                                  TO:
             UNBILLED DISB FROM:  06/28/2011                      TO:  06/29/2011

                                  FEES                          COSTS

     GROSS BILLABLE AMOUNT:          0.00                           518.70
     AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                                            06/29/2011
 CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

                       FEES:                0.00      UNIDENTIFIED RECEIPTS:         0.00
              DISBURSEMENTS:              518.70          PAID FEE RETAINER:         0.00
              FEE RETAINER:                 0.00         PAID DISB RETAINER:         0.00
             DISB RETAINER:                 0.00      TOTAL AVAILABLE FUNDS:         0.00
          TOTAL OUTSTANDING:              518.70              TRUST BALANCE:
                                                            BILLING HISTORY

       DATE OF LAST BILL:   06/29/11        LAST PAYMENT DATE:          07/18/11
       LAST BILL NUMBER:    570865  ACTUAL FEES BILLED TO DATE:      984,780.50
                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                    TOTAL FEES BILLED TO DATE:       984,780.50
       LAST BILL THRU DATE: 05/31/11  FEES WRITTEN OFF TO DATE:          391.00
                                      COSTS WRITTEN OFF TO DATE:       2,162.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE     6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2011 14:27:40

Matter No: 056772-00007                                            Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3190073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status         : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  --------- Total Unbilled ---------------
                                                Oldest       Latest       Total
Code  Description                               Entry        Entry        Amount
----  -----------                               ------       ------       ------
0940  CAB FARES                                 06/28/11     06/29/11         45.00
0950  OUT-OF-TOWN TRAVEL                        06/28/11     06/29/11        444.70
0951  MEALS/T & E                               06/29/11     06/29/11         29.00

        Total                                                                518.70


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                                   Employee              Date           Amount      Index#   Batch No  Batch Date
----------------                                                   --------              ----           ------      ------   --------  ----------

CAB FARES 0940
  PHILIP BENTLEY                                                   BENTLEY, P            06/28/11        26.00      9415139  1103503   07/21/11
  Cab Fare - to Penn Station, cab to Philadelphia
  court house
  PHILIP BENTLEY                                                   BENTLEY, P            06/29/11        19.00      9415140  1103503   07/21/11
  Cab Fare - Cab to Ct; cab from Penn Station to o
  ffice
                                                                         0940 CAB FARES Total :          45.00

OUT-OF-TOWN TRAVEL 0950
  PHILIP BENTLEY                                                   BENTLEY, P            06/28/11       429.70      9415142  1103503   07/21/11
  Name: Ritz Carlton,; City: Philadelphia, PA; Dat
  e(s): 6/28-6/29
  PHILIP BENTLEY                                                   BENTLEY, P            06/29/11        15.00      9415137  1103503   07/21/11
  From : Philadelphia; To: NY; Date(s): 6/29/10 (t
  icket exchange)
                                                                  0950 OUT-OF-TOWN TRAVEL Total :       444.70

MEALS/T & E 0951
  PHILIP BENTLEY                                                   BENTLEY, P            06/29/11        20.00      9415138  1103503   07/21/11
  Establishment: Farmicia; Guests: Phil Bentley; A
  ffiliation: ,; Business Discussed: ,
  PHILIP BENTLEY                                                   BENTLEY, P            06/29/11         9.00      9415141  1103503   07/21/11
  Establishment: Amtrak; Guests: Phil Bentley - fo
  od on train
                                                                         0951 MEALS/T & E Total :        29.00


        Costs Total :                                                                                   518.70
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 07/29/2011 14:27:40

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        3190073
Bill Frequency: M

Status        : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0940 CAB FARES | 45.00 | | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 444.70 | | | | | |
| 0951 MEALS/T & E | 29.00 | | | | | |
| Costs Total : | 518.70 | | | | | |