**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:              121 |

Asset Disposition


| PREVIOUS BALANCE | $37.30 |
|---|---|
| BALANCE DUE | $37.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:         108 |

Business Operations

| | PREVIOUS BALANCE | | $414.60 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/22/2011 | | | | |
| | MTH | Correspondence and communications re Auction Motion | 1.30 | 487.50 |
| | MTH | Reviewing documents filed under seal | 1.50 | 562.50 |
| 06/29/2011 | | | | |
| | DAC | Review memo re: acquisition. | 0.30 | 150.00 |
| | MTH | Review correspondence from JS re memo re pending motion | 0.40 | 150.00 |
| 06/30/2011 | | | | |
| | MTH | Telephone conference with J. Sinclair re Debtors' motion under seal | 0.70 | 262.50 |
| | MTH | Telephone conference with EI re Debtors' under seal motion | 0.20 | 75.00 |
| | MTH | Telephone conference with JAL re Debtors' under seal motion | 0.20 | 75.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.60 | 1,762.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $500.00 | $150.00 |
| Mark T. Hurford | 4.30 | 375.00 | 1,612.50 |

| | TOTAL CURRENT WORK | 1,762.50 |
|---|---|---|

| | BALANCE DUE | $2,177.10 |
|---|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2011
ACCOUNT NO:    3000-04D
STATEMENT NO:         121

Case Administration

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,912.87 |
| | | HOURS | |
| 06/29/2011 | | | |
| MB | Update fee application process and procedures memorandum | 0.20 | 25.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 25.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.20 | $125.00 | $25.00 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 25.00 |
| 06/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | | -252.00 |
| BALANCE DUE | | | $1,685.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-05D |
|  | STATEMENT NO: | 121 |

Claims Analysis Objection & Resolution (Asbestos)

| PREVIOUS BALANCE |  | $2,504.00 |
|---|---|---|
| BALANCE DUE |  | $2,504.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                       06/30/2011
Wilmington  DE                                               ACCOUNT NO:        3000-06D
                                                             STATEMENT NO:             121

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                  -$121.50

CREDIT BALANCE                                                                    -$121.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-07D |
| | STATEMENT NO:               121 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $13,614.54 |
| | | HOURS | |
| **06/01/2011** | | | |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Prepare and file 2019 of Cooney and Conway; -email confirmation of same | 0.30 | 33.00 |
| SMB | Update 2002 list for service | 0.10 | 11.00 |
| SMB | Review, retrieve, and distribute recently filed documents in District Court | 0.20 | 22.00 |
| **06/02/2011** | | | |
| MTH | Telephone conference with creditor F. Jecko re status of case | 0.30 | 112.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **06/03/2011** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 55.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.50 | 187.50 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **06/04/2011** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **06/06/2011** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **06/07/2011** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/08/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 06/09/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 06/10/2011 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 1.00 | 110.00 |
| | MTH | Prepare weekly recommendation memo | 0.50 | 187.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 100.00 |
| 06/13/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| 06/14/2011 | | | | |
| | SMB | Review May 2011 application of Norton Rose OR LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Update Weekly Recommendation Memo | 0.10 | 11.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 06/15/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 06/16/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Review April 2011 application of Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 06/17/2011 | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Update weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 262.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Review correspondence from SMC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| 06/19/2011 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/20/2011 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 06/21/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | MTH | Review correspondence from EI re Committee call | 0.10 | 37.50 |
|  | MTH | Review correspondence from SK re Committee call | 0.10 | 37.50 |
|  | MTH | Reviewing notices of filing of Declarations | 0.10 | 37.50 |
| 06/22/2011 |  |  |  |  |
|  | PEM | Review memo from counsel and correspondence from experts and ACC members re: acquisition. | 0.40 | 180.00 |
| 06/23/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | MTH | Review correspondence from EI re committee call, background | 0.20 | 75.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 06/24/2011 |  |  |  |  |
|  | MTH | Prepare weekly recommendation memos | 1.50 | 562.50 |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
|  | MB | Forward weekly recommendation memos to committee counsel | 0.10 | 12.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 06/27/2011 |  |  |  |  |
|  | MTH | Reviewing Agenda for hearing | 0.10 | 37.50 |
| 06/28/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 06/29/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | PEM | Review memo from counsel re: Grace Proposed Acquisition | 0.10 | 45.00 |
|  | MTH | Review correspondence from EI re Committee call | 0.10 | 37.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | MTH | Review correspondence from EI to Committee re pending motion | 0.10 | 37.50 |
| 06/30/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.50 | 55.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | MTH | Preparing weekly recommendation memo | 0.80 | 300.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 13.50 | 4,307.50 |

