## **EXHIBIT A**

**Business Operations (10.10 Hours; $ 8,607.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.90 | $1,000 | 4,900.00 |
| Peter Van N. Lockwood | 2.50 | $905 | 2,262.50 |
| Jeffrey A. Liesemer | 2.70 | $535 | 1,444.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/11 | PVL | 905.00 | 0.20 | Rv Project Larch confid. agmt. |
| 06/03/11 | EI | 1,000.00 | 0.20 | PVNL inquiry re acquisition (.2) |
| 06/06/11 | PVL | 905.00 | 0.80 | Rv emails (.3); draft memo to ACC re prop. Grace acq. (.5) |
| 06/06/11 | EI | 1,000.00 | 0.30 | T/C Sinclair re Grace offer to buy the warrants (.3) |
| 06/06/11 | JAL | 535.00 | 0.40 | Review and analysis of materials relating to potential business transaction. |
| 06/09/11 | PVL | 905.00 | 0.10 | Rv Project Larch docs |
| 06/16/11 | PVL | 905.00 | 0.20 | Rv Sinclair memo |
| 06/16/11 | EI | 1,000.00 | 0.50 | Warrants offer matters memo (.5). |
| 06/17/11 | EI | 1,000.00 | 0.70 | Warrants questions from J. Rice (.5); t/c to PVNL (.2). |
| 06/21/11 | PVL | 905.00 | 0.50 | Rv motion re Project Larch acq. (.3); teleconference EI re same (.2) |
| 06/21/11 | EI | 1,000.00 | 0.80 | T/C Frankel re warrants and acquisition (.3); T/C Sinclair re acquisition (.5) |
| 06/22/11 | PVL | 905.00 | 0.10 | Rv motion for prot. order re Project Larch acq. |
| 06/22/11 | EI | 1,000.00 | 1.20 | Memos re acquisition and T/C Kazan re sale issues (1.2) |
| 06/24/11 | EI | 1,000.00 | 0.50 | J. Sinclair inquiry re: asbestos acquired liabilities and telephone conference with PVNL re: same (.5). |

{D0209595.1 }505368v.1 8/2/2011

| Date | Prof. | Rate | Hours | Description |
|---|---|---|---|---|
| 06/25/11 | EI | 1,000.00 | 0.10 | Conference J. Sinclair re: asbestos acquisition issues (.1). |
| 06/29/11 | PVL | 905.00 | 0.10 | Review Sinclair memo (.1) |
| 06/29/11 | EI | 1,000.00 | 0.50 | Reviewed Charter Oak memo and J. Sinclair re: same (.5). |
| 06/30/11 | PVL | 905.00 | 0.50 | Cns JAL |
| 06/30/11 | EI | 1,000.00 | 0.10 | Telephone conference with PVNL re: acquisition staffing (.1). |
| 06/30/11 | JAL | 535.00 | 0.30 | Tele. call w/PVNL re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.80 | Review and analysis of materials relating to potential business acquisition. |
| 06/30/11 | JAL | 535.00 | 0.20 | Tele. call w/J. Sinclair re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.10 | Tele. call and voice message to J. Baer re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.40 | Drafted and revised e-mail to J. Baer re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.20 | Tele. call w/M. Hurford re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.20 | Tele. call w/J. Baer re: potential business acquisition by Grace. |
| 06/30/11 | JAL | 535.00 | 0.10 | Second tele. call w/PVNL re: potential business acquisition by Grace. |

**Total Task Code .03     10.10**


**Case Administration (3.70 Hours; $ 2,563.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $1,000 | 1,400.00 |
| Peter Van N. Lockwood | .50 | $905 | 452.50 |

{D0209595.1 }

| | | | |
|---|---|---|---|
| Rita C. Tobin | .80 | $545 | 436.00 |
| Eugenia Benetos | .20 | $215 | 43.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/11 | PVL | 905.00 | 0.10 | Rv 10 misc. filings |
| 06/03/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 06/06/11 | PVL | 905.00 | 0.10 | Rv 3 misc. filings |
| 06/10/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 06/13/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 06/14/11 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 06/15/11 | EI | 1,000.00 | 1.00 | File sorting (1.0). |
| 06/17/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 06/24/11 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| 06/24/11 | RCT | 545.00 | 0.20 | Review docket and local counsel record re EI update (.2) |
| 06/28/11 | EB | 215.00 | 0.20 | Update labels for folder. |
| 06/30/11 | EI | 1,000.00 | 0.40 | Telephone conference with PVNL re: District Court argument (.5). |

