**EXHIBIT B**

**Business Operations (10.10 Hours; $ 8,607.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03  10.10**

**Case Administration (2.90 Hours; $ 2,331.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  2.90**

**Committee, Creditors', Noteholders' or Equity Holders' (3.70 Hours; $ 2,563.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  3.70**

**Fee Applications, Applicant (6.20 Hours; $ 2,554.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  6.20**

**Hearings (14.60 Hours; $ 7,494.00)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15  14.60**

**Litigation and Litigation Consulting (162.10 Hours; $ 77,383.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**     162.10


**Plan & Disclosure Statement (60.30 Hours; $ 50,055.50)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**     60.30


**Travel – Non Working (19.70 Hours; $ 5,980.75)**

   Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at on-half an attorney's usual hourly rate.

**Total Task Code .21**     19.70


**Fee Auditor Matters (2.30 Hours; $ 1,289.50)**

   Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**     2.30