## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 21.13 |
| Database Research | 1,227.25 |
| Local Transportation - DC | 224.21 |
| Long Distance-Equitrac In-House | 0.64 |
| Xeroxing | 19.30 |
| **Total:** | **$ 1,492.53** |