| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 7/26/2011 |

Attn:

Print Date/Time: 07/26/2011  9:31:44AM

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950 to: 6/30/2011

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/17/2011 | 13,655 |

Client Retainers Available        $4,806.34         Committed to Invoices:        $0.00       Remaining:        $4,806.34

Total Expenses Billed To Date        $3,914,270.24

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 21.13 | 0.00 | 21.13 |
| 0204 | EH | Elizabeth  Hernandez | 0.00 | 0.80 | 0.00 | 0.80 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 6.60 | 0.00 | 6.60 |
| 0305 | MEG | Mollie E Gelburd | 0.00 | 5.80 | 0.00 | 5.80 |
| 0354 | JMR | Jeanna  Rickards Koski | 0.00 | 50.62 | 0.00 | 50.62 |
| 0369 | TEP | Todd E Phillips | 0.00 | 83.09 | 0.00 | 83.09 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 40.00 | 0.00 | 40.00 |
| 0401 | SO1 | Sayem  Osman | 0.00 | 16.00 | 0.00 | 16.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 1,268.49 | 0.00 | 1,268.49 |
| **Total Fees** | | | **0.00** | **1,492.53** | **0.00** | **1,492.53** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2699158 | Petty Cash -O/T Parking, 5/12/11  (SO1) | E | 06/01/2011 | SO1 0401 | | 0.00 | $16.00 | | 0.00 | $16.00 | 16.00 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 7/26/2011 |
| | | | | | | | | | Print Date/Time: | 07/26/2011 9:31:44AM |
| Attn: | | | | | | | | | | Invoice # |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2699187 | Petty Cash -O/T Cab Fare to Residence, 5/16/11 (SJD) | E | 06/01/2011 | 0390 | SJD | 0.00 | $10.00 | 0.00 | $10.00 | 26.00 |
| 2699188 | Petty Cash -O/T Cab Fare to Residence, 5/10/11 (SJD) | E | 06/01/2011 | 0390 | SJD | 0.00 | $10.00 | 0.00 | $10.00 | 36.00 |
| 2699189 | Petty Cash -O/T Cab Fare to Residence, 5/25/11 (SJD) | E | 06/01/2011 | 0390 | SJD | 0.00 | $10.00 | 0.00 | $10.00 | 46.00 |
| 2699190 | Petty Cash -O/T Cab Fare to Residence, 5/17/11 (SJD) | E | 06/01/2011 | 0390 | SJD | 0.00 | $10.00 | 0.00 | $10.00 | 56.00 |
| 2699663 | Federal Express -Delivery to M.Brushwood, 5/19/11 (EI; Split b/w clients 4642 & 5632) | E | 06/01/2011 | 0120 | EI | 0.00 | $10.68 | 0.00 | $10.68 | 66.68 |
| 2704423 | Photocopy | E | 06/01/2011 | 0305 | MEG | 0.00 | $5.80 | 0.00 | $5.80 | 72.48 |
| 2705187 | Red Top Cab -O/T Svc. to Residence, 5/2/11 (JMR) | E | 06/07/2011 | 0354 | JMR | 0.00 | $25.00 | 0.00 | $25.00 | 97.48 |
| 2705188 | Red Top Cab -O/T Svc. to Residence, 5/4/11 (JMR) | E | 06/07/2011 | 0354 | JMR | 0.00 | $25.62 | 0.00 | $25.62 | 123.10 |
| 2705209 | Federal Express -Delivery to M.Brushwood, 5/25/11 (EI; Split b/w clients 4642 & 5334) | E | 06/07/2011 | 0120 | EI | 0.00 | $10.45 | 0.00 | $10.45 | 133.55 |
| 2706579 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, 5/4/11 (TEP) | E | 06/17/2011 | 0369 | TEP | 0.00 | $41.69 | 0.00 | $41.69 | 175.24 |
| 2706580 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, 5/4/11 (TEP) | E | 06/17/2011 | 0369 | TEP | 0.00 | $41.40 | 0.00 | $41.40 | 216.64 |
| 2706581 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 5/28/11 (DAT) | E | 06/17/2011 | 0999 | C&D | 0.00 | $34.50 | 0.00 | $34.50 | 251.14 |
| 2717147 | Photocopy | E | 06/17/2011 | 0204 | EH | 0.00 | $0.80 | 0.00 | $0.80 | 251.94 |
| 2717189 | Photocopy | E | 06/17/2011 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 254.14 |
| 2717191 | Photocopy | E | 06/17/2011 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 258.04 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/26/2011 |

Print Date/Time: 07/26/2011  9:31:44AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2717585 | Photocopy | | E | 06/27/2011 | 0220 | SKL | 0.00 | $6.60 | 0.00 | $6.60 | 264.64 |
| 2711485 | Equitrac - Long Distance to 18432169124 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 264.72 |
| 2711505 | Equitrac - Long Distance to 19143721874 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 264.80 |
| 2711507 | Equitrac - Long Distance to 13128364022 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 264.84 |
| 2711510 | Equitrac - Long Distance to 13024269910 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 265.28 |
| 2711601 | Database Research - Westlaw by MG on 6/10 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $245.01 | 0.00 | $245.01 | 510.29 |
| 2711602 | Database Research - Westlaw by KGH on 6/17-27 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $701.81 | 0.00 | $701.81 | 1,212.10 |
| 2711603 | Database Research - Westlaw by JPW on 6/8 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $182.16 | 0.00 | $182.16 | 1,394.26 |
| 2711604 | Database Research - Westlaw by JAL on 6/22-25 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $91.80 | 0.00 | $91.80 | 1,486.06 |
| 2711716 | Database Research - Lexis by KGH 6/27 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $6.47 | 0.00 | $6.47 | 1,492.53 |

**Total Expenses**                                                                         $1,492.53                    $1,492.53
                                                                                    0.00                           0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 1,492.53 | | 1,492.53 |
| Matter Total | 0.00 | 1,492.53 | 0.00 | 1,492.53 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $1,492.53 | | $1,492.53 |
| Prebill Total | 0.00 | $1,492.53 | 0.00 | $1,492.53 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 404,392.05 | 404,392.05 |
| | | 746,274.80 | 461,790.63 |