<u>**EXHIBIT A**</u>

**April Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 27047 under Case No. 01-01139.  Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.

## EXHIBIT B

## May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 27174 under Case No. 01-01139.  Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.

EXHIBIT C

**June Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 27331 under Case No. 01-01139.  Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.