# EXHIBIT "A"

**Ferry, Joseph & Pearce, P.A.**
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555       Fax:   (302) 575-1714

WR Grace PD Committee                    June 1, 2011     to     June 30, 2011

                                                    Inv  #:         40138

RE:     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 14.70 | 3,750.00 |
| B18 | Fee Applications, Others - | 3.60 | 624.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 537.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 2.50 | 875.00 |
| B35 | Travel/Non-working - | 4.00 | 700.00 |
| B36 | Plan and Disclosure Statement - | 22.80 | 7,920.00 |
| B37 | Hearings - | 8.70 | 3,045.00 |
| | Total | 59.20 | $17,451.00 |

## SUMMARY BY TIMEKEEPER

| | | | |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 2.90 | 841.00 |
| Regina Matozzo | 200.00 | 6.90 | 1,380.00 |
| Theodore J. Tacconelli | 175.00 | 4.00 | 700.00 |
| Theodore J. Tacconelli | 350.00 | 38.60 | 13,510.00 |
| Legal Assistant - KC | 150.00 | 6.80 | 1,020.00 |
| Total | | 59.20 | $17,451.00 |

## DISBURSEMENT SUMMARY

Total Disbursements                                              $887.20

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-01-11 | *Fee Applications, Others* - Review Bilzin 40th Quarterly fee app and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Insurance Transfer to PI Trust research | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Appellee's Answering Brief re: Bank Lenders including exhibits | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowwood's Answering Brief re: Libby | 0.20 | TJT |
| | *Case Administration* - Memo from T. Tacconelli and update recent payment received chart accordingly | 0.20 | KC |
| | *Fee Applications, Others* - Revision to Bilzin 40th Quarterly fee app; prepare fee application and exhibits for efiling | 0.30 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's 40th Quarterly fee application | 0.30 | KC |
| | *Fee Applications, Others* - Call to and email Blue Marble re: service of notice of Bilzin's 40th Quarterly fee application to 2002 service list | 0.10 | KC |
| Jun-02-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Management LP dated 5/31 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start review of Appellee's Main Answering Brief | 1.80 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin's April 2011 monthly fee application; download attachments and begin review of same | 0.30 | KC |
| Jun-03-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 5/31 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Appellee's Main Answering Brief | 1.90 | TJT |
| | *Fee Applications, Others* - Revisions to notice of Bilzin's April 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft cos for Bilzin's April 2011 monthly fee application | 0.10 | KC |
| Jun-04-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review letter filed with court re: NY Hillside claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Claim Settlement re: EPA/Curtis Bay with attachment | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Conformed Answering Brief re: Bank Lenders | 0.10 | TJT |
| Jun-06-11 | *Case Administration* - Review case management memo re: week ending June 3, 2011 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin April 2011 fee app for filing | 0.10 | LLC |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/3/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 6/3 | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 Statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Fund, LP dated 5/31 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Transfer of Insurance Rights to PI Trust research | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Appellee's Main Answering Brief | 1.80 | TJT |
| | *Fee Applications, Others* - Revisions to and preparation of Bilzin's 118th monthly fee application for April 2011 for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's 118th monthly fee application for April 2011 | 0.20 | KC |
| Jun-07-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Address Change for Xytel Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order re: claim no. 2114 by NY Hillside | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Appellee's Main Ansering Brief | 2.20 | TJT |
| Jun-08-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Address Change for Eldex Labs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Appellee's Main Answering Brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Libby objection to Appellee's Motion for Consolidated Briefing and Cross Motion to File Reply | 0.10 | TJT |
| | *Case Administration* - Review (3) e-mails forwarded from LLC with attached notices of change of address; review 2002 service list re: same | 0.20 | KC |
| | *Case Administration* - Review notices of change of address; review 2002 list re: same | 0.20 | KC |
| Jun-09-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Appellee's Main Answering Brief | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Review Debtor's Reply to Libby | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | objection to Appellee's Motion for Consolidated Briefing and Cross Motion to File Reply | | |
| | *Plan and Disclosure Statement* - Review Libby Statement in Response to Debtor's Reply to Libby objection to Appellee's Motion for Consolidated Briefing and Cross Motion to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Libby briefing issue | 0.10 | TJT |
| | *Fee Applications, Applicant* - Begin draft of CNO for 40th Quarterly fee app and certificate of service for same | 0.20 | KC |
| Jun-10-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Case Administration* - Review Supplemental Declaration by Orrick | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Reply Brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review letter from Garlock to Judge Buckwalter's secretary re: Reply Brief | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to 40th Quarterly fee application for Jan- March 2011 | 0.10 | KC |
| Jun-11-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for K&K Enterprise, Inc. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Claim Settlement re: Fosroc with attachment | 0.70 | TJT |
