

# __EXHIBIT C__
June Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 18, 2011 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## SUMMARY OF THE ONE HUNDRED AND SEVENTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2011 through June 30, 2011 |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:               $14,240.00 (80% = $11,392.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:       $12,606.63

This is a:   X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expense |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served | No objections served |

| | | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served on counsel | No objections served on counsel |

4

| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | No objections served on counsel | No objections served on counsel |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | No objections served on counsel | No objections served on counsel |
| 3/17/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | No objections served on counsel | No objections served on counsel |
| 4/8/09 | 02/01/09 through 02/28/09 | $22,962.00 | $13,961.27 | No objections served on counsel | No objections served on counsel |
| 5/14/09 | 03/01/09 through 03/31/09 | $16,519.50 | $14,927.74 | No objections served on counsel | No objections served on counsel |
| 6/3/09 | 04/01/09 through 04/30/09 | $15,114.50 | $15,185.20 | No objections served on counsel | No objections served on counsel |
| 6/30/09 | 05/01/09 through 05/31/09 | $8,974.50 | $13,339.22 | No objections served on counsel | No objections served on counsel |
| 7/30/09 | 06/01/09 through 06/30/09 | $11,874.50 | $12,779.37 | No objections served on counsel | No objections served on counsel |
| 8/28/09 | 07/01/09 through 07/31/09 | $11,944.00 | $12,671.07 | No objections served on counsel | No objections served on counsel |
| 9/29/09 | 08/01/09 through 08/31/09 | $11,169.50 | $12,749.78 | No objections served on counsel | No objections served on counsel |
| 11/4/09 | 09/01/09 through 09/30/09 | $16,586.00 | $12,944.08 | No objections served on counsel | No objections served on counsel |
| 12/10/09 | 10/01/09 through 10/31/09 | $16,543.50 | $12,892.44 | No objections served on counsel | No objections served on counsel |
| 1/4/10 | 11/01/09 through 11/30/09 | $13,184.00 | $12,947.27 | No objections served on counsel | No objections served on counsel |
| 2/5/10 | 12/01/09 through 12/31/09 | $13,124.50 | $15,831.38 | No objections served on counsel | No objections served on counsel |
| 3/16/10 | 01/01/10 through 01/31/10 | $11,612.00 | $13,583.10 | No objections served on counsel | No objections served on counsel |
| 4/16/10 | 02/01/10 through 02/28/10 | $9,911.50 | $13,450.97 | No objections served on counsel | No objections served on counsel |
| 5/17/10 | 03/01/10 through 03/31/10 | $12,668.00 | $13,548.11 | No objections served on counsel | No objections served on counsel |
| 6/17/10 | 04/01/10 through 04/30/10 | $8,183.50 | $11,946.56 | No objections served on counsel | No objections served on counsel |
| 7/14/10 | 05/01/10 through 05/31/10 | $9,423.25 | $13,087.91 | No objections served on counsel | No objections served on counsel |
| 8/10/10 | 06/01/10 through 06/30/10 | $11,422.50 | $11,744.47 | No objections served on counsel | No objections served on counsel |
| 9/14/10 | 07/01/10 through 07/31/10 | $10,940.00 | $12,714.54 | No objections served on counsel | No objections served on counsel |
| 10/5/10 | 08/01/10 through 08/31/10 | $9,925.50 | $12,472.55 | No objections served on counsel | No objections served on counsel |
| 11/23/10 | 09/01/10 through 09/30/10 | $11,696.50 | $12,436.40 | No objections served on counsel | No objections served on counsel |
| 12/28/10 | 10/01/10 through 10/31/10 | $11,552.00 | $11,310.62 | No objections served on counsel | No objections served on counsel |
| 1/12/11 | 11/1/10 through 11/30/10 | $11,495.50 | $11,706.61 | No objections served on counsel | No objections served on counsel |
| 2/18/11 | 12/01/10 through 12/31/10 | $13,865.50 | $11,894.68 | No objections served on counsel | No objections served on counsel |
| 3/16/11 | 01/01/11 through 01/31/11 | $11,441.00 | $12,251.11 | No objections served on counsel | No objections served on counsel |
| 4/25/11 | 02/01/11 through 02/28/11 | $14,334.50 | $15,092.82 | No objections served on counsel | No objections served on counsel |

