# EXHIBIT A

W.R. GRACE & CO., et al.                          U.S. FEE APPLICATION
CDN ZAI CLASS ACTION                          DATE:
                                                                                            June 30, 2011
                                                                                          OUR FILE NO: 05L121

## Scarfone Hawkins LLP
B A R R I S T E R S  A N D  S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(June 1, 2011 – June 30, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06 /06/11 | receipt of and respond to various class member inquiries re: status of settlement implementation | DT | $525.00 | 0.25 | $131.25 |
| 06 /06/11 | prepare for meeting with Don Pinchin, Pinchin Environmental | DT | $525.00 | 0.50 | $262.50 |
| 06 /06/11 | travel to Oakville for meeting with Don Pinchin | DT | $262.50 | 0.50 | $131.25 |
| 06 /06/11 | meeting with Don Pinchin to discuss and review his role as expert, claims administrator, etc. | DT | $525.00 | 2.00 | $1,050.00 |
| 06 /06/11 | return travel to office | DT | $262.50 | 0.50 | $131.25 |
| 06 /06/11 | follow-up email to Don Pinchin, follow-up memo to Matt Moloci, follow-up email to Michel Belanger and Careen Hannouche | DT | $525.00 | 0.35 | $183.75 |
| 06 /06/11 | Travel from Hamilton to Oakville for luncheon meeting with Don Pinchin (0.5); return travel from Oakville to Hamilton (0.5) | MGM | $225.00 | 1.00 | $225.00 |
| 06 /06/11 | Meet with Don Pinchin of Pinchin Environmental and David Thompson regarding CDN ZAI terms of settlement and claims administration; discuss particulars and issues relating to existence and use of ZAI in Canadian homes, inspection, proof of existence, repair and remediation measures, etc., in contemplation of completion of claims administration process; further conferences with Thompson regarding information received and follow-up | MGM | $450.00 | 2.00 | $900.00 |
| 06 /07/11 | Emails from possible CDN ZAI class member Gary Carson inquiring regarding status of plan and final settlement | MGM | $450.00 | 0.10 | $45.00 |
| 06 /08/11 | Email report to possible CDN ZAI class member Gary Carson regarding status of plan and final settlement | MGM | $450.00 | 0.20 | $90.00 |
| 06 /08/11 | Email from Thompson to Pinchin in follow-up to meeting regarding claims administration and expertise; further email from Thompson to Belanger and Hannouche with report regarding meeting with Pinchin; review | MGM | $450.00 | 0.20 | 90.00 |
| 06 /08/11 | Further emails from and to possible CDN ZAI claimant Gary Carson | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06 /09/11 | receipt of and respond to various class member inquiries, re: status of Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 06 /09/11 | follow-up email to Michael Belanger and Careen Hannouche re: Don Pinchin meeting | DT | $525.00 | 0.10 | $52.50 |
| 06 /09/11 | Further email reply to CDN ZAI claimant Gary Carson | MGM | $450.00 | 0.10 | $45.00 |
| 06 /09/11 | Email directions to Christine Hutton, Cindy Yates and Chris Greig requesting further DVD-Rom of CDN ZAI PD Claims documents and database information for claims administration an expertise from Pinchin Environmental; meet with Chris Greig regarding DVD-Rom, claimants documents and Rust Consulting database; provide further directions | MGM | $450.00 | 0.50 | $225.00 |
| 06 /10/11 | receipt Karen Harvey email, receipt Careen Hannouche email, email to Karen Harvey, memos to and from CY re: February payments | DT | $525.00 | 0.25 | $131.25 |
| 06 /10/11 | review fee application received from Karen Harvey, etc., sign certification and return to Karen Harvey | DT | $525.00 | 0.25 | $131.25 |
| 06 /10/11 | receipt and review 14th monthly application, various emails to and from Karen Harvey, etc. | DT | $525.00 | 0.35 | $183.75 |
| 06 /10/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 06 /10/11 | Email from Karen Harvey inquiring regarding payment from Grace and further wire to SH; further emails from Harvey, Cindy Yates and Careen Hannouche reconciling payments and wire transfers; emails from Karen Harvey with attached 14th Monthly Fee Applications of Scarfone Hawkins, Hogan Law Firm and Lauzon Belanger; review | MGM | $450.00 | 0.20 | $90.00 |
| 06 /13/11 | receipt Karen Harvey emails re: 14th monthly fee application, etc., memos to and from Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 06 /13/11 | emails to and from Careen Hannouche regarding meeting with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 06 /13/11 | receipt Careen Hannouche email, email to Careen re: wire transfer of funds | DT | $525.00 | 0.20 | $105.00 |
| 06 /13/11 | Emails from Sue McCormick confirming receipt of wire transfer of funds in payment of fee applications; further emails from Sue McCormick, Cindy Yates and Careen Hannouche regarding receipt and distribution of payments; review | MGM | $450.00 | 0.20 | $90.00 |
| 06 /13/11 | Email from Careen Hannouche regarding report of meeting with Don Pinchin and further follow-up concerning CDN ZAI PD claims administration; emails to and from David Thompson and Careen Hannouche regarding proposed meeting or teleconference; | MGM | $450.00 | 0.20 | $90.00 |
