## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                    :        Chapter 11

W.R. GRACE & CO., *et al.*,               :        Case No. 01-1139 (JFK)

      Debtors.                     :        (Jointly Administered)

-------------------------------------------------------x

### NOTICE OF DISPOSITION OF EQUITY SECURITIES

PLEASE TAKE NOTICE that Jorvik Multi-Strategy Master Fund, L.P. ("Jorvik") hereby provides notice of its disposition of one or more shares of the equity securities (the "Equity Securities") of W.R. Grace & Co. or an Option with respect thereto (the "Transfer").

PLEASE TAKE FURTHER NOTICE that on February 14, 2011, Jorvik filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the District of Delaware (the "Court") and served copies thereof on the Debtors' counsel.

PLEASE TAKE FURTHER NOTICE that Jorvik Beneficially Owned, immediately prior to the Transfer described in this Notice, **36,627** shares of Equity Securities of W.R. Grace & Co.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Transfer, Jorvik disposed of **3,732** shares of Equity Securities. Following the Transfer, Jorvik Beneficially Owns **32,895** shares of Equity Securities.

PLEASE TAKE FURTHER NOTICE that, under penalty of perjury, Jorvik hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments that purport to be part of this Notice are true, correct and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Final Order of this Court, entered on January 26, 2005, Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures, this Notice is being (A) filed with the Court, and (B) served upon Baer Higgins & Fruchtman LLC, counsel to the Debtors, 111 E. Wacker Drive, Suite 2800, Chicago, Illinois 60601-4211, Attn.: Janet S. Baer, Esq.

Jorvik understands that any further transaction that may result in Jorvik selling, trading or otherwise transferring shares of Equity Securities (or an Option with respect thereto) may each require an additional notice filed with the Court to be served in the same manner as this Notice.

---

[1] For purposes of this Notice, all capitalized terms not defined herein shall have the same meaning as is set forth in the Final Order of this Court, entered January 26, 2005, Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures.

Dated:  August 4, 2011
       New York, New York

                                    Respectfully submitted,

                                    Jorvik Multi-Strategy Master Fund, L.P.

                                    By:_____
                                    Name: Daniel A. Schwartz
                                    Title: Chief Investment Officer
                                    York Capital Management
                                    767 5th Ave., 17th Floor
                                    New York, NY 10153
                                    Ph 212-710-6549
                                    Fax 212-710-6590

