# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 24, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FOURTEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2011, through April 30, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $   12,491.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        357.35 |

This is Applicant's Fourteenth Monthly Application.


[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | Pending | Pending |

**Fee Detail by Professional for the Period of April 1, 2011, through April 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 23.80 | $ 8,330.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 18.80 | $ 3,572.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 3.10 | $ 589.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **45.70** | **$ 12,491.00** |
| Blended Rate | | | | $ 273.33 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of April 1, 2011, through April 30, 2011:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 27.80 | $ 8,178.00 |
| 11 - Fee Applications, Applicant | 3.00 | $ 618.00 |
| 12 - Fee Applications, Others | 6.50 | $ 1,587.00 |
| 14 - Hearings | 2.50 | $ 843.00 |
| 16 - Plan and Disclosure Statement | .90 | $ 315.00 |
| 24 – Other | 5.00 | $ 950.00 |
| **TOTAL** | **45.70** | **$ 12,491.00** |

**Monthly Expense Summary for the Period April 1, 2011, through April 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house (2079 @ .10) | 207.90 |
| Postage | U.S. Postal Service | 54.45 |
| Outside Copy & Serve | Runner (Hand deliveries of Motion) | 95.00 |
| **TOTAL** | | **$ 357.35** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2011, through April 30, 2011, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 24, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[1] Applicant's Invoice for April 1, 2011, through April 30, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2011, through April 30, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $12,491.00 and actual and necessary expenses in the amount of $357.35 for a total allowance of $12,848.35; Actual Interim Payment of $9,992.80 (80% of the allowed fees) and reimbursement of $357.35 (100% of the allowed expenses) be authorized for a total payment of $10,350.15; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 10, 2011                    Respectfully submitted,

                    By:    */s/ Daniel K. Hogan*
                           Daniel K. Hogan (DE Bar No. 2814)
                           THE HOGAN FIRM
                           1311 Delaware Avenue
                           Wilmington, Delaware 19806
                           Telephone: 302.656.7540
                           Facsimile: 302.656.7599
                           Email: dkhogan@dkhogan.com

                           **Counsel to Representative Counsel
                           for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### Canadian ZAI Claimants

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

May 02, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*
Invoice #  17860

### Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2011 | KEH | E-mail correspondence with Daniel Hogan, re: billing categories. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Review and revise LBL's 12 Monthly Application; E-mail correspondence with careen.hannouche@lauzonbelanger.qc.ca transmitting LBLs 12th Monthly Application for February 1, 2011, through February 28, 2011, along with certification for execution | 0.40<br>190.00/hr | 76.00 |
|  | KEH | Review and revise Scarfone Hawkins' 12th Monthly application; E-mail correspondence with 'David Thompson';Cindy Yates transmitting the 12th Monthly Application of Scarfone Hawkins for the Period February 1, 2011, through February 28, 2011, along with certification for execution. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Careen Hannouche regarding approval of LBL's 12th Monthly Application. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Cindy Yates transmitting the Certification executed by David Thompson in regards to SH's 12th monthly application; review and save to file. | 0.20<br>190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*      Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2011 | KEH | E-mails with Careen Hannouche regarding certification for LBL's 12th monthly application; received executed certification and attach to file. | 0.20 190.00/hr | 38.00 |
| | KEH | Meet with DKHogan for review of the 12th monthly fee applications for THF, LBL, & SH. | 0.40 190.00/hr | 76.00 |
| | KEH | Prepare for electronic filing of the 12th Monthly Application of The Hogan Firm for the Period February 1, 2011, through February 28, 2011; e-file same. | 0.80 190.00/hr | 152.00 |
| | KEH | Prepare for electronic filing of the 12th Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants for the Period February 1, 2011, through February 28, 2011 | 0.60 190.00/hr | 114.00 |
| | KEH | Prepare for electronic filing of the 12th Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period February 1, 2011, through February 28, 2011; E-file same. | 0.50 190.00/hr | 95.00 |
| | KEH | Email correspondence with Service Parties transmitting the 12th monthly application of The Hogan Firm, filed April 1, 2011, Docket No. 26699. | 0.20 190.00/hr | 38.00 |
| | KEH | Email correspondence with Service Parties transmitting the 12th monthly application of Scarfone Hawkins, filed April 1, 2011, Docket No. 26700. | 0.20 190.00/hr | 38.00 |
| | KEH | Email correspondence with Service Parties transmitting the 12th monthly application of Lauzon Belanger Lesperance, filed April 1, 2011, Docket No. 26701. | 0.20 190.00/hr | 38.00 |
| | DKH | Completed review of LBL's 12th Monthly Application for February 1, 2011, through February 28, 2011. | 0.40 350.00/hr | 140.00 |
| | DKH | Completed review of 12th Monthly Application of Scarfone Hawkins for the Period February 1, 2011, through February 28, 2011. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with David Thompson approving the fee application and certificate. | 0.10 350.00/hr | 35.00 |
| | DKH | Revised  LBL Application for February 1, 2011, through February 28, 2011; the summary page was not updated in the previous attachment. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Cross Appeal (Related to Docket Nos. [26154] [26155] [26289] [26489]). Fee Amount $255 Filed by Maryland Casualty Company. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                      *5/2/2011*    *17860*        Page    3

