# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 15, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FIFTEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:  The Hogan Firm

Authorized to Provide
Professional Services to:  Lauzon Bélanger and Scarfone Hawkins LLP
("Representative Counsel") as Special Counsel for
the Canadian ZAI Claimants by Appointment Order,
Dated March 19, 2010 [Docket No. 24508]

Date of Retention:  March 19, 2010 _nunc pro tunc_ to December 21, 2009

Period for which compensation
and reimbursement is sought:  May 1, 2011, through May 31, 2011

Amount of compensation sought
as actual, reasonable and necessary:  $    13,139.00

Amount of expense reimbursement
sought as actual, reasonable and necessary:  $       112.91

This is Applicant's Fifteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | Pending | Pending |

**Fee Detail by Professional for the Period of May 1, 2011, through May 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 19.30 | $ 6,755.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 30.90 | $ 5,871.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 2.70 | $ 513.00 |
| **Grand Total** | | | **52.90** | **$ 13,139.00** |
| Blended Rate | | | | $ 248.37 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of May 1, 2011, through May 31, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 5.80 | $ 1,838.00 |
| 11 - Fee Applications, Applicant | 16.90 | $ 3,803.00 |
| 12 - Fee Applications, Others | 30.20 | $ 7,498.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **52.90** | **$13,139.00** |

**Monthly Expense Summary for the Period May 1, 2011, through May 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house (885 @ .10) | 88.50 |
| Postage | U.S. Postal Service | 15.66 |
| Outside Copy & Serve | IKON Office Solutions | 8.75 |
| **TOTAL** | | **$ 112.91** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2011, through May 31, 2011, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before July 15, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[1] Applicant's Invoice for May 1, 2011, through May 31, 2011, is attached hereto as **Exhibit A.**

Page | 4

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period May 1, 2011, through May 31, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $13,139.00 and actual and necessary expenses in the amount of $112.91 for a total allowance of $13,251.91; Actual Interim Payment of $10,511.20 (80% of the allowed fees) and reimbursement of $112.91 (100% of the allowed expenses) be authorized for a total payment of $10,624.11; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 30, 2011                      Respectfully submitted,

                              By:    */s/ Daniel K. Hogan*
                                     Daniel K. Hogan (DE Bar No. 2814)
                                     THE HOGAN FIRM
                                     1311 Delaware Avenue
                                     Wilmington, Delaware 19806
                                     Telephone: 302.656.7540
                                     Facsimile: 302.656.7599
                                     Email: dkhogan@dkhogan.com

                                     **Counsel to Representative Counsel
                                     for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*
*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

June 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*
Invoice #  17940

### Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2011 | KEH | Review payments made to SH; E-mail correspondence with 'Cindy Yates' regarding information for their payments from Grace - payments are in CDN dollars for the July-Sept holdback for SH; please convert to US dollars or confirm that amounts are correct.; None | 0.40 190.00/hr | 76.00 |
| 5/3/2011 | KEH | Receive wire from WRGrace for The Hogan Firm's Holdback for July-September 2010: July $4,398.60; August $3,995.60; and September $3,021.60; post to account and post to Payment Spreadsheet; confirm wire amount with DKHogan.; None | 1.30 190.00/hr | 247.00 |
|  | KEH | Contact WSFS Bank's Wire Department to Initiate wire to Scarfone Hawkins account in the amount of $11,415.80; Payment for The Hogan Firms Holdback for July-September 2010: July $4,398.60; August $3,995.60; and September $3,021.60; E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: same.; None | 0.60 190.00/hr | 114.00 |

Canadian ZAI Claimants                                          *6/1/2011*     *17940*        Page    2

