# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 12, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## SIXTEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | June 1, 2011, through June 30, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $    16,507.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $     1,176.26 |

This is Applicant's Sixteenth Monthly Application.


[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | Pending | Pending |

**Fee Detail by Professional for the Period of June 1, 2011, through June 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 24.50 | $ 9,800.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 32.40 | $ 6,156.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 2.90 | $ 551.00 |
| **Grand Total** | | | **59.80** | **$ 16,507.00** |
| Blended Rate | | | | $ 276.04 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of June 1, 2011, through June 30, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 7.00 | $ 2,737.00 |
| 11 - Fee Applications, Applicant | 16.60 | $ 4,120.00 |
| 12 - Fee Applications, Others | 35.10 | $ 9,294.00 |
| 14 - Hearings | 1.10 | $ 356.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **59.80** | **$ 16,507.00** |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Expense Summary for the Period June 1, 2011, through June 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 10.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house (1065 @ .10) | 106.50 |
| Overnight Delivery | Federal Express | 33.55 |
| Outside Copy & Serve | IKON Office Solutions | 906.21 |
| Bank Fees | WSFS Bank | 120.00 |
| **TOTAL** | | **$ 1,176.26** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for June 1, 2011, through June 30, 2011, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 12, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2] Applicant's Invoice for June 1, 2011, through June 30, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period June 1, 2011, through June 30, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $16,507.00 and actual and necessary expenses in the amount of $1,176.26 for a total allowance of $17,683.26; Actual Interim Payment of $13,205.60 (80% of the allowed fees) and reimbursement of $1,176.26 (100% of the allowed expenses) be authorized for a total payment of $14,381.86; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: July 28, 2011                                    Respectfully submitted,

By:      */s/ Daniel K. Hogan*
                                                                Daniel K. Hogan (DE Bar No. 2814)
                                                                THE HOGAN FIRM
                                                                1311 Delaware Avenue
                                                                Wilmington, Delaware 19806
                                                                Telephone: 302.656.7540
                                                                Facsimile: 302.656.7599
                                                                Email: dkhogan@dkhogan.com

                                                                **Counsel to Representative Counsel**
                                                                **for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*
*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*


July 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
                *WRGrace Chapter 11 Bankruptcy*


         *Our File No. 060124-01*

Invoice #  18026



          **Professional Services**

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2011 | GP | Calculations for breakdown of fees for Lauzon Belanger Lesperance and Scarfone Hawkins. | 1.20 190.00/hr | 228.00 |
| 6/8/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting remittance advice for THF's Monthly Application for February, 2011; save to file and post to WRGrace payment spreadsheet. | 0.40 190.00/hr | 76.00 |
|  | DKH | E-mail correspondence with Fink, Scott concerning arrears owing to Toyota on the forklift lease. | 0.20 400.00/hr | 80.00 |
|  | DKH | Received and reviewed Grace Remittance Advice. | 0.30 400.00/hr | 120.00 |
| 6/9/2011 | KEH | Prepare CNO for THF's 13th Monthly Fee Application for the period March 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for SH's 13th Monthly Fee Application for the period March 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |

Canadian ZAI Claimants                              *7/1/2011*    *18026*        Page    2

