# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 24, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**FOURTEENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                                    Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                        Canadian Zonolite Attic Insulation Claimants
                                                              ("Canadian ZAI Claimants")

Date of Retention:                                  March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:              April 1, 2011, through April 30, 2011

Amount of compensation sought
as actual, reasonable and necessary:    CDN $    17,471.25

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:  CDN $    2,475.77

This Applicant's Fourteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | Pending | Pending |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of April 1, 2011, through April 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 21.55 | $11,313.75 |
| David Thompson – Travel | | $262.50 | 3.00 | $ 787.50 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 9.60 | $ 4,320.00 |
| Matthew G. Moloci - Travel | | $225.00 | 2.00 | $ 450.00 |
| Cindy Yates | Law Clerk, 26 Yrs., 1985 | $120.00 | 5.00 | $ 600.00 |
| **Grand Total** | | | **41.15** | **$ 17,471.25** |
| Blended Rate | | | | $ 424.57 |
| Blended Rate (excluding Law Clerk time) | | | | $ 466.70 |

**Monthly Compensation by Matter Description for the Period of April 1, 2011, through April 30, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 20.90 | $ 10,702.50 |
| 11 - Fee Applications, Applicant | 6.25 | $ 1,218.75 |
| 14 - Hearings | 11.30 | $ 4,335.00 |
| 16 - Plan and Disclosure Statement | 2.70 | $ 1,215.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| **TOTAL** | **41.15** | **$ 17,471.25** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

**Monthly Expense Summary for the Period April 1, 2011, through April 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | 1180 @ .10 | $ 118.00 |
| Postage | | 0.00 |
| Supplies | | $ 9.00 |
| Travel – Meals | Sharkey's Grill Lunch – Moloci & Thompson | $ 53.98 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | $ 2,294.79 |
| **TOTAL** | | **$ 2,475.77[3]** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2011, through April 30, 2011, (this "Monthly Fee Statement")[4] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 24, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[3] Applicant's receipts for expenses incurred for April 1, 2011, through April 30, 2011, are attached hereto as **Exhibit A.**

[4] Applicant's Invoice for April 1, 2011, through April 30, 2011, is attached hereto as **Exhibit B.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2011, through April 30, 2011, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $17,471.25, and actual and necessary expenses in the amount of CDN $2,475.77 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $19,947.02; Actual Interim Payment of CDN $13,977.00 (80% of the allowed fees) and reimbursement of CDN $2,475.77 (100% of the allowed expenses) be authorized for a total payment of CDN $16,452.77; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements

of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

David Thompson is attached hereto as **Exhibit C**.


Dated: June 10, 2011                         Respectfully submitted,

                                   By:    */s/ Daniel K. Hogan*
                                          Daniel K. Hogan (DE Bar No. 2814)
                                          THE HOGAN FIRM
                                          1311 Delaware Avenue
                                          Wilmington, Delaware 19806
                                          Telephone: 302.656.7540
                                          Facsimile: 302.656.7599
                                          Email: dkhogan@dkhogan.com


                                          **Counsel to the Representative Counsel as Special
                                          Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

DAC – MEMO

SUBMITTED BY: CINDY/DT          Date:  04/04/2011

| FILE # 05L121 | RE: Zonolite Class Action |
|---|---|

TASK: Photocopy – Grace's Motion Record returnable for April 8, 2011

| AMOUNT | ITEM | AGENT USED OR INHOUSE PLEASE CIRCLE | EXPL. CODE | GL # |
|---|---|---|---|---|
| $ | LONG DISTANCE | | 80 | 5112 |
| $ | FAX | | 81 | 5074 |
| $ | POSTAGE/REGISTERED MAIL | | 82 | 5071 |
| $ | COURIER | | 83 | 5073 |
| $    104.50 | PHOTOCOPY | 1045 pages x .10 cents | 101 | 5067 |
| $    7.00 | TABS/BINDING COSTS | 28 x .25 cents | 77 | 5096 |
| $ | PPSA INQUIRY | ONLINE ($11.00 EACH) CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 68 | 5061 |
| $ | PPSA FINANCING STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 149 | 5061 |
| $ | PPSA CHANGE STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 150 | 5061 |
| $ | INSOLVENCY SEARCH | ONLINE INDUSTRY CAN. | 104 | 5062 |
| $ | BANK ACT SEARCH | CDN. SECURITIES | 74 | 5062 |
| $ | CREDIT BUREAU | | 148 | 5063 |
| $ | CORPORATE SEARCH | ONCORP RAPID SEARCH | 57 | 5093 |
| $ | VEHICLE SEARCH (PHONE) | | 51 | 5072 |
| $ | CERTIFICATE OF STATUS | ONCORP RAPID SEARCH | 65 | 5072 |
| $ | TERAVIEW | | | 5011 |
| $ | QUICKLAW | | 105 | 5075 |

DAC – MEMO

SUBMITTED BY:  CINDY/DT          Date:  04/04/2011

| FILE # 05L121 | RE: Zonolite Class Action |
|---|---|

TASK: Photocopy – Grace's Motion Record returnable for April 8, 2011 – Factum and Brief of Authority

| AMOUNT | ITEM | AGENT USED OR INHOUSE PLEASE CIRCLE | EXPL. CODE | GL # |
|---|---|---|---|---|
| $ | LONG DISTANCE | | 80 | 5112 |
| $ | FAX | | 81 | 5074 |
| $ | POSTAGE/REGISTERED MAIL | | 82 | 5071 |
| $ | COURIER | | 83 | 5073 |
| $     13.50 | PHOTOCOPY | 135 pages x .10 cents | 101 | 5067 |
| $      2.00 | TABS/BINDING COSTS | 8 x .25 cents | 77 | 5096 |
| $ | PPSA INQUIRY | ONLINE ($11.00 EACH) CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 68 | 5061 |
| $ | PPSA FINANCING STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 149 | 5061 |
| $ | PPSA CHANGE STATEMENT | ONLINE CDN. SECURITIES RAPID SEARCH DISTINCT CREDIT | 150 | 5061 |
| $ | INSOLVENCY SEARCH | ONLINE INDUSTRY CAN. | 104 | 5062 |
| $ | BANK ACT SEARCH | CDN. SECURITIES | 74 | 5062 |
| $ | CREDIT BUREAU | | 148 | 5063 |
| $ | CORPORATE SEARCH | ONCORP RAPID SEARCH | 57 | 5093 |
| $ | VEHICLE SEARCH (PHONE) | | 51 | 5072 |
| $ | CERTIFICATE OF STATUS | ONCORP RAPID SEARCH | 65 | 5072 |
| $ | TERAVIEW | | | 5011 |
| $ | QUICKLAW | | 105 | 5075 |

SHARKEY'S GRILL
www.facebook.com/SharkeysGrill
www.twitter.com/SharkeysGrill
Join us Fridays for Groove Lounge DJs
and Saturdays for Live Bands!!

Table  #89

Trans#:    241848          Serv: Andrea
04/08/2011 2:15 PM          # Cust:2

Quan  Descript                    Cost

1 PEPSI                        $2.50
1 DIET PEPSI                   $2.50
1 Cappuccino                   $3.99
1 Calamari!                    $10.00
2 Kobe Sliders!                $29.00

Net Total:     $47.99
HST 8%         $3.84
HST 5%         $2.40

TOTAL:  $54.23
Amount  Due:  $54.23

Food: $47.99

220 North Service Road West
Oakville, Ontario
905-844-1400
HAPPY HOUR APPS 4 to 6:30 pm Mon to Fri
2 FOR 1 PIZZAS Sun all day & Mon night
hst#802849497tr0001

** Customer Copy **
SHARKEY'S GRILL AND
Tab:  89
Andrea   04/08/2011 2:19 PM

Transaction #         241848
Amex

Amount      $54.23

TIP  : _____

TOTAL : ___61__

# EXHIBIT B

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
April 30, 2011
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
## B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

---

## CANADIAN ZAI MONTHLY FEE APPLICATION
## (April 1, 2011 – April 30, 2011)

---

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04 /01/11 | brief review of motion record returnable April 8, 2011, emails to and from Orestes Pasparakis, discuss with Matt Moloci re: attendance on motion and necessity of filing materials | DT | $525.00 | 1.00 | $525.00 |
| 04 /01/11 | telephone to Orestes Pasparakis with Matt Moloci re: April 8th motion | DT | $525.00 | 0.25 | $131.25 |
| 04 /01/11 | receipt and review Karen Harvey email, certification, fee application, email to Karen Harvey | DT | $525.00 | 0.35 | $183.75 |
| 04 /01/11 | Emails form and to David Thompson and Orestes Pasparakis regarding motion seeking CCAA approval of confirmation order; review motion materials; conference with Thompson; teleconference with Thompson and Pasparakis regarding CCAA motion | MGM | $450.00 | 1.20 | $540.00 |
| 04 /01/11 | Emails from Karen Harvey with attached 12th Monthly Fee Application materials; review; emails from David Thompson to Harvey regarding application and certificate | MGM | $450.00 | 0.10 | $45.00 |
| 04 /04/11 | receipt Karen Harvey email re: 12th Monthly Application | DT | $525.00 | 0.10 | $52.50 |
| 04 /04/11 | receipt and review Grace Factum re: Recognition Motion returnable April 8, 2011 | DT | $525.00 | 0.75 | $393.75 |
| 04 /04/11 | emails to and from Keith Ferbers, emails to and from Dan Hogan re: amendments to Trust Distribution Procedures (TDP's) | DT | $525.00 | 0.25 | $131.25 |
| 04 /04/11 | Emails from Karen Harvey with attached 12th Monthly Fee Application materials; review | MGM | $450.00 | 0.10 | $45.00 |
| 04 /04/11 | Email from David Thompson regarding CCAA motion and attendance; email reply to Thompson regarding attendance; further emails from and to Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 04 /04/11 | Email from Keith Ferbers regarding upcoming CCAA motion for approval of confirmation order; review; email from David Thompson regarding Ferbers' email | MGM | $450.00 | 0.10 | $45.00 |
| 04 /04/11 | Email inquiry from possible class member Gary Carson requesting update; email to David Thompson forwarding Carson email | MGM | $450.00 | 0.10 | $45.00 |

| 04 /04/11 | Email from Adrienne Glen with attached Factum and Book of Authorities of Grace regarding CCAA motion seeking approval of confirmation order; emails from and to David Thompson | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 04 /05/11 | receipt Adrienne Glenn email, memo to Lauren Mrowka, memo to Matt Moloci, etc., all re: factum and book of authorities for April 8th motion | DT | $525.00 | 0.25 | $131.25 |
| 04 /05/11 | receipt Orestes Pasparakis and Jacqueline Dais-Visca emails re: April 8th hearing, etc., receipt Matt Moloci memo re: additional argument | DT | $525.00 | 0.25 | $131.25 |
| 04 /05/11 | receipt Dan Hogan email, email to Dan Hogan re: TDP's, emails to and from Keith Ferbers re: TDP's | DT | $525.00 | 0.35 | $183.75 |
| 04 /05/11 | Review Grace motion materials; email to David Thompson regarding additional points to be argued by Representative Counsel; email reply from Thompson | MGM | $450.00 | 0.30 | $135.00 |
| 04 /05/11 | Emails from Orestes Pasparakis and Jacqueline Dais-Visca regarding Crown's position on CCAA motion; review | MGM | $450.00 | 0.20 | $90.00 |
| 04 /05/11 | Email report from David Thompson to Keith Ferbers regarding CCA motion; further email report to Dan Hogan forwarding email to Ferbers; email reply from Hogan with attached current PI Trust TDP; review; further email from Thompson to Ferbers forwarding TDP document; further email from Ferbers | MGM | $450.00 | 0.30 | $135.00 |
| 04 /06/11 | review of Grace's factum re: April 8th motion and consider factum of representative counsel, etc., prepare outline of possible items for representative counsel factum | DT | $525.00 | 1.00 | $525.00 |
| 04 /06/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /06/11 | prepare rough preliminary draft of factum for April 8th hearing | DT | $525.00 | 2.00 | $1,050.00 |
| 04 /06/11 | various follow-ups memos to and from Cindy Yates re: April 8th hearing materials | DT | $525.00 | 0.25 | $131.25 |
| 04 /06/11 | receipt and review of Crown materials re: motion returnable April 8th, review affidavit, factum and authorities, etc. | DT | $525.00 | 1.00 | $525.00 |
| 04 /06/11 | further and additional work on drafting representative counsel factum for April 8th hearing, etc. | DT | $525.00 | 0.50 | $262.50 |
| 04 /06/11 | Email from Julie Tomaselli of Crown with attached motion materials for CCAA hearing; review; email from David Thompson regarding Crown materials; conference with Thompson regarding preparation of Representative Counsel factum for CCAA motion | MGM | $450.00 | 0.40 | $180.00 |
| 04 /07/11 | follow-up memo re: draft factum, etc. | DT | $525.00 | 0.25 | $131.25 |
| 04 /07/11 | amend and revise draft factum, memo to Matt Moloci, memo to file, follow-up re: service and filing of factum | DT | $525.00 | 0.75 | $393.75 |
| 04 /07/11 | memos to and from Lauren Mrowka, amend draft factum, follow-up to have served and filed | DT | $525.00 | 0.25 | $131.25 |
| 04 /07/11 | emails to and from Orestes Pasparakis with respect to Grace's motion scheduled for April 8th | DT | $525.00 | 0.10 | $52.50 |
| 04 /07/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /07/11 | receipt Keith Ferbers' email, review and consider Ferbers' factum, etc., memo to file | DT | $525.00 | 0.35 | $183.75 |
| 04 /07/11 | review all motion materials and briefs to prepare for court hearing before Mr. Justice Morawetz | DT | $525.00 | 2.00 | $1,050.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04 /07/11 | Email from David Thompson with attached draft factum of Representative Counsel for CCAA motion; review; emails to and from Thompson regarding proposed revisions to draft factum; conference with Thompson; email from Thompson to parties serving Representative Counsel's factum; emails from Jacqueline Dais-Visca, Keith Ferbers and Orestes Pasparakis regarding motion and materials served | MGM | $450.00 | 0.40 | $180.00 |
| 04 /07/11 | Email from Keith Ferbers with attached Factum of Thundersky for CCAA motion; review | MGM | $450.00 | 0.20 | $90.00 |
| 04 /07/11 | Review all motion materials in preparation for CCAA motion and hearing regarding approval of confirmation order | MGM | $450.00 | 1.20 | $540.00 |
| 04 /08/11 | travel to Toronto (6:30 a.m. - 8:30 a.m.) | DT | $262.50 | 2.00 | $525.00 |
| 04 /08/11 | chat and review with Matt Moloci, prepare for motion before Morawetz, J., (8:30 a.m. - 9:30 a.m.) | DT | $525.00 | 1.00 | $525.00 |
| 04 /08/11 | attendance at motion before Morawetz J., (10:00 a.m. - 12:30 p.m.) | DT | $525.00 | 2.50 | $1,312.50 |
| 04 /08/11 | return travel to office | DT | $262.50 | 1.00 | $262.50 |
| 04 /08/11 | emails to and from Keith Ferbers and receipt issued and entered order of Morawetz, J. | DT | $525.00 | 0.25 | $131.25 |
| 04 /08/11 | receipt endorsement of Morawetz, J., prepare type written version , letter to Michel Belanger and Careen Hannouche reporting on the motion, memo to Matt Moloci, etc. | DT | $525.00 | 0.35 | $183.75 |
| 04 /08/11 | Travel Oakville to Toronto (7:30 – 9:00); return travel Toronto to Oakville (13:30 to 14:00) | MGM | $225.00 | 2.00 | $450.00 |
| 04 /08/11 | Conferences with Counsel, Derek Tay, Orestes Pasparakis, Jacqueline Dais-Visca and David Thompson; attend hearing of Grace motion seeking CCAA recognition of U.S. Confirmation (9:45 – 12:30); receive emails between David Thompson and Keith Ferbers inquiring and reporting regarding the hearing; email from Adrienne Glen with attached issued and entered order of Justice Morawetz; email from Adrienne Glen with attached facsimile of endorsement of Justice Morawetz; review endorsement | MGM | $450.00 | 2.80 | $1,260.00 |
| 04 /11/11 | receipt Careen Hannouche email with respect to Order and Endorsement of Morawetz, J. | DT | $525.00 | 0.10 | $52.50 |
| 04 /11/11 | Email report from David Thompson to Keith Ferbers regarding hearing of Grace motion seeking CCAA recognition of U.S. Confirmation Order; review | MGM | $450.00 | 0.10 | $45.00 |
| 04 /11/11 | Email from David Thompson with attached typed transcription of Justice Morawetz's handwritten endorsement on Grace's motion seeking recognition; review | MGM | $450.00 | 0.20 | $90.00 |
| 04 /11/11 | Email from Dan Hogan with attached draft motion materials seeking US approval of Collectiva as claims administrator; review | MGM | $450.00 | 0.20 | $90.00 |
| 04 /12/11 | receipt and review draft motion materials for appointment of Collectiva as Claims Administrator, etc., email to Dan Hogan providing input and comments, etc. | DT | $525.00 | 1.00 | $525.00 |
| 04 /12/11 | receipt Careen Hannouche email and Dan Hogan response re: motion | DT | $525.00 | 0.10 | $52.50 |
| 04 /12/11 | Email from David Thompson to Dan Hogan with comments regarding draft U.S. motion seeking appointment of Collectiva as claims administrator; review comments; email reply from Hogan; further emails from Thompson and Hogan; further email from Hogan with attached revised draft motion materials seeking appointment of Collectiva; review | MGM | $450.00 | 0.40 | $180.00 |

| 04 /12/11 | Email from David Thompson to Dan Hogan with attached order of Justice Morawetz regarding CCAA motion | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 04 /13/11 | receipt Karen Harvey email and revised motion record, etc., letter to Dan Hogan with respect to motion to have Collectiva appointed as Claims Administrator | DT | $525.00 | 0.35 | $183.75 |
| 04 /13/11 | Email from Cindy Yates regarding receipt of payment from Grace, reconciliation and application | MGM | $450.00 | 0.10 | $45.00 |
| 04 /13/11 | Email from David Thompson to Dan Hogan regarding further revisions to motion materials seeking appointment of Collectiva | MGM | $450.00 | 0.10 | $45.00 |
| 04 /14/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /14/11 | receipt Karen Harvey email and amended motion, review same and email to Dan Hogan and Karen Harvey | DT | $525.00 | 0.25 | $131.25 |
| 04 /14/11 | Email from Dan Hogan with attached further revised motion materials seeking appointment of Collectiva as claims administrator; review; further emails from David, Thompson, Dan Hogan, Karen Harvey and Careen Hannouche regarding draft motion materials | MGM | $450.00 | 0.20 | $90.00 |
| 04 /15/11 | receipt Karen Harvey email, review redline version of motion, email to Karen Harvey | DT | $525.00 | 0.25 | $131.25 |
| 04 /15/11 | receipt Careen Hannouche email re: Dan Hogan invoice and payment | DT | $525.00 | 0.10 | $52.50 |
| 04 /15/11 | Emails from and to David Thompson, Careen Hannouche and Karen Harvey regarding final draft of motion materials seeking appointment of Collectiva | MGM | $450.00 | 0.10 | $45.00 |
| 04 /18/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /19/11 | receipt Careen Hannouche letter, memo to CY, receipt of and respond to class member inquiries re: status of settlement | DT | $525.00 | 0.25 | $131.25 |
| 04 /20/11 | receipt and review of motion record re: appointment of Collectiva as Claims Administrator | DT | $525.00 | 0.50 | $262.50 |
| 04 /25/11 | review motion record from Dan Hogan re: appointment of Collectiva as Claims Administrator, letter to Michel Belanger and Careen Hannouche re: Claims Administration | DT | $525.00 | 1.00 | $525.00 |
| 04 /25/11 | receipt Karen Harvey email re: wire transfer of monies | DT | $525.00 | 0.10 | $52.50 |
| 04 /25/11 | Email from Karen Harvey regarding wire transfer of payment of 11th Monthly Fee Applications | MGM | $450.00 | 0.10 | $45.00 |
| 04 /26/11 | Email from David Thompson to Michel Belanger and Careen Hannouche in follow-up to motion seeking appointment of Collectiva as claims administrator and proposed meeting for development of the claims administration process; email reply from Belanger | MGM | $450.00 | 0.20 | $90.00 |
| 04 /27/11 | emails to and from Careen Hannouche regarding fee application and wire transfer of funds from Grace | DT | $525.00 | 0.10 | $52.50 |
| 04 /27/11 | receipt MGM memo and follow-up email to M. Belanger re: meeting with Collectiva (Claims Administrator) | DT | $525.00 | 0.10 | $52.50 |
| 04 /27/11 | Email from Careen Hannouche confirming receipt of wire transfer in distributive payment of fee application | MGM | $450.00 | 0.10 | $45.00 |
| 04 /27/11 | Email reply to David Thompson regarding proposed meeting at Lauzon, Belanger in Montreal for further review and development of claims administration process | MGM | $450.00 | 0.10 | $45.00 |

| 04 /29/11 | review dockets for period April 1, 2011 to April 30, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period April 1, 2011 to April 30, 2011 | LC | $120.00 | 5.00 | $600.00 |
| 04 /30/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| | | | SUB-TOTAL | 41.15 | $17,471.25 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 3.00 | $262.50 | $787.50 | $102.37 |
| DAVID THOMPSON | DT | 21.55 | $525.00 | $11,313.75 | $1,470.79 |
| MATTHEW G. MOLOCI | MGM | 2.00 | $225.00 | $450.00 | $58.50 |
| MATTHEW G. MOLOCI | MGM | 9.60 | $450.00 | $4,320.00 | $561.60 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| SUB-TOTAL: | | 41.15 | | $17,471.25 | $2,271.26 |
| TOTAL FEES AND TAXES: | | | | | $19,742.51 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 04/04/2011 | Photocopy – Grace's Motion Record returnable for April 8, 2011 – 1045 pages x .10 cents | | $104.50 | | |
| 04/04/2011 | Tabs /Binding Costs – Grace's Motion Record returnable for April 8, 2011 | | $7.00 | | |
| 04/04/2011 | Photocopy – Grace's Factum and Brief of Authorities with respect to Motion Record returnable for April 8, 2011 – 135 pages x .10 cents | | $13.50 | | |
| 04/04/2011 | Tab/Binding Costs – Grace's Factum and Brief of Authorities with respect to Motion Record returnable for April 8, 2011 | | 2.00 | | |
| 04/04/2011 | David Thompson/Matt Moloci – Travel Expense – Lunch at Sharkey's Grill – Grace's motion returnable April 8, 2011 in Toronto | | $53.98 | | |
| TOTAL DISBURSEMENTS: | | | $180.98 | $23.53 | $204.51 |

| TOTAL FEES AND APPLICABLE TAXES: | $19,947.02 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO     :
                        : ss
CITY OF HAMILTON        :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1.      I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2.      On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.      On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.      Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4.      I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 10TH day of June, 2011.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.