# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 12, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

**SIXTEENTH MONTHLY APPLICATION**
**OF LAUZON BÉLANGER LESPÉRANCE**
**AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | June 1, 2011, through June 30, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   1,874.70 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $      266.53 |

This is Applicant's Sixteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Docket No. 27328
Filed 07/28/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 $ 3,228.69 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 $ 422.94 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 $1,236.84 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 $ 1,023.75 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $2,503.44 $ 625.86 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 $ 440.80 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | $ 1,393.84 $ 348.46 | $ 224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $ 4,248.75 | $ 550.52 | $ 3,399.00 $ 849.75 | $ 550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $ 1,952.65 | $ 251.40 | $1,562.12 $ 390.53 | $ 251.40 |
| 01/28/2011 Dkt. #26133 | December 1, 2010 – December 31, 2010 | $ 3,712.35 | $ 517.63 | $ 2,969.88 $ 742.47 | $ 517.63 |
| 03/08/2011 Dkt. #26513 | January 1, 2011 – January 31, 2011 | $ 8,152.00 | $ 1,236.19 | $ 6,521.60 | $ 1,236.19 |
| 04/01/2011 Dkt. #26701 | February 1, 2011 – February 28, 2011 | $ 2,680.45 | $ 374.39 | $ 2,144.36 | $ 374.39 |
| 05/10/2011 Dkt. #26919 | March 1, 2011 – March 31, 2011 | $ 3,931.95 | $ 548.89 | $ 3,145.56 | $ 548.89 |
| 06/10/2011 Dkt. #27067 | April 1, 2011 – April 30, 2011 | $ 6,683.40 | $ 1,007.39 | $ 5,346.72 | $ 1,007.39 |
| 06/30/2011 Dkt. #27195 | May 1, 2011 – May 31, 2011 | $ 3,325.35 | $ 469.55 | Pending | Pending |

**Fee Detail by Professional for the Period of June 1, 2011, through June 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $450.00[2] | 2.00 | $ 900.00 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 3.42 | $ 974.70 |
| **Grand Total** | | | **5.42** | **$ 1,874.70** |
| Blended Rate | | | | $ 345.89 |

**Monthly Compensation by Matter Description for the Period of June 1, 2011, through June 30, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 4.34 | $ 1,566.90 |
| 11 - Fee Applications, Applicant | 1.08 | $ 307.80 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **5.42** | **$ 1,874.70** |

---

[2] On March 1, 2011, Michel Bélanger's hourly rate increased.

3

**Monthly Expense Summary for the Period June 1, 2011, through June 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
| --- | --- | --- |
| Facsimile transmittals | | 0.00 |
| Photocopies (In-house) | 48 @ .10 | 4.80 |
| Conference Calls | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 93.98 |
| Quebec Sales Tax (Q.S.T.) | | 167.75 |
| **TOTAL** | | **$ 266.53** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for June 1, 2011, through June 30, 2011, (this "Monthly Fee Statement")[3] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 12, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[3] Applicant's Invoice for June 1, 2011, through June 30, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period June 1, 2011, through June 30, 2011, an allowance be made to LBL for compensation in the amount of CDN $1,874.70 and actual and necessary expenses in the amount of CDN $266.53 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $2,141.23; Actual Interim Payment of CDN $1,499.76 (80% of the allowed fees) and reimbursement of CDN $266.53 (100% of the allowed expenses) be authorized for a total payment of CDN $1,766.29; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated:   July 28, 2011                              Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

6

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

July 11, 2011

RE : W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(June 1st 2011 to June 30th 2011)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2011-06-01 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change | 0.17 | 285.00 | 48.45 |
| 2011-06-06 | CH | Email to Kathy Davis (Rust Consulting) re: claimant's address change | 0.25 | 285.00 | 71.25 |
| 2011-06-08 | CH | Review of email from David Thompson re: meeting with Don Pinchin (Pinchin Environmental) | 0.25 | 285.00 | 71.25 |
| 2011-06-08 | MB | Review of email from David Thompson re: meeting with Mr. Pinchin | 0.25 | 450.00 | 112.50 |
| 2011-06-10 | CH | Email to Karen Harvey re: receipt of WR Grace payment for February application | 0.08 | 285.00 | 22.80 |
| 2011-06-10 | CH | Review of April monthly application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2011-06-13 | CH | Email to Mr. Thompson re: meeting with Don Pinchin (Pinchin Environmental) and Anna Vetere (Collectiva) | 0.25 | 285.00 | 71.25 |
| 2011-06-14 | CH | Email to Cindy Yates re: receipt of wire transfer of portion of The Hogan Firm's fees | 0.17 | 285.00 | 48.45 |
| 2011-06-20 | CH | Email to David Thompson re: meeting claims protocol | 0.25 | 285.00 | 71.25 |
| 2011-06-20 | CH | Email to Kathy Davis (Rust Consulting) | 0.25 | 285.00 | 71.25 |
| 2011-06-20 | CH | Email to Matt Moloci re: Claim files and database | 0.17 | 285.00 | 48.45 |
| 2011-06-21 | MB | Review of a letter from Matt Moloci to Mr. Pinchin; | 0.25 | 450.00 | 112.50 |
| 2011-06-21 | MB | Meeting with Careen Hannouche re: Mr. Pinchin; | 0.50 | 450.00 | 225.00 |

LAUZON BÉLANGER LESPÉRANCE INC. I WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST I BUREAU 100 I MONTRÉAL I QUÉBEC I H2Y 2A3 I TÉLÉPHONE : 514.844.4646 I TÉLÉCOPIEUR : 514.844.7009

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2011-06-21 | CH | Meeting with Mr. Bélanger re: Pinchin | 0.50 | 285.00 | 142.50 |
| 2011-06-22 | CH | Review of email containing letter to Don Pinchin from David Thompson | 0.25 | 285.00 | 71.25 |
| 2011-06-22 | MB | Review of email from David Thompson re: letter to Mr. Pinchin | 0.25 | 450.00 | 112.50 |
| 2011-06-27 | MB | Review of email from David Thompson and Matt Moloci re: Collectiva and database | 0.75 | 450.00 | 337.50 |
| 2011-06-27 | CH | Email to Karen Harvey re: postal strike and The Hogan Firm June Invoice | 0.08 | 285.00 | 22.80 |
| 2011-06-27 | CH | Email to Karen Harvey re: receipt of wire transfers from WR Grace (February and March 2011) | 0.17 | 285.00 | 48.45 |
| 2011-06-28 | CH | Email to Karen Harvey re: correction in May time summary | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **5.42** | | **1,874.70** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 2.00 | $ 900.00 |
| CH | 285.00 | 3.42 | $ 974.70 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies (48 x ,10¢) | 4.80 |
| **TOTAL DISBURSEMENTS** | **4.80** |
| **TOTAL FEES AND DISBURSEMENTS** | **1,879.50** |
| G.S.T. 5% | 93.98 |
| Q.S.T. 8.5% | 167.75 |
| **TOTAL** | **$ 2,141.23** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC     :
                       : ss
CITY OF MONTREAL       :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                                                          Careen Hannouche

SWORN AND SUBSCRIBED
Before me this 28th day of July, 2011.

_____
Notary Public
My Commission Expires: July 24th, 2012

*[Notary seal: Commissaire à l'assermentation, Sandra Patricia Isaza, # 170 785, Pour le Québec]*