## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 8/25/2011; 4:00 PM ET |
| | § | Hearing Date: 12/19/2011; 9:00 AM ET |

**ELEVENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 41ST QUARTERLY
PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $68,900.00 for the reasonable and necessary legal services he has rendered to

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

-1-

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $820.65, for a total of $69,720.65, or one hundred

percent (100%) of all compensation and expense reimbursement requested, for the period April

1, 2011 through June 30, 2011 (the "Quarterly Fee Application"), and in support of this Quarterly

Fee Application, would respectfully show as follows:

<u>SUMMARY</u>

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                April 1, 2011 through June 30, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $68,900.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $820.65

This is a(n):    ☐Monthly    ☒Quarterly    ☐Interim    ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|---|---|---|---|---|---|
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Quarterly

Application period Mr. Rich billed 106.0 hours,[2] for a total amount billed of $68,900.00, of

which 80% ($55,120.00) has already been paid or has payment pending, leaving the amount not

yet approved or paid of $13,780.00.

_____

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

The time for preparation of this Eleventh Quarterly Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 87.8 | $57,070.00 |
| Fee Applications | 14.1 | $9,165.00 |
| Travel | 8.2   (at 100%) | $2,665.00   (at 50%) |
| TOTAL | 110.1 | $68,900.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call<br>Travel<br>Westlaw | $44.00<br>$533.60<br>$243.05 |
| TOTAL | $820.65 |

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as amended by the Amended Interim Compensation Order, establishing procedures for monthly compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Eleventh Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 41st Quarterly fee period of April 1, 2011 through June 30, 2011 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-Second Monthly Interim Period from April 1, 2011 Through April 30, 2011, seeking $13,364.00 in fees (80% of $16,705.00) and $44.00 in expenses;

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-Third Monthly Interim Period from May 1, 2011 Through May 31, 2011, seeking $22,932.00 in fees (80% of $28,665.00) and $243.05 in expenses;

(c)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-Fourth Monthly Interim Period from June 1, 2011 Through June 30, 2011, seeking $18,824.00 in fees (80% of $23,530.00) and $533.60 in expenses.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Thirty-Second, Thirty-Third and Thirty-Fourth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Thirty-Second, Thirty-Third and Thirty-Fourth monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, except for, as of the date hereof, the Thirty-Fourth Application for which a Certificate of No Objection has been filed but payment has not yet been received.

9.      Rich has filed ten prior Quarterly Fee Applications.

10.      By this Eleventh Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from April 1, 2011 through June 30, 2011, and authorize and require payment of said amounts less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.      Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the

Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from April 1, 2011 through June 30, 2011, an administrative allowance be made to Rich in the sum of $68,900.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $820.65 for reimbursement of actual and necessary costs and expenses incurred, for a total of $69,720.65; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2011.

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 5th day of August, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/23/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-SECOND MONTHLY INTERIM PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2011 through April 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $13,364.00   [80% of $16,705.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $44.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | CNO Filed | CNO Filed |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 25.7 hours,[2] for a total amount billed of $16,705.00 of which 80% is

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

currently sought, in the amount of $13,364.00, plus 100% of the expenses incurred during this period, in the amount of $44.00, for a total currently sought of $13,408.00.

As stated above, this is the Thirty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 22.7 | $14,755.00 |
| Travel | 0 | $0 |
| Fee Application Matters (including FCR and Local Counsel) | 3.0 | $1,950.00 |
| TOTAL | 25.7 | $16,705.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $44.00 |
| TOTAL | $44.00 |

//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 2nd day of May, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 4/1/2011 | Prepare, file and serve 31st Monthly Fee Application | 1.5 |
| 4/1/2011 | Review York acquisition of equity notice | 0.1 |
| 4/1/2011 | Review Maryland Casualty Notice of Cross Appeal re confirmation orders | 0.1 |
| 4/1/2011 | Review Maryland Casualty Desgination of Issue for Cross Appeal | 0.1 |
| 4/1/2011 | Review Libby Claimants statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review State of Montana statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review Canada's statement of issues on appeal from confirmation orders | 0.1 |

| | | |
|---|---|---|
| 4/1/2011 | Review monthly fee applications of Canadian ZAI counsel | 0.3 |
| 4/1/2011 | Review GEICO statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review AXA Belgium statement of issues on appeal from confirmation orders | 0.1 |
| 4/1/2011 | Review CNO re Notice of Proposed Sale of Certain Investment and Other Assets of Debtors' Grace Construction Products Business Unit Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets | 0.1 |
| 4/1/2011 | Review Anderson Memorial Hospital's statement of issues on appeal from confirmation orders and record designation | 0.2 |
| 4/1/2011 | Review Statement of Issues to be Presented to the United States District Court for the District of Delaware of the UCC and Bank Lender Group | 0.1 |
| 4/1/2011 | Review Stipulation consolidating appeals, etc. | 0.1 |
| 4/1/2011 | Review Arrowood Notice of Appearance in appeals | 0.1 |
| 4/1/2011 | Review Garlock's statement of issues on appeal from the confirmation orders | 0.1 |
| 4/4/2011 | Review Appellees' designation of the record on appeal from the confirmation orders | 0.5 |
| 4/4/2011 | Review Order of District Court resetting oral argument in appeals | 0.1 |
| 4/4/2011 | Draft Notice of Appearance in appeals and emails to and from local counsel re same | 0.4 |
| 4/4/2011 | Review CNO re 2011 Long Term Incentive Plan | 0.1 |
| 4/5/2011 | Prepare, file and serve CNO for Judge Sanders' 22nd Monthly Fee Application | 0.2 |

| | | |
|---|---|---|
| 4/5/2011 | Prepare, file and serve 23rd Monthly Fee Application of Judge Sanders | 0.7 |
| 4/6/2011 | Review Maryland Casualty counter-designation of issues on appeal | 0.1 |
| 4/6/2011 | Review Plan Proponents' counter-designation of record items for appeal | 0.1 |
| 4/6/2011 | Review Amended CNO re 2011 Long Term Incentive Plan | 0.1 |
| 4/7/2011 | Review February, 2011 Monthly Operating Report | 0.4 |
| 4/7/2011 | Review Opinion of Third Circuit dismissing Anderson Memorial Hospital's appeal from denial of class certification | 0.2 |
| 4/8/2011 | Review Order granting Motion to Implement 2011 LTIP | 0.1 |
| 4/8/2011 | Review acknoldegement of protective orders and revise and execute same and return to Debtors' counsel | 0.2 |
| 4/8/2011 | Email to client re status | 0.1 |
| 4/8/2011 | Review 1Q2011 Statement of Payments to Ordinary Course Professionals | 0.2 |
| 4/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/11/2011 | Review additional notices of intent to acquire equity filed by various York entities | 0.2 |
| 4/11/2011 | Emails to and from client and to Debtors' counsel re acknowledgment of protective orders | 0.2 |
| 4/11/2011 | Emails to and from fee auditor re Hill retention order | 0.1 |
| 4/11/2011 | Review FTP site re district court appeal | 0.3 |
| 4/11/2011 | Review Maryland Casualty statement of issues on cross appeal from confirmation orders | 0.1 |
| 4/11/2011 | Review Agenda for April Omnibus hearing | 0.1 |

| | | |
|---|---|---|
| 4/11/2011 | Attention to arrangements for attending April Omnibus hearing | 0.1 |
| 4/11/2011 | Email to client re telephonic April Omnibus hearing | 0.1 |
| 4/12/2011 | Email from client re Omnibus hearing | 0.1 |
| 4/12/2011 | Review Arrowood Counter-Designation of Record for District Court appeal of confirmation orders | 0.1 |
| 4/12/2011 | Review Plan Proponents' final index of record items for appeal | 0.4 |
| 4/13/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/14/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/15/2011 | Review Motion to approve Zonolite Road (Georgia) settlement | 0.5 |
| 4/15/2011 | Review Debtors' objection to claim of the Illinois dept of revenue | 0.3 |
| 4/15/2011 | Prepare file and serve CNO re Local Counsel's second fee application | 0.2 |
| 4/18/2011 | Attend telephonic April Omnibus hearing | 1.2 |
| 4/18/2011 | Review Correspondence from Debtors to Judge Buckwalter re cross appeal | 0.1 |
| 4/18/2011 | Review Canadian ZAI claimants' motion to appoint Canadian ZAI Settlement Administrator and emails to client and ZAI counsel re same | 0.5 |
| 4/19/2011 | Emails to and from clien re Canadian ZAI motion | 0.1 |
| 4/19/2011 | Email from US ZAI counsel re Canadian ZAI motion | 0.1 |
| 4/20/2011 | Memo to client re pending Canadian ZAI motion and research therefor | 1.0 |
| 4/20/2011 | Email to Richard Schiro, PD Trustee Nominee re status | 0.1 |
| 4/20/2011 | Review Notice of Service of Debtors' Supplemental Responses and Objections to Claimants Neutocrete, NSI and FTF's First Set of Interrogatories Directed to Debtors | 0.1 |

| 4/21/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 4/21/2011 | Email to local counsel re service issues | 0.1 |
| 4/21/2011 | Review Motion of Bank Lender Group and UCC re page limits | 0.1 |
| 4/21/2011 | Prepare file and serve CNO re 31st Monthly fee application | 0.2 |
| 4/22/2011 | Review Libby Claimants' Assented-To Motion to Submit Under Seal the Key Identifying Certain Libby Claimants By Number | 0.1 |
| 4/23/2011 | Review Anderson Memorial Hospital's Motion to Exceed Page Limits | 0.1 |
| 4/25/2011 | Review 39th Quarterly Report of Settlements | 0.1 |
| 4/25/2011 | Review 39th Quarterly Report of Asset Sales | 0.1 |
| 4/26/2011 | Prepare file and serve CNO for PD FCR 23rd Monthly Fee Application | 0.2 |
| 4/26/2011 | Review Exhibit F from Canadian ZAI administrator motion (omitted from initial filing) | 0.2 |
| 4/26/2011 | Review Pro Hac Vice application of Michael Brown in USDC | 0.1 |
| 4/26/2011 | Emails to and from local counsel re district court pleadings and preparation of USDC registration form | 0.2 |
| 4/27/2011 | Review Libby Claimants' opening appellate brief | 1.2 |
| 4/28/2011 | Conference with USDC re pro hac and electronic noticing issues | 0.1 |
| 4/28/2011 | Review Order granting Bank Lenders' motion for oversize Brief | 0.1 |
| 4/28/2011 | Review Notice of Acquisition of Equity by York-related entity | 0.1 |
| 4/28/2011 | Review Bank Lenders/UCC opening appellate brief | 1.5 |
| 4/28/2011 | Review briefing notice for appellees' briefs from USDC | 0.1 |
| 4/28/2011 | Review BNSF's opening appellate brief | 1.0 |

| | | |
|---|---|---|
| 4/29/2011 | Review opening appellate Brief and supplemental record of Maryland Casualty | 1.0 |
| 4/29/2011 | Review opening appellate brief of GEICO and Republic and appendix | 1.0 |
| 4/29/2011 | Review Canada's opening appellate brief | 0.6 |
| 4/29/2011 | Review of the State of Montana's opening appellate brief | 0.8 |
| 4/29/2011 | Review opening appellate brief of AXA Belgium | 0.8 |
| 4/30/2011 | Review Anderson Memorial Hospital's opening appellate brief | 1.5 |
| 4/30/2011 | Review Garlock's opening appellate brief | 1.2 |

Total: 25.7 hours @ $650/hour = $16,705.00

Expenses:    Court Call (March Omnibus) – $44.00

Total Expenses:   $44.00

**Total Fees and Expenses Due:  $16,749.00**

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 6/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-THIRD MONTHLY
INTERIM PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                             Legal Representative for Future Asbestos-
                                                             Related Property Damage Claimants
                                                             and Holders of Demands

Date of Retention:                                  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               May 1, 2011 through May 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $22,932.00   [80% of $28,665.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $243.05

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

-3-

period Mr. Rich billed 44.1 hours,[2] for a total amount billed of $28,665.00 of which 80% is

currently sought, in the amount of $22,932.00, plus 100% of the expenses incurred during this

period, in the amount of $243.05, for a total currently sought of $23,175.05.

As stated above, this is the Thirty-Third application for monthly fees and expenses. The

time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 37.4 | $24,310.00 |
| Travel | 0 | $0 |
| Fee Application Matters (monthly and quarterly, including FCR and Local Counsel) | 6.7 | $4,355.00 |
| TOTAL | 44.1 | $28,665.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $243.05 |
| TOTAL | $243.05 |

//
//
//
//
//
//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of June, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 5/2/2011 | Prepare file and serve 32nd Monthly Fee Applcation | 1.5 |
| 5/2/2011 | Review Order granting pro hac application of Michael Brown | 0.1 |
| 5/2/2011 | Review Order granting Libby Motion to Seal | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Schafrick | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Glosband | 0.1 |
| 5/2/2011 | Reivew Order granting Anderson Memorial Hosp. Motion to exceed page limits | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Ifft | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Longosz | 0.1 |
| 5/2/2011 | Review Motion for Pro Hac Vice admission of Cellarosi | 0.1 |

| | | |
|---|---|---|
| 5/2/2011 | Email to client re briefing issues | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Morell | 0.1 |
| 5/2/2011 | Review Pro Hac Vice Motion of Giannotto | 0.1 |
| 5/3/2011 | Review McCabe Pro Hac Vice Motion | 0.1 |
| 5/3/2011 | Emails to and from client re Canadian ZAI motion and briefing issues | 0.1 |
| 5/3/2011 | Review Pro Hac Vice Motion of Shiner | 0.1 |
| 5/3/2011 | Email to J. Donley re appeal | 0.1 |
| 5/4/2011 | Review Order resetting May Omnibus hearing | 0.1 |
| 5/4/2011 | Review several notices of York entities disposing of WRG securities | 0.2 |
| 5/4/2011 | Review and analysis of Third Circuit opinion in GIT re effects on WRG confirmation appeal issues | 1.0 |
| 5/5/2011 | Review Pro Hac Vice Orders of Shafrick, Glosband, Ifft, Longosz, Cellarosi, Morell, Gianotto | 0.3 |
| 5/5/2011 | Prepare file and serve 3rd Monthly Fee Applcation of Local Counsel | 0.4 |
| 5/5/2011 | Review Canadian ZAI counsel CNO's re fee applications | 0.1 |
| 5/5/2011 | Emails to and from fee auditor re Hill quarterly applications | 0.1 |
| 5/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/7/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/9/2011 | Review Reponse of the Illinois Department of Revenue to Claim Objection | 0.2 |
| 5/9/2011 | Review March 2011 Monthly Operating Report | 0.4 |
| 5/9/2011 | Emails to and from debtors' counsel re payments to third parties in March | 0.1 |

| | | |
|---|---|---|
| 5/9/2011 | Prepare, file and serve Quarterly Fee Application for the 40th period and Notice | 2.0 |
| 5/9/2011 | Prepare, file and serve Quarterly Fee Application for the 40th period of PD FCR and Notice | 1.0 |
| 5/9/2011 | Prepare Quarterly Fee Application for the 40th period of Local Counsel to the PD FCR and Notice | 0.5 |
| 5/9/2011 | Review CNO re Zonolite Road (Georgia) Claim settlement | 0.1 |
| 5/9/2011 | Review CNO re Appointment of Canadian ZAI settlement administrator | 0.1 |
| 5/9/2011 | Review Notice of Filing of Key to Libby claimants' identification | 0.1 |
| 5/10/2011 | Revision and filing of Quarterly Application of local counsel | 0.2 |
| 5/10/2011 | Email from debtors' counsel re March MOR | 0.1 |
| 5/10/2011 | Prepare, file and serve 24th Monthly Fee Application of PD FCR | 0.5 |
| 5/10/2011 | Review Pro Hac Vice application of Lockwood | 0.1 |
| 5/10/2011 | Revew Pro Hac Vice application of Maclay | 0.1 |
| 5/10/2011 | Review Wehner Pro Hac Vice Application | 0.1 |
| 5/10/2011 | Review Final Report of the Fee Auditor for the 39th Quarter | 0.2 |
| 5/10/2011 | Review Fee Applications of Canadian ZAI counsel | 0.3 |
| 5/10/2011 | Research for Appellee's Brief | 1.5 |
| 5/10/2011 | Review Order approving Zonolite Road (Georgia) Settlement | 0.1 |
| 5/10/2011 | Review Order appointing Canadian ZAI claims administrator | 0.1 |
| 5/11/2011 | Email from J. Baer re pension contribution | 0.1 |

| | | |
|---|---|---|
| 5/11/2011 | Research for Appellee's Brief | 1.3 |
| 5/11/2011 | Review Motion for Pro Hac Vice admission of Kozyak | 0.1 |
| 5/11/2011 | Review Order granting McCabe PHV Motion | 0.1 |
| 5/11/2011 | Review Motion for Pro Hac Vice admission of Rosendorf | 0.1 |
| 5/12/2011 | Review Withdrawal of Objection to Garlock 2019 statement access motion by Stanley, Mandel & Iola | 0.1 |
| 5/12/2011 | Review Order granting Shiner Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Lockwood Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Wehner Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Maclay Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Email to debtors' counsel re appellees' brief issues | 0.1 |
| 5/12/2011 | Review Order granting Kozyak Pro Hac Vice motion | 0.1 |
| 5/12/2011 | Review Order granting Rosendorft Pro Hac Vice motion | 0.1 |
| 5/13/2011 | Review Motion for Pro Hac Vice admission of Liesimer | 0.1 |
| 5/13/2011 | Emails to and from debtors' counsel re appellees' brief | 0.1 |
| 5/13/2011 | Review Canadian ZAI counsel Quarterly fee applications | 0.3 |
| 5/14/2011 | Review drafts of Plan Proponents' brief sections re PD issues | 1.0 |
| 5/16/2011 | Conference with Debtors' counsel re appellee's brief | 0.2 |
| 5/16/2011 | Email to client re status | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Frankel | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Wyron | 0.1 |

| | | |
|---|---|---|
| 5/16/2011 | Review motion to amend order re foreign holding company structure | 0.3 |
| 5/16/2011 | Review Pro Hac Vice motion of DiCristofaro | 0.1 |
| 5/16/2011 | Review Pro Hac Vice motion of Felder | 0.1 |
| 5/17/2011 | Review Agenda for May Omnibus | 0.1 |
| 5/17/2011 | Email from client re briefing | 0.1 |
| 5/18/2011 | Telephone conference with client re May Omnibus | 0.1 |
| 5/18/2011 | Review pro hac vice orders for Wyron, Frankel, Felder, DiCrisofaro and Liesemer | 0.3 |
| 5/19/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/20/2011 | Continued Research for and drafting of the PD FCR's appellee's brief | 8.0 |
| 5/20/2011 | Review draft of Phase 2 of Rand study and letter from E. Insulbuch to Rand re same | 1.0 |
| 5/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/23/2011 | Prepare CNO for 32nd Monthly Fee Application and filing and service of same | 0.2 |
| 5/23/2011 | Revisions to PD FCR's appellee's brief | 0.6 |
| 5/23/2011 | Conference with Debtors' counsel re appellee's brief | 0.1 |
| 5/23/2011 | Email from fee auditor re items on 40th Quarterly application | 0.1 |
| 5/24/2011 | Email from client re brief | 0.1 |
| 5/24/2011 | Email from debtors' counsel re brief | 0.1 |
| 5/24/2011 | Revisions to PD FCR's appellee's brief | 1.2 |

| | | |
|---|---|---|
| 5/24/2011 | Email to fee auditor re inquiry | 0.1 |
| 5/24/2011 | Email from debtors' counsel re page limits | 0.1 |
| 5/25/2011 | Review Plan Proponents' motion to file oversize briefs | 0.2 |
| 5/25/2011 | Proof PD FCR's appellate brief in email to Karl Hill and client re filing | 0.5 |
| 5/25/2011 | Review Maryland Casualty's Cross-Appellant's Brief | 0.2 |
| 5/25/2011 | Review Brief of Travelers Casualty and Surety Company In Limited Response to Libby Claimants' Appeal Brief | 0.7 |
| 5/25/2011 | Review Pro Hac Vice motion for McDaniel | 0.1 |
| 5/25/2011 | Review Pro Hac Vice motion for Svirsky | 0.1 |
| 5/25/2011 | Review Pro Hac Vice motion for Sciavoni | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for Nerko | 0.1 |
| 5/26/2011 | Prepare, file and serve Certificate of No Objection re 3rd Hill Fee Application | 0.2 |
| 5/26/2011 | Review Pro Hac Vice motion for Alcabes | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for A. Frankel | 0.1 |
| 5/26/2011 | Review Pro Hac Vice motion for J. McDonald | 0.1 |
| 5/26/2011 | Email to client re briefs | 0.1 |
| 5/26/2011 | Review Maryland Casualty's Appellee's Brief | 0.5 |
| 5/26/2011 | Review Notice of Filing of Conformed Plan Proponents' brief in Insurer issues | 0.1 |
| 5/27/2011 | Conference with client re appellees' briefs | 0.1 |
| 5/27/2011 | Review appellee's brief of the CNA Companies | 1.0 |

| 5/27/2011 | Review Arrowood's appellee's brief | 0.4 |
| 5/27/2011 | Review Plan Proponents' brief on Insurance Issues | 1.2 |
| 5/28/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 5/30/2011 | Review Plan Proponents' Brief on Lender Issues | 2.5 |
| 5/30/2011 | Review Plan Proponents' Main Brief | 4.6 |
| 5/30/2011 | Email to debtors' counsel re jury trial issue | 0.3 |
| 5/31/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:  44.1 hours @ $650/hour = $28,665.00

Expenses:    Westlaw – $243.05

Total Expenses:  $243.05

**Total Fees and Expenses Due:  $28,908.05**

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-FOURTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2011 through June 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,824.00   [80% of $$23,530.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $533.60 |

This is a(n):  ☒Monthly    ☐Interim    ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | 243.05 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 36.2 hours,[2] for a total amount billed of $23,530.00 of which 80% is

currently sought, in the amount of $18,824.00, plus 100% of the expenses incurred during this

period, in the amount of $533.60, for a total currently sought of $19,357.60.

As stated above, this is the Thirty-Fourth application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be

requested in a future application.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 27.7 | $18,005.00 |
| Travel | 8.2   [@100%] | $2,665.00    [@50%] |
| Fee Application Matters (monthly and quarterly, including FCR and Local Counsel) | 4.4 | $2,860.00 |
| TOTAL | 40.3 | $23,530.00 |

### EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $533.60 |
| TOTAL | $533.60 |

//
//
//
//
//
//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of July, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2011 | Prepare 33rd Monthly Fee Application and Notice of Filing and attention to filing and service of same | 1.5 |
| 6/1/2011 | Prepare, file and serve CNO for PD FCR's 24th Monthly Fee Application | 0.2 |
| 6/1/2011 | Review Notices re disposal of equities by York entities | 0.2 |
| 6/1/2011 | Review Settlement Notice re Chemical Road settlement with EPA | 0.5 |
| 6/2/2011 | Email to J. Baer re EPA Chemical Road settlement | 0.1 |
| 6/2/2011 | Review PHV Order for J. McDonald | 0.1 |
| 6/2/2011 | Review PHV Order for Schiavoni | 0.1 |
| 6/2/2011 | Review PHV Order for Alcabes | 0.1 |

Page 1 of 8

| | | |
|---|---|---|
| 6/2/2011 | Telephone call from J. Baer re acquisition transaction and confidentiality agreement | 0.1 |
| 6/2/2011 | Review PHV Order for Nerko | 0.1 |
| 6/2/2011 | Review PHV Order for A. Frankel | 0.1 |
| 6/2/2011 | Review PHV Order for Svirsky | 0.1 |
| 6/2/2011 | Review PHV Order for Pernicone | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of Adam Paul | 0.1 |
| 6/2/2011 | Review Confidentiality agreement and client joinder and email to client re same | 0.5 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of J. Baer | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of J. Donley | 0.1 |
| 6/2/2011 | Review Motion for Pro Hac Vice Admission of L. Esayian | 0.1 |
| 6/3/2011 | Prepare, file and serve 4th Monthly fee application for Karl Hill, local counsel to the PD FCR | 0.4 |
| 6/3/2011 | Review papers filed by NY Hillside in connection with claims allowance re dissolution and distribution of assets | 0.2 |
| 6/3/2011 | Email from J. Baer re proposed Chemical Road settlement with EPA | 0.1 |
| 6/6/2011 | Emails from client and to J. Baer re confidentiality agreement | 0.1 |
| 6/6/2011 | Email from L. Esayian re jury trial issue | 0.1 |
| 6/6/2011 | Review Pro Hac Vice motion of Silverman | 0.1 |
| 6/7/2011 | Emails to and from J. Baer re Project Larch | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Baer | 0.1 |

| | | |
|---|---|---|
| 6/7/2011 | Review Pro Hac Vice Order re A. Paul | 0.1 |
| 6/7/2011 | Email from R. Higgins re Chemical Road settlement with EPA | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Esayian | 0.1 |
| 6/7/2011 | Review Pro Hac Vice Order re Donley | 0.1 |
| 6/7/2011 | Email to K. Hill re Pro Hac issue | 0.1 |
| 6/7/2011 | Review Order re NY Hillside claim | 0.1 |
| 6/7/2011 | Review and execute Pro Hac Vice application and forward to local counsel | 0.1 |
| 6/8/2011 | Emails to and from client re oral argument on June 28 | 0.1 |
| 6/8/2011 | Review Letter to Judge Buckwalter from counsel for Garlock | 0.1 |
| 6/8/2011 | Review Pro Hac Vice motion of Cassada | 0.1 |
| 6/8/2011 | Review Claims Settlement notice re TIPA patent litigation | 0.5 |
| 6/8/2011 | Review Garlock's Motion for Leave to file Reply Brief, and review of proposed Reply Brief | 0.8 |
| 6/8/2011 | Prepare, file and serve the 25th Monthly Fee Application of the PD FCR | 0.7 |
| 6/8/2011 | Review Pro Hac Vice Order for ABR | 0.1 |
| 6/8/2011 | Review Libby Claimants' opposition to Plan Proponents' motion re consolidated briefs | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Order for Silverman | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Motion of Zubaty | 0.1 |
| 6/8/2011 | Review Pro Hac Vice Motion of A. Rosenberg | 0.1 |

| | | |
|---|---|---|
| 6/9/2011 | Review Plan Proponents' reponse to Libby<br>motion re consolidated briefing | 0.1 |
| 6/9/2011 | Review Libby Claimants' reply statement re<br>motion re consolidated briefs | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for A. Rosenberg | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for Zubaty | 0.1 |
| 6/9/2011 | Review Project Larch materials in preparation for conference call | 0.6 |
| 6/9/2011 | Review Pro Hac Vice Order for Cassada | 0.1 |
| 6/9/2011 | Review Pro Hac Vice Order for Simshak | 0.1 |
| 6/10/2011 | Attend project Larch conference call and<br>emails to and from J. Sinclair re issues | 0.4 |
| 6/10/2011 | Review CNOs for Canadian ZAI fee applications | 0.1 |
| 6/13/2011 | Email from debtors' counsel re conference call | 0.1 |
| 6/14/2011 | Emails to and from client re oral argument | 0.1 |
| 6/14/2011 | Review Bank Lenders motion for leave to file<br>Reply Brief and review of proposed Reply Brief | 0.8 |
| 6/15/2011 | Review Pro Hac Vice order for Worf | 0.1 |
| 6/15/2011 | Review Pro Hac Vice order for Bentley | 0.1 |
| 6/15/2011 | Review record transmittals to District Court from bankruptcy court | 0.1 |
| 6/15/2011 | Review Fee Auditor's Initial Report re<br>Local Counsel Quarterly Application | 0.3 |
| 6/15/2011 | Emails to and from B. Ruhlander re Hill report | 0.1 |
| 6/15/2011 | Email from J. Sinclair re Larch information | 0.1 |

| | | |
|---|---|---|
| 6/15/2011 | Email from Debtors' counsel re omnibus hearing | 0.1 |
| 6/16/2011 | Email from J. Sinclair re Larch information | 0.1 |
| 6/16/2011 | Review confidential Project Larch materials from broker in preparation for conference call | 1.0 |
| 6/16/2011 | Review powerpoint presentation for project Larch conference call | 0.5 |
| 6/16/2011 | Review Docketing Statements filed in USBC | 0.1 |
| 6/16/2011 | Review Response to Bank Lenders motion for leave | 0.1 |
| 6/16/2011 | Review York disposition of Equities notices | 0.1 |
| 6/16/2011 | Review Order granting Plan Proponents' consolidated briefing motion | 0.1 |
| 6/16/2011 | Review Order granting Garlock's motion for leave to reply | 0.1 |
| 6/16/2011 | Review Order granting Libby Reply | 0.1 |
| 6/16/2011 | Review Order granting Bank Lenders and UCC leave to reply | 0.1 |
| 6/16/2011 | Attend project Larch conference call | 1.1 |
| 6/16/2011 | Review BNSF motion for leave to reply and proposed reply brief | 0.5 |
| 6/17/2011 | Review CNO re motion for amended order re foreign holding company structure | 0.1 |
| 6/17/2011 | Review Docketing Statement filed in USBC | 0.1 |
| 6/20/2011 | Review Miscellaneous ECF Filing receipts | 0.1 |
| 6/20/2011 | Emails to and from J. Baer re Oral Argument | 0.1 |
| 6/21/2011 | Email to K. Hill re status | 0.1 |
| 6/21/2011 | Review Bank Lenders' Notice of Supplemental Authority | 0.4 |

| | | |
|---|---|---|
| 6/21/2011 | Review Fee Auditor's Amended Report re 39th Quarterly Applications | 0.1 |
| 6/21/2011 | Review Motion to Approve Consent Decree with EPA and Massachusetts re Walpole site | 0.4 |
| 6/21/2011 | Review Motion to File Under Seal Motion regarding potential acquisition transaction | 0.4 |
| 6/21/2011 | Review Motion (not sealed version) re new acquisition | 0.7 |
| 6/22/2011 | Review Declarations in support of new acquisition motion | 0.5 |
| 6/22/2011 | Emails to other professionals re new acquisition motion | 0.1 |
| 6/22/2011 | Review Libby Claimants' Reply Brief | 0.5 |
| 6/22/2011 | Prepare and file COC re Corrected Hill retention order | 0.4 |
| 6/22/2011 | Review Order granting motion to seal documents re acquisition | 0.1 |
| 6/22/2011 | Prepare file and serve CNO for 33rd Monthly Fee Application | 0.2 |
| 6/22/2011 | Review amended Order authorizing foreign holding company structure | 0.1 |
| 6/22/2011 | Review Pro Hac Vice application of Speights | 0.1 |
| 6/22/2011 | Review CNO re Curtis Bay settlement notice | 0.1 |
| 6/23/2011 | Email from R. Wyron re Larch | 0.1 |
| 6/23/2011 | Email from Debtors' counsel re oral argument schedule | 0.1 |
| 6/24/2011 | Review Order granting BNSF motion to file Reply Brief | 0.1 |
| 6/24/2011 | Review Montana motion for leave to file Joinder to the Reply Brief of BNSF | 0.1 |
| 6/24/2011 | Review Canada's motion for leave to file Joinder to the Reply Brief of BNSF | 0.1 |

| | | |
|---|---|---|
| 6/24/2011 | Email from Karl Hill re fee issue | 0.1 |
| 6/24/2011 | Prepare letter to Fee Auditor re Hill quarterly fee report | 0.3 |
| 6/25/2011 | Review Order re denial of confirmation of Pittsburgh Corning plan | 1.0 |
| 6/27/2011 | Conference with client re oral argument | 0.1 |
| 6/27/2011 | Review Order granting Pro Hac Vice motion of Speights | 0.1 |
| 6/27/2011 | Review Order granting Canada's joinder in BNSF reply | 0.1 |
| 6/27/2011 | Prepare for Oral Argument in USDC | 0.5 |
| 6/27/2011 | Review Pro Hac Vice motion of Casey | 0.1 |
| 6/27/2011 | Review Order granting Montana's joinder in BNSF reply | 0.1 |
| 6/27/2011 | Travel (nonworking) to Oral Argument (Philadelphia) (5.2 hrs.@50%) | 2.6 |
| 6/28/2011 | Attend Oral Argument in USDC in Philadelphia | 6.0 |
| 6/28/2011 | Return Travel (nonworking) from Oral Argument (3 hrs.@50%) | 1.5 |
| 6/28/2011 | Review Pro Hac Vice application of Pasquale | 0.1 |
| 6/28/2011 | Review Pro Hac Vice application of Toole | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Pasquale | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Toole | 0.1 |
| 6/29/2011 | Review Pro Hac Vice Order of Casey | 0.1 |
| 6/29/2011 | Review Certification of Counsel re 39th Quarterly Project Categories | 0.2 |
| 6/29/2011 | Review Certification of Counsel re 39th Quarterly Fee Applications | 0.1 |
| 6/29/2011 | Review Notice of Disposition of Collateral (York) | 0.1 |

| | | |
|---|---|---|
| 6/29/2011 | Email from Karl Hill re report on today's oral argument | 0.1 |
| 6/29/2011 | Review Agenda for July omnibus hearing | 0.1 |
| 6/29/2011 | Email to client re July Omnibus hearing | 0.1 |
| 6/30/2011 | Emails to and from client re hearing schedule | 0.1 |
| 6/30/2011 | Review Order approving 39th Quarterly fee applications | 0.1 |
| 6/30/2011 | Review Fee Auditor's Final Report re 1st Quarterly Hill Application | 0.1 |
| 6/30/2011 | Emails to local counsel re corrected order | 0.1 |
| 6/30/2011 | Review Amended Agenda for July Omnibus hearing | 0.1 |
| 6/30/2011 | Emails to and from client re July Omnibus hearing | 0.1 |
| 6/30/2011 | Review Canadian ZAI counsel monthly fee applications | 0.3 |
| 6/30/2011 | Review notices of intent re equity of the Debtor filed by York entities | 0.1 |

Total:  36.2 hours @ $650/hour = $23,530.00

Expenses:    $533.60   (detail on attached Exhibit 1)

**Total Fees and Expenses Due:  $24,063.60**

EXPENSES FOR JUNE 2011

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 6/27/2011 | RT Coach Airfare (and change fee) | $336.24 |
| 6/27/2011 | Taxi | $35.00 |
| 6/28/2011 | Breakfast | $12.26 |
| 6/28/2011 | Hotel | $95.00 |
| 6/28/2011 | Taxi | $6.00 |
| 6/28/2002 | Lunch (with Judge Sanders) | $13.38 |
| 6/30/2011 | Airport Parking | $35.72 |
| | TOTAL EXPENSES | $533.60 |