# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2011 THROUGH APRIL 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.1 | $      715.00 |
| | | | | | |
| **TOTAL** | | | | **1.1** | **$      715.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480324
Matter No.: 08743.00088

Re:   **Acton Site OU3**

For Professional Services rendered through April 30, 2011

| | |
|---|---:|
| Fees | $715.00 |
| **Total Fees and Disbursements** | **$715.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 480324
May 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/04/11 | Jaffe | P230 | Review draft O&M plan for landfill area groundwater treatment system and emails with team regarding same (0.6). | 0.6 |
| 04/27/11 | Jaffe | P230 | Review draft institutional controls plan and emails with team regarding same (0.5). | 0.5 |
| | | | **Total Hours** | **1.1** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 480324
May 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.1 | at | 650.00 | = | 715.00 |
| **Total Fees** | | | | | **$715.00** |

| | | |
|---|---|---|
| **Total Fees** | | $715.00 |
| **Total Fees and Disbursements** | | **$715.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480324
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$715.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 480324
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation | |
|---|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $635.00 | 0.3 | $ | 190.50 |
| Lisa A.H. Popadic | Legal Assistant | Environmental | $250.00 | 1.5 | $ | 375.00 |
| | | | | | | |
| TOTAL | | | | 1.8 | $ | 565.50 |

### Expenses

| Description | Total | |
|---|---|---|
| Photocopies | $ | 9.60 |
| | | |
| TOTAL | $ | 9.60 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480325
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through April 30, 2011

|  |  |
|---|---|
| Fees | $565.50 |
| Disbursements | 9.60 |
| **Total Fees and Disbursements** | **$575.10** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 480325
May 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/05/11 | Popadic | B110 | Review and revise fee application (1.2). | 1.2 |
| 04/10/11 | Kahn | B110 | Attention to bankruptcy filing (0.3). | 0.3 |
| 04/11/11 | Popadic | B110 | Review fee application and forward to local counsel (0.3). | 0.3 |
| | | | **Total Hours** | **1.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 480325
May 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.3 | at | 635.00 | = | 190.50 |
| Lisa A. Popadic | 1.5 | at | 250.00 | = | 375.00 |
| **Total Fees** | | | | | **$565.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 04/11/11 | In-House Photocopying | 3.40 |
| 04/29/11 | In-House Photocopying | 6.20 |
| **Total Disbursements** | | **$9.60** |

| | |
|---|---|
| **Total Fees** | **$565.50** |
| **Total Disbursements** | **9.60** |
| **Total Fees and Disbursements** | **$575.10** |

 FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480325
Matter No.: 08743.00101

Re:    Bankruptcy Matters

      **Total Fees and Disbursements**          **$575.10**

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 480325
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 2.2 | $ 1,430.00 |
| | | | | | |
| **TOTAL** | | | | **2.2** | **$  1,430.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480329
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through April 30, 2011

| | |
|---|---|
| Fees | $1,430.00 |
| **Total Fees and Disbursements** | **$1,430.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/11/11 | Jaffe | P230 | Team telephone conference regarding negotiations with Walpole and prepare for same (0.9). | 0.9 |
| 04/12/11 | Jaffe | P230 | Emails with team regarding NRD consent decree (0.2). | 0.2 |
| 04/14/11 | Jaffe | P230 | Review, revise, draft letter to Town and emails with team regarding same (0.5). | 0.5 |
| 04/15/11 | Jaffe | P230 | Emails with team regarding negotiations with Town and NRD settlement (0.6). | 0.6 |
| | | | **Total Hours** | **2.2** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 480329
May 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.2 | at | 650.00 | = | 1,430.00 |
| | **Total Fees** | | | | **$1,430.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,430.00** |
| **Total Fees and Disbursements** | | **$1,430.00** |

**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480329
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

    **Total Fees and Disbursements**    **$1,430.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 480329
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.1 | $    715.00 |
| | | | | | |
| **TOTAL** | | | | **1.1** | **$    715.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480336
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

For Professional Services rendered through April 30, 2011

| | |
|---|---|
| Fees | $715.00 |
| **Total Fees and Disbursements** | **$715.00** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 480336
May 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/05/11 | Jaffe | P230 | Review indoor air results and emails from team regarding same (0.5). | 0.5 |
| 04/29/11 | Jaffe | P230 | Emails with team regarding Central Area meeting and review draft letter to EPA regarding same (0.6). | 0.6 |
| | | | **Total Hours** | **1.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 480336
May 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.1 | at | 650.00 | = | 715.00 |
| **Total Fees** | | | | | **$715.00** |

| | Amount |
|---|---|
| **Total Fees** | $715.00 |
| **Total Fees and Disbursements** | $715.00 |


FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 26, 2011
Invoice No.: 480336
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

**Total Fees and Disbursements** **$715.00**

**Remittance Address:**
**Foley Hoag LLP**
**Attn: Accounts Receivable**
**155 Seaport Boulevard**
**Boston, MA 02210-2600**

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 480336**
**Billing Attorney: Adam P. Kahn**
**Wire Originator: W.R. Grace & Company**