UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Related to Docket No. 27376, 27377, 27378, 27379, 27380 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS:
COUNTY OF NEW CASTLE  )

Charlotte Neuberger, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US) and that on the 4th day of August, 2011, she caused a copy of the following document:

1. Notice of Disposition of Equity Securities [Docket No. 27376];

2. Notice of Disposition of Equity Securities [Docket No. 27377];

3. Notice of Disposition of Equity Securities [Docket No. 27378];

4. Notice of Disposition of Equity Securities [Docket No. 27379];

5. Notice of Disposition of Equity Securities [Docket No. 27380];

to be served upon the party listed below in the manner indicated:

EAST\45563916.1

**VIA FIRST CLASS MAIL**
Janet S. Bauer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

_____
Charlotte Neuberger

Sworn to and subscribed before
me this ___ day of August, 2011

_____
Notary Public
My Commission Expires: _____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

EAST\45563916.1