## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 29, 2011 |
| | : | Hearing Date:  TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDRED SIXTEENTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM MAY 1, 2011 THROUGH MAY 31, 2011

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD**
**MAY 1, 2011 THROUGH MAY 31, 2011**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 05/05/11 | Forward articles on Grace/Libby to case team | | |
| 22 | W. Hatfield | 0.2 | 87.00 |
| 05/11/11 | Follow up regarding information on lots | | |
| 22 | A. Marchetta | 0.3 | 201.00 |
| 05/11/11 | Review URS memo and LSRP draft form; forward to case team with comment on property designation | | |
| 22 | W. Hatfield | 0.4 | 174.00 |
| 05/12/11 | Conference with B. Moffitt regarding information for DEP; follow up with W. Hatfield regarding same | | |
| 22 | A. Marchetta | 0.4 | 268.00 |
| 05/12/11 | Follow up regarding lease information to DEP regarding Lot 19.2 | | |
| 22 | A. Marchetta | 0.4 | 268.00 |
| 05/12/11 | Review file and respond to W. Hatfield inquiry re lot at issue and confer with A. Marchetta regarding same. | | |
| 22 | B. Moffitt | 0.4 | 174.00 |
| 05/13/11 | Review memos on LSRP forms and execution by client; forward to case team | | |
| 22 | W. Hatfield | 0.2 | 87.00 |
| 05/17/11 | Review URS memo and forward to case team on LSRP application | | |
| 22 | W. Hatfield | 0.2 | 87.00 |
| 05/25/11 | Follow up regarding URS request | | |
| 22 | A. Marchetta | 0.4 | 268.00 |
| 05/25/11 | Review URS memo to DEP on LSRP application status and forward to case team | | |
| 22 | W. Hatfield | 0.1 | 43.50 |

---

[2] Legend for Day Pitney LLP's fees:
22 = Environmental matters/regulations/litigation

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.10 | 435.00 | 478.50 |
| A. Marchetta | 1.50 | 670.00 | 1,005.00 |
| B. Moffitt | 0.40 | 435.00 | 174.00 |
| TOTALS | 3.00 | | 1,657.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| A. Marchetta | 22 | 1.5 | 670.00 | 1,005.00 |
| W. Hatfield | 22 | 1.1 | 435.00 | 478.50 |
| B. Moffitt | 22 | 0.4 | 435.00 | 174.00 |
| TOTAL | | 3.0 | | 1,657.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 05/11/11 | Continue preparing fee application for March 2011 | | |
|---|---|---|---|
| B160 | J. Gates | 0.3 | 97.50 |

| 05/12/11 | Attend to filing of fee application for March 2011; e-mails | | |
|---|---|---|---|
| B160 | J. Gates | 0.2 | 65.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Gates | 0.50 | 325.00 | 162.50 |
| TOTALS | 0.50 | | 162.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | TASK <u>CODE</u> | <u>HOURS</u> | <u>RATE</u> | FEE <u>(DISCOUNTED)</u> |
|---|---|---|---|---|
| J. Gates | B160 | 0.5 | 325.00 | 162.50 |
| TOTAL | | 0.5 | | 162.50 |

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD
MAY 1, 2011 THROUGH MAY 31, 2011**

**None.**