# EXHIBIT A

FEES

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | | TOTAL HOURS BILLED | | |
|------|----------|-------------|---------|----------|-------|------------|
| | | | January | February | March | Total Comp. |
| Johnson, Eric E. | Partner | $ 450.00 | 0 | 1.3 | 1.4 | $ 1,215.00 |
| Haag, Susan | Sr. Paralegal | $ 195.00 | 0 | 2.2 | 0 | $ 429.00 |
| Friedman, Stanley | Sr. Paralegal | $ 165.00 | 0 | 2.5 | 7.3 | $ 1,617.00 |
| | | | | | | |
| TOTAL | | | 0 | 6.0 | 8.7 | $ 3,261.00 |

FEES

## Matter 00000-GENERAL

| Name | Position | Hourly Rate | | TOTAL HOURS BILLED | | |
|------|----------|-------------|---------|----------|-------|------------|
| | | | January | February | March | Total Comp. |
| Coggon, Katheryn | Special Counsel | $425.00 | 0.5 | 0 | 0 | $ 212.50 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | 0 | 0.0 | $ 643.50 |
| Bjorquist-Rich, Shari | Practice Support | $215.00 | 0.5 | 0 | 0.0 | $ 107.50 |
| Payne, William | Practice Support | $ 190.00 | 2.0 | 0 | 0.0 | $ 380.00 |
| | | | | | | |
| TOTAL | | | 6.3 | 0 | 0.0 | $ 1,343.50 |

## TOTAL FEES FOR QUARTER

| Name | Position | Hourly Rate | | TOTAL HOURS BILLED | | |
|------|----------|-------------|---------|----------|-------|------------|
| | | | January | February | March | Total Comp. |
| Johnson, Eric E. | Partner | $ 450.00 | 0 | 1.3 | 1.4 | $ 1,215.00 |
| Haag, Susan | Sr. Paralegal | $ 195.00 | 0 | 2.2 | 0 | $ 429.00 |
| Payne, William | Practice Support | $ 190.00 | 2.0 | 0 | 0.0 | $ 380.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | 0 | 0.0 | $ 643.50 |
| Friedman, Stanley | Sr. Paralegal | $ 165.00 | 0 | 2.5 | 7.3 | $ 1,617.00 |
| Coggon, Katheryn | Special Counsel | $ 425.00 | 0.5 | 0 | 0 | $ 212.50 |
| Bjorquist-Rich, Shari | Practice Support | $ 215.00 | 0.5 | 0 | 0.0 | $ 107.50 |
| TOTAL | | | 6.3 | 6.0 | 8.7 | $ 4,604.50 |

**FEES**

### Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|---|---|---|---|---|---|---|
| | | | January | February | March | Total Comp. |
| Johnson, Eric E. | Partner | $ 450.00 | 0 | 1.3 | 1.4 | $ 1,215.00 |
| Haag, Susan | Sr. Paralegal | $ 195.00 | 0 | 2.2 | 0 | $ 429.00 |
| Friedman, Stanley | Sr. Paralegal | $ 165.00 | 0 | 2.5 | 7.3 | $ 1,617.00 |
| | | | | | | |
| TOTAL | | | 0 | 6.0 | 8.7 | $ 3,261.00 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 02/07/11 | SH | Draft 36th interim fee application. | 1.70 | $ | 331.50 |
| 02/08/11 | EEJ | Review, revise and edit quarterly fee application. | 0.60 | | 270.00 |
| 02/08/11 | SH | Finalize 36th interim fee application. | 0.50 | | 97.50 |
| 02/18/11 | SF | Obtain bills from HRO accounting for fee requests from WWeller. | 0.30 | | 49.50 |
| 02/24/11 | EEJ | Review and respond to inquiry from fee examiner on backup for expenses submitted in fee application. | 0.20 | | 90.00 |
| 02/25/11 | EEJ | Review three monthly fee applications and revise and edit same (0.40); review and compile fee application documents requested by fee examiner (0.10). | 0.50 | | 225.00 |
| 02/28/11 | SF | Draft April 2010 monthly fee application. | 0.70 | | 115.50 |
| 02/28/11 | SF | Draft May 2010 monthly fee application. | 0.80 | | 132.00 |
| 02/28/11 | SF | Draft June 2010 monthly fee application. | 0.70 | | 115.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through February 28, 2011:** | **6.00** | **$** | **1,426.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EEJ | Eric E. Johnson | Partner | $450.00 | 1.30 | $ | 585.00 |
| SH | Susan Haag | Paralegal | 195.00 | 2.20 | | 429.00 |
| SF | Stanley Friedman | Paralegal | 165.00 | 2.50 | | 412.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Total Fees:** | | **6.00** | **$** | **1,426.50** |

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding:Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/02/11 | SF | Review prior applications (.30); revise Monthly Application for April, 2010 (.50). | 0.80 | $ 132.00 |
| 03/03/11 | EEJ | Review monthly fee application (.10); conference with paralegal re revisions to fee application forms (.10); review and compile billing statements in response to fee examiner's request for documentation (.10). | 0.30 | 135.00 |
| 03/03/11 | SF | Review email from B. Ruhlander and invoices (.20); correspondence to B. Ruhlander re fee application (.10); correspondence with W. Weller re fee application (.10). | 0.40 | 66.00 |
| 03/07/11 | EEJ | Revise and edit two monthly fee applications. | 0.30 | 135.00 |
| 03/07/11 | SF | Revise May, 2010 monthly fee application and generate transmittal to local counsel. | 0.50 | 82.50 |
| 03/07/11 | SF | Revise June, 2010 monthly fee application and generate transmittal to local counsel. | 0.50 | 82.50 |
| 03/18/11 | SF | Generate verification and proposed Order to 37th quarterly interim fee application. | 0.50 | 82.50 |
| 03/28/11 | EEJ | Revise and edit quarterly fee application and computation of amounts owing. | 0.80 | 360.00 |
| 03/28/11 | SF | Telephone call and correspondence with office of local counsel (.20); generate summary and verified application for 37th interim quarterly application (3.10); correspondence with HRO accounting to confirm payment status (.20). | 3.50 | 577.50 |
| 03/29/11 | SF | Edit and finalize 37th Quarterly Interim Application Pleadings. | 1.10 | 181.50 |

**Total Fees Through March 31, 2011:**    **8.70**  **$    1,834.50**

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 1.40 | $ | 630.00 |
| SF | Stanley Friedman | Paralegal | 165.00 | 7.30 | | 1,204.50 |
| | | **Total Fees:** | | **8.70** | **$** | **1,834.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/28/11 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 350800; DATE: 2/28/2011  -  Professional Services through January 31 2011 | $ | 33.00 |
| | | **Total Disbursements:** | **$** | **33.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 33.00 |
| **Total Disbursements:** | **$** | **33.00** |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **1,867.50** |

**FEES**

## Matter 00000-GENERAL

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Coggon, Katheryn | Special Counsel | $425.00 | 0.5 | 0 | 0 | $ 212.50 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | 0 | 0.0 | $ 643.50 |
| Bjorquist-Rich, Shari | Practice Support | $215.00 | 0.5 | 0 | 0.0 | $ 107.50 |
| Payne, William | Practice Support | $ 190.00 | 2.0 | 0 | 0.0 | $ 380.00 |
| | | | | | | |
| TOTAL | | | 6.3 | 0 | 0.0 | $ 1,343.50 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| 100058 | |

**Regarding:GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/06/11 | JLS | Telephone conference with Bob Marriam re documents related to Kenilworth, Elwood City, Sharpsburg and New Castle (0.2); database research re same (0.9); prepare spreadsheet re database coding for documents related to four sites (0.6); telephone conference with WEPayne re preparing DVD containing documents (0.1). | 1.80 | $ | 351.00 |
| 01/07/11 | WEP | Process documents for production. | 2.00 | | 380.00 |
| 01/18/11 | KJC | Respond to audit inquiry letter. | 0.10 | | 42.50 |
| 01/18/11 | JLS | Telephone conferences with Bob Marriam re expanding plant documents (0.2); database research re same (0.7); prepare pdfs for expanding plants and transmit to Bob Marriam (0.6). | 1.50 | | 292.50 |
| 01/18/11 | SB | Prepare pdfs for JLSherman. | 0.50 | | 107.50 |
| 01/19/11 | KJC | Review and revise audit response letter (0.3); follow up re inquiry to colleagues re same (0.1). | 0.40 | | 170.00 |

|  | | Total Fees Through January 31, 2011: | 6.30 | $ | 1,343.50 |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $425.00 | 0.50 | $ | 212.50 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 3.30 | | 643.50 |
| SB | Shari Bjorkquist-Rich | Practice Support | 215.00 | 0.50 | | 107.50 |
| WEP | William E. Payne | Practice Support | 190.00 | 2.00 | | 380.00 |
| | | **Total Fees:** | | 6.30 | $ | 1,343.50 |

EXPENSES

**Libby, Montana Asbestos-00300**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 14.29 | $ - | $ 14.29 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 267.18 | $ 267.18 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ 14.29 | $ 267.18 | $ 281.47 |

EXPENSES

**General-00000**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ 36.01 | $ - | $ - | $ 36.01 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 534.36 | $ - | $ 534.36 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ 36.01 | $ 534.36 | $ - | $ 570.37 |

EXPENSES

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $1,537.61 | $ 191.48 | $ 33.00 | $1,762.09 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $1,537.61 | $ 191.48 | $ 33.00 | $1,762.09 |

| Description | Total |
|---|---|
| Photocopies | |
| Facsimilies | |
| Long Distance Telephone | |
| Outside Courier | $ 50.30 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 801.54 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $1,762.09 |
| Postage | |
| Consulting Fee | |
| TOTAL | $2,613.93 |

EXPENSES

**Libby, Montana Asbestos-00300**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 14.29 | $ - | $ 14.29 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 267.18 | $ 267.18 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ 14.29 | $ 267.18 | $ 281.47 |

EXPENSES

**General-00000**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ 36.01 | $ - | $ - | $ 36.01 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 534.36 | $ - | $ 534.36 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ 36.01 | $ 534.36 | $ - | $ 570.37 |

EXPENSES

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $1,537.61 | $ 1,729.09 | $ 33.00 | $3,299.70 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $1,537.61 | $ 1,729.09 | $ 33.00 | $3,299.70 |

| Description | Total |
|---|---|
| Photocopies | |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | $ 50.30 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 801.54 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $3,299.70 |
| Postage | |
| Consulting Fee | |
| TOTAL | $4,151.54 |

**EXPENSES**

## Libby, Montana Asbestos-00300

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $    - | $    - | $    - | $    - |
| Photocopies | $    - | $    - | $    - | $    - |
| Facsimilies | $    - | $    - | $    - | $    - |
| Long Distance Telephone | $    - | $    - | $    - | $    - |
| Outside Courier | $    - | $   14.29 | $    - | $   14.29 |
| Travel Expenses | $    - | $    - | $    - | $    - |
| Meal Expenses | $    - | $    - | $    - | $    - |
| Overtime | $    - | $    - | $    - | $    - |
| Other Expenses | $    - | $    - | $   267.18 | $   267.18 |
| Lexis | $    - | $    - | $    - | $    - |
| Federal Express | $    - | $    - | $    - | $    - |
| Westlaw | $    - | $    - | $    - | $    - |
| Velo Binding | $    - | $    - | $    - | $    - |
| Color Copies | $    - | $    - | $    - | $    - |
| Outside Reproduction | $    - | $    - | $    - | $    - |
| Document Production | $    - | $    - | $    - | $    - |
| Tab Stock | $    - | $    - | $    - | $    - |
| Professional Services | $    - | $    - | $    - | $    - |
| **TOTAL** | $    - | $   14.29 | $   267.18 | $   281.47 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/07/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 735899205V2 DATE: 1/12/2011 Tracking #: 796633544029 Shipment Date: 20110107 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | $ | 14.29 |
| | | **Total Disbursements:** | $ | **14.29** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Federal Express | $ | 14.29 | |
| **Total Disbursements:** | $ | **14.29** | |

**Total Balance Due This Matter**                      $      14.29

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/28/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CW616; DATE: 2/28/2011  -  Document Storage - February 2010 | $ | 267.18 |
| | | **Total Disbursements:** | $ | 267.18 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | $ | 267.18 |

**Total Balance Due This Matter**                                          $        267.18

**EXPENSES**

### General-00000

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ 36.01 | $ - | $ - | $ 36.01 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 534.36 | $ - | $ 534.36 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ 36.01** | **$ 534.36** | **$ -** | **$ 570.37** |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| 100058 | |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737405897 DATE: 1/26/2011 Tracking #: 069261515004171 Shipment Date: 20110113 Ship to: ANGELA ANDERSON, CASNER & EDWARDS, LLP, 1 WINTHROP SQ, BOSTON, MA 021101209 | $ | 22.81 |
| 01/18/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737486943 DATE: 1/26/2011 Tracking #: 794330745086 Shipment Date: 20110118 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.20 |
| | | Total Disbursements: | $ | 36.01 |

## Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 36.01 |
| Total Disbursements: | $ | 36.01 |

**Total Balance Due This Matter**          $      1,379.51

## Trust Activity

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/03/11 | OB | Opening Balance | $34,259.78 |
| | | Trust Balance: | $34,259.78 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| 100058 | |

**Regarding:GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 12/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CWE1517; DATE: 12/31/2010 - Denver Storage for December 2010 | $ | 267.18 |
| 01/31/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CZS2097; DATE: 1/31/2011 - Denver Storage January 2011 | | 267.18 |
| | | **Total Disbursements:** | $ | **534.36** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 534.36 |
| **Total Disbursements:** | $ | **534.36** |

**Total Balance Due This Matter**      $      534.36

### Trust Activity

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/09/11 | OB | Opening Balance | $34,259.78 |
| | | **Trust Balance:** | **$34,259.78** |

**EXPENSES**

## Bankruptcy Matters - 00390

| Description | January | February | March | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 1,537.61 | $ 191.48 | $ 33.00 | $ 1,762.09 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $ 1,537.61 | $ 191.48 | $ 33.00 | $ 1,762.09 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 10/07/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 345338; DATE: 10/7/2010  -  Professional Services 09/30/10 | $ | 462.00 |
| 11/10/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 346621; DATE: 11/10/2010  -  Professional Services through 10/31/10 | | 1,075.61 |
| | | **Total Disbursements:** | $ | **1,537.61** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable  Service | $ | 1,537.61 |
| **Total Disbursements:** | $ | **1,537.61** |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | **1,537.61** |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/19/11 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 349315; DATE: 1/19/2011  -  Professional Services through 12/31/10 | $ | 1,729.09 |
| | | **Total Disbursements:** | $ | **1,729.09** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Consulting Fee | $ | 1,729.09 | |
| **Total Disbursements:** | $ | **1,729.09** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | **3,155.59** |

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 1.40 | $ | 630.00 |
| SF | Stanley Friedman | Paralegal | 165.00 | 7.30 | | 1,204.50 |
| | | **Total Fees:** | | **8.70** | **$** | **1,834.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/28/11 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 350800; DATE: 2/28/2011  -  Professional Services through January 31 2011 | $ | 33.00 |
| | | **Total Disbursements:** | **$** | **33.00** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 33.00 | |
| **Total Disbursements:** | **$** | **33.00** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **1,867.50** |