# EXHIBIT B

FEES

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | January | February | March | Total Comp. |
|------|----------|------------|---------|----------|-------|-------------|
| | | | | TOTAL HOURS BILLED | | |
| Johnson, Eric E. | Partner | $ 450.00 | 0 | 1.3 | 1.4 | $ 1,215.00 |
| Haag, Susan | Sr. Paralegal | $ 195.00 | 0 | 2.2 | 0 | $ 429.00 |
| Friedman, Stanley | Sr. Paralegal | $ 165.00 | 0 | 2.5 | 7.3 | $ 1,617.00 |
| | | | | | | |
| TOTAL | | | 0 | 6.0 | 8.7 | $ 3,261.00 |

FEES

## Matter 00000-GENERAL

| Name | Position | Hourly Rate | January | February | March | Total Comp. |
|------|----------|------------|---------|----------|-------|-------------|
| | | | | TOTAL HOURS BILLED | | |
| Coggon, Katheryn | Special Counsel | $425.00 | 0.5 | 0 | 0 | $ 212.50 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | 0 | 0.0 | $ 643.50 |
| Bjorquist-Rich, Shari | Practice Support | $215.00 | 0.5 | 0 | 0.0 | $ 107.50 |
| Payne, William | Practice Support | $ 190.00 | 2.0 | 0 | 0.0 | $ 380.00 |
| | | | | | | |
| TOTAL | | | 6.3 | 0 | 0.0 | $ 1,343.50 |

## TOTAL FEES FOR QUARTER

| Name | Position | Hourly Rate | January | February | March | Total Comp. |
|------|----------|------------|---------|----------|-------|-------------|
| | | | | TOTAL HOURS BILLED | | |
| Johnson, Eric E. | Partner | $ 450.00 | 0 | 1.3 | 1.4 | $ 1,215.00 |
| Haag, Susan | Sr. Paralegal | $ 195.00 | 0 | 2.2 | 0 | $ 429.00 |
| Payne, William | Practice Support | $ 190.00 | 2.0 | 0 | 0.0 | $ 380.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 3.3 | 0 | 0.0 | $ 643.50 |
| Friedman, Stanley | Sr. Paralegal | $ 165.00 | 0 | 2.5 | 7.3 | $ 1,617.00 |
| Coggon, Katheryn | Special Counsel | $ 425.00 | 0.5 | 0 | 0 | $ 212.50 |
| Bjorquist-Rich, Shari | Practice Support | $ 215.00 | 0.5 | 0 | 0.0 | $ 107.50 |
| TOTAL | | | 6.3 | 6.0 | 8.7 | $ 4,604.50 |