# EXHIBIT C

EXPENSES

**Libby, Montana Asbestos-00300**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 14.29 | $ - | $ 14.29 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 267.18 | $ 267.18 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ 14.29 | $ 267.18 | $ 281.47 |

EXPENSES

**General-00000**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ 36.01 | $ - | $ - | $ 36.01 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 534.36 | $ - | $ 534.36 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ 36.01 | $ 534.36 | $ - | $ 570.37 |

EXPENSES

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimiles | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $1,537.61 | $ 191.48 | $ 33.00 | $1,762.09 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $1,537.61 | $ 191.48 | $ 33.00 | $1,762.09 |

| Description | Total |
|---|---|
| Photocopies | |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | $ 50.30 |
| Travel Expenses | |
| Lexis | |
| Other Expenses | $ 801.54 |
| Federal Express | |
| Meal Expenses | |
| Research Services | |
| Professional Services | $1,762.09 |
| Postage | |
| Consulting Fee | |
| TOTAL | $2,613.93 |

**EXPENSES**

### Libby, Montana Asbestos-00300

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ 14.29 | $ - | $ 14.29 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 267.18 | $ 267.18 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ 14.29 | $ 267.18 | $ 281.47 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| | 100111 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/07/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 735899205V2 DATE: 1/12/2011 Tracking #: 796633544029 Shipment Date: 20110107 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | $ | 14.29 |
| | | **Total Disbursements:** | **$** | **14.29** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Federal Express | $ | 14.29 | |
| **Total Disbursements:** | **$** | **14.29** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **14.29** |

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00300 |
| 100111 | |

**Regarding:Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 02/28/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CW616; DATE: 2/28/2011 - Document Storage - February 2010 | $ | 267.18 |
| | | **Total Disbursements:** | $ | 267.18 |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 267.18 |
| **Total Disbursements:** | $ | 267.18 |

**Total Balance Due This Matter**               $      267.18

**EXPENSES**

## General-00000

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $        - | $        - | $        - | $        - |
| Photocopies | $        - | $        - | $        - | $        - |
| Facsimilies | $        - | $        - | $        - | $        - |
| Long Distance Telephone | $        - | $        - | $        - | $        - |
| Outside Courier | $    36.01 | $        - | $        - | $    36.01 |
| Travel Expenses | $        - | $        - | $        - | $        - |
| Meal Expenses | $        - | $        - | $        - | $        - |
| Overtime | $        - | $        - | $        - | $        - |
| Other Expenses | $        - | $   534.36 | $        - | $   534.36 |
| Lexis | $        - | $        - | $        - | $        - |
| Federal Express | $        - | $        - | $        - | $        - |
| Westlaw | $        - | $        - | $        - | $        - |
| Velo Binding | $        - | $        - | $        - | $        - |
| Color Copies | $        - | $        - | $        - | $        - |
| Outside Reproduction | $        - | $        - | $        - | $        - |
| Document Production | $        - | $        - | $        - | $        - |
| Tab Stock | $        - | $        - | $        - | $        - |
| Professional Services | $        - | $        - | $        - | $        - |
| TOTAL | $    36.01 | $   534.36 | $        - | $   570.37 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 894363 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| | 100058 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737405897 DATE: 1/26/2011 Tracking #: 069261515004171 Shipment Date: 20110113 Ship to: ANGELA ANDERSON, CASNER & EDWARDS, LLP, 1 WINTHROP SQ, BOSTON, MA 021101209 | $ | 22.81 |
| 01/18/11 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 737486943 DATE: 1/26/2011 Tracking #: 794330745086 Shipment Date: 20110118 Ship to: Robert Marriam, W R Grace & Co, 6401 Poplar Ave Ste 301, MEMPHIS, TN 38119 | | 13.20 |
| | | Total Disbursements: | $ | 36.01 |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 36.01 |
| Total Disbursements: | $ | 36.01 |

**Total Balance Due This Matter**                               $     1,379.51

### Trust Activity

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/03/11 | OB | Opening Balance | $34,259.78 |
| | | Trust Balance: | $34,259.78 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00000 |
| | 100058 |

**Regarding:GENERAL**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CWE1517; DATE: 12/31/2010 - Denver Storage for December 2010 | $ | 267.18 |
| 01/31/11 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CZS2097; DATE: 1/31/2011 - Denver Storage January 2011 | | 267.18 |
| | | **Total Disbursements:** | $ | 534.36 |

## Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 534.36 | |
| **Total Disbursements:** | $ | 534.36 | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | $ | 534.36 |

## Trust Activity

| Date | Type | Description | Amount |
|---|---|---|---|
| 03/09/11 | OB | Opening Balance | $34,259.78 |
| | | **Trust Balance:** | $34,259.78 |

**EXPENSES**

## Bankruptcy Matters - 00390

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $        - | $        - | $        - | $        - |
| Facsimilies | $        - | $        - | $        - | $        - |
| Long Distance Telephone | $        - | $        - | $        - | $        - |
| Outside Courier | $        - | $        - | $        - | $        - |
| Travel Expenses | $        - | $        - | $        - | $        - |
| Lexis | $        - | $        - | $        - | $        - |
| Other Expense | $        - | $        - | $        - | $        - |
| Federal Express | $        - | $        - | $        - | $        - |
| Meal Expenses | $        - | $        - | $        - | $        - |
| Research Services | $        - | $        - | $        - | $        - |
| Professional Services | $ 1,537.61 | $      191.48 | $      33.00 | $ 1,762.09 |
| Postage | $        - | $        - | $        - | $        - |
| Consulting Fee | $        - | $        - | $        - | $        - |
| TOTAL | $ 1,537.61 | $      191.48 | $      33.00 | $ 1,762.09 |

Holme Roberts & Owen LLP

02/03/11

W.R. Grace & Co.

Page           5
Invoice No    894363
Client No.:    04339
Matter No.:    00390
100035

**Regarding:Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 10/07/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 345338; DATE: 10/7/2010  -  Professional Services 09/30/10 | $ | 462.00 |
| 11/10/10 | | Professional Other Billable  Service: VENDOR: Morris James LLP; INVOICE#: 346621; DATE: 11/10/2010  -  Professional Services through 10/31/10 | | 1,075.61 |
| | | **Total Disbursements:** | $ | **1,537.61** |

### Disbursement Summary

| | | |
|---|---|---|
| Professional Other Billable  Service | $ | 1,537.61 |
| **Total Disbursements:** | $ | **1,537.61** |

**Total Balance Due This Matter**                              $     **1,537.61**

Holme Roberts & Owen LLP

04/04/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No | 899049 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $450.00 | 1.40 | $ | 630.00 |
| SF | Stanley Friedman | Paralegal | 165.00 | 7.30 | | 1,204.50 |
| | | **Total Fees:** | | **8.70** | **$** | **1,834.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/28/11 | | Other Expense: VENDOR: Morris James LLP; INVOICE#: 350800; DATE: 2/28/2011  -  Professional Services through January 31 2011 | $ | 33.00 |
| | | **Total Disbursements:** | **$** | **33.00** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 33.00 | |
| **Total Disbursements:** | **$** | **33.00** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **1,867.50** |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

October 7, 2010
Invoice No. 345338

| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

| | |
|---|---|
| For Professional Services through September 30, 2010 (details attached) | $462.00 |
| For Disbursements through September 30, 2010 (details attached) | $.00 |

| | |
|---|---|
| Total Services and Disbursements this period | $462.00 |
| Previous Balance | $1,054.46 |
| Balance Due | $1,516.46 |

Holme Roberts & Owen LLP
APPROVED: _Stephanie Duggan_
Stephanie Duggan

Date: 1-24-11

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

October 7, 2010
Invoice No. 345338

Matter Name:         W.R. Grace
Matter Number:       105624-0001
Attorney:            Carl N. Kunz, III
Case Number:

### For Professional Services through September 30, 2010

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 09/09/10 | WWW | 0.20 | Exchange of emails with S. Haag re anticipated fee application filings; update calendar with same |
| 09/10/10 | WWW | 0.90 | Obtain, print and review HRO's October 2009 fee application for filing (.2); prepare affidavit of service re same (.2); file and serve fee application (.3); forward filing to S. Haag and update case folder (.1); update calendar with objection deadline and forward update to C. Kunz (.1) |
| 09/13/10 | WWW | 0.80 | Obtain, print and review HRO's November 2009 fee application for filing with the Court (.2); prepare affidavit of service re same (.1); file and serve fee application (.3); forward filing to S. Haag and update case folder with same (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 09/15/10 | WWW | 0.90 | Obtain, print and prepare for filing HRO's December 2009 fee application (.2); prepare affidavit of service re same (.2); file and serve fee application (.3); forward filing to S. Haag (.1); update calendar with objection deadline and forward to C. Kunz (.1) |

| | | | | | |
|---|---|---|---|---|---|
| William W. Weller | Paralegal | | 2.80  hrs at | 165.00 /hour | 462.00 |
| **Total Fees** | | | **2.80  hrs** | | **$462.00** |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480



\* 9 0 0 2 8 5 6 1 7 \*

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

November 10, 2010
Invoice No. 346621

Received By
Accounts Payable

JAN 2 0 2011

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

| | |
|---|---|
| For Professional Services through October 31, 2010 (details attached) | $980.50 |
| For Disbursements through October 31, 2010 (details attached) | $95.11 |

| | |
|---|---|
| Total Services and Disbursements this period | $1,075.61 |

*[handwritten notations]*

Holme Roberts & Owen LLP
APPROVED: *[signature]* Stephanie Dugg*[?]*

Date: 1—24-11

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Kenneth W. Lund, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

November 10, 2010
Invoice No. 346621

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

**For Professional Services through October 31, 2010**

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 10/06/10 | WWW | 1.20 | Review HRO's 35th interim fee application for the period of October to December 2009 (.2); email to S. Haag re correction (.1); print and insert corrected page (.1); forward fee application to C. Kunz for review (.1); prepare affidavit of service (.2); file and serve fee application (.3); forward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 10/14/10 | WWW | 1.30 | Obtain docket and review for any filed response to HRO's October, November and December 2009 fee applications (.1); prepare certificates of no objection re HRO's fee applications (.3); forward to C. Kunz for review (.1); prepare affidavit of service re certificates of no objection (.2); file and serve certificates of no objection (.5); forward filings to S. Haag and update case folder (.1) |
| 10/14/10 | WWW | 0.20 | Exchange of emails with S. Haag re filing of HRO's January 2010 fee application; calendar re same |
| 10/15/10 | CNK | 0.10 | Review of January 2010 fee application and approve for filing |
| 10/15/10 | WWW | 1.20 | Review HRO's January 2010 fee application for filing with the Court (.2); forward suggested revisions to S. Haag (.1); receive, print and insert corrected pages into fee application (.1); forward fee application to C. Kunz |

Matter Number: 105624-0001
November 10, 2010
Page: 2

| | | | |
|---|---|---|---|
| | | | for review (.1); prepare affidavit of service re fee application (.2); file and serve fee application (.3); forward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz (.1) |
| 10/15/10 | WWW | 0.20 | Exchange of emails with Fee Auditor and S. Haag re HRO's contact person |
| 10/22/10 | WWW | 0.20 | Exchange of emails with S. Haag re Fee Auditor's request to have HRO's fee applications in Word or WP format; update calendar re same |
| 10/25/10 | WWW | 1.20 | Review HRO's February 2010 fee application for filing with the Court (.2); email to S. Haag re January 2010 entries included in billing (.1); forward fee application to C. Kunz for review (.1); prepare affidavit of service re fee application (.2); file and serve fee application (.4); forward filing to S. Haag and update case folder (.1); calendar objection deadline and forward to C. Kunz re fee application (.1) |
| 10/25/10 | WWW | 0.10 | Forward HRO's February 2010 fee application to Fee Auditor in Wordperfect format |
| 10/26/10 | WWW | 0.10 | Obtain and save modified order setting omnibus hearing dates for 2011; update case folder with modified order |

| | | | | | |
|---|---|---|---|---|---|
| Carl N. Kunz, III | Partner | 0.10 | hrs at | 400.00 /hour | 40.00 |
| William W. Weller | Paralegal | 5.70 | hrs at | 165.00 /hour | 940.50 |
| **Total Fees** | | **5.80 hrs** | | | **$980.50** |

**For Disbursements through October 31, 2010**

| | |
|---|---|
| Postage | 18.16 |
| Reproduction | 76.95 |
| **Total Disbursements** | **$95.11** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$1,075.61** |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

RECEIVED

MAR 0 2 2011

Holme Roberts & Owen LLP

Holme, Roberts & Owen, LLP
c/o Katheryn Coggon, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541



February 28, 2011
Invoice No. 350800

| | | |
|---|---|---|
| Matter Name: | W.R. Grace | |
| Matter Number: | 105624-0001 | |
| Attorney: | Carl N. Kunz, III | |
| Case Number: | | |



\* 9 0 0 2 9 0 0 3 5 \*

| | |
|---|---|
| For Professional Services through January 31, 2011 (details attached) | $33.00 |
| For Disbursements through January 31, 2011 (details attached) | S.00 |

| | |
|---|---|
| Total Services and Disbursements this period | $33.00 |
| Previous Balance | $1,729.09 |
| Payments and Other Credits through 02/25/2011 | |
| Less Payments Received | ($1,537.61) |
| Less Adjustments | S.00 |
| Balance Due | $224.48 |

04339-00390
ok to pay
KDC
3-9-11

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Katheryn Coggon, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

February 28, 2011
Invoice No. 350800

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

**For Professional Services through January 31, 2011**

| Service Date | Atty | Hours | Description | | | |
|---|---|---|---|---|---|---|
| 01/04/11 | WWW | 0.20 | Exchange of emails with S. Haag re upcoming fee applications and new contact person at HRO | | | |
| | William W. Weller | | Paralegal | 0.20 hrs at | 165.00 /hour | 33.00 |
| **Total Fees** | | | | **0.20 hrs** | | **$33.00** |

| | |
|---|---|
| **Total Services and Disbursements this period** | $33.00 |
| **Previous Balance** | $1,729.09 |
| **Payments and Other Credits through 02/25/2011** | ($1,537.61) |
| **Balance Due** | $224.48 |

Holme Roberts & Owen LLP

03/09/11

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 897579 |
| Client No.: | 04339 |
| Matter No.: | 00390 |
| 100035 | |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/19/11 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 349315; DATE: 1/19/2011  -  Professional Services through 12/31/10 | $ | 1,729.09 |
| | | **Total Disbursements:** | **$** | **1,729.09** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Consulting Fee | $ | 1,729.09 | |
| **Total Disbursements:** | **$** | **1,729.09** | |

| | | |
|---|---|---|
| **Total Balance Due This Matter** | **$** | **3,155.59** |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

**RECEIVED**

**JAN 2 5 2011**

∘ Holme Roberts & Owen LLP

Holme, Roberts & Owen, LLP
c/o Katheryn Coggon, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

January 19, 2011
Invoice No. 349315

| | | |
|---|---|---|
| Matter Name: | W.R. Grace | |
| Matter Number: | 105624-0001 | |
| Attorney: | Carl N. Kunz, III | |
| Case Number: | | |

| | |
|---|---|
| **For Professional Services through December 31, 2010 (details attached)** | **$181.50** |
| **For Disbursements through December 31, 2010 (details attached)** | **$9.98** |

| | | |
|---|---|---|
| Total Services and Disbursements this period | | $191.48 |
| Previous Balance | | $2,169.29 |
| **Payments and Other Credits through 01/18/2011** | | |
| Less Payments Received | ($631.68) | |
| Less Adjustments | $.00 | |
| **Balance Due** | | $1,729.09 |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Katheryn Coggon, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

January 19, 2011
Invoice No. 349315

| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |
| Case Number: | |

**For Professional Services through December 31, 2010**

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 12/06/10 | WWW | 0.20 | Exchange of emails with S. Haag re filing of certificate of no objection for HRO's March 2010 fee application; update calendar re same |
| 12/08/10 | WWW | 0.90 | Obtain docket and review for any response to HRO's March 2010 fee application (.1); prepare certificate of no objection re same (.2); forward to C. Kunz for review (.1); prepare affidavit of service re same (.2); file and serve certificate of no objection (.2); filing to S. Haag and update case folder with same (.1) |

| | | | | | |
|---|---|---|---|---|---|
| William W. Weller | Paralegal | | 1.10  hrs at | 165.00  /hour | 181.50 |
| **Total Fees** | | | **1.10  hrs** | | **$181.50** |

**For Disbursements through December 31, 2010**

| | |
|---|---|
| Postage | 9.98 |
| **Total Disbursements** | **$9.98** |

Matter Number: 105624-0001
January 19, 2011
Page: 2

| | |
|---|---|
| **Total Services and Disbursements this period** | $191.48 |
| **Previous Balance** | $2,169.29 |
| **Payments and Other Credits through 01/18/2011** | ($631.68) |
| **Balance Due** | $1,729.09 |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Holme, Roberts & Owen, LLP
c/o Katheryn Coggon, Esquire
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541

January 19, 2011
Invoice No. 349315

| | |
|---|---|
| Matter Name: | W.R. Grace |
| Matter Number: | 105624-0001 |
| Attorney: | Carl N. Kunz, III |

| | |
|---|---|
| Total Services and Disbursements this period | $191.48 |
| Balance as of Last Statement | $2,169.29 |
| Payments and other Credits through 01/18/2011 | ($631.68) |
| **Balance Due** | **$1,729.09** |

**To ensure proper credit to your account, please return this Remittance Page.**

**PAYMENT IS DUE UPON RECEIPT**