# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 24, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED EIGHTEENTH MONTHLY INTERIM PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1 through April 30, 2011 |
| Amount of fees sought as actual, reasonable and necessary: | $18,201.00 |
| Amount of expenses sought as actual, reasonable and necessary | $147.45 |

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 27009

DT FILED: 5/31/11

US_ACTIVE-106354045.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 3.50 | $2,292.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 10.00 | $6,500.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | 7.80 | $3,783.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | .70 | $304.50 |
| Kathleen M. K. Blake | Associate | 2002 | Litigation | $400.00 | .60 | $240.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 13.60 | $3,808.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 2.10 | $514.50 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 4.10 | $758.50 |

**Total Fees: $18,201.00**

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 13.60 | $3,808.00 |
| Litigation | .50 | $92.50 |
| Fee Applications | 6.40 | $1,671.00 |
| Claim Analysis Objection Resolution & Estimation | 21.90 | $12,629.50 |
| **Total** | **42.40** | **$18,201.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Courier Service – Outside | $9.45 | ---- |
| Duplicating/Printing/Scanning | $66.00 | ---- |
| Outside Duplicating | $12.10 | ---- |
| PACER | $11.84 | ---- |
| Westlaw | $43.50 | ---- |
| Postage Expense | $4.56 | ---- |
| SUBTOTAL | $147.45 | $0.00 |
| **TOTAL** | **$147.45** | **$0.00** |

Dated:  May 31, 2011              REED SMITH LLP
        Wilmington, Delaware

                                  By: /s/ Kurt F. Gwynne
                                      Kurt F. Gwynne (No. 3951)
                                      1201 Market Street, Suite 1500
                                      Wilmington, DE  19801
                                      Telephone:  (302) 778-7500
                                      Facsimile:  (302) 778-7575
                                      E-mail: kgwynne@reedsmith.com

                                          and

                                      James J. Restivo, Jr., Esquire
                                      Lawrence E. Flatley, Esquire
                                      Douglas E. Cameron, Esquire
                                      Reed Smith Centre
                                      225 Fifth Avenue
                                      Pittsburgh, PA 15222
                                      Telephone:  (412) 288-3131
                                      Facsimile:  (412) 288-3063

                                      Special Asbestos Products Liability Defense
                                      Counsel

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2129419
Richard C. Finke                        Invoice Date       05/26/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
     Fees                      3,808.00
     Expenses                      0.00

               TOTAL BALANCE DUE UPON RECEIPT      $3,808.00
                                                  =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2129419
   Richard C. Finke                        Invoice Date    05/26/11
   Assistant General Counsel - Litigation  Client Number      172573
   7500 Grace Drive                        Matter Number       50001
   Columbia, MD  21044



===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

   Date   Name                                             Hours
 -------- -----------                                      -----

 04/12/11 Espinosa      Continued to review and analyze     2.30
                        Plaintiff's Workers Compensation
                        files and input pertinent dates
                        into the chronology.

 04/13/11 Espinosa      Draft requests for production of    1.20
                        documents.

 04/15/11 Espinosa      Call with A. Enriquez re to          .20
                        schedule witness interviews.

 04/18/11 Espinosa      Prepare for the witness interviews  3.60
                        of A. Enriquez, D. Porras, and L.
                        Miranda.

 04/19/11 Espinosa      Conduct witness interviews of A.    6.00
                        Enriquez, D. Porras, and L.
                        Miranda.

 04/29/11 Espinosa      Identify policies needed for our     .30
                        case files and email A. Enriquez
                        re same.

                                                           ------
                                          TOTAL HOURS       13.60


TIME SUMMARY              Hours        Rate        Value
-----------------------  -------    -----------    -------
Stephanie Henderson Espin  13.60 at $  280.00  =   3,808.00

                          CURRENT FEES                     3,808.00



                                                      ------------
                 TOTAL BALANCE DUE UPON RECEIPT        $3,808.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---|
| Invoice Number | 2129420 |
| Invoice Date | 05/26/11 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                                      92.50
Expenses                                   0.00

            TOTAL BALANCE DUE UPON RECEIPT        $92.50
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                            Invoice Number    2129420
Richard C. Finke                            Invoice Date      05/26/11
Assistant General Counsel - Litigation      Client Number      172573
7500 Grace Drive                            Matter Number       60026
Columbia, MD  21044
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

```
  Date   Name                                                 Hours
-------- -----------                                          -----

04/04/11 Ament           Review agenda and hearing binder       .40
                         received from Pachulski (.10);
                         various e-mails and conference
                         calls re: updating same (.30).

04/12/11 Ament           E-mails re: 4/18/11 hearing.           .10

                                                              ------
                                            TOTAL HOURS         .50
```

```
TIME SUMMARY                  Hours        Rate          Value
-------------------------   ----------------------      -------
Sharon A. Ament             0.50  at  $  185.00  =       92.50

                            CURRENT FEES                            92.50

                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $92.50
                                                            ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2129421
Richard C. Finke                    Invoice Date      05/26/11
Assistant General Counsel - Litigation   Client Number      172573
7500 Grace Drive
Columbia, MD  21044
```

========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                        1,671.00
        Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT      $1,671.00
                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2129421
Richard C. Finke                          Invoice Date      05/26/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        60029
Columbia, MD  21044


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 04/08/11 | Ament | Attention to billing matters (.20); various e-mails re: same (.10). | .30 |
| 04/08/11 | Muha | Discussions with S. Ament re: fee application issues. | .10 |
| 04/11/11 | Ament | Review e-mail re: March monthly fee application. | .10 |
| 04/15/11 | Ament | E-mails re: March monthly and quarterly fee applications. | .10 |
| 04/18/11 | Ament | Attention to billing matters (.20); e-mails re: same (.10). | .30 |
| 04/21/11 | Ament | Meet with A. Muha re: March monthly fee application and quarterly fee application. | .10 |
| 04/21/11 | Lord | Research docket and draft CNO to RS February monthly fee application. | .40 |
| 04/26/11 | Ament | Review e-mails re: March monthly fee application. | .10 |
| 04/26/11 | Muha | Revise fee and expense detail for March 2011 monthly application. | .30 |

172573 W. R. Grace & Co.
  60029 Fee Applications-Applicant
        May 26, 2011

Invoice Number  2129421
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| 04/27/11 | Ament | Begin drafting March monthly fee application and related spreadsheets (.40); attention to billing matters (.20); e-mails with J. Lord re: CNO for Jan. monthly fee application (.10); begin calculating fees and expenses for March monthly fee application (.50). | 1.20 |
| 04/27/11 | Lord | Communicate with S. Ament re: January CNO (.1); draft and file same (.4). | .50 |
| 04/28/11 | Ament | Review e-mail from J. Lord re: Jan. CNO (.10); attention to billing matters (.10); continue calculating fees and expenses for March monthly fee application (.20); continue drafting March monthly fee application (.20); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with L. Lankford re: same (.10). | 1.00 |
| 04/28/11 | Muha | Final revisions to March 2011 monthly application. | .30 |
| 04/29/11 | Lord | Revise, e-file and serve Reed Smith March monthly fee application. | 1.20 |
| 04/30/11 | Cameron | Review fee application materials | .40 |

TOTAL HOURS    6.40

172573 W. R. Grace & Co.                          Invoice Number  2129421
   60029  Fee Applications-Applicant                 Page    3
         May 26, 2011


        TIME SUMMARY                 Hours          Rate           Value
        ------------------------     ----------------------        -------
        Douglas E. Cameron           0.40  at  $  650.00  =        260.00
        Andrew J. Muha               0.70  at  $  435.00  =        304.50
        John B. Lord                 2.10  at  $  245.00  =        514.50
        Sharon A. Ament              3.20  at  $  185.00  =        592.00

                                     CURRENT FEES                        1,671.00


                                                                 ------------


                             TOTAL BALANCE DUE UPON RECEIPT       $1,671.00
                                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number     2129422
Richard C. Finke                              Invoice Date      05/26/11
Assistant General Counsel - Litigation        Client Number      172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          12,629.50
         Expenses                           0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $12,629.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    2129422
Richard C. Finke                        Invoice Date      05/26/11
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive                        Matter Number       60033
Columbia, MD  21044


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2011

    Date   Name                                               Hours
  -------- -----------                                        -----

04/01/11 Blake        Receipt of edits to settlement            .40
                      agreement and motion from T. Rea
                      and review and finalize changes
                      and verify

04/01/11 Blake        Provide and email to T. Rea with          .10
                      final documents

04/01/11 Cameron      Review materials relating to              .90
                      status of PD claims and Plan
                      confirmation

04/01/11 Rea          Revisions and review of DGS             1.30
                      settlement papers.

04/02/11 Cameron      Continued review of PD claims             .60
                      issues

04/04/11 Blake        Follow-up with T. Rea re:                 .10
                      settlement agreement and order for
                      16 DGS claims

04/04/11 Cameron      Review draft settlement agreement         .80
                      and motions and multiple e-mails
                      re same

04/04/11 Flatley      Review draft settlement documents       1.10
                      (0.8); with T. Rea about draft
                      settlement documents (0.3).

172573 W. R. Grace & Co.                          Invoice Number  2129422
  60033  Claim Analysis Objection Resolution & Estimation Page   2
         (Asbestos)
         May 26, 2011


    Date   Name                                                 Hours
  -------- -----------                                          -----

  04/04/11 Rea              Revised DGS settlement papers;       1.40
                            multiple e-mails re: same.

  04/11/11 Cameron          Review motion for approval of         .60
                            settlement (.40); e-mails re same
                            (.20)

  04/11/11 Rea              Revisions to DGS settlement          1.30
                            documents.

  04/12/11 Cameron          Review materials re DGS claim and     .60
                            settlement

  04/12/11 Rea              Revisions to DGS settlement papers.   .60

  04/13/11 Flatley          Emails re: draft of settlement        .10
                            agreement.

  04/13/11 Rea              Revisions to settlement papers and   1.40
                            send to DGS.

  04/15/11 Ament            Begin review of property damage       .30
                            litigation per D. Cameron request.

  04/18/11 Flatley          Call with E. Westbrook (0.2);         .30
                            email to R. Finke, et al. re:
                            Westbrook call (0.1).

  04/19/11 Cameron          Review material relating to           .60
                            settlement agreement

  04/19/11 Flatley          Emails and replies re: Solow          .30
                            consent issue.

  04/20/11 Cameron          Review e-mails and draft letter re    .60
                            settlement agreement assignments

  04/20/11 Flatley          Emails and replies on Solow           .40
                            consent issue (0.2); call with R.
                            Finke re: consent issue (0.2).

  04/21/11 Ament            E-mail to S. Jonjak re: asbestos      .10
                            property damage claims search.

  04/21/11 Cameron          Multiple e-mails and calls re        1.30
                            assignment issues (.70); review
                            and revise draft letter (.30);
                            review settlement agreement (.30)

172573 W. R. Grace & Co.                        Invoice Number  2129422
  60033  Claim Analysis Objection Resolution & Estimation Page  3
         (Asbestos)
         May 26, 2011


   Date   Name                                                    Hours
  -------- -----------                                            -----

  04/21/11 Flatley          Call with D. Cameron re: Solow          .90
                            assignment (0.1); call with R.
                            Finke and follow-up emails re:
                            assignment (0.4); with T. Rea
                            about assignment (0.1); emails re:
                            assignment revisions (0.3).

  04/21/11 Rea              Analysis of issues re:  consent to     1.50
                            Solow assignment.

  04/22/11 Cameron          Multiple e-mails and calls re           .80
                            proposed revisions to draft letter

  04/22/11 Flatley          Emails re: Solow assignment issues.     .30

  04/25/11 Cameron          Review and revise draft consent         .90
                            letter (.50); multiple e-mails re
                            same (.40)

  04/25/11 Rea              Multiple emails re:  assignment of       .10
                            Solow claim.

  04/26/11 Cameron          Review revised DGS settlement           .80
                            agreement (.50); e-mails re same
                            (.30)

  04/26/11 Flatley          Emails re: California DGS               .10
                            settlement agreement revisions.

  04/26/11 Rea              Email re:  DGS settlement.              .20

  04/27/11 Cameron          Review DGS settlement agreement        .50
                            (.30); e-mails re Solow assignment
                            (.20)

  04/30/11 Cameron          Review settlement agreement            .60
                            materials
                                                                 ------
                                          TOTAL HOURS            21.90

172573 W. R. Grace & Co.                          Invoice Number  2129422
   60033  Claim Analysis Objection Resolution & Estimation Page    4
          (Asbestos)
          May 26, 2011

```
     TIME SUMMARY                Hours          Rate          Value
     ------------------------    ---------------------        -------
     Lawrence E. Flatley         3.50  at  $  655.00  =      2,292.50
     Douglas E. Cameron          9.60  at  $  650.00  =      6,240.00
     Traci Sands Rea             7.80  at  $  485.00  =      3,783.00
     Kathleen M.K. Blake         0.60  at  $  400.00  =        240.00
     Sharon A. Ament             0.40  at  $  185.00  =         74.00


                     CURRENT FEES                          12,629.50


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT        $12,629.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2129439
Richard C. Finke                          Invoice Date       05/26/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                              0.00
    Expenses                         10.02

                    TOTAL BALANCE DUE UPON RECEIPT        $10.02
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2129439
Richard C. Finke                             Invoice Date       05/26/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        50001
Columbia, MD  21044

========================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                     0.32
    Duplicating/Printing/Scanning            9.70

              CURRENT EXPENSES                              10.02
                                                     --------------

              TOTAL BALANCE DUE UPON RECEIPT             $10.02
                                                     ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2129439
Richard C. Finke                        Invoice Date     05/26/11
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive                        Matter Number       50001
Columbia, MD  21044
```

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/31/11 | PACER | .32 |
| 04/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 04/13/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 18 COPIES | 1.80 |

```
                          CURRENT EXPENSES              10.02
                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $10.02
                                                    =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number      2129440
   Richard C. Finke                    Invoice Date       05/26/11
   Assistant General Counsel - Litigation   Client Number       172573
   7500 Grace Drive
   Columbia, MD  21044



===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                           0.00
     Expenses                      62.18

                    TOTAL BALANCE DUE UPON RECEIPT       $62.18
                                                  =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                      Invoice Number     2129440
  Richard C. Finke                      Invoice Date     05/26/11
  Assistant General Counsel - Litigation Client Number      172573
  7500 Grace Drive                      Matter Number        60026
  Columbia, MD  21044


==============================================================================
Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

  PACER                                 11.52
  Duplicating/Printing/Scanning         34.00
  Postage Expense                        4.56
  Outside Duplicating                   12.10


             CURRENT EXPENSES                          62.18
                                                  -------------

             TOTAL BALANCE DUE UPON RECEIPT          $62.18
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD  21044

Invoice Number     2129440
Invoice Date     05/26/11
Client Number      172573
Matter Number       60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/29/11 | Outside Duplicating<br>VENDOR: IKON-  Mailout - Bankruptcy Mailouts/Mai | 12.10 |
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/31/11 | PACER | 3.04 |
| 03/31/11 | PACER | 8.48 |
| 04/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                    Invoice Number  2129440
60026  Litigation and Litigation Consulting  Page   2
       May 26, 2011

| Date | Description | Amount |
|---|---|---|
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/29/11 | Postage Expense | 4.56 |
| 04/29/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 136 COPIES | 13.60 |

                           CURRENT EXPENSES              62.18
                                                  ------------

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        May 26, 2011

Invoice Number  2129440
Page    3


                    TOTAL BALANCE DUE UPON RECEIPT            $62.18
                                                        ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2129441
Richard C. Finke                        Invoice Date     05/26/11
Assistant General Counsel - Litigation  Client Number     172573
7500 Grace Drive
Columbia, MD  21044
```

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
     Fees                          0.00
     Expenses                     75.25

                 TOTAL BALANCE DUE UPON RECEIPT       $75.25
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number     2129441 |
| Richard C. Finke | Invoice Date      05/26/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | Matter Number       60033 |
| Columbia, MD  21044 | |

======================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 22.30 |
| Westlaw | 43.50 |
| Courier Service - Outside | 9.45 |

CURRENT EXPENSES                    75.25
                                -------------

TOTAL BALANCE DUE UPON RECEIPT       $75.25
                                =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number    2129441
   Richard C. Finke                         Invoice Date     05/26/11
   Assistant General Counsel - Litigation   Client Number      172573
   7500 Grace Drive                         Matter Number       60033
   Columbia, MD  21044
```

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 34 COPIES | 3.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/08/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- 3/18/11 | 4.20 |
| 04/11/11 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 04/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                        Invoice Number  2129441
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       May 26, 2011


04/12/11   Duplicating/Printing/Scanning                     1.60
           ATTY # 000559: 16 COPIES

04/12/11   Duplicating/Printing/Scanning                     1.70
           ATTY # 000559: 17 COPIES

04/21/11   Duplicating/Printing/Scanning                      .20
           ATTY # 000559: 2 COPIES

04/21/11   Westlaw                                           43.50
           Westlaw

04/25/11   Courier Service - Outside -- VENDOR: JET           5.25
           MESSENGER: Messenger Trip - US Bankruptcy Court
           - Romana Baker - 4/04//11

                           CURRENT EXPENSES                  75.25
                                                        ------------
                           TOTAL BALANCE DUE UPON RECEIPT   $75.25
                                                        ============