# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 22, 2011 at 4:00 p.m. (Eastern) |
| | | Hearing Date:  Only if Objections are Filed |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED NINETEENTH MONTHLY INTERIM PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:                                    July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                              May 1 through May 31, 2011

Amount of fees sought as actual,
reasonable and necessary:                             $6,949.00

Amount of expenses sought as actual,
reasonable and necessary                              $785.03

This is a(n): X monthly    _ interim    _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: _27187_

DT FILED: _6/29/11_

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred nineteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 6.00 | $3,900.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | .30 | $154.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | .90 | $391.50 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | .40 | $112.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 4.70 | $1,151.50 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 6.70 | $1,239.50 |

**Total Fees: $6,949.00**

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | .70 | $266.50 |
| Litigation | 1.20 | $240.00 |
| Fee Applications | 11.20 | $2,840.00 |
| Claim Analysis Objection Resolution & Estimation | 5.90 | $3,602.50 |
| **Total** | **19.00** | **$6,949.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Courier Service – Outside | $4.20 | ---- |
| Duplicating/Printing/Scanning | $37.60 | ---- |
| Outside Duplicating | $727.71 | ---- |
| PACER | $11.36 | ---- |
| Postage Expense | $4.16 | ---- |
| SUBTOTAL | $785.03 | $0.00 |
| **TOTAL** | **$785.03** | **$0.00** |

Dated:  June 29, 2011                    REED SMITH LLP
        Wilmington, Delaware

                                         By: /s/ Kurt F. Gwynne_____
                                             Kurt F. Gwynne (No. 3951)
                                             1201 Market Street, Suite 1500
                                             Wilmington, DE  19801
                                             Telephone:  (302) 778-7500
                                             Facsimile:  (302) 778-7575
                                             E-mail: kgwynne@reedsmith.com

                                                 and

                                             James J. Restivo, Jr., Esquire
                                             Lawrence E. Flatley, Esquire
                                             Douglas E. Cameron, Esquire
                                             Reed Smith Centre
                                             225 Fifth Avenue
                                             Pittsburgh, PA 15222
                                             Telephone:  (412) 288-3131
                                             Facsimile:  (412) 288-3063

                                             Special Asbestos Products Liability Defense
                                             Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2140782
7500 Grace Drive                             Invoice Date        06/27/11
Columbia, Maryland 21044                      Client Number       172573
USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                              266.50
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $266.50
                                                     =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2140782
7500 Grace Drive                        Invoice Date     06/27/11
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       50001
```

==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 05/04/11 | Husar | Work on follow up and strategy regarding Rule 26 meeting and discovery plan. | .30 |
| 05/06/11 | Espinosa | Draft letter to plaintiff's counsel requesting a time to conduct the Rule 16 conference. | .20 |
| 05/24/11 | Espinosa | Email and call Plaintiff's counsel re the Rule 26 conference. | .20 |

```
                                             ------
                                TOTAL HOURS    .70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 0.30 at $ 515.00 = | | 154.50 |
| Stephanie Henderson Espin | 0.40 at $ 280.00 = | | 112.00 |

```
                    CURRENT FEES                          266.50


                                                   ------------
            TOTAL BALANCE DUE UPON RECEIPT            $266.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2140783
7500 Grace Drive                         Invoice Date        06/27/11
Columbia, Maryland 21044                 Client Number         172573
USA

=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                 240.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $240.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2140783 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 06/27/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| -------- | ----------- | | ----- |
| 05/03/11 | Lord | Update 2002 and core service lists. | .30 |
| 05/09/11 | Ament | Various e-mails with P. Cuniff re: agenda and hearing binder (.20); review hearing binder (.10); update same (.20); coordinate hand delivery of agenda and hearing binder to Judge Fitzgerald (.20); various e-mails re: 5/25/11 hearing (.10). | .80 |
| 05/27/11 | Ament | E-mails with P. Cuniff re: June omnibus hearing. | .10 |

```
                                                       ------
                                        TOTAL HOURS     1.20
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| -------------------------- | --------------------- | | ------- |
| John B. Lord | 0.30 at $ 245.00 = | | 73.50 |
| Sharon A. Ament | 0.90 at $ 185.00 = | | 166.50 |

```
                       CURRENT FEES                        240.00


                                                       ------------
              TOTAL BALANCE DUE UPON RECEIPT              $240.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2140784 |
| 7500 Grace Drive | Invoice Date    06/27/11 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |


=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                         2,840.00
    Expenses                        0.00

                      TOTAL BALANCE DUE UPON RECEIPT     $2,840.00
                                                   =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630


     W.R. Grace & Co.                   Invoice Number    2140784
     7500 Grace Drive                   Invoice Date      06/27/11
     Columbia, Maryland 21044           Client Number       172573
     USA                                Matter Number        60029


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

     Date    Name                                           Hours
   --------  -----------                                    -----


   05/02/11 Ament          Attention to billing matters       .20
                           (.10); e-mail to D. Cameron and A.
                           Muha re: same (.10).

   05/03/11 Ament          Review and respond to e-mail from  .10
                           J. Lord re: quarterly fee
                           application.

   05/03/11 Lord           E-mail to S. Ament re quarterly    .10
                           fee application.

   05/05/11 Ament          Begin calculating fees and        1.00
                           expenses for 40th quarterly fee
                           application (.50); begin drafting
                           spreadsheet, narrative and summary
                           re: same (.50).

   05/06/11 Ament          Continue drafting 40th quarterly   .50
                           fee application.

   05/10/11 Ament          Review and respond to e-mail from  .10
                           J. Lord re: quarterly fee
                           application.

   05/10/11 Lord           Communicate with S. Ament re:      .10
                           Grace quarterly application.

   05/11/11 Ament          Continue calculating fees and     1.30
                           expenses for quarterly fee
                           application (.70); continue
                           drafting quarterly fee application
                           (.20); provide same to A. Muha for
                           review (.10); finalize narrative
                           and summary for 40th fee
```

```
172573 W. R. Grace & Co.                        Invoice Number  2140784
60029  Fee Applications-Applicant               Page    2
       June 27, 2011


     Date   Name                                              Hours
   -------- -----------                                       -----
                          application (.20); e-mail same to
                          J. Lord for DE filing (.10).

   05/11/11 Lord          Revise and prepare Reed Smith 40th    1.20
                          interim fee application for
                          e-filing and service.

   05/11/11 Muha          Review and revise 40th quarterly       .40
                          fee application.

   05/12/11 Ament         Review e-mail from J. Lord re:         .10
                          40th quarterly fee application.

   05/12/11 Lord          Revise and continue to finalize        .50
                          Reed Smith 40th interim fee
                          application for e-filing and
                          service.

   05/13/11 Cameron       Attention to fee application issues    .60

   05/13/11 Lord          E-file and serve RS 40th quarterly     .40
                          fee application

   05/23/11 Lord          Research docket and draft CNO for      .30
                          Reed Smith March monthly fee
                          application.

   05/24/11 Ament         Review e-mail re: April monthly        .10
                          fee application.

   05/25/11 Ament         Review e-mail re: April monthly        .10
                          fee application.

   05/25/11 Lord          E-file and serve CNO to Reed Smith     .30
                          March monthly fee application.

   05/25/11 Muha          Review and revise fee and expense      .20
                          detail for April monthly fee
                          application.

   05/26/11 Ament         E-mails re: April monthly fee          .70
                          application (.10); attention to
                          billing matters (.10); begin
                          drafting fee application and
                          spreadsheets for same (.50).

   05/27/11 Ament         Calculate fees and expenses for       1.10
                          April monthly fee application
                          (.50); continue drafting 118th fee
                          application (.20); provide same to
                          A. Muha for review (.10); finalize
```

```
172573 W. R. Grace & Co.                    Invoice Number  2140784
60029  Fee Applications-Applicant           Page   3
       June 27, 2011


   Date  Name                                              Hours
   ------ -----------                                      -----

                        fee application (.10); e-mail same
                        to J. Lord for DE filing (.10);
                        follow-up e-mails re: same (.10).

  05/27/11 Lord         Revise and prepare Reed Smith        .90
                        118th monthly fee application for
                        e-filing and service.

  05/27/11 Muha         Final review and revisions to        .30
                        draft of April 2011 monthly fee
                        application.

  05/31/11 Lord         Revise, e-file and service Reed      .60
                        Smith 118th monthly fee
                        application.

                                                          ------
                                        TOTAL HOURS        11.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.60 | at | $ 650.00 | = | 390.00 |
| Andrew J. Muha | 0.90 | at | $ 435.00 | = | 391.50 |
| John B. Lord | 4.40 | at | $ 245.00 | = | 1,078.00 |
| Sharon A. Ament | 5.30 | at | $ 185.00 | = | 980.50 |

```
                        CURRENT FEES                         2,840.00


                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $2,840.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2140785
7500 Grace Drive                          Invoice Date        06/27/11
Columbia, Maryland 21044                  Client Number        172573
USA


========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          3,602.50
          Expenses                          0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $3,602.50
                                                         =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      2140785
7500 Grace Drive                      Invoice Date       06/27/11
Columbia, Maryland 21044              Client Number        172573
USA                                   Matter Number         60033
```

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 05/04/11 | Ament | E-mails re: asbestos property damage claims (.20); begin reviewing dockets re: same (.30). | .50 |
| 05/05/11 | Cameron | Attention to settlement agreement and assignment issues | .90 |
| 05/10/11 | Cameron | Review materials relating to assignment issues | .60 |
| 05/17/11 | Cameron | Review materials relating to assignment and settlements | .70 |
| 05/21/11 | Cameron | Review materials relating to settlement agreements and assignment | .50 |
| 05/24/11 | Cameron | Multiple e-mails re: assignment issue (.40); review revised draft of consent letter (.70). | 1.10 |
| 05/25/11 | Cameron | Attention to revised draft of assignment consent letter. | .60 |
| 05/26/11 | Cameron | Review assignment consent letter | .40 |
| 05/30/11 | Cameron | Review assignment consent letter for call with Solow's counsel | .60 |

```
                                                      ------
                                       TOTAL HOURS     5.90
```

172573 W. R. Grace & Co.                              Invoice Number  2140785
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       June 27, 2011


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 5.40 at $ 650.00 = | | 3,510.00 |
| Sharon A. Ament | 0.50 at $ 185.00 = | | 92.50 |
| | CURRENT FEES | | 3,602.50 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $3,602.50 |
| | | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2140789
7500 Grace Drive                             Invoice Date    06/27/11
Columbia, Maryland 21044                      Client Number    172573
USA


=============================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        785.03

                TOTAL BALANCE DUE UPON RECEIPT        $785.03
                                                  =============

```
                        REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2140789
   7500 Grace Drive                    Invoice Date     06/27/11
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number       60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                 11.36
      Duplicating/Printing/Scanning         37.60
      Postage Expense                        4.16
      Courier Service - Outside              4.20
      Outside Duplicating                  727.71

                  CURRENT EXPENSES                         785.03
                                                     -------------

                  TOTAL BALANCE DUE UPON RECEIPT          $785.03
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2140789
7500 Grace Drive                          Invoice Date    06/27/11
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      60026


==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 04/27/11 | Outside Duplicating VENDOR: Ikon-  Mailout -- Copy/Postage charges for service of quarterly fee app. materials. | 32.30 |
| 04/30/11 | PACER | .16 |
| 04/30/11 | PACER | 8.48 |
| 04/30/11 | PACER | 2.48 |
| 04/30/11 | PACER | .24 |
| 05/02/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/05/11 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 05/06/11 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 05/09/11 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  2140789
60026  Litigation and Litigation Consulting        Page   2
       June 27, 2011

| | | |
|---|---|---|
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/11/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/16/11 | Outside Duplicating VENDOR: IKON Mailout -<br>-Copy/Postage charges for service of quarterly<br>fee app. materials. | 354.56 |
| 05/16/11 | Outside Duplicating VENDOR: IKON Mailout - -<br>Copy/Postage charges for service of quarterly<br>fee app. materials. | 340.85 |
| 05/23/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/23/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/24/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- Romana Baker - 5/09/11 | 4.20 |
| 05/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                        Invoice Number  2140789
60026  Litigation and Litigation Consulting     Page   3
       June 27, 2011
```

| | | |
|---|---|---|
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/27/11 | Postage Expense | 4.16 |
| 05/31/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 114 COPIES | 11.40 |

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        June 27, 2011

Invoice Number   2140789
Page    4

                    CURRENT EXPENSES                        785.03
                                                       ------------

                    TOTAL BALANCE DUE UPON RECEIPT        $785.03
                                                       ============