# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: August 22, 2011 at 4:00 p.m. (Eastern)** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTIETH MONTHLY INTERIM PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1 through June 30, 2011 |
| Amount of fees sought as actual, reasonable and necessary: | $24,354.50 |
| Amount of expenses sought as actual, reasonable and necessary | $387.90 |

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#27322
7/28/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twentieth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | 3.10 | $2,170.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 15.90 | $10,335.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 1.10 | $566.50 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | 2.70 | $1,309.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 1.00 | $435.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 6.40 | $1,792.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 2.00 | $490.00 |
| Maureen L. Atkinson | Paralegal | 34 Years | Litigation | $220.00 | 18.70 | $4,114.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 15.50 | $2,867.50 |
| Antoni Stosh Jonjak | Specialist | 2 Years | Knowledge Management | $110.00 | 2.50 | $275.00 |

**Total Fees: $24,354.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 7.50 | $2,358.50 |
| Fee Applications | 5.30 | $1,479.50 |
| Claim Analysis Objection Resolution & Estimation | 56.10 | $20,516.50 |
| **Total** | **68.90** | **$24,354.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $179.10 | ---- |
| Other Databases:  Library Research | $100.00 | ---- |
| PACER | $5.04 | ---- |
| Postage Expense | $3.76 | ---- |
| General Expense:  Vender Bloomberg Finance LP May 2011 | $100.00 | ---- |
| SUBTOTAL | $387.90 | $0.00 |
| **TOTAL** | **$387.90** | **$0.00** |

Dated:    June 28, 2011                        REED SMITH LLP
          Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2152068
7500 Grace Drive                          Invoice Date      07/27/11
Columbia, Maryland 21044                  Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

    Fees                            2,358.50
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT      $2,358.50
                                                 =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2152068
7500 Grace Drive                        Invoice Date       07/27/11
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         50001
```

==========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 06/03/11 | Espinosa | Strategize re the Rule 26 Conference. | .20 |
| 06/03/11 | Espinosa | Draft requests for production of documents. | 2.00 |
| 06/03/11 | Espinosa | Call and email Plaintiff's counsel re the Rule 26 conference. | .20 |
| 06/06/11 | Espinosa | Prepare for and conduct the Rule 26 conference of counsel. | .50 |
| 06/06/11 | Husar | Work on response to court alternative dispute requirements and discovery plan. | .60 |
| 06/15/11 | Espinosa | Review various client documents and interview notes and draft Defendants' initial disclosures. | 2.50 |
| 06/15/11 | Espinosa | Draft interrogatories to serve on Plaintiff. | .70 |
| 06/17/11 | Husar | Review and revise Rule 26 disclosures. | .50 |
| 06/22/11 | Espinosa | Email Plaintiffs' counsel re the Rule 26 initial disclosures. | .20 |
| 06/27/11 | Espinosa | Follow-up with Plaintiff's counsel on the initial disclosures. | .10 |

```
                                                 ------
                                 TOTAL HOURS      7.50
```

```
172573 W. R. Grace & Co.                    Invoice Number  2152068
50001  Correa v. W.R. Grace                 Page    2
       July 27, 2011
```

```
TIME SUMMARY                Hours        Rate          Value
------------------------    ---------------------    -------
Linda S. Husar              1.10  at  $  515.00  =    566.50
Stephanie Henderson Espin   6.40  at  $  280.00  =  1,792.00

                            CURRENT FEES                      2,358.50


                                                         ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $2,358.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2152069
7500 Grace Drive                          Invoice Date    07/27/11
Columbia, Maryland 21044                  Client Number     172573
USA


=================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,479.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $1,479.50
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2152069 |
| 7500 Grace Drive | Invoice Date      07/27/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60029 |


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 06/19/11 | Cameron | Attention to fee application materials. | .60 |
| 06/22/11 | Ament | Review e-mail re: May monthly fee application. | .10 |
| 06/24/11 | Muha | Review and revise fee and expense detail for May 2011 monthly application. | .20 |
| 06/27/11 | Ament | Review e-mails re: May monthly fee application (.10); begin drafting spreadsheets and 119th monthly fee application (.40). | .50 |
| 06/28/11 | Ament | Review invoices and calculate fees and expenses re: same (.50); continue drafting fee application (.30); provide same to A. Muha for review (.10); e-mails with J. Lord re: CNO for April monthly fee application (.10); finalize 119th fee application (.10); e-mail same to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same (.10). | 1.30 |
| 06/28/11 | Lord | Draft, e-file and serve CNO to Reed Smith April monthly fee application (.5); communicate with S. Ament re: May monthly fee application (.1); review and revise same (.2). | .80 |

```
172573  W. R. Grace & Co.                 Invoice Number  2152069
60029   Fee Applications-Applicant        Page   2
        July 27, 2011
```

| Date | Name | | Hours |
|------|------|--|-------|
| 06/28/11 | Muha | Review and finalize May monthly fee application. | .20 |
| 06/29/11 | Ament | Review e-mail from J. Lord re: 119th monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: CNO for 118th monthly fee application (.10). | .40 |
| 06/29/11 | Lord | Revise, e-file and serve Reed Smith 119th monthly fee application. | 1.20 |

```
                                              ------
                                 TOTAL HOURS    5.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 0.60 | at | $  650.00 | = | 390.00 |
| Andrew J. Muha | 0.40 | at | $  435.00 | = | 174.00 |
| John B. Lord | 2.00 | at | $  245.00 | = | 490.00 |
| Sharon A. Ament | 2.30 | at | $  185.00 | = | 425.50 |

```
                    CURRENT FEES                         1,479.50


                                               ------------
          TOTAL BALANCE DUE UPON RECEIPT          $1,479.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       2152070
7500 Grace Drive                          Invoice Date        07/27/11
Columbia, Maryland 21044                  Client Number         172573
USA

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                          20,516.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $20,516.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2152070
7500 Grace Drive                        Invoice Date     07/27/11
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/11 | Cameron | Multiple e-mails re assignment consent letter (.50); telephone call with R. Fink re assignment consent letter (.40); review and revise draft assignment consent letter and e-mail to Solow counsel re same (.90). | 1.80 |
| 06/01/11 | Rea | E-mails re: DGS settlement. | .10 |
| 06/02/11 | Cameron | Review revised assignment consent letter (.30); review materials re DGS claim settlement (.60). | .90 |
| 06/05/11 | Cameron | Attention to R. Finke request re PD claims. | .90 |
| 06/06/11 | Ament | Review and respond to e-mail from D. Cameron re: R. Finke request for research re: asbestos property damage litigation. | .30 |
| 06/06/11 | Cameron | Review materials re PD claim filing data. | .80 |
| 06/06/11 | Rea | Reviewed DGS settlement agreement. | .40 |
| 06/07/11 | Cameron | Attention to materials related to PD claims filed in tort system. | .90 |
| 06/08/11 | Rea | Finalization of DGS settlement agreement. | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  2152070
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       July 27, 2011


    Date   Name                                                    Hours
  -------- -----------                                             -----

06/08/11 Restivo          Review e-mails re: subpoena, P.D.          .50
                          cases, Solow.

06/09/11 Ament            Review dockets relating to                1.30
                          asbestos property damage
                          litigation and begin preparation
                          of spreadsheet re: same (1.0);
                          e-mails and meet with M. Atkinson
                          re: same (.10); conference call
                          with A. Muha re: same (.10);
                          e-mail to team re: same (.10).

06/09/11 Atkinson         Meet with Sharon Ament re: R.              .50
                          Finke request re: property suits
                          (.30); review Dockets pulled by
                          Library and arrange with
                          Duplicating to have printed (.20).

06/09/11 Muha             Emails with D. Cameron and S.              .20
                          Ament re: asbestos property damage
                          research requested by R. Finke.

06/09/11 Restivo          Asbestos-related subpoena for              .50
                          documents (0.3); review of emails
                          from 6/2 to 6/10 (0.2).

06/10/11 Atkinson         Review Dockets re: property damage        6.70
                          cases.

06/13/11 Atkinson         Revise summary information/table          1.10
                          of property damage cases.

06/13/11 Muha             Emails to/from D. Cameron re:              .10
                          status of report on property
                          damage litigation.

06/13/11 Restivo          Receipt and response to emails on         .40
                          various matters.

06/14/11 Ament            Various e-mails and meetings with        3.10
                          M. Atkinson re: research re:
                          asbestos PD claims litigation
                          (.50); review various complaints
                          re: same (2.10); update
                          spreadsheet re: same (.50).

172573 W. R. Grace & Co.                         Invoice Number  2152070
60033  Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       July 27, 2011


    Date   Name                                                    Hours
   ------- -----------                                             -----

06/14/11 Atkinson    Meet with S. Ament re:  table of       4.90
                     property damages cases (.40);
                     review Dockets and Complaints
                     (3.50); add additional information
                     to summary table (.70); review
                     complaints for chart (.30).

06/14/11 Cameron     Review materials re asbestos PD        1.80
                     claim filing (.90); e-mails re
                     same (.20); review revised
                     assignment document from Solow
                     (.70).

06/14/11 Jonjak      Pulled asbestos property               2.20
                     litigation complaints and
                     administered further requests (S.
                     Ament).

06/14/11 Muha        Review draft of chart re: property      .30
                     damage litigation and multiple
                     emails seeking additional work and
                     revisions.

06/14/11 Restivo     Draft subpoena response.                .30

06/15/11 Ament       Research relating to PD claim         3.00
                     litigation (2.50); various e-mails
                     re: same (.50).

06/15/11 Atkinson    E-mails re:  additional              1.20
                     information for summary table of
                     property damage cases (.70);
                     additional internet searches re:
                     property damage cases (.50).

06/15/11 Cameron     Attention to assignment agreement.     .50

06/15/11 Restivo     Email with Honeywell attorney re:      .40
                     subpoena.

06/16/11 Ament       Various e-mails and conference       1.50
                     calls re: research relating to PD
                     claim litigation (.50); review
                     information received re: same
                     (.50); update spreadsheet re: same
                     (.50).

172573 W. R. Grace & Co.                        Invoice Number  2152070
60033  Claim Analysis Objection Resolution & Estimation Page   4
       (Asbestos)
       July 27, 2011


    Date   Name                                                    Hours
 --------  -----------                                             -----

 06/16/11 Ament          Conference call with M. Atkinson           .20
                         re: research for PD claims
                         litigation.

 06/16/11 Atkinson       Review Library search results for         1.00
                         asbestos property damage cases to
                         add to table.

 06/17/11 Ament          Review complaint and additional          1.40
                         research and update spreadsheet
                         relating to PD claims litigation
                         (.90); e-mails with S. Jonjak re:
                         IL complaint (.10); e-mail to M.
                         Atkinson re: same (.10); e-mail to
                         D. Cameron and A. Muha re: status
                         (.10); e-mails requesting
                         information relating to PD claims
                         litigation (.20).

 06/17/11 Atkinson       Review additional case information       1.10
                         to include on spreadsheet of
                         property damage litigation.

 06/17/11 Cameron        Review materials relating to PI          1.10
                         claims in tort system (.60);
                         multiple e-mails regarding
                         assignment consent letter (.50).

 06/19/11 Cameron        Review materials from S. Ament and       1.10
                         M. Atkinson (.80); review revised
                         draft of assignment letter (.30).

 06/20/11 Ament          Review and update chart relating          .90
                         to PD claims litigation (.70);
                         e-mails re: IL complaints (.10);
                         meet with S. Jonjak re: research
                         (.10).

 06/20/11 Atkinson       Review additional information to         1.20
                         update table of asbestos-related
                         property damage litigation.

 06/21/11 Ament          E-mails re: missing complaints for       .50
                         PD claims litigation research
                         (.30); review and update chart re:
                         same (.20).

 06/21/11 Atkinson       Update information on table              .60
                         summarizing property damages cases.

172573 W. R. Grace & Co.                          Invoice Number  2152070
60033  Claim Analysis Objection Resolution & Estimation Page   5
       (Asbestos)
       July 27, 2011


   Date  Name                                                    Hours
   ------ -----------                                            -----

   06/21/11 Atkinson        Review and update summary              .40
                            information on table of property
                            damage cases.

   06/21/11 Cameron         Attention to assignment consent       1.20
                            letter and e-mails re same (.50);
                            review status of research in PD
                            claims (.70).

   06/22/11 Ament           Complete research relating to         1.00
                            asbestos property damage claim
                            litigation per R. Finke request
                            (.50); various e-mails and
                            meetings re: same (.40); e-mail
                            findings to D. Cameron and A. Muha
                            re: same (.10).

   06/22/11 Cameron         Attention to draft side letter and   1.20
                            consent letter (.40); review
                            materials from S. Ament and M.
                            Atkinson re PD claims (.80).

   06/22/11 Jonjak          Pulled TX state court complaint        .30
                            and docket via CNS and Bloomberg
                            (S. Ament).

   06/22/11 Restivo         Review subpoena and government         .50
                            report.

   06/23/11 Cameron         Finalize side letter and             1.20
                            Assignment consent letter (.40);
                            review PD claims materials (.80).

   06/23/11 Rea             Review Solow letter agreement.        .10

   06/24/11 Cameron         Review materials re PD claims in     1.40
                            tort system (.70); review DGS
                            settlement agreement materials and
                            e-mails re same (.70).

   06/24/11 Rea             Finalize motion for approval of       .80
                            DGS settlement.

   06/27/11 Cameron         Review consent letter (.20);          .50
                            review DGS materials (.30).

   06/29/11 Restivo         Status review of various open         .50
                            items.

                                                                 ------
                                            TOTAL HOURS           56.10

172573  W. R. Grace & Co.                           Invoice Number   2152070
60033   Claim Analysis Objection Resolution & Estimation Page    6
        (Asbestos)
        July 27, 2011

```
TIME SUMMARY              Hours          Rate          Value
------------------------  ---------------------        -------
Douglas E. Cameron        15.30  at  $  650.00  =    9,945.00
James J. Restivo Jr.       3.10  at  $  700.00  =    2,170.00
Andrew J. Muha             0.60  at  $  435.00  =      261.00
Traci Sands Rea            2.70  at  $  485.00  =    1,309.50
Maureen L. Atkinson       18.70  at  $  220.00  =    4,114.00
Sharon A. Ament           13.20  at  $  185.00  =    2,442.00
Antoni Stosh Jonjak        2.50  at  $  110.00  =      275.00

                          CURRENT FEES                       20,516.50


                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT      $20,516.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2152071
7500 Grace Drive                          Invoice Date    07/27/11
Columbia, Maryland 21044                  Client Number    172573
USA

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        387.90

                  TOTAL BALANCE DUE UPON RECEIPT        $387.90
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2152071 |
| 7500 Grace Drive | Invoice Date    07/27/11 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60033 |

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 5.04 |
| Duplicating/Printing/Scanning | 179.10 |
| Other Databases | 100.00 |
| Postage Expense | 3.76 |
| General Expense | 100.00 |

|  |  |
|---|---|
| CURRENT EXPENSES | 387.90 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $387.90 |
| | ============= |

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2152071
7500 Grace Drive                    Invoice Date      07/27/11
Columbia, Maryland 21044            Client Number      172573
USA                                 Matter Number       60033
```

========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
               (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/04/11 | Other Databases: stosh jonjak | 100.00 |
| 05/31/11 | PACER | 5.04 |
| 06/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 06/09/11 | Duplicating/Printing/Scanning<br>ATTY # 0856; 324 COPIES | 32.40 |
| 06/09/11 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1070 COPIES | 107.00 |
| 06/09/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 06/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                              Invoice Number  2152071
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       July 27, 2011

| | | |
|---|---|---:|
| 06/14/11 | Duplicating/Printing/Scanning<br>ATTY # 0349; 11 COPIES | 1.10 |
| 06/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 06/15/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 35 COPIES | 3.50 |
| 06/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 27 COPIES | 2.70 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/16/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 06/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/24/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/27/11 | Postage Expense | 3.76 |
| 06/29/11 | General Expense -- VENDOR: BLOOMBERG FINANCE LP:<br>Bloomberg - May 2011 | 100.00 |

172573 W. R. Grace & Co.                        Invoice Number  2152071
60033  Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       July 27, 2011


06/29/11   Duplicating/Printing/Scanning                    9.00
           ATTY # 0718; 90 COPIES

                        CURRENT EXPENSES                   387.90
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $387.90
                                                      =============