**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**June 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended June 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James E DePonte | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 10.5 | $ 8,361.05 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 688.34 | 8.6 | $ 5,919.72 |
| Christopher S Krawtschuk | Director | 12 | Integrated Audit | $ 646.43 | 2.0 | $ 1,292.86 |
| Dave Sands | Director | 12 | Integrated Audit | $ 436.88 | 3.8 | $ 1,660.14 |
| Jody Underhill | Director | 12 | Integrated Audit | $ 410.80 | 9.1 | $ 3,738.28 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 24.2 | $ 10,572.50 |
| Brian Wiegmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 5.1 | $ 2,532.51 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 0.9 | $ 284.61 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 60.5 | $ 15,597.51 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 8.5 | $ 1,997.08 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 85.0 | $ 18,999.20 |
| Ethan Epstein | Audit Senior Associate | 4 | Integrated Audit | $ 347.98 | 8.5 | $ 2,957.83 |
| Elizabeth Sama | Audit Senior Associate | 4 | Integrated Audit | $ 239.20 | 3.5 | $ 837.20 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 15.6 | $ 2,813.30 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 4.0 | $ 721.36 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 137.16 | 48.5 | $ 6,652.26 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 147.50 |
| Totals | | | | | 301.6 | $ 87,190.56 |

{02411:PLDG:10148654.DOC}

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals     24.6     $ 4,530.89

## Summary of PwC's Fees By Project Category: June 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 24.6 | $ 4,530.89 |
| 13-Financing | | |
| 14-Hearings | | |

{02411:PLDG:10148654.DOC}

| | | |
|---|---|---|
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 301.6 | $87,190.56 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 326.2 | $ 91,721.45 |

Expense Summary
June 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $795.65 |
| Lodging | N/A | |
| Sundry | N/A | |
| Business Meals | N/A | |
| TOTAL: | | $ 795.65 |

{02411:PLDG:10148654.DOC}