# Exhibit - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**Month ended June 30, 2011**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Pavel Katsiak** | | | | |
| 6-Jun | 0.9 | Fee application - May 2011 | 257.91 | $ 232.12 |
| 7-Jun | 0.5 | Fee application - May 2011 | 257.91 | $ 128.96 |
| 9-Jun | 0.4 | Fee application - May 2011 | 257.91 | $ 103.16 |
| 10-Jun | 1.5 | Fee application - May 2011 | 257.91 | $ 386.87 |
| 17-Jun | 0.6 | Fee application - May 2011 | 257.91 | $ 154.75 |
| 24-Jun | 1.6 | Fee application - May 2011 | 257.91 | $ 412.66 |
| | **0.9** | **Total Grace Fee Application Charged Hours** | | **$ 1,418.51** |
| **Name: Melanie Schwartz** | | | | |
| 6-Jun | 1.3 | Fee Application - reconciliation | 134.62 | $ 175.01 |
| 6-Jun | 1.7 | Fee Application - work on May fee app | 134.62 | $ 228.85 |
| 7-Jun | 1.5 | Fee Application - work on May fee app | 134.62 | $ 201.93 |
| 7-Jun | 1.7 | Fee Application - work on reconciliations | 134.62 | $ 228.85 |
| 8-Jun | 5.2 | Fee Application - work on reconciliations | 134.62 | $ 700.02 |
| 9-Jun | 2.1 | Fee Application - work on reconciliations | 134.62 | $ 282.70 |
| 10-Jun | 1.8 | Fee Application - work on reconciliations | 134.62 | $ 242.32 |
| 10-Jun | 1.3 | Fee Application - work on expense reconciliations | 134.62 | $ 175.01 |
| 10-Jun | 2.4 | Fee Application - work on quarterly files | 134.62 | $ 323.09 |
| | **19.0** | **Total Grace Fee Application Charged Hours** | | **$ 2,557.78** |
| **Name: Joseph Pearson** | | | | |
| 3-Jun | 0.2 | Prepare template for May Expense data | 118.00 | $ 23.60 |
| 3-Jun | 0.4 | Populate template with individual May expense data | 118.00 | $ 47.20 |
| 3-Jun | 0.2 | Prepare template for May Time data | 118.00 | $ 23.60 |
| 3-Jun | 0.7 | Populate template with individual May Time data | 118.00 | $ 82.60 |
| 3-Jun | 0.7 | Standardize individual data with formatting of template | 118.00 | $ 82.60 |
| 3-Jun | 1.0 | Verify use of proper grammar and spelling in template | 118.00 | $ 118.00 |
| 6-Jun | 0.2 | Process WIP Reports | 118.00 | $ 23.60 |
| 6-Jun | 0.3 | Populate time template with WIP report data | 118.00 | $ 35.40 |

| Date | Hours | Description | Rate | | Amount |
|------|-------|-------------|------|---|--------|
| 6-Jun | 0.5 | Reconcile time template with WIP report data | 118.00 | $ | 59.00 |
| 6-Jun | 0.5 | Send correction emails to team members | 118.00 | $ | 59.00 |
| | **4.7** | **Total Grace Fee Application Charged Hours** | | **$** | **554.60** |
| | **24.6** | **Total Grace Fee Application Charged Hours** | | **$** | **4,530.89** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended June 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James E DePonte | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Thomas E. Smith | Audit Partner | 20+ | Integrated Audit | $ 799.29 | 10.5 | $ 8,391.05 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 688.34 | 8.6 | $ 5,919.72 |
| Christopher S Kravchuk | Director | 12 | Integrated Audit | $ 646.43 | 2.0 | $ 1,292.86 |
| Dave Sands | Director | 12 | Integrated Audit | $ 436.88 | 3.8 | $ 1,660.14 |
| Jody Underhill | Director | 12 | Integrated Audit | $ 410.80 | 9.1 | $ 3,738.28 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 24.2 | $ 10,572.50 |
| Brian Wegerbaun | Audit Manager | 7 | Integrated Audit | $ 496.57 | 5.1 | $ 2,532.51 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 0.9 | $ 284.61 |
| Pavel Kotsak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 60.5 | $ 15,597.81 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 8.5 | $ 1,997.08 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 85.0 | $ 18,999.20 |
| Ethan Epstein | Audit Senior Associate | 4 | Integrated Audit | $ 347.98 | 8.5 | $ 2,957.83 |
| Elizabeth Sama | Audit Senior Associate | 4 | Integrated Audit | $ 239.20 | 3.5 | $ 837.20 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 15.6 | $ 2,813.30 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 4.0 | $ 721.36 |
| Jamie Kurylat | Audit Associate | 1 | Integrated Audit | $ 137.16 | 48.5 | $ 6,652.26 |
| Juan C Perez Juanquima | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 147.50 |
| Totals | | | | | 301.6 | $ 87,190.56 |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Thomas E. Smith** | | |
| 1-Jun | 0.6 | Meet w/S.Scarlis (Grace) and TDyer (Grace) to discuss Molycorp contract accounting |
| 1-Jun | 0.7 | Meet w/EBull (Grace) to discuss 2011 audit plan |
| 7-Jun | 1.1 | Phone call w/PwC National office to discuss Molycorp contract |
| 7-Jun | 0.9 | Phone call w/BDockman and DPate (all Grace) to discuss Molycorp contract accounting |
| 9-Jun | 0.5 | Research regarding accounting treatment for Molycorp contract |
| 9-Jun | 2.0 | Phone call w/PwC National office (J.DePonte) to discuss Molycorp contract |
| 9-Jun | 0.7 | Phone call w/BDockman and DPate (all Grace) to discuss Molycorp contract accounting |
| 20-Jun | 1.0 | Team update discussion - planning (PKatsiak and ASchmidt) (all PwC) |
| 21-Jun | 0.8 | Planning discussion w/ASchmidt (PwC) |
| 21-Jun | 1.1 | Meeting w/HLaForce (Grace) to discuss audit matters |
| 21-Jun | 0.6 | Discussion w/TDyer (Grace) regarding Molycorp contract accounting |
| 22-Jun | 0.5 | Review of audit workpapers |
| | **10.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name: James E. DePonte

| Date | Hours | Description of Services Provided |
|---|---|---|
| 9-Jun | 2.0 | Phone call with T.Smith (PwC) to discuss Molycorp contract |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description or Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: John Newstead**

| Date | Hours | Description |
|------|-------|-------------|
| 1-Jun | 0.6 | Emails regarding WR Grace |
| 13-Jun | 3.0 | Meeting with Gloria Kersee, CIO (Grace), D.Sands and A.Schmidt (all PwC) |
| 17-Jun | 1.0 | Planning discussion with T.Smith, PwC |
| 22-Jun | 1.0 | Analysis of technology plans |
| 23-Jun | 1.0 | Analysis and review of technology transformation plans |
| 28-Jun | 2.0 | Analysis and review of technology transformation plans |
| | **8.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Dave Sands** | | |
| 13-Jun | 0.2 | Discussion of planning status with Phil Crosby (PwC) |
| 13-Jun | 0.6 | Preparation and review of documents for process change discussion |
| 13-Jun | 1.2 | Discussion on process and location changes w/ Gloria Keesee (Grace), Ed Bull (Grace), John Petito (Grace), Alex Schmidt (PwC), John Newstead (PwC) |
| 15-Jun | 0.6 | Follow-up communication from meeting on June 13 |
| 16-Jun | 0.3 | Preparation for transformation kickoff meeting with Brett Czajkowski (PwC) |
| 17-Jun | 0.9 | Planning meeting for IT controls testing with Phil Crosby (PwC) |
| | **3.8** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.

Time Summary Report - Time Tracking

For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jody Underhill** | | |
| 21-Jun | 0.70 | Planning for Q2 provision review week of 7/18 |
| 23-Jun | 2.00 | Review of WR Grace provision workpapers |
| 27-Jun | 1.10 | Finish minutes from meeting on Thursday, 6/23.  Send minutes and email out to WRG team and internal PwC tax team |
| 27-Jun | 0.40 | Call w/T.Chesla (PwC) to discuss international issues and matters in anticipation of agenda and call with WRG later today |
| 27-Jun | 1.10 | Prepare 2nd quarter tax provision call agenda |
| 28-Jun | 2.40 | Conference call with D.Libow, J. Argesti, G. Hurwitz, S. Scarliss (all WRG), E. Sama, T. Chesla, V. Flores (all PwC) to review agenda items and other matters related to tax |
| 29-Jun | 1.40 | Email from D. Libow (WRG) regarding inquiry related to FIN48 and indemnification of the same liability with respect to Eddy acquisition.  Research the issue and respond to D. Libow (WRG) via email with the tax accounting treatment for the proposed FIN48 and indemnification |
| | **9.1** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Christopher Krawtschuk** | | |
| 17-Jun | 2.0 | Discuss DOW Agreement with E. Epstein (PwC) |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Justin Bray** | | |
| 1-Jun | 1.8 | Review of planning documentation |
| 1-Jun | 0.9 | Meeting with S Scarlis (Grace) |
| 2-Jun | 2.3 | Review of planning documentation |
| 8-Jun | 0.2 | Call with T Smith (PwC) |
| 9-Jun | 0.3 | Call with T Smith (PwC) |
| 10-Jun | 1.5 | Review of planning documentation |
| 15-Jun | 1.7 | Meeting with A Schimdt (PwC) |
| 16-Jun | 1.1 | Review of planning documentation |
| 16-Jun | 1.8 | Meeting with P Katsiak (PwC) and A Schmidt (PwC) |
| 16-Jun | 1.8 | Compile planning documentation |
| 17-Jun | 2.0 | Review of planning documentation |
| 17-Jun | 0.2 | Call with P Katsiak (PwC) |
| 27-Jun | 0.2 | Call with B Dockman (Grace) |
| 28-Jun | 1.1 | Meeting with B Dockman (Grace) |
| 28-Jun | 0.8 | Meeting with P Katsiak (PwC) |
| 28-Jun | 0.7 | Meeting with A Schimdt (PwC) |
| 28-Jun | 1.2 | Review of planning documentation |
| 29-Jun | 0.4 | Meeting with B Dockman (Grace) |
| 29-Jun | 0.3 | Meeting with A Schimdt (PwC) |
| 29-Jun | 0.4 | Meeting with P Katsiak (PwC) |
| 29-Jun | 1.4 | Compile planning documentation |
| 29-Jun | 2.0 | Review of planning documentation |
| 30-Jun | 0.1 | Review of planning documentation |
| | **24.2** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Brian Wiegman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9-Jun | 1.2 | Call with A. Schmidt and E. Epstein (all PwC) to discuss DOW agreement |
| 14-Jun | 2.1 | Call with A. Schmidt and E. Epstein (all PwC) to discuss DOW agreement |
| 20-Jun | 1.8 | Call with A. Schmidt and E. Epstein (all PwC) to discuss DOW agreement |
| | **5.1** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Brett Czajkowski**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8-Jun | 0.6 | Meeting with P. Crosby (PwC) to discuss planning and scoping considerations related to modifications to the accounts payable systems in Lake Charles and the Philippines. |
| 16-Jun | 0.3 | Preparation for transformation kickoff meeting with D. Sands (PwC) |
| | **0.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Pavel Katsiak** | | |
| 6-Jun | 1.6 | Following up with T. Puglisi (Grace) regarding Business Knowledge session expected to be attended by PwC |
| 6-Jun | 1.8 | Coordinating the schedule and workflow with the engagement team |
| 6-Jun | 1.7 | Reviewing support for S-Oil settlement |
| 7-Jun | 1.5 | Reviewing the proposed audit work plan (workflow/responsibilities) for 2011 |
| 8-Jun | 1.2 | Coordinating the meeting between PwC and Grace to understand the status of the shared service organization |
| 8-Jun | 1.3 | Following up with Risk Assurance team regarding reliance on the IT controls by statutory teams |
| | | Meeting with Internal Audit to discuss the plan for 2011 site visits. Present: E. Henry, E. Bull and D. Richards (all |
| 9-Jun | 1.9 | Grace) |
| 9-Jun | 1.1 | Reading Internal Audit report for Mexico site visit |
| 9-Jun | 0.6 | Reading deferred payment option documentation |
| 10-Jun | 0.7 | Discussing questions on international instructions with A. Schmidt (PwC) |
| | | Circling back with Internal Audit (E. Bull - Grace) regarding the extent of the use of Grace finance in performing |
| 10-Jun | 1.8 | walkthroughs |
| 15-Jun | 1.2 | Reviewing changes to stock options plans |
| 15-Jun | 0.8 | Following up with D. Hughes (PwC) regarding the status of the review of the deferred payment option valuation |
| | | Call with Risk Assurance to discuss the status of the shared service centers. Present: A. Schmidt (PwC) |
| 16-Jun | 1.7 | Discussing certain changes to be made in 2011 planning documentation with A. Schmidt and K. Bradley (both |
| | | PwC) |
| 16-Jun | 1.9 | Reviewing planning steps and the workflow assignments |
| 16-Jun | 1.9 | Updating the changes made to the 2011 audit strategy memo in the database |
| 17-Jun | 1.8 | Updating the to-do list and communicating open projects to the team |
| 17-Jun | 0.9 | Discussing the controls testing planning with K. Bradley (PwC) |
| 17-Jun | 0.7 | Reviewing the resume of the new member of the Internal Audit team and discussing use of Internal Audit in 2011 |
| 20-Jun | 1.6 | audit with E. Bull (Grace) |
| 20-Jun | 1.6 | Discussing the status of the shared service centers with D. Richards and E. Bull (both Grace) |
| 20-Jun | 1.8 | Meeting with K. Franks (Grace) to discuss the changes to the account for the stock options |
| 22-Jun | 1.9 | Discussing certain questions on planning with A. Schmidt (PwC) |
| 22-Jun | 0.7 | Discussing the schedule and plan for the remainder of the year with the engagement team |
| 22-Jun | 0.9 | Reviewing the plan for the second quarter review |
| 23-Jun | 1.8 | Reviewing the possibility of the revisions to the Goodwill Impairment Test in 2011 |
| 23-Jun | 1.9 | Reviewing Board books and discussing with A. Schmidt (PwC) |
| 23-Jun | 1.7 | Reviewing stock options revisions and support |

| Date | Hours | Description |
|---|---|---|
| 23-Jun | 0.6 | Reviewing the applicable new accounting guidance that could impact 2011 audit |
| 24-Jun | 0.5 | Plan independence updates |
| 24-Jun | 1.7 | Updating independence information |
| 24-Jun | 1.7 | Reading bankruptcy news in preparation for the second quarter review |
| 27-Jun | 1.6 | Call with D. Hughes (PwC) to discuss specific questions on the deferred payment option |
| 27-Jun | 1.7 | Reviewing the calculation of the stock based compensation calculation |
| 27-Jun | 0.7 | Reviewing expectations for the second quarter analytics |
| 28-Jun | 1.1 | Discussing various questions regarding planning with A. Schmidt (PwC) |
| 28-Jun | 0.6 | Discussing changes in the IT considerations in 2011 with the Risk Assurance team |
| 28-Jun | 0.3 | Following up with international teams regarding non-audit services being performed |
| 29-Jun | 1.8 | Reviewing stock options revisions and support |
| 29-Jun | 1.1 | Following up with D. Hughes (PwC) regarding the status of the review of the deferred payment option valuation |
| 29-Jun | 1.8 | Reviewing various planning steps in 2011 audit file |
| 29-Jun | 1.3 | Discussing the status of the various audit items with J. Bray and A. Schmidt (both PwC) |
| 30-Jun | 1.9 | Discussing the calculation of the stock option with K. Franks (Grace) |
| 30-Jun | 0.7 | Reading bankruptcy news in preparation for the second quarter review |
| 30-Jun | 1.4 | Reviewing Q2 analytics expectations |
| | **60.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Phillip Crosby

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8-Jun | 0.6 | Meeting with B Czajkowski (PwC) to discuss planning and scoping considerations related to modifications to the accounts payable systems in Lake Charles and the Philippines. |
| 13-Jun | 0.2 | Discussion of planning status with D Sands (PwC) |
| 13-Jun | 1.4 | 2011 audit Grace planning - documenting planning steps |
| 16-Jun | 1.7 | Grace Planning steps documentation |
| 16-Jun | 0.9 | 2011 IT Audit Approach / scoping discussion with P Katsiak & A Schmidt (both PwC) |
| 16-Jun | 1.0 | Management reliance approach guidance discussion with J McCarthy (Grace) |
| 17-Jun | 0.9 | Planning meeting for IT controls testing with D Sands (PwC) |
| 30-Jun | 1.8 | Grace Planning step - wrap-up documentation, ITGC scoping step documentation |

**8.5    Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Alexandra Schmidt** | | |
| 9-Jun | 1.9 | Research DOW to find guidance on related transactions |
| 9-Jun | 1.5 | Status meeting with K. Bradley and P. Katsiak (all PwC) to discuss 404 |
| 9-Jun | 1.2 | Call with B. Wiegmann and E. Epstein (all PwC) to discuss DOW agreement |
| 9-Jun | 1.1 | Research verifi extended warranty and maintenance revenue recognition |
| 9-Jun | 1.4 | Research determination of components for 2011 scoping |
| 9-Jun | 1.1 | Write list of questions for T. Dyer (Grace) on DOW agreement |
| 10-Jun | 1.8 | Prepare significant components multilocation scoping schedule for 2011 audit |
| 10-Jun | 1.4 | Prepare inconsequential components multilocation scoping schedule for 2011 audit |
| 10-Jun | 1.9 | Prepare non-financially significant components multilocation scoping schedule for 2011 audit |
| 10-Jun | 0.9 | Prepare coverage by account schedule for 2011 audit |
| 13-Jun | 1.7 | Meeting with J. Newstead, D. Sands (all PwC) and G. Kessee, J. Petito, E. Bull (all Grace) to discuss transformation activities including shared service centers, company code consolidation, human resource changes, and payroll changes |
| 13-Jun | 1.2 | Meeting with E. Bull (Grace) to discuss walkthrough assistants and timing |
| 13-Jun | 1.9 | Write up summary of meeting to distribute to attendees |
| 14-Jun | 1.9 | Address manager comments on Germany international instructions |
| 14-Jun | 0.4 | Call with J. Bray (PwC) to discuss status and planning comments |
| 14-Jun | 2.1 | Call with B. Wiegmann and E. Epstein (all PwC) to discuss DOW agreement |
| 14-Jun | 1.7 | Prepare questions for T. Dyer (Grace) on DOW agreement |
| 15-Jun | 1.6 | Meeting with J. Bray (PwC) to discuss international instructions, scoping, planning, etc |
| 15-Jun | 1.8 | Edit international instructions per senior manager comments |
| 15-Jun | 1.5 | Update scoping schedules for senior manager comments |
| 15-Jun | 2.4 | Attend Grace Knowledge Session about GCP Waterproofing |
| 16-Jun | 0.9 | Meeting with P. Crosby (PwC) to discuss information technology for 2011 audit |
| 16-Jun | 0.4 | Call with R. Call and J. Bray (all PwC) to discuss advanced refining technologies for scoping |
| 16-Jun | 0.6 | Meeting with J. Bray (PwC) to discuss DOW agreement |
| 16-Jun | 0.8 | Meeting with J. Bray and P. Katsiak (PwC) to discuss audit quality workshop as it applies to Grace |
| 16-Jun | 1.7 | Update component materiality documentation |
| 17-Jun | 1.6 | Document ' Understanding of the business' planning step |
| 17-Jun | 1.7 | Update multilocation planning documentation for senior manager comments |
| 20-Jun | 1.9 | Document 'Accounting Estimates Risk Assessment' planning step |
| 20-Jun | 1.3 | Call with T. Smith (PwC) on Moly Corp |
| 20-Jun | 1.8 | Call with B. Wiegmann and E. Epstein (all PwC) to discuss DOW agreement |
| 20-Jun | 0.6 | Prepare questions for T. Dyer (Grace) on DOW agreement |
| 21-Jun | 1.7 | Document 'Accounting Estimates Risk Assessment' planning step |
| 21-Jun | 1.8 | Meeting with T. Smith (PwC) to discuss audit quality workshop and planning |

| Date | Hours | Description |
|---|---|---|
| 21-Jun | 1.4 | Call with B. Czajkowski to discuss shared service centers |
| 21-Jun | 0.9 | Review responses from management to questions on DOW agreement |
| 21-Jun | 1.1 | Meeting with B. Dockman, S. Scarlis, T. Dyer (all Grace) and T. Smith (PwC) to discuss moly corp, goodwill, and stock based compensation |
| 22-Jun | 1.9 | Prepare agenda for meeting with management about shared service centers |
| 22-Jun | 1.3 | Meeting with E. Bull (Grace) to discuss shared service centers |
| 22-Jun | 1.4 | Document 'Accounting Estimates Risk Assessment' planning step |
| 22-Jun | 1.1 | Document ' Use of specialists' planning step |
| 22-Jun | 1.2 | Document ' Use of service organizations' planning step |
| 24-Jun | 1.6 | Research held for sale criteria for vermiculite |
| 24-Jun | 1.8 | Document 'Consider prior period audits' planning step |
| 24-Jun | 1.6 | Document 'Planned overall responses to misstatement' planning step |
| 24-Jun | 1.9 | Prepare Q2 audit control tool |
| 24-Jun | 0.3 | Meeting with T. Dyer to discuss Dow License Agreement |
| 27-Jun | 1.7 | Prepare diagnostic tool for Grace investments |
| 27-Jun | 0.6 | Meeting with T. Puglisi (Grace) to discuss quarterly analytics |
| 27-Jun | 0.6 | Review engagement letter planning step |
| 27-Jun | 0.8 | Review risk assessment analytics planning step |
| 27-Jun | 0.2 | Review audit unit planning step |
| 27-Jun | 1.4 | Review minutes and significant contracts planning step |
| 28-Jun | 0.5 | Document 'understanding the entity' planning step |
| 28-Jun | 1.3 | Meeting with J. Bray to discuss planning, dow, and held for sale |
| 28-Jun | 0.9 | Attend Grace safety leader meeting |
| 28-Jun | 1.2 | Prepare diagnostic tool for Grace investments |
| 28-Jun | 0.3 | Coordinate meeting with management around shared service centers |
| 28-Jun | 1.2 | Document 'Planned overall responses to misstatement' planning step |
| 29-Jun | 0.4 | Submit diagnostic tool for Grace investments |
| 29-Jun | 0.3 | Update 'consider prior period audits' planning step for senior manager comments |
| 29-Jun | 1.9 | Review Q2 consolidated balance sheet analytic expectations |
| 29-Jun | 0.8 | Meeting with T. Puglisi (Grace) and K. Bradley (PwC) to review Q2 audit control tool |
| 30-Jun | 0.6 | Review litigation planning step |
| 30-Jun | 0.7 | Review related party planning step |
| 30-Jun | 1.9 | Review Q2 consolidated income statement expectations |

**85.0    Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Ethan Epstein**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9-Jun | 1.2 | Call with A. Schmidt and B. Wiegmann (all PwC) to discuss DOW agreement |
| 13-Jun | 1.4 | Research guidance around collaborative arrangements |
| 14-Jun | 2.1 | Call with A. Schmidt and B. Wiegmann (all PwC) to discuss DOW agreement |
| 17-Jun | 2.0 | Discuss DOW Agreement with C. Krawtschuk (PwC) |
| 20-Jun | 1.8 | Call with A. Schmidt and B. Wiegmann (all PwC) to discuss DOW agreement |
| | **8.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Elizabeth Sama**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 23-Jun | 1 | Review of the WR Grace provision and review with PwC audit team |
| 29-Jun | 2.5 | WR Grace Q2 Provision review with client and PwC tax team |
| | **3.5** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Kathleen Bradley** | | |
| 9-Jun | 0.9 | Finalizing 2011 audit scoping document for upload into the year end database. |
| 9-Jun | 1.2 | Discussing audit planning and 404 planning status with A.Schmidt and P.Katsiak (PwC) |
| 9-Jun | 0.9 | Working on 404 planning work |
| 29-Jun | 1.0 | Discussing planning procedures to be completed with A.Schmidt (PwC) |
| | **4.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Kathryn Fitzpatrick** | | |
| 1-Jun | 0.2 | Discussing the use of other step in the Grace year-end database with K. Bradley (PwC) |
| 1-Jun | 0.3 | Documenting the use of others step in the Grace year-end database |
| 1-Jun | 0.2 | Discussing the board minutes, compensation committee meeting minutes with D. Bowory (Grace) |
| 1-Jun | 1.0 | Reviewing the testing strategy of the stock compensation expense |
| 1-Jun | 0.5 | E-mailing P. Katsiak (PwC) regarding questions on the testing strategy for the stock compensation expense |
| 1-Jun | 0.3 | Documenting the Acceptance and Continuance procedures in the database |
| 1-Jun | 0.5 | Documenting the Independence Procedures step in the database |
| 1-Jun | 0.5 | Documenting the Client Communication in planning of the database |
| 1-Jun | 0.5 | Discussing the Stock Compensation testing with P. Katsiak (PwC) |
| 1-Jun | 1.3 | Working on the stock compensation expense 2010 adjustment |
| 1-Jun | 0.2 | Documenting the obtaining an understanding of the business step in the planning section of the second quarter database |
| 1-Jun | 1.5 | Working on the Complete client acceptance/continuance procedures step in the planning section of the 12/31/2011 database |
| 1-Jun | 1.0 | Working on the Independence procedures step in the planning section of the 12/31/2011 database |
| 2-Jun | 0.7 | Working on the GCP balance sheet expectations for quarter 2 analytics |
| 2-Jun | 1.5 | Working on the consolidated balance sheet expectations for quarter 2 analytics |
| 2-Jun | 0.2 | Working on the consolidated income statement expectations for quarter 2 analytics |
| 2-Jun | 0.7 | Working on the Davison balance sheet expectations for the quarter 2 analytics |
| 2-Jun | 0.2 | Working on the Corporate income statement expectations for the quarter 2 analytics |
| 2-Jun | 0.2 | Working on the Davison income statement expectations for the quarter 2 analytics |
| 2-Jun | 0.3 | Discussing the stock compensation adjustment with K. Frank (Grace) and A. Schmidt (PwC) |
| 2-Jun | 1.3 | Working on the quarter 2 materiality |
| 2-Jun | 1.2 | Populating the quarter 2 analytics in the quarter 2 review database |
| 2-Jun | 0.3 | Working on the quarter 2 planning in the quarter 2 database |
| 2-Jun | 0.5 | Summarizing the Compensation Committee Meeting Minutes from the February 24, 2011 meeting |
| 2-Jun | 0.5 | Updating the documentation in the minutes planning step in the 12/31/2011 database |
| | **15.6** | **Total Grace Financial Statement Audit Charged Hours** |

Home

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jamie Kunkel** | | |
| 15-Jun | 1.6 | Working on the tie out of the 2010 Equity Statement |
| 15-Jun | 1.9 | Tying out the electronic version of the cash flows statement |
| 15-Jun | 1.1 | Attending the Grace Business knowledge session. |
| 15-Jun | 1.8 | Working on the diagnostic tool for Grace |
| 16-Jun | 1.9 | Working on the inventory capitalization tie out |
| 16-Jun | 1.7 | Working on "Understanding the Entity" planning document for Grace |
| 16-Jun | 1.6 | Reviewing the quarterly checklists submitted by worldwide site managers |
| 16-Jun | 1.3 | Reviewing the intercompany out of balance analysis document |
| 16-Jun | 1.9 | Completing the tie out of the Grace trial balance to the Income Statement and Balance Sheet |
| 17-Jun | 1.8 | Working on the Davison and GCP analytics |
| 17-Jun | 1.6 | Documenting quarter restructuring expense activity |
| 17-Jun | 1.9 | Working on the tie out of the Q2 2011 press release |
| 17-Jun | 1.7 | Working on the diagnostic tool to assess Grace level 2 and 3 investments |
| 20-Jun | 1.8 | Going through quarterly checklists submitted by worldwide site managers |
| 20-Jun | 1.9 | Working on the inventory capitalization tie out |
| 20-Jun | 1.5 | Verifying numbers and account balances in SAP for Grace |
| 20-Jun | 1.9 | Reviewing follow up questions received from L.Breaux (Grace) |
| 22-Jun | 1.4 | Following up with N. Filatova (Grace) about outstanding questions |
| 22-Jun | 1.8 | Completing outstanding control procedures in the database |
| 22-Jun | 1.7 | Completing procedures over depreciation |
| 22-Jun | 1.9 | Updating the consolidated analytic |
| 23-Jun | 1.4 | Following up with G. Bode (Grace) and J. Christ (Grace) about outstanding items |
| 23-Jun | 1.8 | Reviewing the Accounts Receivable aging and documenting results |
| 23-Jun | 1.9 | Complete the Grace Understanding the Entity document |
| 23-Jun | 1.8 | Time spent working on the tie out |
| 23-Jun | 1.9 | Updating the accounts receivable steps with information provided by the client |
| 24-Jun | 1.7 | Time spent reviewing further follow up questions from T.Puglisi (Grace) |
| 24-Jun | 1.6 | Time spent working on the mapping spreadsheet |
| 24-Jun | 0.7 | Time spent working on the tie out |
| | **48.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
For the Month Ended June 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Juan C Perez Juaniquina** | | |
| 9-Jun | 1.3 | Reviewing listing of PwC employees who have charged time for 2011 audit to ensure independence confirmations properly sent to all members |
| | **1.3** | **Total Grace Financial Statement Audit Charged Hours** |