# Exhibit - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended June 30, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 1-Jun | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 21-Jun | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | | | | | | | |
| Dave Sands | Sarbanes | 13-Jun | $ 35.70 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| | | | | | | | |
| Justin Bray | Integrated Audit | 1-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 2-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 16-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 28-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | | | | | | | |
| Pavel Katsiak | Integrated Audit | 6-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 7-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 8-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 9-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 10-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 15-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 16-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 17-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 20-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 22-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 23-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 24-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 27-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 28-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | | | | | | | |
| Kathleen Bradley | Integrated Audit | 1-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 2-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 9-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 10-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 30-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | | | | | | | |
| Phill Crosby | Integrated Audit | 16-Jun | $ 42.84 | | | | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.51 per mile). |
| | | | | | | | |
| Jamie Kunkel | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | | | | | | |
| **Summary** | | Total | $ 795.05 | $ - | $ - | $ - | |
| | | | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | | 795.05 | | | | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended June 30, 2011**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 1-Jun | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 21-Jun | $ 35.70 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Dave Sands | Sarbanes | 13-Jun | $ 35.70 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| Justin Bray | Integrated Audit | 1-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 2-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 16-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 28-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 21.42 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Pavel Katsiak | Integrated Audit | 6-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 7-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 8-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 9-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 10-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 15-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 16-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 17-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 20-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 22-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 23-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 24-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 27-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 28-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 26.93 | | | | Mileage in excess of daily commute (80 miles - 272 normal commute miles * rate - 0.51 per mile). |
| Kathleen Bradley | Integrated Audit | 1-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 2-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 9-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 10-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 29-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | Integrated Audit | 30-Jun | $ 8.16 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Phill Crosby | Integrated Audit | 16-Jun | $ 42.84 | | | | Mileage in excess of daily commute (99 miles - 14 normal commute miles * rate 0.51 per mile). |
| Jamie Kunkel | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | Integrated Audit | | $ 17.14 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| **Summary** | | **Total** | $ 795.65 | $ - | $ - | $ - | |
| | | | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | | 795.65 | | | | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended June 30, 2011

| Personnel | Date | Title | | Expense | Description |
|---|---|---|---|---|---|
| Thomas Smith | 1-Jun | Audit Partner | $ | 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| | 21-Jun | Audit Partner | $ | 35.70 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.51 per mile). |
| Dave Sands | 13-Jun | Audit Director | $ | 35.70 | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.51 per mile). |
| Justin Bray | 1-Jun | Audit Senior Manager | $ | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | 2-Jun | Audit Senior Manager | $ | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | 16-Jun | Audit Senior Manager | $ | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | 28-Jun | Audit Senior Manager | $ | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| | 29-Jun | Audit Senior Manager | $ | 21.42 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.51 per mile). |
| Pavel Katsiak | 6-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 7-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 8-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 9-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 10-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 15-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 16-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 17-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 20-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 22-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 23-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 24-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 27-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 28-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| | 29-Jun | Audit Senior Associate | $ | 26.93 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.51 per mile). |
| Kathleen Bradley | 1-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | 2-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | 9-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | 10-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | 29-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| | 30-Jun | Audit Experienced Associate | $ | 8.16 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.51 per mile). |
| Phill Crosby | 16-Jun | Audit Senior Associate | $ | 42.84 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.51 per mile). |
| Jamie Kunkel | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | Audit Associate | $ | 17.14 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.51 per mile). |
| | | | | **Total** | |
| | | | $ | 795.65 | |