# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

July 06, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1676356        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 4.90 | hrs. at | $745.00 | /hr. = | $3,650.50 |
| RW RILEY | PARTNER | 17.20 | hrs. at | $590.00 | /hr. = | $10,148.00 |
| WS KATCHEN | OF COUNSEL | 17.40 | hrs. at | $835.00 | /hr. = | $14,529.00 |
| S LENKIEWICZ | PARALEGAL | 4.50 | hrs. at | $175.00 | /hr. = | $787.50 |

$29,115.00

DISBURSEMENTS

| | |
|---|---|
| AMTRAK | $150.00 |
| COURT SEARCH SERVICE | $12.18 |
| MEETING EXPENSE | $45.25 |
| PRINTING & DUPLICATING - EXTERNAL | $929.74 |
| TOTAL DISBURSEMENTS | $1,137.17 |

BALANCE DUE THIS INVOICE                $30,252.17

Duane Morris
July 06, 2011
Page 2

File # K0248-00001                                              INVOICE# 1676356
　　　W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/3/2011 007 | WS KATCHEN | ATTENTION TO CONFIDENTIALITY AGREEMENT RESPOND TO STROOCK. | 0.30 | $250.50 |
| 6/10/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO RE: CURTIS BAY FACILITY. | 0.20 | $167.00 |
| 6/24/2011 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBERS. | 0.50 | $417.50 |
| 6/27/2011 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH L.KRUGER RE: CONFIRMATION CASE STATUS AND PLAN ISSUES. | 0.20 | $167.00 |
| 6/27/2011 007 | WS KATCHEN | TELEPHONE CALL WITH K. PASQUALE RE: CHAPTER 11 CASE. | 0.20 | $167.00 |
| 6/29/2011 007 | WS KATCHEN | REPLY ON CREDITOR'S INQUIRY. | 0.20 | $167.00 |
| | | Code Total | 1.60 | $1,336.00 |

Duane Morris
July 06, 2011
Page 3

File # K0248-00001                                        INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/22/2011 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 40TH QUARTERLY FEE APPLICATION | 0.50 | $87.50 |
| 6/28/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 111TH MONTHLY FEE APPLICATION FOR APRIL 2011 (.4); EFILE SAME (.2); PREPARE DUANE MORRIS' 112TH MONTHLY FEE APPLICATION FOR MAY 2011 (.4); EFILE SAME (.2) | 1.20 | $210.00 |
| 6/29/2011 012 | S LENKIEWICZ | CONTINUED PREPARATION OF QUARTERLY FEE APPLICATION | 0.30 | $52.50 |
| | | Code Total | 2.00 | $350.00 |

Duane Morris
July 06, 2011
Page 4

File # K0248-00001                                                              INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/7/2011 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 87TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME(.2) FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 6/13/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN 39TH QUARTERLY FEE APPLICATION (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 28TH QUARTERLY (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2); PREPARE NOTICES OF WITHDRAWAL RE CERTIFICATIONS OF NO OBJECTION (.1); REVISE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN 39TH QUARTERLY (.1); REFILE CERTIFICATES OF NO OBJECTION (.2); EFILE NOTICES OF WITHDRAWAL (.2); FORWARD AS-FILED COPIES OF CORRECTED CERTIFICATIONS OF NO OBJECTION TO D. MOHAMMAD (.1) | 1.50 | $262.50 |
| 6/28/2011 013 | S LENKIEWICZ | FINALIZE STROOCK & STROOCK & LAVAN'S 122ND MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | Code Total | 2.50 | $437.50 |

Duane Morris
July 06, 2011
Page 5

File # K0248-00001                                        INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/16/2011 015 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: OMNIBUS HEARINGS | 0.10 | $74.50 |
| 6/28/2011 015 | WS KATCHEN | ATTEND HEARING ON APPEAL FROM CONFIRMATION - TRAVEL @ 1/2. COURT HEARING. | 9.50 | $7,932.50 |
| 6/29/2011 015 | WS KATCHEN | UPDATE APPEAL FROM CONFIRMATION. | 0.50 | $417.50 |
| | | Code Total | 10.10 | $8,424.50 |

Duane Morris
July 06, 2011
Page 6

File # K0248-00001                                                    INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/14/2011 017 | MR LASTOWSKI | REVIEW BANK LENDERS REPLY BRIEF | 0.80 | $596.00 |
| 6/15/2011 017 | MR LASTOWSKI | REVIEW AND APPROVE MOTION FOR LEAVE TO FILE A REPLY BRIEF | 0.20 | $149.00 |
| 6/20/2011 017 | MR LASTOWSKI | REVIEW LENDERS' NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 6/24/2011 017 | MR LASTOWSKI | TELEPHONE CALL FROM W. KATCHEN RE: ORAL ARGUMENT | 0.10 | $74.50 |
| 6/27/2011 017 | MR LASTOWSKI | REVIEW CONFIRMATION APPEAL BRIEFS IN CONNECTION WITH ORAL ARGUMENT | 3.20 | $2,384.00 |
| 6/27/2011 017 | RW RILEY | REVIEW BANK LENERS/COMMITTEE ISSUE BRIEFING AND PREPARE FOR ORAL ARGUMENT ON PLAN CONFIRMATION APPEAL | 4.70 | $2,773.00 |
| 6/28/2011 017 | RW RILEY | PREPARE FOR ORAL ARGUMENT ON CONFIRMATION APPEAL BEFORE JUDGE BUCKWALTER. | 2.20 | $1,298.00 |
| 6/28/2011 017 | RW RILEY | ATTEND ORAL ARGUMENT ON CONFIRMATION APPEAL BEFORE JUDGE BUCKWALTER | 6.00 | $3,540.00 |
| 6/29/2011 017 | MR LASTOWSKI | REVIEW STATUS OF HEARING ON CONFIRMATION ISSUES | 0.40 | $298.00 |
| 6/29/2011 017 | RW RILEY | ATTEND ORAL ARGUMENT ON PLAN CONFIRMATION APPEAL | 4.30 | $2,537.00 |
| | | Code Total | 22.00 | $13,724.00 |

Duane Morris
July 06, 2011
Page 7

File # K0248-00001                                        INVOICE# 1676356
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/6/2011 024 | WS KATCHEN | REVIEW WR GRACE EXECUTED CONFIDENTIALITY AGREEMENT. | 0.20 | $167.00 |
| | | Code Total | 0.20 | $167.00 |

Duane Morris
July 06, 2011
Page 8

File # K0248-00001                                                INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/1/2011 025 | WS KATCHEN | ADDITIONAL REVIEW/ANALYSIS APPEAL BRIEF BY PLAN PROPONENTS (BANK LENDERS PLAN ISSUES). | 1.30 | $1,085.50 |
| 6/3/2011 025 | WS KATCHEN | INTERNAL E-MAIL TO M. LASTOWSKI. | 0.10 | $83.50 |
| 6/6/2011 025 | WS KATCHEN | REVIEW DEBTORS CLAIMS SETTLEMENT NOTICE EPA. | 0.20 | $167.00 |
| 6/10/2011 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE 'TIPA PATENTS'. | 0.20 | $167.00 |
| 6/16/2011 025 | WS KATCHEN | REVIEW CAPSTONE'S REPORT. | 0.30 | $250.50 |
| 6/17/2011 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY TO LIBBY ON BRIEFING. | 0.10 | $83.50 |
| 6/17/2011 025 | WS KATCHEN | ATTENTION TO DEBTOR'S MAIN APPEAL BRIEF - RE: LIBBY. | 0.70 | $584.50 |
| 6/24/2011 025 | WS KATCHEN | SCHEDULING HEARING ON APPEAL. | 0.20 | $167.00 |
| 6/27/2011 025 | WS KATCHEN | REVIEW SUPPLEMENTAL AUTHORITY IN RE: GEM GROWTH PROSPECTIVE. | 1.30 | $1,085.50 |
| 6/27/2011 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $250.50 |
| 6/28/2011 025 | WS KATCHEN | 2 TELEPHONE CALL WITH CREDITOR RE: CASE STATUS. | 0.40 | $334.00 |
| 6/29/2011 025 | WS KATCHEN | SCHEDULING. | 0.20 | $167.00 |
| 6/29/2011 025 | WS KATCHEN | REPLY TO CREDITOR'S INQUIRY ON APPEAL. | 0.30 | $250.50 |
| | | Code Total | 5.60 | $4,676.00 |
| | | TOTAL SERVICES | 44.00 | $29,115.00 |

Duane Morris
July 06, 2011
Page 9

File # K0248-00001                                    INVOICE# 1676356
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 06/30/2011 | PRINTING & DUPLICATING - EXTERNAL | | 929.74 |
| | | Total: | $929.74 |
| 06/30/2011 | MEETING EXPENSE | | 45.25 |
| | | Total: | $45.25 |
| 06/24/2011 | TRAIN TRAVEL - W KATCHEN TRANSPORTATION ON 6/28/ 2011 FROM NEWARK, NJ TO PHILADELPHIA, PA TKT: 79 9024 | | 150.00 |
| | | Total: | $150.00 |
| 06/30/2011 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | TOTAL DISBURSEMENTS | | $1,137.17 |

Duane Morris
July 06, 2011
Page 10

File # K0248-00001                                    INVOICE# 1676356
         W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 4.90 | 745.00 | $3,650.50 |
| 02585 | RW RILEY | PARTNER | 17.20 | 590.00 | $10,148.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 17.40 | 835.00 | $14,529.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.50 | 175.00 | $787.50 |
| | | | 44.00 | | $29,115.00 |