# Exhibit A

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 04, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1684877                  IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.50 hrs. at | $745.00 /hr. = | $4,097.50 | |
| WS KATCHEN | OF COUNSEL | 2.30 hrs. at | $835.00 /hr. = | $1,920.50 | |
| S LENKIEWICZ | PARALEGAL | 3.80 hrs. at | $175.00 /hr. = | $665.00 | |
| | | | | | $6,683.00 |

DISBURSEMENTS
AMTRAK                                          $-121.50
COURT SEARCH SERVICE                            $0.58
MESSENGER SERVICE                               $5.00
POSTAGE                                         $109.24
PRINTING & DUPLICATING                          $76.60
TOTAL DISBURSEMENTS                                              $69.92

BALANCE DUE THIS INVOICE                                         $6,752.92

Duane Morris
August 04, 2011
Page 2

File # K0248-00001                                            INVOICE# 1684877
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/19/2011 002 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING DOCUMENTS UNDER SEAL AND RELATED REVIEW OF UNDERLYING SALE ORDER | 0.30 | $223.50 |
| 7/20/2011 002 | MR LASTOWSKI | E-MAIL FROM A. KREIGER RE: PROTECTIVE ORDER | 0.10 | $74.50 |
| 7/20/2011 002 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER AND E-MAIL TO A. KRIEGER RE: SAME | 0.20 | $149.00 |
| | | Code Total | 0.60 | $447.00 |

Duane Morris
August 04, 2011
Page 3

File # K0248-00001                                                    INVOICE# 1684877
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/9/2011 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF STATE OF CALIFORNIA SETTLEMENT | 0.30 | $223.50 |
| | | Code Total | 0.30 | $223.50 |

Duane Morris
August 04, 2011
Page 4

File # K0248-00001                                          INVOICE# 1684877
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/12/2011 006 | MR LASTOWSKI | REVIEW REVISED BLACKBURN SUPERFUND SITE CONSENT DECREEE | 0.10 | $74.50 |
| | | Code Total | 0.10 | $74.50 |

Duane Morris
August 04, 2011
Page 5

File # K0248-00001                                              INVOICE# 1684877
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/30/2011 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.50 | $417.50 |
| 7/1/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO TIPA PATENT SETTLEMENT. | 0.20 | $167.00 |
| 7/5/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO BLACKBURN, ET AL. | 0.30 | $250.50 |
| 7/15/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS (CONFIDENTIAL MATTER). | 0.20 | $167.00 |
| 7/29/2011 | 007 | WS KATCHEN | REVIEW STROOCK CONFIDENTIAL MEMO. | 0.10 | $83.50 |
| | | | Code Total | 1.30 | $1,085.50 |

Duane Morris
August 04, 2011
Page 6

File # K0248-00001                                    INVOICE# 1684877
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/12/2011 | 012 | S LENKIEWICZ | PREPARE FEE APPLICATION CHARTS (.7); REVIEW AND REVISE 40TH QUARTERLY FEE APPLICATION (.3); PREPARE EXHIBITS (.5); PREPARE CERTIFICATE OF SERVICE AND SERVICE LISTS (.3); PREPARE SERVICE LABELS (.2); FINALIZE 40TH QUARTERLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); PREPARE AS-FILED COPY OF SAME FOR SERVICE AND COORDINATE SAME (.3) | 1.70 | $297.50 |
| 7/15/2011 | 012 | S LENKIEWICZ | REVISE AND FINALIZE DUANE MORRIS 40TH QUARTERLY FEE APPLICATION (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME (.2) | 0.70 | $122.50 |
| | | | Code Total | 2.40 | $420.00 |

Duane Morris
August 04, 2011
Page 7

File # K0248-00001                                          INVOICE# 1684877
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/6/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 87TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 7/7/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S 87TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 7/28/2011 013 | S LENKIEWICZ | FINALIZE AND EFILE SSL 123RD MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| | | Code Total | 1.40 | $245.00 |

Duane Morris
August 04, 2011
Page 8

File # K0248-00001                                              INVOICE# 1684877
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/4/2011 015 | MR LASTOWSKI | REVIEW 7/6/11 AGENDA ITEMS | 0.60 | $447.00 |
| 7/18/2011 015 | MR LASTOWSKI | REVIEW 7/25/11 AGENDA NOTICE AND ITEMS IDENTIFIED THEREIN | 1.40 | $1,043.00 |
| 7/21/2011 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 7/25/11 AGENDA | 0.10 | $74.50 |
| 7/21/2011 015 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: 7/25/11 AGENDA | 0.50 | $372.50 |
| 7/21/2011 015 | MR LASTOWSKI | REVIEW ITEMS ON 7/25/11 AGENDA | 0.50 | $372.50 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL FROM J. GREEN RE: FILING NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL TO J. GREEN RE: FILING NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 7/22/2011 015 | MR LASTOWSKI | REVIEW STATUS OF AGENDA ITEMS FOR 7/25/11 HEARING AND E-MAIL FROM A. KRIEGER RE: SAME | 0.20 | $149.00 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER AND K. PASQUALE RE: 7/25/11 HEARING | 0.10 | $74.50 |
| | | Code Total | 3.60 | $2,682.00 |

Duane Morris
August 04, 2011
Page 9

File # K0248-00001                                              INVOICE# 1684877
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/7/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED CONFIRMATION ORDER | 0.10 | $74.50 |
| 7/9/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED CONFIRMATION ORDER | 0.10 | $74.50 |
| 7/19/2011 017 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: FILING DOCUMENTS UNDER SEAL | 0.10 | $74.50 |
| 7/21/2011 017 | MR LASTOWSKI | REVIEW PROPOSED CONFIRMATION ORDER, CONDITIONING CONFIRMATION UPON AWARD OF DEFAULT INTEREST TO BANK LENDERS | 0.10 | $74.50 |
| 7/25/2011 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL AUTHORITY IN SUPPORT OF COMMITTEE AND BANK LENDERS' CONFIRMATION APPEAL | 0.40 | $298.00 |
| 7/29/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO COMMITTEE AND BANK LENDERS' NOTIFICATION OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| | | Code Total | 0.90 | $670.50 |

Duane Morris
August 04, 2011
Page 10

File # K0248-00001                                    INVOICE# 1684877
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/5/2011 025 | WS KATCHEN | UPDATE APPEAL STATUS CLAIMANT. | 0.40 | $334.00 |
| 7/13/2011 025 | WS KATCHEN | REVIEW DEBTORS' REPLY TO BANK LENDERS' AND OCC MOTION. | 0.10 | $83.50 |
| 7/14/2011 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF MOTION SETTLEMENT - STATE OF CALIFORNIA RE: ASBESTOS PROPERTY DAMAGE. | 0.10 | $83.50 |
| 7/14/2011 025 | WS KATCHEN | REVIEW/REVISED AGREEMENT DEBTORS/EPA/MASS (.2) | 0.20 | $167.00 |
| 7/18/2011 025 | WS KATCHEN | UPDATE AGENDA AND DOCKET. | 0.20 | $167.00 |
| | | Code Total | 1.00 | $835.00 |
| | | TOTAL SERVICES | 11.60 | $6,683.00 |

Duane Morris
August 04, 2011
Page 11

File # K0248-00001                                                    INVOICE# 1684877
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 07/31/2011 | POSTAGE | | 109.24 |
| | | Total: | $109.24 |
| | | | |
| 07/31/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| | | | |
| 07/15/2011 | TRAIN TRAVEL - W KATCHEN TRANSPORTATION ON 6/28/ 2011 FROM NEWARK, NJ TO PHILADELPHIA, PA TKT: 79 9024 | | -121.50 |
| | | Total: | $-121.50 |
| | | | |
| 07/31/2011 | COURT SEARCH SERVICE | | 0.58 |
| | | Total: | $0.58 |
| | | | |
| 07/31/2011 | PRINTING & DUPLICATING | | 76.60 |
| | | Total: | $76.60 |
| | | | |
| | | TOTAL DISBURSEMENTS | $69.92 |

Duane Morris
August 04, 2011
Page 12

File # K0248-00001                                          INVOICE# 1684877
        W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 5.50 | 745.00 | $4,097.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.30 | 835.00 | $1,920.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.80 | 175.00 | $665.00 |
| | | | 11.60 | | $6,683.00 |