IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )   Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )   Case No. 01-1139 (JKF)
                                            )   Jointly Administered
                                            )
            Debtors.                        )   Objection Date: December 2, 2011 at 4:00 p.m.
_____)   Hearing: December 19, 2011 at 9:00 a.m.

COVER SHEET TO SIXTY-FIFTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MARCH 1, 2011 THROUGH MARCH 31, 2011

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | March 1, 2011 through March 31, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,650.00 |
| 80% of fees to be paid: | $2,120.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 824.40 |
| Total Fees @ 80% and 100% Expenses: | $2,944.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an: ___ interim    X  monthly    ___ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## MARCH 2011

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 5.30 | $2,650.00 |
| **Grand Total:** | | | **5.30** | **$2,650.00** |
| **Blended Rate: $500.00** | | | | |

**Total Fees:**   $2,650.00
**Total Hours:**   5.30
**Blended Rate:**   $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 5.30 | $2,650.00 |
| **TOTAL** | **5.30** | **$2,650.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $735.40 |
| Parking | $20.00 |
| Taxi | $69.00 |
| **TOTAL** | **$824.40** |

Respectfully submitted,

Dated: August 9, 2011

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835