## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                           )
In re:                                     )    Chapter 11
                                           )
W.R. GRACE & CO., et al.,                  )    Case No. 01-1139 (JKF)
                                           )    Jointly Administered
                                           )
         Debtors.                          )
_____)

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                    /S/ DAVID T. AUSTERN
                                    DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 9TH DAY OF AUGUST, 2011

/S/ DEBRA BAKER JONES
Notary Public

My commission expires: 3/31/2014