**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for March 2011**

| Date | Services | Hours |
|---|---|---|
| 3/8/11 | Review of Grace Pension memorandum and telephone conference with R. Frankel and R. Wyron re same | .80 |
| 3/9/11 | Travel to NY (5 hours round-trip billed at 2.5 hours) attend meeting with Millman (future claims forecaster), R. Frankel and R. Wyron | 4.50 |

**Total Hours:** 5.30

**Total Fees ($500.00 per hour)** $2,650.00

| | |
|---|---|
| **Airfare** | 735.40 |
| **Parking** | 20.00 |
| **Taxi** | 69.00 |

**Total Expenses** $824.40

**Total Fees & Expenses** $3,474.40