## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: December 2, 2011 at 4:00 p.m. |
| _____ | ) | Hearing: December 19, 2011 at 9:00 a.m. |

### COVER SHEET TO SIXTY-SIXTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011

Name of Applicant:                        David T. Austern, Asbestos PI
                                          Future Claimants' Representative
                                          ("FCR")

Authorized to Provide Professional
Services to:                              As the FCR

Date of Retention:                        May 25, 2004

Period for which compensation is
sought:                                   April 1, 2011 through April 30, 2011

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:     $1,100.00

80% of fees to be paid:                   $  880.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      $      0.00

Total Fees @ 80% and
100% Expenses:                            $  880.00

_____

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:     ___     interim     _X_     monthly     ___     final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## APRIL 2011

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 2.20 | $1,100.00 |
| **Grand Total:** | | | **2.20** | **$1,100.00** |
| **Blended Rate: $500.00** | | | | |

| | |
|---|---|
| **Total Fees:** | **$1,100.00** |
| **Total Hours:** | **2.20** |
| **Blended Rate:** | **$  500.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 2.20 | $1,100.00 |
| **TOTAL** | **2.20** | **$1,100.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: August 9, 2011

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

2