## **EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for April 2011**

| **Date** | **Services** | **Hours** |
|---|---|---|
| 4/27/11 | Review of Libby District Court brief (.80); telephone conference with R. Frankel re same (.20) | 1.00 |
| 4/29/11 | Review of Garlock District Court brief (1.00); telephone conference with R. Wyron re same (.20) | 1.20 |

**Total Hours:** 2.20

**Total Fees ($500.00 per hour)** **$1,100.00**

**No Expenses**

**Total Fees & Expenses** **$1,100.00**