**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: December 2, 2011 at 4:00 p.m. |
|  | ) | Hearing: December 19, 2011 at 9:00 a.m. |

_____

**COVER SHEET TO SIXTY-SEVENTH MONTHLY INTERIM APPLICATION OF**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MAY 1, 2011 THROUGH MAY 31, 2011**

Name of Applicant:                              David T. Austern, Asbestos PI
                                                Future Claimants' Representative
                                                ("FCR")

Authorized to Provide Professional
Services to:                                    As the FCR

Date of Retention:                              May 25, 2004

Period for which compensation is
sought:                                         May 1, 2011 through May 31, 2011

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:           $500.00

80% of fees to be paid:                         $400.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:            $   0.00

Total Fees @ 80% and
100% Expenses:                                  $400.00

_____

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are
  authorized and directed to pay 80% of fees and 100% expenses.

This is an: \_\_\_ interim \_\_X\_\_ monthly \_\_\_ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## MAY 2011

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 1.00 | $500.00 |
| **Grand Total:** | | | **1.00** | **$500.00** |
| **Blended Rate: $500.00** | | | | |

**Total Fees:**   $500.00
**Total Hours:**   1.00
**Blended Rate:**   $500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 1.00 | $500.0 |
| **TOTAL** | **1.00** | **$500.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: August 9, 2011

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835