## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for May 2011**

| Date | Services | Hours |
|---|---|---|
| 5/18/11 | Telephone conference with R. Frankel re status of District Court briefs | .20 |
| 5/25/11 | Review of Grace Financial Statements | .80 |
| **Total Hours:** | | **1.00** |
| **Total Fees ($500.00 per hour)** | | **$500.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$500.00** |