IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-1139 (JKF)
                                            )    Jointly Administered
                                            )
            Debtors.                        )    Objection Date: December 2, 2011 at 4:00 p.m.
_____)    Hearing: December 19, 2011 at 9:00 a.m.

**COVER SHEET TO SIXTY-EIGHTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2011 THROUGH JUNE 30, 2011**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | June 1, 2011 through June 30, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,350.00 |
| 80% of fees to be paid: | $1,080.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,080.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:    __   interim    _X_   monthly    __   final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00**.**  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### JUNE 2011

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 2.70 | $1,350.00 |
| **Grand Total:** | | | **2.70** | **$1,350.00** |
| **Blended Rate: $500.00** | | | | |

**Total Fees:**   $1,350.00
**Total Hours:**   2.70
**Blended Rate:**   $1,350.00

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 2.70 | $1,350.00 |
| **TOTAL** | **2.70** | **$1,350.00** |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: August 9, 2011

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

2