## EXHIBIT A

### David Austern, Futures Representative for W.R. Grace
### Billing Statement for June 2011

| Date | Services | Hours |
|---|---|---|
| 6/07/11 | Meeting with R. Frankel, R. Wyron and Financial Advisor re: Grace financials | 1.50 |
| 6/30/11 | Telephone conference with R. Frankel re oral argument (.20); review of Grace proposed acquisition materials (1.00) | 1.20 |
| **Total Hours:** | | **2.70** |
| **Total Fees ($500.00 per hour)** | | **$1,350.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$1,350.00** |