**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: August 31, 2011 at 4:00 p.m.**<br>**Hearing Date: December 19, 2011 at 9:00 a.m.** |

**NINTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | April 1, 2011 through June 30, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $40,542.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $391.64 |

This is a(n): _x_ interim ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications for the period April 1, 2011 through June 30, 2011:**

| Date Filed and Docket No. | Time Period | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/ Docket No. |
|---|---|---|---|---|
| May 31, 2011<br>[27014] | April 1, 2011 through<br>April 30, 2011 | $14,790.00<br>$170.71 | $11,832.00<br>$170.71 | 6/23/11<br>[27151] |
| July 5, 2011<br>[27214] | May 1, 2011 through<br>May 31, 2011 | $15,903.00<br>$116.17 | $12,722.40<br>$116.17 | 7/28/11<br>[27325] |
| August 5, 2011<br>[27352] | June 1, 2011 through<br>June 30, 2011 | $9,849.00<br>$167.76 | $0.00<br>$0.00 | O/D<br>8/21/11 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**APRIL 1, 2011 THROUGH JUNE 30, 2011**

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier<br>Shareholder; admitted DE 1992 and PA 1985 | $625 | 60.0 | $37,500.00 |
| Tracy B. Buck<br>Legal Assistant | $180 | 16.9 | $3,042.00 |
| **TOTAL** | | **76.9** | **$40,542.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD APRIL 1, 2011 THROUGH JUNE 30, 2011**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.9 | $1,187.50 |
| Business Operations | 1.1 | $687.50 |
| Case Administration | 25.8 | $15,502.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 0.6 | $375.00 |
| Creditors', Noteholders' or Equity Holders' | 2.3 | $1,437.50 |
| Fee Applications/Applicant | 9.4 | $1,959.00 |
| Fee Applications/ Others | 9.0 | $2,643.50 |
| Hearings | 0.8 | $500.00 |
| Plan and Disclosure Statement | 26.0 | $16,250.00 |
| **TOTAL** | **76.9** | **$40,542.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD APRIL 1, 2011 THROUGH JUNE 30, 2011**

| Expense Category | Total Expenses |
|---|---|
| Docket Entry | $40.08 |
| Federal Express | $188.96 |
| Messenger Service | $80.00 |
| Photocopying | $82.60 |
| **TOTAL** | **$391.64** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Saul Ewing LLP respectfully requests that, for the period April 1, 2011 through June 30, 2011, it be allowed the total amount of fees of $40,542.00 and expenses in the total amount of $391.64.

**SAUL EWING LLP**

By: ________________________

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of Equity Security Holders

Dated: August 11, 2011