

July 28, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   195872

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 06/30/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $217.50 | $95.32 | $312.82 |
| **.15538 -** 02 - Debtors' Business Operations | $2,152.50 | $0.00 | $2,152.50 |
| **.15539 -** 03 - Creditors Committee | $212.50 | $0.00 | $212.50 |
| **.15543 -** 07 - Applicant's Fee Application | $562.50 | $0.00 | $562.50 |
| **.15544 -** 08 - Hearings | $7,345.00 | $0.00 | $7,345.00 |
| **.15546 -** 10 - Travel | $2,205.00 | $0.00 | $2,205.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,972.50 | $0.00 | $1,972.50 |
| **.17781 -** 30 - Fee Application of Others | $157.50 | $0.00 | $157.50 |
| *Client Total* | $14,825.00 | $95.32 | $14,920.32 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.60 | $525.00 | $315.00 |
| Sakalo, Jay M | 28.70 | $448.17 | $12,862.50 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 5.40 | $225.00 | $1,215.00 |
| Beck, Amuni A | 1.60 | $200.00 | $320.00 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$14,825.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Long Distance Telephone | $1.52 |
| Copies | $93.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$95.32*** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | $14,920.32 |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/15/11 | JMS | 0.30 | 157.50 | Review docket. |
| 06/17/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 06/23/11 | AXB | 0.20 | 40.00 | Analyze docket and email Jay Sakalo thereon (.1); email requested pleadings to Jay Sakalo re: docket (.1). |

**PROFESSIONAL SERVICES** $217.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/20/11 | Long Distance Telephone (312)836-4022; 2 Mins. | 1.52 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/24/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/24/11 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/16/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/16/11 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 06/20/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/20/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/20/11 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 06/20/11 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 06/20/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/20/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 06/20/11 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 06/20/11 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 06/20/11 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 06/20/11 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 06/20/11 | Copies 85 pgs @ 0.10/pg | 8.50 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $95.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Beck, Amuni A | 0.30 | $200.00 | $60.00 |
| **TOTAL** | **0.60** | | **$217.50** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---:|
| Long Distance Telephone | $1.52 |
| Copies | $93.80 |
| ***TOTAL*** | ***$95.32*** |

**CURRENT BALANCE DUE THIS MATTER** $312.82

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/02/11 | SLB | 0.40 | 210.00 | Attention to Dow confidentiality agreement. |
| 06/02/11 | JMS | 0.40 | 210.00 | Email exchange with S. Baena regarding confidentiality agreement for proposed transaction and review same (.4). |
| 06/03/11 | SLB | 0.20 | 105.00 | Attention to confidentiality agreement and email from J. Baer. |
| 06/10/11 | JMS | 1.20 | 630.00 | Review documents regarding Project Larch and telephone conference regarding same (1.2). |
| 06/16/11 | JMS | 1.90 | 997.50 | Prepare for and attend call on Project Larch and follow up discussion with Scott Baena thereon (1.9). |

**PROFESSIONAL SERVICES** $2,152.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $525.00 | $315.00 |
| Sakalo, Jay M | 3.50 | $525.00 | $1,837.50 |
| **TOTAL** | **4.10** | | **$2,152.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,152.50

Atty – SLB  
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 05/03/11 | JMS | 0.10 | 52.50 | Email to Committee regarding hearing date. |
| 05/03/11 | AXB | 0.80 | 160.00 | Prepare docket for K. Camarda, draft letter regarding same; conference with Jay Sakalo thereon; conference with K. Camarda thereon. |

**PROFESSIONAL SERVICES** $212.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.10 | $525.00 | $52.50 |
| Beck, Amuni A | 0.80 | $200.00 | $160.00 |
| **TOTAL** | **0.90** | | **$212.50** |

**CURRENT BALANCE DUE THIS MATTER** $212.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 06/02/11 | LMF | 0.90 | 202.50 | Prepare monthly notice and summary for fees and submit to local counsel for filing. |
| 06/17/11 | JIS | 0.30 | 112.50 | Review and revise May prebill and call to A. Beck thereon. |
| 06/22/11 | LMF | 1.10 | 247.50 | Prepare notice and summary for May statement and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $562.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 2.00 | $225.00 | $450.00 |
| **TOTAL** | **2.30** | | **$562.50** |

**CURRENT BALANCE DUE THIS MATTER** $562.50

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 06/16/11 | LMF | 0.70 | 157.50 | Research court calendar and docket with respect to continued and/or cancelled hearing. |
| 06/16/11 | AXB | 0.50 | 100.00 | Analyze docket and email Jay Sakalo thereon (.1); email correspondence with Jay Sakalo re: hearing on June 20, 2011 (.1); email correspondence with Geanny Portes regarding the June 20, 2011 hearing cancellation (.1); attention to order rescheduling hearing (.1); email Jay Sakalo and Geanny Portes document re: cancellation (.1). |
| 06/28/11 | JMS | 8.10 | 4,252.50 | Prepare for and attend oral argument on confirmation appeal. |
| 06/29/11 | JMS | 5.20 | 2,730.00 | Prepare for and attend day two of oral argument on appeal. |
| 06/30/11 | JMS | 0.20 | 105.00 | Review hearing agenda and email to Committee thereon. |

**PROFESSIONAL SERVICES** $7,345.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 13.50 | $525.00 | $7,087.50 |
| Flores, Luisa M | 0.70 | $225.00 | $157.50 |
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| **TOTAL** | **14.70** | | **$7,345.00** |

**CURRENT BALANCE DUE THIS MATTER** $7,345.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 06/28/11 | JMS | 2.20 | 577.50 | (non-working/travel) Travel to Philadelphia. |
| 06/29/11 | JMS | 6.20 | 1,627.50 | (non-working/travel) -Return travel to Miami from Philadelphia. |

**PROFESSIONAL SERVICES** $2,205.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 8.40 | $262.50 | $2,205.00 |
| **TOTAL** | **8.40** | | **$2,205.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,205.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 06/16/11 | LMF | 1.10 | 247.50 | Review district court docket and prepare listing of all briefs filed in preparation for oral argument. |
| 06/16/11 | JMS | 0.20 | 105.00 | Conference with Luisa Flores regarding appeal briefs and oral argument. |
| 06/20/11 | LMF | 1.60 | 360.00 | Review all briefs in connection with oral argument and prepre same for attorney's review. |
| 06/22/11 | JMS | 0.80 | 420.00 | Telephone conference with M. Dies regarding upcoming oral argument on appeals of confirmation (.6); email exchange with R. Levy regarding same (.2). |
| 06/30/11 | JMS | 1.60 | 840.00 | Work on memo to committee regarding oral argument. |

**PROFESSIONAL SERVICES** $1,972.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| Flores, Luisa M | 2.70 | $225.00 | $607.50 |
| **TOTAL** | **5.30** | | **$1,972.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,972.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| 06/20/11 | JMS | 0.30 | 157.50 | Conference with L. Flores regarding payment of past due amounts to HRA and email exchange with J. Baer thereon (.3). |

**PROFESSIONAL SERVICES** $157.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| **TOTAL** | **0.30** | | **$157.50** |

**CURRENT BALANCE DUE THIS MATTER** $157.50