IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JUNE 1, 2011, THROUGH JUNE 30, 2011**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| | | | |
|---|---|---|---:|
| 06-09-2011 | NG | Review of International Search Report and documents cited received from client and preparation of Supplemental Information Disclosure Statement and forwarding same to appropriate attorney for review and execution. | 1.00 |
| 06/13/2011 | JEM | Consider restriction requirement and election of species requirement recently received from the Patent and Trademark Office and preparation and filing of response with the United States Patent and Trademark Office. | 0.40 |

                                                SERVICES                            $     378.00

| | | | | |
|---|---|---|---|---|
| JEM | JOHN E. MCGLYNN | 0.40 | hours @ | $445.00 |
| NG | NOREEN GARONSKI | 1.00 | hours @ | $200.00 |

**INVOICE TOTAL**                                                                   $     **378.00**

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/06/2011 | WFS | Work on issue of advisability/possibility of filing follow on reexamination request based on examiner failure to properly consider references; review patent and reexamination prosecution history | 2.20 |
| 06/07/2011 | WFS | Review reexamination prosecution history | 1.50 |
| 06/09-2011 | GHL | Review of examiner's advisory action in reexamination of third-party patent on construction weather barriers, as received from Mr. Williams; telephone conference with Mr. Smith regarding his assessment of chances of success of filing further re-examination request based on SNQParising from references as already considered by Examiner. | 0.40 |
| 06/15/2011 | GHL | Telephone conference with Mr. Williams and Mr. Smith regarding likely scenarios/outcomes of current reexamination of the third-party, and possible further reexamination request. | 0.60 |
| 06/15/2011 | WFS | Prepare for and participate in teleconference with Mr. Williams and Mr. Levis regarding reexamination issues. | 0.80 |
| 06/20/2011 | WFS | Prepare memorandum regarding reexamination issues. | 1.20 |
| 06/28/2011 | GHL | Work on memorandum for Mr. Williams regarding conclusions on analysis of possible inter partes reexamination of third party patent. | 0.50 |

                                SERVICES                    $    4,192.50

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 1.50 | hours @ | $610.00 |
| WFS | WILLIAM G. SMITH | 5.70 | hours @ | $575.00 |

**INVOICE TOTAL**                                           $    4,192.50