Attachment A
Summary of PwC's Fees By Individual:
Forty First Interim Quarterly Reporting Period
April 1 - June 30, 2011

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended June 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 1.0 | $ 1,052.83 |
| James DePonte | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 8.0 | $ 7,884.16 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 769.82 | 66.5 | $ 51,193.03 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 15.6 | $ 10,738.10 |
| Christopher S. Krawtschuk | Audit Director | 12 | Integrated Audit | $ 646.43 | 2.0 | $ 1,292.86 |
| Sheri Wyatt | Audit Director | 12 | Integrated Audit | $ 646.43 | 2.5 | $ 1,616.08 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 48.4 | $ 19,882.72 |
| David Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 9.4 | $ 4,106.67 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 139.3 | $ 60,857.38 |
| Brian Weigmann | Audit Manager | 7 | Integrated Audit | $ 496.57 | 8.6 | $ 4,270.50 |
| Jason Morrissey | Audit Manager | 7 | Integrated Audit | $ 330.20 | 8.0 | $ 2,641.60 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 3.7 | $ 1,170.05 |
| Todd Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 9.0 | $ 2,808.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 35.5 | $ 8,491.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.83 | 195.2 | $ 50,328.42 |
| Philip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.55 | 18.8 | $ 4,409.49 |
| Eithan Epstein | Audit Senior Associate | 4 | Integrated Audit | $ 347.98 | 8.5 | $ 2,957.83 |
| Alexandra L. Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 338.5 | $ 75,661.52 |
| Kathryn Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 159.3 | $ 28,728.16 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.03 | 195.4 | $ 35,178.06 |
| Veronica Joelle Flores | Tax Associate | 1 | Integrated Audit | $ 161.20 | 19.0 | $ 3,062.80 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 137.16 | 127.0 | $ 17,419.32 |
| Jennifer Do | Audit Associate | 1 | Integrated Audit | $ 137.16 | 0.7 | $ 96.01 |
| Melanie Rasskazov | Project Specialist | 9 | Integrated Audit | $ 122.00 | 0.3 | $ 36.60 |
| William Beck | Project Specialist | 4 | Integrated Audit | $ 121.20 | 2.5 | $ 303.00 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 29.50 |

| Name | | Role | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Vanina Straniero | | Project Specialist | Integrated Audit | $ 120.00 | 2.0 | $ 240.00 |
| Stephanie Juristo | | Project Specialist | Integrated Audit | $ 118.00 | 0.7 | $ 82.60 |
| Marcos Pastorino | | Project Specialist | Integrated Audit | $ 122.00 | 7.0 | $ 854.00 |
| Patricio Andrich Unamuno | | Project Specialist | Integrated Audit | $ 122.00 | 5.0 | $ 610.00 |
| Mauricio Ciparelli | | Project Specialist | Integrated Audit | $ 120.71 | 3.7 | $ 446.63 |
| Yamila Pereyra | | Project Specialist | Integrated Audit | $ 122.00 | 7.5 | $ 915.00 |
| Luz Barcia | | Project Specialist | Integrated Audit | $ 122.00 | 1.0 | $ 122.00 |
| Juan C. Perez Juaniquina | | Project Specialist | Integrated Audit | $ 119.69 | 4.8 | $ 568.53 |
| Luciana Herrera | | Project Specialist | Integrated Audit | $ 122.00 | 7.0 | $ 854.00 |
| Maria F. Castro Bianchi | | Project Specialist | Integrated Audit | $ 119.93 | 13.5 | $ 1,619.06 |
| Leonel Felice | | Project Specialist | Integrated Audit | $ 119.00 | 2.2 | $ 261.80 |
| Martin Assandri | | Project Specialist | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Nicolas Colombo | | Project Specialist | Integrated Audit | $ 122.00 | 1.2 | $ 146.40 |
| Leonardo D Zarate | | Project Specialist | Integrated Audit | $ 121.50 | 11.1 | $ 1,348.65 |
| Milagros Tomasella | | Project Specialist | Integrated Audit | $ 122.35 | 10.8 | $ 1,321.38 |
| Diego Orieta | | Project Specialist | Integrated Audit | $ 121.56 | 4.5 | $ 547.02 |
| Elizabeth Romano | | Project Specialist | Integrated Audit | $ 118.68 | 3.0 | $ 356.04 |
| Gonzalo Palacios | | Project Specialist | Integrated Audit | $ 122.00 | 12.0 | $ 1,464.00 |
| Romina M. Cantero | | Project Specialist | Integrated Audit | $ 122.00 | 2.0 | $ 244.00 |
| Diego De Vera | | Project Specialist | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Totals | | | | | 1,525.4 | $ 410,500.06 |

Summary of PwC's Fees By Project:
Forty First Interim Quarterly Reporting Period
April 1 - June 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & | | |

| | | |
|---|---|---|
| Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 144.0 | $22,224.66 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,525.4 | $410,500.06 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,669.4 | $432,724.72 |

PricewaterhouseCoopers LLP
Summary of Expenses
Forty First Interim Quarterly Reporting Period
April 1 through June 30, 2011

| Type of Expense | Audit |
|---|---|
| Transportation | $ 5,562.30 |
| Lodging | $ 1,589.23 |
| Sundry | $ 60.00 |
| Business Meals | $ 911.25 |
| Grand Total for the Fee Period April 1 through June 30, 2011 | $ 8,122.78 |