**Attachment A2**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2010 Darex Puerto Rico Audit for April 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended March 31 and April 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 21 | Darex | $ 606.70 | 1.0 | $ 606.70 |
| Jason Morrissey | Audit Manager | 7 | Darex | $ 278.20 | 3.0 | $ 834.60 |
| Pavel Katsiak | Audit Senior Associate | 5 | Darex | $ 196.88 | 16.5 | $ 3,248.52 |
| Alexandra Schmidt | Audit Senior Associate | 5 | Darex | $ 181.90 | 2.3 | $ 418.37 |
| Madeleine Lederer | Audit Exp Associate | 3 | Darex | $ 151.94 | 2.0 | $ 303.88 |
| Madeleine Lederer | Audit Exp Associate | 3 | Darex | $ 135.89 | 145.6 | $ 19,785.58 |
| Jennifer Do | Audit Associate | 1 | Darex | $ 107.00 | 5.7 | $ 609.90 |
| Jamie Kunkel | Audit Associate | 1 | Darex | $ 107.00 | 89.5 | $ 9,576.50 |
| Jonathan Edelen | Audit Intern | 1 | Darex | $ 92.71 | 6.2 | $ 574.80 |
| Totals | | | | | 271.8 | $ 35,958.86 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

**Totals**       0.0       $ 0.00

Summary of PwC's Fees By Project Category:
2010 Darex Puerto Rico Audit for April 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |

| | | |
|---|---|---|
| 25-Accounting/Auditing | 271.8 | $35,958.86 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | 271.8 | $35,958.86 |

Expense Summary
2010 Darex Puerto Rico Audit for April 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,625.55 |
| Lodging | N/A | $898.08 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $161.79 |
| **TOTAL:** | | $2,685.42 |