**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:             120 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $37.30 |
| BALANCE DUE | $37.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                            05/31/2011
Wilmington  DE                                          ACCOUNT NO:      3000-03D
                                                        STATEMENT NO:           107

Business Operations

PREVIOUS BALANCE                                                          $534.60

05/10/2011      Payment - Thank you.  (February, 2011 - 80% Fees)           -120.00

BALANCE DUE                                                              $414.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2011
ACCOUNT NO:    3000-04D
STATEMENT NO:        120

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $2,919.87 |
| 05/11/2011 | | | | |
| PEM | Review March MOR. | | 0.70 | 315.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 315.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $450.00 | $315.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 315.00 |
| | | |
| 05/10/2011    Payment - Thank you.  (February, 2011 - 80% Fees) | | -1,322.00 |
| | | |
| BALANCE DUE | | $1,912.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-05D |
|  | STATEMENT NO:            120 |

Claims Analysis Objection & Resolution (Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $2,576.00 |
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -72.00 |
| | BALANCE DUE | $2,504.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
|  | STATEMENT NO:              120 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | |
|---|---|
| PREVIOUS BALANCE | -$121.50 |
| CREDIT BALANCE | -$121.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2011
ACCOUNT NO:      3000-07D
STATEMENT NO:            120

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                          $15,139.74

HOURS

| Date | | | HOURS | |
|---|---|---|---|---|
| 05/02/2011 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 05/03/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 05/04/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 05/05/2011 | | | | |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| | SMB | Review March 2011 application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 05/06/2011 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| 05/09/2011 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 05/10/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Coordinate logistics for hearing on 5/25/11 at 12:30; e-mail confirmation of same to MTH, Peter Lockwood | 0.30 | 33.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/11/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review, retrieve and distribute recently entered pro hac orders re: James Wehner, Kevin Maclay and Peter Lockwood | 0.20 | 22.00 |
| **05/12/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **05/13/2011** | | | | |
| | MTH | Prepare weekly recommendation memo | 0.50 | 187.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **05/16/2011** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **05/17/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **05/19/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 100.00 |
| **05/20/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 300.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.60 | 66.00 |
| | SMB | Review January through March 2011 application of Stroock & Stroock & Lavan LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| **05/23/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **05/24/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |

Page: 3
05/31/2011

W.R. Grace

|  | ACCOUNT NO: | 3000-07D |
|---|---|---|
|  | STATEMENT NO: | 120 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/26/2011 |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 45.00 |
|  |  |  |  |  |
| 05/27/2011 |  |  |  |  |
| MK | Review committee events calendar. |  | 0.10 | 15.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. |  | 0.10 | 45.00 |
| DAC | Review counsel's weekly memorandum |  | 0.20 | 100.00 |
| MTH | Prepare weekly recommendation memos |  | 0.40 | 150.00 |
| MTH | Review daily memo |  | 0.10 | 37.50 |
|  |  |  |  |  |
| 05/31/2011 |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 45.00 |
| SMB | Review, retrieve, and distribute recently filed documents |  | 0.10 | 11.00 |
| MTH | Review daily memo |  | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 7.80 | 2,446.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $500.00 | $400.00 |
| Philip E. Milch | 1.20 | 450.00 | 540.00 |
| Michele Kennedy | 0.50 | 150.00 | 75.00 |
| Santae M. Boyd | 2.10 | 110.00 | 231.00 |
| Mark T. Hurford | 3.20 | 375.00 | 1,200.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,446.00 |
|  |  |
| 05/10/2011    Payment - Thank you.  (February, 2011 - 80% Fees) | -3,971.20 |
|  |  |
| BALANCE DUE | $13,614.54 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:          119 |

Employee Benefits/Pension

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$163.90 |
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -240.00 |
| CREDIT BALANCE | | -$403.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                     |              |
|---------------------|--------------|
|                     | Page: 1      |
| W.R. Grace          | 05/31/2011   |
| Wilmington  DE      | ACCOUNT NO:     3000-10D |
|                     | STATEMENT NO:           120 |

Employment Applications, Others

| PREVIOUS BALANCE | $738.60 |
|------------------|---------|
| BALANCE DUE      | $738.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:       3000-11D |
|  | STATEMENT NO:            118 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $7,796.41 |
| | | |
| 05/01/2011 | Pacer charges for the month of April | 70.80 |
| 05/02/2011 | Printing - April | 74.90 |
| 05/02/2011 | Copying - April | 0.40 |
| 05/10/2011 | Parcels - copy/service - Fee application (4/29/2011) | 483.42 |
| 05/10/2011 | Parcels  - hand delivery  - Pro Hac | 15.00 |
| 05/10/2011 | US District Court - (2) Pro Hac Motions - J. Wehner and K. Maclay | 50.00 |
| 05/12/2011 | Parcels - copy/service - retrieval of old documents not on CM/ECF | 22.20 |
| 05/13/2011 | US District Court - Pro Hac Motion - Jeffery Liesemer | 25.00 |
| 05/13/2011 | Parcels - hand delivery - Pro Hac | 15.00 |
| 05/16/2011 | Parcels - copy/service - (4) Fee Applications | 1,032.68 |
| 05/16/2011 | Parcels - copy/service - (4) Fee Applications | 853.98 |
| 05/16/2011 | Parcels - hand delivery - (37) Fee Applications | 185.00 |
| 05/19/2011 | Parcels - copy/service - Fee Application | 193.38 |
| 05/23/2011 | Parcels - copy/service - (6) Fee Applications | 78.10 |
| 05/31/2011 | Scanning - May 2011 | 4.50 |
| 05/31/2011 | Printing - May 2011 | 85.70 |
| 05/31/2011 | Copying - May 2011 | 0.40 |
| | TOTAL EXPENSES | 3,190.46 |
| | | |
| | TOTAL CURRENT WORK | 3,190.46 |
| | | |
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 100% Expenses) | -2,416.35 |
| | | |
| | BALANCE DUE | $8,570.52 |

Page: 2
W.R. Grace                                                                              05/31/2011
                                                          ACCOUNT NO:        3000-11D
                                                          STATEMENT NO:              118

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-12D |
|  | STATEMENT NO:          118 |

Fee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $4,043.60 |
|  |  | HOURS |  |
| **05/03/2011** |  |  |  |
| PEM | Review April prebill for Pgh time. | 0.10 | 45.00 |
| **05/12/2011** |  |  |  |
| MB | Work on C&L January to March 2011 interim fee application | 0.30 | 37.50 |
| MTH | Reviewing pre-bill | 0.60 | 225.00 |
| **05/13/2011** |  |  |  |
| MB | Work on C&L January to March 2011 interim fee application | 0.60 | 75.00 |
| **05/16/2011** |  |  |  |
| MB | Finalize and efile C&L January to March 2011 interim fee application | 0.40 | 50.00 |
| **05/23/2011** |  |  |  |
| MTH | Reviewing docket re C&L March Monthly; reviewing and signing CNO for same | 0.10 | 37.50 |
| MB | Review case docket for objections to C&L March fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| **05/31/2011** |  |  |  |
| MB | Review email from DS re: April bill(.1); Prepare C&L April fee application (.5); Finalize and e-file application (.4) | 1.00 | 125.00 |
| MTH | Reviewing C&L fee application for April | 0.30 | 112.50 |
|  | FOR CURRENT SERVICES RENDERED | 3.90 | 770.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $450.00 | $45.00 |
| Matthew Brushwood | 2.80 | 125.00 | 350.00 |
| Mark T. Hurford | 1.00 | 375.00 | 375.00 |

W.R. Grace

Page: 2
05/31/2011
ACCOUNT NO:        3000-12D
STATEMENT NO:              118

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| | TOTAL CURRENT WORK | 770.00 |
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -1,102.00 |
| | BALANCE DUE | $3,711.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington DE | ACCOUNT NO:    3000-13D |
| | STATEMENT NO:    105 |

Fee Applications, Others

| | | | |
|---|---|---:|---:|
| | PREVIOUS BALANCE | | $15,948.80 |
| | | **HOURS** | |
| **05/02/2011** | | | |
| MTH | Reviewing correspondence from TBB re fee applications (two) | 0.10 | 37.50 |
| **05/03/2011** | | | |
| MTH | Review correspondence from DP re five fee applications for Deloitte | 0.20 | 75.00 |
| MTH | Review correspondence from PB re Nelson fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DP re Baer fee application | 0.10 | 37.50 |
| **05/04/2011** | | | |
| MB | Correspondence with A. Pelton re: AKO interim application | 0.20 | 25.00 |
| MTH | Reviewing correspondence from MB re AKO interim and discussion re same | 0.20 | 75.00 |
| **05/05/2011** | | | |
| MTH | Reviewing various correspondence re AKO Interim; reviewing draft of same | 0.40 | 150.00 |
| MB | Update fee application tracking charts | 0.40 | 50.00 |
| MB | Prepare Anderson Kill & Olick January to March 2011 interim fee application (.7); Correspondence with A. Pelton re: same(.3) | 1.00 | 125.00 |
| SMB | Review  March 2011 application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Capstone Advisory Group LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  February 2011 application of Lincoln Partners Advisors LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Lincoln Partners Advisors LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Blackstone Advisory Partners L.P. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Foley Hoag LLP (.1); Update WR | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  October through December 2010 application of Steptoe & Johnson LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  April 2011 application of Alan B. Rich (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Saul Ewing LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  March 2011 application of Baer Higgins Fruchtman LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review  January through March 2011 application of Nelson Mullin Riley & Scarborough LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review November 2010 application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January 2011 application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review February 2011 application of Deloitte Tax LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

05/06/2011
| SMB | Review March 2011 application of Seitz Van Ogtrop & Green, P.A.  (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |

05/09/2011
| MTH | Review correspondence from MB re revisions to AKO Interim and discussion with MB re same | 0.20 | 75.00 |
| MB | Emails with A. Pelton re: AKO interim application | 0.10 | 12.50 |

05/10/2011
| MB | Email with C&D re: interim fee application filing dates | 0.10 | 12.50 |
| MB | Docket review and retrieval re: Fee Auditor's report;  Email to professionals forwarding report | 0.20 | 25.00 |
| MTH | Reviewing correspondence from MRE re fee auditor report; reviewing same; correspondence to MB re same | 0.20 | 75.00 |
| MTH | Review correspondence from KH re Lauzon monthly | 0.10 | 37.50 |
| MTH | Review correspondence from KH re Hogan monthly | 0.10 | 37.50 |

05/11/2011
| KCD | Review fee auditor's combined report | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/12/2011** |  |  |  |  |
| | MB | Work on LAS September to March 2011 first interim fee application | 0.80 | 100.00 |
| | MTH | Review correspondence from KH re 13th month fee application for Scarfone | 0.10 | 37.50 |
| | MTH | Review correspondence from PB re Day Pitney fee application | 0.10 | 37.50 |
| **05/13/2011** |  |  |  |  |
| | MTH | Review correspondence from KH re three interim fee applications for Canadian counsel | 0.20 | 75.00 |
| | MB | Work on Charter Oak January to March 2011 interim fee application | 0.50 | 62.50 |
| | SMB | Review February 2011 application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Woodcock Washburn (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Kaye Scholer LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2011 through March 2011 interim application of Ogilvy Renalut LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2011 through March 2011 interim application of Alan B. Rich (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2008 through March 2011 interim application of R. Karl Hill (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Alexander Sanders, Jr. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Warren H. Smith & Associates (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of The Hogan Firm (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Lauzon Belanger Lesperance (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2011 through March 2011 interim application of Blackstone Advisory Services, L.P. (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Day Pitney LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of Scarfone Hawkins LLP (.1); Update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| **05/16/2011** |  |  |  |  |
| | MTH | Reviewing Charter Oak interim fee application for January through March 2011 | 0.30 | 112.50 |
| | MTH | Reviewing AKO Twenty-third interim fee application for January through March 2011 | 0.20 | 75.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Reviewing 39th interim fee application of LAS for January through March 2011 | 0.20 | 75.00 |
| MTH | Reviewing multiple correspondence from MB and DR re LAS interim | 0.10 | 37.50 |
| MTH | Reviewing correspondence from MB and EB re C&D interim fee application; discussion with MB re same; correspondence to EB re same | 0.10 | 37.50 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |
| MB | Discussion with MTH re: interim notice service | 0.60 | 75.00 |
| MB | Finalize and efile AKO January to March 2011 interim fee application | 0.40 | 50.00 |
| MB | Finalize and efile LAS January to March 2011 interim fee application | 0.40 | 50.00 |
| MB | Finalize and efile Charter Oak January to March 2011 interim fee application | 0.60 | 75.00 |
| **05/17/2011** | | | |
| MB | Emails with A. Pelton re: interim applications | 0.20 | 25.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DF re Lincoln quarterly | 0.10 | 37.50 |
| MTH | Review correspondence from DF re Orrick fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DF re CNO for Orrick fee application | 0.10 | 37.50 |
| MTH | Review correspondence from EB re fee application | 0.10 | 37.50 |
| **05/19/2011** | | | |
| MTH | Review correspondence from D.M. re Stroock quarterly | 0.10 | 37.50 |
| MTH | Review correspondence from WWW re HRO Interim | 0.10 | 37.50 |
| SMB | Review and filed Fortieth Application for Compensation of Caplin & Drysdale, Chartered | 0.30 | 33.00 |
| MTH | Reviewing C&D Interim fee application | 0.20 | 75.00 |
| **05/20/2011** | | | |
| MB | Email interims application to notice parties and fee auditor | 0.10 | 12.50 |
| SMB | Review March 2011 application of Casner & Edwards LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January - February 2011 application of Kayescholer LLP (.1); Update WR Grace Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Ogilvy Renault LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January 2011 - March 2011 application of Casner & Edwards LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January - March 2011 application of Lincoln Partners Advisors LLC (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January - March 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review October - December 2010 application of Holme Roberts & Owens LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2011 application of Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Pricewaterhousecoopers LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Kirkland & Ellis LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of The Hogan Firm (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Scarfone Hawkins (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Warren H. Smith & Associates (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Lauzon Belanger Lesperance (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Holme Roberts & Owens LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2011 application of Holme Roberts & Owens LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review February 2011 application of Holme Roberts & Owens LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January 2011 application of Holme Roberts & Owens LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 05/23/2011 |  |  |  |
| MTH | Reviewing docket re C&D March Monthly; reviewing and signing CNO for same | 0.20 | 75.00 |
| MTH | Reviewing docket re AKO March Monthly; reviewing and signing CNO for same | 0.20 | 75.00 |
| MTH | Reviewing docket re Charter Oak March Monthly; reviewing and signing CNO for same | 0.10 | 37.50 |
| MTH | Reviewing docket re LAS March Monthly; reviewing and signing CNO for same | 0.10 | 37.50 |
| MTH | Reviewing docket re LAS re February Monthly; reviewing and signing CNO for same | 0.10 | 37.50 |
| MTH | Review correspondence from MB to ACC professionals re CNO for monthly fee applications | 0.10 | 37.50 |
| MB | Email counsel re: CNO's | 0.10 | 12.50 |
| MB | Review case docket for objections to Legal Analysis Systems March fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to AKO March fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to Charter Oak March fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| MB | Review case docket for objections to C&D March fee application (.1); | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
|  | MB | Review case docket for objections to Legal Analysis Systems February fee application (.1); Prepare and efile certificate of no objection(.4) | 0.50 | 62.50 |
| 05/24/2011 |  |  |  |  |
|  | MB | Work on tracking chart in preparation of final fee application | 0.50 | 62.50 |
| 05/26/2011 |  |  |  |  |
|  | MTH | Reviewing correspondence from D.F. re Orrick April fee application | 0.10 | 37.50 |
| 05/27/2011 |  |  |  |  |
|  | MB | Forward weekly recommendation memos to committee counsel | 0.10 | 12.50 |
|  | SMB | Prepare weekly recommendation memorandum | 1.00 | 110.00 |
|  | SMB | Review January through March 2010 application of Saul Ewing (.1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2011 application of Kramer Levin Naftalis (1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March through April 2011 application of Pricewaterhousecoopers LLP (.1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2011 application of Capstone Advisory Group LLC (.1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2011 application of Ferry Joseph & Pearce PA (.1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April 2011 application of Orrick Herrington Sutcliffe LLP (.1); update WR Grace Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| 05/31/2011 |  |  |  |  |
|  | MTH | Reviewing April fee application for Charter Oak for filing | 0.10 | 37.50 |
|  | MB | Review email from G. Sinclair re: April bill(.1); Prepare Charter Oak April fee application (..3); Finalize and e-file application (.4) | 0.80 | 100.00 |
|  | MB | Review email from E. Benetos re: C&D April fee application (.1); Update C&D April fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
|  | MB | Review email from A. Pelton re: C&D April fee application (.1); Update AKO April fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
|  | KCD | Address issues re: disputed expense | 0.30 | 112.50 |
|  | MTH | Reviewing correspondence from MB to fee auditor re ACC professional's fee applications | 0.10 | 37.50 |
|  | MTH | Reviewing correspondence from MB re notice parties re fee applications for ACC professionals | 0.10 | 37.50 |
|  | MTH | Review correspondence from D.M. re Stroock fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from PB re Beveridge fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from TBB re Kramer Levin's monthly fee application | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 29.60 | 5,037.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 12.50 | $110.00 | $1,375.00 |
| Matthew Brushwood | 11.00 | 125.00 | 1,375.00 |
| Mark T. Hurford | 5.70 | 375.00 | 2,137.50 |
| Kathleen Campbell Davis | 0.40 | 375.00 | 150.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 5,037.50 |

| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -4,990.80 |
|---|---|---|
| | BALANCE DUE | $15,995.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    05/31/2011
Wilmington  DE                                ACCOUNT NO:        3000-14D
                                              STATEMENT NO:              79

Financing

PREVIOUS BALANCE                                                      $30.00

BALANCE DUE                                                           $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
|  | STATEMENT NO:    120 |

Hearings

PREVIOUS BALANCE                                                                $10,272.65

| | | | HOURS | |
|---|---|---|---|---|
| 05/04/2011 | | | | |
| | MTH | Review correspondence from FKL re Order rescheduling hearing | 0.10 | 37.50 |
| 05/09/2011 | | | | |
| | MTH | Reviewing preliminary agenda and correspondence to PVNL and RH re same | 0.20 | 75.00 |
| 05/17/2011 | | | | |
| | MTH | Review correspondence from JON re hearing | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $375.00 | $150.00 |

TOTAL CURRENT WORK                                                                150.00

| | | |
|---|---|---|
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -1,500.40 |

BALANCE DUE                                                                $8,922.25

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              05/31/2011
Wilmington  DE                                             ACCOUNT NO:      3000-16D
                                                           STATEMENT NO:            105

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                        -$1,455.30

CREDIT BALANCE                                                         -$1,455.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

<table>
<tr><td></td><td align="right">Page: 1</td></tr>
<tr><td>W.R. Grace</td><td align="right">05/31/2011</td></tr>
<tr><td>Wilmington  DE</td><td align="right">ACCOUNT NO:    3000-17D</td></tr>
<tr><td></td><td align="right">STATEMENT NO:         105</td></tr>
</table>

Plan and Disclosure Statement

PREVIOUS BALANCE                                                           $10,343.40

| | | | HOURS | |
|---|---|---|---|---|
| 05/02/2011 | | | | |
| | MTH | Reviewing correspondence re mediation of CNA appeal; correspondence to PVNL re same | 0.20 | 75.00 |
| | MTH | Reviewing correspondence re CNA mediation | 0.10 | 37.50 |
| 05/03/2011 | | | | |
| | MTH | Telephone conference with counsel re status of BK case, payment of asbestos PI claims | 0.30 | 112.50 |
| | MTH | Correspondence to and from PVNL re pro hac motion for confirmation appeals | 0.20 | 75.00 |
| | MTH | Drafting pro hac motion for PVNL and correspondence to PVNL re same | 0.20 | 75.00 |
| 05/04/2011 | | | | |
| | GP | Drafting Pro Hac Motion for Jeff Liesemer for District Court | 0.20 | 18.00 |
| | GP | Drafting Pro Hac Motion for Kevin Maclay for District Court | 0.20 | 18.00 |
| | GP | Drafting Pro Hac Motion for Jim Wehner for District Court | 0.20 | 18.00 |
| 05/05/2011 | | | | |
| | MTH | Reviewing and revising pro hac motions for Wehner, Liesemer and Maclay and correspondence to counsel re same | 0.40 | 150.00 |
| | MTH | Review correspondence from PVNL re pro hac for District Court Appeals; discussion with SC re filing of same | 0.10 | 37.50 |
| 05/06/2011 | | | | |
| | MTH | Telephone conference with KM re Confirmation appellate briefing, pro hac motion | 0.30 | 112.50 |
| 05/09/2011 | | | | |
| | MTH | Telephone conference with DF re historic filings | 0.10 | 37.50 |
| | MTH | Reviewing notice of filing re Libby Claimants | 0.10 | 37.50 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Correspondence to and from KCM and JAL re pro hac motions | 0.20 | 75.00 |
| 05/10/2011 | | | | |
| | MTH | Correspondence and communications re filing of pro hac motions for PVNL, J. Wehner, and K. Maclay for confirmation appeals | 0.40 | 150.00 |
| | MTH | Correspondence and communications re May 25 hearing to and from PVNL, SC and RH | 0.40 | 150.00 |
| | SMB | Prepare, file and serve Pro Hac Motion of Peter Lockwood | 0.20 | 22.00 |
| | SMB | Prepare, file and serve Pro Hac Motion of Kevin Maclay | 0.20 | 22.00 |
| | SMB | Prepare, file and serve Pro Hac Motion of James Wehner | 0.20 | 22.00 |
| 05/11/2011 | | | | |
| | MTH | Correspondence and communications re entries of appearance; reviewing same | 0.30 | 112.50 |
| 05/12/2011 | | | | |
| | MTH | Correspondence to and from SMC re pro hac motions; reviewing three pro hac motions granted and correspondence re same | 0.20 | 75.00 |
| 05/13/2011 | | | | |
| | MTH | Review correspondence from JAL re pro hac motion, reviewing and signing same | 0.20 | 75.00 |
| 05/20/2011 | | | | |
| | MTH | Telephone conference with creditor re status of confirmation | 0.20 | 75.00 |
| 05/24/2011 | | | | |
| | MTH | Reviewing various correspondence re length of appellate briefs | 0.30 | 112.50 |
| | MTH | Telephone conference with K Maclay re appellate briefing | 0.40 | 150.00 |
| 05/25/2011 | | | | |
| | KCD | Multiple discussions with MB, MTH re: filing and service of appeal brief | 0.30 | 112.50 |
| | MTH | Reviewing and revising briefs on appeal and related correspondence | 8.00 | 3,000.00 |
| | MTH | Review correspondence from mediator re possible conflict; correspondence to and from PVNL re same and response to mediator | 0.20 | 75.00 |
| | MB | Prepare brief service list and certificate of service | 0.80 | 100.00 |
| 05/26/2011 | | | | |
| | MTH | Reviewing conformed brief filed by Plan Proponents | 0.40 | 150.00 |
| | MTH | Reviewing Arrowood's brief | 0.40 | 150.00 |
| | | FOR CURRENT SERVICES RENDERED | 15.90 | 5,432.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.60 | $110.00 | $66.00 |
| Matthew Brushwood | 0.80 | 125.00 | 100.00 |

W.R. Grace

Plan and Disclosure Statement

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 13.60 | 375.00 | 5,100.00 |
| Kathleen Campbell Davis | 0.30 | 375.00 | 112.50 |
| Gaurav Patel | 0.60 | 90.00 | 54.00 |

|  |  |  |  |
|---|---|---|---|
| TOTAL CURRENT WORK |  |  | 5,432.50 |

| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -2,250.00 |
|---|---|---|
|  | BALANCE DUE | $13,525.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-18D |
|  | STATEMENT NO:           105 |

Relief from Stay Proceedings

|  |  |
|---|---|
| PREVIOUS BALANCE | -$32.70 |
| 05/10/2011  Payment - Thank you.  (February, 2011 - 80% Fees) | -180.00 |
| CREDIT BALANCE | -$212.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                            05/31/2011
Wilmington  DE                                                    ACCOUNT NO:       3000-20D
                                                                  STATEMENT NO:             104

Tax Litigation

PREVIOUS BALANCE                                                                   $468.80

BALANCE DUE                                                                        $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-21D |
|  | STATEMENT NO:              96 |

Travel-Non-Working

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $391.00 |
| 05/10/2011 | Payment - Thank you.  (February, 2011 - 80% Fees) | -316.00 |
| | BALANCE DUE | $75.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
05/31/2011

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-22D
STATEMENT NO:               109

Valuation

PREVIOUS BALANCE                                                                 $1,185.00

BALANCE DUE                                                                        $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                  |                |          |
|------------------|----------------|----------|
|                  | Page: 1        |          |
| W.R. Grace       | 05/31/2011     |          |
| Wilmington  DE   | ACCOUNT NO:    | 3000-23D |
|                  | STATEMENT NO:  | 109      |

ZAI Science Trial

| | |
|---|---|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                05/31/2011
Wilmington  DE                                              ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 534.60 | 0.00 | 0.00 | 0.00 | -120.00 | $414.60 |
| 3000-04 Case Administration | | | | | |
| 2,919.87 | 315.00 | 0.00 | 0.00 | -1,322.00 | $1,912.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,576.00 | 0.00 | 0.00 | 0.00 | -72.00 | $2,504.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -121.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$121.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,139.74 | 2,446.00 | 0.00 | 0.00 | -3,971.20 | $13,614.54 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -163.90 | 0.00 | 0.00 | 0.00 | -240.00 | -$403.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 738.60 | 0.00 | 0.00 | 0.00 | 0.00 | $738.60 |
| 3000-11 Expenses | | | | | |
| 7,796.41 | 0.00 | 3,190.46 | 0.00 | -2,416.35 | $8,570.52 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,043.60 | 770.00 | 0.00 | 0.00 | -1,102.00 | $3,711.60 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,948.80 | 5,037.50 | 0.00 | 0.00 | -4,990.80 | $15,995.50 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 10,272.65 | 150.00 | 0.00 | 0.00 | -1,500.40 | $8,922.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,455.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$1,455.30 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 10,343.40 | 5,432.50 | 0.00 | 0.00 | -2,250.00 | $13,525.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -32.70 | 0.00 | 0.00 | 0.00 | -180.00 | -$212.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 391.00 | 0.00 | 0.00 | 0.00 | -316.00 | $75.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 71,855.67 | 14,151.00 | 3,190.46 | 0.00 | -18,480.75 | $70,716.38 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.