**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-01D |
|  | STATEMENT NO:          86 |

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                    $140.00

BALANCE DUE                                                                          $140.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:        3000-02D
STATEMENT NO:              109

Asset Disposition

PREVIOUS BALANCE                                                                                      $146.00

BALANCE DUE                                                                                              $146.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                06/30/2010
Wilmington  DE                                     ACCOUNT NO:        3000-03D
                                                   STATEMENT NO:            96

Business Operations

PREVIOUS BALANCE                                                        $35.60

BALANCE DUE                                                            $35.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-04D |
|  | STATEMENT NO:              109 |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $1,812.37 |
| BALANCE DUE | $1,812.37 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:    109 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $5,027.60 |
| | | HOURS | |
| 06/01/2010 | | | |
| MTH | Reviewing Designation of asbestos PD claimants on appeal and Statement of Issues presented on Appeal | 0.10 | 36.00 |
| 06/03/2010 | | | |
| MTH | Reviewing Debtors' Designation re Asbestos PD appeal | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 72.00 |
| BALANCE DUE | | $5,099.60 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              06/30/2010
Wilmington  DE                                              ACCOUNT NO:        3000-06D
                                                            STATEMENT NO:              109


Claims Analysis Objection & Resol. (Non-Asbestos)



            PREVIOUS BALANCE                                                    $2,161.90

                                                                  HOURS
06/02/2010
      MTH      Review correspondence from CA re Libby response to MCC claims
               objection                                              0.10          36.00

06/03/2010
      MTH      Reviewing MCC's Sur-Reply to Debtors' Claims Objection      0.20          72.00
      MTH      Reviewing Reservation of Rights of Debtors re MCC Claims Objection   0.10          36.00
      MTH      Reviewing LC's Response to MCC's Objection re participation in Claims
               Objection                                              0.10          36.00

06/04/2010
      PEM      Review MOR.                                             0.80         332.00
      MTH      Correspondence to Charter Oak and PVNL re Walpole settlement motion   0.20          72.00
      MTH      Reviewing Debtors' Motion re Settlement of Walpole environmental
               matters                                                1.00         360.00

06/05/2010
      MTH      Correspondence to PVNL re MCC related filings, Omnibus hearing   0.10          36.00

06/11/2010
      MTH      Correspondence to Charter Oak and C&D re two recently filed
               environmental settlement motions                      0.20          72.00

06/21/2010
      MTH      Review correspondence from JS re environmental settlement motions,
               recommendation re same                                0.20          72.00

06/22/2010
      MTH      Review correspondence from JS re memos re environmental settlements
               and response to same                                  0.10          36.00

Page: 2
06/30/2010

W.R. Grace

| | ACCOUNT NO: | 3000-06D |
| | STATEMENT NO: | 109 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review correspondence from JS to EI, PVNL re environmental settlement motions | 0.10 | 36.00 |
| | MTH | Review correspondence from JC re Easthampton settlement motion | 0.20 | 72.00 |
| 06/24/2010 | | | | |
| | MTH | Reviewing revised proposed order re Walpole site and correspondence to PVNL re same | 0.30 | 108.00 |
| 06/29/2010 | | | | |
| | MTH | Reviewing COC re Easthampton environmental settlement | 0.30 | 108.00 |
| 06/30/2010 | | | | |
| | MTH | Review correspondence from JB re further revised Order re Walpole | 0.20 | 72.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.20 | 1,556.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $415.00 | $332.00 |
| Mark T. Hurford | 3.40 | 360.00 | 1,224.00 |

TOTAL CURRENT WORK                                                    1,556.00

BALANCE DUE                                                          $3,717.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
06/30/2010
ACCOUNT NO:      3000-07D
STATEMENT NO:         109

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE $18,164.04

| | | HOURS | |
|---|---|---|---|
| **06/01/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Cooney & Conway; e-mail confirmation of same | 0.40 | 40.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **06/02/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **06/03/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.70 | 77.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/04/2010** | | | |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| MTH | Prepare weekly recommendation memos | 0.60 | 216.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |     |     | HOURS |       |
| --- | --- | --- | --- | --- |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/07/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/08/2010** | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Correspondence to and from PVNL re hearing memo for Committee | 0.20 | 72.00 |
| | MTH | Review correspondence from EI re Harper settlement | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/09/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/10/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/11/2010** | | | | |
| | PEM | Review memo: re pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memos | 1.60 | 576.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| **06/14/2010** | | | | |
| | MTH | Discussion with SB re weekly memo; revisions to same; Review correspondence from SB to Committee re same | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | PEM | Review weekly recommendation memo re: pleadings and motions. | 0.10 | 41.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Reviewing Notice of Change of Time for 2010 Hearings | 0.10 | 36.00 |
| MTH | Telephone conference with potential asbestos claimant, J. Knysh re possible asbestos PI claim | 0.30 | 108.00 |
| **06/15/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review correspondence from JB and DB re website information | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/16/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/17/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/18/2010** | | | |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/20/2010** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **06/21/2010** | | | |
| MK | Review committee events calendar and update attorney case calendars. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/22/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| PEM | Review memo from counsel re: Proposed Employers Insurance of Wausau Settlement. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Review correspondence from MRE re asbestos claims | 0.10 | 36.00 |
| MTH | Review correspondence from EI to Committee re possible insurance settlement | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/23/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/24/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/25/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Prepare weekly recommendation memos | 0.40 | 144.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review correspondence from EI re Wausau settlement motion | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memo | 0.20 | 95.00 |
| **06/28/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 5
06/30/2010
ACCOUNT NO:      3000-07D
STATEMENT NO:           109

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/29/2010 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from DB re claimant correspondence and discussion with AC re same; correspondence to and from JAL re same | 0.20 | 72.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| 06/30/2010 |  |  |  |  |
| | MTH | Correspondence to MRE re asbestos claims | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | | FOR CURRENT SERVICES RENDERED | 18.50 | 4,458.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $475.00 | $380.00 |
| Philip E. Milch | 1.50 | 415.00 | 622.50 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 6.10 | 100.00 | 610.00 |
| Mark T. Hurford | 6.90 | 360.00 | 2,484.00 |
| Katherine Hemming | 2.80 | 110.00 | 308.00 |

TOTAL CURRENT WORK                                        4,458.50


BALANCE DUE                                              $22,622.54


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                            06/30/2010
Wilmington  DE                                          ACCOUNT NO:    3000-08D
                                                        STATEMENT NO:          108

Employee Benefits/Pension

PREVIOUS BALANCE                                                          $598.10

|            |      |                                                                              | HOURS |        |
|------------|------|------------------------------------------------------------------------------|-------|--------|
| 06/03/2010 |      |                                                                              |       |        |
|            | MTH  | Reviewing draft pension plan motion                                          | 0.30  | 108.00 |
| 06/08/2010 |      |                                                                              |       |        |
|            | MTH  | Reviewing as filed pension plan motion and related issues                    | 0.40  | 144.00 |
| 06/11/2010 |      |                                                                              |       |        |
|            | MTH  | Correspondence to and from JS re DB Motion                                   | 0.10  | 36.00  |
| 06/12/2010 |      |                                                                              |       |        |
|            | MTH  | Correspondence to Charter Oak and C&D re DB Motion                           | 0.20  | 72.00  |
|            | MTH  | Correspondence to Charter Oak and PVNL re as filed version of pension plan motion | 0.10  | 36.00  |
| 06/18/2010 |      |                                                                              |       |        |
|            | MTH  | Telephone conference with J. Sinclair re Defined Benefit Motion; environmental motions | 0.60  | 216.00 |
|            | MTH  | Telephone conference with JON re pension plan motion, objection deadline      | 0.20  | 72.00  |
|            | MTH  | Additional telephone conversation with DF re defined benefit contribution motion | 0.30  | 108.00 |
|            | MTH  | Additional telephone conversation with DF re defined benefit motion; information from F/A | 0.20  | 72.00  |
|            | MTH  | Reviewing pension plan motion and related documents re DB and DC plans        | 1.50  | 540.00 |
|            | MTH  | Follow up telephone discussion with DF re pension plan issues, discussion with JS re same | 0.30  | 108.00 |
| 06/21/2010 |      |                                                                              |       |        |
|            | MTH  | Review correspondence from JS to EI, PVNL re recommendation re                |       |        |

W.R. Grace

Employee Benefits/Pension

| | | HOURS | |
|---|---|---|---|
| | pension plan motion | 0.10 | 36.00 |
| MTH | Review correspondence from JS re draft memo re pension plan motion; reviewing pension plan motion and prior memos to Committee re same; response to JS re same | 0.50 | 180.00 |
| MTH | Review correspondence from Review fax to TF re pension plan issues | 0.20 | 72.00 |
| **06/22/2010** | | | |
| MTH | Review correspondence from JOC and JS re pension plan issues | 0.10 | 36.00 |
| MTH | Review correspondence from JB re pension plan issues, report from Aon | 0.50 | 180.00 |
| **06/24/2010** | | | |
| MTH | Review correspondence from JS re pension plan issues | 0.10 | 36.00 |
| **06/25/2010** | | | |
| MTH | Review correspondence from JS and EI re pension plan issues | 0.20 | 72.00 |
| MTH | Review correspondence from EI re pension plan issues | 0.10 | 36.00 |
| **06/29/2010** | | | |
| MTH | Review correspondence from JON re pension plan motion and response to same | 0.10 | 36.00 |
| MTH | Review correspondence from JB re study re retirement plans | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 6.20 | 2,232.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.20 | $360.00 | $2,232.00 |

TOTAL CURRENT WORK                                          2,232.00

BALANCE DUE                                               $2,830.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010

ACCOUNT NO:        3000-09D
STATEMENT NO:              48

Employee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/11/2010 |  |  |  |  |
| SMB | Prepare and file 2019 of Edward O' Moody; e-mail confirmation of same |  | 0.20 | 20.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.20 | 20.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $100.00 | $20.00 |

TOTAL CURRENT WORK                                                      20.00


BALANCE DUE                                                             $20.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:        3000-10D
STATEMENT NO:               109

Employment Applications, Others

PREVIOUS BALANCE                                                                      $1,180.30

BALANCE DUE                                                                               $1,180.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-11D |
|  | STATEMENT NO:             107 |

Expenses

| | PREVIOUS BALANCE | $5,922.98 |
|---|---|---|
| 06/01/2010 | Printing - May 2010 | 112.10 |
| 06/01/2010 | Scanning - May 2010 | 13.40 |
| 06/01/2010 | Parcels - e-filing on May 19 - reply to debtors' objection | 95.00 |
| 06/01/2010 | Tri State - (8)  hand delivery on May 25 - fee application - March | 72.00 |
| 06/01/2010 | Pacer Charges for the Month of May | 29.68 |
| 06/02/2010 | Digital Legal - copy/service - C & D, C &L, AKO, Charter Oak Fee Application | |
| | April 2010 | 314.82 |
| 06/02/2010 | Tri State - hand delivery - Charter Oak April Application Fee | 81.00 |
| 06/03/2010 | Digital Legal - copy/service - LAS Fee Application April 2010 | 43.46 |
| 06/03/2010 | Tri State - hand delivery - LAS April Application Fee | 72.00 |
| 06/04/2010 | Parcels - copy/service - Feb-Mar Monthly Application Fee | 32.78 |
| 06/08/2010 | Parcels - hand delivery - CNO Interim Application Fee | 45.00 |
| 06/08/2010 | Parcels - copy/service - CNO Interim Fee Application | 71.04 |
| 06/15/2010 | Federal Express to Trevor Swett at Caplin & Drysdale on 6/4/10 | 15.49 |
| 06/18/2010 | Parcels - copy/service - First Monthly Application Fee re: Charter Oaks | 38.48 |
| 06/24/2010 | Parcels - hand delivery - Monthly Application Fee re: Charter Oaks | 40.00 |
| 06/24/2010 | Parcels - copy/service - April Application Fee re: Charter Oaks | 71.69 |
| 06/28/2010 | Parcels - hand delivery - CNO Monthly Application  - April | 40.00 |
| 06/28/2010 | Parcels - copy/service - CNO Monthly Application - April | 30.89 |
| 06/29/2010 | Parcels - hand delivery - Monthly Application re: Charter Oaks | 40.00 |
| 06/29/2010 | Parcels - copy/service - Monthly Application re: Charter Oaks | 194.77 |
| 06/30/2010 | Printing - June 2010 | 197.30 |
| 06/30/2010 | Scanning - June 2010 | 13.80 |
| | TOTAL EXPENSES | 1,664.70 |
| | TOTAL CURRENT WORK | 1,664.70 |
| | BALANCE DUE | $7,587.68 |

W.R. Grace

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:      3000-12D
STATEMENT NO:            107

Fee Applications, Applicant

|  |  |  | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,782.90 |

| | | HOURS | |
|---|---|---|---|
| **06/02/2010** | | | |
| KCD | Review and sign C&L application | 0.30 | 102.00 |
| KH | Review e-mail from DS re: April bill(.1); Prepare C&L April fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Prepare Excel spreadsheet for C&L April re: professional hours v. project categories | 0.40 | 44.00 |
| **06/08/2010** | | | |
| KCD | Review and sign CNO re: C&L interim | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **06/09/2010** | | | |
| KH | Review and update pre-bill | 0.50 | 55.00 |
| MTH | Reviewing pre-bill | 0.80 | 288.00 |
| **06/24/2010** | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **06/29/2010** | | | |
| KCD | Review C&L application | 0.30 | 102.00 |
| KH | Prepare C&L May spreadsheet re: professional hours v. project categories | 0.40 | 44.00 |
| KH | Review e-mail from DS re: May bill(.1); Prepare C&L May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| | FOR CURRENT SERVICES RENDERED | 6.10 | 1,101.00 |

Page: 2

W.R. Grace

06/30/2010

ACCOUNT NO:        3000-12D
STATEMENT NO:              107

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $360.00 | $288.00 |
| Kathleen Campbell Davis | 1.00 | 340.00 | 340.00 |
| Katherine Hemming | 4.30 | 110.00 | 473.00 |
| TOTAL CURRENT WORK | | | 1,101.00 |
| BALANCE DUE | | | $5,883.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-13D |
|  | STATEMENT NO: | 94 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $14,217.90 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **06/01/2010** | | | |
| MTH | Review correspondence from KH (x6) re corrected fee applications for Scarfone Hawkins | 0.20 | 72.00 |
| | | | |
| **06/02/2010** | | | |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KCD | E-mails re: omnibus fee order | 0.10 | 34.00 |
| KH | Review e-mail from A. Pelton re: April bill(.1); Prepare AKO April fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from B. Lindsay re: April bill(.1); Prepare Charter Oak April fee application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| KH | Review COC and Proposed Order for 35th Interim Period with recommendations and e-mail MTH re: the same | 0.40 | 44.00 |
| KH | E-mail as filed fee applications to R. Finke | 0.10 | 11.00 |
| KH | Review e-mail from E. Benetos re: April fee application(.1); Update C&D fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| MTH | Review correspondence from VP re K&E fee application | 0.10 | 36.00 |
| MTH | Discussion with KLH re review of C&L fees and expenses for proposed Order and multiple correspondence related thereto | 0.30 | 108.00 |
| | | | |
| **06/03/2010** | | | |
| KCD | Review LAS application | 0.30 | 102.00 |
| KH | Review e-mail from D. Relles re: April bill(.1); Prepare LAS April fee application(.4); Finalize and e-file application(.3) | 0.80 | 88.00 |
| | | | |
| **06/04/2010** | | | |
| KH | Review case docket for objections to LAS February-March application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file | | |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:           94

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | CNO(.2) | 0.50 | 55.00 |
| KH | Review April fee application of Law Office of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 06/07/2010 | | | |
| KH | Review Revised Order Approving 35th Interim Fee Applications | 0.20 | 22.00 |
| 06/08/2010 | | | |
| KCD | Review and sign CNO re: LAS interim | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D interim | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO interim | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak interim | 0.20 | 68.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review case docket for objections to C&D January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |

06/11/2010

| KH | Review April fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|---|---|---|---|
| KH | Review May fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DP re PS monthly fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |

06/15/2010

| MTH | Review correspondence from KH re Canadian ZAI fee applications | 0.10 | 36.00 |
|---|---|---|---|
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |

06/16/2010

| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
|---|---|---|---|

06/17/2010

| MTH | Review correspondence from VP re Casner Fee Application | 0.10 | 36.00 |
|---|---|---|---|
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |

06/18/2010

| KH | Review April Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|---|---|---|---|
| KH | Review April Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September Fee Application of Holme Roberts & Owen(.1); |  |  |

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    94

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **06/21/2010** | | | |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| **06/23/2010** | | | |
| KH | Update Committee Fee and Expense Tracking chart | 0.50 | 55.00 |
| **06/24/2010** | | | |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.30 | 102.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&D April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **06/25/2010** | | | |
| KH | Review April fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from VP re blackstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| MTH | Correspondence to and from MRE re service of fee applications | 0.10 | 36.00 |
| **06/28/2010** | | | |
| KH | Review case docket for objection to LAS April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| MTH | Review correspondence from Daily memo re Stroock fee application | 0.10 | 36.00 |
| MTH | Review correspondence from MS re Foley Hoag fee application | 0.10 | 36.00 |
| **06/29/2010** | | | |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KH | Review e-mail from IP re: May bill(.1); Prepare AKO May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from BL re: May bill(.1); Prepare Charter Oak May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from EB re: May fee application(.1); Update C&D May fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed May Fee Applications to W. Smith | 0.10 | 11.00 |

Page: 5

W.R. Grace

06/30/2010

ACCOUNT NO:     3000-13D

STATEMENT NO:            94

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from DF er CNO on Orrick fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re e-mail service of FCR fee applications and related | 0.10 | 36.00 |
| MTH | Review correspondence from PB re JB Fee Application | 0.10 | 36.00 |
| KH | Multiple e-mails with E. Benetos re: committee expenses(.3); Prepare tracking chart of Committee Expense Applications(.5) | 0.80 | 88.00 |
| 06/30/2010 | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.40 | 44.00 |
| MTH | Review correspondence from PB re Steptoe fee applications | 0.10 | 36.00 |
| MTH | Review correspondence from KH re Lauzon fee application | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 25.00 | 4,201.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $360.00 | $864.00 |
| Kathleen Campbell Davis | 3.70 | 340.00 | 1,258.00 |
| Katherine Hemming | 18.90 | 110.00 | 2,079.00 |

TOTAL CURRENT WORK                                                         4,201.00

BALANCE DUE                                                            $18,418.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
| | STATEMENT NO:              71 |

Financing


PREVIOUS BALANCE                                                              $280.80


BALANCE DUE                                                                   $280.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

|  |  |
| --- | --- |
| Page: | 1 |
|  | 06/30/2010 |
| ACCOUNT NO: | 3000-15D |
| STATEMENT NO: | 109 |

Hearings

|  |  |  |  |
| --- | --- | --- | --- |
| PREVIOUS BALANCE |  |  | $11,358.85 |
|  |  | HOURS |  |
| 06/01/2010 |  |  |  |
| MTH | Discussion with SB re hearing preparations, review re same | 0.10 | 36.00 |
| MTH | Correspondence to C&D counsel and AKO counsel re Agenda for hearing on June 7 | 0.10 | 36.00 |
| MTH | Reviewing Agenda for June 7 hearing | 0.20 | 72.00 |
| 06/04/2010 |  |  |  |
| KH | Prepare attorney binder for 6/7/10 hearing | 0.90 | 99.00 |
| KH | Prepare 6/7/10 Hearing Memo | 0.30 | 33.00 |
| 06/05/2010 |  |  |  |
| MTH | Correspondence to PVNL, RH re amended agenda for June 7 hearing | 0.10 | 36.00 |
| 06/07/2010 |  |  |  |
| MTH | Preparing for and attending Omnibus Hearing | 1.50 | 540.00 |
| 06/14/2010 |  |  |  |
| MTH | Correspondence to PVNL, RH re notice of change in hearing date for July | 0.10 | 36.00 |
| 06/30/2010 |  |  |  |
| MTH | Review correspondence from JON re Preliminary Agenda, review of same and reviewing correspondence from DF re same | 0.20 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED | 3.50 | 960.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Mark T. Hurford | 2.30 | $360.00 | $828.00 |
| Katherine Hemming | 1.20 | 110.00 | 132.00 |

W.R. Grace

06/30/2010

ACCOUNT NO:     3000-15D
STATEMENT NO:          109

Hearings

TOTAL CURRENT WORK                                              960.00

BALANCE DUE                                                  $12,318.85

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                          |                |            |
|--------------------------|----------------|-----------:|
|                          | Page:          | 1          |
| W.R. Grace               |                | 06/30/2010 |
| Wilmington  DE           | ACCOUNT NO:    | 3000-16D   |
|                          | STATEMENT NO:  | 94         |

Litigation and Litigation Consulting

| | | | |
|---|---|---:|---:|
| PREVIOUS BALANCE | | | -$2,399.40 |
| | | **HOURS** | |
| 06/24/2010 | | | |
| MTH | Review correspondence from MRE re petition filed with US Supreme Court and response to same | 0.10 | 36.00 |
| 06/25/2010 | | | |
| MTH | Reviewing information re Petition for Cert. filed by Debtors | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|------:|------------:|------:|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

| | |
|---|---:|
| TOTAL CURRENT WORK | 108.00 |
| CREDIT BALANCE | -$2,291.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:    3000-17D
STATEMENT NO:    94

Plan and Disclosure Statement

PREVIOUS BALANCE $15,570.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/2010 |  |  |  |  |
|  | MTH | Correspondence to EI, PVNL, RH re Harper insurance settlement | 0.10 | 36.00 |
| 06/03/2010 |  |  |  |  |
|  | MTH | Review correspondence from Daily memo re Allstats's notice of withdrawal of objections | 0.10 | 36.00 |
|  | MTH | Correspondence to PVNL, RH re London's withdrawal of Plan Objections | 0.10 | 36.00 |
|  | MTH | Correspondence to PVNL, RH re Order approving North Star Reinsurance settlement | 0.10 | 36.00 |
|  | MTH | Reviewing Order entered re North Star Re Settlement | 0.10 | 36.00 |
| 06/09/2010 |  |  |  |  |
|  | MTH | Reviewing Traveler's withdrawal of Confirmation Objections | 0.10 | 36.00 |
|  | MTH | Reviewing Debtors' Settlement with Munich Reinsurance | 0.40 | 144.00 |
| 06/11/2010 |  |  |  |  |
|  | MTH | Correspondence to and from DF re Garlock issues; correspondence to and from MK re same; telephone conversation with DBS re same; brief review of transcript re same | 0.70 | 252.00 |
|  | MTH | Review correspondence from BT re confirmation status and response to same | 0.10 | 36.00 |
| 06/14/2010 |  |  |  |  |
|  | MTH | Telephone conference with PVNL re Garlock issues | 0.10 | 36.00 |
|  | MTH | Correspondence to JB re website information for claimants | 0.10 | 36.00 |
| 06/15/2010 |  |  |  |  |
|  | MTH | Telephone conference with DF re Garlock issues | 0.30 | 108.00 |

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              94

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 06/18/2010 | | | | |
| | MTH | Telephone conference with DF re status of various confirmation related issues | 0.50 | 180.00 |
| | MTH | Telephone conference with PEM re status of insurance issues | 0.30 | 108.00 |
| | MTH | Reviewing draft Judicial Notice Request; research re same and response to same | 0.80 | 288.00 |
| 06/21/2010 | | | | |
| | MTH | Review correspondence from DF re judicial notice request; telephone discussion with DF re same; reviewing correspondence from PVNL re same | 0.30 | 108.00 |
| 06/22/2010 | | | | |
| | MTH | Reviewing correspondence from DF re possible judicial notice request and telephone discussion with DF re same | 0.40 | 144.00 |
| | MTH | Review correspondence from RH re discussion of possible insurance settlement | 0.30 | 108.00 |
| | MTH | Reviewing correspondence from DF re possible judicial notice and response to same from R. Wyron | 0.10 | 36.00 |
| 06/28/2010 | | | | |
| | MTH | Review correspondence from DP re CNO re Harper Motion | 0.10 | 36.00 |
| 06/29/2010 | | | | |
| | MTH | Reviewing Debtors' Motion for Approval of Wausau Settlement Agreement | 0.40 | 144.00 |
| 06/30/2010 | | | | |
| | MTH | Multiple correspondence with R.W., DF and PVNL re Request for Judicial Notice | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 5.90 | 2,124.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 5.90 | $360.00 | $2,124.00 |

TOTAL CURRENT WORK                                                                    2,124.00

BALANCE DUE                                                                            $17,694.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                        06/30/2010
Wilmington  DE                                        ACCOUNT NO:        3000-18D
                                                      STATEMENT NO:              94

Relief from Stay Proceedings

PREVIOUS BALANCE                                                        -$179.70

CREDIT BALANCE                                                         -$179.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      06/30/2010
Wilmington  DE                                                ACCOUNT NO:      3000-20D
                                                              STATEMENT NO:          93

Tax Litigation

PREVIOUS BALANCE                                                                  $468.80

BALANCE DUE                                                                       $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:              85 |

Travel-Non-Working

PREVIOUS BALANCE                                                    $635.40

BALANCE DUE                                                         $635.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-22D |
|  | STATEMENT NO:         98 |


Valuation


| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| | |
| BALANCE DUE | $1,185.00 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                      |                |          |
|----------------------|----------------|----------|
|                      | Page: 1        |          |
| W.R. Grace           | 06/30/2010     |          |
| Wilmington  DE       | ACCOUNT NO:    | 3000-23D |
|                      | STATEMENT NO:  | 98       |

ZAI Science Trial

PREVIOUS BALANCE                                                    $1,203.30

BALANCE DUE                                                        $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| 3000-02 Asset Disposition | | | | | |
| 146.00 | 0.00 | 0.00 | 0.00 | 0.00 | $146.00 |
| 3000-03 Business Operations | | | | | |
| 35.60 | 0.00 | 0.00 | 0.00 | 0.00 | $35.60 |
| 3000-04 Case Administration | | | | | |
| 1,812.37 | 0.00 | 0.00 | 0.00 | 0.00 | $1,812.37 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,027.60 | 72.00 | 0.00 | 0.00 | 0.00 | $5,099.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 2,161.90 | 1,556.00 | 0.00 | 0.00 | 0.00 | $3,717.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 18,164.04 | 4,458.50 | 0.00 | 0.00 | 0.00 | $22,622.54 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 598.10 | 2,232.00 | 0.00 | 0.00 | 0.00 | $2,830.10 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | $20.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,180.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,180.30 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-11 Expenses** | | | | | |
| 5,922.98 | 0.00 | 1,664.70 | 0.00 | 0.00 | $7,587.68 |
| **3000-12 Fee Applications, Applicant** | | | | | |
| 4,782.90 | 1,101.00 | 0.00 | 0.00 | 0.00 | $5,883.90 |
| **3000-13 Fee Applications, Others** | | | | | |
| 14,217.90 | 4,201.00 | 0.00 | 0.00 | 0.00 | $18,418.90 |
| **3000-14 Financing** | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | 0.00 | $280.80 |
| **3000-15 Hearings** | | | | | |
| 11,358.85 | 960.00 | 0.00 | 0.00 | 0.00 | $12,318.85 |
| **3000-16 Litigation and Litigation Consulting** | | | | | |
| -2,399.40 | 108.00 | 0.00 | 0.00 | 0.00 | -$2,291.40 |
| **3000-17 Plan and Disclosure Statement** | | | | | |
| 15,570.40 | 2,124.00 | 0.00 | 0.00 | 0.00 | $17,694.40 |
| **3000-18 Relief from Stay Proceedings** | | | | | |
| -179.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$179.70 |
| **3000-20 Tax Litigation** | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| **3000-21 Travel-Non-Working** | | | | | |
| 635.40 | 0.00 | 0.00 | 0.00 | 0.00 | $635.40 |
| **3000-22 Valuation** | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| **3000-23 ZAI Science Trial** | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 82,313.14 | 16,832.50 | 1,664.70 | 0.00 | 0.00 | $100,810.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.