# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| July 18, 2011 | INVOICE:    243982 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 06/30/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/11 | Begin retrieving cases, statutes and highlighting quotes per K. Sharperson request in connection with Integrity brief. | W001 | AHP | 4.40 |
| 06/01/11 | Analyzed settlement agreements re: post confirmation payment issues. | W001 | IF | 1.90 |
| 06/01/11 | Work on new cash flow and settlement analysis (3.60); work on insolvent claim (0.60) | W001 | MG | 4.20 |
| 06/01/11 | Review and analysis of Integrity Liquidator's opposition brief in appeal of disallowance of proof of claim. | W001 | RYC | 3.30 |
| 06/02/11 | Continue retrieving and reviewing cases and statutes, highlighting quotes and prepare two sets for R. Chung and K. Sharperson. | W001 | AHP | 4.20 |
| 06/02/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.20 |
| 06/02/11 | Confer with paralegal re: case citations in preparation of preparing reply brief to Liquidator's opposition. | W001 | KES | 0.30 |
| 06/02/11 | Work on new cash flow and settlement analysis (3.90); work on insolvent claim (1.40). | W001 | MG | 5.30 |
| 06/02/11 | Review and analyze newly received pleadings and correspondence. | W001 | NJB | 1.20 |
| 06/02/11 | Research and analysis of issues raised by Integrity Liquidator's in opposition to appeal of disallowance of proof of claim (3.80). Review and analysis of recovery options against insolvent insurance companies with pending or past due notices of disallowance (1.60). | W001 | RYC | 5.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| July 18, 2011 | | INVOICE: | 243982 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/11 | Analysis of selected insurance company settlement agreements and related policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.40 |
| 06/03/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.90 |
| 06/03/11 | Work on new cash flow and settlement analysis (4.00); work on insolvent claim (0.80). | W001 | MG | 4.80 |
| 06/03/11 | Continue research and analysis of issues raised by Integrity Liquidator in opposition to appeal of disallowance of proof of claim. | W001 | RYC | 1.90 |
| 06/05/11 | Review brief in anticipation of preparing reply brief (1.90); research insurance insolvency third-party claim statutes in order to respond to argument re: third-party claims (1.20). | W001 | KES | 3.10 |
| 06/05/11 | Research and analysis regarding issues raised in Integrity Liquidator's appeal opposition brief. | W001 | RYC | 1.80 |
| 06/06/11 | Continue reviewing time and expense entries. | W011 | AHP | 1.80 |
| 06/06/11 | Attention to and resolution of the potential objection by the U.S. Trustee. | W011 | AHP | 0.90 |
| 06/06/11 | Analysis of selected insurance company settlement agreements and related policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.30 |
| 06/06/11 | Analyzed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.90 |
| 06/06/11 | Additional review of Respondent's brief in anticipation of preparing appellate reply brief (1.70); continue preparation of appellate reply brief (3.70). | W001 | KES | 5.40 |
| 06/06/11 | Work on new cash flow and settlement analysis (3.10); work on insolvent claim (1.80). | W001 | MG | 4.90 |
| 06/06/11 | Attention to insurance asset valuation (0.50). Attention to insolvent insurance company claim (0.20). | W001 | RMH | 0.70 |
| 06/06/11 | Attention to Trustee's inquiries regarding fee application. | W011 | RYC | 0.40 |
| 06/07/11 | Review changes, make additional revisions, proof and begin drafting monthly fee application. | W011 | AHP | 2.80 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 18, 2011 | | INVOICE: | | 243982 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/07/11 | Discussion with A. Pelton re: fee application procedures. | W011 | DJN | 0.30 |
| 06/07/11 | Analysis of selected insurance company settlement agreements and related policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 1.60 |
| 06/07/11 | Update insolvent recovery spreadsheets per R. Horkovich request. | W001 | HEG | 2.80 |
| 06/07/11 | Reviewed and updated information re:  solvent and insolvent valuation information. | W001 | IF | 1.60 |
| 06/07/11 | Reviewed settlement agreements re: post-confirmation payment issues. | W001 | IF | 1.30 |
| 06/07/11 | Continue preparation of appellate reply brief (3.60); additional research for case law to support argument re: legislative intent for insolvency statute (1.30); review and analyze case law (1.40). | W001 | KES | 6.30 |
| 06/07/11 | Work on new cash flow and settlement analysis (3.00); work on insolvent claim (2.10). | W001 | MG | 5.10 |
| 06/07/11 | Attention to insurance asset valuation (2.60). Attention to claim against insolvent insurance company (0.50). | W001 | RMH | 3.10 |
| 06/07/11 | Research and analysis regarding issues raised in Integrity Liquidator's appeal opposition brief. | W001 | RYC | 3.20 |
| 06/08/11 | Analysis of selected insurance settlement agreements and related policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.20 |
| 06/08/11 | Continued review and edits to Insolvent Recovery Status spreadsheets per R. Horkovich request. | W001 | HEG | 3.20 |
| 06/08/11 | Reviewed and updated information re:  insolvent insurance companies valuations. | W001 | IF | 1.90 |
| 06/08/11 | Analyzed settlement agreements re: payment issues post confirmation. | W001 | IF | 1.20 |
| 06/08/11 | Legal research re: standard of review and In re: Integrity case in anticipation of reply (1.80); continue preparation of reply brief to overturn December 3, 2010 order (6.30). | W001 | KES | 8.10 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 18, 2011 | INVOICE: | 243982 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/08/11 | Work on new claim valuations and email R. Horkovich re: same (2.30); work on new cash flow and settlement analysis (2.40); work on insolvent claim (0.50). | W001 | MG | 5.20 |
| 06/08/11 | Calculation of insurance asset valuation. | W001 | RMH | 4.80 |
| 06/08/11 | Research and analysis regarding potential impediments to coverage in connection with scheme arrangements of insolvent London insurance companies (1.70). Follow-up research and analysis regarding issues raised in Integrity Liquidator's appeal opposition brief (2.50). Attention to allocation issues in connection with specific high-level insolvent insurance companies (1.00). | W001 | RYC | 5.20 |
| 06/09/11 | Prepare exhibits for K. Sharperson per Appellate Division rules in connection with Integrity appeal. | W001 | DL | 1.40 |
| 06/09/11 | Analysis of selected insurance settlement agreements and related policies re: post-bankruptcy settlement payment issues. | W001 | GFF | 2.40 |
| 06/09/11 | Research, review, organize and circulate insolvent proof-of-claim submission materials. | W001 | HEG | 2.20 |
| 06/09/11 | Analyzed settlement agreements re: payment issues post confirmation. | W001 | IF | 1.20 |
| 06/09/11 | Meeting with insolvent insurance company re: proposed scheme of arrangement information, submissions and payments. | W001 | IF | 1.20 |
| 06/09/11 | Continue preparation of reply brief (1.70); revise and edit reply brief (1.30); communication with R. Chung re: brief strategy (0.40). | W001 | KES | 3.40 |
| 06/09/11 | Meeting with representatives of an insolvent London Market Insurance Company regarding proof of claim (1.30); work on new cash flow and settlement analysis with new claim valuations (3.00). | W001 | MG | 4.30 |
| 06/09/11 | Edit insurance asset valuation memo (2.00). Meeting with representatives of London & Overseas Insurance Company and Orion Insurance Company regarding proof of claim (1.60). | W001 | RMH | 3.60 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 18, 2011 | | INVOICE: | | 243982 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/09/11 | Draft W.R. Grace Reply Memo of law to overturn order of trial court affirming decision of the Integrity Special Master (4.20).  Review and analysis for submissions to certain insolvent insurance companies without pending proofs of claim (0.40). Prepare for and attend meeting with representatives of London Market Companies Orion and London & Overseas to discuss insolvents' plans regarding a proposed insolvent Scheme of Arrangement and subsequent review of materials for early review of claims (1.50). | W001 | RYC | 6.10 |
| 06/10/11 | Analyzed settlement agreements re: payment issues post confirmation. | W001 | IF | 0.90 |
| 06/10/11 | Prepare Appendix in support of reply brief. | W001 | KES | 1.00 |
| 06/10/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 4.20 |
| 06/10/11 | Edit appellate brief regarding Integrity disallowance of claim. | W001 | RMH | 2.10 |
| 06/10/11 | Revise Reply Memo of law to overturn order of trial court affirming decision of the Integrity Special Master (5.30).  Attention to allocation issues in connection with certain insolvent insurance companies without pending proofs of claim (0.40). | W001 | RYC | 5.70 |
| 06/10/11 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 06/12/11 | Attention to appellate reply brief. | W001 | KES | 0.40 |
| 06/12/11 | Revise Reply Memo of Law regarding Integrity in connection with appeal of trial court's approval of special master's recommendation. | W001 | RYC | 5.60 |
| 06/13/11 | Appellate Reply Brief:  review brief, table of contents, table of authorities, cite check and proof read per R. Chung and K. Sharperson instructions. | W001 | AHP | 4.40 |
| 06/13/11 | Minor revisions to time and expense entries, finalize monthly fee application. | W011 | AHP | 1.40 |
| 06/13/11 | Analyzed settlement agreements re: post confirmation payment issues and availability of coverage. | W001 | IF | 1.40 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 18, 2011                                     INVOICE:           243982

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/13/11 | Review and revise reply appellate brief per comments of R. Chung (2.10); communication with R. Chung re: same (0.20). | W001 | KES | 2.30 |
| 06/13/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.20 |
| 06/13/11 | Finalize Reply Memo of Law regarding Integrity including incorporation of comments from plan proponents. | W001 | RYC | 4.80 |
| 06/14/11 | Analysis of selected insurance company settlement agreements re: post-bankruptcy settlement payment issues. | W001 | GFF | 1.90 |
| 06/14/11 | Research re: insolvent proof-of-claim requested by R. Chung. | W001 | HEG | 2.20 |
| 06/14/11 | Analyzed settlement agreements re: payment issues post confirmation plan order. | W001 | IF | 2.10 |
| 06/14/11 | Work on new cash flow and settlement analysis with new claim valuations (3.30); work on insolvent claims (1.50). | W001 | MG | 4.80 |
| 06/14/11 | Follow-up regarding post-briefing issues in connection with proof of claim appeal in Integrity Liquidation (0.80).  Research and analysis in connection with responding to historical disallowance of claim in insurance company insolvencies (2.60). | W001 | RYC | 3.40 |
| 06/15/11 | Review newly received documents, update monitoring chart. | W011 | AHP | 0.80 |
| 06/15/11 | Analysis of selected insurance policies re: appeal issues (1.70); draft and revise insurance policy data spreadsheets (0.40). | W001 | GFF | 2.10 |
| 06/15/11 | Continued research and preparation of proof-of-claim packages for certain historic insolvent insurers. | W001 | HEG | 2.30 |
| 06/15/11 | Analyzed insurance policies re: insurance company post confirmation appeal issues. | W001 | IF | 2.20 |
| 06/15/11 | Work on new cash flow and settlement analysis with new claim valuations (3.30); work on insolvent claims (1.80). | W001 | MG | 5.10 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 18, 2011 | | INVOICE: | | 243982 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/15/11 | Research and analysis regarding responses to insurance coverage defenses raised in historical disallowance of claims. | W001 | RYC | 3.70 |
| 06/16/11 | Analysis of selected insurance policies re: appeal issues (1.80); draft and revise insurance policy data spreadsheets (0.30). | W001 | GFF | 2.10 |
| 06/16/11 | Analyzed insurance policies re: issues from appeal. | W001 | IF | 2.20 |
| 06/16/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 4.10 |
| 06/16/11 | Attention to indexing and updating of case materials. | W001 | NJB | 0.80 |
| 06/16/11 | Prepare responses to insurance coverage defenses raised in historical disallowance of claims (1.60). Prepare proof of claim to Protective National based upon NY Insurance Law 7432(c) (1.80). | W001 | RYC | 3.40 |
| 06/17/11 | Analysis of selected insurance policies re: appeals issues (2.60); draft and revise insurance policy data spreadsheets (.20). | W001 | GFF | 2.80 |
| 06/17/11 | Analyzed insurance policies re:  appeal issues raised by insurance companies. | W001 | IF | 2.10 |
| 06/17/11 | Work on new cash flow and settlement analysis with new claim valuations (2.00); work on insolvent claims (3.20). | W001 | MG | 5.20 |
| 06/17/11 | Revise proposed letter to Protective National submitting post-deadline Proofs of Claim pursuant to NY Insurance Law Section 7432(c) (2.70). Research regarding insurance coverage defenses raised by Ideal Mutual (1.20). | W001 | RYC | 3.90 |
| 06/19/11 | Revise proposed letter and supplements to Protective National in connection with submission of post-deadline Proofs of Claim pursuant to NY Insurance Law Section 7432(c). | W001 | RYC | 2.20 |
| 06/20/11 | Analysis of selected insurance policies re: appeals issues (1.80); draft and revise insurance policy data spreadsheets (0.30). | W001 | GFF | 2.10 |
| 06/20/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 1.90 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

July 18, 2011                                                              INVOICE:            243982

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/20/11 | Work on new cash flow and settlement analysis with new claim valuations (2.00); work on insolvent claims (2.20). | W001 | MG | 4.20 |
| 06/20/11 | Research and analysis of supplemental documentation for post-deadline proof of claim submission letter. | W001 | RYC | 2.70 |
| 06/21/11 | Analysis of selected insurance policies re: appeals issues. | W001 | GFF | 1.80 |
| 06/21/11 | Research re: London Market scheme company CAMAT (1.00); research and reproduce Reorganization Plan Modification sets as part of POC submission request (2.30). | W001 | HEG | 3.30 |
| 06/21/11 | Reviewed information provided by CUAL and Pro-Insurance Solutions in response to our Proof of Claim for C.A.M.A.T. | W001 | IF | 1.60 |
| 06/21/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 2.70 |
| 06/21/11 | Review and analyze London scheme offer, and draft email recommendation to R. Horkovich re: same. | W001 | MG | 5.20 |
| 06/21/11 | Review draft proof of claim submission, review protocols and email R. Chung and H. Gershman re: same. | W001 | MG | 2.20 |
| 06/21/11 | Research and analysis regarding revised claim values for future proof of claim and settlement proposals (2.20).  Revise proof of claim supplements in connection with updated bankruptcy and allocation documentation (1.00). | W001 | RYC | 3.20 |
| 06/22/11 | Analysis of selected insurance policies re: appeals issues. | W001 | GFF | 2.10 |
| 06/22/11 | Continued review and reproduction of most recent Plan Reorganization Modifications for POC submission requests. | W001 | HEG | 3.20 |
| 06/22/11 | Analyzed insurance policies re:  appeal issues raised by insurance companies. | W001 | IF | 1.90 |
| 06/22/11 | Prepare revisions to proof of claim submissions, underlying documentation, and allocation of future claims. | W001 | RYC | 2.80 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:       100055.WRG01

July 18, 2011                                       INVOICE:           243982

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/23/11 | Analysis of selected insurance policies re: appeals issues (1.20); draft and revise insurance policy data spreadsheets (0.40). | W001 | GFF | 1.60 |
| 06/23/11 | Continued review and reproduction of most recent Plan Reorganization Modifications for POC submission requests. | W001 | HEG | 2.70 |
| 06/23/11 | Analyzed insurance policies re:  issues raised by insurance companies in appeals. | W001 | IF | 1.90 |
| 06/23/11 | Attention to updating and organization of new case files. | W001 | NJB | 1.00 |
| 06/23/11 | Research and analysis in connection with response to past insurance claims denials based upon forty specific defenses raised by Liquidator for insolvent insurance company and review potential recovery under NY Insurance Law Section 7432(c). | W001 | RYC | 4.60 |
| 06/24/11 | Analysis of selected insurance policies re: insurance company appeal issues. | W001 | GFF | 2.10 |
| 06/24/11 | Continued document review, reproduction and organization in support of proposed insolvent proof of claim submissions. | W001 | HEG | 2.60 |
| 06/24/11 | Analyzed insurance policies re:  appeal issues raised by insurance companies. | W001 | IF | 2.10 |
| 06/24/11 | Work on new cash flow and settlement analysis with new claim valuations (1.60); work on insolvent claims (2.20). | W001 | MG | 3.80 |
| 06/24/11 | Continue to prepare responses to past insurance claims denials based upon forty specific defenses raised by Liquidator for insolvent insurance company and review potential recovery under NY Insurance Law Section 7432(c). | W001 | RYC | 3.80 |
| 06/25/11 | Research and prepare response to defenses raised by Liquidator for insolvent insurance company. | W001 | RYC | 1.30 |
| 06/27/11 | Analysis of selected insurance policies re: appeals issues of insurance companies. | W001 | GFF | 1.80 |
| 06/27/11 | Continued coordination and reproduction of plan modifications and additional documentation as part of insolvent scheme submissions. | W001 | HEG | 2.40 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 18, 2011                                     INVOICE:              243982

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/27/11 | Reviewed status of obtaining needed information for Midland audit re: Grace Asbestos Claim. | W001 | IF | 0.90 |
| 06/27/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.80 |
| 06/27/11 | Work on insolvent claim and emails re: same. | W001 | MG | 2.40 |
| 06/27/11 | Attention to co-operating with the audit of 237 claims by W.R. Grace requested by the Midland Insurance Company regarding our $45.2 million claim and communication with W.R. Grace counsel and with Midland re: same. | W001 | RMH | 0.70 |
| 06/27/11 | Research and prepare response to multiple defenses raised by Liquidator for insolvent insurance company. | W001 | RYC | 3.20 |
| 06/28/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 2.10 |
| 06/28/11 | Research re: Orion/London and Overseas available limits. | W001 | HEG | 1.30 |
| 06/28/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.40 |
| 06/28/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.60 |
| 06/28/11 | Continue research and prepare response to multiple defenses raised by Liquidator for insolvent insurance company. | W001 | RYC | 2.40 |
| 06/29/11 | Analysis of selected insurance policies re: insurance company appeals issues (1.90); draft and revise insurance policy data spreadsheets (0.40). | W001 | GFF | 2.30 |
| 06/29/11 | Reviewed Midland status information. | W001 | IF | 0.80 |
| 06/29/11 | Analyzed insurance policies re: insurance companies' appeal issues. | W001 | IF | 1.70 |
| 06/29/11 | Work on insolvent claim and emails re: same. | W001 | MG | 2.60 |
| 06/29/11 | Attention to $45.2 million claim against Midland. | W001 | RMH | 0.60 |
| 06/29/11 | Follow-up regarding potential early resolution of issues with insolvent insurance carrier, including analysis of documentation issues for support of claims. | W001 | RYC | 2.30 |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 18, 2011 | INVOICE: | 243982 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/30/11 | Analysis of selected insurance policies re: appeals issues of insurance companies (1.60); draft and revise insurance policy data spreadsheets (0.30). | W001 | GFF | 1.90 |
| 06/30/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 1.90 |
| 06/30/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 3.20 |

**TOTAL FEES:**                                                                 **$173,067.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

July 18, 2011      INVOICE:     243982

MATTER: CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 20.70 | 5,175.00 |
| Daryl Lyew | 250.00 | 1.40 | 350.00 |
| Dennis J. Nolan | 445.00 | 0.30 | 133.50 |
| Glenn F Fields | 345.00 | 37.60 | 12,972.00 |
| Harris E Gershman | 275.00 | 28.20 | 7,755.00 |
| Izak Feldgreber | 295.00 | 46.80 | 13,806.00 |
| Kenneth E. Sharperson | 530.00 | 30.30 | 16,059.00 |
| Mark Garbowski | 590.00 | 85.60 | 50,504.00 |
| Nicholas J Balsdon | 215.00 | 3.00 | 645.00 |
| Robert M Horkovich | 895.00 | 15.60 | 13,962.00 |
| Robert Y Chung | 595.00 | 86.90 | 51,705.50 |
| **TOTAL FEES:** |  |  | **$173,067.00** |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

July 18, 2011                                         INVOICE:            243982

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

|                        | HOURS  | TOTALS      |
|------------------------|--------|-------------|
| Arline H Pelton        | 13.00  | 3,250.00    |
| Daryl Lyew             | 1.40   | 350.00      |
| Glenn F Fields         | 37.60  | 12,972.00   |
| Harris E Gershman      | 28.20  | 7,755.00    |
| Izak Feldgreber        | 46.80  | 13,806.00   |
| Kenneth E. Sharperson  | 30.30  | 16,059.00   |
| Mark Garbowski         | 85.60  | 50,504.00   |
| Nicholas J Balsdon     | 3.00   | 645.00      |
| Robert M Horkovich     | 15.60  | 13,962.00   |
| Robert Y Chung         | 85.90  | 51,110.50   |
| **TOTAL:**             | **347.40** | **$170,413.50** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

|                   | HOURS | TOTALS     |
|-------------------|-------|------------|
| Arline H Pelton   | 7.70  | 1,925.00   |
| Dennis J. Nolan   | 0.30  | 133.50     |
| Robert Y Chung    | 1.00  | 595.00     |
| **TOTAL:**        | **9.00** | **$2,653.50** |

{D0208600.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 18, 2011 | INVOICE: | 243982 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 06/30/11**

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|---|---|---|
| 06/03/11 | AIRFREIGHT-    VENDOR: FEDEX  1540-4201-6  Inv.#  E107 743043992 Airfreight expenses | 11.74 |
| 06/03/11 | AIRFREIGHT-    VENDOR: FEDEX  1540-4201-6  Inv.#  E107 743043992 Airfreight expenses | 11.74 |
| 06/03/11 | AIRFREIGHT-    VENDOR: FEDEX  1540-4201-6  Inv.#  E107 743043992 Airfreight expenses | 11.74 |
| 06/03/11 | AIRFREIGHT-    VENDOR: FEDEX  1540-4201-6  Inv.#  E107 743043992 Airfreight expenses | 11.74 |
| 06/27/11 | CourtCall LLC Refund - Inv#3826005 | (30.00) |
| **TOTAL COSTS:** | | **$16.96** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 46.96 |
| TE | AP - TELEPHONE - | (30.00) |
| | **TOTAL COSTS:** | **$16.96** |
| | **TOTAL DUE:** | **$173,083.96** |

{D0208600.1 }