# EXHIBIT B

**Asset Analysis and Recovery (.40 Hours; $ 362.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the state.

**Total Task Code .01**             .40

**Asset Disposition (5.10 Hours; $ 2,728.50)**

Services rendered in this category pertain to the allocation, management and control of the Debtor's assets.

**Total Task Code .02**             5.10

**Business Operation (10.20 Hours; $ 8,697.50)**

Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**             10.20

**Case Administration (38.60 Hours; $ 12,717.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**             38.60

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 90.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**             .10

**Committee, Creditors', Noteholders' or Equity Holders' (3.70 Hours; $ 2,563.50)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**              3.70

**Fee Applications, Applicant (16.80 Hours; $ 6,945.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**              16.80

**Hearings (14.60 Hours; $ 7,494.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**              14.60

**Litigation and Litigation Consulting (1,145.30 Hours; $ 528,825.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16**              1,145.30

**Plan & Disclosure Statement (150.40 Hours; $ 99,433.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**              150.40

**Travel Non-Working (19.70 Hours; $ 5,980.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**              19.70

**Fee Auditor Matters (2.30 Hours; $ 1,289.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        2.30**