## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $45.01 |
| Charge of Cell and/or Home Phone Useage | $115.12 |
| Air & Train Transportation | $4,340.80 |
| Local Transportation – DC | $259.00 |
| Database Research | $21,703.69 |
| Xeroxing | $1,074.70 |
| Postage & Air Freight | $0.88 |
| Long Distance-Equitrac In-House | $4.72 |
| **Total** | **$27,543.92** |