| | | | | |
|---|---|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter     000** | **Disbursements** | | | 5/24/2011 |
| | | | | Print Date/Time: 05/24/2011  3:16:17PM |
| Attn: | | | | |
| | | | | Invoice # |

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2011

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/27/2011 | 13,655 |
|---|---|---|---|---|---|---|---|---|

Client Retainers Available      $4,806.34       Committed to Invoices:       $0.00       Remaining:       $4,806.34

Total Expenses Billed To Date      $3,888,218.85

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by  Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,136.40 | 0.00 | 2,068.40 |
| 0106 | TWS | Trevor W Swett | 0.00 | 1,943.40 | 0.00 | 1,943.40 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 10.49 | 0.00 | 10.49 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 54.00 | 0.00 | 54.00 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 8.70 | 0.00 | 8.70 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 18.30 | 0.00 | 18.30 |
| 0305 | MEG | Mollie E Gelburd | 0.00 | 164.40 | 0.00 | 164.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 483.00 | 0.00 | 329.00 |
| 0369 | TEP | Todd E Phillips | 0.00 | 34.79 | 0.00 | 34.79 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,873.36 | 0.00 | 3,873.36 |
| **Total Fees** | | | **0.00** | **8,726.84** | **0.00** | **8,504.84** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

SAN

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| ID | Description | | Date | Code | Initials | | Amount | | Billed | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2680580 | Photocopy | E | 04/04/2011 | 0242 | | 0.00 | $8.70 | 0.00 | $8.70 | 8.70 |
| 2687169 | Photocopy | E | 04/05/2011 | 0305 | MEG | 0.00 | $25.30 | 0.00 | $25.30 | 34.00 |
| 2687182 | Photocopy | E | 04/05/2011 | 0305 | MEG | 0.00 | $8.90 | 0.00 | $8.90 | 42.90 |
| 2687194 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $4.00 | 0.00 | $4.00 | 46.90 |
| 2687201 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.30 | 0.00 | $3.30 | 50.20 |
| 2687206 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $12.40 | 0.00 | $12.40 | 62.60 |
| 2687243 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $11.90 | 0.00 | $11.90 | 74.50 |
| 2687254 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $5.50 | 0.00 | $5.50 | 80.00 |
| 2687268 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $40.50 | 0.00 | $40.50 | 120.50 |
| 2687274 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 123.90 |
| 2687278 | Photocopy | E | 04/06/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 127.30 |
| 2681252 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Philadelphia, PA,  2/23/11  (JAL; Coach $289) | E | 04/11/2011 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 167.30 |
| 2681253 | Business Card -ADA Travel Reconciliation, re: First Class Train Fare to/from Philadelphia, PA, 2/23/11  (JAL; Coach $289) | E | 04/11/2011 | 0317 | JAL | 0.00 | $443.00 | 0.00 | $289.00 | 456.30 |
| 2681262 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (PVNL) | E | 04/11/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 496.30 |
| 2681263 | Business Card -ADA Travel Reconciliation, re: Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (PVNL) | E | 04/11/2011 | 0020 | PVL | 0.00 | $1,903.40 | 0.00 | $1,903.40 | 2,399.70 |
| 2681264 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (TWS) | E | 04/11/2011 | 0106 | TWS | 0.00 | $40.00 | 0.00 | $40.00 | 2,439.70 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| ID | Description | | Date | Code | Staff | | Amount | | Billed | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2681265 | Business Card -ADA Travel Reconciliation, re: Coach Airfare to/from Pittsburgh, PA,  3/1/11 - 3/2/11  (TWS) | E | 04/11/2011 | 0106 | TWS | 0.00 | $1,903.40 | 0.00 | $1,903.40 | 4,343.10 |
| 2682431 | Equitrac - Long Distance to 18322144810 | E | 04/14/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 4,343.26 |
| 2682494 | Federal Express Delivery to M.Brushwood, 3/23/11 (EI; Split between clients 4642 & 5334) | E | 04/15/2011 | 0120 | EI | 0.00 | $10.05 | 0.00 | $10.05 | 4,353.31 |
| 2682559 | Yellow Cab Company of D.C., Inc. -Svc. to N. Bethesda, 3/11/11  (TEP) | E | 04/19/2011 | 0369 | TEP | 0.00 | $34.79 | 0.00 | $34.79 | 4,388.10 |
| 2687821 | Photocopy | E | 04/19/2011 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 4,389.20 |
| 2684711 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Wilmington, DE, 3/28/11  (PVNL; Coach $210; Split b/w clients 4642 & 5334) | E | 04/21/2011 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 4,409.20 |
| 2684713 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Wilmington, DE, 3/28/11  (PVNL; Coach $210; Split b/w clients 4642 & 5334) | E | 04/21/2011 | 0020 | PVL | 0.00 | $173.00 | 0.00 | $105.00 | 4,514.20 |
| 2685626 | Equitrac - Long Distance to 18054993572 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 4,514.28 |
| 2685670 | Equitrac - Long Distance to 13024269910 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 4,514.32 |
| 2685897 | Equitrac - Long Distance to 12124464759 | E | 04/26/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 4,514.48 |
| 2688099 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $8.80 | 0.00 | $8.80 | 4,523.28 |
| 2688100 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $17.00 | 0.00 | $17.00 | 4,540.28 |
| 2688117 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $16.10 | 0.00 | $16.10 | 4,556.38 |
| 2688121 | Photocopy | E | 04/26/2011 | 0237 | SRB | 0.00 | $12.10 | 0.00 | $12.10 | 4,568.48 |
| 2688274 | Photocopy | E | 04/28/2011 | 0305 | MEG | 0.00 | $8.30 | 0.00 | $8.30 | 4,576.78 |
| | | | | | MEG | | | | | |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2688276 | Photocopy | | E | 04/28/2011 | 0305 | 0.00 | $0.30 | 0.00 | $0.30 | 4,577.08 |
| 2688279 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $8.30 | 0.00 | $8.30 | 4,585.38 |
| 2688283 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $16.60 | 0.00 | $16.60 | 4,601.98 |
| 2688296 | Photocopy | | E | 04/28/2011 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 4,604.88 |
| 2688297 | Photocopy | | E | 04/28/2011 | 0305 | MEG | 0.00 | $12.30 | 0.00 | $12.30 | 4,617.18 |
| 2688301 | Photocopy | | E | 04/28/2011 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 4,621.18 |
| 2688316 | Photocopy | | E | 04/28/2011 | 0255 | DAT | 0.00 | $18.30 | 0.00 | $18.30 | 4,639.48 |
| 2690884 | Postage & Air Freight -NYO Charges, 4/2011 (EI) | E | 04/29/2011 | 0120 | EI | 0.00 | $0.44 | 0.00 | $0.44 | 4,639.92 |
| 2686118 | Database Research - Lexis by KGH/tp on Apr 7 & 29 | E | 04/30/2011 | 0999 | C&D | 0.00 | $213.06 | 0.00 | $213.06 | 4,852.98 |
| 2686133 | Database Research - Westlaw by KGH on 4/12-28 | E | 04/30/2011 | 0999 | C&D | 0.00 | $1,287.97 | 0.00 | $1,287.97 | 6,140.95 |
| 2686134 | Database Research - Westlaw by TEP on 4/5-29 | E | 04/30/2011 | 0999 | C&D | 0.00 | $1,607.22 | 0.00 | $1,607.22 | 7,748.17 |
| 2686135 | Database Research - Westlaw by AJS on 4/4-25 | E | 04/30/2011 | 0999 | C&D | 0.00 | $756.67 | 0.00 | $756.67 | 8,504.84 |

**Total Expenses**                                                              $8,726.84                $8,504.84
                                                                       0.00                  0.00

| | Matter Total Fees | | | 0.00 | | 0.00 |
| | Matter Total Expenses | | | 8,726.84 | | 8,504.84 |
| | Matter Total | | 0.00 | 8,726.84 | 0.00 | 8,504.84 |
| | Prebill Total Fees | | | | | |
| | Prebill Total Expenses | | | $8,726.84 | | $8,504.84 |
| | Prebill Total | | 0.00 | $8,726.84 | 0.00 | $8,504.84 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 57,856.94 | 57,856.94 |
| | | 257,047.44 | 86,717.07 |

**Client Number:    4642**                    Grace Asbestos Personal Injury Claimants                                    Page: 1
**Matter        000**                         **Disbursements**                                                           5/24/2011

Print Date/Time: 05/24/2011  3:16:17PM
Attn:
Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2011

**Matter        000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 5/23/2011 | 13,655 |

Client Retainers Available       $4,806.34       Committed to Invoices:       $0.00       Remaining:       $4,806.34

$3,896,723.69
Total Expenses Billed To Date     Billing Empl:       0120     Elihu  Inselbuch
                                  Responsible Empl:   0120     Elihu  Inselbuch
                                  Alternate Empl:     0120     Elihu  Inselbuch
                                  Originating Empl:   0120     Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G ---------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0120 | EI  | Elihu  Inselbuch    | 0.00 | 13.83     | 0.00 | 13.83     |
| 0220 | SKL | Suzanne K Lurie     | 0.00 | 24.80     | 0.00 | 24.80     |
| 0236 | BAW | Beverly A White     | 0.00 | 38.30     | 0.00 | 38.30     |
| 0237 | SRB | Sidney R Barnes     | 0.00 | 35.40     | 0.00 | 35.40     |
| 0245 | PT  | Paula  Taylor       | 0.00 | 1.00      | 0.00 | 1.00      |
| 0255 | DAT | Denise A Tolbert    | 0.00 | 56.40     | 0.00 | 56.40     |
| 0305 | MEG | Mollie E Gelburd    | 0.00 | 610.90    | 0.00 | 610.90    |
| 0334 | JPW | James P Wehner      | 0.00 | 8.90      | 0.00 | 8.90      |
| 0338 | KCM | Kevin C Maclay      | 0.00 | 16.20     | 0.00 | 16.20     |
| 0390 | SJD | Sara Joy  DelSavio  | 0.00 | 1.60      | 0.00 | 1.60      |
| 0999 | C&D | Caplin & Drysdale   | 0.00 | 16,739.22 | 0.00 | 16,739.22 |
| **Total Fees** |  |  | **0.00** | **17,546.55** | **0.00** | **17,546.55** |

**Detail Time / Expense  by  Date**

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

Invoice #

| | | | | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G -------- | |
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2688486 | Photocopy | E | 05/02/2011 | 0255 | DAT | | 0.00 | $8.70 | | 0.00 | $8.70 | 8.70 |
| 2695035 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $36.40 | | 0.00 | $36.40 | 45.10 |
| 2695044 | Photocopy | E | 05/03/2011 | 0255 | DAT | | 0.00 | $32.30 | | 0.00 | $32.30 | 77.40 |
| 2695046 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $5.20 | | 0.00 | $5.20 | 82.60 |
| 2695051 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $26.80 | | 0.00 | $26.80 | 109.40 |
| 2695058 | Photocopy | E | 05/03/2011 | 0220 | SKL | | 0.00 | $24.80 | | 0.00 | $24.80 | 134.20 |
| 2695067 | Photocopy | E | 05/03/2011 | 0245 | PT | | 0.00 | $1.00 | | 0.00 | $1.00 | 135.20 |
| 2695082 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $34.30 | | 0.00 | $34.30 | 169.50 |
| 2695083 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $0.40 | | 0.00 | $0.40 | 169.90 |
| 2695085 | Photocopy | E | 05/03/2011 | 0305 | MEG | | 0.00 | $9.10 | | 0.00 | $9.10 | 179.00 |
| 2695089 | Photocopy | E | 05/04/2011 | 0305 | MEG | | 0.00 | $2.50 | | 0.00 | $2.50 | 181.50 |
| 2695092 | Photocopy | E | 05/04/2011 | 0305 | MEG | | 0.00 | $8.90 | | 0.00 | $8.90 | 190.40 |
| 2695127 | Photocopy | E | 05/04/2011 | 0255 | DAT | | 0.00 | $15.40 | | 0.00 | $15.40 | 205.80 |
| 2695150 | Photocopy | E | 05/04/2011 | 0338 | KCM | | 0.00 | $16.20 | | 0.00 | $16.20 | 222.00 |
| 2691251 | Equitrac - Long Distance to 15105599980 | E | 05/04/2011 | 0999 | C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 222.08 |
| 2691304 | Equitrac - Long Distance to 12123199240 | E | 05/04/2011 | 0999 | C&D | | 0.00 | $0.20 | | 0.00 | $0.20 | 222.28 |
| 2691306 | Equitrac - Long Distance to 12123199240 | E | 05/04/2011 | 0999 | C&D | | 0.00 | $0.72 | | 0.00 | $0.72 | 223.00 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2692142 | Equitrac - Long Distance to 18133015065 | | E | 05/05/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 223.08 |
| 2692224 | Equitrac - Long Distance to 13028886258 | | E | 05/05/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 223.16 |
| 2695168 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $7.60 | 0.00 | $7.60 | 230.76 |
| 2695170 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.10 | 0.00 | $3.10 | 233.86 |
| 2695172 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $19.60 | 0.00 | $19.60 | 253.46 |
| 2695173 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.30 | 0.00 | $3.30 | 256.76 |
| 2695181 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $12.80 | 0.00 | $12.80 | 269.56 |
| 2695182 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $3.40 | 0.00 | $3.40 | 272.96 |
| 2695198 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $12.40 | 0.00 | $12.40 | 285.36 |
| 2695217 | Photocopy | | E | 05/05/2011 | 0305 | MEG | 0.00 | $18.90 | 0.00 | $18.90 | 304.26 |
| 2695258 | Photocopy | | E | 05/06/2011 | 0305 | MEG | 0.00 | $3.50 | 0.00 | $3.50 | 307.76 |
| 2695276 | Photocopy | | E | 05/06/2011 | 0305 | MEG | 0.00 | $12.50 | 0.00 | $12.50 | 320.26 |
| 2691738 | Pacer Service Center -Database Research Svc., 1/1/11 - 3/31/11 | | E | 05/06/2011 | 0999 | C&D | 0.00 | $115.12 | 0.00 | $115.12 | 435.38 |
| 2692438 | Equitrac - Long Distance to 12124464833 | | E | 05/09/2011 | 0999 | C&D | 0.00 | $0.92 | 0.00 | $0.92 | 436.30 |
| 2692495 | Postage | | E | 05/09/2011 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 436.74 |
| 2692604 | Federal Express -Delivery to M.Brushwood, 4/28/11 (EI) | | E | 05/10/2011 | 0120 | EI | 0.00 | $13.83 | 0.00 | $13.83 | 450.57 |
| 2695389 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $18.40 | 0.00 | $18.40 | 468.97 |
| 2695394 | Photocopy | | E | 05/10/2011 | 0305 | MEG | 0.00 | $20.40 | 0.00 | $20.40 | 489.37 |
| | | | | | | MEG | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2695400 | Photocopy | | E | 05/10/2011 | 0305 | | 0.00 | $68.10 | 0.00 | $68.10 | 557.47 |
| | | | | | | MEG | | | | | |
| 2695406 | Photocopy | | E | 05/10/2011 | 0305 | | 0.00 | $59.40 | 0.00 | $59.40 | 616.87 |
| | | | | | | MEG | | | | | |
| 2695410 | Photocopy | | E | 05/10/2011 | 0305 | | 0.00 | $44.80 | 0.00 | $44.80 | 661.67 |
| | | | | | | MEG | | | | | |
| 2695511 | Photocopy | | E | 05/11/2011 | 0305 | | 0.00 | $3.20 | 0.00 | $3.20 | 664.87 |
| | | | | | | MEG | | | | | |
| 2695544 | Photocopy | | E | 05/11/2011 | 0305 | | 0.00 | $8.70 | 0.00 | $8.70 | 673.57 |
| | | | | | | SJD | | | | | |
| 2695621 | Photocopy | | E | 05/12/2011 | 0390 | | 0.00 | $1.60 | 0.00 | $1.60 | 675.17 |
| | | | | | | SRB | | | | | |
| 2695630 | Photocopy | | E | 05/13/2011 | 0237 | | 0.00 | $10.80 | 0.00 | $10.80 | 685.97 |
| | | | | | | MEG | | | | | |
| 2695687 | Photocopy | | E | 05/16/2011 | 0305 | | 0.00 | $2.30 | 0.00 | $2.30 | 688.27 |
| | | | | | | JPW | | | | | |
| 2695691 | Photocopy | | E | 05/16/2011 | 0334 | | 0.00 | $8.90 | 0.00 | $8.90 | 697.17 |
| | | | | | | MEG | | | | | |
| 2695720 | Photocopy | | E | 05/16/2011 | 0305 | | 0.00 | $1.80 | 0.00 | $1.80 | 698.97 |
| | | | | | | MEG | | | | | |
| 2695788 | Photocopy | | E | 05/17/2011 | 0305 | | 0.00 | $4.50 | 0.00 | $4.50 | 703.47 |
| | | | | | | MEG | | | | | |
| 2695794 | Photocopy | | E | 05/17/2011 | 0305 | | 0.00 | $4.50 | 0.00 | $4.50 | 707.97 |
| | | | | | | MEG | | | | | |
| 2695802 | Photocopy | | E | 05/17/2011 | 0305 | | 0.00 | $4.40 | 0.00 | $4.40 | 712.37 |
| | | | | | | C&D | | | | | |
| 2703860 | Photocopy | | E | 05/19/2011 | 0999 | | 0.00 | $5.20 | 0.00 | $5.20 | 717.57 |
| | | | | | | SRB | | | | | |
| 2703924 | Photocopy | | E | 05/20/2011 | 0237 | | 0.00 | $11.70 | 0.00 | $11.70 | 729.27 |
| | | | | | | C&D | | | | | |
| 2696791 | Equitrac - Long Distance to 13128622226 | | E | 05/22/2011 | 0999 | | 0.00 | $0.16 | 0.00 | $0.16 | 729.43 |
| | | | | | | C&D | | | | | |
| 2696850 | Equitrac - Long Distance to 13128622226 | | E | 05/22/2011 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 729.51 |
| | | | | | | C&D | | | | | |
| 2697188 | Equitrac - Long Distance to 14142649461 | | E | 05/23/2011 | 0999 | | 0.00 | $0.24 | 0.00 | $0.24 | 729.75 |
| | | | | | | C&D | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

Invoice #

| ID | Description | | Type | Date | Code | Init | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2697212 | Equitrac - Long Distance to 13128622226 | | E | 05/23/2011 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 729.79 |
| 2703950 | Photocopy | | E | 05/23/2011 | 0305 | MEG | 0.00 | $4.70 | 0.00 | $4.70 | 734.49 |
| 2697361 | Equitrac - Long Distance to 13128622226 | | E | 05/24/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 734.65 |
| 2697378 | Equitrac - Long Distance to 16623803545 | | E | 05/24/2011 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 735.49 |
| 2697474 | Equitrac - Long Distance to 13128622226 | | E | 05/25/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 735.53 |
| 2704107 | Photocopy | | E | 05/25/2011 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 738.83 |
| 2704140 | Photocopy | | E | 05/25/2011 | 0237 | SRB | 0.00 | $12.90 | 0.00 | $12.90 | 751.73 |
| 2704151 | Photocopy | | E | 05/25/2011 | 0305 | MEG | 0.00 | $2.40 | 0.00 | $2.40 | 754.13 |
| 2704155 | Photocopy | | E | 05/25/2011 | 0305 | MEG | 0.00 | $8.60 | 0.00 | $8.60 | 762.73 |
| 2704188 | Photocopy | | E | 05/26/2011 | 0236 | BAW | 0.00 | $10.30 | 0.00 | $10.30 | 773.03 |
| 2704190 | Photocopy | | E | 05/26/2011 | 0236 | BAW | 0.00 | $10.30 | 0.00 | $10.30 | 783.33 |
| 2704192 | Photocopy | | E | 05/26/2011 | 0236 | BAW | 0.00 | $3.20 | 0.00 | $3.20 | 786.53 |
| 2704195 | Photocopy | | E | 05/26/2011 | 0236 | BAW | 0.00 | $14.50 | 0.00 | $14.50 | 801.03 |
| 2704258 | Photocopy | | E | 05/27/2011 | 0305 | MEG | 0.00 | $1.20 | 0.00 | $1.20 | 802.23 |
| 2704261 | Photocopy | | E | 05/27/2011 | 0305 | MEG | 0.00 | $79.00 | 0.00 | $79.00 | 881.23 |
| 2704338 | Photocopy | | E | 05/31/2011 | 0305 | MEG | 0.00 | $10.00 | 0.00 | $10.00 | 891.23 |
| 2704339 | Photocopy | | E | 05/31/2011 | 0305 | MEG | 0.00 | $26.20 | 0.00 | $26.20 | 917.43 |
| 2704341 | Photocopy | | E | 05/31/2011 | 0305 | MEG | 0.00 | $7.80 | 0.00 | $7.80 | 925.23 |
| 2704375 | Photocopy | | E | 05/31/2011 | 0305 | MEG | 0.00 | $9.80 | 0.00 | $9.80 | 935.03 |
| | | | | | | C&D | | | | | |

| Client Number: 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter      000 | | | Disbursements | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2702221 | Database Research - Westlaw by SJD on 5/11-23 | E | 05/31/2011 | 0999 | | 0.00 | $2,033.38 | 0.00 | $2,033.38 | 2,968.41 |
| 2702222 | Database Research - Westlaw by MG on 5/3-18 | E | 05/31/2011 | 0999 | C&D | 0.00 | $2,262.85 | 0.00 | $2,262.85 | 5,231.26 |
| 2702223 | Database Research - Westlaw by KGH on 5/2-25 | E | 05/31/2011 | 0999 | C&D | 0.00 | $3,036.82 | 0.00 | $3,036.82 | 8,268.08 |
| 2702224 | Database Research - Westlaw by KCM on 5/19 | E | 05/31/2011 | 0999 | C&D | 0.00 | $19.22 | 0.00 | $19.22 | 8,287.30 |
| 2702225 | Database Research - Westlaw by TEP on 5/2-24 | E | 05/31/2011 | 0999 | C&D | 0.00 | $6,226.42 | 0.00 | $6,226.42 | 14,513.72 |
| 2702226 | Database Research - Westlaw by JMR on 5/1 & 17 | E | 05/31/2011 | 0999 | C&D | 0.00 | $301.09 | 0.00 | $301.09 | 14,814.81 |
| 2702227 | Database Research - Westlaw by JPW 5/3-26 | E | 05/31/2011 | 0999 | C&D | 0.00 | $2,001.22 | 0.00 | $2,001.22 | 16,816.03 |
| 2702228 | Database Research - Westlaw by KCM 5/4-5 | E | 05/31/2011 | 0999 | C&D | 0.00 | $57.66 | 0.00 | $57.66 | 16,873.69 |
| 2702229 | Database Research - Westlaw by JAL 5/5-23 | E | 05/31/2011 | 0999 | C&D | 0.00 | $363.55 | 0.00 | $363.55 | 17,237.24 |
| 2702266 | Database Research - Lexis by SJD May | E | 05/31/2011 | 0999 | C&D | 0.00 | $309.31 | 0.00 | $309.31 | 17,546.55 |

**Total Expenses**
$17,546.55                                     $17,546.55
0.00                                            0.00

| | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 17,546.55 | 17,546.55 |
| Matter Total | 0.00 | 17,546.55 | 0.00 | 17,546.55 |
| | | | |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $17,546.55 | $17,546.55 |
| Prebill Total | 0.00 | $17,546.55 | 0.00 | $17,546.55 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,907.50 | 2,981.50 |
| 79,156 | 01/21/2011 | 20,570.00 | 4,114.00 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| | | | | |
|---|---|---|---|---|
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 | |
| 81,285 | 05/23/2011 | 140,526.84 | 140,526.84 | |
| | | 395,307.09 | 180,504.92 | |

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 6/30/2011

**Matter    000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/17/2011 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,806.34
Client Retainers Available         Committed to Invoices:         $0.00         Remaining:         $4,806.34

$3,914,270.24
Total Expenses Billed To Date         Billing Empl:         0120    Elihu   Inselbuch
                                     Responsible Empl:     0120    Elihu   Inselbuch
                                     Alternate Empl:       0120    Elihu   Inselbuch
                                     Originating Empl:     0120    Elihu   Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 21.13 | 0.00 | 21.13 |
| 0204 | EH | Elizabeth  Hernandez | 0.00 | 0.80 | 0.00 | 0.80 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 6.60 | 0.00 | 6.60 |
| 0305 | MEG | Mollie E Gelburd | 0.00 | 5.80 | 0.00 | 5.80 |
| 0354 | JMR | Jeanna  Rickards Koski | 0.00 | 50.62 | 0.00 | 50.62 |
| 0369 | TEP | Todd E Phillips | 0.00 | 83.09 | 0.00 | 83.09 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 40.00 | 0.00 | 40.00 |
| 0401 | SO1 | Sayem  Osman | 0.00 | 16.00 | 0.00 | 16.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 1,268.49 | 0.00 | 1,268.49 |
| **Total Fees** | | | **0.00** | **1,492.53** | **0.00** | **1,492.53** |

**Detail Time / Expense  by  Date**

---------- A C T U A L ----------     ---------- B I L L I N G----------

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|---|
| Matter | 000 | Disbursements | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2699158 | Petty Cash -O/T Parking, 5/12/11  (SO1) | E | 06/01/2011 | 0401 SO1 | | 0.00 | $16.00 | | 0.00 | $16.00 | 16.00 |
| 2699187 | Petty Cash -O/T Cab Fare to Residence, 5/16/11 (SJD) | E | 06/01/2011 | 0390 SJD | | 0.00 | $10.00 | | 0.00 | $10.00 | 26.00 |
| 2699188 | Petty Cash -O/T Cab Fare to Residence, 5/10/11 (SJD) | E | 06/01/2011 | 0390 SJD | | 0.00 | $10.00 | | 0.00 | $10.00 | 36.00 |
| 2699189 | Petty Cash -O/T Cab Fare to Residence, 5/25/11 (SJD) | E | 06/01/2011 | 0390 SJD | | 0.00 | $10.00 | | 0.00 | $10.00 | 46.00 |
| 2699190 | Petty Cash -O/T Cab Fare to Residence, 5/17/11 (SJD) | E | 06/01/2011 | 0390 SJD | | 0.00 | $10.00 | | 0.00 | $10.00 | 56.00 |
| 2699663 | Federal Express -Delivery to M.Brushwood, 5/19/11 (EI; Split b/w clients 4642 & 5632) | E | 06/01/2011 | 0120 EI | | 0.00 | $10.68 | | 0.00 | $10.68 | 66.68 |
| 2704423 | Photocopy | E | 06/01/2011 | 0305 MEG | | 0.00 | $5.80 | | 0.00 | $5.80 | 72.48 |
| 2705187 | Red Top Cab -O/T Svc. to Residence, 5/2/11  (JMR) | E | 06/07/2011 | 0354 JMR | | 0.00 | $25.00 | | 0.00 | $25.00 | 97.48 |
| 2705188 | Red Top Cab -O/T Svc. to Residence, 5/4/11  (JMR) | E | 06/07/2011 | 0354 JMR | | 0.00 | $25.62 | | 0.00 | $25.62 | 123.10 |
| 2705209 | Federal Express -Delivery to M.Brushwood, 5/25/11 (EI; Split b/w clients 4642 & 5334) | E | 06/07/2011 | 0120 EI | | 0.00 | $10.45 | | 0.00 | $10.45 | 133.55 |
| 2706579 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, 5/4/11  (TEP) | E | 06/17/2011 | 0369 TEP | | 0.00 | $41.69 | | 0.00 | $41.69 | 175.24 |
| 2706580 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, 5/4/11  (TEP) | E | 06/17/2011 | 0369 TEP | | 0.00 | $41.40 | | 0.00 | $41.40 | 216.64 |
| 2706581 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 5/28/11  (DAT) | E | 06/17/2011 | 0999 C&D | | 0.00 | $34.50 | | 0.00 | $34.50 | 251.14 |
| 2717147 | Photocopy | E | 06/17/2011 | 0204 EH | | 0.00 | $0.80 | | 0.00 | $0.80 | 251.94 |
| | | | | C&D | | | | | | | |

| Client Number: 4642 | | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter  000 | | | | Disbursements | | | | | | | 5/24/2011 |

Print Date/Time: 05/24/2011 3:16:17PM

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2717189 | Photocopy | | E | 06/17/2011 | 0999 | | 0.00 | $2.20 | 0.00 | $2.20 | 254.14 |
| 2717191 | Photocopy | | E | 06/17/2011 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 258.04 |
| 2717585 | Photocopy | | E | 06/27/2011 | 0220 | SKL | 0.00 | $6.60 | 0.00 | $6.60 | 264.64 |
| 2711485 | Equitrac - Long Distance to 18432169124 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 264.72 |
| 2711505 | Equitrac - Long Distance to 19143721874 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 264.80 |
| 2711507 | Equitrac - Long Distance to 13128364022 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 264.84 |
| 2711510 | Equitrac - Long Distance to 13024269910 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 265.28 |
| 2711601 | Database Research - Westlaw by MG on 6/10 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $245.01 | 0.00 | $245.01 | 510.29 |
| 2711602 | Database Research - Westlaw by KGH on 6/17-27 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $701.81 | 0.00 | $701.81 | 1,212.10 |
| 2711603 | Database Research - Westlaw by JPW on 6/8 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $182.16 | 0.00 | $182.16 | 1,394.26 |
| 2711604 | Database Research - Westlaw by JAL on 6/22-25 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $91.80 | 0.00 | $91.80 | 1,486.06 |
| 2711716 | Database Research - Lexis by KGH 6/27 | | E | 06/30/2011 | 0999 | C&D | 0.00 | $6.47 | 0.00 | $6.47 | 1,492.53 |

**Total Expenses**
$1,492.53
$1,492.53
0.00            0.00

| | Matter Total Fees | | | 0.00 | 0.00 |
|---|---|---|---|---|---|
| | Matter Total Expenses | | | 1,492.53 | 1,492.53 |
| | Matter Total | | 0.00 | 1,492.53 | 0.00 | 1,492.53 |

| | Prebill Total Fees | | | | |
|---|---|---|---|---|---|
| | Prebill Total Expenses | | | $1,492.53 | $1,492.53 |
| | Prebill Total | | 0.00 | $1,492.53 | 0.00 | $1,492.53 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 5/24/2011 |

Print Date/Time: 05/24/2011  3:16:17PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 404,392.05 | 404,392.05 |
| | | 746,274.80 | 461,790.63 |