IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |
| | : | |
| | : | **Objection Date: September 6, 2011 @ 4 p.m.** |
| | : | **Hearing Date: To be determined** |

**NOTICE OF FORTY-FIRST INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2011 THROUGH JUNE 30, 2011**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2011 through June 30, 2011

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $677,126.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $27,543.92

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $415,094.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period:  $26,051.39

Total Amount of Holdback Fees Sought for applicable period: $135,425.35

{D0210065.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2011 THROUGH JUNE 30, 2011**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** | | **Paid** | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 05/31/2011; DI 27019 | 04/01/2011-04/30/2011 | $105,617.60 (80% of 132,022.00) | $8,504.84 | $105,617.60 (80% of 132,022.00) | 8,504.84 |
| 07/01/2011; DI 27205 | 05/01/2011-05/31/2011 | $309,476.40 (80% of 386,845.50) | $17,546.55 | $309,476.40 (80% of 386,845.50) | 17,546.55 |
| 08/02/2011; DI 27362 | 06/01/2011-06/30/2011 | $126,607.40 (80% of 158,259.25) | $1,492.53 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June 2011 Hours | Cumulative April to June 2011 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .4 | $362.00 | 24.2 | $ 13,487.00 |
| Asset Disposition | 5.1 | 2,728.50 | 8.1 | 4,732.50 |
| Business Operations | 10.2 | 8,697.50 | 28.7 | 17,074.00 |
| Case Administration | 38.6 | 12,717.50 | 5,581.2 | 1,748,451.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .1 | 90.50 | 1,876.0 | 786,066.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', | 3.7 | 2,563.50 | 136.2 | 87,917.50 |

| | | | | |
|---|---|---|---|---|
| Noteholders' or Equity Holders' | | | | |
| Employee Benefits/Pension | .0 | .00 | 20.5 | 14,068.50 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 84.2 | 41,523.00 |
| Fee Applications, Applicant | 16.8 | 6,945.00 | 754.4 | 249,329.00 |
| Fee Applications, Others | .0 | .00 | 122.1 | 47,822.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | 14.6 | 7,494.00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 1,145.3 | 528,825.00 | 28,101.2 | 12,609,238.00 |
| Plan & Disclosure Statement | 150.4 | 99,433.00 | 5,715.5 | 3,442,857.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 19.7 | 5,980.75 | 1,831.7 | 480,527.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 2.3 | 1,289.50 | 182.9 | 92,395.50 |
| **Totals** | **1,407.2** | **$677,126.75** | **45,221.3** | **20,102,042.25** |

**CUMULATIVE EXPENSE SUMMARY/**

| Expense Category (Examples) | Total Expenses For The Period 4/1/11 – 6/30/11 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 21,703.69 | $ 404,302.86 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 45.01 | 24,870.61 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.00 |
| Air & Train Transportation | 4,340.80 | 219,593.74 |
| Meals Related to Travel | .00 | 30,482.35 |
| Travel Expenses – Hotel Charges | .00 | 129,037.74 |
| Travel Expenses – Ground Transportation | .00 | 85,725.16 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | 259.00 | 6,907.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 1,074.70 | 116,068.45 |
| Postage | .88 | 6,980.07 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 4.72 | 2,568.62 |
| NYO Long Distance Telephone | .00 | 16,258.04 |
| Use of Cell/Home Phone | 115.12 | 3,216.99 |
| **TOTAL** | **$ 27,543.92** | **$ 3,915,761.91** |