**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                           )
**In re:**                                       )
                                           )    **Chapter 11**
**W.R. GRACE & CO., et al.,**       )    **Case No. 01-01139 (JKF)**
                                         )    **(Jointly Administered)**
                **Debtors.**       )    Objection Deadline: December 2, 2011 at 4:00 p.m.
_____)    Hearing: December 19, 2011 at 9:00 a.m.

**COVER SHEET TO TWENTY-SEVENTH QUARTERLY INTERIM
APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
APRIL 1, 2011 THROUGH JUNE 30, 2011**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2011 – June 30, 2011 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $2,950.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $    0.00 |

This is a    ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Sixty-Sixth Monthly Fee Application for the time period April 1-30, 2011, in the amount of $1,100.00 in fees and no expenses; a Sixty-Seventh Monthly Fee Application for the time period May 1-31, 2011, in the amount of $500.00 in fees and no expenses; and a Sixty-Eighth Monthly Fee Application for the time period June 1-30, 2011, in the amount of $1,350.00 in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2011 – JUNE 30, 2011

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 5.90 | $2,950.00 |
| **Total** | | | | **$2,950.00** |

        **Total Fees:**    $ 2,950.00
        **Total Hours:**    5.90
        **Blended Rate:**    $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 5.90 | $2,950.00 |
| **TOTAL** | **5.90** | **$2,950.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**APRIL 1, 2011 THROUGH JUNE 30, 2011**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: August 15, 2011