# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (April 1, 2011 – June 30, 2011)**
(Dates Represent Posting Date of Expense)

April 2011
| | |
|---|---|
| Telephone | $ 228.65 |
| Express Mail | $ 57.63 |

May 2011
| | |
|---|---|
| Telephone | $ 109.30 |
| Fee for Public Access to Electronic Court Records | $ 48.72 |

June 2011
| | |
|---|---|
| Telephone | $ 132.97 |
| Express Mail | $ 37.66 |
| Airfare | $ 2,645.20 |
| Transportation | $ 67.02 |
| Meals | $ 7.06 |
| Miscellaneous | $ 7.95 |

**TOTAL EXPENSES:**     **$ 3,342.16**