**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al., ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | Objection Deadline: September 9, 2011 at 4:00 p.m. |
| ) | Hearing: September 26, 2011 at 9:00 a.m. |

**COVER SHEET TO TWENTY-SIXTH QUARTERLY INTERIM APPLICATION
OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2011 THROUGH MARCH 31, 2011**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2011 – March 31, 2011 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $3,200.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 824.40 |
| This is a ___ monthly      x   interim      ___ final application | |

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Sixty-Fourth Fifth Monthly Fee Application for the time period January 1-31, 2011, in the amount of $550.00 in fees and no expenses, and and a Sixty-Fifth Monthly Fee Application for the time period of March 1-31, 2011, in the amount of $2,650.00 in fees and $824.40 in expenses. There are no billings or fee application filings by the FCR for the month of February 2011.

## COMPENSATION DURING THE TIME PERIOD
## January 1, 2011 – March 31, 2011

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 6.40 | $3,200.00 |
| **Total** | | | | **$3,200.00** |

        **Total Fees:**    $ 3,200.00
        **Total Hours:**    6.40
        **Blended Rate:**    $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 6.40 | $3,200.00 |
| **TOTAL** | **6.40** | **$3,200.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**January 1, 2011 – March 31, 2011**

| Expense Category | Total |
|---|---|
| Airfare | $735.40 |
| Parking | $20.00 |
| Taxi | $69.00 |
| **TOTAL** | **$824.40** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: August 15, 2011