**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                           )
**In re:**                                            )
                                                           )        **Chapter 11**
**W.R. GRACE & CO., et al.,**        )        **Case No. 01-01139 (JKF)**
                                                           )        **(Jointly Administered)**
                    **Debtors.**                )
_____)

## **VERIFICATION**

**STATE OF VIRGINIA, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

    1.    I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

    2.    I have reviewed the Twenty-Sixth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                          _/S/ DAVID T. AUSTERN_
                                            DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME
this 15th day of August, 2011

_/S/ DONITA F. SNOW_
Notary Public

My commission expires: 7/31/2014