# **EXHIBIT B – Part 2**

## **Monthly Fee Application for the Period from:**
## **May 1, 2011 – May 31, 2011**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **July 18, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date: To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Twenty-Second Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period May 1, 2011 through May 31, 2011, seeking compensation in the amount of $67,451.50 and reimbursement for actual and necessary expenses in the amount of $1,350.50.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 18, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 6/28/2011

Docket No: 27166

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).


**[Remainder of Page Left Intentionally Blank]**

3

Dated: June 28, 2011
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
                kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **July 18, 2011 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

### ONE HUNDRED AND TWENTY-SECOND MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2011 – May 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$67,451.50     (80%: $53,961.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,350.50** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001    D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.00 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95,312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 — 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 — 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 — 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 — 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 — 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 — 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 — 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 — 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 — 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010<br>D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010<br>D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010<br>D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010<br>D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010<br>D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010<br>D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010<br>D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010<br>D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010<br>D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010<br>D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010<br>D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011<br>D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011<br>D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011<br>D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |

**WR GRACE & CO**
**ATTACHMENT B**
**MAY 1, 2011 - MAY 31, 2011**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 2.1 | $ 995 | $   2,089.50 | 41 |
| Pasquale, Kenneth | 22.7 | 895 | 20,316.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 55.7 | 715 | 39,825.50 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.5 | 320 | 160.00 | 9 |
| Mohamed, David | 25.3 | 200 | 5,060.00 | 21 |
|  |  |  |  |  |
| **TOTAL** | **106.3** |  | **$   67,451.50** |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2011 - MAY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 2.3 | $ 1,698.50 |
| 0014 | Case Administration | 15.5 | 3,254.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.2 | 1,004.00 |
| 0018 | Fee Application, Applicant | 20.2 | 10,231.00 |
| 0019 | Creditor Inquiries | 3.6 | 3,168.00 |
| 0020 | Fee Application, Others | 2.8 | 869.00 |
| 0036 | Plan and Disclosure Statement | 60.7 | 47,226.50 |
| | | | |
| | TOTAL | 106.3 | $ 67,451.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 13, 2011 |
| INVOICE NO. | 537059 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2011, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/18/2011 | Attend to motion seeking to amend order granting establishment of foreign holdco structure and memorandum to Capstone re: same. | Krieger, A. | 0.2 |
| 05/19/2011 | Attend to Capstone's report on 2011 Business Plan review (1.4); email J. Dolan re comments re report (.1). | Krieger, A. | 1.5 |
| 05/19/2011 | Review debtors' foreign corp. structure motion. | Pasquale, K. | 0.3 |
| 05/23/2011 | T/c J. Dolan re: comments on Capstone memorandum on 2011 Business Plan for the Committee and information on basis for proposed modification to foreign holdco order. | Krieger, A. | 0.2 |
| 05/31/2011 | T/c R. Higgins re inquiry in connection with potential acquisition. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.0 | $ 715 | $ 1,430.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,698.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 1,698.50 | |

# STROOCK

| RE | Case Administration 699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2011 | T/c B. Ruhlander re: SSL's 39th quarterly fee application (.2); attend to order rescheduling 5/23/11 hearing (.1). | Krieger, A. | 0.3 |
| 05/03/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.2). | Mohamed, D. | 1.6 |
| 05/04/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.5). | Mohamed, D. | 0.8 |
| 05/05/2011 | Prepare various documents for attorney review. | Mohamed, D. | 0.8 |
| 05/06/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 05/10/2011 | Obtain and circulate recently docketed pleadings in main case (1.1); attention to preparation of documents for attorney review (.8). | Mohamed, D. | 1.9 |
| 05/11/2011 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket and circulate pleadings re Garlock v. Grace case no. 11-199 (.5). | Mohamed, D. | 1.2 |
| 05/12/2011 | Prepare documents for attorney review. | Mohamed, D. | 0.6 |
| 05/16/2011 | Monitor district court case no. 11-199 (.1); review case file documents (.7). | Mohamed, D. | 0.8 |
| 05/17/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 05/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 05/23/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/24/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 05/25/2011 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (.5). | Mohamed, D. | 0.7 |
| 05/26/2011 | Review Appeals case docket no. 11-199 and obtain recently filed pleadings for attorney review (1.0); prepare ToC and binders re: appellees' briefs for attorney review (1.3); Obtain precedent pleadings in main case for review by attorney (.5). | Mohamed, D. | 2.8 |
| 05/27/2011 | Obtain and circulate recently docketed pleadings in main case (.4); prepare documents for attorney review (.8). | Mohamed, D. | 1.2 |
| 05/31/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain and circulate recent pleadings re appeals case no. 11-199 Garlock v. Grace (.3). | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Mohamed, David | 15.2 | 200 | 3,040.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,254.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,254.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|--------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/23/2011 | Attend to Capstone memorandum for the Committee re: amended foreign holdco authorization. | Krieger, A. | 0.1 |
| 05/23/2011 | Review Capstone report re: Grace business plan. | Pasquale, K. | 0.5 |
| 05/31/2011 | Memorandum for the Committee re Appellees' brief. | Krieger, A. | 0.4 |
| 05/31/2011 | Review memo to Committee with appellate brief. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,004.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,004.00 |
|------------------------|-----------|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2011 | Attend to preparation of 40th quarterly fee application. | Krieger, A. | 1.0 |
| 05/04/2011 | Review and revise April Grace bill. | Magzamen, M. | 0.5 |
| 05/05/2011 | O/c DM re preparation of 40th quarterly (.1); attend to preparation of 40th quarterly application (2.1). | Krieger, A. | 2.2 |
| 05/06/2011 | Prepare draft of SSL's one hundred and twenty-first monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 05/09/2011 | Revise draft of SSL's one hundred and twenty-first monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 05/12/2011 | Attend to April 2011 fee statement (.4); attend to preparation of 40th quarterly fee application (Jan-March 2011) (2.5). | Krieger, A. | 2.9 |
| 05/13/2011 | Attend to 40th quarterly fee application. | Krieger, A. | 2.5 |
| 05/16/2011 | Attend to preparation of 40th quarterly fee application. | Krieger, A. | 2.1 |
| 05/17/2011 | Finalize draft of 40th quarterly fee application. | Krieger, A. | 0.5 |
| 05/17/2011 | Review draft of SSL's fortieth quarterly fee application. | Mohamed, D. | 1.5 |
| 05/19/2011 | Review SSL's fortieth quarterly fee application for filing (.9); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.2 |
| 05/19/2011 | Review draft quarterly fee app. | Pasquale, K. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/25/2011 | Revise draft of SSL's one hundred and twenty-first monthly fee application. | Mohamed, D. | 0.9 |
| 05/31/2011 | Attend to SSL's April 2011 fee statement. | Krieger, A. | 0.3 |
| 05/31/2011 | Review SSL's one hundred and twenty-first monthly fee application for filing (.8); prepare notice and CoS re same and foward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 11.5 | $ 715 | $ 8,222.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 7.9 | 200 | 1,580.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,231.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,231.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/02/2011 | Telephone conference creditor re: appellate brief and issues. | Pasquale, K. | 0.3 |
| 05/04/2011 | T/c creditor re: issues raised on appeals, appellate process, exit financing. | Krieger, A. | 0.3 |
| 05/04/2011 | Telephone conference creditor re: Class 9 appeal issues. | Pasquale, K. | 0.3 |
| 05/06/2011 | Telephone conference creditor re: appellate issues. | Pasquale, K. | 0.5 |
| 05/13/2011 | Telephone conference creditor re: appeal issues. | Pasquale, K. | 0.3 |
| 05/19/2011 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 05/24/2011 | Telephone conference trade creditor re: status. | Pasquale, K. | 0.3 |
| 05/26/2011 | Telephone conferences creditors re: debtors' appellate briefs. | Pasquale, K. | 0.6 |
| 05/31/2011 | Telephone conference creditor re claim status (.2); telephone conference creditor re PPI issues (.5). | Pasquale, K. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,168.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,168.00 |
|---|---|

# STROOCK

| | RE | Fee Application, Others<br>699843 0020 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2011 | Attend to certifications, fee applications of other professionals. | Krieger, A. | 0.1 |
| 05/06/2011 | Attend to CNO's of other professionals. | Krieger, A. | 0.1 |
| 05/16/2011 | Attend to other professionals fee applications, fee auditor's final reports on applications. | Krieger, A. | 0.3 |
| 05/23/2011 | Review Capstone's twenty-ninth quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.7). | Mohamed, D. | 1.5 |
| 05/24/2011 | Attend to fee applications of other professionals. | Krieger, A. | 0.1 |
| 05/24/2011 | Prepare and effectuate service re: Capstone's twenty-ninth quarterly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 2.2 | 200 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 869.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 869.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|---|---|
| | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 119.65 |
| Local Transportation | 82.32 |
| Long Distance Telephone | 18.34 |
| Duplicating Costs-in House | 116.30 |
| O/S Information Services | 398.56 |
| Westlaw | 615.33 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,350.50 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2011 | Attend to other appellants' briefs. | Krieger, A. | 2.4 |
| 05/03/2011 | Attend to other appellants' briefs. | Krieger, A. | 6.8 |
| 05/03/2011 | Review recent PPI case law re: appeal issues. | Pasquale, K. | 0.8 |
| 05/04/2011 | Attend to other appellants' briefs. | Krieger, A. | 1.6 |
| 05/04/2011 | O/c with KP and t/c creditor re appeal issues. | Kruger, L. | 0.3 |
| 05/17/2011 | Emails A. Rosenberg re: status (.2); attention to potential appellate issues (.6). | Pasquale, K. | 0.8 |
| 05/19/2011 | Attend to recent case decision for application to Grace. | Krieger, A. | 4.1 |
| 05/20/2011 | Attend to case law for application to Grace case. | Krieger, A. | 1.1 |
| 05/23/2011 | Review recent PPI decisions. | Pasquale, K. | 0.6 |
| 05/24/2011 | Attend to emails re: Plan Proponents' appellate briefs and record. | Krieger, A. | 0.1 |
| 05/24/2011 | Emails re: debtors' briefs; appeal issues. | Pasquale, K. | 0.3 |
| 05/25/2011 | Attend to case law for application to Grace plan issues (1.3); attend to motion for leave to file consolidated briefs (.1); attend to brief by Travelers Casualty & Surety Co. to Libby Claimants appeal brief (1.2); attend to brief of CNA Companies in support of confirmation (1.1). | Krieger, A. | 3.7 |
| 05/25/2011 | Review appellees briefs (other than debtors) and selected cited cases. | Pasquale, K. | 2.2 |
| 05/26/2011 | Attend to Plan Proponents' appellees' brief on lender issues (3.7); conference call with K&E, Bank Lender Group's counsel re: submission of documents to Judge Buckwalter (.2); attend to additional case citations (2.6); o/c KP re: Plan | Krieger, A. | 6.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Proponents' brief (.1). |  |  |
| 05/26/2011 | Review appellate briefs. | Kruger, L. | 1.6 |
| 05/26/2011 | Review debtors' appellate briefs - lender issues and others and outline issues for reply/oral argument. | Pasquale, K. | 6.6 |
| 05/27/2011 | Attend to Plan Proponents' brief on insurance issues and case law on Plan Proponents' brief on lender issues. | Krieger, A. | 4.0 |
| 05/27/2011 | Continued review of debtors' appellate briefs and outline lenders' issues. | Pasquale, K. | 3.8 |
| 05/29/2011 | Attend to Plan Proponents' main brief. | Krieger, A. | 0.7 |
| 05/30/2011 | Attend to Plan Proponents' main brief. | Krieger, A. | 2.8 |
| 05/31/2011 | Attend to Plan Proponents' main brief (5.2); attend to proposed documents for joint binder (1.4). | Krieger, A. | 6.6 |
| 05/31/2011 | Attention to Grace briefs and selected cases cited therein; review draft appendix of record to court. | Pasquale, K. | 3.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 40.5 | $ 715 | $ 28,957.50 |
| Kruger, Lewis | 1.9 | 995 | 1,890.50 |
| Pasquale, Kenneth | 18.3 | 895 | 16,378.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 47,226.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 47,226.50 |
|---|---|

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 67,451.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |
| TOTAL BILL | $ 68,802.00 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2011 - MAY 31, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.1 | $ 995 | $    2,089.50 |
| Pasquale, Kenneth | 22.7 | 895 | 20,316.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 55.7 | 715 | 39,825.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 25.3 | 200 | 5,060.00 |
|  |  |  |  |
| **TOTAL** | **106.3** |  | $   67,451.50 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MAY 1, 2011 - MAY 31, 2011**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 119.65 |
| Local Transportation | | 82.32 |
| Long Distance Telephone | | 18.34 |
| Duplicating Costs-in House | | 116.30 |
| O/S Information Services | | 398.56 |
| Westlaw | | 615.33 |
| **TOTAL** | | **$ 1,350.50** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | June 13, 2011 |
|---|---|
| INVOICE NO. | 537059 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195894270 on 04/28/2011 | 7.58 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196758246 on 04/28/2011 | 7.58 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270197253655 on 04/28/2011 | 10.75 |
| 05/02/2011 | VENDOR: UPS; INVOICE#: 0000010X827181; DATE: 04/30/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270197473668 on 04/28/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270196119703 on 04/29/2011 | 7.58 |

# STROOCK

| | | |
|---|---|---|
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196466329 on 04/29/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270197641299 on 04/29/2011 | 7.58 |
| 05/10/2011 | VENDOR: UPS; INVOICE#: 0000010X827191; DATE: 05/07/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270198302715 on 04/29/2011 | 10.75 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270190732926 on 05/19/2011 | 17.96 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270193218914 on 05/19/2011 | 11.57 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270193787345 on 05/19/2011 | 11.57 |
| 05/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827211; DATE: 05/21/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270194367734 on 05/19/2011 | 11.57 |

**Outside Messenger Service Total**                                                     **119.65**

# STROOCK

**Local Transportation**

| | | |
|---|---|---|
| 05/12/2011 | VENDOR: NYC Taxi; Invoice#: 926084; Invoice Date: 04/29/2011; Voucher #: 1113352999; Arlene Krieger 04/21/2011 21:09 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 41.16 |
| 05/13/2011 | VENDOR: NYC Taxi; Invoice#: 926661; Invoice Date: 05/06/2011; Voucher #: 1113360219; Arlene Krieger 04/25/2011 21:00 from 180 MAIDEN LA MANHATTAN NY to MANHATTAN NY | 41.16 |

**Local Transportation Total**      **82.32**

**Long Distance Telephone**

| | | |
|---|---|---|
| 05/03/2011 | EXTN.795544, TEL.4692614254, S.T.15:06, DUR.00:06:56 | 3.89 |
| 05/06/2011 | EXTN.795562, TEL.3109969700, S.T.17:12, DUR.00:11:23 | 6.67 |
| 05/19/2011 | EXTN.795544, TEL.2015877144, S.T.15:27, DUR.00:01:43 | 1.11 |
| 05/23/2011 | EXTN.795544, TEL.2015877144, S.T.10:29, DUR.00:11:14 | 6.67 |

**Long Distance Telephone Total**      **18.34**

**Duplicating Costs-in House**

| | |
|---|---|
| 05/26/2011 | 89.70 |
| 05/26/2011 | 26.50 |
| 05/26/2011 | 0.10 |

**Duplicating Costs-in House Total**      **116.30**

**O/S Information Services**

| | | |
|---|---|---|
| 05/20/2011 | Pacer Search Service on 1/31/2011 | 398.56 |

**O/S Information Services Total**      **398.56**

**Westlaw**

| | | |
|---|---|---|
| 05/19/2011 | Duration 4; by Krieger, Arlene G. | 348.00 |
| 05/26/2011 | Duration 7; by Krieger, Arlene G. | 267.33 |

**Westlaw Total**      **615.33**

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 119.65 |
| Local Transportation | 82.32 |
| Long Distance Telephone | 18.34 |
| Duplicating Costs-in House | 116.30 |
| O/S Information Services | 398.56 |
| Westlaw | 615.33 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,350.50 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM