# EXHIBIT C

# WR GRACE & CO
## SUMMARY OF FEES
### APRIL 1, 2011 - JUNE 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 13.8 | $ 995 | $ 13,731.00 |
| Pasquale, Kenneth | 120.1 | 895 | 107,489.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 2.2 | 685 | 1,507.00 |
| Krieger, Arlene G. | 357.7 | 715 | 255,755.50 |
| | | | |
| **Paraprofessionals** | | | |
| Azelby, Colleen | 0.6 | 85 | 51.00 |
| Magzamen, Michael | 1.7 | 320 | 544.00 |
| Mohamed, David | 80.0 | 200 | 16,000.00 |
| | | | |
| **Sub Total** | 576.1 | | $ 395,078.00 |
| **Less 50% Travel** | (8.1) | | (6,457.25) |
| **Total** | 568.0 | | $ 388,620.75 |