# EXHIBIT D

WR GRACE & CO
DISBURSEMENT SUMMARY
APRIL 1, 2011 - JUNE 30, 2011

| | |
|---|---:|
| Outside Messenger Service | $ 322.11 |
| Local Transportation | 135.12 |
| Long Distance Telephone | 345.13 |
| Duplicating Costs-in House | 195.60 |
| Westlaw | 2,791.23 |
| Word Processing -Logit | 72.00 |
| O/S Information Services | 398.56 |
| | |
| **TOTAL** | **$ 4,259.75** |