**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
APRIL 1, 2011 THROUGH JUNE 30, 2011**

1. **Case Administration – 15537 – 1.9 hours ($607.50)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 8.0 hours ($2,100.00)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 17.6 hours ($8,705.00)**

    This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended to omnibus hearings, as well as the oral argument with respect to the confirmation appeal.

4. **Plan & Disclosure Statement – 15554 – 15.3 hours ($7,222.50)**

The Applicant attended to the statement of issues on appeal and status of plan appeal and related issues. The Applicant also reviewed briefs and prepared for oral argument on the appeals of confirmation. The Applicant further attended to the appointment of the ZAI trustees.

6. **Creditors' Committee – 15539 – 2.0 hours ($745.00)**

During the Application Period, the Applicant conferred with PD claimants and committee members with respect to the status of case and all related issues.

7. **Fee Application of Others – 15545 – 0.3 hours ($157.50)**

During the Application Period, the Applicant researched and attended to an issue with outstanding fees to third party professionals.

8. **Debtors' Business Operations – 15538 – 4.1 hours ($2,152.50)**

The Applicant reviewed documents regarding Project Larch and the Dow confidentiality agreement in connection with a proposed transaction.

9**.** **Travel – 15546 – 8.4 hours ($2,205.00)**

The Applicant traveled to attend oral argument on appeal of confirmation. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

10. **ZAI – Science Trial – .2 hours ($105.00)**

The applicant corresponded with a PD Committee member regarding ZAI hearing.