**EXHIBIT C**

 **Bilzin Sumberg**
A T T O R N E Y S   A T   L A W

May 31, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   192703

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2011

### CLIENT SUMMARY

BALANCE AS OF- 04/30/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $290.00 | $826.24 | $1,116.24 |
| **.15539 -** 03 - Creditors Committee | $532.50 | $0.00 | $532.50 |
| **.15543 -** 07 - Applicant's Fee Application | $465.00 | $0.00 | $465.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $3,517.50 | $0.00 | $3,517.50 |
| **.17905 -** 38 - ZAI Science Trial | $105.00 | $0.00 | $105.00 |
| *Client Total* | *$4,910.00* | *$826.24* | *$5,736.24* |

#### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Kramer, Matthew I | 0.90 | $475.00 | $427.50 |
| Sakalo, Jay M | 7.50 | $525.00 | $3,937.50 |
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| Beck, Amuni A | 0.40 | $200.00 | $80.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**      **$4,910.00**

#### CLIENT SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Airfare | $234.00 |
| Long Distance Telephone | $28.88 |
| Long Distance Telephone-Outside Services | $397.00 |
| Pacer - Online Services | $164.16 |
| Copies | $2.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$826.24** |

| | |
| --- | --- |
| **TOTAL BALANCE DUE THIS PERIOD** | **$5,736.24** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 04/01/11 | AXB | 0.10 | 20.00 | 3/29/2011- Analyze docket and email J. Sakalo and M. Kramer thereon. |
| 04/11/11 | AXB | 0.10 | 20.00 | Analyze docket and email M. Kramer and J. Sakalo thereon. |
| 04/22/11 | AXB | 0.20 | 40.00 | Analyze docket and email J. Sakalo thereon (.1); Email J. Sakalo pleading requested (.1). |
| 04/25/11 | JMS | 0.40 | 210.00 | Telephone conference with K. Carmada regarding docket and related issues (.4). |

**PROFESSIONAL SERVICES**                                                                                         **$290.00**

### Costs Advanced

| Date | Description | Amount |
|---|---|---|
| 02/23/11 | Airfare Matthew Kramer travel from Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 234.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 72.00 |
| 03/04/11 | Long Distance Telephone-Outside Services CLOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 58.00 |
| 03/04/11 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 65.00 |
| 03/04/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/25/11-03/23/11; DATE: 3/23/2011  -  Acct. 5306-2200-2539-5504 | 72.00 |
| 03/18/11 | Long Distance Telephone (302)575-1555; 3 Mins. | 2.28 |
| 03/21/11 | Long Distance Telephone (302)575-1555; 2 Mins. | 1.52 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011  -  Account#RB0120 | 41.44 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011  -  Account#RB0120 | 122.72 |
| 04/25/11 | Long Distance Telephone (803)943-4444; 21 Mins. | 15.96 |
| 04/26/11 | Long Distance Telephone (843)727-6510; 1 Mins. | 0.76 |
| 04/27/11 | Long Distance Telephone (906)337-5745; 9 Mins. | 6.84 |
| 04/29/11 | Long Distance Telephone (843)727-6500; 2 Mins. | 1.52 |
| 03/29/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/29/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/08/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/14/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/23/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

TOTAL COSTS ADVANCED                                                        $826.24

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $525.00 | $210.00 |
| Beck, Amuni A | 0.40 | $200.00 | $80.00 |
| **TOTAL** | **0.80** | | **$290.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $234.00 |
| Long Distance Telephone | $28.88 |
| Long Distance Telephone-Outside Services | $397.00 |
| Pacer - Online Services | $164.16 |
| Copies | $2.20 |
| **TOTAL** | **$826.24** |

CURRENT BALANCE DUE THIS MATTER                                         $1,116.24

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 03/02/11 | MIK | 0.90 | 427.50 | Email memo to committee regarding hearing. |
| 04/12/11 | JMS | 0.20 | 105.00 | Email to Committee regarding hearing agenda (.2). |

**PROFESSIONAL SERVICES**                                                      **$532.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.90 | $475.00 | $427.50 |
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| *TOTAL* | *1.10* | | *$532.50* |

**CURRENT BALANCE DUE THIS MATTER**                                            **$532.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

## RE: 07 - Applicant's Fee Application

| 04/12/11 | JIS | 0.70 | 262.50 | Review and revise March prebill. |
| 04/21/11 | LMF | 0.90 | 202.50 | Prepare notice and summary for March statement of fees and costs and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                  **$465.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| *TOTAL* | *1.60* | | *$465.00* |

**CURRENT BALANCE DUE THIS MATTER**                             **$465.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15554**

## RE: 18 - Plan & Disclosure Statement

| 04/01/11 | JMS | 0.90 | 472.50 | Emails with D. Speights regarding plan question (.2); review statements of issues on appeal filed by interested parties (.7). |
| 04/04/11 | JMS | 1.90 | 997.50 | Review multiple designations of record and statement of issues on appeal (1.9). |
| 04/08/11 | JMS | 0.30 | 157.50 | Emails with D. Boll regarding access to electronic joint record (.3). |
| 04/20/11 | JMS | 0.70 | 367.50 | Telephone conference with T. Brandi regarding status of plan appeals and related issues (.7). |
| 04/22/11 | JMS | 1.10 | 577.50 | Review motion to retain Canadian ZAI claims administrator and email to Committee thereon (1.1). |
| 04/24/11 | JMS | 0.30 | 157.50 | Email exchange with D. Speights regarding response to inquiry (.3). |
| 04/25/11 | JMS | 1.10 | 577.50 | Telephone conference with D. Speights regarding questions on appeal (.3); review Maryland Casualty opening brief (.8). |
| 04/27/11 | JMS | 0.40 | 210.00 | Telephone conference with M. Locatelli regarding Grace claim (.4). |

**PROFESSIONAL SERVICES**                                                                    **$3,517.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.70 | $525.00 | $3,517.50 |
| *TOTAL* | *6.70* | | *$3,517.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$3,517.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17905**

RE: 38 - ZAI Science Trial

---

04/20/11   JMS   0.20   105.00   Email with E. Westbrook regarding ZAI hearing (.2).

PROFESSIONAL SERVICES                                                    $105.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $525.00 | $105.00 |
| *TOTAL* | *0.20* | | *$105.00* |

CURRENT BALANCE DUE THIS MATTER                                          $105.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


Bilzin Sumberg
ATTORNEYS AT LAW

June 20, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  193710

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2011

## CLIENT SUMMARY

BALANCE AS OF- 05/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $100.00 | $566.80 | $666.80 |
| .15543 - 07 - Applicant's Fee Application | $1,072.50 | $0.00 | $1,072.50 |
| .15544 - 08 - Hearings | $1,360.00 | $0.00 | $1,360.00 |
| .15554 - 18 - Plan & Disclosure Statement | $1,732.50 | $0.00 | $1,732.50 |
| *Client Total* | *$4,265.00* | *$566.80* | *$4,831.80* |

#### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.70 | $525.00 | $2,992.50 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.10 | $225.00 | $697.50 |
| Beck, Amuni A | 1.00 | $200.00 | $200.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  **$4,265.00**

#### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $3.80 |
| Long Distance Telephone-Outside Services | $523.00 |
| Pacer - Online Services | $23.60 |
| Copies | $16.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$566.80** |

**TOTAL BALANCE DUE THIS PERIOD**  **$4,831.80**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 05/04/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/09/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/20/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 05/27/11 | AXB | 0.10 | 20.00 | Analyze docket and send email to Jay Sakalo thereon. |
| 05/31/11 | AXB | 0.10 | 20.00 | Analyze docket and email J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                 **$100.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 128.00 |
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 79.00 |
| 03/30/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 177.00 |
| 03/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12011; DATE: 4/6/2011  -  Account#RB0120 | 23.60 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 37.00 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 51.00 |
| 04/20/11 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/24/11-04/26/11; DATE: 4/26/2011  -  Acct. 5306220025395504 | 51.00 |
| 05/11/11 | Long Distance Telephone (337)583-8700; 3 Mins. | 2.28 |
| 05/11/11 | Long Distance Telephone (302)652-4100; 2 Mins. | 1.52 |
| 05/02/11 | Copies 86 pgs @ 0.10/pg | 8.60 |
| 05/04/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/11/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/31/11 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/31/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/31/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/31/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/31/11 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED**                                              **$566.80**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *0.50* | | *$100.00* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $3.80 |
| Long Distance Telephone-Outside Services | $523.00 |
| Pacer - Online Services | $23.60 |
| Copies | $16.40 |
| **TOTAL** | **$566.80** |

**CURRENT BALANCE DUE THIS MATTER**                                        **$666.80**

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 05/01/11 | LMF | 1.40 | 315.00 | Attend to drafting 40th quarterly fee application for Bilzin Sumberg. |
| 05/11/11 | LMF | 0.60 | 135.00 | Finalize quarterly fee application for attorney review. |
| 05/16/11 | JIS | 0.50 | 187.50 | Review and revise April prebill. |
| 05/31/11 | LMF | 0.70 | 157.50 | Finalize and submit quarterly fee application to local counsel for filing. |
| 05/31/11 | LMF | 0.40 | 90.00 | Follow up with accounting to finalize edits to April statement and attend finalizing same. |
| 05/31/11 | JIS | 0.50 | 187.50 | Review and revise fortieth quarterly interim fee application. |

PROFESSIONAL SERVICES                                                                              $1,072.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.10 | $225.00 | $697.50 |
| *TOTAL* | *4.10* | | *$1,072.50* |

CURRENT BALANCE DUE THIS MATTER                                                        $1,072.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| 04/14/11 | AXB | 0.50 | 100.00 | Email committee members  individually regarding Court Call confirmations for their telephonic appearance on the April 18th hearing. |
| 04/18/11 | JMS | 2.20 | 1,155.00 | Prepare for and attend omnibus hearing (2.2). |
| 05/23/11 | JMS | 0.20 | 105.00 | Email exchange with M. Dies regarding hearing (.2). |

**PROFESSIONAL SERVICES**                                                      $1,360.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | $525.00 | $1,260.00 |
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *2.90* | | *$1,360.00* |

**CURRENT BALANCE DUE THIS MATTER**                                           $1,360.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

| 05/03/11 | JMS | 1.40 | 735.00 | Review MCC opening brief and GEICO opening brief (1.4). |
|----------|-----|------|--------|----------------------------------------------------------|
| 05/13/11 | JMS | 0.20 | 105.00 | Email exchange with D. Speights regarding appointment of ZAI trustees (.2). |
| 05/23/11 | JMS | 0.20 | 105.00 | Email exchange with D. Speights regarding ZAI trustees (.2). |
| 05/24/11 | JMS | 0.30 | 157.50 | Email from J. Baer regarding Debtors' appellate briefs (.3). |
| 05/25/11 | JMS | 1.20 | 630.00 | Begin reviewing response briefs (1.2). |

**PROFESSIONAL SERVICES**                                                         $1,732.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 3.30 | $525.00 | $1,732.50 |
| *TOTAL* | *3.30* | | *$1,732.50* |

**CURRENT BALANCE DUE THIS MATTER**                                              $1,732.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Bilzin Sumberg**
ATTORNEYS AT LAW

July 28, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  195872

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2011

### CLIENT SUMMARY

BALANCE AS OF- 06/30/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $217.50 | $95.32 | $312.82 |
| .15538 - 02 - Debtors' Business Operations | $2,152.50 | $0.00 | $2,152.50 |
| .15539 - 03 - Creditors Committee | $212.50 | $0.00 | $212.50 |
| .15543 - 07 - Applicant's Fee Application | $562.50 | $0.00 | $562.50 |
| .15544 - 08 - Hearings | $7,345.00 | $0.00 | $7,345.00 |
| .15546 - 10 - Travel | $2,205.00 | $0.00 | $2,205.00 |
| .15554 - 18 - Plan & Disclosure Statement | $1,972.50 | $0.00 | $1,972.50 |
| .17781 - 30 - Fee Application of Others | $157.50 | $0.00 | $157.50 |
| *Client Total* | **$14,825.00** | **$95.32** | **$14,920.32** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.60 | $525.00 | $315.00 |
| Sakalo, Jay M | 28.70 | $448.17 | $12,862.50 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 5.40 | $225.00 | $1,215.00 |
| Beck, Amuni A | 1.60 | $200.00 | $320.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$14,825.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $1.52 |
| Copies | $93.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$95.32** |

**TOTAL BALANCE DUE THIS PERIOD**    **$14,920.32**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/15/11 | JMS | 0.30 | 157.50 | Review docket. |
| 06/17/11 | AXB | 0.10 | 20.00 | Analyze docket and email Jay Sakalo thereon. |
| 06/23/11 | AXB | 0.20 | 40.00 | Analyze docket and email Jay Sakalo thereon (.1); email requested pleadings to Jay Sakalo re: docket (.1). |

PROFESSIONAL SERVICES                                                                    $217.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| 06/20/11 | Long Distance Telephone (312)836-4022; 2 Mins. | 1.52 |
|----------|-----------------------------------------------|------|
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/24/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/24/11 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/16/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/16/11 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 06/20/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/20/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/20/11 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 06/20/11 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 06/20/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/20/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 06/20/11 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 06/20/11 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 06/20/11 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 06/20/11 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 06/20/11 | Copies 85 pgs @ 0.10/pg | 8.50 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 06/20/11 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**      **$95.32**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Beck, Amuni A | 0.30 | $200.00 | $60.00 |
| *TOTAL* | *0.60* | | *$217.50* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Copies | $93.80 |
| **TOTAL** | **$95.32** |

**CURRENT BALANCE DUE THIS MATTER**                                    **$312.82**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| 06/02/11 | SLB | 0.40 | 210.00 | Attention to Dow confidentiality agreement. |
|---|---|---|---|---|
| 06/02/11 | JMS | 0.40 | 210.00 | Email exchange with S. Baena regarding confidentiality agreement for proposed transaction and review same (.4). |
| 06/03/11 | SLB | 0.20 | 105.00 | Attention to confidentiality agreement and email from J. Baer. |
| 06/10/11 | JMS | 1.20 | 630.00 | Review documents regarding Project Larch and telephone conference regarding same (1.2). |
| 06/16/11 | JMS | 1.90 | 997.50 | Prepare for and attend call on Project Larch and follow up discussion with Scott Baena thereon (1.9). |

**PROFESSIONAL SERVICES**                                                                              $2,152.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $525.00 | $315.00 |
| Sakalo, Jay M | 3.50 | $525.00 | $1,837.50 |
| *TOTAL* | *4.10* | | *$2,152.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    $2,152.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 05/03/11 | JMS | 0.10 | 52.50 | Email to Committee regarding hearing date. |
| 05/03/11 | AXB | 0.80 | 160.00 | Prepare docket for K. Camarda, draft letter regarding same; conference with Jay Sakalo thereon; conference with K. Camarda thereon. |

**PROFESSIONAL SERVICES**                                                    $212.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.10 | $525.00 | $52.50 |
| Beck, Amuni A | 0.80 | $200.00 | $160.00 |
| *TOTAL* | *0.90* | | *$212.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          $212.50



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15543**

## RE: 07 - Applicant's Fee Application

| 06/02/11 | LMF | 0.90 | 202.50 | Prepare monthly notice and summary for fees and submit to local counsel for filing. |
| 06/17/11 | JIS | 0.30 | 112.50 | Review and revise May prebill and call to A. Beck thereon. |
| 06/22/11 | LMF | 1.10 | 247.50 | Prepare notice and summary for May statement and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                      **$562.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 2.00 | $225.00 | $450.00 |
| *TOTAL* | *2.30* | | *$562.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$562.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 9

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| 06/16/11 | LMF | 0.70 | 157.50 | Research court calendar and docket with respect to continued and/or cancelled hearing. |
|---|---|---|---|---|
| 06/16/11 | AXB | 0.50 | 100.00 | Analyze docket and email Jay Sakalo thereon (.1); email correspondence with Jay Sakalo re: hearing on June 20, 2011  (.1); email correspondence with Geanny Portes regarding the June 20, 2011 hearing cancellation (.1); attention to order rescheduling hearing (.1); email Jay Sakalo and Geanny Portes document re: cancellation (.1). |
| 06/28/11 | JMS | 8.10 | 4,252.50 | Prepare for and attend oral argument on confirmation appeal. |
| 06/29/11 | JMS | 5.20 | 2,730.00 | Prepare for and attend day two of oral argument on appeal. |
| 06/30/11 | JMS | 0.20 | 105.00 | Review hearing agenda and email to Committee thereon. |

PROFESSIONAL SERVICES                                                $7,345.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 13.50 | $525.00 | $7,087.50 |
| Flores, Luisa M | 0.70 | $225.00 | $157.50 |
| Beck, Amuni A | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *14.70* | | *$7,345.00* |

CURRENT BALANCE DUE THIS MATTER                                    $7,345.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

RE: 10 - Travel

| 06/28/11 | JMS | 2.20 | 577.50 | (non-working/travel) Travel to Philadelphia. |
| 06/29/11 | JMS | 6.20 | 1,627.50 | (non-working/travel) -Return travel to Miami from Philadelphia. |

PROFESSIONAL SERVICES                                                    $2,205.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 8.40 | $262.50 | $2,205.00 |
| *TOTAL* | *8.40* | | *$2,205.00* |

CURRENT BALANCE DUE THIS MATTER                                          $2,205.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 06/16/11 | LMF | 1.10 | 247.50 | Review district court docket and prepare listing of all briefs filed in preparation for oral argument. |
| 06/16/11 | JMS | 0.20 | 105.00 | Conference with Luisa Flores regarding appeal briefs and oral argument. |
| 06/20/11 | LMF | 1.60 | 360.00 | Review all briefs in connection with oral argument and prepre same for attorney's review. |
| 06/22/11 | JMS | 0.80 | 420.00 | Telephone conference with M. Dies regarding upcoming oral argument on appeals of confirmation (.6); email exchange with R. Levy regarding same (.2). |
| 06/30/11 | JMS | 1.60 | 840.00 | Work on memo to committee regarding oral argument. |

PROFESSIONAL SERVICES                                                                $1,972.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| Flores, Luisa M | 2.70 | $225.00 | $607.50 |
| *TOTAL* | *5.30* | | *$1,972.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $1,972.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 06/20/11 | JMS | 0.30 | 157.50 | Conference with L. Flores regarding payment of past due amounts to HRA and email exchange with J. Baer thereon (.3). |

**PROFESSIONAL SERVICES**                                                     $157.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| *TOTAL* | *0.30* | | *$157.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          $157.50