B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re   W.R. Grace & Co., *et al*, Debtors                    Case No. 01-1139 (JKF)
                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Avenue TC Fund, L.P. | Longacre Master Fund, Ltd. as assignee of Burroughs, Hepler, Broom, et al. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: (212) 878-3500
Last Four Digits of Acct #: _____

Court Claim # (if known): 687
Amount of Claim: $60,311.28
Date Claim Filed: 4/25/2002

Phone: (212) 259-4300
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand                    Date:  8/18/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.