## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) | |
| | ) | Case No. 01-01139(JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: September 7, 2011** |
| | ) | **at 4:00 p.m. (Prevailing Eastern Time)** |
| | ) | |

### SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **May 1, 2010 through May 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$9,000.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$3.50** |

This is a __x__ monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is Venable's monthly application for interim compensation of

services for the interim fee period May 1, 2010 through May 31, 2010 (the "Fee Period").

The following applications were filed in the Chapter 11 cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | $706,595.00 | $6,405.06 |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Interim approval[2] | Interim approval |
| November 24, 2009 | 8/1/2009-8/31/2009 | $134,090.00 | $102,335.48 | Interim approval | Interim approval |
| November 24, 2009 | 9/1/2009-9/30/2009 | $306,602.00 | $118,095.92 | Interim approval | Interim approval |
| November 24, 2009 | July-September 2009 | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.39 |
| February 26, 2010 | 10/1/2009-10/31/2009 | $479,238.00 | $266,326.39 | Interim approval[3] | Interim approval |
| April 16, 2010 | 11/1/2009-11/30/2009 | $398,519.00 | $163,488.22 | Interim approval | Interim approval |
| April 30, 2010 | 12/1/2009-12/31/2009 | $305,242.96 | $108,454.93 | Interim approval | Interim approval |
| May 3, 2010 | October-December 2009 | $1,182,999.96 | $538,269.54 | $1,179,018.46 | $538,269.54 |
| May 19, 2010 | 1/1/2010-1/31/2010 | $271,084.25 | $97,840.12 | Interim approval[4] | Interim approval |
| May 19, 2010 | 2/1/2010-2/28/2010 | $157,136.50 | $17,784.35 | Interim approval | Interim approval |
| May 19, 2010 | 3/1/2010-3/31/2010 | $7,968.00 | $640.00 | Interim approval | Interim approval |
| May 19, 2010 | January-March 2010 | $436,188.75 | $116,265.17 | $436,188.75 | $116,265.17 |
| August __, 2011 | 4/1/2010-4/30/2010 | $2,500.00 | $162.02 | Pending | Pending |

---

[2] The fees and expenses requested in the July through September, 2009, interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on March 19, 2010.

[3] The fees and expenses requested in the October through December, 2009, interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on June 7, 2010.

[4] The fees and expenses requested in the January through March, 2010, interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on September 13, 2010.

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Laura S. Bouyea | Associate | 2003 | Business | $285.00 | 52.1 | $14,848.50 |
| Darek S. Bushnaq | Partner | 1997 | Business | $380.00 | 15.7 | $5,966.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 1.6 | $664.00 |
| Total for all attorneys | | | | | | $21,478.50 |
| (Less write-off) | | | | | | ($12,555.76) |
| Total | | | | | | $8,922.74 |

The paraprofessionals of Venable who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jane R. Collins | Paralegal | 5 | Litigation | $195.00 | 0.1 | $19.50 |
| Dorothy M. Dierdorff | Paralegal | 13 | Business | $185.00 | 0.9 | $166.50 |
| Total for all paraprofessionals | | | | | | $186.00 |
| (Less write-off) | | | | | | ($108.74) |
| Total | | | | | | $77.26 |

| | |
|---|---|
| Grand Total for Fees (before write-off) | $21,664.50 |
| Grand Total for Fees (after write-off) | $9,000.00 |
| Blended Rate (after write-off) | $127.84 |

-3-

**Compensation by Matter**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with Preparation of Fee Applications | 70.4 | $21,664.50 |
| Total for all matters | | $21,664.50 |
| (Less write-off) | | ($12,664.50) |
| Total | | $9,000.00 |

**Expense Summary**

| Service Description | Amount |
|---|---|
| Reproduction Costs | 1.40 |
| Postage | 2.10 |
| Total of Expenses | $3.50 |

WHEREFORE, Venable respectfully requests (a) that an allowance be made to it, as more fully described above for (i) 80% of the amount of **$9,000.00** for reasonable and necessary professional services Venable has rendered to the Debtors during the Fee Period (**$7,200.00**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Venable during the Fee Period (**$3.50**); (b) that both the fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such other relief as is equitable and just.

Wilmington, Delaware  
Dated:  August 18, 2011

Respectfully submitted,

VENABLE LLP

/s/ G. Stewart Webb, Jr.  
G. Stewart Webb, Jr.  
Darek S. Bushnaq  
750 E. Pratt Street, Suite 900  
Baltimore, Maryland 21202  
(410) 244-7400

Special Litigation Counsel for the Debtors and Debtors in Possession

BA3DOCS1/480183

Monthly Statement of Venable LLP
Fee Detail May 1, 2010 through May 31, 2010

*Advice in Connection with Preparation of Fee Application*

| TIMEKEEPER | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| BOUYEA, LAURA S. | 5/3/2010 | 2.70 | 118.40 | 319.67 | CORRESPOND WITH BUSHNAQ AND LOCAL COUNSEL RE: CERTIFICATE OF NO OBJECTION FOR OCTOBER 2009 (0.2), REVIEW AND REVISE QUARTERLY FEE APPLICATION AND PREPARE RELATED EXHIBITS AND CORRESPOND WITH LOCAL COUNSEL RE: FILING OF THE SAME (2.5) |
| BUSHNAQ, DAREK S. | 5/3/2010 | 1.50 | 157.86 | 236.79 | REVIEW AND REVISE OCTOBER - DECEMBER 2009 THIRTY-FIFTH QUARTERLY FEE APPLICATION (1.1); CONFERENCES WITH L. BOUYEA RE: SAME (.4) |
| BOUYEA, LAURA S. | 5/4/2010 | 0.40 | 118.40 | 47.36 | REVIEW CERTIFICATE OF NO OBJECTION AND 35TH QUARTERLY FEE APPLICATIONS AS FILED, CORRESPOND W/ L. OBERHOLZER RE: THE SAME, CORRESPOND WITH BUSHNAQ RE: THE SAME |
| BUSHNAQ, DAREK S. | 5/4/2010 | 0.30 | 157.87 | 47.36 | REVIEW OCTOBER 2009 CERTIFICATE OF NO OBJECTION AND AS-FILED 35TH QUARTERLY FEE APPLICATION |
| BOUYEA, LAURA S. | 5/9/2010 | 0.20 | 118.40 | 23.68 | CORRESPOND WITH BUSHNAQ RE: INQUIRY OF FEE AUDITOR RE: DECEMBER 2009 FEE APPLICATION |
| BOUYEA, LAURA S. | 5/10/2010 | 7.10 | 118.40 | 840.62 | DRAFT JANUARY, FEBRUARY, MARCH 2010 FEE APPLICATIONS, E-MAILS TO M. MANECHE, J. COLLINS AND M. UPADHYAYA RE: THE SAME, CORRESPOND WITH BUSHNAQ RE: THE SAME, CORRESPOND WITH BUSHNAQ RE: INQUIRY RE: DECEMBER 2009 FEE APPLICATION, TELEPHONE CALL TO B. RUHLANDER RE: THE SAME, REVIEW DECEMBER 2009 FEE APPLICATION |
| BUSHNAQ, DAREK S. | 5/10/2010 | 0.90 | 157.87 | 142.08 | CONFERENCES WITH L. BOUYEA RE: FEE AUDITOR INQUIRY RE: DECEMBER LEGAL FEES (.7); CONFERENCES WITH L. BOUYEA RE: JANUARY-MARCH 2010 FEE APPLICATIONS (.2) |
| BOUYEA, LAURA S. | 5/11/2010 | 3.30 | 118.40 | 390.71 | CORRESPOND WITH M. UPADHYAYA RE: JANUARY FEE APPLICATION, REVIEW AND REVISE APPLICATION |
| BOUYEA, LAURA S. | 5/12/2010 | 2.60 | 118.40 | 307.83 | DRAFT JANUARY THROUGH MARCH FEE APPLICATIONS (2.5), CORRESPOND WITH M. UPADHYAYA RE: THE SAME (0.1) |
| BOUYEA, LAURA S. | 5/13/2010 | 2.90 | 118.40 | 343.35 | REVIEW AND REVISE JANUARY THROUGH MARCH 2010 FEE APPLICATIONS |
| BUSHNAQ, DAREK S. | 5/13/2010 | 0.20 | 157.85 | 31.57 | CONFERENCE WITH L. BOUYEA RE: JANUARY - MARCH 2010 FEE APPLICATIONS |
| BOUYEA, LAURA S. | 5/14/2010 | 4.50 | 118.40 | 532.78 | REVIEW AND REVISE JANUARY - MARCH FEE APPLICATIONS (4.3), CORRESPOND WITH BUSHNAQ RE: THE SAME (0.2) |
| BUSHNAQ, DAREK S. | 5/16/2010 | 1.20 | 157.86 | 189.43 | REVIEW AND REVISE JANUARY 2010 FEE APPLICATION |
| BOUYEA, LAURA S. | 5/17/2010 | 4.70 | 118.40 | 556.46 | DRAFT JANUARY - MARCH FEE APPLICATIONS, CORRESPOND WITH BUSHNAQ RE: THE SAME |
| BUSHNAQ, DAREK S. | 5/17/2010 | 0.80 | 157.86 | 126.29 | REVIEW AND REVISE FEBRUARY 2010 FEE APPLICATION (.5); CONFERENCE WITH L. BOUYEA RE: JANUARY 2010 FEE APPLICATION (.3) |
| BOUYEA, LAURA S. | 5/18/2010 | 6.00 | 118.40 | 710.38 | REVIEW AND REVISE JANUARY - MARCH AND QUARTERLY FEE APPLICATIONS, CORRESPOND WITH D. BUSHNAQ AND S. WEBB RE: FEE APPLICATION ISSUES |
| BUSHNAQ, DAREK S. | 5/18/2010 | 1.20 | 157.87 | 189.44 | CONFERENCES WITH L. BOUYEA RE: JANUARY 2010 FEE APPLICATION (.1) AND DECEMBER 2009 FEE APPLICATION (.3); REVIEW SAME (.4); TELEPHONE CONFERENCE WITH S. WEBB AND L. BOUYEA RE: SAME |

| | | | | | |
|---|---|---|---|---|---|
| BOUYEA, LAURA S. | 5/19/2010 | 3.80 | 118.40 | 449.91 | REVIEW, REVISE AND FILE 36TH QUARTERLY FEE APPLICATION AND FEBRUARY AND MARCH FEE APPLICATIONS; CORRESPOND WITH D. BUSHNAQ AND M. UPADHYAYA RE: SAME |
| BUSHNAQ, DAREK S. | 5/19/2010 | 3.70 | 157.86 | 584.09 | REVIEW AND REVISE JANUARY, FEBRUARY AND MARCH 2010 QUARTERLY FEE APPLICATIONS |
| COLLINS, JANE R. | 5/19/2010 | 0.10 | 81.00 | 8.10 | E-MAIL CONFIRMING THE POSSESSION OF P. MIKESKA NON-CONFIDENTIAL E-MAILS AND HOLDING THEM IN OUR SYSTEM UNTIL FURTHER NOTICE |
| DIERDORFF, DOROTHY M. | 5/19/2010 | 0.90 | 76.84 | 69.16 | WORK ON EXHIBITS FOR L. S. BOUYEA RE:  FEE APPLICATION |
| BOUYEA, LAURA S. | 5/20/2010 | 0.40 | 118.40 | 47.36 | CORRESPOND WITH D. BUSHNAQ AND P. BARANAUSKAS RE: FEE ISSUES |
| BUSHNAQ, DAREK S. | 5/20/2010 | 0.40 | 157.85 | 63.14 | REVIEW AS-FILED FEE APPLICATIONS RE: JANUARY, FEBRUARY AND MARCH 2010; CONFERENCE WITH L. BOUYEA RE: SAME |
| BOUYEA, LAURA S. | 5/21/2010 | 1.50 | 118.40 | 177.60 | CORRESPOND WITH D. BUSHNAQ RE: FEE APPLICATIONS, REVIEW DOCKET RE: SAME; CORRESPOND WITH FEE AUDITOR RE: AUDITOR'S REPORT; REVIEW AUDITOR'S REPORT; CORRESPOND WITH D. BUSHNAQ RE: SAME |
| BUSHNAQ, DAREK S. | 5/21/2010 | 0.90 | 157.86 | 142.07 | REVIEW CERTIFICATE OF NO OBJECTION RE: NOVEMBER 2009 FEES; REVIEW FEE EXAMINER'S INITIAL REPORT RE: 35TH QUARTERLY APPLICATION |
| BOUYEA, LAURA S. | 5/24/2010 | 3.10 | 118.40 | 367.03 | CORRESPOND WITH D. BUSHNAQ RE: FEE AUDITORS REPORT; CORRESPOND WITH BARANAUSKAS RE: SAME; REVIEW CORRESPONDENCE FROM C. MALLON RE: SAME |
| BUSHNAQ, DAREK S. | 5/24/2010 | 0.20 | 157.85 | 31.57 | REVIEW MATERIALS RE: RESPONSE TO FEE EXAMINER INITIAL REPORT RE: 35TH QUARTERLY APPLICATION |
| MALLON, COLLEEN M. | 5/24/2010 | 0.90 | 172.40 | 155.16 | REVIEW AUDITOR'S QUESTIONS RE: TIME ENTRIES; MEETING WITH S. WEBB RE: SAME; DRAFT EMAIL CONTAINING ANSWERS TO QUESTIONS |
| BOUYEA, LAURA S. | 5/25/2010 | 5.50 | 118.40 | 651.18 | PREPARE RESPONSE TO FEE AUDITOR'S REPORT, CORRESPOND WITH D. BUSHNAQ RE: THE SAME |
| BUSHNAQ, DAREK S. | 5/25/2010 | 1.30 | 157.86 | 205.22 | CONFERENCES WITH L. BOUYEA; REVIEW AND REVISE RESPONSE RE: FEE EXAMINER'S INITIAL REPORT RE: 35TH QUARTER |
| MALLON, COLLEEN M. | 5/25/2010 | 0.30 | 172.40 | 51.72 | TELEPHONE CALL WITH L. BOUYEA RE: DETAILS OF TIME ENTRIES |
| BOUYEA, LAURA S. | 5/26/2010 | 2.80 | 118.40 | 331.51 | REVIEW AND REVISE RESPONSE TO FEE AUDITOR, CORRESPOND WITH D. BUSHNAQ, A. GENDRON AND C. MALLON RE: THE SAME |
| BUSHNAQ, DAREK S. | 5/26/2010 | 2.80 | 157.86 | 442.01 | REVIEW AND REVISE RESPONSE TO FEE EXAMINER'S INITIAL REPORT RE: 35TH QUARTERLY FEE APPLICATION (1.8); TELEPHONE CALLS WITH S. WEBB AND CONFERENCE WITH L. BOUYEA RE: SAME (1.0) |
| MALLON, COLLEEN M. | 5/26/2010 | 0.40 | 172.43 | 68.97 | TELEPHONE CALL WITH L. BOUYEA RE: PLAINTIFF'S EXPERT'S REPORTS; EDIT/REVIEW RESPONSE LETTER TO AUDITOR RE: SEVERAL TIME ENTRIES |
| BOUYEA, LAURA S. | 5/27/2010 | 0.60 | 118.40 | 71.04 | REVIEW AUDITOR'S REPORT, CORRESPOND WITH D. BUSHNAQ RE: FEE ISSUES |
| BUSHNAQ, DAREK S. | 5/27/2010 | 0.30 | 157.87 | 47.36 | REVIEW FEE AUDITOR'S FILING RE: 35TH QUARTERLY FEE APPLICATION |

9,000.00

*  In the interest of billing judgment, $12,664.50 was written off for the period May 1 through May 31, 2010.
These fees reflect these reductions.  Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

**Monthly Statement of Venable LLP**
**Expense Detail May 1, 2010 through May 31, 2010**

| | | |
|---|---|---|
| 5/12/2010 INTERNAL REPRODUCTION COSTS | 1.40 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| | 1.40 | |
| | | |
| 5/26/2010 POSTAGE | 1.22 | MALLON, COLLEEN M. |
| 5/27/2010 POSTAGE | 0.88 | BUSHNAQ, DAREK S. |
| | 2.10 | |
| | | |
| | **3.50** | |