# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: September 10, 2011**

**Hearing Deadline: to be scheduled, if necessary**

### FEE DETAIL FOR NORTON ROSE OR LLP'S FIFTY-FIFTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# ̂NORTON ROSE

**INVOICE**

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose OR  LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Invoice Number: | 1101298 |
| Date: | August 11, 2011 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrose.com
nortonrose.com

100035

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

| | |
|---|---:|
| For professional services rendered and disbursements incurred for the period ending July 31, 2011. | |
| FEES | $1,894.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 169.88 |
| NET | $2,063.88 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,063.88 |
| TOTAL IN US FUNDS | $2,084.73 |



**Payable upon receipt**

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza,
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# ^NORTON ROSE

W.R. GRACE & CO.                                                                                01016442-0001

RE:     Chapter 11 Proceedings, General Matters

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/7/11 | Adrienne Glen | Attending to correspondence relating to inquiry received from J. Merchant regarding the settlement administrator's contact information. | 0.30 | $99.00 |
| 6/7/11 | Teresa Walsh | Reviewing final version of 39th Interim Period Fee Auditor's Report. | 0.10 | $60.00 |
| 6/7/11 | Penny Adams | Reviewing fee auditor's final report regarding the 39th Interim Period. | 0.30 | $63.00 |
| 8/7/11 | Penny Adams | Reviewing accounts for June. | 0.20 | $42.00 |
| 11/7/11 | Orestes Pasparakis | Following-up on status in U.S. proceedings. | 0.20 | $160.00 |
| 12/7/11 | Penny Adams | Receiving and reviewing fee auditor's report for 40th Interim Period (0.10); updating files with respect to same (0.10). | 0.20 | $42.00 |
| 19/7/11 | Penny Adams | Drafting 54th Monthly Fee Application (0.70); drafting 18th Quarterly Interim Application (1.00); corresponding with R. Finke, K. Love and L. Oberholzer regarding fee application issues (0.30). | 2.00 | $420.00 |
| 20/7/11 | Teresa Walsh | Reviewing Fee Auditor's Combined Final Report on De Minimis or No Fee Expense Issues for 40th Interim Period (0.20); reviewing and swearing the 54th Monthly Fee Application (0.20). | 0.40 | $240.00 |
| 20/7/11 | Penny Adams | Finalizing and arranging for filing of the 54th Monthly Fee Application (0.30); corresponding with fee auditor and others with respect to same (0.20). | 0.50 | $105.00 |
| 21/7/11 | Penny Adams | Updating 18th Quarterly Interim Application. | 0.20 | $42.00 |
| 25/7/11 | Penny Adams | Reviewing and revising 18th Quarterly Interim Application (1.20); corresponding with R. Finke regarding same (0.10). | 1.30 | $273.00 |
| 26/7/11 | Teresa Walsh | Reviewing and swearing Norton Rose's 18th Quarterly Interim Application. | 0.30 | $180.00 |

INVOICE: 1101298

# ÂNORTON ROSE

W.R. GRACE & CO.                                                          01016442-0001

RE:   **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 27/7/11 | Penny Adams | Finalizing 18th Quarterly Interim Application (0.50); corresponding with fee auditor, L. Oberholzer and others relating to same (0.30). | 0.80 | $168.00 |
| | | **TOTAL FEES** | | **$1,894.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 169.88 |
| | $169.88 |

INVOICE: 1101298