IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Ref. No. 26353 |

## AMENDED AND RESTATED SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019

Richard S. Cobb on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for (i) Anchorage Advisors, LLC; (ii) Archer Capital Management, L.P.; (iii) Bank of America, N.A.; (iv) Barclays Bank PLC; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Farallon Capital Management, LLC; (viii) Halcyon Master Fund LP; (ix) Intermarket Corp.; (x) JP Morgan Chase, N.A. Credit Trading Group; (xi) Loeb Partners Corporation; (xii) Macquarie Bank Limited; (xiii) Massachusetts Mutual Life Insurance Company c/o Babson Capital Management, Inc.; (xiv) MSD Credit Opportunity Master Fund L.P.; (xv) Normandy Hill Capital, LP; (xvi) Onex Debt Opportunity Fund, Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Royal Bank of Scotland, PLC; (xix) Taconic Capital Advisors; and (xx) Visium Asset Management, LP (collectively, the "Bank Debt Holders"), interested parties in the above-referenced cases, makes the following statement:

1. This Amended and Restated Supplemental Verified Statement amends and restates the Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 that was filed on February 18, 2011 [D.I. 26353] (the "February 18, 2011 LRC 2019 Statement") because LRC (i) no longer represents Catalyst Investment Management Co., LLC and York Capital Management Global Advisors,

{672.001-W0015940.}

LLC; (ii) now represents Barclays Bank PLC, Macquarie Bank Limited and Taconic Capital Advisors L.P.; and (iii) Babson Capital Management, Inc. is now Massachusetts Mutual Life Insurance Company c/o Babson Capital Management, Inc., Halcyon Asset Mgmt LLC is now Halcyon Master Fund LP and MSD Capital, L.P. is now MSD Credit Opportunity Master Fund L.P. No other substantive changes were made from the February 18, 2011 LRC 2019 Statement.

2. This Amended and Restated Supplemental Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order").

3. LRC is Delaware counsel to the Bank Debt Holders, representing them in their capacities as members of an informal group of holders of the claims (or as managers or advisors to such holders).

4. LRC also is Delaware counsel for the Libby Claimants (the "Libby Claimants") in the above-captioned cases, as reflected in the previously filed Thirteenth Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [Docket No. 27158] (the "Thirteenth Amended 2019 Statement").

5. LRC also is Delaware counsel to (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent").

6. The Bank Debt Holders, Libby Claimants and Administrative Agent are hereinafter collectively referred to as, the "Clients."

2

{672.001-W0015940.}

7. LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

8. LRC does not possess any claims against or interests in the Debtors.

Dated: August 23, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: cobb@lrclaw.com
green@lrclaw.com

*Counsel for the Bank Debt Holders*

3

{672.001-W0015940.}