$887.20[1] which represents 100% of the expenses requested in the Application for the period June 1, 2011 through June 30, 2011, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: August 25, 2011                               FERRY, JOSEPH & PEARCE, P.A.

                                                     /s/ Lisa L. Coggins
                                                     Michael B. Joseph (No. 392)
                                                     Theodore J. Tacconelli (No. 2678)
                                                     Lisa L. Coggins (No. 4234)
                                                     824 Market Street, Suite 1000
                                                     P.O. Box 1351
                                                     Wilmington, DE. 19899
                                                     (302) 575-1555

                                                     *Counsel to the Official Committee of Asbestos Property Damage Claimants*

---

[1] The 122nd Fee Application inadvertently requested an incorrect expense amount of $844.00. The correct amount is $887.20, which was reflected on the invoice attached as Exhibit "A" to said application.