# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JULY 1-31, 2011



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2011
Client No. 17367
Invoice No. 1322463

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through July 31, 2011 in connection with
the matters described on the attached pages:                    $        183,305.50

DISBURSEMENTS as per attached pages:                                      2,125.45

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**  $     **185,430.95**

Matter(s): 17367/11, 12, 13, 5, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$407,163.13
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Dept 34461*<br>*P.O. Box 39000*<br>*San Francisco, CA 94139*<br>*Reference: 17367/ Invoice: 1322463* | ***ACH& Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE: WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1322463*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo Lockbox*<br>*Attn: Dept 34461*<br>*3440 Walnut Avenue*<br>*Building A, Window H*<br>*Fremont, CA 94538*<br>*(213) 614-3248*<br>*Reference: 17367/ Invoice: 1322463* |



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2011
Client No. 17367
Invoice No. 1322463

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter:  5 - Due Diligence**

| 07/01/11 | R. Frankel | E-mails regarding extension of response time on Project Larch motion. | 0.30 |
|---|---|---|---|
| 07/05/11 | R. Wyron | Review and respond to e-mails objections to motion (.3); call with J. Radecki and follow-up (.4); call with A. Rich and e-mail  same (.1). | 0.80 |
| 07/05/11 | R. Frankel | Review Project Larch materials, timeline issues. | 0.90 |
| 07/06/11 | D. Felder | E-mail correspondence with J. Radecki regarding proposed acquisition (.1). | 0.10 |
| 07/06/11 | R. Wyron | Follow-up on acquisition project data with J. Radecki (.2); call with A. Rich re issues (.3). | 0.50 |
| 07/06/11 | R. Frankel | Review series of e-mails re conference call with Lincoln, due diligence, time-line. | 0.60 |
| 07/08/11 | R. Wyron | Review information from J. Radecki and follow-up. | 0.40 |
| 07/08/11 | R. Frankel | Review series of e-mails re Project Larch status (.3); review Project Larch issues (.5); confer with R. Wyron re same (.3). | 1.10 |
| 07/13/11 | M. Wallace | Review and respond to correspondence regarding Larch transaction review; telephone call with R. Frankel regarding review of documents re same. | 0.20 |
| 07/13/11 | R. Wyron | Review materials from R. Higgins (.4); call with Debtors  re potential acquisition (.9); call with Lincoln re potential acquisition and follow-up (.4); begin review of purchase agreement (1.3). | 3.00 |
| 07/13/11 | R. Frankel | Review draft asset purchase agreement, related e-mail, schedules from R. Higgins. | 2.80 |
| 07/13/11 | R. Frankel | Telephone conference with Grace, advisors regarding Project Larch due diligence (.9); review Larch Q1 financial report (.4). | 1.30 |
| 07/13/11 | R. Frankel | Telephone conference with J. Radecki, D. Austern, R. Wyron regarding status of Project Larch, due diligence; notes. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                August 15, 2011
17367                                                                              Invoice No. 1322463
page 2

| 07/14/11 | D. Felder | Review documents regarding proposed acquisition and plan issues regarding same (2.5); conferences with R. Wyron regarding same (.3); telephone conference with J. Liesemer and Orrick team regarding same and follow-up (.4); telephone conference and e-mail correspondence with M. Wallace regarding same and follow-up (.6). | 3.80 |
|---|---|---|---|
| 07/14/11 | M. Wallace | Conference call with ACC counsel regarding purchase agreement. | 0.30 |
| 07/14/11 | M. Wallace | Follow-up conference with D. Felder and R. Wyron regarding discussion with ACC counsel. | 0.10 |
| 07/14/11 | M. Wallace | Begin review of purchase agreement, noting issues in same. | 5.70 |
| 07/14/11 | M. Wallace | Review correspondence regarding environmental review of purchase agreement. | 0.10 |
| 07/14/11 | M. Wallace | Review correspondence regarding due diligence review of target. | 0.10 |
| 07/14/11 | R. Wyron | Continue review of draft agreement (.6); follow-up with D. Felder and M. Wallace (.4); call with ACC counsel (.6); respond to e-mails re environmental issues (.2). | 1.80 |
| 07/14/11 | R. Frankel | Review, consider due diligence issues, transaction document schedule, new timeline. | 1.20 |
| 07/14/11 | R. Frankel | Telephone calls with R. Wyron, M. Wallace regarding due diligence (.3); series of e-mails regarding same (.3). | 0.60 |
| 07/15/11 | M. Wallace | Review schedule of ancillary documents. | 0.10 |
| 07/15/11 | M. Wallace | Finish review of purchase agreement, noting issues in same. | 2.30 |
| 07/15/11 | M. Wallace | Review plan definition for issues with channeling of asbestos liability. | 0.30 |
| 07/15/11 | M. Wallace | Draft memo to R. Frankel regarding issues in purchase agreement. | 2.30 |
| 07/15/11 | M. Wallace | Review and respond to correspondence summarizing issues in purchase agreement. | 0.10 |
| 07/15/11 | R. Wyron | Review M. Wallace memo  analysis and follow-up (.8); prepare notes for 7/18 calls (.6); review provisions of draft agreement (.7). | 2.10 |
| 07/17/11 | R. Lawrence | Review and provide comments on sale and purchase agreement; comment on M. Wallace's memorandum summarizing issues; prepare overview memo on environmental issues in the draft. | 6.00 |
| 07/17/11 | R. Frankel | Review M. Wallace memo regarding SPA issues (.9); prepare notes regarding same (.3). | 1.20 |
| 07/18/11 | M. Wallace | Review correspondence and memo comments regarding environmental review of purchase agreement. | 0.30 |
| 07/18/11 | M. Wallace | Review and respond to correspondence regarding conference call. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

August 15, 2011
Invoice No. 1322463

| | | | |
|---|---|---|---|
| 07/18/11 | M. Wallace | Conference call with Grace and Committees regarding comments to purchase agreement. | 0.90 |
| 07/18/11 | M. Wallace | Discuss issues with asbestos treatment in purchase agreement and plan with R. Wyron. | 0.20 |
| 07/18/11 | M. Wallace | Review plan definitions as follow-up from discussion with R. Wyron regarding channeled claims and relation to purchase agreement and correspond with R. Wyron regarding same. | 0.20 |
| 07/18/11 | M. Wallace | Review correspondence with ACC regarding asbestos issues in purchase agreement and plan. | 0.10 |
| 07/18/11 | R. Wyron | Review issues analysis on acquisition (.6); call with Debtors on draft SPA and follow-up (1.1); review plan and related issues and follow-up (.7); calls with R. Frankel and J. Liesemer re issues (.4); call with J. Baer re issues on SPA (.6); review financial information (.4); call re financial issues (.5); follow-up with Committees and Lincoln re issues (.4); outline open issues and e-mails re same (.7). | 5.40 |
| 07/18/11 | R. Frankel | Review B. Lawrence memo, SPA markup from B. Lawrence in preparation for conference call. | 1.60 |
| 07/18/11 | R. Frankel | Prepare notes before and after due diligence conference call with Grace (.2); telephone conference with R. Wyron regarding same (.3). | 0.50 |
| 07/18/11 | R. Frankel | Telephone conference with Grace lawyers regarding Project Larch SPA. | 0.90 |
| 07/18/11 | R. Frankel | Telephone conference with R. Wyron, J. Baer, J. Liesemer regarding assumption of asbestos liabilities in Project Larch (.5); notes regarding same (.3). | 0.80 |
| 07/18/11 | R. Frankel | Consider Project Larch liability issues. | 1.30 |
| 07/18/11 | R. Frankel | Review e-mail memos from A. Krieger to J. Baer and from J. Liesemer to J. Baer regarding SPA issues. | 1.10 |
| 07/18/11 | R. Frankel | Telephone conference with D. Austern regarding Project Larch issues (.3); telephone conferences with R. Wyron regarding same, COC, order (.4). | 0.70 |
| 07/18/11 | R. Frankel | Telephone conference with financial advisors and official committees to discuss financials, bid for Project Larch (.6); notes regarding same (.2). | 0.80 |
| 07/18/11 | R. Frankel | Review issues regarding form of order with R. Wyron (.3); review e-mails regarding same (.2). | 0.50 |
| 07/19/11 | R. Wyron | Continue review of potential acquisition and respond to e-mails re same. | 0.60 |
| 07/20/11 | M. Wallace | Review correspondence regarding COC and comments to same. | 0.10 |



ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | August 15, 2011 |
|---|---|---|---|
| page 4 | | | Invoice No. 1322463 |

| 07/20/11 | R. Wyron | Review Certificate of Counsel and proposed order and provide comments (.8); review updated information (.3); review and respond to various e-mails re status and proposed order (.6); call with Debtors' team and follow-up (.5); confer with R. Frankel  strategy and e-mails re same (.4). | 2.60 |
|---|---|---|---|
| 07/20/11 | R. Frankel | Review revised form of order, COC and Supplemental Rohen Declaration. | 1.40 |
| 07/20/11 | R. Frankel | Review series of e-mails from R. Wyron, A. Krieger, J. Liesemer with suggested changes. | 1.40 |
| 07/20/11 | R. Frankel | Telephone conference with J. Baer, et al. regarding status (.5); telephone conferences with D. Felder, R. Wyron, D. Austern regarding same (.8). | 1.30 |
| 07/21/11 | R. Wyron | Review revised proposed COC and order, and provide comments re same. | 0.30 |
| 07/21/11 | R. Frankel | Review new spreadsheet with Larch financials. | 0.70 |
| 07/21/11 | R. Frankel | Review revised order, redacted order, COC, supp. declaration regarding Project Larch. | 1.60 |
| 07/21/11 | R. Frankel | Review series of e-mails with suggested changes to Order, COC regarding Project Larch. | 1.10 |
| 07/22/11 | R. Frankel | Review revised COC, form of order, form of redacted order, supplemental declaration. | 1.80 |
| 07/22/11 | R. Frankel | Review series of e-mails re COC, hearing in DE, max price (.8); telephone conference with D. Felder re same (.3). | 1.10 |
| 07/22/11 | R. Frankel | Review as filed COC with proposed order in preparation for hearing. | 1.60 |
| 07/25/11 | R. Frankel | Review COC and Order re procedure and next steps in Project Larch. | 1.10 |
| 07/25/11 | R. Frankel | Review with R. Wyron status and next steps re Project Larch. | 0.30 |
| 07/26/11 | R. Wyron | Call with Debtors re status of acquisition (.3); call with J. Radecki and follow-up (.2). | 0.50 |
| 07/27/11 | R. Frankel | Review news reports, e-mails re sale of division. | 0.30 |
| 07/29/11 | R. Wyron | Follow-up on acquisition project status and respond to e-mails re same. | 0.60 |
| 07/29/11 | R. Frankel | Review series of e-mails regarding status of Project Larch (.3); follow-up re same (.2). | 0.50 |

|  | Total Hours | 75.20 |  |
|---|---|---|---|
|  | Total For Services |  | $65,112.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

August 15, 2011
Invoice No. 1322463

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.90 | 645.00 | 2,515.50 |
| Roger Frankel | 33.20 | 985.00 | 32,702.00 |
| Robert F. Lawrence | 6.00 | 750.00 | 4,500.00 |
| Mary A. Wallace | 13.50 | 710.00 | 9,585.00 |
| Richard H. Wyron | 18.60 | 850.00 | 15,810.00 |
| Total All Timekeepers | 75.20 | $865.86 | $65,112.50 |

**Total For This Matter**           $65,112.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

August 15, 2011
Invoice No. 1322463

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 07/11/11 | P. Mahaley | Prepare for and conduct telephone conference with counsel for ACC re proposed settlement with London insurance company in solvent scheme of arrangement (.6); draft communication to FCR seeking settlement authority re same (.7). | 1.30 |
| 07/27/11 | P. Mahaley | Analyze briefs filed by Libby and BNSF appealing court's approval of CNA settlement (1.3); office conference with R. Wyron re strategy in responding to Libby and BNSF appeal briefs (1.5); telephone conference with counsel for Grace and ACC re strategy for responding to appeal briefs (1.4). | 4.20 |
| 07/28/11 | I. Mirkin | Conference with R. Wyron and P. Mahaley re research on Libby issues. | 1.20 |
| 07/28/11 | P. Mahaley | Conference with R. Wyron and I. Mirkin re appeal of CNA settlement approval (1.0); review prior research materials and briefing to guide research and briefing for appellees' brief (.9); telephone conference with counsel for CNA re response and other appeals issues (.7). | 2.60 |
| 07/29/11 | I. Mirkin | Conference with P. Mahaley re research on Libby issues. | 1.00 |
| 07/29/11 | P. Mahaley | Conference with I. Mirkin re research required to support Plan Proponents' brief in opposition to appeal of court's approval of CNA settlement agreement. | 0.30 |
| 07/30/11 | I. Mirkin | Review and analyze briefs re Libby Claimants. | 1.50 |

Total Hours         12.10

Total For Services         $6,773.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

August 15, 2011
Invoice No. 1322463

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri  N. Mahaley | 8.40 | 650.00 | 5,460.00 |
| Inessa  M. Mirkin | 3.70 | 355.00 | 1,313.50 |
| Total All Timekeepers | 12.10 | $559.79 | $6,773.50 |

Disbursements
    Document Reproduction                 42.30
    Outside Services                       8.72
                    Total  Disbursements           $51.02

**Total For This Matter**           **$6,824.52**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

August 15, 2011
Invoice No. 1322463

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 07/01/11 | D. Fullem | Review docket updates. | 0.20 |
| 07/01/11 | R. Frankel | Series of e-mails regarding USDC docket entries. | 0.30 |
| 07/01/11 | R. Frankel | Review pleadings in Grace re CNA settlement appeal. | 0.60 |
| 07/01/11 | R. Frankel | Review, prepare notes regarding Stern v. Marshall. | 2.40 |
| 07/05/11 | D. Fullem | Review and respond to e-mail from D. Felder regarding service list issues and updates. | 0.20 |
| 07/05/11 | D. Fullem | Review docket updates on confirmation appeal. | 0.20 |
| 07/05/11 | D. Felder | Review agreed order re consolidating CNA appeal and setting briefing calendar (.1); review materials from Debtors regarding proposed acquisition and e-mail correspondence regarding same (.3). | 0.40 |
| 07/05/11 | R. Wyron | Review proposed revised order (.3); call with Grace counsel re proposed order and follow-up (.6); confer with R. Frankel  order language and e-mail same (.4). | 1.30 |
| 07/05/11 | R. Frankel | Review Marshall case in preparation for conference call with Kirkland. | 1.20 |
| 07/05/11 | R. Frankel | Telephone conference with R. Wyron, A. Paul, J. Donley regarding confirmation order appeal, oral argument, settlement issues (.8); prepare notes regarding same (.4). | 1.20 |
| 07/05/11 | R. Frankel | Review, consider proposed order affirming confirmation order (.5); telephone conference with R. Wyron regarding same (.4). | 0.90 |
| 07/05/11 | R. Frankel | Review marked order from R. Wyron, series of e-mails regarding same. | 0.70 |
| 07/05/11 | R. Frankel | Telephone conference with J. Aldock regarding settlement, mediation issues (.6); prepare notes regarding same (.2). | 0.80 |
| 07/06/11 | D. Felder | Review revisions to proposed District Court order (.1); review pleadings and begin preparing pleading regarding same (.3). | 0.40 |
| 07/06/11 | R. Wyron | Confer proposed order (.3); review draft and follow-up (.4); call with R. Finke records issues and follow-up with D. Austern (.4). | 1.10 |
| 07/06/11 | R. Frankel | Telephone conference with D. Austern re status of settlement issues, mediation (.3); prepare notes re same (.2). | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

August 15, 2011
Invoice No. 1322463

| | | | |
|---|---|---|---|
| 07/06/11 | R. Frankel | Review, consider revised USDC proposed order from Kirkland. | 0.40 |
| 07/06/11 | R. Frankel | Review further changes to proposed UDSC order, series of e-mails re same. | 0.60 |
| 07/06/11 | R. Frankel | Prepare notes, consider structure of a global settlement. | 0.80 |
| 07/07/11 | D. Felder | Conference with R. Wyron regarding next steps (.1); review Debtors' motion to approve PD settlement and plan regarding same (.5); e-mail correspondence with R. Frankel and R. Wyron regarding same (.2). | 0.80 |
| 07/07/11 | R. Frankel | Review e-mails re PD settlement with State of CA (.4); review CA settlement agreement (.7). | 1.10 |
| 07/07/11 | R. Frankel | Review as-filed order affirming confirmation order. | 0.30 |
| 07/08/11 | R. Wyron | Continue review of Marshall decision and follow-up on confirmation order issues (.8); call re settlement issues (.4). | 1.20 |
| 07/08/11 | R. Frankel | Review issues re settlement structure. | 0.60 |
| 07/11/11 | D. Felder | Review e-mail correspondence from R. Wyron regarding updates (.1); review Debtors' certification of counsel regarding revised order on consent decree with United States regarding superfund site (.3). | 0.40 |
| 07/11/11 | R. Wyron | Call with M. Giannotto re settlement issues (.3); call with J. Radecki re warrants and follow-up (.3); call with P. Mahaley re potential settlement (.2); confer with R. Frankel and follow-up with P. Lockwood re potential settlement (.3); call with P. Lockwood and follow-up re settlement (1.3); organize notes re global deal outline (.4). | 2.80 |
| 07/11/11 | R. Frankel | Telephone conference with J. Donley re settlement, appeal issues (.5); confer with R. Wyron re same (.3); telephone conference with D. Austern re same (.3). | 1.10 |
| 07/11/11 | R. Frankel | Review issues re plan consummation, equitable mootness. | 0.80 |
| 07/11/11 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood re possible settlement structures (1.6); notes re same (.2). | 1.80 |
| 07/11/11 | R. Frankel | Review letter to Judge Buchwalter re status of appeals (.4); consider appeal issues (.4). | 0.80 |
| 07/12/11 | R. Wyron | Prepare for call with Debtors (.3); call with Debtors and ACC counsel (1.1); revise notes re global settlement (.4); begin review of transcripts (.9). | 2.70 |
| 07/12/11 | R. Frankel | Review cases, article on equitable mootness, plan consummation. | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

August 15, 2011
Invoice No. 1322463

| | | | |
|---|---|---|---|
| 07/12/11 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood and R. Wyron regarding appeal issues, settlement issues (1.1); notes regarding same (.2). | 1.30 |
| 07/12/11 | R. Frankel | Review portion of transcript from USDC oral argument. | 2.30 |
| 07/12/11 | R. Frankel | Confer with R. Wyron regarding plan, effective date issues, substantial consummation. | 0.60 |
| 07/12/11 | R. Frankel | Telephone conference with H. Huge regarding Trust, effective date issues, status. | 0.30 |
| 07/13/11 | D. Felder | Review documents regarding proposed acquisition (1.8); telephone conference with Debtors, UCC, ACC and financial advisors regarding same (.8); telephone conference with D. Austern, Lincoln team and Orrick team regarding same (.4). | 3.00 |
| 07/13/11 | R. Frankel | Telephone conference with J. Donley regarding plan confirmation, effective date issues (.3); notes re same (.1). | 0.40 |
| 07/14/11 | R. Wyron | Review CNA appeal issues with P. Mahaley and follow-up (.6); continue review of confirmation re hearing transcript (.8). | 1.40 |
| 07/14/11 | R. Frankel | Telephone conference with D. Austern re settlement, mediation issues. | 0.30 |
| 07/14/11 | R. Frankel | Review portions of oral argument transcript. | 1.10 |
| 07/15/11 | D. Felder | E-mail correspondence with B. Lawrence regarding proposed acquisition (.2); review memorandum from M. Wallace regarding same (.5); review draft asset purchase agreement regarding same (.7). | 1.40 |
| 07/15/11 | R. Wyron | Call global issues and follow-up (.3); review CNA appeal schedule and e-mails re same (.2). | 0.50 |
| 07/18/11 | D. Felder | Various telephone conferences with Grace, et al. regarding proposed acquisition and various follow-up telephone conferences and e-mail correspondence to/from/with R. Frankel, R. Wyron, J. Baer, A. Rich, J. Liesemer, A. Krieger and J. Sakalo (4.0); e-mail correspondence with J. Biggs regarding confidentiality issues (.3); conference with R. Wyron regarding National Union claim transfer and follow-up regarding same (.8); telephone conference with J. Solganick regarding proposed acquisition (.2). | 5.30 |
| 07/18/11 | R. Frankel | Review revised letter detailing appeals to J. Buckwalter, e-mails regarding same. | 0.40 |
| 07/19/11 | D. Fullem | Review recently filed pleadings. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

August 15, 2011
Invoice No. 1322463

| | | | |
|---|---|---|---|
| 07/19/11 | R. Wyron | Review agenda (.2); review National Union claims transfer information (.2). | 0.40 |
| 07/20/11 | D. Felder | Review certificate of counsel and revised proposed order from Debtors regarding proposed acquisition and follow-up regarding same (1.5); various telephone conferences with J. Liesemer, R. Frankel and Debtors regarding same (1.0); e-mail correspondence regarding same (.8). | 3.30 |
| 07/21/11 | D. Fullem | Review e-mail from R. Frankel and follow-up re default interest issues. | 0.20 |
| 07/21/11 | D. Felder | Review two versions of revised certificate of counsel and proposed order from Debtors and e-mail correspondence regarding same (1.5); review proposed District Court confirmation order submitted by lenders (.2). | 1.70 |
| 07/21/11 | R. Wyron | Begin review of briefs on CNA appeal (.8); call with A. Paul et al re procedural issues and follow-up (1.1). | 1.90 |
| 07/22/11 | D. Fullem | Review email from R. Frankel and D. Felder re notice of second supplemental authority by Bank Lender Group in consolidated appeal. | 0.20 |
| 07/22/11 | D. Felder | E-mail correspondence with J. Baer regarding revised proposed order and certificate of counsel regarding proposed acquisition (.5); review drafts and as-filed versions regarding same (1.0); telephone conference with R. Frankel regarding same and follow-up (.1). | 1.60 |
| 07/22/11 | R. Wyron | Review Libby and BNSF pleadings (2.1); review Garlock pleadings re potential resolution (2.6); review global settlement status and e-mails re same (.4). | 5.10 |
| 07/22/11 | R. Frankel | Telephone conference with H. Huge re status and effective date issues. | 0.30 |
| 07/22/11 | R. Frankel | Telephone conference with R. Wyron re plan, lender issues, telephone conference with Kirkland (.5); consider settlement structure issues (.3). | 0.80 |
| 07/25/11 | D. Fullem | Prepare pro hac vice motions for R. Frankel, R. Wyron and P. Mahaley to file in consolidated appeal cases. | 0.50 |
| 07/25/11 | D. Felder | Review motions for pro hac admission in District Court appeal regarding CNA settlement agreement and e-mail correspondence with D. Fullem regarding same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

August 15, 2011
Invoice No. 1322463

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 07/25/11 | R. Wyron | Begin detailed review of Libby and BNSF appeal briefs and outline issues (4.7); review e-mails re proposed order and respond (.2); review supplemental authority from Lenders and follow-up (.6); review docket re upcoming hearings (.2). | 5.70 |
| 07/25/11 | R. Frankel | Review second supplemental authority filed by Bank Lenders. | 1.20 |
| 07/25/11 | R. Frankel | Confer with R. Wyron  CNA appeal issues, prepare for call with Kirkland. | 0.50 |
| 07/25/11 | R. Frankel | Review Libby Claimants brief re CNA appeal. | 2.30 |
| 07/25/11 | R. Frankel | Exchange series of e-mails with H. Huge re TDP and Trust Agreement. | 0.40 |
| 07/26/11 | D. Fullem | Revise pro hac motions and finalize for filing. | 0.50 |
| 07/26/11 | D. Fullem | Confer with R. Wyron re research issues and update with findings. | 0.80 |
| 07/26/11 | D. Fullem | Review Grace's 2nd quarter results and press release. | 0.40 |
| 07/26/11 | D. Fullem | Review docket updates. | 0.20 |
| 07/26/11 | R. Wyron | Call with Debtors re strategy (.3); continue review of briefs on CNA appeal (2.3); review case law cited in appeal briefs (1.1); review discovery issue on Grace TDP values (.3). | 4.00 |
| 07/26/11 | R. Frankel | Review notes in preparation for conference call (.4); conference call with Grace, P. Lockwood, J. Donley, R. Wyron (.4); confer with R. Wyron re same (.3). | 1.10 |
| 07/26/11 | R. Frankel | Review BNSF brief re CNA appeal. | 2.40 |
| 07/26/11 | R. Frankel | Prepare notes re BNSF, Libby briefs for CNA settlement appeal. | 0.60 |
| 07/26/11 | R. Frankel | Finish review of transcript of oral argument before J. Buckwalter (1.1); review draft reply to Lenders' filing (.2). | 1.30 |
| 07/26/11 | R. Frankel | Telephone conference with D. Austern  status, appeal, confirmation issues (.4); prepare notes re same (.1); confer with R. Wyron re same (.2). | 0.70 |
| 07/26/11 | R. Frankel | Review 8-K and earnings press release. | 1.10 |
| 07/26/11 | R. Frankel | Listen to quarterly investor conference call (.6); confer with R. Wyron re same and appeal issues (.4). | 1.00 |
| 07/27/11 | D. Felder | Review Debtors' response to Lenders' supplemental authorities (.1); review issues relating to CNA appeal and joint appendix regarding same (.5); review Libby and BNSF briefs filed in CNA appeal (1.0); telephone conference with L. Esayian, P. Lockwood and Orrick team regarding same (.4); follow-up regarding same (.2). | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/27/11 | R. Wyron | Review analysis of complaints against insurers and follow-up (.8); continue review of Libby and BNSF briefs on CNA appeal (1.1); confer with P. Mahaley re strategy (1.3); confer with R. Frankel re strategy and follow-up (.3); call with Debtors and ACC counsel re CNA appeal and follow-up (1.2); review discovery transcript re Grace data (.4); review analysis on equitable mootness (.8). | 5.90 |
| 07/27/11 | R. Frankel | Review transcript from hearing re Manville-Travelers, e-mails re same. | 0.60 |
| 07/27/11 | R. Frankel | Review Caswell Declaration re CNA settlement record. | 1.10 |
| 07/27/11 | R. Frankel | Prepare notes re CNA appeal teleconference (.6); confer with R. Wyron in preparation for call (.3). | 0.90 |
| 07/27/11 | R. Frankel | Telephone conference with R. Wyron, P. Mahaley, L. Esayian, P. Lockwood re CNA reply brief (1.1); notes re same (.2). | 1.30 |
| 07/28/11 | D. Felder | Telephone conference with P. Mahaley regarding CNA appeal issues and follow-up regarding same (.2); e-mail correspondence to/from Orrick team and Lincoln regarding update on Project Larch (.1). | 0.30 |
| 07/28/11 | R. Wyron | Review settlement issues with R. Frankel (.6); call with P. Lockwood and E. Inselbuch re issues and follow-up (.9); call with M. Giannotto (.7); review outline of response on CNA appeal and notes re same (1.4); confer with P. Mahaley and I. Mirkin re Libby issues and follow-up (1.2); begin work on global settlement outline (1.3). | 6.10 |
| 07/28/11 | R. Frankel | Telephone conferences with J. Donley and D. Austern regarding mediation issues (.9); confer with R. Wyron regarding same (.5). | 1.40 |
| 07/28/11 | R. Frankel | Telephone conference with J. Aldock regarding mediation issues (.6); consider structural issues for settlement (.6). | 1.20 |
| 07/28/11 | R. Frankel | Telephone conference with J. Donley, F. McGovern regarding mediation issues, next steps (.6); notes regarding same (.3). | 0.90 |
| 07/28/11 | R. Frankel | Telephone conference calls with P. Lockwood, E. Inselbuch and R. Wyron regarding mediation, settlement issues (.9); confer with R. Wyron regarding same (.3). | 1.20 |
| 07/28/11 | R. Frankel | Confer with R. Wyron regarding settlement, mediation issues. | 0.60 |



ORRICK

<table>
<tr><td>David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 14</td><td>August 15, 2011<br>Invoice No. 1322463</td></tr>
</table>

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/28/11 | R. Frankel | Telephone conference with J. Donley regarding call with Caplin, next steps, mediation session (.5); notes regarding same (.2). | 0.70 |
| 07/28/11 | R. Frankel | Review notes, consider mediation strategy. | 0.80 |
| 07/29/11 | D. Fullem | Review General Growth docket for appeal or reconsideration to recent Orders; update R. Wyron with email regarding same. | 0.20 |
| 07/29/11 | R. Wyron | Work on global settlement outline (2.7); continue review of equitable mootness cases (1.9). | 4.60 |
| 07/29/11 | R. Frankel | Telephone conference with R. Wyron regarding call with J. Donley re next steps (.3); telephone conference with D. Austern regarding same (.2); notes regarding same (.4). | 0.90 |
| 07/29/11 | R. Frankel | Review outline of CNA brief from M. Giannotto (1.2); prepare notes regarding same (.4). | 1.60 |
| 07/29/11 | R. Frankel | Consider, prepare notes regarding structure of global settlement in preparation for meeting with other plan proponents. | 0.90 |
| 07/31/11 | R. Wyron | Continue review of equitable mootness cases (1.3); work on global settlement terms (.4); review Libby Medical Program (.9). | 2.60 |

|  | Total Hours | 125.80 | |
|---|---|---|---|
|  | Total For Services | | $107,617.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 21.10 | 645.00 | 13,609.50 |
| Roger Frankel | 53.60 | 985.00 | 52,796.00 |
| Debra O. Fullem | 3.80 | 265.00 | 1,007.00 |
| Richard H. Wyron | 47.30 | 850.00 | 40,205.00 |
| Total All Timekeepers | 125.80 | $855.47 | $107,617.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

August 15, 2011
Invoice No. 1322463

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 7.80 | |
| Express Delivery | 11.89 | |
| Hand Delivery | 14.50 | |
| Other Business Meals | 92.96 | |
| Out of Town Business Meals | 24.55 | |
| Outside Reproduction Services | 172.99 | |
| Parking Expense | 29.00 | |
| Taxi Expense | 22.00 | |
| Telephone | 0.00 | |
| Travel Expense, Local | 1,012.00 | |
| Travel Expense, Out of Town | 4.00 | |
| Westlaw Research | 647.64 | |
| Total Disbursements | | $2,039.33 |

**Total For This Matter**                    **$109,656.83**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

August 15, 2011
Invoice No. 1322463

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/05/11 | D. Felder | Review Fee Auditor's final report regarding Kirkland & Ellis. | 0.20 |
| 07/21/11 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of D. Austern and Towers' fee applications. | 0.20 |
| 07/21/11 | D. Fullem | Review e-mail from C. Burke with April, May and June fee applications by Lincoln (.1); prepare response (.1); update D. Felder re same (.1); review documents and prepare notices with objection deadlines (.7). | 1.00 |
| 07/21/11 | D. Fullem | Review and respond to e-mail from C. Burke at Lincoln regarding timing of filing of Apr-Jun quarterly fee application. | 0.20 |
| 07/25/11 | D. Fullem | Coordinate filing and serving of Lincoln's April, May and June monthly fee applications. | 1.00 |
| 07/25/11 | D. Felder | Review April, May and June fee applications for Lincoln and notice regarding same (.4); conferences with D. Fullem regarding same (.2). | 0.60 |

|  | | |
|---|---|---|
| Total Hours | 3.20 | |
| Total For Services | | $1,152.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.80 | 645.00 | 516.00 |
| Debra O. Fullem | 2.40 | 265.00 | 636.00 |
| Total All Timekeepers | 3.20 | $360.00 | $1,152.00 |

**Total For This Matter**                          **$1,152.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

August 15, 2011
Invoice No. 1322463

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

Disbursements
    Document Reproduction               35.10
                  Total  Disbursements          $35.10

                 **Total For This Matter**         **$35.10**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

August 15, 2011
Invoice No. 1322463

For Legal Services Rendered Through July 31, 2011 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 07/05/11 | D. Fullem | Review and update fee/expense charts. | 0.20 |
| 07/07/11 | D. Fullem | Confer and review with D. Felder; update service lists. | 0.30 |
| 07/07/11 | D. Fullem | Review June prebill. | 1.00 |
| 07/07/11 | D. Felder | Review June prebill. | 1.00 |
| 07/18/11 | D. Fullem | Prepare CNO for Orrick's May fee application. | 0.30 |
| 07/18/11 | D. Felder | Review CNO for Orrick's May fee application. | 0.10 |
| 07/19/11 | D. Fullem | Coordinate filing/serving of CNO for Orrick's May fee application. | 0.40 |
| 07/21/11 | D. Fullem | Prepare draft of June fee application. | 1.00 |
| 07/22/11 | D. Fullem | Review D. Felder edits to June fee application; prepare revisions; provide to R. Wyron for final review. | 0.60 |
| 07/22/11 | D. Fullem | Prepare update to fee/expense charts; circulate to group. | 0.20 |
| 07/22/11 | D. Felder | Review June fee application and provide comments to D. Fullem. | 0.60 |
| 07/25/11 | D. Fullem | Coordinate filings/serving of June fee application. | 0.50 |
| 07/26/11 | R. Wyron | Review monthly fee application. | 0.30 |
| 07/28/11 | D. Fullem | Review recent payment from Grace; email to R. Wyron re same; update fee/expense charts; circulate to group. | 0.40 |

Total Hours 6.90
Total For Services $2,650.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|------:|-----:|-------:|
| Debra Felder | 1.70 | 645.00 | 1,096.50 |
| Debra O. Fullem | 4.90 | 265.00 | 1,298.50 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 6.90 | $384.06 | $2,650.00 |

**Total For This Matter**            **$2,650.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

August 15, 2011
Invoice No. 1322463

**\* \* \* COMBINED TOTALS \* \* \***

|  |  |  |
|---|---|---|
| Total Hours | 223.20 |  |
| Total Fees, all Matters |  | $183,305.50 |
| Total Disbursements, all Matters |  | $2,125.45 |
| Total Amount Due |  | $185,430.95 |