#### IN THE UNITED STATES BANKRUPTCY COURT

#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

#### NOTICE OF WITHDRAWAL OF DOCUMENT ENTERED IN ERROR
#### (RE: DOCKET NO. 27509)

PLEASE TAKE NOTICE that on August 26, 2011, the Certification of No Objection Regarding Docket No. 27367 (docket entry number 27509), was entered in error and is hereby withdrawn.

Dated: August 26, 2011                                          FERRY, JOSEPH & PEARCE, P.A.

                                                                             /s/ Lisa L. Coggins
                                                                            Michael B. Joseph (No. 392)
                                                                            Theodore J. Tacconelli (No. 2678)
                                                                            Lisa L. Coggins (No. 4234)
                                                                            824 Market Street, Suite 1000
                                                                            P.O. Box 1351
                                                                            Wilmington, DE 19899
                                                                            Tel: (302) 575-1555

                                                                            *Counsel to the Official Committee of*
                                                                            *Asbestos Property Damage Claimants*