```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2161136
7500 Grace Drive                          Invoice Date        08/22/11
Columbia, Maryland 21044                  Client Number        172573
USA
```

===============================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

    Fees                                    4,297.50
    Expenses                                0.00

                TOTAL BALANCE DUE UPON RECEIPT         $4,297.50
                                                          =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number         2161136
7500 Grace Drive                         Invoice Date          08/22/11
Columbia, Maryland 21044                 Client Number          172573
USA                                      Matter Number           50001
```

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/05/11 | Espinosa | Analysis and research re: Plaintiff's initial disclosures, and email A. Enriquez re same. | .50 |
| 07/12/11 | Espinosa | Call with A. Enriquez re the individuals identified in Plaintiff's initial disclosures, and draft email summarizing same. | .50 |
| 07/12/11 | Husar | Work on discovery and status update. | .90 |
| 07/13/11 | Espinosa | Follow-up call to the W.R. Grace's Workers Compensation attorney re status. | .10 |
| 07/14/11 | Espinosa | Draft joint report for the July 29 scheduling conference. | 1.20 |
| 07/14/11 | Husar | Review and revise case management conference report (0.7); strategy regarding discovery plan (0.5). | 1.20 |
| 07/15/11 | Espinosa | Revise the Joint Report and email Plaintiff's counsel re same. | .50 |
| 07/19/11 | Espinosa | Review reports from Plaintiff's April 2011 AME exam. | .50 |
| 07/20/11 | Espinosa | Call with M. Glover re status of workers compensation claims. | .20 |

```
172573  W. R. Grace & Co.                          Invoice Number  2161136
50001   Correa v. W.R. Grace                       Page    2
        August 22, 2011
```

| Date | Name | | Hours |
|------|------|---|------|
| 07/21/11 | Husar | Confer regarding plaintiff's counsel ongoing refusal to respond to meet and confer process relating to CMC statement. | .30 |
| 07/22/11 | Espinosa | Correspond with Plaintiff's counsel regarding the revisions to the Joint Rule 26 Report (0.4); finalize and file the Joint Rule 26 Report (0.2). | .60 |
| 07/22/11 | Husar | Work on joint report and review plaintiff's proposed changes to the report (0.3); evaluate possible global settlement (0.2). | .50 |
| 07/26/11 | Espinosa | Participate in conference call with the workers' compensation attorney, M. Glover, re the status of the workers' compensation case and settlement (0.9); draft email with an update of recent developments (0.2). Draft email with an update of recent developments; | 1.10 |
| 07/26/11 | Husar | Confer with WR Grace's workers compensation attorney re: strategy and fact/expert issues (0.5); work on strategy for discovery and depositions (1.0). | 1.50 |
| 07/27/11 | Husar | Email exchange with client regarding status and discovery plan (0.2); work on written discovery (0.7). | .90 |
| 07/29/11 | Espinosa | Review the workers' compensation files for the "Petition for New and Further", and email M. Glover re same. | .40 |
| | | TOTAL HOURS | 10.90 |

```
172573 W. R. Grace & Co.                          Invoice Number   2161136
50001  Correa v. W.R. Grace                       Page    3
       August 22, 2011


       TIME SUMMARY              Hours         Rate         Value
       -----------------------   ----------------------     -------

       Linda S. Husar            5.30  at  $  515.00  =   2,729.50
       Stephanie Henderson Espin 5.60  at  $  280.00  =   1,568.00

                                 CURRENT FEES                              4,297.50


                                                              ------------
                                 TOTAL BALANCE DUE UPON RECEIPT    $4,297.50
                                                              ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



    W.R. Grace & Co.                      Invoice Number      2161137
    7500 Grace Drive                      Invoice Date       08/22/11
    Columbia, Maryland 21044              Client Number       172573
    USA




===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

        Fees                                1,577.00
        Expenses                                0.00

                        TOTAL BALANCE DUE UPON RECEIPT       $1,577.00
                                                          =============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                     Invoice Number        2161137
   7500 Grace Drive                     Invoice Date         08/22/11
   Columbia, Maryland 21044             Client Number         172573
   USA                                  Matter Number          60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

     Date   Name                                                   Hours
    ------- -----------                                            -----

   07/05/11 Restivo      Respond to subpoena from Court of          1.00
                         Common Pleas, Allegheny County
                         (0.8);  telephone call with client
                         (0.2).

   07/06/11 Restivo      Subpoena response (1.0); e-mail            1.20
                         client (0.2).

   07/14/11 Ament        Review e-mails re: 7/25/11 agenda           .20
                         and hearing binders.
                                                                  ------
                                            TOTAL HOURS            2.40


  TIME SUMMARY                 Hours         Rate           Value
  -------------------------    ----------------------       -------
  James J. Restivo Jr.         2.20  at  $  700.00  =     1,540.00
  Sharon A. Ament              0.20  at  $  185.00  =        37.00

                              CURRENT FEES                           1,577.00

                                                               -------------
                              TOTAL BALANCE DUE UPON RECEIPT        $1,577.00
                                                               =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                     Invoice Number       2161138
    7500 Grace Drive                     Invoice Date         08/22/11
    Columbia, Maryland 21044             Client Number         172573
    USA



===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                             1,202.50
      Expenses                             0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $1,202.50
                                                          =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number       2161138
   7500 Grace Drive                          Invoice Date        08/22/11
   Columbia, Maryland 21044                  Client Number        172573
   USA                                       Matter Number         60029



==============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

    Date    Name                                                 Hours
   -------- -----------                                          -----

   07/15/11 Ament       Attention to billing matters for          .50
                        fee application (.20); various
                        e-mails to D. Cameron and A. Muha
                        re: billing matters (.20); review
                        e-mail re: June monthly fee
                        application (.10).

   07/15/11 Muha        Review and revise fee and expense         .40
                        detail for June 2011 monthly fee
                        application.

   07/22/11 Muha        Revisions to fee and expense              .20
                        detail for June 2011 monthly
                        application.

   07/25/11 Ament       Review e-mail re: June monthly fee        .10
                        application.

   07/26/11 Ament       Begin drafting June monthly fee           .50
                        application and spreadsheets
                        relating to same.

   07/27/11 Ament       Calculate fees and expenses for          1.00
                        June monthly fee application
                        (.50); continue drafting fee
                        application and spreadsheets re:
                        same (.40); provide same to A.
                        Muha for review (.10).

   07/27/11 Muha        Revisions to draft of June 2011           .20
                        monthly fee application.
```

```
172573 W. R. Grace & Co.                          Invoice Number   2161138
60029  Fee Applications-Applicant                 Page    2
       August 22, 2011


    Date   Name                                                      Hours
   ------- -----------                                                -----

07/28/11 Ament           Finalize June monthly fee                    .40
                         application and attend to issues
                         re: same (.30); e-mail same to J.
                         Lord for DE filing (.10).

07/28/11 Lord            Draft, e-file and serve CNO to              1.60
                         Reed Smith May monthly fee
                         application (.4); revise, e-file
                         and serve Reed Smith June 2011
                         monthly fee application (1.2)
                                                                    ------
                                               TOTAL HOURS            4.90


 TIME SUMMARY              Hours        Rate          Value
 ------------------------  ----------------------   -------
 Andrew J. Muha            0.80  at  $  435.00  =    348.00
 John B. Lord              1.60  at  $  245.00  =    392.00
 Sharon A. Ament           2.50  at  $  185.00  =    462.50

                         CURRENT FEES                              1,202.50

                                                               ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $1,202.50
                                                               ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number        2161139
    7500 Grace Drive                        Invoice Date          08/22/11
    Columbia, Maryland 21044                Client Number          172573
    USA
```

================================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
        Fees                              3,991.00
        Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $3,991.00
                                                        =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number        2161139
7500 Grace Drive                           Invoice Date         08/22/11
Columbia, Maryland 21044                   Client Number         172573
USA                                        Matter Number          60033


==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

   Date    Name                                                     Hours
 -------- -----------                                                -----

 07/03/11 Cameron           Review materials relating to              .80
                            property damage claims.

 07/05/11 Cameron           Further review of property damage         .80
                            claims data.

 07/11/11 Restivo           Receipt/review of emails,                 .40
                            pleadings, etc.

 07/26/11 Cameron           Review asbestos P.D. claims               .80
                            materials.

 07/27/11 Muha              Review chart of property damage           .80
                            cases and notes re: same, and
                            email to D. Cameron re: same.

 07/28/11 Cameron           Review research regarding asbestos        .90
                            P.D. claims (.80); meet with A.
                            Muha regarding same (.10).

 07/29/11 Ament             Various meetings with A. Muha, S.         .60
                            Jonjak and M. Atkinson re:
                            property damage cases.

 07/29/11 Cameron           Meet with A. Muha re: asbestos            .20
                            property damage claims research.

 07/29/11 Muha              Meetings with S. Ament and S.            1.20
                            Jonjak re: research for
                            information on property damage
                            lawsuit filings (1.0); follow-up
                            meeting with D. Cameron to discuss
                            options and next-steps (0.2).
```

```
172573  W. R. Grace & Co.                              Invoice Number   2161139
 60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        August 22, 2011


   Date    Name                                                     Hours
 --------  -----------                                              -----


 07/31/11 Cameron           Review materials re: asbestos             .70
                            property damage claims research.

                                                                   ------
                                                     TOTAL HOURS     7.20


 TIME SUMMARY                 Hours          Rate        Value
 -------------------------    ---------------------    -------
 Douglas E. Cameron            4.20  at  $  650.00  =  2,730.00
 James J. Restivo Jr.          0.40  at  $  700.00  =    280.00
 Andrew J. Muha                2.00  at  $  435.00  =    870.00
 Sharon A. Ament               0.60  at  $  185.00  =    111.00

                              CURRENT FEES                                 3,991.00

                                                                        ------------
                              TOTAL BALANCE DUE UPON RECEIPT              $3,991.00
                                                                        ============
```