REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161141 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.

(50001) Correa v. W.R. Grace

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 1.70 |

TOTAL BALANCE DUE UPON RECEIPT $1.70
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161141 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 50001 |

===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Duplicating/Printing/Scanning | 1.70 | |
| CURRENT EXPENSES | | 1.70 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $1.70 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161141 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 50001 |

===============================================================================

Re: (50001) Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 07/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 11 COPIES | 1.10 |

| | |
|---|---|
| CURRENT EXPENSES | 1.70 |
| TOTAL BALANCE DUE UPON RECEIPT | $1.70 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161142 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 14.14 |

TOTAL BALANCE DUE UPON RECEIPT $14.14

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161142 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| PACER | 0.24 | |
| Duplicating/Printing/Scanning | 13.90 | |
| CURRENT EXPENSES | | 14.14 |
| TOTAL BALANCE DUE UPON RECEIPT | | $14.14 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161142 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 60026 |

Re: (60026) Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/30/11 | PACER | .24 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 93 COPIES | 9.30 |

| | |
|---|---|
| CURRENT EXPENSES | 14.14 |
| TOTAL BALANCE DUE UPON RECEIPT | $14.14 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161143 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 65.77 |

TOTAL BALANCE DUE UPON RECEIPT $65.77

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161143 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 25.36 |
| Duplicating/Printing/Scanning | 7.30 |
| Postage Expense | 2.96 |
| Certified Copies | 21.75 |
| Courier Service - Outside | 8.40 |

| | |
|---|---|
| CURRENT EXPENSES | 65.77 |
| TOTAL BALANCE DUE UPON RECEIPT | $65.77 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161143 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: (60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/27/11 | Certified Copies<br>Copies of court documents | 14.75 |
| 06/27/11 | Certified Copies<br>Copies of court documents | 7.00 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

| Date | Description | Amount | |
|---|---|---|---|
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 | |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 | |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 | |
| 06/30/11 | PACER | 2.40 | |
| 06/30/11 | PACER | .08 | |
| 06/30/11 | PACER | 6.72 | |
| 06/30/11 | PACER | 16.16 | |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 07/06/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 | |
| 07/06/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.08 | |
| 07/21/11 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - Judge Fitzgerald - 7/11/11 | 8.40 | |
| 07/28/11 | Postage Expense | 1.88 | |
| | CURRENT EXPENSES | | 65.77 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $65.77 |