## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for July 2011**

| Date | Services | Hours |
|---|---|---|
| 7/06/11 | Telephone conference with R. Frankel re mediation; email to McGovern re same | .30 |
| 7/12/11 | Telephone conference with Finke (Grace attorney) re pre-petition claims | .40 |
| 7/13/11 | Telephone conference with R. Frankel and financial advisors re proposed acquisition | .40 |
| 7/26/11 | Telephone conference with R. Frankel re Grace updates | .40 |

**Total Hours:** 1.50

**Total Fees ($500.00 per hour)** **$750.00**

**No Expenses**

**Total Fees & Expenses** **$750.0**