<u>EXHIBIT A</u>

**July 2011 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 7/1/2011 | Review correspondence re Larch issues and due diligence (.30); confer with R. Higgins re same (.30); confer with M. Shelnitz re same (.30); review company letter re Larch (.30); confer re same (.20); review status memo on Larch and forward on to committee counsel (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 7/1/2011 | Confer with J. Baer re Project Larch issues (.30); exchange correspondence with A. Schlesinger re same (.30); consider issues re same (.20). | .80 | $475 | $380.00 |
| JSB | 7/5/2011 | Review and respond to inquiries on Larch status (.40). | .40 | $625 | $250.00 |
| JSB | 7/6/2011 | Review and respond to further correspondence on Larch matters (.30); confer with R. Higgins re same (.30); confer with Blackstone and R. Higgins re same (.20). | .80 | $625 | $500.00 |
| RJH | 7/6/2011 | Conferences and exchange correspondence with J. Rohen and others re Project Larch issues (.40); confer with J. Baer re same (.40); exchange correspondence with J. O'Connell re same (.20); telephone conference with A. Schlesinger re same (.50). | 1.50 | $475 | $712.50 |
| JSB | 7/7/2011 | Review and respond to various correspondence re Larch status (.40). | .40 | $625 | $250.00 |
| RJH | 7/7/2011 | Telephone conferences with A. Schlesinger re Project Larch (.50); legal analysis of issues re same (.50). | 1.00 | $475 | $475.00 |
| JSB | 7/8/2011 | Confer with Blackstone and Grace re Larch status (.50); further confer with R. Higgins re issues on same (.40); prepare correspondence re same (.30); review and respond to issues re Larch (.30). | 1.50 | $625 | $937.50 |
| RJH | 7/8/2011 | Legal analysis re Project Larch issues (1.20); confer with J. Baer re same (.40); participate in telephone conference with client and Blackstone re same (.60); revise draft correspondence re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 7/9/2011 | Legal research re Project Larch matters and draft correspondence re same (1.20). | 1.20 | $475 | $570.00 |
| JSB | 7/11/2011 | Participate on client call re Larch issues (1.10); confer with R. Higgins (several times) re Larch issues (.40); confer with D. Kuchinski re Larch issues (.30); prepare correspondence re Larch calls on committee issues, expert issues, and related matters (.50); confer with J. O'Connell re Larch status and issues (.40). | 2.70 | $625 | $1,687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/11/2011 | Confer with J. Baer re Project Larch issues (.50); prepare for conference call with client re same (.40); participate in same (1.10); review and analyze constituent documents re same (1.40); analyze and resolve matters re same (.50). | 3.90 | $475 | $1,852.50 |
| JSB | 7/12/2011 | Participate in call with Grace in-house counsel re Larch expert call preparation (.80); participate in call with Grace and Blackstone re Larch status, strategy, and issues for committees (1.00); review and respond to various correspondence on Larch issues (.50); review and organize notes re committee call re Larch (.40); review revised draft of Larch definition inserts and confer with R. Higgins re same (.50). | 3.20 | $625 | $2,000.00 |
| RJH | 7/12/2011 | Review and comment on Project Larch SPA mark-up (1.40); telephone conference with D. Kuchinski re same (.50); multiple telephone conferences with client re Project Larch issues (1.80); telephone conference with J. Hughes re business matter (.80); legal research re same (1.80); telephone conference with Larch counsel re transaction issues (.40); exchange correspondence with various parties re same (.50); draft correspondence to committee and FCR counsel and FAs re Project Larch (.50). | 7.70 | $475 | $3,657.50 |
| JSB | 7/13/2011 | Confer with D. Kuchinski re Larch issues (.30); review revised Larch comments and revisions and confer with R. Higgins re same (.70); review and respond to Larch correspondence (.40); review revised Larch SPA definition comments (.70); confer with D. Kuchinski re further Larch issues (.30); confer with Larch seller re expert issues on transaction (.90); confer with committees re Larch transaction status (1.10); further confer with clients re same (.70); follow up on Larch issues (.50). | 5.60 | $625 | $3,500.00 |
| RJH | 7/13/2011 | Prepare and revise comments and edits to Project Larch SPA (6.50); prepare for telephone conference with committee and FCR professionals (.50); participate in same (1.00); confer with J. Baer re Project Larch (.50); prepare for telephone conference with Larch business people and counsel re Project Larch matters (.30); participate in same (1.00); telephone conference with R. Finke, D. Kuchinski, J. Hughes et al. re Project Larch (.40); exchange correspondence with various parties re same (.60). | 10.80 | $475 | $5,130.00 |
| JSB | 7/14/2011 | Confer with R. Higgins re Larch issues and status (several conferences) (.50); review and respond to correspondence re same (.40); follow up with committees on several issues re Larch (.30). | 1.20 | $625 | $750.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/14/2011 | Exchange correspondence with A. Krieger and others re Project Larch (.90); exchange correspondence with client re same (1.10); confer with J. Baer re same (.40); analyze documents re same (1.20). | 3.40 | $475 | $1,615.00 |
| JSB | 7/15/2011 | Review revisions from M. Shelnitz re Larch issues and related documents (.50); confer with D. Kuchinski and R. Higgins re same (.30); review ACC comments on SPA for Larch (.20); participate in call with Grace re Larch (.70); review GUC initial comments on APA from Larch (.30); review draft Larch COC and revised draft order (.60); confer re same (.30). | 2.90 | $625 | $1,812.50 |
| RJH | 7/15/2011 | Prepare for telephone conference with client re Project Larch (.50); participate in same (.60); confer with J. Baer re same (.30); draft and revise proposed form of order re same (2.30); review and analyze documents re same (.80); draft and revise proposed form of certificate of counsel re same (3.50); analyze and resolve issues re committee issues with acquisition agreement (.50). | 8.50 | $475 | $4,037.50 |
| JSB | 7/18/2011 | Participate in call with committees and financial consultants re Larch SPA and related issues (1.00); confer with R. Higgins re same (.30); confer with Grace attorneys re FCR/ACC Larch issues (.40); confer with ACC and FCR further re same (.40); review correspondence re Larch and follow up re same (.50); confer further with Grace and R. Higgins re Larch issues raised by ACC and FCR (.40); review Grace draft memo re Larch issues (.30); review revised Larch COC and confer re same (.50); participate in call with committees and financial consultants re Larch bid and related issues (.50); review slides re GCP foreign acquisition (.30); review draft supplemental Rohen affidavit (.40). | 5.00 | $625 | $3,125.00 |
| RJH | 7/18/2011 | Prepare for telephone conference with committee & FCR professionals re Project Larch (.40); participate in same (1.00); follow-up re same (.40); prepare for telephone conference with client re FCR issues regarding Project Larch (.30); participate in same (.40); participate in telephone conference with FCR re same (.50); consider issues and legal research re same (.30); prepare for second conference call with committees and FCRs re Project Larch (.20); participate in same (.50); draft and revise certificate of counsel (2.00); draft and revise form of order (1.20); draft and revise form of supplemental Rohen declaration (2.70). | 9.90 | $475 | $4,702.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/19/2011 | Review revised Larch SPA with comments and correspondence re same (1.50); confer with R. Higgins numerous times re same (.50); confer with R. Finke re same (.30); confer with Grace re COC order and Rohen affidavit (.30); review further revised SPA and confer re same (.70); prepare transmittal and explanation re same (.40); review client comments re same (.40); confer re same (.40); prepare follow up for client re same (.30); further confer re revised SPA language, COC, Order, and supplemental affidavit (.70); confer with M. Conron re same (.40); review further revised SPA in Larch (.40); confer with R. Higgins re same (.30). | 6.60 | $625 | $4,125.00 |
| RJH | 7/19/2011 | Review and revise SPA mark-up (2.80); confer with J. Baer re same (.70); telephone conference with R. Finke re same (.50); telephone conference with J. Rohen re Project Larch matters (.50); telephone conference with M. Shelnitz re same (.50); telephone conference with M. Conron and J. Baer re SPA and other matters (.50); draft and revise certificate of counsel and form of order (2.20); draft and revise supplemental Rohen declaration (1.20); draft and exchange correspondence with client and others re same (.60); transmit certificate of counsel and other documents to committee and FCR professionals (.40). | 9.90 | $475 | $4,702.50 |
| JSB | 7/20/2011 | Review and respond to numerous inquiries re Larch transaction (.70); review comments to draft COC and order (.30); revise same and confer re same (.60); confer with committees re Larch status (.40); confer with Grace re same (.50); further review and revise COC, order, and affidavit and confer re same (.60). | 3.10 | $625 | $1,937.50 |
| RJH | 7/20/2011 | Prepare for and participate in telephone conference with committee and FCR professionals (1.00); participate in telephone conference with client re Project Larch (.70); revise certificate of counsel and other documents (3.50); review and analyze various transactional documents (.80); confer with J. Baer re various issues (.40); draft correspondence to various parties re same (.50); review and analyze Committee and FCR comments to various documents (.90). | 7.80 | $475 | $3,705.00 |
| JSB | 7/21/2011 | Review committees newest comments to Larch documents (.40); confer re same (.40); review related documents and confer re same (.40); confer with J. O'Neill re Larch filings (.40); review, revise, and confer re Larch CDC order and affidavits (.90); prepare correspondence re Larch hearing logistics and issues (.30); confer re status of all Larch matters and address hearing logistics (.40). | 3.20 | $625 | $2,000.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/21/2011 | Review and analyze Committee and FCR counsel comments to certificate of counsel and other documents (2.70); confer with J. Baer re same (.50); revise documents re same (1.50); redact same for Seller review (.80); transmit same to client for review (.30); transmit same to Seller's counsel (.30); exchange correspondence with A. Paul re Project Larch (.50); exchange correspondence with J. O'Neill and others re same (.60); participate in telephone conference with J. O'Neill et al. re same (.40). | 7.50 | $475 | $3,562.50 |
| JSB | 7/22/2011 | Confer with J. O'Neill and court re 7/25 hearing agenda and confidentiality issues (.40); review and revise agenda (.20); review and respond to various correspondence re Larch matters (.40); review Larch comments on COC and order for transaction (.30); confer with client and Larch counsel re same (.40); final review of Larch documents and prepare for filing (.50); confer with US Trustee and address confidentiality issues (.30); review confidentiality agreement for US Trustee (.30); follow up on numerous Larch matters for hearing (.70); assemble materials re same (.50); review and respond to correspondence from the court re Larch order and hearing (.30); prepare correspondence to all parties re same (.40); review and revise hearing notice re Larch (.30). | 5.00 | $625 | $3,125.00 |
| RJH | 7/22/2011 | Telephone conferences with Larch counsel re various matters (.50); confer with J. Baer re same (.60); telephone conferences with client re same (.40); correspond with committee and FCR counsel re same (.90); revise certificate of counsel re same (1.80); revise forms of order re same (.50); revise Rohen declaration (.30); prepare same for filing (1.50); serve same on committee and FCR counsel (.30); serve redacted documents on Larch counsel (.40). | 7.20 | $475 | $3,420.00 |
| RJH | 7/25/2011 | Review correspondence and attend to matters re Project Larch (.60). | .60 | $475 | $285.00 |
| JSB | 7/26/2011 | Review publicity issues re Larch and follow up re same (.30); review and respond to inquiries re Larch Order and seal issues (.30); review and respond to correspondence re potential new transaction (.30); review correspondence re 10 Q and respond re same (.20); review/revise COC/Order re Larch seal order (.40). | 1.50 | $625 | $937.50 |
| RJH | 7/26/2011 | Draft certificate of counsel re order filed under seal regarding Project Larch (2.00); confer with J. Baer re same and other matters (.30); analyze correspondence re same (.40); analyze issues re potential sale transaction (.20). | 2.90 | $475 | $1,377.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 7/27/2011 | Revise COC and Order re seal order on Larch (.50); review draft second quarter 10Q (.50); prepare correspondence re vermiculite matter (.30); review response and correspondence re same (.30). | 1.60 | $625 | $1,000.00 |
| JSB | 7/28/2011 | Confer with J. O'Connell re status of Larch and related matters (.40); confer with R. Higgins re same (.30); confer with R. Higgins re potential vermiculite sale (.30). | 1.00 | $625 | $625.00 |
| RJH | 7/29/2011 | Telephone conferences with J. Rohen re Project Larch (.80); telephone conference with J. O'Connell re same (.30); exchange correspondence with various parties re same (.90); review and analyze documents re potential sale transaction (.50); telephone conference with J. McFarland re same (.60). | 3.10 | $475 | $1,472.50 |
| Total | | | 137.60 | | $72,470.00 |

6

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/5/2011 | Telephone conference with D. Sherrer re concordance database (.30); exchange correspondence with various parties re same (.30); telephone conference with J. Segelbaum re same (.20); exchange correspondence and attend to matters re quarterly OCP report (.50). | 1.30 | $475 | $617.50 |
| JSB | 7/6/2011 | Review newly filed pleadings and attend to same (.40); review revised 2019 statement from D. Cohn (.30); prepare correspondence re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 7/6/2011 | Conference with J. Segelbaum re concordance database (.50); investigate matters re same (.50); correspond M. Araki re same (.50); correspond with client re same (.40). | 1.90 | $475 | $902.50 |
| RJH | 7/7/2011 | Prepare quarterly OCP report (.90); exchange correspondence with R. Finke re concordance database (.30). | 1.20 | $475 | $570.00 |
| RJH | 7/8/2011 | Prepare OCP report for filing (.50); telephone conference with R. Finke re concordance database (.40); telephone conference with D. Sherrer re same (.20); attend to matters re same (.30); exchange correspondence with various parties re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 7/11/2011 | Attend to matters re quarterly settlement and other reports (.30). | .30 | $475 | $142.50 |
| RJH | 7/12/2011 | Prepare 10-Q insert re claims (.60). | .60 | $475 | $285.00 |
| RJH | 7/13/2011 | Exchange correspondence with various parties re quarterly reports (.50). | .50 | $475 | $237.50 |
| JSB | 7/19/2011 | Review outstanding pending matters and organize materials re same (.50). | .50 | $625 | $312.50 |
| RJH | 7/19/2011 | Telephone conference with D. Borowy re quarterly reporting issues (.50). | .50 | $475 | $237.50 |
| JSB | 7/20/2011 | Review newly filed pleadings and pending matters and attend to same (.50). | .50 | $625 | $312.50 |
| RJH | 7/21/2011 | Review and revise draft quarterly reports for filing (.50); prepare and transmit same for filing (.30). | .80 | $475 | $380.00 |
| JSB | 7/25/2011 | Review and follow up on correspondence re AP inquiries (.40); review correspondence to Larch order and follow up re same (.40); prepare circulation on Larch order (.30); review newly filed pleadings and attend to same (.50). | 1.60 | $625 | $1,000.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 7/26/2011 | Participate in status call with Plan Proponents re all matters (.40); confer with R. Higgins re same (.40); confer with E. Gartenlaub (Senator Investment) re case status (.40). | 1.20 | $625 | $750.00 |
| Total | | | 13.60 | | $7,180.00 |

8

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/1/2011 | Legal analysis re MADEP issue (.30); confer with J. Baer re same (.20). | .50 | $475 | $237.50 |
| RJH | 7/5/2011 | Analyze open claims issues (1.20); correspond with various parties re same (.50). | 1.70 | $475 | $807.50 |
| RJH | 7/6/2011 | Telephone conference with R. Finke re Illinois tax claim (.50); legal research re same (.60); exchange correspondence with J. Newbold re same (.40). | 1.50 | $475 | $712.50 |
| RJH | 7/7/2011 | Telephone conference with client re claims issues (.90); prepare for same (.30); telephone conference with C. Finke re open tax claims (.70); legal analysis re same (.60). | 2.50 | $475 | $1,187.50 |
| RJH | 7/8/2011 | Participate in telephone conference with client re Illinois tax claim (.60); analyze issues re same (.20); revise draft memorandum re potential claim issue (80). | 1.60 | $475 | $760.00 |
| RJH | 7/12/2011 | Legal research re Hanmar lease rejection claim (.90); correspond with client re same (.30); draft correspondence with J. Carignan re same (.40). | 1.60 | $475 | $760.00 |
| JSB | 7/14/2011 | Review and respond re tax claim issues (.30); review draft Novak site claim document (.30); follow up re Novak POC (.20). | .80 | $625 | $500.00 |
| RJH | 7/14/2011 | Legal research re open tax claims issues (.90); exchange correspondence and confer with J. Baer re same (.40); exchange correspondence with client re same (.50). | 1.80 | $475 | $855.00 |
| JSB | 7/15/2011 | Review Novak POC and revise draft stipulation re same (.30); confer with R. Finke re claims information and schedules information (.30) prepare changes and correspondence re Novak site stipulation (.30); confer with G. Munitz re case status and GATX lease issues (.30). | 1.20 | $625 | $750.00 |
| JSB | 7/19/2011 | Review correspondence re several small open claim matters and prepare correspondence to client re same (.40). | .40 | $625 | $250.00 |
| JSB | 7/21/2011 | Confer with R. Fink re DH Litter claim issues (.20). | .20 | $625 | $125.00 |
| Total | | | 13.80 | | $6,945.00 |

9

**Matter 11**                                      **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/11/2011 | Review June fee detail (.50). | .50 | $625 | $312.50 |
| JSB | 7/14/2011 | Prepare June expense application (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 7/15/2011 | Review June fee application (.50). | .50 | $625 | $312.50 |
| RJH | 7/18/2011 | Prepare June fee detail (.30). | .30 | $475 | $142.50 |
| RJH | 7/20/2011 | Prepare June fee detail (.90). | .90 | $475 | $427.50 |
| JSB | 7/26/2011 | Review and revise June fee application (.50); | .70 | $625 | $437.50 |
| RJH | 7/26/2011 | Prepare June fee application detail (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 7/28/2011 | Prepare June fee application (1.00); prepare same for filing (.50). | 1.50 | $475 | $712.50 |
| Total | | | 8.90 | | $4,782.50 |

**Matter 14**                                                              **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 7/7/2011 | Review and revise 7/25 hearing agenda (.30). | .30 | $625 | $187.50 |
| RJH | 7/7/2011 | Review draft hearing agenda and exchange correspondence with various parties re same (.40). | .40 | $475 | $190.00 |
| RJH | 7/11/2011 | Attend to matters re filing of certificate of counsel (.30). | .30 | $475 | $142.50 |
| RJH | 7/12/2011 | Exchange correspondence with various parties re certificate of counsel (.30). | .30 | $475 | $142.50 |
| RJH | 7/22/2011 | Multiple telephone conferences with J. O'Neill re July 25 hearing agenda and other hearing-related issues (1.10); review and revise same (.30); confer with J. Baer re same (.20). | 1.60 | $475 | $760.00 |
| Total |  |  | 2.90 |  | $1,422.50 |

Matter 15                                     **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 7/1/2011 | Review correspondence re MADEP and respond re same (.30); review DeKalb consent decree and prepare correspondence re same (.40). | .70 | $625 | $437.50 |
| RJH | 7/1/2011 | Exchange correspondence with C. Leon re FOSROC settlement (.30). | .30 | $475 | $142.50 |
| JSB | 7/5/2011 | Confer with R. Emmett and EPA re AER site settlement issues (.40); prepare insert re AER agreement (.30); review AER agreement and revise draft re same (.40); prepare transmittal re same (.20); prepare revised Order and COC re Walpole Settlement (.80); prepare correspondence re same (.30); prepare follow up re Otis settlement and confer re same (.30). | 2.70 | $625 | $1,687.50 |
| RJH | 7/5/2011 | Exchange correspondence with C. Leon re FOSROC settlement (.20). | .20 | $475 | $95.00 |
| JSB | 7/6/2011 | Revise Walpole COC and Order (.40); confer with M. Brown and E. DiCristafaro re Otis settlement (.30); review draft PPA re same (.50); prepare follow up correspondence re same (.40); participate in call with Insurers and Grace parties re Otis PPA (.80); review and prepare correspondence re documents re Otis settlement issues (.30). | 2.70 | $625 | $1,687.50 |
| RJH | 7/6/2011 | Exchange correspondence with A. Krieger re FOSROC settlement (.30); exchange correspondence with C. Leon re same (.40); telephone conference with C. Leon re same (.30); attend to matters re filing certificate of no objection re same (.30). | 1.30 | $475 | $617.50 |
| JSB | 7/7/2011 | Review Samson correspondence re Fort Peck status (.20); prepare correspondence re same (.30); review and respond to correspondence re Otis settlement (.30). | .80 | $625 | $500.00 |
| JSB | 7/8/2011 | Prepare correspondence re conference re Otis insurance issues (.30). | .30 | $625 | $187.50 |
| RJH | 7/8/2011 | Attend to matters re claims litigation (.20); telephone conference with J. Hughes re same (.30); exchange correspondence with S. Stamoulis re same (.40); draft settlement agreement re same (.50). | 1.40 | $475 | $665.00 |
| JSB | 7/11/2011 | Prepare transmittal for filing Walpole COC and revised order (.30); review documents re Specialty Products discovery (.40); review correspondence re Novak Group claim and respond re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 7/11/2011 | Draft Neutocrete stipulation (1.30); review and analyze constituent documents re same (1.10). | 2.40 | $475 | $1,140.00 |
| RJH | 7/12/2011 | Draft Neutocrete stipulation (1.10). | 1.10 | $475 | $522.50 |
| JSB | 7/13/2011 | Participate in call with insurers and Nustar counsel re Otis issues on settlement issues (.60); review letter re Solow assignment and confer with R. Finke re same (.30); prepare transmittal re Rule 3001(e) notice (.30). | 1.20 | $625 | $750.00 |

12

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/14/2011 | Review and revise Neutocrete stipulation (.80). | .80 | $475 | $380.00 |
| JSB | 7/18/2011 | Review draft Neutocrete agreement and revise same (.40); prepare correspondence re DH litter claim (.30). | .70 | $625 | $437.50 |
| RJH | 7/18/2011 | Draft and revise Neutocrete stipulation (1.00). | 1.00 | $475 | $475.00 |
| JSB | 7/19/2011 | Review correspondence re Otis Insurance issue and prepare follow up re same (.50); review final Georgia Consent Decree and prepare correspondence re same (.40); confer with London Market Insurance Counsel re status of Kneb (Otis) matters (.30). | 1.20 | $625 | $750.00 |
| JSB | 7/20/2011 | Confer with W. Corcoran and R. Emmett re Novak PRP claim and review further correspondence re same (.40); review and respond to correspondence re Otis status and issues (.30); review further correspondence re Novak issues (.40). | 1.10 | $625 | $687.50 |
| JSB | 7/21/2011 | Prepare follow up on Otis issues (.30). | .30 | $625 | $187.50 |
| JSB | 7/22/2011 | Review correspondence and further changes re Otis PPA on insurance issues (.30); follow up re same (.20). | .50 | $625 | $312.50 |
| Total | | | 21.70 | | $12,287.50 |

Matter 16

## Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/1/2011 | Review correspondence re draft order and revised brief and respond re same (.30). | .30 | $625 | $187.50 |
| JSB | 7/5/2011 | Review and respond to correspondence re case strategy issues (.30). | .30 | $625 | $187.50 |
| JSB | 7/6/2011 | Review summary of appeal chart for J. Buckwalter (.30). | .30 | $625 | $187.50 |
| JSB | 7/7/2011 | Review and respond to various inquiries re case status (.30). | .30 | $625 | $187.50 |
| JSB | 7/8/2011 | Review draft presentation re plan issues (.50); prepare comments re same (.80); review comments from A. Paul re same and prepare follow up comments (.40). | 1.70 | $625 | $1,062.50 |
| JSB | 7/11/2011 | Review revised slides for client meeting and prepare further comments (.40); review and respond to inquiry re Canadian ZAI inquiry (.30); review updated significant date checklist re Confirmation and effective date (.40). | 1.10 | $625 | $687.50 |
| JSB | 7/12/2011 | Confer with A. Paul, J. Donley, and J. O'Connell in preparation for meeting on Plan consummation issues (.50); attend meeting with M. Shelnitz and R. Finke re same (3.20). | 3.70 | $625 | $2,312.50 |
| JSB | 7/13/2011 | Confer with R. Higgins re outcome of Grace meeting and matters to attend to re same (.40). | .40 | $625 | $250.00 |
| JSB | 7/18/2011 | Revise Grace plan checklist (.80); prepare correspondence re same (.30). | 1.10 | $625 | $687.50 |
| JSB | 7/21/2011 | Review draft Lender order and prepare correspondence re same (.30); review and respond to further correspondence re same (.40); review Effective Date check-list and further revise same (1.50); confer with R. Higgins re Effective Date checklist (.40). | 2.60 | $625 | $1,625.00 |
| RJH | 7/21/2011 | Consider issues and review correspondence re secured lenders' filing on appellate docket (.50); confer with J. Baer re effective date checklist (.50). | 1.00 | $475 | $475.00 |
| JSB | 7/22/2011 | Review and confer with A. Paul and R. Higgins re closing/effective date checklist and related issues (.60); follow up re same (.20). | .80 | $625 | $500.00 |
| RJH | 7/22/2011 | Prepare for and participate in telephone conference with A. Paul and J. Baer re effective date list (.50). | .50 | $475 | $237.50 |
| JSB | 7/26/2011 | Review and respond to Grace inquiry re lender information(.20). | .30 | $625 | $187.50 |
| RJH | 7/26/2011 | Review and analyze BNSF appellate briefing (.50). | .50 | $475 | $237.50 |
| Total | | | 14.90 | | $9,012.50 |

14

**Matter 20**                                    **Travel – Non-Working**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/11/2011 | Travel to Columbia, MD for meeting with Grace on Plan issues (billed at half time) (3.00). | 3.00 | $625 | $1,875.00 |
| JSB | 7/12/2011 | Travel from Columbia, MD back to Chicago after Grace meetings (billed at half time) (3.00). | 3.00 | $625 | $1,875.00 |
| Total | | | 6.00 | | $3,750.00 |