## Exhibit B

### July 2011 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $2,501.65 |
| Online research | $928.40 |
| Out-of-town travel | $1,469.12 |
| Court fees | $227.84 |
| **Total:** | **$5,127.01** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 7/11/2011 | $46.00 | Taxi to O'Hare for flight to Baltimore |
| 7/11/2011 | $12.26 | Lunch at O'Hare while awaiting flight to Baltimore |
| 7/11/2011 | $710.40 | United Airlines. Airfare from Chicago to Baltimore, including travel and change fees |
| 7/12/2011 | $126.54 | Sheraton Hotel Columbia MD |
| 7/12/2011 | $148.22 | Avis Car Rental - Baltimore MD |
| 7/12/2011 | $355.70 | Southwest Airlines - One way flight from Baltimore MD to Chicago, including travel fee |
| 7/12/2011 | $70.00 | Taxi from Midway Airport to Wilmette IL |
| Total | **$1,469.12** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 6/30/2011 | $393.81 | Lexis/Nexus monthly charges for Grace matters |
| 7/22/2011 | $61.56 | Sprint - Broadband charges for July for Grace |
| 7/31/2011 | $534.59 | Lexis/Nexus monthly charges re additional materials for Grace research |

| | | Service Description | Amount |
|---|---|---|---|
| 7/31/2011 | $2,440.09 | InterCall - July monthly conference call charges for Grace | |
| 8/4/2011 | $227.84 | Pacer July charges for Grace | |
| Total | $3,657.89 | | |

Total July 2011 Expenses:  $5,127.01