# Exhibit A

3917765.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>

In re:

W.R. GRACE & CO., et al.,[1]

Debtors.

</td><td>

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

Objection Deadline:
Hearing Date: TBD only if necessary

</td></tr>
</table>

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2011 THROUGH JULY 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 6.3 | $ 4,095.00 |
| | | | | | |
| **TOTAL** | | | | 6.3 | $ 4,095.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 0.40 |
| | |
| **TOTAL** | $ 0.40 |

3917765.1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485036
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through July 31, 2011

|  |  |
|---|---|
| Fees | $4,095.00 |
| Disbursements | 0.40 |
| **Total Fees and Disbursements** | **$4,095.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 485036
August 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/05/11 | Jaffe | P230 | Emails with team regarding response to Town (0.2). | 0.2 |
| 07/11/11 | Jaffe | P230 | Attention to institutional controls issues, including reviewing EPA letter to Town, emails with team regarding same, and telephone call with Ms. Muench at EPA regarding same (1.4). | 1.4 |
| 07/12/11 | Jaffe | P230 | Attention to institutional controls issues, including reviewing of EPA letter to Town, emails with team, and drafting letter for Grace to Town (1.4). | 1.4 |
| 07/14/11 | Jaffe | P230 | Emails with team regarding communications with EPA and Acton regarding institutional controls (0.4). | 0.4 |
| 07/15/11 | Jaffe | P230 | Attention to institutional controls issue, including reviewing, revising draft Ms. Sheehan letter to Board of Health, Ms. Sheehan comments on legal letter to Board of Health, and emails with team (1.7). | 1.7 |
| 07/20/11 | Jaffe | P230 | Attention to institutional controls issue, including finalizing letter to Acton Board of Health, final review of Ms. Sheehan letter, and emails with team regarding same (1.2) | 1.2 |
| | | | **Total Hours** | **6.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 485036
August 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|----------------|-----------|-----|----------|-----|------------|
| Seth D. Jaffe  | 6.3       | at  | 650.00   | =   | 4,095.00   |
| **Total Fees** | | | | | **$4,095.00** |

## Disbursement Summary

| **Date** | | **Amount** |
|----------|---------------------|------------|
| 07/20/11 | In-House Photocopying | 0.40 |
| **Total Disbursements** | | **$0.40** |

| | |
|---|---|
| **Total Fees** | $4,095.00 |
| **Total Disbursements** | 0.40 |
| **Total Fees and Disbursements** | **$4,095.40** |


## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485036
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**          **$4,095.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 485036
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 0.9 | $     585.00 |
| | | | | | |
| **TOTAL** | | | | **0.9** | **$     585.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $     5.30 |
| | |
| **TOTAL** | **$     5.30** |

3917765.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485037
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through July 31, 2011

| | |
|---|---|
| Fees | $585.00 |
| Disbursements | 5.30 |
| **Total Fees and Disbursements** | **$590.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 485037<br>August 26, 2011<br>Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/29/11 | Jaffe | B160 | Prepare quarterly statements (0.9). | 0.9 |
| | | | **Total Hours** | **0.9** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 485037
August 26, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 650.00 | = | 585.00 |
| **Total Fees** | | | | | **$585.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/29/11 | In-House Photocopying | 5.30 |
| | **Total Disbursements** | **$5.30** |

| | |
|---|---|
| **Total Fees** | **$585.00** |
| **Total Disbursements** | **5.30** |
| **Total Fees and Disbursements** | **$590.30** |

 **FOLEY HOAG** LLP

Adam P. Kahn<br>617-832-1206<br>Boston

# <u>REMITTANCE PAGE</u>

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 26, 2011<br>Invoice No.: 485037<br>Matter No.: 08743.00101

**Re:** **Bankruptcy Matters**

      **Total Fees and Disbursements**      **$590.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 485037
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 5.9 | $  3,835.00 |
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 1.9 | $  1,206.50 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 7.8 | $  5,041.50 |

3917765.1


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485038
Matter No.: 08743.00102

**Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2011

|  |  |
|---|---|
| Fees | $5,041.50 |
| **Total Fees and Disbursements** | **$5,041.50** |

Matter No.: 08743.00102                                    Invoice No.: 485038
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                August 26, 2011
                                                                Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/05/11 | Jaffe | P230 | Revising final draft letter to Town and emails with team regarding same (.8). | 0.8 |
| 07/15/11 | Jaffe | P230 | Attention to access issues, including reviewing, revising draft agreement, and emails with team regarding same (0.8); emails with team regarding natural resources damages settlement (0.2). | 1.0 |
| 07/18/11 | Jaffe | P230 | Attention to access issue, including reviewing, revising, draft agreement and emails with team (0.8). | 0.8 |
| 07/20/11 | Jaffe | P230 | Attention to site security and maintenance issues, including reviewing email and photos from Mr. Smith and emails with team regarding same (0.7). | 0.7 |
| 07/21/11 | Jaffe | P230 | Attention to access issue, including reviewing revised draft agreement and cover letter, emails with team, and office conference with J. Polatin regarding title issues (1.4); attention to EPA concerns, including email with team and Covidien and emails regarding same (0.7). | 2.1 |
| 07/21/11 | Polatin | P230 | Review title material (1.2); online research at Walpole Tax Assessor's website and Norfolk County Registry of Deeds website (0.7). | 1.9 |
| 07/22/11 | Jaffe | P230 | Attention to downstream access issues, including attention to property ownership issue and emails with team regarding same (0.5). | 0.5 |

**Total Hours**     **7.8**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 485038
August 26, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 1.9 | at | 635.00 | = | 1,206.50 |
| Seth D. Jaffe | 5.9 | at | 650.00 | = | 3,835.00 |
| **Total Fees** | | | | | **$5,041.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$5,041.50** |
| **Total Fees and Disbursements** | | **$5,041.50** |

To ensure proper credit to your account,
please include remittance page with your payment.


FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485038
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$5,041.50**

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 485038
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 17.1 | $ 11,115.00 |
| | | | | | |
| **TOTAL** | | | | **17.1** | **$ 11,115.00** |

**Expenses**

| Description | Total |
|---|---|
| Meals | $  207.45 |
| | |
| **TOTAL** | **$  207.45** |

3917765.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485039
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

For Professional Services rendered through July 31, 2011

|  |  |
|---|---|
| Fees | $11,115.00 |
| Disbursements | 207.45 |
| **Total Fees and Disbursements** | **$11,322.45** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 485039
August 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 07/01/11 | Jaffe | P230 | Prepare for 7/6 meeting, including review of chronological information concerning Central Area (1.8). | 1.8 |
| 07/05/11 | Jaffe | P230 | Preparation for 7/6 meeting, including emails with team and document review (1.7). | 1.7 |
| 07/06/11 | Jaffe | P230 | Team meeting with Beatrice, UniFirst, and New England Plastics and prepare for same (4.4). | 4.4 |
| 07/11/11 | Jaffe | P230 | Attention to Central Area issues, including emails with team and addressing project coordinator and Olympia issues (1.3). | 1.3 |
| 07/13/11 | Jaffe | P230 | Attention to Central Area issues, including emails with team and reviewing correspondence to EPA (0.5). | 0.5 |
| 07/20/11 | Jaffe | P230 | Attention to Central Area issues, including reviewing, revising draft letter to EPA from Mr. Guswa and emails with team regarding same (0.8). | 0.8 |
| 07/21/11 | Jaffe | P230 | Attention to Central Area issues, including team telephone conference, call with Ms. Duff and Mr. Smith, and emails with Ms. Duff and team (0.9). | 0.9 |
| 07/22/11 | Jaffe | P230 | Attention to Central Area issues, including reviewing revised draft letter to EPA and emails with team regarding same (0.8). | 0.8 |
| 07/26/11 | Jaffe | P230 | Attention to Central Area, including review of New England Plastics legal and technical letters and emails with team regarding same (0.8). | 0.8 |
| 07/28/11 | Jaffe | P230 | Attention to soil management plan issues, including review of EPA comments and emails with team regarding same (0.6); attention to vapor intrusion issues, including review of draft report and emails with team regarding same (0.7). | 1.3 |
| 07/29/11 | Jaffe | P230 | Attention to vapor intrusion issues, including reviewing, revising draft vapor intrusion report and reviewing, revising draft groundwater report, and emails with team regarding same (2.2); review EPA comments on soil management plan and emails with team | 2.8 |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 485039
August 26, 2011
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| | | | regarding same (0.6). | |
| | | | **Total Hours** | **17.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 485039
August 26, 2011
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 17.1 | at | 650.00 | = | 11,115.00 |
| | **Total Fees** | | | | **$11,115.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/06/11 | Meals - SODEXHO, INC & AFFILIATES: Breakfast for 15 people in Boston for 7/6 meeting with Beatrice, UniFirst, and New England Plastics. | 120.00 |
| 07/06/11 | Meals - SODEXHO, INC & AFFILIATES: Lunch for 6 people in Boston for 7/6 team meeting. | 87.45 |
| | **Total Disbursements** | **$207.45** |

| | |
|---|---|
| **Total Fees** | **$11,115.00** |
| **Total Disbursements** | **207.45** |
| **Total Fees and Disbursements** | **$11,322.45** |

To ensure proper credit to your account,
please include remittance page with your payment.



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 26, 2011
Invoice No.: 485039
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$11,322.45**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 485039
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company