**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                    July 1, 2011     to     Jul 31 2011

Inv  #:              40428

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 11.80 | 3,323.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 210.00 |
| B18 | Fee Applications, Others - | 0.90 | 163.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.90 | 315.00 |
| B25 | Fee Applications, Applicant - | 1.30 | 295.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 2.00 | 700.00 |
| B36 | Plan and Disclosure Statement - | 2.00 | 640.00 |
| B37 | Hearings - | 1.00 | 350.00 |
| B45 | Professional Retention Issues - | 0.10 | 35.00 |
| | **Total** | **20.60** | **$6,031.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 1.40 | 406.00 |
| Regina Matozzo | 200.00 | 4.90 | 980.00 |
| Theodore J. Tacconelli | 350.00 | 12.50 | 4,375.00 |
| Legal Assistant - KC | 150.00 | 1.80 | 270.00 |
| **Total** | | **20.60** | **$6,031.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                              **$230.22**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Supply and Steel Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Conformed Brief by Appellees | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 7/6 hearing | 0.10 | TJT |
| Jul-03-11 | *Case Administration* - Review Fee Auditor's Final Report re: K&E 39 Interim Period with attachments | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BHF 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review order granting 39th Interim Period fee applications | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: R. Hill First Quarterly Fee App | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Concrete Sealant Inc. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review agreed order consolidating Libby and BNSF appeals re: CNA settlement order | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 6/28 | 0.10 | TJT |
| Jul-05-11 | *Case Administration* - Review case management memo re: week ending 7-1-11 | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 7/1/11;   memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/1 | 0.10 | TJT |
| | *Case Administration* - Review amended and restated 2019 by the David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for GEICO | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Master Fund, LLC dated 6/30 | 0.10 | TJT |
| Jul-06-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Kenneth Technology | 0.10 | TJT |
| Jul-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

| | | | |
|---|---|---:|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Managed Holdings, LLC dated 6/30 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review Debtor's Motion to Approve Settlement with State of California Dept. of Gen. Services with attachment | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Prepare correspondence to J. Sakalo re: review Debtor's Motion to Approve Settlement with State of California Dept. of Gen. Services | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review certificates of no objection filed by Debtors re: Fusroc Claim Settlement Notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Santore re: revised proposed Confirmation order | 0.10 | TJT |
| Jul-08-11 | *Case Administration* - Review Notice of Intent to Purchase Equity Securities filed by York Credit Opportunity Fund dated 7/1 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Revised Proposed Confirmation Order | 0.10 | TJT |
| Jul-09-11 | *Case Administration* - Review letter from J. O'Neill to Judge Buckwalter re: pending appeals in District Court | 0.10 | TJT |
| | *Case Administration* - Review chart of pending appeals prepared by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities filed by York Credit Opportunities Master Fund, LP dated 7/1 | 0.10 | TJT |
| Jul-11-11 | *Case Administration* - Review case management memo re: week ending 7-8-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/10/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Statement of Amounts Paid to OCP | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/8 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review certificate of counsel re: Revised Order re: Consent Decree with EPA and MassDEP | 0.10 | TJT |
| | *Case Administration* - Review (3) change of address notices; update 2002 list and labels re: same | 0.20 | KC |
| Jul-12-11 | *Case Administration* - Review fee auditor report re: combined report re: fee apps with no issues | 0.10 | LLC |
| | *Case Administration* - Email from B. Ruhlander re: fee auditor's final combined report and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re; 40th Interim Period fee app. | 0.10 | TJT |
| Jul-14-11 | *Case Administration* - Review Fee Auditor's final Report re: no objections for 40th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review letter from J. O'Neill to Judge Buckwalter re: revised appeal chart and review same | 0.20 | TJT |
| Jul-15-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, | 0.40 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to T. Tacconelli re: same |  |  |
|  | *Case Administration* - Review Notice of Address change for F. Maurer Co. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order authorizing Debtors to enter into Consent Decree with EPA and MassDEP | 0.10 | TJT |
| Jul-16-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings dated 7/5 | 0.10 | TJT |
| Jul-18-11 | *Case Administration* - Review notice of agenda re: 725 2011 hearing | 0.10 | LLC |
|  | *Plan and Disclosure Statement* - Review docket entries re: availability of transcripts of oral argument for appeals of confirmation order | 0.10 | TJT |
|  | *Case Administration* - Review forwarded notice of change of address re: 2002 service list | 0.10 | KC |
| Jul-19-11 | *Case Administration* - Review case management memo re: week ending 7/15/11 | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 5/20/11 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 7/15/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 7/15 | 0.10 | TJT |
|  | *Hearings* - Review agenda for 7/25 hearing | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2011 fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO and COS to Bilzin's May 2011 fee application; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Others* - Prepare CNO and COS to Bilzin's 119th monthly fee app for May 2011 for efiling; efile and service of same | 0.30 | KC |
| Jul-20-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Libby Motion to Extend Page Limits re: appeal no. 11-207 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with committee member re: confirmation oral argument and related issues | 0.20 | TJT |
|  | *Professional Retention Issues* - Review corrected order re: retention of R. Karl Hill for PDFCR | 0.10 | TJT |
|  | Fee Applications, Applicant -   Begin June 2011 bill review in preparation for monthly fee application; to T. Tacconelli for review of same | 0.20 | KC |
| Jul-21-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of Appearance by Gamma Holding | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: confirmation status | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review BNSF's Opening Brief re: Appeal 11-207 | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review Proposed Order by Bank Lender Group and prepare correspondence to J. Sakalo re: same | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review docket re: objections to May 2011 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS to May 2011 monthly fee application | 0.20 | KC |
| Jul-22-11 | *Case Administration* - Review amended notice of agenda re: 7/25/11 hearing | 0.10 | LLC |
|  | *Fee Applications, Others* - Email from KC re: status of upcoming bills and fee app | 0.10 | LLC |
|  | *Case Administration* - Review 40th Quarterly report of Settlements | 0.10 | TJT |
|  | *Case Administration* - Review certificate of counsel re: Notice of filing Amended Order under seal re: Debtor's Motion to Authorize Participation in Competitive Bid Auction | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review Bilzin Memorandum re: Confirmation order appeals | 0.50 | TJT |
|  | *Hearings* - Review amended agenda for 7/25 hearing | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 7/25 hearing | 0.30 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re: 7/25 hearing | 0.10 | TJT |
|  | *Hearings* - Review correspondence from J. O'Neill re; 7/25 hearing | 0.10 | TJT |
|  | *Fee Applications, Others* -  E-mail to L. Flores and LLC re: Bilzin June 2011 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare CNO and COS of May 2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Jul-23-11 | *Case Administration* - Review 40th Quarterly report of Asset Sales | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Filing Supplemental Authority by BLG/USCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Supplemental Authority submitted by BLG/USCC | 0.60 | TJT |
|  | *Hearings* - Review second amended agenda for 7/25 | 0.10 | TJT |
|  | *Hearings* - Review correspondence from Court Call to re: cancellation of appearance for 7/25 hearing | 0.10 | TJT |
| Jul-25-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re: status of case and upcoming closed door hearing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 7/22/11;  memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 7/22 | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph and Pearce's June prebill | 0.50 | TJT |
| Jul-26-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Opening Brief re: appeal no. 11-207 | 0.90 | TJT |
| Jul-27-11 | *Case Administration* - Review Notice of Address Change for Alonso & Carus Iron Works | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellants Response to 2nd Notice of Supplemental Authority | 0.10 | TJT |
| Jul-28-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to TJT re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mangt., LP dated 7/27 | 0.10 | TJT |
| | *Case Administration* - Review redacted order authorizing Debtors to Participate in Competitive Auction | 0.10 | TJT |
| Jul-29-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi Strategy Master Fund dated 7/27 | 0.10 | TJT |
| Jul-30-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re: proposed order re: Acquisition by Debtors During Competitive Auction to Remain Under Seal | 0.10 | TJT |
| | *Case Administration* - Review 28th Supplemental Affidavit of Disinterestedness by K&E | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Post-Confirmation Quarterly Report | 0.30 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi Strategy Fund dated 7/27 | 0.10 | TJT |
| | Totals | 20.60 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jul-14-11 | Cost Advance - First State Deliveries - hand deliveries 6/28; 6/29/11 | 52.50 |
| Jul-19-11 | Photocopy Cost | 4.20 |
| Jul-22-11 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.10 |
| | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (TJT) Account # FJ0093 | 19.12 |
| Jul-23-11 | Photocopy Cost | 1.10 |
| Jul-25-11 | Cost Advance - First State Deliveries - hand delivery 6/30/11 | 7.50 |
| | Cost Advance - Lexis Nexis - Legal research June (Account # 1402RF; Inv # 1106379638) | 41.85 |
| | Cost Advance - Lexis Nexis - Legal research May (Account # 1402RF; Inv # 1106379638) | 57.25 |
| Jul-29-11 | Cost Advance - First State Deliveries - hand deliveries 7/19/11 | 45.00 |
| | Totals | $230.22 |

**Total Fees & Disbursements**　　　　　　　　**$6,261.22**