IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. _____ |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2012 and 2013

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2012 are set forth on the schedule attached hereto as Exhibit "A". The omnibus hearing dates and certain deadlines for 2013 are set forth on the schedule attached hereto as Exhibit "B".

Dated: _____, 2011

The Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:172493.1 91100-001

# EXHIBIT A

# Exhibit A
## 2012 Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates 2012 | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 23, 2012 at 9:00 a.m. | December 19, 2011 | January 6, 2012 | January 9, 2012 | January 13, 2012[1] |
| February 27, 2012 at 9:00 a.m. | January 23, 2012 | February 10, 2012 | February 13, 2012 | February 17, 2012[2] |
| March 19, 2012 at 9:00 a.m. (42nd Quarterly Fee Hearing) | February 13, 2012 | March 2, 2012 | March 5, 2012 | March 12, 2012 |
| April 23, 2012 at 9:00 a.m. | March 19, 2012 | April 6, 2012 | April 9, 2012 | April 16, 2012 |
| May 21, 2012 at 9:00 a.m. | April 16, 2012 | May 4, 2012 | May 7, 2012 | May 14, 2012 |
| June 18, 2012 at 9:00 a.m. (43rd Quarterly Fee Hearing) | May 14, 2012 | June 1, 2012 | June 4, 2012 | June 11, 2012 |
| July 16, 2012 at 9:00 a.m. | June 11, 2012 | June 29, 2012 | July 2, 2012 | July 9, 2012 |
| August 27, 2012 at 9:00 a.m. | July 23, 2012 | August 10, 2012 | August 13, 2012 | August 20, 2012 |
| September 24, 2012 at 9:00 a.m. (44th Quarterly Fee Hearing) | August 20, 2012 | September 7, 2012 | September 10, 2012 | September 17, 2012 |
| October 15, 2012 at 9:00 a.m. | September 10, 2012 | September 28, 2012 | October 1, 2012 | October 5, 2012 |
| November 26, 2012 at 9:00 a.m. | October 22, 2012 | November 9, 2012 | November 9, 2012[3] | November 19, 2012 |
| December 17, 2012 at 9:00 a.m. (45st Quarterly Fee Hearing) | November 9, 2012[4] | November 30, 2012 | December 3, 2012 | December 10, 2012 |

---

[1] January 16, 2012 is a holiday (Martin Luther King Day); therefore, the 7-day Final Agenda deadline is January 13, 2012.

[2] February 20, 2012 is a holiday (Presidents' Day); therefore, the 7-day Final Agenda deadline is February 17, 2012.

[3] November 12, 2012 is a holiday (Veterans Day); therefore, the two-week Preliminary Agenda deadline is November 9, 2012.

[4] November 12, 2012 is a holiday (Veterans Day); therefore, the 35-day filing deadline is November 9, 2012.

DOCS_DE:172493.1 91100-001

# **EXHIBIT B**

# Exhibit B
## 2013 Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates 2013 | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 28, 2013 at 9:00 a.m. | December 24, 2012 | January 11, 2013 | January 14, 2013 | January 18, 2013[1] |
| February 25, 2013 at 9:00 a.m. | January 18, 2013[2] | February 8, 2013 | February 11, 2013 | February 15, 2013[3] |
| March 25, 2013 at 9:00 a.m. (46th Quarterly Fee Hearing) | February 15, 2013[4] | March 8, 2013 | March 11, 2013 | March 18, 2013 |
| April 22, 2013 at 9:00 a.m. | March 18, 2013 | April 5, 2013 | April 8, 2013 | April 15, 2013 |
| May 20, 2013 at 9:00 a.m. | April 15, 2013 | May 3, 2013 | May 6, 2013 | May 13, 2013 |
| July 1, 2013 at 9:00 a.m. (47th Quarterly Fee Hearing) | May 24, 2013[5] | June 14, 2013 | June 17, 2013 | June 24, 2013 |
| July 29, 2013 at 9:00 a.m. | June 24, 2013 | July 12, 2013 | July 15, 2013 | July 22, 2013 |
| August 26, 2013 at 9:00 a.m. | July 22, 2013 | August 9, 2013 | August 12, 2013 | August 19, 2013 |
| September 23, 2013 at 9:00 a.m. (48th Quarterly Fee Hearing) | August 19, 2013 | September 6, 2013 | September 9, 2013 | September 16, 2013 |
| October 21, 2013 at 9:00 a.m. | September 16, 2013 | October 4, 2013 | October 7, 2013 | October 11, 2013[6] |
| November 25, 2013 at 9:00 a.m. | October 21, 2013 | November 8, 2013 | November 8, 2013 | November 18, 2013 |
| December 16, 2013 at 9:00 a.m. (49th Quarterly Fee Hearing) | November 8, 2013[7] | November 29, 2013 | December 2, 2013 | December 9, 2013 |

---

[1] January 21, 2013 is a holiday (Martin Luther King Day); therefore, the 7-day Final Agenda deadline is January 18, 2013.

[2] January 21, 2013 is a holiday (Martin Luther King Day); therefore, the 35-day filing deadline is January 18, 2013.

[3] February 18, 2013 is a holiday (Presidents' Day); therefore, the 7-day Final Agenda deadline is February 15, 2013.

[4] February 18, 2013 is a holiday (Presidents' Day); therefore, the 35-day filing deadline is February 15, 2013.

[5] May 27, 2013 is a holiday (Memorial Day); therefore, the 35-day filing deadline is May 24, 2013.

[6] October 14, 2013 is a holiday (Columbus Day); therefore, the 7-day Final Agenda deadline is October 11, 2013.

[7] November 11, 2013 is a holiday (Veterans Day); therefore, the 35-day filing deadline is November 8, 2013.