# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2011 - JULY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 3.3 | $   2,415.50 |
| 0013 | Business Operations | 48.8 | 36,186.00 |
| 0014 | Case Administration | 16.9 | 3,453.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.1 | 71.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 17.6 | 12,840.00 |
| 0018 | Fee Application, Applicant | 8.0 | 3,435.00 |
| 0019 | Creditor Inquiries | 1.5 | 1,252.50 |
| 0020 | Fee Application, Others | 0.1 | 71.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 143.00 |
| 0036 | Plan and Disclosure Statement | 4.0 | 3,208.00 |
| | | | |
| | **Total** | **100.5** | **$  63,076.00** |

# STROOCK

## INVOICE

| DATE | August 12, 2011 |
|------|-----------------|
| INVOICE NO. | 542666 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|----|-------------------------------------------------------------|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/18/2011 | Review Debtors' motion for approval of settlement of PD Claims of California, Department of General Services. | Krieger, A. | 0.3 |
| 07/21/2011 | Attend to proposed settlement of California's Department of General Services PD Claims and preparation of Committee memorandum thereon (2.4); memorandum to R. Finke requesting supporting information (.2). | Krieger, A. | 2.6 |
| 07/22/2011 | Memoranda from Debtors' counsel re: response to information request on General Services PD Claims settlement. | Krieger, A. | 0.2 |
| 07/26/2011 | Review memo to Committee re: PD Claim settlement. | Kruger, L. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 715 | $ 2,216.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,415.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 2,415.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2011 | Attend to updated financial information and memoranda with Capstone re: same. | Krieger, A. | 0.4 |
| 07/06/2011 | Review information re: potential acquisition. | Kruger, L. | 0.3 |
| 07/06/2011 | Review information re: potential acquisition. | Pasquale, K. | 0.8 |
| 07/07/2011 | Exchanged multiple memoranda with Capstone re: Project Larch (.6); review Larch information and conference call Capstone re: financial information and related matters (.6). | Krieger, A. | 1.2 |
| 07/08/2011 | Memorandum to LK, KP re: discussion with Capstone regarding financial information and Larch status (.6); t/c and email Jan Baer re: status and objection deadline (.1); attend to email from Debtors' counsel re: status of Project Larch (.1); o/c L. Kruger and o/c KP re: same and potential objection (.4); emails with Capstone re: Larch meeting (.1). | Krieger, A. | 1.3 |
| 07/08/2011 | Review financial reports re: Project Larch. | Kruger, L. | 0.2 |
| 07/08/2011 | Review financial info re: Project Larch and emails re: same (.3); confer A. Krieger re: same (.3). | Pasquale, K. | 0.6 |
| 07/11/2011 | Attend to pleadings re: Project Larch and relevant case law. | Krieger, A. | 2.6 |
| 07/12/2011 | Preparation for 7/13 Project Larch update call (1.4); attend to SPA and related documentation (1.9); memoranda with Capstone re: same (.1); memoranda with Debtors' counsel re: SPA (.2). | Krieger, A. | 3.6 |
| 07/13/2011 | Review SPA (2.8); review related materials (1.4); memoranda with Capstone re: Project Larch (.2); conference call Capstone re: SPA | Krieger, A. | 8.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and other outstanding information requests (.4); t/c and memorandum to Debtors' counsel re: extension of response/objection deadline (.2); review Q1 2011 results (.1); conference call with Debtors and other parties' representatives re: Project Larch (.9); follow up conference call Capstone (.4); memorandum re: Larch status (1.3); multiple memoranda with Capstone re: transaction documents to review (.3). | | |
| 07/13/2011 | Review Larch related documents and memo. | Kruger, L. | 0.4 |
| 07/14/2011 | Memoranda with Capstone re: transaction documents schedules to review (.2); memoranda to Debtors' counsel re: request to receive transaction documents (.3). | Krieger, A. | 0.5 |
| 07/14/2011 | Review Capstone memo to Committee re: Larch. | Kruger, L. | 0.5 |
| 07/15/2011 | Prepare memorandum for Debtors' representatives re: comments and questions on the SPA terms and provisions (3.8); review ancillary transaction agreement (.9); memorandum with Debtors' counsel re: Certificate of Counsel and proposed form of order to be submitted to Court (.2); memoranda with Debtors' counsel re: transaction documents (.1). | Krieger, A. | 5.0 |
| 07/16/2011 | Review transaction agreement. | Krieger, A. | 1.4 |
| 07/17/2011 | Review another transaction agreement. | Krieger, A. | 1.2 |
| 07/18/2011 | Preparation for and conference call with representatives for all parties re: proposed Larch acquisition and comments regarding the terms of the SPA (1.1); follow up memoranda with Capstone (.3); memoranda to LK, KP re: Larch conference call (.4); memoranda with other creditor representatives (.4); additional conference call with representatives for all parties re: bid process, bid and COC and order (.5); follow-up conference call representatives for all creditor parties (.3). | Krieger, A. | 3.0 |
| 07/18/2011 | Review memo from AK re: Larch conference call (.2); o/c with AK re: results of her calls with | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | parties re: bid procedures (.2); review draft memo to Committee re: Larch update (.2). | | |
| 07/18/2011 | Review emails and documentation re: Project Larch and confer AK re: same. | Pasquale, K. | 0.8 |
| 07/19/2011 | Attend to Project Larch materials and draft objection to preserve rights (3.8); attend to proposed certificate of counsel and form of order (1.2); memoranda with M. Lastowski re: objection (.1). | Krieger, A. | 5.1 |
| 07/19/2011 | Review draft of Larch objection to preserve rights. | Kruger, L. | 0.3 |
| 07/20/2011 | Attend to proposed COC and order and prepare memorandum to all parties' representatives re: comments thereon (1.4); exchanged memoranda with KP re: comments (.2); exchanged memoranda with M. Lastowski re: filing inquiry (.2); attend to ACC, PI FCR comments (.3); attend to additional financials (.2); prepare for and conference call with representatives for all parties (.8); attend to further revised proposed COC order and memorandum to Debtors' counsel re: same (1.2). | Krieger, A. | 4.3 |
| 07/20/2011 | Review proposed Larch order (.4) and confer AK re: same (.2). | Pasquale, K. | 0.6 |
| 07/21/2011 | Further email to Debtors' counsel re: comments on revised proposed Larch COC and order (.6); attend to comments from other parties-in-interest (.2); attend to further revised forms of COC and order and t/c Debtors' counsel re: additional comments on forms of COC and order circulated (.6); memorandum to LK, KP re: status of COC and order and memorandum from Debtors' counsel re: 7/25/11 hearing information (.3); memoranda with Capstone re: status of transaction including bid amount (.3); preparation for hearing (1.2). | Krieger, A. | 3.2 |
| 07/21/2011 | Emails re: Larch order and review revised documents. | Pasquale, K. | 0.5 |
| 07/22/2011 | Memoranda from and with Debtors' counsel re: bid authority (.2); memorandum with Capstone | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: same (.1); conference call Capstone re: Larch information (.2); attend to "as filed" forms of the COC and supplemental Rohen Affidavit (.4); attend to Larch materials (.7). | | |
| 07/26/2011 | Attend to articles re: Project Larch (.3); attend to articles re: Grace's earnings (.2). | Krieger, A. | 0.5 |
| 07/26/2011 | Review articles re: Project Larch (.1); review articles re: Grace earnings (.1). | Kruger, L. | 0.2 |
| 07/29/2011 | Attend to memorandum from Debtors' counsel re: status of Project Larch and memorandum to LK, KP re: same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 43.0 | $ 715 | $ 30,745.00 |
| Kruger, Lewis | 2.5 | 995 | 2,487.50 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,186.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 36,186.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration 699843  0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2011 | Obtain and circulate recently docketed pleadings in main case (.5); obtain pleadings and court transcripts re: appeals case no. 11-199 (.7). | Mohamed, D. | 1.2 |
| 07/05/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 07/06/2011 | O/cs DM re: transcripts of District Court appellate agreements. | Krieger, A. | 0.2 |
| 07/06/2011 | Obtain and circulate recently docketed pleadings in main case (.7); prepare documents for attorney review (1.4). | Mohamed, D. | 2.1 |
| 07/07/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain and circulate recent pleadings re appeals case docket no. 11-199 (.5). | Mohamed, D. | 1.1 |
| 07/08/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/11/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/12/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/13/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1); obtain transcripts for attorney review (.3). | Mohamed, D. | 0.8 |
| 07/14/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 07/15/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.9); monitor appeals case docket | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | no. 11-199 (.1). | | |
| 07/18/2011 | Obtain and circulate recently docketed pleadings in main case (.5); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |
| 07/19/2011 | O/c DM re: court call arrangements for 7/25/11 hearing. | Krieger, A. | 0.1 |
| 07/19/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain documents for attorney review (.8); schedule A. Krieger to appear telephonically at 7/25/11 hearing (.1). | Mohamed, D. | 1.3 |
| 07/20/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 07/22/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/22/2011 | Memorandum MM re: cancel telephone appearance at 7/25/11 hearing (.1); memoranda with local counsel re: 7/25/11 hearing (.1). | Krieger, A. | 0.2 |
| 07/25/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.5 |
| 07/26/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/27/2011 | Obtain and circulate recently docketed pleadings in main case (.5); prepare pleadings for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 07/28/2011 | Attend to multiple notices re: equity transfers. | Krieger, A. | 0.2 |
| 07/28/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain pleadings re appeals case docket no. 11-199 for attorney review (.4). | Mohamed, D. | 1.1 |
| 07/29/2011 | Obtain and circulate recently docketed pleadings in main case (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Azelby, Colleen | 2.5 | $ 85 | $ 212.50 |
| Krieger, Arlene G. | 0.7 | 715 | 500.50 |
| Mohamed, David | 13.7 | 200 | 2,740.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,453.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,453.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2011 | Memorandum with Debtors' counsel re: proposed settlement with Fosroc. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|-------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 71.50 |
|-----------------------|---------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2011 | Respond to Committee member's inquiry re: foreign subsidiary transaction (.3); attend to memorandum for the Committee re: Consent Agreement with US and Massachusetts regarding the Blackburn Site (1.0). | Krieger, A. | 1.3 |
| 07/05/2011 | Review memo re: consent decree. | Kruger, L. | 0.2 |
| 07/05/2011 | Review draft memo re: consent decree. | Pasquale, K. | 0.3 |
| 07/06/2011 | Review draft memo re: settlement. | Pasquale, K. | 0.3 |
| 07/14/2011 | Attend to Capstone draft memorandum to the Committee re: proposed acquisition (1.9); o/c Janine Dolan re: same (.4); memoranda to Capstone re: insert for Committee memorandum (.9). | Krieger, A. | 3.2 |
| 07/18/2011 | Draft memorandum for the Committee re: update on Larch transaction (1.6); memorandum for Capstone re: Committee memorandum (.2). | Krieger, A. | 1.8 |
| 07/19/2011 | Committee memorandum re: Project Larch (.3); memorandum to Committee member re: confirmation issues on appeal by various appellants (.2). | Krieger, A. | 0.5 |
| 07/21/2011 | Prepare draft limited objection to Larch motion re: preservation of Committee's rights. | Krieger, A. | 3.8 |
| 07/22/2011 | Review, revise draft limited objection to Larch motion re: preservation of Committee's rights (.8); prepare memorandum for the Committee re: proposed PD Claims Settlement (California Department of General Services) (2.1). | Krieger, A. | 2.9 |
| 07/25/2011 | Attend to Debtors' counsel's additional supporting information for proposed | Krieger, A. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | California, General Services claims settlement, the District Court's decision on appeal and revise memorandum to include same. | | |
| 07/26/2011 | Memorandum for the Committee re: PD claims settlement. | Krieger, A. | 0.3 |
| 07/27/2011 | Review draft memo re: PD settlement. | Pasquale, K. | 0.2 |
| 07/29/2011 | Memorandum for the Committee re: status of potential acquisition. | Krieger, A. | 0.2 |
| 07/29/2011 | Review memo re: status of Larch from Debtors' counsel and AK memo re: same (.1); review memo to Committee re: same (.1). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 16.4 | $ 715 | $ 11,726.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,840.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,840.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|----|----------------------------|
|    | 699843  0018               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/07/2011 | Review and revise June Fee Detail. | Magzamen, M. | 0.7 |
| 07/14/2011 | O/c DM re: June 2011 fee statement. | Krieger, A. | 0.1 |
| 07/14/2011 | Prepare draft of SSL's one hundred and twenty-third monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 07/18/2011 | Attend to Stroock's June 2011 fee statement. | Krieger, A. | 1.0 |
| 07/18/2011 | Review revised draft of SSL's one hundred and twenty-third monthly fee application. | Mohamed, D. | 0.7 |
| 07/28/2011 | Finalize SSL one hundred and twenty-third monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 07/29/2011 | Attend to time for preparation of 41st quarterly fee application. | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.4 | $ 715 | $ 2,431.00 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 3.9 | 200 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,435.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,435.00 |
|-----------------------|------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/18/2011 | Attend to Debtors' counsel's response to creditor inquiry on claim status. | Krieger, A. | 0.1 |
| 07/19/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.4 |
| 07/20/2011 | Attend to memoranda re: issues over creditors claim. | Krieger, A. | 0.2 |
| 07/20/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/26/2011 | Memorandum to KP re: communications over creditors' claims. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,252.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,252.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/26/2011 | Attend to other professionals fee statements. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 71.50 |
|-----------------------|---------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation
699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/11/2011 | Review COC regarding order on NRD Consent Decree and memoranda with Debtors' counsel re: comment thereon. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 143.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 143.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 34.95 |
| Local Transportation | 290.43 |
| Long Distance Telephone | 17.04 |
| O/S Information Services | 278.32 |
| Travel Expenses - Transportation | 721.00 |
| Travel Expenses - Meals | 31.65 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,373.39 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2011 | Attend to Plan Proponents proposed District Court order affirming confirmation order. | Krieger, A. | 0.1 |
| 07/08/2011 | Attend to Grace's summary of pending appeals for District Court. | Krieger, A. | 0.1 |
| 07/08/2011 | Review proposed confirmation order and emails re: same. | Pasquale, K. | 0.2 |
| 07/19/2011 | Review proposed competing confirmation order for District Court and memoranda thereon. | Krieger, A. | 0.5 |
| 07/19/2011 | Review memo to Committee re: confirmation issues on appeal (.1); review competing confirmation orders and memos for same (.3). | Kruger, L. | 0.4 |
| 07/19/2011 | Review PW proposed order and emails re: same. | Pasquale, K. | 0.3 |
| 07/20/2011 | Attend to revised proposed confirmation order and email lenders' counsel thereon. | Krieger, A. | 0.8 |
| 07/22/2011 | Attend to supplemental authority filing re: Gropper decision and communicate with lenders' counsel regarding same. | Krieger, A. | 0.8 |
| 07/22/2011 | Review draft notice re: Gropper supplemental GG opinion, and review opinion. | Pasquale, K. | 0.5 |
| 07/28/2011 | Attend to Plan Proponents' reply to Committee's and bank lender group's second supplemental authority filing. | Krieger, A. | 0.1 |
| 07/28/2011 | Review Plan Proponents' response to bank lender group and Committee's second supplemental authority filing. | Kruger, L. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 715 | $ 1,716.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,208.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,208.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 63,076.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |
| TOTAL BILL | $ 64,449.39 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.