# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## JULY 1, 2011 - JULY 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 3.7 | $ 995 | $ 3,681.50 |
| Pasquale, Kenneth | 6.1 | 895 | 5,459.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 69.9 | 715 | 49,978.50 |
| | | | |
| **Paraprofessionals** | | | |
| Azelby, Colleen | 2.5 | 85 | 212.50 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 17.6 | 200 | 3,520.00 |
| | | | |
| **Total** | 100.5 | | $ 63,076.00 |