# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2011 - JULY 31, 2011**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 34.95 |
| Local Transportation | | 290.43 |
| Long Distance Telephone | | 17.04 |
| O/S Information Services | | 278.32 |
| Travel Expenses - Transportation | | 721.00 |
| Travel Expenses - Meals | | 31.65 |
| | | |
| **TOTAL** | | **$ 1,373.39** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | August 8, 2011 |
|---|---|
| INVOICE NO. | 542666 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195833880 on 06/28/2011 | 11.03 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270195867693 on 06/28/2011 | 7.78 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197472678 on 06/28/2011 | 8.36 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270197930100 on 06/28/2011 | 7.78 |
| **Outside Messenger Service Total** | | **34.95** |
| **Local Transportation** | | |
| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA (A. Krieger, K. Pasquale) | 43.52 |
| 07/06/2011 | VENDOR: NYC Taxi; Invoice#: 930842; Invoice Date: 07/01/2011; | 41.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Voucher #: 1113526413; Arlene Krieger 06/27/2011 21:26 from MANHATTAN NY to MANHATTAN NY | |
| 07/12/2011 | VENDOR: NYC Taxi; Invoice#: 931400; Invoice Date: 07/08/2011; Voucher #: 704784; Arlene Krieger 06/28/2011 08:00 from MANHATTAN NY to MANHATTAN NY | 38.39 |
| 07/12/2011 | VENDOR: NYC Taxi; Invoice#: 931400; Invoice Date: 07/08/2011; Voucher #: 633901; Arlene Krieger 06/29/2011 07:00 From MANHATTAN NY to MANHATTAN NY | 38.39 |
| 07/21/2011 | VENDOR: Royal Dispatch Services, Inc.; INVOICE#: 673204; DATE: 7/8/2011 K Pasquale 6/29/11 Raymond PL WE to Summit, NJ | 128.41 |
| | **Local Transportation Total** | **290.43** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 07/01/2011 | EXTN.795475, TEL.2672997041, S.T.11:54, DUR.00:01:24 | 0.56 |
| 07/03/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-070311; DATE: 7/3/2011 -  Teleconference        06-30-2011 | 10.91 |
| 07/06/2011 | EXTN.795475, TEL.2152411000, S.T.11:15, DUR.00:01:11 | 0.56 |
| 07/06/2011 | EXTN.795475, TEL.2152411000, S.T.10:31, DUR.00:05:48 | 1.67 |
| 07/08/2011 | EXTN.795544, TEL.3128364022, S.T.10:29, DUR.00:00:50 | 0.28 |
| 07/13/2011 | EXTN.795544, TEL.3128364022, S.T.12:21, DUR.00:00:40 | 0.28 |
| 07/21/2011 | EXTN.795544, TEL.3128364047, S.T.16:46, DUR.00:09:08 | 2.78 |
| | **Long Distance Telephone Total** | **17.04** |

**O/S Information Services**

| | | |
|---|---|---|
| 07/29/2011 | Pacer Search Service on 6/15/2011 | 278.32 |
| | **O/S Information Services Total** | **278.32** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA | 511.00 |
| 07/12/2011 | VENDOR(EE): AKRIEGER: 06/28/11 - 06/28/11; DATE: 07-12- | 210.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2011; Charge for travel to and from Philadelphia on 6/28/11 for first day of confirmation arguments before District Judge Buckwalter | |
| | **Travel Expenses - Transportation Total** | **721.00** |
| | **Travel Expenses - Meals** | |
| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA  (A. Krieger, K. Pasquale) | 31.65 |
| | **Travel Expenses - Meals Total** | **31.65** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 34.95 |
| Local Transportation | 290.43 |
| Long Distance Telephone | 17.04 |
| O/S Information Services | 278.32 |
| Travel Expenses - Transportation | 721.00 |
| Travel Expenses - Meals | 31.65 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM