**EXHIBIT A**
(Fee Detail)

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $9,990.00 |
| **FEE APPLICATION – APPLICANT** | $414.00 |
| **TOTAL FEES** | $10,404.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 22, 2011
Bill Number 136323
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

THROUGH JULY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/01/11 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 69.00 |
| 07/01/11 | ARA | Quality control PNB documents. | 3.20 Hrs | 416.00 |
| 07/01/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 07/05/11 | ARA | Quality control PNB documents. | 2.30 Hrs | 299.00 |
| 07/05/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 07/06/11 | ARA | Quality control PNB documents. | 5.10 Hrs | 663.00 |
| 07/06/11 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 07/07/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 07/08/11 | ARA | Quality control PNB documents. | 5.10 Hrs | 663.00 |
| 07/11/11 | ARA | Quality control PNB documents. | 6.00 Hrs | 780.00 |
| 07/12/11 | ARA | Quality control PNB documents. | 6.20 Hrs | 806.00 |
| 07/13/11 | ARA | Quality control PNB documents. | 3.10 Hrs | 403.00 |
| 07/13/11 | ARA | Document control. | 1.60 Hrs | 136.00 |
| 07/14/11 | ARA | Quality control PNB documents. | 5.80 Hrs | 754.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JULY 31, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/14/11 | ARA | Document control. | 1.50 Hrs | 195.00 |
| 07/15/11 | ARA | Quality control PNB documents. | 4.80 Hrs | 624.00 |
| 07/15/11 | ARA | Document control | 1.00 Hrs | 85.00 |
| 07/17/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 07/18/11 | ARA | Quality control PNB documents. | 5.70 Hrs | 741.00 |
| 07/19/11 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 103.50 |
| 07/19/11 | ARA | Quality control PNB documents. | 4.70 Hrs | 611.00 |
| 07/19/11 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 07/20/11 | ARA | Quality control PNB documents. | 5.70 Hrs | 741.00 |
| 07/21/11 | ARA | Document control. | 1.60 Hrs | 208.00 |
| 07/22/11 | ARA | Document control. | 5.00 Hrs | 425.00 |
| 07/22/11 | ARA | Quality control PNB documents. | 1.00 Hrs | 130.00 |

|   |   |   | TOTAL LEGAL SERVICES | $9,990.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.60 | 345.00 | 207.00 |
| Angela R. Anderson | 67.80 | 130.00 | 8,814.00 |
| Angela R. Anderson | 11.40 | 85.00 | 969.00 |
|  | 79.80 |  | $9,990.00 |

|  |  | TOTAL THIS BILL | $9,990.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 22, 2011
Bill Number 136324
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH JULY 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/13/11 | RAM | Read Fee Auditor's Combined Final Report for 40th Interim Period. | 0.10 Hrs | 34.50 |
| 07/17/11 | RAM | Work on June fee application. | 0.40 Hrs | 138.00 |
| 07/19/11 | RAM | Work on June fee application and send it to in-house counsels to review. | 0.10 Hrs | 34.50 |
| 07/20/11 | RAM | Work on June fee application; emails from in-house counsels that it may be filed. | 0.50 Hrs | 172.50 |
| 07/21/11 | RAM | Send June fee application to Delaware counsel to file. | 0.10 Hrs | 34.50 |

TOTAL LEGAL SERVICES          $414.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.20 | 345.00 | 414.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Fee Applications, Applicant

|  |  |
|---|---|
| 1.20 | $414.00 |
|  |  |
| TOTAL THIS BILL | $414.00 |