**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,563.74 |
| **FEE APPLICATION – APPLICANT** | $38.60 |
| **TOTAL EXPENSES** | $12,602.34 |



# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 22, 2011
Bill Number  136325
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JULY 31, 2011

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 07/05/11 | 23 copies at $.10 per copy | 2.30 | |
| | | | $2.30 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 07/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - JULY 2011. | 12,157.94 | |
| | | | $12,157.94 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 07/12/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage 7/01/11 through 7/31/11. | 403.50 | |
| | | | $403.50 |

| | | |
|---|---|---|
| | TOTAL COSTS | $12,563.74 |
| | TOTAL THIS BILL | $12,563.74 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 22, 2011
Bill Number 136326
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH JULY 31, 2011

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 07/15/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Lynzy Obarholzar from Casner and Edwards on June 27, 2011 by R A Murphy. | 19.30 |
| 07/15/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on June 20, 2011 by R A Murphy. | 19.30 |
|  |  | $38.60 |
|  | TOTAL COSTS | $38.60 |
|  | TOTAL THIS BILL | $38.60 |