# **EXHIBIT B**

# Exhibit B
## 2013 Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates 2013 | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 28, 2013 at 9:00 a.m. | December 24, 2012 | January 11, 2013 | January 14, 2013 | January 18, 2013[1] |
| February 25, 2013 at 9:00 a.m. | January 18, 2013[2] | February 8, 2013 | February 11, 2013 | February 15, 2013[3] |
| March 25, 2013 at 9:00 a.m. (46th Quarterly Fee Hearing) | February 15, 2013[4] | March 8, 2013 | March 11, 2013 | March 18, 2013 |
| April 22, 2013 at 9:00 a.m. | March 18, 2013 | April 5, 2013 | April 8, 2013 | April 15, 2013 |
| May 20, 2013 at 9:00 a.m. | April 15, 2013 | May 3, 2013 | May 6, 2013 | May 13, 2013 |
| July 1, 2013 at 9:00 a.m. (47th Quarterly Fee Hearing) | May 24, 2013[5] | June 14, 2013 | June 17, 2013 | June 24, 2013 |
| July 29, 2013 at 9:00 a.m. | June 24, 2013 | July 12, 2013 | July 15, 2013 | July 22, 2013 |
| August 26, 2013 at 9:00 a.m. | July 22, 2013 | August 9, 2013 | August 12, 2013 | August 19, 2013 |
| September 23, 2013 at 9:00 a.m. (48th Quarterly Fee Hearing) | August 19, 2013 | September 6, 2013 | September 9, 2013 | September 16, 2013 |
| October 21, 2013 at 9:00 a.m. | September 16, 2013 | October 4, 2013 | October 7, 2013 | October 11, 2013[6] |
| November 25, 2013 at 9:00 a.m. | October 21, 2013 | November 8, 2013 | November 8, 2013 | November 18, 2013 |
| December 16, 2013 at 9:00 a.m. (49th Quarterly Fee Hearing) | November 8, 2013[7] | November 29, 2013 | December 2, 2013 | December 9, 2013 |

---

[1] January 21, 2013 is a holiday (Martin Luther King Day); therefore, the 7-day Final Agenda deadline is January 18, 2013.

[2] January 21, 2013 is a holiday (Martin Luther King Day); therefore, the 35-day filing deadline is January 18, 2013.

[3] February 18, 2013 is a holiday (Presidents' Day); therefore, the 7-day Final Agenda deadline is February 15, 2013.

[4] February 18, 2013 is a holiday (Presidents' Day); therefore, the 35-day filing deadline is February 15, 2013.

[5] May 27, 2013 is a holiday (Memorial Day); therefore, the 35-day filing deadline is May 24, 2013.

[6] October 14, 2013 is a holiday (Columbus Day); therefore, the 7-day Final Agenda deadline is October 11, 2013.

[7] November 11, 2013 is a holiday (Veterans Day); therefore, the 35-day filing deadline is November 8, 2013.

DOCS_DE:172493.1 91100-001