# **EXHIBIT A**

# Exhibit A
## 2012 Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates 2012 | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 23, 2012 at 9:00 a.m. | December 19, 2011 | January 6, 2012 | January 9, 2012 | January 13, 2012[1] |
| February 27, 2012 at 9:00 a.m. | January 23, 2012 | February 10, 2012 | February 13, 2012 | February 17, 2012[2] |
| March 19, 2012 at 9:00 a.m. (42nd Quarterly Fee Hearing) | February 13, 2012 | March 2, 2012 | March 5, 2012 | March 12, 2012 |
| April 23, 2012 at 9:00 a.m. | March 19, 2012 | April 6, 2012 | April 9, 2012 | April 16, 2012 |
| May 21, 2012 at 9:00 a.m. | April 16, 2012 | May 4, 2012 | May 7, 2012 | May 14, 2012 |
| June 18, 2012 at 9:00 a.m. (43rd Quarterly Fee Hearing) | May 14, 2012 | June 1, 2012 | June 4, 2012 | June 11, 2012 |
| July 16, 2012 at 9:00 a.m. | June 11, 2012 | June 29, 2012 | July 2, 2012 | July 9, 2012 |
| August 27, 2012 at 9:00 a.m. | July 23, 2012 | August 10, 2012 | August 13, 2012 | August 20, 2012 |
| September 24, 2012 at 9:00 a.m. (44th Quarterly Fee Hearing) | August 20, 2012 | September 7, 2012 | September 10, 2012 | September 17, 2012 |
| October 15, 2012 at 9:00 a.m. | September 10, 2012 | September 28, 2012 | October 1, 2012 | October 5, 2012 |
| November 26, 2012 at 9:00 a.m. | October 22, 2012 | November 9, 2012 | November 9, 2012[3] | November 19, 2012 |
| December 17, 2012 at 9:00 a.m. (45th Quarterly Fee Hearing) | November 9, 2012[4] | November 30, 2012 | December 3, 2012 | December 10, 2012 |

---

[1] January 16, 2012 is a holiday (Martin Luther King Day); therefore, the 7-day Final Agenda deadline is January 13, 2012.

[2] February 20, 2012 is a holiday (Presidents' Day); therefore, the 7-day Final Agenda deadline is February 17, 2012.

[3] November 12, 2012 is a holiday (Veterans Day); therefore, the two-week Preliminary Agenda deadline is November 9, 2012.

[4] November 12, 2012 is a holiday (Veterans Day); therefore, the 35-day filing deadline is November 9, 2012.

DOCS_DE:172493.1 91100-001