# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

August 23, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(July 1st 2011 to July 31st 2011)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-07-11 | CH | Review of time summary for June 2011 | 0.33 | 285.00 | 94.05 |
| 2011-07-11 | CH | Email to Karen Harvey re: time summary for June 2011 | 0.17 | 285.00 | 48.45 |
| 2011-07-12 | MB | Review of emails from Careen Hannouche and from David Thompson; | 0.33 | 450.00 | 148.50 |
| 2011-07-14 | CH | Email to Karen Harvey re: inquiry Grace wire transfer | 0.08 | 285.00 | 22.80 |
| 2011-07-18 | MB | Review of emails from David Thompson and Mr. Pinchin; | 0.33 | 450.00 | 148.50 |
| 2011-07-19 | CH | Review of an email from Don Pinchin re: assessment of sample of claims | 0.42 | 285.00 | 119.70 |
| 2011-07-21 | CH | Email to Karen Harvey re: payment of Feb and Mar monthly applications | 0.25 | 285.00 | 71.25 |
| 2011-07-22 | CH | Email to Cindy Yates re: confirmation of receipt of payment of 1/2 fees of the Hogan Firm | 0.17 | 285.00 | 48.45 |
| 2011-07-26 | CH | Email to Karen Harvey re: inquiry on Grace wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-07-28 | CH | Review of 16th Monthly Application | 0.33 | 285.00 | 94.05 |
| 2011-07-28 | CH | Email to Karen Harvey re: review of 16th monthly application and inquiry | 0.25 | 285.00 | 71.25 |
| 2011-07-28 | CH | Letter to David Thompson re: portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES:** | **3.08** | | **986.70** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 0.66 | $ 297.00 |
| CH | 285.00 | 2.42 | $ 689.70 |

**DISBURSEMENTS**

Photocopies (212 X ,10¢)  21.20

    **TOTAL DISBURSEMENTS**  **21.20**

    **TOTAL FEES AND DISBURSEMENTS**  **1,007.90**

G.S.T. 5%  50.40
Q.S.T. 8.5%  89.96

    **TOTAL**  **$ 1,148.26**

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001