# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
July 31, 2011  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (July 1, 2011 – July 31, 2011)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/02/11 | Email from Careen Hannouche confirming receipt of wire transfer and part payment toward fee applications | MGM | $450.00 | 0.10 | $45.00 |
| 07/05/11 | receipt of and respond to class member inquiries re: status of settlement and U.S. Court approval of plan of re-organization | DT | $525.00 | 0.25 | $131.25 |
| 07/06/11 | receipt of and respond to several class member inquiries via email all re: status of settlement and distribution of funds | DT | $525.00 | 0.25 | $131.25 |
| 07/06/11 | memo to file regarding meeting with Don Pinchin and Collectiva with representative counsel | DT | $525.00 | 0.10 | $52.50 |
| 07/06/11 | review Sandra McCash memo, letter to Careen Hannouche and Michel Belanger regarding meeting with Don Pinchin, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/11/11 | emails to and from Keith Ferbers re: status of U.S. appeals | DT | $525.00 | 0.10 | $52.50 |
| 07/11/11 | follow-up email to Michel Belanger and Careen Hannouche re: meeting with Don Pinchin and Collectiva | DT | $525.00 | 0.25 | $131.25 |
| 07/11/11 | receipt of and respond to class member inquiries re: status of settlement and U.S. appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/11/11 | Email from David Thompson to Michel Belanger and Careen Hannouche regarding proposed meeting with Don Pinchin for CDN ZAI PD claims administration and expertise | MGM | $450.00 | 0.10 | $45.00 |
| 07/12/11 | receipt Careen Hannouche email, letter to Careen Hannouche, memo to MGM, consider meeting dates proposed, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/12/11 | Email reply from Careen Hannouche regarding proposed meeting with Don Pinchin for CDN ZAI PD claims administration and expertise | MGM | $450.00 | 0.10 | $45.00 |
| 07/13/11 | receipt Karen Harvey email re: holdback monies, receipt Cindy Yates memo, receipt Sue McCormick memo | DT | $525.00 | 0.25 | $131.25 |
| 07/13/11 | receipt Karen Harvey and James Luckey emails, receipt Certification of No Objection, memo to MGM | DT | $525.00 | 0.25 | $131.25 |
| 07/13/11 | receipt of and reply to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/14/11 | emails to and from Karen Harvey and James Luckey, memos to and from Cindy Yates re: receipt of holdback for late 2010, | DT | $525.00 | 0.35 | $183.75 |

| | | | | | |
|---|---|---|---|---|---|
| | email to Karen Harvey to confirm receipt, follow-up with bookkeeping to apply funds | | | | |
| 07/14/11 | receipt of and respond to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/15/11 | receipt of and respond to class member inquiries, memo to file re: follow-up information on website | DT | $525.00 | 0.25 | $131.25 |
| 07/17/11 | Email from Don Pinchin with report regarding preliminary review of sample of CDN ZAI PD claims documents with comments for consideration; review and consider | MGM | $450.00 | 0.20 | $90.00 |
| 07/18/11 | discuss with Matt Moloci, email to Careen Hannouche re: meeting in Toronto | DT | $525.00 | 0.25 | $131.25 |
| 07/18/11 | receipt and review Don Pinchin email, discuss with Matt Moloci, letter to Michel Belanger and Careen Hannouche re: claims administration criteria | DT | $525.00 | 0.40 | $210.00 |
| 07/18/11 | receipt of and respond to various inquiries from class members as to status of settlement, US appeal, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/18/11 | Email reply to Don Pinchin to arrange teleconference for review and discuss CDN ZAI PD claims administration; conference with Thompson regarding meeting with Lauzon Belanger, Collective and Pinchin; further telephone voice message from David Thompson regarding claims administration and next steps | MGM | $450.00 | 0.20 | $90.00 |
| 07/19/11 | memo to Matt Moloci re: involve Yonatan Rozenszajn in developing claims administration process with Collectiva and Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 07/19/11 | memos to and from MGM, receipt MGM email to Dan Hogan all re: July 12th hearing | DT | $525.00 | 0.25 | $131.25 |
| 07/19/11 | receipt Careen Hannouche email, memo to Matt Moloci, receipt Moloci memo, letter to Don Pinchin, letter to Hannouche | DT | $525.00 | 0.40 | $210.00 |
| 07/19/11 | Emails to and from David Thompson regarding CDN ZAI PD claims administration next steps and proposed meetings with Lauzon, Belanger and Don Pinchin; conference with Thompson; further emails from and to Thompson and Careen Hannouche regarding proposed meeting | MGM | $450.00 | 0.20 | $90.00 |
| 07/19/11 | Emails to and from David Thompson regarding status of U.S. appeal; email to Dan Hogan requesting update | MGM | $450.00 | 0.10 | $45.00 |
| 07/20/11 | follow-up email to Careen Hannouche | DT | $525.00 | 0.10 | $52.50 |
| 07/20/11 | further consider Don Pinchin email and suggestions for Claims Administration process, memo to file for points to discuss with Careen Hannouche, Michel Belanger and Collectiva | DT | $525.00 | 1.00 | $525.00 |
| 07/20/11 | receipt CNO from Karen Harvey, receipt James Luckey email, receipt Karen Harvey email re: wire transfer of holdback monies, memo to CY, memo to MGM | DT | $525.00 | 0.35 | $183.75 |
| 07/21/11 | receipt CY memo re: receipt of holdback monies via wire transfer and processing of same | DT | $525.00 | 0.10 | $52.50 |
| 07/21/11 | receipt Dan Hogan email and order, receipt Matt Moloci email, letter to Keith Ferbers, review order, etc. | DT | $525.00 | 0.40 | $210.00 |
| 07/21/11 | Emails to and from David Thompson regarding status of accounts, fee applications and payments; review and reconcile | MGM | $450.00 | 0.10 | $45.00 |
| 07/21/11 | Email from Dan Hogan with attached Notice of Filing of Proposed Order Affirming Confirmation; review; emails to and from Hogan regarding U.S. proceedings and hearing on July 12th | MGM | $450.00 | 0.30 | $135.00 |
| 07/21/11 | Emails to and from David Thompson regarding scheduling of meeting for CDN ZAI PD claims administration with Lauzon | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Belanger and Don Pinchin | | | | |
| 07/22/11 | receipt Careen Hannouche email re meeting | DT | $525.00 | 0.10 | $52.50 |
| 07/25/11 | receipt of and respond to class member inquiries re: status of appeals and Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 07/25/11 | receipt Keith Ferbers' email re: status of US appeals | DT | $525.00 | 0.10 | $52.50 |
| 07/25/11 | receipt Karen Harvey email re: wire transfer of funds | DT | $525.00 | 0.25 | $131.25 |
| 07/25/11 | Email report from Karen Harvey with attached fee application schedule in response to Grace accounts payable audit request | MGM | $450.00 | 0.10 | $45.00 |
| 07/25/11 | Emails from David Thompson to Keith Ferbers and Ferbers reply with report regarding status of U.S. proceedings and report from Dan Hogan | MGM | $450.00 | 0.10 | $45.00 |
| 07/26/11 | receipt of and respond to class member inquiries re: status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/26/11 | receipt Don Pinchin email, memo to Matt Moloci, letter to Michel Belanger and Careen Hannouche all re meeting in Montreal for claims administration process session | DT | $525.00 | 0.75 | $393.75 |
| 07/26/11 | memos to and from Matt Moloci, follow-up with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 07/26/11 | emails to and from Don Pinchin, email to Michel Belanger, memo to Matt Moloci, memo to clerk to check flight options, all for August 30th meeting in Montreal | DT | $525.00 | 0.75 | $393.75 |
| 07/26/11 | Emails from and to Sue McCormick and David Thompson regarding receipt and application of wire transfer of fee application payment from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 07/26/11 | Emails from and to David Thompson and Don Pinchin regarding proposed meeting with Lauzon, Belanger in Montreal, expertise and fees for further development of claims administration procedure and protocol; conference with Thompson | MGM | $450.00 | 0.30 | $135.00 |
| 07/26/11 | Email from possible CDN ZAI PD claimant Jacqueline Quesnel; conference with David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 07/27/11 | receipt Karen Harvey emails, memo to Sue, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/27/11 | receipt of and respond to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.35 | $183.75 |
| 07/27/11 | emails to and from Karen Harvey, emails to and from Sue McCormick, memos to and from Matt Moloci, all re: follow-up on holdback payment and preparation of June monthly fee account | DT | $525.00 | 0.40 | $210.00 |
| 07/27/11 | further emails to and from Karen Harvey re: wire transfer of funds | DT | $525.00 | 0.10 | $52.50 |
| 07/27/11 | further emails to and from Karen Harvey, receipt Matt Moloci and Sue McCormick memos, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/27/11 | Emails from Karen Harvey, David Thompson and Sue McCormick regarding Grace payment of Hogan Law Firm April fee application and bank wire to SH LLP | MGM | $450.00 | 0.10 | $45.00 |
| 07/28/11 | Email from Careen Hannouche regarding scheduling of proposed meeting; emails from and to David Thompson regarding scheduling and arrangements; email from Thompson to Don Pinchin regarding meeting | MGM | $450.00 | 0.20 | $90.00 |

| 07/29/11 | Email from Careen Hannouche confirming availability for August 30th meeting at Lauzon, Belanger regarding CDN ZAI PD claims administration; email to Cindy Yates regarding monthly fee application for June 2011 | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 07/29/11 | review dockets for period July 1, 2011 to July 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of July 1, 2011 to July 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | SUB-TOTAL | 18.70 | $7,597.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 11.10 | $525.00 | $5,827.50 | $757.58 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.60 | $450.00 | $1,170.00 | $152.10 |
| LAW CLERK Cindy Yates 30 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | **18.7** | | **$7,597.50** | **$987.68** |
| **TOTAL FEES AND TAXES:** | | | | | **$8,585.18** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 07/01/11 07/31/11 | Long Distance Calls – Various calls from July 1, 2011 – July 31, 2011 | | $1.60 | $0.21 | $1.81 |
| **TOTAL DISBURSEMENTS:** | | | **$1.60** | **$0.21** | **$1.81** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$8,586.99** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for $.10
per page for photocopies.