**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. Grace & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 27184: ENTERED IN ERROR**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the document filed at Docket No.27184.

Date: August 31, 2011

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com