**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-01D |
|  | STATEMENT NO:                88 |

Asset Analysis and Recovery

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/12/2011 |  |  |  |  |
| KCD | Discussions re: confidential matter; review of documents re: same |  | 0.40 | 150.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen Campbell Davis | 0.40 | $375.00 | $150.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 150.00 |
|  |  |
| BALANCE DUE | $150.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:      3000-02D
STATEMENT NO:           122

Asset Disposition

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $37.30 |
| 07/22/2011 | | | | |
| MTH | Reviewing Debtors' 40th Report on Asset Sales | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 37.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $375.00 | $37.50 |

TOTAL CURRENT WORK                                37.50

BALANCE DUE                                      $74.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
| | STATEMENT NO:         109 |

Business Operations

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,177.10 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/05/2011 | | | | |
| | MTH | Review correspondence from J. Sinclair re auction motion; reviewing correspondence from JAL re auction motion | 0.20 | 75.00 |
| 07/12/2011 | | | | |
| | MTH | Reviewing correspondence from RH re Larch and discussion with KCD re same | 0.50 | 187.50 |
| 07/13/2011 | | | | |
| | KCD | Review draft confidential document | 2.80 | 1,050.00 |
| | KCD | Participate in conference call re: confidential matter | 1.00 | 375.00 |
| 07/18/2011 | | | | |
| | MTH | Review correspondence from JAL re Project Larch | 0.20 | 75.00 |
| 07/22/2011 | | | | |
| | MTH | Review correspondence from JAL re project larch | 0.40 | 150.00 |
| 07/25/2011 | | | | |
| | MTH | Reviewing redacted order entered re auction and correspondence to JAL and JS re same | 0.20 | 75.00 |
| 07/29/2011 | | | | |
| | MTH | Review correspondence from JS re Project Larch | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 5.40 | 2,025.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $375.00 | $600.00 |
| Kathleen Campbell Davis | 3.80 | 375.00 | 1,425.00 |

W.R. Grace

Business Operations


TOTAL CURRENT WORK                                                      2,025.00


| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -100.80 |
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -208.80 |
| | TOTAL PAYMENTS | -309.60 |
| | BALANCE DUE | $3,892.50 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:         122 |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $1,685.87 |

| | | |
|---|---|---:|
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -69.10 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -288.00 |
| | TOTAL PAYMENTS | -357.10 |
| | BALANCE DUE | $1,328.77 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-05D |
| | STATEMENT NO:            122 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,504.00 |

| 07/08/2011 | | | | |
|---|---|---|---|---|
| MTH | Reviewing Debtors' Motion re asbestos settlement with California; reviewing documents related thereto. | | 1.40 | 525.00 |
| MTH | Correspondence to EI and PVNL re asbestos PD settlement motion | | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.60 | 600.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $375.00 | $600.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 600.00 |

| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -14.40 |
|---|---|---|
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -120.00 |
| | TOTAL PAYMENTS | -134.40 |
| | BALANCE DUE | $2,969.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:    3000-06D
STATEMENT NO:    122

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | -$121.50 |
| 07/22/2011 | | | | |
| MTH | Reviewing Order entered on Walpole MA consent decree | | 0.10 | 37.50 |
| MTH | Reviewing Debtors' 40th Quarterly Report on settlements | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 75.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $375.00 | $75.00 |

TOTAL CURRENT WORK    75.00

| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -57.60 |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -28.80 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -158.40 |
| | TOTAL PAYMENTS | -244.80 |
| | CREDIT BALANCE | -$291.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:  3000-07D
STATEMENT NO:  122

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                           $14,207.24

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2011 | | | | |
| | MTH | Review correspondence from EI re Grace auction motion | 0.10 | 37.50 |
| | SMB | Update weekly recommendation memorandum | 0.10 | 11.00 |
| | DAC | Review weekly memorandum | 0.20 | 100.00 |
| | PEM | Review and weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| 07/05/2011 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | MTH | Review correspondence from PVNL re correspondence to Committee re District Court hearing | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Prepare and file 2019 of The David Law Firm; e-mail confirmation of same | 0.30 | 33.00 |
| | SMB | Update 2002 service list | 0.10 | 11.00 |
| | DAC | Review memo re: district court hearing | 0.10 | 50.00 |
| | PEM | Review memo from counsel re: DCT hearing summary. | 0.10 | 45.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| 07/07/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| 07/08/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.80 | 300.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | PEM | Draft weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/10/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **07/11/2011** | | | | |
| | MK | Review docket and update committee event's calendar. | 0.10 | 15.00 |
| | PEM | Review memo from counsel and financial advisor re: updates. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Review correspondence from JS re weekly update | 0.20 | 75.00 |
| **07/12/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/13/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/14/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/15/2011** | | | | |
| | MK | Review committee weekly events calendar. | 0.10 | 15.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 262.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/18/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/19/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Coordinate logistics for hearing on July 25, 2011; e-mail confirmation of same to Jeff Liesemer | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/21/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Review, retrieve, and distribute recently filed documents | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **07/22/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | PEM | Review memorandum re: pending motions and matters. | 0.10 | 45.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 262.50 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| 07/24/2011 | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| 07/25/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 07/26/2011 | | | | |
| | MTH | Reviewing report from Charter Oak; correspondence to and from MRE, PEM re same | 0.50 | 187.50 |
| | PEM | Review Grace weekly update and 2nd Quarter 2011 results; correspondence with M. Hurford; review related Plan documentation. | 0.80 | 360.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 07/27/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | PEM | Follow-up analysis and questions re: assets and values. | 0.40 | 180.00 |
| 07/28/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 07/29/2011 | | | | |
| | MK | Review committee events memorandum. | 0.10 | 15.00 |
| | MTH | Prepare weekly recommendation memo | 1.00 | 375.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Discussion with FKL re miscellaneous recent filings, copies needed; correspondence re same; discussion with SC re same | 0.20 | 75.00 |
| | PEM | Review memo re: weekly recommendations. | 0.10 | 45.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | | FOR CURRENT SERVICES RENDERED | 12.60 | 4,369.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $500.00 | $550.00 |
| Philip E. Milch | 2.70 | 450.00 | 1,215.00 |
| Michele Kennedy | 0.50 | 150.00 | 75.00 |
| Santae M. Boyd | 2.20 | 110.00 | 242.00 |

Page: 4

W.R. Grace

07/31/2011

ACCOUNT NO:        3000-07D
STATEMENT NO:        122

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.10 | 375.00 | 2,287.50 |
| | | | |
| TOTAL CURRENT WORK | | | 4,369.50 |

| | | |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -1,122.40 |
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -881.90 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -810.80 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -3,467.60 |
| | TOTAL PAYMENTS | -6,282.70 |
| | BALANCE DUE | $12,294.04 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                    |                  |
|------------------------------------|------------------|
|                                    | Page: 1          |
| W.R. Grace                         | 07/31/2011       |
| Wilmington  DE                     | ACCOUNT NO:      3000-08D |
|                                    | STATEMENT NO:           121 |

Employee Benefits/Pension

|            |                                                    |           |
|------------|----------------------------------------------------|-----------|
|            | PREVIOUS BALANCE                                   | -$733.90  |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees)    | -30.00    |
|            | CREDIT BALANCE                                     | -$763.90  |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:          122 |

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $738.60 |
| | | **HOURS** | |
| 07/27/2011 | | | |
| MTH | Begin reviewing Charter Oak June fee application | 0.30 | 112.50 |
| MTH | Begin reviewing AKO June fee application | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 187.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $375.00 | $187.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 187.50 |

| | | |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -14.40 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -30.00 |
| | TOTAL PAYMENTS | -44.40 |
| | BALANCE DUE | $881.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                  07/31/2011
Wilmington  DE                                                  ACCOUNT NO:        3000-11D
                                                               STATEMENT NO:            120


Expenses


PREVIOUS BALANCE                                                               $6,452.22


| | | |
|---|---|---|
| 07/01/2011 | Printing - June 2011 | 3.30 |
| 07/01/2011 | Scanning - June 2011 | 2.50 |
| 07/01/2011 | Printing - June 2011 | 93.90 |
| 07/01/2011 | Parcels - copy/service -  preparation and binding of documents into mini books for hearing (6/27/11) | 414.44 |
| 07/01/2011 | Pacer Charges for the month of June | 154.00 |
| 07/12/2011 | Parcels - copy/service - Fee Applications | 393.58 |
| 07/21/2011 | Parcels - copy/service - Binding of First Amended Joint Plan of Reorganization | 63.90 |
| 07/29/2011 | Photocopying - July, 2011 | 0.40 |
| | TOTAL EXPENSES | 1,126.02 |
| | TOTAL CURRENT WORK | 1,126.02 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 100% Expenses) | -858.49 |
| | BALANCE DUE | $6,719.75 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace | 07/31/2011
Wilmington  DE

ACCOUNT NO:      3000-12D
STATEMENT NO:           120

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,569.10 |
| | | **HOURS** | |
| 07/01/2011 | | | |
| MTH | Reviewing and signing C&L May monthly fee application | 0.30 | 112.50 |
| MB | Finalize and efile C&L May fee application (.4) | 0.40 | 50.00 |
| 07/05/2011 | | | |
| PEM | Review June prebill re: Pgh time. | 0.10 | 45.00 |
| 07/11/2011 | | | |
| MTH | Reviewing pre-bill | 0.70 | 262.50 |
| 07/13/2011 | | | |
| MB | Review email from DS re: June bill(.1); Prepare C&L June fee application (.5) | 0.60 | 75.00 |
| 07/25/2011 | | | |
| MTH | Reviewing correspondence from Grace A/P Department re information request; discussion re same; correspondence to and from J. Baer re same | 0.30 | 112.50 |
| 07/26/2011 | | | |
| MTH | Reviewing and revising CNO for May fee application; reviewing docket re same | 0.30 | 112.50 |
| SMB | Review case docket for objections to Campbell & Levine, LLC May fee application (.1); Prepare CNO (.2) | 0.30 | 33.00 |
| 07/27/2011 | | | |
| SMB | Finalize and address filing and service of CNO of Campbell & Levine May Fee Application | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | 3.20 | 825.00 |

W.R. Grace

ACCOUNT NO:        3000-12D
STATEMENT NO:            120

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $450.00 | $45.00 |
| Santae M. Boyd | 0.50 | 110.00 | 55.00 |
| Matthew Brushwood | 1.00 | 125.00 | 125.00 |
| Mark T. Hurford | 1.60 | 375.00 | 600.00 |
| | | | |
| TOTAL CURRENT WORK | | | 825.00 |

| | | |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -157.20 |
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -176.60 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -99.40 |
| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -21.60 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -440.00 |
| | TOTAL PAYMENTS | -894.80 |
| | BALANCE DUE | $3,499.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
|  | STATEMENT NO:           107 |

Fee Applications, Others

PREVIOUS BALANCE                                                                    $14,677.10

|  |  | | HOURS | |
|---|---|---|---:|---:|
| 07/01/2011 | | | | |
| | MTH | Reviewing and signing May Monthly Fee Application for C&D | 0.30 | 112.50 |
| | MTH | Reviewing May Monthly fee application for Charter Oak | 0.20 | 75.00 |
| | MTH | Reviewing May Monthly fee application for AKO | 0.20 | 75.00 |
| | MTH | Review correspondence from LE re Woodcock fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from KEH (x3) re ZAI counsel fee applications | 0.20 | 75.00 |
| | MB | Finalize and efile C&D May fee application (.3) | 0.30 | 37.50 |
| | MB | Finalize and efile Charter Oak May fee application (.3) | 0.30 | 37.50 |
| | MB | Finalize and efile AKO May fee application (.3) | 0.30 | 37.50 |
| 07/05/2011 | | | | |
| | MB | Update fee application tracking chart | 0.20 | 25.00 |
| 07/06/2011 | | | | |
| | MTH | Review correspondence from TBB re SE 23rd fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 37.50 |
| 07/07/2011 | | | | |
| | SMB | Review May 2011 application of Scarfone Hawkins LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Lauzon Belanger Lesperance (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of The Hogan Firm (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Ferry Joseph & Pearce, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Alan B. Rich (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Woodcock Washburn, LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Review January through March 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2011 application of Pachulski  Stang Ziehl & Jones LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review March 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review February 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2011 application of Kayescholer LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2011 application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2011 application of Seitz Van Ogtrop & Green, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |

07/12/2011
| MB | Docket review and retrieval of Fee Auditors 40th interim report re: applications with no issues | | 0.10 | 12.50 |

07/14/2011
| SMB | Review May 2011 application of Kirkland & Ellis LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2011 application of Beveridge & Diamond P.C. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |

07/15/2011
| MB | Email to MTH and SC re: fee applications to be filed | | 0.20 | 25.00 |
| MB | Email committee re: expenses to be filed by August 15, 2011 on interim application | | 0.10 | 12.50 |

07/20/2011
| SMB | Prepare Anderson Kill & Olick June Fee Application | | 0.40 | 44.00 |
| SMB | Prepare Charter Oak June Fee Application | | 0.40 | 44.00 |

07/21/2011
| SMB | Review e-mail from G. Sinclair re: Charter Oak June bill (.1); Prepare Charter Oak June Fee Application (.6) | | 0.70 | 77.00 |
| SMB | Review e-mail from A. Pelton re: AKO June bill (.1); Prepare AKO June Fee Application (.6) | | 0.70 | 77.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **07/22/2011** | | | | |
| | SMB | Review January through March 2011 fee application of Day Pitney LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 fee application of Norton Rose OR LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 fee application of Blackstone Advisory Partners L.P.(.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 fee application of Pricewaterhousecoopers LLP (.1); Update Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2011 fee application of Duane Morris LLP (.1); Update Weekly Recommendation Memorandum (.1) | 0.20 | 22.00 |
| **07/25/2011** | | | | |
| | MTH | Reviewing information re May monthly fee application for Committee professionals; reviewing docket re same; discussion with SC re same; correspondence to ACC professionals re same; reviewing correspondence from J. Sinclair re same | 0.40 | 150.00 |
| | SMB | Review e-mail from A. Pelton re: AKO Interim bill (.1); Prepare fee application (.6) | 0.70 | 77.00 |
| **07/26/2011** | | | | |
| | MTH | Reviewing and revising CNO for C&D fee application; reviewing docket re same | 0.20 | 75.00 |
| | MTH | Reviewing and revising CNO for AKO fee application; reviewing docket re same | 0.20 | 75.00 |
| | MTH | Reviewing and revising CNO for Charter Oak fee application; reviewing docket re same | 0.20 | 75.00 |
| | SMB | Review case docket for objections to Charter Oak May fee application (.1); Prepare CNO (.2) | 0.30 | 33.00 |
| | SMB | Review case docket for objections to AKO May fee application (.1); Prepare CNO (.2) | 0.30 | 33.00 |
| | SMB | Review case docket for objections to Caplin & Drysdale May fee application (.1); Prepare CNO (.2) | 0.30 | 33.00 |
| **07/27/2011** | | | | |
| | SMB | Finalize and address filing and service of CNO of Charter Oak May Fee Application | 0.20 | 22.00 |
| | SMB | Finalize and address filing and service of CNO of Caplin & Drysdale, Chartered May Fee Application | 0.20 | 22.00 |
| | SMB | Finalize and address filing and service of CNO of AKO May Fee Application | 0.20 | 22.00 |
| | MTH | Reviewing docket and reviewing CNO re C&D May fee application | 0.20 | 75.00 |
| **07/28/2011** | | | | |
| | MTH | Review correspondence from JBL re Reed Smith June fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from DM re SSL June fee application | 0.10 | 37.50 |

Page: 4
07/31/2011
ACCOUNT NO:      3000-13D
STATEMENT NO:           107

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review correspondence from TBB re Kramer fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from KEH re LBL 16th monthly fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from KEH re Hogan fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from LT re various fee applications | 0.10 | 37.50 |
| | SMB | Review January through March 2011 application of Steptoe & Johnson LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of Norton Rose OR LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2011 application of Beveridge & Diamond, P.C. (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Lincoln Partners Advisors LLC (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Lincoln Partners Advisors LLC (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of Lincoln Partners Advisors LLC (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Orrick Herrington & Sutcliffe LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 07/29/2011 | | | | |
| | MTH | Review correspondence from PB re Casner June fee application | 0.10 | 37.50 |
| | SMB | Review June 2011 application of Baer Higgins Fruchtman LLC (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Foley Hoag LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Stroock & Stroock & Lavan LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of The Hogan Firm (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Lauzon Belanger Lesperance (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of Kaye Scholer LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Kaye Scholer LLP (.1); prepare weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 16.60 | 2,670.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 12.00 | $110.00 | $1,320.00 |
| Matthew Brushwood | 1.50 | 125.00 | 187.50 |
| Mark T. Hurford | 3.10 | 375.00 | 1,162.50 |

Page: 5

W.R. Grace                                                              07/31/2011

ACCOUNT NO:        3000-13D
STATEMENT NO:            107

Fee Applications, Others


TOTAL CURRENT WORK                                                2,670.00


| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -591.40 |
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -685.40 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -477.60 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -2,826.80 |
| | TOTAL PAYMENTS | -4,581.20 |
| | BALANCE DUE | $12,765.90 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          07/31/2011
Wilmington  DE                                          ACCOUNT NO:         3000-14D
                                                        STATEMENT NO:              81

Financing

PREVIOUS BALANCE                                                              $30.00

BALANCE DUE                                                                   $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:    3000-15D
STATEMENT NO:         122

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $10,831.25 |
| **07/01/2011** | | | **HOURS** | |
| | MTH | Reviewing Agenda for hearing and correspondence to PVNL, RH re same | 0.20 | 75.00 |
| | MTH | Correspondence to and from PVNL re hearing on District Court appeals | 0.10 | 37.50 |
| **07/05/2011** | | | | |
| | MTH | Reviewing correspondence from PSZYJ re July hearing | 0.10 | 37.50 |
| **07/19/2011** | | | | |
| | MTH | Correspondence re hearing logistics | 0.10 | 37.50 |
| **07/22/2011** | | | | |
| | MTH | Preparing for hearing | 0.50 | 187.50 |
| | MTH | Various correspondence re hearing cancelled, reviewing Agenda re same | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.20 | 450.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $375.00 | $450.00 |

TOTAL CURRENT WORK                                                                                    450.00

| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -135.60 |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -28.80 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -143.40 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -546.00 |

W.R. Grace

Hearings

Page: 2
07/31/2011
ACCOUNT NO:        3000-15D
STATEMENT NO:              122

TOTAL PAYMENTS                                                                    -853.80

BALANCE DUE                                                                    $10,427.45

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
| | STATEMENT NO:            107 |

Litigation and Litigation Consulting

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | -$2,235.30 |
| 07/08/2011 | | | | |
| MTH | Reviewing correspondence re chart of pending appeals | | 0.10 | 37.50 |
| 07/14/2011 | | | | |
| MTH | Review correspondence from LE re pending appeals | | 0.10 | 37.50 |
| 07/26/2011 | | | | |
| MTH | Various correspondence re response re General Growth filing | | 0.30 | 112.50 |
| 07/27/2011 | | | | |
| MTH | Review correspondence from mediator re District Court mediation and correspondence to JON re same | | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 262.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $375.00 | $262.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 262.50 |

| | | |
|---|---|---|
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -7.20 |
| | CREDIT BALANCE | -$1,980.00 |

Page: 2

W.R. Grace

07/31/2011

ACCOUNT NO:        3000-16D
STATEMENT NO:              107

Litigation and Litigation Consulting

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:        3000-17D
STATEMENT NO:              107

Plan and Disclosure Statement

|  |  |  | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $14,436.40 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2011 | | | | |
| | MTH | Reviewing notice re conformed brief, correspondence from DF and JO re same | 0.20 | 75.00 |
| 07/07/2011 | | | | |
| | MTH | Reviewing notice of filing of Order confirming Confirmation Order | 0.20 | 75.00 |
| 07/14/2011 | | | | |
| | MTH | Multiple correspondence re hearing transcripts | 0.20 | 75.00 |
| | MTH | Correspondence re hearing transcripts | 0.20 | 75.00 |
| 07/15/2011 | | | | |
| | MTH | Correspondence to and from MRE re cooperation agreement, requests for information | 0.20 | 75.00 |
| 07/19/2011 | | | | |
| | MRE | Telephone conference with PVNL re: cooperation agreement, review of same and call to RS | 0.40 | 180.00 |
| 07/20/2011 | | | | |
| | MRE | Telephone conference with RS regarding cooperation agreement | 0.30 | 135.00 |
| 07/21/2011 | | | | |
| | MTH | Reviewing proposed order re confirmation and reviewing correspondence to PVNL re same | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.00 | 802.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $375.00 | $487.50 |

Page: 2

W.R. Grace

07/31/2011

ACCOUNT NO:      3000-17D
STATEMENT NO:      107

Plan and Disclosure Statement

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.70 | 450.00 | 315.00 |

TOTAL CURRENT WORK                                                    802.50

| 07/08/2011 | Payment - Thank you.  (October, 2010 - 20% Fees) | -14.40 |
| 07/08/2011 | Payment - Thank you.  (November, 2010 - 20% Fees) | -79.20 |
| 07/08/2011 | Payment - Thank you.  (December, 2010 - 20% Fees) | -321.40 |
| 07/18/2011 | Payment - Thank you.  (April, 2011 - 80% Fees) | -2,370.00 |
| | TOTAL PAYMENTS | -2,785.00 |
| | BALANCE DUE | $12,453.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2011

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-18D
STATEMENT NO:            107

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                -$212.70

CREDIT BALANCE                                                                  -$212.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-20D |
|  | STATEMENT NO:                106 |

Tax Litigation

| | |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                              07/31/2011
Wilmington  DE                                        ACCOUNT NO:        3000-21D
                                                      STATEMENT NO:              98

Travel-Non-Working

PREVIOUS BALANCE                                                              $937.50

BALANCE DUE                                                                   $937.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:        3000-22D
STATEMENT NO:              111

Valuation

PREVIOUS BALANCE                                                                          $1,185.00

BALANCE DUE                                                                               $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    07/31/2011
Wilmington  DE                                               ACCOUNT NO:        3000-23D
                                                             STATEMENT NO:            111

ZAI Science Trial

PREVIOUS BALANCE                                                              $1,203.30

BALANCE DUE                                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2011
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 37.50 | 0.00 | 0.00 | 0.00 | $74.80 |
| 3000-03 Business Operations | | | | | |
| 2,177.10 | 2,025.00 | 0.00 | 0.00 | -309.60 | $3,892.50 |
| 3000-04 Case Administration | | | | | |
| 1,685.87 | 0.00 | 0.00 | 0.00 | -357.10 | $1,328.77 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,504.00 | 600.00 | 0.00 | 0.00 | -134.40 | $2,969.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -121.50 | 75.00 | 0.00 | 0.00 | -244.80 | -$291.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,207.24 | 4,369.50 | 0.00 | 0.00 | -6,282.70 | $12,294.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -733.90 | 0.00 | 0.00 | 0.00 | -30.00 | -$763.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 738.60 | 187.50 | 0.00 | 0.00 | -44.40 | $881.70 |
| 3000-11 Expenses | | | | | |
| 6,452.22 | 0.00 | 1,126.02 | 0.00 | -858.49 | $6,719.75 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,569.10 | 825.00 | 0.00 | 0.00 | -894.80 | $3,499.30 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,677.10 | 2,670.00 | 0.00 | 0.00 | -4,581.20 | $12,765.90 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 10,831.25 | 450.00 | 0.00 | 0.00 | -853.80 | $10,427.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,235.30 | 262.50 | 0.00 | 0.00 | -7.20 | -$1,980.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 14,436.40 | 802.50 | 0.00 | 0.00 | -2,785.00 | $12,453.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -212.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$212.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 937.50 | 0.00 | 0.00 | 0.00 | 0.00 | $937.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 71,837.38 | 12,454.50 | 1,126.02 | 0.00 | -17,383.49 | $68,034.41 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.