# EXHIBIT A

**Business Operations (24.90 Hours; $ 13,803.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $1,000 | 400.00 |
| Peter Van N. Lockwood | .80 | $905 | 724.00 |
| Jeffrey A. Liesemer | 23.70 | $535 | 12,679.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/11 | PVL | 905.00 | 0.10 | Rv Baer email re TDCC acq. |
| 07/01/11 | JAL | 535.00 | 0.20 | Drafted e-mail to M. Hurford re: Project Larch. |
| 07/01/11 | JAL | 535.00 | 0.20 | Reviewed e-mail from Debtors re: Project Larch. |
| 07/01/11 | JAL | 535.00 | 0.50 | Drafted and revised memo to EI re: Project Larch. |
| 07/08/11 | JAL | 535.00 | 0.10 | E-mail to J. Baer re: Project Larch. |
| 07/08/11 | JAL | 535.00 | 0.20 | Reviewed e-mail from J. Baer re: Project Larch. |
| 07/13/11 | PVL | 905.00 | 0.40 | Rv TDCC docs. (.2); cn JAL re same (.2) |
| 07/13/11 | JAL | 535.00 | 2.90 | Review and analysis of draft documents relating to Project Larch. |
| 07/13/11 | JAL | 535.00 | 0.90 | Conf. call w/debtor, committees, and FCRs re: Project Larch. |
| 07/13/11 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: Project Larch issues. |
| 07/13/11 | JAL | 535.00 | 0.10 | E-mail to J. Sinclair re: Project Larch. |
| 07/14/11 | JAL | 535.00 | 0.10 | E-mail to R. Wyron and D. Felder re: Project Larch. |
| 07/14/11 | JAL | 535.00 | 0.90 | Review and analysis of materials re: Project Larch. |
| 07/14/11 | JAL | 535.00 | 2.10 | Drafted and revised memo to J. Baer and R. Higgins re: Project Larch. |
| 07/18/11 | EI | 1,000.00 | 0.20 | J. Cooney inquiry re: timetables (.1); Project Larch status inquiry (.1). |
| 07/18/11 | JAL | 535.00 | 0.20 | Reviewed e-mail from R. Wyron re: Project Larch issues. |

| 07/18/11 | JAL | 535.00 | 0.90 | Tele. conf. w/counsel for interested parties re: Project Larch. |
| 07/18/11 | JAL | 535.00 | 0.20 | Reviewed e-mail from R. Wyron re: Project Larch issues. |
| 07/18/11 | JAL | 535.00 | 0.10 | Tele. call w/Wyron re: Project Larch issues. |
| 07/18/11 | JAL | 535.00 | 0.40 | Follow up conf. call w/counsel for Debtors and FACR re: Project Larch. |
| 07/18/11 | JAL | 535.00 | 2.20 | Drafted and revised memo to EI and PVNL re: issues relating to Project Larch. |
| 07/18/11 | JAL | 535.00 | 0.50 | Second conf. call w/interested parties re: Project Larch. |
| 07/18/11 | JAL | 535.00 | 0.30 | Conf. call w/committees and FCRs re: Project Larch. |
| 07/18/11 | JAL | 535.00 | 0.40 | Tele. call w/J. Sinclair re: Project Larch. |
| 07/19/11 | EI | 1,000.00 | 0.20 | Project Larch status (.1); read JAL report (.1). |
| 07/19/11 | JAL | 535.00 | 0.10 | E-mail exchange w/M. Hurford re: upcoming hearing on Project Larch. |
| 07/19/11 | JAL | 535.00 | 0.20 | Reviewed e-mail from J. Sinclair re: Project Larch. |
| 07/19/11 | JAL | 535.00 | 0.10 | E-mail to EI re: Project Larch. |
| 07/20/11 | JAL | 535.00 | 0.30 | Tele. call w/D. Felder re: Project Larch issues. |
| 07/20/11 | JAL | 535.00 | 0.30 | E-mail exchanges w/J. Baer re: Project Larch issues. |
| 07/20/11 | JAL | 535.00 | 2.50 | Review and analysis of materials relating to Project Larch. |
| 07/20/11 | JAL | 535.00 | 0.10 | Second tele. call w/D. Felder re: Project Larch issues. |
| 07/20/11 | JAL | 535.00 | 0.30 | Conf. call w/Committees and FCRs re: Project Larch. |
| 07/20/11 | JAL | 535.00 | 1.40 | Drafting and revisions to proposed language re: Project Larch. |
| 07/20/11 | JAL | 535.00 | 0.10 | E-mail exchanges w/D. Felder re: Project Larch. |
| 07/20/11 | JAL | 535.00 | 0.20 | E-mail exchanges w/J. Sinclair re; Project Larch. |

{D0210821.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/21/11 | JAL | 535.00 | 0.10 | Reviewed comments of A. Krieger re: Project Larch documents. |
| 07/21/11 | JAL | 535.00 | 1.90 | Reviewed and commented on revised Project Larch documents. |
| 07/21/11 | JAL | 535.00 | 0.20 | Reviewed comments by UCC, the PI FCR, and the PD FCR re: Project Larch documents. |
| 07/21/11 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to Project Larch issues. |
| 07/21/11 | JAL | 535.00 | 0.90 | Review and comments on redrafts of Project Larch documents. |
| 07/21/11 | JAL | 535.00 | 0.10 | E-mail to PVNL re: hearing on Project Larch motion. |
| 07/22/11 | JAL | 535.00 | 0.80 | Review and analysis of materials relating to Project Larch. |
| 07/22/11 | JAL | 535.00 | 0.10 | E-mail to PVNL re: Project Larch. |
| 07/22/11 | JAL | 535.00 | 0.10 | Reviewed e-mail from R. Higgins re: Project Larch matter. |
| 07/26/11 | PVL | 905.00 | 0.20 | Rv Sinclair email re op. results |
| 07/29/11 | PVL | 905.00 | 0.10 | Rv emails |

**Total Task Code .03        24.90**

**Case Administration (2.60 Hours; $ 2,082.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $1,000 | 800.00 |
| Peter Van N. Lockwood | .70 | $905 | 633.50 |
| Trevor W. Swett | .30 | $710 | 213.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/11 | PVL | 905.00 | 0.40 | Rv KH memo (.1); draft memo for ACC (.3) |
| 07/01/11 | EI | 1,000.00 | 0.10 | Read JAL memo (.1). |

{D0210821.1 }

| 07/03/11 | EI | 1,000.00 | 0.10 | Read JAL report (.1). |
| 07/05/11 | RCT | 545.00 | 0.20 | Review docket and local counsel records re EI update (.2) |
| 07/11/11 | RCT | 545.00 | 0.20 | Review docket and local counsel records re EI update (.2) |
| 07/11/11 | TWS | 710.00 | 0.30 | E-mails to JPW and BSB to follow up on S. Kazan information request and follow up |
| 07/18/11 | PVL | 905.00 | 0.10 | Rv 4 misc. filings and email |
| 07/18/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 07/19/11 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| 07/25/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 07/26/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 07/26/11 | EI | 1,000.00 | 0.10 | Telephone call to PVNL re: appellate status (.1). |
| 07/28/11 | EI | 1,000.00 | 0.50 | Telephone conference with PVNL, R. Frankel re: Libby status (.5). |

**Total Task Code .04        2.60**

**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 452.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $905 | 452.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/11/11 | PVL | 905.00 | 0.10 | Rv motion re CA PD settlement |
| 07/22/11 | PVL | 905.00 | 0.40 | Rv cert. and decl. re TDCC acq. motion and emails re same |

**Total Task Code .05        .50**

{D0210821.1 }

**Committee, Creditors', Noteholders' or Equity Holders' (.90 Hours; $ 382.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Kevin C. Maclay | .10 | $535 | 53.50 |
| Eugenia Benetos | .60 | $215 | 129.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/11 | EB | 215.00 | 0.60 | Update draft minutes binder re: conference call minutes. |
| 07/05/11 | EI | 1,000.00 | 0.20 | Edited memo to Committee (.2). |
| 07/05/11 | KCM | 535.00 | 0.10 | Review memo to ACC |

**Total Task Code .07       .90**


**Fee Applications, Applicant (8.00 Hours; $ 3,601.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.70 | $545 | 3,106.50 |
| Eugenia Benetos | 2.30 | $215 | 494.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/05/11 | RCT | 545.00 | 0.20 | Review fee app schedule for July (.2) |
| 07/08/11 | RCT | 545.00 | 0.80 | Address fee and payment issues (.8) |
| 07/13/11 | RCT | 545.00 | 0.80 | Review prebills (.8) |
| 07/14/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 07/15/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 07/18/11 | RCT | 545.00 | 1.20 | Review and revise exhibits (1.2) |

{D0210821.1 }

| 07/18/11 | RCT | 545.00 | 0.70 | Address fee issues (.7) |
| --- | --- | --- | --- | --- |
| 07/19/11 | RCT | 545.00 | 0.80 | Review revised exhibit (.6); email APB re same (.2) |
| 07/26/11 | EB | 215.00 | 1.10 | Work on fee application. |
| 07/28/11 | RCT | 545.00 | 0.80 | Address fee and expense issues (.8). |
| 07/29/11 | RCT | 545.00 | 0.20 | Address fee issue (.2). |
| 07/29/11 | RCT | 545.00 | 0.20 | Review fee application schedules, August 2011 (.2) |

**Total Task Code .12     8.00**

**Litigation and Litigation Consulting (9.90 Hours; $ 2,767.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Kevin C. Maclay | .10 | $535 | 53.50 |
| Jeffrey A. Liesemer | .80 | $535 | 428.00 |
| James P. Wehner | .90 | $535 | 481.50 |
| Kate G. Henningsen | 4.10 | $240 | 984.00 |
| Sara Joy DelSavio | 2.70 | $205 | 553.50 |
| Zachary D. Orsulak | 1.30 | $205 | 266.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 07/02/11 | KCM | 535.00 | 0.10 | Review memo re Grace hearing |
| 07/11/11 | JAL | 535.00 | 0.10 | Review e-mail from PVNL re: confirmation appeal issues. |
| 07/11/11 | JAL | 535.00 | 0.10 | Confer w/KGH re: confirmation appeal issue. |
| 07/11/11 | JAL | 535.00 | 0.10 | E-mail to PVNL re: confirmation appeal issue. |
| 07/12/11 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to issues on confirmation appeal. |
| 07/12/11 | ZDO | 205.00 | 1.30 | Review case files, targeting select deposition transcripts (e.g. David Weill; 8/24/09). |
| 07/12/11 | KGH | 240.00 | 1.30 | Look into 3rd Circuit procedure for appeal briefs. |

{D0210821.1 }

| | | | | |
|---|---|---|---|---|
| 07/13/11 | JAL | 535.00 | 0.20 | Office conf. w/KGH re: appeal-related issues. |
| 07/13/11 | KGH | 240.00 | 1.20 | Look into 3rd Circuit procedure for appeal briefs. |
| 07/14/11 | JPW | 535.00 | 0.90 | Review hearing transcripts |
| 07/14/11 | KGH | 240.00 | 0.60 | Draft and send email about 3rd Circuit procedure. |
| 07/15/11 | SJD | 205.00 | 2.70 | Organize database materials and files per JPW (1.3); perform research regarding document productions per TWS (1.4) |
| 07/18/11 | KGH | 240.00 | 1.00 | Research 3rd Circuit procedure for appeal briefs and send email re same. |

**Total Task Code .16        9.90**


**Plan & Disclosure Statement (11.80 Hours; $ 8,133.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.50 | $905 | 6,787.50 |
| Jeffrey A. Liesemer | 1.10 | $535 | 588.50 |
| Kate G. Henningsen | 2.90 | $240 | 696.00 |
| Mollie E. Gelburd | .30 | $205 | 61.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/11 | PVL | 905.00 | 0.20 | Rv emails and reply re draft affirmance order |
| 07/01/11 | MEG | 205.00 | 0.30 | Organize and update internal files with past estimation documents. |
| 07/01/11 | KGH | 240.00 | 2.90 | Complete drafting memo on district court hearing. |
| 07/06/11 | JAL | 535.00 | 0.10 | Review of materials relating to plan issues and next steps. |
| 07/06/11 | JAL | 535.00 | 0.60 | Drafted and revised memo re: plan issues and developments. |
| 07/11/11 | PVL | 905.00 | 1.40 | Rv O'Neill ltr to J. Buckwalter (.1); tcn Frankel and Wyron (1.3) |

{D0210821.1}

| Date | | | | | |
|------|---|---|---|---|---|
| 07/12/11 | PVL | 905.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron |
| 07/13/11 | PVL | 905.00 | 0.40 | Teleconference Finke |
| 07/14/11 | PVL | 905.00 | 0.20 | Rv email (.1); rv corresp. (.1) |
| 07/14/11 | JAL | 535.00 | 0.40 | Review and analysis of materials relating to confirmation issues. |
| 07/19/11 | PVL | 905.00 | 0.10 | Teleconference Eskin |
| 07/21/11 | PVL | 905.00 | 0.50 | Rv Lenders proposed order (.1); rv emails and reply (.2); rv BNSF app. brief re CMA appeal (.2) |
| 07/22/11 | PVL | 905.00 | 1.10 | Rv Libby Cls. app. br. re CNA appeal (.9); rv Bank Lenders' suppl. authority (.2) |
| 07/26/11 | PVL | 905.00 | 0.40 | Tcn Shelnitz, Donley, Frankel, et al (.3); teleconference EI (.1) |
| 07/27/11 | PVL | 905.00 | 1.10 | Tcn Esayian, Frankel, Wyron, Mehaley & Felder |
| 07/28/11 | PVL | 905.00 | 1.00 | Teleconference Frankel (.1); tcns Frankel & Wyron (.6); tcn Frankel, Wyron and EI (.3) |

**Total Task Code .17**    **11.80**

**Fee Auditor Matters (.50 Hours; $ 272.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $545 | 272.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/12/11 | RCT | 545.00 | 0.50 | Review Fee Auditors final report (.5) |

**Total Task Code .32**    **.50**

{D0210821.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,507.00 |
| Air Freight & Express Mail | 10.55 |
| Database Research | 788.53 |
| Long Distance-Equitrac In-House | 4.23 |
| Meals Related to Travel | 35.49 |
| Travel Expenses - Ground Transportation | 92.00 |
| **Total:** | **$ 2,437.80** |

{D0210821.1}