## EXHIBIT B

**Business Operations (24.90 Hours; $ 13,803.50)**

       Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**       24.90

**Case Administration (2.60 Hours; $ 2,082.50)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       2.60

**Claims Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 452.50)**

       Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**       .50

**Committee, Creditors', Noteholders' or Equity Holders' (.90 Hours; $ 382.50)**

       Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**       .90

**Fee Applications, Applicant (8.00 Hours; $ 3,601.00)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**       8.00

**Litigation and Litigation Consulting (9.90 Hours; $ 2,767.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      **9.90**

**Plan & Disclosure Statement (11.80 Hours; $ 8,133.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      **11.80**

**Fee Auditor Matters (.50 Hours; $ 272.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**      **.50**