## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,507.00 |
| Air Freight & Express Mail | 10.55 |
| Database Research | 788.53 |
| Long Distance-Equitrac In-House | 4.23 |
| Meals Related to Travel | 35.49 |
| Travel Expenses - Ground Transportation | 92.00 |
| **Total:** | **$ 2,437.80** |

{D0210823.1}