| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 7/31/2011

**Matter      000**
**Disbursements**

Bill Cycle:       Monthly            Style:        i1          Start:    4/16/2001     Last Billed :    7/26/2011                 13,655

                          $4,806.34
Client Retainers Available              Committed to Invoices:            $0.00          Remaining:           $4,806.34

                                         $3,915,762.77
                    Total Expenses Billed To Date          Billing Empl:          0120      Elihu  Inselbuch
                                                           Responsible Empl:      0120      Elihu  Inselbuch
                                                           Alternate Empl:        0120      Elihu  Inselbuch
                                                           Originating Empl:      0120      Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,274.26 | 0.00 | 966.26 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 10.55 | 0.00 | 10.55 |
| 0827 | KGH | Kate G Henningsen | 0.00 | 976.23 | 0.00 | 668.23 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 792.76 | 0.00 | 792.76 |
| **Total Fees** |  |  | **0.00** | **3,053.80** | **0.00** | **2,437.80** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2711589 | Equitrac - Long Distance to 12126923642 | E | 07/01/2011 | 0999 C&D |  | 0.00 | $0.04 |  | 0.00 | $0.04 | 0.04 |
| 2711647 | Peter Van N. Lockwood -Coach One-Way Train Fare from Philadelphia, PA, re: Hearing, 6/29/11 | E | 07/01/2011 | 0020 PVL |  | 0.00 | $213.00 |  | 0.00 | $213.00 | 213.04 |
| 2711669 | Federal Express -Delivery to M.Brushwood, 6/17/11 | E | 07/05/2011 | 0120 EI |  | 0.00 | $10.55 |  | 0.00 | $10.55 | 223.59 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

(EI; Split b/w clients 4642 & 5334)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2714749 | Equitrac - Long Distance to 19174450518 | E | 07/05/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 223.63 |
| 2718570 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 263.63 |
| 2718571 | Business Card -ADA Travel Reconciliation, re: First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $392.00 | 0.00 | $238.00 | 501.63 |
| 2718572 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Exchanging First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 541.63 |
| 2719055 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, 6/29/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $48.00 | 0.00 | $48.00 | 589.63 |
| 2719056 | Petty Cash -Snack while on travel to/from Philadelphia, PA, 6/29/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $15.26 | 0.00 | $15.26 | 604.89 |
| 2719070 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, 6/28/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $30.00 | 0.00 | $30.00 | 634.89 |
| 2719071 | Petty Cash -Meal while on travel to/from Philadelphia, PA, 6/28/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 641.89 |
| 2719211 | Equitrac - Long Distance to 14105314355 | E | 07/12/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 641.93 |
| 2719251 | Equitrac - Long Distance to 12126923642 | E | 07/12/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 642.01 |
| 2719335 | Equitrac - Long Distance to 14105314355 | E | 07/13/2011 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 643.37 |
| 2719344 | Equitrac - Long Distance to 19143721874 | E | 07/13/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 643.45 |
| 2719135 | Equitrac - Long Distance to 19143721874 | E | 07/14/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 643.61 |

C&D

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2722353 | Equitrac - Long Distance to 19143721874 | | E | 07/18/2011 | 0999 | | 0.00 | $1.15 | 0.00 | $1.15 | 644.76 |
| 2722728 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00) | PVL | E | 07/21/2011 | 0020 | | 0.00 | $409.00 | 0.00 | $255.00 | 899.76 |
| 2722729 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00) | PVL | E | 07/21/2011 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 939.76 |
| 2722730 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (KGH; Coach $255.00) | KGH | E | 07/21/2011 | 0827 | | 0.00 | $40.00 | 0.00 | $40.00 | 979.76 |
| 2722731 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/29/11  (KGH; Coach $255.00) | KGH | E | 07/21/2011 | 0827 | | 0.00 | $409.00 | 0.00 | $255.00 | 1,234.76 |
| 2722732 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00; Change in return travel) | PVL | E | 07/21/2011 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 1,274.76 |
| 2722733 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/28/11  (KGH; Coach $255) | KGH | E | 07/21/2011 | 0827 | | 0.00 | $409.00 | 0.00 | $255.00 | 1,529.76 |
| 2722734 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/28/11  (KGH; Coach $255) | KGH | E | 07/21/2011 | 0827 | | 0.00 | $40.00 | 0.00 | $40.00 | 1,569.76 |
| 2724004 | Equitrac - Long Distance to 12123199240 | C&D | E | 07/28/2011 | 0999 | | 0.00 | $1.28 | 0.00 | $1.28 | 1,571.04 |
| 2726197 | Petty Cash -Lunch meal while on travel to/from Philadelphia, PA, re: Hearing, 6/28/11 - 6/29/11 (KGH) | KGH | E | 07/29/2011 | 0827 | | 0.00 | $13.23 | 0.00 | $13.23 | 1,584.27 |
| 2726198 | Petty Cash -Cab Fares while on travel to/from Philadelphia, PA, re: Hearing, 6/28/11 - 6/29/11 (KGH) | KGH | E | 07/29/2011 | 0827 | | 0.00 | $14.00 | 0.00 | $14.00 | 1,598.27 |
| 2726199 | Petty Cash -Exchange Train Fare Fee for First Class while on travel to/from Philadelphia, PA, | KGH | E | 07/29/2011 | 0827 | | 0.00 | $51.00 | 0.00 | $51.00 | 1,649.27 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter    000** | **Disbursements** | | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

re: Hearing, 6/28/11 - 6/29/11

| | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2726580 | Pacer Service Center -Database Research Svc., 4/1/11 - 6/30/11 | E | 07/29/2011 | 0999 | | 0.00 | $776.64 | 0.00 | $776.64 | 2,425.91 |
| | | | | | C&D | | | | | |
| 2726665 | Database Research - Westlaw by KGH on 7/12 | E | 07/31/2011 | 0999 | | 0.00 | $11.89 | 0.00 | $11.89 | 2,437.80 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $3,053.80 |  | $2,437.80 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees | 0.00 |  | 0.00 |
| Matter Total Expenses | 3,053.80 |  | 2,437.80 |
| Matter Total | 0.00 | 3,053.80 | 0.00 | 2,437.80 |
|  |  |  |  |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses | $3,053.80 |  | $2,437.80 |
| Prebill Total | 0.00 | $3,053.80 | 0.00 | $2,437.80 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 404,392.05 | 404,392.05 |
| 82,245 | 07/26/2011 | 159,751.78 | 159,751.78 |
|  |  | 906,026.58 | 621,542.41 |