Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2011 through July 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**Bradley Rapp - Senior Managing Director**

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 01-Jul-11 | BR | Review of debtor projections in connection with potential acquisition. | 1.30 | $ 625.00 | $ 812.50 |
| 06-Jul-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 07-Jul-11 | BR | Document review in preparation for conference call with Blackstone to discuss financial matter. | 0.80 | $ 625.00 | $ 500.00 |
| 07-Jul-11 | BR | Conf call with Jimmy Sinclair and Jamie O'Connell to discuss financial matter. | 0.50 | $ 625.00 | $ 312.50 |
| 13-Jul-11 | BR | Review of documents in preparation for conference call with the company to get update on potential acquisition. | 2.10 | $ 625.00 | $ 1,312.50 |
| 13-Jul-11 | BR | Participation on conf call with counsel and financial advisors to all bankruptcy constituent groups to get update on potential acquisition by Grace. | 0.60 | $ 625.00 | $ 375.00 |
| 13-Jul-11 | BR | Tel C w/ J Sinclair to discuss status of case and work to be done. | 0.40 | $ 625.00 | $ 250.00 |
| 15-Jul-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 22-Jul-11 | BR | Review of e-mail correspondence Debtor's counsel relating to potential acquisition by Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 29-Jul-11 | BR | Review of e-mail correspondence between J Sinclair and J O'Connell. | 0.10 | $ 625.00 | $ 62.50 |
| | | Total Bradley Rapp | 6.10 | | $ 3,812.50 |

**James Sinclair - Senior Managing Director**

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 01-Jul-11 | JS | Call with Blackstone (Adam Schlesinger) to discuss open questions on Project Larch for due diligence. | 0.20 | $ 625.00 | $ 125.00 |
| 01-Jul-11 | JS | Review, analyze memorandum from Blackstone (Schlesinger) regarding DCF valuation of Project Larch for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 01-Jul-11 | JS | Perform cost of capital determination for Grace and DCF analysis of Project Larch, for comparison with Blackstone's analysis for valuation for purposes of advising ACC counsel. | 2.80 | $ 625.00 | $ 1,750.00 |
| 06-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 07-Jul-11 | JS | Write memorandum to ACC counsel regarding European acquisitions (Project Eddy) for purposes of advising ACC counsel. | 0.30 | $ 625.00 | $ 187.50 |
| 08-Jul-11 | JS | Conference call with Blackstone (O'Connell and Schlesinger), Rapp and Cramp to discuss warrant proposal. | 0.50 | $ 625.00 | $ 312.50 |
| 13-Jul-11 | JS | Review, revise G. Sinclair's memorandum to ACC counsel and ACC regarding Project Eddy acquisition for purposes of advising same. | 0.40 | $ 625.00 | $ 250.00 |
| 13-Jul-11 | JS | Review Project Larch Sale and Purchase Agreement draft and attendant schedules (SPA) in preparation for conference call on 7/13/11 with Blackstone and Grace for purposes of advising ACC counsel. | 3.40 | $ 625.00 | $ 2,125.00 |
| 13-Jul-11 | JS | Review Project Larch 1st quarter financial results in preparation for conference call with Blackstone and Grace. | 0.70 | $ 625.00 | $ 437.50 |
| 13-Jul-11 | JS | Conference call with Blackstone (O'Connell) and Grace (Jeremy Rohen) regarding Project Larch for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 13-Jul-11 | JS | Call with Rapp to review open items from conference call with Grace and Blackstone for purposes of advising ACC counsel. | 0.40 | $ 625.00 | $ 250.00 |
| 14-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 18-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 18-Jul-11 | JS | Call with O'Connell at Blackstone regarding Project Larch for due diligence. | 0.20 | $ 625.00 | $ 125.00 |
| 18-Jul-11 | JS | Review, analyze revised Project Larch financial forecast and DCF analysis in preparation for conference call on 7/18/11. | 0.80 | $ 625.00 | $ 500.00 |
| 18-Jul-11 | JS | Conference call with Grace (Rohen) and Blackstone (O'Connell) regarding Project Larch revised financial forecast for bid considerations. | 0.40 | $ 625.00 | $ 250.00 |
| 18-Jul-11 | JS | Call with ACC counsel (Liesemer) to discuss financial advisors' conference call with Grace and Blackstone regarding Project Larch on 7/18/11. | 0.30 | $ 625.00 | $ 187.50 |
| 19-Jul-11 | JS | Write memorandum to ACC counsel regarding revisions to Project Larch financial forecasts for purposes of advising ACC counsel. | 2.10 | $ 625.00 | $ 1,312.50 |
| 20-Jul-11 | JS | Review, analyze revised earnings analysis of Project Larch from Blackstone in preparation for conference call on 7/20/11. | 0.80 | $ 625.00 | $ 500.00 |
| 20-Jul-11 | JS | Conference call with Blackstone regarding Project Larch revised earnings analysis for bid considerations. | 0.30 | $ 625.00 | $ 187.50 |
| 21-Jul-11 | JS | Review Project Larch draft of Certification of Counsel and procedures, form of Order, for due diligence. | 0.60 | $ 625.00 | $ 375.00 |
| 22-Jul-11 | JS | Review, revise P. Cramp's market multiple valuation of Grace for valuation. | 0.80 | $ 625.00 | $ 500.00 |
| 22-Jul-11 | JS | Review COC and Order under seal as filed for Project Larch for due diligence. | 0.40 | $ 625.00 | $ 250.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2011 through July 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Jul-11 | JS | Call with Rapp re Project Larch COC and next steps for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| 26-Jul-11 | JS | Review, analyze Grace 2nd Quarter 2011 earnings report for monitoring. | 1.40 | $ 625.00 | $ 875.00 |
| 26-Jul-11 | JS | Participated in Q2 earnings conference call with management (Festa and La Force) for monitoring. | 0.70 | $ 625.00 | $ 437.50 |
| 26-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 26-Jul-11 | JS | Write memorandum to ACC counsel regarding 2nd Quarter earnings results for purposes of advising counsel. | 0.80 | $ 625.00 | $ 500.00 |
| | | Total James Sinclair | 22.00 | | $ 13,750.00 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 05-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 345.00 | $ 655.50 |
| 05-Jul-11 | PC | Review and analyze Larch DCF, review costs of equity and debt. | 4.70 | $ 345.00 | $ 1,621.50 |
| 06-Jul-11 | PC | Continue to review and analyze Larch DCF.  Evaluate cost of capital. | 4.60 | $ 345.00 | $ 1,587.00 |
| 13-Jul-11 | PC | Conference call with counsel and financial advisors. | 0.80 | $ 345.00 | $ 276.00 |
| 18-Jul-11 | PC | Review June Fee Application. | 0.40 | $ 345.00 | $ 138.00 |
| 18-Jul-11 | PC | Conference call with counsel and financial advisors. | 0.40 | $ 345.00 | $ 138.00 |
| 18-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 19-Jul-11 | PC | Review performance of comparable companies and commence market multiple valuation for monitoring. | 3.20 | $ 345.00 | $ 1,104.00 |
| 20-Jul-11 | PC | Continue to update market multiple valuation. | 2.80 | $ 345.00 | $ 966.00 |
| 20-Jul-11 | PC | Review information from Blackstone in preparation for conference call. | 0.60 | $ 345.00 | $ 207.00 |
| 22-Jul-11 | PC | Review market multiple valuation with J. Sinclair, review current enterprise value. | 1.80 | $ 345.00 | $ 621.00 |
| 25-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| 26-Jul-11 | PC | Participation in Q2 Earnings Call. | 0.80 | $ 345.00 | $ 276.00 |
| 27-Jul-11 | PC | Review Analyst Report for due diligence and monitoring. | 1.10 | $ 345.00 | $ 379.50 |
| 28-Jul-11 | PC | Review list of comparable companies for possible additions to peer group, review Huntsman 10-K for due diligence. | 2.70 | $ 345.00 | $ 931.50 |
| | | Total Peter Cramp | 28.70 | | $ 9,901.50 |

Gibbons Sinclair - Senior Analyst

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 08-Jul-11 | GS | Draft memorandum regarding Project Eddy at request of J. Sinclair and ACC counsel. | 2.30 | $ 290.00 | $ 667.00 |
| 13-Jul-11 | GS | Draft Weekly Share Price Update. | 1.40 | $ 290.00 | $ 406.00 |
| 25-Jul-11 | GS | Draft June 2011 Fee Statement. | 1.20 | $ 290.00 | $ 348.00 |
| 27-Jul-11 | GS | Draft Accounts Receivable schedule at request of WR Grace. | 1.30 | $ 290.00 | $ 377.00 |
| | | Total Gibbons Sinclair | 6.20 | | $ 1,798.00 |
| | | **TOTAL** | 63.00 | | $ 29,262.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2011 through July 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Asset Analysis and Recovery** | | | | | |
| 05-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 345.00 | $ 655.50 |
| 06-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 08-Jul-11 | JS | Conference call with Blackstone (O'Connell and Schlesinger), Rapp and Cramp to discuss warrant proposal. | 0.50 | $ 625.00 | $ 312.50 |
| 13-Jul-11 | GS | Draft Weekly Share Price Update. | 1.40 | $ 290.00 | $ 406.00 |
| 14-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 18-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 18-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 25-Jul-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| 26-Jul-11 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| | | Total Asset Analysis and Recovery | 8.90 | | $ 3,749.50 |
| **Case Administration** | | | | | |
| 01-Jul-11 | JS | Call with Blackstone (Adam Schlesinger) to discuss open questions on Project Larch for due diligence. | 0.20 | $ 625.00 | $ 125.00 |
| 01-Jul-11 | BR | Review of debtor projections in connection with potential acquisition. | 1.30 | $ 625.00 | $ 812.50 |
| 06-Jul-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 07-Jul-11 | JS | Write memorandum to ACC counsel regarding European acquisitions (Project Eddy) for purposes of advising ACC counsel. | 0.30 | $ 625.00 | $ 187.50 |
| 07-Jul-11 | BR | Document review in preparation for conference call with Blackstone to discuss financial matter. | 0.80 | $ 625.00 | $ 500.00 |
| 07-Jul-11 | BR | Conf call with Jimmy Sinclair and Jamie O'Connell to discuss financial matter. | 0.50 | $ 625.00 | $ 312.50 |
| 08-Jul-11 | GS | Draft memorandum regarding Project Eddy at request of J. Sinclair and ACC counsel. | 2.30 | $ 290.00 | $ 667.00 |
| 13-Jul-11 | JS | Review, revise G. Sinclair's memorandum to ACC counsel and ACC regarding Project Eddy acquisition for purposes of advising same. | 0.40 | $ 625.00 | $ 250.00 |
| 13-Jul-11 | JS | Review Project Larch Sale and Purchase Agreement draft and attendant schedules (SPA) in preparation for conference call on 7/13/11 with Blackstone and Grace for purposes of advising ACC counsel. | 3.40 | $ 625.00 | $ 2,125.00 |
| 13-Jul-11 | JS | Review Project Larch 1st quarter financial results in preparation for conference call with Blackstone and Grace. | 0.70 | $ 625.00 | $ 437.50 |
| 13-Jul-11 | JS | Conference call with Blackstone (O'Connell) and Grace (Jeremy Rohen) regarding Project Larch for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 13-Jul-11 | JS | Call with Rapp to review open items from conference call with Grace and Blackstone for purposes of advising ACC counsel. | 0.40 | $ 625.00 | $ 250.00 |
| 13-Jul-11 | BR | Review of documents in preparation for conference call with the company to get update on potential acquisition. | 2.10 | $ 625.00 | $ 1,312.50 |
| 13-Jul-11 | BR | Participation on conf call with counsel and financial advisors to all bankruptcy constituent groups to get update on potential acquisition by Grace. | 0.60 | $ 625.00 | $ 375.00 |
| 13-Jul-11 | BR | Tel C w/ J Sinclair to discuss status of case and work to be done. | 0.40 | $ 625.00 | $ 250.00 |
| 13-Jul-11 | PC | Conference call with counsel and financial advisors. | 0.80 | $ 345.00 | $ 276.00 |
| 18-Jul-11 | JS | Call with O'Connell at Blackstone regarding Project Larch for due diligence. | 0.20 | $ 625.00 | $ 125.00 |
| 18-Jul-11 | JS | Call with ACC counsel (Liesemer) to discuss financial advisors' conference call with Grace and Blackstone regarding Project Larch on 7/18/11. | 0.30 | $ 625.00 | $ 187.50 |
| 18-Jul-11 | PC | Conference call with counsel and financial advisors. | 0.40 | $ 345.00 | $ 138.00 |
| 20-Jul-11 | JS | Review, analyze revised earnings analysis of Project Larch from Blackstone in preparation for conference call on 7/20/11. | 0.80 | $ 625.00 | $ 500.00 |
| 20-Jul-11 | PC | Review information from Blackstone in preparation for conference call. | 0.60 | $ 345.00 | $ 207.00 |
| 21-Jul-11 | JS | Review Project Larch draft of Certification of Counsel and procedures, form of Order, for due diligence. | 0.60 | $ 625.00 | $ 375.00 |
| 22-Jul-11 | JS | Review COC and Order under seal as filed for Project Larch for due diligence. | 0.40 | $ 625.00 | $ 250.00 |
| 22-Jul-11 | BR | Review of e-mail correspondence Debtor's counsel relating to potential acquisition by Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 25-Jul-11 | JS | Call with Rapp re Project Larch COC and next steps for purposes of advising ACC counsel. | 0.20 | $ 625.00 | $ 125.00 |
| 26-Jul-11 | PC | Participation in Q2 Earnings Call. | 0.80 | $ 345.00 | $ 276.00 |
| 27-Jul-11 | GS | Draft Accounts Receivable schedule at request of WR Grace. | 1.30 | $ 290.00 | $ 377.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2011 through July 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 29-Jul-11 | BR | Review of e-mail correspondence between J Sinclair and J O'Connell. | 0.10 | $ 625.00 | $ 62.50 |
| | | Total Case Administration | 20.90 | | $ 11,128.50 |
| | | | | | |
| **Fee Applications (Applicant)** | | | | | |
| | | | | | |
| 18-Jul-11 | PC | Review June Fee Application. | 0.40 | $ 345.00 | $ 138.00 |
| 25-Jul-11 | GS | Draft June 2011 Fee Statement. | 1.20 | $ 290.00 | $ 348.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 486.00 |
| | | | | | |
| **Valuation** | | | | | |
| 01-Jul-11 | JS | Review, analyze memorandum from Blackstone (Schlesinger) regarding DCF valuation of Project Larch for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 01-Jul-11 | JS | Perform cost of capital determination for Grace and DCF analysis of Project Larch, for comparison with Blackstone's analysis for valuation for purposes of advising ACC counsel. | 2.80 | $ 625.00 | $ 1,750.00 |
| 05-Jul-11 | PC | Review and analyze Larch DCF, review costs of equity and debt. | 4.70 | $ 345.00 | $ 1,621.50 |
| 06-Jul-11 | PC | Continue to review and analyze Larch DCF. Evaluate cost of capital. | 4.60 | $ 345.00 | $ 1,587.00 |
| 15-Jul-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 18-Jul-11 | JS | Review, analyze revised Project Larch financial forecast and DCF analysis in preparation for conference call on 7/18/11. | 0.80 | $ 625.00 | $ 500.00 |
| 18-Jul-11 | JS | Conference call with Grace (Rohen) and Blackstone (O'Connell) regarding Project Larch revised financial forecast for bid considerations. | 0.40 | $ 625.00 | $ 250.00 |
| 19-Jul-11 | JS | Write memorandum to ACC counsel regarding revisions to Project Larch financial forecasts for purposes of advising counsel. | 2.10 | $ 625.00 | $ 1,312.50 |
| 19-Jul-11 | PC | Review performance of comparable companies and commence market multiple valuation for monitoring. | 3.20 | $ 345.00 | $ 1,104.00 |
| 20-Jul-11 | JS | Conference call with Blackstone regarding Project Larch revised earnings analysis for bid considerations. | 0.30 | $ 625.00 | $ 187.50 |
| 20-Jul-11 | PC | Continue to update market multiple valuation. | 2.80 | $ 345.00 | $ 966.00 |
| 22-Jul-11 | JS | Review, revise P. Cramp's market multiple valuation of Grace for valuation. | 0.80 | $ 625.00 | $ 500.00 |
| 22-Jul-11 | PC | Review market multiple valuation with J. Sinclair, review current enterprise value. | 1.80 | $ 345.00 | $ 621.00 |
| 26-Jul-11 | JS | Review, analyze Grace 2nd Quarter 2011 earnings report for monitoring. | 1.40 | $ 625.00 | $ 875.00 |
| 26-Jul-11 | JS | Participated in Q2 earnings conference call with management (Festa and La Force) for monitoring. | 0.70 | $ 625.00 | $ 437.50 |
| 26-Jul-11 | JS | Write memorandum to ACC counsel regarding 2nd Quarter earnings results for purposes of advising counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 27-Jul-11 | PC | Review Analyst Report for due diligence and monitoring. | 1.10 | $ 345.00 | $ 379.50 |
| 28-Jul-11 | PC | Review list of comparable companies for possible additions to peer group, review Huntsman 10-K for due diligence. | 2.70 | $ 345.00 | $ 931.50 |
| | | Total Valuation | 31.60 | | $ 13,898.00 |
| | | **TOTAL** | **63.00** | | **$ 29,262.00** |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2011 through July 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 6.10 | $ 625.00 | $ 3,812.50 |
| James Sinclair - Senior Managing Director | 22.00 | $ 625.00 | $ 13,750.00 |
| Peter Cramp - Associate | 28.70 | $ 345.00 | $ 9,901.50 |
| Gibbons Sinclair - Senior Analyst | 6.20 | $ 290.00 | $ 1,798.00 |
| Total Professional Hours and Fees | 63.00 | | $ 29,262.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2011 through July 31, 2011

| Date | Description of Item | Amount |
|------|---------------------|--------|
| 07/20/11 | Alacra (Thomson Financial I/B/E/S) | $108.00 |
| | Total Expenses July 1, 2011 through July 31, 2011 | $108.00 |