## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
### July 2011

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 6.0 | $ 5,913.12 |
| George Baccash | Audit Partner | 20+ | Integrated Audit | $ 618.80 | 4.0 | $ 2,475.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.79 | 29.0 | $ 23,106.91 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 688.34 | 2.0 | $ 1,376.68 |
| Dave Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 2.2 | $ 961.14 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 32.6 | $ 13,392.08 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 434.98 | 68.8 | $ 29,926.62 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 2.7 | $ 853.82 |
| Todd Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 4.0 | $ 1,248.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 33.0 | $ 7,893.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 81.9 | $ 21,114.64 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 6.4 | $ 1,503.68 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 148.0 | $ 35,712.40 |
| William Beck | Audit Senior Associate | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Kathryn Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 58.3 | $ 10,513.82 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 115.0 | $ 20,739.10 |
| Veronica Joelle Flores | Tax Associate | 1 | Integrated Audit | $ 161.20 | 23.5 | $ 3,788.20 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.8 | $ 88.50 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 180.34 | 53.3 | $ 9,612.12 |
| Diego de Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.1 | $ 393.70 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.5 | $ 444.50 |
| Gonzalo Palacios | Project Specialist | 1 | Integrated Audit | $ 127.00 | 7.0 | $ 889.00 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 38.94 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 127.00 | 1.3 | $ 158.75 |
| Luis Benitez Amatti | Project Specialist | 1 | Integrated Audit | $ 127.00 | 4.8 | $ 603.25 |
| Maria Simeone Neira | Project Specialist | 1 | Integrated Audit | $ 127.00 | 8.5 | $ 1,079.50 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.8 | $ 476.25 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | $ 127.00 | 5.0 | $ 635.00 |
| Timothy Schmidt | Audit Intern | 1 | Integrated Audit | $ 63.50 | 23.2 | $ 1,473.20 |
| Totals | | | | | 734.8 | $ 198,635.38 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

{02411:PLDG:10150174.DOC}

## Summary of PwC's Fees By Project Category:
## July 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 10.6 | $ 1,487.69 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411:PLDG:10150174.DOC}

Totals    10.6

$ 1,487.69

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 734.8 | $198,635.38 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 745.4 | $ 200,123.07 |

Expense Summary
July 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,741.22 |
| Lodging | N/A | $168.17 |
| Sundry | N/A | $12.00 |
| Business Meals | N/A | $382.63 |
| TOTAL: | | $ 2,304.02 |

{02411:PLDG:10150174.DOC}