# Exhibit - B

**CONSOLIDATED AUDIT**
EXPENSE DETAIL
For the Month Ended July 31, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas E. Smith | Integrated Audit | 7-Jul | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | Integrated Audit | 18-Jul | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | Integrated Audit | 19-Jul | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | Integrated Audit | 21-Jul | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | Integrated Audit | 25-Jul | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| Jody B. Underhill | Integrated Audit | 21-Jul | $ 236.95 | | | | Airline & travel to/from Tampa/Fort Lauderdale |
| | Integrated Audit | 21-Jul | $ 181.08 | | | | Rental car for 3 days while traveling on client business |
| | Integrated Audit | 21-Jul | | $ 148.82 | | | 2 nights hotel stay at Boca Town Center Marriott Boca Raton, FL |
| | Integrated Audit | 21-Jul | | $ 19.35 | | | Taxes related to above 2 night stay |
| | Integrated Audit | 21-Jul | | | $ 12.00 | | 2 complete days of tolls, hotel and airport porter tipping related to above travel |
| | Integrated Audit | 19-Jul | $ 40.00 | | | | 2 days of parking at Tampa airport while traveling out of town on client business |
| | Integrated Audit | 19-Jul | | | | $ 200.00 | Dinner for T.Chesla, E.Sama, V.Flores (all PwC) and myself while traveling on client business |
| | Integrated Audit | 20-Jul | | | | $ 16.92 | Lunch for myself while traveling out of town on client business |
| | Integrated Audit | 20-Jul | | | | $ 22.92 | Dinner for myself while traveling out of town on client business |
| | Integrated Audit | 21-Jul | | | | $ 10.98 | Breakfast for myself while traveling out of town on client business |
| | Integrated Audit | 21-Jul | | | | $ 107.81 | Lunch for D.Lubow, J.Argrazti, A.Clarke, K.EsCurdia, G-Hurwitz, J.Crossman, L.Poole, (All WRG) E.Sama (PwC) and myself while traveling out of town on client business |
| | Integrated Audit | 21-Jul | | | | $ 24.00 | Dinner for myself while traveling out of town on client business |
| Justin Bray | Integrated Audit | 5-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 5-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 12-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 13-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 18-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 19-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 20-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 21-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 25-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 26-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Jul | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| Pavel Katsiak | Integrated Audit | 18-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 19-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 20-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 21-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 22-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 25-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 26-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 27-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Jul | $ 29.30 | | | | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| Kathleen Bradley | Integrated Audit | 5-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 6-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 7-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 8-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 11-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 12-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 13-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 14-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 15-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 18-Jul | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |

| | Type | Date | Transportation | Description |
|---|---|---|---|---|
| | Integrated Audit | 19-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 20-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 21-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 22-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 25-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 26-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 27-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 28-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 29-Jul | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| **Brett Czajkowski** | Integrated Audit | 12-Jul | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0.555 per mile). |
| **Phill Crosby** | Integrated Audit | 8-Jul | $ 46.62 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 22-Jul | $ 46.62 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.555 per mile). |
| **Jamie Kunkel** | Integrated Audit | 14-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 15-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 18-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 19-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 20-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 26-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 27-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 31-Jul | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| **Timothy Schmidt** | Integrated Audit | 26-Jul | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 27-Jul | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Jul | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Jul | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |

| Summary | Total | Transportation | Lodging | Sunday | Business Meals |
|---|---|---|---|---|---|
| | 2,304.02 | $ 1,741.22 | $ 168.17 | $ 12.00 | $ 382.63 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended July 31, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas E. Smith | 7-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | 18-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | 19-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | 21-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| | 25-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile). |
| Jody B. Underhill | 21-Jul | Tax Director | $ 236.95 | Airline & travel to/from Tampa/Fort Lauderdale |
| | 21-Jul | Tax Director | $ 181.08 | Rental car for 3 days while traveling on client business |
| | 21-Jul | Tax Director | $ 148.82 | 2 nights hotel stay at Boca Town Center Marriott Boca Raton, FL |
| | 21-Jul | Tax Director | $ 19.35 | Taxes related to above 2 night stay |
| | 21-Jul | Tax Director | $ 12.00 | 2 complete days of tolls, hotel and airport porter tipping related to above travel |
| | 21-Jul | Tax Director | $ 40.00 | 2 days of parking at Tampa airport while traveling out of town on client business |
| | 19-Jul | Tax Director | $ 200.00 | Dinner for T.Chesla, E.Sama, V.Flores (all PwC) and myself while traveling on client business |
| | 20-Jul | Tax Director | $ 16.92 | Lunch for myself while traveling out of town on client business |
| | 20-Jul | Tax Director | $ 22.92 | Dinner for myself while traveling out of town on client business |
| | 21-Jul | Tax Director | $ 10.98 | Breakfast for myself while traveling out of town on client business |
| | 21-Jul | Tax Director | $ 107.81 | Lunch for D.Libow, J.Agresti, A. Clarke, K.Edourdo, G.Hurwitz, J.Crossman, L.Poole, (All WRG),E.Sama (PwC) and myself while traveling out of town on client business |
| | 21-Jul | Tax Director | $ 24.00 | Dinner for myself while traveling out of town on client business |
| Justin Bray | 5-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 5-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 7-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 12-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 13-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 18-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 19-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 20-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 21-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 25-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 26-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 28-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 28-Jul | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| Pavel Katsiak | 18-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 19-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 20-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 21-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 22-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 25-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 26-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 28-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| | 29-Jul | Audit Senior Associate | $ 29.30 | Mileage in excess of daily commute (80 miles - 27.2 normal commute miles * rate - 0.555 per mile). |
| Kathleen Bradley | 5-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 6-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 7-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 8-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 11-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 12-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 13-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 14-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 15-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 18-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 19-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 20-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 21-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 22-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 25-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 26-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 27-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 28-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 29-Jul | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| Brett Czajkowski | 12-Jul | Audit Manager | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0.555 per mile). |
| Phill Crosby | 8-Jul | Audit Senior Associate | $ 46.62 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 22-Jul | Audit Senior Associate | $ 46.62 | Mileage in excess of daily commute (98 miles - 14 normal commute miles * rate 0.555 per mile). |
| Jamie Kunkel | 14-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 15-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 18-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 19-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 20-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 25-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 26-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 27-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 28-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 29-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | 31-Jul | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| Timothy Schmidt | 26-Jul | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | 27-Jul | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | 28-Jul | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | 29-Jul | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |

**Total** $ 2,304.02