**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
2010 Darex Puerto Rico Audit for July 2011

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Current Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Darex | $ 606.70 | 6.0 | $ 3,640.20 |
| Justin Bray | Audit Senior Manager | 9 | Darex | $ 368.08 | 9.5 | $ 3,496.76 |
| Pavel Katsiak | Audit Senior Associate | 4 | Darex | $ 196.88 | 41.0 | $ 8,072.08 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Darex | $ 151.94 | 52.2 | $ 7,931.27 |
| Jamie Kunkel | Audit Associate | 1 | Darex | $ 107.00 | 8.4 | $ 898.80 |
| Totals | | | | | 117.1 | $ 24,039.11 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    0.0    $ 0.00

## Summary of PwC's Fees By Project Category:
## Darex Puerto Rico Project for July 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 117.1 | $24,039.11 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 117.1 | $24,039.11 |

Expense Summary
2010 Darex Puerto Rico Audit for July 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 94.80 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $94.80 |