# Exhibit - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2011

FINANCIAL STATEMENT AUDIT TIME INCURRED

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Current Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Darex | $ 606.70 | 6.0 | $ 3,640.20 |
| Justin Bray | Audit Senior Manager | 9 | Darex | $ 368.08 | 9.5 | $ 3,496.76 |
| Pavel Katsiak | Audit Senior Associate | 4 | Darex | $ 196.88 | 41.0 | $ 8,072.08 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Darex | $ 151.94 | 52.2 | $ 7,931.27 |
| Jamie Kunkel | Audit Associate | 1 | Darex | $ 107.00 | 8.4 | $ 898.80 |
| Totals | | | | | 117.1 | $ 24,039.11 |

W.R. Grace & Co.
Time Detail
Month ended July 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| Name: Tom Smith | | |
| 5-Jul | 1.9 | Meeting with P.Katsiak, K.Bradley and J.Bray (all PwC) to discuss status of Darex Puerto Rico audit |
| 6-Jul | 1.4 | Meeting with K.Bradley and J.Bray (all PwC) to discuss status of Darex Puerto Rico audit |
| 7-Jul | 1.7 | Meeting with K.Bradley and J.Bray (all PwC) to discuss status of Darex Puerto Rico audit |
| 8-Jul | 1.0 | Meeting with K.Bradley and J.Bray (all PwC) to discuss status of Darex Puerto Rico audit |
| | **6.0** | Current Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Detail
Month ended July 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Justin Bray** | | |
| 5-Jul | 1.9 | Meeting with P.Katsiak, K.Bradley and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 6-Jul | 1.4 | Meeting with K.Bradley and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 7-Jul | 1.7 | Meeting with K.Bradley and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 7-Jul | 0.9 | Meeting with T.Puglisi and K.Bradley (all PwC) to discuss income tax receivable balance of Darex Puerto Rico |
| 7-Jul | 0.9 | Reviewing income tax receivable workpapers prepared by K.Bradley (PwC) for Darex Puerto Rico |
| 8-Jul | 1.0 | Meeting with K.Bradley and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 8-Jul | 1.7 | Meeting with K.Bradley and A. Schmidt (all PwC) to discuss material weaknesses |
| | **9.5** | Current Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Pavel Katsiak** | | |
| 13-May | 0.9 | Meeting with J. Bray (Grace) to discuss the status of the audit |
| 13-May | 1.1 | Meeting with K. Bradley (Grace) to discuss the status of the audit |
| 19-May | 0.5 | Discussing Inventory Mark-up adjustment with Grace management (J. Mac, Grace) |
| 19-May | 0.5 | Reviewing the documentation to establish the relevant facts and circumstances related to the inventory mark-up |
| 20-May | 1.0 | Reviewing various steps in the audit file |
| 23-May | 1.1 | Circling back with the client (T. Puglisi, Grace) regarding various financial statements disclosure items |
| 23-May | 0.7 | Discussing inventory capitalization adjustments to be made with T. Puglisi and J. Mac (both Grace) |
| 23-May | 1.2 | Reviewing the documentation of the inventory capitalization and inventory mark-up analysis |
| 24-May | 0.5 | Circling back with J. Bray (PwC) on the open issues |
| 24-May | 0.5 | Preparing the schedule of adjustments posted by management |
| 24-May | 1.3 | Preparing the schedule of unadjusted differences and out of period adjustments |
| 24-May | 0.9 | Preparing the SAB 109 (Materiality) memo |
| 24-May | 0.8 | Circling back with management (T. Puglisi, Grace) on the management representation letter |
| 25-May | 0.3 | Coordinating the communication with the PwC team in Puerto Rico |
| 25-May | 0.5 | Reviewing External Workpapers |
| 25-May | 1.2 | Reviewing / updating documentation for confirmation for accounts receivable |
| 26-May | 1.4 | Reviewing the work performed over inventories |
| 26-May | 1.1 | Updated documentation of transfer pricing adjustment (TPA) and selling, general and administrative expenses push down |
| 31-May | 0.5 | Reviewing the documentation of the fixed assets testing |
| 31-May | 1.5 | Reviewing lead schedules and reconciling them to the financial statements |
| 7-Jun | 1.3 | Review of substantive analytics over operating expenses |
| 7-Jun | 0.7 | Reviewing the documentation for the search for unrecorded liabilities |
| 8-Jun | 1.5 | Reviewing Revenue Analytics |
| 9-Jun | 0.5 | Reviewing / updating Cost of Goods Sold Analytics |
| 16-Jun | 0.5 | Reviewing operating expense Analytics |
| 17-Jun | 1.3 | Reviewing / updating Cost of Goods Sold Analytics |
| 17-Jun | 1.2 | Reviewing / updating sales commissions testing |
| 20-Jun | 1.5 | Update transfer pricing adjustment (TPA) Documentation with support provided by J. Mac (Grace) |
| 22-Jun | 1.2 | Reviewing the documentation of the allowance for doubtful accounts |
| 22-Jun | 0.5 | Prepared schedule to track open steps |
| 22-Jun | 1.3 | Reviewing supporting schedules provided by T. Puglisi (Grace) |
| 23-Jun | 1.5 | Reviewing documentation of the transfer pricing adjustment (TPA) |
| 24-Jun | 1.5 | Review of Darex Puerto Rico external workpapers |
| 28-Jun | 1.6 | Drafting management letter of comment |

| Date | Hours | Description |
|---|---|---|
| 28-Jun | 1.1 | Reviewing significant matters in the database |
| 28-Jun | 1.3 | Documenting summary of uncorrected misstatements and out of period adjustments |
| 29-Jun | 1.0 | Documenting summary of uncorrected misstatements and out of period adjustments |
| 29-Jun | 1.0 | Meeting with K. Bradley (Grace) to discuss the status of the audit |
| 30-Jun | 1.0 | Documenting summary of uncorrected misstatements and out of period adjustments |
| 5-Jul | 0.8 | Documenting control deficiencies noted |
| 5-Jul | 1.2 | Meeting with J. Bray and K. Bradley (both PwC) to discuss the status of the audit |
| | **41.0** | |

**Current Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Detail
Month ended July 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| Name: Kathleen Bradley | | |
| 29-Jun | 1.0 | Discussing Darex Puerto Rico audit status with P.Katsiak (PwC) |
| 30-Jun | 0.8 | Reviewing Darex transfer pricing schedules |
| 30-Jun | 1.4 | Working on Darex preliminary analytics |
| 30-Jun | 1.1 | Working on Darex deferred tax assets testing |
| 30-Jun | 0.9 | Reviewing and updating revenue analytics documentation |
| 30-Jun | 0.6 | Reviewing and updating cost of goods sold analytic documentation |
| 30-Jun | 0.7 | Documenting Darex audit completion procedures |
| 30-Jun | 0.8 | Reviewing answers to questions sent to J.Mac (Grace) about Darex 2010 revenue |
| 30-Jun | 0.7 | Updating accounts receivable analytics |
| 5-Jul | 1.9 | Meeting with P.Katsiak, J.Bray and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 5-Jul | 1.7 | Documenting Darex Puerto Rico transfer pricing testing |
| 5-Jul | 0.9 | Working on Darex preliminary analytics |
| 5-Jul | 1.2 | Working on Darex deferred tax assets testing |
| 5-Jul | 0.4 | Reviewing and updating revenue analytics documentation |
| 5-Jul | 0.9 | Reviewing and updating cost of goods sold analytic documentation |
| 6-Jul | 0.4 | Meeting with J.Bray and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 6-Jul | 0.9 | Working on tie out of Darex Puerto Rico financial statements |
| 6-Jul | 0.8 | Working on tie out of Darex Puerto Rico footnotes |
| 6-Jul | 0.9 | Reviewing Darex transfer pricing schedules |
| 6-Jul | 0.7 | Documenting Darex revenue analytics |
| 6-Jul | 1.3 | Call with J.Mac and D.Bobolts (all Grace) to discuss Darex revenue trends during 2010 |
| 7-Jul | 1.7 | Meeting with J.Bray and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 7-Jul | 0.9 | Meeting with T.Puglisi and J.Bray (all PwC) to discuss income tax receivable balance of Darex Puerto Rico |
| 7-Jul | 0.9 | Working on tie out of Darex Puerto Rico financial statements |
| 7-Jul | 0.8 | Working on tie out of Darex Puerto Rico footnotes |
| 7-Jul | 0.9 | Documenting Darex revenue analytics |
| 7-Jul | 0.8 | Reviewing Darex transfer pricing schedules |
| 7-Jul | 0.7 | Working on updating accounts receivable audit work documentation |
| 7-Jul | 0.8 | Working on updating allowance for doubtful accounts audit work documentation |
| 8-Jul | 1.0 | Meeting with J.Bray and T.Smith (all PwC) to discuss status of Darex Puerto Rico audit |
| 8-Jul | 1.7 | Meeting with J.Bray and A. Schmidt (all PwC) to discuss material weaknesses |
| 8-Jul | 1.9 | Reviewing Darex financial statements from 2001 through 2009 to find tax balances |
| 8-Jul | 1.6 | Reviewing Darex tax filings from 2002 through 2009 to pull tax balances |
| 8-Jul | 0.9 | Calculating any return to provision differences between Darex statements and tax filings |
| 8-Jul | 1.4 | Calculating income tax payable rollforward from 2001 through 2010 |

| Date | Hours | Description |
|---|---|---|
| 9-Jul | 1.3 | Compiling a schedule to track tax provision from Darex financial statements, tax expense from Darex tax filings and tax payable and receivables balances from Darex financial statements |
| 9-Jul | 0.8 | Calculating income tax payable rollforward from 2001 through 2010 |
| 9-Jul | 0.9 | Discussing 2010 tax payable balance based on rollforward calculated with T.Puglisi (Grace) |
| 11-Jul | 1.3 | Documenting Darex revenue analytics |
| 11-Jul | 0.9 | Reviewing Darex transfer pricing schedules |
| 11-Jul | 1.2 | Working on updating accounts receivable audit work documentation |
| 11-Jul | 1.1 | Working on updating allowance for doubtful accounts audit work documentation |
| 11-Jul | 1.4 | Working on documenting work performed over tax accounts |
| 11-Jul | 0.8 | Documenting unadjusted misstatements in the Darex database |
| 11-Jul | 1.3 | Documenting control deficiencies in the Darex database |
| 12-Jul | 1.3 | Reviewing financial statement comments provided by Puerto Rico office |
| 12-Jul | 0.9 | Emailing Puerto Rico audit team answers to questions about the Darex Puerto Rico financial statements |
| 12-Jul | 1.8 | Reviewing most recent draft of Darex Puerto Rico financial statements and finalizing tie out |
| 13-Jul | 0.2 | Finalizing Darex 2010 audit external workpapers |
| 18-Jul | 1.0 | Drafting Darex 2010 Audit management comment letter related to material weaknesses |
| | **52.2** | **Current Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Detail
Month ended July 31, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |

Name: Jamie Kunkel

| Date | Hours | Description |
|---|---|---|
| 5-Jul | 0.9 | Finalizing Darex Puerto Rico audit leadsheets |
| 5-Jul | 0.8 | Documenting property, plant and equipment analytic |
| 5-Jul | 1.3 | Documenting sales returns analytic |
| 5-Jul | 1.2 | Working on Darex Puerto Rico audit completion procedures in the database |
| 5-Jul | 0.8 | Tying out audit leadsheets to the Darex financial statements |
| 6-Jul | 1.7 | Continuing to work on the lead sheets so that they tie to the financial statements |
| 7-Jul | 0.6 | Reviewing the Accounts Receivable aging and documenting results |
| 7-Jul | 1.1 | Updating the revenue analytic documentation |
| | 8.4 | Current Grace Financial Statement Audit Charged Hours |