# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 5-Jul | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Jamie Kunkel | Integrated Audit | 5-Jul | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 6-Jul | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Jul | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| Summary | | | Total  Transportation | Lodging | Sundry | Business Meals | |
| | | | $ 94.80  $ 94.80 | $ - | $ - | $ - | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2011

| Personnel | Date | Title | Expense | | Description |
|---|---|---|---|---|---|
| Thomas Smith | 5-Jul | Audit Partner | $ | 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Jamie Kunkel | 5-Jul | Audit Associate | $ | 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
|  | 6-Jul | Audit Associate | $ | 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
|  | 7-Jul | Audit Associate | $ | 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
|  |  |  | **Total** | | |
|  |  |  | $ | 94.80 | |