**Attachment B**
**To Fee Application**
**Summary of PwC's Fees by Professional**
**for the Period April 1, 2011 through July 31, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period April - July 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Carl A Dubert | Partner | 20+ | Global Restructuring | $ 742.50 | 1.0 | $ 742.50 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $ 858.00 | 15.5 | $ 13,299.00 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 7.0 | $ 5,236.00 |
| John A Salerno | Partner | 20+ | Global Restructuring | $ 918.50 | 1.0 | $ 918.50 |
| James Prettyman | Partner | 20+ | Global Restructuring | $ 813.00 | 1.0 | $ 813.00 |
| Christian Marty | Director | 15 | Global Restructuring | $ 918.50 | 4.0 | $ 3,674.00 |
| Gilles J de Vignemont | Director | 14 | Global Restructuring | $ 654.50 | 9.0 | $ 5,890.50 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $ 434.50 | 1.0 | $ 434.50 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 75.5 | $ 24,915.00 |
| Sophia WK Chan | Manager | 6 | Global Restructuring | $ 533.50 | 2.0 | $ 1,067.00 |
| Veronica Joelle Flores | Staff - Experienced | 2 | Global Restructuring | $ 170.50 | 75.0 | $ 12,787.50 |
| Beatrice Rivero | Executive Assistant | 2 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |
| Totals | | | | | 192.3 | $ 69,807.20 |

**Summary of PwC's Fees by Project Category:**
**for the Period April 1, 2011 through July 31, 2011**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |

{02411:PLDG:10150188.DOC}

| Category | | |
|---|---|---|
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | 192.3 | $69,807.20 |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |

{02411:PLDG:10150188.DOC}

| 28-Data Analysis | | |
|---|---|---|
| TOTAL: | 192.3 | $69,807.20 |

{02411:PLDG:10150188.DOC}