

August 23, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   196525

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 07/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $695.00 | $1,761.77 | $2,456.77 |
| **.15538 -** 02 - Debtors' Business Operations | $7,630.50 | $0.00 | $7,630.50 |
| **.15543 -** 07 - Applicant's Fee Application | $112.50 | $0.00 | $112.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $495.00 | $0.00 | $495.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $5,407.50 | $0.00 | $5,407.50 |
| *Client Total* | **$14,340.50** | **$1,761.77** | **$16,102.27** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593                    www.bilzin.com

| **CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD** | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Sakalo, Jay M | 19.80 | $525.00 | $10,395.00 |
| Mendoza, Andres G | 6.80 | $435.00 | $2,958.00 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 0.40 | $225.00 | $90.00 |
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |
| | | ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | ***$14,340.50*** |

| **CLIENT SUMMARY OF COSTS ADVANCED** | |
|---|---:|
| Airfare | $522.40 |
| Fares, Mileage, Parking | $44.00 |
| Long Distance Telephone | $13.68 |
| Lodging | $884.32 |
| Meals | $101.24 |
| Mileage | $22.30 |
| Miscellaneous Costs | $36.95 |
| Pacer - Online Services | $93.92 |
| Parking | $30.00 |
| Postage | $3.96 |
| Copies | $9.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$1,761.77*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | **$16,102.27** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/05/11 | JMS | 0.60 | 315.00 | Email to committee regarding cancelation of hearing and follow up emails regarding oral argument on confirmation appeal. |
| 07/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/18/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |

**PROFESSIONAL SERVICES** $695.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/27/11 | Mileage Mileage from home to Miami Airport - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 22.30 |
| 06/28/11 | Meals Breakfast - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 7.55 |
| 06/28/11 | Meals Dinner - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 42.02 |
| 06/28/11 | Meals Snack - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 2.89 |
| 06/28/11 | Lodging Lodging - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 884.32 |
| 06/28/11 | Miscellaneous Costs U.S. Airways/Seat change - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 30.00 |
| 06/28/11 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 05/25/11-06/24/11; DATE: 6/24/2011  -  Acct. 5306220025395504 | 522.40 |
| 06/29/11 | Fares, Mileage, Parking Cap to airport-(Trip to Philadelphia) - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 34.00 |
| 06/29/11 | Fares, Mileage, Parking Cap to courthouse - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 10.00 |
| 06/29/11 | Meals Snack - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 2.99 |
| 06/29/11 | Meals Dinner - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 8.63 |
| 06/29/11 | Meals VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 37.16 |
| 06/29/11 | Miscellaneous Costs Laundry - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 6.95 |
| 06/29/11 | Parking Airport Parking - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 30.00 |
| 06/30/11 | Pacer - Online Services Searches 04/01/11 through  06/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22011; DATE: 6/30/2011  -  Acct.- RB0120 | 15.92 |
| 06/30/11 | Pacer - Online Services Searches 04/01/11 to 06/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22011; DATE: 6/30/2011  -  Acct.- RB0120 | 78.00 |
| 07/01/11 | Long Distance Telephone (310)743-1849; 2 Mins. | 1.52 |
| 07/07/11 | Long Distance Telephone (512)476-4394; 2 Mins. | 1.52 |
| 07/14/11 | Postage | 3.96 |

Case 01-01139-AMC    Doc 27544-2    Filed 09/01/11    Page 5 of 9

Page 5

| | | |
|---|---|---:|
| 07/26/11 | Long Distance Telephone (803)943-8094; 14 Mins. | 10.64 |
| 07/05/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/05/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/13/11 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 07/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/13/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/21/11 | Copies 11 pgs @ 0.10/pg | 1.10 |

**TOTAL COSTS ADVANCED**                                                               $1,761.77

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |
| **TOTAL** | **2.50** | | **$695.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $522.40 |
| Fares, Mileage, Parking | $44.00 |
| Long Distance Telephone | $13.68 |
| Lodging | $884.32 |
| Meals | $101.24 |
| Mileage | $22.30 |
| Miscellaneous Costs | $36.95 |
| Pacer - Online Services | $93.92 |
| Parking | $30.00 |
| Postage | $3.96 |
| Copies | $9.00 |
| **TOTAL** | **$1,761.77** |

**CURRENT BALANCE DUE THIS MATTER**                                     $2,456.77

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/08/11 | JMS | 0.20 | 105.00 | Email from R. Higgins regarding Project Larch update. |
| 07/12/11 | JMS | 0.40 | 210.00 | Telephone conference with Andres Mendoza regarding review of Project Larch SPA. |
| 07/13/11 | JMS | 1.40 | 735.00 | Prepare for and attend Project Larch call. |
| 07/14/11 | AGM | 2.10 | 913.50 | Review Project Larch Sale and Purchase Agreement. |
| 07/15/11 | AGM | 4.70 | 2,044.50 | Review Project Larch Sale and Purchase Agreement; draft issues list related to Project Larch Sale and Purchase Agreement. |
| 07/16/11 | JMS | 1.40 | 735.00 | Review Project Larch sale and purchase agreement and Andres Mendoza memo regarding same. |
| 07/18/11 | JMS | 2.70 | 1,417.50 | Prepare for and attend Project Larch conference call (1.3); review supplemental documents regarding same (.8); follow up telephone conference regarding same (.6). |
| 07/20/11 | JMS | 1.20 | 630.00 | Review draft COC and proposed order and comments thereon (.7); all hands call regarding Project Larch (.5). |
| 07/21/11 | JMS | 1.20 | 630.00 | Review revised drafts of certificate of counsel and email exchanges thereon. |
| 07/22/11 | JMS | 0.40 | 210.00 | Email exchanges with R. Higgins and J. Baer regarding project larch. |

**PROFESSIONAL SERVICES** $7,630.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 8.90 | $525.00 | $4,672.50 |
| Mendoza, Andres G | 6.80 | $435.00 | $2,958.00 |
| **TOTAL** | **15.70** | | **$7,630.50** |

**CURRENT BALANCE DUE THIS MATTER** $7,630.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

07/18/11    JIS    0.30    112.50    Review and revise June 2011 prebill.

**PROFESSIONAL SERVICES** $112.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| *TOTAL* | *0.30* | | *$112.50* |

**CURRENT BALANCE DUE THIS MATTER** $112.50

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 07/18/11 | SLB | 0.60 | 405.00 | Attention to motion to settle CA PD claims (.2); attention to original motion to settle such claims and email to J. Sakalo regarding same (.4). |
| 07/18/11 | LMF | 0.40 | 90.00 | Review docket and attetion to motion regarding PD claims; obtain same for Scott Baena. |

**PROFESSIONAL SERVICES** $495.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Flores, Luisa M | 0.40 | $225.00 | $90.00 |
| **TOTAL** | **1.00** | | **$495.00** |

**CURRENT BALANCE DUE THIS MATTER** $495.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/11 | JMS | 0.40 | 210.00 | Telephone conference with M. Dies regarding oral argument. |
| 07/08/11 | JMS | 0.60 | 315.00 | Telephone conference with D. Scott regarding oral argument on confirmation appeal. |
| 07/11/11 | JMS | 1.40 | 735.00 | Work on memo regarding oral argument. |
| 07/19/11 | JMS | 4.20 | 2,205.00 | Work on memo summarizing oral argument and related issues. |
| 07/21/11 | JMS | 3.70 | 1,942.50 | Complete memo to committee regarding confirmation oral arguments (3.7). |

**PROFESSIONAL SERVICES** $5,407.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 10.30 | $525.00 | $5,407.50 |
| **TOTAL** | **10.30** | | **$5,407.50** |

**CURRENT BALANCE DUE THIS MATTER** $5,407.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP