# HR&A                                                            INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

August 7, 2011
Invoice No. HRA20110807

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of July, 2011.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz | |
| 1.00 hours @ $ 700 per hour | $ 700.00 |
| Total Fees: | $ 700.00 |

### PRIOR BALANCE DUE

| | | |
|---|---|---|
| 02/12/09 Invoice | $ 1,500.00 | |
| 03/10/09 Invoice | 62.50 | |
| 04/07/09 Invoice | 125.00 | $ 1,687.50 |
| **TOTAL DUE:** | | **$ 2,387.50** |

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

JULY, 2011 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 07/21/11 | 1.00 | Read summary of appellate arguments, responses and commentary. |
| TOTAL: | 1.00 | |

# HR&A Hourly Rate Quotation*
## FY 2011- 2012

Hourly rates for the named individuals and other HR&A staff are as follows:

**Partners (Hamilton, Rabinovitz)** .................................................. $ 700

**Managing Directors (Sims)** ......................................................... 650

**Principals** ................................................................................. 400

**Directors** .................................................................................. 350

**Managers** ................................................................................. 325

**Senior Analysts** ........................................................................ 250

**Analysts** .................................................................................. 200

**Research Associates** ................................................................. 100

* The outlined rates are guaranteed through June 30, 2012. Depositions, mediations, SEC expertization, arbitration hearing or trial testimony hours are billed at time and one-half.