IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-SIXTH MONTHLY INTERIM PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

Name of Applicant:                              Alan B. Rich, Esq.

Authorized to Provide Services To:     Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:                           September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:          August 1, 2011 through August 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:             $6,708.00   [80% of $8,385.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $20.88

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 12.9 hours,[2] for a total amount billed of $8,385.00 of which 80% is currently sought, in the amount of $6,708.00. In addition, 100% of the reasonable expenses incurred, $20.88, is also sought. The total sought by the Application is thus $6,728.88.

As stated above, this is the Thirty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 4.5 | $2,925.00 |
| Business Operations | 2.2 | $1,430.00 |
| Fee Application Matters (including FCR and Local Counsel, monthly and quarterly applications) | 6.2 | $4,030.00 |
| TOTAL | 12.9 | $8,385.00 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Conference Calling<br>PACER | $12.00<br>$8.88 |
| TOTAL | $20.88 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of September, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2011)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 8/1/2011 | Analysis of recent USSC decision on core jurisdiction | 1.0 |
| 8/1/2011 | Review several notices of disposition of equity by York entities | 0.1 |
| 8/1/2011 | Email from Debtor re remittance advice | 0.1 |
| 8/1/2011 | Prepare, file and serve 36th Monthly Fee Application and Notice | 1.5 |
| 8/1/2011 | Prepare, file and serve 6th Monthly Fee Application and Notice for Local Counsel | 0.4 |
| 8/1/2011 | Prepare, file and serve 27th Monthly Fee Application of Judge Sanders | 0.5 |
| 8/2/2011 | Review Notice of Acquisition of equity by York entity | 0.1 |
| 8/2/2011 | Conference with PD Trustee re status | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 8/2/2011 | Review Order re service of sealed documents re Larch on committees and FCRs | 0.1 |
| 8/3/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/4/2011 | Review Canadian ZAI counsel fee application (SH) | 0.1 |
| 8/4/2011 | Review Notices of Disposition of Equity by York entities | 0.1 |
| 8/5/2011 | Review Canadian ZAI counsel Quarterly fee applications | 0.2 |
| 8/5/2011 | Prepare, file and serve the 11st Quarterly Fee Application for the 41st quarterly period and Notice of filing thereof | 1.5 |
| 8/5/2011 | Prepare, file and serve the 11st Quarterly Fee Application of Judge Sanders for the 41st quarterly period & Notice of filing thereof | 1.0 |
| 8/5/2011 | Prepare 2nd Quarterly Fee Application of Karl Hill, Local counsel to Judge Sanders | 0.4 |
| 8/8/2011 | Review Disposition of equity notices from York entities | 0.1 |
| 8/8/2011 | Attend to filing and service of 2nd Quarterly Fee Application of Karl Hill, Local counsel to Judge Sanders and email from K. Hill re same | 0.3 |
| 8/8/2011 | Emails to and from client re August omnibus hearing | 0.1 |
| 8/9/2011 | Email from K. Hill re payments and email to Debtors re same | 0.1 |
| 8/9/2011 | Review Notices of Disposition of Equity by York entities | 0.1 |
| 8/10/2011 | Email from J. Baer re Larch documents | 0.1 |
| 8/10/2011 | Emails to and from client re Larch Documents | 0.1 |
| 8/10/2011 | Attention to compliance with Larch confidentiality agreement and email to J. Baer re same | 0.3 |
| 8/10/2011 | Review Disposition of equity notices from York entities | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/11/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/12/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/15/2011 | Review CNO re settlement of State of California PD claims | 0.1 |
| 8/16/2011 | Email to R. Wyron and P. Lockwood re Integrity Ins. Liquidation | 0.1 |
| 8/16/2011 | Review CNO's re Canadian ZAI fees | 0.1 |
| 8/17/2011 | Email from Debtors' counsel re Larch materials | 0.1 |
| 8/18/2011 | Review August Omnibus hearing agenda | 0.1 |
| 8/19/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/20/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/22/2011 | Review CNO's re Canadian ZAI fees | 0.1 |
| 8/23/2011 | Review Debtors' motion to return sealed documents | 0.1 |
| 8/23/2011 | Prepare, file and serve Certificate of No Objection for Judge Sanders' 27th Fee Application | 0.2 |
| 8/23/2011 | Prepare, file and serve Certificate of No Objection for Karl Hill's 6th Fee Application | 0.2 |
| 8/23/2011 | Prepare, file and serve Certificate of No Objection for 35th Monthly Fee Application | 0.2 |
| 8/24/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/25/2011 | Email from debtors' counsel re conference call and email to client re same | 0.1 |
| 8/25/2011 | Review Fee Auditor's Amended Final Report for the 40th Quarterly Fee Period | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/25/2011 | Review CNA motion to file oversize brief in appeal from approval of settlement agreement | 0.1 |
| 8/26/2011 | Review meeting materials for conference call re prepayment and stock buy-back | 0.3 |
| 8/26/2011 | Attend conference call re prepayment and stock buy-back plan | 0.6 |
| 8/26/2011 | Conference with client re prepayment and stock buy-back plan | 0.1 |
| 8/26/2011 | Review Plan for treatment of PD Settlements re prepayment plan | 0.2 |
| 8/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 8/30/2011 | Review of Certification of Counsel re 2012 and 2013 Omnibus hearing dates and email to client re same | 0.3 |
| 8/31/2011 | Review Order setting Omnibus hearing dates and deadlines for 2012 and 2013 | 0.1 |
| 8/31/2011 | Review Canadian ZAI special counsel fee applications | 0.2 |
| 8/31/2011 | Review emails re Grace Strategic Plan documents | 0.2 |

Total:   12.9 hours @ $650/hour = $8,385.00

<u>Expenses</u>:   Conference Calling – $12.00
PACER – $8.88

Total Expenses: $20.88

**Total Fees and Expenses Due:   $8,405.88**