IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE THIRTY-SEVENTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2011 THROUGH JUNE 30, 2011**
**[RE: DOCKET NO. 27407]**

On August 10, 2011, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Security Holders, filed its Thirty-Seventh Quarterly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 27407] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on August 30, 2011. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $73,522.00 which represents 80% of the fees ($91,902.50) and $2,143.07 which represents 100% of the expenses, requested in the Application for the period April 1, 2011 through June 30, 2011, upon the filing of this

Krls/Wilm 57817v1

Certification and without the need for entry of a Court order approving the Application.

          **SAUL EWING LLP**

          By: /s/ Teresa K.D. Currier
          Teresa K. D. Currier (No. 3080)
          222 Delaware Avenue
          P.O. Box 1266
          Wilmington, DE 19899
          (302) 421-6800

          -and-

          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          Philip Bentley, Esquire
          David E. Blabey, Jr., Esquire
          1177 Avenue of the Americas
          New York, New York 10036
          (212) 715-9100

          Counsel to the Official Committee
          of Equity Security Holders

Dated: September 2, 2011