**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2135349 |
| Invoice Date | 08/11/11 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:  Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/11/11 | TKD | Review Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by the State of California Department of General Services | 0.5 | 325.00 |
| 07/21/11 | TKD | Review 40th Report of Asset Sales | 0.1 | 65.00 |
| 07/21/11 | TKD | Review 40th Report of Settlements | 0.1 | 65.00 |
| 07/25/11 | TKD | Review REDACTED Order Authorizing, but not Requiring, the Debtors to Participate in a Competitive Auction, and if Selected as the Winning Bidder Thereafter Consummate a Proposed Acquisition | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at $650.00 | = | 585.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
08/11/11

Case 01-01139-AMC   Doc 27556-2   Filed 09/02/11   Page 2 of 12

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2135349
Asset Disposition                                           Page 2

| | |
|---|---:|
| CURRENT FEES | 585.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 585.00 |
| **NET AMOUNT OF THIS INVOICE** | 585.00 |

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2135350 |
| Invoice Date | 08/11/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/11 | TKD | Review all case filings and share with team | 0.8 | 520.00 |
| 07/06/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 07/07/11 | TKD | REview all case filings and share with team | 0.5 | 325.00 |
| 07/12/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/13/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/14/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/15/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/18/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 07/19/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 07/20/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/21/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/22/11 | TKD | Reviewed all case filings and share with team | 0.5 | 325.00 |
| 07/25/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 07/26/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/27/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/29/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 7.8 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
08/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2135350
Case Administration                                                          Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.8 | at | $650.00 | = | 5,070.00 |

CURRENT FEES                                              5,070.00

**TOTAL AMOUNT OF THIS INVOICE**                          5,070.00

**NET AMOUNT OF THIS INVOICE**                            5,070.00

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2135352 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 08/11/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/11 | TKD | Review fee application for filing | 0.2 | 130.00 |
| 07/05/11 | TBB | Draft Notice to Saul ewing's twenty third monthly fee application. | 0.2 | 39.00 |
| 07/05/11 | TBB | File and serve Saul Ewing's twenty third monthly fee application | 0.8 | 156.00 |
| 07/25/11 | TBB | Draft Notice to Saul Ewing's twenty fourth monthly fee application. | 0.2 | 39.00 |
| 07/25/11 | TBB | Draft Saul Ewing's twenty fourth monthly fee application. | 0.8 | 156.00 |
| 07/27/11 | TBB | Draft CNO to Saul Ewing's twenty third monthly fee application. | 0.6 | 117.00 |
| 07/28/11 | TBB | File and serve Saul Ewing's CNO to the twenty third monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.4 | at | $195.00 | = | 663.00 |
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
08/11/11

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2135352
Fee Applications/Applicant                                Page 2

| | |
|---|---:|
| CURRENT FEES | 793.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 793.00 |
| **NET AMOUNT OF THIS INVOICE** | 793.00 |

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2135353
Invoice Date 08/11/11
Client Number 359022
Matter Number 00016

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/05/11 | TKD | Review Quarterly Fee Order entered by Court | 0.2 | 130.00 |
| 07/05/11 | TKD | Review Kramer Levin fee application to approve for filing | 0.2 | 130.00 |
| 07/05/11 | TBB | Draft Notice to Kramer Levin's one hundred and seventeenth monthly fee applications. | 0.2 | 39.00 |
| 07/05/11 | TBB | File and serve Kramer Levin's one hundred and seventeenth monthly fee applications | 0.8 | 156.00 |
| 07/27/11 | TBB | Draft CNO to Kramer Levin's on hundred seventeenth monthly fee application | 0.6 | 117.00 |
| 07/28/11 | TKD | Review and approve CNOs for Kramer Levin for filing | 0.2 | 130.00 |
| 07/29/11 | TKD | Review Kramer Levin fee app for filing | 0.5 | 325.00 |
| | | TOTAL HOURS | 2.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 1.6 | at | $195.00 | = | 312.00 |
| Teresa K.D. Currier | 1.1 | at | $650.00 | = | 715.00 |

359022
00016
08/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2135353
Fee Applications/Others                                     Page 2

| | |
|---|---:|
| CURRENT FEES | 1,027.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,027.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,027.00 |

Case 01-01139-AMC    Doc 27556-2    Filed 09/02/11    Page 9 of 12

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number: 2135354 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date: 08/11/11 |
| Peninsula Capital Advisors LLC | Client Number: 359022 |
| 404B East Main Street | Matter Number: 00017 |
| Charlottesville, VA 22902 | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/22/11 | TKD | Review WRGRACE agenda for hearing July 25 | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                                       195.00

TOTAL AMOUNT OF THIS INVOICE                                                     195.00

NET AMOUNT OF THIS INVOICE                                                          195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2135355 |
| Invoice Date | 08/11/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/11 | TKD | Review and calendar orders and dates for consolidated appeals | 0.5 | 325.00 |
| 07/05/11 | TKD | Reviewed Appellee's Main Brief as filed | 2.8 | 1,820.00 |
| 07/06/11 | TKD | Review BNSF Reply Brief | 0.5 | 325.00 |
| 07/21/11 | TKD | Review PROPOSED ORDER Issuing and Affirming Confirmation Order on Condition that Debtors Pay Default Rate Interest to Holders of Claims Under the Pre-Petition Credit Facilities by Bank Lender Group, Official Committee of Unsecured Creditors | 0.3 | 195.00 |
| 07/23/11 | TKD | Review Appellant BASF Brief on appeal from Order dated January 22, 2011 | 0.6 | 390.00 |
| 07/23/11 | TKD | Review Appellant's Second Notice of Supplemental Authority | 0.4 | 260.00 |
| 07/26/11 | TKD | Review and approve Plan Proponents' Response to Appellants' Second Notice of Supplemental Authority and authorize filing of same | 0.2 | 130.00 |
| | | TOTAL HOURS | 5.3 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
08/11/11

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2135355
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 5.3 | at | $650.00 | = | 3,445.00 |

CURRENT FEES ............................................................. 3,445.00

**TOTAL AMOUNT OF THIS INVOICE** ............... 3,445.00

**NET AMOUNT OF THIS INVOICE** ................... 3,445.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2135351 |
| Invoice Date | 08/11/11 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 21.80 |
| Messenger Service | 7.50 |
| Federal Express | 65.14 |
| CURRENT EXPENSES | 94.44 |

**TOTAL AMOUNT OF THIS INVOICE**       94.44

**NET AMOUNT OF THIS INVOICE**       94.44

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP