**EXHIBIT A**

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 31, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:  575155
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 1,130.63 |
| MATTER TOTAL | $1,130.63 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $65.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $65.50 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---:|
| FEES | $1,834.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,834.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $24,756.50 |
| DISBURSEMENTS | 369.25 |
| MATTER TOTAL | $25,125.75 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| **To:** | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| **By Order of:** | Invoice No. 575155 |
| **Citibank Contact:** | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2317919.1

W.R. GRACE & CO. EQUITY COMMITTEE
056772

August 31, 2011
Invoice No. 575155

## 056772-00008/FEE APPLICATIONS, APPLICANT

FEES........................................................................................................... $655.00
DISBURSEMENTS ..................................................................................... 0.00
MATTER TOTAL......................................................................................... $655.00

CLIENT GRAND TOTAL............................................................................. $28,810.88

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

August 31, 2011
Invoice No. 575155

## CASE ADMINISTRATION

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 29.98 |
| WESTLAW ON-LINE RESEARCH | 772.80 |
| OTHER FEES | 327.85 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES** $1,130.63

**TOTAL FOR THIS MATTER** $1,130.63

KL4 2317919.1

Kramer Levin Naftalis & Frankel LLP                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                      August 31, 2011
056772-00002                                           Invoice No. 575155

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/21/11 | BLABEY, DAVID E | Call with equity holder regarding appeals. | 0.10 | 65.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$65.50** |

**TOTAL FOR THIS MATTER**                    $65.50

KL4 2317919.1

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00005

August 31, 2011
Invoice No. 575155

## BANKR. MOTIONS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/13/11 | BLABEY, DAVID E | Call with debtor and committee counsel regarding potential transaction. | 0.80 | 524.00 |
| 07/18/11 | BLABEY, DAVID E | Call with debtors and committees counsel regarding comments to purchase and sale agreement (.8) and follow up email to client re same (.2) and follow up call with debtors and committees counsel regarding bids (.4). | 1.40 | 917.00 |
| 07/20/11 | BLABEY, DAVID E | Review draft declaration and form of order regarding potential transaction (.2) and call with debtors and committees counsel re same (.3). | 0.50 | 327.50 |
| 07/21/11 | BLABEY, DAVID E | Review edits to declaration and proposed order regarding transaction. | 0.10 | 65.50 |

| | | TOTAL HOURS AND FEES | 2.80 | $1,834.00 |
|---|---|---|---|---|

**TOTAL FOR THIS MATTER**                                        **$1,834.00**

W.R. GRACE & CO. EQUITY COMMITTEE                                      August 31, 2011
056772-00007                                                                   Invoice No. 575155

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 07/01/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal issues | 0.20 | 166.00 |
| 07/04/11 | BENTLEY, PHILIP | Trade emails re Lender appeal | 0.40 | 332.00 |
| 07/07/11 | BENTLEY, PHILIP | Review emails re confirmation appeal | 0.10 | 83.00 |
| 07/13/11 | BENTLEY, PHILIP | Review emails re new developments | 0.10 | 83.00 |
| 07/18/11 | BENTLEY, PHILIP | Discs Ted Weschler and David Blabey (.3), and conf call Shelnitz and Donley (.5), re potential settlement negotiations with Lenders, and review and analyze issues (1.7) | 2.50 | 2,075.00 |
| 07/19/11 | BENTLEY, PHILIP | Review and analyze legal issues re potential Lender settlement | 0.30 | 249.00 |
| 07/20/11 | BENTLEY, PHILIP | Trade emails re Lender settlement issues | 0.20 | 166.00 |
| 07/21/11 | BENTLEY, PHILIP | Extensive discs David Blabey (.9) and John Donley/Adam Paul (1) re potential Lender settlement, and analyze legal and strategic issues and review materials re same; email report to Ted Weschler re same (2.9) | 4.80 | 3,984.00 |
| 07/22/11 | BENTLEY, PHILIP | TC David Blabey and trade emails re Lender settlement negotiations | 0.30 | 249.00 |
| 07/25/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.20 | 166.00 |
| 07/26/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal and other pending issues | 0.40 | 332.00 |
| 07/27/11 | BENTLEY, PHILIP | Discs Ted Weschler, John Donley and David Blabey re issues for Lender settlement negotiations (1), work on same, and trade multiple emails re same (1.9) | 2.90 | 2,407.00 |
| 07/28/11 | BENTLEY, PHILIP | Discs John Donley, Ted Weschler and David Blabey, and trade emails, re Lender issues and tomorrow's settlement meeting | 0.80 | 664.00 |
| 07/29/11 | BENTLEY, PHILIP | Conf at K&E with Donley and Rosenberg re Lenders' appeal (2.2); followup, including conf David Blabey, TCs Rosenberg and voicemail, and further analysis and trade multiple emails re settlement issues (2.6) | 4.80 | 3,984.00 |
| 07/30/11 | BENTLEY, PHILIP | Analysis of Lender legal issues, and trade emails re same | 0.40 | 332.00 |
| 07/31/11 | BENTLEY, PHILIP | Trade emails re Lender legal issues | 0.30 | 249.00 |

W.R. GRACE & CO. EQUITY COMMITTEE                                August 31, 2011
056772-00007                                                     Invoice No. 575155

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/08/11 | BLABEY, DAVID E | Review motion relating to settlement of asbestos property damage claims. | 0.20 | 131.00 |
| 07/09/11 | BLABEY, DAVID E | Review asbestos property damage settlements and email to client re same. | 0.20 | 131.00 |
| 07/18/11 | BLABEY, DAVID E | Discuss appellate issues with P. Bentley. | 0.30 | 196.50 |
| 07/19/11 | BLABEY, DAVID E | Research on plan amendments. | 3.30 | 2,161.50 |
| 07/21/11 | BLABEY, DAVID E | Exchange emails with P. Bentley regarding jurisdiction issues (.2) and research same (2.4) and discuss same with P. Bentley (.9) and call with J. Donley, A. Paul and P. Bentley re same (1). | 4.50 | 2,947.50 |
| 07/22/11 | BLABEY, DAVID E | Review case law on plan modifications (.3) and email to P. Bentley re same (.1) and call with P. Bentley re same (.1). | 0.50 | 327.50 |
| 07/25/11 | BLABEY, DAVID E | Review lenders supplemental authority and email to P. Bentley re same. | 0.20 | 131.00 |
| 07/27/11 | BLABEY, DAVID E | Call with client and P. Bentley regarding upcoming meeting (.6) and follow up discussion with P. Bentley (.3). | 0.90 | 589.50 |
| 07/29/11 | BLABEY, DAVID E | Discuss meeting with P. Bentley (.5); research interest issues (3.5). | 4.00 | 2,620.00 |

**TOTAL HOURS AND FEES**                                          **32.80**   **$24,756.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| CAB FARES | 7.00 |
| OUT-OF-TOWN TRAVEL | 340.25 |
| MEALS/T & E | 22.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$369.25**

**TOTAL FOR THIS MATTER**                          **$25,125.75**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

August 31, 2011
Invoice No. 575155

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/01/11 | BLABEY, DAVID E | Prepare monthly fee application. | 0.50 | 327.50 |
| 07/13/11 | BLABEY, DAVID E | Review and edit bill for fee application. | 0.10 | 65.50 |
| 07/29/11 | BLABEY, DAVID E | Prepare monthly fee application. | 0.40 | 262.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$655.00** |

**TOTAL FOR THIS MATTER**                     **$655.00**

KL4 2317919.1