**EXHIBIT B**

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:  3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                          TO:
           UNBILLED DISB FROM: 07/19/2011               TO: 07/29/2011

                                    FEES                              COSTS
                                    ----                              -----
     GROSS BILLABLE AMOUNT:         0.00                              1,130.63
      AMOUNT WRITTEN DOWN:
                 PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:                                             07/29/2011
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                            ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

         FEES:                855.20
DISBURSEMENTS:              1,552.78         UNIDENTIFIED RECEIPTS:           0.00
FEE RETAINER:                   0.00         PAID FEE RETAINER:               0.00
DISB RETAINER:                  0.00         PAID DISB RETAINER:              0.00
TOTAL OUTSTANDING:          2,407.98         TOTAL AVAILABLE FUNDS:           0.00
                                             TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
DATE OF LAST BILL:   07/29/11         LAST PAYMENT DATE:              08/24/11
LAST BILL NUMBER:    572952  ACTUAL FEES BILLED TO DATE:             364,302.00
                             ON ACCOUNT FEES BILLED TO DATE:               0.00
                                    TOTAL FEES BILLED TO DATE:       364,302.00
LAST BILL THRU DATE: 06/30/11   FEES WRITTEN OFF TO DATE:             85,704.00
                                COSTS WRITTEN OFF TO DATE:            23,827.85

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

alp_132r: Matter Detail  
Run Date & Time: 09/01/2011 14:50:10

KRAMER LEVIN NAFTALIS & FRANKEL LLP  
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Matter No: 056772-00001  
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  
Matter Name : CASE ADMINISTRATION  
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS     - 06975  
Bill Prtnr : BENTLEY PHILIP - 02495  
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    3201003  
Bill Frequency: M  
Status          : ACTIVE

### UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0885 | LONG-DISTANCE TEL. | 07/27/11 | 07/27/11 | 29.98 |
| 0917 | WESTLAW ON-LINE RESEARCH | 07/19/11 | 07/29/11 | 772.80 |
| 0990 | OTHER FEES | 07/19/11 | 07/19/11 | 327.85 |
| | Total | | | 1,130.63 |

### BILLING & PAYMENT HISTORY (Reflects Payments As of 09/01/11 14:50:10)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2007 | | | 283,611.50 | 48,752.77 | | 332,364.27 | | |
| YEAR 2008 | | | 23,567.00 | 2,837.00 | | 26,404.00 | | |
| YEAR 2009 | | | 41,197.00 | 9,757.49 | | 50,954.49 | | |
| 01/28/10 | 12/31/09 | 536450 | 58.50 | 595.83 | | 654.33 | 07/02/10 | |
| 02/09/10 | 01/31/10 | 538049 | 159.00 | 60.74 | | 219.74 | 05/23/11 | |
| 03/29/10 | 02/28/10 | 540213 | 1,334.00 | 15.44 | | 1,349.44 | 09/21/10 | |
| 04/27/10 | 03/31/10 | 542373 | 551.00 | 182.88 | | 733.88 | 09/21/10 | |
| 05/27/10 | 04/30/10 | 544573 | 2,001.00 | 262.23 | | 2,263.23 | 12/22/10 | |
| 06/29/10 | 05/31/10 | 546522 | .00 | 270.08 | | 270.08 | 09/14/10 | |
| 07/29/10 | 06/30/10 | 548414 | .00 | 86.72 | | 86.72 | 12/02/10 | |
| 11/30/10 | 10/31/10 | 558297 | .00 | 45.38 | | 45.38 | 01/11/11 | |
| 12/28/10 | 11/30/10 | 558681 | 348.00 | 19.59 | | 367.59 | 07/12/11 | |
| 01/28/11 | 12/31/10 | 560649 | .00 | 90.20 | | 90.20 | 03/09/11 | |
| 02/25/11 | 01/31/11 | 562538 | 641.00 | 83.40 | | 596.20 | 04/19/11 | 128.20 |
| 03/29/11 | 02/28/11 | 564699 | 690.00 | 644.11 | | 1,196.11 | 05/10/11 | 138.00 |
| 04/30/11 | 03/31/11 | 566919 | .00 | 120.48 | | 120.48 | 06/15/11 | |
| 05/26/11 | 04/30/11 | 568766 | 450.00 | 17.94 | | 377.94 | 07/18/11 | 90.00 |
| 06/29/11 | 05/31/11 | 570865 | .00 | 942.88 | | 942.88 | 08/24/11 | |
| 07/25/11 | 06/30/11 | 572952 | 499.00 | 422.15 | | .00 | | 921.15 |
| 09/01/11 | 06/30/11 | 575155 | .00 | 1,130.63 | | .00 | | 1,130.63 |
| | Total: | | 355,107.00 | 66,337.94 | | 419,036.96 | | 2,407.98 |

alp_132r: Matter Detail

Run Date & Time: 09/01/2011 14:50:10

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3201003
Bill Frequency: M

Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| WESTLAW ON-LINE RESEARCH 0917 | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 07/19/11 | 130.82 | 9425065 | 1110618 | 08/02/11 |
| OTHER FEES 0990 | | | | | | |
| AMERICAN EXPRESS | CHOUPROUTA, A C | 07/19/11 | 327.85 | 9432689 | 1115064 | 08/16/11 |
| AMERICAN EXPRESS 07/19/11 - Veritext Holding - Andrea Chouproute | | | | | | |
| WESTLAW ON-LINE RESEARCH 0917 | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 07/21/11 | 211.90 | 9425066 | 1110618 | 08/02/11 |
| LONG-DISTANCE TEL. 0885 | | | | | | |
| PREMIERE CONFERENCING | CATON, A | 07/27/11 | 29.98 | 9419420 | 1105872 | 07/27/11 |
| PREMIERE CONFERENCING | | | | | | |
| WESTLAW ON-LINE RESEARCH 0917 | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 07/29/11 | 430.08 | 9425067 | 1110618 | 08/02/11 |

Costs Total : 1,130.63

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    2201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount         Bill          W/o / W/u      Transfer To     Clnt/Mtr     Carry Forward
------------------------------    --------       ------         ----------     -----------     --------     -------------

0885 LONG-DISTANCE TEL.             29.98
0917 WESTLAW ON-LINE RESEARCH      772.80
0990 OTHER FEES                    327.85

           Costs Total :         1,130.63
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    9
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status      : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                TO:
UNBILLED DISB FROM:     06/27/2011                 TO:     07/29/2011

                              FEES                           COSTS
                              ----                           -----
GROSS BILLABLE AMOUNT:         0.00                          369.25
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                   07/29/2011
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                         --------------------------                    --------------

        FEES:                    28,306.80
        DISBURSEMENTS:              887.95    UNIDENTIFIED RECEIPTS:         0.00
        FEE RETAINER:                 0.00    PAID FEE RETAINER:             0.00
        DISB RETAINER:                0.00    PAID DISB RETAINER:            0.00
        TOTAL OUTSTANDING:       29,194.75    TOTAL AVAILABLE FUNDS:         0.00
                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
        DATE OF LAST BILL:       07/29/11      LAST PAYMENT DATE:        08/24/11
        LAST BILL NUMBER:         572952    ACTUAL FEES BILLED TO DATE: 994,201.50
                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE:   994,201.50
        LAST BILL THRU DATE:     06/30/11    FEES WRITTEN OFF TO DATE:       391.00
                                             COSTS WRITTEN OFF TO DATE:    2,152.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
                        (1) Exceeded Fixed Fee    (4) Excessive Legal Time    (7) Fixed Fee
                        (2) Late Time & Costs Posted (5) Business Development (8) Premium
                        (3) Pre-arranged Discount (6) Summer Associate        (9) Rounding     (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____    Processed by:_____     FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00007                                                          Orig Prtnr : CRED. RGTS - 06975    Proforma Number:  3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled ---------
                                          Oldest     Latest       Total
Code  Description                         Entry      Entry        Amount
----  -----------                         ------     ------       ------
0940  CAB FARES                           07/29/11   07/29/11       7.00
0950  OUT-OF-TOWN TRAVEL                  06/27/11   06/27/11     340.25
0951  MEALS/T & E                         07/21/11   07/21/11      22.00

                       Total                                      369.25


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/01/11 14:50:10)
                                                          Applied      ---- Collections ----    Balance
                                              ------ Billed ------     From OA
Bill Date  Thru Date  Bill#              Fee & OA     Disbursement                Total     Date          Due
---------  ---------  -----             ---------    ------------                ------    ------       ------

PRIOR TO 2007                          138,939.50         986.45                139,925.95
YEAR 2008                              317,144.00       6,785.30                323,929.30
YEAR 2009                              394,244.00      10,923.63                405,167.63
01/28/10  12/31/09  536450              10,383.50            .00                 10,383.50  07/02/10
02/09/10  01/31/10  538049              10,794.00            .00                 10,794.00  05/23/11
03/29/10  02/28/10  540213               1,699.50          74.00                  1,773.50  09/21/10
04/27/10  03/31/10  542373               3,085.50          72.00                  3,157.50  09/21/10
05/27/10  04/30/10  544573               5,176.50            .00                  5,176.50  12/22/10
07/29/10  06/30/10  548414                 571.50            .00                    571.50  12/22/10
08/20/10  07/31/10  550457                 633.00            .00                    633.00  04/05/11
09/29/10  08/31/10  552461                 922.50            .00                    922.50  04/05/11
10/27/10  09/30/10  554418                 315.00            .00                    315.00  04/05/11
11/30/10  10/31/10  558297                 364.50            .00                    364.50  07/12/11
01/28/11  12/31/10  560649               6,022.50            .00                  6,022.50  07/12/11          2,702.40
02/25/11  01/31/11  562558              13,512.00            .00                 10,809.60  04/19/11          2,459.70
03/29/11  02/28/11  564699              12,343.50         626.27                 10,500.97  05/10/11            816.80
04/30/11  03/31/11  566919               4,084.00            .00                  3,267.20  06/15/11          1,309.20
05/26/11  04/30/11  568766               6,546.00            .00                  5,236.80  07/18/11         11,588.70
06/29/11  05/31/11  570865              57,943.50          64.28                 46,419.18  08/24/11          9,939.70
07/29/11  06/30/11  572952               9,421.00         518.70                       .00                      369.25
09/01/11  06/30/11  575155                     .00        369.25                       .00

                             Total:    994,145.50      20,419.88                985,370.63                   29,194.75
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00007                                                          Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled ---------
                                          Oldest     Latest       Total
Code  Description                         Entry      Entry        Amount
----  -----------                         ------     ------       ------
0940  CAB FARES                           07/29/11   07/29/11       7.00
0950  OUT-OF-TOWN TRAVEL                  06/27/11   06/27/11     340.25
0951  MEALS/T & E                         07/21/11   07/21/11      22.00

                       Total                                      369.25


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/01/11 14:50:10)
                                                               Applied      ---- Collections ----   Balance
                                         ------ Billed ------  From OA
Bill Date  Thru Date  Bill#              Fee & OA     Disbursement              Total     Date         Due
---------  ---------  -----             ---------    ------------              ------    ------      ------

PRIOR TO 2007                          138,939.50         986.45              139,925.95
YEAR 2008                              317,144.00       6,785.30              323,929.30
YEAR 2009                              394,244.00      10,923.63              405,167.63
01/28/10  12/31/09  536450              10,383.50            .00               10,383.50  07/02/10
02/09/10  01/31/10  538049              10,794.00            .00               10,794.00  05/23/11
03/29/10  02/28/10  540213               1,699.50          74.00                1,773.50  09/21/10
04/27/10  03/31/10  542373               3,085.50          72.00                3,157.50  09/21/10
05/27/10  04/30/10  544573               5,176.50            .00                5,176.50  12/22/10
07/29/10  06/30/10  548414                 571.50            .00                  571.50  12/22/10
08/20/10  07/31/10  550457                 633.00            .00                  633.00  04/05/11
09/29/10  08/31/10  552461                 922.50            .00                  922.50  04/05/11
10/27/10  09/30/10  554418                 315.00            .00                  315.00  04/05/11
11/30/10  10/31/10  558297                 364.50            .00                  364.50  07/12/11
01/28/11  12/31/10  560649               6,022.50            .00                6,022.50  07/12/11        2,702.40
02/25/11  01/31/11  562558              13,512.00            .00               10,809.60  04/19/11        2,459.70
03/29/11  02/28/11  564699              12,343.50         626.27               10,500.97  05/10/11          816.80
04/30/11  03/31/11  566919               4,084.00            .00                3,267.20  06/15/11        1,309.20
05/26/11  04/30/11  568766               6,546.00            .00                5,236.80  07/18/11       11,588.70
06/29/11  05/31/11  570865              57,943.50          64.28               46,419.18  08/24/11        9,939.70
07/29/11  06/30/11  572952               9,421.00         518.70                     .00                    369.25
09/01/11  06/30/11  575155                     .00        369.25                     .00

                             Total:    994,145.50      20,419.88              985,370.63                 29,194.75
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE   11
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00007                           Orig Prtnr : CRED. RGTS     - 06975              Proforma Number:    3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : REORGANIZATION PLAN                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code            Employee            Date        Amount        Index#   Batch No  Batch Date
---------------------------------------------------------------------------------------------------------

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN    BENTLEY, P      06/27/11    340.25        9421987  1107562   07/29/11
    6/28/2011 NYP TO PHL TO NYP

MEALS/T & E 0951
    PHILIP BENTLEY              BENTLEY, P      07/21/11     22.00        9427107  1111477   08/04/11
    Establishment: [D] Name Unknown; Guests: N/A; Af
    filiation: N/A; Business Discussed: N/A

CAB FARES 0940
    PHILIP BENTLEY              BENTLEY, P      07/29/11      7.00        9427108  1111477   08/04/11
    Cab Fare to K & E

                   Costs Total :                             369.25
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   12
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/01/2011 14:50:10

Matter No: 056772-00007                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    3201003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount          Bill           W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward
----------------------------------  --------        --------       ----------    -----------   --------   -------------

0940 CAB FARES                         7.00
0950 OUT-OF-TOWN TRAVEL              340.25
0951 MEALS/T & E                      22.00

          Costs Total :             369.25
```