UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE _____X

In re:                                                                    In Proceeding for a
                                                                          Reorganization Under
W.R. GRACE & CO., et al. _____X                             Chapter 11
                              Debtors

                                                                          Case No. 01-01139


## *REQUEST TO BE REMOVED FROM NOTICING LIST*


It is requested that Alisa Minsch of Contrarian Capital Trade Claims LP, be removed from any mailing and fax distribution lists for this bankruptcy case.

> Alisa Minsch
> Contrarian Capital Trade Claims LP
> 411 West Putnam Avenue, Suite 225
> Greenwich, CT 06830
> Tel. 203-862-8211
> **Email: alisa@contrariancapital.com**



Date: September 6, 2011          By:   */s/ Alisa Mumola*