IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 9/26/11 *at 4:00 pm* |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF June 30, 2011**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **June 1, 2011 - June 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,344.53** |
| Amount of Expense Reimbursement sought | **$16.95** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of June 2011. This is the fourteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 30.59 | $17,344.53 |

Total Fees: $17,344.53

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $17,361.48 for reasonable and necessary professional

services Applicant has rendered to the Debtors during the Fee period (June 1, 2011-June 30, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: July 25, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.                                        July 15, 2011
7500 Grace Drive
Columbia, Maryland  21004
Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                                    **Invoice#:** 674227
**Our File Number:** 63812/3002
**Client Reference:** 100075                           **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

| | | **Hours** |
|---|---|---|
| 06/07/2011  Rynkiewicz, John P | | 0.17 |
| Review PHOENIX mark, upcoming Section 8/15 deadlines. | | |
| | Total Hours................. | 0.17 |
| Fees through 06/30/2011.................................... | | $96.39 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.17 | $96.39 |
| Fees through 06/30/2011............... | | 0.17 | $96.39 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $96.39 |
| **Total Due this Invoice.............................................................** | **$96.39** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 674227
Total Amount Due: $96.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    July 15, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.


**RE: BELL GRACE**                                **Invoice#: 674225**
**Our File Number: 63812/0114**                   **PAGE:    1**

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|  |  | **Hours** |
|---|---|---|
| 06/08/2011 | Rynkiewicz, John P | 1.25 |
|  | Emails from Grace attorneys re options and strategy in BELL GRACE applic; assess opposition, letter of protest and more;  research. |  |
| 06/09/2011 | Rynkiewicz, John P | 0.92 |
|  | Review S. Williams' and others' emails re options, infringement, oppositions, Protest; research, review GRACE reg. rights in Cls 17 and 19. |  |
| 06/15/2011 | Rynkiewicz, John P | 1.25 |
|  | Work on protest to USPTO; research records, marks and arguments. |  |
| 06/30/2011 | Rynkiewicz, John P | 0.75 |
|  | Review and work on Protest issues for USPTO filing. |  |

Total Hours................     4.17

Fees through 06/30/2011...................................     $2,364.39


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.17 | $2,364.39 |
| Fees through 06/30/2011............... |  | 4.17 | $2,364.39 |


Fees this Invoice...........................................................     $2,364.39

**Total Due this Invoice.............................................     $2,364.39**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 674225
Total Amount Due: $2,364.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                   July 15, 2011
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

**RE:** Grace of New York                          **Invoice#:** 674224
**Our File Number:** 63812/0113                     **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

| | | **Hours** |
|---|---|---|
| 06/01/2011 | Rynkiewicz, John P | 1.00 |
| | Review emails, issues in GRACE OF NEW YORK matter; send status inquiry re action to be taken  Grace; assess opposition and protest options. | |
| 06/03/2011 | Rynkiewicz, John P | 0.83 |
| | Review issues, possible opposition; review correspondence from R. Maggio re letter of protest. | |
| 06/06/2011 | Rynkiewicz, John P | 0.83 |
| | Review T. Hunter email and GRACE owned marks in pertinent Class 25, 18 and related Classes; review and research USPTO records and options to challenge. | |
| 06/07/2011 | Rynkiewicz, John P | 0.92 |
| | Research third party GRACE marks in Class 25, 18 and related Classes; share results with Grace; discuss available evidence for protest at USPTO; R. Maggio email re same. | |
| 06/30/2011 | Rynkiewicz, John P | 0.75 |
| | Review and work on Protest issues for USPTO filing. | |

Total Hours.................    4.33

Fees through 06/30/2011.....................................    $2,455.11

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    July 15, 2011

**RE:** Grace of New York                              **Invoice#:** 674224
**Our File Number:** 63812/0113                          **PAGE:**    2

============================================================

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
|                     | Rate      | Hours  | Fees       |
|---------------------|-----------|--------|------------|
| Rynkiewicz, John P  | $567.00   | 4.33   | $2,455.11  |
| Fees through 06/30/2011............... | | 4.33   | $2,455.11  |

Fees this Invoice.........................................................    $2,455.11
**Total Due this Invoice**...............................................    **$2,455.11**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 674224
Total Amount Due: $2,455.11

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    July 15, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Trademark Watches                          **Invoice#:** 674223
**Our File Number:** 63812/0111                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|            |                                                                                                                                    | **Hours** |
|------------|------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 06/13/2011 | Rynkiewicz, John P                                                                                                                  | 1.00      |
|            | Review watch report from Kemp dated June 10, 2011, assess GRACE LITES CORPORATION mark; emails from Grace attys; assess confusion/options. |           |
| 06/15/2011 | Rynkiewicz, John P                                                                                                                  | 0.83      |
|            | Review watch report from Corsearch dated June 10, 2011; email; research and assess marks for confusion.                             |           |

                                        Total Hours.................  1.83

            Fees through 06/30/2011....................................  $1,037.61


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate    | Hours | Fees      |
|--------------------|---------|-------|-----------|
| Rynkiewicz, John P | $567.00 | 1.83  | $1,037.61 |
| Fees through 06/30/2011............... | | 1.83  | $1,037.61 |


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 647691   | 10/18/2010 | $802.87  |
| 650345   | 11/04/2010 | 368.55   |
| 654090   | 12/10/2010 | 520.51   |
| 657773   | 01/19/2011 | 435.46   |
| 660996   | 02/28/2011 | 708.75   |
| 664053   | 03/31/2011 | 471.74   |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                July 15, 2011

**RE:** Trademark Watches                          **Invoice#:** 674223
**Our File Number:** 63812/0111                          **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 2,222.64 |
| 672316 | 06/27/2011 | 2,409.75 |
| Prior Balance Due............................................................... | | $8,535.62 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,037.61 |
| Total Due this Invoice.................................................... | $1,037.61 |
| Prior Balance Due (from above).................................... | 8,535.62 |
| **TOTAL DUE**................................................................ | **$9,573.23** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 674223
Total Amount Due: $9,573.23

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                July 15, 2011
     Legal Department
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                          **Invoice#:** 674222
**Our File Number:** 63812/0108
**Client Reference:** 100071                     **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|  |  | **Hours** |
|---|---|---|
| 06/16/2011 | Rynkiewicz, John P | 0.50 |
| | Review billings, prior submitted invoices to bankruptcy firm in Delaware; status check of previous fee applications. | |
| | Total Hours................. | 0.50 |
| | Fees through 06/30/2011.................................. | $283.50 |

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.50 | $283.50 |
| Fees through 06/30/2011............... | | 0.50 | $283.50 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                          July 15, 2011

RE: Special Counsel                                    Invoice#: 674222
**Our File Number:** 63812/0108
**Client Reference:** 100071                            PAGE:    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 612.36 |
| 672310 | 06/27/2011 | 657.72 |
| Prior Balance Due............................................................. | | $4,746.19 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $283.50 |
| Total Due this Invoice...................................................... | $283.50 |
| Prior Balance Due (from above).................................... | 4,746.19 |
| **TOTAL DUE**............................................................... | **$5,029.69** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 674222
Total Amount Due: $5,029.69

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    July 15, 2011
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                      **Invoice#:** 674217
**Our File Number:** 63812/0001
**Client Reference:** 100062                          **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

| | | Hours |
|---|---|---|
| 06/01/2011 | Rynkiewicz, John P | 0.25 |
| | Review Brazilian agents' correspondence and possible DAREX opposition. | |
| 06/01/2011 | Rynkiewicz, John P | 1.17 |
| | Review issues in TI coexistence; emails; research; assess settlement options/agreements. | |
| 06/02/2011 | Rynkiewicz, John P | 0.58 |
| | Review Grace email, information on EC proceedings, status, options and proposed settlement in TI matter. | |
| 06/02/2011 | Rynkiewicz, John P | 1.33 |
| | Beginning of the month review of multiple GRACE mark issues, status. | |
| 06/03/2011 | Rynkiewicz, John P | 1.00 |
| | Review Grace emails (B. Bunch, R. Maggio and T. Hunter) re TI "GRACE" settlement, terms; review series of prior communications and key provisions. | |
| 06/07/2011 | Rynkiewicz, John P | 1.25 |
| | Review Grace email and watch report from Corsearch dated June 3, 2011; review BELL GRACE mark, issues; additional research; emails to/from Grace attys, send comments; assess options. | |
| 06/10/2011 | Rynkiewicz, John P | 1.25 |
| | Review TI GRACE matter, settlement; work on draft Coexistence Agreement; emails. | |
| 06/11/2011 | Rynkiewicz, John P | 0.50 |
| | Review R. Maggio email and assess issues in START YOUR IDEA matter. | |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                              July 15, 2011

RE: General                                                      Invoice#: 674217
Our File Number: 63812/0001
Client Reference: 100062                                          PAGE:   2

---

| | | |
|---|---|---|
| 06/13/2011 | Rynkiewicz, John P | 0.25 |
| | Review issues in and send email to R. Maggio re START YOUR IDEA HERE. | |
| 06/17/2011 | Rynkiewicz, John P | 3.83 |
| | Research, review multiple Grace/TI emails, issues; review EC opposition matter, status and issues; review and search USPTO records, assemble WR Grace "computer software/programs" GRACE regs; review TI GRACE applic., Office Action, refusal and issues; work on draft Coexistence Settlement and prepare outline of Letter of Consent. | |
| 06/22/2011 | Rynkiewicz, John P | 2.83 |
| | Work on, revise and finalize draft Coexistence Agreement as well as a draft USPTO Letter of Consent in GRACE TI software matter;. | |
| 06/23/2011 | Rynkiewicz, John P | 0.58 |
| | Review Maggio comments re TI Grace Coexistence; review status, USPTO application. | |
| 06/27/2011 | Rynkiewicz, John P | 0.75 |
| | Review B. Bunch comments re draft TI GRACE coexistence; review EC and US applications, goods' descriptions; assess other options for the client. | |
| 06/30/2011 | Rynkiewicz, John P | 1.42 |
| | Overview of multiple GRACE mark matters, status update, review open issues. | |

Total Hours................. 16.99

Fees through 06/30/2011.................................... $9,633.33

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 16.99 | $9,633.33 |
| Fees through 06/30/2011............... | | 16.99 | $9,633.33 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                         July 15, 2011

RE: General                                                    Invoice#: 674217
**Our File Number:** 63812/0001
**Client Reference:** 100062                                         PAGE:    3

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 2,976.95 |
| 672317 | 06/27/2011 | 2,597.16 |

Prior Balance Due.......................................................................    $27,245.94

Fees this Invoice..........................................................................    $9,633.33
Total Due this Invoice..................................................................    $9,633.33
Prior Balance Due (from above)..................................................    27,245.94
**TOTAL DUE**...........................................................................    **$36,879.27**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 674217
Total Amount Due: $36,879.27

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                        July 15, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** I. GRACE Trademarks                                **Invoice#:** 674218
**Our File Number:** 63812/0003
**Client Reference:** 100063                              **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|  |  | **Hours** |
|---|---|---|
| 06/15/2011 | Rynkiewicz, John P | 1.92 |
|  | Review settlement options, issues, status; work on draft agreement/coexistence. |  |
|  | Total Hours................. | 1.92 |
|  | Fees through 06/30/2011.................................... | $1,088.64 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.92 | $1,088.64 |
| Fees through 06/30/2011............... |  | 1.92 | $1,088.64 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    July 15, 2011

RE: I. GRACE Trademarks                              Invoice#: 674218
**Our File Number:** 63812/0003
Client Reference: 100063                                  **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 2,126.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 1,513.89 |
| Prior Balance Due............................................................ | | $9,427.96 |

| | |
|---|---|
| Fees this Invoice............................................................ | $1,088.64 |
| Total Due this Invoice..................................................... | $1,088.64 |
| Prior Balance Due (from above)................................... | 9,427.96 |
| **TOTAL DUE**............................................................ | **$10,516.60** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 674218
Total Amount Due: $10,516.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                July 15, 2011
        6200 Whittemore Avenue
        Cambridge, Massachusetts 002140-169
        Attn: Stephan Williams, Esq.

**RE: Bostik**                                        **Invoice#: 674220**
**Our File Number: 63812/0021**                 **PAGE:   1**

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|  |  | **Hours** |
|---|---|---|
| 06/21/2011 Rynkiewicz, John P | | 0.17 |
| Emails to/from the client re next step following response. | | |
| | Total Hours................. | 0.17 |
| | Fees through 06/30/2011.................................... | $96.39 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.17 | $96.39 |
| Fees through 06/30/2011............... | | 0.17 | $96.39 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 672315 | 06/27/2011 | $2,163.50 |
| Prior Balance Due........................................................... | | $2,163.50 |

| | |
|---|---|
| Fees this Invoice........................................................... | $96.39 |
| Total Due this Invoice................................................. | $96.39 |
| Prior Balance Due (from above)................................... | 2,163.50 |
| **TOTAL DUE**........................................................... | **$2,259.89** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0021
Invoice Number: 674220
Total Amount Due: $2,259.89

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co. - Conn.                                                      July 15, 2011
       62 Whittemore Avenue
       Cambridge, Massachusetts 02140-1692
       Attn: Craig K. Leon, Esq.

**RE:** Massachusetts Div. Trademarks - General          **Invoice#:** 674226
**Our File Number:** 63812/2000
**Client Reference:** 100114                                    **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|  |  | **Hours** |
|---|---|---|
| 06/24/2011 | Rynkiewicz, John P | 0.17 |
|  | Advise client re stick it to em slogan for Vycor t-shirts; review S. Williams' comments and advice re same. |  |
|  | Total Hours................. | 0.17 |
|  | Fees through 06/30/2011.................................... | $96.39 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.17 | $96.39 |
| Fees through 06/30/2011............... | | 0.17 | $96.39 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $96.39 |
| **Total Due this Invoice............................................** | **$96.39** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/2000
Invoice Number: 674226
Total Amount Due: $96.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                        July 15, 2011
     6200 Whittemore Avenue
     Cambridge, Massachusetts 002140-169
     Attn: Craig K. Leon, Esq.

**RE: BIFLEX**                                        **Invoice#:** 674221
**Our File Number:** 63812/0104
**Client Reference:** 100112                          **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2011

|            |                                                                                   | **Hours** |
|------------|-----------------------------------------------------------------------------------|-----------|
| 06/02/2011 | Rynkiewicz, John P                                                                | 0.17      |
|            | Review Order from Board terminating BIFLEX proceeding.                            |           |
| 06/21/2011 | Rynkiewicz, John P                                                                | 0.17      |
|            | Emails to/from the client regarding signed original settlement agreement; assemble documents and TTAB Order for Grace. |           |
|            | Total Hours................                                                        | 0.34      |
|            | Fees through 06/30/2011.....................................     $192.78           |           |

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                       | Rate      | Hours | Fees     |
|-----------------------|-----------|-------|----------|
| Rynkiewicz, John P    | $567.00   | 0.34  | $192.78  |
| Fees through 06/30/2011............... | | 0.34 | $192.78 |

\*-----------------------COSTS ADVANCED THROUGH 06/30/2011-----------------------\*

| Messengers/Courier                             | $16.95  |
|------------------------------------------------|---------|
| Total Costs through 06/30/2011......................... | $16.95  |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice#  | Date        | Amount   |
|-----------|-------------|----------|
| 654088    | 12/10/2010  | $286.00  |
| 657772    | 01/19/2011  | 198.45   |
| 660993    | 02/28/2011  | 708.75   |
| 666740    | 04/30/2011  | 520.51   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                July 15, 2011

RE: BIFLEX                                                Invoice#: 674221
**Our File Number:** 63812/0104
**Client Reference:** 100112                              PAGE:    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 669560 | 05/31/2011 | 534.94 |
| 672312 | 06/27/2011 | 1,179.36 |
| Prior Balance Due............................................................ | | $3,428.01 |

| | |
|---|---|
| Fees this Invoice............................................................ | $192.78 |
| Costs this Invoice........................................................... | $16.95 |
| Total Due this Invoice..................................................... | $209.73 |
| Prior Balance Due (from above).................................... | 3,428.01 |
| **TOTAL DUE**............................................................. | **$3,637.74** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 674221
Total Amount Due: $3,637.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.