# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** September 26, 2011, at 4:00 p.m. |
| | ) **Hearing Date:** TBD only if necessary |
| | ) |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

**Matter 16 - Asset Analysis and Recovery - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/20/2011 | Lisa G Esayian | .50 | Correspond with R. Horkovich re potential recoveries from certain insolvent insurers (.2); correspond with certain insurers re requested releases (.3). |
| 7/25/2011 | Lisa G Esayian | .40 | Correspond with R. Horkovich re potential recovery from insolvent insurers (.2); correspond with R. Finke and J. McElhenney at Grace re same (.2). |
| | Total: | .90 | |

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/5/2011 | Kimberly K Love | 5.70 | Organize recently received materials for inclusion into case files (4.7); prepare and organize copies of materials forwarded to Judge Buckwalter for inclusion into case files (1.0). |
| 7/5/2011 | Gayle M Lodygowski | 1.40 | Prepare and transmit daily docket updates (1.0); update pleading database with current docket entries (.4). |
| 7/6/2011 | Kimberly K Love | 3.50 | Prepare and organize materials re appeal briefs (1.8); prepare and organize litigation research materials (1.7). |
| 7/6/2011 | Gayle M Lodygowski | .30 | Prepare and transmit daily docket updates. |
| 7/7/2011 | Kimberly K Love | 7.00 | Prepare docket materials for inclusion into case files (.5); review files and case docket for information re various W. R. Grace appeal cases (2.7); prepare and organize materials returned from appeal hearing for inclusion into case files (3.8). |
| 7/7/2011 | Gayle M Lodygowski | 1.50 | Prepare and transmit daily docket updates (1.0); update pleading database with current docket entries (.5). |
| 7/8/2011 | Kimberly K Love | 4.10 | Review and organize materials returned from appeal hearing for inclusion into case files. |
| 7/11/2011 | Kimberly K Love | .80 | Prepare and organize materials re appeal briefs. |
| 7/13/2011 | Gayle M Lodygowski | 1.70 | Prepare and transmit daily docket updates (.4); update pleading database with all docket entries in both cases 11-207 and 11-208 (1.3). |
| 7/14/2011 | Kimberly K Love | 2.30 | Prepare and organize materials re appeal briefs (1.0); prepare and organize materials for inclusion into case files (1.3). |
| 7/18/2011 | Gayle M Lodygowski | 1.40 | Prepare and transmit daily docket updates (.9); update pleading databases with current docket entries (.5). |
| 7/21/2011 | Kimberly K Love | 2.00 | Prepare and organize materials for inclusion into case files. |
| 7/21/2011 | Gayle M Lodygowski | 1.00 | Prepare and transmit docket reports (.8); update pleadings database (.2). |
| 7/22/2011 | Kimberly K Love | 2.20 | Prepare and organize materials including appeal hearing transcripts for inclusion into case files. |
| 7/25/2011 | Gayle M Lodygowski | .90 | Prepare and distribute daily docket report (.8); update pleadings database (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/26/2011 | Brad Weiland | .60 | Review and analyze service issues (.3); correspond with BMC re same (.3). |
| | Total: | 36.40 | |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/7/2011 | Lisa G Esayian | .50 | Update chart re asbestos PD settlements. |
| 7/19/2011 | Lisa G Esayian | .30 | Reply to inquiries from various parties re proposed PD claims settlement with State of California. |
| 7/25/2011 | Lisa G Esayian | .40 | Review status of various pending PD appeals (.2); update chart re same (.2). |
| | Total: | 1.20 | |

A-5

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/8/2011 | Megan M Kokontis | .40 | Confer with J. Gettleman re Erwin, Tennessee complaint. |
| 7/8/2011 | Jeffrey Gettleman | .90 | Confer with A. Paul re Erwin litigation (.2); correspond with M. Kokontis re same (.1); retrieve and assemble Erwin litigation documents (.4); correspond with A. Paul re same (.1); correspond with M. Kokontis re materials re Erwin, Tennessee class action lawsuit (.1). |
| 7/14/2011 | Jeffrey Gettleman | .10 | Correspond with M. Kokontis re analysis of Erwin, Tennessee lawsuit for stay purposes. |
| 7/18/2011 | Jeffrey Gettleman | .40 | Review and edit M. Kokontis analysis re Erwin, Tennessee litigation. |
| 7/20/2011 | Jeffrey Gettleman | .20 | Correspond with M. Kokontis re Erwin, Tennessee analysis. |
| 7/22/2011 | Jeffrey Gettleman | .80 | Correspond with M. Kokontis re revised outline re procedural issues re Erwin, Tennessee litigation (.1); confer with A. Paul re Erwin, Tennessee litigation and appellate issues (.3); review and revise outline re procedural defenses re Erwin, Tennessee action (.3); correspond with M. Kokontis re same (.1). |
| 7/25/2011 | Megan M Kokontis | .30 | Review and revise outline re Erwin, Tennessee lawsuit. |
| 7/25/2011 | Jeffrey Gettleman | .30 | Correspond with M. Kokontis re revised outline of Erwin, Tennessee action procedural alternatives (.1); review revised outline re same (.2). |
| 7/25/2011 | Adam C Paul | .90 | Analyze Tennessee claim. |
| 7/25/2011 | John Donley | .10 | Review status of Tennessee litigation and stay issues. |
| 7/26/2011 | Adam C Paul | .70 | Analyze Tennessee claim (.4); correspond with J. Donley re same (.3). |
| 7/26/2011 | John Donley | .10 | Confer with A. Paul re Tennessee litigation developments. |
| 7/29/2011 | Adam C Paul | 1.30 | Analyze defenses to Tennessee claim (.9); analyze and follow up with J. Donley re status of Tennessee claim (.4). |
| 7/29/2011 | John Donley | .30 | Correspond with A. Paul re status of Tennessee claim. |
| 7/31/2011 | Adam C Paul | 3.70 | Analyze Tennessee strategy re dismissal (2.9); analyze settlement structures (.8). |
| | Total: | 10.50 | |

A-6

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2011 | Daniel R Brown | 3.70 | Review and revise K&E invoices re compliance with bankruptcy code and bankruptcy rules. |
| 7/1/2011 | Jeffrey Gettleman | .30 | Correspond with D. Brown re twenty-eighth supplemental declaration (.1); correspond with D. Boll and D. Brown re same (.2). |
| 7/1/2011 | Adam C Paul | .90 | Correspond with R. Schrock re affidavit (.3); correspond with J. Donley and J. Gettleman re fee application (.6). |
| 7/4/2011 | Jeffrey Gettleman | .20 | Correspond with L. Scussel, D. Brown, C. Husnick and R. Schrock re Grace twenty-eighth supplemental affidavit. |
| 7/5/2011 | Jeffrey Gettleman | .10 | Correspond with D. Brown re edits to Grace fee application. |
| 7/6/2011 | Daniel R Brown | 2.70 | Review and revise K&E invoices re compliance with bankruptcy code and bankruptcy rules. |
| 7/6/2011 | Jeffrey Gettleman | .20 | Confer and correspond with D. Brown re Grace fee application. |
| 7/7/2011 | Jeffrey Gettleman | .70 | Review and revise May invoices. |
| 7/8/2011 | Jeffrey Gettleman | 1.00 | Review and revise May invoices (.9); confer with A. Paul re same (.1). |
| 7/8/2011 | Adam C Paul | 1.30 | Analyze and revise May fee application. |
| 7/11/2011 | Jeffrey Gettleman | .60 | Confer with C. Sroka re edits to May invoices (.1); correspond with A. Paul re May fee application (.1); correspond with M. McCarthy re same (.1); correspond with T. Wallace re comments to May invoices (.1); correspond with M. McCarthy re drafting of May fee application (.1); correspond with M. McCarthy re first draft of May fee application (.1). |
| 7/11/2011 | Adam C Paul | .70 | Analyze and revise fee application. |
| 7/11/2011 | Maureen McCarthy | 1.90 | Draft May fee application. |
| 7/12/2011 | Jeffrey Gettleman | 1.40 | Correspond with A. Paul re R. Schrock approval of Grace supplement affidavit (.1); review and revise May fee application (.3); correspond with M. McCarthy re same (.6); correspond with A. Paul re review of May fee application (.4). |
| 7/12/2011 | Adam C Paul | .70 | Analyze and revise fee application. |
| 7/12/2011 | Maureen McCarthy | .40 | Revise May fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/13/2011 | Jeffrey Gettleman | .30 | Confer with M. McCarthy re filing of Grace May fee application (.1); correspond with M. McCarthy re same (.1); correspond with A. Paul re same (.1). |
| 7/13/2011 | Maureen McCarthy | 1.30 | Finalize May fee application for filing and service (1.1); follow-up with local counsel re filing and service of same (.2). |
| 7/14/2011 | Jeffrey Gettleman | .50 | Correspond with S. Mag, A. Paul and J. Donley re April fee issue (.2); confer with M. McCarthy re May fee application (.1); correspond with S. Mag and others re same (.1); review correspondence from A. Paul to S. Mag re same (.1). |
| 7/18/2011 | Jeffrey Gettleman | .10 | Correspond with A. Paul re twenty-eighth supplemental affidavit. |
| 7/20/2011 | Jeffrey Gettleman | .10 | Correspond with D. Brown re review of June fee application. |
| 7/22/2011 | Daniel R Brown | 3.60 | Review and revise K&E invoices re compliance with bankruptcy code and bankruptcy rules. |
| 7/22/2011 | Jeffrey Gettleman | .10 | Confer with A. Paul re twenty-eighth supplemental affidavit. |
| 7/27/2011 | Adam C Paul | .50 | Correspond with R. Schrock and J. Gettleman re declaration. |
| 7/28/2011 | Jeffrey Gettleman | .20 | Confer with A. Paul re twenty-eighth supplemental affidavit (.1); correspond with D. Brown re same (.1). |
| 7/28/2011 | Adam C Paul | 2.30 | Analyze and revise June fee application. |
| 7/29/2011 | Jeffrey Gettleman | .40 | Confer with D. Brown re completion of June invoices and filing of twenty-eighth supplemental affidavit (.1); correspond with M. McCarthy re filing and service of same (.1); correspond with A. Paul re same (.1); correspond with L. Oberholzer re same (.1). |
| 7/29/2011 | Adam C Paul | 1.00 | Analyze and revise June fee application. |
| 7/29/2011 | Maureen McCarthy | .40 | Finalize twenty-eighth supplemental declaration for filing and service. |
| 7/30/2011 | Jeffrey Gettleman | .10 | Correspond with D. Brown and L. Scussel re twenty eighth supplemental affidavit. |
| | Total: | 27.70 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2011 | Adam C Paul | 7.50 | Analyze and revise proposed order (1.9); correspond with D. Turetsky and N. Coco re same (.9); analyze amended agenda (.8); analyze and revise district court pleadings (1.8); correspond with plan proponents re same (.7); analyze post effective date issues and tasks (.7); correspond with J. Gettleman re same (.4); correspond with D. Boll re same (.3). |
| 7/1/2011 | Samuel M Gross | 4.20 | Revise presentation re exit from chapter 11 (3.9); confer with A. Paul re same (.3). |
| 7/1/2011 | John Donley | 1.00 | Review various pleadings recently filed and attend to follow-up actions (.4); correspond with D. Turetsky, N. Coco, ACC, FCR and A. Paul re hearing follow-up issues and action items (.6). |
| 7/1/2011 | James H M Sprayregen, P.C. | .50 | Analyze appeal strategy issues. |
| 7/3/2011 | John Donley | .40 | Analyze and annotate additional equitable arguments and new case for possible use in Third Circuit. |
| 7/4/2011 | Adam C Paul | 3.90 | Analyze and revise presentation re exit. |
| 7/5/2011 | Kimberly K Love | 1.40 | Prepare and organize case law and other litigation research materials requested by J. Donley. |
| 7/5/2011 | Jeffrey Gettleman | .70 | Review correspondence from J. Donley re oral argument (.1); correspond with A. Paul re edits to equitable mootness presentation (.1); correspond with S. Gross re same (.1); confer with A. Paul re memorandum re bifurcation of order (.3); correspond with B. Weiland re amendment of plan (.1). |
| 7/5/2011 | Adam C Paul | 7.60 | Analyze effective date tasks (2.3); analyze and revise proposed order for district court (1.1); analyze and revise presentation re effective date and bankruptcy exit issues (2.7); confer with R. Frankel re district court order (.9); correspond with J. Donley re same (.6). |
| 7/5/2011 | Samuel M Gross | 3.20 | Revise presentation re exit from chapter 11 (1.3); legal research re same (1.9). |
| 7/5/2011 | Brad Weiland | .90 | Correspond with A. Paul re order re affirmation (.3); review and revise same (.4); correspond with J. Gettleman re appeals issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/5/2011 | John Donley | 3.00 | Confer with R. Frankel, R. Wyron and A. Paul re appeal issues and affirmation order (.6); prepare for same (.5); review draft order and correspond re same with N. Coco, A. Paul, R. Frankel and R. Wyron (.5); confer and correspond with A. Paul re status of court's requests and related strategy issues (.4); outline issues, arguments and follow-up points for Third Circuit appeal relating to District Court appeal argument (1.0). |
| 7/5/2011 | Lisa G Esayian | 1.50 | Correspond with ACC's and FCR's counsel re Libby and BNSF appeals of CNA settlement (.3); analyze issues re same (.4); revise chart of all pending appeals requested by Judge Buckwalter (.8). |
| 7/6/2011 | Megan M Kokontis | .40 | Review and analyze motion to enter into consent decree and order consolidating appeals (.2); draft summary re same (.1); correspond with B. Weiland re same (.1). |
| 7/6/2011 | Jeffrey Gettleman | .10 | Correspond with A. Paul re Grace action items. |
| 7/6/2011 | Adam C Paul | 6.90 | Revise and finalize district court order (1.3); analyze and revise notice of order (.9); confer with J. O'Connor re strategy conference with client (.8); confer with J. Sprayregen re same (.7); analyze and revise strategy presentation for client (2.4); correspond with P. Lockwood re district court order (.8). |
| 7/6/2011 | Brad Weiland | 1.40 | Confer with J. Gettleman re potential appeals issues (.4); review and analyze same (.7); correspond with working group re affirmation order (.3). |
| 7/6/2011 | John Donley | 1.60 | Review various revisions to draft order (.2); correspond with A. Paul, R. Wyron, N. Coco, P. Lockwood and client re same (.2); correspond with J. O'Neill re appellate argument (.1); outline Third Circuit procedural issues (.2); correspond with S. Engel re same (.3); review L. Esayian correspondence re developments in California PD settlement (.1); review correspondence re Bondex discovery pertaining to Grace data and draft correspondence to Williams & Connolly and Caplin & Drysdale re same (.3); review draft settlement chart and letter to court and draft correspondence to L. Esayian re same (.2). |
| 7/6/2011 | Lisa G Esayian | .90 | Analyze issues re BNSF and Libby appeals of CNA settlement. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/6/2011 | James H M Sprayregen, P.C. | .70 | Analyze appeal strategy issues (.4); analyze exit issues (.3). |
| 7/7/2011 | Megan M Kokontis | .10 | Review and analyze settlement motion and correspond with B. Weiland re same. |
| 7/7/2011 | Jeffrey Gettleman | .40 | Correspond with A. Paul re comments to exit timeline (.1); correspond with A. Paul and S. Gross re "exit" presentation (.1); correspond with S. Gross re draft of same (.1); correspond with A. Paul re "exit" presentation to management (.1). |
| 7/7/2011 | Adam C Paul | 5.80 | Finalize and file district court order and notice (1.7); analyze and revise agenda and list of outstanding appeals (.6); analyze and revise strategy presentation (2.0); confer with S. Gross re same (.8); correspond with J. Donley re same (.7). |
| 7/7/2011 | Samuel M Gross | 3.70 | Draft, review and revise exit timeline (1.8); draft review and revise presentation re exit from chapter 11 (1.9). |
| 7/7/2011 | Britt C Grant | 1.40 | Research rules of appeal in Third Circuit (1.1); correspond with S. Engel re same (.3). |
| 7/7/2011 | Brad Weiland | 2.10 | Research and analyze potential appeals issues (1.7); confer and correspond with M. Kokontis (.4). |
| 7/7/2011 | John Donley | 1.60 | Review final revisions and comments from various co-counsel re affirmation order and correspond with A. Paul and P. Lockwood re same (.2); review various pleadings docketed in past two days (.2); review revised letter to Judge Buckwalter re settlements and correspond with L. Esayian re same (.2); analyze overall case strategy and outline case strategy and consummation issues (.7); follow-up correspondence re status of Bondex discovery relating to Grace databases (.2); review and edit omnibus draft agenda (.1). |
| 7/7/2011 | Lisa G Esayian | 1.10 | Correspond with ACC's and FCR's counsel re CNA settlement issues (.4); correspond with R. Finke re chart of pending appeals requested by Judge Buckwalter (.3); revise same (.4). |
| 7/8/2011 | Megan M Kokontis | 3.80 | Confer with B. Weiland re research re effect of appellate court order on bankruptcy court order (.3); research re same (3.1); draft summary re same (.4). |
| 7/8/2011 | Susan Engel | .20 | Review summary of appellate rules and procedure. |
| 7/8/2011 | Jeffrey Gettleman | .10 | Confer with A. Paul re appeal bond analysis and preparation for forthcoming management conference. |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/8/2011 | Adam C Paul | 5.90 | Finalize district court filing re insurance (.9); analyze and revise exit strategy presentation (1.9); analyze appeals (.7); prepare for conference with client re settlement and strategy (1.3); analyze Specialty Products pleadings related to Grace (1.1). |
| 7/8/2011 | Samuel M Gross | 6.10 | Draft, review and revise presentation re exit from chapter 11 (2.1); draft, review and revise timeline re same (.8); legal research re same (2.2); analyze open issues re same (1.0). |
| 7/8/2011 | Britt C Grant | 2.50 | Research and outline Third Circuit appeal rules and procedure (1.9); correspond with S. Engel and J. Donley re same (.6). |
| 7/8/2011 | Brad Weiland | 1.90 | Research and analyze appeals procedural items (1.1); correspond with working group re same (.3); review and analyze memorandum re same (.3); correspond with working group re lender items (.2). |
| 7/8/2011 | John Donley | 1.00 | Final review of letter to court re settlements (.1); review draft of case strategy presentation to client (.5); review recently filed pleadings and orders (.4). |
| 7/8/2011 | Lisa G Esayian | .60 | Revise chart re all pending appeals (.4); correspond with K. Makowski re same (.2). |
| 7/8/2011 | James H M Sprayregen, P.C. | .40 | Correspond with working group re appeal issues and status. |
| 7/9/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul and S. Gross re comments to management presentation. |
| 7/9/2011 | Adam C Paul | 1.70 | Analyze and revise effective date presentation (1.1); prepare for conference with client re same (.6). |
| 7/10/2011 | Megan M Kokontis | 1.00 | Research re procedural defenses to complaint re environmental liabilities. |
| 7/10/2011 | Jeffrey Gettleman | .50 | Correspond with J. Baer re comments to management presentation (.2); correspond with A. Paul re same (.1); correspond with S. Gross re same (.1); correspond with A. Paul, S. Gross, J. Baer and others re same (.1). |
| 7/10/2011 | Adam C Paul | 4.10 | Analyze and revise effective date presentation (1.4); prepare for conference with client re same (1.3); confer with J. Donley re same (.5); confer with S. Gross re same (.4); confer with J. O'Connell re same (.4); correspond with J. Baer re same (.1). |
| 7/10/2011 | Samuel M Gross | 4.50 | Draft, review and revise presentation re exit from chapter 11. |

A-12

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/10/2011 | Britt C Grant | 1.80 | Research Third Circuit appeal policies and procedures. |
| 7/10/2011 | John Donley | 6.10 | Review research re appeals, bonding, and consummation (.6); review and revise outline and various drafts of client presentation re same (1.7); confer with A. Paul re plan issues (.3); correspond with J. Baer and A. Paul re same (.4); review various recent pleadings and 2019 filings (.2); review and analyze research and cases re Equitable Mootness (1.1); analyze BNSF strategic issues (.4); analyze strategic lender issues and options (.6); analyze strategic issues re Sealed Air (.8). |
| 7/11/2011 | Megan M Kokontis | 8.60 | Research re bankruptcy procedural defenses to environmental claims. |
| 7/11/2011 | Kimberly K Love | 5.20 | Review and obtain information re time lapse in Third Circuit Court of Appeals procedures and time between end of briefing and oral argument. |
| 7/11/2011 | Susan Engel | .80 | Review appellate rules and procedure (.5); review Third Circuit docket for bankruptcy appeal (.3). |
| 7/11/2011 | Jeffrey Gettleman | 1.30 | Draft, review and revise analysis of Federal appellate rules and Third Circuit rules re stays pending appeal and supersedeas bonds (.4); legal research re same (.4); correspond with J. Donley re same (.1); correspond with J. Baer re comments to management presentation (.1); correspond with J. Donley re same (.1); correspond with A. Paul re stays pending appeal (.2). |
| 7/11/2011 | Adam C Paul | 5.70 | Prepare for conference with client re emergence and strategy (3.1); analyze and revise presentation re emergence (2.6). |
| 7/11/2011 | Samuel M Gross | 3.90 | Draft, review and revise presentation re exit from chapter 11. |
| 7/11/2011 | Britt C Grant | 3.30 | Research Third Circuit and District of Delaware appeal procedures (.7); contact clerk's office re same (.2); compile research memorandum re same (1.3); confer with J. Donley, A. Paul, S. Gross and S. Engel re same (.6); prepare for same (.5). |
| 7/11/2011 | Brad Weiland | 3.30 | Review and analyze lender appeal issues (.8); correspond with working group re same (.4); research and analyze lender briefs (1.3); review and analyze resolution strategy (.8). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/2011 | John Donley | 5.30 | Confer and correspond with R. Frankel re appeal and case resolution issues (.5); confer with A. Rosenberg re Rule 408 issues (.3); correspond with A. Paul, S. Gross and J. Baer re client presentation re bankruptcy exit issues (.4); confer and correspond with J. O'Connell re bank lender issues (.2); review research and authorities re Third Circuit appeal procedures, Rules 8005, 8006, 8017, timing and options (1.4); confer with S. Engel, B. Grant, A. Paul and S. Gross re same (.4); correspond with S. Gross and A. Paul re same (.2); confer with A. Paul re same (.2); confer with B. Grant re same (.2); review final revisions to appeals chart and correspond with K. Makowski re same (.2); review, analyze and revise client presentation re case resolution (1.3). |
| 7/11/2011 | Lisa G Esayian | 1.30 | Correspond with K. Makowski re revised appeals chart (.1); correspond with R. Finke, J. Posner and R. Horkovich re certain insurance claims (.4); confer with R. Finke re Libby and BNSF appeals of CNA settlement and provide information to R. Finke re same (.8). |
| 7/12/2011 | Megan M Kokontis | 4.60 | Research re procedural defenses to environmental liabilities (.9); draft summary re same (3.7). |
| 7/12/2011 | Kimberly K Love | 7.00 | Create and edit chart of various W. R. Grace appeal cases (6.7); prepare and organize materials re same (.3). |
| 7/12/2011 | Andrew Brniak | 1.10 | Research substantive third-party pleadings in J. T. Thorpe chapter 11 bankruptcy case, adversary proceedings and other civil matters re implications for Debtor's chapter 11 case (.9); correspond with B. Weiland re same (.2). |
| 7/12/2011 | Jeffrey Gettleman | .60 | Correspond with B. Weiland re review of Thorpe case (.1); correspond with A. Paul re same (.1); correspond with B. Weiland re equitable mootness research (.1); review analysis re same (.2); correspond with B. Weiland and A. Paul re same (.1). |
| 7/12/2011 | Adam C Paul | 7.80 | Prepare for conference with client re emergence and strategy (1.9); confer with client re emergence and strategy (4.2); confer with client and working group re sale issues (1.7). |
| 7/12/2011 | Britt C Grant | .70 | Analyze cases to evaluate typical time between briefing and oral argument in Third Circuit. |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/12/2011 | Brad Weiland | 3.60 | Research and analyze mootness issues and precedent status (2.3); review and analyze materials re appeals (1.1); correspond with working group re same (.2). |
| 7/12/2011 | John Donley | 5.00 | Review research and outline issues in preparation for conference with client re appeal strategy (1.6); confer with J. Baer and A. Paul re same (.4); confer with A. Paul, J. Baer, M. Shelnitz and R. Finke re case resolution efforts, effective date and appeal issues (3.0). |
| 7/13/2011 | Kimberly K Love | 6.50 | Review and edit chart re time in Third Circuit Court of Appeals between end of briefing and oral argument (3.9); research re same (2.6). |
| 7/13/2011 | Jeffrey Gettleman | .60 | Correspond with B. Weiland re confirmation order bifurcation research (.1); review J. Donley analysis of oral argument (.3); correspond with A. Paul re order bifurcation memorandum (.2). |
| 7/13/2011 | Adam C Paul | 4.10 | Confer with working group re potential sale (1.3); correspond with J. Donley re effective date and closing documents (.7); analyze open items for effective date (2.1). |
| 7/13/2011 | Brad Weiland | 1.30 | Prepare and revise memorandum re settlement structure. |
| 7/13/2011 | John Donley | 6.40 | Review notes and outlines from oral argument on appellate issues and draft outlines and points to cover in Third Circuit re lender issues (3.3); review same re best interests (1.0); review same re AMH (.8); review same re standard of review (.4); further analysis of lender strategic options (.4); confer with R. Frankel re strategic issues (.3); review Bondex discovery responses and correspond with K. Makowski re same (.2). |
| 7/13/2011 | Lisa G Esayian | .50 | Review and revise appeals chart requested by Judge Buckwalter (.3); reply to questions from certain insurers' counsel re status of certain appeals (.2). |
| 7/13/2011 | James H M Sprayregen, P.C. | .60 | Analyze exit and emergence issues. |
| 7/14/2011 | Megan M Kokontis | .20 | Review and analyze order authorizing consent decree and correspond with B. Weiland re same (.1); correspond with J. Gettleman re research re environmental liability (.1). |
| 7/14/2011 | Kimberly K Love | 3.70 | Review and edit procedures and timing in Third Circuit Court of Appeals, including 524(g) cases and key reported cases. |

A-15

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/14/2011 | Jeffrey Gettleman | .70 | Correspond with B. Weiland re memorandum re proposed confirmation order (.3); review and revise lender appeal memorandum (.3); correspond with M. Kokontis re outline of issues re bifurcated order (.1). |
| 7/14/2011 | Adam C Paul | 3.20 | Analyze corporate closing documents (1.9); correspond with J. Donley re fees and corporate checklist (.6); confer with J. Sprayregen re effective date (.3); correspond with J. Gettleman re nuclear claims (.4). |
| 7/14/2011 | Brad Weiland | 2.30 | Prepare and revise memorandum re potential settlement items (1.8); correspondence re same (.5). |
| 7/14/2011 | John Donley | 3.10 | Revise outlines from district court argument for use in Third Circuit re Garlock (1.2); revise same re lenders (1.0); revise same re BNSF (.4); revise same re Crown/Montana (.3); correspond with A. Paul re current projects (.2). |
| 7/14/2011 | Lisa G Esayian | 1.20 | Confer with J. Donley re settlement issues (.3); analyze issues re Libby and BNSF appeals of CNA settlement (.9). |
| 7/14/2011 | James H M Sprayregen, P.C. | .70 | Analyze issues re potential sales transaction. |
| 7/15/2011 | Megan M Kokontis | 1.10 | Research and draft summary of procedural defenses to litigation. |
| 7/15/2011 | Adam C Paul | 1.60 | Confer with J. Sprayregen re effective date documents (.4); analyze and prepare effective date checklist (1.2). |
| 7/15/2011 | Britt C Grant | .20 | Review and summarize cases re time between briefing and oral argument. |
| 7/15/2011 | Patrick J King | 1.50 | Correspond with T. Mace re location of documents subject to document subpoena (.6); conduct research to identify documents re same (.9). |
| 7/15/2011 | John Donley | .40 | Review recent pleadings and filings (.2); review Libby motion and correspond with L. Esayian and co-plan proponents re same (.2). |
| 7/18/2011 | Andrew Brniak | .50 | Research and compile case citations from recent pleadings and correspond with J. Gettleman re same. |
| 7/18/2011 | Rafael M Suarez | 1.20 | Assist with electronic document review and production process. |
| 7/18/2011 | Jeffrey Gettleman | .30 | Correspond with K. Love re case citations from appellate brief (.1); correspond with A. Brniak re same (.1); correspond with M. Kokontis re draft outline re procedural defenses (.1). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/18/2011 | Adam C Paul | 5.30 | Confer with R. Higgins re potential transaction (.8); prepare memorandum re settlement strategy (1.7); analyze effective date tasks (1.2); confer with J. Donley re settlement strategy (.9); correspond with J. Donley re same (.7). |
| 7/18/2011 | Rana Barakat | .30 | Review Third Circuit research re equitable mootness doctrine. |
| 7/18/2011 | Brad Weiland | 1.10 | Prepare and revise materials re potential appeals strategy (.9); correspond with C. Landau re same (.2). |
| 7/18/2011 | John Donley | 3.70 | Analyze and outline lender claims and settlement issues (.5); confer with M. Shelnitz re same (.2); confer with M. Shelnitz and P. Bentley re same (.5); review and analyze precedent and research re Third Circuit appeals, procedures, timing (.4); review B. Grant's memorandum re same (.2); draft correspondence to A. Paul re same (.1); review Bondex transcripts re third-party discovery effort re Grace database (.1); review status of discovery requests (.1); correspond with K. Makowski re next steps (.1); review Libby claimants' Rule 2019 filings and other recent pleadings and filings (.2); review draft agenda and correspondence re same from J. Baer and K. Makowski (.1); correspond with L. Esayian re Libby appeal issue (.1); confer with R. Barakat re equitable mootness and other current research projects (.8); draft memorandum to M. Shelnitz re current projects and case strategy (.3). |
| 7/18/2011 | Lisa G Esayian | 1.30 | Review Libby motion to file excess pages re CNA settlement appeal (.3); correspond with ACC's and FCR's counsel and CNA's counsel re same (.2); analyze arguments for opposition to BNSF and Libby appeals re CNA (.8). |
| 7/18/2011 | Travis J Langenkamp | 1.00 | Research document production database (.6); confer with R. Suarez re hard drive review (.4). |
| 7/19/2011 | Kimberly K Love | 6.90 | Prepare and organize materials and information re 2019s (3.2); prepare and organize Court Call telephonic appearance for upcoming hearing (.7); prepare and organize background materials including bank lender issues (3.0). |
| 7/19/2011 | Andrew Brniak | 1.10 | Research substantive third-party pleadings in J.T. Thorpe chapter 11 bankruptcy case, adversary proceedings and other civil matters re implications for debtor's chapter 11 case (.9); correspond with B. Weiland re same (.2). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/19/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul and B. Weiland re research re lender issues (.1); correspond with A. Paul and B. Weiland re Thorpe mootness decision (.1). |
| 7/19/2011 | Adam C Paul | 6.80 | Analyze settlement strategy (2.1); confer with J. Donley re same (.6); analyze effective date list (.8); analyze transaction details (1.1); confer with B. Weiland re settlement structures (.7); analyze equitable mootness arguments (.9); analyze transaction documents (.6). |
| 7/19/2011 | Brad Weiland | 3.20 | Correspondence re potential appeals and resolution items (.4); confer with A. Paul re same (.8); confer re same with J. Donley and opposing counsel (1.0); correspond with working group re mootness items (.2); research and analyze same (.8). |
| 7/19/2011 | John Donley | 2.80 | Correspond with R. Barakat and A. Paul re 524(g) issues (.1); analyze and outline lender issue re negotiation and procedures (.5); confer with A. Paul re lender discussion, effective date, trust and plan consummation issues (.7); correspond with K. Love re lender interests (.2); review Libby claim development (.1); review Bondex Rule 2004 discovery pleadings relevant to Grace (.2); review precedent for variance from normal procedural rules for Third Circuit appeal (.3); review Mendes & Mount inquiry and correspond with J. Baer re same (.1); confer with A. Rosenberg re lender issues (.4); draft memorandum to M. Shelnitz re same (.2). |
| 7/19/2011 | Lisa G Esayian | 1.20 | Correspond with certain insurers re plan confirmation proceedings (.6); correspond with R. Horkovich re potential recoveries from certain insolvent insurers (.3); correspond with R. Finke and J. Posner re same (.3). |
| 7/20/2011 | Megan M Kokontis | 1.90 | Research re procedural defenses to environmental litigation. |
| 7/20/2011 | Kimberly K Love | 3.50 | Prepare and organize materials and information re 2019 notices and disclosures (3.0); prepare and organize litigation research materials (.5). |
| 7/20/2011 | Jeffrey Gettleman | .40 | Correspond with A. Paul re lender claims (.3); correspond with B. Weiland re follow-up questions re lender claims (.1). |
| 7/20/2011 | Adam C Paul | 4.20 | Correspond with J. Donley re lender claims (.4); confer with J. Donley re same (.6); confer with J. Gettleman re same (.7); analyze lender claims (2.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/20/2011 | Rana Barakat | 5.50 | Review appellate briefings. |
| 7/20/2011 | Brad Weiland | 3.60 | Research and analyze voting items and plan issues (2.5); correspondence re same (.2); discuss settlement issues with A. Paul (.6); review and analyze same (.3). |
| 7/20/2011 | John Donley | 1.20 | Confer with M. Shelnitz re lender issues (.4); outline lender discussion issues and key points (.4); confer and correspond with A. Paul re lender research and analysis (.3); review recent filings and pleadings (.1). |
| 7/20/2011 | Lisa G Esayian | 2.40 | Review recently-filed briefs by Libby and BNSF re appeals re CNA settlement. |
| 7/21/2011 | Megan M Kokontis | 7.10 | Research and revise summary re procedural defenses for environmental liability (1.6); research re potential settlement issues (3.5); confer with B. Weiland re same (.3); confer with K&E working group re same (1.7). |
| 7/21/2011 | Kimberly K Love | 1.50 | Prepare and organize materials re Libby and BNSF (.5); prepare and organize materials re voting (1.0). |
| 7/21/2011 | Rafael M Suarez | 2.80 | Assist with electronic document review and production process. |
| 7/21/2011 | Susan Engel | .20 | Review draft memorandum re lenders' issue. |
| 7/21/2011 | Jeffrey Gettleman | .10 | Correspond with A. Paul and B. Weiland re research re lenders' claims. |
| 7/21/2011 | Adam C Paul | 8.00 | Analyze proposed order filed by lenders (.4); correspond with J. Baer and R. Finke re same (.4); analyze and revise proposed order approving transaction (.2); analyze jurisdiction and related issues re lender claims (3.1); confer with J. Donley re same (.9); confer with P. Bentley and R. Wyron re same (1.7); analyze proposed transaction (.7); correspond with J. Baer and R. Higgins re same (.6). |
| 7/21/2011 | Britt C Grant | .40 | Review client communications re lender issues (.2); correspond with C. Landau re same (.2). |
| 7/21/2011 | Brad Weiland | 4.90 | Prepare and revise materials re potential settlement items (2.5); confer re same with J. Donley and opposing counsel (1.1); correspond with working group re appeals items (.3); review and analyze same (.4); correspond with working group and opposing counsel re plan items (.3); confer with M. Kokontis re same (.3). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/2011 | John Donley | 3.30 | Analyze and outline lender issues (.9); confer with A. Paul and B. Weiland re same (.6); correspond with A. Paul re same (.3); confer with P. Bentley and A. Paul re lender issues and strategy (.7); confer with R. Wyron and A. Paul re same (.5); review recent pleadings and filings in District Court and Bankruptcy Court, correspond with client, J. Baer and A. Paul re District Court filing by lenders and confer with R. Finke re same (.3). |
| 7/21/2011 | Christopher Landau, P.C. | .50 | Analyze issues re appellate strategy. |
| 7/21/2011 | James H M Sprayregen, P.C. | .40 | Confer with working group re sales transaction issues. |
| 7/22/2011 | Kimberly K Love | .50 | Prepare and organize litigation research materials. |
| 7/22/2011 | Tyler D Mace | 1.00 | Confer with client re request for searches on Libby materials (.4); confer with working group re same (.6). |
| 7/22/2011 | Jeffrey Gettleman | .60 | Confer with B. Weiland re lender claims (.2); correspond with B. Weiland and A. Paul re same (.1); review B. Weiland lender claims memorandum (.3). |
| 7/22/2011 | Adam C Paul | 7.30 | Analyze lender claims (2.9); confer with J. Baer re effective date checklist (1.2); analyze and revise effective date checklist (1.4); correspond with B. Weiland re lender claims (.7); analyze and revise order approving transactions (.9); confer with P. Bentley re same (.2). |
| 7/22/2011 | Brad Weiland | 5.10 | Correspond with opposing counsel re settlement and appeals issues (1.1); research and analyze issues re same (.4); research and analyze potential settlement issues (2.7); review and revise memorandum re same (.9). |
| 7/22/2011 | John Donley | 1.70 | Analyze lender appeal issues (.9); correspond with M. Shelnitz re same (.2); correspond with A. Paul re same and confer and correspond with A. Rosenberg re negotiation of issue (.4); correspond with L. Esayian re CNA appeal and review filing (.2). |
| 7/22/2011 | Lisa G Esayian | 2.90 | Correspond with R. Finke re Libby and BNSF briefs re CNA settlement (.3); correspond with ACC's and FCR's counsel re same (.3); draft response to same (2.3). |
| 7/22/2011 | Christopher Landau, P.C. | 1.00 | Confer with B. Weiland re appellate strategy issues. |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/25/2011 | Adam C Paul | 4.80 | Analyze and revise memo re lender claims (2.7); analyze lender supplemental response and new case re interest (1.3); prepare for ACC/FCR conference (.8). |
| 7/25/2011 | Brad Weiland | 2.90 | Prepare and revise memorandum re potential settlement issues (1.1); legal research re same (1.5); correspond with working group re same (.3). |
| 7/25/2011 | John Donley | 2.80 | Review and analyze lenders' filing and case law (.8); confer with E. Leon re lender arguments, negotiations, and appeal (.5); review status of database discovery efforts by Bondex and correspond with K. Makowski re same (.2); confer with A. Paul re lender and other current issues (.2); continue analysis of lender issues and appeal procedures (.9); correspond with D. Blabey and B. Weiland re legal issues re same (.2). |
| 7/25/2011 | Lisa G Esayian | 2.70 | Draft response to BNSF and Libby appeals re CNA settlement. |
| 7/25/2011 | James H M Sprayregen, P.C. | .40 | Analyze issues re potential sales transaction. |
| 7/26/2011 | Megan M Kokontis | 1.70 | Research precedent re 9019 motions (.5); research precedent re bank lender issues (1.2). |
| 7/26/2011 | Andrew Brniak | .50 | Prepare and assemble settlement precedent (.3); correspond with B. Weiland and M. Kokontis re same (.2). |
| 7/26/2011 | Jeffrey Gettleman | .60 | Correspond with A. Paul re motion addressing lender claims (.1); correspond with B. Weiland re same (.1); correspond with J. Donley re draft response to appellants' second notice of supplemental authority (.2); correspond with J. O'Neill re same (.1); review same (.1). |
| 7/26/2011 | Adam C Paul | 5.10 | Confer with J. Donley re lender claims (.7); analyze and revise memo re lender claims (2.7); confer with ACC/FCR re status (1.0); confer with J. Donley re objection to lender response (.4); analyze and revise lender response (.3). |
| 7/26/2011 | Rana Barakat | 2.40 | Review Libby claimants' briefs. |
| 7/26/2011 | Brad Weiland | 2.80 | Review and analyze settlement precedent (2.2); confer with M. Kokontis re same (.3); correspond with working group re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/26/2011 | John Donley | 5.90 | Review and analyze case law and research re lender negotiation options (1.7); confer with M. Shelnitz, A. Paul, P. Lockwood, R. Wyron, J. Baer and R. Frankel re same (.4); confer with A. Paul re lender strategy and legal analysis (.4); review prior briefs and argument, review case law, and draft response to lenders' General Growth supplemental authority filing (1.0); revise same (.3); review B. Weiland memorandum re lender issues (.3); draft memorandum re revisions and follow-up items (.5); review Class 6 balloting information and correspond with M. Gaytan re same (.4); review 2019 notices and disclosures and prepare summary of same with analysis and charts re lender interests (.4); review and analyze interest calculations affecting lender issues (.3); correspond with J. Baer, J. O'Neill and M. Shelnitz re recent filings (.2). |
| 7/26/2011 | Lisa G Esayian | 3.30 | Draft response to Libby and BNSF appeals re CNA settlement. |
| 7/26/2011 | Gayle M Lodygowski | .50 | Cite check plan proponents' response to appellants' second notice of supplemental authority. |
| 7/26/2011 | James H M Sprayregen, P.C. | .60 | Confer with working group re appeal status and sales transaction issues. |
| 7/27/2011 | Megan M Kokontis | 3.50 | Draft motion addressing lender claims. |
| 7/27/2011 | Andrew Brniak | .80 | Prepare and assemble settlement precedent (.6); correspond with B. Weiland and M. Kokontis re same (.2). |
| 7/27/2011 | Adam C Paul | 3.40 | Analyze lender claims (1.6); correspond with B. Weiland re same (.4); prepare for conference with M. Shelnitz re same (.7); confer with M. Shelnitz re same (.7). |
| 7/27/2011 | Rana Barakat | 3.20 | Continue to review Libby claimants' briefs. |
| 7/27/2011 | Brad Weiland | .80 | Review and analyze items re potential settlement (.6); correspond with working group re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2011 | John Donley | 6.70 | Prepare for client conference re lender negotiation issues, analyzing applicable law, procedures and strategic options (1.2); confer and correspond with A. Paul re same (.2); confer with M. Shelnitz re lender options (.5); further confer with M. Shelnitz re follow-up issues, including with J. O'Connell (.5); correspond with M. Shelnitz re same (.2); confer with P. Bentley re lender issues (.3); review CNA appeal briefing and related district court record (1.0); correspond with L. Esayian re same (.2); prepare for lender negotiation (.5); confer with R. Frankel and M. Shelnitz re Libby issues (1.0); further correspond with P. Bentley re lender and interest issues (.2); review and annotate June 28 District Court transcript for outlining and use in Third Circuit appeal (.9). |
| 7/27/2011 | Lisa G Esayian | 5.60 | Draft argument outlines in response to Libby and BNSF appeals re CNA settlement (3.1); review key portions of June 28 and June 29 District Court arguments re same (1.2); confer with ACC's and FCR's counsel re Libby and BNSF appeals re CNA settlement (1.3). |
| 7/28/2011 | Megan M Kokontis | 1.10 | Draft and revise motion addressing lender claims. |
| 7/28/2011 | Rafael M Suarez | 3.80 | Assist with electronic document review and production process. |
| 7/28/2011 | Adam C Paul | 5.00 | Analyze lender claims (.8); prepare for lender conference (1.1); analyze effective date checklist (1.7); confer with corporate working group re same (.5); analyze warrant agreement (.9). |
| 7/28/2011 | Rana Barakat | 8.50 | Confer with J. Donley re potential settlement and jurisdictional issues (.4); review portions of appellate briefings and presentation re plan proponents' appellate arguments (3.5); conduct research re jurisdictional effect of filing notice of appeal (2.1); draft memorandum re jurisdictional effect of filing notice of appeal (2.5). |
| 7/28/2011 | Brad Weiland | 1.70 | Prepare and revise materials re potential settlement items (1.5); correspond with working group re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/28/2011 | John Donley | 6.30 | Review research, credit agreements and briefing re lender appeal issues (2.1); analyze in detail negotiation issues re same (1.2); analyze facts and law re interest issues including compound interest (1.1); draft and revise talking points re same (.6); confer and correspond with M. Shelnitz and P. Bentley re preparation for negotiations with lenders (.6); confer with R. Barakat re research re appeal issue (.4); confer with R. Frankel re Libby issues (.3). |
| 7/28/2011 | Lisa G Esayian | 4.20 | Correspond with FCR's counsel re issues re Libby appeal of CNA settlement (.4); draft response brief re Libby and BNSF appeals re CNA settlement (3.8). |
| 7/28/2011 | James H M Sprayregen, P.C. | .40 | Analyze issues re exit and emergence. |
| 7/29/2011 | Megan M Kokontis | 1.20 | Review and revise 9019 settlement motion (1.0); confer with B. Weiland re same (.2). |
| 7/29/2011 | Adam C Paul | 2.90 | Correspond with J. Donley re lender conference (.4); correspond with R. Higgins re transaction (.6); analyze update re Bondex hearing and trust discovery (.9); confer with J. Donley re lender negotiations (1.0). |
| 7/29/2011 | Rana Barakat | 8.00 | Review case law re jurisdiction of lower court pending appeal (2.6); draft memorandum summarizing legal research re jurisdiction of lower court pending appeal (5.4). |
| 7/29/2011 | Nia Dukov | .30 | Confer with J. Donley re lender research. |
| 7/29/2011 | John Donley | 3.80 | Prepare for lender negotiation, including review of Blackstone correspondence and calculations, case precedent, case law and lender agreement provisions (1.7); confer with P. Bentley and M. Shelnitz re lender issues (.4); draft final outline re same (.4); participate in lender negotiations with A. Rosenberg (.6); confer with A. Paul re lender negotiations (.4); confer with N. Dukov re legal research on certain lender questions (.3). |
| 7/29/2011 | Lisa G Esayian | 5.30 | Draft response brief re Libby and BNSF appeals re CNA settlement (4.3); analyze issues re remaining unsettled insurers (1.0). |
| 7/30/2011 | Rafael M Suarez | 1.70 | Assist with electronic document review and production process. |
| 7/30/2011 | Jeffrey Gettleman | .20 | Correspond with B. Weiland and A. Brniak re creation of docket update system (.1); correspond with A. Paul re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/2011 | Nia Dukov | 4.20 | Legal research re recovery of interest on interest, compound interest, New York law and bankruptcy law. |
| | Total: | 443.90 | |

## **Matter 42 - Travel non-working - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2011 | John Donley | 2.00 | Return travel from Philadelphia, PA to Chicago, IL after hearing (billed at half time). |
| 7/11/2011 | Adam C Paul | 2.00 | Travel from Chicago, IL to Baltimore, MD for strategy conference with client (billed at half time). |
| 7/11/2011 | John Donley | 2.30 | Travel from Chicago, IL to Columbia, MD (billed at half time). |
| 7/12/2011 | Adam C Paul | 2.20 | Return travel from Baltimore, MD to Chicago, IL after strategy conference with client (billed at half time). |
| 7/12/2011 | John Donley | 2.20 | Return travel from Baltimore, MD to Chicago, IL (billed at half time). |
| 7/29/2011 | John Donley | 3.70 | Travel from Chicago, IL to New York, NY for lender negotiations (1.7); return travel from New York, NY to Chicago, IL after same (2.0) (billed at half time). |
| | Total: | 14.40 | |

## Matter 57 - Montana Grand Jury Investigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/7/2011 | Daniel T Rooney | 3.50 | Confer with M. Eckstein re gaining access to documents in response to recent subpoenas (.4); review case files for Georgia Pacific and Temple Gypsum re subpoena response (2.8); confer with T. Mace re search results (.3). |
| 7/10/2011 | April J Albrecht-Paliga | 5.40 | Confer and correspond with A. Haley and D. Rooney re obtaining criminal trial files re subpoena responses (1.8); confer and correspond with J. Thompson at discovery vendor re same (1.7); confer and correspond with D. Rooney and A. Haley re execution of same (1.9). |
| 7/11/2011 | April J Albrecht-Paliga | .60 | Correspond with A. Haley re obtaining criminal trial files re subpoena responses. |
| 7/12/2011 | Daniel T Rooney | 1.90 | Review subpoenas and confer with T. Mace re relevant searches within case files from criminal trial (1.6); confer with T. Mace re same (.3). |
|  | Total: | 11.40 |  |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/7/2011 | Christopher T Greco | .40 | Review stipulation and correspond with M. Dexter re 502(h) issues. |
| 7/13/2011 | Christopher T Greco | .20 | Correspond with M. Dexter re settlement agreement and 502(h) claim. |
| 7/18/2011 | Matthew F Dexter | .10 | Correspond with opposing counsel re final documents. |
| 7/25/2011 | Christopher T Greco | .70 | Correspond with M. Dexter and J. Hughes re Delphi settlement agreement follow up (.4); analyze issues re same (.3). |
| 7/28/2011 | Christopher T Greco | .40 | Analyze settlement agreement next steps. |
| 7/28/2011 | Matthew F Dexter | .50 | Correspond with client and opposing counsel re finalizing settlement agreement. |
| | Total: | 2.30 | |

A-28

# EXHIBIT B

## Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $321.65 |
| Airfare | $2,428.64 |
| Transportation to/from airport | $659.74 |
| Travel Meals | $170.97 |
| **Total:** | **$3,581.00** |

## Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/22/2011 | 30.00 | Adam Paul, Transportation To/From Airport, (Conference) (hotel to airport) |
| 6/27/2011 | 34.50 | Maria Gaytan, Transportation To/From Airport, (Court Hearing) (Cab from Courtyard Marriott to Airport Marriott Hotel) |
| 6/27/2011 | 98.60 | Crown Cars & Limousines, Transportation to/from airport, 06/27/2011, Maria Gaytan |
| 6/28/2011 | 195.11 | Maria Gaytan, Lodging, Wyndham Garden Hotel, Philadelphia, PA, 06/28/2011 to 06/29/2011, (Court Hearing) |
| 6/28/2011 | 34.50 | Maria Gaytan, Transportation To/From Airport, (Court Hearing) (Cab from Philadelphia Airport Marriott Hotel to Courtyard Marriott in downtown) |
| 6/29/2011 | 34.50 | Maria Gaytan, Transportation To/From Airport, (Court Hearing) (Cab from Courtyard Marriott Downtown to Airport) |
| 7/1/2011 | 638.70 | John Donley, Airfare, Chicago, IL, 07/01/2011 to 07/01/2011, (Oral Argument) |
| 7/1/2011 | 43.00 | John Donley, Transportation To/From Airport, (Oral Argument) |
| 7/5/2011 | 355.70 | John Donley, Airfare, Baltimore, MD, 07/11/2011 to 07/11/2011, (Client Conference) |
| 7/5/2011 | 585.32 | Adam Paul, Airfare, Baltimore, MD, 07/11/2011 to 07/11/2011, (Conference) |
| 7/11/2011 | 148.32 | Boston Coach Corporation, Transportation to/from airport, John W. Donley |
| 7/11/2011 | 150.32 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul |
| 7/11/2011 | 40.00 | John Donley, Travel Meals, Columbia, MD, (Client Conference), Dinner |
| 7/11/2011 | 51.28 | Adam Paul, Travel Meals, Baltimore, MD, (Conference), Dinner |
| 7/12/2011 | 126.54 | John Donley, Lodging, Sheraton Columbia Town Center Hotel, Columbia, MD, 07/11/2011 to 07/12/2011, (Client Conference) |
| 7/12/2011 | 848.92 | John Donley, Airfare, Chicago, IL, 07/12/2011 to 07/12/2011, (Client Conference) |
| 7/12/2011 | 48.00 | John Donley, Transportation To/From Airport, (Client Conference) |
| 7/12/2011 | 38.00 | John Donley, Transportation To/From Airport, (Client Conference) |
| 7/12/2011 | 19.88 | John Donley, Travel Meals, Columbia, MD, (Client Conference), Breakfast |
| 7/12/2011 | 8.46 | Adam Paul, Travel Meals, Baltimore, MD, (Conference), Lunch |
| 7/12/2011 | 51.35 | Adam Paul, Travel Meals, Baltimore, MD, (Conference), Dinner |
| Total: | 3,581.00 | |

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $42.12 |
| Standard Copies or Prints | $807.00 |
| Color Copies or Prints | $265.00 |
| Professional Fees | $1,542.56 |
| Outside Computer Services | $1,263.13 |
| Computer Database Research | $4,672.10 |
| **Total:** | **$8,591.91** |

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 6/8/2011 | 11.48 | West, Computer Database Research, Pollock, Carrie, June 2011 |
| 6/20/2011 | 18.60 | LexisNexis, Computer Database Research, Welch, Melinda, 6/20/2011 |
| 6/20/2011 | 1.94 | West, Computer Database Research, Engel, Susan, June 2011 |
| 6/21/2011 | 31.81 | West, Computer Database Research, Mosquera, Clara C., June 2011 |
| 6/21/2011 | 6.29 | West, Computer Database Research, Welch, Melinda, June 2011 |
| 6/21/2011 | 5.25 | West, Computer Database Research, Sroka, Carrie, June 2011 |
| 6/22/2011 | 5.40 | LexisNexis, Computer Database Research, CourtLink Usage for 06/2011, Steven Abelson |
| 6/22/2011 | 18.91 | LexisNexis, Computer Database Research, Welch, Melinda, 6/22/2011 |
| 6/23/2011 | 217.32 | West, Computer Database Research, Abelson, Steve, June 2011 |
| 6/23/2011 | 189.69 | West, Computer Database Research, Donley, John W., June 2011 |
| 6/23/2011 | 43.37 | LexisNexis, Computer Database Research, Mosquera, Clara, 6/23/2011 |
| 6/27/2011 | 1,514.26 | West, Computer Database Research, Lodygowski, Gayle, June 2011 |
| 6/27/2011 | 40.12 | West, Computer Database Research, Grant, Britt, June 2011 |
| 6/28/2011 | 101.40 | West, Computer Database Research, Brooks, Justin S., June 2011 |
| 6/29/2011 | 79.64 | West, Computer Database Research, Esayian, Lisa G., June 2011 |
| 6/29/2011 | 205.21 | West, Computer Database Research, Gaytan, Maria, June 2011 |
| 6/30/2011 | 42.12 | Intercall - Third Party Telephone Charges, J. Donley, 6/30/11 |
| 6/30/2011 | 1,263.13 | C2 Legal - Outside Computer Services, Concordance FYI Monthly Hosting Fee; User License Fee, 6/30/11 |
| 6/30/2011 | 3.17 | West, Computer Database Research, Love, Kimberly, June 2011 |
| 6/30/2011 | 101.04 | LexisNexis, Computer Database Research, CourtLink Usage for 06/2011, Joseph Cali |
| 7/1/2011 | 855.06 | Bifferato LLC - Professional Fees, WR Grace Share of Mediation Fees, 6/09/11 |
| 7/4/2011 | 12.30 | Standard Prints |
| 7/4/2011 | 3.50 | Standard Prints |
| 7/4/2011 | 1.90 | Standard Copies or Prints |
| 7/4/2011 | 0.10 | Standard Copies or Prints |
| 7/4/2011 | 0.60 | Standard Prints |
| 7/4/2011 | 0.10 | Standard Copies or Prints |
| 7/4/2011 | 1.70 | Standard Prints |
| 7/4/2011 | 5.60 | Standard Prints |
| 7/6/2011 | 3.60 | Standard Prints |
| 7/6/2011 | 1.40 | Standard Prints |
| 7/6/2011 | 1.10 | Standard Prints |

B-5

| Date | Amount | Description |
|------|-------|-------------|
| 7/6/2011 | 0.60 | Standard Prints |
| 7/6/2011 | 1.00 | Color Prints |
| 7/6/2011 | 1.00 | Color Prints |
| 7/6/2011 | 2,077.20 | PACER Service Center, Computer Database Research, 4/1/2011 through 6/30/2011 |
| 7/7/2011 | 2.60 | Standard Copies or Prints |
| 7/7/2011 | 8.20 | Standard Prints |
| 7/7/2011 | 1.30 | Standard Prints |
| 7/7/2011 | 0.70 | Standard Prints |
| 7/7/2011 | 0.30 | Standard Prints |
| 7/7/2011 | 1.00 | Standard Prints |
| 7/7/2011 | 1.00 | Color Prints |
| 7/8/2011 | 5.80 | Standard Prints |
| 7/8/2011 | 4.00 | Standard Prints |
| 7/8/2011 | 4.50 | Standard Prints |
| 7/8/2011 | 0.80 | Standard Prints |
| 7/8/2011 | 2.00 | Standard Prints |
| 7/8/2011 | 0.10 | Standard Prints |
| 7/8/2011 | 0.50 | Color Prints |
| 7/8/2011 | 1.00 | Color Prints |
| 7/11/2011 | 1.70 | Standard Prints |
| 7/11/2011 | 14.50 | Standard Prints |
| 7/11/2011 | 0.20 | Standard Prints |
| 7/11/2011 | 2.60 | Standard Prints |
| 7/11/2011 | 0.30 | Standard Prints |
| 7/11/2011 | 0.30 | Standard Prints |
| 7/11/2011 | 1.00 | Color Prints |
| 7/11/2011 | 1.00 | Color Prints |
| 7/11/2011 | 0.50 | Color Prints |
| 7/11/2011 | 0.50 | Color Prints |
| 7/11/2011 | 1.00 | Color Prints |
| 7/11/2011 | 0.50 | Color Prints |
| 7/11/2011 | 9.50 | Color Prints |
| 7/12/2011 | 2.60 | Standard Prints |
| 7/12/2011 | 3.20 | Standard Prints |
| 7/12/2011 | 3.50 | Standard Prints |
| 7/12/2011 | 41.30 | Standard Prints |

B-6

| Date | Amount | Description |
|------|-------:|-------------|
| 7/12/2011 | 0.40 | Standard Prints |
| 7/12/2011 | 33.10 | Standard Prints |
| 7/12/2011 | 0.20 | Standard Prints |
| 7/12/2011 | 0.30 | Standard Prints |
| 7/12/2011 | 1.00 | Standard Prints |
| 7/12/2011 | 0.70 | Standard Prints |
| 7/12/2011 | 1.10 | Standard Prints |
| 7/12/2011 | 10.00 | Color Prints |
| 7/12/2011 | 10.00 | Color Prints |
| 7/12/2011 | 0.50 | Color Prints |
| 7/12/2011 | 0.50 | Color Prints |
| 7/12/2011 | 10.00 | Color Prints |
| 7/12/2011 | 0.50 | Color Prints |
| 7/12/2011 | 0.50 | Color Prints |
| 7/12/2011 | 100.00 | Color Prints |
| 7/12/2011 | 5.00 | Color Prints |
| 7/12/2011 | 4.50 | Color Prints |
| 7/13/2011 | 1.00 | Standard Prints |
| 7/13/2011 | 1.40 | Standard Prints |
| 7/13/2011 | 1.50 | Standard Prints |
| 7/13/2011 | 1.10 | Standard Prints |
| 7/13/2011 | 0.20 | Standard Prints |
| 7/13/2011 | 0.50 | Color Prints |
| 7/13/2011 | 10.00 | Color Prints |
| 7/14/2011 | 0.90 | Standard Prints |
| 7/14/2011 | 0.80 | Standard Prints |
| 7/14/2011 | 1.10 | Standard Prints |
| 7/14/2011 | 10.00 | Color Prints |
| 7/14/2011 | 0.50 | Color Prints |
| 7/14/2011 | 0.50 | Color Prints |
| 7/15/2011 | 3.80 | Standard Prints |
| 7/15/2011 | 0.60 | Standard Prints |
| 7/18/2011 | 0.60 | Standard Prints |
| 7/18/2011 | 17.30 | Standard Prints |
| 7/19/2011 | 0.80 | Standard Prints |
| 7/19/2011 | 318.10 | Standard Copies or Prints |
| 7/19/2011 | 0.60 | Standard Prints |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 7/19/2011 | 1.50 | Standard Prints |
| 7/19/2011 | 0.60 | Standard Prints |
| 7/19/2011 | 10.00 | Color Prints |
| 7/19/2011 | 10.00 | Color Prints |
| 7/20/2011 | 2.50 | Standard Prints |
| 7/20/2011 | 85.40 | Standard Prints |
| 7/20/2011 | 0.50 | Standard Prints |
| 7/20/2011 | 0.30 | Standard Prints |
| 7/20/2011 | 0.20 | Standard Prints |
| 7/20/2011 | 1.40 | Standard Prints |
| 7/20/2011 | 33.50 | Color Prints |
| 7/20/2011 | 27.00 | Color Prints |
| 7/20/2011 | 3.00 | Color Prints |
| 7/21/2011 | 0.20 | Standard Prints |
| 7/21/2011 | 1.60 | Standard Prints |
| 7/21/2011 | 24.60 | Standard Prints |
| 7/21/2011 | 23.50 | Standard Prints |
| 7/22/2011 | 0.20 | Standard Prints |
| 7/22/2011 | 13.70 | Standard Prints |
| 7/22/2011 | 9.40 | Standard Prints |
| 7/22/2011 | 10.90 | Standard Prints |
| 7/22/2011 | 10.00 | Standard Prints |
| 7/22/2011 | 0.10 | Standard Prints |
| 7/22/2011 | 5.50 | Standard Prints |
| 7/25/2011 | 6.30 | Standard Prints |
| 7/25/2011 | 1.40 | Standard Prints |
| 7/25/2011 | 0.40 | Standard Prints |
| 7/25/2011 | 5.60 | Standard Prints |
| 7/25/2011 | 687.50 | The Visual Strategy - Professional Fees, Create slides based on Best Interest section, services rendered 6/21/11-6/28/11 |
| 7/26/2011 | 0.70 | Standard Prints |
| 7/26/2011 | 1.00 | Standard Prints |
| 7/26/2011 | 7.90 | Standard Prints |
| 7/26/2011 | 0.70 | Standard Prints |
| 7/26/2011 | 0.80 | Standard Prints |
| 7/26/2011 | 0.70 | Standard Prints |
| 7/27/2011 | 0.20 | Standard Prints |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 7/27/2011 | 7.60 | Standard Prints |
| 7/27/2011 | 8.50 | Standard Prints |
| 7/27/2011 | 5.20 | Standard Prints |
| 7/27/2011 | 0.50 | Standard Prints |
| 7/27/2011 | 0.50 | Standard Prints |
| 7/27/2011 | 14.30 | Standard Prints |
| 7/28/2011 | 26.00 | Standard Prints |
| 7/28/2011 | 6.00 | Standard Prints |
| Total: | 8,591.91 | |