**EXHIBIT A**

# Blackstone Advisory Partners L.P.

September 7, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Advisory Fee for the period of April 1, 2011 through April 30, 2011: | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through April 30, 2011: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 966.97 | |
| Meals | | 163.10 | 1,130.07 |
| Subtotal | | | 176,130.07 |
| Less: Payment Received | | | (141,130.07) |
| **Total Amount Due** | | $ | **35,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 58192**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through April 30, 2011**
**Invoice No. 58192**

| | GL Detail Apr-11 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 277.11 | $ 277.11 |
| Ground Transportation - Local Travel | | 40.86 | 40.86 |
| Ground Transportation - Out of Town Travel | | 77.00 | 77.00 |
| Ground Transportation - Railroad | | 572.00 | 572.00 |
| Employee Meals | | 163.10 | 163.10 |
| **Total Expenses** | $ | **1,130.07** | $ **1,130.07** |

| | |
|---|---|
| **Ground Transportation** | 966.97 |
| **Meals** | 163.10 |
| **Total Expenses** | $ 1,130.07 |

W. R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2011
Invoice No. 58192

**Ground Transportation - Car Service - Elite**

| | | |
|---|---|---|
| O'Connell (car to Newark Penn Station in Newark, NJ from home) | 03/30/11 | 86.11 |
| O'Connell (car home from Newark Penn Station in Newark, NJ) | 03/30/11 | 95.87 |
| Schlesinger (car to New York Penn Station from home) | 03/30/11 | 44.90 |
| Schlesinger (car home from New York Penn Station) | 03/30/11 | 50.23 |
| Subtotal - Ground Transportation - Car Service - Elite | | 277.11 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Lambert (weeknight taxi home from Blackstone after working late) | 02/01/11 | 14.95 |
| Lambert (weeknight taxi home from Blackstone after working late) | 02/03/11 | 10.81 |
| Lambert (weeknight taxi home from Blackstone after working late) | 02/07/11 | 15.10 |
| Subtotal - Ground Transportation - Local Travel | | 40.86 |

**Ground Transportation - Out of Town Travel**

| | | |
|---|---|---|
| Schlesinger (car to clients offices in Columbia, MD from BWI train station in Baltimore, MD) | 03/30/11 | 77.00 |
| Subtotal - Ground Transportation - Out of Town Travel | | 77.00 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| O'Connell (round trip train travel to/from Baltimore, MD from/to Newark, NJ) | 03/30/11 | 266.00 |
| Schlesinger (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 03/30/11) | 03/24/11 | 40.00 |
| Schlesinger (round trip train travel to/from Baltimore, MD from/to New York, NY) | 03/30/11 | 266.00 |
| Subtotal - Ground Transportation - Railroad | | 572.00 |

**Employee Meals**

| | | |
|---|---|---|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/01/11 | 9.98 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/03/11 | 7.57 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/07/11 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/08/11 | 25.00 |
| O'Connell (working lunch meal while traveling) | 03/30/11 | 24.78 |
| O'Connell (working dinner meal while traveling) | 03/30/11 | 21.00 |
| Schlesinger (working lunch meal while traveling) | 03/30/11 | 24.77 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 04/04/11 | 25.00 |
| Subtotal - Employee Meals | | 163.10 |

| | | |
|---|---|---|
| Total Expenses | $ | 1,130.07 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 17.1 |
| Patrick Schumacher | Managing Director | 20.5 |
| Scott Simon | Managing Director | 4.5 |
| Adam Schlesinger | Associate | 25.1 |
| Christopher Yamamoto | Associate | 114.5 |
| Alexander Lambert | Analyst | 23.2 |
| Kathleen Wu | Analyst | 11.0 |
| Cathy Gao | Analyst | 109.5 |
| | **Total** | **325.4** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
APRIL 1, 2011 THROUGH APRIL 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/01/11 | 2.0 | Business Analysis | Exit strategy analysis |
| Adam Schlesinger | 04/04/11 | 3.0 | Business Analysis | Exit strategy analysis |
| Christopher Yamamoto | 04/05/11 | 6.0 | Business Analysis | Competitor profiles |
| Adam Schlesinger | 04/06/11 | 0.3 | Business Analysis | Call with management regarding new business development |
| Christopher Yamamoto | 04/06/11 | 3.0 | Business Analysis | Competitor profiles |
| Jamie O'Connell | 04/06/11 | 0.3 | Business Analysis | Call with management regarding new business development |
| Christopher Yamamoto | 04/07/11 | 3.0 | Business Analysis | Competitor profiles |
| Kathleen Wu | 04/07/11 | 6.0 | Business Analysis | Competitor profiles |
| Patrick Schumacher | 04/07/11 | 2.0 | Business Analysis | Competitor profiles |
| Christopher Yamamoto | 04/08/11 | 2.0 | Business Analysis | Data request from management |
| Kathleen Wu | 04/08/11 | 5.0 | Business Analysis | Competitor profiles |
| Patrick Schumacher | 04/14/11 | 3.0 | Business Analysis | Review business materials |
| Cathy Gao | 04/15/11 | 7.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/15/11 | 5.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/16/11 | 5.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/16/11 | 4.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/17/11 | 8.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/17/11 | 2.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Patrick Schumacher | 04/17/11 | 4.0 | Business Analysis | Present various analyses to management |
| Adam Schlesinger | 04/18/11 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 04/18/11 | 4.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/18/11 | 8.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Jamie O'Connell | 04/18/11 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 04/18/11 | 2.0 | Business Analysis | Discussions with management regarding various matters |
| Adam Schlesinger | 04/19/11 | 0.3 | Business Analysis | Call with J. O'Connell regarding business analysis |
| Adam Schlesinger | 04/19/11 | 0.5 | Business Analysis | Warrant and claims analysis |
| Cathy Gao | 04/19/11 | 13.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/19/11 | 12.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Jamie O'Connell | 04/19/11 | 0.3 | Business Analysis | Call with A. Schlesinger regarding business analysis |
| Cathy Gao | 04/20/11 | 10.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/20/11 | 8.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Jamie O'Connell | 04/20/11 | 0.1 | Business Analysis | Call with management regarding new business development |
| Cathy Gao | 04/21/11 | 6.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/21/11 | 4.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/22/11 | 8.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/22/11 | 12.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/23/11 | 10.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/23/11 | 10.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/24/11 | 12.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/24/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Christopher Yamamoto | 04/24/11 | 10.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/24/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Patrick Schumacher | 04/24/11 | 5.0 | Business Analysis | Review business materials |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Patrick Schumacher | 04/24/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Scott Simon | 04/24/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Adam Schlesinger | 04/25/11 | 0.5 | Business Analysis | Warrant and claims analysis |
| Cathy Gao | 04/25/11 | 9.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/25/11 | 0.5 | Business Analysis | Call with management regarding various matters |
| Cathy Gao | 04/25/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Christopher Yamamoto | 04/25/11 | 8.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/25/11 | 0.5 | Business Analysis | Call with management regarding various matters |
| Christopher Yamamoto | 04/25/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Patrick Schumacher | 04/25/11 | 2.0 | Business Analysis | Call with management regarding various matters |
| Patrick Schumacher | 04/25/11 | 0.5 | Business Analysis | Call with management regarding various matters |
| Patrick Schumacher | 04/25/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Scott Simon | 04/25/11 | 2.0 | Business Analysis | Call with management regarding various matters |
| Scott Simon | 04/25/11 | 0.5 | Business Analysis | Call with management regarding various matters |
| Scott Simon | 04/25/11 | 1.0 | Business Analysis | Call with management regarding various matters |
| Cathy Gao | 04/26/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/26/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Jamie O'Connell | 04/26/11 | 0.2 | Business Analysis | Correspondence to management and counsel regarding financial matter |
| Cathy Gao | 04/27/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/27/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/28/11 | 1.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/28/11 | 1.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/29/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/29/11 | 3.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Cathy Gao | 04/30/11 | 5.0 | Business Analysis | Analysis of business performance and related financial analyses |
| Christopher Yamamoto | 04/30/11 | 5.0 | Business Analysis | Analysis of business performance and related financial analyses |
| | | 268.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/05/11 | 1.3 | Case Administration | Conference call with management and counsel regarding various case matters |
| Jamie O'Connell | 04/05/11 | 1.3 | Case Administration | Conference call with management and counsel regarding various case matters |
| Adam Schlesinger | 04/11/11 | 1.3 | Case Administration | Conference call with management and counsel regarding various case matters |
| Alexander Lambert | 04/11/11 | 1.3 | Case Administration | Conference call with management and counsel regarding various case matters |
| Jamie O'Connell | 04/11/11 | 1.3 | Case Administration | Conference call with management and counsel regarding various case matters |
| | | 6.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/11/11 | 0.3 | Claims Analysis Objection/Resolution | Follow-up call with management regarding various matters |
| Alexander Lambert | 04/12/11 | 2.2 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/04/11 | 0.3 | Committee | Respond to committee information request |
| Adam Schlesinger | 04/06/11 | 0.8 | Committee | Respond to committee information request |
| Adam Schlesinger | 04/12/11 | 0.3 | Committee | Review committee information request |
| Adam Schlesinger | 04/13/11 | 0.5 | Committee | Call with management to review committee information requests |
| Adam Schlesinger | 04/26/11 | 0.8 | Committee | Respond to committee information request |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/01/11 | 0.6 | Corporate Finance | Meeting to review financial analysis |
| Adam Schlesinger | 04/01/11 | 0.2 | Corporate Finance | Follow-up meeting to review financial analysis |
| Alexander Lambert | 04/01/11 | 0.6 | Corporate Finance | Meeting to review financial analysis |
| Jamie O'Connell | 04/01/11 | 0.6 | Corporate Finance | Meeting to review financial analysis |
| Jamie O'Connell | 04/01/11 | 0.2 | Corporate Finance | Follow-up meeting to review financial analysis |
| Jamie O'Connell | 04/04/11 | 0.2 | Corporate Finance | Correspondence regarding warrant |
| Jamie O'Connell | 04/04/11 | 0.5 | Corporate Finance | Call with management regarding warrant |
| Jamie O'Connell | 04/04/11 | 1.6 | Corporate Finance | Financial analysis related to warrant |
| Jamie O'Connell | 04/04/11 | 0.3 | Corporate Finance | Follow-up call with management regarding warrant |
| Alexander Lambert | 04/07/11 | 0.7 | Corporate Finance | Call with management regarding various matters |
| Jamie O'Connell | 04/07/11 | 0.7 | Corporate Finance | Call with management regarding various matters |
| Adam Schlesinger | 04/12/11 | 0.5 | Corporate Finance | Meeting with A. Lambert to review warrant and claims analyses |
| Alexander Lambert | 04/12/11 | 0.5 | Corporate Finance | Meeting with A. Schlesinger to review warrant and claims analyses |
| Alexander Lambert | 04/12/11 | 1.2 | Corporate Finance | Warrant analysis |
| Alexander Lambert | 04/12/11 | 2.5 | Corporate Finance | Warrant analysis |
| Jamie O'Connell | 04/12/11 | 0.2 | Corporate Finance | Call with management regarding financial analysis |
| Adam Schlesinger | 04/13/11 | 0.5 | Corporate Finance | Meeting to review financial analysis |
| Alexander Lambert | 04/13/11 | 0.5 | Corporate Finance | Meeting to review financial analysis |
| Jamie O'Connell | 04/13/11 | 0.5 | Corporate Finance | Meeting to review financial analysis |
| Jamie O'Connell | 04/13/11 | 1.5 | Corporate Finance | Financial analysis related to warrant |
| Adam Schlesinger | 04/14/11 | 1.0 | Corporate Finance | Meeting to review financial analysis |
| Adam Schlesinger | 04/14/11 | 0.5 | Corporate Finance | Review claims analysis |
| Alexander Lambert | 04/14/11 | 1.0 | Corporate Finance | Meeting to review financial analysis |
| Jamie O'Connell | 04/14/11 | 0.9 | Corporate Finance | Financial analysis related to warrant |
| Jamie O'Connell | 04/14/11 | 1.0 | Corporate Finance | Meeting to review financial analysis |
| Adam Schlesinger | 04/15/11 | 0.5 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 04/21/11 | 0.3 | Corporate Finance | Call with E. Filon regarding financial analysis |
| Adam Schlesinger | 04/21/11 | 1.0 | Corporate Finance | Call with management regarding financial analyses |
| Alexander Lambert | 04/21/11 | 1.2 | Corporate Finance | Analysis of accrued interest on pre-petition bank debt |
| Alexander Lambert | 04/21/11 | 1.0 | Corporate Finance | Call with management regarding financial analyses |
| Jamie O'Connell | 04/21/11 | 1.5 | Corporate Finance | Financial analysis related to warrant |
| Jamie O'Connell | 04/21/11 | 0.3 | Corporate Finance | Call with E. Filon regarding financial analysis |
| Jamie O'Connell | 04/21/11 | 1.0 | Corporate Finance | Call with management regarding financial analyses |
| Alexander Lambert | 04/22/11 | 0.8 | Corporate Finance | Analysis of accrued interest on pre-petition bank debt |
| Adam Schlesinger | 04/25/11 | 0.6 | Corporate Finance | Call with counsel and internal team meeting regarding financial analysis |
| Adam Schlesinger | 04/25/11 | 0.5 | Corporate Finance | Meeting with A. Lambert to review emergence model |
| Alexander Lambert | 04/25/11 | 1.0 | Corporate Finance | Warrant analysis |
| Alexander Lambert | 04/25/11 | 0.6 | Corporate Finance | Call with counsel and internal team meeting regarding financial analysis |
| Alexander Lambert | 04/25/11 | 4.0 | Corporate Finance | Emergence model |
| Alexander Lambert | 04/25/11 | 0.5 | Corporate Finance | Meeting with A. Schlesinger to review emergence model |
| Jamie O'Connell | 04/25/11 | 0.6 | Corporate Finance | Call with counsel and internal team meeting regarding financial analysis |
| Jamie O'Connell | 04/25/11 | 0.8 | Corporate Finance | Financial analysis related to warrant |
| Alexander Lambert | 04/26/11 | 3.1 | Corporate Finance | Emergence model |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/26/11 | 0.2 | Corporate Finance | Review analysis related to warrant |
| Adam Schlesinger | 04/27/11 | 0.3 | Corporate Finance | Review emergence model |
| Adam Schlesinger | 04/27/11 | 0.5 | Corporate Finance | Call with management to review emergence model |
| Adam Schlesinger | 04/27/11 | 5.0 | Corporate Finance | Emergence model |
| Alexander Lambert | 04/27/11 | 0.5 | Corporate Finance | Call with management to review emergence model |
| Jamie O'Connell | 04/27/11 | 0.2 | Corporate Finance | Correspondence to management and counsel regarding financial matter |
|  |  | 44.5 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/25/11 | 0.5 | Fee Applications | Prepare draft fee application |
| Adam Schlesinger | 04/26/11 | 0.5 | Fee Applications | Review draft fee application |
| | | 1.0 | | |

# Blackstone Advisory Partners L.P.

September 7, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly Advisory Fee for the period of May 1, 2011 through May 31, 2011: | | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through May 31, 2011:[1]

| | | |
|---|---|---|
| Ground Transportation | $    579.80 | |
| Meals | 106.36 | |
| Document Production | 25.20 | 711.36 |
| | | |
| Subtotal | | 175,711.36 |
| | | |
| Less: Payment Received | | (140,711.36) |
| | | |
| **Total Amount Due** | | $    **35,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 58507

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through May 31, 2011**
**Invoice No. 58507**

| | GL Detail May-11 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | 43.13 | | 43.13 |
| Ground Transportation - Local Travel | 39.67 | | 39.67 |
| Ground Transportation - Out-of-Town Travel | 78.00 | | 78.00 |
| Ground Transportation - Railroad | 419.00 | | 419.00 |
| Employee Meals | 106.36 | | 106.36 |
| Document Production | 25.20 | | 25.20 |
| **Total Expenses** | $ 711.36 | $ | 711.36 |
| | | | |
| **Ground Transportation** | | $ | 579.80 |
| **Meals** | | | 106.36 |
| **Document Production** | | | 25.20 |
| | | | |
| **Total Expenses** | | $ | 711.36 |

W. R. Grace Co.
Detail of Expenses Processed
Through May 31, 2011
Invoice No. 58507

**Ground Transportation - Car Service - Elite**
Schlesinger (car home from Blackstone after working late)  12/13/10  43.13
Subtotal - Ground Transportation - Car Service - Elite  43.13

**Ground Transportation - Local Travel**
Lambert (taxi to New York Penn Station from home)  03/30/11  10.30
Lambert (taxi to Blackstone from New York Penn Station)  03/30/11  11.25
Lambert (weeknight taxi home from Blackstone after working late)  03/30/11  18.12
Subtotal - Ground Transportation - Local Travel  39.67

**Ground Transportation - Out-of-Town Travel**
Lambert (car to client offices in Columbia, MD from BWI Rail Station in Linthicum, MD)  03/30/11  78.00
Subtotal - Ground Transportation - Out-of-Town Travel  78.00

**Ground Transportation - Railroad**
Lambert (travel agency fee for booking of round trip travel to/from Baltimore, MD from/to New York, NY on 03/30/11)  03/25/11  40.00
Lambert (round trip train travel to/from Baltimore, MD from/to New York, NY)  03/30/11  379.00
Subtotal - Ground Transportation - Railroad  419.00

**Employee Meals**
Lambert (weeknight working dinner meal @ Blackstone while working late)  02/25/11  15.36
Lambert (working lunch meal while in Baltimore, MD)  03/30/11  22.00
O'Connell (working lunch meal while in Baltimore, MD)  03/30/11  22.00
Schlesinger (working lunch meal while in Baltimore, MD)  03/30/11  22.00
Schlesinger (weeknight working dinner meal @ Blackstone while working late)  04/27/11  25.00
Subtotal - Employee Meals  106.36

**Document Production**
Lambert (70 color photocopies calculated @ a rate of $0.36 per page)  05/16/11  25.20
Subtotal - Document Production  25.20

Total Expenses  $  711.36

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 10.7 |
| Patrick Schumacher | Managing Director | | 38.0 |
| Scott Simon | Managing Director | | 8.0 |
| Adam Schlesinger | Associate | | 14.1 |
| Christopher Yamamoto | Associate | | 121.5 |
| Alexander Lambert | Analyst | | 17.0 |
| Cathy Gao | Analyst | | 85.5 |
| | | **Total** | **294.8** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 05/01/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/01/11 | 5.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 05/01/11 | 3.0 | Business Analysis | Project Larch IOI |
| Patrick Schumacher | 05/01/11 | 4.0 | Business Analysis | Review of Project Larch materials |
| Cathy Gao | 05/02/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Cathy Gao | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Christopher Yamamoto | 05/02/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Christopher Yamamoto | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Patrick Schumacher | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Patrick Schumacher | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Scott Simon | 05/02/11 | 1.5 | Business Analysis | Call with management |
| Scott Simon | 05/02/11 | 1.0 | Business Analysis | Call with management |
| Cathy Gao | 05/03/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/03/11 | 2.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/03/11 | 0.5 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 05/03/11 | 0.6 | Business Analysis | Follow-up call with management regarding new business development |
| Patrick Schumacher | 05/03/11 | 2.0 | Business Analysis | Call with management |
| Cathy Gao | 05/05/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/05/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/06/11 | 2.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/06/11 | 2.0 | Business Analysis | New business development |
| Cathy Gao | 05/09/11 | 3.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/09/11 | 3.0 | Business Analysis | New business development |
| Scott Simon | 05/09/11 | 0.5 | Business Analysis | New business development |
| Cathy Gao | 05/10/11 | 5.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/10/11 | 5.0 | Business Analysis | New business development |
| Scott Simon | 05/10/11 | 0.5 | Business Analysis | New business development |
| Cathy Gao | 05/11/11 | 3.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/11/11 | 3.0 | Business Analysis | New business development |
| Patrick Schumacher | 05/11/11 | 2.0 | Business Analysis | New business development |
| Cathy Gao | 05/12/11 | 6.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/12/11 | 8.0 | Business Analysis | New business development |
| Scott Simon | 05/12/11 | 3.0 | Business Analysis | New business development |
| Cathy Gao | 05/13/11 | 1.0 | Business Analysis | New business development |
| Christopher Yamamoto | 05/13/11 | 1.0 | Business Analysis | New business development |
| Cathy Gao | 05/14/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/14/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/15/11 | 3.0 | Business Analysis | Various new business analyses |
| Christopher Yamamoto | 05/15/11 | 3.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/16/11 | 0.8 | Business Analysis | Warrant analysis |
| Alexander Lambert | 05/16/11 | 0.8 | Business Analysis | Warrant analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 05/16/11 | 6.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/16/11 | 6.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Adam Schlesinger | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Alexander Lambert | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Alexander Lambert | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Cathy Gao | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/17/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Christopher Yamamoto | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Christopher Yamamoto | 05/17/11 | 3.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/17/11 | 1.0 | Business Analysis | Prepare for meeting with ACC and FCR financial advisors |
| Jamie O'Connell | 05/17/11 | 0.5 | Business Analysis | Meeting with ACC and FCR financial advisors |
| Jamie O'Connell | 05/17/11 | 0.2 | Business Analysis | Follow-up meeting with internal team |
| Jamie O'Connell | 05/17/11 | 0.8 | Business Analysis | Correspondence with management regarding meeting with financial advisors |
| Patrick Schumacher | 05/17/11 | 4.5 | Business Analysis | Project Larch Management Presentation |
| Patrick Schumacher | 05/17/11 | 2.0 | Business Analysis | Project Larch Management Presentation |
| Cathy Gao | 05/18/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/18/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/19/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/19/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/23/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/23/11 | 10.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/24/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/24/11 | 8.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/24/11 | 10.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 05/24/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 05/25/11 | 3.5 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/25/11 | 10.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/25/11 | 1.0 | Business Analysis | Call and multiple correspondences regarding Project Larch |
| Patrick Schumacher | 05/25/11 | 3.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/26/11 | 0.5 | Business Analysis | Conference call regarding Project Larch |
| Cathy Gao | 05/26/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/26/11 | 10.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 05/26/11 | 0.5 | Business Analysis | Conference call regarding Project Larch |
| Adam Schlesinger | 05/27/11 | 1.0 | Business Analysis | Conference call regarding Project Larch |
| Cathy Gao | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Christopher Yamamoto | 05/27/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Jamie O'Connell | 05/27/11 | 1.0 | Business Analysis | Conference call regarding Project Larch |
| Patrick Schumacher | 05/27/11 | 1.0 | Business Analysis | Call with counsel |
| Scott Simon | 05/27/11 | 1.0 | Business Analysis | Call with counsel |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/28/11 | 1.0 | Business Analysis | Review business agreement |
| Jamie O'Connell | 05/28/11 | 0.5 | Business Analysis | Review materials and correspondence related to Project Larch |
| Patrick Schumacher | 05/28/11 | 2.0 | Business Analysis | Calls with financial advisor |
| Jamie O'Connell | 05/30/11 | 0.4 | Business Analysis | Correspondence regarding Project Larch |
| Patrick Schumacher | 05/30/11 | 6.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 05/31/11 | 0.8 | Business Analysis | Conference calls regarding Project Larch |
| Cathy Gao | 05/31/11 | 6.0 | Business Analysis | Business review |
| Christopher Yamamoto | 05/31/11 | 0.5 | Business Analysis | Call with counsel |
| Christopher Yamamoto | 05/31/11 | 6.0 | Business Analysis | Business review |
| Jamie O'Connell | 05/31/11 | 0.8 | Business Analysis | Conference calls regarding Project Larch |
| Patrick Schumacher | 05/31/11 | 4.0 | Business Analysis | Diligence meeting |
| Scott Simon | 05/31/11 | 0.5 | Business Analysis | Call with counsel |
|  |  | **267.1** |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/02/11 | 1.0 | Case Administration | Financial analysis related to litigation matter |
| Alexander Lambert | 05/02/11 | 1.0 | Case Administration | Financial analysis related to litigation matter |
| Jamie O'Connell | 05/02/11 | 0.7 | Case Administration | Financial analysis related to litigation matter |
| Adam Schlesinger | 05/04/11 | 0.2 | Case Administration | Call with management and counsel regarding holding company motion |
| Jamie O'Connell | 05/04/11 | 0.2 | Case Administration | Call with management and counsel regarding holding company motion |
| Adam Schlesinger | 05/24/11 | 1.0 | Case Administration | Review draft motion |
| | | 4.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/05/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Alexander Lambert | 05/05/11 | 1.5 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Jamie O'Connell | 05/05/11 | 0.4 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding claims |
| Jamie O'Connell | 05/20/11 | 0.2 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding claims |
| Adam Schlesinger | 05/21/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Adam Schlesinger | 05/23/11 | 1.0 | Claims Analysis Objection/Resolution | Financial analysis related to claims |
| Jamie O'Connell | 05/24/11 | 0.1 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| | | 5.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/23/11 | 0.3 | Committee | Call with counsel regarding committee matter |
| Adam Schlesinger | 05/24/11 | 0.8 | Committee | Discuss committee information matter with counsel and management |
| Jamie O'Connell | 05/24/11 | 0.8 | Committee | Discuss committee information matter with counsel and management |
| Adam Schlesinger | 05/26/11 | 0.8 | Committee | Prepare draft presentation for committees |
| | | 2.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/05/11 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 05/06/11 | 1.0 | Corporate Finance | Review SEC filing |
| Adam Schlesinger | 05/12/11 | 1.0 | Corporate Finance | Review Grace materials |
| Alexander Lambert | 05/24/11 | 1.8 | Corporate Finance | Financial model |
| Alexander Lambert | 05/27/11 | 2.2 | Corporate Finance | Financial model |
| Alexander Lambert | 05/30/11 | 2.5 | Corporate Finance | Financial model |
| Alexander Lambert | 05/31/11 | 6.5 | Corporate Finance | Financial model |
| | | 15.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/31/11 | 0.5 | Fee Applications | Draft fee application |
| | | 0.5 | | |

# Blackstone Advisory Partners L.P.

September 7, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Advisory Fee for the period of June 1, 2011 through June 30, 2011: | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through June 30, 2011: [1]

| | | | |
|---|---|---|---|
| Communications | 21.88 | | |
| Meals | 25.00 | | 46.88 |
| **Total Amount Due** | | $ | 175,046.88 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 59822**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through June 30, 2011**
**Invoice No. 59822**

| | GL Detail Jun-11 | | Total Expenses | |
|---|---|---|---|---|
| Communications  - Teleconferencing | $ | 21.88 | $ | 21.88 |
| Employee Meals | | 25.00 | | 25.00 |
| **Total Expenses** | **$** | **46.88** | **$** | **46.88** |
| | | | | |
| **Communications** | | | $ | 21.88 |
| **Meals** | | | | 25.00 |
| | | | | |
| **Total Expenses** | | | **$** | **46.88** |

W. R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2011
Invoice No. 59822

**Communications - Teleconferencing**

| | | | | |
|---|---|---|---|---|
| O'Connell | 04/24/11 | 2.84 | | |
| Schlesinger | 04/24/11 | 19.04 | | |
| Subtotal - Communications - Teleconferencing | | | $ | 21.88 |

**Employee Meals**

| | | | | |
|---|---|---|---|---|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 02/18/11 | 25.00 | | |
| Subtotal - Employee Meals | | | | 25.00 |

| | | | |
|---|---|---|---|
| Total Expenses | | $ | 46.88 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 27.0 |
| Patrick Schumacher | Managing Director | 31.1 |
| Scott Simon | Managing Director | 3.6 |
| Adam Schlesinger | Associate | 35.9 |
| Christopher Yamamoto | Associate | 113.1 |
| Philip Harrison | Analyst | 51.9 |
| Alexander Lambert | Analyst | 27.6 |
| Cathy Gao | Analyst | 152.1 |
| Kathleen Wu | Analyst | 15.0 |
| | **Total** | **457.3** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 06/01/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/01/11 | 5.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/01/11 | 0.3 | Business Analysis | Correspondence to management regarding Sealed Air transaction announcement |
| Cathy Gao | 06/02/11 | 8.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/02/11 | 8.0 | Business Analysis | Project Larch, and business analysis and related financial analyses |
| Jamie O'Connell | 06/02/11 | 0.2 | Business Analysis | Call with management regarding business matter |
| Cathy Gao | 06/03/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/03/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/03/11 | 4.0 | Business Analysis | Business analysis and related financial analyses |
| Patrick Schumacher | 06/05/11 | 2.0 | Business Analysis | Business analysis and related financial analyses |
| Cathy Gao | 06/06/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/06/11 | 1.0 | Business Analysis | Business analysis and related financial analyses |
| Christopher Yamamoto | 06/06/11 | 3.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/06/11 | 1.0 | Business Analysis | Business analysis and related financial analyses |
| Cathy Gao | 06/07/11 | 10.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/08/11 | 12.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/08/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/08/11 | 2.0 | Business Analysis | Business analysis and related financial analyses meeting with management |
| Patrick Schumacher | 06/08/11 | 2.0 | Business Analysis | Business analysis and related financial analyses meeting with management |
| Cathy Gao | 06/09/11 | 8.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/09/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/10/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/10/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/10/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/10/11 | 2.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/10/11 | 2.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 06/13/11 | 1.0 | Business Analysis | Pro forma debt calculation |
| Cathy Gao | 06/13/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/13/11 | 2.0 | Business Analysis | Business analysis and related financial analyses |
| Jamie O'Connell | 06/13/11 | 0.3 | Business Analysis | Conference call with management regarding business matter |
| Kathleen Wu | 06/13/11 | 3.0 | Business Analysis | Business analysis and related financial analyses |
| Adam Schlesinger | 06/14/11 | 0.3 | Business Analysis | Correspondence with management regarding net debt calculations |
| Adam Schlesinger | 06/14/11 | 0.5 | Business Analysis | Pro forma debt calculation |
| Cathy Gao | 06/14/11 | 9.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/14/11 | 0.5 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/14/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/14/11 | 0.5 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/14/11 | 1.1 | Business Analysis | Calls and correspondence regarding business matter and related creditor information requests |
| Kathleen Wu | 06/14/11 | 2.0 | Business Analysis | Business analysis and related financial analyses |
| Patrick Schumacher | 06/14/11 | 0.5 | Business Analysis | Project Larch - Call with management |
| Adam Schlesinger | 06/15/11 | 0.8 | Business Analysis | Call with management and counsel regarding pro forma debt calculation |
| Adam Schlesinger | 06/15/11 | 0.5 | Business Analysis | Pro forma debt calculation |
| Cathy Gao | 06/15/11 | 1.0 | Business Analysis | Project Larch |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Christopher Yamamoto | 06/15/11 | 1.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/15/11 | 1.9 | Business Analysis | Calls and correspondence regarding business matter and related creditor information requests |
| Patrick Schumacher | 06/15/11 | 1.0 | Business Analysis | Project Larch |
| Philip Harrison | 06/15/11 | 0.8 | Business Analysis | Call with management and counsel regarding pro forma debt calculation |
| Adam Schlesinger | 06/16/11 | 2.0 | Business Analysis | Pro forma debt calculation and other committee information requests |
| Cathy Gao | 06/16/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/16/11 | 4.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/16/11 | 3.2 | Business Analysis | Calls and correspondence regarding business matter and related creditor information requests |
| Jamie O'Connell | 06/16/11 | 0.5 | Business Analysis | Prepare materials related to business matter |
| Jamie O'Connell | 06/16/11 | 0.2 | Business Analysis | Call with management regarding business matters |
| Kathleen Wu | 06/16/11 | 2.0 | Business Analysis | Business analysis and related financial analyses |
| Adam Schlesinger | 06/17/11 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Cathy Gao | 06/17/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/17/11 | 6.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/17/11 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Jamie O'Connell | 06/17/11 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Kathleen Wu | 06/17/11 | 5.0 | Business Analysis | Business analysis and related financial analyses |
| Philip Harrison | 06/17/11 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Christopher Yamamoto | 06/18/11 | 2.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/18/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/19/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/19/11 | 2.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/19/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/20/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/20/11 | 5.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/20/11 | 1.5 | Business Analysis | Calls with management and counsel regarding business matter |
| Jamie O'Connell | 06/20/11 | 0.7 | Business Analysis | Correspondence regarding business matter and related creditor information requests |
| Kathleen Wu | 06/20/11 | 2.0 | Business Analysis | Business analysis and related financial analyses |
| Cathy Gao | 06/21/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/21/11 | 4.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/21/11 | 0.2 | Business Analysis | Correspondence regarding business matter and related creditor information requests |
| Jamie O'Connell | 06/21/11 | 1.5 | Business Analysis | Draft declaration in support of motion and calls related thereto |
| Kathleen Wu | 06/21/11 | 1.0 | Business Analysis | Business analysis and related financial analyses |
| Adam Schlesinger | 06/22/11 | 0.8 | Business Analysis | Call with management regarding business matter |
| Adam Schlesinger | 06/22/11 | 0.5 | Business Analysis | Call with management regarding financial analysis |
| Adam Schlesinger | 06/22/11 | 2.5 | Business Analysis | Pro forma financial analysis |
| Cathy Gao | 06/22/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/22/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/22/11 | 1.0 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 06/22/11 | 0.5 | Business Analysis | Call with management regarding financial analysis |
| Patrick Schumacher | 06/22/11 | 1.0 | Business Analysis | Call with management regarding business matter |
| Adam Schlesinger | 06/23/11 | 0.5 | Business Analysis | Call with management regarding financial analysis |
| Cathy Gao | 06/23/11 | 1.0 | Business Analysis | Project Larch |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 06/23/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/23/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/23/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/23/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/23/11 | 3.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 06/23/11 | 0.5 | Business Analysis | Call with management regarding financial analysis |
| Patrick Schumacher | 06/23/11 | 3.0 | Business Analysis | Project Larch |
| Philip Harrison | 06/23/11 | 0.5 | Business Analysis | Call with management regarding financial analysis |
| Cathy Gao | 06/24/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/24/11 | 5.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/26/11 | 4.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 06/27/11 | 0.8 | Business Analysis | Call with management regarding business matter |
| Adam Schlesinger | 06/27/11 | 0.8 | Business Analysis | Call with management regarding financial analysis |
| Cathy Gao | 06/27/11 | 12.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/27/11 | 2.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/27/11 | 10.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/27/11 | 2.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/27/11 | 4.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/27/11 | 2.0 | Business Analysis | Project Larch |
| Scott Simon | 06/27/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/28/11 | 5.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/28/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Christopher Yamamoto | 06/28/11 | 5.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/28/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/29/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/29/11 | 3.0 | Business Analysis | Project Larch |
| Cathy Gao | 06/30/11 | 3.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 06/30/11 | 3.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 06/30/11 | 2.0 | Business Analysis | Project Larch |
| | | 318.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/14/11 | 0.5 | Case Administration | Call with counsel regarding draft affidavit |
| Adam Schlesinger | 06/15/11 | 1.0 | Case Administration | Call with management and counsel regarding draft declaration |
| Adam Schlesinger | 06/15/11 | 0.5 | Case Administration | Call with counsel regarding draft affidavit |
| Philip Harrison | 06/15/11 | 1.0 | Case Administration | Call with management and counsel regarding draft declaration |
| Adam Schlesinger | 06/17/11 | 1.0 | Case Administration | Review draft motion |
| Adam Schlesinger | 06/21/11 | 0.5 | Case Administration | Conference call with management and counsel regarding various matters |
| Adam Schlesinger | 06/21/11 | 1.0 | Case Administration | Review draft affidavit |
| Jamie O'Connell | 06/21/11 | 0.5 | Case Administration | Conference call with management and counsel regarding various matters |
| Adam Schlesinger | 06/24/11 | 0.5 | Case Administration | Review briefs |
| | | 6.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/21/11 | 0.3 | Claims Analysis Objection/Resolution | Analysis and correspondence regarding claims |
| Adam Schlesinger | 06/23/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 06/24/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Philip Harrison | 06/26/11 | 5.0 | Claims Analysis Objection/Resolution | Reconciliation to accounts payable claims |
| Adam Schlesinger | 06/27/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Alexander Lambert | 06/27/11 | 0.5 | Claims Analysis Objection/Resolution | Reconciliation to accounts payable claims |
| Philip Harrison | 06/27/11 | 6.0 | Claims Analysis Objection/Resolution | Reconciliation to accounts payable claims |
| Philip Harrison | 06/27/11 | 1.0 | Claims Analysis Objection/Resolution | Analysis regarding claims |
| Adam Schlesinger | 06/28/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 06/29/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| | | 18.8 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2011 THROUGH JUNE 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/11 | 0.2 | Committee | Call with counsel regarding creditor information matter |
| Jamie O'Connell | 06/01/11 | 0.2 | Committee | Conference call with management and financial advisors regarding foreign hold co |
| Jamie O'Connell | 06/02/11 | 0.2 | Committee | Call with counsel regarding creditor information matter |
| Jamie O'Connell | 06/02/11 | 0.2 | Committee | Call with management regarding creditor information matter |
| Jamie O'Connell | 06/02/11 | 0.2 | Committee | Correspondence regarding committee information matter |
| Jamie O'Connell | 06/02/11 | 0.2 | Committee | Call regarding creditor information matter |
| Jamie O'Connell | 06/03/11 | 0.3 | Committee | Correspondence regarding committee information matter |
| Jamie O'Connell | 06/06/11 | 3.0 | Committee | Calls and correspondence regarding creditor information matter |
| Jamie O'Connell | 06/07/11 | 0.5 | Committee | Calls and correspondence regarding creditor information matter |
| Adam Schlesinger | 06/08/11 | 0.5 | Committee | Conference call with counsel regarding creditor information matter |
| Jamie O'Connell | 06/08/11 | 0.5 | Committee | Conference call with counsel regarding creditor information matter |
| Jamie O'Connell | 06/09/11 | 1.0 | Committee | Correspondence and conference call with management regarding creditor information matter |
| Adam Schlesinger | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Alexander Lambert | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Cathy Gao | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Christopher Yamamoto | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Jamie O'Connell | 06/10/11 | 0.5 | Committee | Correspondence and calls with management and counsel regarding call with advisors |
| Jamie O'Connell | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Jamie O'Connell | 06/10/11 | 0.6 | Committee | Correspondence regarding committee information matter |
| Patrick Schumacher | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Philip Harrison | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Scott Simon | 06/10/11 | 0.6 | Committee | Conference call with committee advisors |
| Jamie O'Connell | 06/13/11 | 0.3 | Committee | Correspondence regarding business matter and related creditor information requests |
| Adam Schlesinger | 06/14/11 | 1.0 | Committee | Committee information requests |
| Adam Schlesinger | 06/15/11 | 0.8 | Committee | Call with committee regarding draft information request |
| Cathy Gao | 06/15/11 | 4.0 | Committee | Creditor committee information request |
| Christopher Yamamoto | 06/15/11 | 4.0 | Committee | Creditor committee information request |
| Philip Harrison | 06/15/11 | 0.8 | Committee | Call with committee regarding draft information request |
| Adam Schlesinger | 06/16/11 | 1.0 | Committee | Discussion with counsel and management regarding committee information request |
| Adam Schlesinger | 06/16/11 | 1.0 | Committee | Conference call with committee advisors regarding business matter |
| Cathy Gao | 06/16/11 | 1.0 | Committee | Conference call with committee advisors |
| Christopher Yamamoto | 06/16/11 | 1.0 | Committee | Conference call with committee advisors |
| Jamie O'Connell | 06/16/11 | 1.0 | Committee | Conference call with committee advisors regarding business matter |
| Patrick Schumacher | 06/16/11 | 1.0 | Committee | Conference call with committee advisors |
| Philip Harrison | 06/16/11 | 1.0 | Committee | Conference call with committee advisors regarding business matter |
| Scott Simon | 06/16/11 | 1.0 | Committee | Conference call with committee advisors |
| Adam Schlesinger | 06/20/11 | 1.3 | Committee | Committee information requests |
| Jamie O'Connell | 06/21/11 | 0.4 | Committee | Calls with financial advisor regarding information request |
| Adam Schlesinger | 06/22/11 | 0.5 | Committee | Schedule call between management and committee professionals to discuss information request |
| Adam Schlesinger | 06/23/11 | 1.5 | Committee | Prepare committee information request |
| Adam Schlesinger | 06/23/11 | 0.5 | Committee | Call with management and financial advisor regarding committee information requests |
| Jamie O'Connell | 06/23/11 | 0.5 | Committee | Call with management and financial advisor regarding committee information requests |
| Philip Harrison | 06/23/11 | 0.5 | Committee | Call with management and financial advisor regarding committee information requests |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/28/11 | 0.5 | Committee | Correspondence with committees regarding information request |
| Adam Schlesinger | 06/29/11 | 1.0 | Committee | Correspondence regarding committee information request |
| Adam Schlesinger | 06/30/11 | 1.0 | Committee | Correspondence regarding committee information request |
| | | 39.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 06/01/11 | 6.5 | Corporate Finance | Financial modeling |
| Alexander Lambert | 06/02/11 | 5.8 | Corporate Finance | Financial modeling |
| Alexander Lambert | 06/02/11 | 4.7 | Corporate Finance | Financial modeling |
| Adam Schlesinger | 06/06/11 | 1.5 | Corporate Finance | Call with A. Arshad and W. Alexander regarding financial modeling |
| Alexander Lambert | 06/06/11 | 1.5 | Corporate Finance | Call with A. Arshad and W. Alexander regarding financial modeling |
| Philip Harrison | 06/09/11 | 5.0 | Corporate Finance | Credit comparable analysis |
| Philip Harrison | 06/09/11 | 2.0 | Corporate Finance | Credit comparable analysis |
| Alexander Lambert | 06/10/11 | 0.8 | Corporate Finance | Call with A. Arshad and D. Libow regarding financial modeling |
| Philip Harrison | 06/10/11 | 0.8 | Corporate Finance | Call with A. Arshad and D. Libow regarding financial modeling |
| Alexander Lambert | 06/13/11 | 0.5 | Corporate Finance | Financial modeling |
| Philip Harrison | 06/13/11 | 1.5 | Corporate Finance | Financial modeling |
| Alexander Lambert | 06/15/11 | 2.2 | Corporate Finance | Review various analyses |
| Alexander Lambert | 06/17/11 | 1.5 | Corporate Finance | Review various analyses |
| Alexander Lambert | 06/24/11 | 2.2 | Corporate Finance | Review various analyses |
| Philip Harrison | 06/24/11 | 8.0 | Corporate Finance | Financial modeling |
| Philip Harrison | 06/25/11 | 8.0 | Corporate Finance | Financial modeling |
| Philip Harrison | 06/26/11 | 3.0 | Corporate Finance | Financial modeling |
| Alexander Lambert | 06/27/11 | 0.8 | Corporate Finance | Financial modeling |
| Philip Harrison | 06/27/11 | 6.0 | Corporate Finance | Financial modeling |
| | | 62.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/02/11 | 0.3 | Fee Applications | Review April fee statement |
| Adam Schlesinger | 06/27/11 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 06/29/11 | 0.5 | Fee Applications | Review draft fee application |
| | | 1.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/11/11 | 1.5 | Financing | Draft declaration in support of motion |
| Jamie O'Connell | 06/12/11 | 0.5 | Financing | Draft declaration in support of motion |
| Jamie O'Connell | 06/13/11 | 0.2 | Financing | Call with counsel regarding draft declaration |
| | | 2.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Christopher Yamamoto | 06/08/11 | 2.5 | Non-Working Travel Time | Travel to Grace's offices |
| Christopher Yamamoto | 06/08/11 | 1.5 | Non-Working Travel Time | Travel from Grace's offices |
| Patrick Schumacher | 06/08/11 | 2.5 | Non-Working Travel Time | Travel to Grace's offices |
| Patrick Schumacher | 06/08/11 | 1.5 | Non-Working Travel Time | Travel from Grace's offices |
| | | 8.0 | | |