**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 7, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: December 19, 2011 at 9:00 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 27453**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-First Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2011 through June 30, 2011 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 7, 2011 at 4:00 p.m.

Dated: September 8, 2011

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE
 & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel:    (305) 374-7580
Fax:   (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*