UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that <u>LONGACRE MASTER FUND, LTD., as assignee of Atofina Chemicals Inc.</u>, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Longacre Master Fund, Ltd., as assignee of | Longacre Master Fund, Ltd., as |
| Atofina Chemicals Inc. | assignee of Atofina Chemicals Inc. |
| 810 7th Ave., Fl. 33 | c/o Avenue TC Fund, LP |
| New York, NY 10019 | 399 Park Avenue, 6th Fl. |
| Attn: Vladimir Jelisavcic | New York, NY 10022 |
| | Attn: David S. Leinwand, Esq. |

I hereby declare under penalty of perjury that the forgoing is true and correct.

By: Vladimir Jelisavcic

Title: Manager, Longacre Master Fund, Ltd.

Date: