**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that <u>LONGACRE MASTER FUND, LTD., as assignee of Sigma Breakthrough Tech.</u>, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Longacre Master Fund, Ltd., as assignee of
Sigma Breakthrough Tech.
810 7th Ave., Fl. 33
New York, NY  10019
Attn: Vladimir Jelisavcic

New Address
Longacre Master Fund, Ltd., as assignee of Sigma Breakthrough Tech.
c/o Avenue TC Fund, LP
399 Park Avenue, 6th Fl.
New York, NY  10022
Attn: David S. Leinwand, Esq.

I hereby declare under penalty of perjury that the forgoing is true and correct.

By: Vladimir Jelisavcic

Title: Manager, Longacre Master Fund, Ltd.

Date: