**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 12, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10492

Professional Services

|   |   |   | Hours | Amount |
|---|---|---|---:|---:|
| 8/1/2011 | JAW | detailed review of Foley Hoag's June 2011 fee application (0.70); draft summary of same (0.10) | 0.80 | 124.00 |
|  | BSR | detailed review of Baer Higgins' April and May 2011 monthly fee application, as well as fee and expense summaries re same | 0.30 | 85.50 |
|  | BSR | review of Beveridge & Diamond's April 2011 monthly fee application, as well as fee and expense summary of same | 0.10 | 28.50 |
|  | BSR | review of Bilzin Sumberg's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | review of Campbell & Levine's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | review of Caplin & Drysdale's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.50 | 142.50 |
|  | BSR | receive, review, and respond to email from Eric Johnson of HRO re overbilling | 0.20 | 57.00 |
|  | BSR | review of Capstone's April 2011 monthly fee application | 0.10 | 28.50 |
|  | BSR | review of Casner & Edwards' April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | review of Charter Oak's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.10 | 28.50 |
|  | BSR | Draft e-mail to Duane Morris re initial report (40Q) | 0.10 | 28.50 |
|  | BSR | review of Anderson Kill & Olick's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/2011 | JAW | detailed review of Kaye Scholer's June 2011 fee application (0.60); draft summary of same (0.20) | 0.80 | 124.00 |
| | JAW | detailed review of Kaye Scholer's May 2011 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |
| | JAW | detailed review of Baer Higgin's June 2011 fee application (4.40); draft summary of same (0.20) | 4.60 | 713.00 |
| | AL | Receive, review and finalize Duane Morris' 40Q IR (.3); update database with same (.1); prepare same for service (.1) | 0.50 | 22.50 |
| | AL | Update database with Casner's June fee application (.2); Stroock's June fee application (.2); Casner's June electronic detail (.1); Alan Rich's July fee application (.2); Seitz June fee application (.2) and electronic detail (.1); Judge Sander's July fee application (.2) and electronic detail (.1); Kramer's June electronic detail (.1); Saul Ewing's June electronic detail (.1) | 1.50 | 67.50 |
| | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 1st-16th interims (2.5). | 2.50 | 112.50 |
| 8/2/2011 | BSR | review of Kirkland & Ellis' April 2011 monthly fee application, as well as fee and expense summary re same | 0.20 | 57.00 |
| | BSR | review of Hogan Firm's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.40 | 114.00 |
| | BSR | review of Ferry Joseph's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | research re Deloitte Tax for the 39th or 40th interim periods | 0.10 | 28.50 |
| | BSR | review of Day Pitney's April 2011 monthly fee application, as well as fee and expense summary re same | 0.10 | 28.50 |
| | JAW | detailed review of Seitz Van Ogtrop June 2011 fee application (0.20); draft summary of same (0.10). | 0.30 | 46.50 |
| | JAW | detailed review of Alexander Sander's June 2011 fee application (0.20); draft summary of same (0.10). | 0.30 | 46.50 |
| | JAW | detailed review of Alan Rich's July 2011 fee application (0.40); draft summary of same (0.10). | 0.50 | 77.50 |
| | JAW | detailed review of Casner Edward's June 2011 fee application (0.40); draft summary of same (0.10). | 0.50 | 77.50 |
| | BSR | review of Holme's April 2011 monthly fee application, as well as fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.            Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/2/2011 | JAW | detailed review of Stroock's June 2011 fee application (4.20); draft summary of same (0.70). | 4.90 | 759.50 |
| | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 17th-37th interims (3.1). | 3.10 | 139.50 |
| 8/3/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Property Damage Claimants 1st to 29th interims and update chart accordingly (2.80) | 2.80 | 434.00 |
| | AL | Draft Final Fee Chart re Ferry Joseph's 1st-29th interims (5.7). | 5.70 | 256.50 |
| | JAW | Draft e-mail to M. White regarding WR Grace project and issues involving the numerous committees listed on the spreadsheet (0.20) | 0.20 | 31.00 |
| | AL | update database with Capstone's May fee application (.2); update database with Kirkland's June electronic (.1) and hard copy (.2) fee application; Ewing's June fee application (.2); Kramer's June fee application (.2); Ferry's June electronic detail (.1) | 1.00 | 45.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Prof. E. Warren 4th interim and update chart accordingly (0.50) | 0.50 | 77.50 |
| | MW | draft monthly fee application of WHSA for July 2011 (2.9); preliminary review of same (.5); send to J. Wehrmann for review (.1); revise same per J. Wehrmann's comments (.3). | 3.80 | 589.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Piper 20th to 34th interims and update chart accordingly (2.10) | 2.10 | 325.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re PI Comm 5th to 33rd interims and update chart accordingly (3.30) | 3.30 | 511.50 |
| 8/4/2011 | AL | Draft Final Fee Chart re Ferry Joseph's 30th-37th interims (2.4); send same to M. White for Master Version to be sent to J. Wehrmann (.1). | 2.50 | 112.50 |
| | AL | Update database with Scarfone's June electronic detail | 0.10 | 4.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Phillips 13th to 34th interims and update chart accordingly (2.90) | 2.90 | 449.50 |

W.R. Grace & Co.                                                                                                    Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/4/2011 JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Pachulski Stang 1st to 37th interims and update chart accordingly (4.10) | | 4.10 | 635.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Orrick 20th to 37th interims and update chart accordingly (2.60) | | 2.60 | 403.00 |
| 8/5/2011 AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Day Pitney's 1st-24th interims (4.1); send same to M. White for final final chart (.1) | | 4.20 | 189.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ogilvy 24th to 37th interims and update chart accordingly (1.90) | | 1.90 | 294.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Lexecon 15th to 29th interims and update chart accordingly (1.20) | | 1.20 | 186.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Linclon 34th to 37th interims and update chart accordingly (0.60) | | 0.60 | 93.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Lukins 6th to 15th interims and update chart accordingly (1.30) | | 1.30 | 201.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Lynch Keefe 19th interim and update chart accordingly (0.30) | | 0.30 | 46.50 |
| MW | Begin drafting 40th interim category spreadsheet for all applicants (2.3); confer with A. Lopez re researching Pacer for same (.1). | | 2.40 | 372.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Norris 19th interim and update chart accordingly (0.30) | | 0.30 | 46.50 |
| AL | update database with Foley's April - June interim electronic detail (.1); Charter's June fee application (.2); Campbell's June fee application (.2); AKO's June fee application (.2); update database with Hogan's April - June interim electronic detail (.1); Scarfone's April - June interim electronic detail | | 1.10 | 49.50 |

W.R. Grace & Co.  Page    5

| | | | Hours | Amount |
|---|---|---|---|---|
| | | (.1); Lauzon's April - June interim electronic detail (.1); Caplin's June electronic detail (.1) | | |
| 8/5/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Morrison 25th interim and update chart accordingly (0.30) | 0.30 | 46.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Nelson 2nd to 36th interims and update chart accordingly (2.80) | 2.80 | 434.00 |
| 8/7/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Latham 13th to 29th interims and update chart accordingly (1.50) | 1.50 | 232.50 |
| | MW | Receive and review Day Pitney's prior period information from A. Lopez (.1); draft final final info chart for the 1st-24th interims (3.6). | 3.60 | 558.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Lauzon 35th to 37th interims and update chart accordingly (0.80) | 0.80 | 124.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re LAS 1st to 37th interims and update chart accordingly (3.90) | 3.90 | 604.50 |
| | AL | Draft chart for time keepers, hours spent calculating WHSA fees, and expense breakdown for April 2011 - June 2011 (1.5); send same to M. White for interim fee application (.1) | 1.60 | 72.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re LECG 16th to 17th interims and update chart accordingly (0.40) | 0.40 | 62.00 |
| 8/8/2011 | JAW | detailed review of Saul Ewing's June 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Kramer Levin's June 2011 fee application (0.60); draft summary of same (0.20) | 0.80 | 124.00 |
| | JAW | detailed review of Reed Smith's June 2011 fee application (0.60); draft summary of same (0.10) | 0.70 | 108.50 |

W.R. Grace & Co.                                                                                                          Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/9/2011 | AL | Receive and review finalized version of WHSA's July fee application from M. White (.1); update database with same (.2); electronic filing with the court of WHSA's July fee application (.4); prepare same for service (.1) | 0.80 | 36.00 |
| 8/10/2011 | AL | Update database with Pitney's May fee application (.2); Pitney's May electronic detail (.1); Kramer's April through June interim complete electronic detail (.2); Nelson's June electronic detail (.1); HRO's June electronic detail (.1) | 0.70 | 31.50 |
|  | AL | Research Pacer re Duane Morris 40th interim fee application (.4); update database with electronic copy of same (.2) | 0.60 | 27.00 |
|  | AL | Research hard copy applications for all applicants in the 40th interim for category spreadsheets for M. White. | 2.30 | 103.50 |
|  | MW | Draft interim fee application of WHSA for April - June 2011 (3.6); draft proposed order re same (.5); send same to J. Wehrmann for review (.1); draft revisions to same (.4); finalize for Court filing (.4). | 5.00 | 775.00 |
| 8/11/2011 | MW | Continue drafting 40th interim category spreadsheet for all applicants in case (3.0). | 3.00 | 465.00 |
|  | AL | Research Pacer re Deloitte (Tax) October through March interim fee application (.4); update database with same (.1); Research Pacer re Day Pitney's January through March interim fee application (.4); update database with same (.1) | 1.00 | 45.00 |
|  | AL | update database with Kramer's April through June fee application (.2); Nelson's June fee application (.2); receive and review email from David Austern re March through May 2011 fee applications (.1); update database with Austern's March (.1) April (.1) May (.1) and June (.1) electronic detail; Research Pacer re Austern's 40th interim fee application (.3); update database with Austern's January electronic detail (.1); telephone conference with B. Ruhlander re same (.1); update database with PWC's June electronic detail (.2); update database with Austern's January (.2) and March (.2) fee applications (hard copies); Research Pacer re HRO's January through March interim fee application (.3); update database with same (.2); telephone conference with B. Ruhlander re HRO's January through March Expenses (.1); update database with Bilzin's June electronic detail (.1) | 2.70 | 121.50 |
|  | BSR | multiple telephone conferences with Anthony Lopez re applicants for the 40th interim period | 0.10 | 28.50 |
|  | BSR | research docket for late-filed quarterly applications (40th) | 0.30 | 85.50 |
| 8/12/2011 | AL | Update database with Ewing's 41st interim fee application (.2); Woodcock's June electronic detail (.1) | 0.30 | 13.50 |
|  | AL | Update database with Lauzon's June fee application (.2); Scarfone's June fee application (.2) | 0.40 | 18.00 |

W.R. Grace & Co.          Page    7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/14/2011 | MW | research Pacer for all 24th interim applications, final reports and orders (3.7); update database with same (.9); confer with J. Wehrmann re revisions to interim chart (.1); finalize chart with changes (.8); send same to J. Wehrmann to continue (.1). | 5.60 | 868.00 |
| | JAW | detailed review of Kirkland & Ellis' June 2011 fee application (3.40) | 3.40 | 527.00 |
| | BSR | detailed review of Holme Roberts & Owen's 40th quarterly fee application and attached Morris James invoices (.3); revised omnibus final report for the 40th interim period (.1) | 0.40 | 114.00 |
| | BSR | Draft amended omnibus final report for the 40th interim period | 1.50 | 427.50 |
| 8/15/2011 | JAW | Proofread W. H. Smith's 41st interim fee application (April 1, 2011 - June 30, 2011) (0.40); e-mail M. White regarding any revisions to same (0.20) | 0.60 | 93.00 |
| | JAW | continued detailed review of Kirkland & Ellis' June 2011 fee application (7.30) | 7.30 | 1,131.50 |
| | MW | Draft 40Q category spreadsheet for the for all applicants (5.6); research Pacer for additional interim category spreadsheet (.9); continue drafting interim category spreadsheet (2.1) | 8.60 | 1,333.00 |
| | BSR | Draft e-mail to Duane Morris re response to our initial report (40Q) | 0.10 | 28.50 |
| | AL | Receive and review finalized version of WHSA's interim fee application from M. White (.1); electronic filing with the court of WHSA's July fee application (.4); prepare same for service (.1) | 0.60 | 27.00 |
| | AL | Update database with Reed's April through June Interim fee application (.2); PWC's June fee application (.2); Bilzin's June fee application (.2); PWC's April through June Interim electronic detail (.1) | 0.70 | 31.50 |
| 8/16/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Klett 1st to 20th interims (1.80) and update chart accordingly (1.80) | 3.60 | 558.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Kramer 2nd to 37th interims (4.10) and update chart accordingly (2.10) | 6.20 | 961.00 |
| | AL | Update database with Caplin's 41st interim electronic detail (.1); Campbell's 41st interim electronic detail (.2); Charter's 41st interim electronic detail (.1); AKO's 41st interim electronic detail (.2); Ferry's 41st interim electronic detail (.1); receive and review email from J. Wehrmann re status of 41st interim fee summaries (.1); update database with Seitz' June (.1) Sander's June (.2) Rich's June (.1) Ewing's June (.1) Casner's June (.2) Stroock's June (.1) Kramer's June (.2) Reed's June (.1) and Capstone's May (.1) fee summaries | 2.00 | 90.00 |

W.R. Grace & Co.                                                                                                                Page    8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/16/2011 JAW | | Draft summary of Kirkland & Ellis' June 2011 fee application (2.60) | 2.60 | 403.00 |
| 8/17/2011 JAW | | detailed review of Scarfone Hawkins' June 2011 fee application (0.40); draft summary of same (0.30) | 0.70 | 108.50 |
| | AL | Update database with Pachulski's June fee application (.2); Pachulski's June electronic detail (.1); Stroock's April through June complete electronic detail (.2); | 0.50 | 22.50 |
| | JAW | detailed review of Pachulski Stang June 2011 fee application (1.80) | 1.80 | 279.00 |
| | JAW | detailed review of Campbell & Levine June 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | detailed review of Ferry Joseph June 2011 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |
| | JAW | detailed review of Hogan Firm June 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | detailed review of Bilzin Sumberg June 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | MW | Detailed review of 40th interim fee applications of David T. Austern (.7), Deloitte Tax (.7) and Day Pitney (.6) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Austern (.7), Deloitte Tax (.9) and Day Pitney (.8); compare totals against fee and expense chart to be attached to proposed order (.5); Detailed review of 40th interim fee applications of AKO (.6), Beveridge(.6) and Bilzin (.5) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for AKO (.8), Beveridge (.9) and Bilzin (.8); compare totals against fee and expense chart to be attached to proposed order (.6) | 9.70 | 1,503.50 |
| | JAW | detailed review of Woodcock & Washburn June 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Lauzon Belanger June 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | BSR | exchange e-mails with Lynzy Oberholzer re addition of Venable application to 40th interim hearing agenda; email to M. White re same | 0.10 | 28.50 |
| | JAW | detailed review of Day Pitney May 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Nelson Mullins' June 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/18/2011 | BSR | Receive and review response of Duane Morris to initial report (40Q) | 0.10 | 28.50 |
| | AL | Update database with Blackstone's June electronic detail (.1); receive and review email from Alan Rich re 40th interim electronic detail (.1); update database with same (.1); update database with Alan Rich's 41Q fee application (.2); Blackstone's June fee application (.2); receive and review email from Alan Rich re Seitz' 41Q electronic detail (.1); update database with same (.1); update database with Seitz' 41Q hard copy fee application (.2); Sander's 41Q electronic detail (.1); Sander's 41Q fee application (.2); update database with Foley's April through June fee application (.2); Hogan's April through June fee application (.2); Baer's April through June fee application (.1); Deloitte Tax October through March Interim fee application (.2); Casner's April through June fee application (.2);Lauzon's April through June fee application (.2); telephone conference with B. Ruhlander re same (.2); update database Scarfone's April through June fee application (.1); Hogan's June fee application (.2); Caplin's June fee application (.2); Ferry's June fee application (.2) | 3.50 | 157.50 |
| | MW | Detailed review of 40th interim fee applications of Caplin (.5), Capstone(.3) andCasner (.4) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Caplin (.7), Capstone(.9) and Casner(.8); compare totals against fee and expense chart to be attached to proposed order (.5); Detailed review of 40th interim fee applications of Charter Oak (.5), Duane Morris (.4) and Ferry Joseph (.4) in preparation for drafting 40th interim category spreadsheet; draft 40th  interim category spreadsheet to be submitted to Judge Fitzgerald for Charter Oak (.8), Duane Morris (.9) and Ferry Joseph (.8); compare totals against fee and expense chart to be attached to proposed order (.5) | 8.40 | 1,302.00 |
| | JAW | Draft summary of Pachulski Stang June 2011 fee application (0.40) | 0.40 | 62.00 |
| | AL | Update database with AKO's (.1) Campbell's (.2) and Charter Oak's (.1) June electronic detail; Reed's June fee application (.2); Steptoe's January through March interim fee application (.2); Norton Rose's April through June fee application (.2); receive and review email from J. Wehrmann re 41st interim fee summaries (.1); update database with Kaye Scholer's May (.1) and June (.1) fee summaries; Baer's June (.1) PWC's May (.1) Pachulski's May (.1) Blackstone's May (.1) Foley's June (.1) Kirkland's May (.2) Norton's June (.1) and Duane Morris' January through March interim (.2) fee summaries; update database with Capstone's May electronic detail (.1) | 2.30 | 103.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | AL | Update database with Bilzin's April through June interim electronic detail | 0.10 | 4.50 |
| | JAW | detailed review of Charter Oak June 2011 fee application (0.80); draft summary of same (0.60) | 1.40 | 217.00 |
| | JAW | detailed review of PwC June 2011 fee application (2.00); draft summary of same (0.40) | 2.40 | 372.00 |

W.R. Grace & Co. Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/19/2011 | MW | Detailed review of 40th interim fee applications of Foley Hoag (.5), Hogan Firm (.5) and K&E (.5) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Foley Hoag(.9), Hogan Firm (.7) and K&E(.8) ; compare totals against fee and expense chart to be attached to proposed order (.5);Detailed review of 40th interim fee applications of Kramer (.5), LAS (.3) and Lauzon (.4) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Kramer (.7), LAS (.9) and Lauzon (.8); compare totals against fee and expense chart to be attached to proposed order (.5) | 8.50 | 1,317.50 |
| | JAW | detailed review of Anderson Kill June 2011 fee application (3.60); draft summary of same (0.20) | 3.80 | 589.00 |
| | AL | Receive and review email from B. Ruhlander re Venable's April and May 2010 fee applications (.1); Research Pacer for Venable's filed April 2010 May 2010 and interim for April - June 2010 (.4); update database with pdf versions of same (.2); draft email to B. Ruhlander re findings of Pacer search (.1) | 0.80 | 36.00 |
| | AL | Receive and review email from David Austern re Austern's 40th and 41st interim electronic detail (.1); update database with same (.2); draft email to David Austern re hard copies of same (.1); update database with Lincoln's 41st interim electronic detail (.1); Orrick's 41st interim electronic detail (.2); update database with Pachulski's April (.1) May (.2) and June (.1) complete electronic detail | 1.10 | 49.50 |
| | AL | Update database with Venable's April (.2) and May (.1) fee applications; Charter's 41st interim fee application (.2); AKO's 41st interim fee application (.2); Caplin's 41st interim fee application (.2); Campbell's 41st interim fee application (.2); Stroock's 41st interim fee application (.1); Ferry's 41st interim fee application (.1) | 1.30 | 58.50 |
| | JAW | detailed review of Caplin & Drysdale June 2011 fee application (3.30); draft summary of same (0.80) | 4.10 | 635.50 |
| 8/21/2011 | AL | research PACER for amounts applied for during all interims, approved amounts, recommended reductions and docket numbers re same for Caplin (2.8) and Capstone (2.7); begin to draft final fee chart with same (1.8) | 7.30 | 328.50 |
| 8/22/2011 | AL | Update database with PWC's April through June fee application (.2); Venable's April through May interim fee application (.2); Norton's July fee application (.1) | 0.50 | 22.50 |
| | MW | Detailed review of 40th interim fee applications of Ogilvy (.5), Lincoln (.4) and Orrick (.4) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Lincoln ( .7), Ogilvy (.9) and Orrick (.8); compare totals against fee and expense chart to be attached to proposed order (.5); Detailed review of 40th interim fee applications of Janet Baer(1.0); research PACER re discrepancies in expense amounts (.7); t/c with B. Ruhlander re same (.1); exchange multiple emails with B. Ruhlander re same (.2); detailed review of | 9.70 | 1,503.50 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | 40th interim fee applications of Pachulski (.4) and Venable (.6) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Janet Baer (.7),Pachulski (.8) and Venable (.6); compare totals against fee and expense chart to be attached to proposed order (.4) | | |
| 8/22/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Kirkland 1st to 37th interims (3.80) and update chart accordingly (1.00) | 4.80 | 744.00 |
| 8/23/2011 | JAW | detailed review of Norton Rose July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Blackstone Advisory June 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | BSR | detailed review of David Austern's January (.2) and March 2011 (.3) monthly fee applications | 0.50 | 142.50 |
| | BSR | Draft amended omnibus final report for the 40th interim period | 2.30 | 655.50 |
| | BSR | detailed review of Venable's 37th interim fee application and monthly fee applications | 0.70 | 199.50 |
| | BSR | Draft e-mail to Lynzy Oberholzer re applicants to be heard on Sept. 26 | 0.30 | 85.50 |
| | AL | Update database with Kaye Scholer's April fee application (.2); BMC's January (.2) February (.2) and March (.2) monthly fee applications; draft email to B. Ruhlander re BMC's 40th interim monthly fee applications (.1); update database with Pachulski's April fee application (.2); Reed's May fee application (.2); Kaye Scholer's April electronic detail (.1); BMC's January (.1) February (.1) and March (.2) electronic detail; Pachulski's April electronic detail (.1); Alan Rich's June electronic detail (.2); Seitz' May fee application (.2) and electronic detail (.1); Sanders' June fee application (.2) and electronic detail (.1); Ewing's May electronic detail (.1); Kramer's May electronic detail (.2) | 3.00 | 135.00 |
| | MW | Detailed review of 40th interim fee applications and final report for PWC (.5), PWC SSP (.4), PWC Darex 2006 (.4), PWC Darex 2007 (.5), PWC Darex 2008 (.4), PWC Darex 2010 (.5), PWC Control Optimization Project March (.5), April - May Combined (.6) and June 2010 (.4) and PWC ASP (.4) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for all eight PWC applications (2.0); compare totals against fee and expense chart to be attached to proposed order (.8); receive and review multiple emails from B. Ruhlander re same (.2) | 7.60 | 1,178.00 |
| | AL | Update database with Norton Rose's July electronic detail (.1); Lincoln's May fee application (.2); Lincoln's April fee application (.2); Austern's May fee application (.2); Austern's April fee application (.2) | 0.90 | 40.50 |

W.R. Grace & Co.                                                                                                          Page   12

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/24/2011  | AL  | Update database with Orrick's July electronic detail (.1); draft email to Orrick requesting hard copy versions of Orrick's March through July fee applications (.1)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.20  | 9.00     |
|            | AL  | Receive and review email from B. Ruhlander re Revised 40Q Omnibus FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.40  | 18.00    |
|            | BSR | Draft exhibit to proposed fee order for the 40th interim period                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 2.50  | 712.50   |
|            | AL  | receive and review email from B. Ruhlander re 40th interim exhibit to draft fee order for all applicants (.1); Research Pacer for all applications filed for the 40th interim, docket numbers and monthly fees and expenses (2.3); draft email to B. Ruhlander re same (.1)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 2.50  | 112.50   |
|            | BSR | Draft amended omnibus final report (40Q)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 1.00  | 285.00   |
|            | MW  | Detailed review of 40th interim fee application of Reed Smith in preparation for drafting 40th interim category spreadsheet (.5); research PACER for Reed Smith's monthly fee applications for January - March 2011 and update database with same (.9); compare breakdown of fees against interim fee app to correct expense discrepancy (.8); draft email to B. Ruhlander re same (.1); receive and review response from B. Ruhlander re same (.1); draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Reed Smith (.8); compare totals against fee and expense chart to be attached to proposed order (.7)Research PACER for Saul Ewing's monthly fee applications for January - March 2011 (.9); review monthly breakdown of fees and calculation of expenses in comparison with interim to correct discrepancy (1.4); multiple emails with B. Ruhlander re same (.2); draft category spreadsheet for 40th interim re same (.9); compare totals against fee and expense chart to be attached to proposed order (.7) | 8.00  | 1,240.00 |
|            | AL  | Receive and review email from J. Wehrmann re 41st interim fee summaries (.1); update database with K&E's June (.2) Nelson's June (.1) Pitney's May (.1) Lauzon's June (.1) Woodcock's June (.1) Scarfone's June (.2) Bilzin's June (.1) Hogan's June (.2) Ferry's June (.1) Charter's June (.1) PWC's June (.2) Caplin's June (.1) AKO's June (.1) Blackstone's June (.1) Norton's July (.2) and Pachulski's June (.1) fee summaries                                                                                                                                                                                                                                                                                                                                                                             | 2.20  | 99.00    |
|            | AL  | Update database with Pachulski's April through June fee application                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.20  | 9.00     |
| 8/25/2011  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Janet Baer 32nd to 37th interims (.70) and update chart accordingly (.50)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 1.20  | 186.00   |
|            | BSR | Draft exhibit for proposed fee order (40th)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.50  | 142.50   |
|            | WHS | detailed review of omnibus final report 40Q 1-3.11 AMENDED                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 0.30  | 88.50    |

W.R. Grace & Co.            Page    13

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/25/2011 | MW | detailed review of 40th interim fee applications of Alan Rich (.6) and Judge Sanders (.6) for drafting category spreadsheet; Draft category spreadsheet re Alan Rich (.7) and Judge Sanders (.8); Research PACER for Holme Roberts' monthly fee applications for January - March 2011 to locate fee and expense discrepancy (.8); Compare monthly totals to the interim totals re same (.7); draft email to B. Ruhlander re same (.1); t/c with B. Ruhlander re same (.1); Detailed review of 40th interim fee applications of Scarfone Hawkins (.6), Seitz (.5) Woodcock (.6) and Steptoe (.7) in preparation for drafting 40th interim category spreadsheet; draft category spreadsheet re same for Scarfone Hawkins (.7), Seitz (.6), Woodcock (.7) and Steptoe (.6). | 9.40 | 1,457.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Judge Sanders 31st to 37th interims (1.0) and update chart accordingly (.10) | 1.10 | 170.50 |
| | BSR | Receive and review revised Exhibit A to draft fee order (40th) (.2); telephone conferences (.1) and emails (.1) with Anthony Lopez re same; email to Melanie White re same (.1) | 0.50 | 142.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Holme 1st to 35th interims (3.0) and update chart accordingly (1.20) | 4.20 | 651.00 |
| 8/26/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Hogan Firm 35th to 37th interims and update chart accordingly (1.40); t/c with BSR re: Hogan Law Firm and fee issues re: Lauzon Belanger and Scarfone Hawkins (0.20) | 1.60 | 248.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Hilsoft 5th to 29th interims (1.10) and update chart accordingly (0.70) | 1.80 | 279.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Hamilton 5th to 33rd interims (4.10) | 4.10 | 635.50 |
| | AL | Telephone conference with B. Ruhlander re all received 41st interim electronic copies and hard copies (.1); Research Pacer re 41st interim fee applications for all applicants (2.1) | 2.20 | 99.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re FTI 1st to 13th interims (1.30) and update chart accordingly (.5) | 1.80 | 279.00 |
| | MW | telephone conference with with B. Ruhlander re Stroock's fee amount and travel reduction (.1); review 40th interim monthlies from Stroock in comparison to interim category breakdown (.9); draft category spreadsheet | 2.50 | 387.50 |

W.R. Grace & Co. Page 14

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | re same (.7); compare totals against fee and expense chart to be attached to proposed order (.6); revise excel comments to reflect travel reduction (.2) | | |
| 8/26/2011 | BSR | telephone conference with James Wehrmann re issue with Canadian Zonolite counsel's fees on the project category spreadsheet (.1); telephone conference with Melanie White re Baer Higgins' expense amount for spreadsheet (.1) | 0.20 | 57.00 |
| 8/28/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Young Conaway's 1st-26th interims (3.7); draft final fee chart for 1st-26th Interims for Young Conaway reflecting same (4.5) | 8.20 | 1,271.00 |
| 8/29/2011 | AL | Update database with Woodcock's April through June fee application (.2); Research Pacer re Woodcock's May monthly fee application (.4); telephone conference with B. Ruhlander re Woodock's withdrawal of its May monthly fee application (.1) | 0.70 | 31.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Fragomen 25th to 37th interims (1.10) and update chart accordingly (.50) | 1.60 | 248.00 |
| | MW | Research PACER for objections or responses to monthly fee application of WHS&A (.9); draft CNO for July fee application (.6); send same to A. Lopez for Court filing (.1) | 1.60 | 248.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Forman 24th to 26th interims (.40) and update chart accordingly (0.40) | 0.80 | 124.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Foley 18th to 37th interims (1.30) and update chart accordingly (1.30) | 2.60 | 403.00 |
| | BSR | receive, review, and respond to multiple emails from Melanie White re project category spreadsheet (40Q) | 0.20 | 57.00 |
| | MW | Detailed review of 40th interim fee applications of Blackstone (.5), BMC (.5) and Campbell (.3) in preparation for drafting 40th interim category spreadsheet; draft 40th interim category spreadsheet to be submitted to Judge Fitzgerald for Blackstone (.9), BMC (.7) and Campbell (.6); compare totals against fee and expense chart to be attached to proposed order (.5) | 4.00 | 620.00 |
| 8/30/2011 | BSR | review files to determine which quarterly applications have not yet been received | 0.30 | 85.50 |

W.R. Grace & Co. Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/30/2011 BSR | | receive, review, and respond to emails from Melanie White re project category spreadsheet | 0.10 | 28.50 |
| | BSR | telephone conference with Anthony Lopez re applications to be reviewed for the 41st interim period | 0.10 | 28.50 |
| | BSR | detailed review of Kirkland & Ellis' May and June 2011 monthly fee applications and fee summaries re same | 1.70 | 484.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry 1st to 37th interims (3.4) and update chart accordingly (1.00) | 4.40 | 682.00 |
| | JAW | detailed review of Lincoln Partner May 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Lincoln Partner April 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of David Austern April 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of David Austern May 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | AL | Update database with Baer's July fee application (.2); Foley's July fee application (.2); Foley's July electronic detail (.1); Baer's July electronic detail (.1); Ferry's July electronic detail (.1); Stroock's July fee application (.2); Casner's July fee application (.2) | 1.10 | 49.50 |
| | AL | Receive and review email from M. White re WHSA's July CNO (.1); update database with WHSA's July CNO (.2); electronic filing with the court of WHSA's July CNO (.4) | 0.70 | 31.50 |
| 8/31/2011 BSR | | detailed review of Beveridge & Diamond's May 2011 monthly fee application and fee summary re same | 0.10 | 28.50 |
| | BSR | detailed review of Baer Higgins' June 2011 monthly fee application and fee summary re same (.2), as well as quarterly fee application for the 41st interim period (.2) | 0.40 | 114.00 |
| | BSR | detailed review of David Austern's quarterly application for the 41st interim period, as well as monthly fee applications for same (.2); Research monthlies on Pacer (.1) | 0.30 | 85.50 |
| | BSR | detailed review of Anderson Kill & Olick's June 2011 monthly fee application and fee summary re same, as well as 41st quarterly fee application (other monthlies previously reviewed) | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                           Page    16

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/31/2011 BSR | telephone conference with Anthony Lopez re applications filed for the 41st interim period (.1); office conference with Anthony Lopez re quarterly applications received for the 41st interim period (.2) | | 0.30 | 85.50 |
| BSR | Draft e-mail to Janet Baer re corrected final report for Baer Higgins' quarterly application (40th) | | 0.10 | 28.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Duff 11th to 12th interims (0.30) and update chart accordingly (0.10) | | 0.40 | 62.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Duane Morris 1st to 37th interims (3.50) and update chart accordingly (1.30) | | 4.80 | 744.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Dies 22nd interim and update chart accordingly (0.20) | | 0.20 | 31.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Deloitte & Touche, Deloitte Tax and Deloitte FAS 11th to 37th interims and begin updating chart (1.80) | | 1.80 | 279.00 |
| BSR | brief review of Stroock and Baer files for the 40th interim period in order to resolve issue on project category spreadsheet and telephone conference with Melanie White re same (.2); revise fee and expense chart accordingly (.1) | | 0.30 | 85.50 |
| BSR | detailed review of Casner & Edwards' June 2011 monthly fee application and fee and expense summary re same; review of Casner & Edwards' quarterly fee application for the 41st interim period | | 0.20 | 57.00 |
| BSR | review of The Hogan Firm's June 2011 monthly fee application and fee and expense summary re same; review of The Hogan Firm's quarterly fee application for the 41st interim period | | 0.20 | 57.00 |
| BSR | detailed review of Lincoln Partners' quarterly fee application for the 41st interim period (.2); email to Jason Solganick of Lincoln Partners with question concerning air fare expense (.1) | | 0.30 | 85.50 |
| BSR | review of Lauzon Belanger's June 2011 monthly fee application and fee and expense summary re same; review of Lauzon Belanger's quarterly fee application for the 41st interim period | | 0.20 | 57.00 |

W.R. Grace & Co. Page 17

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/31/2011 | AL | Receive and review email from W. Smith re approval of Baer's Amended 40Q FR (.1); update database with same (.2); electronic filing with the court of Baer's Amended 40Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 0.80 | 36.00 |
| | AL | Receive and review email from W. Smith re notice of withdrawal (.1); research Pacer for docket number being addressed (.4); draft notice of withdrawal of Baer's 40Q final report (.5); electronic filing with court of same (.3) | 1.30 | 58.50 |
| | MW | research PACER for previously entered orders regarding all PWC Darex applications (.9); revise category spreadsheet to reflect fees already granted in previous interims (.8); compare totals against fee and expense chart to be attached to proposed order (.4) | 2.10 | 325.50 |
| | BSR | Draft e-mail to David Blabey with question concerning hotel expense on Kramer Levin's 41st interim fee application | 0.10 | 28.50 |
| | BSR | detailed review of Kramer Levin's June 2011 monthly fee application and fee and expense summary re same; review of Kramer Levin's quarterly fee application for the 41st interim period | 0.20 | 57.00 |
| | BSR | Draft e-mail to The Hogan Firm with question concerning certain expenses on its June 2011 monthly fee application | 0.20 | 57.00 |
| | BSR | Draft initial report re Baer Higgins' quarterly application for the 41st interim period | 0.40 | 114.00 |
| | BSR | review of Foley Hoag's June 2011 monthly fee application and fee and expense summary re same; review of Foley Hoag's quarterly fee application for the 41st interim period | 0.20 | 57.00 |
| | AL | Update database with Austern's July electronic detail (.1); Stroock's July electronic detail (.1); Casner's July electronic detail (.1); receive and review email from B. Ruhlander re Baer's Amended 40Q FR (.1); update database with same (.2); draft email to W. Smith re Baer's Amended 40Q FR (.1) | 0.70 | 31.50 |
| | AL | Telephone conference with B. Ruhlander re applicants who have filed 41st interim fee applications (.1); additional Pacer research for 8 applications not yet submitted (1.0); update database with electronic version of Pachulski's 41st interim fee application (.2); office conference with B. Ruhlander re Stroock's 40th interim fee application (.2) | 1.50 | 67.50 |
| | BSR | detailed review of Ferry Joseph's June 2011 monthly fee application and fee and expense summary re same; review of Ferry Joseph's quarterly fee application for the 41st interim period | 0.30 | 85.50 |
| | BSR | Draft initial report re Caplin & Drysdale's 41st interim fee application | 0.60 | 171.00 |

W.R. Grace & Co. Page 18

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/31/2011 BSR | | detailed review of Caplin & Drysdale's June 2011 monthly fee application and fee and expense summary re same (.2); review of Caplin & Drysdale's quarterly fee application for the 41st interim period (.1) | 0.30 | 85.50 |
| | BSR | detailed review of Campbell & Levine's June 2011 monthly fee application and fee and expense summary re same; review of Campbell & Levine's quarterly fee application for the 41st interim period | 0.20 | 57.00 |
| | BSR | review of Charter Oak's June 2011 monthly fee application and fee and expense summary re same; review of Charter Oak's quarterly fee application for the 41st interim period | 0.20 | 57.00 |
| | BSR | review of Bilzin's June 2011 monthly fee application and fee summary re same; review of Bilzin's quarterly application for the 41st interim period | 0.20 | 57.00 |

**For professional services rendered**  335.40  **$47,068.00**

Additional Charges :

| | | Amount |
|---|---|---:|
| 8/31/2011 | PACER Charges | 947.60 |
| | PACER Charges | 9.28 |
| | PACER Charges | 23.28 |
| | Third party copies & document prep/setup. | 1,411.81 |
| | Copying cost | 272.00 |

**Total additional charges**  **$2,663.97**

**Total amount of this bill**  **$49,731.97**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 71.70 | 45.00 | $3,226.50 |
| Bobbi S. Ruhlander | 22.40 | 285.00 | $6,384.00 |
| James A. Wehrmann | 129.20 | 155.00 | $20,026.00 |
| Melanie White | 8.60 | 155.00 | $1,333.00 |
| Melanie White | 103.10 | 155.00 | $15,980.50 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |