IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2011, THROUGH JULY 31, 2011**

# WRG-0076
# VALVED COVER SYSTEM

| 07/21/2011 | NG | Receipt and review of execute assignment documents from client, insertion of serial number and filing date of application and attendance to filing same with the United States Patent and Trademark Office. | 0.80 |
|---|---|---|---|

                                          SERVICES      $    160.00

| NG | NOREEN GARONSKI | 0.80 | hours @ | $200.00 |
|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES (Assignment Recordation) | 40.00 |
|---|---|

DISBURSEMENT TOTAL      $    40.00

SERVICE TOTAL      $    160.00

**INVOICE TOTAL**      $    **200.00**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/16/2011 | JEM | Continue consideration of correspondence from foreign associate regarding office action and references cited; continue consideration of office action and references cited; continue consideration of proposed amendments; continue consideration of arguments distinguishing references; continue preparing letter of instruction to foreign associate regarding proposed response. | 1.50 |
| 07/17/2011 | JEM | Continued consideration of correspondence from foreign associate regarding office action and references cited; continue consideration of office action and references cited; continued consideration of proposed amendments; continue consideration of arguments distinguishing references; continue preparing letter of instruction to foreign associate regarding proposed response. | 3.00 |
| 07/29/2011 | JEM | Receive telephone call from Patent Office examiner; participate in telephone conference with examiner regarding proposed amendment to cancel non-elected claims; participation in intra-office conference regarding information disclosure statement; assist with filing information disclosure statement with Patent Office. | 1.00 |

SERVICES $ 2,447.50

JEM    JOHN E. MCGLYNN    5.50 hours @ $445.00

**INVOICE TOTAL** $ **2,447.50**