# EXHIBIT A

## (Curtis Bay RCRA 2)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 24, 2011
Client/Matter #  01246-013923
Invoice # 143436
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/11 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 06/01/11 | P. Marks | L120 | 0.10 | Coordinate with L. Duff and J. Baer re negative notice. |
| 06/02/11 | P. Marks | L120 | 1.00 | Telephone conference with L. Duff re RCRA issue (when dust becomes subject to CHS management rules); follow-up direction to H. Knight re same. |
| 06/02/11 | P. Marks | L110 | 0.20 | Review tank certification letter and provide edits re same. |
| 06/03/11 | H. Knight | L120 | 0.20 | Email correspondence with P. Marks re management of uncollected dust under RCRA. |
| 06/06/11 | P. Marks | L120 | 0.20 | Direct H. Knight re research; review and evaluate responses to inquiries related to negative notice. |
| 06/06/11 | H. Knight | L120 | 3.50 | Research management of uncollected dust under RCRA; conference with P. Marks re same. |
| 06/07/11 | P. Marks | L120 | 0.30 | Review and evaluate email exchange re negative notice and creditor inquiries. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143436
August 24, 2011
PAGE  2

| 06/07/11 | H. Knight | L120 | 7.80 | Continue to research management of uncollected dust under RCRA. |
|---|---|---|---|---|
| 06/08/11 | H. Knight | L120 | 3.30 | Continue to research management of uncollected dust under RCRA. |
| 06/09/11 | P. Marks | L120 | 0.10 | Conference with H. Knight re dust. |
| 06/09/11 | H. Knight | L120 | 2.90 | Continue to research and prepare outline re management of uncollected dust under RCRA; conference with P. Marks re same. |
| 06/13/11 | P. Marks | L120 | 0.30 | Prepare for and conduct telephone conference with bankruptcy counsel and A. Krieger re CAFO and negative notice. |

**Total Hours :**          19.90

**Total Fees :**          $6,233.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143436
August 24, 2011
PAGE  3

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 2.20 | $460.00 | $1,012.00 |
| H. Knight | Associate | 17.70 | $295.00 | $5,221.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | **Total Fees:** |  | $6,233.50 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L110 |  | 0.20 | $92.00 |
| L120 |  | 19.70 | $6,141.50 |
| Total L100 |  | 19.90 | $6,233.50 |

|  | **Total Fees :** | 19.90 | $6,233.50 |
|---|---|---|---|

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $2.60 |

|  | **Total Disbursements :** | $2.60 |
|---|---|---|

|  | **TOTAL DUE :** | $6,236.10 |
|---|---|---|