# EXHIBIT B

(General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

July 31, 2011  
Client/Matter #  01246-012100  
Invoice # 143061  
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues
100042

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/11 | K. LaMotte | 2.30 | Finalize e-mail to Italian local counsel with instructions re EU project; review response from Commission authority; update e-mail to Italian local counsel; prepare e-mail to L. Duff re input from Commission re EU project. |
| 06/03/11 | K. LaMotte | 0.30 | Prepare update e-mail to L. Duff re status of project; e-mail to L. Prati re timetable for response. |
| 06/06/11 | K. LaMotte | 0.80 | Review inputs from L. Prati re Italian law; prepare follow-up questions re same and transmit; prepare an update e-mail to L. Duff re same. |
| 06/07/11 | K. LaMotte | 1.50 | Review input from local counsel in Italy re follow up questions; search for relevant law in English and e-mail to local counsel re additional questions based on his report; prepare update to L. Duff re same. |
| 06/10/11 | K. LaMotte | 0.30 | Review and respond to L. Duff query re customer's import of chemical. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143061
July 31, 2011
PAGE   2


Total Hours :                    5.20

Total Fees :               $2,392.00

BEVERIDGE & DIAMOND, P.C.                                  INVOICE #  143061
                                                           July 31, 2011
                                                           PAGE   3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. LaMotte | 5.20 | $460.00 | $2,392.00 |
| **Total Fees :** | | | **$2,392.00** |
| **TOTAL DUE :** | | | **$2,392.00** |