# EXHIBIT C

(Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff
7500 Grace Drive
Columbia, MD 21044

August 24, 2011
Client/Matter #  01246-014988
Invoice # 143437
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/02/11 | P. Marks | L120 | 0.20 | Conferences with L. Duff and with L. Selba re trivalent chromium. |
| 06/02/11 | L. Selba | L120 | 1.00 | Conference with P. Marks re research re trivalent chromium exemption; begin research re same. |
| 06/03/11 | L. Selba | L120 | 1.00 | Review 6/2 research; conference with P. Marks re same. |
| 06/06/11 | P. Marks | L120 | 0.10 | Coordinate with L. Selba re research on trivalent chromium. |
| 06/06/11 | L. Selba | L120 | 2.50 | Research Federal and Maryland State trivalent chromium exemption procedures; telephone conference with E. Hammerberg (MDE), prepare email to P. Marks detailing process and next steps. |
| 06/08/11 | P. Marks | L120 | 0.30 | Conference with L. Selba re research on trivalent chromium exemption and direction re same. |
| 06/08/11 | L. Selba | L120 | 0.30 | Conference with P. Marks re trivalent chromium exemption research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 143437
August 24, 2011
PAGE  2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/09/11 | P. Marks | L120 | 0.60 | Conference with L. Selba re research and direction re same. |
| 06/09/11 | L. Selba | L110 | 1.00 | Conference with P. Marks re trivalent chromium exemption follow-up research, and evaluate same. |
| 06/10/11 | L. Selba | L110 | 3.50 | Review applicable Federal Register and Maryland Register documents re delisting and chromium; review R. Nelson letter re same. |
| 06/13/11 | P. Marks | L120 | 0.20 | Telephone conference with L. Duff re compliance issues and trivalent chromium legal issues; follow-up email re same; evaluate information from L. Duff re same. |
| 06/16/11 | L. Selba | L120 | 5.30 | Complete research re trivalent chromium petitions for exclusion in the Federal Register, case law, environmental appeals board administrative decisions, and RCRA online; contact EPA re same. |
| 06/17/11 | L. Selba | L110 | 3.80 | Prepare P. Marks draft email to L. Duff re process for exclusion of trivalent chromium detailing preliminary considerations, EPA's role, Maryland's role, and recommended steps; telephone conference with EPA hazardous waste librarian re petitions submitted for trivalent chromium exclusion. |
| 06/21/11 | P. Marks | L110 | 0.50 | Evaluate research re trivalent chromium and direct L. Selba re follow-up tasks. |
| 06/21/11 | L. Selba | L110 | 1.80 | Conference with P. Marks re 6/17 email; complete additional research and prepare email detailing regulatory history. |
| 06/22/11 | P. Marks | L120 | 1.30 | Prepare for and conduct telephone conferences (2) with D. Friedman (EPA) re trivalent chromium exclusion approval process; evaluate same. |
| 06/24/11 | P. Marks | L120 | 1.40 | Telephone conference with E. Hammerberg re trivalent chromium exclusion and process for obtaining State approvals; evaluate same. |
| 06/27/11 | P. Marks | L120 | 1.70 | Direct L. Selba re tasks - trivalent chromium issues; evaluate and review Federal Register notices and guidance to same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  143437
                                                             August 24, 2011
                                                             PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/27/11 | L. Selba | L110 | 3.00 | Conference with P. Marks re telephone conference between P. Marks and D. Friedman; prepare binder of trivalent chromium research for P. Marks 6/29 conference with L. Duff; research trivalent chromium's part in Grace/EPA enforcement action. |
| 06/28/11 | P. Marks | L110 | 3.40 | Direct L. Selba re tasks for client meeting re trivalent chromium regulation; follow up re same and OMC issues. |
| 06/28/11 | L. Selba | L110 | 4.30 | Telephone conference with Florida, Michigan, Ohio, Minnesota, and Wisconsin state agencies seeking documentation of applications for trivalent chromium exclusion; conference with P. Marks re 6/29 Grace conference; prepare outline for P. Marks 6/29 Grace conference. |
| 06/29/11 | P. Marks | L120 | 4.10 | Prepare for and attend conference with L. Duff, B. Errera, J. Cavoloski and M. Obradovic re RCRA (trivalent chromium and OMC); direct L. Selba for follow-up re same. |
| 06/29/11 | L. Selba | L110 | 0.50 | Telephone conference with State of Ohio Division of Hazardous Waste Management re trivalent chromium exclusion and Michigan Alcona County Office re same; conference with P. Marks re 6/29 Grace meeting re same. |
| 06/30/11 | L. Selba | L110 | 1.00 | Continue State research for trivalent chromium petitions. |

                                        Total Hours :            42.80

                                        Total Fees  :       $13,598.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143437  
August 24, 2011  
PAGE   4

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 13.80 | $460.00 | $6,348.00 |
| L. Selba | Associate | 29.00 | $250.00 | $7,250.00 |
|  |  |  | **Total Fees:** | $13,598.00 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L110 |  | 22.80 | $6,519.00 |
| L120 |  | 20.00 | $7,079.00 |
| Total L100 |  | 42.80 | $13,598.00 |
|  | **Total Fees :** | 42.80 | $13,598.00 |

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | $13,598.00 |
|---|---|---|