# EXHIBIT D

(Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

July 31, 2011
Client/Matter #  01246-012629
Invoice # 143062
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

| | |
|---|---|
| Copying | 14.60 |
| Postage | 3.20 |

Total Disbursements :     $17.80

TOTAL DUE :     $17.80