# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

August 24, 2011
Client/Matter #   01246-013923
Invoice # 143598
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 07/06/11 | P. Marks | L140 | 0.40 | Prepare letter to J. Howell (EPA) transmitting CAFO and Consent Agreement for finalization. |
| 07/14/11 | P. Marks | L120 | 0.50 | Emails with EPA and client re Consent Agreement and request by RJO for a telephone conference. |
| 07/15/11 | P. Marks | L120 | 0.20 | Direct L. Selba re research tasks; coordinate with L. Duff re CAFO finalization. |
| 07/20/11 | P. Marks | L110 | 1.50 | Telephone conference with J. Howell and Hearings Judge re CAFO issue; follow-up telephone conference with J. Howell re same; follow-up telephone conference with L. Duff re same; review revisions; prepare client email re same. |
| 07/21/11 | P. Marks | L120 | 0.70 | Prepare letter to EPA re certification and coordinate with client and EPA re CAFO. |
| 07/27/11 | P. Marks | L120 | 0.70 | Address open issues with L. Duff, including CAFO and certification; prepare same and send to EPA. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  143598
                                                             August 24, 2011
                                                             PAGE   2

                        Total Hours :                    4.00

                        Total Fees  :              $1,840.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143598
August 24, 2011
PAGE   3

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 4.00 | $460.00 | $1,840.00 |
|  |  |  | Total Fees: | $1,840.00 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L110 |  | 1.50 | $690.00 |
| L120 |  | 2.10 | $966.00 |
| L140 |  | 0.40 | $184.00 |
| Total L100 |  | 4.00 | $1,840.00 |
|  | Total Fees : | 4.00 | $1,840.00 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $35.40 |
| E105 | Telephone | $6.00 |
|  | Total Disbursements : | $41.40 |
|  | TOTAL DUE : | $1,881.40 |