# EXHIBIT B

**(Trivalent Chromium)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff
7500 Grace Drive
Columbia, MD 21044

August 24, 2011
Client/Matter # 01246-014988
Invoice # 143599
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 07/01/11 | L. Selba | L110 | 2.00 | Follow-up with Florida, Michigan, Ohio, Minnesota, and Wisconsin research re trivalent chromium exclusion; contact Pennsylvania, Tennessee, Kentucky re same; email P. Marks update re same. |
| 07/06/11 | L. Selba | L110 | 0.50 | Conference with P. Marks re status of state trivalent chromium exclusion research; continue research re same. |
| 07/07/11 | P. Marks | L120 | 1.70 | Update L. Duff re trivalent chromium and provide OMC RCRA subtitle BB and CC LDAR plan comments. |
| 07/07/11 | L. Selba | L110 | 1.00 | Return call to Michigan Department of Environmental Quality; prepare email to P. Marks re status of state trivalent chromium exclusion research; conference with P. Marks re same. |
| 07/11/11 | L. Selba | L110 | 0.50 | Telephone conference with Tennessee re reviewing past granted exclusions; leave message for M. Bourquin re Tennessee no longer granting trivalent chromium exclusion; compile Pennsylvania documents received from D. Klomer. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 143599
August 24, 2011
PAGE 2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 07/14/11 | L. Selba | L110 | 1.50 | Review state documents re trivalent chromium exclusion; follow up with states that have not yet responded. |
| 07/15/11 | L. Selba | L110 | 2.30 | Review additional Pennsylvania submittal; contact Florida contact re web site viewing issue; email Wisconsin contacts re receiving trivalent chromium exclusion submittals; leave message for Michigan contact; telephone conference with M. Bourquin re Tennessee trivalent chromium exclusion; prepare update email to P. Marks re all states. |
| 07/18/11 | P. Marks | L120 | 0.70 | Conference with L. Selba re trivalent chromium research; telephone conference with L. Duff re update and next steps for same. |
| 07/18/11 | P. Marks | L120 | 0.70 | Conference with L. Selba re trivalent chromium research; telephone conference with L. Duff re update and next steps for same. |
| 07/18/11 | L. Selba | L110 | 1.30 | Draft P. Marks email to L. Duff re status of trivalent chromium exclusion research; review M. Bourquin documents re Tennessee status of trivalent chromium exclusions; email L. Dundon re Tennessee FOIA equivalent; conference with P. Marks re same. |
| 07/19/11 | L. Selba | L110 | 0.50 | Telephone conferences re copying Wisconsin trivalent chromium documents; communication with Wisconsin contact re same. |
| 07/20/11 | L. Selba | L110 | 2.50 | Begin review of Florida documents; arrangements for copying Wisconsin documents. |
| 07/21/11 | P. Marks | L120 | 0.60 | Coordination with client team re budget and project management. |
| 07/21/11 | L. Selba | L110 | 1.00 | Continue review of Florida documents. |
| 07/26/11 | L. Selba | L110 | 0.50 | Communicate with Ohio contact re trivalent chromium submissions; compile submissions provided by Ohio contact. |
| 07/27/11 | L. Selba | L110 | 1.80 | Review Ohio trivalent chromium exclusion submissions and responses. |
| 07/28/11 | L. Selba | L110 | 4.00 | Review Florida trivalent chromium exclusion documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143599
August 24, 2011
PAGE   3

| Date | Name | Task | Hours | Description |
|---|---|---|---|---|
| 07/29/11 | L. Selba | L110 | 3.80 | Review Florida documents; communicate with Michigan and Minnesota contacts; begin review of Wisconsin documents re trivalent chromium exclusion. |

                      **Total Hours :**        26.90

                      **Total Fees :**        $7,502.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143599
August 24, 2011
PAGE   4

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 3.70 | $460.00 | $1,702.00 |
| L. Selba | Associate | 23.20 | $250.00 | $5,800.00 |
|  |  |  | **Total Fees:** | **$7,502.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 23.20 | $5,800.00 |
| L120 | 3.70 | $1,702.00 |
| Total L100 | 26.90 | $7,502.00 |
|  |  |  |
| **Total Fees :** | **26.90** | **$7,502.00** |

**Summary by Disbursement Codes :**

**TOTAL DUE :**          **$7,502.00**