# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

August 24, 2011
Client/Matter #   01246-012629
Invoice # 143438
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

| | |
|---|---:|
| Express Delivery | 13.78 |
| Copying | 31.80 |
| Postage | 7.68 |
| Total Disbursements : | $53.26 |
| TOTAL DUE : | $53.26 |