## EXHIBIT A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT
ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR
THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011**

## CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant monitored docket activity.

## CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant reviewed Debtors' motion to enter into Zonolite/US settlement agreement.

## COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors.

## FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and filed its fee applications.

## FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

## HEARINGS (TASK CODE NO. 015)

Applicant reviewed agenda prepared for various hearings for the benefit of the Committee as necessary.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant reviewed plan modifications and amendments and continued to participate in the pursuit of appeals from the Bankruptcy Court's confirmation order.

## VALUATION (TASK CODE NO. 22)

Applicant performed research regarding valuation of claims.

## ZAI SCIENCE TRIAL (TASK CODE NO. 24)

Applicant executed a confidentiality agreement with regard to ZAI Science trial.

## OTHER (TASK CODE NO. 025)

Applicant  reviewed and retrieved miscellaneous pleadings and memos.