**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 18, 2011 at 4:00 p.m.** |
| | **Hearing date: To be scheduled only if objections are timely filed and served.** |

**ONE-HUNDRED ELEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2011 through April 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$23,882.80 (80% of $29,853.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$10.00** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred eleventh monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

DM3\1828155.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |

### SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 14.50 | $12,107.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 19.90 | $14,825.50 |
| Richard W. Riley | Partner/15 years | $590.00 | 3.20 | $1,888.00 |
| Catherine M. Dooley | Paralegal | $245.00 | 0.50 | $122.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 5.20 | $910.00 |
| **Total** | | | **43.30** | **$29,853.50** |

### COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claim Analysis Objection Resolution (Non-Asbestos) (06) | 0.60 | $447.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 2.70 | $2,254.50 |
| Fee Applications, Applicant (12) | 1.40 | $245.00 |
| Fee Applications, Other (13) | 3.50 | $612.50 |
| Hearings (15) | 3.60 | $2,511.00 |
| Plan and Disclosure Statement (17) | 19.20 | $13,808.00 |
| Other (25) | 12.30 | $9,975.50 |
| **TOTAL** | **43.30** | **$29,853.50** |

### EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Messenger Service | Parcels | $10.00 |
| **TOTAL** | | **$10.00** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1, 2011 through April 30, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $23,882.80 (80% of allowed fees totaling $29,853.50) and $10.00 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: June 28, 2011
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
      rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

May 6, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1661127                                          IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 19.90 hrs. at | $745.00 /hr. = | $14,825.50 |
| RW RILEY | PARTNER | 3.20 hrs. at | $590.00 /hr. = | $1,888.00 |
| WS KATCHEN | OF COUNSEL | 14.50 hrs. at | $835.00 /hr. = | $12,107.50 |
| S LENKIEWICZ | PARALEGAL | 5.20 hrs. at | $175.00 /hr. = | $910.00 |
| CM DOOLEY | PARALEGAL | 0.50 hrs. at | $245.00 /hr. = | $122.50 |
| | | | | | $29,853.50 |


DISBURSEMENTS
MESSENGER SERVICE                                          10.00
TOTAL DISBURSEMENTS                                                              $10.00

BALANCE DUE THIS INVOICE                                                         $29,863.50


DUANE MORRIS LLP

Duane Morris
May 6, 2011
Page 2

File # K0248-00001                                    INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/15/2011 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO ZONOLITE/US SETTLEMENT AGREEMENT | 0.60 | $447.00 |
| | | | Code Total | 0.60 | $447.00 |

Duane Morris
May 6, 2011
Page 3

File # K0248-00001                                         INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/30/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT ON LONG TERM INCENTIVE PLAN. | 0.20 | $167.00 |
| 4/12/2011 | 007 | WS KATCHEN | PREPARE FOR MEETING WITH COMMITTEE MEMBER. | 0.60 | $501.00 |
| 4/14/2011 | 007 | WS KATCHEN | EMAIL MEMO TO K. PASQUALE. | 0.20 | $167.00 |
| 4/22/2011 | 007 | WS KATCHEN | RESEARCH 2011 WL 1482943 (PLAN ISSUE) MEMO TO STROOCK ON RESEARCH. | 0.40 | $334.00 |
| 4/26/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE/BANK LENDER GROUP APPEAL BRIEF. | 1.30 | $1,085.50 |
| | | | Code Total | 2.70 | $2,254.50 |

Duane Morris
May 6, 2011
Page 4

File # K0248-00001                                          INVOICE #  1661127
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/12/2011 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR MARCH 2011 | 0.20 | $35.00 |
| 4/20/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 109TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| 4/28/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 110TH MONTHLY FEE APPLICATION FOR MARCH 2011 (.5); EFILE SAME (.2) | 0.70 | $122.50 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
May 6, 2011
Page 5

File # K0248-00001                                          INVOICE #  1661127
     W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/4/2011 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE'S 84TH INTERIM FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); RECEIPT OF CAPSTONE'S 84TH INTERIM FEE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 4/5/2011 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 85TH MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/20/2011 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO STROOCK & STROOCK & LAVAN'S 119TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD AS-FILED COPY TO D. MOHOMMAD BY EMAIL (.1) | 0.60 | $105.00 |
| 4/28/2011 013 | S LENKIEWICZ | RECEIPT OF STROOCK'S 120TH MONTHL FEE APPLICATION AND FINALIZE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/29/2011 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 86TH MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 4/29/2011 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 84TH AND 85TH MONTHLY FEE APPLICATIONS (.1); PREPARE CERTIFICATES OF NO OBJECTION RE SAME (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| | | Code Total | 3.50 | $612.50 |

Duane Morris
May 6, 2011
Page 6

File # K0248-00001                                               INVOICE #  1661127
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/12/2011 | 015 | S LENKIEWICZ | TELEPHONE CALL TO COURTCALL RE FEE HEARING REGISTRATION FOR M. LASTOWSKI | 0.30 | $52.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | ATTEND W.R. GRACE HEARING | 1.20 | $894.00 |
| 4/18/2011 | 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $74.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $74.50 |
| 4/18/2011 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 1.90 | $1,415.50 |
| | | | Code Total | 3.60 | $2,511.00 |

Duane Morris
May 6, 2011
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1661127

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/14/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: SCHEDULING ORAL ARGUMENT | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | ERVIEW STATEMENT OF STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM LENDERS' COUNSEL RE: FINAL STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW AND APPROVE FINAL STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FINAL STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | REVIEW DEBTORS' JOINT DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $149.00 |
| 4/1/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: FILING OF STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/1/2011 | 017 | RW RILEY | REVIEW BANKS' AND COMMITTEE' JOINT STATEMENT OF ISSUES ON APPEAL | 0.40 | $236.00 |
| 4/2/2011 | 017 | MR LASTOWSKI | E-MAIL FROM D. KOGUT RE: AXA APPEAL | 0.10 | $74.50 |
| 4/2/2011 | 017 | MR LASTOWSKI | REVIEW AXA STATEMENT OF ISSUES ON APPEAL | 0.10 | $74.50 |
| 4/4/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: SCHEDULING ORDER | 0.10 | $74.50 |
| 4/4/2011 | 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.10 | $74.50 |
| 4/5/2011 | 017 | MR LASTOWSKI | REVIEW ADDITIONAL DESIGNATIONS OF RECORD ON APPEAL | 0.30 | $223.50 |
| 4/6/2011 | 017 | MR LASTOWSKI | ANALYSIS OF APPELLATE ISSUES | 1.20 | $894.00 |
| 4/8/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: ACCESS TO CONFIDENTIAL INFORMATION | 0.10 | $74.50 |
| 4/8/2011 | 017 | MR LASTOWSKI | REVIEW CONFIDENTIALITY FORM | 0.10 | $74.50 |
| 4/12/2011 | 017 | MR LASTOWSKI | REVIEW ARROWOOD DESIGNATION OF RECORD | 0.10 | $74.50 |

Duane Morris
May 6, 2011
Page 8

File # K0248-00001                                        INVOICE # 1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/12/2011 | 017 | MR LASTOWSKI | REVIEW APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD | 0.20 | $149.00 |
| 4/13/2011 | 017 | MR LASTOWSKI | REVIEW JOINTLY DESIGNATED RECORD | 0.60 | $447.00 |
| 4/14/2011 | 017 | MR LASTOWSKI | REVIEW DOCKET RE: ADDITIONAL APPELLATE FILINGS | 0.30 | $223.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: DISTRICT COURT BRIEF | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DISTRICT COURT BRIEF | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: BRIEFING SCHEDULE | 0.10 | $74.50 |
| 4/18/2011 | 017 | MR LASTOWSKI | REVIEW LETTER FROM K. MAJKOWSKI TO JUDGE BUCKHALTER RE: CROSS-APPEALS | 0.10 | $74.50 |
| 4/19/2011 | 017 | MR LASTOWSKI | REVIEW MOTION FOR APPOINTMENT OF ZAI PLAN ADMINISTRATOR | 0.10 | $74.50 |
| 4/20/2011 | 017 | MR LASTOWSKI | REVIEW MOTION TO EXCEED PAGE LIMIT FOR BRIEFING | 0.10 | $74.50 |
| 4/20/2011 | 017 | RW RILEY | COMMUNICATE WITH CO-COUNSEL AND COUNSEL FOR BANKS REGARDING MOTION TO EXCEED PAGE LIMITS ON OPENING BRIEF | 0.40 | $236.00 |
| 4/21/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO FILE BRIEF UNDER SEAL | 0.20 | $149.00 |
| 4/22/2011 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION TO EXCEED PAGE LIMIT | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. GREEN R RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM R.RILEY RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. GREEN (2ND) RE: FILING OF APPELLATE BRIEFS | 0.10 | $74.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | REVIEW AND APPROVE DEBTORS' AND LENDERS' JOINT APPELLATE BRIEF | 2.70 | $2,011.50 |
| 4/25/2011 | 017 | MR LASTOWSKI | REVIEW DRAFT OF COMMITTEE BRIEF | 0.60 | $447.00 |
| 4/25/2011 | 017 | RW RILEY | REVIEW LIBBY CLAIMANTS' APPEAL BRIEF | 0.80 | $472.00 |
| 4/25/2011 | 017 | RW RILEY | REVIEW AND SIGN OFF ON COMMITTEE'S AND BANK LENDERS GROUP'S OPENING APPEAL BRIEF | 1.60 | $944.00 |

Duane Morris
May 6, 2011
Page 9

File # K0248-00001                                    INVOICE #  1661127
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK OPENING APPELLATE BRIEF | 1.20 | $894.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW AXA OPENING APPELLATE BRIEF | 1.20 | $894.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPENING APPELLATE BRIEF | 0.90 | $670.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S OPENING APPELLATE BRIEF | 1.30 | $968.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S OPENING APPELLATE BRIEF | 0.80 | $596.00 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW STATE OF GEICO'S OPENING APPELLATE BRIEF | 0.70 | $521.50 |
| 4/26/2011 | 017 | MR LASTOWSKI | REVIEW BNSF'S OPENING APPELLATE BRIEF | 0.40 | $298.00 |
| 4/28/2011 | 017 | MR LASTOWSKI | REVIEW COURT'S SCHEDULING ORDER | 0.10 | $74.50 |
| | | | Code Total | 19.20 | $13,808.00 |

Duane Morris
May 6, 2011
Page 10

File # K0248-00001                                    INVOICE #  1661127
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/4/2011 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS DESIGNATION OF RECORD ON APPEAL. | 1.10 | $918.50 |
| 4/4/2011 | 025 | WS KATCHEN | REVIEW JOINT STATEMENT OF OCC AND BANK LENDER GROUP RE: ISSUES TO BE PRESENTED ON APPEAL. | 0.20 | $167.00 |
| 4/4/2011 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: ISSUES TO BE PRESENTED ON APPEAL. | 0.20 | $167.00 |
| 4/7/2011 | 025 | WS KATCHEN | RESEARCH 2011 WL 1195895 ON CONFIRMATION ISSUES. | 0.80 | $668.00 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW AXA BELGIUM'S ISSUES ON APPEAL. | 0.10 | $83.50 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (1) BY HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | 0.10 | $83.50 |
| 4/11/2011 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (2) STATE OF MONTANA. | 0.10 | $83.50 |
| 4/12/2011 | 025 | WS KATCHEN | REVIEW BNSF BY DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL. | 0.30 | $250.50 |
| 4/12/2011 | 025 | WS KATCHEN | RESEARCH DERIVATE CLAIMS ISSUE - 3D CIRCUIT. | 1.20 | $1,002.00 |
| 4/12/2011 | 025 | WS KATCHEN | ATTENTION TO APPEAL OF CONFIRMATION ISSUES. | 0.90 | $751.50 |
| 4/13/2011 | 025 | WS KATCHEN | REVIEW STATEMENT OF ISSUES ON APPEAL - GARLOCK AND ANDRESON. | 0.10 | $83.50 |
| 4/13/2011 | 025 | WS KATCHEN | REVIEW STATEMENT OF ISSUES ON APPEAL MEMORIAL HOSPITAL. | 0.10 | $83.50 |
| 4/14/2011 | 025 | WS KATCHEN | RESEARCH FOR PLAN. | 0.80 | $668.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW NOTICE OF FILING JOINT DESIGNATION OF RECORD. | 0.20 | $167.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW OBJECTION TO ILLINOIS DEBT OF REVENUE CLAIM ISO. | 0.20 | $167.00 |
| 4/18/2011 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE CONSENT ORDER WITH UJS EPA RE: ZONOLITE ROAD SITE GEORGINE. | 0.20 | $167.00 |
| 4/26/2011 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING COPIES OF BRIEFS FROM GARLOCK V. W. R. GRACE & CO., ET AL. FOR WKATCHEN | 0.50 | $122.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (I) GARLOCK SEALING. | 0.70 | $584.50 |

Duane Morris
May 6, 2011
Page 11

File # K0248-00001                                              INVOICE #  1661127
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (II) AXA BELGIUM. | 0.50 | $417.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (III) LIBBY CLAIMANTS. | 0.70 | $584.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (IV) STATE OF MONTANA. | 0.50 | $417.50 |
| 4/27/2011 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (V) BNSF RULING. | 0.50 | $417.50 |
| 4/28/2011 | 025 | WS KATCHEN | ADDITIONAL ATTENTION TO ISSUES ON APPEALS OF CONFIRMATION ORDER. | 2.30 | $1,920.50 |
| | | | Code Total | 12.30 | $9,975.50 |

Duane Morris
May 6, 2011
Page 12

File # K0248-00001                                    INVOICE #  1661127
     W.R. GRACE & CO.


                               TOTAL SERVICES                43.30    $29,853.50

Duane Morris
May 6, 2011
Page 13

File # K0248-00001                                           INVOICE #  1661127
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| | TOTAL DISBURSEMENTS | | $10.00 |

Duane Morris
May 6, 2011
Page 14

File # K0248-00001                                          INVOICE #  1661127
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 19.90 | 745.00 | 14,825.50 |
| 02585 | RW RILEY | PARTNER | 3.20 | 590.00 | 1,888.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 14.50 | 835.00 | 12,107.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.20 | 175.00 | 910.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.50 | 245.00 | 122.50 |
| | | | 43.30 | | $29,853.50 |