**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  July 18, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED TWELFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **May 1, 2011 through May 31,**<br>**2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$13,168.00 (80% of $16,460.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$211.76** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred twelfth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02–6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

DM3\1828182.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |

DM3\1828182.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 3.90 | $3,256.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 10.70 | $7,971.50 |
| Richard W. Riley | Partner/15 years | $590.00 | 7.80 | $4,602.00 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 3.60 | $630.00 |
| **Total** | | | **26.00** | **$16,460.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 1.20 | $210.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.40 | $334.00 |
| Employment Applications, Other (10) | 0.40 | $70.00 |
| Fee Applications, Applicant (12) | 0.60 | $162.00 |
| Fee Applications, Other (13) | 1.50 | $262.50 |
| Plan and Disclosure Statement (17) | 18.40 | $12,499.00 |
| Other (25) | 3.50 | $2,922.50 |
| **TOTAL** | **26.00** | **$16,460.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Travel – Local | | $37.74 |
| Court Costs | | $37.00 |
| Court Search Service | | $25.52 |
| Printing & Duplicating | Internal | $111.50 |
| **TOTAL** | | **$ 211.76** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May 1, 2011 through May 31, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $13,168.00 (80% of allowed fees totaling $16,460.00) and $211.76 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: June 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            rwriley@duanemorris.com

– and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 6, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1667809          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.70 hrs. at | $745.00 /hr. = | $7,971.50 | |
| RW RILEY | PARTNER | 7.80 hrs. at | $590.00 /hr. = | $4,602.00 | |
| WS KATCHEN | OF COUNSEL | 3.90 hrs. at | $835.00 /hr. = | $3,256.50 | |
| S LENKIEWICZ | PARALEGAL | 3.60 hrs. at | $175.00 /hr. = | $630.00 | |
| | | | | | $16,460.00 |

DISBURSEMENTS
| | | |
|---|---|---|
| COURT COSTS | 37.00 | |
| COURT SEARCH SERVICE | 25.52 | |
| PRINTING & DUPLICATING | 111.50 | |
| TRAVEL - LOCAL | 37.74 | |
| TOTAL DISBURSEMENTS | | $211.76 |

BALANCE DUE THIS INVOICE                    $16,671.76

Duane Morris
June 6, 2011
Page 2

File # K0248-00001                                          INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/13/2011 | 004 | S LENKIEWICZ | REVIEW 2002 SERVICE LIST AND DOCKET AND REVISE SERVICE LIST | 1.20 | $210.00 |
| | | | Code Total | 1.20 | $210.00 |

Duane Morris
June 6, 2011
Page 3

File # K0248-00001                                     INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/3/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.30 | $250.50 |
| 5/23/2011 | 007 | WS KATCHEN | REVIEW SECOND CAPSTONE MEMO. | 0.10 | $83.50 |
| | | | Code Total | 0.40 | $334.00 |

Duane Morris
June 6, 2011
Page 4

File # K0248-00001                                    INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/23/2011 | 010 | S LENKIEWICZ | EMAILS TO/FROM D. MOHAMMAD RE E-FILING OF CAPSTONE'S QUARTERLY FEE APPLICATION (.2); EMAIL TO OFFICE SERVICES RE SAME (.1); EMAIL TO D. MARRA RE SAME (.1) | 0.40 | $70.00 |
| | | | Code Total | 0.40 | $70.00 |

Duane Morris
June 6, 2011
Page 5

File # K0248-00001                                                INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/10/2011 | 012 | MR LASTOWSKI | REVIEW FEE AUDITORS COMBINED REPORT | 0.10 | $74.50 |
| 5/23/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 110TH MONTHLY FEE APPLICATION FOR MARCH 2011 (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| | | | Code Total | 0.60 | $162.00 |

Duane Morris
June 6, 2011
Page 6

File # K0248-00001                                              INVOICE #  1667809
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/23/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE 120TH MONTHLY FEE APPLICATION OF SSL FOR MARCH 2011 (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.3); PREPARE CERTIFICATE OF NO OBJECTION RE 86TH MONTHLY FEE APPLICATION OF CAPSTONE FOR MARCH 2011 (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.00 | $175.00 |
| 5/31/2011 | 013 | S LENKIEWICZ | FINALIZE STROOCK & STROOCK & LAVAN'S 121ST MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 1.50 | $262.50 |

Duane Morris
June 6, 2011
Page 7

File # K0248-00001                                          INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/12/2011 | 017 | MR LASTOWSKI | ANALYSIS OF LENDER APPELLATE ISSUES | 1.40 | $1,043.00 |
| 5/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONSOLIDATING BRIEFING | 0.10 | $74.50 |
| 5/24/2011 | 017 | MR LASTOWSKI | E-MAIL FROM D. ROSEN RE: CONSOLIDATING BRIEFING | 0.10 | $74.50 |
| 5/24/2011 | 017 | MR LASTOWSKI | ANALYSIS OF LENDER CONFIRMATION ISSUES | 0.80 | $596.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: BRIEF ADDRESSING LENDER ISSUES | 0.10 | $74.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' BRIEF ON INSURANCE ISSUES | 0.80 | $596.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' BRIEF IN SUPPORT OF AN ORDER PERMITTING CONSOLIDATED BRIEFING | 0.10 | $74.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW GARLOCK BRIEF | 0.20 | $149.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW BRIEF OF FUTURE CLAIMS REPRESENTATIVE | 0.30 | $223.50 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW TRAVELER'S BRIEF | 0.40 | $298.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | REVIEW CNA COMPANIES BRIEF | 0.60 | $447.00 |
| 5/25/2011 | 017 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL RE: FILING MOTION TO FILE CONSOLIDATED BRIEF | 0.20 | $149.00 |
| 5/25/2011 | 017 | RW RILEY | REVIEW BRIEF FOR APPELLEES CNA COMPANIES AND PLAN PROPONENTS APPELLEES ANSWERING BRIEF ON INSURANCE ISSUES | 2.10 | $1,239.00 |
| 5/26/2011 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: CONFORMED BRIEF | 0.10 | $74.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | ANALYSIS OF DEBTORS' BRIEF ON LENDER ISSUES AND OF EXHIBITS/CASES IN SUPPORT THEREOF | 2.30 | $1,713.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | E-MAIL FROM COURT RE: REPLY DEADLINES | 0.10 | $74.50 |
| 5/26/2011 | 017 | MR LASTOWSKI | REVIEW ARROWOOD LIMITED REPLY TO LIBBY BRIEF | 0.30 | $223.50 |
| 5/26/2011 | 017 | RW RILEY | REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' BRIEF ON BANK LENDER ISSUES; REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' MAIN BRIEF | 3.40 | $2,006.00 |
| 5/31/2011 | 017 | MR LASTOWSKI | ANALYSIS AND REVIEW DEBTORS' CONSOLIDATED ANSWERING MEMORANDUM | 2.70 | $2,011.50 |

Duane Morris
June 6, 2011
Page 8

File # K0248-00001                                  INVOICE #  1667809
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/31/2011 | 017 | RW RILEY | FURTHER REVIEW AND ANALYZE PLAN PROPONENTS APPELLEES' MAIN BRIEF | 2.30 | $1,357.00 |
| | | | Code Total | 18.40 | $12,499.00 |

Duane Morris
June 6, 2011
Page 9

File # K0248-00001                                    INVOICE #  1667809
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/3/2011 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $167.00 |
| 5/5/2011 | 025 | WS KATCHEN | REVIEW LATEST 3D CIR. OPINION - APPELLATE STANDING ISSUE. | 0.90 | $751.50 |
| 5/5/2011 | 025 | WS KATCHEN | EMAIL TO STROOCK. | 0.20 | $167.00 |
| 5/6/2011 | 025 | WS KATCHEN | RESEARCH AND EMAIL STROOCK. | 1.20 | $1,002.00 |
| 5/17/2011 | 025 | WS KATCHEN | REVIEW LATEST W.D. PA OPINION - 2011 WL 1085673 PRODUCTS CLAIM V. OWENS CORNING. | 0.30 | $250.50 |
| 5/23/2011 | 025 | WS KATCHEN | REVIEW BUSINESS PLAN CAPSTONE REPORT. | 0.70 | $584.50 |
| | | | Code Total | 3.50 | $2,922.50 |

Duane Morris
June 6, 2011
Page 10

File # K0248-00001                                    INVOICE #  1667809
        W.R. GRACE & CO.


                              TOTAL SERVICES          26.00    $16,460.00

Duane Morris
June 6, 2011
Page 11

File # K0248-00001                                    INVOICE #  1667809
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 5/31/2011 | TRAVEL - LOCAL | | 37.74 |
| | | Total: | $37.74 |
| 5/31/2011 | COURT COSTS | | 37.00 |
| | | Total: | $37.00 |
| 5/31/2011 | COURT SEARCH SERVICE | | 25.52 |
| | | Total: | $25.52 |
| 5/31/2011 | PRINTING & DUPLICATING | | 111.50 |
| | | Total: | $111.50 |
| | TOTAL DISBURSEMENTS | | $211.76 |

Duane Morris
June 6, 2011
Page 12

File # K0248-00001                                         INVOICE #  1667809
    W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 10.70 | 745.00 | 7,971.50 |
| 02585 | RW RILEY | PARTNER | 7.80 | 590.00 | 4,602.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.90 | 835.00 | 3,256.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.60 | 175.00 | 630.00 |
| | | | 26.00 | | $16,460.00 |