**EXHIBIT D**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  September 1, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED THIRTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **June 1, 2011 through June 30,<br>2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$23,292.00 (80% of $29,115.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$1,137.17** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred thirteenth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

DM3\1864227.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

DM3\1864227.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |

DM3\1864227.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 17.40 | $14,529.00 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 4.90 | $3,650.50 |
| Richard W. Riley | Partner/15 years | $590.00 | 17.20 | $10,148.00 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 4.50 | $787.50 |
| **Total** | | | **44.00** | **$29,115.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 1.60 | $1,336.00 |
| Fee Applications, Applicant (12) | 2.00 | $350.00 |
| Fee Applications, Other (13) | 2.50 | $437.50 |
| Hearings (15) | 10.10 | $8,424.50 |
| Plan and Disclosure Statement (17) | 22.00 | $13,724.00 |
| ZAI Science Trial (24) | .20 | $167.00 |
| Other (25) | 5.60 | $4,676.00 |
| **TOTAL** | **44.00** | **$29,115.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Travel | Amtrak | $150.00 |
| Court Search Service | | $12.18 |
| Meeting Expense | | $45.25 |
| Printing & Duplicating | Parcels | $929.74 |
| **TOTAL** | | **$1,137.17** |

DM3\1864227.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period June 1, 2011 through June 30, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $23,292.00 (80% of allowed fees totaling $29,115.00) and $1,137.17 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: August 11, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:    mlastowski@duanemorris.com
           rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:    wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

July 06, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1676356            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 4.90 | hrs. at | $745.00 | /hr. = | $3,650.50 |
| RW RILEY | PARTNER | 17.20 | hrs. at | $590.00 | /hr. = | $10,148.00 |
| WS KATCHEN | OF COUNSEL | 17.40 | hrs. at | $835.00 | /hr. = | $14,529.00 |
| S LENKIEWICZ | PARALEGAL | 4.50 | hrs. at | $175.00 | /hr. = | $787.50 |
| | | | | | | $29,115.00 |

DISBURSEMENTS
AMTRAK                                          $150.00
COURT SEARCH SERVICE                            $12.18
MEETING EXPENSE                                 $45.25
PRINTING & DUPLICATING - EXTERNAL              $929.74
TOTAL DISBURSEMENTS                                          $1,137.17

BALANCE DUE THIS INVOICE                                     $30,252.17

Duane Morris
July 06, 2011
Page 2

File # K0248-00001                                    INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 6/3/2011 007 | WS KATCHEN | ATTENTION TO CONFIDENTIALITY AGREEMENT RESPOND TO STROOCK. | 0.30 | $250.50 |
| 6/10/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO RE: CURTIS BAY FACILITY. | 0.20 | $167.00 |
| 6/24/2011 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBERS. | 0.50 | $417.50 |
| 6/27/2011 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH L.KRUGER RE: CONFIRMATION CASE STATUS AND PLAN ISSUES. | 0.20 | $167.00 |
| 6/27/2011 007 | WS KATCHEN | TELEPHONE CALL WITH K. PASQUALE RE: CHAPTER 11 CASE. | 0.20 | $167.00 |
| 6/29/2011 007 | WS KATCHEN | REPLY ON CREDITOR'S INQUIRY. | 0.20 | $167.00 |
| | | Code Total | 1.60 | $1,336.00 |

Duane Morris
July 06, 2011
Page 3

File # K0248-00001                                      INVOICE# 1676356
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/22/2011 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 40TH QUARTERLY FEE APPLICATION | 0.50 | $87.50 |
| 6/28/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 111TH MONTHLY FEE APPLICATION FOR APRIL 2011 (.4); EFILE SAME (.2); PREPARE DUANE MORRIS' 112TH MONTHLY FEE APPLICATION FOR MAY 2011 (.4); EFILE SAME (.2) | 1.20 | $210.00 |
| 6/29/2011 012 | S LENKIEWICZ | CONTINUED PREPARATION OF QUARTERLY FEE APPLICATION | 0.30 | $52.50 |
| | | Code Total | 2.00 | $350.00 |

Duane Morris
July 06, 2011
Page 4

File # K0248-00001                                    INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/7/2011 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 87TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME(.2) FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 6/13/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN 39TH QUARTERLY FEE APPLICATION (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 28TH QUARTERLY (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2); PREPARE NOTICES OF WITHDRAWAL RE CERTIFICATIONS OF NO OBJECTION (.1); REVISE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN 39TH QUARTERLY (.1); REFILE CERTIFICATES OF NO OBJECTION (.2); EFILE NOTICES OF WITHDRAWAL (.2); FORWARD AS-FILED COPIES OF CORRECTED CERTIFICATIONS OF NO OBJECTION TO D. MOHAMMAD (.1) | 1.50 | $262.50 |
| 6/28/2011 013 | S LENKIEWICZ | FINALIZE STROOCK & STROOCK & LAVAN'S 122ND MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | Code Total | 2.50 | $437.50 |

Duane Morris
July 06, 2011
Page 5

File # K0248-00001                                    INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/16/2011 015 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: OMNIBUS HEARINGS | 0.10 | $74.50 |
| 6/28/2011 015 | WS KATCHEN | ATTEND HEARING ON APPEAL FROM CONFIRMATION - TRAVEL @ 1/2. COURT HEARING. | 9.50 | $7,932.50 |
| 6/29/2011 015 | WS KATCHEN | UPDATE APPEAL FROM CONFIRMATION. | 0.50 | $417.50 |
| | | Code Total | 10.10 | $8,424.50 |

Duane Morris
July 06, 2011
Page 6

File # K0248-00001                                    INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/14/2011 017 | MR LASTOWSKI | REVIEW BANK LENDERS REPLY BRIEF | 0.80 | $596.00 |
| 6/15/2011 017 | MR LASTOWSKI | REVIEW AND APPROVE MOTION FOR LEAVE TO FILE A REPLY BRIEF | 0.20 | $149.00 |
| 6/20/2011 017 | MR LASTOWSKI | REVIEW LENDERS' NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 6/24/2011 017 | MR LASTOWSKI | TELEPHONE CALL FROM W. KATCHEN RE: ORAL ARGUMENT | 0.10 | $74.50 |
| 6/27/2011 017 | MR LASTOWSKI | REVIEW CONFIRMATION APPEAL BRIEFS IN CONNECTION WITH ORAL ARGUMENT | 3.20 | $2,384.00 |
| 6/27/2011 017 | RW RILEY | REVIEW BANK LENERS/COMMITTEE ISSUE BRIEFING AND PREPARE FOR ORAL ARGUMENT ON PLAN CONFIRMATION APPEAL | 4.70 | $2,773.00 |
| 6/28/2011 017 | RW RILEY | PREPARE FOR ORAL ARGUMENT ON CONFIRMATION APPEAL BEFORE JUDGE BUCKWALTER. | 2.20 | $1,298.00 |
| 6/28/2011 017 | RW RILEY | ATTEND ORAL ARGUMENT ON CONFIRMATION APPEAL BEFORE JUDGE BUCKWALTER | 6.00 | $3,540.00 |
| 6/29/2011 017 | MR LASTOWSKI | REVIEW STATUS OF HEARING ON CONFIRMATION ISSUES | 0.40 | $298.00 |
| 6/29/2011 017 | RW RILEY | ATTEND ORAL ARGUMENT ON PLAN CONFIRMATION APPEAL | 4.30 | $2,537.00 |
| | | Code Total | 22.00 | $13,724.00 |

Duane Morris
July 06, 2011
Page 7

File # K0248-00001                                          INVOICE# 1676356
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/6/2011 024 | WS KATCHEN | REVIEW WR GRACE EXECUTED CONFIDENTIALITY AGREEMENT. | 0.20 | $167.00 |
| | | Code Total | 0.20 | $167.00 |

Duane Morris
July 06, 2011
Page 8

File # K0248-00001                                         INVOICE# 1676356
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/1/2011 025 | WS KATCHEN | ADDITIONAL REVIEW/ANALYSIS APPEAL BRIEF BY PLAN PROPONENTS (BANK LENDERS PLAN ISSUES). | 1.30 | $1,085.50 |
| 6/3/2011 025 | WS KATCHEN | INTERNAL E-MAIL TO M. LASTOWSKI. | 0.10 | $83.50 |
| 6/6/2011 025 | WS KATCHEN | REVIEW DEBTORS CLAIMS SETTLEMENT NOTICE EPA. | 0.20 | $167.00 |
| 6/10/2011 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE 'TIPA PATENTS'. | 0.20 | $167.00 |
| 6/16/2011 025 | WS KATCHEN | REVIEW CAPSTONE'S REPORT. | 0.30 | $250.50 |
| 6/17/2011 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY TO LIBBY ON BRIEFING. | 0.10 | $83.50 |
| 6/17/2011 025 | WS KATCHEN | ATTENTION TO DEBTOR'S MAIN APPEAL BRIEF - RE: LIBBY. | 0.70 | $584.50 |
| 6/24/2011 025 | WS KATCHEN | SCHEDULING HEARING ON APPEAL. | 0.20 | $167.00 |
| 6/27/2011 025 | WS KATCHEN | REVIEW SUPPLEMENTAL AUTHORITY IN RE: GEM GROWTH PROSPECTIVE. | 1.30 | $1,085.50 |
| 6/27/2011 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $250.50 |
| 6/28/2011 025 | WS KATCHEN | 2 TELEPHONE CALL WITH CREDITOR RE: CASE STATUS. | 0.40 | $334.00 |
| 6/29/2011 025 | WS KATCHEN | SCHEDULING. | 0.20 | $167.00 |
| 6/29/2011 025 | WS KATCHEN | REPLY TO CREDITOR'S INQUIRY ON APPEAL. | 0.30 | $250.50 |
| | | Code Total | 5.60 | $4,676.00 |
| | | TOTAL SERVICES | 44.00 | $29,115.00 |

Duane Morris
July 06, 2011
Page 9

File # K0248-00001                                    INVOICE# 1676356
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 06/30/2011 | PRINTING & DUPLICATING - EXTERNAL | | 929.74 |
| | | Total: | $929.74 |
| | | | |
| 06/30/2011 | MEETING EXPENSE | | 45.25 |
| | | Total: | $45.25 |
| | | | |
| 06/24/2011 | TRAIN TRAVEL - W KATCHEN TRANSPORTATION ON 6/28/ 2011 FROM NEWARK, NJ TO PHILADELPHIA, PA TKT: 79 9024 | | 150.00 |
| | | Total: | $150.00 |
| | | | |
| 06/30/2011 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | | | |
| | | TOTAL DISBURSEMENTS | $1,137.17 |

Duane Morris
July 06, 2011
Page 10

File # K0248-00001                                                      INVOICE# 1676356
          W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 4.90 | 745.00 | $3,650.50 |
| 02585 | RW RILEY | PARTNER | 17.20 | 590.00 | $10,148.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 17.40 | 835.00 | $14,529.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.50 | 175.00 | $787.50 |
| | | | 44.00 | | $29,115.00 |