**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date:  October 24, 2011 |
| | ) | Response Deadline:  October 17, 2011 |

<u>**NOTICE OF MOTION AND HEARING**</u>

PLEASE TAKE NOTICE THAT on September 19, 2011, INTRAWEST CALIFORNIA HOLDINGS, INC., INTRAWEST RETAIL GROUPS, INC., 22 STATION DEVELOPMENT CORPORATION, FIRST ASCENT DEVELOPMENT CORPORATION AND INTRAWEST CORPORATION ("INTRAWEST") have filed a Motion for Relief from Stay Under 11 U.S.C. §362(d) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), which seeks the following relief:  INTRAWEST seeks to obtain relief from the automatic stay to proceed with the current state court action and collect any judgment from any available insurance, up to the limits of such insurance.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for INTRAWEST on or before **October 17, 2011.**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

HEARING ON THE MOTION WILL BE HELD On October 24, 2011, at 9:00 a.m.

Dated:  September 19, 2011

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

  /s/ Tracy A. Burleigh
Tracy A. Burleigh, Esquire  (ID#: 3609)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899
Telephone: (302) 552-4304
Facsimile: (302) 651-7905
Email: taburleigh@mdwcg.com

and

**LINCOLN, GUSTAFSON & CERCOS**
Darcie A. Frounfelter, Esquire
225 Broadway, Suite 2000
San Diego, CA  92101
Telephone: (619) 233-1150
Facsimile : (619) 233-6949
Email: dfrounfelter@lgclawoffice.com

Attorneys for Intrawest California Holdings, Inc., Intrawest Retail Groups, Inc., 22 Station Development Corporation, First Ascent Development Corporation and Intrawest Corporation

15/1232438.v1