**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date:  October 24, 2011** |
| | ) | **Response Deadline:  October 17, 2011** |

<u>**ORDER**</u>

Having read and considered the Motion of INTRAWEST CALIFORNIA HOLDINGS, INC., INTRAWEST RETAIL GROUPS, INC., 22 STATION DEVELOPMENT CORPORATION, FIRST ASCENT DEVELOPMENT CORPORATION and INTRAWEST CORPORATION ("INTRAWEST"), for Relief from Automatic Stay Under 11 U.S.C. §362, including the accompanying Memorandum of Points & Authorities in support of INTRAWESTS's Motion, the Declaration of Darcie A. Frounfelter, and upon consideration of the arguments presented at the hearing on the instant motion on October 24, 2011 at 9:00 a.m., and upon finding of good cause therefore,

IT IS HEREBY ORDERED that INTRAWEST is granted relief from automatic stay under 11 U.S.C. §362, and that INTRAWEST is allowed to proceed with its action against W.R. GRACE CO.-CONN ("GRACE") in the action in the California Superior Court in the County of Placer.

IT IS FURTHER ORDERED that if INTRAWEST obtains a judgment against GRACE, the judgment shall be paid by GRACE's insurers, and to the extent such a judgment exceeds any

available insurance proceeds, INTRAWEST shall put forth its claim for the excess as a creditor in the pending bankruptcy action.

Dated:_____, 2011

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

15/1232401.v1