# Exhibit A

# W.R. Grace – 40th Interim Period (January 1, 2011 – March 31, 2011)
## Fee and Expense Chart with Recommendations
### Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26938　　　　TOTAL: | $440,943.00 | ($1,471.63) | $440,943.00 | ($1,471.63) |

| AUSTERN, DAVID T. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27446　　　　TOTAL: | $3,200.00 | $824.40 | $3,200.00 | $824.40 |

| BAER HIGGINS FRUCHTMAN LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27021　　　　TOTAL: | $341,872.50 | $20,419.72 | $340,732.50 | $20,407.62 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27298　　　　TOTAL: | $18,745.50 | $150.90 | $18,745.50 | $150.90 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27025　　　　TOTAL: | $36,438.00 | $3,051.54 | $36,438.00 | $3,051.54 |

| BLACKSTONE ADVISORY SERVICES  L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26923　　　　TOTAL: | $475,000.00 | $4,611.86 | $475,000.00 | $4,611.86 |

1

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27224 | TOTAL: | $87,384.50 | $6,728.24 | $87,384.50 | $6,728.24 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26937 | TOTAL: | $54,692.00 | $7,059.74 | $54,692.00 | $7,059.74 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26965 | TOTAL: | $154,283.25 | $3,906.41 | $154,283.25 | $3,906.41 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26986 | TOTAL: | $245,534.50 | $541.52 | $245,534.50 | $541.52 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26956 | TOTAL: | $41,162.00 | $40,252.47 | $41,162.00 | $40,252.47 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26939 | TOTAL: | $62,819.00 | $0.00 | $62,819.00 | $0.00 |

2

| DAY PITNEY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27275            TOTAL: | $2,775.50 | $0.00 | $2,775.50 | $0.00 |

| DELOITTE TAX LLP (Combined 39th and 40th)[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27366            TOTAL: | $64,439.35 | $107.47 | $64,439.35 | $107.47 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27253            TOTAL: | $71,736.00 | $1,669.02 | $71,648.50 | $1,614.28 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26968            TOTAL: | $44,706.00 | $2,116.13 | $44,706.00 | $2,116.13 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26932            TOTAL: | $38,056.50 | $43.15 | $38,056.50 | $43.15 |

| HILL, R. KARL (Seitz, Van Ogtrop & Green, P.A.) (Combined 31st through 40th)[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26912            TOTAL: | $5,355.00 | $4.80 | $4,755.00 | $4.80 |

---

[1] The Thirty-Ninth Interim Period encompasses October through December 2010.
[2] Mr. Hill's Application covers the period of September 29, 2008 through March 31, 2011.

3

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26928          TOTAL: | $47,053.00 | $2,214.13 | $47,053.00 | $2,214.13 |

| HOLME ROBERTS & OWEN, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27409          TOTAL: | $4,604.50 | $2,613.93 | $4,604.50 | $2,613.93 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26936          TOTAL: | $1,419,734.00 | $40,150.39 | $1,418,667.00 | $39,971.39 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26996          TOTAL: | $54,094.50 | $2,044.81 | $54,094.50 | $2,044.81 |

| LAUZON BÉLANGER LESPÉRANCE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26931          TOTAL: | CDN $14,764.40 | CDN $2,159.47 | CDN $14,764.40 | CDN $2,159.47 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26940          TOTAL: | $18,212.50 | $0.00 | $18,212.50 | $0.00 |

4

| LINCOLN PARTNERS ADVISORS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26945 | TOTAL: | $145,000.00 | $626.82 | $145,000.00 | $626.82 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26908 | TOTAL: | CDN $65,112.00 | CDN $760.44 | CDN $65,112.00 | CDN $760.44 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26946 | TOTAL: | $480,156.25 | $14,901.02 | $480,156.25 | $14,626.02 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27110 | TOTAL: | $144,358.50 | $140,813.53 | $144,358.50 | $140,813.53 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $818,206.96 | $28,019.63 | $818,206.96 | $28,019.63 |

| PRICEWATERHOUSECOOPERS LLP (Controls Optimization Project – March 2010) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $0.00 | $2,828.72 | $0.00 | $2,828.72 |

5

| PRICEWATERHOUSECOOPERS LLP (Controls Optimization Project – April-May 2010) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $26,876.76 | $374.50 | $26,876.76 | $374.50 |

| PRICEWATERHOUSECOOPERS LLP (Controls Optimization Project – June 2010) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $20,792.56 | $105.00 | $20,792.56 | $105.00 |

| PRICEWATERHOUSECOOPERS LLP (2010 Darex Puerto Rico Audit) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $67,003.30 | $618.15 | $67,003.30 | $618.15 |

| PRICEWATERHOUSECOOPERS LLP (Shared Services Project) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26935 | TOTAL: | $44,428.80 | $1,403.26 | $44,428.80 | $1,403.26 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26927 | TOTAL: | $77,833.00 | $15,542.94 | $77,833.00 | $15,542.94 |

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26902 | TOTAL: | $52,585.00 | $2,957.53 | $52,585.00 | $2,957.53 |

6

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26900 | TOTAL: | $17,955.00 | $1,583.39 | $17,955.00 | $1,331.61 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26995 | TOTAL: | $39,214.50 | $540.01 | $38,964.50 | $399.58 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26929 | TOTAL: | CDN $41,490.00 | CDN $7,860.55 | CDN $41,490.00 | CDN $7,860.55 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26930 | TOTAL: | $67,775.75 | $1,150.62 | $67,775.75 | $1,150.62 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27305 | TOTAL: | $6,875.50 | $15.31 | $6,875.50 | $15.31 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26959 | TOTAL: | $278,180.75 | $4,905.64 | $278,180.75 | $4,905.64 |

7

| VENABLE LLP (37th)[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27487 | TOTAL: | $11,500.00 | $165.52 | $11,500.00 | $165.52 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 26895 | TOTAL: | $23,929.00 | $260.00 | $23,929.00 | $260.00 |

---

[3] The Thirty-Seventh Interim Period encompasses April through June 2010.

8