# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## JUNE 1, 2011 THROUGH JUNE 30, 2011[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/01/11 22 | Memos with A. Marchetta on case issues; review client and URS memo; notice from NJDEP; forward to A. Marchetta; memo on LSRP program | W. Hatfield | 0.4 | 174.00 |
| 06/10/11 22 | Follow up regarding e-mails concerning moving site into LSRP program | A. Marchetta | 0.3 | 201.00 |
| 06/11/11 22 | Review URS memo on site accepted into LSRP; forward to A. Marchetta | W. Hatfield | 0.1 | 43.50 |
| 06/20/11 22 | Review proposal regarding remediation | A. Marchetta | 0.3 | 201.00 |
| 06/20/11 22 | Review memo from URS and forward to case team | W. Hatfield | 0.1 | 43.50 |
| 06/21/11 22 | Review e-mail from client and follow up with W. Hatfield regarding conference with client on remediation proposal | A. Marchetta | 0.4 | 268.00 |
| 06/21/11 22 | Address client and URS memos on schedule and access issues; URS proposal; forward to case team | W. Hatfield | 0.3 | 130.50 |
| 06/22/11 22 | Review URS proposal; confer W. Hatfield; participate in conference call with W. Hatfield and client. | C. Donovan | 1.0 | 460.00 |
| 06/22/11 | Review e-mails and follow up regarding decisions on remediation plan with DEP | | | |

---

[2] Legend for Day Pitney LLP's fees:
22 = Environmental matters/regulations/litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | 22 | A. Marchetta | 0.3 | 201.00 |
| 06/22/11 | Review URS memo on proposal; call with clients on access agreement and strategy issues on RR | | | |
| | 22 | W. Hatfield | 0.3 | 130.50 |
| 06/23/11 | LSRP issue and follow up with W. Hatfield | | | |
| | 22 | A. Marchetta | 0.2 | 134.00 |
| 06/27/11 | Update A. Marchetta on matter; memo to C. Donovan on LSRP issues and access | | | |
| | 22 | W. Hatfield | 0.4 | 174.00 |
| 06/27/11 | Follow up regarding remediation plan | | | |
| | 22 | A. Marchetta | 0.4 | 268.00 |
| 06/27/11 | Email exchange with W. Hatfield. | | | |
| | 22 | C. Donovan | 0.1 | 46.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 1.10 | 460.00 | 506.00 |
| W. Hatfield | 1.60 | 435.00 | 696.00 |
| A. Marchetta | 1.90 | 670.00 | 1,273.00 |
| TOTALS | 4.60 | | 2,475.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 22 | 1.9 | 670.00 | 1,273.00 |
| C. Donovan | 22 | 1.1 | 460.00 | 506.00 |
| W. Hatfield | 22 | 1.6 | 435.00 | 696.00 |
| TOTAL | | 4.6 | | 2,475.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 06/21/11 | Review, revise and follow up with J. Gates regarding DP's April 2011 Fee Application | | | |
| B160 | S. Zuber | | 0.2 | 105.00 |
| 06/21/11 | Draft and finalize fee application for April 2011; e-mails to/from S. Zuber regarding same; e-mail fee application to L. Oberholzer for filing with court | | | |
| B160 | J. Gates | | 1.2 | 390.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.20 | 525.00 | 105.00 |
| J. Gates | 1.20 | 325.00 | 390.00 |
| TOTALS | 1.40 | | 495.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Gates | B160 | 1.2 | 325.00 | 390.00 |
| S. Zuber | B160 | 0.2 | 525.00 | 105.00 |
| TOTAL | | 1.4 | | 495.00 |