IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2011, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

### PLEASE NOTE THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**CONTINUED MATTERS:**

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

    b.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents:

    a.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to October 24, 2011, at 9:00 a.m.

2.    Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785)

Response Deadline: May 6, 2011, at 4:00 p.m.

Responses Received:

    a.    Response of Illinois Department of Revenue to Debtor's Objection to Claim No. 150 [Filed: 5/6/11] (Docket No. 26891)

Related Documents:

    a.    [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

Status: This matter is continued to October 24, 2011, at 9:00 a.m.

**UNCONTESTED MATTERS:**

3.    Motion for Entry of an Order Providing for the Return of Certain Pleadings and an order Filed Under Seal to Debtors' Counsel for Destruction [Filed: 8/22/11] (Docket No. 27498)

Response Deadline: August 22, 2011, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

    a.    [Proposed] Providing for the Return of Certain Pleadings and an order Filed Under Seal to Debtors' Counsel for Destruction [Filed: 8/22/11] (Docket No. 27498, Exhibit A)

    b.    Certification of No Objection Regarding Motion for Entry of an Order Providing for the Return of Certain Pleadings and an order Filed Under Seal to Debtors' Counsel for Destruction [Filed: 9/12/11] (Docket No. 27578)

**Status: The Court has indicated that it will enter an order on this matter.**

## QUARTERLY FEE APPLICATIONS:

4.    Fortieth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2011 through March 31, 2011

Related Documents:

    a.    Certification of Counsel Regarding Fortieth Quarter Project Category Summary **[Filed: 9/19/11] (Docket No. 27619)**

    b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fortieth Period **[Filed: 9/19/11] (Docket No. 27620)**

    c.    **[Signed] Order Approving Quarterly Fee Applications for the Fortieth Period [Filed: 9/20/11] (Docket No. 27622)**

**Status:** The Court has entered an order on this matter.

Dated: September 21, 2011

KIRKLAND & ELLIS LLP
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E O'Neill* (signature)

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession