By-Request - for Bankruptcy-Chapter-11.-Status;

Date - 8-24-11

U.S. Bankruptcy Court - Clerk
District of Delaware
824 - North Market St., - 3rd Floor
Wilmington, Delaware (19801)

Ref.: "Civil-Action" - W.R. Grace & Co., (et-al) Ch.-11;
"Case-No.," - 01-01139 - Jointly-adm., (JKF);

Subj.: "Creditor - Burrell Johnson, JR., #00241395-A
(addressee) 2664 (FM) 2054 - Mark W. Michael,
Tennessee-Colony, TX (75886)

Dear-Clerk;
Hello - I am The above and aforementioned Creditor,
I would like To ask (By-Request) for The - above
Civil-Action-Status (as well as) a-Copy of all
Parties on The-official Service-List - Please;

(Next - Page)

P.-1,

"U.S. Declaration";

(or) "Pursuant-To-Title-18 § 28-U.S.C. §1746";
(or) "Notarization-State-Seal";

"I. Declare and verify-Under-Penalty of Perjury" Under The-Laws of The United-States and The State of Texas, That The foregoing Is True and Correct.

"Executed-On", (8-24-11) ;
(Date)

"Respectfully - Submitted",


By; U.S. Veteran,
   Burrell Johnson, Jr.,

2.