**UNITED STATES BANKRUPTCY COURT**
Office of the Clerk, District of Delaware
824 Market Street
Wilmington, DE 19801

To:   Burrell Johnson, Jr. (No.) 00241395-A
      2664 (FM) 2054 - Mark W. Michael Unit
      Tennessee - Colony, TX 75886

From: United States Bankruptcy Court
      District of Delaware
      824 N. Market Street
      3rd Floor
      Wilmington, DE 19801

RE:   W.R. Grace, Bankr. No. 01-1139

Dear Mr. Burrell,

   Pursuant to your letter of August 24, 2011, enclosed is a copy of the service list in W.R. Grace. Because you requested the status of the case a copy of the docket is also enclosed.

                              Very truly yours,

                              *S. Stiles*

                              S. Stiles, Deputy Clerk