## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 26959** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 26959

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Fortieth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2011 through March 31, 2011* (the "Application") [Docket No. 26959] filed on May 19, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 9, 2011 at 4:00 p.m.

Dated: September 22, 2011
      Wilmington, Delaware

                                            */s/ Michael R. Lastowski*
                                            Michael R. Lastowski (DE 3892)
                                            Richard W. Riley (DE 4052)
                                            DUANE MORRIS LLP
                                            222 Delaware Avenue, Suite 1600
                                            Wilmington, DE 19801-1246
                                            Telephone:    (302)-657-4900
                                            Facsimile:     (302)-657-4901
                                            Email:         mlastowski@duanemorris.com
                                                                     rwriley@duanemorris.com

                                            *Co-Counsel for the Official*
                                            *Committee of Unsecured Creditors*

DM3\1915907.1