**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related to Docket No. 26986** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 26986

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Twenty-Ninth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2011 through March 31, 2011* (the "Application") [Docket No. 26986] filed on May 24, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 9, 2011 at 4:00 p.m.

Dated: September 22, 2011
      Wilmington, Delaware

      */s/ Michael R. Lastowski*
      Michael R. Lastowski (DE 3892)
      Richard W. Riley (DE 4052)
      DUANE MORRIS LLP
      222 Delaware Avenue, Suite 1600
      Wilmington, DE 19801-1246
      Telephone:  (302)-657-4900
      Facsimile:  (302)-657-4901
      Email:  mlastowski@duanemorris.com
            rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\1815252.1