## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Re Docket No. 27170 |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 27170

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Eleventh Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2011 through April 30, 2011** [Docket No. 27170] (the "Application") filed on June 28, 2011.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than July 18, 2011 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1915837.1

Case 01-01139-AMC    Doc 27636    Filed 09/22/11    Page 2 of 2

2

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $23,882.80, which represents eighty percent (80%) of the requested compensation of $29,853.50, and one hundred percent (100%) of expenses of $10.00 without further order from the court.

Dated: September 22, 2011  
      Wilmington, Delaware

/s/ Michael R. Lastowski  
Michael R. Lastowski (DE 3892)  
DUANE MORRIS LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE 19801-1246  
Telephone:  (302)-657-4942  
Facsimile:  (302)-657-4901  
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

2

DM3\1915837.1