## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 27414 |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 27414

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Fourteenth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2011 through July 30, 2011** [Docket No. 27414] (the "Application") filed on August 11, 2011.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than September 1, 2011 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1915864.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $5,346.40, which represents eighty percent (80%) of the requested compensation of $6,683.00, and one hundred percent (100%) of expenses of $69.92 without further order from the court.

Dated: September 22, 2011  */s/ Michael R. Lastowski*
      Wilmington, Delaware  Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:    (302)-657-4901
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*