# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 27381 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 27381
(SIXTH QUARTERLY APPLICATION OF THE HOGAN FIRM
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL
FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM APRIL 1, 2011, THROUGH JUNE 30, 2011)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2011, through June 30, 2011 (the "Application").   The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, August 22, 2011[1].

Dated: September 22, 2011        Respectfully submitted,

                   By:    */s/ Daniel K. Hogan*
                          Daniel K. Hogan (DE Bar No. 2814)
                          THE HOGAN FIRM
                          1311 Delaware Avenue
                          Wilmington, Delaware 19806
                          Telephone: 302.656.7540
                          Facsimile: 302.656.7599
                          Email: dkhogan@dkhogan.com
                          **Counsel to the Representative Counsel As Special
                          Counsel for the Canadian ZAI Claimants**

---

[1] The applicant may have received informal comments from the fee auditor, but no final report has been received from the fee auditor.