IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5 and the below certification, counsel moves the admission *pro hac vice* of Darcie A. Frounfelter, Esquire to represent Intrawest California Holdings, Inc., Intrawest Retail Groups, Inc., 22 Station Development Corporation, First Ascent Development Corporation and Intrawest Corporation in this action.

Dated: 9/21, 2011

Tracy A. Burleigh, Esquire (ID#: 3609)
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4304
Facsimile: (302) 651-7905
Email: taburleigh@mdwcg.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California, and pursuant to District Court Local Rule 83.6, submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 21, 2011

Darcie A. Frounfelter, Esquire
Lincoln, Gustafson & Cercos
225 Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 233-1150
Facsimile : (619) 233-6949
Email: dfrounfelter@lgclawoffice.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: 9/23, 2011

Judith K. Fitzgerald
United States Bankruptcy Court Judge

SJS

15/1233983.v1