**EIGHTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED** <u>**(FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011)**</u>

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 6/1/2011 through 6/30/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 5.70 | $4,332.00 |
| S. Cunningham | Member | $760 | 17.60 | $13,376.00 |
| R. Frezza | Member | $670 | 49.90 | $33,433.00 |
| J. Dolan | Consultant | $445 | 124.20 | $55,269.00 |
| O. Freidzon | Research Managing Director | $275 | 3.50 | $962.50 |
| J. Bloom | Consultant | $270 | 9.40 | $2,538.00 |
| M. Desalvio | Research | $175 | 1.00 | $175.00 |
| C. Lister | Research Consultant | $125 | 2.00 | $250.00 |
| M. Viola | Paraprofessional | $120 | 0.90 | $108.00 |
| P. Foose | Paraprofessional | $120 | 1.70 | $204.00 |
| **For the Period 6/1/2011 through 6/30/2011** | | | **215.90** | **$110,647.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
**Summary of Fees by Task Code**
**For the Period 6/1/2011 through 6/30/2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of the Project Larch proposed acquisition and prepared a report to the Committee thereon. | 166.40 | $89,610.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed and analyzed Counsel's memo on the environmental claim agreement. | 0.80 | $356.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 5.70 | $2,631.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April and May 2011 monthly fee statements. | 7.70 | $2,802.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the March monthly results and Q1 results, prepared various analyses and prepared a report to the Committee thereon. | 22.40 | $12,132.50 |
| 21. Research | During the Fee Application period, the Applicant prepared peer analysis for 3Q10 report to the Committee and prepared various market analyses for acquisition analysis. | 12.90 | $3,115.50 |
| **For the Period 6/1/2011 through 6/30/2011** | | **215.90** | **$110,647.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/2011 through 6/30/2011

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 6/3/2011 | J. Dolan | 0.60 | Reviewed confidentiality agreement from Counsel. |
| 6/9/2011 | E. Ordway | 0.60 | Read and analyzed data pertaining to potential investment acquisition. |
| 6/9/2011 | J. Dolan | 2.60 | Reviewed presentation for conference call and prepared general questions for Debtors. |
| 6/9/2011 | R. Frezza | 1.90 | Reviewed and analyzed reaction to Project Larch. |
| 6/10/2011 | S. Cunningham | 1.90 | Reviewed information regarding potential acquisition. |
| 6/10/2011 | J. Dolan | 2.60 | Prepared detailed information request related to potential acquisition. |
| 6/10/2011 | J. Dolan | 0.90 | Participated in discussion with Counsel re: potential acquisition issues. |
| 6/10/2011 | J. Dolan | 1.80 | Prepared initial summary of issues related to potential acquisition. |
| 6/10/2011 | J. Dolan | 2.50 | Prepared for and participated in call with Debtors and Blackstone re: potential acquisition. |
| 6/10/2011 | R. Frezza | 2.50 | Participated in discussions re: Project Larch with Counsel.  Prepared and reviewed detailed request list. |
| 6/13/2011 | J. Dolan | 2.90 | Prepared initial summary of issues related to potential acquisition by the Debtors. |
| 6/13/2011 | R. Frezza | 3.00 | Reviewed and analyzed initial information re: Project Larch. |
| 6/13/2011 | R. Frezza | 2.50 | Continued review and analysis of initial information re: Project Larch. |
| 6/13/2011 | J. Dolan | 3.30 | Prepared analyses re: potential acquisition and impact on leverage. |
| 6/13/2011 | J. Dolan | 0.90 | Participated in discussion with team re: potential acquisition and financial impact. |
| 6/14/2011 | J. Dolan | 3.70 | Reviewed and analyzed CIM distributed by Debtors for Project Larch. |
| 6/14/2011 | J. Dolan | 3.10 | Prepared analyses based on financial data received to date for evaluating acquisition. |

Capstone Advisory Group, LLC
Invoice for the 6/1/2011-6/30/2011 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/14/2011 | J. Dolan | 1.60 | Reviewed and analyzed exit financing database to assist in analysis of larger facility. |
| 6/14/2011 | R. Frezza | 3.20 | Reviewed and analyzed Larch CIM in detail in preparation for call with Company. |
| 6/15/2011 | R. Frezza | 1.50 | Conducted call with Blackstone to field initial questions on data received. |
| 6/15/2011 | J. Dolan | 1.80 | Prepared information request re: Project Larch and sent to Blackstone. |
| 6/15/2011 | R. Frezza | 2.20 | Continued to review and analyze Larch CIM in detail in preparation for call with Company. |
| 6/16/2011 | J. Dolan | 2.40 | Prepared for and participated in call with Debtors and Advisors re: Project Larch. |
| 6/16/2011 | J. Dolan | 1.00 | Reviewed presentation prior to call. |
| 6/16/2011 | J. Dolan | 0.90 | Participated in post call discussion with Counsel. |
| 6/16/2011 | J. Dolan | 2.10 | Prepared outline of analysis and report re: Project Larch. |
| 6/17/2011 | J. Dolan | 2.20 | Prepared expanded information request list subsequent to conference call. |
| 6/17/2011 | J. Dolan | 1.10 | Continued analysis of CIM. |
| 6/20/2011 | J. Dolan | 2.40 | Reviewed and analyzed comparable company valuations to assess the value of Project Larch. |
| 6/20/2011 | J. Dolan | 1.70 | Reviewed and analyzed presentation received from Debtors re: Project Eddy. |
| 6/20/2011 | S. Cunningham | 3.5 | Reviewed analyses regarding Project Larch. |
| 6/20/2011 | S. Cunningham | 1.5 | Continued to review Project Larch analysis. |
| 6/20/2011 | J. Dolan | 1.10 | Prepared for and participated in call with Counsel re: acquisition key points. |
| 6/20/2011 | J. Bloom | 1.50 | Created Invested Capital to EBITDA, Revenue and EBIT ratios for comparable companies. |
| 6/20/2011 | J. Dolan | 0.90 | Finalized request list and sent to Blackstone. |
| 6/20/2011 | J. Dolan | 2.20 | Prepared charts and tables for report to the Committee re: Project Larch. |
| 6/20/2011 | R. Frezza | 2.20 | Prepared follow up questions and sent to Blackstone. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/20/2011 | R. Frezza | 2.50 | Reviewed and analyzed data received from Blackstone re: Larch. Conducted conference call with Counsel re: impression re: deal. |
| 6/21/2011 | R. Frezza | 1.40 | Reviewed and analyzed draft motion re: Project Larch. |
| 6/21/2011 | R. Frezza | 2.50 | Continued to review and discuss data re: Larch.  Conducted conference call with Blackstone re: sources and uses. |
| 6/21/2011 | J. Dolan | 3.10 | Reviewed and analyzed motion filed under seal relating to Project Larch. |
| 6/21/2011 | E. Ordway | 1.10 | Prepared/edited report to Committee regarding potential acquisition. |
| 6/21/2011 | R. Frezza | 1.10 | Reviewed and analyzed company presentation re: Eddy.  Conducted conference call with Blackstone re: basis and rationale for Project Eddy. |
| 6/21/2011 | J. Dolan | 0.60 | Reviewed and analyzed Counsel's memo summarizing transaction for Project Larch. |
| 6/21/2011 | J. Dolan | 2.90 | Prepared preliminary report to the Committee related to Project Larch. |
| 6/21/2011 | S. Cunningham | 2.4 | Reviewed Project Larch data. |
| 6/21/2011 | S. Cunningham | 2.6 | Continued to review Project Larch data and analysis. |
| 6/21/2011 | J. Dolan | 1.20 | Discussed and researched market growth rates to determine validity of projections. |
| 6/22/2011 | J. Dolan | 2.30 | Researched new money and high yield leverage multiples related to Project Larch. |
| 6/22/2011 | J. Dolan | 3.40 | Prepared report to the Committee re: Project Larch. |
| 6/22/2011 | R. Frezza | 2.50 | Reviewed and analyzed motion under seal re: Larch. |
| 6/22/2011 | R. Frezza | 2.00 | Continued review of motion under seal re: Project Larch. |
| 6/23/2011 | J. Dolan | 1.30 | Prepared work plan for Project Larch acquisition. |
| 6/23/2011 | R. Frezza | 3.90 | Prepared for and participated in conference call with E. Filon and Blackstone re: tax and cash repatriations issues related to Larch. |
| 6/23/2011 | J. Dolan | 2.40 | Reviewed second corrected Exhibit 12 of POR in connection with proforma financials after acquisition. |
| 6/23/2011 | J. Dolan | 2.30 | Prepared report to the Committee re: Project Larch. |
| 6/23/2011 | S. Cunningham | 1.80 | Reviewed information regarding Potential Acquisition. |
| 6/23/2011 | J. Dolan | 1.40 | Prepared for and participated in call with Tax Senior Management to discuss acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/23/2011 | J. Bloom | 1.50 | Created EV to EBITDA, EBIT and revenue multiples for comparable transactions. |
| 6/23/2011 | J. Dolan | 0.50 | Discussed with Counsel re: preliminary views of the acquisition. |
| 6/23/2011 | J. Dolan | 1.20 | Reviewed and analyzed declarations filed re: acquisition. |
| 6/23/2011 | E. Ordway | 0.70 | Directed staff in analyzing industry data regarding new financing. |
| 6/24/2011 | R. Frezza | 2.80 | Reviewed and analyzed declarations and related additional documents re: Larch. |
| 6/24/2011 | J. Dolan | 1.90 | Prepared report to the Committee on Project Larch. |
| 6/25/2011 | J. Dolan | 3.80 | Prepared report to the Committee related to Project Larch. |
| 6/25/2011 | J. Dolan | 2.90 | Prepared various analyses of the proposed acquisition for report to the Committee. |
| 6/26/2011 | J. Dolan | 3.30 | Prepared report to the Committee including various analyses of the acquisition. |
| 6/26/2011 | J. Dolan | 3.60 | Prepared commentary to report on Project Larch. |
| 6/27/2011 | J. Dolan | 2.90 | Updated report based on changes and discussions internally. |
| 6/27/2011 | J. Dolan | 3.20 | Prepared analysis of multiples and comparable companies related to proposed acquisition. |
| 6/27/2011 | R. Frezza | 2.90 | Prepared detailed analyses and completed preliminary report re: Project Larch. |
| 6/27/2011 | R. Frezza | 1.20 | Issued draft of Project Larch report to Counsel. |
| 6/28/2011 | J. Dolan | 1.50 | Finalized report on proposed acquisition and distributed to Committee. |
| 6/28/2011 | J. Dolan | 3.30 | Prepared report to the Committee incorporating Counsel comments. |
| 6/29/2011 | J. Dolan | 1.50 | Reviewed analysis re: proposed acquisition. |
| 6/29/2011 | R. Frezza | 3.50 | Reviewed additional data received re: project Larch. |
| 6/29/2011 | E. Ordway | 0.40 | Reviewed data applicable to proposed acquisitions. |
| 6/30/2011 | J. Dolan | 1.70 | Prepared for and participated in call with Committee re: Project Larch. |
| 6/30/2011 | R. Frezza | 3.10 | Reviewed additional data received re: project Larch. Prepared for and participated in call with Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 166.40 | |
| **03. Claims Analysis & Valuation** | | | |
| 6/9/2011 | J. Dolan | 0.80 | Reviewed and analyzed Counsel's memo re: environmental claim agreement. |
| Subtotal | | 0.80 | |
| **04. Creditor Committee Matters** | | | |
| 6/1/2011 | J. Dolan | 3.10 | Reviewed and analyzed Debtors' response to default interest issues. |
| 6/6/2011 | J. Dolan | 1.20 | Reviewed and analyzed recent docket submissions. |
| 6/8/2011 | E. Ordway | 0.30 | Call with a claimholder inquiring about case status and recent operating performance. |
| 6/21/2011 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| Subtotal | | 5.70 | |
| **07. Fee Applications & Invoices** | | | |
| 6/6/2011 | M. Viola | 0.40 | Prepared 4-2011 fee statement. |
| 6/6/2011 | E. Ordway | 0.20 | Prepared fee application. |
| 6/6/2011 | J. Dolan | 1.50 | Prepared 4-2011 fee statement. |
| 6/7/2011 | J. Dolan | 1.00 | Finalized and filed 4-2011 fee statement. |
| 6/10/2011 | P. Foose | 1.30 | Preparation of 5-2011 fee statement. |
| 6/13/2011 | J. Dolan | 1.10 | Prepared 5-2011 fee statement. |
| 6/13/2011 | E. Ordway | 0.20 | Prepared fee application. |
| 6/17/2011 | J. Dolan | 0.80 | Prepared 5-2011 fee statement. |
| 6/17/2011 | P. Foose | 0.30 | Preparation of 5-2011 fee statement. |
| 6/23/2011 | P. Foose | 0.10 | Preparation of 5-2011 fee statement. |
| 6/27/2011 | E. Ordway | 0.30 | Prepared fee applications. |
| 6/28/2011 | M. Viola | 0.50 | Prepared 5-2011 fee statement. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| Subtotal | | 7.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/2/2011 | J. Dolan | 3.30 | Continued to prepare 1Q11 results report to the Committee. |
| 6/3/2011 | E. Ordway | 0.90 | Prepared/edited Quarterly report to the Committee. |
| 6/6/2011 | J. Dolan | 2.90 | Prepared commentary for 1Q11 report to the Committee. |
| 6/7/2011 | J. Dolan | 1.50 | Reviewed final 1Q report to the Committee. |
| 6/7/2011 | S. Cunningham | 2.10 | Reviewed Q1 Financial Results. |
| 6/8/2011 | S. Cunningham | 1.80 | Reviewed Q1 Financial Results. |
| 6/9/2011 | J. Dolan | 1.60 | Reviewed and analyzed financial advisor data in 3-2011 statements and incorporated it into the report. |
| 6/9/2011 | J. Dolan | 2.20 | Finalized 1Q11 report to the Committee and distributed for internal review. |
| 6/14/2011 | J. Dolan | 1.30 | Prepared report to the Committee on 1Q11 results incorporating internal comments and distributed to Counsel for review. |
| 6/14/2011 | E. Ordway | 0.40 | Reviewed current peer group data and valuation multiples. |
| 6/15/2011 | J. Dolan | 0.60 | Updated 1Q11 report. |
| 6/16/2011 | J. Dolan | 1.10 | Reviewed final 1Q11 report incorporating Counsel's comments. |
| 6/16/2011 | R. Frezza | 1.50 | Reviewed 1Q11 report to Committee, discussed comments with Counsel and issued report. |
| 6/16/2011 | J. Dolan | 0.60 | Distributed 1Q11 report to the Committee. |
| 6/17/2011 | E. Ordway | 0.60 | Edit to final quarterly report to the Committee. |
| Subtotal | | 22.40 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/20/2011 | O. Freidzon | 0.50 | Reviewed market research on leverage for recent financing deals. |
| 6/20/2011 | J. Bloom | 1.20 | Researched companies in the specialty chemical and catalyst industry. |
| 6/20/2011 | J. Bloom | 0.40 | Reviewed report on global polyolefin catalysts and cross-referenced it to screening results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/20/2011 | J. Bloom | 2.00 | Reviewed the business descriptions of screening results for either inclusion or exclusion for a comparable companies set. |
| 6/20/2011 | J. Bloom | 0.40 | Ran Capital IQ screens for comparable companies. |
| 6/21/2011 | M. Desalvio | 1.00 | Confirmed Polyolefin growth rate projections. |
| 6/21/2011 | O. Freidzon | 0.50 | Researched chemical industry outlook. |
| 6/23/2011 | J. Bloom | 0.60 | Ran transaction screens for specialty chemical companies. |
| 6/23/2011 | O. Freidzon | 2.00 | Researched Specialty Chemicals M&A and provided recent financial information for proposed acquisition analysis. |
| 6/23/2011 | J. Bloom | 1.80 | Reviewed target's business description to determine if the company should be included in a comparable companies set. |
| 6/24/2011 | O. Freidzon | 0.50 | Researched high yield deals. |
| 6/24/2011 | C. Lister | 2.00 | Researched high yield deals. |
| Subtotal | | 12.90 | |
| **Total Hours** | | **215.90** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2011 through 6/30/2011**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 6/7/2011 | Capstone Expense | Pacer | $8.40 |
| | | | |
| Subtotal - Research | | | $8.40 |
| **Telecom** | | | |
| 6/6/2011 | Capstone Expense | June Telecom - Saddle Brook Office | $248.34 |
| | | | |
| Subtotal - Telecom | | | $248.34 |
| **For the Period 6/1/2011 through 6/30/2011** | | | $256.74 |