IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Objection Deadline: October 17, 2011 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-EIGHTH MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>AUGUST 1, 2011 THROUGH AUGUST 31, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | August 1, 2011 through August 31, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,696.00 |
| 80% of fees to be paid: | $2,956.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |
| Total Fees @ 80% and 100% Expenses: | $2,956.80 |

This is an:  __  interim   X   monthly   __  final application.

**COMPENSATION SUMMARY**
**August 2011**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (26 years) FCAS | $715 | 2.40 | $1,716.00 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 5.50 | $1,980.00 |
| **Total Blended Rate: $467.85** | | | **7.90** | **$3,696.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 7.90 | $3,696.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| **August 2011 – Grand Total** | |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: September 12, 2011