# EXHIBIT A

# AUGUST 2011

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 8/4/2011 | 0.70 | $715 | $500.50 | Discussion with Orrick regarding case status, TDP, and cash flow analysis |
| Jenni Biggs | 8/25/2011 | 1.00 | $715 | $715.00 | Discussion with Orrick regarding cash flow analysis and Libby claims; review Libby Form 2019s |
| Jenni Biggs | 8/26/2011 | <u>0.70</u> | $715 | <u>$500.50</u> | Design Libby summaries; discuss with analyst; review workpapers |
| | | 2.40 | | $1,716.00 | |
| Julianne Callaway | 8/26/2011 | <u>5.50</u> | $360 | <u>$1,980.00</u> | Create various summaries of Libby data |
| | | 5.50 | | $1,980.00 | |
| | | 7.90 | | $3,696.00 | |