# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# AUGUST 1-31, 2011



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 14, 2011
Client No. 17367
Invoice No. 1327806

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through August 31, 2011 in connection with the matters described on the attached pages: | $ | 217,453.75 |
| DISBURSEMENTS as per attached pages: | | 4,824.26 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 222,278.01 |

Matter(s): 17367/11, 12, 13, 15, 5, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$423,814.60
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* *Dept 34461* *P.O. Box 39000* *San Francisco, CA 94139* *Reference: 17367/ Invoice: 1327806* | ***ACH& Wire Transfers:*** ***ABA Number 121000248*** ***SWIFT CODE: WFBIUS6S*** ***Account Number: 4123701088*** *Wells Fargo* *420 Montgomery Street* *San Francisco, CA 94104* *Account of* *Orrick, Herrington & Sutcliffe LLP* *Reference: 17367/ Invoice: 1327806* *E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP* *c/o Wells Fargo Lockbox* *Attn: Dept 34461* *3440 Walnut Avenue* *Building A, Window H* *Fremont, CA 94538* *(213) 614-3248* *Reference: 17367/ Invoice: 1327806* |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

September 14, 2011
Invoice No. 1327806

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 14, 2011
Client No. 17367
Invoice No. 1327806

Orrick Contact: Roger Frankel

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter: 5 - Due Diligence**

| 08/01/11 | R. Frankel | Review Grace post-confirmation quarterly financial report filed with Court. | 0.40 |
|---|---|---|---|
| 08/02/11 | R. Frankel | Review memo from Lincoln regarding 2nd quarter results, compare to Grace release. | 0.40 |
| 08/11/11 | R. Wyron | Review and destroy Larch materials and follow-up e-mails re same. | 0.40 |
| 08/11/11 | R. Frankel | Series of e-mails regarding destruction of Project Larch documents (.4); sort through e-mails to comply with destruction requirement (.5). | 0.90 |
| 08/24/11 | R. Wyron | Call with J. Radecki re Grace business issue and follow-up (.3); confer with R. Frankel re Grace business issue (.2). | 0.50 |
| 08/25/11 | R. Wyron | Review and respond to e-mails re business matter (.3); confer with D. Felder re same (.2). | 0.50 |
| 08/26/11 | R. Wyron | Review materials for call with Debtors (.8); call re business issue with Debtors and FAs and follow-up (1.1). | 1.90 |
| 08/26/11 | R. Frankel | Review materials from Blackstone regarding proposed financial transaction (1.2); telephone conference with R. Wyron regarding same (.3). | 1.50 |
| 08/26/11 | R. Frankel | Telephone conference with Grace advisors, committees, etc. regarding possible financial transaction (.7); notes regarding same (.2). | 0.90 |
| 08/26/11 | R. Frankel | Review and prepare notes regarding Grace presentation. | 1.10 |
| 08/29/11 | D. Fullem | Research Grace business issue for D. Felder. | 1.00 |
| 08/30/11 | R. Wyron | Call with Lincoln re business issues and follow-up (.7); calls to other counsel (.3). | 1.00 |
| 08/30/11 | R. Frankel | Review Grace presentation in preparation for call with Lincoln (.5); telephone conference with J. Radecki, J. Solganick, R. Wyron, D. Felder (.6). | 1.10 |
| 08/30/11 | R. Frankel | Review pros and cons of proposed financial transaction (.5); telephone conference with R. Wyron regarding same (.3). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

September 14, 2011
Invoice No. 1327806

| 08/31/11 | R. Wyron | Review status of business issues (.3); calls to and from counsel for other parties and R. Frankel re issues (.7). | 1.00 |
|---|---|---|---|
| 08/31/11 | R. Frankel | Preliminary review, series of e-mails regarding Grace strategic plan. | 0.60 |
| 08/31/11 | R. Frankel | Telephone conference with D. Blakey regarding Grace's proposed financial transaction (.3); telephone conference with R. Wyron regarding same and follow-up (.3); e-mails regarding conference call (.2). | 0.80 |
| 08/31/11 | R. Frankel | Telephone conference with J. Donley regarding proposed financial transaction (.4); telephone call with J. Baer regarding same (.3). | 0.70 |

|  | Total Hours | 15.50 |  |
|---|---|---|---|
|  | Total For Services |  | $13,832.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 9.20 | 985.00 | 9,062.00 |
| Debra O. Fullem | 1.00 | 265.00 | 265.00 |
| Richard H. Wyron | 5.30 | 850.00 | 4,505.00 |
| Total All Timekeepers | 15.50 | $892.39 | $13,832.00 |

**Total For This Matter** $13,832.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

September 14, 2011
Invoice No. 1327806

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/11 | I. Mirkin | Legal research on Libby Claimants' vested rights theory. | 7.50 |
| 08/01/11 | P. Mahaley | Review draft terms re potential global settlement with objectors to confirmation, approval of insurance settlement. | 0.90 |
| 08/02/11 | I. Mirkin | Legal research on Libby Claimants' vested rights theory. | 8.20 |
| 08/03/11 | I. Mirkin | Legal research on Libby Claimants' vested rights theory. | 9.30 |
| 08/04/11 | I. Mirkin | Research Libby issues (3.3); distinguish cases cited by Libby Claimants (4.7). | 8.00 |
| 08/04/11 | P. Mahaley | Analyze case law re vested right issues. | 2.40 |
| 08/05/11 | I. Mirkin | Distinguish cases cited by Libby Claimants (3.3); conference with P. Mahaley re legal research on Libby Claimants' vested rights theory (.3). | 3.60 |
| 08/05/11 | P. Mahaley | Telephone conference with I. Mirkin re research re vested rights issues. | 0.30 |
| 08/08/11 | I. Mirkin | Legal research on Libby Claimants' vested rights theory. | 5.70 |
| 08/09/11 | P. Mahaley | Prepare for and conduct office conference with R. Wyron re drafting response to Libby argument on appeal re vested rights in proceeds of Grace insurance policies. | 0.80 |
| 08/10/11 | P. Mahaley | Draft portion of brief in opposition to Libby Claimants' appeal brief re approval of CNA settlement regarding vested rights issue (10.6); telephone conference with insurer counsel and ACC counsel re potential settlement issues (.5). | 11.10 |
| 08/11/11 | P. Mahaley | Draft section of brief in opposition to Libby Claimants' appeal of approval of CNA settlement addressing vested rights issue. | 2.70 |
| 08/16/11 | P. Mahaley | Office conference with R. Wyron re comments on draft opposition brief re appeal of approval of CNA settlement (.8); revise draft opposition brief re appeal of approval of CNA settlement (7.2). | 8.00 |
| 08/17/11 | P. Mahaley | Revise draft brief in opposition to appeal of approval of CNA settlement agreement re vested rights issue. | 1.60 |
| 08/18/11 | P. Mahaley | Telephone conferences with R. Frankel and R. Wyron re comments on draft brief in opposition to appeal of approval of CNA settlement (1.0); revise draft brief in opposition to appeal of approval of CNA settlement (1.6). | 2.60 |
| 08/19/11 | J. McLune | Research to obtain books for P. Mahaley. | 1.00 |
| 08/19/11 | P. Mahaley | Revise draft opposition to appeal of approval of CNA settlement agreement and send to L. Esayian. | 0.80 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

September 14, 2011
Invoice No. 1327806

| 08/22/11 | P. Mahaley | Review and analyze draft brief by CNA in opposition to appeal of approval of CNA settlement (.5); respond to comments on Plan Proponents' draft brief (.2). | 0.70 |
|---|---|---|---|
| 08/25/11 | R. Wyron | Review insurance settlement issue and respond to e-mails re same. | 0.20 |
| 08/26/11 | P. Mahaley | Review final draft of appellees' brief in opposition to appeal of approval of CNA settlement. | 0.20 |

|  |  |  |
|---|---|---|
| Total Hours | 75.60 | |
| Total For Services | | $36,236.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 32.10 | 650.00 | 20,865.00 |
| Jennifer L. McLune | 1.00 | 185.00 | 185.00 |
| Inessa M. Mirkin | 42.30 | 355.00 | 15,016.50 |
| Richard H. Wyron | 0.20 | 850.00 | 170.00 |
| Total All Timekeepers | 75.60 | $479.32 | $36,236.50 |

Disbursements
| Telephone | 0.00 | |
|---|---|---|
| Westlaw Research | 1,119.24 | |
| Total Disbursements | | $1,119.24 |

**Total For This Matter**          **$37,355.74**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

September 14, 2011
Invoice No. 1327806

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter:  8 - Litigation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/01/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/01/11 | D. Huynh | Research regarding appeal issues. | 1.90 |
| 08/01/11 | D. Felder | Review issues regarding proposed global settlement and telephone conferences with R. Wyron regarding same (.8); review recently filed documents (.5). | 1.30 |
| 08/01/11 | R. Wyron | Continue work on global settlement issues (3.6); call with R. Frankel re settlement strategy (.4); several calls and e-mails with D. Felder and P. Mahaley re settlement outline and open issues (.6); review MCC indemnity claim analysis and follow-up (1.1). | 5.70 |
| 08/01/11 | R. Frankel | Review R. Wyron memo regarding global settlement structure (.9); telephone conference with R. Wyron regarding same (.5). | 1.40 |
| 08/01/11 | R. Frankel | Review Libby Medical Plan. | 1.60 |
| 08/01/11 | R. Frankel | Prepare notes, chart for global settlement discussions, mediation. | 1.20 |
| 08/01/11 | R. Frankel | Telephone conference with R. Wyron regarding meeting with E. Inselbuch, global settlement issues (.4); prepare chart for meeting with E. Inselbuch (.7). | 1.10 |
| 08/01/11 | R. Frankel | Review K. Orr memo regarding MCC issues. | 1.20 |
| 08/02/11 | D. Fullem | Review e-mail from D. Felder and R. Frankel re Grace's objection to MCC's claim and responses thereto. | 0.80 |
| 08/02/11 | R. Wyron | Work on global settlement and calls re same (2.4); confer with R. Frankel (several times) re settlement timeline (.6); call with P. Lockwood re settlement structure and follow-up (.9); calls with J. Radecki and J. Biggs (.3); call with A. Paul re Libby (.3); review Libby issues (1.3); review MCC analysis (.7). | 6.50 |
| 08/02/11 | R. Frankel | Review Grace objection to MCC proof of claim with exhibits. | 2.10 |
| 08/02/11 | R. Frankel | Prepare notes in preparation for meeting with E. Inselbuch. | 0.40 |
| 08/02/11 | R. Frankel | Confer with E. Inselbuch regarding mediation, settlement issues. | 1.50 |
| 08/02/11 | R. Frankel | Telephone conference with R. Wyron regarding meeting with E. Inselbuch, settlement issues, series of e-mails regarding upcoming meeting. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

September 14, 2011
Invoice No. 1327806

| 08/02/11 | R. Frankel | Telephone conference with D. Austern regarding meeting with E. Inselbuch (.2); prepare notes regarding settlement structure (.5). | 0.70 |
|---|---|---|---|
| 08/02/11 | R. Frankel | Review MCC Response to Objection, Debtors' Reply, MCC Sur-Reply. | 1.30 |
| 08/02/11 | R. Frankel | Telephone conferences with R. Wyron regarding settlement issues, payment percentage. | 0.40 |
| 08/03/11 | D. Fullem | Review e-mail from D. Felder re research of Grace docket; review same for Rule 2019 statements; update D. Felder and R. Wyron re same. | 0.80 |
| 08/03/11 | D. Huynh | Research regarding appeal issues. | 2.40 |
| 08/03/11 | D. Felder | Conferences with R. Wyron regarding update on global settlement issues and follow-up e-mail correspondence and docket review regarding same (.8); telephone conference with I. Mirkin regarding research issues regarding appeal of CNA settlement agreement (.2). | 1.00 |
| 08/03/11 | R. Wyron | Continue work on global settlement (1.9); review prior term sheets and analysis (1.3); review MCC briefing and prior negotiation history (.7); calls (several times) with R. Frankel and follow-up (.8); confer with D. Felder re Tillinghast analysis and follow-up (.6); call with J. Radecki re follow-up (.4); review Libby issue and follow-up (.3). | 6.00 |
| 08/03/11 | R. Frankel | Review pleadings regarding payments under Libby Medical Plan, consider issues surrounding plan. | 0.90 |
| 08/03/11 | R. Frankel | Telephone conferences with R. Wyron regarding Libby medical plan, MCC issues (.4); notes regarding same (.2). | 0.60 |
| 08/03/11 | R. Frankel | Telephone conference with J. Donley regarding meetings (.3); prepare agenda notes for meeting in NYC (.5). | 0.80 |
| 08/03/11 | R. Frankel | Review, consider R. Wyron e-mail regarding MCC appeal of confirmation order (.5); review MCC confirmation objections (.6). | 1.10 |
| 08/03/11 | R. Frankel | Telephone conference with J. Aldock regarding mediation issues (.5); series of e-mails with J. Donley, R. Wyron regarding same (.4); telephone conference with R. Wyron regarding same (.3). | 1.20 |
| 08/03/11 | R. Frankel | Prepare outline for agenda, settlement proposal at Monday mediation discussion. | 1.00 |
| 08/04/11 | D. Huynh | Research and phone call with R. Wyron regarding appeal issues. | 1.50 |
| 08/04/11 | D. Felder | E-mail correspondence regarding Libby issues and follow-up regarding same. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

September 14, 2011
Invoice No. 1327806

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/04/11 | R. Wyron | Prepare for 8/5 meeting (.6); confer with R. Frankel re strategy and follow-up (.5); review equitable mootness cases and follow-up (1.1); call with J. Biggs re analysis (.9); review issues for Libby/BNSF response brief on CNA appeal and respond to e-mails re same (1.1); call with D. Glosband and M. Giannotto re issues (.6). | 4.80 |
| 08/04/11 | R. Frankel | Confer with R. Wyron regarding status and prepare for meeting with J. Donley, E. Inselbuch. | 0.50 |
| 08/05/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/05/11 | D. Huynh | Research regarding appeal issues. | 0.80 |
| 08/05/11 | D. Felder | Review 2Q financial update memorandum from Lincoln. | 0.50 |
| 08/05/11 | R. Wyron | Meet with J. Donley re settlement (.8); meet with E. Inselbuch, J. Donley and R. Frankel re settlement (1.5); revise draft term sheet (.8). | 3.10 |
| 08/05/11 | R. Frankel | Review and prepare notes in preparation for meeting with J. Donley and E. Inselbuch. | 1.20 |
| 08/05/11 | R. Frankel | Confer with J. Donley, R. Wyron re mediation issues, meeting with E. Inselbuch. | 1.20 |
| 08/05/11 | R. Frankel | Confer with E. Inselbuch, J. Donley, R. Wyron, A. Paul (phone) in preparation for mediation session with F. McGovern (1.5); notes re same (.3). | 1.80 |
| 08/05/11 | R. Frankel | Confer with R. Wyron re settlement term sheet (.4); review, consider term sheet from R. Wyron (.5). | 0.90 |
| 08/05/11 | R. Frankel | Review revised term sheet from R. Wyron (.5); prepare notes for mediation session (.3). | 0.80 |
| 08/07/11 | R. Frankel | Preliminary review of draft new rule 4009 and memo from Chambers. | 1.10 |
| 08/08/11 | D. Huynh | Research regarding appeal issues. | 0.40 |
| 08/08/11 | R. Wyron | Confer with R. Frankel re strategy and follow-up (.6); meet with D. Austern (.4); confer with Grace counsel (.5); meet with F. McGovern, CNA, Grace and ACC re mediation (1.9); review and revise term sheet and TDP issues (1.8); review research materials re CNA brief (1.2). | 6.40 |
| 08/08/11 | R. Frankel | Review papers (Smith, Wedoff, Rickard letters and subcommittee and draft response memos) related to proposed Rule 4009. | 1.20 |
| 08/08/11 | R. Frankel | Review revised global settlement terms, files in preparation for mediation session. | 0.90 |
| 08/08/11 | R. Frankel | Confer with D. Austern, J. Donley, A. Paul in preparation for mediation session. | 1.30 |
| 08/08/11 | R. Frankel | Confer with F. McGovern, J. Aldock, E. Inselbuch, D. Austern, R. Wyron, J. Donley in mediation session. | 2.90 |
| 08/08/11 | R. Frankel | Prepare notes re settlement numbers, mediation, structure issues. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

September 14, 2011
Invoice No. 1327806

| 08/08/11 | R. Frankel | Review Libby files re aggregate claims values. | 0.70 |
|---|---|---|---|
| 08/09/11 | D. Felder | Research regarding Libby settlement issues and e-mail to R. Frankel and R. Wyron regarding same. | 3.20 |
| 08/09/11 | R. Wyron | Work on global settlement issues (.9); confer with P. Mahaley on CNA appeal briefs and follow-up (.8); review research on CNA issues (.7); review substantial contribution issues (.4). | 2.80 |
| 08/09/11 | R. Frankel | Review historical reports on Libby claims. | 1.20 |
| 08/09/11 | R. Frankel | Review, modify spreadsheet from R. Wyron re Libby claims (.8); confer with R. Wyron regarding same and review new term sheet (.3). | 1.10 |
| 08/09/11 | R. Frankel | Review revised letter from S. Kohut with FCR's response regarding Rule 4009 (proposed). | 0.50 |
| 08/09/11 | R. Frankel | Review, consider D. Felder memo regarding substantial contribution fees allowed in 3rd circuit (1.4); e-mails regarding same (.2). | 1.60 |
| 08/09/11 | R. Frankel | Review memorandum to T. McKenzie from certain asbestos trusts re proposed Rule 4009. | 0.80 |
| 08/10/11 | D. Felder | E-mail correspondence regarding Project Larch document destruction and follow-up regarding same (.3); e-mail correspondence and follow-up regarding 2019 issues (.2). | 0.50 |
| 08/10/11 | R. Wyron | Work on settlement issues and revise term sheet (2.1); confer and follow-up re Libby issues and 2019 (.6); call with J. Donley and A. Paul re settlement issues and follow-up (.6). | 3.30 |
| 08/10/11 | R. Frankel | Telephone conference with R. Wyron regarding global settlement issues (.4); notes regarding same (.2). | 0.60 |
| 08/11/11 | D. Felder | Conference with R. Wyron regarding update and next steps (.3); e-mail correspondence from R. Frankel and D. Austern regarding Project Larch document destruction issues (.1). | 0.40 |
| 08/11/11 | R. Wyron | Review settlement term sheet and calls re same (.8); review Montana law issues on CNA settlement appeal and follow-up (1.1); confer with P. Mahaley and follow-up (.8); review drafts (1.2); call with P. Mahaley and L. Esayian (.3); call with R. Frankel and e-mails re status (.2). | 4.40 |
| 08/11/11 | R. Frankel | Review, revise global term sheet from R. Wyron (1.2); telephone conference with R. Wyron regarding revisions, next steps (.4). | 1.60 |
| 08/11/11 | R. Frankel | Review spreadsheet of Libby claims sent to E. Inselbuch. | 0.60 |
| 08/12/11 | R. Wyron | Review research on CNA appeal issue (.3); begin review of draft briefs (1.1); work on term sheet issues and calls re same (1.8). | 3.20 |
| 08/12/11 | R. Frankel | Review marked version of term sheet from M. Giannotto. | 0.80 |
| 08/12/11 | R. Frankel | Review draft appellees' brief in CNA settlement appeal. | 2.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

September 14, 2011
Invoice No. 1327806

| | | | |
|---|---|---|---|
| 08/12/11 | R. Frankel | Review and consider comments to global settlement term sheet from A. Paul (.3); e-mails regarding same (.1). | 0.40 |
| 08/15/11 | D. Felder | Review e-mail and attachment regarding Libby issues. | 0.20 |
| 08/15/11 | R. Wyron | Continue review of draft briefs on CNA appeals (.8); confer with P. Mahaley re strategy and follow-up (.6). | 1.40 |
| 08/15/11 | R. Frankel | Review mark-ups, prepare notes regarding global settlement with Libby, BNSF, etc. | 1.10 |
| 08/15/11 | R. Frankel | Review Libby, BNSF briefs in connection with appeal of CNA settlement. | 2.30 |
| 08/15/11 | R. Frankel | Telephone conference with R. Wyron regarding global term sheet, comments from M. Giannotto (.4); prepare notes regarding term sheet (.2). | 0.60 |
| 08/15/11 | R. Frankel | Review Libby Medical Program regarding eligibility requirements. | 0.60 |
| 08/16/11 | D. Fullem | Review and respond to e-mail from D. Felder regarding 11-207 appeal in District Court. | 0.20 |
| 08/16/11 | D. Fullem | Coordinate signatures by R. Frankel, R. Wyron, and P. Mahaley on electronic registration forms in 11-207 appeal. | 0.50 |
| 08/16/11 | R. Wyron | Review term sheet changes and comments (.8); call with R. Frankel re settlement issues and follow-up (.6); review notes for call with CNA (.4); review projections and e-mails re same (.7). | 2.50 |
| 08/16/11 | R. Frankel | Review draft insert to brief from P. Mahaley (1.8); prepare notes regarding same (.3). | 2.10 |
| 08/16/11 | R. Frankel | Review global term sheet in preparation for call with J. Aldock (.8); telephone conference with J. Aldock regarding mediation issues (.5). | 1.30 |
| 08/16/11 | R. Frankel | Telephone conference with D. Austern regarding mediation issues (.3), telephone conference with J. Aldock regarding same (.3); telephone conference with R. Wyron regarding same (.3). | 0.90 |
| 08/16/11 | R. Frankel | Prepare e-mail memo with settlement terms to E. Inselbuch (.8); series of e-mails with E. Inselbuch, D. Austern, R. Wyron, A. Paul regarding same (.4). | 1.20 |
| 08/16/11 | R. Frankel | Telephone conference with A. Paul regarding status (.3); notes regarding same (.1). | 0.40 |
| 08/17/11 | D. Felder | Telephone conference with T. Birdsell regarding CNA appeal issues and follow-up regarding same (.5); e-mail correspondence with B. Lawrence, Blackstone and J. Baer regarding Project Larch document destruction (.2); review Plan Proponents' draft brief in CNA appeal (1.0). | 1.70 |
| 08/17/11 | R. Wyron | Review revised draft brief for CNA appeal (1.4); review P. Mahaley insert and comments re same (.8); review and revise global term sheet (.7). | 2.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    September 14, 2011
17367                                                                                   Invoice No. 1327806
page 11

| 08/17/11 | R. Frankel | Series of e-mails with F. McGovern, D. Austern regarding mediation (.3); telephone conference with M. Giannotto regarding same (.4); telephone conference with J. Aldock regarding same (.2). | 0.90 |
|---|---|---|---|
| 08/17/11 | R. Frankel | Review K&E draft brief regarding CNA settlement appeal (.3); prepare notes and suggested changes (1.1). | 1.40 |
| 08/17/11 | R. Frankel | Review P. Mahaley revisions to CNA settlement brief. | 1.20 |
| 08/18/11 | D. Fullem | Review e-mail from D. Felder and Court notice re August 29 omnibus hearing. | 0.20 |
| 08/18/11 | D. Felder | Telephone conference with P. Mahaley regarding CNA appeal brief and research related issues regarding same. | 1.30 |
| 08/18/11 | R. Wyron | Review revised draft CNA appeal brief (1.1); call with P. Mahaley re draft and follow up (.6). | 1.70 |
| 08/18/11 | R. Frankel | Review, prepare notes re combined CNA reply brief (1.2); telephone conference with P. Mahaley re edits to brief (.6). | 1.80 |
| 08/18/11 | R. Frankel | Telephone conferences with J. Donley, J. Aldock re mediation issues (.6); prepare notes re same (.3). | 0.90 |
| 08/18/11 | R. Frankel | Series of e-mails with E. Inselbuch re settlement issues, mediation. | 0.50 |
| 08/19/11 | R. Wyron | Review comments on draft CNA brief. | 0.80 |
| 08/19/11 | R. Frankel | Review revised draft of CNA settlement reply brief. | 0.90 |
| 08/19/11 | R. Frankel | Review proposed edits from R. Horkovich to reply brief (.4); review latest draft brief in light of suggested changes (.8). | 1.20 |
| 08/22/11 | R. Frankel | Review notes re global settlement issues. | 0.70 |
| 08/22/11 | R. Frankel | Review draft motion to exceed briefing page limit. | 0.30 |
| 08/22/11 | R. Frankel | Review further suggested changes to reply brief from M. Giannotto (.4); telephone conference with P. Mahaley re same (.3). | 0.70 |
| 08/23/11 | D. Huynh | Complete follow-up research regarding appeal. | 0.30 |
| 08/23/11 | R. Wyron | Participate in strategy call with Grace and follow-up (.9); continue review of CNA drafts and calls re same (1.8); confer with R. Frankel re issues (.3); call with P. Mahaley re CNA and follow-up (.6); call to J. Radecki and follow-up (.2). | 3.80 |
| 08/23/11 | R. Frankel | Review, e-mail memo from D. Felder with timeline for appeal to Third Circuit (.2); notes re same (.2). | 0.40 |
| 08/23/11 | R. Frankel | Telephone conference with Grace, Kirkland, R. Wyron re status, mediation issues (.8); confer with R. Wyron re same (.3). | 1.10 |
| 08/23/11 | R. Frankel | Telephone conference with J. Radecki re financial issues related to Grace from conference call. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

September 14, 2011
Invoice No. 1327806

| 08/23/11 | R. Frankel | Telephone conference with J. Donley re mediation (.2); telephone conference with J. Donley, F. McGovern re mediation (.3). | 0.50 |
|---|---|---|---|
| 08/23/11 | R. Frankel | Review CNA draft appeal brief in support of Grace - CNA settlement order (1.9); confer with R. Wyron re same (.4). | 2.30 |
| 08/24/11 | D. Huynh | Follow-up research regarding appeal issues. | 0.70 |
| 08/24/11 | D. Felder | Review recently filed pleadings. | 0.50 |
| 08/24/11 | R. Wyron | Review issues list (.4); confer with F. McGovern and follow-up (1.3); review revised CNA brief (1.2). | 2.90 |
| 08/24/11 | R. Frankel | Review Libby medical plan in preparation for meeting with F. McGovern (1.3); prepare notes regarding same (.3). | 1.60 |
| 08/24/11 | R. Frankel | Confer with R. Wyron regarding global settlement in preparation for F. McGovern meeting. | 0.50 |
| 08/24/11 | R. Frankel | Confer with F. McGovern, R. Wyron, J. Donley (by phone) regarding global settlement issues. | 1.60 |
| 08/24/11 | R. Frankel | Prepare notes regarding status of global settlement (.5); telephone conference with D. Austern regarding meeting (.3). | 0.80 |
| 08/25/11 | D. Felder | Conference with R. Wyron regarding settlement update (.2); telephone conference with R. Wyron and Tillinghast regarding Libby issues (1.1); follow-up conference with R. Wyron regarding same (.3); follow-up regarding same (.5). | 2.10 |
| 08/25/11 | R. Wyron | Call with Tillinghast re new Libby 2019 filing and follow-up (.9); review data re Libby claims (.3); review revised draft CNA briefs and provide comments (2.3); confer with R. Frankel re Tillinghast (.4). | 3.90 |
| 08/25/11 | R. Frankel | Telephone conferences with R. Wyron regarding discussions with Towers Perrin, conference regarding financial issues. | 0.50 |
| 08/25/11 | R. Frankel | Review series of e-mails regarding Atlantic Mutual Insurance Co. bar date. | 0.60 |
| 08/25/11 | R. Frankel | Read final draft of Grace - CNA settlement brief. | 3.10 |
| 08/26/11 | D. Fullem | Review recently filed documents. | 0.20 |
| 08/26/11 | D. Felder | Review powerpoint presentation from Grace regarding proposed business issue (.3); telephone conference with Grace and Committees regarding same (.4); telephone conference with R. Wyron and e-mail correspondence with T. Grosko regarding upcoming dates and deadlines (.3). | 1.00 |
| 08/26/11 | R. Wyron | Review final CNA appeal brief and follow-up. | 0.60 |
| 08/26/11 | R. Frankel | Review marked changes to final Grace brief regarding CNA settlement appeal. | 0.50 |
| 08/26/11 | R. Frankel | Review draft proof of claim and possible exhibits regarding Centennial Insurance (.8); review series of e-mails regarding same (.3). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

September 14, 2011
Invoice No. 1327806

| 08/26/11 | R. Frankel | Review CNA as-filed brief regarding CNA settlement appeal. | 0.60 |
| 08/29/11 | D. Felder | Research regarding Grace's business proposal and e-mail correspondence with D. Fullem regarding same. | 1.50 |
| 08/29/11 | R. Frankel | Review materials from Grace in preparation for call with client (.4); telephone conference with D. Austern regarding Debtors' proposed financial transaction (.3). | 0.70 |
| 08/29/11 | R. Frankel | Review issues re absolute priority rule in connection with confirmation appeal. | 0.40 |
| 08/30/11 | D. Felder | Telephone conference with Lincoln regarding Grace's proposed business deal. | 0.50 |
| 08/30/11 | R. Frankel | Telephone conference with E. Inselbuch regarding financial transaction, global settlement issues (.4); review global settlement term sheet (.7). | 1.10 |
| 08/31/11 | D. Felder | Review recently filed pleadings and omnibus hearing schedule. | 0.30 |

Total Hours 179.40
Total For Services $154,588.50

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 16.60 | 645.00 | 10,707.00 |
| Roger Frankel | 85.00 | 985.00 | 83,725.00 |
| Debra O. Fullem | 3.10 | 265.00 | 821.50 |
| Dao Huynh | 8.00 | 330.00 | 2,640.00 |
| Richard H. Wyron | 66.70 | 850.00 | 56,695.00 |
| Total All Timekeepers | 179.40 | $861.70 | $154,588.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -         September 14, 2011
17367                                                                        Invoice No. 1327806
page 14

Disbursements
    Document Reproduction          9.30
    Express Delivery              28.22
    Lexis Research               517.48
    Out of Town Business Meals     18.75
    Outside Services            719.88
    Parking Expense            18.00
    Postage                     0.44
    Taxi Expense              129.54
    Telephone                 0.00
    Travel Expense, Air Fare       378.00
    Travel Expense, Local        33.18
    Travel Expense, Out of Town   357.61
    Westlaw Research         190.32
                  Total  Disbursements      $2,400.72

               **Total For This Matter**      **$156,989.22**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

September 14, 2011
Invoice No. 1327806

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 08/03/11 | D. Fullem | Review and respond to e-mail from C. Burke at Lincoln regarding the quarterly for April-June 2011. | 0.20 |
| 08/05/11 | D. Fullem | Review e-mail from D. Austern with March-July invoices; respond to D. Austern re timing of preparing fee applications and filing same. | 0.20 |
| 08/08/11 | D. Fullem | Prepare D. Austern's monthly fee applications for March-July 2011 and quarterly fee applications for Jan-Mar 2011 and April-June 2011. | 4.00 |
| 08/08/11 | D. Fullem | Prepare e-mail to B. Ruhlander re D. Austern's monthly and quarterly fee applications. | 0.20 |
| 08/09/11 | D. Fullem | E-mail D. Austern re monthly fee applications for March-July 2011. | 0.50 |
| 08/09/11 | D. Fullem | E-mail to R. Wyron re status of Austern and Lincoln fee application filings. | 0.20 |
| 08/11/11 | D. Fullem | Finalize D. Austern's April, May, June fee applications (1.0); coordinate filing/serving same (.5); note objection date corrections (.2); revise notices of same and file amended versions (.3). | 2.00 |
| 08/11/11 | D. Felder | Review D. Austern's monthly fee applications for March, April, May and June. | 0.20 |
| 08/12/11 | D. Fullem | Revise quarterly fee applications for Jan-Mar 2011 and Apr-Jun 2011 (.9); send to D. Austern for review/signature (.1). | 1.00 |
| 08/12/11 | D. Fullem | Review and respond to e-mail from D. Felder re upcoming deadline for filing objections to Lincoln's April, May and June fee applications. | 0.10 |
| 08/12/11 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs. | 0.10 |
| 08/15/11 | D. Fullem | Prepare CNO for Lincoln's April, May and June fee applications; coordinate review/signature with D. Felder. | 0.60 |
| 08/15/11 | D. Fullem | Review e-mail from D. Austern; complete final versions of quarterly fee applications for D. Austern for Jan-Mar and Apr-Jun 2011; coordinate with D. Felder review/signature. | 0.70 |
| 08/15/11 | D. Felder | Review notices for D. Austern's quarterlies and e-mail with D. Fullem regarding same (.3); review Lincoln CNOs (.2). | 0.50 |
| 08/16/11 | D. Fullem | Coordinate filing/serving of Lincoln's April, May and June fee applications. | 0.50 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

September 14, 2011
Invoice No. 1327806

| 08/16/11 | D. Fullem | Coordinate finalizing, filing, serving of D. Austern's quarterly fee application for January-March 2011 and D. Austern and Lincoln's quarterly fee application for April-June 2011. | 1.00 |
|---|---|---|---|
| 08/18/11 | D. Fullem | E-mail H. Quinn re confirmation of service of Lincoln and Austern's quarterly fee applications. | 0.10 |
| 08/19/11 | D. Fullem | Review e-mail from D. Felder and J. Solganick regarding CNOs for Lincoln's February and March fee applications; research docket for same; update D. Felder and J. Solganick with status; prepare CNOs for February and March fee applications and forward to D. Felder for review/approval. | 0.80 |
| 08/19/11 | D. Fullem | Review and respond to e-mail from A. Lopez at fee auditor's office regarding Lincoln's April and May fee applications. | 0.20 |
| 08/22/11 | D. Fullem | Coordinate filing/serving of CNOs for Lincoln fee apps for the February and March 2011 time periods; update J. Solganick re same. | 0.50 |
| 08/22/11 | D. Felder | Review CNOs for Lincoln fee applications and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 08/25/11 | D. Fullem | Review e-mail from D. Felder and R. Wyron re fee auditor's report of no issues; confirm all FCR and professionals fee/expense amounts are correct; update D. Felder and R. Wyron. | 0.50 |
| 08/29/11 | D. Fullem | E-mail to D. Felder with final notice, file, and serve Lincoln's July fee application. | 0.50 |
| 08/29/11 | D. Fullem | Coordinate copies of Lincoln and Austern monthly fee applications as requested by fee auditor. | 0.20 |
| 08/31/11 | D. Felder | E-mail correspondence to D. Fullem regarding CNOs. | 0.10 |

Total Hours      15.10
Total For Services      $4,419.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

September 14, 2011
Invoice No. 1327806

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.10 | 645.00 | 709.50 |
| Debra O. Fullem | 14.00 | 265.00 | 3,710.00 |
| Total All Timekeepers | 15.10 | $292.68 | $4,419.50 |

Disbursements
|  |  |  |
|---|---|---|
| Document Reproduction | 697.10 | |
| Outside Services | 5.28 | |
| Postage | 495.84 | |
| Total Disbursements | | $1,198.22 |

**Total For This Matter**            $5,617.72



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

September 14, 2011
Invoice No. 1327806

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/01/11 | Fullem | Review and respond to e-mail from R. Wyron regarding disclosure issues. | 0.20 |
| 08/01/11 | R. Wyron | Review new engagement and existing disclosures. | 0.30 |
| 08/02/11 | D. Fullem | Review R. Frankel's disclosures filed in Grace for disclosure information; update R. Frankel and R. Wyron re same. | 0.20 |
| 08/15/11 | D. Fullem | Review e-mail from R. Wyron re disclosure issues and e-mail information to R. Wyron and R. Frankel re same. | 0.30 |
| 08/16/11 | R. Wyron | Follow-up with D. Fullem re disclosure issues. | 0.20 |
| 08/30/11 | D. Fullem | Review and respond to e-mail from R. Frankel and R. Wyron regarding disclosure of Barclays Bank; review disclosures for same. | 0.30 |

Total Hours    1.50

Total For Services    $690.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.00 | 265.00 | 265.00 |
| Richard H. Wyron | 0.50 | 850.00 | 425.00 |
| Total All Timekeepers | 1.50 | $460.00 | $690.00 |

**Total For This Matter**    $690.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

September 14, 2011
Invoice No. 1327806

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 08/03/11 | D. Fullem | Prepare quarterly for April-June 2011 time period. | 1.00 |
| 08/05/11 | D. Fullem | Complete draft of quarterly for April-June 2011 and forward to D. Felder; review D. Felder's comments; revise same. | 0.90 |
| 08/05/11 | D. Fullem | Review July prebill. | 1.00 |
| 08/05/11 | D. Felder | Review twenty-second quarterly fee application (.8); review July prebill (1.0). | 1.80 |
| 08/09/11 | D. Fullem | E-mail to R. Wyron re Orrick's quarterly for April-June 2011. | 0.20 |
| 08/09/11 | R. Wyron | Review status of fee application and follow-up. | 0.20 |
| 08/11/11 | D. Fullem | Review recent payment information; update fee/expense charts; circulate to R. Frankel and R. Wyron. | 0.50 |
| 08/11/11 | D. Fullem | Review e-mail from D. Felder with edits to quarterly fee application for April-June 2011 time period; e-mail to R. Wyron re status; revise for R. Wyron review/signature. | 0.20 |
| 08/12/11 | D. Fullem | Review and respond to e-mail from D. Felder re upcoming deadline for filing objections to Orrick's June fee application. | 0.10 |
| 08/12/11 | D. Fullem | Review and respond to e-mail from P. Reyes regarding July invoice and review same. | 0.40 |
| 08/12/11 | D. Fullem | Review status of fee applications filed, payment received, overall status; update charts re same. | 0.30 |
| 08/15/11 | D. Fullem | Prepare CNO for Orrick's June fee application; coordinate review/signature with D. Felder. | 0.40 |
| 08/15/11 | D. Felder | Review CNO for Orrick's June fee application. | 0.10 |
| 08/16/11 | D. Fullem | Coordinate filing/serving of Orrick's CNO for June fee application. | 0.20 |
| 08/16/11 | D. Fullem | Coordinate finalizing, filing, serving of Orrick's quarterly fee application for April-June 2011. | 0.50 |
| 08/18/11 | D. Fullem | Prepare draft of Orrick's July fee application. | 1.00 |
| 08/18/11 | D. Fullem | E-mail to P. Reyes and H. Quinn regarding final July invoice. | 0.20 |
| 08/18/11 | D. Fullem | E-mail to H. Quinn re service of Orrick's quarterly fee applications. | 0.10 |
| 08/19/11 | D. Fullem | Finalize draft of Orrick's July fee application. | 0.70 |
| 08/22/11 | D. Fullem | Review and respond to comments from D. Felder to July fee application; prepare revisions. | 0.40 |



ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | September 14, 2011 |
| --- | --- |
| page 20 | Invoice No. 1327806 |

| | | | |
| --- | --- | --- | --- |
| 08/22/11 | D. Felder | Review July fee application and e-mail to D. Fullem regarding same. | 0.60 |
| 08/23/11 | D. Fullem | Review proposed final of Orrick's July fee application; e-mail to R. Wyron for review/approval; review and respond to e-mail from R. Wyron for additional information. | 0.60 |
| 08/25/11 | D. Fullem | Review R. Wyron's comments to July fee application; update same; review e-mail with Orrick's signed July fee application; coordinate filing/serving of same. | 0.80 |
| 08/25/11 | D. Fullem | E-mail to R. Wyron regarding status of July fee application. | 0.10 |
| 08/25/11 | D. Fullem | Update fee/expense charts and circulate. | 0.40 |
| 08/25/11 | R. Wyron | Review July monthly fee application. | 0.40 |
| 08/26/11 | D. Fullem | Review and respond to e-mail from fee auditor regarding Orrick's monthly fee applications. | 0.20 |

|  |  |
| --- | --- |
| Total Hours | 13.30 |
| Total For Services | $4,825.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 2.50 | 645.00 | 1,612.50 |
| Debra O. Fullem | 10.20 | 265.00 | 2,703.00 |
| Richard H. Wyron | 0.60 | 850.00 | 510.00 |
| Total All Timekeepers | 13.30 | $362.82 | $4,825.50 |

Disbursements

| | | |
| --- | --- | --- |
| Document Reproduction | 14.80 | |
| Outside Services | 91.28 | |
| Total Disbursements | | $106.08 |

| | |
| --- | --- |
| **Total For This Matter** | **$4,931.58** |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      September 14, 2011
17367                                                                    Invoice No. 1327806
page 21

For Legal Services Rendered Through August 31, 2011 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | | |
|---|---|---|---|---|
| 08/04/11 | R. Wyron | Travel to NY for meeting. | | 2.00 |
| 08/05/11 | R. Wyron | Return to DC from meeting in NY. | | 2.30 |
| 08/07/11 | R. Frankel | Travel to DC from NY. | | 2.10 |

|  |  |
|---|---|
| Total Hours | 6.40 |
| Total For Services | $2,861.75 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.10 | 492.50 | 1,034.25 |
| Richard  H. Wyron | 4.30 | 425.00 | 1,827.50 |
| Total All Timekeepers | 6.40 | $447.15 | $2,861.75 |

**Total For This Matter**                    **$2,861.75**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 306.80 | |
| Total Fees, all Matters | | $217,453.75 |
| Total Disbursements, all Matters | | $4,824.26 |
| Total Amount Due | | $222,278.01 |