| Matter 20 | | Travel – Non-Working | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 4/19/2011 | Travel from Chicago to New York for Sealed Air meeting (billed at half time) (2.50). | 2.50 | $625 | $1,562.50 |
| JSB | 4/20/2011 | Travel from New York back to Chicago after Sealed Air meeting (billed at half time) (3.00). | 3.00 | $625 | $1,875.00 |
| Total | | | 5.50 | | $3,437.50 |