

May 20, 2011

Ms. Janet S. Baer, P.C.
Baer Higgins Fruchtman LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-4277

Re:   W.R. Grace Plan Confirmation Appeal Response Research

Dear Jan:

Enclosed please find our invoice for services rendered from the period of March 29, 2011 through April 30, 2011 for the post confirmation estate confirmation appeal research.

We appreciate that your firm has a choice of service providers and will do everything we can to continuously exceed your expectations on price and quality of work.

Upon completion of your review, should you have any questions please don't hestitate to contact me at 312-878-3948 ext. 701.

Thank you very much for the opportunity to serve your firm and client.

Sincerely,

Claude Wm. Irmis
Senior Managing Director

Wire payments may be sent to the following account:

Bank Name: Bank of America
Account Name: Phase Eleven Consultants, LLC
Account #: 291007036174
Routing #: 026009593

Ms. Janet S. Baer, P.C.
Baer Higgins Fruchtman LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-4277

May 20, 2011

**Billing Summary for Period:**
**March 29, 2011 - April 30, 2011**

| | |
|---|---:|
| Total for services rendered | $3,075.00 |
| Total expenses | $123.30 |
| Balance Due | $3,198.30 |

In Reference To:   W.R. Grace Plan Confirmation Appeal Response Research
Invoice #10017

Professional Services

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/29/2011 | CWI | Exchange correspondence and telephone conference with J. Baer re Canadian and Montana confirmation notice of appeal research; summarize project and distribute same to J. Baer. | 0.50 | 75.00 |
| 3/30/2011 | CWI | Review, analyze and notate WRG confirmation hearing transcripts 1/6/2010 (184 pages) and 1/25/2010 (214 pages), 1/5/2010 (323 pages) and 1/4/2010 (303 pages) for Canada, Crown, Francis Monaco, Kevin Mangan, Jacqueline Das-Visca, Queen and Her Majesty re Canadian counsel summary preparation of response to Canadian appeal to confirmed plan of reorganization. | 3.75 | 562.50 |
| 3/31/2011 | CWI | Telephone conference with J. Baer re court docket and pleading research for Canadian counsel ZAI hearing support; summarize issues re same. | 0.50 | 75.00 |
| 3/31/2011 | CWI | Review, analyze and notate WRG confirmation hearing transcripts 10/14/2009 (245 pages), 10/13/2009 (268 pages), 9/17/2009 (154 pages) and 9/16/2009 (343 pages) for Canada, Crown, Francis Monaco, Kevin Mangan, Jacqueline Das-Visca, Queen and Her Majesty re Canadian counsel summary preparation of response to Canadian appeal to confirmed plan of reorganization. | 3.50 | 525.00 |
| 4/1/2011 | CWI | Search, retrieve, review and organize W.R. Grace filed pleadings for Canadian appeal of plan confirmation; prepare summary re same; exchange correspondence with J. Baer re same. | 3.75 | 562.50 |

Ms. Janet S. Baer, P.C.

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/1/2011 | CWI | Telephone conference with J. Baer re additional review of court filed documents for briefing of Canadian counsel response to Canadian objection to WRG plan of reorganization; summarize issues re same. | 0.50 | 75.00 |
| 4/2/2011 | CWI | Assemble and prepare electronic files re Canadian appeal to WRG confirmation and plan confirmation documents for distribution to J. Baer. | 1.25 | 187.50 |
| 4/3/2011 | CWI | Assemble, prepare, organize and distribute paper copies of WR Grace pleadings re Canadian objection to plan confirmation; office conference with J. Baer re same. | 2.75 | 412.50 |
| 4/23/2011 | CWI | Exchange correspondence with J. Baer re hearing transcript research for W.R. Grace Canadian and Montana confirmation appeal; review, analyze and notate WRG confirmation hearing transcripts 9/9/2009 (319 pages) and 9/8/2009 (323 pages)for Canada, Crown, Francis Monaco, Kevin Mangan, Jacqueline Das-Visca, Queen and Her Majesty re Canadian counsel summary preparation of response to Canadian appeal to confirmed plan of reorganization. | 2.25 | 337.50 |
| 4/24/2011 | CWI | Electronically organize and distribute excerpts from W.R. Grace hearing transcripts re Canadian and Montana confirmation appeal representative objections to J. Baer. | 1.50 | 225.00 |
| 4/25/2011 | CWI | Correspond to J. Baer re summary of W.R. Grace Canadian and Montana confirmation appeal hearing transcript summary. | 0.25 | 37.50 |
| | | For professional services rendered | 20.50 | $3,075.00 |

Expenses :

| Date | Description | | |
|------|-------------|---|---|
| 4/3/2011 | Print production of pages of W.R. Grace court document pleadings re research of Canadian objection to plan of reorganization, 1,233 pages at $.10 per imaged page or $123.30. | | 123.30 |
| | Total expenses | | $123.30 |
| | Total amount of this bill | | $3,198.30 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Claude Wm. Irmis | 20.50 | 150.00 | $3,075.00 |