

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2011 | 1104-1151 |

**Bill To**

Baer Higgins Fruchtman, LLC
Roger Higgins
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

**Ship To**

Baer Higgins Fruchtman, LLC
Roger Higgins
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

Please make checks payable to: ▬▬▬▬▬

| Reference | P.O. No.: | TCG Project #: | Terms | Due Date |
|---|---|---|---|---|
| Grace/Neutocrete | | 11025 | Net 30 | 5/30/2011 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 017 | Professional Consulting Services: ▬▬▬ | 3.5 | 250.00 | 875.00 |

PLEASE PAY WITHIN STATED TERMS. A SERVICE CHARGE OF 1.5% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%, WILL BE ADDED TO ALL PAST DUE ACCOUNTS.

**Total** $875.00

We accept Visa, Matercard, Discover and American Express credit card.
Please contact our office to process credit card payments. THANK YOU!

For questions regarding this invoice, please contact: