UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace, | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Ast Acme Coatings & Linings, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Ast Acme Coatings & Linings
118 Rochester Dr.
Louisville, KY 40214

New Address
Ast Acme Coatings & Linings c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Tuesday, September 20, 2011

Respectfully submitted,

David L. McEwan
Ast Acme Coatings & Linings
118 Rochester Dr.
Louisville, KY 40214