| Date | Cost Code | Description | Qty | Billed Amt | Narrative |
|------|-----------|-------------|-----|------------|-----------|
| 4/4/2011 | PRINT | Document Reproduction | 18 | $1.80 | 18 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 6 | $0.60 | 6 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 6 | $0.60 | 6 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 40 | $4.00 | 40 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 40 | $4.00 | 40 Pages Printed |
| 4/4/2011 | PRINT | Document Reproduction | 40 | $4.00 | 40 Pages Printed |
| 4/8/2011 | DUPLI | Document Reproduction | 4 | $0.40 | 4 Copies |
| 4/8/2011 | DUPLI | Document Reproduction | 253 | $25.30 | 253 Copies |
| 4/8/2011 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 4/13/2011 | DUPLI | Document Reproduction | 3 | $0.30 | 3 Copies |
| 4/13/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 116 | $11.60 | 116 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 116 | $11.60 | 116 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 58 | $5.80 | 58 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 10 | $1.00 | 10 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 8 | $0.80 | 8 Pages Printed |
| 4/13/2011 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 4/6/2011 | WESTN | Westlaw Research | 0 | $10.68 | |
| 4/7/2011 | WESTN | Westlaw Research | 0 | $38.15 | |
| 4/8/2011 | WESTN | Westlaw Research | 0 | $61.25 | |
| 4/13/2011 | LEXN | Lexis Research | 0 | $239.32 | |
| 4/16/2011 | WESTN | Westlaw Research | 0 | $96.25 | |
| 4/13/2011 | WESTN | Westlaw Research | 0 | $145.95 | |
| 4/16/2011 | WESTN | Westlaw Research | 0 | $44.28 | |
| 4/12/2011 | LEXN | Lexis Research | 0 | $956.83 | |
| 4/12/2011 | WESTN | Westlaw Research | 0 | $26.95 | |
| 4/25/2011 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 4/25/2011 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 4/25/2011 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 4/25/2011 | PRINT | Document Reproduction | 11 | $1.10 | 11 Pages Printed |
| 4/25/2011 | PRINT | Document Reproduction | 51 | $5.10 | 51 Pages Printed |
| 3/18/2011 | OSREP | Outside Reproduction | 0 | $1.65 | VENDOR: Williams Lea Inc.; INVOICE#: I*11040457; DATE: 4/1/2011  -  DC- |
| 3/31/2011 | BUSML | Business Meals | 0 | $129.80 | VENDOR: Flik Compass Group USA; INVOICE#: X199940611; DATE: 3/31/2011  -  DC- |
| 3/24/2011 | BUSML | Business Meals | 0 | $13.97 | VENDOR: Flik Compass Group USA; INVOICE#: X199940611; DATE: 3/31/2011  -  DC- |
| 4/26/2011 | PRINT | Document Reproduction | 33 | $3.30 | 33 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 74 | $7.40 | 74 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 100 | $10.00 | 100 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 56 | $5.60 | 56 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 87 | $8.70 | 87 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 41 | $4.10 | 41 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 60 | $6.00 | 60 Pages Printed |
| 4/26/2011 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 4/20/2011 | OSSVCS | Outside Services | 0 | $51.00 | VENDOR: CourtCall LLC; INVOICE#: 4157161; DATE: 4/20/2011  -  WV  WH/JJ  S#133623 |
| 4/20/2011 | OSSVCS | Outside Services | 0 | $44.00 | VENDOR: CourtCall LLC; INVOICE#: 4157146; DATE: 4/20/2011  -  WV  WH/JJ  S#133623 |
| 4/20/2011 | OSSVCS | Outside Services | 0 | $100.00 | VENDOR: CourtCall LLC; INVOICE#: 4157137; DATE: 4/20/2011  -  WV  WH/JJ  S#133623 |
| 4/20/2011 | OSSVCS | Outside Services | 0 | $44.00 | VENDOR: CourtCall LLC; INVOICE#: 4157155; DATE: 4/20/2011  -  WV  WH/JJ  S#133623 |
| TOTAL | | | | $2,133.98 | |