# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**AUGUST 1, 2011 - AUGUST 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 49.0 | $ 36,369.00 |
| 0014 | Case Administration | 20.3 | 4,349.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 4.9 | 3,503.50 |
| 0018 | Fee Application, Applicant | 15.9 | 6,517.00 |
| 0019 | Creditor Inquiries | 1.0 | 769.00 |
| 0020 | Fee Application, Others | 3.0 | 1,115.00 |
| 0036 | Plan and Disclosure Statement | 5.1 | 4,108.50 |
| | | | |
| | Total | 99.2 | $ 56,731.00 |

# STROOCK

## INVOICE

| DATE | September 23, 2011 |
|---|---|
| INVOICE NO. | 544571 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2011, including:

| RE | Business Operations<br>699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/09/2011 | Attend to order re: Project Larch. | Krieger, A. | 0.1 |
| 08/11/2011 | Attend to identification of Project Larch materials to be destroyed and o/cs DM re: same. | Krieger, A. | 1.8 |
| 08/12/2011 | Attend to Project Larch materials to be destroyed. | Krieger, A. | 1.9 |
| 08/15/2011 | Attend to identification and destruction of Larch materials and memoranda as requested by Debtors and memorandum for LK, KP re: same. | Krieger, A. | 5.9 |
| 08/16/2011 | Attend to identification and destruction of Larch materials as requested. | Krieger, A. | 2.9 |
| 08/18/2011 | Review and purge remaining files (.1); | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to J. Baer re: destruction of evaluation materials (1.4). | | |
| 08/18/2011 | E-mails AK, KP re: destruction of evaluation materials (.3); destruction of materials (.3). | Kruger, L. | 0.6 |
| 08/23/2011 | Attend to Debtors' motion seeking return of Project Larch pleadings filed under seal so they can be destroyed. | Krieger, A. | 0.1 |
| 08/25/2011 | Exchanged memoranda with Capstone re: 8/26/11 conf. call with Debtors' representatives and representatives for other parties-in-interest re: Debtors' new proposal. | Krieger, A. | 0.2 |
| 08/26/2011 | Conference call with representatives for the Company and Committees, FCR representatives re: Grace proposal (.6); and follow-up t/c Capstone re: same (.4); memoranda with LK, KP re: proposal (1.2); attend to proposal and legal implications of same (.6); emails and o/c J. Nygard re: proposal (.7); attend to issues raised by Grace's proposal (2.1). | Krieger, A. | 5.6 |
| 08/26/2011 | Review e-mails from AK re: context of t/c with Grace re: proposal (.3); review legal consideration in Grace proposal (.4). | Kruger, L. | 0.7 |
| 08/29/2011 | Preparation of follow-up information requests re: proposal (2.1); o/c LK re: proposal (.2); attend to Plan provisions relating to proposal (.9); attend to case law (1.6). | Krieger, A. | 4.8 |
| 08/29/2011 | O/c with A. Krieger re: proposal (.2); review POR re: impact of proposal (.4); review e-mails re: proposal (.2). | Kruger, L. | 0.8 |
| 08/29/2011 | Review AK emails re: Grace proposal. | Pasquale, K. | 0.3 |
| 08/30/2011 | Attend to issues raised by proposal and case law (6.4); emails with Capstone re: conference call to discuss (.2); o/c and emails with J. Nygard re: proposal (.5). | Krieger, A. | 7.1 |
| 08/30/2011 | Review plan materials relating to proposal (.3); confs. w/ A. Krieger re: same (.2). | Nygard, J. | 0.5 |
| 08/31/2011 | Review case law relevant to proposal (1.8); | Krieger, A. | 7.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference call JN, Capstone re: claims proposal and follow-up o/c JN and email to Capstone (1.5); attend to revised information request and forward same to Debtors' counsel (.9); attend to Capstone's report on the Company's second quarter operations (1.4); attend to strategic plan presentation from Debtors' counsel and o/c LK re: same and proposal (1.8). | | |
| 08/31/2011 | Review WRG strategic plan; conference K. Pasquale re: same (.9); o/c with A. Krieger re: strategic plan and proposal (.4); review proposal (.4). | Kruger, L. | 1.7 |
| 08/31/2011 | Confs. w/ A. Krieger, R. Frezza and J. Dolan re: proposal (1.5); review and revise proposed information list (.6); review relevant case law and statutory requirements re: proposal (1.8). | Nygard, J. | 3.9 |
| 08/31/2011 | Review WRG strategic plan document (.9); confer LK re: same (.3). | Pasquale, K. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 39.3 | $ 715 | $ 28,099.50 |
| Kruger, Lewis | 3.8 | 995 | 3,781.00 |
| Nygard, James O. | 4.4 | 715 | 3,146.00 |
| Pasquale, Kenneth | 1.5 | 895 | 1,342.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,369.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 36,369.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 08/02/2011 | Obtain and circulate recently docketed pleadings in main case (.9); prepare documents for attorney review (.5). | Mohamed, D. | 1.4 |
| 08/03/2011 | Obtained and distribute filed pleadings. | Azelby, C. | 0.4 |
| 08/04/2011 | Obtained and distribute filed pleadings. | Azelby, C. | 0.4 |
| 08/05/2011 | Obtained and distribute filed pleadings. | Braun, D. | 0.2 |
| 08/08/2011 | Obtain and circulate recently docketed pleadings in main case (.7); review case file documents (.7); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.5 |
| 08/09/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.7). | Mohamed, D. | 1.3 |
| 08/10/2011 | Attend to notices re: equity dispositions. | Krieger, A. | 0.2 |
| 08/10/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 08/11/2011 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (1.5). | Mohamed, D. | 1.7 |
| 08/12/2011 | Obtain and circulate recently docketed pleadings in main case (.6); research case docket and obtain certain pleadings for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/15/2011 | Monitor appeals case docket no. 11-199 (.1); prepare documents for attorney review (.8). | Mohamed, D. | 0.9 |
| 08/16/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review documents in preparation for shredding (.6). | Mohamed, D. | 1.0 |
| 08/17/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain certain documents for attorney review (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 08/18/2011 | Attn to case file documents to be destroyed (1.2); obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.6). | Mohamed, D. | 2.3 |
| 08/19/2011 | Review docket and update team re: status. | Braun, D. | 0.2 |
| 08/23/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 08/24/2011 | Obtain and circulate recently docketed pleadings in main case (.3); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 08/25/2011 | Attend to Fee Auditor's Statement regarding 40th quarterly fee applications. | Krieger, A. | 0.1 |
| 08/25/2011 | Oc w/ A. Krieger re: Grace request for audit (.1); review letter and initiate response to fee audit request (.2). | Magzamen, M. | 0.3 |
| 08/25/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 08/26/2011 | O/c M. Magzamen re: audit letter received from Grace requesting information and D. Azrilen email. | Krieger, A. | 0.2 |
| 08/26/2011 | Obtain and circulate recently docketed pleadings in main case (.5); research case docket and obtain documents for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/29/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 08/30/2011 | Attend to certificate of counsel re: 2012 and 2013 omnibus hearing dates. | Krieger, A. | 0.1 |
| 08/30/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 08/31/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Azelby, Colleen | 0.8 | $ 85 | $ 68.00 |
| Braun, Danielle E. | 0.4 | 290 | 116.00 |
| Krieger, Arlene G. | 0.6 | 715 | 429.00 |
| Magzamen, Michael | 0.3 | 320 | 96.00 |
| Mohamed, David | 18.2 | 200 | 3,640.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,349.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,349.00 |
|------------------------|-----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/10/2011 | Attend to J. Baer email re: Project Larch and prepare memorandum for the Committee re: same. | Krieger, A. | 1.9 |
| 08/11/2011 | Prepare follow-up memorandum of the Committee re: Project Larch memoranda (.2); memoranda with Capstone re: Larch materials (.2). | Krieger, A. | 0.4 |
| 08/16/2011 | Memoranda with the Committee re: destruction of Larch materials. | Krieger, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.9 | $ 715 | $ 3,503.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,503.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,503.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2011 | Review and revise July fee detail. | Magzamen, M. | 1.1 |
| 08/08/2011 | Review July expenses. | Magzamen, M. | 0.1 |
| 08/08/2011 | Prepare draft of SSL's one hundred and twenty-fourth monthly fee application for attorney review. | Mohamed, D. | 1.2 |
| 08/09/2011 | Attend to 41st quarterly fee application. | Krieger, A. | 1.6 |
| 08/10/2011 | Preparation of 41st quarterly fee application. | Krieger, A. | 2.4 |
| 08/11/2011 | Attend to preparation of 41st quarterly fee application (1.5); exchanged memoranda with DM re: same (.1). | Krieger, A. | 1.6 |
| 08/11/2011 | Review and revise draft of SSL forty-first quarterly fee application for attorney review. | Mohamed, D. | 1.2 |
| 08/12/2011 | O/c DM re: preparation of July 2011 fee statement (.1); memorandum to accounting re: payment status (.1). | Krieger, A. | 0.2 |
| 08/15/2011 | Review and revise SSL's one hundred and twenty-fourth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/16/2011 | Revise SSL forty-first quarterly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/17/2011 | Finalize SSL's forty-first quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 08/23/2011 | Attend to July 2011 fee statement. | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/23/2011 | Review changes made to SSL one hundred and twenty-fourth monthly fee application. | Mohamed, D. | 0.6 |
| 08/30/2011 | Finalize SSL's one hundred and twenty fourth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.2 | $ 715 | $ 4,433.00 |
| Magzamen, Michael | 1.2 | 320 | 384.00 |
| Mohamed, David | 8.5 | 200 | 1,700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,517.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,517.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/11/2011 | Telephone conference creditor re: case status. | Pasquale, K. | 0.3 |
| 08/19/2011 | Creditor inquiry re: case status, appellate arguments. | Krieger, A. | 0.3 |
| 08/29/2011 | Respond to creditor inquiry re: status. | Krieger, A. | 0.2 |
| 08/30/2011 | Email from Capstone re: creditor information request and attend to response. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 715 | $ 500.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 769.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 769.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others<br>699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2011 | Finalize Capstone's eighty-eight monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.0 |
| 08/09/2011 | Attend to multiple fee applications, notices, certifications. | Krieger, A. | 0.6 |
| 08/19/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 08/22/2011 | Review other professionals fee applications. | Krieger, A. | 0.1 |
| 08/23/2011 | Attend to other professionals fee applications. | Krieger, A. | 0.1 |
| 08/30/2011 | Attend to fee applications, notices of other professionals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 715 | $ 715.00 |
| Mohamed, David | 2.0 | 200 | 400.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,115.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,115.00 |
|---|---|

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Long Distance Telephone | $ 2.79 |
|---|---|
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,133.86 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
| --- | --- |
| | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/09/2011 | Attend to appellant, BNSF's, brief on appeal to the District Court from CNA Settlement approval order. | Krieger, A. | 0.8 |
| 08/15/2011 | Attend to memoranda re: new post-petition interest discussions and scenarios. | Krieger, A. | 0.6 |
| 08/15/2011 | Telephone conferences A. Rosenberg re: potential settlement and issues (.2); review and analyze prior Capstone work re: same (.7); email Capstone re: same (.2). | Pasquale, K. | 1.1 |
| 08/16/2011 | Attend to post-petition interest analysis and related materials in preparation for 8/17/11 conference call. | Krieger, A. | 0.9 |
| 08/16/2011 | Review Capstone PPI analysis. | Kruger, L. | 0.3 |
| 08/16/2011 | Review Capstone revised PPI spreadsheet (.3) and telephone conferences A. Rosenberg re: same (.2). | Pasquale, K. | 0.5 |
| 08/17/2011 | Conference with KP, Capstone, A. Rosenberg re: post-petition interest computations. | Krieger, A. | 0.4 |
| 08/17/2011 | Conference call with A. Rosenberg, Capstone, AK re: PPI calculations (.3); emails re: same (.2). | Pasquale, K. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 715 | $ 1,930.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 2.1 | 895 | 1,879.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,108.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,108.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 56,731.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |
| TOTAL BILL | $ 57,864.86 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.