# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### AUGUST 1, 2011 - AUGUST 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 4.1 | $ 995 | $ 4,079.50 |
| Pasquale, Kenneth | 3.9 | 895 | 3,490.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 55.4 | 715 | 39,611.00 |
| Nygard, James | 4.4 | 715 | 3,146.00 |
| | | | |
| | | | |
| **Paraprofessionals** | | | |
| Azelby, Colleen | 0.8 | 85 | 68.00 |
| Braun, Danielle | 0.4 | 290 | 116.00 |
| Magzamen, Michael | 1.5 | 320 | 480.00 |
| Mohamed, David | 28.7 | 200 | 5,740.00 |
| | | | |
| **Total** | 99.2 | | $ 56,731.00 |