**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 27673** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 27673

TO THE CLERK OF THE COURT:

Kindly withdraw the *One-Hundred and Twenty-Fifth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011* [Docket No. 27673] filed on September 28, 2011. A corrected copy will be refiled.

Dated: September 28, 2011
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
            rwriley@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*

DM3\1815577.1