# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2011 - AUGUST 31, 2011**

| | |
|---|---:|
| Local Transportation | $    2.79 |
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |
| | |
| **TOTAL** | **$ 1,133.86** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | September 23, 2011 |
|---|---|
| INVOICE NO. | 544571 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Long Distance Telephone** | | |
| 08/21/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-082111; DATE: 8/21/2011 - Teleconference   08-17-2011 | 2.79 |
| | **Long Distance Telephone Total** | **2.79** |
| **Court Reporting Services** | | |
| 08/16/2011 | VENDOR: Chase Card Services; INVOICE#: 081611; DATE: 8/16/2011 - visa charge 7/12/11 Veritext Holding Corp re: certified transcripts of 6.28, 6.29 11-199 Garlock v Grace | 327.82 |
| | **Court Reporting Services Total** | **327.82** |
| **Travel Expenses - Transportation** | | |
| 08/03/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE NYP PHL NYP on 06/28/2011 | 300.00 |
| 08/03/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 06/28/2011 | 32.25 |
| | **Travel Expenses - Transportation Total** | **332.25** |
| **Westlaw** | | |
| 08/29/2011 | Duration 1; by Krieger, Arlene G. | 273.00 |
| 08/30/2011 | Duration 0; by Krieger, Arlene G. | 198.00 |
| | **Westlaw Total** | **471.00** |

# STROOCK

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Long Distance Telephone | $ 2.79 |
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.