# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2011 THROUGH AUGUST 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 4.7 | $ 3,055.00 |
| Kathleen M. Brill | Associate | Environmental | $305.00 | 1.6 | $ 488.00 |
| | | | | | |
| **TOTAL** | | | | **6.3** | **$ 3,543.00** |

3927822.v1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486562
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through August 31, 2011

| | |
|---|---|
| Fees | $3,543.00 |
| **Total Fees and Disbursements** | **$3,543.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 486562
September 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/11/11 | Jaffe | P230 | Review draft response to EPA comments and emails with team regarding same (0.5); review draft arsenic letter to WM and emails with team regarding same (0.4). | 0.9 |
| 08/22/11 | Jaffe | P230 | Attention to 1,4-dioxane issue, including reviewing documents, emails with team, telephone calls with Ms. Duff, and office conference with K. Brill regarding DEP rulemaking on same (1.2). | 1.2 |
| 08/23/11 | Jaffe | P230 | Review K. Brill memorandum regarding 1,4-dioxane regulation by DEP; email to team regarding same (0.7). | 0.7 |
| 08/23/11 | Brill | P230 | Review 1,4-dioxane sampling requests and research status of DEP rulemaking on same (1.6). | 1.6 |
| 08/24/11 | Jaffe | P230 | Attention to 1,4-dioxane issue (0.8). | 0.8 |
| 08/25/11 | Jaffe | P230 | Attention to 1,4-dioxane issue, including emails with team and review of historical uses (0.6). | 0.6 |
| 08/29/11 | Jaffe | P230 | Emails with team regarding dioxane issue (0.5). | 0.5 |
| | | | **Total Hours** | **6.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 486562
September 26, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Kathleen Brill | 1.6 | at | 305.00 | = | 488.00 |
| Seth D. Jaffe | 4.7 | at | 650.00 | = | 3,055.00 |
| **Total Fees** | | | | | **$3,543.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,543.00** |
| **Total Fees and Disbursements** | | **$3,543.00** |

 FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486562
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements          $3,543.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 486562
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $635.00 | 0.7 | $    444.50 |
| | | | | | |
| **TOTAL** | | | | **0.7** | **$    444.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $    27.90 |
| | |
| **TOTAL** | $    27.90 |

3927822.v1


## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486563
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through August 31, 2011

| | |
|---|---|
| Fees | $444.50 |
| Disbursements | 27.90 |
| **Total Fees and Disbursements** | **$472.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 486563
September 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/04/11 | Kahn | B160 | Attention to quarterly filing (0.7). | 0.7 |
| | | | **Total Hours** | **0.7** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 486563
September 26, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.7 | at | 635.00 | = | 444.50 |
| **Total Fees** | | | | | **$444.50** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/03/11 | In-House Photocopying | 4.50 |
| 08/05/11 | In-House Photocopying | 23.40 |
| **Total Disbursements** | | **$27.90** |

| | |
|---|---|
| **Total Fees** | **$444.50** |
| **Total Disbursements** | **27.90** |
| **Total Fees and Disbursements** | **$472.40** |

 **FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486563
Matter No.: 08743.00101

**Re:**   **Bankruptcy Matters**

    **Total Fees and Disbursements**    **$472.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 486563
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 3.0 | $ 1,950.00 |
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 7.1 | $ 4,508.50 |
| | | | | | |
| **TOTAL** | | | | **10.1** | **$ 6,458.50** |

3927822.v1


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486565
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2011

|  |  |
|---|---|
| Fees | $6,458.50 |
| **Total Fees and Disbursements** | **$6,458.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102                                          Invoice No.: 486565
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          September 26, 2011
                                                                                Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/04/11 | Jaffe | P230 | Attention to access issues, including review of revised template agreements and review of status of title work (0.6). | 0.6 |
| 08/11/11 | Polatin | P230 | Review title report (2.7). | 2.7 |
| 08/12/11 | Polatin | P230 | Review title report and draft email to S. Jaffe regarding status title (1.9). | 1.9 |
| 08/12/11 | Jaffe | P230 | Attention to downgradient ownership issues, including email and office conference with J. Polatin and emails with team regarding same (0.8); attention to NRD issues, including emails with Mr. Sabath and team regarding notice of consent decree (0.3). | 1.1 |
| 08/17/11 | Polatin | P230 | Arrange for additional title work (0.3). | 0.3 |
| 08/23/11 | Polatin | P230 | Review additional title work regarding dam issue and telephone conference with M. Loria regarding title questions (1.9). | 1.9 |
| 08/24/11 | Polatin | P230 | Conference with S. Jaffe and email to S. Jaffe, Grace and Covidien regarding title to dam (0.3). | 0.3 |
| 08/24/11 | Jaffe | P230 | Attention to access issue, including email and office conference with J. Polatin regarding dam ownership and review, revise draft MBTA access application (1.3). | 1.3 |

**Total Hours**    **10.1**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 486565
September 26, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 7.1 | at | 635.00 | = | 4,508.50 |
| Seth D. Jaffe | 3.0 | at | 650.00 | = | 1,950.00 |
| **Total Fees** | | | | | **$6,458.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$6,458.50** |
| **Total Fees and Disbursements** | | **$6,458.50** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486565
Matter No.: 08743.00102

**Re:**  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**      **$6,458.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt <br> Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 486565
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 4.1 | $  2,665.00 |
| | | | | | |
| **TOTAL** | | | | **4.1** | **$  2,665.00** |

3927822.v1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486566
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through August 31, 2011

| | |
|---|---|
| Fees | $2,665.00 |
| **Total Fees and Disbursements** | **$2,665.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 486566
September 26, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/01/11 | Jaffe | P230 | Attention to Shaffer issues, including emails with team, L. Feldman, and EPA (0.6). | 0.6 |
| 08/02/11 | Jaffe | P230 | Attention to preparation for 8/3 call, including review of soil management and Central Area issues (0.9). | 0.9 |
| 08/03/11 | Jaffe | P230 | Attention to soil sampling issues, including review of EPA comments, team telephone conference, and telephone call with Ms. Duff (1.1). | 1.1 |
| 08/09/11 | Jaffe | P230 | Review, revise draft scope of work for project coordinator and emails with team regarding same (0.6). | 0.6 |
| 08/23/11 | Jaffe | P230 | Review draft vapor intrusion report (0.5). | 0.5 |
| 08/29/11 | Jaffe | P230 | Attention to planning for meeting with EPA, including project coordinator issues (0.4). | 0.4 |
| | | | **Total Hours** | **4.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 486566
September 26, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.1 | at | 650.00 | = | 2,665.00 |
| | | | | | |
| **Total Fees** | | | | | **$2,665.00** |

| | |
|---|---|
| **Total Fees** | **$2,665.00** |
| **Total Fees and Disbursements** | **$2,665.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 26, 2011
Invoice No.: 486566
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**       **$2,665.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 486566
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company