**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period August 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 2.0 | $ 1,496.00 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 9.0 | $ 2,970.00 |
| Veronica Joelle Flores | Staff - Experienced | 2 | Global Restructuring | $ 170.50 | 3.9 | $ 664.95 |
| Maureen Ann Tierney Bravo | Executive Assistant | 2 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |
| Totals | | | | | 15.2 | $ 5,160.65 |

**Summary of PwC's Fees By Project Category:**
**August 31, 2011**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |

{02411:PLDG:10151916.DOC}

| Category | | |
|---|---|---|
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | 15.2 | $5,160.65 |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 15.2 | $5,160.65 |