# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- July 12, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 2.0 | $ 1,496.00 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 9.0 | $ 2,970.00 |
| Veronica Joelle Flores | Staff - Experienced | 2 | Global Restructuring | $ 170.50 | 3.9 | $ 664.95 |
| Maureen Ann Tierney Bravo | Executive Assistant | 2 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |
| Totals | | | | | 15.2 | $ 5,160.65 |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- July 12, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| Name: Ron Gale | | |
| 8-Jul | 0.8 | Review of draft structuring slide deck |
| 11-Jul | 1.2 | Reviewing slide deck and providing feedback during internal meeting with T Chesla (PwC) |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- July 12, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| Name: Todd Chesla | | |
| 6-Jul | 1.9 | Constructing Phase I implementation Plan and structure |
| 11-Jul | 1.8 | Reviewing restructuring slide deck and providing feedback during internal meeting with R Gale (PwC) |
| 12-Jul | 2.0 | Inserting High level comments to the slide deck as per research and emails from PwC Foreign offices and client feedback |
| 12-Jul | 1.5 | Constructing Phase I implementation Plan and structure |
| 12-Jul | 1.8 | Meeting with V Flores (PwC) regarding the Phase II Implementation proposed scope |
| | 9.0 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - July 12, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Veronica Flores** | | |
| 8-Jul | 2.1 | Revising WR Grace restructuring scope for R Gale (PwC), and drafting email with this information for E Filon (Grace) |
| 11-Jul | 1.8 | Meeting with T Chesla (PwC) regarding the Next Steps and Phase II implementation and proposed scope |
| | 3.9 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- July 12, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| Name: Maureen Ann Teirney Bravo | | |
| 11-Jul | 0.3 | Accumulating information and reviewing emails to prepare a list of pending items for the client |
| | **0.3** | **Total Grace Financial Statement Audit Charged Hours** |