**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**August 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended August 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 2.0 | $ 1,971.04 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 5.3 | $ 3,648.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 27.5 | $ 21,897.98 |
| George B Baccash | Tax Partner | 20+ | Integrated Audit | $ 618.80 | 1.0 | $ 618.80 |
| Jody B Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 31.2 | $ 12,816.96 |
| David C Sands | Director | 12 | Integrated Audit | $ 436.88 | 5.7 | $ 2,490.23 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 16.8 | $ 7,339.58 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 58.5 | $ 25,557.48 |
| Heather Stanislaus | Audit Senior Manager | 9 | Integrated Audit | $ 763.27 | 4.0 | $ 3,053.08 |
| Brian C Wiegmann | Audit Manager | 7 | Integrated Audit | $ 678.17 | 0.3 | $ 203.45 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 7.3 | $ 2,308.48 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 117.1 | $ 30,189.55 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 25.6 | $ 6,014.75 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 94.5 | $ 22,802.85 |
| Jennifer Lynn Bosanac | Audit Senior Associate | 4 | Integrated Audit | $ 285.76 | 2.0 | $ 571.52 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 140.8 | $ 25,391.87 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 118.5 | $ 21,370.29 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 9.0 | $ 1,680.21 |
| Janice Patricia McConegly | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 26.5 | $ 4,947.29 |
| Jamie E Kunkel | Audit Associate | 1 | Integrated Audit | $ 180.34 | 73.5 | $ 13,254.99 |
| Michael Potts | Audit Associate | 1 | Integrated Audit | $ 130.81 | 14.5 | $ 1,896.75 |
| Crystal Jamison | Audit Associate | 1 | Integrated Audit | $ 171.46 | 3.5 | $ 600.11 |
| Alfiya Galieva | Audit Associate | 1 | Integrated Audit | $ 163.83 | 27.0 | $ 4,423.41 |
| Maricel M Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.8 | $ 212.40 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Gonzalo Palacios | Project Specialist | 1 | Integrated Audit | $ 118.00 | 6.0 | $ 708.00 |
| Maria L Yapur | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Timothy F Schmidt | Audit Intern | 1 | Integrated Audit | $ 63.50 | 17.2 | $ 1,092.20 |
| Totals | | | | | 841.6 | $ 217,592.47 |

{02411:PLDG:10151918.DOC}

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | | |
|---|---|---|
| Totals | 33.3 | $ 4,936.33 |

## Summary of PwC's Fees By Project Category: August 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 33.3 | $ 4,936.33 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure | | |

{02411:PLDG:10151918.DOC}

| Statement | | |
|---|---|---|
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 841.6 | $217,592.47 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 874.9 | $ 222,528.80 |

Expense Summary
August 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,724.57 |
| Lodging | N/A | $771.66 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $36.34 |
| TOTAL: | | $ 3,532.57 |

{02411:PLDG:10151918.DOC}