# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 1-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 15-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 16-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 22-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Aug | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Alfiya Galieva | Integrated Audit | 29-Aug | $ 6.66 | | | | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 30-Aug | $ 6.66 | | | | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 31-Aug | $ 6.66 | | | | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| Janice McConegly | Integrated Audit | 29-Aug | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 30-Aug | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 31-Aug | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| Mike Potts | Integrated Audit | 30-Aug | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 31-Aug | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| Dave Sands | Sarbanes | 30-Aug | $ 38.85 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Kathryn Colaianni | Sarbanes | 12-Aug | $ 170.00 | | | | Round Trip Coach ticket from Baltimore Washington International Airport to Logan Airport for travel to client site in Cambridge, MA |
| | Sarbanes | 15-Aug | | $ 462.00 | | | Homewood Suites hotel for 3 nights in Cambridge, MA (rate $154 per night) |
| | Sarbanes | 15-Aug | | $ 54.06 | | | Taxes on Homewood Suites hotel room for 3 nights in Cambridge, MA (rate $18.02 per night) |
| | Sarbanes | 29-Aug | $ 345.40 | | | | Round Trip Coach ticket from Baltimore Washington International Airport to Chicago-Midway Airport for travel to client site in Chicago, IL |
| Justin Bray | Integrated Audit | 1-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 4-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 11-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 15-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 16-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 22-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Aug | $ 23.31 | | | | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| Pavel Katsiak | Integrated Audit | 1-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 3-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 4-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 5-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 8-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 10-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |

| Name | Type | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| Kathleen Bradley | Integrated Audit | 11-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 12-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 15-Aug | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate 0.555 per mile). |
| | Audit | 1-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 2-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 3-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 4-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 5-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 8-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 9-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 10-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 12-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 22-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 23-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 29-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 30-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Audit | 31-Aug | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Sarbanes | 24-Aug | $ 470.50 | | | | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt. Pleasant, TN |
| | Sarbanes | 24-Aug | | | | $ 6.00 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| | Sarbanes | 25-Aug | | | | $ 5.84 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| | Sarbanes | 24-Aug | $ 29.97 | | | | Mileage in excess of daily commute (84 miles - 30 normal commute mile * rate 0.555 per mile). |
| | Sarbanes | 25-Aug | $ 267.68 | | | | Hertz rental car charge for 3 days in Mt. Pleasant, TN |
| | Sarbanes | 25-Aug | | $ 218.00 | | | Aloft hotel for 2 nights in Franklin, TN (rate of $109 per night) |
| | Sarbanes | 25-Aug | | $ 37.60 | | | Taxes on Aloft hotel room for 2 nights in Franklin, TN. |
| | Sarbanes | 25-Aug | | | | $ 24.50 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| Brett Czajkowski | Integrated Audit | 3-Aug | $ 22.20 | | | | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 30-Aug | $ 22.20 | | | | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0.555 per mile). |
| Phill Crosby | Integrated Audit | 3-Aug | $ 45.51 | | | | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 29-Aug | $ 45.51 | | | | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 30-Aug | $ 45.51 | | | | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| Jamie Kunkel | Integrated Audit | 1-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 2-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 3-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 4-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 5-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 8-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 10-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 11-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 12-Aug | $ 18.65 | | | | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate 0.555 per mile). |
| Timothy Schmidt | Integrated Audit | 1-Aug | $ 5.55 | | | | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 2-Aug | $ 5.55 | | | | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 3-Aug | $ 5.55 | | | | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 4-Aug | $ 5.55 | | | | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate 0.555 per mile). |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 3,532.57 | $ 2,724.57 | $ 771.66 | $ - | $ 36.34 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | 1-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 2-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 15-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 16-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 22-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 29-Aug | Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Alfiya Galieva | 29-Aug | Audit Associate | $ 6.66 | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| | 30-Aug | Audit Associate | $ 6.66 | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| | 31-Aug | Audit Associate | $ 6.66 | Mileage in excess of daily commute (27 miles - 15 normal commute miles * rate - 0.555 per mile). |
| Janice McConegly | 29-Aug | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 30-Aug | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 31-Aug | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| Mike Potts | 30-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 31-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| Dave Sands | 30-Aug | Director | $ 38.85 | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Kathryn Colaianni | 12-Aug | Audit Experienced Associate | $ 170.00 | Round Trip Coach ticket from Baltimore Washington International Airport to Logan Airport for travel to client site in Cambridge, MA |
| | 15-Aug | Audit Experienced Associate | $ 462.00 | Homewood Suites hotel for 3 nights in Cambridge, MA (rate $154 per night) |
| | 15-Aug | Audit Experienced Associate | $ 54.06 | Taxes on Homewood Suites hotel room for 3 nights in Cambridge, MA (rate $18.02 per night) |
| | 29-Aug | Audit Experienced Associate | $ 345.40 | IL |
| Justin Bray | 1-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 2-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 4-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 9-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 11-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 15-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 16-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 22-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| | 29-Aug | Audit Senior Manager | $ 23.31 | Mileage in excess of daily commute (110 miles - 68 normal commute miles * rate - 0.555 per mile). |
| Pavel Katsiak | 1-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 2-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 3-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 4-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 5-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 8-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 9-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 10-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 11-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 12-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 15-Aug | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| Kathleen Bradley | 1-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 3-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 4-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 5-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 8-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 9-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 10-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 12-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 22-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 23-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 31-Aug | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Aug | Audit Experienced Associate | $ 470.50 | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt.Pleasant, TN |
| | 24-Aug | Audit Experienced Associate | $ 6.00 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| | 25-Aug | Audit Experienced Associate | $ 5.84 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| | 24-Aug | Audit Experienced Associate | $ 29.97 | Mileage in excess of daily commute (84 miles - 30 normal commute mile * rate 0 .555 per mile). |
| | 25-Aug | Audit Experienced Associate | $ 267.68 | Hertz rental car charge for 3 days in Mt. Pleasant, TN |
| | 25-Aug | Audit Experienced Associate | $ 218.00 | Aloft hotel for 2 nights in Franklin, TN (rate of $109 per night) |
| | 25-Aug | Audit Experienced Associate | $ 37.60 | Taxes on Aloft hotel room for 2 nights in Franklin, TN. |
| | 25-Aug | Audit Experienced Associate | $ 24.50 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| Brett Czajkowski | 3-Aug | Audit Manager | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | Audit Manager | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0 .555 per mile). |
| Phill Crosby | 3-Aug | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0 .555 per mile). |
| Jamie Kunkel | 1-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 2-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 3-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 4-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 5-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 8-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 10-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 11-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| | 12-Aug | Audit Associate | $ 18.65 | Mileage in excess of daily commute (67.2 miles - 33.6 normal commute miles * rate - 0.555 per mile). |
| Timothy Schmidt | 1-Aug | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | 2-Aug | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | 3-Aug | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |
| | 4-Aug | Audit Intern | $ 5.55 | Mileage in excess of daily commute (50 miles - 40 normal commute miles * rate - 0.555 per mile). |

**Total** $ 3,532.57