# EXHIBIT "A"

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee Aug 1, 2011 to Aug 31, 2011

Inv #: 40677

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 16.80 | 4,277.00 |
| B18 | Fee Applications, Others - | 3.30 | 635.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 70.00 |
| B25 | Fee Applications, Applicant - | 5.10 | 881.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.40 | 490.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 230.00 |
| B37 | Hearings - | 0.10 | 35.00 |
| | **Total** | **27.90** | **$6,618.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 2.70 | 783.00 |
| Regina Matozzo | 200.00 | 8.70 | 1,740.00 |
| Theodore J. Tacconelli | 350.00 | 8.10 | 2,835.00 |
| Legal Assistant - KC | 150.00 | 8.40 | 1,260.00 |
| **Total** | | **27.90** | **$6,618.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$138.16**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-11 | *Case Administration* - Review case management memo re: week ending 7-29-2011 | 0.10 | LLC |
| | *Fee Applications, Others* - Email from and to KC re: status of Bilzin fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 7/29 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund, LP dated 7/27 | 0.10 | TJT |
| Aug-02-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review 9th Amended 2019 Statement by Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review order authorizing Debtors to serve Acquisition Order | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings LLC dated 7/27 | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: holdback check received; updated payments received tracking chart accordingly | 0.20 | KC |
| | *Case Administration* - Review forwarded notice of withdrawal of appearance and notice of address change; review 2002 service list | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisons to June invoice and prepare as exhibit A to June 2011 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft June 2011 monthly fee application, notice and COS; to LLC for review | 0.30 | KC |
| Aug-03-11 | *Fee Applications, Applicant* - Review June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund LP dated 7/27 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare June 2011 monthly fee app for efiling; efile, serve same | 0.30 | KC |
| Aug-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Merrill Lynch Investment Solutions dated 7/27 | 0.10 | TJT |
| Aug-05-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review correspondence from Debtor's accounts | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | receivable dept. | | |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mgt. dated 7/29 | 0.10 | TJT |
| Aug-06-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi-Strategy Fund dated 7/29 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review docket in Libby/BNSF Appeal 11-207 | 0.10 | TJT |
| Aug-08-11 | *Case Administration* - Review case management memo re: week ending 8-5-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with KC re: retrieval of certain pre-efiling docket entries | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: various upcoming case issues | 0.20 | LLC |
| | *Case Administration* - E-mail from L. Flores re: certain WRGrace pleadings | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/5/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/5 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Master Fund, LP dated 7/29 | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: payment recieved; review and update payment tracking chart re: same | 0.20 | KC |
| | *Case Administration* - Call from L. Flores at Bilzin re: document retrieval request from July 2011; retrieve and review forwarded e-mail from her re: same | 0.20 | KC |
| | *Case Administration* - Discuss document retrieval request of Luisa Flores at Bilzin with TT and LLC; call/ e-mail to Parcels; call to Luisa Flores at Bilzin to confirm request | 0.20 | KC |
| | *Case Administration* - Call from Luisa Flores at Bilzin to cancel request for July 2001 document and call to Parcels to cancel same | 0.10 | KC |
| | *Case Administration* - E-mail from L. Flores with attached documents from July 2011 | 0.10 | KC |
| Aug-09-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 7/29 | 0.10 | TJT |
| Aug-10-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Merrill Lynch Investment Solutions dated 7/29 | 0.10 | TJT |
| | *Fee Applications, Others* - Retrieve e-mail from L. Flores re: Bilzin's June 2011 monthly fee application; e-mail to L. Flores re: same | 0.10 | KC |
| | *Fee Applications, Others* - Download and review Bilzin June 2011 monthly fee application; revise notice and prepare COS of same; to LLC for review | 0.10 | KC |

| | | | |
|---|---|---|---|
| Aug-11-11 | *Fee Applications, Others* - Review Bilzin June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings dated 8/2 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin June 2011 fee application for efiling; efile and service of same | 0.30 | KC |
| Aug-12-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi Strategy Fund dated 8/4 | 0.10 | TJT |
| Aug-13-11 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mgt. dated 8/4 | 0.10 | TJT |
| Aug-15-11 | *Case Administration* - Confer with KC re: status of matter and upcoming issues | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 8/4 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection re: debtor's Motion to Approve Settlement with State of California Dept. of General Services | 0.10 | TJT |
| | *Case Administration* - Discussion with LLC re: preparation of final fee apps | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of 41st Quarterly Fee app for April, May, June 2011 and related documents | 0.50 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: 41st quarterly fee application and cost issue relating to June 2011 monthly fee application | 0.20 | KC |
| Aug-16-11 | *Fee Applications, Applicant* - Review 41st quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/13/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | Plan and Disclosure Statement - Review transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Event Driven Fund dated 8/4 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review order approving Debtor's Motion to Approve Settlement with State of California Dept. of General Services | 0.10 | TJT |
| | *Fee Applications, Others* - Email from L. Flores with attachment of Bilzin quarterly fee application for April, May, June 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to 41st Quarterly Fee app (April- June 2011), to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 41st Quarterly Fee app (April-June 2011) for filing; efile; coordinate service of same | 0.40 | KC |
| Aug-17-11 | *Case Administration* - Review case management memo re: week ending 8-12-2011 | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 8/12 | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 Statement by Barron & Budd | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi-Strategy Master Fund dated 8/4 | 0.10 | TJT |
| | *Fee Applications, Others* - Download emailed attachment of Bilzin Quarterly fee app for April May and June 2011; review same; draft cos, notice; prepare invoices as exhibit c of same; to LLC for review | 0.50 | KC |
| Aug-18-11 | *Fee Applications, Others* - Review Bilzin 41st Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/5 | 0.10 | TJT |
| | *Hearings* - Review Agenda for 8/29 Hearing | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare documents, e-file 41st Quarterly Fee Application of Bilzin for April-June 2011; coordinate service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft copy of amended certificate of service of 41st Quarterly fee application for April- June 2011; efile same | 0.20 | KC |
| | *Fee Applications, Applicant* - Email to Anthony at Blue Marble with attachment of notice for service of 41st Quarterly fee application for April- June 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Calls from and to Anthony at Blue Marble re: issues with service of 41st Quarterly fee app for April- June 2011; Discussion with LLC re: same | 0.20 | KC |
| Aug-19-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Case Administration* - Review 4/18 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/5 | 0.10 | TJT |
| Aug-20-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Master Fund dated 8/8 | 0.10 | TJT |
| Aug-22-11 | *Case Administration* - Review case management memo re: week ending 8-19-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/19/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/19 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/8 | 0.10 | TJT |
| Aug-23-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

| | | | |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion for Return and Destruction of Documents | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 Statement filed by RL & C | 0.10 | TJT |
| | *Case Administration* - Review CNA's Motion for Consolidated Brief re: Appeal No. 11-207 | 0.30 | TJT |
| Aug-24-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion for Consolidated Brief re: Appeal No. 11-207 | 0.10 | TJT |
| Aug-25-11 | *Case Administration* - Review fee auditor's report re: fee applications with no issues and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: upcoming fee application for HRA | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: HRA July 2011 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund dated 8/9 | 0.10 | TJT |
| | *Fee Applications, Others* -Discussion with LLC re: HRA fee application sent as attachment from L. Flores, forward same to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to June 2011 monthly fee application; draft Certificate of No Objection, COS of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Certificate of No Objection of June 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare June 2011 fee application for filing; efile and service of same | 0.20 | KC |
| Aug-26-11 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Master Fund dated 8/9 | 0.10 | TJT |
| Aug-29-11 | *Case Administration* - Review case management memo re: week ending 8-26-2011 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of Bilzin and HRA upcoming fee applications | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review July 2011 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Research transfer of insurance rights, confer with TJT | 0.40 | RM |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce July pre bill | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Plan Proponents Answering Brief re: CNA Settlement appeal 11-207 | 1.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with R. Matozzo re: research re: Transfer of Insurance Rights to PI Trust | 0.20 | TJT |
|  | *Fee Applications, Others* - Email to L. Flores re: attachments of July monthly fee app/ notice and summary | 0.10 | KC |
|  | *Fee Applications, Applicant* - Begin review and draft of invoice for July 2011 fees for monthly fee application; | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revisions to July 2011 invoice | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft July 2011 fee application, notice and cos; to LLC for review | 0.30 | KC |
| Aug-30-11 | *Case Administration* - Review certificate of counsel re: 2012-2013 Omnibus hearing dates and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 8/26 | 0.10 | TJT |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Certification of Counsel re: Omnibus Hearing dates and deadlines for 2012 and 2013 | 0.10 | TJT |
|  | *Fee Applications, Others* - Download fee application invoice and summary re: Bilzin July 2011 monthly fee application | 0.20 | KC |
|  | *Fee Applications, Others* -Prepare fee application notice of Bilzin's July 2011 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Download fee application summary and invoice re: Hamilton Rabinovita & Alschuler, Inc July 2011 fee application | 0.20 | KC |
|  | *Fee Applications, Others* - Revise notice of Hamilton Rabinovitz & Alschuler Inc. August 2011 fee application; prepare cos of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile and service of July 2011 monthly fee application | 0.20 | KC |
| Aug-31-11 | *Fee Applications, Others* - Review HRA July 2011 fee app for filing | 0.20 | LLC |
|  | *Fee Applications, Others* - Review Bilzin July 2011 fee app for filling | 0.20 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: Order re: Omnibus Hearing dates and deadlines for 2012 and 2013 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of Document filed by Fee Auditor re: Docket No. 27184 | 0.10 | TJT |
|  | *Case Administration* - Review 2012 and 2013 omnibus hearing dates and filing and objection deadlines | 0.20 | KC |
|  | *Case Administration* - Discussion with TJT re: 2012 and 2013 omnibus hearing dates and filing and objection deadlines/ email copy of same to L. Flores/ Bilzin | 0.10 | KC |
|  | *Fee Applications, Applicant* - Docket review re: approved fees/ expenses; calculations in preparation for final fee app | 0.30 | KC |

| | Totals | 27.90 |
|---|---|---|

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Aug-02-11 | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (RSM) Account # FJ0091 | 5.76 |
| | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (RM) Account # FJ0497 | 61.20 |
| Aug-03-11 | Photocopy Cost | 3.60 |
| Aug-10-11 | Photocopy Cost | 1.20 |
| Aug-11-11 | Photocopy Cost | 3.80 |
| Aug-15-11 | Photocopy Cost | 1.30 |
| Aug-16-11 | Photocopy Cost | 13.40 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Aug-17-11 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.90 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Aug-22-11 | Cost Advance - First State Deliveries - hand delivery 8/3/11 | 7.50 |
| Aug-25-11 | Photocopy Cost | 0.70 |
| Aug-29-11 | Photocopy Cost | 0.70 |
| Aug-30-11 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 3.00 |
| | Cost Advance - First State Deliveries - hand delivery 8/30/11 | 7.50 |
| Aug-31-11 | Cost Advance - First State Deliveries - hand delivery 8/25/11 | 7.50 |
| | Totals | $138.16 |

**Total Fees & Disbursements** **$6,756.16**