
Bilzin Sumberg
ATTORNEYS AT LAW

September 20, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   199203

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2011

**CLIENT SUMMARY**

BALANCE AS OF- 08/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $520.00 | $224.22 | $744.22 |
| **.15538 -** 02 - Debtors' Business Operations | $600.00 | $0.00 | $600.00 |
| **.15543 -** 07 - Applicant's Fee Application | $750.00 | $0.00 | $750.00 |
| **.15544 -** 08 - Hearings | $517.50 | $0.00 | $517.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $682.50 | $0.00 | $682.50 |
| **.17781 -** 30 - Fee Application of Others | $225.00 | $0.00 | $225.00 |
| ***Client Total*** | ***$3,295.00*** | ***$224.22*** | ***$3,519.22*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 2.80 | $525.00 | $1,470.00 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.60 | $225.00 | $810.00 |
| Varela, Ana Carolina | 3.20 | $200.00 | $640.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$3,295.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $179.00 |
| Long Distance Telephone | $5.32 |
| Copies | $39.90 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$224.22** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$3,519.22** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| 08/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
|---|---|---|---|---|
| 08/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/03/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1); print [27359](.1). |
| 08/04/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/05/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/10/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/17/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/18/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/23/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity; email Jay Sakalo thereon and email pleadings to Jay Sakalo (.2). |
| 08/24/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity review pleadings and email Jay Sakalo thereon (.1) |
| 08/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/31/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |

PROFESSIONAL SERVICES                                                              $520.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 06/29/11 | Airfare Travel from Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/11-07/26/11; DATE: 7/26/2011 - Acct. 5306220025395504 | 179.00 |
| 08/08/11 | Long Distance Telephone (302)575-1555; 1 Mins. | 0.76 |
| 08/08/11 | Long Distance Telephone (302)575-1555; 5 Mins. | 3.80 |
| 08/31/11 | Long Distance Telephone (202)339-8514; 1 Mins. | 0.76 |
| 08/02/11 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/05/11 | Copies 142 pgs @ 0.10/pg | 14.20 |
| 08/10/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/10/11 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/11 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 08/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/02/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/02/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/02/11 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 08/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/02/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/02/11 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED**                                                                                   **$224.22**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.60 | $200.00 | $520.00 |
| *TOTAL* | *2.60* | | *$520.00* |

### MATTER SUMMARY OF COSTS ADVANCED

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Airfare | $179.00 |
| Long Distance Telephone | $5.32 |
| Copies | $39.90 |
| *TOTAL* | *$224.22* |

**CURRENT BALANCE DUE THIS MATTER** $744.22

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE:  02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 08/18/11 | JMS | 0.30 | 157.50 | Email exchange with J. Baer regarding destruction of Project Larch documents. |
| 08/25/11 | JIS | 0.10 | 37.50 | Confer with J. Sakalo re: conference call on business issue. |
| 08/26/11 | JIS | 0.10 | 37.50 | Confer with J. Sakalo re: proposal to prepay unsecured claims, stock buy back, etc. |
| 08/31/11 | JMS | 0.70 | 367.50 | Telephone conference with R. Wyron regarding claims payments and related issues. |

**PROFESSIONAL SERVICES**                                                                 **$600.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $525.00 | $525.00 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| *TOTAL* | *1.20* | | *$600.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$600.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 08/05/11 | JIS | 0.30 | 112.50 | Review and revise July prebill. |
| 08/09/11 | LMF | 0.80 | 180.00 | Prepare notice of fees and summary of fees for month of June 2011 and submit to local counsel for filing and service. |
| 08/10/11 | JIS | 0.10 | 37.50 | Attention to 41st quarterly interim fee application. |
| 08/15/11 | JIS | 0.40 | 150.00 | Review and revise 41st quarterly interim fee application and email to L. Flores thereon. |
| 08/19/11 | LMF | 0.70 | 157.50 | Prepare notice and summary for July fees and submit to local counsel for filing and service. |
| 08/23/11 | LMF | 0.50 | 112.50 | Prepare notice and summary and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                                 **$750.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.80 | $375.00 | $300.00 |
| Flores, Luisa M | 2.00 | $225.00 | $450.00 |
| *TOTAL* | *2.80* | | *$750.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                       **$750.00**

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 07/21/11 | LMF | 0.60 | 135.00 | Assist with obtaining agenda, review of agenda with project assistant and assist with courtcalls for all professionals. |
| 07/21/11 | ACV | 0.60 | 120.00 | Organize Court Calls and email confirmations. |
| 07/22/11 | JMS | 0.50 | 262.50 | Emails to Committee regarding hearing agenda and telephonic appearances (.3); follow up email with D. Speights and M. Dies thereon (.2). |

**PROFESSIONAL SERVICES**                                                                                                 **$517.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $525.00 | $262.50 |
| Flores, Luisa M | 0.60 | $225.00 | $135.00 |
| Varela, Ana Carolina | 0.60 | $200.00 | $120.00 |
| *TOTAL* | *1.70* | | *$517.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                          **$517.50**

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 08/26/11 | JMS | 1.30 | 682.50 | Prepare for and participate in telephone conference with Grace team regarding proposed payment of claims and share buyback program. |

**PROFESSIONAL SERVICES** $682.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.30 | $525.00 | $682.50 |
| *TOTAL* | *1.30* | | *$682.50* |

**CURRENT BALANCE DUE THIS MATTER** $682.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| 08/22/11 | LMF | 0.40 | 90.00 | Follow up with Debtors' counsel regarding outstanding fees owed to PD Committee professionals. |
| 08/23/11 | LMF | 0.60 | 135.00 | Prepare notice and summary for Hamilton Rabinovitz and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $225.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.00 | $225.00 | $225.00 |
| *TOTAL* | *1.00* | | *$225.00* |

**CURRENT BALANCE DUE THIS MATTER** $225.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP