```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                    Invoice Number      2175179
   7500 Grace Drive                    Invoice Date        09/27/11
   Columbia, Maryland 21044            Client Number        172573
   USA
```

===========================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

```
       Fees                        799.50
       Expenses                      0.00

                TOTAL BALANCE DUE UPON RECEIPT         $799.50
                                                   =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2175179
7500 Grace Drive                         Invoice Date        09/27/11
Columbia, Maryland 21044                 Client Number        172573
USA                                      Matter Number         50001


================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

  Date    Name                                                     Hours
--------  -----------                                              -----

08/10/11 Espinosa          Finalize the requests for                1.00
                           production of documents and
                           interrogatories and cause them to
                           be served on Plaintiff.

08/10/11 Espinosa          Correspond with A. Enriquez               .20
                           regarding Plaintiff's deposition
                           and prepare the notice for same.

08/18/11 Husar             Review court scheduling order,            .50
                           work on discovery plan.

08/31/11 Husar             Review court deadlines and prepare        .40
                           email to John Forgach re: status
                           of litigation and key litigation
                           deadlines.
                                                                   ------
                                                  TOTAL HOURS       2.10


TIME SUMMARY               Hours          Rate            Value
------------------------   -----------------------        -------
Linda S. Husar             0.90 at  $  515.00  =          463.50
Stephanie Henderson Espin  1.20 at  $  280.00  =          336.00

                           CURRENT FEES                                 799.50

                                                                  ------------
                           TOTAL BALANCE DUE UPON RECEIPT             $799.50
                                                                  ============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number       2175180
    7500 Grace Drive                        Invoice Date        09/27/11
    Columbia, Maryland 21044                Client Number        172573
    USA
```

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                283.00
    Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $283.00
                                                      ==============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                         Invoice Number       2175180
    7500 Grace Drive                         Invoice Date        09/27/11
    Columbia, Maryland 21044                 Client Number        172573
    USA                                      Matter Number         60026


================================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

    Date    Name                                                    Hours
    -----   ----                                                    -----

  08/10/11  Lord          Research docket and update Reed            .40
                          Smith's 2002 service list.

  08/12/11  Ament         E-mails with P. Cuniff re:                 .20
                          preliminary agenda and hearing
                          binders.

  08/15/11  Ament         E-mails with J. O'Neill and K. Yee         .70
                          re: CNO and agenda (.20);
                          telephone call to J. O'Neill re:
                          same (.10); review CNO and
                          preliminary agenda (.10); update
                          hearing binder per J. O'Neill
                          request (.10); arrange for hand
                          delivery of preliminary agenda and
                          hearing binder to Judge Fitzgerald
                          (.10); follow-up e-mail to
                          Pachulski re: same (.10).

  08/16/11  Ament         Review e-mail from J. O'Neill re:          .10
                          preliminary agenda and hearing
                          binder.
                                                                   ------
                                            TOTAL HOURS              1.40
```

```
172573 W. R. Grace & Co.                      Invoice Number   2175180
60026  Litigation and Litigation Consulting   Page    2
       September 27, 2011


TIME SUMMARY                    Hours         Rate          Value
---------------------------     --------      ----------    -------
John B. Lord                    0.40  at  $   245.00   =     98.00
Sharon A. Ament                 1.00  at  $   185.00   =    185.00

                                CURRENT FEES                                283.00


                                                            ------------
                                TOTAL BALANCE DUE UPON RECEIPT    $283.00
                                                            ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number       2175181
7500 Grace Drive                      Invoice Date        09/27/11
Columbia, Maryland 21044              Client Number        172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                  2,396.00
    Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,396.00
                                                      =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2175181
   7500 Grace Drive                        Invoice Date        09/27/11
   Columbia, Maryland 21044                Client Number        172573
   USA                                     Matter Number         60029


===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

    Date    Name                                                    Hours
   -------- -----------                                              -----


  08/05/11 Ament              Begin drafting quarterly fee            .30
                              application summary and narrative.

  08/08/11 Ament              Calculate fees and expenses for        1.50
                              quarterly fee application (1.0);
                              draft quarterly fee application
                              (.50).

  08/09/11 Ament              Continue drafting fee application       .40
                              (.30); provide same to A. Muha for
                              review (.10).

  08/10/11 Ament              E-mail to J. Lord re: quarterly         .40
                              fee application (.10); meet with
                              A. Muha re: same (.10); finalize
                              41st quarterly fee application
                              (.10); e-mail summary and
                              narrative to J. Lord for DE filing
                              (.10).

  08/10/11 Lord               Revise and prepare Reed Smith's        1.60
                              41st interim fee application for
                              e-filing and service (1.5);
                              communicate with S. Ament re:
                              quarterly fee application (0.1).

  08/10/11 Muha               Revise quarterly fee application        .70
                              (0.4); review and revise fees and
                              expenses for July monthly
                              application (0.3).
```

```
172573  W. R. Grace & Co.                          Invoice Number   2175181
60029   Fee Applications-Applicant                 Page     2
        September 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/11/11 | Ament | Review e-mail from J. Lord re: quarterly fee application (.10); e-mails re: July monthly fee application (.10). | .20 |
| 08/11/11 | Lord | E-file and coordinate service of Reed Smith's 41st interim fee application. | .50 |
| 08/12/11 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10); e-mails re: July monthly fee application (.10). | .40 |
| 08/12/11 | Muha | Revise fee and expense detail for July monthly fee application. | .20 |
| 08/22/11 | Ament | Review and respond to e-mail from A. Muha re: July monthly fee application (.10); e-mail to P. Dotterer re: same (.10); review invoices received (.10); calculate fees and expenses for July monthly fee application (.50); prpare spreadsheet re: same (.20); draft 121st monthly fee application (.30). | 1.30 |
| 08/24/11 | Ament | E-mails with J. Lord re: CNO for June monthly fee application (.10); finalize calculations of fees and expenses for July monthly fee application (.10); continue drafting 121st monthly fee application (.10); provide same to A. Muha for review (.10). | .40 |
| 08/24/11 | Lord | Communicate with S. Ament re: upcoming monthly fee application | .10 |
| 08/25/11 | Ament | Finalize 121st monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10). | .30 |
| 08/25/11 | Lord | Draft, e-file and serve CNO to Reed Smith June monthly fee application. | .50 |

```
172573 W. R. Grace & Co.                          Invoice Number   2175181
60029  Fee Applications-Applicant                 Page    3
       September 27, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 08/25/11 | Muha | Final review and revisions to monthly application for July 2011. | .20 |
| 08/29/11 | Lord | Revise, finalize and file Reed Smith LLP July monthly fee application. | 1.20 |

```
                                         TOTAL HOURS    10.20
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 1.10 | at $ 435.00 = | 478.50 |
| John B. Lord | 3.90 | at $ 245.00 = | 955.50 |
| Sharon A. Ament | 5.20 | at $ 185.00 = | 962.00 |

```
         CURRENT FEES                                        2,396.00

                                                         ------------
         TOTAL BALANCE DUE UPON RECEIPT                     $2,396.00
                                                         ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      2175182
   7500 Grace Drive                          Invoice Date        09/27/11
   Columbia, Maryland 21044                  Client Number        172573
   USA


===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

       Fees                                5,508.00
       Expenses                                0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $5,508.00
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number     2175182
7500 Grace Drive                           Invoice Date       09/27/11
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        60033
```

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/11 | Ament | Review e-mail from A. Muha re: property damage lawsuits. | .10 |
| 08/01/11 | Muha | Meeting with S. Ament and email re: additional work on research of property damage lawsuits. | .40 |
| 08/02/11 | Ament | Review docket for service list relating to property damage claims (.40); e-mail to Pachulski re: same (.10); e-mail to A. Muha re: same (.10). | .60 |
| 08/09/11 | Cameron | Attention to P.D. claims materials | .60 |
| 08/10/11 | Ament | E-mails with A. Muha re: PD claims. | .10 |
| 08/12/11 | Ament | E-mails and meet with A. Muha re: property damage claim research. | .30 |
| 08/12/11 | Cameron | Prepare summary re: P.D. claims (.80); Review current research re: same (.50) | 1.30 |
| 08/12/11 | Muha | Multiple emails to/from D. Cameron re: status and issues regarding analysis of PD litigation, and research re: same (0.3); prepare email memo to D. Cameron re: status and issues re: analysis of PD litigation (0.8); meeting with S. Ament re: same (0.1). | 1.20 |

```
172573  W. R. Grace & Co.                                Invoice Number  2175182
  60033  Claim Analysis Objection Resolution & Estimation Page    2
         (Asbestos)
         September 27, 2011


    Date    Name                                                         Hours
  --------  -----------                                                  -----

  08/13/11  Cameron         Review materials from PD claims               .60
                            research

  08/15/11  Ament           Review and respond to e-mail from             .30
                            D. Cameron re: PD claim research
                            (.20); e-mails with S. Jonjak re:
                            same (.10).

  08/15/11  Cameron         Attend to PD claims research                  .50

  08/16/11  Restivo         Telephone call with E. Westbrook.             .30

  08/17/11  Ament           Provide T. Rea with order                     .20
                            approving CA DGS settlement per
                            request (.10); review e-mail from
                            D. Cameron re: property damage
                            claims research (.10).

  08/17/11  Cameron         Multiple emails re: PD claims                1.00
                            (.20); review cost materials
                            (.30); multiple emails re: Solow
                            settlement issues (.50)

  08/17/11  Restivo         Letter re:  property damage claim.            .50

  08/18/11  Ament           Review information relating to                .60
                            property damage claims research
                            (.30); e-mails and meet with S.
                            Jonjak requesting assistance re:
                            same (.20); e-mail to D. Cameron
                            and A. Muha re: same (.10).

  08/19/11  Ament           Review e-mail received from S.                .50
                            Jonjak re: property damage claims
                            research, together with supporting
                            documentation.

  08/19/11  Cameron         Review asbestos P.D. claims                   .50
                            outline, research

  08/19/11  Jonjak          Database research and analysis re:           6.00
                            asbestos PD claim litigation.

  08/19/11  Muha            Emails re: PD claims analysis                 .30
                            project.
```

```
172573 W. R. Grace & Co.                         Invoice Number   2175182
 60033  Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        September 27, 2011


   Date    Name                                                   Hours
 -------- -----------                                              -----

 08/22/11 Ament          Review e-mail from S. Jonjak re:           .20
                         property damage claims research
                         (.10); e-mail to D. Cameron and A.
                         Muha re: same (.10).
                                                                  ------
                                                  TOTAL HOURS      16.10


 TIME SUMMARY              Hours          Rate         Value
 -----------------------  ----------------------     -------

 Douglas E. Cameron        4.50  at  $   650.00  =   2,925.00
 James J. Restivo Jr.      0.80  at  $   700.00  =     560.00
 Andrew J. Muha            1.90  at  $   435.00  =     826.50
 Sharon A. Ament           2.90  at  $   185.00  =     536.50
 Antoni Stosh Jonjak       6.00  at  $   110.00  =     660.00

                         CURRENT FEES                              5,508.00

                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $5,508.00
                                                                ============
```