```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number      2175187
   7500 Grace Drive                    Invoice Date        09/27/11
   Columbia, Maryland 21044            Client Number        172573
   USA


===========================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

      Fees                                 0.00
      Expenses                            68.02

                    TOTAL BALANCE DUE UPON RECEIPT           $68.02
                                                       ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630




    W.R. Grace & Co.                        Invoice Number      2175187
    7500 Grace Drive                        Invoice Date        09/27/11
    Columbia, Maryland 21044                Client Number        172573
    USA                                     Matter Number         50001


================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                       0.72
      Duplicating/Printing/Scanning               7.30
      Courier Service - Outside                  60.00

                  CURRENT EXPENSES                                    68.02
                                                                 -------------

                  TOTAL BALANCE DUE UPON RECEIPT                     $68.02
                                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2175187
7500 Grace Drive                          Invoice Date        09/27/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         50001
```

================================================================================

Re: (50001)   Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 07/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/22/11 | Courier Service - Outside<br>Courier Service - Outside - Sacv 11-00113 Cjc Correa Vs Wr Grace & Santa Ana Joint Scheduling Conf Report Del Courtesy Copy To (Job # 4987517) | 60.00 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 11 COPIES | 1.10 |
| 07/31/11 | PACER | .72 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number   2175187
50001   Correa v. W.R. Grace                           Page    2
        September 27, 2011
```

| Date | Description | Amount |
|---|---|---|
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 08/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/16/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 08/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

```
                          CURRENT EXPENSES                         68.02
                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $68.02
                                                              ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number      2175188
    7500 Grace Drive                        Invoice Date       09/27/11
    Columbia, Maryland 21044                Client Number       172573
    USA
```

==========================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

```
        Fees                                      0.00
        Expenses                                788.74

                      TOTAL BALANCE DUE UPON RECEIPT          $788.74
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2175188
   7500 Grace Drive                        Invoice Date        09/27/11
   Columbia, Maryland 21044                Client Number        172573
   USA                                     Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning            47.60
      Postage Expense                           4.16
      Courier Service - Outside                 5.00
      Outside Duplicating                     711.98
      General Expense                          20.00

                     CURRENT EXPENSES                             788.74
                                                              -------------

                     TOTAL BALANCE DUE UPON RECEIPT              $788.74
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number      2175188
    7500 Grace Drive                        Invoice Date        09/27/11
    Columbia, Maryland 21044                Client Number        172573
    USA                                     Matter Number         60026
```

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/14/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 07/15/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 07/15/11 | Duplicating/Printing/Scanning ATTY # 000559: 17 COPIES | 1.70 |
| 07/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 07/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 07/26/11 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 5 COPIES | .50 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/27/11 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |

```
172573  W. R. Grace & Co.                              Invoice Number   2175188
60026   Litigation and Litigation Consulting           Page    2
        September 27, 2011
```

| Date | Description | Amount |
|---|---|---:|
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 07/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 08/03/11 | General Expense -- VENDOR: COURTHOUSE NEWS<br>SERVICE: Document retrieval - A Jonjak | 20.00 |
| 08/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

```
172573 W. R. Grace & Co.                                Invoice Number   2175188
60026  Litigation and Litigation Consulting             Page    3
       September 27, 2011



08/08/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/08/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/08/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/09/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/09/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/10/11    Duplicating/Printing/Scanning                                    .70
            ATTY # 000559: 7 COPIES

08/10/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/10/11    Duplicating/Printing/Scanning                                    .90
            ATTY # 000559: 9 COPIES

08/12/11    Duplicating/Printing/Scanning                                   1.70
            ATTY # 000559: 17 COPIES

08/19/11    Courier Service - Outside -- VENDOR: JET                        5.00
            MESSENGER: Messenger Trip - US Bankruptcy -
            8/15/11

08/22/11    Outside Duplicating -- VENDOR: DIGITAL LEGAL                  242.46
            SERVICES, LLC - -  Copying and service of
            quarterly fee app.

08/22/11    Outside Duplicating -- VENDOR: DIGITAL LEGAL                  469.52
            SERVICES, LLC - -  Copying and service of
            quarterly fee app.

08/22/11    Duplicating/Printing/Scanning                                    .10
            ATTY # 000559: 1 COPIES

08/22/11    Duplicating/Printing/Scanning                                    .10
            ATTY # 000559: 1 COPIES

08/22/11    Duplicating/Printing/Scanning                                    .10
            ATTY # 000559: 1 COPIES

08/22/11    Duplicating/Printing/Scanning                                    .10
            ATTY # 000559: 1 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2175188
 60026  Litigation and Litigation Consulting      Page    4
        September 27, 2011


 08/22/11   Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

 08/22/11   Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

 08/22/11   Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

 08/24/11   Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

 08/24/11   Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

 08/24/11   Duplicating/Printing/Scanning                         1.70
            ATTY # 000559: 17 COPIES

 08/25/11   Duplicating/Printing/Scanning                          .40
            ATTY # 000559: 4 COPIES

 08/25/11   Duplicating/Printing/Scanning                          .40
            ATTY # 000559: 4 COPIES

 08/29/11   Duplicating/Printing/Scanning                        10.50
            ATTY # 0710; 105 COPIES

 08/29/11   Postage Expense                                       4.16

                          CURRENT EXPENSES                      788.74
                                                           ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $788.74
                                                           ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number       2175189
7500 Grace Drive                       Invoice Date        09/27/11
Columbia, Maryland 21044               Client Number         172573
USA
```

===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
    Fees                                        0.00
    Expenses                                  256.54

                  TOTAL BALANCE DUE UPON RECEIPT          $256.54
                                                      =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number        2175189
7500 Grace Drive                          Invoice Date         09/27/11
Columbia, Maryland 21044                  Client Number          172573
USA                                       Matter Number           60033
```
==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                256.10
    Postage Expense                                0.44

                CURRENT EXPENSES                                   256.54
                                                                --------------

                TOTAL BALANCE DUE UPON RECEIPT                    $256.54
                                                                ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2175189 |
| 7500 Grace Drive | Invoice Date      09/27/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number        60033 |

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/18/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Equitrac By | .44 |
| 08/19/11 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2545 COPIES | 254.50 |

```
                              CURRENT EXPENSES                  256.54
                                                            ------------
                     TOTAL BALANCE DUE UPON RECEIPT             $256.54
                                                            ============
```