IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: October 19, 2011 at 4:00 p.m. |

**TWENTY SIXTH MONTHLY APPLICATION OF
SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | August 1, 2011 through August 31, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $10,712.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $149.46 |

This is a(n): ___ interim      ___ final application.      _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

## Prior Monthly Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10<br>25494 | 8/1/10 through<br>8/31/10 | $12,146.50<br>$158.56 | $9,717.20<br>$158.56 | 25629 |
| 11/11/10<br>257535 | 9/1/10 through<br>9/30/10 | $9,865.00<br>$175.99 | $7,892.00<br>$175.99 | 25855 |
| 12/1/10<br>25838 | 10/1/10 through<br>10/31/10 | $7,748.50<br>$186.48 | $6,198.80<br>$186.48 | 25958 |
| 1/4/10<br>26008 | 11/1/10 through<br>11/30/110 | $8,349.00<br>$174.91 | $6,679.20<br>$174.91 | 26125 |
| 1/26/11<br>26126 | 12/1/10 through<br>12/31/10 | $9,467.50<br>$136.50 | $7,574.00<br>$136.50 | 26389 |
| 3/1/11<br>26447 | 1/1/11 through<br>1/31/11 | $5,471.00<br>$227.01 | $4,376.80<br>$227.01 | 26616 |
| 3/30/11<br>26665 | 2/1/11 through<br>2/28/11 | $16,418.00<br>$140.84 | $13,134.40<br>$140.84 | 26665 |
| 5/2/11<br>26857 | 3/1/11 through<br>3/31/11 | $17,325.50<br>$172.16 | $13,860.40<br>$172.16 | 26997 |
| 5/31/11<br>27014 | 4/1/11 through<br>4/30/11 | $14,790.00<br>$170.71 | $11,832.00<br>$170.71 | 27151 |
| 7/5/11<br>27214 | 5/1/11 through<br>5/31/11 | $15,903.00<br>$116.17 | $12,722.40<br>$116.17 | 27325 |
| 8/1/11<br>27352 | 6/1/11 through<br>6/30/11 | $9,849.00<br>$167.76 | $7,879.20<br>$167.76 | 27505 |
| 9/2/11<br>27556 | 7/1/11 through<br>7/31/11 | $11,115.00<br>$94.44 | $8,892.00<br>$94.44 | 27676 |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $650 | 13.3 | $8,645.00 |
| Tracy B. Buck | $195 | 10.6 | $2,067.00 |
| **TOTAL** | | **23.9** | **$10,712.00** |

\* The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2011 for the Bankruptcy and Restructuring Department).

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| Project category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.7 | $6,168.50 |
| Committee: Creditors', Noteholders' or Equity Holders' | 1.0 | $650.00 |
| Fee Applications, Applicant | 7.0 | $1,729.00 |
| Fee Applications, Others | 5.3 | $1,579.50 |
| Plan and Disclosure Statement | 0.9 | $585.00 |
| **TOTAL** | **23.9** | **$10,712.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| | |
|---|---:|
| Photocopying | $31.80 |
| Docket Entries | $24.16 |
| Federal Express | $86.00 |
| Messenger Service | $7.50 |
| **TOTAL** | **$149.46** |

SAUL EWING LLP

By: _/s/ Teresa K.D. Currier_
Teresa K.D. Currier (Del. I.D. No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: September 29, 2011

6