# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA  22902 | Invoice Number   2137512<br>Invoice Date       09/12/11<br>Client Number    359022<br>Matter Number    00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/11 | TKD | Review and share all case filings | 0.5 | 325.00 |
| 08/04/11 | TKD | Review all filings and share with team | 0.4 | 260.00 |
| 08/05/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 08/08/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/09/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/10/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/11/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/15/11 | TKD | Review all case filings and share with team | 0.2 | 130.00 |
| 08/16/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/17/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/18/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/19/11 | TKD | Review all filings, share with team; Communicate with David Blabey re same | 0.7 | 455.00 |
| 08/22/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/23/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/23/11 | TKD | Review Motion to return pleadings and destruction of same | 0.4 | 260.00 |
| 08/23/11 | TKD | Review CNA Companies consent to briefing | 0.2 | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC   Doc 27688-2   Filed 09/29/11   Page 2 of 9

359022
00004
09/12/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2137512
Case Administration                                          Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/24/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 08/25/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/26/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/30/11 | TKD | Review all case fiilngs and share with team | 0.4 | 260.00 |
| 08/30/11 | TBB | Calendar omnibus hearing dates | 0.1 | 19.50 |
| 08/31/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 08/31/11 | TKD | Review and calendar all new omnibus hearing dates | 0.4 | 260.00 |
| 08/31/11 | TBB | Calendar 2013 omnibus hearing dates. | 0.2 | 39.00 |

TOTAL HOURS   9.7

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.3 | at | $195.00 | = | 58.50 |
| Teresa K.D. Currier | 9.4 | at | $650.00 | = | 6,110.00 |

CURRENT FEES   6,168.50

**TOTAL AMOUNT OF THIS INVOICE**   6,168.50

**NET AMOUNT OF THIS INVOICE**   6,168.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA  22902 | Invoice Number   2137513<br>Invoice Date   09/12/11<br>Client Number   359022<br>Matter Number   00008 |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/11 | TKD | Equity Committee Meeting call | 1.0 | 650.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

| | |
|---|---|
| CURRENT FEES | 650.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 650.00 |
| **NET AMOUNT OF THIS INVOICE** | 650.00 |

# Saul Ewing LLP

CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2137515 |
| Invoice Date | 09/12/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/11 | TKD | Review, approve our fee application | 0.5 | 325.00 |
| 08/01/11 | TBB | Revise Notice to Saul Ewing's twenty fourth monthly fee application. | 0.1 | 19.50 |
| 08/01/11 | TBB | File and serve Saul Ewing's twenty fourth monthly fee application. | 1.0 | 195.00 |
| 08/10/11 | TBB | Draft Saul Ewing's Ninth Quarterly Fee Application. | 1.7 | 331.50 |
| 08/11/11 | TBB | Revise Saul Ewing's Ninth Quarterly Fee Application. | 0.1 | 19.50 |
| 08/11/11 | TBB | File and serve Saul Ewing's Ninth Quarterly Fee Application. | 1.2 | 234.00 |
| 08/24/11 | TKD | Review and approve Saul Ewing CNO | 0.3 | 195.00 |
| 08/24/11 | TBB | Draft CNO to Saul Ewing's twenty fourth monthly Fee application | 0.5 | 97.50 |
| 08/24/11 | TBB | File and service CNO to Saul Ewing's twenty fourth monthly fee application | 0.8 | 156.00 |
| 08/29/11 | TBB | Draft Saul Ewing's twenty fifth monthly fee application | 0.8 | 156.00 |
| | | TOTAL HOURS | 7.0 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
09/12/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2137515
Fee Applications/Applicant                                                    Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 6.2 | at | $195.00 | = | 1,209.00 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES                                          1,729.00

**TOTAL AMOUNT OF THIS INVOICE**                      1,729.00

**NET AMOUNT OF THIS INVOICE**                        1,729.00

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2137516 |
| Invoice Date | 09/12/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/11 | TKD | Review, approve Kramer levin fee application for filing | 0.5 | 325.00 |
| 08/01/11 | TBB | Draft Notice for Kramer Levin's one hundred and eighteenth monthly fee application | 0.2 | 39.00 |
| 08/01/11 | TBB | File and serve Kramer Levin's one hundred and eighteenth monthly fee application | 1.2 | 234.00 |
| 08/10/11 | TKD | Review Kramer Levin CNO for filing | 0.2 | 130.00 |
| 08/10/11 | TBB | Draft Notice to Kramer Levin's thirty Seventh Quarterly Fee Application. | 0.2 | 39.00 |
| 08/10/11 | TBB | File and serve Kramer Levin's Thirty Seventh Quarterly Fee Application. | 1.2 | 234.00 |
| 08/24/11 | TKD | Review and approve Kramer Levin CNO | 0.2 | 130.00 |
| 08/24/11 | TBB | Draft CNO to Kramer Levin's one hundred and eighteenth monthly fee application. | 0.5 | 97.50 |
| 08/25/11 | TKD | Review Fee Auditor Report on all quarterly fees | 0.3 | 195.00 |
| 08/26/11 | TBB | File and serve CNO to Kramer Levin's one hundred and eighteenth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 5.3 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
09/12/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2137516
Fee Applications/Others                                      Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.1 | at | $195.00 | = | 799.50 |
| Teresa K.D. Currier | 1.2 | at | $650.00 | = | 780.00 |

CURRENT FEES    1,579.50

**TOTAL AMOUNT OF THIS INVOICE**    1,579.50

**NET AMOUNT OF THIS INVOICE**    1,579.50

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2137517 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/29/11 | TKD | Review CNA appeal brief | 0.9 | 585.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.9 at | $650.00 = | 585.00 |

CURRENT FEES  585.00

**TOTAL AMOUNT OF THIS INVOICE**  585.00

**NET AMOUNT OF THIS INVOICE**  585.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2137514 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 31.80 |
| Docket Entries | 24.16 |
| Messenger Service | 7.50 |
| Federal Express | 86.00 |
| CURRENT EXPENSES | 149.46 |

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 149.46 |
| **NET AMOUNT OF THIS INVOICE** | 149.46 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP