**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 28, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 577118
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $496.00 |
| DISBURSEMENTS | 554.89 |
| MATTER TOTAL | $1,050.89 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $2,839.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,839.00 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---:|
| FEES | $720.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $720.50 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $9,101.50 |
| DISBURSEMENTS | 10.58 |
| MATTER TOTAL | $9,112.08 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 577118 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $1,572.00 |
| DISBURSEMENTS | 9.23 |
| MATTER TOTAL | $1,581.23 |
| CLIENT GRAND TOTAL | $15,303.70 |

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                September 28, 2011
056772-00001                                                                           Invoice No. 577118

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/10/11 | BENTLEY, PHILIP | Trade emails re Larch issues | 0.10 | 83.00 |
| 08/22/11 | BLABEY, DAVID E | Review recent court filings. | 0.10 | 65.50 |
| 08/23/11 | BLABEY, DAVID E | Review recent court filings. | 0.10 | 65.50 |
| 08/30/11 | FRIEDMAN, JOSHUA | Review docket re amended charter and by-laws and emails D. Blabey re same | 0.60 | 282.00 |

**TOTAL HOURS AND FEES**                                                                           **0.90**    **$496.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 3.41 |
| WESTLAW ON-LINE RESEARCH | 551.48 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                            **$554.89**

**TOTAL FOR THIS MATTER**                                                              **$1,050.89**

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/11 | BLABEY, DAVID E | Prepare notes for quarterly committee meeting. | 0.50 | 327.50 |
| 08/03/11 | BENTLEY, PHILIP | Conf call with Ted Weschler and David Blabey, and notes, to prepare for tomorrow's committee call | 0.50 | 415.00 |
| 08/04/11 | BENTLEY, PHILIP | Committee call, prep for same, and followup discs with Ted Weschler and David Blabey | 1.50 | 1,245.00 |
| 08/04/11 | BLABEY, DAVID E | Grace quarterly committee call (.9) and follow up discussion with T. Weschler (.2). | 1.10 | 720.50 |
| 08/09/11 | BLABEY, DAVID E | Call with equity holder to discuss appeal. | 0.10 | 65.50 |
| 08/23/11 | BLABEY, DAVID E | Call with equity holder re appeal. | 0.10 | 65.50 |
| **TOTAL HOURS AND FEES** | | | **3.80** | **$2,839.00** |

**TOTAL FOR THIS MATTER**                                                       **$2,839.00**

Kramer Levin Naftalis & Frankel LLP                                                           Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                September 28, 2011
056772-00005                                                                      Invoice No. 577118

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/11 | BLABEY, DAVID E | Review Larch order. | 0.10 | 65.50 |
| 08/10/11 | BLABEY, DAVID E | Review and discard Larch materials. | 0.20 | 131.00 |
| 08/26/11 | BLABEY, DAVID E | Call with Debtors counsel and advisors regarding proposed asset use. | 0.60 | 393.00 |
| 08/31/11 | BLABEY, DAVID E | Call with R. Frankel re Debtors proposal (.1) and exchange emails re same (.1). | 0.20 | 131.00 |

**TOTAL HOURS AND FEES**                                                          **1.10**    **$720.50**

**TOTAL FOR THIS MATTER**                                      **$720.50**

Kramer Levin Naftalis & Frankel LLP                                             Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                  September 28, 2011
056772-00007                                                       Invoice No. 577118

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/11 | BENTLEY, PHILIP | Trade multiple emails re Lender issues | 0.50 | 415.00 |
| 08/02/11 | BENTLEY, PHILIP | TC David Blabey and trade emails re Lender and other confirmation issues | 0.30 | 249.00 |
| 08/02/11 | BLABEY, DAVID E | Research on compounding of interest. | 3.00 | 1,965.00 |
| 08/03/11 | BENTLEY, PHILIP | Discs Ted Weschler and David Blabey re Lender issues, and additional analysis and trade emails re same | 1.80 | 1,494.00 |
| 08/03/11 | BLABEY, DAVID E | Research on interest issues (1.6); exchange emails with client and P. Bentley re same (1.1); discuss same with P. Bentley (.2); and call with client re same (.8). | 3.70 | 2,423.50 |
| 08/04/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails re Lender settlement negotiations | 0.30 | 249.00 |
| 08/04/11 | BLABEY, DAVID E | Research on interest issues (1.9) and review draft letter re same (.1). | 2.00 | 1,310.00 |
| 08/17/11 | BENTLEY, PHILIP | Review appeal papers and issues | 0.30 | 249.00 |
| 08/23/11 | BENTLEY, PHILIP | TC J. Donley and trade emails re Lender settlement negotiations | 0.40 | 332.00 |
| 08/24/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 08/25/11 | BENTLEY, PHILIP | Review plan issues | 0.30 | 249.00 |
| 08/26/11 | BENTLEY, PHILIP | Trade emails re current developments | 0.10 | 83.00 |

**TOTAL HOURS AND FEES**                                               **12.80**    **$9,101.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 10.58 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$10.58**

**TOTAL FOR THIS MATTER**        **$9,112.08**

Kramer Levin Naftalis & Frankel LLP | Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE | September 28, 2011
056772-00008 | Invoice No. 577118

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/04/11 | BLABEY, DAVID E | Review and edit bill for fee application. | 0.10 | 65.50 |
| 08/08/11 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.20 | 786.00 |
| 08/09/11 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.10 | 720.50 |

**TOTAL HOURS AND FEES** — **2.40** **$1,572.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 9.23 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES** — **$9.23**

**TOTAL FOR THIS MATTER** — **$1,581.23**