**EXHIBIT B**

```
alp_132r: Matter Detail              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------

                UNBILLED TIME FROM:                              TO:
                UNBILLED DISB FROM:    08/02/2011                TO:    08/26/2011
-------------------------------------------------------------------------------------------------------------------
                                     FEES                                COSTS

             GROSS BILLABLE AMOUNT:           0.00                               554.89
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                  ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                     AMOUNT BILLED:
                         THRU DATE:                                         08/26/2011
          CLOSE MATTER/FINAL BILLING?    YES    OR    NO
           EXPECTED DATE OF COLLECTION:

             BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

                           FEES:            0.00
                   DISBURSEMENTS:          554.89       UNIDENTIFIED RECEIPTS:       0.00
                    FEE RETAINER:            0.00          PAID FEE RETAINER:        0.00
                    DISB RETAINER:           0.00         PAID DISB RETAINER:        0.00
                 TOTAL OUTSTANDING:        554.89        TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                                 BILLING HISTORY

              DATE OF LAST BILL:           08/31/11        LAST PAYMENT DATE:    09/02/11
              LAST BILL NUMBER:            575155   ACTUAL FEES BILLED TO DATE:  364,302.00
                                                    ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                        TOTAL FEES BILLED TO DATE: 364,302.00
              LAST BILL THRU DATE:         07/31/11   FEES WRITTEN OFF TO DATE:   85,704.00
                                                     COSTS WRITTEN OFF TO DATE:   23,827.85
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee              (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
       (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------------ Total Unbilled ----------------
Code  Description                         Oldest      Latest       Total
                                          Entry       Entry        Amount
----  -----------------------------       ------      ------       -----------
0885  LONG-DISTANCE TEL.                  08/26/11    08/26/11            3.41
0917  WESTLAW ON-LINE RESEARCH            08/02/11    08/11/11          551.48

         Total                                                          554.89


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee           Date         Amount        Index#   Batch No   Batch Date
-----------------------------------------       --------           ------       -----------   ------   ---------  ----------

LONG-DISTANCE TEL. 0885
   PREMIERE CONFERENCING                        CATON, A           08/26/11            3.41   9443655  1119251    08/26/11
   PREMIERE CONFERENCING
                                          0885 LONG-DISTANCE TEL. Total :           3.41

WESTLAW ON-LINE RESEARCH 0917
   WESTLAW ON-LINE RESE                         BLABEY, D E        08/02/11          120.60   9447605  1122294    09/01/11
   WESTLAW ON-LINE RESE                         BLABEY, D E        08/03/11          258.24   9447606  1122294    09/01/11
   WESTLAW ON-LINE RESE                         BLABEY, D E        08/04/11          122.67   9447607  1122294    09/01/11
   WESTLAW ON-LINE RESE                         BLABEY, D E        08/11/11           49.97   9447608  1122294    09/01/11
                                          0917 WESTLAW ON-LINE RESE Total :         551.48


         Costs Total :                                                              554.89
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description         Amount          Bill       W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
----------------------   ------------    --------   ---------------  -------------------------  -----------------

0885 LONG-DISTANCE TEL.          3.41    _____    _____    _____     _____

0917 WESTLAW ON-LINE RESEARCH  551.48    _____    _____    _____     _____


          Costs Total :        554.89    _____    _____    _____     _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status        : ACTIVE

Special Billing Instructions:
                                                    PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                       TO:
            UNBILLED DISB FROM:    08/26/2011                         TO:       08/26/2011

                                       FEES                              COSTS

         GROSS BILLABLE AMOUNT:                 0.00                              10.58
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                                 08/26/2011
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                       FEES:                    0.00
              DISBURSEMENTS:                   10.58     UNIDENTIFIED RECEIPTS:        0.00
                 FEE RETAINER:                  0.00         PAID FEE RETAINER:        0.00
                DISB RETAINER:                  0.00        PAID DISB RETAINER:        0.00
            TOTAL OUTSTANDING:                 10.58       TOTAL AVAILABLE FUNDS:      0.00
                                                                    TRUST BALANCE:
                                                  BILLING HISTORY

           DATE OF LAST BILL:            08/31/11         LAST PAYMENT DATE:    09/02/11
           LAST BILL NUMBER:              575155 ACTUAL FEES BILLED TO DATE: 1,018,958.00
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    TOTAL FEES BILLED TO DATE: 1,018,958.00
           LAST BILL THRU DATE:          07/31/11  FEES WRITTEN OFF TO DATE:      391.00
                                                   COSTS WRITTEN OFF TO DATE:   2,162.00
   FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
           (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
           (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00007                                             Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest      Latest           Total
                                            Entry       Entry            Amount
----  ---------------------------------     ------      ------           -----------
0885  LONG-DISTANCE TEL.                    08/26/11    08/26/11              10.58

         Total                                                                10.58


U N B I L L E D    C O S T S    D E T A I L
Description/Code                            Employee            Date          Amount         Index#   Batch No   Batch Date
---------------------------------------     --------            ------        -----------    ------   ---------  ----------

LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                   BENTLEY, P          08/26/11            10.58    9443656  1119251    08/26/11
    PREMIERE CONFERENCING
                                            0885 LONG-DISTANCE TEL. Total :      10.58



         Costs Total :                                                              10.58
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00007                                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
------------------------    ------------------ ------------ ---------------- -------------------------------- ------------------


0885 LONG-DISTANCE TEL.         10.58          _____  _____  _____  _____



          Costs Total :         10.58          _____  _____  _____  _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No:  056772-00008                                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:      3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------

            UNBILLED TIME FROM:                               TO:
            UNBILLED DISB FROM:    08/01/2011                 TO:    08/01/2011
------------------------------------------------------------------------------------------------------------------------------------
                                       FEES                         COSTS
                                       ----                         -----
       GROSS BILLABLE AMOUNT:                    0.00                           9.23
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                                            08/01/2011
  CLOSE MATTER/FINAL BILLING?    YES    OR    NO
  EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                              --------------------------                         --------------
                       FEES:                 0.00
              DISBURSEMENTS:                 9.23      UNIDENTIFIED RECEIPTS:        0.00
                FEE RETAINER:                0.00          PAID FEE RETAINER:        0.00
               DISB RETAINER:                0.00         PAID DISB RETAINER:        0.00
            TOTAL OUTSTANDING:               9.23        TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
           DATE OF LAST BILL:    08/31/11         LAST PAYMENT DATE:    09/02/11
           LAST BILL NUMBER:      575155  ACTUAL FEES BILLED TO DATE:  226,163.50
                                         ON ACCOUNT FEES BILLED TO DATE:     0.00
                                            TOTAL FEES BILLED TO DATE:  226,163.50
         LAST BILL THRU DATE:    07/31/11    FEES WRITTEN OFF TO DATE:   19,208.00
                                            COSTS WRITTEN OFF TO DATE:      922.00
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
       (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development     (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding         (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    8
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                       Oldest      Latest         Total
                                        Entry       Entry          Amount
----  -----------------------------     ------      ------         -----------
0930  MESSENGER/COURIER                  08/01/11    08/01/11           9.23

         Total                                                          9.23


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee              Date         Amount       Index#  Batch No  Batch Date
--------------------------------------      --------              ----         -----------  ------  --------  ----------

MESSENGER/COURIER 0930
   FEDERAL EXPRESS CORPORAT                 BLABEY, D E           08/01/11          9.23   9430818 1112881    08/09/11
   Saul Ewing LLP
                                            0930 MESSENGER/COURIER Total :         9.23



         Costs Total :                                                             9.23
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/28/2011 11:14:27

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3208965
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u        Transfer To   Clnt/Mtr     Carry Forward
------------------------   -------------    -----------  ---------------  -------------------------   ---------------

0930 MESSENGER/COURIER              9.23     _____  _____  _____   _____


           Costs Total :           9.23      _____  _____  _____   _____
```