Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2011 through August 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 10-Aug-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 24-Aug-11 | BR | Review of June 2011 monthly financial report for purpose of business due diligence. | 1.90 | $ 625.00 | $ 1,187.50 |
| 26-Aug-11 | BR | Review of presentation materials distributed prior to conference call with company, attorneys and financial advisors to discuss the same. | 0.50 | $ 625.00 | $ 312.50 |
| 26-Aug-11 | BR | Conference call with company, attorneys and financial advisors to discuss proposal by Grace management. | 0.60 | $ 625.00 | $ 375.00 |
| | | Total Bradley Rapp | 3.10 | | $ 1,937.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 09-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 09-Aug-11 | JS | Review, analyze 2nd Quarter 2011 10-Q Report for monitoring and valuation. | 3.20 | $625.00 | $ 2,000.00 |
| 09-Aug-11 | JS | Write memorandum to ACC counsel in response to inquiry by ACC counsel regarding equity value of Grace for purposes of advising ACC counsel. | 1.70 | $625.00 | $ 1,062.50 |
| 19-Aug-11 | JS | Delete and destroy all Project Larch files in accordance with the request from Blackstone and directive from ACC counsel (Liesemer). | 2.60 | $625.00 | $ 1,625.00 |
| 22-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $625.00 | $ 500.00 |
| 26-Aug-11 | JS | Commence review and analysis of memorandum from Blackstone regarding proposed Plan pre-payments and stock buyback in preparation for conference call on 8/26/11. | 0.50 | $625.00 | $ 312.50 |
| 26-Aug-11 | JS | Conference call with financial advisors, Blackstone (O'Connell) and management (La Force and Shelnitz) regarding Plan pre-payments and stock buyback. | 0.70 | $625.00 | $ 437.50 |
| 26-Aug-11 | JS | Continue review and analysis of memorandum from Blackstone and review notes from conference call regarding Plan pre-payments and stock buyback for purposes of advising ACC counsel. | 1.90 | $625.00 | $ 1,187.50 |
| 30-Aug-11 | JS | Call with FCR financial advisor (Radecki) regarding Grace's Plan pre-payment and stock buyback for purposes of advising ACC counsel. | 0.40 | $625.00 | $ 250.00 |
| | | Total James Sinclair | 13.00 | | $ 8,125.00 |
| **Peter Cramp - Associate** | | | | | |
| 01-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $345.00 | $ 517.50 |
| 08-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.00 | $345.00 | $ 690.00 |
| 29-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $345.00 | $ 586.50 |
| 30-Aug-11 | PC | Review July Fee Application. | 0.40 | $345.00 | $ 138.00 |
| | | Total Peter Cramp | 5.60 | | $ 1,932.00 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 14-Aug-11 | GS | Review WR Grace Interim Application for comments and revisions. | 1.10 | $290.00 | 319.00 |
| 17-Aug-11 | GS | Draft weekly share price update for ACC counsel (E. Inselbuch). | 1.80 | $290.00 | 522.00 |
| | | Total Gibbons Sinclair | 2.90 | | $ 841.00 |
| | | **TOTAL** | 24.60 | | $ 12,835.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2011 through August 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Asset Analysis and Recovery** | | | | | |
| 01-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 01-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 08-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.00 | $ 345.00 | $ 690.00 |
| 09-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 09-Aug-11 | JS | Review, analyze 2nd Quarter 2011 10-Q Report for monitoring and valuation. | 3.20 | $ 625.00 | $ 2,000.00 |
| 10-Aug-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 17-Aug-11 | GS | Draft weekly share price update for ACC counsel (E. Inselbuch). | 1.80 | $ 290.00 | $ 522.00 |
| 22-Aug-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 29-Aug-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 345.00 | $ 586.50 |
| | | Total Asset Analysis and Recovery | 12.30 | | $ 5,628.50 |
| **Case Administration** | | | | | |
| 19-Aug-11 | JS | Delete and destroy all Project Larch files in accordance with the request from Blackstone and directive from ACC counsel (Liesemer). | 2.60 | $625.00 | $ 1,625.00 |
| | | Total Case Administration | 2.60 | | $ 1,625.00 |
| **Fee Applications (Applicant)** | | | | | |
| 14-Aug-11 | GS | Review WR Grace Interim Application for comments and revisions. | 1.10 | $ 290.00 | $ 319.00 |
| 30-Aug-11 | PC | Review July Fee Application. | 0.40 | $ 345.00 | $ 138.00 |
| | | Total Fee Applications (Applicant) | 1.50 | | $ 457.00 |
| **Asset Disposition** | | | | | |
| 09-Aug-11 | JS | Write memorandum to ACC counsel in response to inquiry by ACC counsel regarding equity value of Grace for purposes of advising ACC counsel. | 1.70 | $ 625.00 | $ 1,062.50 |
| 24-Aug-11 | BR | Review of June 2011 monthly financial report for purpose of business due diligence. | 1.90 | $ 625.00 | $ 1,187.50 |
| 26-Aug-11 | BR | Review of presentation materials distributed prior to conference call with company, attorneys and financial advisors to discuss the same. | 0.50 | $ 625.00 | $ 312.50 |
| 26-Aug-11 | BR | Conference call with company, attorneys and financial advisors to discuss proposal by Grace management. | 0.60 | $ 625.00 | $ 375.00 |
| 26-Aug-11 | JS | Commence review and analysis of memorandum from Blackstone regarding proposed Plan pre-payments and stock buyback in preparation for conference call on 8/26/11. | 0.50 | $ 625.00 | $ 312.50 |
| 26-Aug-11 | JS | Conference call with financial advisors, Blackstone (O'Connell) and management (La Force and Shelvitz) regarding Plan pre-payments and stock buyback. | 0.70 | $ 625.00 | $ 437.50 |
| 26-Aug-11 | JS | Continue review and analysis of memorandum from Blackstone and review notes from conference call regarding Plan pre-payments and stock buyback for purposes of advising ACC counsel. | 1.90 | $ 625.00 | $ 1,187.50 |
| 30-Aug-11 | JS | Call with FCR financial advisor (Radecki) regarding Grace's Plan pre-payment and stock buyback for purposes of advising ACC counsel. | 0.40 | $ 625.00 | $ 250.00 |
| | | Total Asset Disposition | 8.20 | | $ 5,125.00 |
| | | **TOTAL** | 24.60 | | $ 12,835.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2011 through August 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.10 | $ 625.00 | $ 1,937.50 |
| James Sinclair - Senior Managing Director | 13.00 | $ 625.00 | $ 8,125.00 |
| Peter Cramp - Associate | 5.60 | $ 345.00 | $ 1,932.00 |
| Gibbons Sinclair - Senior Analyst | 2.90 | $ 290.00 | $ 841.00 |
| Total Professional Hours and Fees | 24.60 | | $ 12,835.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2011 through August 31, 2011

| Date | Description of Item | Amount |
|------|--------------------|--------|

No Expenses during this Period

Total Expenses August 1, 2011 through August 31, 2011          $0.00