# EXHIBIT A

## Assett Disposition (.50 Hours; $ 452.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $905 | 452.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/31/11 | PVL | 905.00 | 0.50 | Rv Grace strat. plan and materials |

**Total Task Code .02        .50**

## Business Operations (9.60 Hours; $ 5,136.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 9.60 | $535 | 5,136.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/11 | JAL | 535.00 | 1.00 | Drafted and revised update memo on Project Larch. |
| 08/10/11 | JAL | 535.00 | 1.90 | Drafting and revisions of memo re: Project Larch confidentiality matter. |
| 08/10/11 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: Project Larch confidentiality matter. |
| 08/10/11 | JAL | 535.00 | 0.10 | Tele. call w/EI re: Project Larch confidentiality matter. |
| 08/10/11 | JAL | 535.00 | 0.10 | Second tel. call w/EI re: Larch confidentiality matter. |
| 08/11/11 | JAL | 535.00 | 0.20 | E-mail exchanges w/EB re: Project Larch confidentiality matters. |
| 08/15/11 | JAL | 535.00 | 0.60 | Drafted and revised memo re Project Larch confidentiality matter |
| 08/15/11 | JAL | 535.00 | 0.50 | Follow up on destruction of Larch materials |
| 08/16/11 | JAL | 535.00 | 1.00 | Follow up on destruction of Larch materials pursuant to confidentiality agreement. |

| 08/16/11 | JAL | 535.00 | 0.10 | Tele. call w/JR re: destruction of Larch materials. |
|---|---|---|---|---|
| 08/16/11 | JAL | 535.00 | 0.50 | Drafted and revised memo to EI and PVNL re: destruction of Larch Evaluation Materials. |
| 08/16/11 | JAL | 535.00 | 0.10 | Tele. call w/M. Hurford re: destruction of Larch materials. |
| 08/17/11 | JAL | 535.00 | 3.40 | Follow up e-mails and phone calls re: destruction of Project Larch materials per confidentiality agreement. |

**Total Task Code .03    9.60**


**Case Administration (12.00 Hours; $ 8,737.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.50 | $1,000 | 6,500.00 |
| Peter Van N. Lockwood | .50 | $905 | 452.50 |
| Trevor W. Swett | .30 | $710 | 213.00 |
| Rita C. Tobin | 1.70 | $545 | 926.50 |
| Eugenia Benetos | 3.00 | $215 | $645.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/11 | PVL | 905.00 | 0.10 | Rv 9 misc. filings |
| 08/01/11 | EI | 1,000.00 | 0.20 | Project Larch status (.1); set up Frankel meeting (.1). |
| 08/04/11 | EI | 1,000.00 | 0.10 | Telephone conference with J. Rice re: status (.1). |
| 08/05/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 08/05/11 | EI | 1,000.00 | 1.30 | Conference R. Frankel, R. Wyron and J. Donley to prepare for meeting Monday (1.1); reviewed R. Wyron outline re: same (.2). |
| 08/08/11 | EI | 1,000.00 | 2.20 | Meeting in D.C. with Debtor, FCR and insurers of BNSF to discuss global resolution (2.2). |
| 08/09/11 | PVL | 905.00 | 0.20 | Rv 14 misc. filings |

| Date | Prof. | Rate | Hours | Description |
|---|---|---|---|---|
| 08/09/11 | EI | 1,000.00 | 1.20 | Memo to Committee (x Libby) (1.0); telephone conference with PVNL re: same (.2). |
| 08/10/11 | EI | 1,000.00 | 0.30 | Telephone conference with R. Horkovich re: Allstate negotiations (.2); telephone conference with PVNL re: same (.1). |
| 08/11/11 | EB | 215.00 | 3.00 | Continue review of correspondence re: Project. |
| 08/12/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 08/16/11 | EI | 1,000.00 | 0.50 | R. Frankel memo re: mediation status and response (.3); Larch matters (.2). |
| 08/17/11 | RCT | 545.00 | 1.10 | Review Liesemer emails re: confid. Order and respond (.3); double-check files re: confid. Order (.8). |
| 08/17/11 | TWS | 710.00 | 0.30 | Compliance with confidentiality order - review and dispose of materials |
| 08/18/11 | EI | 1,000.00 | 0.30 | Memos with R. Frankel re: mediation (.3). |
| 08/24/11 | PVL | 905.00 | 0.10 | Rv 10 misc. filings. |
| 08/26/11 | PVL | 905.00 | 0.10 | Rv 4 misc filings |
| 08/26/11 | EI | 1,000.00 | 0.10 | Telephone conference with J. Rice re: mediation issues (.1). |
| 08/30/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 08/30/11 | EI | 1,000.00 | 0.30 | Telephone conference with R. Frankel re: Grace inquiry and mediation status (.3). |

**Total Task Code .04        12.00**

**Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 129.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Eugenia Benetos | .60 | $215 | 129.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/08/11 | EB | 215.00 | 0.60 | Work on schedule re: draft minutes and prepare EI's folder for conference call. |

**Total Task Code .07         .60**

**Fee Applications, Applicant (18.60 Hours; $ 8,025.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 12.20 | $545 | 6,649.00 |
| Eugenia Benetos | 6.40 | $215 | 1,376.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/11 | RCT | 545.00 | 0.70 | T/C local counsel re time entry changes (.4); emails to PVNL/EB re same (.3) |
| 08/02/11 | RCT | 545.00 | 1.80 | Review Exhibit A and revise (1.5); conference EB re revised Exhibit (.3) |
| 08/02/11 | RCT | 545.00 | 0.80 | Address expense issues re interim fee app (.8) |
| 08/02/11 | EB | 215.00 | 0.60 | T/C with APB re: Exhibit A and T/C with RCT. |
| 08/08/11 | EB | 215.00 | 0.20 | Query re: payments for Grace. |
| 08/09/11 | RCT | 545.00 | 1.80 | Review interim fee application (1.8) |
| 08/09/11 | RCT | 545.00 | 0.20 | Queries re exhibit formats (.2) |
| 08/09/11 | EB | 215.00 | 1.50 | Work on interim fee application and work on exhibit D. |
| 08/10/11 | RCT | 545.00 | 1.40 | Address fee issues (1.4) |
| 08/10/11 | RCT | 545.00 | 1.30 | Address issues re exhibit prep. and revisions to same (1.3) |
| 08/10/11 | EB | 215.00 | 0.60 | Review correspondence re: Project. |
| 08/11/11 | RCT | 545.00 | 1.00 | Review prebills (1.0) |

| | | | | |
|---|---|---|---|---|
| 08/16/11 | RCT | 545.00 | 1.00 | Review exhibits (1.). |
| 08/16/11 | EB | 215.00 | 1.00 | Perform review of spreadsheet and update and review payment summaries. |
| 08/17/11 | EB | 215.00 | 1.00 | Work on project re: JAL. |
| 08/18/11 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 08/22/11 | RCT | 545.00 | 1.00 | Review monthly fee summary (1.0). |
| 08/22/11 | EB | 215.00 | 1.50 | Work on monthly fee application. |
| 08/31/11 | RCT | 545.00 | 0.20 | Review fee application schedules for September (.2). |

**Total Task Code .12        18.60**


**Litigation and Litigation Consulting (.20 Hours; 107.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | .20 | $535 | 107.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/10/11 | KCM | 535.00 | 0.20 | Review memo to ACC re potential settlements and related correspondence |

**Total Task Code .16        .20**


**Plan & Disclosure Statement (7.40 Hours; $ 6,580.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $1,000 | 1,400.00 |
| Peter Van N. Lockwood | 5.30 | $905 | 4,796.50 |
| Ann C. McMillan | .10 | $625 | 62.50 |
| Jeffrey A. Liesemer | .60 | $535 | 321.00 |

| Trans | Empl | Bill | Billing | |
|---|---|---|---|---|

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/11 | PVL | 905.00 | 0.70 | Teleconference Wyron |
| 08/02/11 | EI | 1,000.00 | 1.40 | Conference with R. Frankel re: appeals and mediation (1.3); telephone call to PVNL re: same (.1). |
| 08/09/11 | PVL | 905.00 | 0.60 | Rv EI memo (.1); teleconference EI (.5) |
| 08/09/11 | JAL | 535.00 | 0.20 | Reviewed memo from EI re: issues relating to pending appeals |
| 08/10/11 | PVL | 905.00 | 0.10 | Teleconference EI |
| 08/11/11 | PVL | 905.00 | 0.80 | Rv Wyron memo (.1); rv draft response to Libby and BNSF briefs re CNA appeal (.7) |
| 08/12/11 | PVL | 905.00 | 0.10 | Rv emails. |
| 08/12/11 | ACM | 625.00 | 0.10 | Teleconference claimant re status of case. |
| 08/18/11 | PVL | 905.00 | 0.10 | Rv emails. |
| 08/21/11 | PVL | 905.00 | 1.50 | Rv revised draft PPs brief re CNA appeal (.4); rv CNA draft resp. br. re CNA appeal (1.1). |
| 08/22/11 | PVL | 905.00 | 0.10 | Rv email. |
| 08/23/11 | PVL | 905.00 | 0.30 | Tcn Paul. |
| 08/23/11 | JAL | 535.00 | 0.20 | Voice message from A. Paul re: confirmation issues. |
| 08/24/11 | JAL | 535.00 | 0.20 | Tele. call w/A. Paul re: confirmation developments. |
| 08/25/11 | PVL | 905.00 | 0.30 | Rv revised draft PP brief re CNA appeal |
| 08/26/11 | PVL | 905.00 | 0.70 | Rv emails and reply (.1); rv revised draft PP resp. brief re CNA appeal (.4); rv Blackstone discussion materials (.2) |

**Total Task Code .17        7.40**

**Travel Non Working (6.50 Hours; $ 3,250.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.50 | $500 | 3,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/08/11 | EI | 500.00 | 6.50 | Travel to and from D.C. for meeting (6.5). |

**Total Task Code .21    6.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 348.00 |
| Air Freight & Express Mail | 34.90 |
| Local Transportation - DC | 38.00 |
| Long Distance-Equitrac In-House | 3.24 |
| NYO Long Distance Telephone | 60.76 |
| Postage & Air Freight | 0.88 |
| Travel Expenses - Ground Transportation | 37.70 |
| Xeroxing | 2.70 |
| **Total:** | **$ 526.18** |