**EXHIBIT B**

**Asset Disposition (.50 Hours; $ 452.50)**

   Services rendered in this category pertain to the allocation, management and control of the Debtor's assets.

**Total Task Code .02**    .50

**Business Operations (9.60 Hours; $ 5,136.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**    9.60

**Case Administration (12.00 Hours; $ 8,737.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    12.00

**Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 129.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**    .60

**Fee Applications, Applicant (18.60 Hours; $ 8,025.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**    18.60

**Litigation and Litigation Consulting (.20 Hours; $ 107.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16      .20**


**Plan & Disclosure Statement (7.40 Hours; $ 6,580.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      7.40**


**Travel Non Working (6.50 Hours; $ 3,250.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21      6.50**