**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 348.00 |
| Air Freight & Express Mail | 34.90 |
| Local Transportation - DC | 38.00 |
| Long Distance-Equitrac In-House | 3.24 |
| NYO Long Distance Telephone | 60.76 |
| Postage & Air Freight | 0.88 |
| Travel Expenses - Ground Transportation | 37.70 |
| Xeroxing | 2.70 |
| **Total:** | **$ 526.18** |