| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 9/22/2011 |

Print Date/Time: 09/22/2011  2:40:51PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 8/31/2011

**Matter      000**
**Disbursements**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: 4/16/2001 | Last Billed : 8/22/2011 | 13,655 |

| | | | | | |
|---|---|---|---|---|---|
| Client Retainers Available | $4,806.34 | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

Total Expenses Billed To Date   $3,918,200.57

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 609.78 | 0.00 | 399.78 |
| 0410 | MDA | Mark D Allison | 0.00 | 20.82 | 0.00 | 20.82 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 105.58 | 0.00 | 105.58 |
| **Total Fees** | | | **0.00** | **736.18** | **0.00** | **526.18** |

**Detail Time / Expense by Date**

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2743807 | Local Transportation - DC - EI Cab while in Washington re attending meeting. | E | 08/09/2011 | C&D 0999 | | 0.00 | $38.00 | | 0.00 | $38.00 | 38.00 |
| 2731469 | Equitrac - Long Distance to 12123199240 | E | 08/14/2011 | C&D 0999 | | 0.00 | $2.84 | | 0.00 | $2.84 | 40.84 |
| 2733233 | Elihu Inselbuch -One-Way First Class Train Fare for Travel to DC from NY, re: client mtg., 8/8/11 | E | 08/16/2011 | EI 0120 | | 0.00 | $291.00 | | 0.00 | $186.00 | 226.84 |

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | | Disbursements | | | | | | | | 9/22/2011 |

Print Date/Time: 09/22/2011  2:40:51PM

Attn:

Invoice #

(Coach $186)

| | | | | | | EI | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2733234 | Elihu Inselbuch -One-Way First Class Train Fare for Travel from DC to NY, re: client mtg., 8/8/11 (Coach $162) | E | 08/16/2011 | 0120 | | | 0.00 | $267.00 | 0.00 | $162.00 | 388.84 |
| | | | | | | EI | | | | | |
| 2733567 | Federal Express -Delivery to M.Hartford, 7/27/11 (EI) | E | 08/18/2011 | 0120 | | | 0.00 | $14.08 | 0.00 | $14.08 | 402.92 |
| | | | | | | C&D | | | | | |
| 2738017 | Photocopy | E | 08/22/2011 | 0999 | | | 0.00 | $2.70 | 0.00 | $2.70 | 405.62 |
| | | | | | | MDA | | | | | |
| 2738325 | Federal Express -Delivery to M.Brushwood, 8/9/11 (MDA) | E | 08/24/2011 | 0410 | | | 0.00 | $20.82 | 0.00 | $20.82 | 426.44 |
| | | | | | | C&D | | | | | |
| 2738975 | Equitrac - Long Distance to 13128623120 | E | 08/24/2011 | 0999 | | | 0.00 | $0.40 | 0.00 | $0.40 | 426.84 |
| | | | | | | EI | | | | | |
| 2738336 | Elite Limousine Plus Inc. -Car Svc. to Penn Station, 8/8/11  (EI) | E | 08/25/2011 | 0120 | | | 0.00 | $37.70 | 0.00 | $37.70 | 464.54 |
| | | | | | | C&D | | | | | |
| 2739382 | NYO Long Distance Telephone - Conference call onJune 30, 2011 | E | 08/31/2011 | 0999 | | | 0.00 | $60.76 | 0.00 | $60.76 | 525.30 |
| | | | | | | C&D | | | | | |
| 2740042 | Postage | E | 08/31/2011 | 0999 | | | 0.00 | $0.88 | 0.00 | $0.88 | 526.18 |

**Total Expenses**

$736.18

$526.18

0.00                                    0.00

| | Matter Total Fees | | | 0.00 | | 0.00 |
|---|---|---|---|---|---|---|
| | Matter Total Expenses | | | 736.18 | | 526.18 |
| | Matter Total | | 0.00 | 736.18 | 0.00 | 526.18 |
| | Prebill Total Fees | | | | | |
| | Prebill Total Expenses | | | $736.18 | | $526.18 |
| | Prebill Total | | 0.00 | $736.18 | 0.00 | $526.18 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 79,959 | 02/15/2011 | 37,065.75 | 7,413.15 |
| 80,380 | 03/25/2011 | 61,627.75 | 12,325.55 |
| 80,936 | 04/27/2011 | 55,589.75 | 11,117.95 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | 9/22/2011 |
| | | | | | Print Date/Time: | 09/22/2011 2:40:51PM |
| Attn: | | | | | | |
| | | | | | | Invoice # |
| 81,857 | | 06/17/2011 | 386,845.50 | 77,369.10 | | |
| 82,245 | | 07/26/2011 | 158,259.25 | 31,651.85 | | |
| 83,038 | | 08/22/2011 | 33,932.80 | 33,932.80 | | |
| | | | 920,920.30 | 200,352.33 | | |