w new york
541 lexington avenue
new york, ny 10022
212 755 1200

RE WHOTELS.COM



NEW YORK

| guest | | room | 1419 | | travel | Best Travel And Tours In |
|-------|--|------|------|--|--------|--------------------------|
| Mr John Donley | | rate | 599.00 | | agent | 60 Biesterfield Road |
| | | no. pers | 1 | | | |
| 200 E Randolph St | | folio | 4553318 | EX-A | | Elk Grove Vill, IL 60007 |
| Chicago,  60601-6436 | | page | 1 | | charge to | |
| | | arrive | 19-APR-11 | 20:38 | | |
| | | depart | 20-APR-11 | | | |
| | | payment | MC | | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES/CREDITS |
|------|-----------|-------------|-----------------|
| 19-APR-11 | RT1419 | Room Chrg Comm Retail | 599.00 |
| 19-APR-11 | RT1419 | State Tax | 53.16 |
| 19-APR-11 | RT1419 | Occupancy/Tourism Tax | 2.00 |
| 19-APR-11 | RT1419 | NYS Javits Ctr Tax | 1.50 |
| 19-APR-11 | RT1419 | Room Tax | 35.19 |
| ~~19-APR-11~~ | ~~88243~~ | ~~Munchie Bar~~ | ~~14.97~~ |
| ~~19-APR-11~~ | ~~00283~~ | ~~Munchie Bar~~ | ~~8.73~~ |
| 20-APR-11 | MC | Mastercard | 714.55- |

Balance Due                                        0.00

For your convenience, we have prepared this zero-balance folio indicating a
  ᐧ balance on your account. Please be advised that any charges not reflected
    this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|------|-----------|-----------|-----------|---------|-------|-------|---------|
| 19-APR-11 | 690.85 | 23.70 | 0.00 | 0.00 | 0.00 | 714.55 | 0.00 |
| Total | 690.85 | 23.70 | 0.00 | 0.00 | 0.00 | 714.55 | 0.00 |

Were your wishes granted? Let me know, gm.edward.maynard@whotels.com Explore a World of
Wonder 24/7/365 at wresidences.com

 ᐧ ᒥ a Starwood Preferred Guest you have earned at least 1245
    arpoints for this visit C719343292

| Mr John Donley | | ROOM | DEPART | AGENT |
|----------------|--|------|--------|-------|
| FOLIO  4553318 | 19-APR-11 | 1419 | | |

Adam Paul
Kirkland And Ellis
300 N La Salle Dr
Chicago, IL 60654-3406

843
459.00
1
94782      A
1
27-JUN-11  12:07
29-JUN-11  15:53
AX

### Le MERIDIEN

| 27-JUN-11 | RT843 |   | Room Charge | 459.00 |
|---|---|---|---|---|
| 27-JUN-11 | RT843 |   | State Tax | 32.13 |
| 27-JUN-11 | RT843 |   | Occupancy/Tourism | 37.64 |
| 27-JUN-11 | 1070000 |   | Amuse Bar | 29.20 |
| 28-JUN-11 | RT843 |   | Room Charge | 459.00 |
| 28-JUN-11 | RT843 |   | State Tax | 32.13 |
| 28-JUN-11 | RT843 |   | Occupancy/Tourism | 37.64 |
| 28-JUN-11 | 1071350 |   | Amuse Bar | 43.30 |
| 29-JUN-11 | AX |   | American Express | 1130.04- |
|   |   |   | Balance Due | 0.00 |

72.50

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telecomm | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 27-JUN-11 | 528.77 | 29.20 | 0.00 | 0.00 | 557.97 | 0.00 |
| 28-JUN-11 | 528.77 | 43.30 | 0.00 | 0.00 | 572.07 | 0.00 |
| 29-JUN-11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1130.04- |
| Total | 1057.54 | 72.50 | 0.00 | 0.00 | 1130.04 | 1130.04- |

Thank you for choosing Le Meridien Philadelphia by Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2972 Starpoints for this visit P50442218002

Adam Paul
FOLIO   947

LE MERIDIEN
PHILADELPHIA
1421 ARCH STREET, PHILADELPHIA, PENNSYLVANIA 19102
T +215 422 8200
F +215 665 5707
lemeridien.com/philadelphia

Le Méridien Philadelphia is independently owned by HEI Hotels and operated under a license issued by Starwood International Inc.
Le Méridien Philadelphia es propiedad independiente de HEI Hoteles y operada bajo una licencia otorgada por Starwood International Inc.