IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: October 19, 2011

Hearing Deadline: to be scheduled, if necessary

**FEE DETAIL FOR NORTON ROSE OR LLP'S FIFTY-SIXTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 2258552\1

**INVOICE**

# NORTON ROSE

Barristers & Solicitors / Patent & Trade-mark Agents

| | |
|---|---|
| Invoice Number: | 1109313 |
| Date: | September 19, 2011 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

100035

Norton Rose OR LLP / S.E.N.C.R.L., s.r.l.
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrose.com
nortonrose.com

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

| For professional services rendered and disbursements incurred for the period ending August 31, 2011. | |
|---|---:|
| FEES | $10,965.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 211.22 |
| NET | $11,176.22 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $11,176.22 |
| TOTAL IN US FUNDS | $11,176.22 |

**Payable upon receipt**

**Banking Information for wire transfer**
RBC Financial Group, Main Branch, Royal Bank Plaza,
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# NORTON ROSE

W.R. GRACE & CO. 01016442-0001

RE: **Chapter 11 Proceedings, General Matters**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/8/11 | Penny Adams | Reviewing proforma for July. | 0.10 | $21.00 |
| 17/8/11 | Vasuda Sinha | Attending to various emails regarding stay extension motion. | 0.30 | $96.00 |
| 17/8/11 | Orestes Pasparakis | Considering extension motion (0.40); providing advice and directions regarding same (0.30). | 0.70 | $560.00 |
| 18/8/11 | Adrienne Glen | Drafting motion materials and officer's report. | 2.20 | $726.00 |
| 19/8/11 | Vasuda Sinha | Attending to various emails and telephone calls regarding stay extension motion (0.40); corresponding with Superior Court regarding motion date (0.10). | 0.50 | $160.00 |
| 19/8/11 | Adrienne Glen | Drafting report of Information Officer and motion materials for stay extension motion (4.10); corresponding with representative counsel regarding motion (0.20). | 4.30 | $1,419.00 |
| 19/8/11 | Teresa Walsh | Reviewing and swearing 55th Monthly Fee Application. | 0.20 | $120.00 |
| 19/8/11 | Penny Adams | Drafting 55th Monthly Fee Application (0.50); corresponding with R. Finke regarding same (0.20). | 0.70 | $147.00 |
| 20/8/11 | Orestes Pasparakis | Reviewing Grace materials for motion (0.40); providing directions to team (0.20). | 0.60 | $480.00 |
| 21/8/11 | Vasuda Sinha | Attending to various emails with O. Pasparakis and A. Glen regarding stay motion materials. | 0.30 | $96.00 |
| 22/8/11 | Vasuda Sinha | Revising motion materials for stay extension motion (3.80); attending to various emails and telephone calls regarding same (0.50); attending to service of motion materials (0.20). | 4.50 | $1,440.00 |
| 22/8/11 | Adrienne Glen | Revising motion materials and finalizing motion materials for service (3.10); attending to correspondence regarding motion (0.20). | 3.30 | $1,089.00 |
| 22/8/11 | Andrew McCoomb | Preparing motion record for stay extension motion returnable on August 26. | 0.50 | $92.50 |

INVOICE: 1109313

# NORTON ROSE

W.R. GRACE & CO.                                                                 01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 22/8/11 | Penny Adams | Finalizing 55th Monthly Fee Application (0.40); corresponding with the fee auditor, L. Oberholzer and others regarding same (0.30). | 0.70 | $147.00 |
| 23/8/11 | Vasuda Sinha | Reviewing stay extension motion materials for filing (0.40); providing instructions to A. McCoomb regarding same (0.10). | 0.50 | $160.00 |
| 23/8/11 | Adrienne Glen | Preparing for motion hearing and correspondence regarding stay extension (1.20); conducting research regarding question from Crown (0.30). | 1.50 | $495.00 |
| 23/8/11 | Penny Adams | Corresponding with L. Oberholzer regarding 55th Monthly Fee Application. | 0.20 | $42.00 |
| 24/8/11 | Adrienne Glen | Attending to correspondence regarding stay extension motion. | 0.50 | $165.00 |
| 24/8/11 | Vasuda Sinha | Reviewing materials and preparing for stay extension motion (2.70); attending to various emails with A. Glen regarding same (0.30). | 3.00 | $960.00 |
| 24/8/11 | Andrew McCoomb | Delivering copies of required materials to the Commercial List for stay extension motion of August 30. | 0.90 | $166.50 |
| 25/8/11 | Adrienne Glen | Attending to correspondence and preparing for stay extension motion. | 0.70 | $231.00 |
| 25/8/11 | Vasuda Sinha | Reviewing motion materials (0.50); preparing for stay extension motion (1.00). | 1.50 | $480.00 |
| 26/8/11 | Adrienne Glen | Attending to correspondence regarding stay extension motion and circulating stay extension order. | 0.70 | $231.00 |
| 26/8/11 | Vasuda Sinha | Attending at and following-up from stay extension motion. | 3.30 | $1,056.00 |
| 31/8/11 | Derrick C. Tay | Considering and responding to query from J. Baer. | 0.20 | $220.00 |
| 31/8/11 | Adrienne Glen | Considering question posed by J. Baer regarding necessity of approval of sale of certain assets and attending to correspondence regarding same. | 0.50 | $165.00 |
| | | **TOTAL FEES** | | **$10,965.00** |

INVOICE: 1109313

# NORTON ROSE

W.R. GRACE & CO.                                                              01016442-0001

RE:   **Chapter 11 Proceedings, General Matters**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Copies | 6.90 |
| Facsimile | 9.00 |
| Courier service | 68.32 |
| Filing notice of motion | 127.00 |
| | $211.22 |

INVOICE: 1109313