IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2011 THROUGH AUGUST 31, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 20, 2011
Client/Matter #   01246-013923
Invoice # 143770
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 08/03/11 | P. Marks | L120 | 0.10 | Communications with EPA re CAFO. |
| 08/15/11 | P. Marks | L120 | 0.20 | Check status of CAFO; email to EPA re same. |
| 08/16/11 | P. Marks | L110 | 0.70 | Check CAFO status with J. Howell; telephone conference with L. Duff re same and re related issues. |
| 08/18/11 | P. Marks | L120 | 0.50 | Receipt of CAFO and related communications with EPA and client re same. |

Total Hours :     1.50

Total Fees :     $690.00

BEVERIDGE & DIAMOND, P.C.                                         INVOICE #  143770
                                                                  September 20, 2011
                                                                  PAGE   2

## Time Summary :

|           | Title     | Hours Worked | Billed Per Hour | Bill Amount |
|-----------|-----------|--------------|-----------------|-------------|
| P. Marks  | Principal | 1.50         | $460.00         | $690.00     |

                                              **Total Fees:**           $690.00

## Summary by Task Codes :

| CODE       | Hours | Bill Amount |
|------------|-------|-------------|
| L100       |       |             |
| L110       | 0.70  | $322.00     |
| L120       | 0.80  | $368.00     |
| Total L100 | 1.50  | $690.00     |

                                  **Total Fees :**      1.50        $690.00

## Summary by Disbursement Codes :

|      |                  | Bill Amount |
|------|------------------|-------------|
| E101 | Copying          | $82.50      |
| E102 | Outside Printing | $179.08     |
| E105 | Telephone        | $1.40       |
| E108 | Postage          | $5.59       |

                              **Total Disbursements :**       $268.57

                                       **TOTAL DUE :**        $958.57

# EXHIBIT B

**(Trivalent Chromium)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD  21044

September 20, 2011  
Client/Matter #  01246-014988  
Invoice # 143768  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/01/11 | L. Selba | L120 | 3.80 | Finish reviewing Wisconsin documents; begin drafting update on trivalent chromium exclusion research; telephone conference with Minnesota contact re Minnesota trivalent chromium exclusion procedure. |
| 08/02/11 | P. Marks | L110 | 0.90 | Conference with L. Selba re research progress and distilling information; telephone conference with L. Selba and L. Duff re same. |
| 08/02/11 | L. Selba | L110 | 4.00 | Prepare draft email re status of trivalent chromium exclusion; conference with P. Marks re same; telephone conference with P. Marks and L. Duff re same; communication with Michigan contact re trivalent chromium exclusion in Michigan; prepare email for P. Marks to L. Duff re topics for 8/16 meeting. |
| 08/03/11 | P. Marks | L110 | 0.30 | Direct L. Selba re information request. |
| 08/03/11 | L. Selba | L120 | 2.80 | Prepare draft FOIA request to Michigan Department of Environmental Quality re trivalent chromium exclusion; conference with P. Marks re same; begin preparing summary of trivalent chromium exclusion research for 8/16 conference with client. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  143768
                                                             September 20, 2011
                                                             PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/05/11 | P. Marks | L120 | 1.00 | Evaluate summary of research and direct L. Selba re same. |
| 08/05/11 | L. Selba | L110 | 5.00 | Hexavalent chromium analysis research; prepare summary of research to date re trivalent chromium exclusion; conference with P. Marks re same and Michigan FOIA request. |
| 08/08/11 | L. Selba | L120 | 4.30 | Revise Michigan FOIA request re submittals related to trivalent chromium exclusion; prepare summary of trivalent chromium research; compile petitions for binder for 8/16 conference. |
| 08/09/11 | L. Selba | L110 | 3.00 | Finalize draft memorandum re summary of trivalent chromium exclusion research and email to P. Marks. |
| 08/10/11 | L. Selba | L110 | 0.80 | Review responses to Michigan FOIA request; complete additional research re same and prepare email response. |
| 08/11/11 | L. Selba | L110 | 0.50 | Review binders of trivalent chromium exclusion petitions, follow-up research and final determinations from other states for 8/16 meeting. |
| 08/15/11 | P. Marks | L120 | 3.90 | Prepare for and conduct conference with L. Selba re memorandum evaluating multiple state determinations on trivalent chromium exclusion, and re preparation of binders; emails and telephone conference with L. Duff re same and prepare and provide her with memorandum. |
| 08/15/11 | L. Selba | L110 | 4.00 | Prepare summary of trivalent chromium exclusion research; conference with P. Marks re same and preparation for 8/16 conference with L. Duff; conference with P. Marks re Michigan FOIA response; communication with Michigan re same. |
| 08/16/11 | P. Marks | L120 | 4.50 | Prepare for and attend meeting with client team re trivalent chromium exclusion. |
| 08/16/11 | L. Selba | L120 | 4.50 | Prepare for conference with L. Duff; attend, and travel to/from. |
| 08/17/11 | P. Marks | L120 | 0.60 | Telephone conference with L. Duff re next steps. |

BEVERIDGE & DIAMOND, P.C.                                         INVOICE #  143768
                                                                  September 20, 2011
                                                                  PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/17/11 | L. Selba | L120 | 0.30 | Review notes from 8/16 conference with L. Duff re trivalent chromium and prepare email to P. Marks detailing next steps prior to 9/16 conference. |
| 08/18/11 | L. Selba | L120 | 0.50 | Begin compiling documents to prepare a second set of trivalent chromium petition binders. |
| 08/19/11 | P. Marks | L120 | 0.90 | Prepare for and conduct telephone conference with E. Hammerberg re trivalent chromium exclusion, process for state determinations and technical/procedural issues to address; email to client re same. |
| 08/19/11 | L. Selba | L110 | 1.50 | Compile documents for additional set of binders for petitions from other states; review Michigan FOIA response cost estimate; communication with P. Marks re same. |
| 08/22/11 | L. Selba | L110 | 0.30 | Communication with P. Marks re Michigan FOIA request; communications with Michigan re same. |
| 08/30/11 | L. Selba | L110 | 0.30 | Communications with Michigan re FOIA request. |

                                    Total Hours :                 47.70

                                    Total Fees :             $14,466.00

BEVERIDGE & DIAMOND, P.C.                                  INVOICE #  143768
                                                           September 20, 2011
                                                           PAGE  4

---

**Time Summary :**

|            | Title      | Hours Worked | Billed Per Hour | Bill Amount |
|------------|------------|--------------|-----------------|-------------|
| P. Marks   | Principal  | 12.10        | $460.00         | $5,566.00   |
| L. Selba   | Associate  | 35.60        | $250.00         | $8,900.00   |

                                        **Total Fees:**          $14,466.00

**Summary by Task Codes :**

| CODE      | Hours  | Bill Amount |
|-----------|--------|-------------|
| L100      |        |             |
| L110      | 20.60  | $5,402.00   |
| L120      | 27.10  | $9,064.00   |
| Total L100| 47.70  | $14,466.00  |

                        **Total Fees :**    47.70    $14,466.00

**Summary by Disbursement Codes :**

                                        **TOTAL DUE :**          $14,466.00

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 20, 2011
Client/Matter #  01246-011548
Invoice # 143767
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 08/19/11 | P. Marks | L120 | 0.30 | Telephone conference with Maryland Department of Environment re review of ROD and email to client re same. |

Total Hours :     0.30

Total Fees :   $138.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  143767
                                                             September 20, 2011
                                                             PAGE   2

---

**Time Summary :**

|            | Title     | Hours Worked | Billed Per Hour | Bill Amount |
|------------|-----------|--------------|-----------------|-------------|
| P. Marks   | Principal | 0.30         | $460.00         | $138.00     |

|            |           |              | **Total Fees:** | **$138.00** |
|------------|-----------|--------------|-----------------|-------------|

**Summary by Task Codes :**

| CODE       | Hours | Bill Amount |
|------------|-------|-------------|
| L100       |       |             |
| L120       | 0.30  | $138.00     |
| Total L100 | 0.30  | $138.00     |

|              | **Total Fees :** | **0.30** | **$138.00** |
|--------------|------------------|----------|-------------|

**Summary by Disbursement Codes :**

|              | **TOTAL DUE :** | **$138.00** |
|--------------|-----------------|-------------|

# EXHIBIT D

# (7B)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD 21044

September 22, 2011  
Client/Matter # 01246-014991  
Invoice # 143769  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**7B**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/03/11 | R. Brager | L120 | 1.25 | Review materials; telephone conference with L. Duff. |
| 08/04/11 | R. Brager | L120 | 0.50 | Tasks and coordination with L. Duff. |
| 08/05/11 | R. Brager | L120 | 0.25 | Exchange e-mails with L. Duff re strategy issues. |
| 08/09/11 | R. Brager | L120 | 0.50 | Telephone conference with L. Duff re strategy issues; review e-mails re same. |
| 08/12/11 | R. Brager | L120 | 0.30 | Exchange e-mails with L. Duff. |
| 08/15/11 | R. Brager | L120 | 0.70 | Telephone conference with Grace; exchange e-mails re research. |
| 08/15/11 | L. Selba | L120 | 1.00 | Conference with R. Brager re research; complete research and summarize same for R. Brager. |
| 08/19/11 | R. Brager | L120 | 0.30 | Telephone conference with T. Richichi re research issues. |
| 08/19/11 | T. Richichi | L120 | 2.00 | Conference call with L. Duff re research issues; initial research; conference with R. Brager re same. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  143769
                                                         September 22, 2011
                                                         PAGE  2

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 08/20/11 | R. Brager | L120 | 0.30 | Review documents sent by L. Duff. |
| 08/22/11 | R. Brager | L120 | 1.30 | Telephone conference with L. Duff and T. Richichi re research and telephone conference with T. Richichi re same; conference with P. Marks re same. |
| 08/22/11 | T. Richichi | L120 | 4.50 | Conference call with L. Duff and R. Brager; follow-up discussion with R. Brager; conduct research and analysis. |
| 08/23/11 | T. Richichi | L120 | 2.80 | Telephone conference with P. Marks and L. Duff re preliminary results of research, conduct analysis; research tasks for B. French. |
| 08/24/11 | B. French | L120 | 1.80 | Conduct research. |
| 08/25/11 | T. Richichi | L120 | 4.30 | Conduct research and analysis. |
| 08/25/11 | B. French | L120 | 2.00 | Conduct research. |
| 08/26/11 | R. Brager | L120 | 0.80 | Telephone conference with Grace. |
| 08/26/11 | T. Richichi | L120 | 3.80 | Conduct analysis; review B. French research. |
| 08/29/11 | T. Richichi | L120 | 1.30 | Analysis of issues. |

**Total Hours :**    29.70

**Total Fees :**    $16,491.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  143769
                                                             September 22, 2011
                                                             PAGE   3

Time Summary :

|              | Title     | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-----------|-------------:|----------------:|------------:|
| R. Brager    | Principal | 6.20         | $680.00         | $4,216.00   |
| T. Richichi  | Principal | 18.70        | $575.00         | $10,752.50  |
| B. French    | Associate | 3.80         | $335.00         | $1,273.00   |
| L. Selba     | Associate | 1.00         | $250.00         | $250.00     |

                                       Total Fees:           $16,491.50

Summary by Task Codes :

| CODE       | Hours | Bill Amount |
|------------|------:|------------:|
| L100       |       |             |
| L120       | 29.70 | $16,491.50  |
| Total L100 | 29.70 | $16,491.50  |

                              Total Fees :   29.70   $16,491.50


Summary by Disbursement Codes :


                                       TOTAL DUE :           $16,491.50