# **Exhibit A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA  

31-March-2011

FOR PROFESSIONAL SERVICES RENDERED

Employee: MICHAEL FEDERSPIEL

Fragomen Invoice Number: IN-US00177156

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 359312

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 280.88

Invoice Total: (USD)   280.88

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - SINGAPORE) | |
| For our professional services rendered with respect to updating the Ministry of the dependant's new passport information on behalf of employee's son - Out of Scope | 250.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 12.50 |
| Foreign Tax | 18.38 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: MICHAEL FEDERSPIEL

Comments:
Application Approval Date:
Application File Date:
Authorizing Manager: Virginia Rodriguez
Case Initiation Date: 25 Feb 2011
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: SINGAPORE
Sending Country: SINGAPORE

# FRAGOMEN
GLOBAL

## Tax Invoice
## Memorandum of Professional Fees

12-October-2010
VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

Fragomen (Australia) Pty Limited trading as Fragomen Global
ABN 47-104-453-947

Level 19
201 Elizabeth Street
Sydney NSW 2000
Australia

Telephone: +61 2 8224 8555
Facsimile: +61 2 8224 8500

Fragomen Reference : IN-AU00080988
Fragomen Manager : NOAH KLUG
Fragomen Case Number : 315074

Client : C/O ERNST & YOUNG
Employee : XIA CAO
Total Professional Fees : 1,500.00
Total Disbursements : 75.00
Total GST: 0.00
Invoice Total : (USD) 1,575.00

Signed on behalf of Fragomen Global

| | Net Fee (Excluding GST) | GST | Total Fee (GST Inclusive) |
|---|---|---|---|
| **PROFESSIONAL FEES** | | | |
| Professional services rendered by Fragomen Consular Practice with regards to B-1 application of Xia Cao's sister, Wei Cao at the US Embassy in China | 1,500.00 | 0.00 | 1,500.00 |
| **DISBURSEMENTS** | | | |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 75.00 | 0.00 | 75.00 |


FRAGOMEN
GLOBAL

## Remittance Advice

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

Fragomen (Australia) Pty Limited trading as Fragomen Global
ABN 47-104-453-947

Fragomen Global
GPO Box 53
Sydney NSW 2001
Australia

Telephone: +61 2 8224 8555
Facsimile: +61 2 8224 8500

Fragomen Invoice Number: IN-AU00080988
Fragomen Manager: NOAH KLUG
Fragomen Case Number: 315074
Date: 12-October-2010
Total: (USD) 1,575.00

If making payment by direct deposit, details of the bank account are as follows:

Account Name: **Fragomen (Australia) Pty Limited**
Bank: **ANZ Banking Group**
Branch: **Martin Place Business Center**
Address: **20 Martin Place, Sydney NSW 2000**
BSB No.: **012-055**
Account No.: **1091-328-67**
Swift Code: **ANZBAU3M**

We also accept payment by Credit Card, i.e., Visa, Mastercard and American Express.

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to Fragomen Global Accounts Receivable, or
- Email the details of payment (reference and amount) to FragomenAccounts@fragomen.com.au, or
- Telephone Fragomen Global Accounts Receivable.

*If you have any queries please contact Fragomen Global.*

---

Please return with your payment:

Fragomen Global
GPO Box 53
Sydney NSW 2001
Telephone (02) 8224 8555

Your remittance within 7 days is requested

Invoice Number: IN-AU00080988
Client: C/O ERNST & YOUNG
Employee: XIA CAO
Amount: (USD) 1,575.00

If paying electronically within Australia, please fax your remittance advice to (02) 8224 8500 and deposit funds as detailed above.

IF YOU DO NOT SEND YOUR REMITTANCE, YOUR PAYMENT MAY NOT BE ALLOCATED.

# FRAGOMEN
## GLOBAL

Client: C/O ERNST & YOUNG
Employee: XIA CAO

|  |  |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 21 Sep 2010 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | UNITED STATES OF AMERICA |
| Sending Country: | CHINA, THE PEOPLE'S REPUBLIC OF |