# **Exhibit A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

31-May-2011

FOR PROFESSIONAL SERVICES RENDERED

    Employee: ADAM DEWAYNE GROSE

    Fragomen Invoice Number: IN-US00185591

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 366873

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 2,322.23

    Invoice Total: (USD)   2,322.23

| | Fee/Disbursement |
|---|---:|
| **DISBURSEMENTS**<br>(work carried out by FRAGOMEN - HONG KONG) | |
| For professional services rendered in connection with preparing documents and obtaining an Employment Visa and 4 Dependant Visas for Hong Kong on behalf of the employee (US$1,100) and his 4 dependants (US$250 x 4). | 2,100.00 |
| Government fees paid | 103.23 |
| Messenger service | 14.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 105.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: ADAM DEWAYNE GROSE

| | |
|---|---|
| Comments: | |
| Application Approval Date: | 20 Apr 2011 |
| Application File Date: | 01 Apr 2011 |
| Authorizing Manager: | Kathy Reid |
| Case Initiation Date: | 22 Mar 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 4 |
| PO #: | |
| Receiving Country: | HONG KONG |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Charity NGURE**

Invoice #: 11.40838916

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $1,927.00 |
| **Please Remit** | **$3,027.00** |

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

### RE: Chun-jen WU

Invoice #: 11.40838917

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  | **Total Legal Fees** | $1,100.00 |
|---|---|---|

**Disbursements**

| | | |
|---|---|---|
| Fedex (domestic) | | $58.00 |
| USCIS Filing Fee for I-129 (H-1B case) | | $325.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | | $1,500.00 |
| Miscellaneous expenses | | $44.00 |
| | **Total Disbursements** | $1,927.00 |
| | **Please Remit** | $3,027.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Kinnari MEHTA**                                               Invoice #: 11.40841779

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,000.00 |

**Disbursements**

|  |  |
|---|---:|
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | **$2,080.00** |

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Chelsea Freda D'SOUZA

Invoice #: 11.40841780

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.

|  |  |
|---|---|
| **Total Legal Fees** | $2,000.00 |

**Disbursements**

|  |  |
|---|---|
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | **$2,080.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

### RE: Mohit CHAUDHARY

Invoice #: 11.40838918

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application to Change Nonimmigrant Visa Classification to H-4 of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

**Total Legal Fees**     $2,225.00

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee for Form I-539 | $290.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Miscellaneous expenses | $111.25 |

**Total Disbursements**     $2,784.25

**Please Remit**     $5,009.25

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

May 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Zhengyi QIN

Invoice #: 11.40838919

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,475.50 |
| **Please Remit** | **$4,325.50** |

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44