# Exhibit A

**LAW OFFICES**
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Zhengyi QIN

Invoice #: 11.40850375

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

| | |
|---|---:|
| **Total Legal Fees** | $250.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| **Total Disbursements** | $1,225.00 |
| **Please Remit** | **$1,475.00** |

---

<table>
<tr><th align="center">Checks</th><th align="center">Wire Transfers</th></tr>
<tr><td align="center">Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072</td><td align="center">FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44</td></tr>
</table>

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Rajiv SHRIVASTAVA

Invoice #: 11.40850376

Preparation of cap-subject petition for temporary nonimmigrant classification as a professional in H-1B status with a request for consular, port of entry or pre-flight notification. Review and discussion, as needed, of the beneficiary's qualifications and educational background. Preparation, including prevailing wage determination, and filing of certified Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of Form I-129 and Supplements and of detailed support letter setting forth a description of the professional level position to be performed by the beneficiary, background of the U.S. employer entity and specific requirements for the position, including a full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for final review and signature. Final preparation and submission of petition to the appropriate USCIS Service Center.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,475.50 |
| **Please Remit** | $4,325.50 |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

June 30, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Ricardo DUARTE PINTO**                                    Invoice #: 11.40850377

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested. Transmittal of draft letter prepared to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $268.75 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $13.44 |
| **Total Disbursements** | $42.44 |
| **Please Remit** | **$311.19** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800