IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/24/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-SEVENTH MONTHLY
INTERIM PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2011 through September 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $6,500.00   [80% of $8,125.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):    ☒Monthly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 12.5 hours,[2] for a total amount billed of $8,125.00 of which 80% is currently sought, in the amount of $6,500.00. The total sought by the Application is $6,500.00

As stated above, this is the Thirty-Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 7.2 | $4,680.00 |
| Business Operations | 6.0 | $3,900.00 |
| Fee Application Matters (including FCR and Local Counsel) | 2.3 | $1,495.00 |
| TOTAL | 12.5 | $8,125.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
|  |  |
| TOTAL | $0.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                                  Respectfully Submitted,

*[signature]*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 3rd day of October, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*[signature]*

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Sept. 2011)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 9/1/2011 | Prepare, file and serve 36th Monthly Fee Application and Notice thereof | 1.5 |
| 9/1/2011 | Review Motion for Consolidated Briefing in CNA settlement appeal in USDC | 0.1 |
| 9/1/2011 | Review and analysis of Debtors' Strategic Plan documents | 2.5 |
| 9/2/2011 | Review of Plan Proponents Appellate Brief in USDC in CNA settlement appeal | 0.5 |
| 9/2/2011 | Review of Appellate Brief of CNA in USDC in CNA settlement appeal | 0.7 |
| 9/2/2011 | Review of Debtors' final strategic plan documents | 0.5 |
| 9/2/2011 | Email from Debtors' counsel re updated financials and conference call | 0.2 |
| 9/2/2011 | Email to client re strategic plan conference call | 0.1 |

| | | |
|---|---|---|
| 9/6/2011 | Attend telephonic conference call re Grace strategic plan | 0.7 |
| 9/6/2011 | Telephone conference with client | 0.1 |
| 9/7/2011 | Email from Debtors' counsel re strategic plan conference call | 0.1 |
| 9/7/2011 | Email from B. Ruhlander re Hill application and email to K. Hill re same | 0.1 |
| 9/8/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 9/9/2011 | Attend telephonic conference call re Grace strategic plan | 0.5 |
| 9/12/2011 | Email from Debtors' counsel re postponement of buy-back and prepayment plan | 0.1 |
| 9/12/2011 | Review CNO re Motion for Entry of Order Providing for Return of Pleadings Filed Under Seal | 0.1 |
| 9/12/2011 | Email from Debtors' Counsel re Project Plate Conference call | 0.1 |
| 9/13/2011 | Emails to and from client re Project Plate | 0.1 |
| 9/13/2011 | Prepare, file and serve the PD FCR's 28th Monthly Fee Application and Notice of Filing | 0.5 |
| 9/14/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 9/15/2011 | Review of Project Plate materials | 0.3 |
| 9/15/2011 | Conference call re Project Plate | 0.7 |
| 9/16/2011 | Review 40th Quarter Fee/Expense Chart | 0.1 |
| 9/19/2011 | Emails to and from K. Hill re August billing | 0.1 |
| 9/19/2011 | Review Certification of Counsel re Order awarding 40th Quarter Fees | 0.1 |
| 9/19/2011 | Review Certification of Counsel re 40th Quarter project categories | 0.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 9/19/2011 | Review BNSF Motion for Leave to file Reply Brief and proposed Reply Brief in appeal of CNA settlement | 0.2 |
| 9/19/2011 | Email from Debtors' Counsel re Project Plate | 0.1 |
| 9/20/2011 | Review Order approving 40th Quarter Fee Applications | 0.1 |
| 9/20/2011 | Review Motion for Relief from Stay filed by InterWest | 0.2 |
| 9/21/2011 | Prepare and File CNO for 36th Fee Application | 0.2 |
| 9/22/2011 | Review letters to and from Court re Pro Se request for documents | 0.1 |
| 9/22/2011 | Review Agenda for October Omnibus hearing | 0.1 |
| 9/22/2011 | Review CNO re Canadian ZAI Counsel monthly and quarterly fee applications | 0.1 |
| 9/23/2011 | Review Fraunfelder PHV application and order | 0.1 |
| 9/23/2011 | Review Modified Order re Return of Sealed Documents | 0.1 |
| 9/23/2011 | Review Settlement Notice re Neocrete claims | 0.5 |
| 9/26/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 9/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 9/28/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 9/29/2011 | Review Miscellaneous ECF Notices | 0.2 |
| 9/30/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:   12.5 hours @ $650/hour = $8,125.00

<u>Expenses</u>:   None

**Total Fees and Expenses Due:  $8,125.00**