IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: *10/20/11 at 4⁰⁰ pm* |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF July 31, 2011**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **July 1, 2011 - July 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$13,182.75** |
| Amount of Expense Reimbursement sought | **$1.34** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of July 2011. This is the fifteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 23.25 | $13,182.75 |

Total Fees: $13,182.75

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $13,184.09 for reasonable and necessary professional

services Applicant has rendered to the Debtors during the Fee period (July 1, 2011-July 31, 2011),
and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: September 1, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    August 31, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Grace of New York                          **Invoice#:** 678874
**Our File Number:** 63812/0113                     **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/22/2011  Rynkiewicz, John P | | 1.25 |
| Review USPTO records, status, issues and work on Letter of Protest. | | |
| | Total Hours................. | 1.25 |
| | Fees through 07/31/2011.................................... | $708.75 |

*--------------------------TIME AND FEE SUMMARY--------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.25 | $708.75 |
| Fees through 07/31/2011............... | | 1.25 | $708.75 |

*--------------------------OUTSTANDING BALANCE--------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 674224 | 07/15/2011 | $2,455.11 |
| Prior Balance Due......................................................... | | $2,455.11 |

| | |
|---|---|
| Fees this Invoice........................................................... | $708.75 |
| Total Due this Invoice................................................... | $708.75 |
| Prior Balance Due (from above).................................... | 2,455.11 |
| **TOTAL DUE**........................................................... | **$3,163.86** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 678874
Total Amount Due: $3,163.86

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

August 31, 2011

**RE: BELL GRACE**
**Our File Number:** 63812/0114

**Invoice#:** 678875
**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---:|
| 07/22/2011 | Rynkiewicz, John P | 1.25 |
|  | Review emails, issues and work on protest. |  |
|  | Total Hours................. | 1.25 |
|  | Fees through 07/31/2011.................................... | $708.75 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 1.25 | $708.75 |
| Fees through 07/31/2011............... | | 1.25 | $708.75 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---:|
| 674225 | 07/15/2011 | $2,364.39 |
| Prior Balance Due......................................................... | | $2,364.39 |

| | |
|---|---:|
| Fees this Invoice........................................................... | $708.75 |
| Total Due this Invoice................................................... | $708.75 |
| Prior Balance Due (from above).................................... | 2,364.39 |
| **TOTAL DUE**............................................................ | **$3,073.14** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 678875
Total Amount Due: $3,073.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                        August 31, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** Davison Silica                                  **Invoice#:** 678876
**Our File Number:** 63812/3001
**Client Reference:** 100074                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|            |                                | Hours |
|------------|--------------------------------|-------|
| 07/21/2011 | Rynkiewicz, John P             | 0.75  |

Preliminary review of Potential Opposition to HEALOX CTM
Registration in Classes 1, 3, 5, 10, and 31 based on Sylox; review
Uexkuell letter and mark information; review Grace email re same.

Total Hours................. 0.75

Fees through 07/31/2011.................................... $425.25

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate    | Hours | Fees    |
|--------------------|---------|-------|---------|
| Rynkiewicz, John P | $567.00 | 0.75  | $425.25 |
| Fees through 07/31/2011............... | | 0.75 | $425.25 |

*---------------------OUTSTANDING BALANCE---------------------*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 623151   | 01/28/2010 | $208.25  |
| 628646   | 03/31/2010 | 75.98    |
| 628647   | 03/31/2010 | 113.40   |
| 637201   | 06/30/2010 | 476.65   |
| 639773   | 07/28/2010 | 113.40   |
| 643962   | 09/09/2010 | 311.85   |
| 647696   | 10/18/2010 | 161.03   |
| 650356   | 11/04/2010 | 161.03   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                    August 31, 2011

**RE:** Davison Silica                                          **Invoice#:** 678876
**Our File Number:** 63812/3001
**Client Reference:** 100074                                    **PAGE:**    2

| Invoice# | Date | Amount |
|---|---|---|
| 672314 | 06/27/2011 | 1,559.25 |
| Prior Balance Due........................................................................ | | $3,180.84 |
| | | |
| Fees this Invoice.......................................................................... | | $425.25 |
| Total Due this Invoice................................................................. | | $425.25 |
| Prior Balance Due (from above)................................................... | | 3,180.84 |
| **TOTAL DUE**........................................................................ | | **$3,606.09** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 678876
Total Amount Due: $3,606.09

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                         August 31, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                                    **Invoice#:** 678877
**Our File Number:** 63812/3002
**Client Reference:** 100075                           **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/05/2011 | Rynkiewicz, John P | 0.25 |
|  | Review PHOENIX trademark reg. in the US and due Section 8 Aff of use; advise T. Hunter re same and confirm Grace handling. | |
|  | Total Hours................. | 0.25 |
|  | Fees through 07/31/2011.................................... | $141.75 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.25 | $141.75 |
| Fees through 07/31/2011............... | | 0.25 | $141.75 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $141.75 |
| **Total Due this Invoice.............................................** | **$141.75** |

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 678877
Total Amount Due: $141.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                          August 31, 2011
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions                    **Invoice#:** 678873
**Our File Number:** 63812/0112                            **PAGE:**  1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

---

|                                                                                                              | **Hours** |
|--------------------------------------------------------------------------------------------------------------|-----------|
| 07/14/2011  Rynkiewicz, John P                                                                               | 0.83      |
| Review Grace email, Remfy notice re Pot Opp GRACE, Reg. No. 1705271, Cl 20; assess potential Indian opposition; advise Grace re same. | |
| Total Hours.................                                                                                  | 0.83      |
| Fees through 07/31/2011....................................  $470.61                                         |           |

\*--------------------------TIME AND FEE SUMMARY---------------------------------\*

|                          | Rate      | Hours | Fees     |
|--------------------------|-----------|-------|----------|
| Rynkiewicz, John P       | $567.00   | 0.83  | $470.61  |
| Fees through 07/31/2011.............. | | 0.83  | $470.61  |

\*-------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice#   | Date         | Amount     |
|------------|--------------|------------|
| 647693     | 10/18/2010   | $963.90    |
| 650352     | 11/04/2010   | 462.67     |
| 654091     | 12/10/2010   | 472.88     |
| 657778     | 01/19/2011   | 198.45     |
| 660997     | 02/28/2011   | 1,513.89   |
| 664054     | 03/31/2011   | 633.91     |
| 666743     | 04/30/2011   | 299.56     |
| 669563     | 05/31/2011   | 198.45     |
| 672313     | 06/27/2011   | 1,417.50   |
| Prior Balance Due................................................ | | $6,161.21 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                        August 31, 2011

    **RE:** Potential Trademark Oppositions                    **Invoice#:** 678873
    **Our File Number:** 63812/0112                            **PAGE:**    2

| | |
|---|---|
| Fees this Invoice................................................................. | $470.61 |
| Total Due this Invoice........................................................ | $470.61 |
| Prior Balance Due (from above)............................................. | 6,161.21 |
| **TOTAL DUE**.................................................................. | **$6,631.82** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 678873
Total Amount Due: $6,631.82

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

August 31, 2011

**RE: Tibotec**                                      **Invoice#:** 678871
**Our File Number:** 63812/0110                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/06/2011 | Rynkiewicz, John P | 0.25 |
|  | Review Grace emails, Tibotec matter and successful status of 2 filed Letters of protest. | |
|  | Total Hours................. | 0.25 |
|  | Fees through 07/31/2011.................................... | $141.75 |

*-----------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.25 | $141.75 |
| Fees through 07/31/2011............... | | 0.25 | $141.75 |

*------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 643958 | 09/09/2010 | $170.10 |
| 650342 | 11/04/2010 | 492.16 |
| Prior Balance Due........................................................................ | | $662.26 |

| | |
|---|---|
| Fees this Invoice........................................................... | $141.75 |
| Total Due this Invoice.................................................... | $141.75 |
| Prior Balance Due (from above)................................................. | 662.26 |
| **TOTAL DUE**........................................................ | **$804.01** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0110
Invoice Number: 678871
Total Amount Due: $804.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                         August 31, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Trademark Watches                    **Invoice#:** 678872
**Our File Number:** 63812/0111                **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/07/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and Corsearch Federal Watching Notice dated July 7, 2011; assess marks for confusion and advise Grace re same. |  |
| 07/07/2011 | Rynkiewicz, John P | 1.25 |
|  | Check status on series of prior notices, comments and possible oppositions/issues in GRACE published marks. |  |
| 07/11/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and watch notice from Isern dated June 30, 2011; assess published marks for confusion or other concerns; advise Grace re same. |  |
| 07/14/2011 | Rynkiewicz, John P | 1.00 |
|  | Review Grace email and Corsearch Watch Report dated July 12, 2011; assess marks for confusion; review additional USPTO records and advise Grace re same. |  |

Total Hours................. 3.25

Fees through 07/31/2011..................................... $1,842.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.25 | $1,842.75 |
| Fees through 07/31/2011............... | | 3.25 | $1,842.75 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

August 31, 2011

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 678872
**PAGE:**    2

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 2,409.75 |
| 674223 | 07/15/2011 | 1,037.61 |
| Prior Balance Due............................................................... | | $7,795.12 |

Fees this Invoice.......................................................................... $1,842.75
Total Due this Invoice................................................................. $1,842.75
Prior Balance Due (from above).................................................. 7,795.12
**TOTAL DUE**.............................................................................. $9,637.87

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 678872
Total Amount Due: $9,637.87

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                        August 31, 2011
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** General                                                **Invoice#:** 678864
**Our File Number:** 63812/0001
**Client Reference:** 100062                                    **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/01/2011 | Rynkiewicz, John P | 1.50 |
|  | Grace monthly overview of open/outstanding issues in protection of GRACE name. |  |
| 07/08/2011 | Rynkiewicz, John P | 0.25 |
|  | Review correspondence from Argentine agents re DAREX globe logo reg. and future maintenance; send inquiry to Grace re same. |  |
| 07/11/2011 | Rynkiewicz, John P | 0.17 |
|  | Correspondence to/from Grace re Argentine DAREX globe logo mark. |  |
| 07/14/2011 | Rynkiewicz, John P | 0.42 |
|  | Review R. Maggio email and inquiry regarding pitch and solicitation re Grace in .hk domain; advise Grace re same. |  |
| 07/21/2011 | Rynkiewicz, John P | 0.25 |
|  | Review additional Grace email from K. Sauter re LOLITA GRACE by Swarovski in Spain; review prior response. |  |
| 07/21/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and preliminary review of watch report dated July 19, 2011; assess confusion. |  |
| 07/25/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and advise re report/solicitation from J. Isern dated July 15, 2011. on marks to oppose. |  |
| 07/25/2011 | Rynkiewicz, John P | 0.50 |
|  | Advise Grace re Watch Report: LOLA & GRACE BY SWAROVSKI. |  |
| 07/25/2011 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email, Remfry letter and advise re report from Remfry dated July 12, 2011. |  |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    August 31, 2011

RE: General                                                    Invoice#: 678864
Our File Number: 63812/0001
Client Reference: 100062                                       PAGE:   2

---

| | | |
|---|---|---:|
| 07/28/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email and advise re Corsearch Watch Rpt. dtd 7-27-11; August 18, 2011 and possible confusion/oppositions. | |
| 07/28/2011 | Rynkiewicz, John P | 1.50 |
| | Month end review, status check, update of multiple pending GRACE matters and deadlines. | |

Total Hours................. 6.84

Fees through 07/31/2011..................................... $3,878.28

*--------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 6.84 | $3,878.28 |
| Fees through 07/31/2011............... | | 6.84 | $3,878.28 |

*--------------------COSTS ADVANCED THROUGH 07/31/2011--------------------*

| | |
|---|---:|
| Duplicating | $0.90 |
| Postage | 0.44 |

Total Costs through 07/31/2011.......................... $1.34

*--------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---:|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.

August 31, 2011

**RE:** General
**Our File Number:** 63812/0001
**Client Reference:** 100062

**Invoice#:** 678864

**PAGE:**   3

| Invoice# | Date | Amount |
|---|---|---|
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 2,597.16 |
| 674217 | 07/15/2011 | 9,633.33 |
| Prior Balance Due......................................................... | | $34,497.67 |

| | |
|---|---|
| Fees this Invoice............................................................ | $3,878.28 |
| Costs this Invoice........................................................... | $1.34 |
| Total Due this Invoice.................................................... | $3,879.62 |
| Prior Balance Due (from above)...................................... | 34,497.67 |
| **TOTAL DUE**............................................................ | $38,377.29 |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 678864
Total Amount Due: $38,377.29

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                          August 31, 2011
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE: I. GRACE Trademarks**                    **Invoice#:** 678869
**Our File Number:** 63812/0003
**Client Reference:** 100063                   **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

| | | Hours |
|---|---|---|
| 07/08/2011 | Rynkiewicz, John P | 1.83 |
| | Calls to opposing counsel re settlement agreement; work on final draft settlement and termination of opposition proceedings. | |
| 07/10/2011 | Rynkiewicz, John P | 0.50 |
| | Review correspondence from opposing counsel re settlement and TTAB proceeding. | |
| 07/12/2011 | Rynkiewicz, John P | 0.75 |
| | Emails to/from opposing counsel re settlement, terms; review issues, USPTO applics owned by I Grace Co. | |
| 07/14/2011 | Rynkiewicz, John P | 1.00 |
| | Draft and file consented motion to suspend opposition while parties finalize settlement agreement; serve opposing counsel re same. | |
| 07/20/2011 | Rynkiewicz, John P | 1.50 |
| | Review status of proposed settlement, issues; review prior communications with opposing counsel. | |
| 07/26/2011 | Rynkiewicz, John P | 0.67 |
| | Review revised settlement draft from opposing counsel. | |
| 07/27/2011 | Rynkiewicz, John P | 1.75 |
| | Work on I. GRACE settlement; review I GRACE two applics., agreed upon deleted services; assess other options, issues in settlement. | |
| | Total Hours................. | 8.00 |

Fees through 07/31/2011.................................    $4,536.00

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                    August 31, 2011

RE: I. GRACE Trademarks                                    Invoice#: 678869
**Our File Number:** 63812/0003
**Client Reference:** 100063                                    PAGE:    2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 8.00 | $4,536.00 |
| Fees through 07/31/2011............... | | 8.00 | $4,536.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 2,126.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |
| 674218 | 07/15/2011 | 1,088.64 |
| Prior Balance Due........................................ | | $9,305.49 |

| | |
|---|---|
| Fees this Invoice........................................ | $4,536.00 |
| Total Due this Invoice................................ | $4,536.00 |
| Prior Balance Due (from above)................................ | 9,305.49 |
| **TOTAL DUE**........................................ | **$13,841.49** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 678869
Total Amount Due: $13,841.49

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          August 31, 2011
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                              **Invoice#:** 678870
**Our File Number:** 63812/0108
**Client Reference:** 100071                         **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/05/2011 | Rynkiewicz, John P | 0.33 |
|  | Review multiple Special counsel billings, invoices; draft memo to court and send to counsel for filing. |  |
| 07/28/2011 | Rynkiewicz, John P | 0.25 |
|  | Emails to/from Delaware firm re filing of KS bills as Special Counsel. |  |

Total Hours.................  0.58

Fees through 07/31/2011....................................  $328.86

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.58 | $328.86 |
| Fees through 07/31/2011.............. | | 0.58 | $328.86 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                  August 31, 2011

RE: Special Counsel                                          Invoice#: 678870
**Our File Number:** 63812/0108
**Client Reference:** 100071                                 PAGE:   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 657.72 |
| 674222 | 07/15/2011 | 283.50 |
| Prior Balance Due......................................................... | | $4,539.80 |

| | |
|---|---|
| Fees this Invoice........................................................... | $328.86 |
| Total Due this Invoice.................................................. | $328.86 |
| Prior Balance Due (from above).................................... | 4,539.80 |
| **TOTAL DUE**.............................................................. | **$4,868.66** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 678870
Total Amount Due: $4,868.66

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH