**EXHIBIT A**

Professional services rendered through: June 30, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/24/11 | A.E. Moran | Prepare and send out February and March 2011 filings. | 1.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.20 | 500.00 | 600.00 |
| Total | 1.20 | | 600.00 |

**EXHIBIT B**

Disbursements:

| | |
|---|---|
| Duplicating | 3.30 |

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  965426

012046.00005 BILLING & COURT FILINGS


Cost                Timekeeper
Code       Date     Number   Name      Description  Quantity  Rate    Amount
=============================================================================

LASR       06/24/11 00206    Moran, Anne E.              6.00   0.10    0.60
   LASR    06/24/11 00206    Moran, Anne E.              6.00   0.20    1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR       06/24/11 00206    Moran, Anne E.              5.00   0.10    0.50
   LASR    06/24/11 00206    Moran, Anne E.              5.00   0.20    1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR       06/24/11 00206    Moran, Anne E.              6.00   0.10    0.60
   LASR    06/24/11 00206    Moran, Anne E.              6.00   0.20    1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       06/24/11 00206    Moran, Anne E.              6.00   0.10    0.60
   LASR    06/24/11 00206    Moran, Anne E.              6.00   0.20    1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       06/24/11 00206    Moran, Anne E.              5.00   0.10    0.50
   LASR    06/24/11 00206    Moran, Anne E.              5.00   0.20    1.00
PC/Network Printing

PC LASER   5 Pages Ward, Brenda
LASR       06/24/11 Total:                               2.80
   LASR    06/27/11 00206    Moran, Anne E.              1.00   0.10    0.10
   LASR    06/27/11 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/27/11 00206    Moran, Anne E.              1.00   0.10    0.10
   LASR    06/27/11 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/27/11 00206    Moran, Anne E.              1.00   0.10    0.10
   LASR    06/27/11 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/27/11 Total:                               0.30
LASR       06/28/11 00206    Moran, Anne E.              1.00   0.10    0.10
```

```
     LASR      06/28/11 00206     Moran, Anne E.         1.00    0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/28/11 00206     Moran, Anne E.             1.00    0.10    0.10
     LASR      06/28/11 00206     Moran, Anne E.         1.00    0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/28/11 Total:                               0.20

LASR                Total:                               3.30

Total: 012046.00005 BILLING & COURT FILINGS             3.30
```