**EXHIBIT A**

Professional services rendered through: July 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/19/11 | A.E. Moran | Begin quarterly filing. | 0.60 |
| 07/20/11 | A.E. Moran | Proof and finish and send 1st quarter filing | 0.90 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.50 | 500.00 | 750.00 |
| Total | 1.50 | | 750.00 |

**EXHIBIT B**

Disbursements:

    Duplicating    6.00

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  965427

012046.00005 BILLING & COURT FILINGS


Cost               Timekeeper
Code       Date    Number    Name      Description  Quantity  Rate    Amount
=============================================================================

LASR       07/19/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/19/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Moran, Anne
LASR       07/20/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/20/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       07/20/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/20/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       07/20/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/20/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       07/20/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/20/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       07/20/11 00206    Moran, Anne E.         10.00     0.10    1.00
   LASR    07/20/11 00206    Moran, Anne E.         10.00     0.20    2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       07/20/11 Total:                          5.00

LASR                Total:                          6.00

Total: 012046.00005 BILLING & COURT FILINGS        6.00
```