**EXHIBIT A**

Professional services rendered through: August 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/09/11 | B. Davidson | Research IRS powers to compel production of books and records of a subsidiary. | 3.10 |
| 08/09/11 | M.D. Lerner | Answer procedural question from Mr. Libow. | 0.30 |
| 08/15/11 | A.E. Moran | Work on billings for April - June. | 0.20 |
| 08/26/11 | G.N. Kidder | Research rules for computation of alternative minimum tax and interaction with net opearting loss (NOL) and specified liability loss rules (SLL). | 2.30 |
| 08/26/11 | G.N. Kidder | Phone call with Carole Finke to discuss AMT rules. | 0.20 |
| 08/29/11 | G.N. Kidder | Review NOL and SLL rules in preparation for call; discuss rules with Matt Lerner. | 0.50 |
| 08/29/11 | G.N. Kidder | Phone call with David Libow and Carole Finke and Matt Lerner to discuss carryback rules applicable to NOLs and SLLs. | 0.50 |
| 08/29/11 | M.D. Lerner | Prepare for and participate call re AMT NOL. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 1.10 | 840.00 | 924.00 |
| G.N. Kidder | 3.50 | 575.00 | 2,012.50 |
| B. Davidson | 3.10 | 415.00 | 1,286.50 |
| A. Moran | .20 | 500.00 | 100.00 |
| Total | 7.90 | | $4,323.00 |

**EXHIBIT B**

Disbursements:

| Date | Description | |
|---|---|---|
| 08/29/11 | Soundpath charge for Ready conference Plus on 08/29/11 for 61 minutes. | |

| | | |
|---|---|---|
| | Total Disbursements | $7.50 |
| | Total This Statement | $4,330.50 |

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  965423

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost              Timekeeper
Code      Date    Number    Name        Description    Quantity   Rate    Amount
================================================================================

TELECO    08/29/11  06515    Kidder, Gregory              1.00    7.50     7.50
  TELECO  08/29/11  06515    Kidder, Gregory              1.00              7.50
Soundpath charge for Readyconference Plus
on 08/29/11 for 61 minutes.

Moderator: Gregory N. Kidder

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE    7.50
```

7