## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 23, 2011 |
| | : | Hearing Date:  TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDRED EIGHTEENTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JULY 1, 2011 THROUGH JULY 31, 2011

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

**EXHIBIT A**
**FEES FOR THE FEE PERIOD**
**JULY 1, 2011 THROUGH JULY 31, 2011**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 07/01/11 | Memo to client on status of access agreement | | |
| 14 | W. Hatfield | 0.1 | 43.50 |
| 07/06/11 | Review information regarding access agreement | | |
| 22 | A. Marchetta | 0.4 | 268.00 |
| 07/07/11 | Follow up regarding W. Hatfield e-mail regarding remediation | | |
| 22 | A. Marchetta | 0.4 | 268.00 |
| 07/07/11 | Respond to email from client on access issues and SOW for PA from URS; memos with C. Donovan on matter; review memos between client and C. Warren on PA and access issues and forward to case team | | |
| 14 | W. Hatfield | 0.6 | 261.00 |
| 07/07/11 | Email exchange with W. Hatfield; telephone conference with B. Medler. | | |
| 22 | C. Donovan | 0.2 | 92.00 |
| 07/08/11 | Review memos on access issues and PA from client; memos with C. Donovan on matter | | |
| 14 | W. Hatfield | 0.3 | 130.50 |
| 07/12/11 | Conference call with B. Medler regarding securing access from Amtrak. | | |
| 22 | C. Donovan | 0.5 | 230.00 |
| 07/13/11 | Memos from client with Roux data; memos with C. Donovan on access and Amtrak issues; communications with LSRP | | |
| 14 | W. Hatfield | 0.4 | 174.00 |
| 07/14/11 | Review and reply to memo from client on comments from  CCNJ to NJDEP on historic fill guidance | | |
| 14 | W. Hatfield | 0.2 | 87.00 |

---

[2] Legend for Day Pitney LLP's fees:
22 = Environmental Matters/Regulations/Litigation
14 = Case Administration
B160 = Fee/Employment Applications

| 07/19/11 | Follow up regarding remediation information with W. Hatfield | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 201.00 |

| 07/20/11 | Review materials received from Amtrak. | | |
|---|---|---|---|
| 22 | C. Donovan | 0.2 | 92.00 |

| 07/20/11 | Memo from A. Marchetta on matter; memos with C. Donovan on access; memo to client on Amtrak issues; review reply; update A. Marchetta on access and path forward with Amtrak; review memo on access from client; reply to same and provide guidance on communications under LSRP | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.6 | 261.00 |

| 07/20/11 | Conference with W. Hatfield regarding right of entry versus access agreement | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 201.00 |

| 07/27/11 | Review and revise draft access letter; forward to client | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 217.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 0.90 | 460.00 | $414.00 |
| W. Hatfield | 2.70 | 435.00 | $1,174.50 |
| A. Marchetta | 1.40 | 670.00 | $938.00 |
| TOTALS | 5.00 | | $2,526.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 | | |
| | 22 | 0.8 | 670.00 | $938.00 |
| C. Donovan | 22 | 0.9 | 460.00 | $414.00 |
| W. Hatfield | 14 | 2.7 | 435.00 | $1,174.50 |
| TOTAL | | 5.0 | | $2,526.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 07/20/11<br>B160 | Prepare Fortieth Quarterly Fee Application<br>J. Gates | 1.6 | $520.00 |
| 07/21/11<br>B160 | Finalize and attend to filing of 40th Quarterly fee application; e-mails to/from L. Oberholzer<br>J. Gates | 0.4 | $130.00 |
| 07/31/11<br>B160 | Draft fee application for May 2011<br>J. Gates | 0.7 | $227.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Gates | 2.70 | 325.00 | $877.50 |
| TOTALS | 2.70 | | $877.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Gates | B160 | 2.7 | 325.00 | $877.50 |
| TOTAL | | 2.7 | | $877.50 |

4

# Exhibit B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**JULY 1, 2011 THROUGH JULY 31, 2011**

**None.**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 23, 2011 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2.  I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Parsippany, New Jersey
Dated:  October 3, 2011

Respectfully submitted,
DAY PITNEY LLP

_____
Anthony J. Marchetta, Esq.
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:  (973) 966-6300
Facsimile:  (973) 966-1015

2