**Proposed Order Scheduling Status Conference**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 (JKF) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (JKF) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JKF) |
| The Flintkote Company | Case No.: 04-11300 (JKF) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JKF) |
| Owens Corning | Case No.: 00-3837 (JKF) |
| US Mineral Products Company | Case No.: 01-2471 (JKF) |
| USG Corp. | Case No.: 01-2094 (JKF) |
| W.R. Grace & Co. | Case No.: 01-1139 (JKF) |
| Debtors. | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 (JKF) |
| North American Refractories Co. | Case No.: 02-20198 (JKF) |
| Pittsburgh Corning Corp. | Case No.: 00-22876 (JKF) |
| Debtors. | |

**ORDER SCHEDULING STATUS CONFERENCE**
**PURSUANT TO 11 U.S.C. § 105(d)**

Upon the request (the "Request")[8] of Garlock Sealing Technologies LLC ("Garlock"), pursuant to section 105(d) of title 11 of the United States Code (the "Bankruptcy Code"), requesting that this Court schedule and conduct a status conference; and the Court

---

[8] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

2

having jurisdiction over the Request pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Request having been given; and this Court having determined that the relief requested in the Request is just and proper; and after due deliberation and sufficient cause appearing therefor;

        IT IS HEREBY ORDERED THAT:

    1.       The Request is GRANTED.

    2.       A status conference will be convened on _____ \_\_\_, 2011, at \_\_\_\_:\_\_\_\_ \_\_.m. (E.T.).

Dated: _____, 2011

                                                        THE HONORABLE JUDITH K. FITZGERALD
                                                        UNITED STATES BANKRUPTCY JUDGE