IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 10/24/11 at 4:00 pm |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF August 31, 2011**

Name *of Applicant*:                                   <u>**Kaye Scholer LLP**</u>

Authorized to Provide Professional Services to:    <u>**W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession**</u>

Date of Retention as Special Counsel for Intellectual    <u>**Retention Order entered April 7, 2010**</u>
Property

Period for which compensation and                  <u>**August 1, 2011 - August 31, 2011**</u>
reimbursement is sought

Amount of Compensation sought as actual,           <u>**$18,852.75**</u>
reasonable and necessary:

Amount of Expense Reimbursement sought            <u>**$19.77**</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of August 2011. This is the sixteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |
| 07/01/2011-07/31/2011 | September 1, 2011 | $13,182.75 | $1.34 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 33.25 | $18,852.75 |

Total Fees: $18,852.75

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $18,872.52 for reasonable and necessary professional

services Applicant has rendered to the Debtors during the Fee period (August 1, 2011-August 31, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

Dated: September 30, 2011

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          September 29, 2011
      62 Whittemore Avenue
      Cambridge, Massachusetts 002140-169
      Attn: Stephan Williams, Esq.

RE: Bostik                                    **Invoice#:** 681373
**Our File Number:** 63812/0021               **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | Hours |
|---|---|---|
| 08/11/2011 | Rynkiewicz, John P | 0.25 |
|  | Draft and send follow-up letter to Bostik re Bondera TileMatset; update client re same. | |

Total Hours................. 0.25

Fees through 08/31/2011.................................... $141.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.25 | $141.75 |
| Fees through 08/31/2011............... | | 0.25 | $141.75 |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2011-----------------------\*

| | |
|---|---|
| Messengers/Courier | $19.77 |
| Total Costs through 08/31/2011......................... | $19.77 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 672315 | 06/27/2011 | $432.70 |
| 674220 | 07/15/2011 | 19.27 |
| Prior Balance Due............................................................ | | $451.97 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                September 29, 2011

**RE: Bostik**                                                    **Invoice#:** 681373
**Our File Number:** 63812/0021                                        **PAGE:    2**

| | |
|---|---|
| Fees this Invoice........................................................................... | $141.75 |
| Costs this Invoice......................................................................... | $19.77 |
| Total Due this Invoice.................................................................. | $161.52 |
| Prior Balance Due (from above)................................................... | 451.97 |
| **TOTAL DUE**........................................................................... | **$613.49** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0021
Invoice Number: 681373
Total Amount Due: $613.49

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                    September 29, 2011
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                    **Invoice#:** 681371
**Our File Number:** 63812/0001
**Client Reference:** 100062                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

| Date | Description | Hours |
|---|---|---|
| 08/01/2011 | Rynkiewicz, John P | 1.50 |
| | Overview of pending GRACE mark matters, issues, status and deadlines. | |
| 08/05/2011 | Rynkiewicz, John P | 2.58 |
| | Review GRACE mark protection in the US; review newer GRACE mark filings and compare against core business; review and identify any gaps in protection. | |
| 08/24/2011 | Rynkiewicz, John P | 0.75 |
| | Conference call with R. Maggio re trademark issues, registration symbol (R) markings and use of reg. symbol in MSDS sheets; advise re same. | |
| 08/25/2011 | Rynkiewicz, John P | 1.42 |
| | Review TM Report on all Grace trademarks; review sorted and by goods re global protection issues as well as s markings in countries where there is no reg. | |
| 08/30/2011 | Rynkiewicz, John P | 1.33 |
| | End of the month trademark review of open, pending Grace matters; review issues and deadlines. | |

Total Hours................    7.58

Fees through 08/31/2011.....................................    $4,297.86

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 7.58 | $4,297.86 |
| Fees through 08/31/2011............... | | 7.58 | $4,297.86 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                     September 29, 2011

**RE:** General                                                    **Invoice#:** 681371
**Our File Number:** 63812/0001
**Client Reference:** 100062                                        **PAGE:**   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 3,879.62 |
| Prior Balance Due.......................................................... | | $28,592.89 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $4,297.86 |
| Total Due this Invoice................................................. | $4,297.86 |
| Prior Balance Due (from above)................................... | 28,592.89 |
| **TOTAL DUE**.......................................................... | **$32,890.75** |

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 681371
Total Amount Due: $32,890.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

September 29, 2011

**RE: I. GRACE Trademarks**
**Our File Number:** 63812/0003
**Client Reference:** 100063

**Invoice#:** 681372

**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

| | | Hours |
|---|---|---:|
| 08/02/2011 | Rynkiewicz, John P | 1.42 |
| | Review opposition, settlement status; revise agreement. | |
| 08/08/2011 | Rynkiewicz, John P | 1.83 |
| | Work on settlement agreement, revisions of opposing counsel. | |
| 08/12/2011 | Rynkiewicz, John P | 2.00 |
| | Work on Grace settlement, address open issues; review other party's business. | |
| 08/17/2011 | Rynkiewicz, John P | 1.58 |
| | Emails, work on settlement terms, revise agreement. | |
| 08/18/2011 | Rynkiewicz, John P | 2.75 |
| | Correspondence to/from opposing counsel in settlement negotiations; work on finalizing settlement. | |
| 08/22/2011 | Rynkiewicz, John P | 1.58 |
| | Review opposing counsel communications; review latest revisions, open issues in settlement. | |
| 08/25/2011 | Rynkiewicz, John P | 1.67 |
| | Review settlement update and revisions from opposing counsel; identify remaining issues for settlement; assess next steps. | |

Total Hours................. 12.83

Fees through 08/31/2011.................................... $7,274.61

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 29, 2011

**RE: I. GRACE Trademarks**
**Our File Number:** 63812/0003                                 **Invoice#:** 681372
**Client Reference:** 100063
                                                                **PAGE:**    2

---

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                        | Rate    | Hours  | Fees      |
|------------------------|---------|--------|-----------|
| Rynkiewicz, John P     | $567.00 | 12.83  | $7,274.61 |
| Fees through 08/31/2011............... | | 12.83 | $7,274.61 |

\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date       | Amount      |
|----------|------------|-------------|
| 623146   | 01/28/2010 | $406.98     |
| 628638   | 03/31/2010 | 435.46      |
| 628639   | 03/31/2010 | 605.56      |
| 637194   | 06/30/2010 | 1,485.54    |
| 639771   | 07/28/2010 | 349.27      |
| 643965   | 09/09/2010 | 453.60      |
| 647687   | 10/18/2010 | 481.95      |
| 650336   | 11/04/2010 | 501.23      |
| 654087   | 12/10/2010 | 283.50      |
| 657771   | 01/19/2011 | 510.30      |
| 660985   | 02/28/2011 | 2,126.25    |
| 664048   | 03/31/2011 | 274.43      |
| 669551   | 05/31/2011 | 302.78      |
| 674218   | 07/15/2011 | 217.72      |
| 678869   | 08/31/2011 | 4,536.00    |
| Prior Balance Due........................................... | | $12,970.57 |

| | |
|---|---|
| Fees this Invoice........................................................ | $7,274.61 |
| Total Due this Invoice.............................................. | $7,274.61 |
| Prior Balance Due (from above)................................ | 12,970.57 |
| **TOTAL DUE**........................................................ | **$20,245.18** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 681372
Total Amount Due: $20,245.18

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                    September 29, 2011
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                          **Invoice#:** 681374
**Our File Number:** 63812/0108
**Client Reference:** 100071                     **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | Hours |
|---|---|---|
| 08/22/2011 | Rynkiewicz, John P | 0.67 |
|  | Finalize Special Counsel invoices and send to Pachulsky firm for filing with court; work on quarterly fee application submission. |  |
| 08/31/2011 | Rynkiewicz, John P | 0.25 |
|  | Review draft Special Counsel bills and preparation for submission to the court via Pachulsky firm. |  |

Total Hours.................  0.92

Fees through 08/31/2011....................................  $521.64

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.92 | $521.64 |
| Fees through 08/31/2011.............. | | 0.92 | $521.64 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 29, 2011

**RE:** Special Counsel                                              **Invoice#:** 681374
**Our File Number:** 63812/0108
**Client Reference:** 100071                                        **PAGE:**   2

---

| Invoice# | Date | Amount |
|---|---|---|
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 328.86 |
| Prior Balance Due......................................................... | | $4,115.68 |

| | |
|---|---|
| Fees this Invoice......................................................... | $521.64 |
| Total Due this Invoice................................................. | $521.64 |
| Prior Balance Due (from above)................................... | 4,115.68 |
| **TOTAL DUE**........................................................... | **$4,637.32** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 681374
Total Amount Due: $4,637.32

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    September 29, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE**: Trademark Watches                              **Invoice#:** 681377
**Our File Number:** 63812/0111                        **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|            |                       |                                                                             | **Hours** |
|------------|-----------------------|-----------------------------------------------------------------------------|-----------|
| 08/02/2011 | Rynkiewicz, John P    |                                                                             | 0.50      |
|            | Respond to K. Sauter re Isern Isern Watch Reported Dated 07/04/11.                               |           |
| 08/04/2011 | Rynkiewicz, John P    |                                                                             | 1.58      |
|            | Review multiple watches, issues, marks of concern and previously noted; check status.            |           |
| 08/10/2011 | Rynkiewicz, John P    |                                                                             | 0.50      |
|            | Review Grace email and Corsearch Watch Report dated August 10, 2011; assess marks.               |           |
| 08/10/2011 | Rynkiewicz, John P    |                                                                             | 0.50      |
|            | Review Grace email and Corsearch Watch Report dated August 3, 2011.                              |           |

Total Hours.................  3.08

Fees through 08/31/2011....................................  $1,746.36

*--------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Rynkiewicz, John P  | $567.00  | 3.08  | $1,746.36 |
| Fees through 08/31/2011............... | | 3.08 | $1,746.36 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 647691   | 10/18/2010 | $802.87  |
| 650345   | 11/04/2010 | 368.55   |
| 654090   | 12/10/2010 | 520.51   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                September 29, 2011

**RE:** Trademark Watches                                    **Invoice#:** 681377
**Our File Number:** 63812/0111                                  **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 1,842.75 |

| | |
|---|---|
| Prior Balance Due........................................................... | $6,879.98 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,746.36 |
| Total Due this Invoice.................................................. | $1,746.36 |
| Prior Balance Due (from above)................................. | 6,879.98 |
| **TOTAL DUE**........................................................... | **$8,626.34** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 681377
Total Amount Due: $8,626.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

September 29, 2011

RE: Potential Trademark Oppositions
**Our File Number:** 63812/0112

**Invoice#:** 681381
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

| | | Hours |
|---|---|---|
| 08/02/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email re Potential Opposition to HEALOX CTM Registration in Classes 1, 3, 5, 10, and 31; assess confusion with FCC marks, advise Grace re same. | |
| 08/08/2011 | Rynkiewicz, John P | 1.67 |
| | Review issues, Grace emails, marks with possible oppositions ahead; note USPTO deadlines, status. | |
| 08/22/2011 | Rynkiewicz, John P | 2.25 |
| | Review Grace Watch notice from Corsearch dated August 21, 2011, and GRACE & DESIGN; Appln. Ser. No. 85/396,787 filed by Dorazio Enterprises, Inc. (Texas Corp.) for Class 40: Waste-to-energy generation services; research, search company name and business; work on assessment of whether or not to oppose. | |
| 08/23/2011 | Rynkiewicz, John P | 2.25 |
| | Review, additional research on Dorazio Enterprises GRACE mark, from watch services; assess potential confusion, opposition, likelihood of success. | |

Total Hours.................   6.92

Fees through 08/31/2011....................................   $3,923.64

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 6.92 | $3,923.64 |
| Fees through 08/31/2011............... | | 6.92 | $3,923.64 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                              September 29, 2011

RE: Potential Trademark Oppositions                      Invoice#: 681381
Our File Number: 63812/0112                                    PAGE:   2

*-------------------------OUTSTANDING BALANCE-------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 1,513.89 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 470.61 |
| Prior Balance Due............................................. | | $5,497.82 |

| | |
|---|---|
| Fees this Invoice............................................. | $3,923.64 |
| Total Due this Invoice....................................... | $3,923.64 |
| Prior Balance Due (from above)............................. | 5,497.82 |
| **TOTAL DUE**................................................. | $9,421.46 |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 681381
Total Amount Due: $9,421.46

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          September 29, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Grace of New York                        **Invoice#: 681384**
**Our File Number:** 63812/0113                   **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|                                                   | **Hours** |
|---------------------------------------------------|-----------|
| 08/18/2011  Rynkiewicz, John P                    | 0.92      |
| Research and review issues; work on Protest.      |           |
| Total Hours................                       | 0.92      |
| Fees through 08/31/2011...................................  | $521.64   |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate     | Hours | Fees     |
|--------------------------|----------|-------|----------|
| Rynkiewicz, John P       | $567.00  | 0.92  | $521.64  |
| Fees through 08/31/2011............... | | 0.92  | $521.64  |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 674224   | 07/15/2011 | $491.02    |
| 678874   | 08/31/2011 | 708.75     |
| Prior Balance Due........................................... | | $1,199.77 |

| | |
|---|---|
| Fees this Invoice........................................................... | $521.64 |
| Total Due this Invoice................................................. | $521.64 |
| Prior Balance Due (from above)................................. | 1,199.77 |
| **TOTAL DUE**........................................................... | **$1,721.41** |

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        666 5th Avenue
        New York, New York 10103
        Attention: Yoannis Cepeda
        Telephone: 212.559.1980

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: W.R. Grace Trademarks
        Our File Number: 63812/0113
        Invoice Number: 681384
        Total Amount Due: $1,721.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                September 29, 2011
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

**RE: BELL GRACE**                                          **Invoice#: 681386**
**Our File Number: 63812/0114**                             **PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | Hours |
|---|---|---|
| 08/18/2011 Rynkiewicz, John P | | 0.75 |
| Review status of applic and proposed Letter of Protest re same. | | |
| | Total Hours................ | 0.75 |
| | Fees through 08/31/2011..................................... | $425.25 |

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.75 | $425.25 |
| Fees through 08/31/2011.............. | | 0.75 | $425.25 |

\*--------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 674225 | 07/15/2011 | $472.87 |
| 678875 | 08/31/2011 | 708.75 |
| Prior Balance Due......................................................... | | $1,181.62 |

| | |
|---|---|
| Fees this Invoice............................................................ | $425.25 |
| Total Due this Invoice.................................................... | $425.25 |
| Prior Balance Due (from above)...................................... | 1,181.62 |
| **TOTAL DUE**............................................................... | **$1,606.87** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 681386
Total Amount Due: $1,606.87

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH