# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### *Canadian ZAI Claimants*

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*


September 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
              *WRGrace Chapter 11 Bankruptcy*

              *Our File No. 060124-01*
Invoice #  18189


**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2011 | KEH | E-mail correspondence with Daniel Hogan, re: confirmation of wire from WRGrace; confirm same and post account. | 0.30<br>190.00/hr | 57.00 |
|  | DKH | Received and reviewed Grace Remittance Advice. | 0.30<br>400.00/hr | 120.00 |
| 8/2/2011 | KEH | E-mail correspondence with 'Cindy Yates', re: reminder regarding the June time/expense statement - desire to file quarterly applications on Friday. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Cindy Yates concerning Scarfone Hawkins' monthly fee application. | 0.20<br>400.00/hr | 80.00 |
| 8/3/2011 | GP | Calculate breakdown of June fees for Scarfone Hawkins, LLP. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP's Time/Expense Statement for June 1, 2011 - June 30, 2011; attach to file, print and review. | 0.30<br>190.00/hr | 57.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 2 |
|---|---|---|---|---|---|

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2011 | KEH | E-mail correspondence from The Hogan Firm's website from ja lecours (member) requesting the status of the WR Grace Cdn ZAI Case # 01-01139 (JFK); forwarded to Canadian counsel. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence to Gabrielle Palagruto, paralegal, transmitting Scarfone Hawkins' time/expense statement with instructions for coding. | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for June 1, 2011 - June 30, 2011; reviewed same. | 0.70<br>400.00/hr | 280.00 |
| | DKH | Received and reviewed email from Ja LeCours concerning the status of the WR Grace Cdn ZAI Case.  Responded to same. | 0.30<br>400.00/hr | 120.00 |
| | DKH | E-mail correspondence with Michel Belanger concerning the inquiry of Ja LeCours. | 0.20<br>400.00/hr | 80.00 |
| 8/4/2011 | KEH | Begin preparation of Quarterly Fee Applications for THF, SH & LBL | 7.10<br>190.00/hr | 1,349.00 |
| | KEH | E-mail correspondence from Cindy Yates confirming wires from July 27th - first wire, in the amount of $10,350.15 - The Hogan Firms April 2011 Fee Application ($9,992.80 Fees and $357.35 expenses); second wire, in the amount of $2,060.00 - The Hogan Firms October 2010 holdback - all fees. | 0.10<br>190.00/hr | 19.00 |
| | KEH | Telephone call to WSFS to initiate a wire to Scarfone Hawkins' account in the amount of $10,624.11 - payment for The Hogan Firm's monthly fee application for May 2011 (80% fees & 100% expenses) | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with David Thompson, Matt Moloci, et. al., regarding wire to Scarfone Hawkins' account in the amount of $10,624.11 - payment for The Hogan Firm's monthly fee application for May 2011 (80% fees & 100% expenses) - please confirm receipt of same. | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare Scarfone Hawkins' 16th Monthly Fee Application for the period June 1, through June 30, 2011. | 1.50<br>190.00/hr | 285.00 |
| | KEH | E-mail correspondence with Cindy Yates, et. al., transmitting Scarfone Hawkins' 16th Monthly Fee Application for review and execution of certification. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from 'Cindy Yates' transmitting executed certification re: Scarfone Hawkins 16th Monthly Fee Application; save to file and prepare as exhibit for filing. | 0.30<br>190.00/hr | 57.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2011 KEH | E-mail correspondence with Service Parties transmitting, for service, the Sixteenth Monthly Application of Scarfone Hawkins LLP, filed August 4, 2011, Docket No. 27374. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with James.Luckey@ricoh-usa.com, re: hand delivery of the Sixteenth Monthly Application of Scarfone Hawkins LLP to the Office of the United States Trustee. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Bobbi Ruhlander transmitting, in Word format, the Sixteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 27374. | | 0.20 190.00/hr | 38.00 |
| KEH | Prepare copies for Fee Auditor and WRGrace for mailing; E-mail correspondence with 'Bobbi Ruhlander' advising of same. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with Cindy Yates re: payment for SH's monthly application for May 2011 so it may be reflected on the quarterly application. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with 'thompson@shlaw.ca';'Matt Moloci';'Cindy Yates' transmitting, for review and approval, the 6th Quarterly Fee Application for SH along with certification for execution. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Careen Hannouche re: certification for LBL's quarterly application - she is out of the office. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence from Careen Hannouche, re: received payment of LBL's May application on August 2nd in the amount of $3,129.83; posted same to payment spreadsheet. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence from David Thompson, re: updating time of service on SH's application: DT +23 years (instead of 22), MMoloci is +13 years (instead of 12) and Cindy Yates +26 years (instead of 25). | | 0.10 190.00/hr | 19.00 |
| DKH | E-mail correspondence with wires@wsfsbank.com transmitting wire transfer confirmation from Grace. Reviewed same and applied to invoice. | | 0.30 400.00/hr | 120.00 |
| DKH | Reviewed and revised Scarfone Hawkins' 16th Monthly Fee Application, invoice and certification of David Thompson. | | 0.90 400.00/hr | 360.00 |
| DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson; reviewed same. | | 0.30 400.00/hr | 120.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Sixteenth) of Scarfone Hawkins LLP as Special Counsel for the | | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants   9/1/2011   18189   Page   3

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 4 |
|---|---|---|---|---|---|

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Canadian ZAI Claimants for the period June 1, 2011, to June 30, 2011. | | |
| 8/4/2011 | DKH | E-mail correspondence with Karen Harvey concerning service of Monthly Application for Compensation (Sixteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011, to June 30, 2011. | 0.10 400.00/hr | 40.00 |
| | DKH | Reviewed spreadsheet of fee applications to determine whether LBL has received payment for monthly application for May 2011 so we may reflect the payment on quarterly application. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed and revised 6th Quarterly Fee Application for LBL; reviewed exhibits to application. | 1.20 400.00/hr | 480.00 |
| | DKH | Reviewed and revised the 6th Quarterly Fee Application for Scarfone Hawkins and corresponding exhibits. | 1.30 400.00/hr | 520.00 |
| | DKH | Reviewed and revised 6th quarterly application for the Hogan Firm; reviewed exhibits and certification. | 1.40 400.00/hr | 560.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning the signed certification of LBL. | 0.10 400.00/hr | 40.00 |
| | DKH | E-mail correspondence with Careen Hannouche confirming receipt of payment for their May application on August 2nd. | 0.10 400.00/hr | 40.00 |
| | DKH | E-mail correspondence with David Thompson requesting a change to the quarterly fee application of SH. | 0.20 400.00/hr | 80.00 |
| 8/5/2011 | GLA | Review of Sixth Quarterly Applications (three) for style and typos before submission | 0.30 190.00/hr | 57.00 |
| | KEH | Prepared and mailed 16th Fee Applications to Auditor & Debtors - | 0.20 190.00/hr | 38.00 |
| | KEH | Make revisions to SH's 6th Quarterly fee application per revisions requested by David Thompson, i.e., DT -practicing for +23 years (instead of 22), MM is +13 years (instead of 12) and CYates is +26 years (instead of 25); forward same for review. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'Careen Hannouche' re: need for signed certification before next week and request to have Michel Belanger review the application and sign the certification. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Careen Hannouche re: changing the certification for Michel Belanger's execution; revise same. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with 'Careen Hannouche' regarding deadline for quarterly applications. | 0.10 190.00/hr | 19.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 5 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 8/5/2011 | KEH | E-mail correspondence with 'PCuniff@PSZYJW.com' requesting an updated 2002 Service List in the WRGrace matter. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Careen Hannouche regarding sending the certification to Michel Belanger for the 6th quarterly fee application. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Michel Belanger transmitting the certification regarding the 6th Quarterly Fee Application of LBL for execution. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Michel Belanger transmitting the executed certification for the 6th quarterly fee application of LBL; attach to file and save as exhibit. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Scan and prepare Daniel Hogan's certification for the 6th quarterly fee application as exhibit. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Patricia Cuniff, Paralegal at Pachulski Stang Ziehl & Jones LLP, transmitting updated 2002 service list for the WRGrace matter; attach to file and review; prepare labels with The Hogan Firm's return address. | | 0.90<br>190.00/hr | 171.00 |
| | KEH | Prepare for and electronically file the Sixth Quarterly Application for Compensation of The Hogan Firm, for the Period April 1, 2011, through June 30, 2011. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Sixth Quarterly Application for Compensation of The Hogan Firm, for the Period April 1, 2011, through June 30, 2011; Docket No. 27381 | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare for and electronically file the Sixth Quarterly Application for Compensation of Scarfone Hawkins, for the Period April 1, 2011, through June 30, 2011. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Sixth Quarterly Application for Compensation of Scarfone Hawkins, for the Period April 1, 2011, through June 30, 2011; Docket No. 27382. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare for and electronically file the Sixth Quarterly Application for Compensation of Lauzon Bélanger Lespérance, for the Period April 1, 2011, through June 30, 2011. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Sixth Quarterly Application for Compensation of Lauzon Bélanger Lespérance, for the Period April 1, 2011, through June 30, 2011; Docket No. 27383 | | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 6 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/5/2011 | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Sixth Quarterly Application of The Hogan Firm as counsel to Special Counsel for the Canadian ZAI Claimants; Docket No. 27381 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Sixth Quarterly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; Docket No. 27382 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Sixth Quarterly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 27383 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Notice of Sixth Quarterly Application of The Hogan Firm for service upon parties on the WRGrace 2002 Service List, along with service labels to be used for THF, LBL & SH. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Notice of Sixth Quarterly Application of Scarfone Hawkins for service upon parties on the WRGrace 2002 Service List. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Notice of Sixth Quarterly Application of Lauzon Belanger Lesperance for service upon parties on the WRGrace 2002 Service List. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence from James Luckey at IKON Office Solutions confirming receipt of Notices for service upon parties on 2002 service list. | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed signed certification from Michel Belanger. | 0.20 400.00/hr | 80.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Sixth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Sixth) of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Sixth) of Lauzon Belanger Lesperance for | 0.30 400.00/hr | 120.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 7 |
|---|---|---|---|---|---|
| | | | | **Hrs/Rate** | **Amount** |
| | | Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | | | |
| 8/15/2011 | KEH | Check docket for objections to the Sixteenth Monthly Applications of THF & LBL. | | 0.20 190.00/hr | 38.00 |
| 8/16/2011 | KEH | Prepare Certificate of No Objection Regarding the Sixteenth Monthly Applications of The Hogan Firm. | | 0.50 190.00/hr | 95.00 |
| | KEH | Prepare Certificate of No Objection Regarding the Sixteenth Monthly Applications of Lauzon Belanger Lesperance | | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificates of No Objection Regarding the Sixteenth Monthly Applications of The Hogan Firm and Lauzon Belanger Lesperance for service. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with David Thompson re: SH's 16th Monthly Application. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-file Certificate of No Objection Regarding the Sixteenth Monthly Applications of The Hogan Firm. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-file Certificate of No Objection Regarding the Sixteenth Monthly Applications of Lauzon Belanger Lesperance. | | 0.30 190.00/hr | 57.00 |
| | DKH | Reviewed docket for objections to the Sixteenth Monthly Fee Applications of the Hogan Firm, Scarfone Hawkins and LBL. | | 0.50 400.00/hr | 200.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Sixteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011. | | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Sixteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011. | | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Sixteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011. | | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Sixteenth Monthly Application for | | 0.30 400.00/hr | 120.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 8 |
|---|---|---|---|---|---|
| | | | | _Hrs/Rate_ | _Amount_ |
| | | Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011 (related document(s)[27328]) Filed by Canadian ZAI Claimants. | | | |
| 8/16/2011 | DKH | E-mail correspondence with David Thompson regarding the Scarfone Hawkins fee application and whether there are any objections to same. | | 0.20 400.00/hr | 80.00 |
| 8/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Hearing //Notice of Agenda of Matters Scheduled for Hearing on August 29, 2011, at 9:00 A.M. Before the Honorable Judith K. Fitzgerald. | | 0.30 400.00/hr | 120.00 |
| 8/19/2011 | KEH | Check docket for objections to the Sixteenth Monthly Application of SH. | | 0.20 190.00/hr | 38.00 |
| 8/22/2011 | KEH | Prepare the Certificate of No Objection Regarding the Sixteenth Monthly Applications of Scarfone Hawkins LLP | | 0.50 190.00/hr | 95.00 |
| | KEH | E-mail correspondence to IKON Office Solution transmitting the Certificate of No Objection Regarding the Sixteenth Monthly Applications of Scarfone Hawkins LLP for service upon the US Trustee. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-file the Certificate of No Objection Regarding the Sixteenth Monthly Application of Scarfone Hawkins LLP. | | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Certificates of No Objection Regarding the Sixteenth Monthly Application of The Hogan Firm [Docket No. 27442], Scarfone Hawkins LLP [Docket No. 27494], and Lauzon Belanger Lesperance [Docket No. 27444]. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Careen Hannouche & Cindy Yates regarding the time/expense statements for July 2010. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'David Thompson'; Careen Hannouche' re: July time/expense statements. | | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011, to June 30, 2011. | | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011, to June 30, 2011. | | 0.30 400.00/hr | 120.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Canadian ZAI Claimants | | 9/1/2011   18189 | | Page   9 |
| 8/22/2011 DKH | Reviewed the coding of the Hogan Firm invoice for July 2011. | | 0.40 400.00/hr | 160.00 |
| DKH | E-mail correspondence with David Thompson concerning the status of the Scarfone Hawkins invoice for July 2011. | | 0.10 400.00/hr | 40.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve /Motion for Entry of an Order Providing for the Return of Certain Pleadings and an Order Filed Under Seal to Debtors' Counsel for Destruction Filed by W.R. Grace & Co., et al. | | 0.40 400.00/hr | 160.00 |
| 8/23/2011 GP | Calculate breakdown of July Fees for The Hogan Firm for the 17th Monthly Fee Application. | | 0.80 190.00/hr | 152.00 |
| 8/24/2011 KEH | E-mail correspondence with Careen Hannouche transmitting LBL's time/expense statement for the month of July 2011; attach to file and print for review. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with Gabrielle Palagruto regarding codes for LBL's time/expense statement. | | 0.10 190.00/hr | 19.00 |
| DKH | E-mail correspondence with Careen Hannouche transmitting the time/expense statement of LBL for the month of July 2011; reviewed same. | | 0.50 400.00/hr | 200.00 |
| 8/25/2011 GP | Calculate breakdown of July Fees for LBL for the 17th Monthly Fee Application. | | 0.30 190.00/hr | 57.00 |
| KEH | Receive, review and save to file: Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Fortieth Interim Period | | 0.20 190.00/hr | 38.00 |
| KEH | Review the Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Fortieth Interim Period; print and save same to file. | | 0.20 190.00/hr | 38.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Fortieth Interim Period. | | 0.40 400.00/hr | 160.00 |
| DKH | E-mail correspondence with to Representative Counsel transmitting Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Fortieth Interim Period. | | 0.30 400.00/hr | 120.00 |
| 8/26/2011 KEH | E-mail correspondence with Cindy Yates regarding the time/expense statement for Scarfone Hawkins. | | 0.10 190.00/hr | 19.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 10 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 8/26/2011 | KEH | E-mail correspondence with Cindy Yates regarding SH's time/expense statement for July 2011. | | 0.10<br>190.00/hr | 19.00 |
| 8/29/2011 | KEH | Prepare THF's 17th Monthly Fee Application for the period July 1, 2011 to July 31, 2011. | | 1.20<br>190.00/hr | 228.00 |
| | KEH | Prepare LBL's 17th Monthly Fee Application for the period July 1, 2011, to July 31, 2011. | | 0.60<br>190.00/hr | 114.00 |
| | KEH | Receive wire from WRGrace for THF's June 2011 Fee Application; Review and update WRG payment spreadsheet and update to THF 17th Fee application; review and post May 2011 payment, made on 8/1/2011 to WRG payment spreadsheet and update THF 17th Fee Application. | | 0.80<br>190.00/hr | 152.00 |
| | KEH | E-mail correspondence from Grace Accounts Payable regarding wire to WSFS trust account transmitting payment for THF's June 2011 monthly fee application. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'Careen Hannouche (LBL) and Cindy Yates (SH) re: wire information for payment on 8/30/2011 from WRGrace - payment for The Hogan Firms June 2011 fee application;  Please advise re: receipt of your June payment; need the payment information for Scarfone Hawkins May fee application. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Cindy Yates, re: received $3,469.40 from WR Grace on August 15, 2011, with respect to Scarfone Hawkins'  May fee application; posted to WRGrace payment spreadsheet. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Cindy Yates re: status of Scarfone Hawkins' time/expense statement for July 2011. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Cindy Yates, re: status of SH's July 2011 time/expense statement. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'channouche@lblavocats.ca' transmitting Lauzon Bélanger Lespérances 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011, along with the certification. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Careen Hannouche regarding approval of the 17th Monthly Fee Application and transmitting the executed certification for LBL; save a exhibit to fee application. | | 0.30<br>190.00/hr | 57.00 |
| | DKH | Reviewed Grace remittance advise and new billing procedure from Grace. | | 0.30<br>400.00/hr | 120.00 |
| | DKH | E-mail correspondence with Cindy Yates concerning the Scarfone Hawkins fee application. | | 0.10<br>400.00/hr | 40.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 11 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2011 | DKH | Reviewed and revised Lauzon Bélanger Lespérance's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.80<br>400.00/hr | 320.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting the LBL executed certification. Reviewed same. | 0.20<br>400.00/hr | 80.00 |
| 8/30/2011 | KEH | Prepare Scarfone Hawkins' 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'Careen Hannouche' regarding plan to file fee applications on August 31st. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Daniel Hogan for confirmation of payment from WRGrace. | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Re: 2012 and 2013 Omnibus Hearing Dates. Filed by W.R. Grace & Co., et al. | 0.30<br>400.00/hr | 120.00 |
| 8/31/2011 | KEH | Preparation of 17th Monthly Fee Application for First Class Mail to Fee Auditor and WRGrace. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: wire transfer from Grace in the amount of 1 766.29$ on August 26, 2011; post to WRGrace payment spreadsheet and update 17th Monthly fee application with same. | 0.40<br>190.00/hr | 76.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting the July 2011 time/expense statement for Scarfone Hawkins; save same to file and breakdown fee codes for fee application. | 0.60<br>190.00/hr | 114.00 |
| | KEH | E-mail correspondence from DKHogan transmitting confirmation receipt of payment from WRGrace. | 0.10<br>190.00/hr | 19.00 |
| | KEH | Complete preparation of the 17th Monthly Fee Application for Scarfone Hawkins; E-mail same to 'Cindy Yates' along with certification. | 0.40<br>190.00/hr | 76.00 |
| | KEH | E-mail correspondence with 'Cindy Yates' checking on status of application review and execution of certification for 17th monthly fee application of Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting the David Thompson's executed certification for Scarfone Hawkins' 17th monthly fee application; save to file and prepare as exhibit. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-file the Seventeenth Monthly Application of The Hogan Firm for the Period July 1, 2011, through July 31, 2011. | 0.30<br>190.00/hr | 57.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page  12 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 8/31/2011 | KEH | Meeting with DKHogan for review of the 17th monthly fee applications of The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins. | | 0.40<br>190.00/hr | 76.00 |
| | KEH | E-file the Seventeenth Monthly Application of Lauzon Belanger Lesperance for the Period July 1, 2011, through July 31, 2011. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-file the Seventeenth Monthly Application of Scarfone Hawkins for the Period July 1, 2011, through July 31, 2011. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence to Service Parties transmitting the Seventeenth Monthly Application of The Hogan Firm; Docket No. 27532. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to Service Parties transmitting the Seventeenth Monthly Application of Lauzon Bélanger Lespérance; Docket No. 27533. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to Service Parties transmitting the Seventeenth Monthly Application of Scarfone Hawkins LLP; Docket No. 27534. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventeenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 27532. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventeenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 27533. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with the Fee Auditor transmitting,  in Word format, the Seventeenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 27534. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to IKON Office Solutions transmitting the Seventeenth Monthly Applications of The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins, LLP, for hand delivery to the Office of the United States Trustee. | | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Setting Omnibus Hearing Dates. Made notes to calendar. | | 0.40<br>400.00/hr | 160.00 |
| | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly invoice; reviewed same and made notes regarding coding. | | 0.60<br>400.00/hr | 240.00 |

| Canadian ZAI Claimants | | | 9/1/2011 | 18189 | Page 13 |
|---|---|---|---|---|---|
| | | | | **Hrs/Rate** | **Amount** |
| 8/31/2011 DKH | Reviewed and revised 17th Monthly Fee Application for Scarfone Hawkins along with the certification . | | | 0.70<br>400.00/hr | 280.00 |
| DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins Certification executed by David Thompson. | | | 0.20<br>400.00/hr | 80.00 |
| DKH | Reviewed and revised Monthly Application for Compensation (Seventeenth) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. Executed certification. | | | 0.90<br>400.00/hr | 360.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Seventeenth) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. Filed by Canadian ZAI Claimants. | | | 0.30<br>400.00/hr | 120.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Seventeenth) of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. Filed by Canadian ZAI Claimants. | | | 0.30<br>400.00/hr | 120.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Seventeenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. Filed by Canadian ZAI Claimants. | | | 0.30<br>400.00/hr | 120.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Regarding the Quarterly Interim Application of Baer Higgins Fruchtman LLC for the Interim Period from January 1, 2011 through March 31, 2011 Filed by Warren H. Smith & Associates, P.C. | | | 0.40<br>400.00/hr | 160.00 |
| DKH | E-mail correspondence with Bobbi Ruhlander concerning wire charges on The Hogan Firms quarterly fee application for the 41st interim period (April-June 2011). | | | 0.20<br>400.00/hr | 80.00 |
| | ***For professional services rendered*** | | | 54.80 | *$14,654.00* |
| | **Additional Charges :** | | | | |
| 8/4/2011 | Postage - First Class Mail to Fee Auditor and WRGrace (2@$2.48) - 16th Monthly Fee Applications | | | | 4.96 |
| | Photocopies (In-House) - 16 Monthly Fee Applications (193 @ .10) | | | | 19.30 |

| Canadian ZAI Claimants | | 9/1/2011 | 18189 | Page 14 |
|---|---|---|---|---|

| | | *Amount* |
|---|---|---:|
| 8/4/2011 | IKON Office Solutions- SH 16th Monthly | 6.30 |
| 8/5/2011 | Postage to Fee Auditor and Debtor - 6th Quarterly Fee Applications (THF, SH & LBL) | 14.84 |
| | IKON Office Solutions- 6th Qtrly | 505.10 |
| | Photocopies (In-House) 6th Quarterly Fee Applications | 55.80 |
| 8/16/2011 | IKON Office solutions- CNO THF and LBL 16th Mo. | 5.40 |
| 8/29/2011 | WSFS Bank incoming wire fee - (wire amount $14,381.86) - 06/11 Fees | 15.00 |
| 8/31/2011 | Postage to Fee Auditor and WRGrace (2 @ 2.48) - 17th Monthly Fee Application. | 4.96 |
| | Photocopies (213 @ .10) - 17th Monthly Fee Application | 21.30 |
| | ***Total additional charges*** | *$652.96* |
| | ***Total amount of this bill*** | *$15,306.96* |
| | ***Previous balance*** | *$11,858.85* |
| | **Accounts receivable transactions** | |
| 8/16/2011 | Payment - Thank You. Check No. 9878826 | ($11,858.85) |
| | ***Total payments and adjustments*** | *($11,858.85)* |
| | **Balance due** | **$15,306.96** |

As of June 1, 2011, Daniel K. Hogan's Hourly Rate Increased

 ****TERMS: DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Daniel K. Hogan | 20.20 | 400.00 | $8,080.00 |
| Gabrielle Palagruto | 1.50 | 190.00 | $285.00 |
| Gillian Andrews | 0.30 | 190.00 | $57.00 |
| Karen E. Harvey | 32.80 | 190.00 | $6,232.00 |