# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
August 31, 2011  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(August 1, 2011 – July 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08 /02/11 | Email from Cindy Yates confirming receipt of payment of April, 2011 fee application | MGM | $450.00 | 0.10 | $45.00 |
| 08 /03/11 | Email from Cindy Yates to Karen Harvey with attached Scarfone Hawkins draft June, 2011 fee application | MGM | $450.00 | 0.10 | $45.00 |
| 08 /03/11 | Email from Karen Harvey forwarding class member inquiry; email from Michel Belanger regarding class member inquiry and reply | MGM | $450.00 | 0.10 | $45.00 |
| 08 /03/11 | Email from Careen Hannouche regarding proposed dates for meeting in Montreal to further review claims administration process together with Collectiva and Don Pinchin; email from David Thompson to Sandra McCash to follow-up with Pinchin | MGM | $450.00 | 0.10 | $45.00 |
| 08 /04/11 | emails to and from Careen Hannouche, email to Don Pinchin, memo to Matt Moloci all re: August 30th meeting | DT | $525.00 | 0.35 | $183.75 |
| 08 /04/11 | memos to and from Cindy Yates, emails to and from Karen Harvey re: wire transfer of holdback monies, email to Careen Hannouche | DT | $525.00 | 0.25 | $131.25 |
| 08 /04/11 | receipt of and respond to various and multiple class member inquiries re: status of settlement | DT | $525.00 | 0.35 | $183.75 |
| 08 /04/11 | receipt Careen Hannouche letter and Dan Hogan letter and account, memo to Cindy Yates, letter to Careen Hannouche re: new meeting dates | DT | $525.00 | 0.50 | $262.50 |
| 08 /04/11 | Emails from Cindy Yates and Careen Hannouche reconciling receipt of payments in respect to The Hogan Firm quarterly holdback from October 2010 and monthly fee application for April 2011 and part payments to Lauzon Belanger | MGM | $450.00 | 0.10 | $45.00 |
| 08 /04/11 | Emails from Karen Harvey attaching Scarfone Hawkins June 2011 fee application for review, | MGM | $450.00 | 0.10 | $45.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | service and filing; email from Cindy Yates to Harvey attaching signed certificate; email from David Thompson to Harvey with comments | | | | |
| 08/04/11 | Email from David Thompson to Don Pinchin regarding proposed dates for meeting in Montreal regarding CDN ZAI PD claims administration; further email from Thompson regarding proposed meeting and dates | MGM | $450.00 | 0.10 | $45.00 |
| 08/05/11 | receipt Karen Harvey email and application, emails to and from Karen Harvey, review certification | DT | $525.00 | 0.35 | $183.75 |
| 08/05/11 | review quarterly application from Karen Harvey, receipt Karen Harvey emails, email to Karen Harvey, etc., receipt Don Pinchin email re: new meeting dates, etc. | DT | $525.00 | 0.50 | $262.50 |
| 08/05/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 08/05/11 | email to Careen Hannouche and Michel Belanger, re: new meeting dates received from Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 08/05/11 | Emails from Karen Harvey, Careen Hannouche and Cindy Yates regarding 6th Quarterly Fee Application of Scarfone Hawkins and receipt of payment | MGM | $450.00 | 0.10 | $45.00 |
| 08/05/11 | Email from Don Pinchin regarding proposed meeting in Montreal; email reply from David Thompson to Pinchin; further email from Thompson to Careen Hannouche and Michel Belanger regarding proposed meeting and further dates | MGM | $450.00 | 0.10 | $45.00 |
| 08/08/11 | receipt Careen Hannouche email, receipt Matt Moloci memo, letter to Don Pinchin, letter to Careen Hannouche, memo to Matt Moloci all re: meeting in Montreal | DT | $525.00 | 0.40 | $210.00 |
| 08/08/11 | follow-up email to Careen Hannouche, memo to Matt Moloci re: meeting in Montreal | DT | $525.00 | 0.25 | $131.25 |
| 08/08/11 | Emails from and to David Thompson and Careen Hannouche regarding proposed meeting in Montreal for claims administration | MGM | $450.00 | 0.20 | $90.00 |
| 08/09/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 08/09/11 | Emails from Sue McCormack, Cindy Yates and Careen Hannouche regarding fee application payments, reconciliation and wire transfer to Lauzon Belanger | MGM | $450.00 | 0.10 | $45.00 |
| 08/10/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 08/12/11 | review memo, follow-up to confirm meeting, memo to Matt Moloci re: meeting arrangements | DT | $525.00 | 0.35 | $183.75 |
| 08/12/11 | Email from Sue McCormack regarding receipt of payment from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 08/15/11 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 08/15/11 | receipt Sue McCormick and Cindy Yates memos re: payment received from Grace | DT | $525.00 | 0.10 | $52.50 |

4

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/11 | receipt Don Pinchin email, letter to Careen Hannouche and Michel Belanger, etc., memo to Matt Moloci, follow-up to book meeting | DT | $525.00 | 0.35 | $183.75 |
| 08/15/11 | Emails from Cindy Yates and Sue McCormick regarding payment from Grace and reconciliation | MGM | $450.00 | 0.10 | $45.00 |
| 08/15/11 | Email from Don Pinching confirming availability for meeting in Montreal | MGM | $450.00 | 0.10 | $45.00 |
| 08/16/11 | receipt Careen Hannouche email, letter to Careen Hannouche, letter to Don Pinchin, memo to Matt Moloci | DT | $525.00 | 0.35 | $183.75 |
| 08/16/11 | emails to and from Karen Harvey re: CNO and timing, etc. | DT | $525.00 | 0.10 | $52.50 |
| 08/16/11 | Emails from David Thompson and Careen Hannouche confirming Montreal meeting and Don Pinchin's availability and attendance at meeting | MGM | $450.00 | 0.10 | $45.00 |
| 08/18/11 | Email from David Thompson regarding itinerary and arrangements for meeting in Montreal; further email from Thompson to all counsel confirming meeting in Montreal | MGM | $450.00 | 0.10 | $45.00 |
| 08/19/11 | memos to and from Matt Moloci, receipt Adrienne Glen email re: extension of stay | DT | $525.00 | 0.10 | $52.50 |
| 08/19/11 | Email from Adrienne Glen regarding Grace Canada motion seeking extension of stay; telephone message from Glen; email to David Thompson regarding scheduling; emails to and from Glen confirming no objection to further stay | MGM | $450.00 | 0.20 | $90.00 |
| 08/19/11 | Email from David Thompson regarding Montreal meeting; reply to Thompson; further emails from Thompson to Careen Hannouche and Don Pinchin | MGM | $450.00 | 0.10 | $45.00 |
| 08/22/11 | receipt Careen Hannouche email, follow-up with Matt Moloci, receipt Matt Moloci memo, follow-up re: arrangement for September 28th meeting | DT | $525.00 | 0.40 | $210.00 |
| 08/22/11 | memos to and from Matt Moloci, receipt Careen Hannouche email, etc., email to Careen Hannouche | DT | $525.00 | 0.25 | $131.25 |
| 08/22/11 | email to Careen Hannouche re: meeting arrangements and details, etc., emails to and from Karen Harvey re: July expense summary | DT | $525.00 | 0.25 | $131.25 |
| 08/22/11 | Emails from and to David Thompson regarding Montreal meeting and itinerary | MGM | $450.00 | 0.10 | $45.00 |
| 08/22/11 | Emails from and to Careen Hannouche regarding Grace Canada request for further extension of stay; provide prior order and endorsement of Justice Morawetz concerning CCAA stay | MGM | $450.00 | 0.20 | $90.00 |
| 08/22/11 | Email from Karen Harvey to counsel with attached Certificates of No Objection for Sixteenth Monthly Fee Applications of The Hogan Firm, Lauzon Belanger and Scarfone Hawkins; review | MGM | $450.00 | 0.10 | $45.00 |
| 08/23/11 | review motion record for extension of stay of proceedings to March 2012 | DT | $525.00 | 0.25 | $131.25 |
| 08/23/11 | Emails from David Thompson to Careen Hannouche and Don Pinchin regarding | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Montreal meeting itinerary and agenda | | | | |
| 08 /24/11 | Emails from Don Pinchin and Careen Hannouche regarding Montreal meeting itinerary | MGM | $450.00 | 0.10 | $45.00 |
| 08 /25/11 | receipt Careen Hannouche email re: meeting | DT | $525.00 | 0.10 | $52.50 |
| 08 /25/11 | receipt Don Pinchin email re: September 28th meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 08 /25/11 | receipt Dan Hogan email and fee auditor's final report, review same | DT | $525.00 | 0.25 | $131.25 |
| 08 /25/11 | Email from Dan Hogan with attached Fee Auditors Report of August 25, 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 08 /26/11 | receipt and review order and endorsement | DT | $525.00 | 0.25 | $131.25 |
| 08 /26/11 | Email from Vasuda Sinha on behalf of Grace Canada with attached order and endorsement of Justice Morawetz granting extension of CCAA stay; review | MGM | $450.00 | 0.10 | $45.00 |
| 08 /29/11 | receipt of and respond to various class member inquiries re: status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 08 /29/11 | emails to and from Karen Harvey, etc., follow-up discussion with Matt Moloci re: Scarfone Hawkins fee application timing | DT | $525.00 | 0.25 | $131.25 |
| 08 /29/11 | Emails from Karen Harvey, Cindy Yates and David Thompson regarding Grace payment and reconciliation and further fee application preparation and submission; review | MGM | $450.00 | 0.10 | $45.00 |
| 08 /31/11 | discuss with Cindy Yates re: finalization of fee application, memo to Matt Moloci, memo to Cindy Yates, etc. | DT | $525.00 | 0.25 | $131.25 |
| 08 /31/11 | receipt and review fee application and email from Karen Harvey, review application for accuracy, review with Cindy Yates, execute certification of counsel, emails to and from Karen Harvey, etc. | DT | $525.00 | 0.40 | $210.00 |
| 08 /31/11 | Emails from and to Cindy Yates and David Thompson regarding fee application for July 2011 | MGM | $450.00 | 0.10 | $45.00 |
| 08 /31/11 | Emails from Karen Harvey with attached Seventeenth Monthly Fee Applications of The Hogan Firm, Lauzon Belanger and Scarfone Hawkins | MGM | $450.00 | 0.10 | $45.00 |
| 08 /31/11 | review dockets for period August 1, 2011 to August 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of August 1, 2011 to August 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | | | |

Case 01-01139-AMC    Doc 27716-1    Filed 10/04/11    Page 6 of 6

6

|  |  | SUB-TOTAL | 16.65 |  | $6,483.75 |
|---|---|---|---|---|---|

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>23 + years | DT | 8.55 | $525.00 | $4,488.75 | $583.54 |
| MATTHEW G. MOLOCI<br>13 + years | MGM | 3.10 | $450.00 | $1,395.00 | $181.35 |
| LAW CLERK<br>Cindy Yates<br>30 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** |  | **16.65** |  | **$6,483.75** | **$842.89** |
| **TOTAL FEES AND TAXES:** |  |  |  |  | **$7,326.64** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 08/01/11<br>08/31/11 | Postage – August 1, 2011 – August 31, 2011 |  | $3.54 | $0.46 | $4.00 |
| 08/01/11<br>08/31/11 | Long Distance Calls – Various calls from August 1, 2011 – August 31, 2011 |  | $4.16 | $0.54 | $4.70 |
| **TOTAL DISBURSEMENTS:** |  |  | **$7.70** | **$1.00** | **$8.70** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$7,335.34** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for $.10
per page for photocopies.**