# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

September 16, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(August 1st 2011 to August 31st 2011)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|------|------|-------------|-------|------|------|
| 2011-08-03 | CH | Email to Karen Harvey re: confirmation of payment | 0.25 | 285.00 | 71.25 |
| 2011-08-04 | CH | Email to Cindy Yates re: confirmation wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-08-05 | CH | Review of quarterly application | 0.42 | 285.00 | 119.70 |
| 2011-08-09 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-08-16 | MB | Review of emails from David Thompson and Matt Moloci re: meeting of September; | 0.33 | 450.00 | 148.50 |
| 2011-08-22 | CH | Email to Matt Moloci re: Orestes' email about hearing date for extension of stay | 0.25 | 285.00 | 71.25 |
| 2011-08-24 | CH | Letter to David Thompson re: portion of the Hogan Firm's fees | 0.25 | 285.00 | 71.25 |
| 2011-08-24 | CH | Email to Karen Harvey re: fee summary July 2011 | 0.33 | 285.00 | 94.05 |
| 2011-08-26 | CH | Letter to Justice Picard re: extension of stay | 0.25 | 285.00 | 71.25 |
| 2011-08-29 | CH | Review of 17 Monthly Fee Application | 0.33 | 285.00 | 94.05 |
| 2011-08-29 | CH | Email to Karen Harvey re: approval of 17th monthly fee application | 0.17 | 285.00 | 48.45 |
| 2011-08-31 | CH | Email to Karen Harvey re: confirmation of wire transfer re June 2011 application. | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES** | **3.17** | | **$ 957.90** |

TIME SUMMARY BY LAWYER

| | | | | |
|---|---|---|---|---|
| MB | 450.00 | 0.33 | $ 148.50 | |
| CH | 285.00 | 2.84 | $ 809.40 | |

**DISBURSEMENTS**

| | |
|---|---|
| Fax (41 x .15¢) | 6.15 |
| Photocopies (9 x .10¢) | 0.90 |

**TOTAL DISBURSEMNENTS**     **7.05**

    **TOTAL FEES AND DISBURSEMENTS**     **964.95**

| | |
|---|---|
| G.S.T. 5% | 48.25 |
| Q.S.T. 8.5% | 86.12 |

    **TOTAL**     **$ 1,099.32**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001