EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
JULY 1, 2009 THROUGH
JULY 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  99248

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 07/31/09      $22,770.00
        Subtotal for COSTS only: 07/31/09        $819.58
                                              ------------
CURRENT PERIOD FEES AND COSTS: 07/31/09        $23,589.58
                                              ------------

                       PAY THIS AMOUNT         $23,589.58
                                              ============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page   2

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99248

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 36.6 | 15,252.50 |
| LITIGATION | 15.3 | 6,200.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.7 | 297.50 |
| FEE/EMPLOYMENT APPLICATIONS | 4.6 | 855.00 |
| CASE ADMINISTRATION | 1.1 | 165.00 |
| Subtotal for FEES only: 07/31/09 | 58.3 | $22,770.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 51.00 | 51.00 | 21,675.00 | 0.00 | 0.00 |
| 150.00 | CAH | 7.30 | 7.30 | 1,095.00 | 0.00 | 0.00 |
| Totals | | 58.30 | 58.30 | 22,770.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code            (Paginate)
        Client code
        Actual employee code     (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Include "Invoice Number" from 99248 to 99248
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | CASE ADMINISTRATION | CAH | 07/24/09 | Review of e-mail from D. Fullem and respond. | 0.10 | 15.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 07/27/09 | Compile pleadings with original signatures with filed documents. | 0.40 | 60.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/28/09 | Merge original signatures into filed documents. | 0.40 | 60.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/28/09 | Update docket to system. | 0.20 | 30.00 | |
| | | | | | 1.10 | 165.00 | |
| | | | | | 1.10 | 165.00 | |

Total records this group:   4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/01/09 | E-mail from D. Spicuzza re: Order Approving Stipulation re: Libby Claimants' Standing re: Treatment of Claims for Wrongful Death and Loss of Consortium Under Trust Distribution Procedures; review of same. | 0.20 | 85.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/01/09 | E-mail from D. Spicuzza re: Notice of Filing Exhibits A through D to affidavit of Charles O. Freegood of JP Morgan in support of Claims Asserted Under the Debtors' Credit Agreements; review of exhibits. | 0.30 | 127.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/09/09 | Review of Debtors' Notice and Motion for Entry of an Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. | 0.20 | 85.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.70 | 297.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.70 | 297.50 | |
| | | | | | ----- | ------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 07/01/09 | Review of e-mail from K. Love re: continuance of deposition of Thomas Florence to July 18th. | 0.10 | 15.00 | Li |
| WRG | LITIGATION | CAH | 07/01/09 | Review of deposition calendar which came by e-mail while away on vacation. | 0.10 | 15.00 | |
| WRG | LITIGATION | CAH | 07/01/09 | E-mail from S. Foster re: Joinder to CNA Companies' Limited Objection to Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein; review of Fireman's Phase I Trial Brief. | 0.30 | 45.00 | |
| WRG | LITIGATION | CAH | 07/01/09 | Review of e-mail from C. Adams with enclosure; review of Order Approving Stipulation re: Libby Claimants' Standing re: Treatment of Claims for Wrongful Death and Loss of Consortium Under Trust Distribution Procedures; review of e-mail from C. Adams with enclosure; review of Libby Claimants' Amended Notice of Deposition of Bill Longo. | 0.20 | 30.00 | |
| WRG | LITIGATION | CAH | 07/29/09 | Download Notice of Service of Asbestos PI, FCR Official Committee of Asbestos PI Claimants, Official Committee of Equity Security Holders request to Produce re: Feasibility Issues;(.2) create service list;(.2) file and serve same.(.2) | 0.40 | 60.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.10 | 165.00 | |
| | | | | | ----- | ------- | |
| WRG | LITIGATION | JCP | 07/01/09 | E-mail from D. Spicuzza re: Amended Notice of Deposition of Patricia Hooper Kelly, Amended Notice of Deposition of Linda MacDonlad, Amended Notice of Deposition of Michael Powers, Arrowood's Request for Production of Documents to Lewis, Slovak, Arrowood's Interrogatories directed to Libby Claimants; review of same. | 0.60 | 255.00 | |
| WRG | LITIGATION | JCP | 07/01/09 | E-mail from and e-mail to M. Gaytan re: deposition of Pamela Zilly; e-mail from J. Baer re: Jay Hughes 30(b)(6) deposition; e-mail from D. Cohn re: request for new dates for LaForce deposition; e-mail from J. Baer re: same. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 07/02/09 | E-mail from B. Mukherjee re: attendance at deposition of Sean Mathis; e-mail from E. Alcabes re: call-in information for Peterson and Parker depositions; review of response from M. Gayton. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 07/02/09 | Review of Libby Claimants' Brief re: appeal from District Court Order affirming the Bankruptcy Court decision re: lack of subject matter jurisdiction to enjoin litigation between non-debtor parties. | 2.30 | 977.50 | |
| WRG | LITIGATION | JCP | 07/03/09 | E-mail from V. Peterson with enclosure; review of Notice of Filing Exhibits A through D to Affidavit of Charles O. Freegood of JP Morgan Chase, in Support of the Claims Asserted Under the Debtors' Credit Agreements. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 07/06/09 | Review of Debtors' Designation of Additional Items for Inclusion in Record of Appeal of the Bank Lender Group. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 07/06/09 | Review of New Jersey Department of Environmental Protection's Reply Brief. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/07/09 | Email from M. Gaytan regarding depositions of Linda MacDonald and Michael Powers | 0.10 | 42.50 | Li |
| WRG | LITIGATION | JCP | 07/07/09 | Review emails and responses from J. Heberling, A. Rich and K. Lee regarding deposition of Dr. Molgaard | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 07/07/09 | Email from M. Hurford re: cancellation of AXA Belgium Claims Representative deposition; email from M. Hurford re: cancellation of depositions of Linda MacDonald and Mike Powers since witnesses have been withdrawn from the applicable insurers' Phase II opposition case; email from M. Brown re: calling MacDonald and Powers as rebuttal witnesses. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 07/08/09 | Review of Certification of Counsel re: Order Denying Kaneb's Motions for Orders Modifying the Automatic Stay Regarding Otis Pipeline and Macon, GA Sites; review of Order Regarding Phase II Pre-Trial Proceedings; review of Order Regarding Further Matters Related to the Phase I Confirmation Hearing with Respect to Class 9 Impairment; review of Order Regarding Further Matters Related to the Phase I Confirmation Hearing with Respect to Insurance Neutrality. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 07/13/09 | Review of Debtors' Response to Libby Claimants' Motion to Reconsider Order Granting in Part Arrowood's Motion to Strike Whitehouse Report; review of Notice of Proposed Sale of Certain Real Property and Other Assets Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 07/21/09 | Review of Debtors' Notice and Motion for Approval for an Order Approving the Amended and Restated Settlement and Mutual Release with Lloyd's Underwriter (.2); review of Notice and Motion for an Order (A) Approving the Agreements by and between W. R. Grace & Co.-Conn. and Buyer; (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn's Membranes Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (D) Granting Certain Related Relief (voluminous) (.6); review of Debtors' Objection to the Proof of Claim Filed by Norfolk Southern Railway (.1) review of Stipulation Resolving Claims of Madison Complex, Inc. (.1); review of Debtors' Notice and Motion for an Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued by General Insurance Company of America and (2) 1994 Settlement Agreement Between W.R. Grace & Co. and General Insurance Company of America (.2); review of CNA's Phase II Pretrial Submission; review of Phase II Pre-Trial Submission Statement of the Official Committee of Asbestos Property Damage Claimants (.2); review of Pre-Trial Submission of BNSF Railway Company (.2). | 1.40 | 595.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/25/09 | Review of Debtors' Status Report re: Lenders' Entitlement to Default Interest (.2); review of Debtors' Responses to Creditors' Committee and Bank Lenders' Joint Information Request re: Solvency Issues (.3); review of 2nd Amended Agenda for 7/27/09 Hearing (.1); review of Debtors' Notices of Filing of Dr. Weill's Sue-Rebuttal Report, Pam Zilly's Feasibility Report and Denise Neumann Martin Report; review of Dr. Weill's Report with Exhibits (.8); review of Zilly Feasibility Report (.5); review of Denise Neumann Martin Report (.3). | 2.20 | 935.00 | Li |
| WRG | LITIGATION | JCP | 07/27/09 | Review of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Pretrial Submissions Pursuant to Order Regarding Phase II Pre-Trial Hearings(.2); review of Anderson Memorial Hospital's Statement Re: Feasibility Experts(.1); review of Supplemental Declaration of Jennifer L. Biggs in Support of Application for Authorization to Employ Tillinghast as Actuarial Consultant(.1); review of Debtors' Status Report with Respect to Lenders' Entitlement to Default Interest(.1); review of Debtors' Responses and Objections to the Official Committee of Unsecured Creditors and Bank Lender Group's Joint Information Request Concerning Section 1129 Solvency Issues(.1); review of Order Granting Debtors' Motion for Leave to File a Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties(.1); review of Debtors' Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with The Royal Parties(.2). | 0.90 | 382.50 | |
| WRG | LITIGATION | JCP | 07/29/09 | E-mail to Kate Orr re: Notice of Service of Plan Proponents' Response to Anderson Memorial's Request for Production re: Feasibility Issues with enclosure (.1); review of Response (.2); review of Notice of Service for same (.1); e-mail to Kate Orr approving both (.1); e-mail to and e-mail from Celeste A. Hartman re: serving same(.1); e-mail from and e-mail to Kate Orr (2x) re: same (.1); e-mail from Celeste A. Hartman serving Notice of Service and Response (.1). | 0.80 | 340.00 | |
| WRG | LITIGATION | JCP | 07/30/09 | Review of Notice of Deposition of Pamela D. Zilly; review of Notice of Deposition of Hudson La Force. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 07/30/09 | Phone conference with Judge Fitzgerald and all counsel. | 2.70 | 1,147.50 | |
| WRG | LITIGATION | JCP | 07/31/09 | Review of Notice of Deposition of Mark A. Shelnitz; review of Amended Notice of Deposition of Mark Shelnitz, Esquire; review of Second Amended Notice of Deposition of Dr. Thomas Florence; review of Notice of Change in Judge Fitzgerald's Omnibus Hearing Date for September 22, 2009. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 07/31/09 | Review of Debtors' 32nd Quarterly Asset Sale Report; review of Debtors' 32nd Quarterly Settlements Report; review of GEICO's Notice of Deposition of Shelnitz; review of GEICO's Amended Notice of Deposition of Shelnitz; review of Speights and Runyan's Notice re: Confidentiality of Insurance Discovery; review of Bank Lender Group's Notice of Deposition of Pam Zilly. | 0.50 | 212.50 | |
| | | | | | ------ | --------- | |
| | | | | | 14.20 | 6,035.00 | |
| | | | | | ------ | --------- | |
| | | | | | 15.30 | 6,200.00 | |
| | | | | | ------ | --------- | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/06/09 | Download and file Certificates of No Opening Brief for April Fee Applications for the four firms of Orrick Herrington, Piper Jaffray, Tre Angeli and Towers Perrin. | 0.60 | 90.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/09/09 | Download and file May Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/09/09 | Download and file March Fee Application for D. Austern. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/09/09 | Download and file May Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/09/09 | Download and file May Fee Application for Tre Angeli. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/16/09 | E-mail to D. Fullem re: need for original signatures. | 0.10 | 15.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/16/09 | Download, print and file April and May Fee Applications for D. Austern. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/09 | Code June pre-bill to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/09 | Download and file 5th Quarterly Fee Application for January 2009 through March 2009 for Tre Angeli. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/09 | Download and file 20th Quarterly Fee Application for David Austern for January 2009 through March 2009 period. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/09 | Download and file Supplemental Declaration for Towers Perrin and Tillinghast. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/28/09 | Phone conference with B. Ruhlander re: Fee Application categories and changes to same; conference with John C. Phillips, Jr. re: same. | 0.30 | 45.00 | |
| | | | | | ----- | ------- | |
| | | | | | 4.00 | 600.00 | |
| | | | | | ----- | ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/02/09 | E-mail from J. O'Neil and forward contact information for WR Grace to paralegal. | 0.10 | 42.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/06/09 | E-mail from M. Corcoran with enclosure; review of 74th, 75th and 76th Monthly Fee of Blackstone. | 0.30 | 127.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/24/09 | Review of Certificate of No Objection on Application of the Official Committee of Equity Surity Holders for Authority to Retain Saul Ewing LLP as its Delaware Counsel Nunc Pro Tunc to May 18, 2009. | 0.20 | 85.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.60 | 255.00 | |
| | | | | | ----- | ------- | |
| | | | | | 4.60 | 855.00 | |
| | | | | | ----- | ------- | |

Total records this group:   15

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 07/01/09 | Review of e-mail from J. Deeney with enclosure; review of Phase I Trial Brief in Support of Federal Insurance Company's Objections to the First Amended Joint Plan Reorganization; review of e-mail from J. Deeney with enclosure; review of Joinder of Federal Insurance Company in the CNA Companies' Limited Objection to Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein. | 0.50 | 75.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 07/01/09 | Review of e-mail from S. Woldenden with enclosure; review of Creditor's Committee's Motion to Modify Third Amended Case Management Order re: First Amended Joint Plan of Reorganization and Creditor's Committee's Motion for Leave to Shorten Notice Period re: same. | 0.40 | 60.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 07/01/09 | Review of e-mail from S. Foster with enclosure; review of Fireman's Joinder to Confirmation Objections re: First Amended Joint Plan of Reorganization. | 0.20 | 30.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.10 | 165.00 | |
| | | | | | ----- | ------- | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/09 | E-mail from L. Rogers with enclosure; review of Bank Lender Group Motion to Modify Third Amended CMO; review of Bank Lender Group's Joinder in Motion to Expedite Consideration Bank Lender Group's Motion to Modify Third Amended CMO. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/09 | E-mail from D. Felder with enclosure; review of Affidavit of Service of BMC Group re: Plan Solicitation Materials (extensive). | 0.20 | 85.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/09 | E-mail from C. Adams with enclosure; review of summary of Libby Claimants' Objection to First Amended Plan; review of Notice of Deposition of Gail Stockman, M.D. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/09 | Review of e-mail from B. O'Bryne with enclosure (.1); review of General Insurance Company of America's Phase I Trial Brief and Phase I Exchange of Exhibits (.4); review of e-mails from J. Boerger with enclosure (.1); review of Phase I Trial Brief of Geico, Republic and Seaton (extensive) (.7); review of e-mails from R. Guttmann with enclosure (.1); review of Joinder of Certain AIU Insurers to trial Briefs (.1); review of e-mail from A. Newsome with enclosure (.1); review of Phase I Trial Brief of AXA Belguim (.4). | 2.00 | 850.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/09 | E-mail from D. Spicuzza with enclosure; review of Bank Debt Holders Motion to Amend Motion to Modify the Third Amended CMO; review of Bank Lender Group's Joinder to Motion to Expedite Consideration of bank Lender Groups Motion to Modify Third Amended CMO; review of Fireman's Joinder to Confirmation Objections. | 0.40 | 170.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | E-mail from Garvin McDaniel re: addition of Allen Schwartz to e-mail service list; e-mail from G. Turetsky re: removal of D.J. (Jan) Baker from distributions list. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | E-mail from L. Rogers with enclosure; review of Order Granting Motion to Expedite Consideration of Bank Lender Group's Motion to Modify Third Amended CMO; e-mail from P. Broadwater with enclosure; review of Notice of Debtors' Motion for Protective Order and Objections to Anderson Memorial's Notice of Deposition of M. Shelnitz. | 0.30 | 127.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | E-mail from R. Baker from Judge Fitzgerald's Chambers re: date by which final binders are to be submitted to Court and exhibits are to be exchanged and how same are to be submitted. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | Review of e-mail from K. Love re: meeting and conference with all parties who will be participating in the Phase I Hearings. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | Review of Certification of Counsel re: Order on Phase II Pre-Trial Proceedings. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/02/09 | E-mail from D. Spicuzza with enclosure and review of Plan Proponents' Consolidated Phase I Brief, Motion and Order Granting Plan Proponents Motion for Leave to Exceed Brief Page Limitation with Respect to their Consolidated Phase I Brief in Support of Joint Plan Reorganization (4.90); review of Joinder of The Scotts Company, LLC to Notice of Deposition of Elihu Inselbuch (.1); review of Joinder of the Official Committee of Asbestos Personal Injury Claimants to Notice of Deposition of Dr. Alan C. Whitehouse (.1); review of Joinder of The Scotts Company, LLC to Notice of Deposition of Jay Hughes, Esquire (.1). | 5.20 | 2,210.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/03/09 | E-mail from D. Spicuzza with enclosure; review of Maryland Casualty's Joinder to Notice of Deposition of Jon L. Heberling (.1); review of Maryland Casualty's Joinder to Notice of Deposition of Libby Claimants (.1); review of Allen Schwartz's Declaration in Support of Arrowood's Brief in Opposition to Plan Proponent's Motion to Strike the Expert Report and Testimony of George L. Priest (.1); review of Arrowood's Statement of Acceptance of the Libby Claimants Cancellation of Depositions (.1); review of Bank Lender Group's First Request for Production of Documents and First Set of Interrogatories to Debtors re: Feasibility (.1); review of Bank Lender Group's Witness Disclosure for Phase II Matters (.1); review of Joinder of the Creditors' Committee to the Bank Lender Group's Motion for Leave to File a Reply to Plan Proponents Response in Opposition to Motion to Modify the Third CMO (.1); review of Joinder in the Creditors' Committee's Request for Production of Documents to Debtors re: Plan Feasibility Issues (.1). | 0.80 | 340.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/06/09 | E-mail from R. Horkovitch re: offer of Plan Proponents withdrawing all Objections except relevance. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/06/09 | E-mail from D. Glosband with enclosure; review of Pre-Trial Narrative re: issues to be raised by CNA Companies at the Phase Confirmation Hearing and Evidence Expected to be Introduced. | 0.20 | 85.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/06/09 | E-mail from D. Cohn re: need to depose Dr. LaForce two times and response of E. Liebenstein. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/06/09 | Review of Supplement to the Expert Report of H. Sean Mathis Relating to Materials Reviewed, Additional Qualifications, and Prior Testimonies (.2); review of The CNA Insurance Companies' Proffer of Evidence for Phase I of Plan Confirmation Proceedings (.2); review of Agenda for 7/9/09 Hearing (.1); review of Anderson Memorial Hospital's Interrogatories to Debtors (.2); review of Plan Proponents Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits (.3); review of Plan Proponents Notice, Objections to and Motion to Exclude Objecting Parties' Phase I Deposition Designations (.2). | 1.20 | 510.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/07/09 | Email from B. Byrne with enclosure; review General Insurance Company's Pretrial Statement Regarding Issues to Be Raised at the Phase I Confirmation Hearing, Evidence to Be Introduced and Declaration of John Downey. | 0.20 | 85.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/07/09 | Email from D. Spicuzza with enclosures; review of Joinder of the Official Committee of Asbestos Personal Injury Claimants to Notice of Deposition of Dr. Craig Moolgard; review of Amended Declaration of Michael J. Powers re: Certain Liability Policies Pursuant to the Instructions of the Court Stated on the Record at the Pre-Trial Hearing; review AXA Belgium's Pretrial Statement outlining the issues and evidence for the Phase I Confirmation Hearing. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/07/09 | Email from D. Spicuzza with enclosures; review of Arrowood's Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes and Peter Van N. Lockwood and Request for Judicial Notice (.1); review of Modified Order Granting Plan Proponents' Motion to File Reply to Response in Opposition to Motions to Modify Third CMO (.1); review of Bank Lender Group's Reply to Plan Proponents' Response in Opposition to Motions to Modify the Third CMO (.1); review of Certain Insurers' Notice of Designations re: Deposition of Jay Hughes (.1); review of Certain Insurers' Notice of Designations re: Deposition of Peter Van N. Lockwood (.1); review of Certain Insurers' Notice of Designations With Respect to the Deposition of David T. Austern (.1); review of Certain Insurers' Notice of Designations re: Deposition of Richard Finke (.1); review of Libby Claimants' Amended Notice of Deposition of Gary Friedman, M.D (.1); review of Notice of Continued Deposition of W.R. Grace & Co., et al. (.1); review of Certain Insurers' Notice of Designations re: Deposition of Richard Charles Finke (.1); review of Certain Insurers' Notice of Designations re: Deposition of Jeffrey Posner (.1); review of Plan Proponents' Expedited Motion in Limine re: Expert Report and Testimony of Dr. Terry M. Spear (.2); review of Certain Insurers' Notice of Designations re: Deposition of Elihu Inselbuch (.1); review of Plan Proponents' Joint Motion for Leave from Court's Scheduling Order to Shorten Notice Period on Plan Proponents' Motion to Exclude the Expert Report and Testimony of Dr. Terry M. Spears (.1). | 1.50 | 637.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/07/09 | Email from from P. Cunoff with enclosure; review of Order Regarding Phase II Pre-Trial Proceedings; review email from M. Cocoran; review of Certification of Counsel re: Order re: Further Matters Related to the Phase I Confirmation Hearing re: Class 9 Impairment. | 0.20 | 85.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/09/09 | Phone conference with Judge Fitzgerald and all counsel. | 0.60 | 255.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/14/09 | Review of The Phase I Insurers' Response to The Plan Proponents' Objections to the Insurers' Proffer of Evidence for Certain Issues of Phase I of Plan Confirmation Proceedings (.2); review of Phase II Trial Brief for CNA Companies (.2); review of Anderson Memorial Hospital's Trial Brief on Phase II Objections to Confirmation of Debtors' First Amended Joint Plan (.2); review of Phase II Trial Brief of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company in Opposition to Confirmation of Amended Joint Plan of Reorganization (voluminous)(.5). | 1.10 | 467.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/15/09 | Review of Phase II Trial Brief of General Insurance Company of America in Support of Objection to W. R. Grace & Co. First Amended Joint Plan of Reorganization. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/16/09 | Review of Notice of Amendments to Plan Proponents' Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/17/09 | Review of The Phase I Insurers' Post-Trial Brief (.3); review of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Trial Brief in Support of Their Objection to Confirmation of the First Amended Joint Plan of Reorganization of W.R. Grace & Co., et al. (.3); review of Phase II Trial Brief of Certain London Market Insurance Companies (voluminous) (.5). | 1.10 | 467.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/17/09 | Review of Arrowood's Motion for Leave to File Reply re: Joinder to Plan Proponents' Motion to Exclude Spear Report with enclosure (.1); review of Arrowood's Joinder (.2); review of Arrowood's Objection to Libby Claimants' Motion to expedited Motion to Compel (.3); e-mail from counsel for Debtors re: deposition calendar with enclosure and review of same (.1); e-mail from Janet Baer (4x) re: 7/21/09 Hearing(.2); e-mail from Phase I Insurers re: same(.1); e-mail from counsel for Debtors re: same with enclosure; review of Agenda for same(.1); review of Arrowood's Motion to Shorten re: Libby Claimants' Designation of 100 plus witnesses (.3); review of Modified Order re: same as signed by Judge Fitzgerald (.1); e-mail from counsel for Debtors (3x) re: supplemental briefs(.1); e-mail from Jonathan Guy re: same (.1); e-mail to counsel for Debtors re: same(.1); review of Morgan Stanley's Supplemental Memo of Law re: Impairment Issues (.7); review of Joint Supplemental Brief of Creditors' Committee and Bank Lender Group re: Class 9 Impairment (.5); review of Plan Proponents' draft Supplemental Brief re: Bank Lender Group Not Impaired (1.9); e-mail to and e-mail from Jonathan Guy re: approving same (.2); review of draft Supplemental Brief re: Morgan Stanley Not Impaired (.2); e-mail to and e-mail from Jonathan Guy re: approving same (.1); review of final versions of Morgan Stanley Brief (.3); e-mail to counsel for Debtor approving same (.1); review of final version of Bank Lender Group Brief (.6); e-mail to counsel for Debtor approving same (.1); review of Debtors' Response to Libby Claimants' Motion for Leave to File Supplemental Objections (.2). | 6.70 | 2,847.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/09 | Review of Anderson Memorial Hospital's Trial Brief on Phase II Objections to Confirmation of Debtors' First Amended Joint Plan (.3); review of Plan Proponents' Consolidated Post-Trial Phase I Brief in Support of Confirmation of Joint Plan of Reorganization (.6); review of Certification of Counsel Re: Order Denying Libby Claimants' Motion to Strike Expert Report of Thomas B. Florence, Ph.D. (.1); review of Certification of Counsel Re: Order Resolving Motions for Temporary Allowance of Claims for Voting Purposes (.1); review of Agenda for 7/21/09 Hearing (.1). | 1.20 | 510.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/22/09 | Review of Phase II Pre-Trial Submission of Creditors OneBeacon of America Insurance Company and Seaton Insurance Company (.2); review of Phase II Pre-Trial Submission of Government Employees Insurance Company and Republic Insurance Company (.2); review of Anderson Memorial Hospital's Pre-Trial Submission (.2); review of Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency (.3); review of Agenda for July 27, 2009 Hearing (.1). | 1.00 | 425.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/23/09 | Review of Pre-Trial Submission and Reservation of Rights by Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (.3); review of Travelers Casualty and Surety Company's Phase II Pre-Trial Submissions (.2); review of Pretrial Statement Regarding Issues to be Raised by General Insurance Company of America at the Phase II Confirmation Hearing and Evidence to be Introduced (.2); review of Notice and Motion of General Insurance Company of America for Leave to File Proof of Claim Instanter and to Deem Such Claim Timely Filed (.2); review of Pre-Trial Submission and Reservation of Rights of Sealed Air Corporation and Cryovac, Inc.;(.2) review of Phase II Pre-Trial Statement of Certain London Market Insurance Companies (.2). | 1.30 | 552.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/24/09 | E-mail from counsel for Debtors re: Plan Proponent documents to be filed 7/24/09 with enclosure (.1); review of and revise Plan Proponent's Status Report re: Lenders Entitlement to Default Interest (.2); review of and revise Plan Proponents' Responses to Committee's and Bank Lenders' Information Request re: Solvency Issues (.7); e-mail to and e-mail from Jonathan Guy (2x) re: approving filings (.1); e-mail from Jonathan Guy to counsel for Debtors re: not approving yet (.1); e-mail from counsel for Debtors (2x) re: same (.1); e-mail from counsel for Personal Injury Committee re: same (.1); e-mail from Janet Baer re: Plan Proponents' proposed 4th Amended CMO with enclosure (.1); review of same (.2). | 1.70 | 722.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/27/09 | Phone conference with Judge Fitzgerald and all counsel (8:30 - 1:30, 5 hours). | 5.00 | 2,125.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/28/09 | Review of Plan Proponents' Phase II Pre-Trial Statement (Amended). | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/28/09 | E-mail from and e-mail to Kate Orr re: reviewing Plan Proponents' draft Responses to Anderson Memorial's Request for Production re: Feasibility (.1); review of same (.5); e-mail to Kate Orr approving same; e-mail from Jan Baer re: Shelnitz deposition (.1); e-mail from counsel for Certain Insurers to counsel for Debtors re: teleconference re: phasing Phase II Hearing;(.1) e-mail from various counsel re: same (.1); e-mail from Jan Baer (2x) re: same (.1); calendar same (.1); e-mail from various counsel re: assigning certain subjects specific confirmation hearing days (.1). | 1.20 | 510.00 | |

```
                                                                                          ------        ----------
                                                                                           35.50         15,087.50
                                                                                          ------        ----------
                                                                                           36.60         15,252.50
                                                                                          ------        ----------
Total records this group:  36

                                                                                          ------        ----------
                                                                                           58.30         22,770.00
                                                                                          ======        ==========
83 records printed.
```