# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JULY 1, 2009 THROUGH
## JULY 31, 2009

Phillips, Goldman & Spence, P.A.

Page   2

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99248

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/01/09 | Federal Express | 70.86 |
| 07/01/09 | On-line docket research | 0.56 |
| 07/06/09 | Check No.: 40793 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 30.00 |
| 07/15/09 | Facsimile | 3.00 |
| 07/23/09 | Photocopies | 0.40 |
| 07/24/09 | Check No.: 40923 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 239.76 |
| 07/27/09 | Check No.: 40995 - John C. Phillips, Jr. - expense reimbursement, Court Call teleconference. | 233.00 |
| 07/27/09 | Check No.: 40995 - John C. Phillips, Jr. - expense reimbursement, Court Call teleconference. | 30.00 |
| 07/27/09 | Check No.: 40995 - John C. Phillips, Jr. - expense reimbursement, Court Call teleconference. | 30.00 |
| 07/27/09 | Check No.: 40995 - John C. Phillips, Jr. - expense reimbursement, Court Call teleconference. | 37.00 |
| 07/27/09 | Check No.: 40995 - John C. Phillips, Jr. - expense reimbursement, Court Call teleconference. | 135.00 |
| 07/29/09 | Check No.: 40973 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |

Subtotal for COSTS only: 07/31/09    $819.58