# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## AUGUST 1, 2009 THROUGH
## AUGUST 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   99756

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:   01-01139 (RLB)

```
       Subtotal for FEES only: 08/31/09       $37,381.50
       Subtotal for COSTS only: 08/31/09          $485.98
                                              ------------
CURRENT PERIOD FEES AND COSTS: 08/31/09        $37,867.48
                                              ------------

                     PAY THIS AMOUNT           $37,867.48
                                              ============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 2

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99756

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.6 | 589.00 |
| LITIGATION | 48.2 | 20,485.00 |
| CASE ADMINISTRATION | 0.1 | 42.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.8 | 340.00 |
| PLAN AND DISCLOSURE STATEMENT | 37.3 | 15,797.50 |
| ASSET DISPOSITION | 0.3 | 127.50 |
| Subtotal for FEES only: 08/31/09 | 90.3 | $37,381.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 86.70 | 86.70 | 36,847.50 | 0.00 | 0.00 |
| 150.00 | CAH | 3.00 | 3.00 | 450.00 | 0.00 | 0.00 |
| 140.00 | TLB | 0.60 | 0.60 | 84.00 | 0.00 | 0.00 |
| Totals | | 90.30 | 90.30 | 37,381.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Include "Invoice Number" from 99756 to 99756
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | ASSET DISPOSITION | JCP | 08/19/09 | Review of Notice and Motion for an Order (A) Approving the Agreements by and Between W.R. Grace & Co.-Conn. and the Rectorseal Corporation; (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn.'s Firestopping and Abatement Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts; and (D) Granting Certain Related Relief. | 0.30 | 127.50 | AD |
| | | | | | ----- | ------- | |
| | | | | | 0.30 | 127.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.30 | 127.50 | |
| | | | | | ----- | ------- | |

Total records this group:   1

```
                                      Act  Trans                                                          Billable      Billable   Gr
Cl code  Grouping code description    Emp  Date      Transaction description                              Hours         Dollars   Cd

WRG      CASE ADMINISTRATION          JCP  08/04/09  Review of Debtors' Monthly Operating Report.           0.10          42.50   Ca
                                                                                                          -----         ------
                                                                                                            0.10          42.50
                                                                                                          -----         ------
                                                                                                            0.10          42.50
                                                                                                          -----         ------
```

Total records this group:   1

WRG-AUS

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/07/09 | Review of amended Proof of Claim of Samson Hydrocarbons Company. | 0.20 | 85.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/19/09 | Review of Notice of Debtors' Twenty-Seventh Omnibus Objection to Claims (Substantive) with Exhibits (voluminous). | 0.40 | 170.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/27/09 | Review of Debtors' Twenty-Second Claim Settlement Notice. | 0.20 | 85.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.80 | 340.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.80 | 340.00 | |
| | | | | | ----- | ------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/03/09 | Review of Debtors' Responses and Objections to Anderson Memorial Hospital's July 1, 2009 Interrogatories. | 0.20 | 85.00 | Li |
| WRG | LITIGATION | JCP | 08/03/09 | E-mail from Jan Baer re: 4th Amended CMO with enclosure; review of red-lined version of same (.4); review of Certification of Counsel re: Debtors' Motion for Protective Order re: Shelnitz exhibits; review of Frezza expert report and curriculum vitae (.8). | 1.20 | 510.00 | |
| WRG | LITIGATION | JCP | 08/04/09 | Review of Order Approving Withdrawal of Debtors' Motion for Protective Order re: Shelmitz deposition; e-mail from paralegal for Debtors' re: deposition calendar; review of same; e-mail from paralegal for Debtors re: LaForce deposition. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 08/04/09 | Review of Expert Report of Robert J. Frezza, CPA. | 0.00 | 0.00 | |
| WRG | LITIGATION | JCP | 08/05/09 | E-mail from paralegal Debtors (2x) re: LaForce deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/06/09 | Review of Certification of Counsel Re: Order on Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with The Royal Parties; review of Libby Claimants' Motion to Defer Consideration; review of Libby Claimants' Motion to Compel Debtors and Arrowood to Repond to Discovery Requests. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 08/06/09 | Review of draft of Plan Proponents' Brief in Response to Libby Claimants' Objections to Confirmation (2.9); review of Certification of Counsel re: 4th Amended CMO with proposed Order (.1); review of Martin's Amended Declaration Certifying Ballot Tabulation with enclosure (.1); review of Tabulation (.1); review of Certification of Counsel re: Order on Debtors' Motion to Approve Royal Settlement, Libby Claimants' Motion to Defer Same and Compel Responses to Discovery with proposed Order (.1). | 3.30 | 1,402.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/07/09 | Review of draft of Plan Proponents Consolidated Phase II Brief re: Insurance Issues (1.7); e-mail to Jonathan Guy forwarding same (.1); review of final version of same (.4); e-mail to and e-mail from Jonathan Guy re: approving same (.1); e-mail to local counsel for preparation of Committee approving same (.1); e-mail from Rick Wyron re: same (.1); review of draft of Plan Proponents' Brief in Response to Libby Claimants' Objections to Confirmation (.8); review of and revise final version of same (.1); e-mail to local counsel for Committee re: revision to same (.1); e-mail from counsel for Personal Injury Committee re: final version of Libby Brief with enclosure (.1); review of same (.3); e-mail to counsel for Personal Injury Committee approving same (.1); review of as filed version of same (.1); review of as filed version of Insurance Brief (.2); review of black-lined version of Plan Proponents' Main Brief in Support of Confirmation (4.5); e-mail from Rick Wyron re: suggested revisions to same (.1); e-mail to counsel for Debtors approving same (.1); review of draft version of Plan Proponents' Phase II Brief re: Bank Lender Issues (2.9); e-mail from Rick Wyron re: ETA for final version of Main Brief of Bank Lenders Brief (.1); e-mail from and e-mail to Jonathan Guy re: Main Brief and Lender Brief (.1); e-mail from Jonathan Guy to counsel for Debtors approving same (.1); e-mail to counsel for Debtors re: filing same (.1); review of Plan Proponents' Motion for Leave to File Consolidates Responsive Trial Briefs and to Exceed Single Brief Page Limitation with proposed Order (.1). | 12.40 | 5,270.00 | Li |
| WRG | LITIGATION | JCP | 08/10/09 | Review of Creditors' Committee's Notice of Deposition of Ted Weschler; e-mail from paralegal for Debtors' re: deposition calendar with enclosure; review of same; review of Longacre's Pre-Trial Submission re: Exhibits for Phase II of Confirmation Hearing; e-mail from counsel for Debtors' re: Exhibits for same. | 0.50 | 212.50 | |
| WRG | LITIGATION | JCP | 08/11/09 | E-mail from and e-mail to Kate Orr re: Montana Stipulation; review of and revise same; e-mail from counsel for Bank Lender Group agreeing to confidentiality; e-mail from counsel for Debtors re: same; review of Certification of Counsel re: Order re: Libby Claimant Testimony with proposed Order. | 0.50 | 212.50 | |
| WRG | LITIGATION | JCP | 08/12/09 | Review of Debtors' Notice and Motion for an Order Approving Stipulation Regarding Treatment of Certain Claims of the St. Paul Companies and Travelers under The Plan (.3); review of Debtors' Notice and Motion for an Order Approving the Amended and Restated Settlement Agreement with Certain London Market Insurance Companies (.2); review of Long Exhibits (.2). | 0.70 | 297.50 | |
| WRG | LITIGATION | JCP | 08/12/09 | Review of email from M. Gaytan: call in information for Robert Frezza deposition | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/14/09 | Review of Stipulation between the State of Montana and the Plan Proponents as to the Admissibility of Exhibit at the Phase II Confirmation Hearing (.2); review of Plan Proponents' Notice and Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.d., and Terry Spear, Ph.d. (.5); review of Debtors' Motion for Leave from Court's Scheduling Order and to Shorten Notice Period on Debtors' Motion for an Order Approving the Settlement Agreement Between W.R. Grace & Co., et al. and The Scotts Company LLC (.1); review of Motion for an Order Approving the Settlement Agreement Between W.R. Grace & Co., et al. and The Scotts Company LLC (.2); e-mail from local counsel for Debtors approving Daubert Motion re: Shein (.1) e-mail from local counsel for Personal Injury Committee re: 8/14/09 filings with enclosure (.1); review of and revise draft Motion in Limine to Exclude Report and Testimony of George Priest with Exhibits (.7); review of draft Motion in Limine re: Fireman's Fund Opinion Testimony (.1); e-mail from Rich Wyron re: same (.1); e-mail from local counsel for Personal Injury Committee approving filing of Priest Motion (.1); e-mail from local counsel for Personal Injury Committee re: Fireman's Fund Motion (.1); e-mail from counsel for Debtors' re: same (.1); review of multiple e-mails from various counsel for Plan Proponents re: same (.3); review of Debtors' Motion for Approval of Amended Settlement Agreement with Allstate and attached Agreement (.8); review of Personal Injury Committee's Notice of Deposition of Kowalczyk (.1); review of Personal Injury Committee's Notice of Deposition of Hatchell (.1); e-mail from counsel for Debtors re: 8/17/09 Plan Proponents' teleconference (.1); calendar same (.1); review of Arrowood's Joinder to Plan Proponents' Motion in Limine to Exclude Libby Exhibits (.1); review of revised draft Motion to Exclude Fireman's Opinion Testimony (.2); e-mail from local counsel for Personal Injury Committee re: converting same to Joint Motion (.1); e-mail from Rick Wyron re: revisions to same (.1); e-mail from counsel for Personal Injury Committee agreeing to revision (.1); e-mail to local counsel for Personal Injury Committee approving same (.1); review of Fireman's Deposition Designation re: its Surety Claim with Exhibits (deposition transcripts) (.4); review of Plan Proponents' Motion in Limine to Exclude Testimony from Individual Libby Claimants and proposed Order (.3); review of Arrowood's Phase II Deposition Designations; review of Certain Plan Objectors' (11 insurance companies) Deposition Designations re: David Austern with review of transcript and Exhibits (.5); review of Deposition Designations of Peter Lockwood with preliminary review of transcripts and Exhibits (.5); review of Deposition Designations of Richard Finke with preliminary review of transcripts and Exhibits (.5); review of Deposition Designations of Elihu Inselbruch with preliminary review of transcript and Exhibits (.3); review of Deposition Designations of Jay Hughes with preliminary review of transcript and Exhibits (.4); review of Deposition Designations of Mark Peterson with preliminary review of transcript and Exhibits (.2); review of Deposition Designations of Jeffrey Posner with preliminary review of transcript and Exhibits (.5). | 8.20 | 3,485.00 | Li |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/15/09 | E-mail from counsel for Debtors re: Fireman's witnesses and depositions (.1); review of Plan Proponents' Motion in Limine to Exclude Libby Claimants' Expert Testimony and Exhibit (.3); review of Montana's Deposition Designations (.2); e-mail from counsel for PI Committee re: same (.1); review of CNA's Deposition Designations for Lockwood & Posner with Exhibits (.2); review of BNSF's Deposition Designations (Posner, Finke, Hughes & Lockwood) (Redacted Version) (.4); review of Arrowoods' Deposition Designations (.2); review of Notice of Service re Plan Proponents' Motion to Exclude Shein Testimony (.1); review of Notice of Service re Plan Proponents' Motion to Exclude Fireman's Opinion Testimony with enclosure (.1); review of same (.1); review of Notice of Service re Plan Proponents' Motion to Exclude Priest Testimony (.1); review of Plan Proponents' Whitehouse Deposition Designations (.5); review of Plan Proponents' Deposition Designations for Frank, Molgaard, Ordway, Prouty & Spear (1.2); e-mail from counsel for Longacre re: Stipulation of Facts (.2); e-mail from Janet Baer re: same (.1); review of Libby Claimants' Notice of Filing of Deposition Designations with Exhibits for 21 Libby Claimants (2.1), Dr. Moolgavkor, Dr. Parker (.3), Peter Lockwood with Exhibits (.3), Millie Johnson Trial Transcript (.4), Earl Lovich deposition from Hurlbert Trial (.5) and Earl Lovich trial testimony (Schnetter case) (6). | 8.10 | 3,442.50 | Li |
| WRG | LITIGATION | JCP | 08/17/09 | Phone conference with Janet Baer, counsel for Plan Proponents, Plan Objectors and Objecting Insurers re: need for further Pretrial (.4); e-mail from counsel for Debtor with deposition calendar with enclosure ; review of same(.1); e-mail from counsel for Debtors re: 8/19/09 Shelnitz deposition (.1); e-mail from counsel for Debtors re: 8/18/09 Hearing canceled (.1); review of Arrowood's Joinder to Plan Proponents' Motion in Limine to Exclude Libby Claimants' Testimony Where Reliance Materials Were Not Produced (.4). | 0.70 | 297.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/17/09 | Review of Travelers Casualty and Surety Company's Deposition Designations Regarding Phase II Confirmation Hearing on First Amended Joint Plan of Reorganization Dated February 27, 2009 (.7); review of Notice and Motion of the Plan Proponents to Exclude or Limit Testimony of James B. Shein Pursuant to Daubert and FRE 702 and 703 (.5); review of BNSF Railway Company's Confidential Initial Deposition Designations of Testimony of Jeffery Posner, Richard Finke, Jay Hughes and Peter Van N. Lockwood (1.2); review of Amended Notice of Deposition of Ted Weschler (.1); review of Notice of Deposition of Denise Neumann Martin, Ph.D. (.1); review of Supplemental Phase II Pre-Trial Submission of Creditors OneBeacon America Insurance Company and Seaton Insurance Company (.4); review of CNA's Notice of Designations with Respect to the Depositions of Peter Van N. Lockwood and Jeffrey Posner (.4); review of Certificate of No Objection re Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. (.1); review of Plan Proponents' Notice of Hearing and Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony is Based Have Not Been Produced (.4); review of Plan Proponents' Notice of Hearing and Motion in Limine to Exclude Testimony of Individual Claimants Regarding Grace's Culpability and the Effect of Asbestos Illness (.5); review of Debtors' Notice and Motion for an Order Approving Amended and Restated Asbestos Settlement Agreement with Allstate Insurance Company (.3). | 4.60 | 1,955.00 | Li |
| WRG | LITIGATION | JCP | 08/18/09 | Review of Agenda for 8/24/09 Hearing (.1); e-mail to paralegal re: signing John C. Phillips, Jr. up to participate by phone (.1); review of Libby Claimants' Notice of Deposition of Dr. Weill (.1); review of Debtors' Notice of Deposition of Leroy Thom, Norita Skramstad, Dan Schnetter, Jay Swennes, Ed Warner, and Butch Hulbert (.3); e-mail from counsel for Debtors re: Shelnitz deposition (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure; review of same (.1); e-mail from counsel for Debtors re: Burrin deposition (.1); e-mail from counsel for Debtors re: Zilly deposition (.1). | 1.00 | 425.00 | |
| WRG | LITIGATION | JCP | 08/18/09 | Review of Notice of Deposition of Butch Hurlbert; review of Notice of Deposition of Leroy Thom; review of Notice of Deposition of Jay Swennes; review of Notice of Deposition of Dan Schnetter; review of Notice of Deposition of Ed Warner; review of Notice of Deposition of Norita Skramstad. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 08/18/09 | Email from M. Gaytan with enclosure; review of latest deposition calendar. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/20/09 | Email from M. Gaytan re: attendance at Weill deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/20/09 | Email from S. Wolfenden with enclosures; review of Withdrawal of Notice Deposition Of Denise Neumann Martin; review of Notice Of Deposition Of Robert Tarola. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 08/20/09 | Email from Pachulski Stang with enclosures; review of Joinder to Continued Notice of Deposition of Karen McKee. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/20/09 | Email from Pepper Hamilton re: call in information for McKee deposition. | 0.10 | 42.50 | Li |
| WRG | LITIGATION | JCP | 08/20/09 | Email from J. Carrigan re: proposed stipulation of facts on Longacre objection for confirmation hearing. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/20/09 | Email from C. Adams with enclosure; review of Libby Claimants' Experts' rebuttal response to Grace's Dr. Weill Report of 7/24/09. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 08/21/09 | Review of CNA's Draft Order of Witnesses with Estimated Time of Direct Examination (.1); review of Order Approving Amended and Restated Settlement Agreement and Mutual Release with Lloyd's Underwriters; review of Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued by General Insurance Company of America and (2) 1994 Settlement Agreement Between W.R. Grace & Co. and General Insurance Company of America (.2); review of Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. (.1); review of Order Granting Plan Proponents' Motion for Leave to Consolidate Responsive Trial Briefs and Exceed the Single Brief Page Limitation with Respect to Their Consolidated Phase II Briefs in Support of Confirmation of the Joint Plan of Reorganization (.1); review of Order Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel Discovery (.1); review of Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings (.1); review of Fourth Amended Case Management Order Related to the First Amended Joint Plan or Reorganization (.1); review of Modified Order Between the Plan Proponents and Libby Claimants Regarding Individual Claimant Testimony (.1); review of Notice of Deposition of Kevin Burrin (.1); review of Notice of Amendments to Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.D., and Terry Spear, Ph.D.(.5). | 1.50 | 637.50 | |
| WRG | LITIGATION | JCP | 08/21/09 | Email from K. Yee with enclosures; review of Notices of videotaped depositions of Whitehouse and Molgaard. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/22/09 | E-mail from counsel for Debtors requesting exhibits on disks. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/23/09 | Email from M. Gaytan re: deposition call in information for Kruger deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/23/09 | Email from K. Love with enclosure; review of slides to be utilized at hearing. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 08/24/09 | Email from M. Gaytan re: revised deposition calendar and compare to original. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/25/09 | Email from C. Candon re: continued deposition of Peterson; email from C. Adams re: continued deposition of Peterson. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | LITIGATION | JCP | 08/25/09 | Email from J. Demmy with enclosure; review of Firemans Fund's Motion for Relief from Stay and brief in support thereof. | 0.20 | 85.00 | Li |
| WRG | LITIGATION | JCP | 08/25/09 | Email from C. Adams re: continued deposition of Peterson. | 0.00 | 0.00 | |
| WRG | LITIGATION | JCP | 08/30/09 | Email from K. Love with enclosures; review of missing exhibits from Plan proponents' exhibit list. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/30/09 | E-mail from D. Speights re: deposition calendar. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/30/09 | Review of email exchange between D. Speights and D. Blabey re: deposition of Weschler. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from M Gaytan re: call in information for Weschler deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from J. Boergrer with enclosures; review of GEICO's request that Court take judicial notice re: Certain Documents and Facts; review of One Beacon's request Court take judicial notice re: Certain Documents and Facts. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from D. Blabey re: request for notice if attending Weschler deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from D. Speights re: correcting time of Peterson deposition | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from C. Candon with enclosure; review of Peterson deposition exhibit. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from M. Gaytan re: revised deposition calendar and compare to original. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 08/31/09 | Email from D. Spicuzza with enclosures; review of BNSF Notice of Appeal re: approval of Royal Parties settlement agreement and denying Libby claimants motions to defer consideration and compel discovery (.1); review of Fireman's second amendment to Pre-Trial Statement re: Surety Claim for Phase II Hearing (.1); review of Continental's Opposition re: Plan Proponents' motion to exclude or limit the testimony of Shein (.1); review of request of Government Employees Insurance, et al for court to take judicial notice of certain documents and facts (.1); review of One Beacon's request for court to take judicial notice of certain documents and facts (.5) (voluminous); review of Sale Motion for an Order (A) Approving the Agreements by and between W. R. Grace & Co.-Conn. and the Rectorseal Corp; (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn's Firestopping and Abatement Business to Buyer Free and Clear of Liens, Claims and Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts; and (D) Granting Certain Related Relief (.2). | 1.10 | 467.50 | |
|  |  |  |  |  | ------ | ---------- | |
|  |  |  |  |  | 48.20 | 20,485.00 | |
|  |  |  |  |  | ------ | ---------- | |
|  |  |  |  |  | 48.20 | 20,485.00 | |
|  |  |  |  |  | ------ | ---------- | |

Total records this group:  44

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/03/09 | Download and file June Monthly Fee Application for Orrick Herrington - e-mail to D. Fullem. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/04/09 | Download and print and file June Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/04/09 | Download, print and file Certificate of No Objection for March Fee Application of D. Austern, Certificate of No Objection for May Fee Application of Orrick Herrington and Piper Jaffray and Tre Angeli. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/05/09 | Draft Certificate of No Objection for May Fee Application and scan file and serve after John C. Phillips, Jr. execution of same. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/05/09 | Reconcile payment received to invoices. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/09 | Reconcile payment received to invoices. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/31/09 | Download, file and print Piper Jaffray's July Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/31/09 | Review of and respond to e-mails from D. Fullem. | 0.20 | 30.00 | |
| | | | | | 2.80 | 420.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 08/05/09 | Exhibits Certificate of No Objection re: Phillips, Goldman & Spence 60th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 85.00 | |
| | | | | | 0.20 | 85.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 08/28/09 | E-file CNO re: 41st Monthly Interim App. for Compensation of Orrick, Herrington & Sutcliff LLP. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 08/28/09 | E-file CNO re: 42nd Monthly Interim Application for Compensation of Orrick, Herrington & Sutcliffe LLP. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 08/28/09 | E-file 17th Monthly Interim Application of Tre Angeli, LLC. | 0.20 | 28.00 | |
| | | | | | 0.60 | 84.00 | |
| | | | | | 3.60 | 589.00 | |

Total records this group: 12

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 08/26/09 | Review of Objections to Plan and forward to John C. Phillips, Jr. | 0.20 | 30.00 | ps |
| | | | | | ----- | ------ | |
| | | | | | 0.20 | 30.00 | |
| | | | | | ----- | ------ | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/08/09 | Review of Plan Proponents' Bank Lender Brief as filed with exhibits (.8); review of Plan Proponents' Main Brief in Support of Confirmation as filed with Exhibits (2.9); review of as filed 2nd Amended Plan Proponents' Phase II Pre-Trial Statement with Exhibit A (.2); review of 2nd Amended Description of Plan Proponent Witness Testimony (.2); memorandum to file re: same (.1); review of Amended Notice of Change of 9/22/09 Hearing Date (.1); re-calendar same (.1); e-mail to paralegal re: registering John C. Phillips, Jr. to participate in same by phone (.1); e-mail from counsel for Debtors re: Florence deposition (.1); review of various e-mails re: service of hard copies of exhibits (.1); review of schedule (.1); e-mail from counsel for Anderson re: error in schedule (.1); e-mail from paralegal for Debtors correcting same (.1); review of Personal Injury Committee's Opposition to Libby Claimants' Motion to Strike Dr. Friedman and Dr. Stockman (.3); review of Debtors' Opposition to Libby Claimants' Motion to Strike Dr. Parker (.2); review of Joint Opposition to Creditors' Committee and Bank Lender Group to Plan Proponents Motion to Limit Use of Court's Conclusions re: Solvency (.2); review of Joint Request of Creditors' Committee and Bank Lender Group for Judicial Notice of Certain Documents (.3); review of Creditors' Committee's Notice of Deposition of Denise Martin (.1); review of BNSF's Objection to Plan Proponents' Motion to Limit Use of Court's Conclusions re: Insolvency (.1); review of Stipulation re: Testimony and Reports of Dr. Sam Hammer with enclosure (.1); review of Dr. Hammer's prior reports (.8); review of Debtors' Motion to Approve Settlement with Scotts Company Settlement Agreement and proposed Order (.2); review of Debtors' Motion to Shorten Time and proposed Order re: Motion to Approve Scotts' Settlement (.1). | 7.40 | 3,145.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/10/09 | Review of Objection of BNSF Railway Company to Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for an Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency (.2); review of Plan Proponents' Consolidated Phase II Brief Regarding Insurance Issues of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (.7); review of Debtors' Objection to Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D. (.3); review of Plan Proponents' Motion for Leave to Consolidate Responsive Trial Briefs and Exceed the Single Brief Page Limitation with Respect to Their Consolidated Phase II Trial Briefs in Support of Confirmation of the Joint Plan of Reorganization (.2); review of Plan Proponents' Main Brief in Support of Plan Confirmation (voluminous) (.8); review of Plan Proponents' Phase II Brief Regarding Bank Lender Issues in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (.4); review of Plan Proponents' Phase II Trial Brief in Response to Confirmation Objections of the Libby Claimants (voluminous) (.6). | 3.20 | 1,360.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/14/09 | Review of email from D. Spicuzza with enclosures; review Maryland Casualty's Supplemental Pre-Trial Submission; review of Debtors' Confidential Expert Report of Zilly in Rebuttal to the Expert Report of Frezza (.5). | 0.60 | 255.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/18/09 | Email from K. Yee with enclosures; review of signed Fourth Amended CMO re: First Amended Plan; review of signed Order Denying Libby Claimants' Motion for Modified Order re: Dr. Whitehouse's Expert Report and Production of Reliance Materials; review of signed Agreed Order Between the Plan Proponents and Libby Claimants re: Pretrial Proceedings; review of signed Modified Order Between the Plan Proponents and Libby Claimants re: Individual Claimant Testimony. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/19/09 | Review of e-mail and attached proposed Certification of Counsel and Order Limiting Courts use of findings of fact or conclusions with respect to Solvency. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/20/09 | Email from J. Baer re: clarification of 4th amended CMO and deadlines contained therein. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/20/09 | Email from Morris Nichols with enclosure; review of Travelers' draft Order of witnesses and Estimated time for direct examination at Phase II Confirmation Hearing. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/21/09 | Email from Plan Proponents' counsel with enclosure; review of Plan Proponents' Objections and Counter-Designations to the Objecting Parties' and Arrowood's Phase II Designations | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/21/09 | Emails from Plan Proponents' counsel with enclosures; review of Plan Proponents' Objections and Counter-Designations to the Objecting Parties' and Arrowood Indemnity Company's Phase II Designations (voluminous). | 0.70 | 297.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/21/09 | Email from D. Spicuzza with enclosures; review of Notice of Continued Deposition of McKee; review of Firemans Fund's pre-trial submission re: surety claim for Phase 2 hearing (.1); review of withdrawal of notice of deposition of Martin (.1); review of Libby Claimants' Experts' Rebuttal Response Weill Report (.4); review of Creditors Committee and Bank Lender's joint draft Direct Witness Order and estimated testimony Time (.1); review of Zurich's Draft Order of Witnesses and Estimated Time of Direct Examination (.1); review of Firemans Fund's Draft Order of Witnesses and Estimated time of direct testimony for Phase II Confirmation Hearing (.1); review of Arrowood's draft order of time re: direct examination of direct testimony (.1). | 1.10 | 467.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/24/09 | Letter from counsel for Creditor's Committee re: counter-designation for Ordway with enclosure (.1); review of same (.1); review of Amended Agenda for 8/24/09 Hearing (.1); e-mail from counsel for Debtor re: slides to be used at 8/24/09 Hearing with enclosure; review of same (.2); phone conference with Judge Fitzgerald and all counsel (7.0); review of Arrowood's Objections and Counter-Designations re: Libby Designations (.1); e-mail from counsel for Debtor re: revised deposition schedule with enclosure; review of same (.1); e-mail from counsel for Anderson Memorial requesting revision to same (.1); e-mail from counsel for Debtor re: 8/26/09 Tarola deposition (.1); e-mail from counsel for GEICO re: Deposition Designation Key (.1); e-mail from counsel for Montana re: Amended Deposition Designations with enclosure; review of same (.2); e-mail from counsel for Debtors re: Kruger deposition postponed (.1); e-mail from counsel for Garlock Sealing Technologies re: Order of Witnesses and Time Estimate (.1); review of Certain Plan Objectors' (Insurers) Notice of Counter-Designations re: Finke with Exhibit (.2); e-mail from counsel for One Beacon (3x) re: Notice of Designations re: Shelnitz deposition with deposition pages and Exhibits (.2); review of Anderson Memorial's Order of Witnesses and Time Estimate (.1); review of CNA's Order of Witnesses and Time Estimate (.1). | 9.00 | 3,825.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/24/09 | Review of Anderson Memorial Hospital's draft Direct Witness Order and Estimated Testimony Time (.1); review of Certification of Counsel re: Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency (.1); review of draft Order of Witnesses with Estimated Time of Direct Examination of Government Employees Insurance Company and Republic Insurance Company (.1); review of draft Order of Witnesses with Estimated Time of Direct Examination of Creditors, OneBeacon America Insurance Company and Seaton Insurance Company (.1); review of Response of Sheldon H. Solow to Debtors' Motion for Entry of an Order Approving Stipulation re: Treatment of Certain Claims of the St. Paul and Travelers Under The Plan (.2); review of Joinder of W.R. Grace & Co. to Continued Deposition of Karen McKee (.1); review of CNA's Objections to Certain Deposition Designations of the Libby Claimants, BNSF Railway Company, and the State of Montana (.2). | 0.90 | 382.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/25/09 | Email from J. Boerger with enclosure; review of Government Employees Insurance and One Beacon's Objections to the Plan Proponents' Phase II Counter-Designations. | 0.20 | 85.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/25/09 | Email from A. Newsom with enclosure; review of AXA Belgium's Objections to the Plan Proponents' Phase II Counter-designations. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/25/09 | Email from N. Manzer with enclosure; review of Harford's reservation of rights with respect to Phase II Hearing. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/25/09 | Review of CNA's Final Order of Witnesses with Estimated Time of Direct Examination. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/26/09 | Email from G. Cassada re: representation of Garlock in order to access confidential filings. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/26/09 | Review of Anderson Memorial Hospital's Amended Pre-Trial Submission (.3); review of Anderson Memorial Hospital's Desposition Designations (.1); review of Anderson Memorial Hospital's Direct Witness Order and Estimated Testimony Time (.1); review of CNA's Joinder to the Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon Insurance Company to the Plan Proponents' Phase II Counter-Designations (.2). | 0.70 | 297.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/26/09 | Email from C. Adams with enclosure; review of Libby Claimants' Supplemental Trial Brief re: Opposition to Confirmation of First Amended Joint Plan re; Best Interests of Creditors Test. | 0.40 | 170.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/26/09 | Email from D. Spicuzza with enclosures; review of Hartford's Reservation of Rights re: order of witnesses and estimation regarding time for examination (.1); review of Bank Lender Group and Creditors Committee's Phase II Hearing Exhibits (voluminous) (.7). | 0.80 | 340.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/27/09 | Review of Anderson Memorial Hospital's Objections to Confirmation of Debtors' First Amended Joint Plan re: Feasibility; review of Response of BNSF Railway Company to Plan Proponents' draft Order of Witnesses and Estimated Time of Testimony for Phase II of the Confirmation Hearing. | 0.60 | 255.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/27/09 | E-mail from counsel for Debtor re: Swennes deposition (.1); e-mail from counsel for Debtor re: rescheduling 8/27/09 Meet and Confer (.1); re-calendar same (.1); review of Fireman's Joinder in GEICO's Objections to Plan Proponents' Counter-Designations (.1); e-mail from local counsel for Personal Injury Committee re: Notice of Withdrawal of Plan Proponents Motion in Limine re: Fireman's Opinion Testimony with enclosure and review of same (.2); e-mail to Orrick re: approving same (.1); e-mail from Rick Wyron approving same (.1); e-mail to counsel for Personal Injury Committee approving same (.1); e-mail from local counsel for Personal Injury Committee re: as filed copy of same with enclosure and review of same (.1); e-mail from local counsel for Personal Injury Committee re: submitting Plan Proponents' Exhibit 141 with enclosure and review of same (.1); e-mail from counsel for Libby Claimants re: Modified Order re: expedited Consideration of Motion to Preclude Zilly Testimony with enclosure and review of same (.1); e-mail to paralegal re: signing John C. Phillips, Jr. up to participate in 9/1/09 Hearing (.1); e-mail from counsel for Debtor re: Plan Proponents Objections to Montana's Amended Designations with enclosure and review of same (.1); e-mail to Orrick re: approving same (.1); e-mail from Kate Orr (2x) re: same and review of Kate Orr's revisions to same (.2); e-mail from counsel for Personal Injury Committee (2x) re: same (.1); e-mail from counsel for Debtors re: same (2x) (.1); e-mail to counsel for Debtors approving revised version of same (.1). | 2.00 | 850.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/28/09 | E-mail from counsel for Debtor re: revised Order of Proof with enclosure and review of same (.1); e-mail from counsel for Fireman's Fund re: same (.1); phone conference with counsel for Plan Proponents and all objectors re: same (1.1); e-mail from counsel for Libby Claimants (2x) re: rescheduling 9/1/09 Peterson deposition (.1); e-mail from counsel for Debtors (2x) re: deposition calendar with enclosure; review of same (.1); review of revised version of same (.1); review of Fireman's Second Amended Pretrial Statement re: Surety Claim with Exhibits (.2); review of Revised Notice of Deposition Peterson (.1); review of Certain Objecting Insurers' Objection to Plan Proponents' Motion in Limine re: Priest (.3); review of Certain Objecting Insurers' Objection to Plan Proponents' Motion in Limine re: Shein (.6); review of PI Committee's Joinder to Whitehouse and Moolgard deposition notices (.1); e-mail from counsel for Personal Injury Committee forwarding U.S. Gypsum Personal Injury Trust Distribution Procedures with enclosure; review of same (.3); review of Arrowood's Motion to Strike Libby Claimants' Designations for 21 Claimants (.2); e-mail from counsel for Equity Committee re: canceling Weschler deposition (.1); e-mail from counsel for Anderson Memorial re: same(.1); review of Libby Claimants' Response to Plan Proponents' Motion in Limine to Exclude Testimony of Individual Claimants (.3); review of BNSF's Initial McKee Deposition Designations (.2). | 4.10 | 1,742.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/28/09 | Email from D. Spicuzza with enclosures; review of 9019 Motion re: Settlement of an Asbestos Property Damage Claim involving Presidential Towers Condo (.1); review of Debtors' Motion to Strike and objections and counter-designations of Plan Proponents' to Montana's Amended Designations and Anderson's Untimely Designations (.1); review of Debtors' Deposition Designations, Counter Designations and Counter-Counter Designations and Objections re: First Amended Plan(voluminous) (.5). | 0.70 | 297.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/29/09 | Review of Amended Notice of Deposition Molgaard (.1); review of Amended Notice of Deposition Whitehouse (.1); review of Notice of Submission of Unpublished Documents (.1); review of Notice of Revised Start Time for 8/8/09 Hearing and calendar same (.1); review of Libby Claimants' Amended Final Exhibit List (.2); e-mail from counsel for Fireman's Fund (2x) Objecting to same (.1); e-mail from counsel for Libby Claimants to counsel Fireman's re: same (.1); review of Libby Claimants' Brief in Response to Plan Proponents' Motion in Limine to Preclude Expert Testimony (Reliance Documents) with Exhibits (.5). | 1.30 | 552.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Email from E. Alcabes with enclosure; review of comments and changes to order of proof. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Email from D. Boll with enclosure; review of exhibit to order of proof. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Review of two emails from T. Schiavoni re: presentation of Libby Claimants' documents to be offered at trial. | 0.20 | 85.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Review of Notice of Withdrawal of Plan Proponents' Motion in Limine to Exclude Improper Opinion Testimony Proffered by Fireman's Fund Insurance Company (.1); review of Libby Claimants' Notice of Appeal from Order Authorizing and Approving Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motion to Defer Consideration and Compel Discovery (.1); review of BNSF Railway Company's Initial Deposition Designations of Testimony of Karen O. McKee (.2); review of Anderson Memorial Hospital's Motion to Compel Debtors to Provide Full and Complete Deposition Answers (.3); review of Objections of Certain Objecting Insurers to Motion in Limine of Plan Proponents to Exclude Testimony of Professor George L. Priest (.2); review of Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed by Norfolk Southern Railway (.2). | 1.10 | 467.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Review of emails from various counsel re: changes to order of proof. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/31/09 | Email from R. Stewart with enclosure; review of Response to Libby Claimants Motion in Limine Expert Report of Zilly re: Best Interests Test. | 0.30 | 127.50 | |
| | | | | | 37.10 | 15,767.50 | |
| | | | | | 37.30 | 15,797.50 | |

Total records this group: 32

| | |
|---:|---:|
| 90.30 | 37,381.50 |

93 records printed.