# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

### EXPENSE RECORDS

### FOR THE TIME PERIOD
### AUGUST 1, 2009 THROUGH
### AUGUST 31, 2009

Phillips, Goldman & Spence, P.A.

Page   2

September 19, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99756

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 08/01/09 | Federal Express | 36.98 |
| 08/01/09 | Long distance phone charges | 80.61 |
| 08/05/09 | Postage | 1.49 |
| 08/05/09 | Photocopies | 150.90 |
| 08/24/09 | Check No.: 41202 - John C. Phillips, Jr. - expense reimbursement - Court Call Hearing. | 149.00 |
| 08/24/09 | Check No.: 41202 - John C. Phillips, Jr. - expense reimbursement - Court Call Hearing. | 30.00 |
| 08/24/09 | Check No.: 41202 - John C. Phillips, Jr. - expense reimbursement - Court Call Hearing. | 37.00 |
| | Subtotal for COSTS only: 08/31/09 | $485.98 |