# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2009 THROUGH
# SEPTEMBER 30, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

September 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   99252

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 09/30/09     $43,410.00
        Subtotal for COSTS only: 09/30/09         $67.00
                                             --------------
  CURRENT PERIOD FEES AND COSTS: 09/30/09     $43,477.00
                                             --------------

                       PAY THIS AMOUNT        $43,477.00
                                             ==============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

September 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99252

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 73.6 | 31,280.00 |
| LITIGATION | 24.3 | 10,327.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.6 | 1,105.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.9 | 655.00 |
| CASE ADMINISTRATION | 0.1 | 42.50 |
| Subtotal for FEES only: 09/30/09 | 103.5 | $43,410.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 101.40 | 101.40 | 43,095.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.10 | 2.10 | 315.00 | 0.00 | 0.00 |
| Totals | | 103.50 | 103.50 | 43,410.00 | 0.00 | 0.00 |

```
   Sorts:   Grouping code           (Paginate)
            Client code
            Actual employee code    (Subtotal)
            Transaction date

   Ranges:
        Include "Client code" from WRG to WRG
        Include "Invoice Number" from 99252 to 99252
```

|  |  | Act | Trans |  | Billable | Billable | Gr |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Cd |
| WRG | CASE ADMINISTRATION | JCP | 09/23/09 | Review of Certification of Counsel Regarding Thirty-Second Quarter Project Category Summary. | 0.10 | 42.50 | Ca |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.10 | 42.50 |  |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.10 | 42.50 |  |
|  |  |  |  |  | ----- | ------ |  |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/03/09 | Review of Notice and Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Olympus 555 Properties LLC(.1); review of Notice and Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by F.F. Thompson Continuing Case Center, Inc(.1); review of Notice and Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Gulf Atlantic Properties, Inc(.1); review of Certificate of No Objection re: Debtors' Motion for an Order Approving Settlement Agreement by and Between W.R. Grace & Co., et al. and Scotts Company(.1); review of Certificate of No Objection re Debtors' Motion for an Order Approving the Amended and Restated Settlement Agreement with Certain London Market Insurance Companies(.1). | 0.50 | 212.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/03/09 | Review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Hyatt Corporation; review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by KARK-TV, Inc., et al.; review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbesos Property Damage Claim Filed by Glen Oak Club. | 0.30 | 127.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/08/09 | Review of Allegheny Center Associates Motion for approval of asbestos property claim. | 0.20 | 85.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/08/09 | Review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by Burgdoff Building(.1); review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by Chicago Historical Society(.1). | 0.20 | 85.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/09/09 | Review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by John Muir Hospital(.1); review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by North Arkansas Regional Medical Center(.1); review of Debtors' Notice and Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by Main Plaza, LLC(.1). | 0.30 | 127.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/11/09 | Review of Certificate of No Objection Regarding Debtors' Twenty-Seventh Omnibus Objection to Claims. | 0.10 | 42.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/14/09 | Review of Declaration of Service re: Order Approving Stipulation Resolving ICI Proof of Claim with Exhibits(.1); review of Declaration of Service re: Order Continuing Debtors' Objection to Massachusetts Department of Revenue Proof of Claim with Exhibits(.1); review of Declarartion of Service re: Order Continuing Debtors' 25th Omnibus Objection to Claims with Exhibits(.1); review of Debtors' Motion to Approve Amended Settlement Agreement with Chartis Insurance with Exhibits and Proposed Order(.2). | 0.50 | 212.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/15/09 | Email from D. Spicuzza with enclosures; review of Debtors' 9019 Motion for Order re: Agreement Amending and Restating the Asbestos Settlement with Aetna; review of Proffer of Testimony from Sanders in Support of Confirmation Plan; review of Order approving Debtors' 27th omnibus objection to claims. | 0.30 | 127.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/22/09 | Review of BNSF's Motion Approving Stipulation re: Proof of Claims pursuant to EPA multi-state agreement. | 0.10 | 42.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/30/09 | Review of Debtors' 33rd Quarterly Report of Settlements. | 0.10 | 42.50 | |
| | | | | | ----- | --------- | |
| | | | | | 2.60 | 1,105.00 | |
| | | | | | ----- | --------- | |
| | | | | | 2.60 | 1,105.00 | |
| | | | | | ----- | --------- | |

Total records this group:   10

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/02/09 | Review of email from M Gaytan canceling deposition of Martin. | 0.10 | 42.50 | Li |
| WRG | LITIGATION | JCP | 09/02/09 | Review of CNA's and MCC's Objection re: Libby Claimants Motion for Expedited Consideration of Motion to Compel. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/02/09 | Email from C. Adams with enclosures; review of Libby's Motion to Compel Discovery of Coverage Correspondence from the Plan Proponents, CNA, and Maryland Casualty; review of Motion of Libby Claimants re: expedited consideration of same. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 09/02/09 | E-mail from counsel for Debtors re: Plan Proponents' Opposition to Creditors' Committee's and Bank Lenders' Request to Take Judicial Notice of Estimation Proceeding with enclosure(.1); review of and revise same (.5 hr); e-mail to and e-mail from Jonathan Guy re: approving same; e-mail to counsel for Debtors re: revisions and Revised draft(.1); e-mail from counsel for Debtors (2x) re: same(.1); e-mail from counsel for Debtors re: revised version of same with enclosure(.1); review of revised draft of Plan Proponents' Opposition to Request to Take Judicial Notice of Estimation Proceeding (.2 hr). | 1.10 | 467.50 | |
| WRG | LITIGATION | JCP | 09/02/09 | Review of CNA's Objections to Certain Exhibits Proffered by the Libby Claimants and the State of Montana; review of CNA's Objections to Certain Exhibits Proffered by BNSF Railway Company. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 09/03/09 | Review of Certification of Debtors' Counsel re: Amended Settlement with Allstate Insurance. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/03/09 | Email from D. Spicuzza with enclosures; review of Fireman's Fund's Amendment to Phase II Pre-Trial Statement re: Surety Claim; review of Debtors Certificate of No Objection re: Motion approving the Settlement Agreement with Allstate; review of Order Amending CMO to the Extent an Expert Report is Needed on the Best Interests Test and Denying Motion to Preclude Zilly's Testimony; review of Joinder of Fireman's Fund et al. to Objections of Government Employees Insurance Company et al. re: Phase II Trial Exhibits Proffered by Plan Proponents and Reservation of Evidentiary Objections re: Phase II Trial Exhibits Proffered by all Parties. | 0.40 | 170.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 09/04/09 | Review of Certification of Counsel re: Order re: Libby Claimants' Motion to Supplement Molgaard Report with proposed Order (.1); e-mail from counsel for Debtors re: Response to FFIC's Motion to Shorten Time on its Lift Stay Motion with enclosure (.1); review of FFIC's Motion to Shorten Time and proposed Order (.2); review of PPs' draft Opposition to same and proposed Order (.2); e-mail from Jonathan Guy re: revision to same(.1); e-mail from counsel for Debtors re: revised draft of same with enclosure (.1); review of revised draft PPs' Opposition and proposed Order (.1); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail to counsel for Debtors approving same(.1); e-mail from counsel for Personal Injury Committee approving same(.1); review of as filed version of same(.1); e-mail from counsel for Debtors' re: PPs' Libby Disclosure Statement with enclosure; review of same(.3); e-mail from counsel for Debtors re: filing of same(.1); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail to counsel for Debtors approving same(.1); e-mail from counsel for Personal Injury Committee approving same(.1); review of as filed version of same(.1); e-mail from Jonathan Guy re: Stipulation Concerning Libby Claimants Affidavits with enclosure; review of same(.3); e-mail from and e-mail to counsel for Debtor approving filing of same(.1); e-mail from and e-mail to Jonathan Guy re: approving Best Interests Brief (.1); review of same (.7); e-mail from and e-mail to (2x) counsel for Debtors approving same(.1); e-mail from counsel for Equity approving same(.1); review of as filed copy of same(.1); e-mail from counsel for Debtors re: 9/4/09 Meet and Confer re: Post-Trial Briefing Order with enclosure; review of same(.2); calendar same(.1); e-mail from counsel for Equity Committee re: same(.1); phone conference with all counsel re: same (.8); e-mail from counsel for One Beacon re: Stipulation re: Corporate Identity with enclosure (.1); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail to counsel for One Beacon approving same; e-mail from counsel for Debtors re: Plan Modifications with enclosure; review of same and Notice of Submission of same (.5); review of as filed versions of same; e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail to counsel for Debtors' approving same(.1); e-mail from counsel for Personal Injury Committee approving same(.1); e-mail from counsel for Debtor re: computers in Judge Fitzgerald's Court Room(.1); e-mail from counsel for Debtors re: Daubert Motion (Reply) to Exclude Whitehouse, Frank Molgaard and Spear Testimony with enclosure; review of same (.5); e-mail to and e-mail from (2x) Jonathan Guy re: approving same(.1); e-mail from counsel for Personal Injury Committee (2x) re: revisions to same(.1); e-mail to counsel for Debtors approving same with revisions(.1); e-mail from counsel for Debtors re: further revisions with enclosure (.1); review revised version of same(.2); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail from counsel for Debtors approving same(.1); e-mail from counsel for Personal Injury Committee approving same(.1). | 7.70 | 3,272.50 | Li |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 09/05/09 | Review of Amended Agenda for 9/8/09 Hearing; review of as filed version of Plan Proponents Reply in support of Motion in Limine to Exclude Whitehouse, Frank Molgaard and Spear; e-mail from counsel for One Beacon re: Stipulation re: Corporate Identity. | 0.40 | 170.00 | Li |
| WRG | LITIGATION | JCP | 09/08/09 | Email from M. Gaytan requesting information for call in for McComas deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/10/09 | Review of BNSF Railway Company's Designation of Record and Statement of Issues on Appeal; review of Anderson Memorial Hospital's Supplemental Deposition Designation; review of Libby Claimants' Designation of Record and Statement of Issues on Appeal. | 0.50 | 212.50 | |
| WRG | LITIGATION | JCP | 09/11/09 | Review of Plan Proponents' Response to Libby Claimants' Motion to Compel Discovery of Coverage Correspondence; review of Phase II Stipulation. | 0.50 | 212.50 | |
| WRG | LITIGATION | JCP | 09/12/09 | E-mail from counsel for Debtors re: additional exhibits for 9/14/09 Hughes testimony with enclosure; review of Exhibits(.2); review of Libby Claimants' Objections to 1st Set of Plan Modifications(.2); e-mail from counsel for Longacre re: Stipulation of Facts re: Longacre's Objections to Confirmation with enclosure; review of proposed Stipulation (.1); e-mail to Orrick requesting permission to approve same(.1); e-mail from counsel for Personal Injury Committee approving same(.1); e-mail from counsel for Debtors denying approval of same(.1); e-mail from counsel for Longacre re: correcting same(.1); e-mail from Roger Frankel re: same(.1). | 1.00 | 425.00 | |
| WRG | LITIGATION | JCP | 09/13/09 | E-mail from Jonathan Guy re: possibly approving Longacre Stipulation on 9/14/09(.1); e-mail to counsel for Longacre withholding approval of same(.1); e-mail from counsel for Longacre re: same(.1); e-mail from counsel for Longacre re: same with enclosure; review of revised Longacre Stipulation (.1); e-mail from counsel for Longacre re: filing revised Longacre Stipulation with enclosure; review of as filed version of same(.1); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail from counsel for Debtors re: revisions to GEICO's proposed Stipulation re: Trial Exhibits(.1); e-mail to and e-mail from Jonathan Guy re: same(.1); e-mail from counsel for GEICO re: proposed revisions to same(.1); e-mail from counsel for Debtors (2x) re: Todd Mayner Declaration(.1); e-mail from counsel for GEICO re: same(.1); e-mail from counsel for Debtors re: schedule of witnesses(.1). | 1.20 | 510.00 | |
| WRG | LITIGATION | JCP | 09/14/09 | Review of Proffer of Testimony from the Honorable Alexander M. Sanders, Jr., Asbestos PD FCR in Support of Confirmation of First Amended Plan. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/14/09 | Email from M. Gaytan with enclosures; review of final slides for Shelnitz, Finke and Hughes. | 0.30 | 127.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/14/09 | Review of Notices from 3rd Circuit re: Division of Argument Time(.2); review of Order Approving Agreements between Debtors and Rectorseal with Exhibits(.2); phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9:00 - 12:15, 1:00 - 5:33 (7.8); e-mail from counsel for Arrowood re: Exhibits 34 and 57 (2 Declarations) with enclosure (.1); review of same(.1); e-mail from counsel for Debtors re: 9/15/09 witnesses(.1). | 8.30 | 3,527.50 | Li |
| WRG | LITIGATION | JCP | 09/15/09 | Email from counsel for Debtors with enclosures; review of Notices of Deposition for Soloman, Freeman and Hilton. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/16/09 | Review of email from M. Gaytan re: call in information for Solomon's deposition; review of email from L. Esayian re: delay in start of Solomon's deposition. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/16/09 | Email from J. Baer re: revised version of proposed Scheduling Order for Post-Trial Motions; review of Order. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 09/16/09 | Email from D. Spicuzza with enclosures; review of final Stipulation between Government Employees Ins., OneBeacon, Republic, Seaton, Debtors, Committee of Asbestos Personal Injury Claimants, Austern, Asbestos Personal Injury Future Claimants' Rep. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 09/23/09 | Review of Certification of Counsel re: Stipulation Resolving Arrowood's Objections to Libby Claimants' Deposition Designations with proposed Praecipe; review of Agenda for 9/29/09 Hearing; review of miscellaneous pleadings. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 09/24/09 | Review of Order (Modified) Approving Stipulation between Arrowood, Maryland Casualty, CNA and Libby Claimants resolving Arrowood's Objections to Libby Claimants' Deposition Designations. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 09/25/09 | E-mail from counsel for Debtors (3x) re: Exhibits and Deposition Designations; e-mail from counsel for Personal Injury Committee re: same. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 09/26/09 | Review of miscellaneous pleadings; e-mail from paralegal for Debtors re: Master Admitted Exhibit List. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 09/30/09 | Email from D. Spicuzza; review of Memorandum and Order entered by Buckwalter re: Department of General Services Appeal. | 0.40 | 170.00 | |
| | | | | | 24.30 | 10,327.50 | |
| | | | | | 24.30 | 10,327.50 | |

Total records this group: 26

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/09/09 | Reconcile payment received to invoices associated with Fee Applications | 0.20 | 30.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/15/09 | Download and file June, July and August Fee Applications for David Austern. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/15/09 | Download and file 14th Quarterly Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/15/09 | Download and file 14th Quarterly Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/30/09 | Scan file and serve application to retain Lincoln Partners after John C. Phillips, Jr. approval of same; make searchable file and request help desk exchange documents. | 0.50 | 75.00 | |
| | | | | | 2.10 | 315.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/29/09 | E-mail from and e-mail to Debbie Felder re: Radecki employment application to be filed 9/30/09. | 0.10 | 42.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/30/09 | E-mail from Debbie Felder re: 9/30/09 filing; review of Future Claimants' Representative's draft Application to Employ Lincoln Partners(.1); e-mail from Debbie Felder re: final version of same with enclosure; review of final version of same(.1); conference with Celeste A. Hartman re: e-signing and filing same(.1); e-mail from and e-mail to Debbie Felder (2x) re: same(.1); conference with Celeste A. Hartman re: filing documents in pdf-searchable form to respond to Debbie Felder(.1); review of pdf-searchable documents (.1); e-mail from Celeste A. Hartman to Help Desk re: substituting same(.1). | 0.70 | 297.50 | |
| | | | | | 0.80 | 340.00 | |
| | | | | | 2.90 | 655.00 | |

Total records this group:   7

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/01/09 | Review of email from J. Boerger with enclosure; review of OneBeacon's response to the Phase II Trial Exhibits filed by Plan Proponents and Reservation of Evidentiary Objections as to Phase II Trial Exhibits filed by All Parties. | 0.20 | 85.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/01/09 | Review of CNA Companies' Joinder to Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Taken Outside the Bankruptcy(.1); review of Expert Report of Pamela D. Zilly re: The Best Interests Test(.8); review of Debtors' Response to Libby Claimants' Motion to Preclude Expert Testimony by Pamela D. Zilly re: The Best Interests Standard(.3). | 1.20 | 510.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/01/09 | E-mail from counsel for Libby Claimants re: cancellation of balance of Peterson deposition(.1); e-mail from counsel for plaintiff (3x) re: Kruger deposition(.1); e-mail from counsel for Fireman's to counsel for plaintiff re: treating certain of plaintiff's exhibits as being withdrawn(.1); e-mail from counsel for Arrowood (2x) re: supplementing its Exhibit list with enclosure; review of new exhibits (.2 hrs); review of Montana's Objection to Plan Proponents' Motion to Strike Montana's Counter-Designations (.3 hr); phone conference with Judge Fitzgerald and all counsel re: Libby Claimants' Motion to Bar Zilly Testimony (.9 hr); review of Agenda for 9/8/09 Hearing (.1 hr); review of Travelers' Reservation of Rights re: Plan Proponents' Exhibits(.1); review of BNSF's Objections to Plan Proponents' Exhibits(.2); review of Hartford's Objections to Exhibit 106(.1); review of Libby Claimants' Response to Arrowood's Motion to Strike Libby's Designation of 21 Claimants' Transcripts(.3); review of Libby Claimants' Objection to Exhibits Identified by Plan Proponents, CNA, MCC, BNSF & Montana with Exhibit (.3 hr); e-mail from and e-mail to counsel for Debtors re: approving Plan Proponents' Objections to Plan Objectors' Trial Exhibits with enclosure(.1); review of same(.3); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail from counsel for PI Committee approving same(.1); e-mail from counsel for Equity Committee approving same(.1); e-mail from and e-mail to counsel for Debtors re: approving Plan Proponents' Statement re: Requests for Judicial Notice with enclosure(.1); review of same(.2); e-mail to and e-mail from Jonathan Guy re: approving same(.1); e-mail from counsel for Equity Committee approving same(.1); review of Fireman's Objections to Plan Proponents' Exhibits(.2); review of Arrowood's Request for Judicial Notice(.2); review of Arrowood's Objections to BNSF's Exhibit List (.2 hr); review of Arrowood's Objections to Libby Claimants' Exhibit List (.2 hr); review of Arrowood's Objections to Montana's Exhibit List(.2); review of Arrowood's Reservation of Rights re: Plan Proponents' Exhibit List (.1 hr). | 5.10 | 2,167.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/01/09 | Review of email from M. Shiner with enclosure; review of AXA Belgium Joinder to One Beacon's response re: Phase II Trial Exhibits filed by Plan Proponents and Reservation of Evidentiary Objections. | 0.10 | 42.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/01/09 | Review of email from D. Potts with enclosure; review of Plan Proponents' Objection re: Plan Objectors' Trial Exhibits for Phase II of the Confirmation Hearing and Motion to Exclude same. | 0.30 | 127.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/02/09 | Email from J. Wehner with enclosure; review of draft of Plan proponents reply brief to exclude or limit testimony of Shein and provide comments on same. | 0.30 | 127.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/02/09 | Email from V. Preston with enclosure; review of Plan Proponents' Statement re: requests for judicial Notice by Seaton, et al. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/02/09 | Email from J. Deeney with enclosure; review of Federal Insurance Company's Joinder to the objections of Government Employees et al. to Phase II Trial Exhibits Proffered By Plan Proponents and Reservation of Evidentiary Objections re: Phase II Trial Exhibits Proffered by all Parties. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/03/09 | Review of Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon America Insurance Company to the Phase II Trial Exhibits Proffered by Plan Proponents and Reservation of Evidentiary Objections as to Phase II Trial Exhibits Proffered by All Parties(.2); review of Travelers Casualty and Surety Company's Reservation of Rights Regarding Exhibits Designated by Plan Proponents and Objectors(.1); review of Objections of BNSF Railway Company's to Exhibits Designated by Plan Proponents and Objectors(.2); review of Anderson Memorial Hospital's Reservations and Conditional Objections to Plan Proponents' Proffered Trial Exhibits for Phase II of the Confirmation Hearing(.2). | 0.70 | 297.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/07/09 | E-mail from counsel for Debtors re: Plan Proponents Emergency Motion for Order re: Procedure for Confidential Libby Claimant Information During Confirmation Hearing with enclosure; review of and revise same and proposed Order (.4); review of Motion to Shorten Time re: same and proposed Order (.1); e-mail from counsel for Personal Injury Committee re: proposed revisions to PPs' Emergency Motion (.1); e-mail from and e-mail to Jonathan Guy re: approving Plan Proponents Emergency Motion with proposed revision(.1); e-mail to counsel for Debtors approving same (.1); review of as filed version of same; review of Debtors' Certification of Counsel re: Plan Proponents Proposed Order re: Post-Trial Briefing Schedule(.1); review of Proposed Order (.1); review of Debtors' Motion in Limine to Preclude Libby Claimants from Identifying Additional Claimants Outside Scope of 8/17/09 Modified Order and proposed Order (.3); review of Debtors' Motion to Shorten Time and proposed Order re: same(.1); review of Plan Proponents substitute Exhibit PP281 (Declaration of Kevin Martin Certifying Tabulation of Ballots) (.2). | 1.60 | 680.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/08/09 | Review four emails from S. Foster with enclosures; review of Fireman's Fund's Stipulation re: Phase II "Surety Claim" Related Objections to First Amended Plan (voluminous). | 0.70 | 297.50 | |

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/08/09 | Email from T. Langenkamp with enclosure; review of Plan Proponents Exhibits 500 and 501. | 0.10 | 42.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/08/09 | Review of PP Exhibit 178A re: Mark Peterson Legal Analysis Systems (.2); review of PP Exhibit 174 re: Dr. Laura Welch (.2); phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9:00 - 12:12; 1:00 - 6:42) (8.9). | 9.30 | 3,952.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/08/09 | Review of Modified Order Granting Arrowood's Motion to Shorten Notice re: Arrowood's Motion to Strike, and Objections to, The Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Take Outside the Bankruptcy(.1); review of Notice of First Set of Modifications to Joint Plan of Reorganization (voluminous)(.9); review of Plan Proponents' Response to Supplemental Trial Brief of Libby Claimants in Opposition to Confirmation of First Amended Joint Plan (.5); review of Certification of Counsel and Certificate of No Objection re: Debtors' Motion for an Order Approving Stipulation Regarding Treatment of Certain Claims of St. Paul and Travelers Under The Plan (.2); review of Plan Proponents' Reply in Support of Their Motion to Exclude or Limit Testimony of James B. Shein Pursuant to Daubert and FRE 702 and 703 (.3); review of Plan Proponents' Reply Memorandum in Support of the Motion in Limine to Exclude the Expert Report and Testimony of George L. Priest(.4); review of the Official Committee of Asbestos Personal Injury Claimants' Stipulation Regarding Testimony and Report of Dr. William E. Longo (voluminous)(.7). | 3.10 | 1,317.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/09/09 | Phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9-1:00;1:45-6:03)(8.3); e-mail from counsel for PI Committee re: McComas deposition (.1); review of BNSF's Designation of Record and Statement of Issues on Appeal(.1); e-mail from counsel for Travelers re: 2 Exhibits to be used at Confirmation Hearing with enclosure; review of same(.1); review of 3rd Circuit Notice of oral argument(.1). | 8.70 | 3,697.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/10/09 | Phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9:00 - 11:50; 12:45 - 5:12) (7.3); review of Order Approving Stipulation re: Treatment of St. Paul's/Travelers' Claims under Plan(.1); review of Order Approving Debtors' Settlements with the Scott Company(.1); review of Order Approving Amended Settlement Agreement with Lloyd's(.1); review of Order Approving Amended Settlement with Allstate(.1); review of miscellaneous pleadings (.3); review of as filed version of Plan Proponents' Response to Libby Claimants' Motion to Compel re: Coverage Correspondence with Exhibits(.2); review of Libby Claimants' Response to Arrowood's Motion to Strike Depositions Designations for Individual Libby Claimants(.2); review of Phase II Stipulation between Garlock Sealing Technologies and Plan Proponents(.1); e-mail from counsel for GEICO re: draft Stipulation between Certain Insurers and PPs re: admissibility of Certain Exhibits with enclosure; review of Stipulation (.2); e-mail from counsel for Debtors re: Order of 9/11/09 Hearing witnesses(.1); e-mail from counsel for Debtors re: Rule 1006 summaries re: non-products coverage and claimants outside of Libby to be used by Jay Hughes with enclosure (.1); review of 3 slides to be used during Jay Hughes' testimony(.1). | 8.80 | 3,740.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/11/09 | Phone conference with Judge Fitzgerald and all counsel (8:30 - 12:25; 1:00-5:00 (7.9); e-mail from counsel for Debtors re: witness scheduling(.1); review of Anderson Memorial's Supplemental Deposition Designation(.1); review of Maryland Casualty's Opposition to Libby Claimants' Motion to Compel Coverage Correspondence and Declaration in Support(.1); review of Libby Claimants' Notice of Deposition of Pam Zilly(.1); e-mail from counsel for Libby Claimants re: same(.1); e-mail from counsel for Debtors re: additional Exhibit re: Lender issues with enclosure; review of same (.1); e-mail from counsel for Debtors (2x) re: Certain Debtors proposed Stipulation re: Trial exhibits (.1); e-mail from counsel for Debtors re: deposition calendar with enclosure; review of same(.1). | 8.70 | 3,697.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/15/09 | Email from C. Adams with enclosure; review of Libby Claimants' Offer of Proof re: testimony of Spear. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/15/09 | Phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9:00-12:36;1:30-6:36). | 8.70 | 3,697.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/15/09 | Email from J. Baer re: affidavit re: submission in lieu of live testimony for Canadian counsel; review of affidavit and exhibits. | 0.20 | 85.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/15/09 | Email from M. Gaytan with enclosure; review of Plan Proponents allowed Exhibit PP 507-5a. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/16/09 | Phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (9:00 - 1:25; 2:00 - 6:30). | 8.90 | 3,782.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/17/09 | Phone conference with Judge Fitzgerald and all counsel re: Phase II Confirmation Hearing (8:30 - 12:30) (4 hrs). | 4.00 | 1,700.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/17/09 | Email from D. Spicuzza with enclosures; review of Debtors' Motion In Limine to Preclude testimony of Ewing (.2); review of Debtors' Motion to Strike untimely Deposition Designations of Anderson Memorial (.2); review of Edwards Claimants' Joinder in Debtors' Brief in Opposition of Fireman's Fund's Motion for Relief From The Automatic Stay (.1); review of Kaneb's Stipulation re: Evidentiary Matters Relating to Confirmation of Plan (.1); review of Stipulation re: Phase II Confirmation Hearing re: Declaration of Kevin A. Martin re: Ballots tabulated from Parties residing in Libby or Troy, Montana (.2). | 0.80 | 340.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/18/09 | Email from V. Preston with enclosure; review of Affidavit of Orestes Pasparkis in Grace Canada, Inc. case. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/18/09 | Email from Y. Dalton with enclosure; review of Arrowood's designation of additional items for Inclusion in the record on appeal. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/18/09 | Email from P. Broadwater with enclosure; review of Affidavit Under 11 U.S.C 327(e) of Rees Griffiths. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/18/09 | Email from D. Speights re: response to inquiry as to status of deposition testimony from 9/15 and 9/16 not being part of confirmation record. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/18/09 | Email from D. Fullem re: transcript access for 9/9 and 9/10 Hearing. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/29/09 | Review of Certification of Counsel re: Hearing Dates(.1); calendar same(.1); phone conference with Judge Fitzgerald and all counsel (.7); e-mail from counsel for Debtors' re: signed Order re: 10/7/09 Hearing Date with enclosure; review of same(.1); e-mail to paralegal re: signing John C. Phillips, Jr. up to participate by phone(.1); e-mail from counsel for Debtors' re: Stipulation re: Finke Testimony with enclosure; review of proposed Stipulation (.1). | 1.20 | 510.00 | |
| | | | | | 73.60 | 31,280.00 | |
| | | | | | 73.60 | 31,280.00 | |

Total records this group: 30

103.50   43,410.00

74 records printed.