# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 09, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       Invoice# 1693845            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.50 hrs. at | $745.00 | /hr. = | $4,097.50 |
| WS KATCHEN | OF COUNSEL | 0.40 hrs. at | $835.00 | /hr. = | $334.00 |
| S LENKIEWICZ | PARALEGAL | 8.70 hrs. at | $175.00 | /hr. = | $1,522.50 |
| | | | | | $5,954.00 |

DISBURSEMENTS
| | |
|---|---|
| AMTRAK | $221.40 |
| MEETING EXPENSE | $19.07 |
| OVERNIGHT MAIL | $31.46 |
| POSTAGE | $109.24 |
| PRINTING & DUPLICATING | $100.00 |
| TRAVEL - LOCAL | $31.00 |
| TOTAL DISBURSEMENTS | $512.17 |

DUANE MORRIS LLP

Duane Morris
September 09, 2011
Page 2

File # K0248-00001                                    INVOICE# 1693845
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/20/2011 002 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PROTECTIVE ORDER ENTERED IN CONNECTION WITH SALE ORDER | 0.10 | $74.50 |
| 8/2/2011 002 | MR LASTOWSKI | REVIEW ORDER RE: ACQUISITION ORDER | 0.10 | $74.50 |
| 8/10/2011 002 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: PROJECT LARCH | 0.10 | $74.50 |
| 8/15/2011 002 | MR LASTOWSKI | REVIEW FILES RE: PROJECT LARCH DOCUMENTS | 0.90 | $670.50 |
| 8/15/2011 002 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: PROJECT LARCH | 0.10 | $74.50 |
| 8/23/2011 002 | MR LASTOWSKI | REVIEW SEAL MOTION RELATING TO SALE | 0.20 | $149.00 |
| | | Code Total | 1.50 | $1,117.50 |

Duane Morris
September 09, 2011
Page 3

File # K0248-00001                                                    INVOICE# 1693845
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/18/2011 | 004 | S LENKIEWICZ | REVIEW DOCKET AND CALENDAR DEADLINES | 0.20 | $35.00 |
| 8/31/2011 | 004 | MR LASTOWSKI | REVIEW OMNIBUS HEARING DATE ORDER | 0.10 | $74.50 |
| 8/31/2011 | 004 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI (.1); DOWNLOAD DOCKET FOR PAST 30 DAYS AND FORWARD TO SAME (.2) | 0.30 | $52.50 |
| | | | Code Total | 0.60 | $162.00 |

Duane Morris
September 09, 2011
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1693845

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2011 005 | MR LASTOWSKI | REVIEW STATUS OF CALIFORNIA SETTLEMENT | 0.30 | $223.50 |
| | | Code Total | 0.30 | $223.50 |

Duane Morris
September 09, 2011
Page 5

File # K0248-00001                                          INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/1/2011 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORT RE: 40TH DUANE MORRIS INTERIM FEE APPLICATION AND RESEARCH UNDERLYING ISSUES | 0.40 | $298.00 |
| 8/4/2011 012 | S LENKIEWICZ | REVIEW JULY INVOICE AND EMAIL TO ACCOUNTING RE SAME (.2); RECEIPT AND REVIEW OF BACKUP REGARDING SAME (.1) | 0.30 | $52.50 |
| 8/5/2011 012 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI RE MONTHLY INVOICE BACK-UP GOING FORWARD | 0.20 | $35.00 |
| 8/8/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 114TH MONTHLY FEE APPLICATION FOR JULY 2011 | 0.70 | $122.50 |
| 8/8/2011 012 | S LENKIEWICZ | REVIEW FEE AUDITOR REPORT RE VARIOUS EXPENSES (.1); REVIEW INVOICES AND OBTAIN BACK-UP (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.2) | 0.50 | $87.50 |
| 8/8/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 113TH MONTHLY FEE APPLICATION FOR JUNE 2011 (.7) | 0.70 | $122.50 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW AND REVISE RESPONSE TO FEE AUDITOR REPORT | 0.20 | $149.00 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW AND APPROVE JULY 2011 MONTHLY FEE APPLICAITON | 0.20 | $149.00 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW, MODIFY AND APPROVE JUNE 2011 MONTHLY FEE APPLICAITON | 0.20 | $149.00 |
| 8/9/2011 012 | S LENKIEWICZ | REVISE DUANE MORRIS' JUNE AND JULY MONTHLY FEE APPLICATIONS (.3); TELECONFERENCE WITH ACCOUNTING RE EXPENSES (.2); REVIEW BACKUP DOCUMENTATION RE SAME (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1) | 0.80 | $140.00 |
| 8/9/2011 012 | S LENKIEWICZ | PREPARE RESPONSE TO FEE AUDITOR REPORT RE DUANE MORRIS QUARTERLY FEE APPLICATION | 0.70 | $122.50 |
| 8/10/2011 012 | S LENKIEWICZ | EMAIL TO J. VILLENUEVA ATTACHING JUNE AND JULY INVOICES AND REQUESTING DETAILED DESCRIPTIONS OF EXPENSES | 0.20 | $35.00 |
| 8/11/2011 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS' 113TH MONTHLY FEE APPLICATION (.4); FINALIZE AND EFILE DUANE MORRIS' 114TH FEE | 1.00 | $175.00 |

Duane Morris
September 09, 2011
Page 6

File # K0248-00001                                                    INVOICE# 1693845
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | APPLICATION (.4); COORDINATE SERVICE OF SAME (.2) | | |
| 8/14/2011 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: FEE REPORT | 0.10 | $74.50 |
| 8/14/2011 012 | MR LASTOWSKI | PREPARE RESPONSE TO FEE AUDITOR REPORT | 0.60 | $447.00 |
| 8/14/2011 012 | MR LASTOWSKI | TRANSMIT TO FEE AUDITOR RESPONSE TO FEE AUDITOR REPORT | 0.10 | $74.50 |
| 8/15/2011 012 | MR LASTOWSKI | REVIEW AND REVISE RESPONSE TO FEE AUDITOR REPORT | 0.50 | $372.50 |
| 8/18/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 41ST QUARTERLY FEE APPLICATION AND NOTICE | 1.20 | $210.00 |
| 8/30/2011 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $74.50 |
| | | Code Total | 8.70 | $2,890.50 |

Duane Morris
September 09, 2011
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1693845

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/2/2011 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 88TH FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 8/17/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE NOTICE OF SSL'S 41ST QUARTERLY FEE APPLICATION (.2); FINALIZE 41ST QUARTERLY FEE APPLICATION, NOTICE, CERTIFICATES OF SERVICE AND EXHIBITS AND EFILE SAME (.5); FORWARD E-FILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.2) | 1.00 | $175.00 |
| 8/30/2011 013 | S LENKIEWICZ | FINALIZE SSL'S 124TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| | | Code Total | 1.90 | $332.50 |

Duane Morris
September 09, 2011
Page 8

File # K0248-00001                                                                    INVOICE# 1693845
       W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2011 015 | MR LASTOWSKI | REVIEW 8/29/11 AGENDA NOTICE | 0.10 | $74.50 |
| | | Code Total | 0.10 | $74.50 |

Duane Morris
September 09, 2011
Page 9

File # K0248–00001
    W.R. GRACE & CO.

INVOICE# 1693845

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/31/2011 017 | MR LASTOWSKI | REVIEW APPELLEE BRIEF OF CNA COMPANIES | 1.10 | $819.50 |
| | | Code Total | 1.10 | $819.50 |

Duane Morris
September 09, 2011
Page 10

File # K0248-00001                                          INVOICE# 1693845
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/8/2011 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $167.00 |
| 8/8/2011 | 025 | WS KATCHEN | REVIEW RESPONSE TO PLAN PROPONENTS TO SUPPLEMENTAL AUTHORITY. | 0.10 | $83.50 |
| 8/18/2011 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL NO OBJECTION - CALIFORNIA ASBESTOS PROPERTY CLAIMS SETTLEMENT. | 0.10 | $83.50 |
| | | | Code Total | 0.40 | $334.00 |
| | | | TOTAL SERVICES | 14.60 | $5,954.00 |

Duane Morris
September 09, 2011
Page 11

File # K0248-00001                                     INVOICE# 1693845
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|-----|--------|
| 08/31/2011 | POSTAGE | | 109.24 |
| | | Total: | $109.24 |
| 08/31/2011 | TRAVEL - LOCAL | | 31.00 |
| | | Total: | $31.00 |
| 08/31/2011 | MEETING EXPENSE | | 19.07 |
| | | Total: | $19.07 |
| 07/15/2011 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794976331054) | | 8.30 |
| 07/15/2011 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797307495197) | | 23.16 |
| | | Total: | $31.46 |
| 06/28/2011 | AMTRAK TRAIN ON 06/28/2011 FOR WILLIAM S. KATCHEN- NEWARK, NJ TO PHILADELPHIA, PA TKT: 795039581107 | | 71.40 |
| 06/28/2011 | AMTRAK TRAIN ON 06/28/2011 FOR WILLIAM S. KATCHEN- PHILADELPHIA, PA TO NEWARK, NJ TKT: 798457512364 | | 150.00 |
| | | Total: | $221.40 |
| 08/31/2011 | PRINTING & DUPLICATING | | 100.00 |
| | | Total: | $100.00 |
| | TOTAL DISBURSEMENTS | | $512.17 |