IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 12/2/2011 |
| | ) | Hearing Date: 12/19/2011 @ 9:00 a.m. |

## COVER SHEET
## TWENTY-SECOND QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT EXPENSES FOR THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, PI Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 *Nunc Pro Tunc* to May 24, 2004 |
| Period for which Compensation is Sought: | July 1, 2009 through September 30, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $103,561.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,372.56 |
| Total Requested: | $104,934.06 |

This is an:   __X__ interim   __X__ quarterly   _____ monthly   _____ final application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline:12/2/2011 |
| ) | Hearing Date: 12/19/2011@ 9:00 a.m. |

## SUMMARY FOR THE
## TWENTY-SECOND QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT EXPENSES FOR THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

## PREVIOUS APPLICATIONS FILED

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.60 | $2,187.60 |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No. 8613 | N/A | $4,129.20 | $4,129.20 |
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $7,397.60 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.26.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed 9.14.05 Dkt No. 9418 | N/A | $3349.49 | $3349.49 |
| 11th Monthly Application 4.1.05-4.30.05 Filed 6.6.05 Dkt No. 8554 | $4,910.00 | $195.51 | Filed 7.26.05 Dkt No. 9094 | $3,928.00 | $982.00 | $4,123.51 |
| 12th Monthly Application 5.1.05-5.31.05 Filed 6.27.05 Dkt No. 8686 | $3,596.00 | $309.93 | Filed 7.20.05 Dkt No. 9029 | $2,876.80 | $719.20 | $3,186.73 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 13th Monthly Application 6.1.05-6.30.05 Filed 7.26.05 Dkt No. 9095 | $5,395.00 | 1,093.35 | Filed 8.31.05 Dkt No. 9288 | $4,316.00 | $1,079.00 | 5,409.35 |
| 5th Quarterly Application Filed 7.27.05 Dkt No. 9096 | $13,901.00 | $1,598.79 | Filed 12.5.05 Dkt No. 11250 | N/A | $2,780.20 | $2,780.20 |
| 14th Monthly Application Filed 1.3.06 Dkt No. 11474 | $13,174.50 | $212.31 | Filed 1.30.06 Dkt No. 11643 | $10,539.60 | $2,634.90 | $10,751.91 |
| 15th Monthly Application Filed 1.3.06 Dkt No. 11475 | $6,226.00 | $113.00 | Filed 1.30.06 Dkt No. 11644 | $4,980.80 | $1,245.20 | $5,093.80 |
| 16th Monthly Application Filed 1.3.06 Dkt No. 11476 | $6,258.00 | $95.26 | Filed 1.30.06 Dkt No. 11645 | $5,006.4 | $1,251.60 | $5,101.66 |
| 6th Quarterly Application Filed 1.3.06 Dkt No. 11477 | $25,658.50 | $420.57 | Filed 3.21.06 Dkt No. 12097 | N/A | $5,131.70 | $5,131.70 |
| 17th Monthly Application Filed 1.3.06 Dkt No. 11478 | $10,201.00 | $9.11 | Filed 1.30.06 Dkt No. 11646 | $8,160.80 | $2,040.20 | $8,169.91 |
| 18th Monthly Application Filed 1.3.06 Dkt No. 11479 | $5,406.50 | $10.88 | Filed 1.30.06 Dkt No. 11647 | $4,325.20 | $1,302.90 | $4,336.08 |
| 19th Monthly Application Filed 2.6.06 Dkt No. 11722 | $7,533.00 | $133.39 | Filed 3.1.06 Dkt No. 11918 | $6,026.40 | $1,506.60 | $6,159.79 |
| 7th Quarterly Application Filed 2.10.06 Dkt No. 11746 | $23,140.50 | $153.38 | Filed 3.21.06 Dkt No. 12098 | N/A | $4,849.70 | $4,849.70 |
| 20th Monthly Application Filed 2.27.06 Dkt No. 11910 | $8,479.50 | $371.71 | Filed 4.28.06 Dkt No. 12332 | $6,783.60 | $1,695.90 | $7,155.31 |
| 21st Monthly Application Filed 3.23.06 Dkt No. 12109 | $6,008.50 | $469.08 | Filed 4.28.06 Dkt No. 12333 | $4,806.80 | $1,201.70 | $5,275.88 |
| 22nd Monthly Application Filed 4/28/06 Dkt No. 12334 | $5,694.00 | $580.22 | Filed 12555 Dkt No. 5/31/06 | $4,555.20 | $1,138.80 | $5,135.42 |
| 8th Quarterly Application Filed 5/31/06 Dkt No. 12556 | $20,182.00 | $1,421.01 | Filed 9/11/06 Dkt No. 13188 | N/A | $4,036.40 | 4,036.40 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 23rd Monthly Application Filed 8.23.26 Dkt No. 13042 | $5,289.50 | $1,080.15 | Filed 9/20/06 Dkt No. 13270 | $4,231.60 | $1,057.90 | $5,311.75 |
| 24th Monthly Application Filed 8.23.06 Dkt No. 13043 | $4,235.00 | $2,740.09 | Filed 9/20/06 Dkt No. 13271 | $3,338.00 | $847.00 | $6,128.09 |
| 25th Monthly Application Filed 8.23.06 Dkt No. 13044 | $3,753.50 | $564.12 | Filed 9/20/06 Dkt No. 13272 | $3,002.80 | $750.70 | $3,566.92 |
| 9th Quarterly Application Filed 8.29.06 Dkt No. 13078 | $13,278.00 | $4,384.36 | Filed 12.7.06 Dkt No. 13941 | N/A | $2,655.60 | $2,655.60 |
| 26th Monthly Application Filed 8/29/06 Dkt No. 13079 | $7,094.50 | $62.04 | Filed 9.20.06 Dkt No. 13273 | $5,675.60 | $1,418.90 | $5,737.64 |
| 27th Monthly Application Filed 10.2.06 Dkt No. 13333 | $11,850.50 | $270.91 | Filed 10.30.06 Dkt No. 13517 | $9,480.40 | $2,370.10 | $9,751.31 |
| 28th Monthly Application Filed 10.30.06 Dkt No. 13518 | $11,649.00 | $1,264.75 | Filed 11.27.06 Dkt No. 13786 | $9,319.20 | $2,329.80 | $10,583.95 |
| 10th Quarterly Application Filed 11.9.06 Dkt No. 13611 | $30,594.00 | $1,597.70 | Filed 12.7.06 Dkt No. 13942 | N/A | $6,118.80 | $6,118.80 |
| 29th Monthly Application Filed 11.27.06 Dkt No. 13787 | $7,261.00 | $358.99 | Filed 12.20.06 Dkt No. 14081 | $5,808.80 | $1,452.20 | 6,167.79 |
| 30th Monthly Application Filed 12.20.006 Dkt No. 14082 | $8,944.50 | $97.57 | Filed 1.30.07 Dkt No. 14424 | $7,155.60 | $1788.90 | $7,253.17 |
| 31st Monthly Application Filed 2.5.07 Dkt No. 14485 | $17,130.50 | $857.47 | Filed 3.5.07 Dkt No. 14747 | $13,704.40 | $3,426.10 | $14,561.87 |
| 11th Quarterly Application Filed 2.7.07 Dkt No. 14511 | $33,336.00 | $1,314.03 | Filed 16017 Dkt. No. 6.12.07 | N/A | $6,667.20 | $6,667.20 |
| 32nd Monthly Application Filed 3.14.07 Dkt No. 14859 | $14,348.50 | $56.44 | Filed 4.19.07 Dkt. No. 15244 | $11,478.80 | $2,869.70 | $11,535.24 |
| 33rd Monthly Application Filed 4.19.07 Dkt No. 15247 | $8,698.00 | $216.20 | Filed 5.10.07 Dkt. No. 15632 | $6,958.40 | $1,739.60 | $7,174.60 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 34th Monthly Application Filed 4.27.07 Dkt No. 15415 | $14,039.00 | $755.74 | Filed 5.30.07 Dkt No. 15897 | $11,231.20 | $2,807.80 | $11,986.94 |
| 12th Quarterly Application Filed 5/10/07 Dkt No. 15631 | $37,085.50 | $1,028.38 | Filed 9/11/07 Dkt No. 16697 | N/A | $7,417.10 | $7,417.10 |
| 35th Monthly Application Filed 5.30.07 Dkt No. 15898 | $21,025.50 | $747.92 | Filed 6/25/07 Dkt No. 16151 | $16,820.40 | $4,205.10 | $17,568.32 |
| 36th Monthly Application Filed 5.30.07 Dkt No. 16152 | $16,554.00 | $1,137.01 | Filed 9/11/07 Dkt No. 16798 | $13,243.20 | $3,310.80 | $14,380.21 |
| 37th Monthly Application Filed 11.7.07 Dkt No. 17313 | $17,017.00 | $742.33 | Filed 12.3.07 Dkt No. 17507 | $13,613.60 | $3,403.40 | $14,355.93 |
| 13th Quarterly Application Filed 11.8.07 Dkt No. 17315 | $54,596.50 | $2,627.26 | Filed 12.3.07 Dkt No. 17508 | N/A | $10,919.30 | $10,919.30 |
| 38th Monthly Application Filed 11.9.07 Dkt No. 17318 | $17,802.00 | $99.66 | Filed 12.3.07 Dkt No. 17509 | $14,241.60 | $3,560.40 | $14,341.26 |
| 39th Monthly Application Filed 12.3.07 Dkt No. 17510 | $9,061.00 | $905.60 | Filed 12.27.07 Dkt No. 17711 | $7,248.80 | $1,812.20 | $8,154.40 |
| 40th Monthly Application Filed 12.3.07 Dkt No. 17511 | $13,241.50 | $1,202.40 | Filed 12.6.07 Dkt No. 17706 | $10,593.20 | $2,648.30 | $11,795.60 |
| 14th Quarterly Application Filed 12.3.07 Dkt No. 17512 | $40,104.50 | 2,207.66 | Filed 3.3.08 Dkt No. 18184 | N/A | $8020.90 | $8,020.90 |
| 41st Monthly Application Filed 12.3.07 Dkt No. 17513 | $9,331.50 | $67.00 | Filed 12.26.07 Dkt No. 17707 | $7,465.20 | $1,866.30 | $7,532.20 |
| 42nd Monthly Application Filed 12.17.07 Dkt No. 17646 | $9,544.00 | $1,019.68 | Filed 1.23.08 Dkt No. 17871 | $7,635.20 | $1908.80 | $8,654.88 |
| 43rd Monthly Application Filed 1.29.08 Dkt No. 19724 | $21,040.00 | $1,169.65 | Filed 3.3.08 Dkt No. 18183 | $16,832.00 | $4,208.00 | $18,001.65 |
| 15th Quarterly Application Filed 2.11.08 Dkt No. 18019 | $39,915.50 | $2,256.33 | Filed 6.9.08 Dkt No. 18886 | N/A | $7,983.10 | $7,983.10 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 44th Monthly Application Filed 3.14.08 Dkt No. 18292 | $29,925.00 | $236.90 | Filed 4.24.08 Dkt No. 18606 | $23,940.00 | $5,985.00 | $24,176.90 |
| 45th Monthly Application Filed 3.27.08 Dkt No. 18393 | $8,083.00 | $219.58 | Filed 4.24.08 Dkt No. 18607 | $6,466.40 | $1,616.60 | $6,685.98 |
| 46th Monthly Application Filed 4.25.08 Dkt No. 18609 | $22,230.00 | $1,839.62 | Filed 5.19.08 Dkt No. 18737 | $17,784.00 | $4,446.00 | $19,623.62 |
| 16th Quarterly Application Filed 5.19.08 Dkt No. 18738 | $60,238.00 | $2,296.10 | Filed 6.9.08 Dkt No. 18886 | N/A | $12,047.60 | $12,047.60 |
| 47th Monthly Application Filed 6.10.08 Dkt No. 18904 | $15,968.00 | $1,087.27 | Filed 7.1.08 Dkt No. 19027 | $12,774.40 | $3,193.60 | $13,861.67 |
| 48th Monthly Application Filed 7.1.08 Dkt No. 19028 | $7,235.00 | $118.33 | Filed 7.28.08 Dkt No. 19167 | $5,788.00 | $1,447.00 | $5,906.33 |
| 49th Monthly Application Filed 7.31.08 Dkt No. 19207 | $10,658.00 | $1,093.15 | Filed 8.27.08 Dkt No. 19384 | $8,526.40 | $2,131.60 | $9,619.55 |
| 17th Quarterly Application Filed 8.5.08 Dkt No. 19235 | $33,861.00 | $4,594.85 | Filed 12.10.08 Dkt No. 20238 | N/A | $6,772.20 | $6,772.20 |
| 50th Monthly Application Filed 8.27.08 Dkt No. 19385 | $9,720.00 | $826.54 | Filed 9.19.08 Dkt No. 19573 | $7,776.00 | $1,944.00 | $8,602.54 |
| 51st Monthly Application Filed 11.17.08 Dkt No. 20048 | $6,864.00 | $1,017.41 | Filed 12.10.08 Dkt No.20239 | $5,491.20 | $1,372.8 | $6508.61 |
| 52nd Monthly Application Filed 11.17.08 Dkt No. 20049 | $10,739.00 | $822.12 | Filed 1.7.09 Dkt No. 20500 | $8,591.20 | $2,147.80 | $9413.32 |
| 18th Quarterly Application Filed 11.26.08 Dkt No. 20148 | $27,323.00 | $2,666.07 | Filed 3.20.09 Dkt No. 21056 | N/A | $5,464.60 | $5,464.60 |
| 53rd Monthly Application Filed 12.1.08 Dkt. No. 20161 | $15,150.00 | $81.25 | Filed 1.5.08 Dkt No. 20415 | $12,120.00 | $3,030.00 | $12,201.25 |
| 54th Monthly Application Filed 1.12.09 Dkt No. 20501 | $9,633.00 | $98.53 | Filed 2.25.09 Dkt No. 20837 | $7,706.40 | $1,926.60 | $7,804.93 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 55th Monthly Application Filed 2.25.09 Dkt No. 20838 | $9,620.00 | $1,429.03 | Filed 3.20.09 Dkt No. 21057 | $7,696.00 | $1,924.00 | $9,125.02 |
| 19th Quarterly Application Filed 20884 Dkt No. 3.3.09 | $34,403.00 | $1,608.81 | Filed 6.15.09 Dkt No. 22090 | N/A | $6,880.60 | $6,880.60 |
| 56th Monthly Application Filed 2.25.09 Dkt No. 20839 | $17,324.00 | $1,776.56 | Filed 21058 Dkt No. 3.20.09 | $13,859.20 | $3,464.80 | $15,635.76 |
| 57th Monthly Application Filed 5.13.09 Dkt No. 21653 | $17,780.50 | $246.50 | Filed 6.4.09 Dkt No. 21988 | $14,224.40 | $3,556.10 | $14,470.90 |
| 58th Monthly Application Filed 5.13.09 Dkt No. 21654 | $21,595.00 | $741.49 | Filed 6.4.09 Dkt No. 21999 | $17,276.00 | $4,319.00 | $18,017.49 |
| 20th Quarterly Application Filed 5.19.09 Dkt No. 21743 | $56,699.50 | $2,764.55 | Filed Dkt No. | N/A | $11,339.90 | $11,339.90 |
| 59th Monthly Application Filed 6.2.09 Dkt No. 21947 | $15,070.00 | $416.97 | Filed 6.24.09 Dkt No. 22232 | $12,056.00 | $3,014.00 | $12,472.97 |
| 60th Monthly Application Filed 6.24.009 Dkt. No. 22233 | $27,350.00 | $229.47 | Filed 8.5.09 Dkt No. 22704 | $21,880.00 | $5,470.00 | $22,109.47 |
| 61st Monthly Application Filed 1.11.2010 Dkt No. 24137 | $15,040.00 | $1,771.89 | Filed Dkt No. | $12,032.00 | $3,008.00 | $13,803.89 |
| 21st Quarterly Application Filed 1.12.2010 Dkt. No. 24142 | $42,390.00 | $2,418.33 | Filed 3.10.2010 Dkt. No. 24431 | | $11,192.00 | $11,192.00 |
| 62nd Monthly Application Filed 10.4.2011 Dkt. No. 27718 | $22,770.00 | $819.58 | Filed Dkt. No. | $18,216.00 | $4,554.00 | |
| 63rd Monthly Application Filed 10.4.2011 Dkt. No. 27719 | $37,381.50 | $485.98 | Filed Dkt. No. | $29,905.20 | $7,476.30 | |
| 64th Monthly Application Filed 10.4.2011 Dkt. No. 27720 | $43,410.00 | 67.00 | Filed Dkt. No. | $34,728.00 | $8,682.00 | |

Phillips, Goldman & Spence, P.A. ("PG&S") was retained in this case effective May 24, 2004. This is our Twenty-Second quarterly fee application. The hearing on the Quarterly Fee Application has been scheduled for December 19, 2011 at 9:00 a.m. in Wilmington, Delaware.

The PG&S professionals who rendered professional services in these cases during this Quarterly Fee Period are as follows:

### TWENTY-SECOND QUARTERLY COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | $425.00 | 239.10 | $101,617.50 |
| Celeste A. Hartman | Sr. Paralegal/12 years/20 years prior experience | $150.00 | 12.40 | $1,860.00 |
| Tanya L. Birdsell | Legal Assistant/N/A | $140 | 0.60 | $84.00 |
| Grand Total | | | 252.10 | $103,561.50 |
| Blended Rate: | | | | $410.80 |

### TWENTY-SECOND QUARTERLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.30 | $250.00 |
| Claims Administration and Objections | 4.10 | $1,742.50 |
| Fee/Employment Applications | 9.10 | $1,744.00 |
| Fee/Employment Applications (PG&S) | 2.00 | $355.00 |
| Litigation | 87.80 | $37,012.50 |
| Asset Disposition | 0.30 | $127.50 |
| Plan and Disclosure Statement | 147.50 | $62,330.00 |
| Total | 252.1 | $103,561.50 |

## TWENTY-SECOND QUARTERLY QUARTERLY EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| In-House Reproduction (10¢ per page) | N/A | $207.30 |
| Long Distance Phone Charges | N/A | $80.61 |
| Postage | N/A | $1.49 |
| Facsimile (billed at $1 outgoing, only) | N/A | $4.00 |
| Overnight Courier | Federal Express | $107.84 |
| Court Call Reimbursement | John C. Phillips, Jr. | $681.00 |
| Document Retrieval/Copy/Mail Service | Parcels, Inc. | $289.76 |
| On-Line Docket Research | Pacer | $0.56 |
| Total | | $1,372.56 |

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future Claimants' Representative

Date:  October 5, 2011