## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| ACandS, Inc.<br>    Debtor(s) | Bankruptcy No. 02-12687-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3639, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 3658, Motion to Reopen**<br>**Related to Doc. No. 3659, Motion to Intervene** |
| Armstrong World Industries, Inc.<br>    Debtor(s) | Bankruptcy No. 00-4471-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 10698, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 10719, Motion to Reopen**<br>**Related to Doc. No. 10720, Motion to Intervene** |
| Combustion Engineering, Inc.<br>    Debtor(s) | Bankruptcy No. 03-10495-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3380, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 3398, Motion to Reopen**<br>**Related to Doc. No. 3399, Motion to Intervene** |
| The Flintkote Company, *et al.*<br>    Debtor(s) | Bankruptcy No. 04-11300-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 5606, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 5692, Motion to Intervene** |
| Kaiser Aluminum Corp., *et al.*<br>    Debtor(s) | Bankruptcy No. 02-10429-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 10009, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 10041, Motion to Intervene** |

| | |
|---|---|
| Owens Corning<br>    Debtor(s) | Bankruptcy No. 00-3837-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 20954, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 20979, Motion to Reopen**<br>**Related to Doc. No. 20980, Motion to Intervene** |
| United States Mineral Products Company<br>    Debtor(s) | Bankruptcy No. 01-2471-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3878, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 3895, Motion to Reopen**<br>**Related to Doc. No. 3896, Motion to Intervene** |
| USG Corp., *et al.*<br>    Debtor(s) | Bankruptcy No. 01-2094-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 12596, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 12615, Motion to Reopen**<br>**Related to Doc. No. 12616, Motion to Intervene** |
| W.R. Grace &. Co., *et al.*<br>    Debtor(s) | Bankruptcy No. 01-1139-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 26053, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 26356, Motion to Intervene** |

*************************************************************************

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Pittsburgh Corning Corporation<br>    Debtor(s) | Bankruptcy No. 00-22876-JKF<br>Chapter 11<br>**Related to Doc. No. 8096, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 8161, Motion to Intervene** |

2

| | |
|---|---|
| North American Refractories Company<br>Debtor(s) | Bankruptcy No. 02-20198-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 6944, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 6997, Motion to Intervene** |
| Mid-Valley, Inc., et al.<br>Debtor(s) | Bankruptcy No. 03-35592-JKF<br>Chapter 11<br>**Related to Doc. No. 2770, Motion for Access to 2019 Statements**<br>**Related to Doc. No. 2789, Motion to Reopen**<br>**Related to Doc. No. 2790, Motion to Intervene**<br>(Jointly Administered) |

## ORDER DENYING MOTIONS FOR ACCESS TO 2019 STATEMENTS, DENYING MOTIONS TO INTERVENE AND DENYING MOTIONS TO REOPEN CERTAIN CLOSED CASES

AND NOW, this 7th day of **October, 2011**, for the reasons expressed in the foregoing Memorandum Opinion and in accordance therewith, it is **ORDERED** that

(1) Garlock's Motions for Access to 2019 Statements are **DENIED without prejudice**.
(2) Garlock's Motions to Intervene are **DENIED.**
(3) Garlock's Motions to Reopen are **DENIED.**

It is **FURTHER ORDERED** that counsel for Garlock Sealing Technologies shall immediately serve a copy of this Order on all parties in interest in all the above-captioned cases who do not receive electronic notice and shall file a certificate of service forthwith.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

SJS