# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| AcandS, Inc.<br>    Debtor(s) | Bankruptcy No. 02-12687-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3695,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| Armstrong World Industries, Inc.<br>    Debtor(s) | Bankruptcy No. 00-4471-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 10755,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| Combustion Engineering, Inc.<br>    Debtor(s) | Bankruptcy No. 03-10495-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3425,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| The Flintkote Company, *et al.*<br>    Debtor(s) | Bankruptcy No. 04-11300-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 6228,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| Kaiser Aluminum Corp., *et al.*<br>    Debtor(s) | Bankruptcy No. 02-10429-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 10164,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| Owens Corning<br>    Debtor(s) | Bankruptcy No. 00-3837-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 21025,** *Request of Garlock* |

| | |
|---|---|
| | *Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| United States Mineral Products Company<br>Debtor(s) | Bankruptcy No. 01-2471-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 3897,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| USG Corp., *et al.*<br>Debtor(s) | Bankruptcy No. 01-2094-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 12650,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| W.R. Grace &. Co., *et al.*<br>Debtor(s) | Bankruptcy No. 01-1139-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 27711,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Pittsburgh Corning Corporation<br>Debtor(s) | Bankruptcy No. 00-22876-JKF<br>Chapter 11<br>**Related to Doc. No. 8483,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |
| North American Refractories Company<br>Debtor(s) | Bankruptcy No. 02-20198-JKF<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 7243,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |

| | |
|---|---|
| Mid-Valley, Inc., et al.<br>Debtor(s) | Bankruptcy No. 03-35592-JKF (CLOSED)<br>Chapter 11<br>(Jointly Administered)<br>**Related to Doc. No. 2814,** *Request of Garlock Sealing Technologies For Status Conference Pursuant To 11 U.S.C. §105(d)* |

## ORDER WITH RESPECT TO REQUEST FOR STATUS CONFERENCE REGARDING THE MOTION FOR ACCESS TO 2019 STATEMENTS

**AND NOW**, this **7th** day of **October, 2011**, inasmuch as the Court issued on October 6, 2011, a Memorandum Opinion and Order on the motion for access to 2019 statements in the above-captioned cases, it is **ORDERED** that the "Request of Garlock Sealing Technologies LLC for Status Conference Pursuant to 11 U.S.C. §105(d) is **moot**.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

3