IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 24, 2011, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PLEASE NOTE THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents:

a. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to November 28, 2011, at 9:00 a.m.

2. Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785)

Response Deadline: May 6, 2011, at 4:00 p.m.

Responses Received:

a. Response of Illinois Department of Revenue to Debtor's Objection to Claim No. 150 [Filed: 5/6/11] (Docket No. 26891)

Related Documents:

a. [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

Status: This matter is continued to November 28, 2011, at 9:00 a.m.

3. Motion of Intrawest for Relief From Automatic Stay Under 11 U.S.C. § 362(d) [Filed: 9/19/11] (Docket No. 27621)

Response Deadline: October 17, 2011, at 4:00 p.m. *(extended until November 4, 2011, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order [Filed: 9/19/11] (Docket No. 27621)

Status: The parties have agreed to continue this matter to November 28, 2011, at 9:00 a.m.

| | |
|---|---|
| Dated: October 7th, 2011 | KIRKLAND & ELLIS LLP<br>Adam Paul<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>and<br><br>BAER HIGGINS FRUCHTMAN LLC<br>Janet S. Baer, P.C.<br>Roger J. Higgins<br>11 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>Telephone: (312) 836-4047<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Kathleen P. Makowski (Bar No. 3648)<br>Timothy P. Cairns (Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors-in-Possession |