# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** October 31, 2011, at 4:00 p.m. |
| | ) | **Hearing Date:**     TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2011 | Lisa G Esayian | .50 | Respond to requests from B. Horkovich re issues re potential recoveries from various insurers. |
| 8/3/2011 | Lisa G Esayian | .40 | Correspond with certain insurers re requests for information. |
| 8/4/2011 | Lisa G Esayian | .50 | Correspond with Midland Insurance liquidator re certain aspects of Grace's claim. |
| 8/10/2011 | Lisa G Esayian | .50 | Reply to questions from B. Horkovich re settlements with certain upper level excess insurers. |
| 8/17/2011 | Lisa G Esayian | .30 | Correspond with R. Horkovich and R. Finke re information requested by certain insolvent insurers. |
| | Total: | 2.20 | |

A-2

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2011 | Kimberly K Love | 3.00 | Prepare and organize information re appeal cases for docket updates (1.2); review and organize materials for inclusion into case files (1.8). |
| 8/1/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/2/2011 | Kimberly K Love | .40 | Review information re calendar notifications for appeal cases. |
| 8/2/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/3/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/4/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/5/2011 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/8/2011 | Kimberly K Love | 4.80 | Prepare and organize case materials for attorney review. |
| 8/8/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/9/2011 | Andrew Brniak | .60 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/10/2011 | Kimberly K Love | 1.70 | Prepare and organize various case materials for attorney review. |
| 8/10/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/11/2011 | Kimberly K Love | .20 | Prepare and organize case materials for attorney review. |
| 8/11/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/12/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/16/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/17/2011 | Kimberly K Love | 1.80 | Review files and obtain information re case chronology and briefing schedules. |
| 8/17/2011 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/18/2011 | Jeffrey Gettleman | .10 | Correspond with B. Weiland and A. Brniak re daily docket updates. |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/2011 | Kimberly K Love | 1.20 | Prepare and organize case materials for attorney review. |
| 8/22/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/23/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/24/2011 | Kimberly K Love | 2.00 | Prepare and organize case materials for attorney review (.8); prepare and organize information for case calendar (1.2). |
| 8/24/2011 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/25/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/26/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/29/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/30/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/31/2011 | Kimberly K Love | 2.40 | Prepare, revise and update case calendar with omnibus hearing dates and deadlines. |
| 8/31/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 26.50 | |

### Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/8/2011 | Lisa G Esayian | .40 | Review status of various PD claims appeals (.2); update R. Finke re same (.2). |
| 8/15/2011 | Lisa G Esayian | .50 | Review status of PD appeals (.3); update chart re same (.2). |
| 8/17/2011 | Lisa G Esayian | .30 | Update chart re status of asbestos PD settlement. |
| | Total: | 1.20 | |

A-5

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/2/2011 | Kimberly K Love | 1.00 | Review and obtain information re notices of intent to be forwarded to client. |
| 8/2/2011 | Adam C Paul | 1.90 | Correspond with J. Donley re Erwin, Tennessee issues (.7); analyze Erwin, Tennessee pleadings (1.2). |
| 8/2/2011 | John Donley | .20 | Correspond with A. Paul re Erwin lawsuit. |
| 8/3/2011 | Adam C Paul | .90 | Analyze Erwin litigation issues (.7); confer with J. Donley re same (.2). |
| 8/3/2011 | John Donley | .30 | Review correspondence and filings re Erwin suit and automatic stay. |
| 8/5/2011 | Kimberly K Love | .90 | Prepare and organize notice of intent materials to be forwarded to client. |
| 8/8/2011 | Jeffrey Gettleman | .30 | Correspond with A. Paul re service of Erwin, Tennessee action on Grace (.1); correspond with J. Donley, M. Shelnitz and others re same (.2). |
| 8/10/2011 | John Donley | .60 | Correspond with A. Paul re Tennessee claim (.3); analyze issues re same (.3). |
| 8/15/2011 | Adam C Paul | 1.20 | Correspond with J. Donley re Tennessee lawsuit (.5); analyze Tennessee claims (.4); confer with J. Rice re same (.1); analyze correspondence to J. Rice re same (.2). |
| 8/15/2011 | John Donley | .30 | Correspond with A. Paul re Erwin lawsuit. |
| 8/16/2011 | Jeffrey Gettleman | .40 | Correspond with working group re Erwin, Tennessee lawsuit. |
| | Total: | 8.00 | |

A-6

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2011 | Maureen McCarthy | 1.80 | Draft June fee application. |
| 8/2/2011 | Adam C Paul | 2.10 | Analyze, revise and finalize K&E fee application. |
| 8/2/2011 | Maureen McCarthy | .90 | Revise and finalize June fee application for filing and service. |
| 8/3/2011 | Maureen McCarthy | 1.60 | Prepare attorneys, paraprofessionals, matter categories and expenses categories totals re forty-first quarterly fee application. |
| 8/7/2011 | Maureen McCarthy | 2.20 | Revise and update attorneys, paraprofessionals, matter categories and expenses categories totals re forty-first quarterly fee application (.9); draft summary re same (1.3). |
| 8/9/2011 | Daniel R Brown | 5.30 | Review and revise July invoices re compliance with bankruptcy rules and U.S. Trustee guidelines. |
| 8/9/2011 | Maureen McCarthy | .90 | Draft forty-first quarterly fee application. |
| 8/10/2011 | Maureen McCarthy | .80 | Revise forty-first quarterly fee application. |
| 8/23/2011 | Daniel R Brown | 2.40 | Review and revise July invoices re compliance with bankruptcy rules and U.S. Trustee guidelines. |
| 8/23/2011 | Maureen McCarthy | .80 | Review and revise forty-first quarterly fee application. |
| 8/25/2011 | Adam C Paul | .90 | Analyze and revise K&E monthly fee application. |
| 8/29/2011 | Adam C Paul | .20 | Analyze fee auditor report. |
| 8/29/2011 | Maureen McCarthy | 2.20 | Draft July fee application. |
| | Total: | 22.10 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2011 | Megan M Kokontis | .40 | Review and revise 9019 settlement motion. |
| 8/1/2011 | Tyler D Mace | 3.30 | Identify documents re Libby operations for production |
| 8/1/2011 | Jeffrey Gettleman | .40 | Correspond with I. Hasbani re research assignment re appeal bond issue (.3); review Blackstone appeal bond analysis (.1) |
| 8/1/2011 | Adam C Paul | 2.10 | Confer with R. Wyron re Libby issues (.9); analyze Libby medical plan (.8); correspond with J. Gettleman re same (.4). |
| 8/1/2011 | Rana Barakat | 2.40 | Review and analyze case law from Courts of Appeals re equitable mootness doctrine. |
| 8/1/2011 | Nia Dukov | 10.20 | Legal research re recoverability of interest and draft memorandum re same. |
| 8/1/2011 | John Donley | 1.20 | Review and analyze research and cases on appellate issues and lender interest questions. |
| 8/1/2011 | Lisa G Esayian | 3.80 | Draft and revise brief re BNSF and Libby appeals of CNA settlement. |
| 8/2/2011 | Tyler D Mace | .90 | Review Libby documents for potential production. |
| 8/2/2011 | Jeffrey Gettleman | .50 | Correspond with A. Paul re analysis of Libby medical plan (.2); correspond with A. Paul, R. Wyron and H. Quinn re same (.3). |
| 8/2/2011 | Adam C Paul | 1.70 | Analyze recently filed pleadings (.6); analyze effective date documents (1.1). |
| 8/2/2011 | John Donley | 1.10 | Review and analyze research re lender interest issues and relevant data and calculations (.9); correspond with R. Frankel and A. Paul re Libby issues (.2). |
| 8/2/2011 | Lisa G Esayian | 2.30 | Draft and revise brief re BNSF and Libby appeals of CNA settlement. |
| 8/2/2011 | James H M Sprayregen, P.C. | .60 | Confer with working group re case status (.3); analyze open appeal issues (.3). |
| 8/3/2011 | Inbal Hasbani | 2.70 | Case law research re components of supersedeas bonds. |
| 8/3/2011 | Adam C Paul | 2.80 | Analyze Libby medical program (1.9); correspond with J. Gettleman re same (.5); confer with J. Donley re conference with FCR (.4). |
| 8/3/2011 | Rana Barakat | 1.30 | Review 524(g) case law (.7); review MCC appellate briefings (.6). |

A-8

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/3/2011 | John Donley | 3.00 | Review and analyze lender interest case law and research and various calculations and numbers relevant to negotiation (1.8); draft and revise correspondence to A. Rosenberg re negotiations (.5); confer and correspond with R. Frankel re Libby issues (.3); confer with M. Shelnitz re strategy (.2); confer with R. Finke re stay issues.(.2). |
| 8/3/2011 | Lisa G Esayian | 3.50 | Analyze issues re Libby and BNSF appeals re CNA settlement. |
| 8/4/2011 | Inbal Hasbani | 4.80 | Research cases for analysis of supersedeas appeal bond (4.5); summarize same (.3). |
| 8/4/2011 | Adam C Paul | 3.60 | Prepare for conference with FCR/ACC re Libby (1.8); confer with J. Donley re same (.9); analyze and revise correspondence to A. Rosenberg re lender negotiations (.7); correspond with J. Donley re same (.2). |
| 8/4/2011 | Rana Barakat | 2.40 | Research and review non-Third Circuit case law re equitable mootness. |
| 8/4/2011 | John Donley | 5.00 | Continue analysis of lender legal issues and strategic options (2.3); revise and finalize Rosenberg letter (.3); confer with A. Paul re lender issues and other case strategy (.3); review recent pleadings and filings (.2); correspond with P. Bentley re lender issues (.2); review memo re CNA appeal issues and draft correspondence to L. Esayian re same (.2); review status of Bondex database discovery issue and correspond with K. Makowski re same (.1); review, analyze and outline Libby strategic issues (1.4). |
| 8/4/2011 | James H M Sprayregen, P.C. | .40 | Confer with working group and client re appeal status and issues. |
| 8/5/2011 | Inbal Hasbani | 1.70 | Confer with J. Gettleman re appeal bond (.4); review and analyze same (1.3). |
| 8/5/2011 | Jeffrey Gettleman | 1.10 | Confer with I. Hasbani re appeal bond research (.5); correspond with A. Paul re same (.1); review I. Hasbani analysis of appeal bond issues (.2); legal research re same (.3). |
| 8/5/2011 | Adam C Paul | 4.10 | Confer with ACC and FCR re Libby issues (2.2); analyze and revise Libby term sheet (.9); confer with J. Donley re same (.2); confer with J. Baer re lender negotiations (.4); correspond with J. Baer re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/5/2011 | John Donley | 3.20 | Prepare for and participate in conference with E. Inselbuch re case resolution issues (1.9); confer with R. Frankel and R. Wyron re same (.9); correspond with A. Paul re Libby and other current issues (.2); review recent pleadings and filings (.2). |
| 8/5/2011 | Lisa G Esayian | 3.40 | Draft and revise Grace's response to Libby and BNSF appeals re CNA settlement. |
| 8/6/2011 | Adam C Paul | 1.90 | Analyze and revise list of effective date tasks. |
| 8/6/2011 | Rana Barakat | 2.20 | Conduct research re equitable mootness doctrine outside of Third Circuit (.8); review and analyze case law re equitable mootness (.7); draft memorandum re same (.7). |
| 8/7/2011 | Adam C Paul | 1.00 | Prepare for conference with ACC/FCR re Libby (.8); correspond with J. Donley re same (.2). |
| 8/7/2011 | John Donley | .80 | Analyze case resolution materials and outline of points (.3); prepare for DC strategy conference (.5). |
| 8/8/2011 | Inbal Hasbani | .20 | Correspond with working group re appeal bond issue. |
| 8/8/2011 | Kimberly K Love | 2.20 | Review, prepare and organize precedent materials re substantial contribution. |
| 8/8/2011 | Jeffrey Gettleman | 1.80 | Correspond with I. Hasbani re additional analysis of plan and related documents re appeal bond cost elements (.1); correspond with working group re same (.6); correspond with A. Paul re effective date task lists (.1); correspond with J. Donley and A. Paul re equitable mootness and related research (.2); correspond with C. Sroka re precedential effective date checklists (.1); review sample effective date checklists (.1); correspond with working group re same (.3); correspond with A. Lambert and others re appeal bond analysis (.2); correspond with A. Schlesinger re same (.1). |
| 8/8/2011 | Adam C Paul | 5.60 | Prepare for and participate in conferences with FCR and ACC re plan objections. |
| 8/8/2011 | Rana Barakat | 5.70 | Review and analyze case law re equitable mootness in the Fifth Circuit (3.2); draft memorandum re same (2.5). |

A-10

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/8/2011 | John Donley | 6.40 | Prepare for strategy conference with Orrick and Inselbuch (2.1); participate in same (3.0); correspond with A. Paul re lenders issues (.2); review and analyze stay issues relating to Scott lawsuit and draft memo to client re same (.4); confer and correspond with A. Paul re settlement issues and strategy (.4); review equitable mootness research and correspond with R. Barakat re next steps (.3). |
| 8/8/2011 | Lisa G Esayian | 3.50 | Analyze issues re Libby and BNSF appeals re CNA settlement. |
| 8/9/2011 | Megan M Kokontis | .40 | Prepare for and participate in conference with B. Weiland re 9019 settlement motion (.2); review and analyze correspondence to lender's counsel re same (.2). |
| 8/9/2011 | Jeffrey Gettleman | 2.70 | Correspond with C. Pollock re Third Circuit statistics re appeal bond issues (.1); research re same (.3); confer with A. Paul re settlement negotiations with appellant (.3); confer with A. Paul re appeal bond issues (.3); correspond with working group re same (.6); confer with J. Baer re same (.3); correspond with B. Jaffe re revisions to appeal bond analysis (.3); correspond with M. Eggert re statistics re length of appeals in Third Circuit (.1); review plan exhibits re appeal bond issue (.2); correspond with J. Baer re same (.1); correspond with J. Baer and A. Paul re proposed lender settlement (.1). |
| 8/9/2011 | Adam C Paul | 7.30 | Analyze recently filed pleadings (.9); confer with J. Donley and M. Shelnitz re Libby issues (.8); analyze Libby insurance (1.3); confer with J. Aldoch re same (.7); confer with J. Gettleman and B. Weiland re lender discussions (.8); analyze lender negotiations (1.1); confer with Met Life re insurance (.9); confer with J. Donley re same (.2); analyze and revise effective date checklist (.6). |
| 8/9/2011 | Rana Barakat | 1.60 | Conduct research re equitable mootness doctrine in Fifth Circuit (.4); review and analyze case law re equitable mootness in Fifth Circuit (.4); draft memorandum re same (.8). |
| 8/9/2011 | Brad Weiland | 1.20 | Confer with A. Paul re appeals and negotiations (.3); review and analyze correspondence re same (.5); confer with M. Kokontis re same (.2); review and analyze pleadings re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/9/2011 | John Donley | 4.90 | Review precedents and cases on substantial contribution claims (1.0); review and analyze confidential Libby settlement issues (1.6); confer with J. Aldock re same (.4); confer with A. Paul re same (.6); prepare for and participate in conference with M. Shelnitz, R. Finke and A. Paul re settlement issues and next steps (1.3). |
| 8/9/2011 | Lisa G Esayian | 6.40 | Review and revise Grace brief in opposition to Libby and BNSF appeals re CNA settlement. |
| 8/10/2011 | Kimberly K Love | 1.30 | Review files for information re exit financing. |
| 8/10/2011 | Tyler D Mace | .90 | Confer with J. Hughes and HRO re Libby document database. |
| 8/10/2011 | Adam C Paul | 4.30 | Confer with J. Donley re Libby issues (.6); confer with M. Shelnitz re Libby and other objections (.7); confer with R. Wyron re same (.8); analyze Libby medical insurance (1.1); analyze lender 2019 (.8); correspond with J. Baer re Libby and lender discussions (.3). |
| 8/10/2011 | Rana Barakat | 2.80 | Confer with J. Donley re research concerning substantial contribution fee awards (.3); review prior research re substantial contribution fee awards (.6); conduct research re substantial contribution fee awards in Third Circuit (.7); review and analyze case law re same (1.2). |
| 8/10/2011 | John Donley | 6.70 | Review recent pleadings and filings (.2); analyze legal and strategic issues re Libby and potential resolution vehicles (2.2); confer with R. Wyron and A. Paul re same (.4); draft outline re potential insurance terms (.5); review and revise CNA settlement appeal brief and correspond with L. Esayian re same (1.3); confer with R. Barakat re substantial contribution issues (.3); confer with A. Rosenberg re lender issues and analyze information re market for Grace debt (.4); confer and correspond with A. Paul re current negotiations (.3); confer with M. Shelnitz and R. Finke re current strategic activities (.5); confer and correspond with J. Rice re Scott lawsuit and automatic stay (.6). |
| 8/10/2011 | Lisa G Esayian | 5.10 | Review and revise Grace's opposition to Libby and BNSF appeals re CNA settlement. |
| 8/10/2011 | James H M Sprayregen, P.C. | .40 | Confer with client re potential restructuring transaction. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/11/2011 | Kimberly K Love | 1.20 | Review and obtain information re insurance quote for use in upcoming brief. |
| 8/11/2011 | Rana Barakat | 4.70 | Review and analyze Third Circuit case law re substantial contribution fees (2.1); draft memorandum re same (2.6). |
| 8/11/2011 | Lisa G Esayian | 6.50 | Revise draft brief in opposition to Libby and BNSF appeals of CNA settlement per J. Donley's comments (1.5); additional revisions to draft brief (4.3); confer with R. Wyron and P. Mahaley re draft brief (.5); circulate draft brief to ACC's and FCR's counsel (.2). |
| 8/12/2011 | Kimberly K Love | 5.90 | Review and cite check appellee's response to BNSF's and Libby's appeals re CNA settlement. |
| 8/12/2011 | Jeffrey Gettleman | .40 | Correspond with A. Schlesinger re appeal bond analysis (.1); correspond with C. Pollock re Third Circuit statistics (.1); correspond with I. Hasbani re appeal bond issues (.1); correspond with A. Schlesinger re additional cost items for appeal bond analysis (.1). |
| 8/12/2011 | Adam C Paul | 1.30 | Correspond with M. Shelnitz re press release (.2); analyze press release (.3); analyze recently filed pleadings (.4); correspond with J. Donley re Libby (.4). |
| 8/12/2011 | Rana Barakat | 5.00 | Conduct research re substantial contribution awards in Third Circuit (1.1); review case law re same (1.3); draft memorandum re efforts constituting substantial contributions in Third Circuit (2.6). |
| 8/12/2011 | Lisa G Esayian | .80 | Review and revise brief re CNA settlement. |
| 8/12/2011 | James H M Sprayregen, P.C. | .40 | Analyze open appeal issues (.2); confer with working group re same (.2). |
| 8/13/2011 | Rana Barakat | 3.70 | Review and analyze case law re substantial contribution awards in Third Circuit (1.4); draft memorandum re same (2.3). |
| 8/14/2011 | Inbal Hasbani | 3.70 | Review plan of reorganization and exhibits to analyze possible elements of an appeal bond. |
| 8/14/2011 | Adam C Paul | 1.20 | Correspond with J. Donley re Scott lawsuit and Libby (.4); analyze Libby scenarios and medical plan (.5); analyze Scott lawsuit (.3). |
| 8/15/2011 | Inbal Hasbani | 2.30 | Review plan of reorganization and exhibits to analyze possible elements of an appeal bond. |
| 8/15/2011 | Kimberly K Love | 2.10 | Review transcripts for factual support in brief. |
| 8/15/2011 | Jeffrey Gettleman | .10 | Correspond with I. Hasbani re appeal bond analysis. |
| 8/15/2011 | Adam C Paul | .20 | Correspond with J. Donley re Libby issues. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/15/2011 | Rana Barakat | 4.00 | Conduct research re reasonable attorneys fees (.6); conduct research re use of Lodestar method in calculating attorneys' fees (.8); review and analyze case law re substantial contribution awards (1.1); draft memorandum re substantial contribution awards and use of Lodestar method to calculate reasonable attorneys fees under section 503(b) of Bankruptcy Code (1.5). |
| 8/15/2011 | Brad Weiland | .40 | Research re mootness items. |
| 8/15/2011 | John Donley | .60 | Review and outline issues re Libby negotiation and draft memo to client re same (.3); correspond with A. Paul re same (.1); review various recent pleadings and filings and draft agenda for next omnibus and correspond with Pachulski and J. Baer re same (.2). |
| 8/15/2011 | Lisa G Esayian | 3.70 | Draft motion to file consolidated brief in excess of page limits for response to Libby and BNSF appeals re CNA settlement (.8); update R. Finke re brief (.2); revise factual portion of brief (2.7). |
| 8/16/2011 | Inbal Hasbani | .70 | Confer with J. Gettleman re appeal bond research (.4); prepare for same (.3). |
| 8/16/2011 | Andrew Brniak | 1.00 | Research substantive third-party pleadings in J. T. Thorpe chapter 11 bankruptcy case, adversary proceedings and other civil matters re implications for Debtor's chapter 11 case (.9); correspond with B. Weiland re same (.1). |
| 8/16/2011 | Jeffrey Gettleman | 1.10 | Confer with I. Hasbani re analysis re appeal bonds (.4); confer with A. Paul re appeal bonds (.3); correspond with working group re same (.3); confer with B. Weiland re drafting motion to retain trust counsel (.1). |
| 8/16/2011 | Adam C Paul | 4.40 | Analyze Libby medical plan (.6); confer with M. Shelnitz re Libby claims and medical plan (.6); prepare for same (.4); confer with J. Gettleman re appeal bond (.3); analyze closing documents (1.8); confer with R. Frankel re Libby (.5); correspond with J. Donley re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/16/2011 | Rana Barakat | 4.80 | Review and analyze case law re substantial contribution awards (.8); draft and edit memorandum re substantial contribution awards and standard of reasonableness for attorneys' fees in Third Circuit (1.0); review case law re reasonable attorneys fees' under federal fee-shifting statutes (1.4); conduct research re maximum substantial contribution fees awarded in federal courts (1.6). |
| 8/16/2011 | John Donley | 1.00 | Correspond with Orrick and A. Paul re Libby issues and review term sheet draft (.3); review various recent pleadings and filings (.2); confer with M. Shelnitz, R. Finke and A. Paul re Libby issues and outline current issues and points (.5). |
| 8/16/2011 | Lisa G Esayian | 1.80 | Correspond with J. O'Neill re issues re brief in response to appeals re CNA settlement (.4); revise motion re same (.4); confer with K. Love re cite-checking (.3); confer with FCR's counsel P. Mahaley re certain issues raised in Libby and BNSF briefs (.7). |
| 8/17/2011 | Megan M Kokontis | 3.80 | Confer with B. Weiland re 9019 motion (.1); research re same (1.5); review and revise 9019 motion (2.2). |
| 8/17/2011 | Kimberly K Love | 1.70 | Prepare and organize materials for use with fact support for upcoming brief. |
| 8/17/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul and J. Kogan re effective date tasks (.1); correspond with B. Jaffe re revised appeal bond analysis (.1). |
| 8/17/2011 | Adam C Paul | 2.90 | Analyze and revise closing checklist (1.3); correspond with J. Kogan re same (.2); analyze appellate bonds (.7); confer with J. Gettleman re same (.3); confer with J. Donley re Libby issues (.4). |
| 8/17/2011 | Brad Weiland | .60 | Review and analyze 9019 settlement items re motion. |
| 8/17/2011 | John Donley | .80 | Correspond with R. Frankel and A. Paul re Libby issues and review internal memos re same (.6); confer with A. Paul re Libby issues (.2). |
| 8/17/2011 | Lisa G Esayian | 4.20 | Analyze issues re appeals of CNA settlement. |
| 8/18/2011 | Megan M Kokontis | .70 | Draft and revise 9019 settlement motion. |
| 8/18/2011 | Jeffrey Gettleman | .70 | Review Blackstone revised appeal bond analysis (.3); confer with A. Paul re same (.2); correspond with J. Donley re same (.1); correspond with B. Jaffe re same (.1). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/18/2011 | Adam C Paul | 3.60 | Confer with J. Donley re Libby issues (.9); confer with M. Gianato re same (.4); analyze standards for substantial contributions (1.2); analyze standards for appeal bond (1.1). |
| 8/18/2011 | John Donley | 4.70 | Review R. Barakat memorandum and authorities and cases and other precedent re substantial contribution (1.3); confer and correspond with R. Barakat re follow-up issues re same (.2); confer and correspond with A. Paul re CNA and Libby issues (.5); review Wyron draft term sheet and revisions (.2); review Bondex motion re database discovery and correspond with K. Makowski re same (.3); review CNA appeal motion and correspond with L. Esayian re same (.2); analyze Libby and BNSF issues (.8); confer with R. Frankel re negotiations (.3); confer with J. Aldock re same (.3); confer with A. Paul re settlement issues (.2); review research re Third Circuit procedures and timing and draft correspondence to J. Gettleman re same (.3); review 2019 filing by bank lender group (.1). |
| 8/18/2011 | Lisa G Esayian | 3.00 | Confer and correspond with CNA's counsel re issues re appeals of CNA settlement (1.0); confer with P. Mahaley re certain issues re BNSF's appeal of CNA settlement (.4); analyze same (1.6). |
| 8/19/2011 | Megan M Kokontis | 1.80 | Review and revise 9019 motion (1.0); research re same (.8). |
| 8/19/2011 | Adam C Paul | 1.20 | Analyze and revise plan documents for effective date (.8); confer with J. Donley re Libby (.4). |
| 8/19/2011 | Rana Barakat | 2.30 | Review case law re equitable mootness in various Courts of Appeal (.9); draft memorandum re same (1.4). |
| 8/19/2011 | Brad Weiland | 3.20 | Prepare and revise materials re trust pleadings (2.9); correspond with working group re same (.3). |
| 8/19/2011 | John Donley | 2.40 | Review and analyze research re cost of appeal bond (.3); review various recent filings and pleadings (.3); review 3001 filings (.1); analyze Libby negotiation issues (.6); review research and analysis of substantial contribution issues (1.1). |
| 8/19/2011 | Lisa G Esayian | 4.20 | Incorporate FCR's counsel's comments re brief re Libby and BNSF appeals of CNA settlement (1.5); analyze various issues re appeals re CNA settlement (2.7). |

A-16

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/20/2011 | Rana Barakat | 2.90 | Conduct research re equitable mootness doctrine in Seventh and Eighth Circuits (.3); review and analyze case from Seventh and Eighth Circuits re equitable mootness (.6); draft research memorandum re equitable mootness doctrine in various circuits (2.0). |
| 8/21/2011 | Joshua Kogan | .80 | Review plan and disclosure statement. |
| 8/21/2011 | Jeffrey Gettleman | .20 | Correspond with J. Kogan re confirmation planning (.1); correspond with A. Paul re same (.1). |
| 8/22/2011 | Kimberly K Love | 10.80 | Review and fact check brief re appellee's brief re CNA settlement. |
| 8/22/2011 | Adam C Paul | .70 | Correspond with J. Donley re status (.3); analyze closing documents (.4). |
| 8/22/2011 | Rana Barakat | 3.80 | Review case law from Ninth and Tenth Circuits re equitable mootness (1.7); draft memorandum re same (2.1). |
| 8/22/2011 | Brad Weiland | 4.40 | Review and analyze precedent pleadings (2.1); draft and revise settlement pleadings (.6); prepare and revise materials re trust and effective date pleadings (1.7). |
| 8/22/2011 | John Donley | 7.00 | Review and analyze research and cases re substantial contribution standard and precedents (.4); analyze and outline Libby negotiation issues (.5); review and analyze research and cases re jurisdictional and procedural issues re lender negotiations (1.9); confer with R. Barakat re same (.1); correspond with A. Paul re same (.1); review and analyze various Blackstone calculations re lender discussions (.7); review and analyze case law and research re default interest, federal judgment rate and solvency for use in potential Third Circuit appeal, and revise outline and binder re same (2.2); correspond with N. Dukov re same (.1); review various recent pleadings and filings and correspondence from J. O'Neill re hearings (.2); review additional calculations and alternate scenarios re default interest (.8). |
| 8/22/2011 | Lisa G Esayian | 3.20 | Revise motion to file consolidated brief in excess of page limits re CNA settlement appeals (.3); confer with J. O'Neill re same (.2); revise brief re CNA appeals (2.4); confer with R. Finke re same (.3). |
| 8/23/2011 | Kimberly K Love | 3.20 | Review and cite check brief re appellee's response re CNA settlement. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/23/2011 | Jeffrey Gettleman | .50 | Correspond with B. Weiland re draft of motion to approve retention of counsel by trusts (.1); correspond with A. Paul re same (.1); confer with A. Paul re prospective settlements with lenders and Libby claimants (.3). |
| 8/23/2011 | Adam C Paul | 2.50 | Confer with J. Donley re lender claims (.4); confer with M. Shelnitz re same (.4); confer with FCR re Libby and lender claims (.7); analyze warrant repurchase (.6); analyze closing documents (.4). |
| 8/23/2011 | Rana Barakat | 1.20 | Conduct research re equitable mootness in second circuit (.2); review and analyze case law re equitable mootness (.6); draft memorandum re doctrine of equitable mootness in circuit courts (.4). |
| 8/23/2011 | Brad Weiland | 4.90 | Prepare and revise pleadings re potential settlement items (2.3); correspond with working group re same (.2); prepare and revise pleadings re trusts and effective date (1.8); correspond with working group re same (.3); confer with working group re service issues with BMC (.3). |
| 8/23/2011 | John Donley | 2.50 | Review lender negotiation issues and status (.4); review and analyze BNSF, CNA and Libby-related issues (.5); confer with A. Rosenberg re lender issues (.1); confer with M. Shelnitz and A. Paul re negotiations update (.3); confer with M. Shelnitz, A. Paul, R. Frankel and R. Wyron re strategy issues (.7); confer with P. Bentley re lender issues (.1); confer with J. Baer re strategy issues and possible motion (.2); confer and correspond with A. Paul re current issues and filings (.2). |
| 8/23/2011 | Lisa G Esayian | 1.30 | Analyze issues re Libby and BNSF appeals of CNA settlement. |
| 8/24/2011 | Adam C Paul | 1.80 | Analyze issues re warrant repurchaser (.8); confer with B. Weiland re same (.3); analyze and revise order setting omnibus hearing dates (.3); confer with J. Liesemer re warrant (.4). |
| 8/24/2011 | Rana Barakat | 4.20 | Conduct research re equitable mootness doctrine in circuit courts (1.3); draft memorandum re same (2.9). |
| 8/24/2011 | Brad Weiland | .70 | Review and analyze appeals issues (.5); correspond re same (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/24/2011 | John Donley | 2.90 | Review and outline Libby and related negotiation issues and prepare for conference with R. Frankel re same (1.5); confer with R. Frankel and R. Wyron re Libby issues and strategic options (1.2); review recent pleadings and filings (.2). |
| 8/24/2011 | Lisa G Esayian | 2.40 | Revise brief in opposition to CNA settlement appeals. |
| 8/25/2011 | Kimberly K Love | 2.20 | Review and cite check appellee's brief re CNA settlement for upcoming filing. |
| 8/25/2011 | Adam C Paul | 2.50 | Analyze and revise motion to hire counsel (1.9); correspond with J. O'Connell re share repurchase (.4); confer with J. O'Connell re same (.2). |
| 8/25/2011 | Rana Barakat | 1.30 | Draft and revise memorandum re application of doctrine of equitable mootness in circuit courts. |
| 8/25/2011 | Brad Weiland | 1.30 | Review and analyze outstanding and ordered appeals items (.5); correspond with A. Brniak re same (.4); prepare and revise materials re settlement and counsel items (.4). |
| 8/25/2011 | Lisa G Esayian | 2.60 | Review and revise brief in opposition to CNA settlement appeals. |
| 8/25/2011 | James H M Sprayregen, P.C. | .40 | Confer with working group re potential restructuring transaction. |
| 8/26/2011 | Kimberly K Love | 1.20 | Prepare and organize case materials re briefs re CNA settlement. |
| 8/26/2011 | Jeffrey Gettleman | .70 | Correspond with B. Weiland re revised motion to authorized trusts to retain counsel (.3); edit motion for order authorizing retention of counsel by trusts (.4). |
| 8/26/2011 | Adam C Paul | 6.30 | Confer with Blackstone and advisors re share repurchase (.8); prepare for same (.4); analyze share repurchase presentation (.6); analyze jurisdiction of bankruptcy court following notice of appeal (1.1); analyze and revise motion re lenders (1.9); analyze plan re channeling injunction (.8); correspond with M. Shelnitz re same (.5); confer with M. Shelnitz re same (.2). |
| 8/26/2011 | Rana Barakat | 2.30 | Draft memorandum re law of equitable mootness in circuit courts. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/26/2011 | Brad Weiland | 2.70 | Correspond with working group re appellate briefing items (.2); review and analyze same (.2); prepare and revise motion re potential settlement items (.9); review and analyze comments re same (.2); correspond with J. Gettleman re same (.2); prepare and revise motion re plan items (.7); review and analyze materials re same (.3). |
| 8/26/2011 | John Donley | .80 | Analyze various current strategic issues and correspond with A. Paul re same. |
| 8/26/2011 | Lisa G Esayian | 2.00 | Final revisions to plan proponents' brief in opposition to Libby and BNSF appeals re CNA settlement (1.5); correspond with FCR's and ACC's counsel re same (.3); correspond with K. Makowski re filing (.2). |
| 8/29/2011 | Jeffrey Gettleman | 1.10 | Correspond with B. Weiland re draft of lender settlement motion (.1); correspond with B. Weiland re revised draft of motion re retention of counsel by trusts (.2); revise draft of lender settlement motion (.4); review and analyze business and claims presentation (.2); correspond with A. Paul re presentation re business strategy (.1); correspond with B. Weiland re same (.1). |
| 8/29/2011 | Adam C Paul | 3.50 | Correspond with J. Donley re case status and open items (.3); confer with R. Higgins re claim prepayment (.6); confer with B. Weiland re same (.3); confer with J. Donley re Libby (.8); analyze Blackstone declaration (1.1); correspond with R. Higgins re same (.4). |
| 8/29/2011 | Brad Weiland | 1.30 | Confer and correspond with A. Paul re potential settlement and effective date items (.2); research re same (.2); prepare and revise materials re potential settlement and plan trust items (.9). |
| 8/29/2011 | John Donley | 2.00 | Analyze and outline Libby issues (.7); prepare for and participate in conference with A. Paul re Libby issues and other current strategic and plan consummation issues (1.0); review various recent pleadings and filings (.2); correspond with L. Esayian re CNA appeal issues (.1). |
| 8/30/2011 | Joshua Kogan | 1.20 | Confer with A. Paul re closing documents (.6); review exhibits to plan (.6). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/30/2011 | Adam C Paul | 7.30 | Confer with R. Higgins re Blackstone declaration (.7); analyze and revise Blackstone declaration (1.4); confer with J. Donley and M. Shelnitz re Libby and appeal (.6); confer with J. O'Neill re appeal (.4); correspond with R. Higgins re Blackstone declaration (.4); analyze timing of appeal (1.2); confer with J. Kogan re closing documents (.7); analyze amended 2019 statement (.8); analyze appellate briefs (1.1). |
| 8/30/2011 | Rana Barakat | 1.10 | Draft and revise memorandum re application of equitable mootness in circuit courts. |
| 8/30/2011 | John Donley | 2.30 | Review materials re medical program (.4); prepare for and participate in strategy conference with M. Shelnitz, R. Finke, J. Baer and A. Paul (1.0); review various recent filings and pleadings (.2); correspond with A. Paul and review draft affidavit re general unsecured issue and upcoming motion (.7). |
| 8/31/2011 | Adam C Paul | 5.70 | Analyze and revise O'Connell declaration (1.3); confer with R. Higgins and Blackstone re stock repurchase (.9); confer with J. Donley re same (.9); analyze prepayment to creditors (2.6). |
| 8/31/2011 | Rana Barakat | 1.90 | Research and analyze case law re equitable mootness (.6); draft and revise memorandum re same (1.3). |
| 8/31/2011 | John Donley | 3.70 | Consider, analyze and outline issues re options for use of cash (2.2); confer with R. Frankel, J. Baer, M. Shelnitz and A. Paul re same (1.3); review information re ownership of bank lender claims (.2). |
|  | Total: | 375.50 |  |

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/24/2011 | Todd F Maynes, P.C. | .50 | Confer and correspond with wrorking group re potential stock buyback transaction. |
| 8/25/2011 | Todd F Maynes, P.C. | .80 | Confer and correspond with R. Higgins re stock buyback possibility. |
| | Total: | 1.30 | |

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/4/2011 | John Donley | 2.40 | Travel from Chicago, IL to New York, NY for strategy conference with ACC (billed at half time). |
| 8/5/2011 | John Donley | 1.70 | Return travel from New York, NY for strategy conference with ACC (billed at half time). |
| 8/7/2011 | John Donley | 1.90 | Travel from Chicago, IL to Washington, DC for strategy conference (billed at half time). |
| 8/8/2011 | Adam C Paul | 5.30 | Travel to and from Washington, DC for conferences with ACC/FCR (delay) (billed at half time). |
| 8/8/2011 | John Donley | 2.20 | Return travel from Washington, DC after strategy conference (billed at half time). |
| | Total: | 13.50 | |

### Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/10/2011 | Christopher T Greco | .70 | Correspond re settlement and summary and next steps. |
| 8/10/2011 | Matthew F Dexter | .30 | Correspond with opposing counsel re executed settlement agreement. |
| | Total: | 1.00 | |

# EXHIBIT B

### Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---|
| Local Transportation | $38.00 |
| Travel Expense | $788.46 |
| Airfare | $2,434.98 |
| Transportation to/from airport | $823.07 |
| Travel Meals | $84.32 |
| **Total:** | **$4,168.83** |

## Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 7/11/2011 | 118.06 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 07/11/11 |
| 7/11/2011 | 79.75 | Crown Cars & Limousines, Transportation to/from airport, 07/11/2011, John Donley |
| 7/12/2011 | 126.42 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 07/12/11 |
| 7/25/2011 | 760.00 | John Donley, Airfare, New York, NY, 07/29/2011 to 07/29/2011, (Conference) |
| 8/3/2011 | 699.75 | Adam Paul, Airfare, Washington, DC, 08/08/2011 to 08/08/2011, (Conference) |
| 8/3/2011 | 51.61 | Vital Transportation Inc, Passenger: Donley, John, Transportation to/from airport, Date: 7/29/2011 |
| 8/4/2011 | 438.46 | John Donley, Lodging, The Waldorf Astoria, New York, NY, 08/04/2011 to 08/05/2011, (Conference) |
| 8/4/2011 | 353.00 | John Donley, Airfare, New York, NY, 08/04/2011 to 08/04/2011, (Conference) |
| 8/4/2011 | 622.23 | John Donley, Airfare, Washington, DC, 08/07/2011 to 08/08/2011, (Conference) |
| 8/4/2011 | 32.00 | John Donley, Transportation To/From Airport, (Conference) |
| 8/7/2011 | 350.00 | John Donley, Lodging, Willard InterContinental, Washington, DC, 08/07/2011 to 08/08/2011, (Conference) |
| 8/7/2011 | 75.00 | John Donley, Transportation To/From Airport, (Conference) |
| 8/7/2011 | 50.00 | John Donley, Travel Meals, Washington, DC, (Conference), Dinner |
| 8/8/2011 | 38.00 | Adam Paul, Taxi, (Conference) |
| 8/8/2011 | 118.44 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 08/08/11 |
| 8/8/2011 | 126.41 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 08/08/11 |
| 8/8/2011 | 40.00 | John Donley, Transportation To/From Airport, (Conference) |
| 8/8/2011 | 9.32 | Adam Paul, Travel Meals, Chicago, IL, (Conference), Breakfast |
| 8/8/2011 | 25.00 | John Donley, Travel Meals, Washington, DC, (Conference), Breakfast |
| 8/24/2011 | 55.38 | Sunny's Executive Sedan Service Inc - Transportation to/from airport, Adam Paul, 08/08/11 |
| Total: | 4,168.83 | |

B-3

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $78.54 |
| Standard Copies or Prints | $936.20 |
| Overnight Delivery | $93.09 |
| Outside Messenger Services | $79.26 |
| Court Reporter Fee/Deposition | $157.80 |
| Outside Computer Services | $3,010.51 |
| Computer Database Research | $2,748.12 |
| **Total:** | **$7,103.52** |

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|---|---|---|
| 5/10/2011 | 157.80 | Judy Comp & Associates Inc - Court Reporter Fee/Deposition, Deposition Transcript and Exhibits, 4/30/07 |
| 7/7/2011 | 11.45 | West, Computer Database Research, Brooks, Justin S., July 2011 |
| 7/11/2011 | 18.23 | UPS Dlvry to: Adam Paul, Wilmette, IL from: Adam C. Paul |
| 7/11/2011 | 74.36 | West, Computer Database Research, Love, Kimberly, July 2011 |
| 7/12/2011 | 3.37 | West, Computer Database Research, Eggert, Mary B., July 2011 |
| 7/14/2011 | 32.25 | West, Computer Database Research, Welch, Melinda, July 2011 |
| 7/18/2011 | 27.95 | West, Computer Database Research, Brniak, Andrew, July 2011 |
| 7/19/2011 | 46.05 | West, Computer Database Research, Donley, John W., July 2011 |
| 7/21/2011 | 468.97 | West, Computer Database Research, Kokontis, Megan, July 2011 |
| 7/22/2011 | 23.82 | West, Computer Database Research, Landau, Christopher, July 2011 |
| 7/27/2011 | 561.81 | West, Computer Database Research, Weiland, Brad, July 2011 |
| 7/29/2011 | 14.20 | Fed Exp to: Jay Hughes, Cambridge, MA from: Tyler Mace |
| 7/29/2011 | 702.92 | C2 Legal - Outside Computer Services, Database Archive Fee, User License Fee, 7/29/11 |
| 7/29/2011 | 176.51 | LexisNexis, Computer Database Research, CourtLink Usage for 07/2011, Joseph Cali |
| 7/29/2011 | 276.90 | West, Computer Database Research, Barakat, Rana, July 2011 |
| 7/30/2011 | 87.94 | West, Computer Database Research, Esayian, Lisa G., July 2011 |
| 7/31/2011 | 5.62 | Intercall - Third Party Telephone Charges, A. Paul, 7/31/11 |
| 7/31/2011 | 36.44 | Intercall - Third Party Telephone Charges, J. Donley, 7/31/11 |
| 7/31/2011 | 7.77 | Intercall - Third Party Telephone Charges, L. Esayian, 7/31/11 |
| 7/31/2011 | 773.92 | West, Computer Database Research, Dukov, Nia, July 2011 |
| 8/1/2011 | 0.70 | Standard Prints |
| 8/1/2011 | 0.20 | Standard Prints |
| 8/1/2011 | 9.10 | Standard Prints |
| 8/1/2011 | 0.60 | Standard Prints |
| 8/1/2011 | 3.40 | Standard Prints |
| 8/1/2011 | 9.10 | Standard Prints |
| 8/1/2011 | 15.90 | Standard Prints |
| 8/2/2011 | 2.90 | Standard Prints |
| 8/2/2011 | 232.60 | Standard Copies or Prints |
| 8/2/2011 | 0.10 | Standard Prints |
| 8/2/2011 | 4.30 | Standard Prints |
| 8/2/2011 | 8.80 | Standard Prints |
| 8/2/2011 | 1.40 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 8/2/2011 | 11.00 | Standard Prints |
| 8/2/2011 | 46.68 | Fed Exp to: Jay Hughes, Cambridge, MA from: T. Mace |
| 8/3/2011 | 0.60 | Standard Prints |
| 8/3/2011 | 1.30 | Standard Prints |
| 8/4/2011 | 3.40 | Standard Prints |
| 8/4/2011 | 1.10 | Standard Prints |
| 8/5/2011 | 2.10 | Standard Prints |
| 8/5/2011 | 4.10 | Standard Prints |
| 8/8/2011 | 325.50 | Standard Copies or Prints |
| 8/8/2011 | 19.50 | Standard Prints |
| 8/8/2011 | 3.20 | Standard Prints |
| 8/8/2011 | 7.60 | Standard Prints |
| 8/8/2011 | 25.10 | Standard Prints |
| 8/9/2011 | 6.40 | Standard Prints |
| 8/9/2011 | 6.20 | Standard Prints |
| 8/9/2011 | 20.20 | Standard Prints |
| 8/9/2011 | 3.50 | Standard Prints |
| 8/9/2011 | 6.60 | Standard Copies or Prints |
| 8/9/2011 | 2,307.59 | Driven Inc - Outside Computer Services, 07/31/11, Computer time: Set-up custom blowback using client provided DAT file per specs; Blowback: Print hardcopy of electronic data with custom slipsheets, remove dupes and setup custom blowback using provided DAT file pre specs. |
| 8/10/2011 | 8.60 | Standard Prints |
| 8/10/2011 | 0.60 | Standard Prints |
| 8/10/2011 | 0.20 | Standard Prints |
| 8/10/2011 | 0.50 | Standard Prints |
| 8/10/2011 | 3.30 | Standard Prints |
| 8/10/2011 | 7.70 | Standard Prints |
| 8/11/2011 | 0.40 | Standard Prints |
| 8/11/2011 | 5.40 | Standard Prints |
| 8/11/2011 | 1.60 | Standard Prints |
| 8/11/2011 | 1.70 | Standard Prints |
| 8/11/2011 | 79.26 | Cosmic Courier LLC - Outside Messenger Services - 07/11/11, A. Paul |
| 8/12/2011 | 20.40 | Standard Prints |
| 8/12/2011 | 4.50 | Standard Prints |
| 8/15/2011 | 4.50 | Standard Prints |
| 8/15/2011 | 0.50 | Standard Prints |

B-6

| Date | Amount | Description |
|------|--------|-------------|
| 8/15/2011 | 3.10 | Standard Prints |
| 8/15/2011 | 13.98 | Fed Exp to: Mary Pongratz, Chicago, IL from: Adam Paul |
| 8/16/2011 | 2.20 | Standard Prints |
| 8/17/2011 | 0.30 | Standard Copies or Prints |
| 8/17/2011 | 0.20 | Standard Prints |
| 8/17/2011 | 0.90 | Standard Prints |
| 8/18/2011 | 0.40 | Standard Prints |
| 8/18/2011 | 3.30 | Standard Prints |
| 8/18/2011 | 4.00 | Standard Prints |
| 8/19/2011 | 1.00 | Standard Prints |
| 8/19/2011 | 1.40 | Standard Prints |
| 8/19/2011 | 1.30 | Standard Prints |
| 8/19/2011 | 0.70 | Standard Prints |
| 8/19/2011 | 3.20 | Standard Prints |
| 8/22/2011 | 1.30 | Standard Prints |
| 8/22/2011 | 2.40 | Standard Prints |
| 8/22/2011 | 0.70 | Standard Prints |
| 8/22/2011 | 21.20 | Standard Prints |
| 8/22/2011 | 0.30 | Standard Copies or Prints |
| 8/23/2011 | 3.50 | Standard Prints |
| 8/23/2011 | 11.10 | Standard Prints |
| 8/23/2011 | 6.90 | Standard Prints |
| 8/23/2011 | 2.70 | Standard Prints |
| 8/25/2011 | 2.40 | Standard Prints |
| 8/25/2011 | 6.10 | Standard Prints |
| 8/25/2011 | 5.50 | Standard Prints |
| 8/25/2011 | 11.40 | Standard Prints |
| 8/26/2011 | 0.70 | Standard Prints |
| 8/26/2011 | 10.10 | Standard Prints |
| 8/29/2011 | 10.80 | Standard Prints |
| 8/29/2011 | 3.80 | Standard Prints |
| 8/29/2011 | 5.00 | Standard Prints |
| 8/29/2011 | 2.00 | Standard Prints |
| 8/29/2011 | 1.40 | Standard Prints |
| 8/29/2011 | 3.80 | Standard Prints |
| 8/30/2011 | 0.80 | Standard Prints |
| 8/30/2011 | 2.50 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 8/30/2011 | 1.40 | Standard Prints |
| 8/31/2011 | 2.15 | Intercall - Third Party Telephone Charges, A. Paul, 8/31/11 |
| 8/31/2011 | 26.56 | Intercall - Third Party Telephone Charges, J. Donley, 8/31/11 |
| 8/31/2011 | 182.82 | LexisNexis, Computer Database Research, CourtLink Usage for 08/2011, Joseph Cali |
| Total: | 7,103.52 | |

<u>**Matter 57 - Montana Grand Jury Investigation – Expenses**</u>

| Service Description | Amount |
|---|---|
| Outside Computer Services | $2,370.64 |
| **Total:** | **$2,370.64** |

**Matter 57 - Montana Grand Jury Investigation - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/11/2011 | 2,370.64 | Advanced Discovery Services - Outside Computer Services, Technical time, Gather documents for delivery, Report on Missing Documents, Insert missing Documents once provided, Send documents to client for safekeeping, 8/10/11 |
| Total: | 2,370.64 | |