# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| CHAMA, INC | Bankruptcy No. 98-02252-JKF<br>Chapter 7 |
| ACCESS BEYOND TECHNOLOGIES, INC | Bankruptcy No. 98-02276-JKF<br>Chapter 7 |
| JUST FOR FEET, INC. | Bankruptcy No. 99-04110-JKF<br>Chapter 7 |
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-01139-JKF<br>Chapter 11 |
| Federal-Mogul Global, Inc., T&N Limited, *et al.* | Bankruptcy No. 01-10578<br>Chapter 11 |
| Kaiser Aluminum Corporation | Bankruptcy No. 02-10429-JKF<br>Chapter 11 |
| The Flintkote Company | Bankruptcy No. 04-11300-JKF<br>Chapter 11 |
| Specialty Products Holdings Corp | Bankruptcy No. 10-11780-JKF<br>Chapter 11 |
| Thomas P. Walsh and Holly T. Walsh | Bankruptcy No. 06-10315-JKF<br>Chapter 13 |
| National Rural Utilities Cooperative Finance Corp.<br>v. Prosser, *et al.* | Adv. No. 09-52854-JKF |
| Prosser et al v. National Rural Utilities Cooperative<br>Finance Corp. | Adv. No. 10-50744-JKF |
| ACandS Asbestos Settlement Trust et al<br>v. Hartford Accident and Indemnity Company, *et al.* | Adv. No. 10-53721-JKF |
| O'Quinn v. Pangborn Corporation, *et al.* | MP No. 11-00107-JKF |
| O'Quinn v. Pangborn Corporation, *et al.* | MP No. 11-00108-JKF |
| O'Quinn v. Pangborn Corporation, *et al.* | MP 11-00109-JKF |

## ORDER RESCHEDULING HEARINGS SET FOR MARCH 19, 2012, TO MARCH 28, 2012

**AND NOW,** this **11th** day of **October, 2011**, it is **ORDERED** that the omnibus hearing date in the above cases set for **March 19, 2012**, is **cancelled** and **rescheduled** for **March 28, 2012.**

It is **FURTHER ORDERED** that counsel for Debtor(s) or Trustee(s), as applicable, shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald       rmab
United States Bankruptcy Judge