**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 10, 2011

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10509


Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2011 | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Conway (1.2), Judge Sanders (1.3), Deloitte Tax (2.0) and Deloitte FAS (1.8); update database with revised chart and send to J. Wehrmann (.1). | 6.50 | 1,007.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Day Pitney's 1st to 37th interims and begin updating chart (4.40) | 4.40 | 682.00 |
| | BSR | Draft e-mail to Caplin & Drysdale re initial report (41Q) | 0.10 | 28.50 |
| | BSR | Draft e-mail to Baer Higgins re initial report (41Q) | 0.10 | 28.50 |
| | BSR | receive, review, and respond to email from Karen Harvey at The Hogan Firm re wire charges; review email from Karen Harvey to other applicants re same | 0.10 | 28.50 |
| | DTW | Review and revise Caplin's initial report for 41st interim period and same re Baer Higgins (.2). | 0.20 | 33.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 1st to 29th interims and begin updating chart (3.70) | 3.70 | 573.50 |
| | AL | Receive, review and finalize Caplin's 41Q IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1); Receive, review and finalize Baer's 41Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 1.10 | 49.50 |

---

214 698-3868

W.R. Grace & Co. Page 2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/2/2011 | AL | Update database with Hogan's July fee application (.2); Scarfone's July fee application (.2); Luazon's July fee application (.2); Blackstone's April through June fee application (.2); Woodcock's July electronic detail (.1) | 0.90 | 40.50 |
|  | JAW | detailed review of Orrick Herrington June 2011 fee application (3.90) | 3.90 | 604.50 |
|  | AL | research Pacer for fee applications filed during the 18th interim period as well as final reports filed, recommended reductions and orders entered regarding Capstone, Casner, CIBC, Conway, Duane, Ferry, Foley, Hamilton, Holme, K&E, Klett, Kramer and Latham (3.3); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.1) | 5.40 | 243.00 |
|  | AL | Update database with Norton Rose's 41Q IR response | 0.20 | 9.00 |
| 9/3/2011 | MW | Draft revisions to project category spreadsheet for AKO (.4), Baer (.3), Capstone (.4), PWC (.3); t/c with B. Ruhlander re various PWC entities for spreadsheet (.2); finalize changes to same (.5); send same to B. Ruhlander (.1). | 2.20 | 341.00 |
|  | BSR | Receive and review project category spreadsheet for the 40th interim period (.3); email to Melanie White re revisions (.1); telephone conferences (2) with Melanie White re same (.1); check final report to resolve discrepancy on PwC's applications (.1); final review of project category spreadsheet (40Q) (.1); email to Jamie O'Neill re project category spreadsheet and fee and expense chart (.1) | 0.80 | 228.00 |
| 9/4/2011 | AL | research PACER for docket numbers of BMC's interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.4); draft final fee chart for 1st-26th Interims for BMC reflecting same (3.9) | 6.30 | 283.50 |
| 9/5/2011 | JAW | detailed review of Reed Smith July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Foley Hoag July 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Stroock July 2011 fee application (1.50); draft summary of same (0.20) | 1.70 | 263.50 |
|  | JAW | detailed review of Casner Edwards July 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Alan Rich August 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | continued detailed review of Orrick Herrington June 2011 fee application (2.10) | 2.10 | 325.50 |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/6/2011 | JAW | detailed review of Bear Higgins July 2011 fee application (2.60); draft summary of same (0.30) | 2.90 | 449.50 |
| | JAW | detailed review of Orrick Herrington April 2011 fee application (3.40); draft summary of same (0.40) | 3.80 | 589.00 |
| | JAW | Continued detailed review of Orrick Herrington April 2011 fee application (2.00) | 2.00 | 310.00 |
| | BSR | review of Pachulski's 41st interim fee application, as well as May and June 2011 monthly fee applications and fee and expense summaries re same | 0.40 | 114.00 |
| | BSR | Draft initial report re Norton Rose's quarterly application for the 41st interim period | 0.40 | 114.00 |
| | BSR | detailed review of Norton Rose's (f/k/a Ogilvy Renault) 41st interim fee application and June 2011 monthly fee application | 0.20 | 57.00 |
| | AL | Update database with Kramer's July electronic detail (.1); Ferry's July fee application (.2) | 0.30 | 13.50 |
| | BSR | detailed review of Orrick's quarterly fee application for the 41st interim period, as well as monthly fee applications for April, May, and June 2011 | 1.80 | 513.00 |
| 9/7/2011 | BSR | Receive and review hotel charge information provided by Kramer Levin (.1); follow up email to Kramer Levin re same (.1) | 0.20 | 57.00 |
| | JAW | continued detailed review of Orrick Herrington April 2011 fee application (2.00); draft summary of same (0.50) | 2.50 | 387.50 |
| | BSR | review of Stroock's June 2011 monthly fee application and fee and expense summary re same (.2); review of Stroock's quarterly application for the 41st interim period (April-June 2011) (.1) | 0.30 | 85.50 |
| | BSR | review of of Scarfone Hawkins' June 2011 monthly fee application and fee and expense summary re same; review of Scarfone Hawkins' quarterly application for the period of April-June 2011 | 0.20 | 57.00 |
| | BSR | detailed review of Saul Ewing's June 2011 monthly fee application and fee and expense summary re same(.2); review of Saul Ewing's quarterly application for the period of April-June 2011 (.2); email to Teresa Currier with question concerning missing invoice (.1); review invoice supplied by Saul Ewing (.1) | 0.60 | 171.00 |
| | BSR | review of Karl Hill's (Seitz Van Ogtrop) June 2011 monthly fee application and fee and expense summary re same (.1); review of Karl Hill's quarterly application for the 41st interim period (.1); email to Alan Rich with question re Mr. Hill's application (.2) | 0.40 | 114.00 |
| | BSR | review of Judge Sanders' quarterly fee application for the 41st interim period. | 0.10 | 28.50 |

W.R. Grace & Co.                                                                              Page    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/7/2011 | BSR | review of Alan Rich's quarterly fee application for the 41st interim period. | 0.10 | 28.50 |
| | BSR | review of Reed Smith's June 2011 monthly fee application and fee summary re same (.1); review of Reed Smith quarterly fee application for the 41st interim period (.1); email to Reed Smith re expenses in application (.1) | 0.30 | 85.50 |
| | MW | draft monthly application for compensation of WHSA for August 2011 (2.8); preliminary review of same (.3); send same to J. Wehrmann for review (.1); draft revisions to same (.4); finalize for court filing (.2) | 3.80 | 589.00 |
| | BSR | Receive and review air fare information provided by Lincoln Partners and research same | 0.40 | 114.00 |
| | BSR | Draft e-mail to Norton Rose re initial report (41st) | 0.10 | 28.50 |
| | JAW | continued detailed review of Orrick Herrington May 2011 fee application (6.30); draft summary of same (0.30) | 6.60 | 1,023.00 |
| | AL | Draft prior period paragraphs to be included in final final reports for the 26th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8) and Caplin Drysdale (.6). | 5.60 | 252.00 |
| | DTW | Review and revise initial report for Norton Rose re the 41st interim period (.1). | 0.10 | 16.50 |
| 9/8/2011 | AL | Receive and review email from Janet Baer re 41Q IR response (.1); update database with same (.2); draft email to B. Ruhlander re 41Q IR response (.1) | 0.40 | 18.00 |
| | AL | Receive and review email from J. Wehrmann re editable version of Orrick's June electronic detail (.1); Research re same (.4); telephone conference with M. White re Orrick's June electronic detail (.1); update database with editable version of Orrick's June electronic detail (.1) | 0.70 | 31.50 |
| | AL | Receive, review and finalize Norton's 41Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| | AL | Receive, review and finalize Orrick's 41Q IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60 | 27.00 |
| | JAW | detailed review of Bilzin Sumberg July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Campbell & Levine July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | Draft summary of Orrick Herrington June 2011 fee application (1.10) | 1.10 | 170.50 |
| | JAW | detailed review of PwC (2010 Darex Puerto Rico Audit) May 1, 2011 - July 31 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |

W.R. Grace & Co.            Page   5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/8/2011 | JAW | detailed review of Saul Ewing July 2011 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | DTW | Review and revise Orrick initial report for April through June 2011 (.1). | 0.10 | 16.50 |
| | JAW | detailed review of Ferry Joseph July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | BSR | research docket (.2) and server (.1) for K&E's quarterly application for the 41st interim period (not yet received) | 0.30 | 85.50 |
| | BSR | Receive and review orders setting omnibus hearing dates for 2012 and 2013; send same to Warren Smith and Melanie White. | 0.20 | 57.00 |
| | BSR | review of Woodcock Washburn's June 2011 monthly fee application and fee and expense summary re same (.1); review of Woodcock Washburn's quarterly fee application (.1); research docket re May 2011 fee application for Woodcock Washburn (.2) | 0.40 | 114.00 |
| | BSR | Draft initial report re Orrick's 41st interim fee application | 0.90 | 256.50 |
| | BSR | Receive and review expense detail for Orrick's April through June 2011 monthly fee applications | 0.30 | 85.50 |
| | JAW | detailed review of Hamilton Rabinovitz July 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| 9/9/2011 | JAW | detailed review of Charter Oak July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Caplin & Drysdale July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Kirkland & Ellis July 2011 fee application (4.10) | 4.10 | 635.50 |
| | AL | Receive and review email from Orrick re requested June electronic detail (.1); update database with Orrick's June complete electronic detail (.2); draft email to J. Wehrmann re same (.1); t/c with M. White re editable formatting of same (.1); receive and review new version from M. White (.1); update database with same (.2).update database with Kirkland's July electronic detail (.1); K&E's July fee application (.2); Kramer's July fee application (.2) | 1.30 | 58.50 |
| | BSR | Receive and review response of Baer Higgins to initial report (41Q) | 0.10 | 28.50 |
| | BSR | Receive and review response of Norton Rose to initial report (41Q) | 0.20 | 57.00 |
| | BSR | review of PwC's May and June 2011 monthly fee applications, along with fee and expense summaries re same (1.1); review of PwC's 41st quarterly fee application (.3) | 1.40 | 399.00 |

W.R. Grace & Co.     Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/9/2011 | BSR | receive, review, and respond to email from Kirkland & Ellis re quarterly fee application (41Q) | 0.10 | 28.50 |
| | BSR | Draft e-mail to Kirkland & Ellis inquiring as to status of their quarterly application (41Q) | 0.10 | 28.50 |
| | BSR | Draft e-mail to Orrick re initial report for the 41st interim period | 0.10 | 28.50 |
| | BSR | Draft e-mails to Melanie White, Warren Smith and Janet Baer re omnibus hearing schedule and case status. | 0.20 | 57.00 |
| | AL | Update database with Norton's 41Q IR response (.2); Baer's 41st interim IR response (.1) | 0.30 | 13.50 |
| | MW | Confer with J. Wehrmann and A. Lopez re formatting of Orrick's electronic detail (.2); Review Orrick's electronic detail (.5); send same to J. Wehrmann for summary (.1); receive and review emails from B. Ruhlander re prior period paragraphs (.1); response to same (.1); receive and review emails from B. Ruhlander re case status and omnibus hearing dates (.2); draft response to same (.1) | 1.30 | 201.50 |
| 9/10/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Buchanan (2.6); draft final fee chart for 1st-26th Interims for Buchanan reflecting same (4.7) | 7.30 | 1,131.50 |
| 9/11/2011 | MW | Research PACER for all applicants with fee applications for the 31st interim (1.6); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter and Deloitte Tax (5.7); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 8.60 | 1,333.00 |
| 9/12/2011 | AL | Receive and review monthly fee application for August 2011 from M. White (.1); update database with final version (.2); electronic filing of same with Court (.4); prepare same for service (.2) | 0.90 | 40.50 |
| | JAW | detailed review of Anderson Kill July 2011 fee application (0.90); draft summary of same (0.10) | 1.00 | 155.00 |
| | JAW | detailed review of PwC (Global Restructuring Project) April 1 2011 - July 31 2011 fee application (1.50); draft summary of same (0.10) | 1.60 | 248.00 |
| | JAW | continued detailed review of Kirkland & Ellis July 2011 fee application (3.70); draft summary of same (1.0) | 4.70 | 728.50 |
| 9/13/2011 | AL | Update database with Woodcock's July fee application | 0.20 | 9.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/13/2011 | BSR | receive, review, and respond to email from Lynzy Oberholzer re inclusion of David Austern in fee and expense chart and project category spreadsheet (40Q) | 0.20 | 57.00 |
| | BSR | Draft amended final report re A&M's 3rd quarterly fee application | 2.20 | 627.00 |
| | BSR | Draft appendix to omnibus final report (41Q) for BHF fee application (.9); further review of BHF's response to initial report (.6) | 1.50 | 427.50 |
| 9/14/2011 | AL | Update database with K&E's 41Q electronic detail (.1); update database with Judge Sanders' August electronic fee detail (.1) and hard copy (.2) | 0.40 | 18.00 |
| 9/15/2011 | AL | Receive and review email from B. Ruhlander re Baer's response to fee auditor's final report (.1); draft of Phase Eleven Exhibit (.5); telephone conference with B. Ruhlander re same (.1) | 0.70 | 31.50 |
| | BSR | Continued review of Baer Higgins' response to initial report for the 41st interim period and exhibits to same. | 0.50 | 142.50 |
| | BSR | draft e-mail to Anthony Lopez re exhibits needed for Baer portion of final report for the 41st interim (.1); review exhibits received from Anthony Lopez (.1) | 0.20 | 57.00 |
| | AL | Update database with Beveridge's June (.2) and July (.2) fee applications; telephone conference with J. Wehrmann re same (.1); update database with Beveridge's June (.1) and July (.1) electronic detail | 0.70 | 31.50 |
| | JAW | detailed review of PwC's July 2011 fee application (5.60); draft summary of same (1.2) | 6.80 | 1,054.00 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Fragomen (1.2), Goodwin (1.3), Hamilton (1.0), The Hogan Firm (2.0), Holme Roberts (1.1), Janet Baer (1.4) and Hilsoft (1.8); update database with revised chart and send to J. Wehrmann (.1). | 10.00 | 1,550.00 |
| 9/16/2011 | BSR | Forward order attached to Norton Rose's response to A. Lopez for the 41st quarter. | 0.10 | 28.50 |
| | BSR | detailed review of Blackstone's monthly and quarterly fee application for the 41st interim period | 0.40 | 114.00 |
| | BSR | research re Day Pitney and Capstone applications for June 2011 and 41st quarterly application. | 0.20 | 57.00 |
| | BSR | Draft initial report re Kirkland & Ellis' 41st quarterly fee application | 1.70 | 484.50 |
| | BSR | Continued review of fee summaries re K&E's April through June 2011 monthly fee applications | 0.30 | 85.50 |

W.R. Grace & Co.                                                    Page    8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/16/2011 | BSR | detailed review of Kirkland & Ellis' quarterly application for the 41st interim period. | 0.40 | 114.00 |
| | AL | Update database with Hogan's July electronic detail (.1); Lauzon's July electronic detail (.1); Scarfone's July electronic detail (.1); Campbell's July electronic detail (.1); Charter's July electronic detail (.2); AKO's July electronic detail (.1); Caplin's July electronic detail (.2); Bilzin's July electronic detail (.1); PWC's July electronic detail (.1); PWC (Darex) July electronic detail (.1); PWC (Global Reconstructuring Project) April through July interim electronic detail (.2); telephone conference with B. Ruhlander re same (.1); Hamilton's July electronic detail (.1); receive and review email from Alan Rich re August fee application (.1); update database with Alan Rich's August electronic detail (.1) and fee application (hard copy) (.2); Orrick's April fee application (.2); Orrick's May fee application (.2); Orrick's June fee application (.2); Orrick's July fee application (.2); Reed's July fee application (.2) | 3.00 | 135.00 |
| 9/19/2011 | JAW | detailed review of Woodcock & Washburn's July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Alexander Sanders' August 2011 fee application (0.20); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Lauzon Belanger's July 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | BSR | Draft e-mail to Kirkland & Ellis re initial report (41Q) | 0.10 | 28.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Day Pitney (1.2), Ferry Joseph (1.3), Foley Hoag (1.0) and Forman (1.8); update database with revised chart and send to J. Wehrmann (.1). | 5.50 | 852.50 |
| | DTW | Review and revise 41st interim initial report for K&E (.2). | 0.20 | 33.00 |
| | JAW | detailed review of Scarfone Hawkins' July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Hogan Firm's July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Kramer Levin's July 2011 fee application (0.80); draft summary of same (0.10) | 0.90 | 139.50 |
| | AL | Receive, review and finalize K&E's 41st Q IR response (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| 9/20/2011 | JAW | Detailed review of Beveridge & Diamond's July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                                    Page    9

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/20/2011  | JAW | Detailed review of Beveridge & Diamond's June 2011 fee application (0.60); draft summary of same (0.10)                                                                                                                                                                                                                                                                                                                                                                                                         | 0.70  | 108.50 |
|            | JAW | Detailed review of Duane Morris' April 1 2011 - June 30 2011 fee application (1.90); draft summary of same (0.20)                                                                                                                                                                                                                                                                                                                                                                                               | 2.10  | 325.50 |
|            | AL  | Receive and review email from J. Wehrmann re 41st and 42nd interim fee summaries (.1); update database with Orrick's April (.1) Orrick's May (.2) Orrick's June (.1) PWC's Darex May through July (.2) Baer's July (.1) Orrick's July (.1) HRO's July (.2) Ferry's July (.2) Ewing's July (.1) Campbell's July (.1) Bilzin's July (.1) Charter's July (.2) Caplin's July (.1) K&E's July (.2) AKO's July (.1) PWC (Global) April through July (.2) PWC's July (.1) Sander's August (.1) Lauzon's July (.1) Woodcock's July (.2) Scarfone's July (.1) Kramer's July (.2) and Hogan's July (.1) fee summaries | 3.30  | 148.50 |
|            | AL  | Update database with Morris' April through June fee application                                                                                                                                                                                                                                                                                                                                                                                                                                                | 0.20  | 9.00   |
|            | AL  | Update database with K&E's April through June fee application                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.20  | 9.00   |
| 9/21/2011  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Delloitte, Deloitte Tax and Deloitte FAS for the interim periods 11-37 and send M. White required updates to same (1.10)                                                                                                                                                              | 1.10  | 170.50 |
|            | JAW | several e-mails to M White regarding final fee chart and changes to same (0.3); review same (0.3).                                                                                                                                                                                                                                                                                                                                                                                                              | 0.60  | 93.00  |
|            | AL  | Update database with Pitney's June electronic detail (.1); receive and review email from B. Ruhlander re 40th interim fee order (.1); update database with same (.2)                                                                                                                                                                                                                                                                                                                                            | 0.40  | 18.00  |
|            | BSR | Receive and review fee order for the 40th interim period entered on 9.20.11 (.2); email to Jamie O'Neill re same (.1)                                                                                                                                                                                                                                                                                                                                                                                           | 0.30  | 85.50  |
| 9/22/2011  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for CBBG for the interim periods 4-17 and send M. White email with updates to make on chart (1.30)                                                                                                                                                                                        | 1.30  | 201.50 |
|            | BSR | telephone conference with Dan Hogan re correction to be made to project category spreadsheet (40Q); telephone conference with Melanie White re same                                                                                                                                                                                                                                                                                                                                                            | 0.10  | 28.50  |
|            | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Delloitte, Deloitte Tax and Deloitte FAS for the interim periods 11-37 and send M. White required updates to same (3.50)                                                                                                                                                              | 3.50  | 542.50 |

W.R. Grace & Co.                                                                                                               Page   10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/22/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Casner for the interim periods 1-37 and send M. White emails with updates to be made (4.30) | 4.30 | 666.50 |
|  | AL | Continue drafting prior period chart for the 38th interim applications of Andrews Kurth, BMC, Beveridge, Blackstone, Buchanan, Caplin Drysdale, Capstone, Casner & Edwards, Young Conaway, Ferry Joseph, Foley Hoag, Hamilton, Hilsoft, Kirkland & Ellis, Klett and Holme Roberts, Richardson, Scott Law, Steptoe, Stroock, Swidler, Tersigni and Woodcock Washburn Nelson Mullins, PDC, Pachulski, Phillips, Pitney and Reed Smith | 6.90 | 310.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for CIBC for the interim periods 13-22 and send M. White email with updates to same (1.30) | 1.30 | 201.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Charter for the interim periods 26-37 and send M. White email with updates to same (1.20) | 1.20 | 186.00 |
| 9/23/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Caplin for the interim periods 1-37 and send M. White updates to same (4.80) | 4.80 | 744.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Capstone for the interim periods 12-37 and send M. White email with updates to same (3.70) | 3.70 | 573.50 |
|  | AL | Update database with Blackstone's July fee application (.2); Pitney's June fee application (.2); Capstone's June fee application (.2) | 0.60 | 27.00 |
|  | MW | T/C with B. Ruhlander re category spreadsheet for 40th interim (.1); Telephone call with Dan Hogan re cumulative discrepancy (.1); research previous interims to locate error going back to 35th interim (.5); draft revisions to spreadsheet for the Hogan Firm, Scarfone Hawkins and Lauzon (1.0); send revised spreadsheet to Dan Hogan (.1). | 1.80 | 279.00 |
|  | AL | Receive and review email from J. Wehrmann re Orrick's June electronic detail (.1); Research Pacer re same (.4); draft email to Orrick re June editable electronic fee and expense detail (.1); receive and review email from J. Wehrmann re 41st and 42nd fee summaries for all applicants (.1); update database with Austern's May (.1) Austern's April (.2) Lincoln's April (.1) Lincoln's May (.1) Alan Rich's August (.2) Foley's July (.1) Casner's July | 4.20 | 189.00 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---|---|
| | | (.2) Reed's July (.2) and Stroock's July (.2) fee summaries; update database with Ewing's July complete electronic detail (.2); update database with PWC's July fee application (.2); PWC's Darex July fee application (.2); Ewing's July fee application (.1); PWC Global July fee application (.2); Bilzin's July fee application (.2); HRO's July fee application (.2); Caplin's July fee application (.2); Charter's July fee application (.2); AKO's July fee application (.2); Campbell's July fee application (.2) | | |
| 9/24/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Campbell for the interim periods 1-37 and send M. White email with required updates to same (4.20) | 4.20 | 651.00 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Campbell (1.2), Caplin (1.3), Capstone (1.0), Casner (.9), CBBG (.5), Charter (1.0), CIBC (.4) and David T. Austern (.7); send updated charts to J. Wehrmann (.1). | 7.20 | 1,116.00 |
| 9/25/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Buchanan for the interim periods 16-33 and send M. White required updates to same (3.20) | 3.20 | 496.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Bowe for the 20th interim period and send M. White updates to same (0.30) | 0.30 | 46.50 |
| 9/26/2011 | BSR | research docket for fee applications not yet received for the 41st interim period | 0.70 | 199.50 |
| | AL | Receive and review email from B. Ruhlander re Baer's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 18.00 |
| | BSR | review of Capstone's May 2011 monthly fee application and fee summary re same | 0.10 | 28.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for BMC for the interim periods 7-37 and send emails to M. White with chart updates to be made (3.90) | 3.90 | 604.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for | 4.40 | 682.00 |

W.R. Grace & Co.                                                                                                          Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Blackstone for the interim periods 1-37 and send M. White email with updates to same (4.40) |  |  |
| 9/26/2011 | JAW | receive and review email with final fee chart from M. White to (0.40) | 0.40 | 62.00 |
|  | WHS | detailed review of FR Baer 41Q 4-6.11 | 0.20 | 59.00 |
|  | BSR | Review response of Orrick to initial report for the 41st interim period and research expense information in same (.4); email to Orrick with follow-up question (.1) | 0.50 | 142.50 |
|  | BSR | Draft final report re Baer Higgins Fruchtman's quarterly application for the 41st interim period | 0.60 | 171.00 |
|  | BSR | Draft omnibus final report for the 41st interim period | 0.40 | 114.00 |
|  | BSR | review of Day Pitney's May 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | detailed review of Kaye Scholer's April, May, and June 2011 monthly fee applications and fee and expense summaries re same | 0.40 | 114.00 |
| 9/27/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Bilzin for the interim periods 1-37 and send needed updates to M. White re same (4.70) | 4.70 | 728.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Beveridge for the interim periods 18-37 and send M. White email with updates to same (2.40) | 2.40 | 372.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Baker for the interim periods 14-37 and send email to M. White with updates to same (2.10) | 2.10 | 325.50 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's 41Q FR exhibit 1 (.1); draft same (.2); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
|  | AL | Update database with Capstone's June electronic detail (.1); receive and review email from J. Wehrmann re 41st and 42nd interim fee summaries (.1); update database with Duane Morris' April through June fee summaries (.2); Beveridge's June electronic fee summary (.2); Beveridge's July fee and expense summary (.2); Blackstone's July electronic detail (.1) | 0.90 | 40.50 |
|  | BSR | telephone conference with Melanie White re revisions to project category spreadsheet for the 40th interim period | 0.10 | 28.50 |

W.R. Grace & Co.                                                                    Page   13

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/27/2011 | BSR | Draft e-mail to Janet Baer re final report for BHF for the 41st interim period | 0.10 | 28.50 |
| | BSR | Draft final report re Orrick's quarterly application for the 41st interim period | 1.30 | 370.50 |
| | BSR | Draft final report re K&E's 41st quarterly fee application | 2.10 | 598.50 |
| 9/28/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Ashby for the 6th interim period and send M. White email with updates to same (0.30) | 0.30 | 46.50 |
| | BSR | Draft e-mail to Reed Smith inquiring as to response to email concerning expense on 41st interim application | 0.10 | 28.50 |
| | BSR | Draft e-mail to Rita Tobin inquiring as to Caplin & Drysdale's response to initial report for the 41st interim period | 0.10 | 28.50 |
| | BSR | Draft final report re K&E's 41st interim fee application | 1.10 | 313.50 |
| | BSR | telephone conference with Warren Smith and Doreen Williams re updating hotel survey (.1); telephone conference with Doreen Williams re same (.2) | 0.30 | 85.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Austern for the interim periods 13-37 and send email to M. White with updates to same (3.30) | 3.30 | 511.50 |
| | BSR | receive, review, and respond to email from Reed Smith concerning expense issue; make notation of same to file | 0.10 | 28.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for Alan Rich for the interim periods 31-37 and send emails to M. White with updates to same (1.70) | 1.70 | 263.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered in comparison to final fee chart for AKO for the interim periods 18-37 and send email to M. White with updates to same (1.70) | 2.80 | 434.00 |
| | BSR | Draft e-mail to Orrick re final report (41Q) | 0.10 | 28.50 |
| | DTW | Telephone call with W. Smith and B. Ruhlander re hotel trigger rates (.1); t/c with B. Ruhlander re same (.1); research re accommodations in NYC (2.4). | 2.60 | 429.00 |
| | AL | telephone conference with M. White re Prior Period Paragraph chart for the 38th interim (.2); Research PACER for 38th interim fee applications, final reports and orders docket numbers re Duane Morris, Venable, PWC, Ogilvy, | 5.10 | 229.50 |

W.R. Grace & Co. | Page 14

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| | | Orrick, David T. Austern, Anderson Kill, Baker McKenzie, Campbell & Levine, Latham & Watkins and Bilzin (3.4); draft numbers from research into detailed spreadsheet for final final report (1.5) | | |
| 9/28/2011 | WHS | detailed review of 41st - Final Report re Orrick | 0.30 | 88.50 |
| | AL | Receive and review email from W. Smith re approval of Orrick's 41Q FR (.1); update database with same (.2); electronic filing with the court re Orrick's 41Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| | AL | Receive and review email from B. Ruhlander re Orrick's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); update database with K&E's 41Q IR response (.1); update database with Baer's July (.1) August (.2) and April through June interim (.2) electronic detail; Stroock's August electronic detail (.1); Receive and review email from B. Ruhlander re K&E's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); Foley's complete August fee and expense electronic detail (.2) | 1.70 | 76.50 |
| | BSR | research regarding Washington DC hotel rates | 2.50 | 712.50 |
| 9/29/2011 | BSR | Receive and review information from Doreen Williams re New York City hotel rates (.2); telephone conferences (2) with Doreen Williams re same (.1) | 0.30 | 85.50 |
| | WHS | detailed review of FR KE 41Q 4-6.11 | 0.30 | 88.50 |
| | AL | Update database with Ferry's August electronic detail (.1); Bilzin's August electronic detail (.1) Reed's August electronic detail (.1); PWC's August electronic detail (.2); PWC's Global July electronic detail (.2); Norton's August electronic detail (.1); Kramer's August electronic detail (.1); Ewing's August electronic detail (.2); Foley's August fee application (.2); Stroock's August fee application (.2); Baer's August fee application (.2); Receive and review email from B. Ruhlander re K&E's revised 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); Campbell's August electronic detail (.1); Caplin's August electronic detail (.2); Charter's August electronic detail (.1); AKO's August electronic detail (.2); | 2.70 | 121.50 |
| | MW | Research Pacer for objections and responses to WHS&A's August fee application (.8); draft CNO re same (.4); forward same to A. Lopez for Court Filing (.1) | 1.30 | 201.50 |
| | AL | Receive and review email from W. Smith re approval of K&E's revised 41Q FR (.1); update database with same (.2); electronic filing with the court of K&E's revised 41Q FR (.4); draft email to A. Parnell re service of same (.1) | 0.80 | 36.00 |
| | DTW | Research re star ratings for selected NYC hotels (2.3); telephone call with B. Ruhlander re how to procede (.2); draft memo re hotel ratings (.5); draft memo re updated pricing on NYC hotels (.7); draft email to W. Smith re same (.2); several calls with B. Ruhlander re same (.3). | 4.20 | 693.00 |

W.R. Grace & Co.            Page  15

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/29/2011 | BSR | research regarding Wilmington DE hotel rates | 0.50 | 142.50 |
| | BSR | telephone conference with Warren Smith re appropriate trigger rate for Washington DC | 0.10 | 28.50 |
| | BSR | Draft e-mail to K&E re final report (41Q) | 0.10 | 28.50 |
| | BSR | Draft revision to K&E final report (41Q) per request of Warren Smith | 0.30 | 85.50 |
| | BSR | Draft e-mail to Warren Smith re results of research concerning Washington DC hotel rates | 0.40 | 114.00 |
| | BSR | telephone conference with Doreen Williams re hotel rate research for NYC and Washington | 0.20 | 57.00 |
| | BSR | Draft revised chart for Washington DC hotel rates along with spreadsheet (.7); email to Doreen Williams re same (.1) | 0.80 | 228.00 |
| | BSR | Continued research regarding Washington DC hotel rates | 2.50 | 712.50 |
| 9/30/2011 | JAW | detailed review of Day Pitney's June 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Capstone's June 2011 fee application (2.20); draft summary of same (0.10) | 2.30 | 356.50 |
| | DTW | Research ratings for certain Chicago hotels (.9); research re pricing on certain Chicago hotels (.7); email from and to B. Ruhlander re Delaware hotels (.2). | 1.80 | 297.00 |
| | BSR | research regarding Wilmington DE hotel rates (.4); revise portion of memo pertaining to same (.2); draft emails to Warren Smith and Doreen Williams re same (.3) | 0.90 | 256.50 |
| | BSR | research regarding London hotel rates | 2.40 | 684.00 |
| | AL | Receive and review email from Alan Rich re September electronic detail (.1); update database with same (.1); update database with Alan Rich's September fee application (.2); Towers' August fee application (.2); Orrick's August fee application (.2); Beveridge's August fee application (.2); Fragomen's May fee application (.1); Fragomen's March fee application. (.2); Fragomen's June fee application (.2); telephone conference with B. Ruhlander re same (.1); Norton's August fee application (.2); Kramer's August fee application (.2); Ewing's August fee application (.2); Orrick's August electronic detail (.1); Tower's August 2011 electronic detail (.1); telephone conference with B. Ruhlander re same (.1) | 2.50 | 112.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of AKO | 8.40 | 1,302.00 |

W.R. Grace & Co. Page 16

| | Hours | Amount |
|---|---|---|

(1.2), Alan Rich (1.3), Ashby (1.0), Beveridge (.9), Bilzin (1.1), Blackstone (1.4), BMC (.8) and Buchanan (.7).

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | 294.60 | $44,136.00 |

Additional Charges :

| | Amount |
|---|---|
| 9/30/2011 Copying cost | 20.40 |
| Third party copies & document prep/setup. | 176.36 |
| PACER Charges | 1,578.48 |
| **Total additional charges** | **$1,775.24** |
| **Total amount of this bill** | **$45,911.24** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 61.00 | 45.00 | $2,745.00 |
| Bobbi S. Ruhlander | 38.30 | 285.00 | $10,915.50 |
| Doreen Williams | 9.20 | 165.00 | $1,518.00 |
| James A. Wehrmann | 121.40 | 155.00 | $18,817.00 |
| Melanie White | 63.90 | 155.00 | $9,904.50 |
| Warren H Smith | 0.80 | 295.00 | $236.00 |