# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. Grace & Co., | Case No. 01-01139 (JKF) |
| Debtor. | **Re: D.I. 27737 & 27740** |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, Garlock Sealing Technologies LLC ("Garlock") hereby appeals from the *Memorandum Opinion* [Docket No. 27737] and *Order Denying Motions for Access to 2019 Statements, Denying Motions to Intervene and Denying Motions to Reopen Certain Closed Cases* [Docket No. 27740] entered on October 7, 2011.

Garlock has appealed or is appealing an identical opinion and order entered on October 7, 2011, in eleven other asbestos-related bankruptcy cases also before the Honorable Judith K. Fitzgerald. The appeals of the nine cases before the United States Bankruptcy Court for the District of Delaware are made to the United States District Court for the District of Delaware. The appeals of the three cases before the United States Bankruptcy Court for the Western District of Pennsylvania are made to the United States District Court for the Western District of Pennsylvania. A complete list of the twelve cases and the docket numbers of the opinion and order appealed from in each is attached hereto as **Exhibit A**.

The names of all parties to the opinion and order appealed from and the names, addresses and telephone numbers of their respective attorneys are listed on the attached **Exhibit B**.

Dated: October 12, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LP

/s/ *Gregory W. Werkheiser*
Gregory W. Werkheiser (DE Bar No. 3553)
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

- and -

DEL SOLE CAVANAUGH STROYD LLC

/s/ *Matthew T. Logue*
Arthur H. Stroyd, Jr. (PA ID No. 15910)
Matthew T. Logue (PA ID No. 87416)
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: 412-261-2393
Fax: 412-261-2110

- and –

ROBINSON, BRADSHAW & HINSON, P.A.
Garland S. Cassada
Richard C. Worf, Jr.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

**Attorneys for Garlock Sealing Technologies, LLC**