# **Exhibit A**

Cases

Case 01-01139-AMC    Doc 27749-1    Filed 10/12/11    Page 2 of 2

**In the United States Bankruptcy Court for the District of Delaware:**

In re ACandS, Inc., Case No. 02-12687 (JKF) (Docket Nos. 3697 & 3698)

In re Armstrong World Industries, Inc., Case No. 00-04471 (JKF) (Docket Nos. 10757 & 10758)

In re Combustion Engineering, Inc., Case No. 03-10495 (JKF) (Docket Nos. 3437 & 3438)

In re Flintkote Company, Case No. 04-11300 (JKF) (Docket Nos. 6244 & 6246)

In re Kaiser Aluminum Corp., Case No. 02-10429 (JKF) (Docket Nos. 10166 & 10167)

In re Owens Corning, Case No. 00-03837 (JKF) (Docket Nos. 21027 & 21028)

In re United States Mineral Products Co., Case No. 01-02471 (JKF) (Docket Nos. 3934 & 3935)

In re USG Corp., Case No. 01-02094 (JKF) (Docket Nos. 12652 & 12653)

In re W.R. Grace & Co., Case No. 01-01139 (JKF) (Docket Nos. 27737 & 27740)

**In the United States Bankruptcy Court for the Western District of Pennsylvania:**

In re Mid-Valley, Inc., Case No. 03-35592 (Docket Nos. 2817)

In re North American Refractories Company, Case No. 02-20198 (Docket Nos. 7246)

In re Pittsburgh Corning Corporation, Case No. 00-22876 (JKF) (Docket Nos. 8488)