# **Exhibit B**

Parties

**APPELLANT, GARLOCK SEALING TECHNOLOGIES LLC:**

Gregory W. Werkheiser
Matthew B. Harvey
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

Arthur H. Stroyd, Jr.
Matthew T. Logue
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: 412-261-2393
Fax: 412-261-2110

**DEBTOR, ACANDS, INC.:**

Scott J. Leonhardt
Frederick B. Rosner
THE ROSNER LAW GROUP LLC
824 Market Street
Suite 810
Wilmington, DE 19801
Tel: 302-777-1111
Fax: 302-295-4877

Kevin E. Irwin
Jennifer J. Morles
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Tel: 513-579-6400
Fax: 513-579-6457

**DEBTOR AND APPELLEE, ARMSTRONG WORLD INDUSTRIES, INC.:**

Mark D. Collins
Jason Madron
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7701
Fax: 302-651-7701

Debra Dandeneau
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000
Fax: 212-310-8007

**DEBTOR, COMBUSTION ENGINEERING INC.:**

| | |
|---|---|
| Laura Davis Jones | Jeffrey N. Rich |
| Curtis A. Hehn | K&L GATES LLP |
| PACHULSKI STANG ZIEHL & JONES LLP | 599 Lexington Avenue |
| 919 North Market Street, 17th Floor | New York, NY  10022 |
| P.O. Box 8705 | Tel: 212-536-3900 |
| Wilmington, DE  19899 | Fax: 212 536-3901 |
| Tel: 302-652-4100 | |
| Fax: 302-652-4400 | |

**DEBTORS, THE FLINKTOTE COMPANY, ET AL.:**

| | |
|---|---|
| Laura Davis Jones | Kevin T. Lantry |
| Curtis A. Hehn | Sally S. Neely |
| PACHULSKI STANG ZIEHL & JONES LLP | Jeffrey E. Bjork |
| 919 North Market Street, 17th Floor | SIDLEY AUSTIN LLP |
| P.O. Box 8705 | 555 West Fifth Street, Suite 4000 |
| Wilmington, DE  19899 | Los Angeles, CA  90013-6000 |
| Tel: 302-652-4100 | |
| Fax: 302-652-4400 | |

**DEBTORS, KAISER ALUMINUM CORP., ET AL.:**

| | |
|---|---|
| Daniel J. DeFranceschi | Gregory M. Gordon |
| Jason M. Madron | Daniel P. Winikka |
| RICHARDS, LAYTON & FINGER, P.A. | JONES DAY |
| One Rodney Square | 2727 North Harwood Street |
| 920 North King Street | Dallas, TX  75201-1515 |
| Wilmington, DE  19801 | Tel: 214-220-3939 |
| Tel: 302-651-7700 | Fax: 214-969-5100 |
| Fax: 302-651-7701 | |

**DEBTORS AND APPELLEES, OWENS CORNING SALES, LLC, ET AL.:**

| | |
|---|---|
| Mark Minuti | Adam H. Isenberg |
| SAUL EWING LLP | SAUL EWING LLP |
| 222 Delaware Avenue | Centre Square West |
| Suite 1200 | 1500 Market Street, 38th Floor |
| Wilmington, DE  19801 | Philadelphia, PA  19102 |
| Tel: 302-421-6800 | Tel: 215-972-8662 |
| Fax: 302-421-6813 | |

**DEBTOR AND APPELLEE, UNITED STATES MINERAL PRODUCTS COMPANY d/b/a ISOLETEK INTERNATIONAL:**

Scott J. Leonhardt
Frederick B. Rosner
THE ROSNER LAW GROUP LLC
824 Market Street
Suite 810
Wilmington, DE  19801
Tel: 302-777-1111
Fax: 302-295-4877

Kevin E. Irwin
Jennifer J. Morles
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
Tel: 513-579-6400
Fax: 513-579-6457

**DEBTORS, USG CORP., ET AL.:**

Daniel J. DeFranceschi
Paul N. Heath
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Tel: 302-651-7700
Fax: 302-651-7701

David G. Heiman
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44114
Tel: 216-586-3939
Fax:

Brad B. Erens
JONES DAY
777 West Wacker Drive
Chicago, IL  60601
Tel:  312-782-3939

**DEBTOR, W.R. GRACE & CO., ET AL.:**

Laura Davis Jones
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Tel: 302-652-4100
Fax: 302-652-4400

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL  60654

**DEBTOR, PITTSBURGH CORNING CORPORATION:**

| | |
|---|---|
| David Ziegler | Rosalie J. Bell, Esq. |
| James J. Restivo | Pittsburgh Corning Corporation |
| Douglas E. Cameron | 800 Presque Isle Drive |
| REED SMITH LLP | Pittsburgh, PA  15239-2799 |
| Reed Smith Centre | Tel: 724-733-3838 |
| 225 Fifth Avenue | Fax: 724-387-3809 |
| Suite 1200 | |
| Pittsburgh, PA  15222 | |
| Tel: 412-288-3026 | |
| Fax: 412-288-3063 | |

**DEBTOR, NORTH AMERICAN REFRACTORIES COMPANY:**

David Ziegler
James J. Restivo
Douglas E. Cameron
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh, PA  15222
Tel: 412-288-3026
Fax: 412-288-3063

**DEBTORS AND APPELLEE, MID-VALLEY, INC., ET AL.:**

| | |
|---|---|
| Jeffrey N. Rich | Michael G. Zanic |
| K&L GATES LLP | K&L GATES LLP |
| 599 Lexington Avenue | K&L Gates Center |
| New York, NY  10022 | 210 Sixth Avenue |
| Tel: 212-536-3900 | Pittsburgh, PA  15222 |
| | Tel:  412-355-6500 |

**APPELLEE, LAW OFFICES OF PETER G. ANGELOS; P.C., BARON & BUDD, P.C.; BRAYTON PURCELL, LLP; HISSEY KIENTZ, LLP; THE LIPMAN LAW FIRM; REAUD, MORGAN & QUINN, INC.; THORNTON & NAUMES, LLP; WATERS & KRAUS, LLP, WEITZ & LUZENBERG, P.C.; WILLIAMS KHERKHER HART BOUNDAS LLP:**

Peter J. Ashcroft
BERNSTEIN LAW FIRM P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Tel.: 412-456-8107
Fax: 412-456-8255

Sander L. Esserman
David A. Klinger
David J. Parsons
Cliff I. Taylor
STUTZMAN BROMBERG ESSERMAN
 & PLIFKA
2323 Bryan Street
Suite 2200
Dallas, TX  75201
Tel: 214-969-4900
Fax: 214-969-4999

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE  19806
Tel: 302-656-7540
Fax: 302-656-7599

**APPELLEE, KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY, WATER & KRAUS LLP, STANLEY MANDEL & IOLA, LLP, SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC, BERGMAN, DRAPER & FROCKT, GORI JULIAN & ASSOCIATES, P.C., EARLY LUCARELLI SWEENEY & STRAUSS, COONEY & CONWAY, GEORGE & SIPES LLP, LIPSITZ & PONTERIO, LLC, BIFFERATO LLC, AND MONTGOMERY MCCRACKEN WALKER & RHOADES, LLC:**

Natalie D. Ramsey
Laurie A. Krepto
MONTGOMERY MCCRACKEN WALKER
 & RHOADS LLP
1105 North Market Street
Suite 1500
Wilmington, DE  19801
Tel: 302-504-7830
Fax: 302-504-7820

Ellen C. Brotman
MONTGOMERY MCCRACKEN WALKER
 & RHOADS LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109
Tel: 215-772-1500
Fax: 215-772-7620

5

**APPELLEE, VARIOUS ASBESTOS CLAIMANTS REPRESENTED BY MOTLEY RICE LLC:**

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Tel: 302-656-7540
Fax: 302-656-7599

Joseph F. Rice
John Baden
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9430

**APPELLEE, THE UNITED STATES TRUSTEE:**

Roberta A. DeAngelis United States Trustee
c/o Richard L. Schepacarter
David M. Klauder
United States Department of Justice
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Tel: 302-573-6491
Fax: 302-573-6497

**APPELLEE, OFFICIAL COMMITTEES OF ASBESTOS CLAIMANTS IN FLINTKOTE, GRACE, NARCO AND PITTSBURGH CORNING:**

Douglas A. Campbell
Philip E. Milch
David B. Salzman
CAMPBELL & LEVINE LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066

Marla Eskin
Mark Hurford
CAMPBELL & LEVINE LLC
800 North King Street
Suite 300A
Wilmington, DE 19801
Tel: 302-426-1900
Fax: 302-426-9947

Peter Van N. Lockwood
Trevor W. Swett III
CAPLIN & DRYSDALE CHARTERED
One Thomas Circle N.W., Suite 1100
Washington, DC 20005
Tel: 202-862-5000
Fax: 202-429-3301

Elihu Inselbuch
CAPLIN & DRYSDALE CHARTERED
375 Park Avenue
35th Floor
New York, NY 10152-3500
Tel: 212-319-7125
Fax: 212-644-6755