By-Request for (a-Copy) of "Debtors-Creditors",
Office - U.S. Bankruptcy-Clerk)

Date: 10-06-2011

Hon., Judith K. Fitzgerald
U.S. Bankruptcy-Court
District of Delaware
824-North Market St., 3rd Floor
Wilmington, Delaware (19801)

Ref.: "Civil-Action" W.R. Grace & Co., (et, al) Ch.-11,
"Case-No.", - 01-01139-Jointly-adm., (J.K.F.).

Subj.: Creditor - Burrell Johnson, JR., No. 00241395-A
(addressee) 2664 (FM) 2054 - Mark W. Michael,
Tennessee-Colony, Texas (75886)

Dear "Clerk",
Hello - I would like To ask (By-Request) for "a-Copy"
of The "Debtor's-Creditors" (Please);
Any Assistance and Consideration Taken In This Matter,
"Will-be" Deeply-appreciated.

P.-T.                    (Next-Page)

## U.S. Declaration:

Pursuant-To-Title-18 & 28-U.S.C. § 1746, (a) Notarization-State-Seal:

I. Declare and Verify-Under-Penalty of Perjury-Under The-Laws of The United-States and The State of Texas-That The Foregoing Is True and Correct.

Executed-On: (10-06-2011);
(Date)

"Concerned & Appreciated."

By, Pro-se-U.S. Veteran,

Burrell Johnson, Jr.

P. 2.