UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: 11/2/11 at 4:00 pm |

## ONE HUNDRED AND SECOND APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2011 THROUGH AUGUST 31, 2011

Name of Applicant:                              Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:                       Debtors

Date of Retention Order:                        June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                        August 1, 2011 through August 31, 2011

Amount of Compensation                          Total               (Holdback @ 20%)
sought as actual, reasonable and necessary:     $125,000.00         ($25,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:     $834.50

Amount of Cash Payment Sought:                  $100,834.50

This is a _x_ monthly __ interim    ___ final application

2600933.DOC


- Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

*2600933.DOC*

|  |  | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- |  |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 175,000.00 | 475.19 | -- |  |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 175,000.00 | 2,625.52 | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 125,000.00 | 590.30 | 125,000.00 | 590.30 | -- | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 175,000.00 | 1,365.89 | -- | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | 175,000.00 | 2,531.48 | -- | -- |
| 04/28/11 | 03/01/11 – 03/31/11 | 125,000.00 | 714.49 | 125,000.00 | 714.49 | -- | -- |

*2600933.DOC*

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 140,000.00 | 1,130.07 | 35,000.00 | -- |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 140,000.00 | 711.36 | 35,000.00 | -- |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 140,000.00 | 46.88 | 35,000.00 | -- |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | -- | -- | -- | -- |

*2600933.DOC*

# Blackstone Advisory Partners L.P.

October 12, 2011

Mr. Fred Festa  
Chairman, President and Chief Executive Officer  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly Advisory Fee for the period of August 1, 2011 through August 31, 2011: | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | | (25,000.00) |
| Out-of-pocket expenses processed for the period through August 31, 2011:[1] | | | |
| Ground Transportation | $ 199.71 | | |
| Meals | 256.14 | | |
| Document Production | 66.40 | | |
| Research | 151.25 | | |
| Publishing Services | 161.00 | | 834.50 |
| **Total Amount Due** | | $ | 100,834.50 |

**Please wire transfer funds to:**

JP Morgan Chase  
One Chase Manhattan Plaza  
New York, NY 10017  
ABA# 021 000 021  
Credit Account: Blackstone Advisory Partners L.P.  
Account Receivable Dept. 16th Floor  
Account # 066-287472

**Invoice Number: 61084**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**  
345 Park Avenue  
New York, NY 10154  
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through August 31, 2011**
**Invoice No. 61084**

|  | GL Detail Aug-11 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Local Travel | $ 199.71 | $ 199.71 |
| Employee Meals | 256.14 | 256.14 |
| Document Production | 66.40 | 66.40 |
| Internal Research | 151.25 | 151.25 |
| Publishing Services | 161.00 | 161.00 |
| **Total Expenses** | **$ 834.50** | **$ 834.50** |
| Ground Transportation | | $ 199.71 |
| Meals | | 256.14 |
| Document Production | | 66.40 |
| Research | | 151.25 |
| Publishing Services | | 161.00 |
| **Total Expenses** | | **$ 834.50** |

W. R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2011
Invoice No. 61084

**Ground Transportation - Local Travel**

| Description | Date | Amount | |
|---|---|---|---|
| Harrison (taxi to Blackstone from home on holiday) | 07/04/11 | 5.60 | |
| Harrison (taxi home from Blackstone on holiday) | 07/04/11 | 12.50 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/05/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/06/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/07/11 | 10.50 | |
| Harrison (weekend taxi to Blackstone from home) | 07/10/11 | 6.40 | |
| Harrison (weekend taxi home from Blackstone) | 07/10/11 | 6.80 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/11/11 | 7.70 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/12/11 | 7.70 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 08/01/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 08/02/11 | 8.10 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 06/16/11 | 34.44 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 06/23/11 | 27.25 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 07/07/11 | 27.90 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 07/12/11 | 22.92 | |
| Subtotal - Ground Transportation - Local Travel | | | $ 199.71 |

**Employee Meals**

| Description | Date | Amount | |
|---|---|---|---|
| Harrison (weekend working dinner meal @ Blackstone) | 06/26/11 | 19.41 | |
| Harrison (weekend working lunch meal @ Blackstone) | 07/04/11 | 11.73 | |
| Harrison (weekend working dinner meal @ Blackstone) | 07/04/11 | 25.00 | |
| Harrison (weekend working dinner meal @ Blackstone) | 07/10/11 | 25.00 | |
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 07/11/11 | 25.00 | |
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 07/12/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/15/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/16/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/27/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/12/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/18/11 | 25.00 | |
| Subtotal - Employee Meals | | | 256.14 |

**Document Production**

| Description | Date | Amount | |
|---|---|---|---|
| Harrison (664 black & white photocopies calculated @ a rate of $0.10 per page) | 07/29/11 | 66.40 | |
| Subtotal - Document Production | | | 66.40 |

**Internal Research**

| Description | Date | Amount | |
|---|---|---|---|
| Harrison (online data research) | 07/29/11 | 151.25 | |
| Subtotal - Internal Research | | | 151.25 |

**Publishing Services**

| Description | Date | Amount | |
|---|---|---|---|
| Harrison (preparation of materials for meetings) | 07/29/11 | 161.00 | |
| Subtotal - Publishing Services | | | 161.00 |

| | | | |
|---|---|---|---|
| Total Expenses | | $ | 834.50 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Title | Hours |
| --- | --- | --- |
| Jamie O'Connell | Managing Director | 21.9 |
| Adam Schlesinger | Associate | 38.2 |
| Philip Harrison | Analyst | 8.5 |
| Ben Jaffe | Analyst | 81.0 |
| | **Total** | **149.6** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 08/01/11 | 3.0 | Business Analysis | Company research |
| Ben Jaffe | 08/04/11 | 2.0 | Business Analysis | Company research |
| Ben Jaffe | 08/23/11 | 3.0 | Business Analysis | Business analysis |
| | | 8.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Ben Jaffe | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Jamie O'Connell | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Ben Jaffe | 08/30/11 | 1.0 | Case Administration | Conference call with management and counsel regarding draft document |
| Ben Jaffe | 08/30/11 | 0.3 | Case Administration | Call with J. O'Connell regarding draft document |
| Jamie O'Connell | 08/30/11 | 1.0 | Case Administration | Conference call with management and counsel regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.3 | Case Administration | Call with B. Jaffe regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.3 | Case Administration | Correspondence regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.2 | Case Administration | Call with counsel regarding draft document |
| Ben Jaffe | 08/31/11 | 0.5 | Case Administration | Call with counsel regarding draft document |
| Jamie O'Connell | 08/31/11 | 0.5 | Case Administration | Call with counsel regarding draft document |
| | | **5.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/01/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/01/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/01/11 | 0.6 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/01/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/02/11 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent regarding claims |
| Adam Schlesinger | 08/02/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/02/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/02/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/02/11 | 0.6 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/02/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/02/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/03/11 | 0.4 | Claims Analysis Objection/Resolution | Call with management and related correspondence regarding claims analysis |
| Adam Schlesinger | 08/04/11 | 0.2 | Claims Analysis Objection/Resolution | Call with claims agent regarding claims |
| Adam Schlesinger | 08/15/11 | 0.3 | Claims Analysis Objection/Resolution | Conference call with BMC |
| Ben Jaffe | 08/15/11 | 0.3 | Claims Analysis Objection/Resolution | Conference call with BMC |
| Adam Schlesinger | 08/17/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 08/17/11 | 1.0 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/17/11 | 1.0 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/18/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/19/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 08/19/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/21/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/22/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 08/22/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Adam Schlesinger | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Adam Schlesinger | 08/26/11 | 0.7 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Adam Schlesinger | 08/26/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/26/11 | 0.7 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/26/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/28/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/29/11 | 3.5 | Claims Analysis Objection/Resolution | Document review and claims analysis |
| Ben Jaffe | 08/30/11 | 0.3 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Ben Jaffe | 08/30/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/30/11 | 0.3 | Claims Analysis Objection/Resolution | Call with B. Jaffe regarding claims analysis |
| Ben Jaffe | 08/31/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | **55.9** | | |

Case 01-01139-AMC    Doc 27757    Filed 10/13/11    Page 12 of 14

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/09/11 | 0.4 | Committee | Financial analysis and related correspondence |
| Adam Schlesinger | 08/24/11 | 5.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/24/11 | 5.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Jamie O'Connell | 08/24/11 | 0.1 | Committee | Call with financial advisor |
| Adam Schlesinger | 08/25/11 | 9.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/25/11 | 9.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Jamie O'Connell | 08/25/11 | 6.5 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Adam Schlesinger | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Adam Schlesinger | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Ben Jaffe | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Ben Jaffe | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Jamie O'Connell | 08/26/11 | 0.5 | Committee | Preparation for call with committee advisors |
| Jamie O'Connell | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Call with management |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Follow-up call regarding call with committee advisors |
| Ben Jaffe | 08/29/11 | 0.5 | Committee | Conference call with management |
| Jamie O'Connell | 08/29/11 | 0.5 | Committee | Conference call with management |
| Jamie O'Connell | 08/30/11 | 0.2 | Committee | Call with financial advisor regarding information request |
| Jamie O'Connell | 08/31/11 | 0.3 | Committee | Call with management regarding committee information request |
| Jamie O'Connell | 08/31/11 | 2.0 | Committee | Calls and correspondence regarding committee information requests |
| | | **41.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 08/03/11 | 3.5 | Corporate Finance | Financial model analysis |
| Ben Jaffe | 08/04/11 | 2.5 | Corporate Finance | Financial model analysis |
| Adam Schlesinger | 08/08/11 | 1.0 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 08/09/11 | 0.5 | Corporate Finance | Correspondence with counsel regarding financial analysis |
| Adam Schlesinger | 08/11/11 | 0.5 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 08/12/11 | 0.5 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/12/11 | 0.5 | Corporate Finance | Review materials in advance of call with management |
| Jamie O'Connell | 08/12/11 | 0.5 | Corporate Finance | Conference call with management |
| Adam Schlesinger | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Philip Harrison | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/15/11 | 3.0 | Corporate Finance | Financial model analysis |
| Jamie O'Connell | 08/15/11 | 0.5 | Corporate Finance | Analysis and correspondence with management |
| Ben Jaffe | 08/16/11 | 3.0 | Corporate Finance | Bankruptcy analyses |
| Adam Schlesinger | 08/17/11 | 2.0 | Corporate Finance | Review bankruptcy analysis |
| Ben Jaffe | 08/17/11 | 3.0 | Corporate Finance | Bankruptcy analyses |
| Adam Schlesinger | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Adam Schlesinger | 08/23/11 | 0.2 | Corporate Finance | Call with J. O'Connell regarding business matter |
| Adam Schlesinger | 08/23/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Adam Schlesinger | 08/23/11 | 5.0 | Corporate Finance | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Ben Jaffe | 08/23/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 08/23/11 | 0.2 | Corporate Finance | Call with A. Schlesinger regarding business matter |
| Adam Schlesinger | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Adam Schlesinger | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Adam Schlesinger | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Adam Schlesinger | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Ben Jaffe | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Ben Jaffe | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Ben Jaffe | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Review financial analysis |
| Jamie O'Connell | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Jamie O'Connell | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Financial analysis and related correspondence |
| | | **37.8** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/03/11 | 1.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 08/04/11 | 0.2 | Fee Applications | Draft fee application |
| Adam Schlesinger | 08/05/11 | 0.2 | Fee Applications | Draft fee application |
|  |  | 1.4 |  |  |