**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 – D.I. 3700 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 – D.I. 10760 |
| Combustion Engineering, Inc. | Case No.: 03-10495 – D.I. 3440 |
| The Flintkote Company | Case No.: 04-11300 – D.I. 6255 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 – D.I. 10170 |
| Owens Corning | Case No.: 00-3837 – D.I. 21030 |
| US Mineral Products Company | Case No.: 01-2471 – D.I. 3937 |
| USG Corp. | Case No.: 01-2094 – D.I. 12655 |
| W.R. Grace & Co. | Case No.: 01-1139 – D.I. 27749 |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 12, 2011, a copy of the **Notice Of Appeal** docketed in each of the above-captioned proceedings on October 12, 2011, was served in the manner indicated, upon the parties identified on the attached service list.

Dated: October 13, 2011        MORRIS, NICHOLS, ARSHT & TUNNELL LP

By    */s/ Matthew B. Harvey*
Gregory W. Werkheiser
DE Bar No. 3553
Matthew B. Harvey
DE Bar No. 5186

1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

*Co-Counsel for Garlock Sealing Technologies, LLC*

4082552.4