# GARLOCK SERVICE LIST

**VIA HAND DELIVERY**

Daniel DeFranceschi
Jason Madron, Esq.
Robert J. Stearns, Esq.
Cory D. Kandestin, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

David Klauder
Richard Schepacarter
Office of the U.S. Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801

David Baldwin
Laurie Selber Silverstein
Jennifer Gilmer Brady
Theresa V. Brown-Edwards
Steven M. Yoder
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Hercules Plaza
Wilmington, DE  19801

Jeffrey R. Waxman, Esq.
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Joanne B, Wills
Richard M. Beck, Jr.
Steven K. Kortanek
Klehr, Harrison, Harvey,
    Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE  19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Scotta E. McFarland
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Mark E. Felger
David W. Carickhoff Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Marla Eskin, Esq.
Kathleen Campbell Davis, Esq.
Mark Hurford, Esq.
Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Noel Burnham
Natalie D. Ramsey, Esq.
Laurie A. Kerpto, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken,
    Walker & Rhoads
1105 North Market Street
Suite 1500
Wilmington, DE  19801

Scott J. Leonhardt
Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue
Wilmington, DE  19801

William P. Bowden, Esq.
Ricardo Palacio, Esq.
Don A. Beskrone, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Richard S. Cobb, Esq.
Rebecca L. Butcher, Esq.
William E. Chipman, Jr.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
CANADA

Matthew Bergman Esq
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA  98070

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Alan Brayton
Jacqueline Loveless
Christina Skubic
Brayton Purcell
Brayton Law
222 Rush Landing Road
Novato, CA  94945

Alan Kellman Esq
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
  Law Firm PC
1570 Penobscot Building
Detroit, MI  48226

Arthur H. Cooney Esq
John D. Cooney
Cooney & Conway
120 North LaSalle Street
Suite 3000
30th Floor
Chicago, IL  60602

Brad B. Erens
Robert Krebs
Kaye Sobczak
Paul Harner
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Bryon O Blevins Jr Esq
Provost & Umphrey
490 Park Street
Beaumont, TX  77704

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX  75204

Curtis J. Crowther
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

David Killalea Esq
Craig Litherland Esq
Jonathan Cohen, Esq.
Mark Tanney, Esq.
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC  20005

David Heiman
Jones Day
North Point
901 Lakeside Av
Cleveland, OH  44114

David E. Cherry, Esq.
Billy H. Davis Jr., Esq.
Campbell Cherry Harrison
   Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX  76702-1387

Debra Dandeneau
Martin Bienenstock Esq
Stephen Karotin Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Deirdre Woulfe Pacheco Esq
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ  07095-0958

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX  77027

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500

Ellen C. Brotman, Esq.
Natalie D. Ramsey, Esq.
Laurie A. Krepto, Esq.
Richard G. Placey, Esq.
Montgomery McCracken
   Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA  19103-2808

Frederick Jekel, Esq.
John Baden, Esq.
Scott W. Galante, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black
   Rosenbloom & Moritz Ltd.
55 East Monroe
Suite 3700
Chicago, IL  60603

Hal Pitkow
138 N. State Street
Newtown, PA  19840

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA  17608

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
   Graham LLP
599 Lexington Avenue
New York, NY  10022-6030

John A. Peca
Climaco Lefkowitz Peca,
   Wilcox & Garofoli Co. LPA
55 Public Square
Suite 1950
Cleveland, OH  44113

Joseph T. Kremer, Esq.
Lipsiptz Green Fahringer Roll
   Salisbury & Cambria, LLP
42 Delaware Avenue
Suite 300
Buffalo, NY  14202

Kevin E. Irwin
Sue A Erhart
Jennifer J. Morles
Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley, Austin, Bron & Wood LLP
555 W Fifth St, Ste 4000
Los Angeles, CA  90013-6000

Marc E. Kasowitz
Kasowitz Benson Torres
    & Friedman LLP
1633 Broadway
New York, NY  10019

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Martin Murphy
Davis & Young
1200 Fifth Third Center
6000 Superior Avenue East
Cleveland, OH  44114

Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt
    Richardson & Poole
28 Bridgeside Boulevard
Mt. Pleasant, SC  29465

Nancy Worth Davis, Esq.
117 Donegal Drive
Chapel Hill, NC  27517-6561

Natalie D. Ramsey
Noel C. Burnham
Jennifer Taylor
Natalie Grill Einsig
Montgomery McCracken Walker
    & Rhoads LLP
123 S Broad St Ave of Arts
Philadelphia, PA  19109

Neal R. Brendel
Michael G. Zanie Esq.
Kirkpatrick & Lockhart Preston
    Gates & Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA  15222

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD  21201-3804

Peter J. Ashcroft
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC  20005

Philip E. Milch
Douglas A. Campbell
David B. Salzman
Campbell & Levine, LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA  15219

Sander L. Esserman, Esq.
David A. Klinger, Esq.
David J. Parsons, Esq.
Cliff I. Taylor, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Peter D'Apice
Stutzman, Bromberg, Esserman
    & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Scott Baldwin Jr., Esq.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX  75670

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
1450 Brickell Avenue
23rd Floor
Miami, FL  33131-3456

Scott W. Wert, Esq.
Denise Holland, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY  10019

Steven Kazan
Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA  94607

Steven T. Baron, Esq.
Alan B. Rich, Esq.
Ann Harper, Esq.
Raymond E. Wadas, Esq,
Kirk S. Richardson, Esq.
Russell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
P.O. Box 8705
Dallas, TX  75219

Steven T. Baron Esq
J. Todd Kale, Esq
Silber Pearlman L.L.P.
2711 N. Haskell Avenue
5th Floor LB 32
Dallas, TX  75204

Suzanne Keys, Esq.
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, MS  39202

Thomas M. Wilson
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH  44114

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue
Building 701
Lancaster, PA  17603

Byrd & Associates
427 Fortification Street
Jackson, MS  39202

Michie Hamlett Lowery
    Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA  22902

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
    Graham LLP
599 Lexington Avenue
New York, NY  10022-6030

Robert Rubin, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3100
Burlington, AL  35203

David V. Goodsir
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street
Suite 2200
Chicago, IL  60602

John Preefer
36 West 44th Street
Suite 1208
New York, NY  10036

David Boutrous
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Janet S. Baer
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL  60601-4277

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY  10038-4982

Gary M. Becker, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis
   & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street
Wilmington, DE  19801

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
   Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

David Ziegler
James J. Restivo, Jr.
Douglas E. Cameron
Andrew J. Muha
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222-2716

Michael G. Zanic
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222

Rosalie J. Bell
Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA  15239-2799

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

David W. Lampl
Leech Tishman Fuscaldo
   & Lampl LLC
Citizens Bank Building
30th Floor
525 William Penn Place
Pittsburgh, PA  15219

Gregory M Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

4519463