# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Garlock Sealing Technologies, LLC filed a Notice of Appeal on 10/12/2011 regarding the Order Denying Motions for Access to 2019 Statements, Denying Motions to Intervene and Denying Motions to Reopen Certain Closed Cases.

The Notice of Appeal may be viewed at docket number 27749. The order on appeal may be viewed at docket number 27740.

David D. Bird
CLERK OF COURT

Date: 10/14/11
(VAN–440)