# Notice Recipients

District/Off: 0311−1        User: Julie        Date Created: 10/14/2011
Case: 01−01139−JKF        Form ID: van440        Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty        MORRIS NICHOLS ARSHT &TUNNELL

                                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
op        Pachulski, Stang, Ziehl, &Jones LLP        919 North Market Street        16th Floor        P.O. Box 8705        Wilmington, DE 19899−8705
         Kirkland &Ellis        300 North LaSalle Drive        Chicago, IL 60654
         Robinson, bradshaw &Hinson, P.A.        101 North Tryon Street        Suite 1900        Charlotte, NC 28245
         Del Sole Cavanaugh Stroyd LLC        The Waterfornt Building        200 First Avenue        Suite 300        Pittsburgh, PA 15222

                                                                                                        TOTAL: 4