Page: 4

W.R. Grace                                                            06/30/2011
                                              ACCOUNT NO:       3000-07D
                                              STATEMENT NO:         121

Committee, Creditors, Noteholders, Equity Holders


RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $500.00 | $400.00 |
| Philip E. Milch | 1.90 | 450.00 | 855.00 |
| Michele Kennedy | 0.20 | 150.00 | 30.00 |
| Santae M. Boyd | 3.50 | 110.00 | 385.00 |
| Matthew Brushwood | 0.10 | 125.00 | 12.50 |
| Mark T. Hurford | 7.00 | 375.00 | 2,625.00 |

TOTAL CURRENT WORK                                                    4,307.50


06/02/2011      Payment - Thank you. (March, 2011 - 80% Fees)        -3,714.80


BALANCE DUE                                                       $14,207.24


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                          |                          |
|--------------------------|--------------------------|
|                          | Page: 1                  |
| W.R. Grace               | 06/30/2011               |
| Wilmington  DE           | ACCOUNT NO:    3000-08D  |
|                          | STATEMENT NO:        120 |

Employee Benefits/Pension

| | | |
|---|---|---|
| | PREVIOUS BALANCE | -$403.90 |
| 06/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | -330.00 |
| | CREDIT BALANCE | -$733.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |            |
|----------------|-----------:|
|                | Page: 1    |
| W.R. Grace     | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:  3000-10D |
|                | STATEMENT NO:  121 |

Employment Applications, Others

| | |
|---|---:|
| PREVIOUS BALANCE | $738.60 |
| BALANCE DUE | $738.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2011

ACCOUNT NO:        3000-11D
STATEMENT NO:              119

Expenses

PREVIOUS BALANCE                                                                                $8,570.52

| | | |
|---|---|---|
| 06/01/2011 | Pacer charges for the month of May | 17.04 |
| 06/08/2011 | Parcels - copy/service - (4) Fee Applications (5/31/2011) | 370.08 |
| 06/08/2011 | Parcels - hand delivery - (4) Fee Applications (5/31/2011) | 40.00 |
| 06/08/2011 | Parcels - copy/service - (3) Fee Applications (5/31/2011) | 76.32 |
| 06/22/2011 | Parcels - copy/service - (5) Certificate of No Objection and (4) No Order Required | 75.90 |
| 06/29/2011 | Photocopying - June, 2011 | 4.50 |
| | TOTAL EXPENSES | 583.84 |
| | TOTAL CURRENT WORK | 583.84 |
| 06/02/2011 | Payment - Thank you. (March, 2011 - 100% Expenses) | -2,702.14 |
| | BALANCE DUE | $6,452.22 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2011
ACCOUNT NO:    3000-12D
STATEMENT NO:    119

Fee Applications, Applicant

PREVIOUS BALANCE                                                                      $3,711.60

|  |  | HOURS |  |
|---|---|---|---|
| 06/06/2011 |  |  |  |
| KCD | Discussion re: status of fee applications and reconciliation of same | 0.20 | 75.00 |
| 06/08/2011 |  |  |  |
| MTH | Reviewing and revising pre-bill | 0.50 | 187.50 |
| 06/22/2011 |  |  |  |
| MTH | Reviewing docket and reviewing and signing CNO for April monthly fee application for C&L | 0.10 | 37.50 |
| MTH | Reviewing docket and reviewing and signing CNO for Interim fee application for C&L | 0.10 | 37.50 |
| MB | Review docket, draft and file certificate of no objection for Campbell & Levine January to March 2011 fee application | 0.30 | 37.50 |
| MB | Review docket, draft and file certificate of no objection for Campbell & Levine April 2011 fee application | 0.30 | 37.50 |
| 06/29/2011 |  |  |  |
| MB | Review email from DS re: April bill(.1); Prepare C&L April fee application (.5) | 0.60 | 75.00 |
|  | FOR CURRENT SERVICES RENDERED | 2.10 | 487.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.20 | $125.00 | $150.00 |
| Mark T. Hurford | 0.70 | 375.00 | 262.50 |
| Kathleen Campbell Davis | 0.20 | 375.00 | 75.00 |

TOTAL CURRENT WORK                                                                      487.50

W.R. Grace

06/30/2011

ACCOUNT NO:        3000-12D
STATEMENT NO:              119

Fee Applications, Applicant

| | | |
|---|---|---|
| 06/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | -630.00 |
| | BALANCE DUE | $3,569.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 06/30/2011 |

| | |
|---|---|
| ACCOUNT NO: | 3000-13D |
| STATEMENT NO: | 106 |

Fee Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $15,995.50 |

|  |  | HOURS | |
|---|---|---|---|
| **06/02/2011** | | | |
| MB | Update fee application tracking charts with docket numbers and deadline information for tracking purposes | 0.20 | 25.00 |
| | | | |
| **06/03/2011** | | | |
| SMB | Review April 2011 application of Reed Smith LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Ferry Joseph Pearce P.A. (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Stroock & Stroock & Lavan LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Saul Ewing LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2011 application of Beverage & Diamond, P.C. (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Foley Hoag LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Baer Higgins Fruchtman LLC (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update WR Grace weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | | | |
| **06/07/2011** | | | |
| MB | Email with A. Peltine re: fee application | 0.10 | 12.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/09/2011 | | | | |
| | MTH | Review correspondence from DW re PSZ&J fee application | 0.10 | 37.50 |
| 06/10/2011 | | | | |
| | SMB | Review May 2011 application of Alexander M. Sanders, Jr. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Warren H. Smith & Associates, P.C. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Capstone Advisory Group, LLC (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Baer Higgins Fruchtman LLC (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Kirkland & Ellis LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Blackstone Advisory Partners L.P. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Seitz, Van Ogtrop & Green, P.A. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| 06/13/2011 | | | | |
| | MTH | Review correspondence from PB re Norton fee application | 0.10 | 37.50 |
| | SMB | Review April 2011 application of The Hogan Firm (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Lauzon Belanger Lesperance (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Scarfone Hawkins LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| 06/14/2011 | | | | |
| | SMB | Review April 2011 application of Beveridge & Diamond PC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 06/17/2011 | | | | |
| | SMB | Review January through March 2011 Interim application of Pachulski Stang Ziehl & Jones LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 06/21/2011 | | | | |
| | MTH | Review correspondence from PB re Pitney fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from PB re Casner fee application | 0.10 | 37.50 |
| | MTH | Reviewing correspondence from YS re CNO for PWC | 0.10 | 37.50 |

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    106

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| 06/22/2011 | | | | |
| | MTH | Reviewing docket and reviewing and signing CNO for Interim fee application for AKO | 0.20 | 75.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Interim fee application for Charter Oak | 0.20 | 75.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Interim fee application for LAS | 0.10 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for Interim fee application for C&D | 0.10 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for April monthly fee application for C&D | 0.10 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for April monthly fee application for Charter Oak | 0.10 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for April monthly fee application for AKO | 0.10 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Caplin & Drysdale January to March 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Anderson Kill and Olick January to March 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Charter Oak January to March 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Legal Analysis Systems January to March 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Caplin & Drysdale April 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Anderson Kill and Olick April 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Charter Oak April 2011 fee application | 0.30 | 37.50 |
| | | | | |
| 06/23/2011 | | | | |
| | MTH | Review correspondence from LO re 39th Interim fee chart and correspondence to MB re same | 0.10 | 37.50 |
| | MTH | Review correspondence from TB re Saul CNO | 0.10 | 37.50 |
| | | | | |
| 06/24/2011 | | | | |
| | MB | Review monthly application of Casner & Edwards for April 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review monthly application of Day Pitney for April 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | MB | Review interim application of Woodcock and Washburn for January 1, 2011 through March 31, 2011 (.1); Update W.R. Grace weekly recommendation memorandum (.1) | 0.20 | 25.00 |
| | | | | |
| 06/27/2011 | | | | |
| | MTH | Review correspondence from DF re Orrick fee application | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| **06/28/2011** | | | | |
| | MTH | Review correspondence from Bower re three fee applications | 0.20 | 75.00 |
| **06/29/2011** | | | | |
| | MB | Review email from E. Benetos re: C&D April fee application (.1); Update C&D April fee application (.3) | 0.40 | 50.00 |
| | MB | Review email from G. Sinclair re: April bill(.1); Prepare Charter Oak April fee application (.4) | 0.50 | 62.50 |
| | MB | Review email from A. Pelton  re: C&D April fee application (.1); Update AKO April fee application (.2) | 0.30 | 37.50 |
| | MTH | Reviewing correspondence from MB re draft Charter Oak fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from MB re fee application for LAS and response to same | 0.10 | 37.50 |
| | MTH | Review correspondence from JL re R/S fee applications | 0.10 | 37.50 |
| **06/30/2011** | | | | |
| | SMB | Review May 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Nelson Mullins Riley & Scarborough L.L.P. (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review February 2011 application of Steptoe & Johnson LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Steptoe & Johnson LLP  (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Stroock & Stroock & Lavan LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Duane Morris LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Duane Morris LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Baer Higgins Fruchtman LLC (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Casner & Edwards LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 13.40 | 2,120.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 7.00 | $110.00 | $770.00 |

Page: 5

W.R. Grace

06/30/2011

ACCOUNT NO:      3000-13D
STATEMENT NO:           106

Fee Applications, Others

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 4.20 | 125.00 | 525.00 |
| Mark T. Hurford | 2.20 | 375.00 | 825.00 |

TOTAL CURRENT WORK                                                      2,120.00

06/02/2011      Payment - Thank you. (March, 2011 - 80% Fees)                -3,438.40

BALANCE DUE                                                      $14,677.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
|  | STATEMENT NO:              80 |

Financing

| | |
|---|---|
| PREVIOUS BALANCE | $30.00 |
| BALANCE DUE | $30.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2011
ACCOUNT NO:    3000-15D
STATEMENT NO:    121

Hearings

PREVIOUS BALANCE                                                                                      $8,922.25

|            |     |                                                                                    | HOURS |          |
|------------|-----|------------------------------------------------------------------------------------|-------|----------|
| 06/21/2011 |     |                                                                                    |       |          |
|            | MTH | Review correspondence from JON re preliminary agenda and copy of same              | 0.20  | 75.00    |
| 06/27/2011 |     |                                                                                    |       |          |
|            | SMB | Prepare hearing binders re: hearing on June 28, 2011                                | 4.00  | 440.00   |
| 06/28/2011 |     |                                                                                    |       |          |
|            | MTH | Attending hearing before Judge Buckwalter on confirmation appeals                  | 5.70  | 2,137.50 |
|            | MTH | Preparing for hearing before Judge Buckwalter                                       | 1.00  | 375.00   |
| 06/29/2011 |     |                                                                                    |       |          |
|            | MTH | Correspondence re early July hearing                                               | 0.20  | 75.00    |
|            | MTH | Attending hearing before Judge Buckwalter                                           | 4.30  | 1,612.50 |
|            |     | FOR CURRENT SERVICES RENDERED                                                       | 15.40 | 4,715.00 |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL    |
|-----------------|-------|-------------|----------|
| Santae M. Boyd  | 4.00  | $110.00     | $440.00  |
| Mark T. Hurford | 11.40 | 375.00      | 4,275.00 |

TOTAL CURRENT WORK                                                                                    4,715.00

06/02/2011        Payment - Thank you. (March, 2011 - 80% Fees)                                       -2,806.00

BALANCE DUE                                                                                           $10,831.25

W.R. Grace

|  | ACCOUNT NO: | 3000-15D |
|---|---|---|
|  | STATEMENT NO: | 121 |

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-16D |
|  | STATEMENT NO: | 106 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$1,455.30 |
| 06/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | -780.00 |
| CREDIT BALANCE | | -$2,235.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      06/30/2011
Wilmington  DE                                          ACCOUNT NO:        3000-17D
                                                        STATEMENT NO:            106

Plan and Disclosure Statement

PREVIOUS BALANCE                                                        $13,525.90

| | | | HOURS | |
|---|---|---|---|---|
| 06/06/2011 | | | | |
| | MTH | Review correspondence from JON re mediation of Libby Claimant appeal and response to same | 0.20 | 75.00 |
| 06/08/2011 | | | | |
| | MTH | Multiple correspondence and communications re Libby Objection | 0.40 | 150.00 |
| | MTH | Correspondence re mediation re CNA appeals | 0.10 | 37.50 |
| 06/09/2011 | | | | |
| | MTH | Correspondence re mediation re appeals of CNA settlement motion | 0.30 | 112.50 |
| | MTH | Reviewing notice of completion of mediation | 0.10 | 37.50 |
| | MTH | Reviewing Debtors' Response to Libby Claimants' objection | 0.20 | 75.00 |
| 06/14/2011 | | | | |
| | MTH | Reviewing appellate briefs | 2.00 | 750.00 |
| 06/17/2011 | | | | |
| | MTH | Reviewing Plan Confirmation appeal briefs | 1.50 | 562.50 |
| 06/21/2011 | | | | |
| | MTH | Telephone conference with claimant re case status | 0.20 | 75.00 |
| 06/23/2011 | | | | |
| | MTH | Review correspondence from JON re hearing with Judge Buckwalter; correspondence to and from PVNL re same | 0.20 | 75.00 |
| 06/27/2011 | | | | |
| | MTH | Preparing for District Court hearing on Plan Confirmation; correspondence to and from counsel at C&D re same; discussion with JON re same | 3.50 | 1,312.50 |

Page: 2

W.R. Grace

06/30/2011

ACCOUNT NO:       3000-17D
STATEMENT NO:              106

Plan and Disclosure Statement

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 8.70 | 3,262.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 8.70 | $375.00 | $3,262.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,262.50 |

| 06/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | -2,352.00 |
|---|---|---|

| | |
|---|---|
| BALANCE DUE | $14,436.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                              06/30/2011
Wilmington  DE                                                          ACCOUNT NO:          3000-18D
                                                                                    STATEMENT NO:                  106

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                  -$212.70

CREDIT BALANCE                                                                                     -$212.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-20D |
|  | STATEMENT NO:          105 |

Tax Litigation

| PREVIOUS BALANCE | $468.80 |
|---|---|
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 06/30/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-21D |
| | STATEMENT NO:              97 |

Travel-Non-Working

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $75.00 |

| 06/28/2011 | | | |
|---|---|---|---|
| MTH | Non-working travel time to and from Philadelphia for hearing before Judge Buckwalter (one-half time) | 1.10 | 412.50 |
| 06/29/2011 | | | |
| MTH | Non-working travel time to and from hearing in Philadelphia before Judge Buckwalter (one-half time) | 1.20 | 450.00 |
| | FOR CURRENT SERVICES RENDERED | 2.30 | 862.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.30 | $375.00 | $862.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 862.50 |
| BALANCE DUE | $937.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          06/30/2011
Wilmington  DE                          ACCOUNT NO:      3000-22D
                                        STATEMENT NO:           110

Valuation

PREVIOUS BALANCE                                          $1,185.00

BALANCE DUE                                               $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                            06/30/2011
Wilmington  DE                              ACCOUNT NO:        3000-23D
                                            STATEMENT NO:            110

ZAI Science Trial

PREVIOUS BALANCE                                              $1,203.30

BALANCE DUE                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          06/30/2011
Wilmington  DE                              ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 414.60 | 1,762.50 | 0.00 | 0.00 | 0.00 | $2,177.10 |
| 3000-04 Case Administration | | | | | |
| 1,912.87 | 25.00 | 0.00 | 0.00 | -252.00 | $1,685.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,504.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,504.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -121.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$121.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,614.54 | 4,307.50 | 0.00 | 0.00 | -3,714.80 | $14,207.24 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -403.90 | 0.00 | 0.00 | 0.00 | -330.00 | -$733.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 738.60 | 0.00 | 0.00 | 0.00 | 0.00 | $738.60 |
| 3000-11 Expenses | | | | | |
| 8,570.52 | 0.00 | 583.84 | 0.00 | -2,702.14 | $6,452.22 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,711.60 | 487.50 | 0.00 | 0.00 | -630.00 | $3,569.10 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,995.50 | 2,120.00 | 0.00 | 0.00 | -3,438.40 | $14,677.10 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 8,922.25 | 4,715.00 | 0.00 | 0.00 | -2,806.00 | $10,831.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,455.30 | 0.00 | 0.00 | 0.00 | -780.00 | -$2,235.30 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 13,525.90 | 3,262.50 | 0.00 | 0.00 | -2,352.00 | $14,436.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -212.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$212.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 75.00 | 862.50 | 0.00 | 0.00 | 0.00 | $937.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 70,716.38 | 17,542.50 | 583.84 | 0.00 | -17,005.34 | $71,837.38 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.