**Total Task Code .04        2.90**


**Committee, Creditors', Noteholders' or Equity Holders' (3.70 Hours; $ 2,563.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.20 | $1,000 | 2,200.00 |
| Ann C. McMillan | .10 | $625 | 62.50 |
| Eugenia Benetos | 1.40 | $215 | 301.00 |

{D0209595.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/11 | ACM | 625.00 | 0.10 | Teleconference Grace claimant. |
| 06/22/11 | EB | 215.00 | 0.60 | Perform review of of draft minutes and email to EI re: upcoming committee conference call and create email calendar alert. |
| 06/23/11 | EI | 1,000.00 | 1.50 | Acquisition memo (1.0); memo to Committee (.5) |
| 06/27/11 | EB | 215.00 | 0.60 | Work on materials for EI conference call folder. |
| 06/29/11 | EI | 1,000.00 | 0.20 | Memo to Committee re: transaction (.2). |
| 06/29/11 | EB | 215.00 | 0.20 | Prepare attendance sheet and cover memo. |
| 06/30/11 | EI | 1,000.00 | 0.50 | Committee call re: acquisition (.3); memo to Committee (.2). |

**Total Task Code .07        3.70**


**Fee Applications, Applicant (6.20 Hours; $ 2,554.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.70 | $545 | 2,016.50 |
| Eugenia Benetos | 2.50 | $215 | 537.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/11 | EB | 215.00 | 0.60 | Create memo for EI re: check breakdown. |
| 06/06/11 | RCT | 545.00 | 0.10 | Emails to EB re June prebills (.1) |
| 06/08/11 | RCT | 545.00 | 0.10 | Emails to APB re June fee apps (.1) |
| 06/10/11 | RCT | 545.00 | 0.10 | Review prebills (.1) |
| 06/13/11 | RCT | 545.00 | 0.50 | Review exhibits (.5) |
| 06/15/11 | RCT | 545.00 | 0.20 | Address fee issues (.2) |
| 06/16/11 | RCT | 545.00 | 0.80 | Review monthly fee application (.8) |

{D0209595.1 }

| | | | | |
|---|---|---|---|---|
| 06/17/11 | EB | 215.00 | 1.40 | Work on monthly fee application. |
| 06/23/11 | RCT | 545.00 | 0.40 | Address misc. fee issues (.4) |
| 06/24/11 | RCT | 545.00 | 0.30 | Address fee issues (.3) |
| 06/28/11 | EB | 215.00 | 0.50 | Perform review of fee application schedule and update accordingly. |
| 06/29/11 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 06/30/11 | RCT | 545.00 | 0.20 | Review fee app schedules for July 2011 (.2) |

**Total Task Code .12**         **6.20**


**Hearings (14.60 Hours; $ 7,494.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.00 | $905 | 5,430.00 |
| Kate G. Henningsen | 8.60 | $240 | 2,064.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/28/11 | KGH | 240.00 | 6.10 | Attend district court hearing. |
| 06/29/11 | PVL | 905.00 | 6.00 | Attend hearing (4.7); cns Frankel & Wyron re same (1.3). |
| 06/29/11 | KGH | 240.00 | 2.50 | Attend district court hearing. |

**Total Task Code .15**         **14.60**


**Litigation and Litigation Consulting (162.10 Hours; $ 77,383.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |
| Kevin C. Maclay | 52.80 | $535 | 28,248.00 |
| Jeffrey A. Liesemer | 25.90 | $535 | 13,856.50 |

{D0209595.1 }

| | | | |
|---|---|---|---|
| James P. Wehner | 50.80 | $535 | 27,178.00 |
| Jeanna Rickards Koski | 1.10 | $380 | 418.00 |
| Kate G. Henningsen | 28.20 | $240 | 6,768.00 |
| Sara Joy DelSavio | 1.20 | $205 | 246.00 |
| Mollie E. Gelburd | 1.80 | $205 | 369.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/11 | MEG | 205.00 | 0.20 | Review docket and retrieve select briefs per KCM. |
| 06/07/11 | KCM | 535.00 | 0.40 | Review Garlock reply brief |
| 06/08/11 | EI | 1,000.00 | 0.10 | T/C PVNL re: mediation (.1). |
| 06/08/11 | JPW | 535.00 | 2.40 | Teleconference w/PVNL re Garlock reply (.3); review Garlock reply (1.5); research appellant issue (.6). |
| 06/08/11 | JMR | 380.00 | 1.10 | Review reply filed by Libby Claimants |
| 06/09/11 | JPW | 535.00 | 3.60 | Research Garlock reply brief issues (1.6); meet with PVNL re Garlock brief (2.0) |
| 06/13/11 | EI | 1,000.00 | 0.20 | T/C F. McGovern and t/c PVNL re: mediation (.2). |
| 06/13/11 | MEG | 205.00 | 0.70 | Research docket and review files per JMK (.7) |
| 06/13/11 | JPW | 535.00 | 6.60 | Research Garlock Reply brief issues (5.9); telephone conference with PVNL re research (.2); meet with KGH re research (.5) |
| 06/13/11 | KGH | 240.00 | 0.30 | Meet with JPW re research project for oral argument preparation. |
| 06/14/11 | JPW | 535.00 | 1.80 | Research Garlock reply issues |
| 06/14/11 | KCM | 535.00 | 0.30 | Review oral argument chart |
| 06/15/11 | MEG | 205.00 | 0.20 | Review docket and retrieve select documents per KCM (.2) |
| 06/16/11 | MEG | 205.00 | 0.50 | Retrieve select briefs and prepare sets of same per KCM |
| 06/16/11 | KCM | 535.00 | 1.90 | Review BNSF filings and related materials |
| 06/17/11 | KCM | 535.00 | 3.30 | Plan/prepare for and communicate with PVNL re BNSF sur-reply (1.2); review/analyze briefs and |

{D0209595.1 }

Case 01-01139-AMC    Doc 27362-1    Filed 08/02/11    Page 7 of 14

7

| | | | | |
|---|---|---|---|---|
| | | | | materials re oral argument preparation (1.9); review memo to ACC (.2) |
| 06/17/11 | KGH | 240.00 | 4.90 | Distinguish cases in Garlock reply brief. |
| 06/19/11 | JPW | 535.00 | 4.70 | Research and draft shadow surreply |
| 06/20/11 | JPW | 535.00 | 5.20 | Draft oral argument outline (4.9); meet with KCM re outline (.3) |
| 06/20/11 | KCM | 535.00 | 2.70 | Review/analyze reply brief and related cases and materials and draft/revise response |
| 06/21/11 | MEG | 205.00 | 0.20 | Retrieve BNSF briefs and prepare sets of same per KCM (.2) |
| 06/21/11 | JPW | 535.00 | 7.10 | Research issues on Garlock Reply (1.9); draft argument bullet point outline (5.2) |
| 06/21/11 | KCM | 535.00 | 9.60 | Draft/revise BNSF sur-reply and review/analyze related cases, briefs and materials |
| 06/22/11 | JAL | 535.00 | 0.10 | Confer w/PVNL re: oral argument preparation. |
| 06/22/11 | JAL | 535.00 | 4.80 | Meeting w/Plan Proponents counsel re: oral argument preparation. |
| 06/22/11 | JAL | 535.00 | 1.80 | Review and analysis of materials in prep. for oral argument. |
| 06/22/11 | JPW | 535.00 | 7.40 | Meeting at K&E re district court argument (5.1); revise surreply/argument outline (2.3) |
| 06/22/11 | KCM | 535.00 | 9.30 | Plan/prepare for Plan Proponents meeting and review/analyze related briefs and materials (1.4); attend Plan Proponents meeting re oral argument (4.5); draft/revise outline and review/analyze related materials (3.4) |
| 06/23/11 | JAL | 535.00 | 1.80 | Review and analysis of materials in prep. for oral argument. |
| 06/23/11 | JAL | 535.00 | 0.30 | Office conference w/KGH re: matters to research in preparation for oral argument. |
| 06/23/11 | JAL | 535.00 | 3.90 | Drafted and revised memo to PVNL in preparation for oral argument. |

{D0209595.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/23/11 | JPW | 535.00 | 2.50 | Telephone conference with PVNL re Surreply (.5); revise surreply (2.0) |
| 06/23/11 | KCM | 535.00 | 8.40 | Draft/revise BNSF sur-reply and review/analyze related cases, briefs and materials (7.2); review/analyze oral argument outlines, sur-replies and related correspondence (1.2) |
| 06/23/11 | KGH | 240.00 | 5.00 | Prepare for district court hearing and research questions for JAL (2.7); research questions for KCM in preparation for district court hearing (2.3). |
| 06/24/11 | JAL | 535.00 | 6.70 | Drafted and revised memo to PVNL re: issues for oral argument. |
| 06/24/11 | JAL | 535.00 | 0.20 | Reviewed memo and accompanying materials from KGH re: issues for oral argument. |
| 06/24/11 | JAL | 535.00 | 0.90 | Drafted and revised second memo to PVNL re: issues for oral argument. |
| 06/24/11 | JPW | 535.00 | 3.10 | Review outline re surreplies (2.7); e-mails re hearing preparation (.4) |
| 06/24/11 | KCM | 535.00 | 8.40 | Draft/revise BNSF sur-reply and review/analyze related cases, briefs and materials (7.8); review/analyze correspondence re oral argument, comments and Libby sur-reply (.6) |
| 06/24/11 | KGH | 240.00 | 2.20 | Find record cites and perform research in preparation for district court hearing. |
| 06/25/11 | JAL | 535.00 | 0.60 | Further drafting and revisions of memo to PVNL in connection with oral argument preparation. |
| 06/25/11 | KCM | 535.00 | 2.40 | Draft/revise BNSF sur-reply and review/analyze related briefs and materials |
| 06/26/11 | JAL | 535.00 | 1.90 | Further drafting and revisions of memo to PVNL re: oral argument preparation. |
| 06/26/11 | KGH | 240.00 | 0.60 | Make chart in preparation for district court hearing. |
| 06/27/11 | JAL | 535.00 | 0.10 | Review of KGH's memo in prep. for oral argument. |
| 06/27/11 | JAL | 535.00 | 0.10 | Tele. call w/KGH re: oral argument prep. |
| 06/27/11 | JAL | 535.00 | 1.20 | Review and analysis of materials in prep. for oral argument in confirmation appeal. |

{D0209595.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/27/11 | JAL | 535.00 | 0.70 | Tele. conf. w/Plan Proponents' counsel re: oral argument tomorrow. |
| 06/27/11 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: oral argument tomorrow. |
| 06/27/11 | JAL | 535.00 | 0.40 | Review and analysis of memo from KGH re: prep. for appellate oral argument. |
| 06/27/11 | JAL | 535.00 | 0.20 | Tele. call w/KGH re: comments on memo in connection with tomorrow's oral argument. |
| 06/27/11 | JPW | 535.00 | 5.00 | Meet with KGH re hearing (.4); telephone conference re hearing (.7); telephone conference re hearing (.7); telephone conference with PVNL re hearing (.3); review markup of outline (1.0); review reply briefs (1.9) |
| 06/27/11 | KCM | 535.00 | 6.10 | Draft/revise outline of Montana/Crown issues for oral argument and review/analyze related briefs, cases and materials (5.2); Plan Proponents call re oral argument planning (.7); review revised BNSF outline (.2) |
| 06/27/11 | KGH | 240.00 | 10.80 | Prepare for district court hearing by making argument cheat sheets and gathering documents (10.2); teleconference with all plan proponents to discuss district court hearing (0.6). |
| 06/28/11 | JAL | 535.00 | 0.10 | E-mail from KGH re: oral argument in confirmation appeal. |
| 06/28/11 | JPW | 535.00 | 1.00 | E-mails re hearing |
| 06/28/11 | SJD | 205.00 | 1.20 | Prepared document for KGH. |
| 06/28/11 | KGH | 240.00 | 1.50 | Prepare for and attend meeting before hearing. |
| 06/30/11 | JPW | 535.00 | 0.40 | Meet with KGH re Grace hearing |
| 06/30/11 | KGH | 240.00 | 2.90 | Draft memo to committee re district court hearing (2.3); meet with JPW to discuss district court hearing (0.3); meet with JAL to discuss district court hearing (0.3). |

**Total Task Code .16**    **162.10**

{D0209595.1 }

**Plan & Disclosure Statement (60.30 Hours; $ 50,055.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $1,000 | 500.00 |
| Peter Van N. Lockwood | 47.60 | $905 | 43,078.00 |
| Ann C. McMillan | .10 | $625 | 62.50 |
| Jeffrey A. Liesemer | 11.80 | $535 | 6,313.00 |
| Andrew J. Sackett | .30 | $340 | 102.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/11 | PVL | 905.00 | 0.10 | Rv emails |
| 06/02/11 | PVL | 905.00 | 0.10 | Rv emails & reply |
| 06/02/11 | JAL | 535.00 | 2.40 | Review and analysis of materials relating to confirmation issues on appeal. |
| 06/03/11 | PVL | 905.00 | 0.20 | Rv emails and reply |
| 06/03/11 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to confirmation issues on appeal. |
| 06/04/11 | ACM | 625.00 | 0.10 | Exchange e-mails with M. Lowe re Grace document. |
| 06/07/11 | PVL | 905.00 | 1.80 | Tcn Shelnitz, Donley, Frankel, et al (.5); teleconference Frankel (.3); rv Garlock reply brief (1.0) |
| 06/07/11 | JAL | 535.00 | 0.30 | Review of proposed reply brief filed by Garlock. |
| 06/08/11 | PVL | 905.00 | 0.50 | Rv email (.1); rv Libby Cls. motion (.1); cn JPW (.1); rv draft oppo. to Libby Cls. motion and email comments (.2) |
| 06/08/11 | JAL | 535.00 | 3.60 | Review and analysis of materials relating to confirmation issues on appeal. |
| 06/09/11 | PVL | 905.00 | 5.90 | Attend mediation re CNA appeal by phone (3.4); cns JPW re Garlock reply (2.4); rv Horkovich memo (.1) |
| 06/09/11 | JAL | 535.00 | 0.20 | Review Debtors' and Libby Claimants' submission re: reply briefing issues. |
| 06/10/11 | PVL | 905.00 | 0.30 | Teleconference EI (.2); cn KCM (.1) |

{D0209595.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/10/11 | EI | 1,000.00 | 0.50 | T/C PVNL re: appeal issues (.5). |
| 06/13/11 | PVL | 905.00 | 0.20 | Rv emails (.1); teleconference EI (.1) |
| 06/14/11 | PVL | 905.00 | 1.30 | Tcn Donley et al (.9); rv emails and reply (.1); cn KCM (.3) |
| 06/15/11 | PVL | 905.00 | 0.60 | Rv Bank Lenders reply brief |
| 06/16/11 | PVL | 905.00 | 0.60 | Rv emails and reply (.2); rv D. Ct. orders (.1); rv BNSF reply brief (.3) |
| 06/17/11 | PVL | 905.00 | 1.90 | Rv emails & reply (.2); rv draft motion and order re CNA appeal (.1); rv BNSF reply (.5); cn KCM (1.1) |
| 06/18/11 | JAL | 535.00 | 1.40 | Review and analysis of reply briefs on confirmation issues. |
| 06/20/11 | PVL | 905.00 | 0.50 | Prepare for 6/28 hearing (.2); rv email (.1); rv Bank Lender suppl. authority (.2) |
| 06/21/11 | PVL | 905.00 | 1.00 | Rv emails and reply (.1); teleconference EI (.2); rv Libby Cls. reply brief (.7) |
| 06/21/11 | JAL | 535.00 | 1.30 | Review and analysis of reply briefs filed in district court appeal and related materials. |
| 06/22/11 | PVL | 905.00 | 5.30 | Cn Donley, Esayian, Paul, Baer, Frankel, Wyron, JAL, KCM and JPW re hearing prep (4.9); cn JPW, KCM and JAL re same (.2); prep. for 6/28 hearing (.2) |
| 06/22/11 | JAL | 535.00 | 1.30 | Review and analysis of Libby reply brief. |
| 06/23/11 | PVL | 905.00 | 3.90 | Prep. for 6/28 hearing (1.9); rv emails and reply (.4); rv JPW outline (.5); cn JPW re same (.8); rv Esayian arg. outline (.2); cn KCM (.1) |
| 06/23/11 | AJS | 340.00 | 0.30 | Prep and review of emails to and from KGH re early TDPs (0.1); legal research re early TDPs |
| 06/24/11 | PVL | 905.00 | 3.40 | Prep. for 6/28 hearing (3.0); teleconference EI (.2); teleconference Shiner (.2) |
| 06/25/11 | PVL | 905.00 | 2.30 | Prepare for 6/28 hearing |
| 06/26/11 | PVL | 905.00 | 2.90 | Prepare for 6/28 hearing |

{D0209595.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 06/27/11 | PVL | 905.00 | 6.80 | Prepare for 6/28 hearing (6.1); tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel, JPW, JAL, KCM et al (.7) |
| 06/27/11 | JAL | 535.00 | 0.50 | Review and analysis of proposed order on appeal and e-mails to A. Paul re: comments on same. |
| 06/28/11 | PVL | 905.00 | 7.30 | Cn Shelnitz et al (1.4); attend hearing (4.9); cn Donley et al (1.0) |
| 06/30/11 | PVL | 905.00 | 0.70 | Teleconference EI (.5); rv emails and fax (.2) |
| 06/30/11 | JAL | 535.00 | 0.30 | Office conf. w/KGH re: appeal issues. |
| 06/30/11 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: confirmation issues on appeal. |

**Total Task Code .17     60.30**


**Travel- Non Working (19.70 Hours; $ 5,980.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 10.70 | $452.50 | 4,841.75 |
| Jeffrey A. Liesemer | .40 | $267.50 | 107.00 |
| Kate G. Henningsen | 8.60 | $120 | 1,032.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/22/11 | PVL | 452.50 | 0.20 | Travel to K&E |
| 06/22/11 | JAL | 267.50 | 0.20 | Travel to Kirkland & Ellis office for meeting on oral argument preparation. |
| 06/22/11 | JAL | 267.50 | 0.20 | Return travel from Kirkland & Ellis office following meetings on oral argument preparation. |
| 06/28/11 | PVL | 452.50 | 6.10 | Travel to Philadelphia, to court and return to D.C. |
| 06/28/11 | KGH | 120.00 | 3.80 | Travel to and from Philadelphia for district court hearing. |
| 06/29/11 | PVL | 452.50 | 4.40 | To and from Philadelphia |

{D0209595.1 }

| 06/29/11 | KGH | 120.00 | 4.80 | Travel to and from Philadelphia for district court hearing. |
|---|---|---|---|---|

**Total Task Code .21        19.70**

**Fee Auditor Matters (2.30 Hours; $ 1,289.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $905 | 90.50 |
| Rita C. Tobin | 2.20 | $545 | 1,199.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/11 | RCT | 545.00 | 0.20 | Review fee auditor initial report (.2) |
| 06/22/11 | PVL | 905.00 | 0.10 | Rv fee auditor question and reply |
| 06/22/11 | RCT | 545.00 | 1.30 | Email fee auditor re initial report (.3); emails PVNL re fee auditor queries (.3); draft response to fee auditor re queries (.4); review FA final report re 39th interim period (.3) |
| 06/27/11 | RCT | 545.00 | 0.70 | Review fee auditor reports re old issues and outstanding amounts (.7) |

**Total Task Code .32        2.30**

{D0209595.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 21.13 |
| Database Research | 1,227.25 |
| Local Transportation - DC | 224.21 |
| Long Distance-Equitrac In-House | 0.64 |
| Xeroxing | 19.30 |
| **Total:** | **$ 1,492.53** |

{D0209595.1}