| Jun-13-11 | *Fee Applications, Applicant* - Review CNO re: quarterly fee app for filing of same | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of document by USCC | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO/ COS of 40th Quarterly fee application for efiling; efile and service of same | 0.30 | KC |
| Jun-14-11 | *Case Administration* - Review case management memo re: week ending 6-10-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/10/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review case Status Memo week ending 6/10 | 0.10 | TJT |
| Jun-15-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC Joint Motion for Leave to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of ROA to District Court re: appeal by State of Montana | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/SCC Joint Reply Brief | 1.30 | TJT |
| Jun-16-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, | 0.40 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | district court and adversary proceedings, memos to T. Tacconelli re: same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC Joint Motion for Leave to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of ROA to District Court re: appeal by The Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: BLG/USCC Joint Reply Brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Debtors Objection to BLG/USCC Motion to File Joint Reply Brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting Plan Proponents Motion to File Consolidated Briefs | 0.10 | TJT |
| | Hearings - Review correspondence from J. O'Neill re: June Omnibus hearing change | 0.10 | TJT |
| Jun-17-11 | *Plan and Disclosure Statement* - Review BNSF Motion for Leave to file Reply and review Reply | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting Garlock's Motion for Leave to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting BLG/USCC Motion for Leave to File Reply | 0.10 | TJT |
| | *Case Administration* - 2002 service list maintenance, Call from and to Eric Fako re: Nortel Networks receipt of pleadings, reviewed 2002 list accordingly | 0.20 | KC |
| Jun-18-11 | *Case Administration* - Review Certificate of No Objection re: Debtor's Motion to Amend Foreign Holding Co. Order | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order re: Libby Cross Motion for Leave to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: Libby Appeal 11-26 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: MCC Appeal 11-27 | 0.10 | TJT |
| Jun-20-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC Notice of Supplemental Authority and review supplemental authority | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: BNSF Appeal 11-28 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare draft of CNO and COS of Bilzin's 40th quarterly fee app for Jan- March 2011 | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare draft of CNO and COS of 120th monthly fee app | 0.20 | KC |
| Jun-21-11 | *Case Administration* - Review fee auditor's amended combined final report and e-mail to KC re: sending same to co counsel | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: April 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Amended Final Report re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 39 Interim Period re: no objections | | |
| | *Case Administration* - Review Debtor's Motion to File Auction Motion Under Seal | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: GEICO Appeal 11-29 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to 120th Monthly fee app for April 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Review email forwarded from LLC re: fee auditor's report re: 39th Interim fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection to April 2011 monthly fee application for efiling; file and service of same | 0.20 | KC |
| Jun-22-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin's 40th Quarterly fee application and confer with KC re: filing of same | 0.10 | LLC |
| | *Case Administration* - Review two declarations re: Debtor's Motion to File Auction Motion Under Seal | 0.10 | TJT |
| | *Case Administration* - Review order granting Debtor's Motion to File Auction Motion Under Seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Reply Brief with attachment | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: Anderson Memorial Hospital Appeal 11-30 | 0.10 | TJT |
| | *Case Administration* - Review e-mail from LLC re: notice of change of address; review 2002 service list re: same | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's 40th Quarterly fee app for Jan- March 2011 | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin's 40th Quarterly fee app document for efiling; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Review draft statement invoice for May 2011 in preparation for monthly fee application and forward same to TJT | 0.20 | KC |
| Jun-23-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Aeroglide Corp. | 0.10 | TJT |
| | *Case Administration* - Review correspondence from L. Oberholzer re: 39th Interim Period fee charts and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. O'Neill re: 6/28 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting BNSF's Motion for Leave to File Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: 6/28 hearing coverage | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record on Appeal to District Court re: AXA Belgium Appeal 11-31 | 0.10 | TJT |
| | *Case Administration* - Retrieve (2) emails forwarded from LLC re: notices of change of address; review 2002 list re: same | 0.20 | KC |
| | *Fee Applications, Others* - Retrieve e-mail from L. Flores with Bilzin May 2011 fee app documents attached; download documents | 0.20 | KC |
| | *Fee Applications, Others* - Review Bilzin May 2011 fee app; revisions; draft cos of same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin draft of May 2011 fee application and related documents | 0.20 | KC |
| Jun-24-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: status | 0.10 | LLC |
| | *Case Administration* - Review Notice of Change of Address for Best Western | 0.10 | TJT |
| | *Case Administration* - Review e-mail from K. Callahan re: 39th Interim Period fee and expense charts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Supreme Court opinion issued yesterday re: jurisdiction of bankruptcy court re: confirmation issues | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: impact of Supreme Court opinion on confirmation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review Motion by the Queen to File Limited Joinder in BNSF Reply Brief | 0.10 | TJT |
| | *Case Administration* - Retrieve forwarded email of change of address notice from LLC; review 2002 list re: same | 0.10 | KC |
| | *Case Administration* - Email from and to TJT re: 39th Quarter fee and expense chart; review attachment of same | 0.10 | KC |
| Jun-25-11 | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce May Pre-bill | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Joint Motion by BNSF and Libby to Consolidate CNA settlement Appeals | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Motion by Debtors to Enter Into Consent Decree with EPA and MassDEP re: Blackburn Site with attachment | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Transmittal of Record of Appeal to District Court re: MCC appeal 11/33 | 0.10 | TJT |
| Jun-27-11 | *Case Administration* - Review case management memo re: week ending 6-24-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin May 2011 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/24/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Case Status Memo for week ending 6/24 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Perry Scale Co. | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review 13th Amended 2019 Statement filed by Murtha Cullna, et al. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection filed by Debtors re: Claim Settlement Notice re: Curtis Bay | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting motion by the Queen to file a Limited Joinder in BNSF Reply Brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting motion by the St of Montana to file a Limited Joinder in BNSF Reply Brief | 0.10 | TJT |
| Jun-28-11 | *Fee Applications, Others* - Review CNO re: Bilzin April 2011 fee app for filing | 0.10 | LLC |
| | *Travel/Non-working* - Travel to Philadelphia to attend District Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia for attendance at District Court hearing | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Confer with co-counsel and committee members prior to hearing | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Confer with co-counsel during and after hearing | 0.30 | TJT |
| | Hearings - Attend District Court hearing | 4.50 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's 118th monthly fee application; draft Certificate of No Objection and COS; to LLC for review | 0.30 | KC |
| Jun-29-11 | *Case Administration* - Review notice of agenda re: 7-6-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Travel/Non-working* - Travel to Philadelphia to attend District Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia from attendance at District Court hearing | 1.00 | TJT |
| | Hearings - Attend District Court hearing | 4.00 | TJT |
| | *Case Administration* - Review (2) notices of change of address; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection of Bilzin's 118th monthly fee application for filing; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize invoice and prepare for exhibit, draft May 2011 monthly fee application and related documents | 0.40 | KC |
| Jun-30-11 | *Case Administration* - Confer with T. Tacconelli re: District Court hearings on 6/28 and 6/29; status of case | 0.20 | LLC |
| | *Case Administration* - Review signed order re: quarterly fee apps; forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended notice of agenda re: 7/6/11 hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 5/20/11 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by debtors re: proposed Order for 39th Interim Period Quarterly Fees | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Certificate of Counsel re: combined Fee and Expense Chart through 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: combined Fee and Expense Chart through 39th Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 6/28 and 6/29 hearing notes | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Proposed Confirmation Order for District Court | 0.10 | TJT |
| | *Hearings* - Review Agenda for 7/6 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare May 2011 for efiling; efile and service of same | 0.30 | KC |
| | Totals | 59.20 | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Jun-01-11 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 10.80 |
| Jun-02-11 | Photocopy Cost | 0.90 |
| Jun-06-11 | Photocopy Cost | 3.20 |
| Jun-08-11 | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Jun-13-11 | Photocopy Cost | 2.80 |
| Jun-14-11 | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Jun-15-11 | Photocopy Cost | 0.50 |
| Jun-17-11 | Photocopy Cost | 1.60 |
| Jun-20-11 | Cost Advance -   Blue Marble - copies/service (Inv # 51057) | 489.56 |
| Jun-21-11 | Photocopy Cost | 0.60 |
| Jun-22-11 | Photocopy Cost | 2.80 |
| | Photocopy Cost | 4.20 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Jun-28-11 | Photocopy Cost | 3.00 |
| Jun-29-11 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 4.20 |
| | Cost Advance - Theodore Tacconelli - mileage 35.5 x .51 = 18.11 | 18.11 |
| | Cost Advance - Theodore Tacconelli parking 6/28/11 | 16.25 |
| | Cost Advance - Theodore Tacconelli - lunch 6/28/11 | 5.25 |
| Jun-30-11 | Photocopy Cost | 3.60 |
| | Photocopy Cost | 1.00 |
| | Cost Advance - Theodore Tacconelli - mileage 35.5 x .51 = 18.11 - Void | -18.11 |
| | Cost Advance - Theodore Tacconelli - mileage one way 6/28/11 (31.5 x .51 = 16.07) | 16.07 |
| | Cost Advance - Theodore Tacconelli - mileage one way 6/29/11 (31.5 x .51 = 16.07) | 16.07 |
| | Cost Advance - Theodore Tacconelli - parking 6/29/11 | 12.00 |
| | Cost Advance - Theodore Tacconelli - lunch 6/29/11 | 5.00 |
| | Cost Advance -   Blue Marble - hand deliveries (Inv # 15662) | 209.00 |
| | Cost Advance - First State Deliveries - hand deliveries 6/21-6/22/11 | 52.50 |
| | Totals | $887.20 |

**Total Fees & Disbursements** — **$18,338.20**