| 5/18/11 | 03/01/11 through 03/31/11 | $15,386.50 | $12,908.54 | No objections served on counsel | No objections served on counsel |
| 6/21/11 | 04/01/11 through 04/30/11 | $11,716.50 | $12,870.00 | No objections served on counsel | No objections served on counsel |
| 6/28/11 | 05/01/11 through 05/31/11 | $14,373.00 | $12,781.51 | No objections served on counsel | No objections served on counsel |
| 7/29/11 | 06/01/11 through 06/30/11 | $14,240.00 | $12,606.63 | Pending | Pending |

As indicated above, this is the one hundred and seventeenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is 1.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $345.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years in position as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 44 | Litigation | $345.00 | 2.80 | $966.00 |
| Robert A. Murphy | Senior Counsel | 44 | Litigation | No charge | 0.10 | $0.00 |
| Matthew T. Murphy | Partner | 22 | Litigation | $285.00 | 0.10 | $29.50 |

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 26 | Litigation | $130.00 | 97.50 | $12,675.00 |
| Angela R. Anderson | Paralegal | 26 | Litigation | $85.00 | 6.70 | $569.50 |
| TOTALS | | | | | 107.20 | $14,240.00 |

Total Fees:    $14,240.00

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expense |
|---|---|
| Excess Postage | $1.68 |
| Outside Photocopying | $10.22 |
| Photocopying ($0.10/copy) | $2.30 |
| Federal Express | $27.42 |
| Rent Reimbursement | $12,159.76 |
| Miscellaneous | $405.25 |
| TOTAL | $12,606.63 |

Total Expenses:    $12,606.63

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 105.20 | $13,584.50 |
| Fee Applications, Applicant | 2.00 | $655.50 |
| Expenses | N/A | 12,606.63 |
| TOTALS | 107.20 | $26,846.63 |

Dated:  July 28, 2011

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/512235.1

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 18, 2011 at 4:00 p.m.
Hearing Date:  TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND SEVENTEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
**(Fee Detail)**

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $13,584.50 |
|---|---|
| FEE APPLICATION – APPLICANT | $655.50 |
| TOTAL FEES | $14,240.00 |



# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number  135700
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/06/11 | ARA | Quality control PNB documents. | 3.50 Hrs | 455.00 |
| 06/06/11 | ARA | Document control. | 1.80 Hrs | 153.00 |
| 06/07/11 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | 103.50 |
| 06/07/11 | ARA | Quality control PNB documents. | 5.30 Hrs | 689.00 |
| 06/07/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 06/08/11 | ARA | Quality control PNB documents. | 4.80 Hrs | 624.00 |
| 06/09/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/10/11 | MTM | Call from in-house Grace counsel re: request for MK sale records | 0.10 Hrs | 29.50 |
| 06/10/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/13/11 | ARA | Quality control PNB documents. | 4.00 Hrs | 520.00 |
| 06/13/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 06/14/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/15/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/15/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/16/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/17/11 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 103.50 |
| 06/17/11 | ARA | Quality control PNB documents. | 6.20 Hrs | 806.00 |
| 06/20/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/21/11 | ARA | Telephone call from MTM re: condition of blow back machine per in-house counsel (.1). Quality control PNB documents (5.3). | 5.40 Hrs | 702.00 |
| 06/22/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/22/11 | ARA | Quality control PNB documents. | 5.00 Hrs | 650.00 |
| 06/22/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 06/23/11 | ARA | Quality control PNB documents. | 4.00 Hrs | 520.00 |
| 06/23/11 | ARA | Document control. | 1.70 Hrs | 144.50 |
| 06/24/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/27/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/28/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 06/29/11 | ARA | Quality control PNB documents. | 4.70 Hrs | 611.00 |
| 06/30/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 06/30/11 | ARA | Quality control PNB documents. | 0.60 Hrs | 78.00 |

TOTAL LEGAL SERVICES        $13,584.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.90 | 345.00 | 310.50 |
| Matthew T. Murphy | 0.10 | 295.00 | 29.50 |
| Angela R. Anderson | 97.50 | 130.00 | 12,675.00 |
| Angela R. Anderson | 6.70 | 85.00 | 569.50 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

|  |  |
|---|---|
| 105.20 | $13,584.50 |

TOTAL THIS BILL          $13,584.50



**CASNER & EDWARDS, LLP**

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number 135701
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JUNE 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/16/11 | RAM | Email from in-house counsel that April fee application may be filed. | 0.05 Hrs | No Charge |
| 06/17/11 | RAM | Work on May fee application. | 0.10 Hrs | 34.50 |
| 06/18/11 | RAM | Work on April fee application (.2). Work on May fee application (.7). | 0.90 Hrs | 310.50 |
| 06/20/11 | RAM | Finalize April fee application and send it to Delaware counsel to file (.1). Work on May fee application and send it to in-house counsels to review (.3). | 0.40 Hrs | 138.00 |
| 06/21/11 | RAM | Email from in-house counsel that May fee application may be filed. | 0.05 Hrs | No Charge |
| 06/22/11 | RAM | Send April fee application to Fee Auditor. | 0.10 Hrs | 34.50 |
| 06/26/11 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.30 Hrs | 103.50 |
| 06/30/11 | RAM | Send "as filed" May fee application to Fee Auditor. | 0.10 Hrs | 34.50 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

                                         TOTAL LEGAL SERVICES        $655.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 345.00 | 655.50 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
| | 2.00 | | $655.50 |

                                         TOTAL THIS BILL            $655.50

Page 2

# EXHIBIT B
**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,579.21 |
| **FEE APPLICATION – APPLICANT** | $27.42 |
| **TOTAL EXPENSES** | $12,606.63 |



# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number  135703
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting


## LEGAL SERVICES


### COSTS

THROUGH JUNE 30, 2011

**EXCESS POSTAGE**

| 06/30/11 | EXCESS POSTAGE | 1.68 | |
|---|---|---|---|
| | | | $1.68 |

**OUTSIDE PHOTOCOPYING**

| 06/20/11 | MERRILL COMMUNICATIONS, LLC: 5/26/11 Copy Libby Personnel file. | 10.22 | |
|---|---|---|---|
| | | | $10.22 |

**PHOTOCOPYING**

| 06/08/11 | 23 copies at $.10 per copy | 2.30 | |
|---|---|---|---|
| | | | $2.30 |

**RENT REIMBURSEMENT**

| 06/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - June 2011. | 12,159.76 | |
|---|---|---|---|
| | | | $12,159.76 |

**MISCELLANEOUS**

| 06/20/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage 06/01/11 through 06/30/11. | 405.25 | |
|---|---|---|---|

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

**COSTS**

THROUGH JUNE 30, 2011

|  |  |  |
|---|---|---|
|  |  | $405.25 |
|  | TOTAL COSTS | $12,579.21 |
|  | TOTAL THIS BILL | $12,579.21 |



## CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 21, 2011
Bill Number  135704
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2011

FEDERAL EXPRESS
06/28/11        FEDERAL EXPRESS CORPORATION: To 919 N                27.42
                Market Street, Pachulski Stang Ziehl & Jones from
                Casner and Edwards on May 17th by R A Murphy.

|  |  |
|---|---|
|  | $27.42 |
| TOTAL COSTS | $27.42 |
| TOTAL THIS BILL | $27.42 |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 29th day of July, 2011, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Hundred and Seventh Monthly Application of Casner & Edwards, LLP
for Compensation for Services and Reimbursement of Expenses as Special
Litigation Counsel to Debtors for the Period from June 1, 2011 through June
30, 2011.

_____
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 29th day of July, 2011.

_____
Notary Public
My Commission Expires: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE.
My commission expires Dec. 10, 2012

**Grace Monthly Fee Application Service List**
Case N. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail


***Hand Delivery***
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE  19801

***Federal Express and E-mail:***
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

***Federal Express and E-mail:***
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX  75201

***E-mail:*** *joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

***E-mail:*** *mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

***E-mail:*** *mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

***E-mail:*** *mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

***E-mail:*** *tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

***E-mail:*** *jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*E-mail: jbaer@bhflaw.net*
(Co-Counsel for the Debtors)
Baer Higgins Fruchtman LLC
Janet S. Baer, Esquire
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270