| 06 /14/11 | receipt Careen Hannouche email re: receipt of wire transfer of monies | DT | $525.00 | 0.10 | $52.50 |
| 06 /14/11 | Email from Careen Hannouche confirming receipt of wire transfer in part payment of fee applications | MGM | $450.00 | 0.10 | $45.00 |
| 06 /14/11 | Email from David Thompson to Careen Hannouche regarding proposed teleconference or meeting | MGM | $450.00 | 0.10 | $45.00 |
| 06 /15/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 06 /16/11 | receipt of and respond to various class member inquiries regarding status of settlement and possible payout of funds | DT | $525.00 | 0.35 | $183.75 |
| 06 /20/11 | emails to and from Careen Hannouche re meeting with Don Pinchin | DT | $525.00 | 0.10 | $52.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06 /20/11 | Emails from and to Careen Hannouche and David Thompson regarding proposed meeting for further review and development of CDN ZAI PD claims administration procedure and protocol | MGM | $450.00 | 0.10 | $45.00 |
| 06 /21/11 | receipt MGM memo, review letter to Don Pinchin, memo to MGM all re: Rust database and claims administration | DT | $525.00 | 0.25 | $131.25 |
| 06 /21/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 06 /21/11 | Review CDN ZAI PD claims database information; conferences with Chris Greig regarding IT support and furtherance of database to Don Pinchin; review database and conversion to MS Access; letter to Pinchin with enclosed DVD-Rom containing CDN ZAI PD claims database; emails from and to Don Pinchin and David Thompson | MGM | $450.00 | 0.70 | $315.00 |
| 06 /22/11 | emails to and from Careen Hannouche regarding meeting with Don Pinchin, receipt Pinchin email and MGM memo | DT | $525.00 | 0.25 | $131.25 |
| 06 /22/11 | Email from Careen Hannouche regarding availability for meeting; email from Hannouche regarding CDN ZAI PD claims database and use of ACT! software program | MGM | $450.00 | 0.10 | $45.00 |
| 06 /23/11 | emails to and from Careen Hannouche with respect to arranging meeting with Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 06 /23/11 | Email to Careen Hannouche regarding format of CDN ZAI PD claims database and use by Pinchin and Collectiva | MGM | $450.00 | 0.10 | $45.00 |
| 06 /24/11 | receipt Careen Hannouche email and MGM memo re: ACT! software | DT | $525.00 | 0.10 | $52.50 |
| 06 /24/11 | receipt Karen Harvey emails and follow-up memo to CY re: wire transfer of funds | DT | $525.00 | 0.25 | $131.25 |
| 06 /24/11 | Email from Karen Harvey advising of payment from Grace and initiation of wire transfer to SH LLP | MGM | $450.00 | 0.10 | $45.00 |
| 06 /27/11 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 06 /27/11 | Email from Cindy Yates accounting requesting confirmation of receipt of wire transfer | MGM | $450.00 | 0.10 | $45.00 |
| 06 /28/11 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 06 /29/11 | receipt Careen Hannouche letter, memo to CY | DT | $525.00 | 0.10 | $52.50 |
| 06 /29/11 | receipt Karen Harvey email re: SH May application, memo to CY, etc. | DT | $525.00 | 0.10 | $52.50 |
| 06 /29/11 | Email from Cindy Yates confirming receipt of wire transfer and application of payment; email from Yates to Karen Harvey with draft fee application for May, 2011; review | MGM | $450.00 | 0.20 | $90.00 |
| 06 /29/11 | review dockets for period June 1, 2011 to June 30, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of June 1, 2011 to June 30, 2011 | LC | $120.00 | 5.00 | $600.00 |
| 06 /30/11 | receipt and review fee application materials from Karen Harvey, discuss and review with Cindy Yates, execute certification, etc., email to Karen Harvey | DT | $525.00 | 0.35 | $183.75 |
| 06 /30/11 | Emails from Karen Harvey with attached 15th Monthly Fee Applications of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm; reply email from Cindy Yates with attached certificate; further emails from Harvey confirming completion and filing of applications | MGM | $450.00 | 0.20 | $90.00 |

|  |  | SUB-TOTAL | 20.90 | $7,965.00 |
|---|---|---|---|---|

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 1.00 | $262.50 | $262.50 | $34.12 |
| DAVID THOMPSON | DT | 8.30 | $525.00 | $4,357.50 | $566.48 |
| MATTHEW G. MOLOCI | MGM | 1.00 | $225.00 | $225.00 | $29.25 |
| MATTHEW G. MOLOCI | MGM | 5.60 | $450.00 | $2,520.00 | $327.60 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| SUB-TOTAL: |  | 20.90 |  | $7,965.00 | $1,035.45 |
| TOTAL FEES AND TAXES: |  |  |  |  | $9,000.45 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 06/22/11 | Courier Charge – provide DVD-Rom to Pinchin Environmental |  | $22.00 | $2.86 | $24.86 |
| 06/01/11 06/30/11 | Long Distance Calls – Various calls from June 1, 2011 – June 30, 2011 |  | $5.78 | $0.75 | $6.53 |
| 06/01/11 06/30/11 | Postage - June 1, 2011 – June 30, 2011 |  | $0.59 | $0.08 | $.0.67 |
| **TOTAL DISBURSEMENTS:** |  |  | **$28.37** | **$3.68** | **$32.06** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$9,032.51** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.