|            |     |                                                                                                                                                                                                                                                                                          | **Hrs/Rate** | **Amount** |
|------------|-----|-----|-----|-----|
| 4/1/2011   | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellant Designation of Items For Inclusion in Record On Appeal (related document(s)[26585], [26686]) Filed by Maryland Casualty Company. | 0.20 350.00/hr | 70.00 |
|            | DKH | E-mail correspondence with Careen Hannouche approving the February application of LBL. | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson for Scarfone Hawkins application.  Reviewed same. | 0.20 350.00/hr | 70.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26527], [26582]) Filed by Libby Claimants. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants (Twelfth) for the period February 1, 2011 to February 28, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Twelfth) for the period February 1, 2011 to February 28, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (Twelfth) for the period February 1, 2011 to February 28, 2011 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal and Designation of Record (related document(s) [26578]) Filed by State of Montana. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal and Designation of Record related document(s) [26579]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26154], [26155], [26289]) Filed by Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                              *5/2/2011*    17860         Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                                                             | **Hrs/Rate**     | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 4/1/2011   | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26154], [26155], [26289], [26599]) Filed by AXA Belgium as Successor to Royale Belge SA.                                                                                                                                                             | 0.30<br>350.00/hr | 105.00     |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal Joint Statement of Official Committee of Unsecured Creditors and Bank Lender Group of Issues To Be Presented on Appeal (Civil Action No. 11-199) (related document(s)[26154], [26155], [26270], [26289], [26351]) Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special. | 0.30<br>350.00/hr | 105.00     |
| 4/2/2011   | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal (related document(s)[26527], [26597], [26710], [26711]), Appellant Designation of Items For Inclusion in Record On Appeal re District Court's Order Regarding Appeals of Confirmation Order (related document(s)[26527], [26597], [26710], [26711]) Filed by Anderson Memorial Hospital, SC. | 0.30<br>350.00/hr | 105.00     |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal re: Notice of Filing Joint Designation of the Record. (related document(s)[26257], [26259], [26270], [26316], [26351], [26527], [26577], [26578], [26579], [26582], [26585], [26590], [26594], [26597], [26599], [26712]) Filed by W.R. Grace & Co., et al.. | 0.30<br>350.00/hr | 105.00     |
| 4/4/2011   | KEH | E-mail correspondence with 'Fee Auditor' transmitting, in Word format, the Twelfth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants.  The application was filed April 1, 2011, in the U.S. Bankruptcy Court, Docket No. 26699 | 0.20<br>190.00/hr | 38.00      |
|            | KEH | E-mail correspondence with 'Fee Auditor' transmitting, in Word format, the Twelfth Monthly Application of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants.  The application was filed April 1, 2011, in the U.S. Bankruptcy Court, Docket No. 26700. | 0.20<br>190.00/hr | 38.00      |
|            | KEH | E-mail correspondence with 'Fee Auditor' transmitting, in Word format, the Twelfth Monthly Application of Lauzon Bélanger Lésperance as Special Counsel for the Canadian ZAI Claimants. The application was filed April 1, 2011, in the U.S. Bankruptcy Court, Docket No. 26701. | 0.20<br>190.00/hr | 38.00      |
|            | KEH | Preparation of Twelfth Monthly fee application for First Class Mail to Fee Auditor and Debtors. | 0.30<br>190.00/hr | 57.00      |

Canadian ZAI Claimants                                          *5/2/2011*    *17860*        Page    5

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/5/2011 | KEH | E-mail correspondence from/to Grace Accounts Payable regarding payment advice - nothing attached to email showing payment. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka that Keith Ferbers is under the impression that changes have been made to the Trust Distribution Procedure (TDPand that I obtain a copy thereof. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed the docket and downloaded the most recent version of the Trust Distribution Procedure (TDP | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence to Representative Counsel transmitting the PI TDP as filed by the Debtors on February 21, 2011.  It was part of the Notice of Submission of Conformed Joint Plan of Reorganization as of December 23, 2010. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal COUNTER-Statement of Issue on Appeal (related document(s)[26649], [26698], [26702], [26703], [26704], [26706], [26710], [26711], [26712]) Filed by Maryland Casualty Company. | 0.20 350.00/hr | 70.00 |
| 4/6/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting payment advice for THF's Holdback for July through September 2010; review and revise Excel payment spreadsheet. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail (WSFS Bank) confirmation of WRGrace payment from Daniel Hogan. | 0.10 190.00/hr | 19.00 |
| 4/7/2011 | KEH | E-mail correspondence with Careen Hannouche regarding wire transfer from Grace in the amount of 440.86$ on April 4, 2011, and need for confirmation of what is being paid; research same. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with 'accounts.payable-na@grace.com', re: LAUZON BÉLANGER LESPÉRANCE INC.'s wire from WRGrace in the amount of $440.86 on April 4, 2011- holdback for August, 2010 Monthly Fee Application is in the amount of $440.80 - payment for LBL Quarterly holdback should have been in the amount of $1,415.12 - need confirmation for application of payment. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with O'Neil, Christi, at WRGrace accounts payable, re:  two payment requests set-up to pay totaling $974.26 via wire transfer; review prior payment with upcoming payment - will pay holdback. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM THE THIRD CIRCUIT) Order Dismissing Appeal 08-39, District Court No. 08-mc-00118) (related document(s)[18895], [20032]). Signed on 4/7/2011. | 0.30 350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/8/2011 | DKH | E-mail correspondence with Fink, Scott regarding Toyota Motor Credit Corp with respect to a lease of two (2) forklifts by WR Grace. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Deanna Boll concerning confidential information and attached acknowledgment form.  Reviewed same. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Jan Baer concerning a draft of the Motion for an order approving the proposed Canadian ZAI PD Claims Administrator. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Janet Baer concerning motion to approve Canadian Claims Administrator. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Worked on draft of the Motion for an order approving the proposed Canadian ZAI PD Claims Administrator. | 3.00<br>350.00/hr | 1,050.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Professionals' Compensation re: Debtor's Statement of Amounts Paid to Ordinary Course Professionals from January 1, 2011 through March 31, 2011. | 0.30<br>350.00/hr | 105.00 |
| 4/11/2011 | GLA | Review of Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator for style and format. | 1.00<br>190.00/hr | 190.00 |
|  | GLA | Revisions to Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | Receive and review WRGrace agenda - confirm hearing date and email to DKHogan regarding the possibility of telephonic attendance. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Issues on Appeal to Presented on Cross-Appeal (related document(s)[26686]) Filed by Maryland Casualty Company. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | Revised proposed motion to approve Collectiva as the claims administrator for the CDN ZAI PD Claims Fund. | 2.30<br>350.00/hr | 805.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting a draft of the proposed motion to approve Collectiva as the claims administrator for the CDN ZAI PD Claims Fund. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Jan Baer transmitting a draft of the proposed motion to approve Collectiva as the claims administrator for the CDN ZAI PD Claims Fund. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/18/2011 at 09:00 AM. | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page   7

|            |     |                                                                                                                                                                                                                                                                                          | *Hrs/Rate*        | *Amount* |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 4/12/2011  | KEH | Meeting with DKHogan re: revisions needed to Motion for Order Approving the CDN ZAI PD Claims Administrator.                                                                                                                                                                                       | 0.50 190.00/hr    | 95.00    |
|            | KEH | Review revisions from David Thompson at Scarfone Hawkins and Careen Hannouche At Lauzon Belanger Lesperance; investigate certain changes and modify motion accordingly.                                                                                                                           | 1.30 190.00/hr    | 247.00   |
|            | KEH | Meet with DKHogan re: modifications to Motion for Order Approving the CDN ZAI PD Claims Administrator; revise per instructions.                                                                                                                                                                    | 0.30 190.00/hr    | 57.00    |
|            | KEH | E-mail correspondence with 'Careen Hannouche';Michel Belanger;David Thompson;Matt Moloci transmitting modified Motion for Order Approving the CDN ZAI PD Claims Administrator.                                                                                                                     | 0.20 190.00/hr    | 38.00    |
|            | KEH | E-mail correspondence with 'jbaer@bhflaw.net' transmitting modified Motion for Order Approving the CDN ZAI PD Claims Administrator.                                                                                                                                                                | 0.20 190.00/hr    | 38.00    |
|            | KEH | E-mail correspondence from Careen Hannouche re: revisions to Claims Administrator motion - they share David Thompsons comments at paragraphs 2, 4, and 5 in his email and references to Lauzon Bélanger S.E.N.C.R.L. should be changed to Lauzon Bélanger Lespérance inc.; and disclosure of relationship between our LBL and Collectiva; revise motion. | 0.50 190.00/hr    | 95.00    |
|            | KEH | E-mail correspondence with Daniel Hogan forwarding email from Lauren Mrowka [mailto:lmrowka@shlaw.ca] with attachment of Justice Morawetz's order for exhibit - save to file.                                                                                                                     | 0.30 190.00/hr    | 57.00    |
|            | KEH | Revise exhibit to Claims Admin Motion, i.e., Order of Justice Morawetz dated April 8, 2011, handwritten endorsement (official order)and, per David Thompson, typewritten version of the endorsement is unofficial and for ease of reference.                                                        | 0.20 190.00/hr    | 38.00    |
|            | DKH | E-mail correspondence with David Thompson with comments on the draft motion; reviewed and implemented the changes.                                                                                                                                                                               | 0.40 350.00/hr    | 140.00   |
|            | DKH | E-mail correspondence to David Thompson concerning his comments.                                                                                                                                                                                                                                 | 0.10 350.00/hr    | 35.00    |
|            | DKH | E-mail correspondence with Lauren Mrowka transmitting a  copy of the Order of Justice Morawetz dated April 8, 2011, together with a copy of his handwritten endorsement and a typewritten version of the endorsement for ease of reference. Reviewed same.                                         | 0.80 350.00/hr    | 280.00   |
|            | DKH | E-mail correspondence with Careen Hannouche requesting certain changes to the application to approve Collectiva.  Incorporated changes.                                                                                                                                                            | 0.40 350.00/hr    | 140.00   |
|            | DKH | Reviewed revised motion with Representative Counsels' suggested changes highlighted in red.                                                                                                                                                                                                       | 0.40 350.00/hr    | 140.00   |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/12/2011 | DKH | E-mail correspondence with David Thompson approving of the changes to the application to approve Collectiva. | 0.10 350.00/hr | 35.00 |
| 4/13/2011 | KEH | E-mail correspondence with Lauren Mrowka regarding review of revised motion incorporating her earlier comments and Careen Hannouche's comments. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) regarding the inclusion of the disclosure contained in paragraph 36 of the motion. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence to Jan Baer following up on the proposed Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Janet Baer that she is planning to read the revised motion and then will give me a call. | 0.10 350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Janet Baer concerning the appeals and the motion to approve Collectiva. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence from Janet Baer transmitting the Canadian factum that we discussed.  Reviewed same. | 0.70 350.00/hr | 245.00 |
| 4/14/2011 | KEH | Meeting with DKHogan regarding his conversation with Jan Baer and revisions to the Motion For Order Approving the Canadian ZAI Property Damage Claims Administrator; make revisions per instructions. | 1.10 190.00/hr | 209.00 |
|  | KEH | Begin preparation of THF's 13th Monthly Fee Application for the Period March 1 through March 31, 2011. | 1.50 190.00/hr | 285.00 |
|  | KEH | E-mail correspondence with Careen Hannouche , re: wire transfer in the amount of $974.32 on April 12th; revise Excel payment spreadsheet. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche', re: time/expense statement for the March application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche'; 'Michel Belanger'; 'David Thompson'; 'Matt Moloci' transmitting revised motion with changes highlighted in red; modifications are the result of Dan Hogans dialogue with Jan Baer on behalf of the US Debtors. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Daniel Hogan, re: LBL has received their holdback for July 2010 through September 2010; review wires into Trust Account for THF's holdback in the amount of $11,415.80. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: footnote 4 in Claims Admin Motion - revise same. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page    9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/14/2011 | KEH | E-mail correspondence with 'Cindy Yates', re: status of Scarfone Hawkins' March time/expense statement and if payment has been received for monthly application and/or holdback for July-September 2010 | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates - received payment of SH holdback for July, August, September, 2010, on April 13, 2011; post to Excel payment spreadsheet. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence to Jan Baer transmitting revised, redlined, version of the Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator -  modifications are the result of dialogue with Dan Hogan. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Daniel Hogan regarding wire into WSFS Trust Account for payment in the amount of $15,196.20 for January's application | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates re: last monthly payment received from Grace was in the amount of $10,696.55 on March 14th with respect to SH's December, 2010 monthly application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates', re: deposit amounts to look for:  Jan 2011 Monthly $ 22,177.93; and Holdback July-Sept $6,746.00 | 0.20 190.00/hr | 38.00 |
|  | DKH | Revised Application to Approve Collectiva as the Claims Representative based on discussions with Debtors counsel and a review of the factum filed in the CCAA proceeding. | 2.00 350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with David Thompson approving the latest changes to the application to approve Collectiva. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Janet Baer transmitting a few minor changes to our draft that are inserted into our red line attached. Reviewed same and incorporated. | 0.30 350.00/hr | 105.00 |
| 4/15/2011 | KEH | E-mail correspondence with Daniel Hogan, re: deadline for filing motion to be heard at next omnibus hearing. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche';'David Thompson';'Michel Belanger';'Matt Moloci' transmitting a redline version (of our redline version) with revisions from Jan Baer.  Per Ms. Baer, she has not heard back from their Canadian counsel re whether he has any more comments on the Motion. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from David Thompson & Careen Hannouche - both firms have no further revisions to motion and are fine with Jan Baer's revisions. | 0.10 190.00/hr | 19.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page   10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/15/2011 | KEH | Make revisions per Jan Baer and save a "final" revised Claims Administrator Motion to file. | 0.80 190.00/hr | 152.00 |
| 4/18/2011 | GLA | Drafting Notice of Service, Proposed Form of Order and Certificate of Service for Motion for Approval of Claims Administrator. Preparation of Motion for service. | 0.50 190.00/hr | 95.00 |
|  | GLA | Preparation of Exhibits to Motion for Order Approving Claims Administrator. | 0.50 190.00/hr | 95.00 |
|  | GLA | Preparation of Motion for Order Approving Claims Administrator for filing (conversion of documents to filing format). E-filing Motion on CM/ECF. Preparation for service on service list parties. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence from Cindy Yates re: received $22,177.93 with respect to payment of SH's January, 2011 monthly application for compensation; revise Excel payment spreadsheet. | 0.30 190.00/hr | 57.00 |
|  | DKH | Reviewed final version of the Application to approve Collectiva for filing and service. Prepared Notice and form of order. | 0.60 350.00/hr | 210.00 |
|  | DKH | Attended Omnibus hearing in WR Grace. | 2.00 350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Motion to Approve the Canadian ZAI Property Damage Claims Administrator Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| 4/19/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's fee/expense statement for the month of March 2011; save to file. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's fee statement for the month of March 2011; reviewed same. | 0.30 350.00/hr | 105.00 |
| 4/20/2011 | GLA | Email transmission of Motion for Approval of Claims Administrator to Belanger, Meloci, Hannouche, and Thompson. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Grace Accounts Payable transmitting payment for THF's January 2011 monthly fee application; revise Excel payment spreadsheet. | 0.30 190.00/hr | 57.00 |
| 4/21/2011 | KEH | E-mail correspondence with Daniel Hogan regarding deposit to Trust account in the amount of $15,196.20 for THF's January 2011 monthly fee application. | 0.20 190.00/hr | 38.00 |
| 4/25/2011 | KEH | Prepare Request for Outgoing Funds Transfer; telephone call to WSFS Bank to initiate wire transfer to Scarfone Hawkins. LLP | 0.40 190.00/hr | 76.00 |

Canadian ZAI Claimants                                    *5/2/2011*    *17860*        Page   11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2011 | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: wire initiated to Scarfone Hawkins account in the amount of $15,196.20 - payment for The Hogan Firms Monthly Fee Application for the Period January 1, 2011, through January 31, 2011.  (80% fees: $14,155,20; and 100% costs: $1,041.00); Need confirmation of your payment for 11th monthly applications along with amount received. | 0.40 190.00/hr | 76.00 |
|  | KEH | Confirmation from Daniel Hogan regarding WSFS's wire transfer of funds to Scarfone Hawkins. | 0.10 190.00/hr | 19.00 |
| 4/26/2011 | KEH | E-mail correspondence with Cindy Yates confirming receipt of wire in the amount of $15,196.20 into the account of Scarfone Hawkins'. | 0.10 190.00/hr | 19.00 |
|  | DKH | Reviewed Exhibit(s) F to the Motion of Representative Counsel to Canadian ZAI Claimants for an Order Approving the Canadian ZAI Property Damage Claims Administrator. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Exhibit(s) F to the Motion of Representative Counsel to Canadian ZAI Claimants for an Order Approving the Canadian ZAI Property Damage Claims Administrator (related document(s)[26794]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| 4/27/2011 | KEH | E-mail correspondence with Careen Hannouche, re: wire transfer from Grace in the amount of $7 757.79 in payment of our 11th Monthly Application on April 25th; revise Excel payment spreadsheet. | 0.30 190.00/hr | 57.00 |

|  |  |
|---|---|
| *For professional services rendered* | 45.70     *$12,491.00* |

**Additional Charges :**

| 4/4/2011 | Photocopies (In-House) - Fee Applications (126 @ .10) | 12.60 |
|---|---|---|
| 4/18/2011 | Runner- hand delivery of Motion for Order to Approve Claims Administrator on local counsel pursuant to service list. | 95.00 |
|  | Copies of Motion for Order Approving Claims Administrator for service on service list (1953 @ .10) | 195.30 |
|  | Postage- mailing Motion for Approval of Claims Administrator to parties on service list. | 54.45 |

|  |  |
|---|---|
| *Total additional charges* | *$357.35* |
| *Total amount of this bill* | *$12,848.35* |
| *Previous balance* | *$13,530.40* |

Canadian ZAI Claimants                                      *5/2/2011*    *17860*         Page  12

|  | *Amount* |
|---|---|
| **Accounts receivable transactions** |  |
| 4/21/2011  Payment - Thank You. Check No. 983 3945 | ($13,530.40) |
| ***Total payments and adjustments*** | *($13,530.40)* |
| **Balance due** | **$12,848.35** |

*****TERMS: DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 23.80 | 350.00 | $8,330.00 |
| Gillian Andrews | 3.10 | 190.00 | $589.00 |
| Karen E. Harvey | 18.80 | 190.00 | $3,572.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE          :
                                    : ss

COUNTY OF NEW CASTLE  :

        I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

        1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

        2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

        3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

        4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

                                                   Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this ⟨10th⟩ day of June, 2011.

_____
Notary Public
My Commission Expires: _____