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/3/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescheduling Hearings from May 23, 2011, to May 25, 2011, in Pittsburgh. Signed on 5/3/2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed payment history on fee applications. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescheduling Hearings from May 23, 2011, to May 25, 2011, in Pittsburgh. Signed on 5/3/2011. | 0.30 350.00/hr | 105.00 |
| 5/4/2011 | KEH | E-mail correspondence with Cindy Yates with confirmation that wire was received. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence to Representative Counsel regarding the omnibus hearing in Grace set for May 23, 2011 has been changed by the Court to May 25, 2011 in Pittsburgh and our motion to approve Collectiva is scheduled for that hearing. | 0.30 350.00/hr | 105.00 |
| 5/5/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time/expense summary for the month of April 2011; save to file. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare CNO for The Hogan Firm's 12th Monthly Fee Application. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for Scarfone Hawkins' 12th Monthly Fee Application. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for Lauzon Belanger Lesperance's 12th Monthly Fee Application. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-file CNO for The Hogan Firm's 12th Monthly Fee Application. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-file CNO for Scarfone Hawkins' 12th Monthly Fee Application. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-file CNO for Lauzon Belanger Lesperance's 12th Monthly Fee Application. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' transmitting CNOs for the 12th Monthly Fee Applications for service. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting  LBL's time summary for the month of April 2011. | 0.10 350.00/hr | 35.00 |
|  | DKH | Reviewed  LBL's time summary for the month of April 2011. | 0.40 350.00/hr | 140.00 |

Canadian ZAI Claimants                                          *6/1/2011*    *17940*         Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/5/2011 | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of the Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011 for efiling. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twelfth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2011 to February 28, 2011. | 0.30 350.00/hr | 105.00 |
| 5/6/2011 | GP | Calculations for breakdown of fees for The Hogan Firm and Lauzon Belanger Lesperance Fee Applications. | 1.40 190.00/hr | 266.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates', re: SHs time/expense statement for March. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates - SH's March account is not complete. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates' explaining need for March time/expense statement as soon as possible. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *6/1/2011*   *17940*        Page    4

|            |     |                                                                                                                                                                                                                                                      | *Hrs/Rate*       | *Amount* |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 5/6/2011   | KEH | Review time/expense statement for LBL; E-mail correspondence with 'Careen Hannouche' regarding date of rate increase for Michel Belanger; confirmed March 1st                                                                                        | 0.40 190.00/hr   | 76.00    |
|            | DKH | E-mail correspondence with Cindy Yates concerning the status of Scarfone Hawkins time entries for April.                                                                                                                                              | 0.10 350.00/hr   | 35.00    |
|            | DKH | Conducted determination of date of Michel Belanger's billing rate increase.                                                                                                                                                                          | 0.20 350.00/hr   | 70.00    |
| 5/9/2011   | KEH | E-mail correspondence with 'Careen Hannouche' confirming the date of Michel Belanger's rate increase.                                                                                                                                                 | 0.10 190.00/hr   | 19.00    |
|            | KEH | E-mail correspondence with Cindy Yates, re:  possibility of submitting March account now, which will not include MGM's time, and submit MGM's time with April account; meeting with DKHogan, re: same; email to Cindy Yates regarding need for MGM's time to be included in March statement of account. | 0.50 190.00/hr   | 95.00    |
|            | KEH | E-mail correspondence with 'Cindy Yates' regarding the filing of THF & LBL applications and waiting to file SH's when Matt Moloci has input his time.                                                                                                 | 0.20 190.00/hr   | 38.00    |
|            | KEH | Preparation of The Hogan Firm's Thirteenth Monthly Application for the Period March 1, 2011, through March 31, 2011.                                                                                                                                  | 3.50 190.00/hr   | 665.00   |
|            | KEH | Preparation of Lauzon Belanger Lesperance's Thirteenth Monthly Application for the Period March 1, 2011, through March 31, 2011.                                                                                                                      | 1.40 190.00/hr   | 266.00   |
|            | KEH | Meeting with DKHogan for review of monthly applications for The Hogan Firm and LBL for the period March 1, 2011, through March 31, 2011; revise same.                                                                                                 | 0.50 190.00/hr   | 95.00    |
|            | KEH | E-mail correspondence with 'Careen Hannouche'  transmitting, for review, LBLs 13th monthly application for the period March 1, 2011, through March 31, 2011, along with certification.                                                                | 0.20 190.00/hr   | 38.00    |
|            | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification for the 13th Monthly application for LBL - save to file and prepare as exhibit; revise application for rate increase for only MGM, per instruction.                    | 0.40 190.00/hr   | 76.00    |
|            | KEH | E-mail correspondence to 'Careen Hannouche' transmitting revised application.                                                                                                                                                                        | 0.10 190.00/hr   | 19.00    |
|            | KEH | Meet with DKHogan, re: the Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator; prepare Certificate of No Objection re: same.                                                                                            | 0.50 190.00/hr   | 95.00    |

Canadian ZAI Claimants                                   *6/1/2011*    *17940*         Page    5

|            |     |                                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/9/2011   | KEH | Electronically file the Certificate of No Objection Regarding Docket Nos. 26794 & 26816 (Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator)                                                                                                        | 0.30 190.00/hr    | 57.00  |
|            | KEH | E-mail correspondence with 'James O'Neill';'ljones@pszjlaw.com' transmitting, for service, the Representative Counsels Certificate of No Objection Regarding the Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator, Docket No. 26899.               | 0.20 190.00/hr    | 38.00  |
|            | DKH | E-mail correspondence with Fink, Scott concerning status of existing arrearage on lease of two (2) Toyota forklifts and whether Grace will cure these arrears immediately.                                                                                                        | 0.20 350.00/hr    | 70.00  |
|            | DKH | E-mail correspondence with Cindy Yates about Matt Moloci's time entries for April 2011.                                                                                                                                                                                         | 0.20 350.00/hr    | 70.00  |
|            | DKH | E-mail correspondence with Careen Hannouche confirming that the date of Michel Belanger's billing increase was March 1st.                                                                                                                                                        | 0.10 350.00/hr    | 35.00  |
|            | DKH | Reviewed and revised LBL's 13th monthly application for the period March 1, 2011, through March 31, 2011.                                                                                                                                                                        | 0.70 350.00/hr    | 245.00 |
|            | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for LBL's monthly fee application.                                                                                                                                                           | 0.10 350.00/hr    | 35.00  |
|            | DKH | Made revisions to LBL Monthly fee application based on information from Careen Hannouche.                                                                                                                                                                                         | 0.30 350.00/hr    | 105.00 |
|            | DKH | Reviewed docket for evidence of objections/responses to Motion to Approve Collectiva as Claims Administrator for Canadian ZAI PD claims.                                                                                                                                         | 0.40 350.00/hr    | 140.00 |
|            | DKH | E-mail correspondence with James O'Neill asking if I am filing a CNO on the ZAI motion today.                                                                                                                                                                                    | 0.10 350.00/hr    | 35.00  |
|            | DKH | E-mail correspondence to James O'Neill that we are preparing a CNO presently and will file it before the end of the day.                                                                                                                                                         | 0.20 350.00/hr    | 70.00  |
|            | DKH | E-mail correspondence from James O'Neill that if I file it by 3 he can include it in the binder with the preliminary agenda.                                                                                                                                                     | 0.20 350.00/hr    | 70.00  |
|            | DKH | Prepared CNO for filing with the Court on the Motion to Approve Collectiva as Canadian ZAI PD Claims Administrator.                                                                                                                                                              | 0.30 350.00/hr    | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Representative Counsel's Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator (related document(s)[26794], [26816]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr    | 105.00 |

Canadian ZAI Claimants                                    *6/1/2011*   *17940*        Page   6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/9/2011 | DKH | Revised service list for Alan Rich's proper address. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson about CNO., | 0.10<br>350.00/hr | 35.00 |
| 5/10/2011 | KEH | E-mail correspondence with Service Parties transmitting the Thirteenth Monthly Application of The Hogan Firm, filed May 10, 2011, Docket No. 26918. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting the Thirteenth Monthly Application of Lauzon Bélanger Lespérance, filed today, May 10, 2011, Docket No. 26919. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Thirteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 26918. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Thirteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 26919. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with IKON Office Solutions transmitting the Thirteenth Monthly Applications of The Hogan Firm and Lauzon Belanger Lesperance for hand delivery upon the Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Alan B. Rich inquiring about the monthly application for Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Review Order Approving the Canadian ZAI Property Damage Claims Administrator (Related Doc # [26794], [26816], [26899]) Order Signed on 5/10/2011; save same to file. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | Reviewed exhibits to Monthly Application for Compensation of Lauzon Belanger Lesperance (Thirteenth) as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance (Thirteenth) as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011 Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants                                      *6/1/2011*    *17940*        Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/10/2011 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting  fee auditors final report for those fee applications with de minimis or no issues for the 39th interim period was filed with the Court today, May 10, 2011. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving the Canadian ZAI Property Damage Claims Administrator (Related Doc # [26794], [26816], [26899]) Order Signed on 5/10/2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Fee Auditor's Report Fee Auditor's Combined Final Report Regarding Those Fee Application With No Fee Or Expense Issues for the Thirty-Ninth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 350.00/hr | 140.00 |
|  | DKH | Reviewed and revised Monthly Application for Compensation of The Hogan Firm (Thirteenth) as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011. | 0.80 350.00/hr | 280.00 |
|  | DKH | Reviewed exhibits to the Monthly Application for Compensation of The Hogan Firm (Thirteenth) as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm (Thirteenth) as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed and revised Monthly Application for Compensation of Lauzon Belanger Lesperance (Thirteenth) as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2011 to March 31, 2011. | 0.50 350.00/hr | 175.00 |
| 5/11/2011 | GP | Calculations for breakdown of fees for Scarfone Hawkins Fee Applications. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence from Cindy Yates regarding status of SH's fee/expense statement for March. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP's Monthly Time/Expense Statement for March 1, 2011 - March 31, 2011; attach to file and print for review. | 0.30 190.00/hr | 57.00 |
|  | KEH | Prepare Thirteenth Monthly Application of Scarfone Hawkins LLP for the Period March 1, 2011, through March 31, 2011. | 1.80 190.00/hr | 342.00 |

Canadian ZAI Claimants                                          *6/1/2011*    *17940*        Page    8

|            |     |                                                                                                                                                              | Hrs/Rate | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 5/11/2011  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'Cindy Yates' transmitting the certification regarding SHs 13th monthly fee application, along with the draft of the application for review. | 0.20 190.00/hr | 38.00 |
|            | KEH | E-mail correspondence from/to David Thompson advising that he is out of the office and unable to execute the certification; meet with DKHogan re: someone else executing the certification; response to David Thompson. | 0.40 190.00/hr | 76.00 |
|            | DKH | E-mail correspondence to Representative Counsel transmitting the Order Approving the Canadian ZAI Property Damage Claims Administrator. | 0.20 350.00/hr | 70.00 |
|            | DKH | E-mail correspondence to Alan Rich concerning Scarfone Hawkins' latest monthly fee application. | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence from Alan Rich concerning fee application. | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence with David Thompson concerning the signed order for Collectiva. | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for March 1, 2011 - March 31, 2011. | 0.20 350.00/hr | 70.00 |
|            | DKH | Reviewed Scarfone Hawkins LLP Monthly Fee Application for March 1, 2011 - March 31, 2011. | 0.40 350.00/hr | 140.00 |
|            | DKH | Reviewed the certification regarding Scarfone Hawkins' 13th monthly fee application. | 0.20 350.00/hr | 70.00 |
|            | DKH | E-mail correspondence with David Thompson about his unavailability to sign certification until Friday. | 0.10 350.00/hr | 35.00 |
| 5/12/2011  | KEH | E-mail correspondence with Cindy Yates, re: need for David Thompson's certification for the quarterly application tomorrow as well. | 0.20 190.00/hr | 38.00 |
|            | KEH | E-mail correspondence from Cindy Yates transmitting executed certification for 13th Monthly Fee Application for SH; save to file and prepare as exhibit for filing. | 0.30 190.00/hr | 57.00 |
|            | KEH | Preparation of THF's quarterly fee application for January 2011, through March 2011 | 2.90 190.00/hr | 551.00 |
|            | KEH | Preparation of SH's quarterly fee application for January 2011 through March 2011. | 1.80 190.00/hr | 342.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2011 | KEH | Preparation of LBL's quarterly fee application for January 2011 through March 2011. | 1.50 190.00/hr | 285.00 |
| | KEH | E-mail correspondence with 'Cindy Yates';David Thompson transmitting the Quarterly Application (pending DKHs review) that we need to file tomorrow, along with the certification. | 0.20 190.00/hr | 38.00 |
| | KEH | E-file the Thirteenth Monthly Application of Scarfone Hawkins LLP for the Period March 1 through March 31, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | Email correspondence to Service Parties transmitting the Thirteenth Monthly Application of Scarfone Hawkins LLP, filed May 12, 2011, Docket No. 26925. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Thirteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 26925. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Thirteenth Monthly Applications of Scarfone Hawkins for hand delivery to the Office of the United States Trustee, David Klauder, Esquire | 0.20 190.00/hr | 38.00 |
| | DKH | Reviewed the completed Thirteenth Monthly Application of Scarfone Hawkins LLP. | 0.60 350.00/hr | 210.00 |
| | DKH | Reviewed exhibits to Thirteenth Monthly Application of Scarfone Hawkins LLP. | 0.30 350.00/hr | 105.00 |
| 5/13/2011 | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's executed certification, re: quarterly fee application for January 2011, through March 31, 2011; save to file and prepare as exhibit. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Careen Hannouche transmitting LBL's Quarterly Application for the Period January 2011 through March 2011, along with the certification. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: executed certification and approval of LBL's quarterly application; save certification to file and prepare as exhibit. | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare for and electronically file the Fifth Quarterly Application for Compensation of The Hogan Firm, for the Period January 1, 2011, through March 31, 2011. | 0.60 190.00/hr | 114.00 |
| | KEH | Prepare for and electronically file the Fifth Quarterly Application for Compensation of Scarfone Hawkins, for the Period January 1, 2011, through March 31, 2011. | 0.50 190.00/hr | 95.00 |

Canadian ZAI Claimants                                          *6/1/2011*    *17940*        Page   10

|  |  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/13/2011 | KEH | Prepare for and electronically file the Fifth Quarterly Application for Compensation of Lauzon Belanger Lesperance, for the Period January 1, 2011, through March 31, 2011. | 0.50 190.00/hr | 95.00 |
|  | KEH | Email correspondence to the Service Parties transmitting the Fifth Quarterly Application for Compensation of The Hogan Firm, for the Period January 1, 2011, through March 31, 2011 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence to the Service Parties transmitting the Fifth Quarterly Application for Compensation of Scarfone Hawkins, for the Period January 1, 2011, through March 31, 2011. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence to the Service Parties transmitting the Fifth Quarterly Application for Compensation of Lauzon Bélanger Lespérance, for the Period January 1, 2011, through March 31, 2011. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fifth Quarterly Application of The Hogan Firm as counsel to Special Counsel for the Canadian ZAI Claimants; Docket No. 26928 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fifth Quarterly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; Docket No. 26929. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fifth Quarterly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 26931 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with IKON Office Solution transmitting, for service upon 2002 Service Parties, the Notice of Fifth Quarterly Application of The Hogan Firm, Scarfone Hawkins & Lauzon Belanger Lesperance. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting the certification signed by David Thompson. | 0.10 350.00/hr | 35.00 |
|  | DKH | Reviewed and revised LBL's Quarterly Application and exhibits in preparation for efiling. | 1.30 350.00/hr | 455.00 |
|  | DKH | Reviewed and revised Scarfone Hawkins' Quarterly Application and exhibits in preparation for efiling. | 1.20 350.00/hr | 420.00 |
|  | DKH | Reviewed and revised The Hogan Firm's Quarterly Application and exhibits in preparation for efiling. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting her executed certification for the quarterly fee application. | 0.20 350.00/hr | 70.00 |

Canadian ZAI Claimants                               *6/1/2011*   *17940*        Page   11

|            |     |                                                                                                                                                                                                                                                                                                           | *Hrs/Rate*        | *Amount* |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/13/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Fifth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period January 1, 2011, to March 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 350.00/hr    | 105.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for the efiling of Quarterly Application for Compensation (Fifth) of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2011, to March 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 350.00/hr    | 105.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Fifth) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2011, to March 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 350.00/hr    | 105.00   |
|            | DKH | Reviewed certificates of service for quarterly fee applications.                                                                                                                                                                                                                                          | 0.30 350.00/hr    | 105.00   |
| 5/16/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Amend re: Debtor's Motion for an Order Amending the Foreign Holding Company Order. (related document(s)[26630]) Filed by W.R. Grace & Co., et al.                                                            | 0.40 350.00/hr    | 140.00   |
| 5/17/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/25/2011 at 12:30 PM HEARING CANCELLED/RESCHEDULED.                                                                    | 0.30 350.00/hr    | 105.00   |
| 5/23/2011  | KEH | Prepare THF's April time/expense statement as exhibit for 14th monthly fee application.                                                                                                                                                                                                                   | 0.20 190.00/hr    | 38.00    |
|            | KEH | E-mail correspondence with 'Cindy Yates', re: status of time/expense statement for April 2011.                                                                                                                                                                                                            | 0.20 190.00/hr    | 38.00    |
|            | DKH | E-mail correspondence with Charmaine Wilson concerning her assigned claim and distribution timing issues.                                                                                                                                                                                                 | 0.20 350.00/hr    | 70.00    |
|            | DKH | E-mail correspondence with James O'Neill concerning Charmaine Wilson's inquiry.                                                                                                                                                                                                                           | 0.10 350.00/hr    | 35.00    |
| 5/24/2011  | GP  | Calculations for breakdown of fees for The Hogan Firm's Fee Applications.                                                                                                                                                                                                                                 | 0.90 190.00/hr    | 171.00   |

Canadian ZAI Claimants                                    *6/1/2011*    *17940*        Page   12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/30/2011 | KEH | E-mail correspondence with Cindy Yates, re: preparation of April, 2011 time/expense statement with respect to certain disbursements. | 0.20 190.00/hr | 38.00 |
| 5/31/2011 | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP's Monthly time/expense statement for April 1, 2011 - April 30, 2011; review and save to file. | 0.30 190.00/hr | 57.00 |
| | DKH | E-mail correspondence with Cindy Yates. Reviewed Scarfone Hawkins LLP Monthly Fee statement for April 1, 2011 - April 30, 2011. | 0.50 350.00/hr | 175.00 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | 52.90 | *$13,139.00* |

**Additional Charges :**

| | | |
|---|---|---|
| 5/10/2011 | IKON Office Solutions- 13th Monthly Fee App THF/LBL | 8.75 |
| 5/13/2011 | Photocopies (In-House) (885 @ .10) | 88.50 |
| | Postage to Fee Auditor and Debtor - Quarterly Applications. | 15.66 |

|  |  |
|---|---|
| **Total additional charges** | *$112.91* |
| **Total amount of this bill** | *$13,251.91* |
| **Previous balance** | *$12,848.35* |
| **Accounts receivable transactions** | |
| 5/20/2011  Payment - Thank You. Check No. 9833959 | ($12,848.35) |
| **Total payments and adjustments** | *($12,848.35)* |
| **Balance due** | **$13,251.91** |

*****TERMS: DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Canadian ZAI Claimants                              *6/1/2011*      *17940*          Page   13

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Daniel K. Hogan | 19.30 | 350.00 | $6,755.00 |
| Gabrielle Palagruto | 2.70 | 190.00 | $513.00 |
| Karen E. Harvey | 30.90 | 190.00 | $5,871.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                    : ss
COUNTY OF NEW CASTLE :

       I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

       1.     I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

       2.     The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

       3.     I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

       4.     I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

       I verify under penalty of perjury that the foregoing is true and correct.

                                         _____
                                       Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this _30th_ day of June, 2011.

_____
Notary Public
My Commission Expires: _____