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/9/2011 | KEH | Prepare CNO for LBL's 13th Monthly Fee Application for the period March 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for THF's 5th Quarterly Fee Application for the period January 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for SH's 5th Quarterly Fee Application for the period January 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for LBL's 5th Quarterly Fee Application for the period January 1, 2011, to March 31, 2011 | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare THF's 14th Monthly Fee Application for the period April 1, 2011, to April 30, 2011 | 2.30 190.00/hr | 437.00 |
|  | KEH | Prepare SH's 14th Monthly Fee Application for the period April 1, 2011, to April 30, 2011 | 2.10 190.00/hr | 399.00 |
|  | KEH | Prepare LBL's 14th Monthly Fee Application for the period April 1, 2011, to April 30, 2011 | 1.10 190.00/hr | 209.00 |
| 6/10/2011 | KEH | Revise and prepare for electronic filing of THF's 14th Monthly Fee Application for the period April 1, 2011, to April 30, 2011; e-file same. | 0.90 190.00/hr | 171.00 |
|  | KEH | E-mail correspondence to Scarfone Hawkins and Lauzon Belanger Lesperance, re: inquiry about receipt of wire from WRG for February fee application information needed for completion of current monthly application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Cindy Yates - no payment received from WRGrace for February Monthly fee application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates' transmitting Scarfone Hawkins' monthly fee application for April, 2011 - for approval and execution of certification. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Careen Hannouche - not yet received a payment from WR Grace with respect to LBL's February fee application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting, for review, LBL's 14th monthly fee application and certification to be executed upon approval. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting executed certification - save to file and prepare as exhibit. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting executed certification for SH's monthly application - save to file and prepare as exhibit. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*      Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/10/2011 | KEH | Meeting with DKHogan for review of 14th monthly fee applications for THF, LBL & SH. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence from Daniel Hogan confirming receipt of wire from WRGrace into WSFS Trust Account. | 0.10 190.00/hr | 19.00 |
|  | KEH | Revise and prepare for filing of the 14th Monthly Fee Application of Lauzon Belanger Lesperance; e-file same. | 0.70 190.00/hr | 133.00 |
|  | KEH | Revise and prepare for filing of Scarfone Hawkins' 14th Monthly Fee Application; e-file same. | 0.80 190.00/hr | 152.00 |
|  | KEH | Prepare outgoing wire request; Telephone call to WSFS Bank to initiate wire to Scarfone Hawkins account in the amount of $13,764.33. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with David Thompson and Cindy Yates regarding wire to Scarfone Hawkins' account in the amount of $13,764.33 for The Hogan Firm's Monthly Fee Application for the Period February 1, 2011, through February 28, 2011; Meeting with; None | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with IKON Office Solutions, re: copy and serve certificates of no objection; billing reference CNOs-13th Monthly | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with IKON Office Solutions, re: copy and serve certificates of no objection for 5th Quarterly Applications. Billing reference CNOs-5th Quarterly. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with IKON Office Solutions transmitting the Fourteenth Monthly Applications of The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins LLP, for hand delivery upon The Office of the United States Trustee, David Klauder, Esquire | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting the Fourteenth Monthly Application of The Hogan Firm, filed June 10, 2011, Docket No. 27066. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting the Fourteenth Monthly Application of Lauzon Bélanger Lespérance, filed June 10, 2011, Docket No. 27067. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting the Fourteenth Monthly Application of Scarfone Hawkins LLP, filed June 10, 2011, Docket No. 27068. | 0.20 190.00/hr | 38.00 |

Canadian ZAI Claimants                                      *7/1/2011*    *18026*         Page    4

|            |     |                                                                                                                                                                                                                        | *Hrs/Rate*      | *Amount* |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 6/10/2011  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fourteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 27066. | 0.20 190.00/hr  | 38.00    |
|            | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fourteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 27067.                             | 0.20 190.00/hr  | 38.00    |
|            | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fourteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 27068.                                   | 0.20 190.00/hr  | 38.00    |
|            | DKH | E-mail correspondence with Cindy Yates with respect to Scarfone Hawkins February fee application.                                                                                                                                       | 0.20 400.00/hr  | 80.00    |
|            | DKH | Reviewed and revised Scarfone Hawkins monthly fee application for April, 2011.                                                                                                                                                          | 0.80 400.00/hr  | 320.00   |
|            | DKH | E-mail correspondence with Careen Hannouche that LBL has not yet received a payment from WR Grace with respect to the February fee application.                                                                                         | 0.20 400.00/hr  | 80.00    |
|            | DKH | Reviewed and revised LBL's 14th monthly fee application for April 2011.                                                                                                                                                                 | 0.70 400.00/hr  | 280.00   |
|            | DKH | E-mail correspondence with Careen Hannouche transmitting approval of the monthly fee application and transmitting the executed certification.  Reviewed same.                                                                           | 0.30 400.00/hr  | 120.00   |
|            | DKH | E-mail correspondence with Cindy Yates transmitting the executed Certification of David Thompson. Reviewed same.                                                                                                                        | 0.20 400.00/hr  | 80.00    |
|            | DKH | Reviewed online access to bank account to confirm receipt of payment from W.R. Grace.                                                                                                                                                   | 0.30 400.00/hr  | 120.00   |
|            | DKH | Reviewed docket for objections to the Thirteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011.              | 0.30 400.00/hr  | 120.00   |
|            | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011. | 0.30 400.00/hr  | 120.00   |

Canadian ZAI Claimants                                              *7/1/2011*    *18026*        Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/10/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011 (related document(s)[26918]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed docket for objections to the Thirteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011. | 0.20 400.00/hr | 80.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011 to March 31, 2011 (related document(s)[26919]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed docket for objections to the Thirteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011, to March 31, 2011. | 0.20 400.00/hr | 80.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period March 1, 2011, to March 31, 2011 (related document(s)[26925]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed docket for objections to the Fifth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants                                              *7/1/2011*    *18026*        Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/10/2011 | DKH | Reviewed docket for objections to the Fifth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed docket for objections to the Fifth Quarterly Application for Compensation of LBL for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of LBL for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011 (related document(s)[26928]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011 (related document(s)[26931]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*         Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/10/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Fifth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Period January 1, 2011, to March 31, 2011 (related document(s) [26929]) Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Application for Compensation (Fourteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.70 400.00/hr | 280.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation (Fourteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011 Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation (Fourteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011 Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation (Fourteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011 Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
| 6/13/2011 | KEH | E-mail correspondence from 'Careen Hannouche' transmitting LBL's time/expense statement for May 2011; attach same to file and print for review. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the LBL fee summary for May 2011.  Reviewed same. | 0.50 400.00/hr | 200.00 |
| 6/15/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-24. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-25. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-26. | 0.20 400.00/hr | 80.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*        Page    8

|            |     |                                                                                                                                              | *Hrs/Rate*       | *Amount* |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 6/15/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-27. | 0.20 400.00/hr   | 80.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-28. | 0.20 400.00/hr   | 80.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-29. | 0.10 400.00/hr   | 40.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-30. | 0.10 400.00/hr   | 40.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-31. | 0.10 400.00/hr   | 40.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transmittal of Record on Appeal to DC District Court. BAP #11-33. | 0.10 400.00/hr   | 40.00    |
| 6/16/2011  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-527 ; BAP Number: 11-27 (related document(s) [27087]). | 0.30 400.00/hr   | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-528 ; BAP Number: 11-24 (related document(s) [27084]) (SAJ). | 0.30 400.00/hr   | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-532 ; BAP Number: 11-29 (related document(s) [27089]) (SAJ). | 0.30 400.00/hr   | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-534 ; BAP Number: 11-31 (related document(s) [27091]) (SAJ). | 0.20 400.00/hr   | 80.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-529 ; BAP Number: 11-25 (related document(s) [27085]) (SAJ). | 0.20 400.00/hr   | 80.00    |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*         Page   9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/16/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-530 ; BAP Number: 11-26 (related document(s) [27086]) (SAJ). | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed AMENDED Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-527 ; BAP Number: 11-27 (related document(s)[27087], [27097]) (SAJ). | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-536 ; BAP Number: 11-33 (related document(s) [27092]) (SAJ). | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-533 ; BAP Number: 11-30 (related document(s) [27090]) (SAJ). | 0.20 400.00/hr | 80.00 |
| 6/17/2011 | GP | Calculations for breakdown of fees for Lauzon Belanger Lesperance | 0.50 190.00/hr | 95.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Docketing Record on Appeal to District Court. Civil Action Number: 11-531 ; BAP Number: 11-28 (related document(s) [27088]) (SAJ). | 0.20 400.00/hr | 80.00 |
| 6/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Participate In a Competitive Auction, and If Selected as the Winning Bidder Thereafter Consummate a Proposed Acquisition [FILED UNDER SEAL] Filed by W.R. Grace & Co., et al. | 0.40 400.00/hr | 160.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to File Under Seal/Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Participate in a Competitive Auction, and If Selected as the Winning Bidder Thereafter Consummate a Proposed Acquisition (related document(s)[27114]) Filed by W.R. Grace & Co., et al. | 0.30 400.00/hr | 120.00 |
| 6/21/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Fee Auditor's Report Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 400.00/hr | 160.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*         Page   10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/23/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting | 0.50 190.00/hr | 95.00 |
|  |  | payment advice for THF's March Fee Application; review and revise Excel payment spreadsheet. |  |  |
|  | DKH | Received and reviewed Grace Remittance Advice. | 0.30 400.00/hr | 120.00 |
| 6/24/2011 | KEH | Prepare wire request; telephone call to WSFS wire department to initiate a wire transfer to Scarfone Hawkins for THF's March Application in the amount of $10,896.00. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with Daniel Hogan for confirmation of wire from WRGrace into Trust Account. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Scarfone Hawkins and Lauzon Belanger Lesperance, re: wire initiated to Scarfone Hawkins account in the amount of $10,896.00 for payment of The Hogan Firms Monthly Fee Application for the Period March 1, 2011, through March 31, 2011. (80% fees: $10,537.60; and 100% costs: $358.40).  Also, request of status regarding payment from WRGrace for February and March applications. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications with No Fee Or Expense Issues for the Third Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Withdrawal of (related document(s)[27156]) Filed by Warren H. Smith & Associates, P.C.. | 0.20 400.00/hr | 80.00 |
| 6/27/2011 | KEH | E-mail correspondence with Cindy Yates to confirm receipt of February and March payments from Grace. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates', re: amounts received from Grace and status of May time/expense statement. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Cindy Yates with breakdown of amounts paid by Grace; review and post to spreadsheet. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with Careen Hannouche re: May account - notified of Post Canada strike. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche' regarding status of payment from Grace for February and March 2011. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche regarding postal strike in Canada. | 0.20 400.00/hr | 80.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*        Page   11

|            |     |                                                                                                                                                                                                                                                                | *Hrs/Rate*       | *Amount* |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 6/27/2011  | DKH | E-mail correspondence with Careen Hannouche regarding receipt of payment from Grace for February and March 2011.                                                                                                                                                | 0.20<br>400.00/hr | 80.00    |
|            | DKH | E-mail correspondence with Careen Hannouche concerning fact that LBL has not yet received payments from Grace for February and March 2011.                                                                                                                      | 0.20<br>400.00/hr | 80.00    |
| 6/28/2011  | GP  | Calculations for breakdown of fees for The Hogan Firm.                                                                                                                                                                                                          | 0.80<br>190.00/hr | 152.00   |
|            | KEH | Preparation of The Hogan Firm's 15th Monthly Fee application for the period May 1, through May 31, 2011.                                                                                                                                                         | 2.30<br>190.00/hr | 437.00   |
|            | KEH | Preparation of the 15th Monthly Fee Application of Lauzon Belanger Lesperance for the period May 1, through May 31, 2011.                                                                                                                                        | 1.20<br>190.00/hr | 228.00   |
|            | KEH | E-mail correspondence with 'Careen Hannouche' re: time/expense statement for May's monthly fee application .60 discrepancy - grand total $3,795.50.                                                                                                             | 0.30<br>190.00/hr | 57.00    |
|            | KEH | E-mail correspondence from Careen Hannouche re: .60 discrepancy in the Q.S.T. amount.                                                                                                                                                                           | 0.20<br>190.00/hr | 38.00    |
|            | DKH | Reviewed LBL monthly invoice for May 2011.                                                                                                                                                                                                                      | 0.40<br>400.00/hr | 160.00   |
|            | DKH | E-mail correspondence with Careen Hannouche explaining the .60 discrepancy in the Q.S.T. Amount for the LBL invoice for May 2011.                                                                                                                               | 0.20<br>400.00/hr | 80.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Thirty-Ninth Quarter Project Category Summary [7/6/11 Agenda Item No. 4; Various Docket Numbers] Filed by W.R. Grace & Co., et al. Compared numbers to our spreadsheets and noted discrepancy. | 0.50<br>400.00/hr | 200.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Ninth Period [7/6/11 Agenda Item No. 4; Various Docket Numbers] Filed by W.R. Grace & Co., et al. | 0.40<br>400.00/hr | 160.00   |
| 6/29/2011  | KEH | Further preparation of The Hogan Firm's 15th Monthly Fee Application.                                                                                                                                                                                           | 0.80<br>190.00/hr | 152.00   |
|            | KEH | E-mail correspondence with 'Cindy Yates' re: status of SHs time/expense statement for May and plan to file on June 30th.                                                                                                                                        | 0.10<br>190.00/hr | 19.00    |
|            | KEH | E-mail correspondence to 'Careen Hannouche' transmitting LBLs Fifteenth Monthly Fee Application for the period May 1, 2011 through May 31, 2011, for review and execution of certification.                                                                      | 0.20<br>190.00/hr | 38.00    |

Canadian ZAI Claimants                    *7/1/2011*    *18026*        Page  12

|            |     |                                                                                                                                                                                                      | *Hrs/Rate*        | *Amount* |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 6/29/2011  | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification for LBL's Fifteenth Monthly Application; attach to file and prepare as exhibit.                                        | 0.30<br>190.00/hr | 57.00    |
|            | KEH | E-mail correspondence from Cindy Yates, re: time/expense statement should be ready this pm.                                                                                                           | 0.10<br>190.00/hr | 19.00    |
|            | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP's Monthly Fee Application for May 1, 2011 - May 31, 2011; save to file and print for review and coding.                       | 0.30<br>190.00/hr | 57.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Consolidating Appeals and Setting Schedule for Briefing (related document(s)[26168], [26516]). Signed on 6/29/2011.       | 0.30<br>400.00/hr | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) AGREED Order Consolidating Appeals and Setting Schedule for Briefing (related document(s)[26193], [26516]). Signed on 6/29/2011. | 0.30<br>400.00/hr | 120.00   |
|            | DKH | Reviewed LBL's Fifteenth Monthly Fee Application for the period May 1, 2011 through May 31, 2011.                                                                                                     | 0.70<br>400.00/hr | 280.00   |
|            | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for LBL's Fifteenth Monthly Application.                                                                          | 0.20<br>400.00/hr | 80.00    |
|            | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for May 1, 2011 - May 31, 2011.  Reviewed same.                                                      | 0.40<br>400.00/hr | 160.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. Hearing scheduled for 7/6/2011 at 09:30 AM. | 0.30<br>400.00/hr | 120.00   |
| 6/30/2011  | GP  | Calculations for breakdown of fees for Scarfone Hawkins (May 1, 2011-May 31, 2011)                                                                                                                    | 0.40<br>190.00/hr | 76.00    |
|            | KEH | Scheduled telephonic appearance for DKHogan through CourtCall for  appearance at WRG hearing on 7-6-2011.                                                                                             | 0.10<br>190.00/hr | 19.00    |
|            | KEH | Meeting with DKHogan, re: Thirty-Ninth quarter project category summary.                                                                                                                              | 0.50<br>190.00/hr | 95.00    |
|            | KEH | Audit Thirty-Ninth Quarter Project Category Summary provided by Debtors' counsel; cull out discrepancies between report and actual fee applications and payments.                                     | 1.20<br>190.00/hr | 228.00   |
|            | KEH | E-mail correspondence from Gabrielle Palagruto, re: WRGrace Agenda for 7-6-2011 hearing; review and save to file.                                                                                     | 0.20<br>190.00/hr | 38.00    |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*        Page   13

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/30/2011 | KEH | Revise WRGrace payment spreadsheet register. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Jamie O'Neill, Esq., re: review of Exhibit A to the Certification regarding the 39th quarter and discrepancies in same. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Preparation of Scarfone Hawkins 15th monthly fee application for the period May 1, through May 31, 2011. | 1.50<br>190.00/hr | 285.00 |
|  | KEH | E-mail correspondence from James O'Neill, Esq., advising to contact the office of the Fee Auditor regarding discrepancies in 39th Quarter Project Category Summary. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander' in the Fee Auditor's office, re: discrepancies with 39th Quarter Project Category Summary per instruction from James ONeill, Esq.; amounts for The Hogan Firm match perfectly; as well as the fees (only) for Lauzon Belanger Lesperance (LBL May and June 2010 applications were omitted for Scarfone Hawkins; spreadsheet attached tracking fee applications and payments; LBL total expenses exceed actual expenses by $61,492.84. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander inquiring regarding errors in proposed fee order, or only in the Project Category Spreadsheet; review same and advise. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Meeting with Daniel Hogan regarding revisions to the certificate of service for the monthly applications; revise same. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | E-mail correspondence from Cindy Yates transmitting execution certification for SH's 15th monthly fee application; attach to file and save as exhibit. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from CourtCall regarding cancellation of July 6, 2011 hearing in WRGrace; calendar same. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Electronically file the Fifteenth Monthly Application of The Hogan Firm for the period May 1, through May 31, 2011. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail to service parties transmitting, for service, the Fifteenth Monthly Application of The Hogan Firm for the period May 1, through May 31, 2011. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | Electronically file the Fifteenth Monthly Application of Lauzon Bélanger Lespérance for the period May 1, through May 31, 2011. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence to Service Parties transmitting the Fifteenth Monthly Application of Lauzon Bélanger Lespérance, filed June 30, 2011, Docket No. 27195. | 0.20<br>190.00/hr | 38.00 |

Canadian ZAI Claimants                                    *7/1/2011*    *18026*        Page   14

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/30/2011 | KEH | Electronically file the Fifteenth Monthly Application of Scarfone Hawkins LLP, for the period May 1, through May 31, 2011. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence to Service Parties transmitting the Fifteenth Monthly Application of Scarfone Hawkins LLP, filed June 30, 2011, Docket No. 27196. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting,  in Word format, the Fifteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 27194 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Fifteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 27195 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting,  in Word format, the Fifteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 27196 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with James at IKON transmitting the Fifteenth Monthly Applications of The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins LLP to be copied and hand delivered to The Office of the United States Trustee. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondences with Bobbi Ruhlander, re: forthcoming copies of 14th and 15th monthly applications. | 0.20 190.00/hr | 38.00 |
|  | KEH | Copy and prepare 14th and 15th monthly applications for mailing to Fee Auditor and WRGrace. | 0.40 190.00/hr | 76.00 |
|  | DKH | E-mail correspondence with response@courtcall.com.  Reviewed Courtcall confirmation for the July 6 hearing. | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Thirty-Ninth Period (related document(s)[27178]). Signed on 6/30/2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed Certification regarding the 39th quarter. Compared figures and noted discrepancy; met with paralegal and gave her instructions. | 0.50 400.00/hr | 200.00 |
|  | DKH | Reviewed and revised Scarfone Hawkins 15th monthly fee application. | 0.60 400.00/hr | 240.00 |
|  | DKH | Reviewed and revised The Hogan Firm 15th monthly fee application. | 0.70 400.00/hr | 280.00 |

Canadian ZAI Claimants                                           *7/1/2011*    *18026*        Page   15

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/30/2011 | DKH | E-mail correspondence with James O'Neill concerning discrepancy. | 0.10<br>400.00/hr | 40.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning the discrepancy we located. | 0.10<br>400.00/hr | 40.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson. | 0.20<br>400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Fifteenth) of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. Filed by Canadian ZAI Claimants. | 0.30<br>400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Fifteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. Filed by Canadian ZAI Claimants. | 0.30<br>400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Fifteenth) of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. Filed by Canadian ZAI Claimants. | 0.30<br>400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[27187]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/6/2011 at 09:30 AM (Hearing cancelled). | 0.20<br>400.00/hr | 80.00 |

*For professional services rendered*                                59.80      *$16,507.00*

**Additional Charges :**

| | | |
|---|---|---|
| 5/13/2011 | IKON Office Solutions- 5 Qtrly | 758.28 |
| 6/10/2011 | WSFS Bank - Wire Charge for Outgoing International Wire ($45.00); Incoming Wire from WRGrace ($15.00) (2/11 Fee Application) | 60.00 |
| 6/13/2011 | IKON Office Solutions- 14th Mo, 13th Mo CNOs, and 5th Quarterly CNOs | 137.88 |
| 6/24/2011 | WSFS Bank - Wire Charge for Outgoing International Wire ($45.00); Incoming Wire from WRGrace ($15.00) | 60.00 |
|  | Photocopies (In-House) - Monthly & Quarterly Applications | 92.10 |

Canadian ZAI Claimants                            *7/1/2011*    *18026*        Page   16

|  |  | *Amount* |
|---|---|---|
| 6/30/2011 | Federal Express to WRGrace, Columbia, MD (14th & 15th Monthly Fee Applications) | 13.00 |
|  | Federal Express to Warren H. Smith & Assoc, Dallas, TX (14th & 15th Monthly Fee Applications) | 20.55 |
|  | Photocopies - 15th Monthly Fee Applications (144 @ .10) | 14.40 |
|  | CM/ECF - Bankruptcy Court | 10.00 |
|  | IKON Office Solutions- 15th Monthly Fee Apps | 10.05 |
|  | ***Total additional charges*** | *$1,176.26* |
|  | ***Total amount of this bill*** | *$17,683.26* |
|  | ***Previous balance*** | *$13,251.91* |
|  | **Accounts receivable transactions** |  |
| 7/6/2011 | Payment - Thank You. Check No. 9878806 | ($13,251.91) |
|  | ***Total payments and adjustments*** | *($13,251.91)* |
|  | **Balance due** | **$17,683.26** |

****TERMS: DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

As of June 1, 2011, Daniel K. Hogan's Hourly Rate Increased

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 24.50 | 400.00 | $9,800.00 |
| Gabrielle Palagruto | 2.90 | 190.00 | $551.00 |
| Karen E. Harvey | 32.40 | 190.00 | $6,156.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE          :
                           : ss
COUNTY OF NEW CASTLE :

     I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

     1.     I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

     2.     The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

     3.     I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

     4.     I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

     I verify under penalty of perjury that the foregoing is true and correct.

                                         Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 28th day of July, 2011.

Notary Public
My Commission Expires: