# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 11/3/11 *at 4:00pm* |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF September 30, 2011

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **September 1, 2011 - September 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$27,924.75** |
| Amount of Expense Reimbursement sought | **$14.70** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of September 2011. This is the seventeenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |
| 07/01/2011-07/31/2011 | September 1, 2011 | $13,182.75 | $1.34 |
| 08/01/2011-08/31/2011 | September 30, 2011 | $18,852.75 | $19.77 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 49.25 | $27,924.75 |

Total Fees: $27,924.75

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $27,939.45 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (September 1, 2011-September 30, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 14, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                October 13, 2011
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

RE: Davison FCC                                    Invoice#: 682918
Our File Number: 63812/3002
Client Reference: 100075                           PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

| Date | | Hours |
|---|---|---|
| 09/23/2011 | Rynkiewicz, John P | 0.75 |
| | Work on ENCORE response to refusal;. | |
| 09/28/2011 | Rynkiewicz, John P | 4.92 |
| | Emails to/from T. Hunter regarding ENCORE application and response to refusal; draft new power and revocation and send to R. Maggio for e-signature; emails to/from C. Cross regarding evidence and arguments in ENCORE response; research; review evidence and file wrapper; review USPTO final rejection; call to Examiner (45 mins); work on response; research Catalagram; review Grace website and cited mark; search internet and assemble definitions and evidence; revise arguments. | |
| 09/29/2011 | Rynkiewicz, John P | 1.75 |
| | Work on ENCORE response to refusal, evidence. | |
| 09/30/2011 | Rynkiewicz, John P | 3.92 |
| | Finalize draft response, arguments, assemble additional evidence; emails to Grace; file request for reconsideration and Notice of Appeal to the TTAB; review receipts; advise Grace re same. | |
| 09/30/2011 | Rynkiewicz, John P | 0.33 |
| | Prepare new Power to R. Maggio to respond to USPTO in ENCORE application. | |

Total Hours................    11.67

Fees through 09/30/2011.....................................    $6,616.89

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                October 13, 2011

RE: Davison FCC                                             Invoice#: 682918
**Our File Number:** 63812/3002
**Client Reference:** 100075                                **PAGE:**    2

---

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
```

|                          | Rate      | Hours  | Fees       |
|--------------------------|-----------|--------|------------|
| Rynkiewicz, John P       | $567.00   | 11.67  | $6,616.89  |
| Fees through 09/30/2011............... | | 11.67  | $6,616.89  |

```
*--------------------COSTS ADVANCED THROUGH 09/30/2011--------------------*
```

| Duplicating | $14.70 |
|---|---|
| Total Costs through 09/30/2011........................ | $14.70 |

| Fees this Invoice........................................................................ | $6,616.89 |
|---|---|
| Costs this Invoice....................................................................... | $14.70 |
| **Total Due this Invoice.............................................................** | **$6,631.59** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 682918
Total Amount Due: $6,631.59

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn.                                    October 13, 2011
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** Davison Silica                              **Invoice#:** 682914
**Our File Number:** 63812/3001
**Client Reference:** 100074                        **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                        | Hours |
|------------|------------------------|-------|
| 09/08/2011 | Rynkiewicz, John P     | 1.50  |

Review DAVISON mark and protection in the US and Canada; review
DAVISON and GRACE DAVISON marks.

Total Hours................. 1.50

Fees through 09/30/2011.................................... $850.50


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate      | Hours | Fees     |
|--------------------|-----------|-------|----------|
| Rynkiewicz, John P | $567.00   | 1.50  | $850.50  |
| Fees through 09/30/2011............... | | 1.50 | $850.50 |


*----------------------------OUTSTANDING BALANCE----------------------------*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 623151   | 01/28/2010 | $208.25  |
| 628646   | 03/31/2010 | 75.98    |
| 628647   | 03/31/2010 | 113.40   |
| 637201   | 06/30/2010 | 476.65   |
| 639773   | 07/28/2010 | 113.40   |
| 643962   | 09/09/2010 | 311.85   |
| 647696   | 10/18/2010 | 161.03   |
| 650356   | 11/04/2010 | 161.03   |
| 672314   | 06/27/2011 | 311.85   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                    October 13, 2011

**RE:** Davison Silica                              **Invoice#:** 682914
**Our File Number:** 63812/3001
**Client Reference:** 100074                        **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 678876 | 08/31/2011 | 425.25 |
| Prior Balance Due.......................................................................... | | $2,358.69 |

| | |
|---|---|
| Fees this Invoice............................................................... | $850.50 |
| Total Due this Invoice....................................................... | $850.50 |
| Prior Balance Due (from above)................................................. | 2,358.69 |
| **TOTAL DUE**............................................................... | **$3,209.19** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 682914
Total Amount Due: $3,209.19

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          October 13, 2011
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

**RE:** Dorazio Enterprises                     **Invoice#:** 682909
**Our File Number:** 63812/0115         **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

| | | **Hours** |
|---|---|---:|
| 09/02/2011 | Rynkiewicz, John P | 1.75 |
| | Review Grace correspondence and watch notice; advise Grace re issues with mark; review clear construction products overlap; research. | |
| 09/22/2011 | Rynkiewicz, John P | 1.42 |
| | Review Grace options to include c&d letter, opposition and others; research; review USPTO database for third party marks. | |
| 09/26/2011 | Rynkiewicz, John P | 2.00 |
| | Review GRACE (globe) application, issues and options in possible opposition. | |
| | Total Hours................. | 5.17 |

Fees through 09/30/2011....................................$2,931.39

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 5.17 | $2,931.39 |
| Fees through 09/30/2011............... | | 5.17 | $2,931.39 |

Fees this Invoice.........................................................$2,931.39

**Total Due this Invoice.............................................$2,931.39**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0115
Invoice Number: 682909
Total Amount Due: $2,931.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                October 13, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: BELL GRACE                                      Invoice#: 682908
**Our File Number:** 63812/0114                        **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  |  | Hours |
|---|---|---|---|
| 09/16/2011 | Rynkiewicz, John P | | 0.50 |
| | Review USPTO application, issues. | | |
| | | Total Hours................. | 0.50 |
| | Fees through 09/30/2011.................................... | | $283.50 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.50 | $283.50 |
| | Fees through 09/30/2011............... | 0.50 | $283.50 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 674225 | 07/15/2011 | $472.87 |
| 678875 | 08/31/2011 | 708.75 |
| 681386 | 09/29/2011 | 425.25 |
| Prior Balance Due........................................................................ | | $1,606.87 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $283.50 |
| Total Due this Invoice................................................................ | $283.50 |
| Prior Balance Due (from above)................................................ | 1,606.87 |
| **TOTAL DUE**........................................................................ | **$1,890.37** |

**Please remit payment within thirty (30) days.**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    October 13, 2011

    **RE: BELL GRACE**                                          **Invoice#:** 682908
    **Our File Number: 63812/0114**                              **PAGE:    2**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 682908
Total Amount Due: $1,890.37

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                        October 13, 2011
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.


RE: Grace of New York                          **Invoice#: 682907**
**Our File Number:** 63812/0113                 **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

---

|  |  | Hours |
|---|---|---|
| 09/16/2011  Rynkiewicz, John P | | 0.50 |
| Review USPTO application, issues. | | |
| | Total Hours................. | 0.50 |
| | Fees through 09/30/2011.................................... | $283.50 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.50 | $283.50 |
| Fees through 09/30/2011.............. | | 0.50 | $283.50 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 674224 | 07/15/2011 | $491.02 |
| 678874 | 08/31/2011 | 708.75 |
| 681384 | 09/29/2011 | 521.64 |
| Prior Balance Due........................................................... | | $1,721.41 |


| | |
|---|---|
| Fees this Invoice........................................................... | $283.50 |
| Total Due this Invoice.................................................... | $283.50 |
| Prior Balance Due (from above)................................... | 1,721.41 |
| **TOTAL DUE**........................................................... | **$2,004.91** |

**Please remit payment within thirty (30) days.**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    October 13, 2011

   **RE:** Grace of New York                                    **Invoice#:** 682907
   **Our File Number:** 63812/0113                                    **PAGE:**   2

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 682907
Total Amount Due: $2,004.91

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn                                October 13, 2011
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.


**RE:** Potential Trademark Oppositions                 **Invoice#:** 682906
**Our File Number:** 63812/0112                         **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                       | **Hours** |
|------------|---------------------------------------------------------------------------------------|-----------|
| 09/01/2011 | Rynkiewicz, John P                                                                    | 1.50      |
|            | Beginning of the month overview of multiple GRACE mark matters, issues and status.    |           |
| 09/21/2011 | Rynkiewicz, John P                                                                    | 1.25      |
|            | Review marks and potential oppositions; check status of various marks possibly opposed; review emails, prior recommendations and status. |           |

Total Hours.................  2.75

Fees through 09/30/2011....................................  $1,559.25


\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours | Fees        |
|---------------------|-----------|-------|-------------|
| Rynkiewicz, John P  | $567.00   | 2.75  | $1,559.25   |
| Fees through 09/30/2011............... | | 2.75 | $1,559.25 |


\*-------------------------OUTSTANDING BALANCE--------------------------\*

| Invoice# | Date        | Amount      |
|----------|-------------|-------------|
| 647693   | 10/18/2010  | $963.90     |
| 650352   | 11/04/2010  | 462.67      |
| 654091   | 12/10/2010  | 472.88      |
| 657778   | 01/19/2011  | 198.45      |
| 660997   | 02/28/2011  | 1,513.89    |
| 664054   | 03/31/2011  | 633.91      |
| 666743   | 04/30/2011  | 299.56      |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    October 13, 2011

RE: Potential Trademark Oppositions                          Invoice#: 682906
Our File Number: 63812/0112                                   PAGE:   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 470.61 |
| 681381 | 09/29/2011 | 3,923.64 |
| Prior Balance Due.............................................................. | | $9,421.46 |

| | |
|---|---|
| Fees this Invoice............................................................... | $1,559.25 |
| Total Due this Invoice....................................................... | $1,559.25 |
| Prior Balance Due (from above)...................................... | 9,421.46 |
| **TOTAL DUE**............................................................... | **$10,980.71** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 682906
Total Amount Due: $10,980.71

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                October 13, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: Trademark Watches                          Invoice#: 682905
Our File Number: 63812/0111                    PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/02/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Corsearch Watch Report dated August 3, 2011; review marks for confusion and possible opposition advise Grace re same. | |
| 09/02/2011 | Rynkiewicz, John P | 0.58 |
| | Review Grace correspondence and Corsearch Watch Report dated August 10, 2011; advise Grace re possible oppositions/issues. | |
| 09/07/2011 | Rynkiewicz, John P | 1.25 |
| | Review Grace email and Corsearch Federal Watching Notice (GRACE) dtd September 7, 2011; assess NOBLE GRACE mark, issues; conduct additional research and USPTO review for confusion assessment. | |
| 09/15/2011 | Rynkiewicz, John P | 0.75 |
| | Review GRACEFIGHTER mark in Kemp Watch dated September 14, 2011; review Construction products goods and services, of concern to Grace; review, research. | |
| 09/21/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email and watch report from Corsearch dated September 21, 2011; assess mark and possible confusion, and advise Grace. | |
| 09/21/2011 | Rynkiewicz, John P | 0.92 |
| | Review Grace email and watch report from Bowman Gilfillan dated September 15, 2011 regarding a possible company name objection against GRACE CORP TRADING; Reg. No. B2011015853; assess confusion, issues; advise Grace re conducting investigation re nature of the company's business;. | |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                October 13, 2011

RE: Trademark Watches                                       Invoice#: 682905
Our File Number: 63812/0111                                 PAGE:   2

---

09/30/2011  Rynkiewicz, John P                                                    1.25
            Review Grace email and Corsearch Watch dated Sept 7th; review NOBLE
            GRACE and Design; Appln. Ser. No. 85/404,670 for regulatory
            compliance consulting; assess confusion; review Grace activities in energy
            and prior business activities; send summary and comments to Grace; check
            status of filed applic.
09/30/2011  Rynkiewicz, John P                                                    0.83
            Review Grace email, Kemp Watch notice and GRACEFIGHTER mark;
            review construction products Classes and goods/services; assess confusion
            and possible opposition; multiple emails to Grace; advise re opposition
            and key areas/strategy.
09/30/2011  Rynkiewicz, John P                                                    0.50
            Review Grace emails and Corsearch FEDERAL REPORT of September
            27, 2011; assess marks for confusion and potential oppositions; advise
            Grace re same.
                                                            _____
                                    Total Hours.................      7.33

            Fees through 09/30/2011....................................  $4,156.11


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                 Rate          Hours          Fees
Rynkiewicz, John P             $567.00          7.33         $4,156.11
                                              _____
            Fees through 09/30/2011...............      7.33         $4,156.11


*--------------------------------OUTSTANDING BALANCE--------------------------------*
        Invoice#              Date                      Amount
        647691              10/18/2010                  $802.87
        650345              11/04/2010                   368.55
        654090              12/10/2010                   520.51
        657773              01/19/2011                   435.46
        660996              02/28/2011                   708.75
        664053              03/31/2011                   471.74
        666742              04/30/2011                   595.35
        669562              05/31/2011                   444.53

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    October 13, 2011

**RE:** Trademark Watches                                    **Invoice#:** 682905
**Our File Number:** 63812/0111                              **PAGE:**   3

| Invoice# | Date | Amount |
|----------|------|--------|
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 1,842.75 |
| 681377 | 09/29/2011 | 1,746.36 |
| Prior Balance Due............................................................ | | $8,626.34 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,156.11 |
| Total Due this Invoice...................................................... | $4,156.11 |
| Prior Balance Due (from above)............................................. | 8,626.34 |
| **TOTAL DUE**............................................................ | **$12,782.45** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 682905
Total Amount Due: $12,782.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                        October 13, 2011
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE: Special Counsel**                    **Invoice#:** 682895
**Our File Number:** 63812/0108
**Client Reference:** 100071                **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                               | **Hours** |
|------------|-----------------------------------------------------------------------------------------------|-----------|
| 09/02/2011 | Rynkiewicz, John P                                                                            | 0.17      |
|            | Work on bills, communicate with bankruptcy filing firm in Delaware.                           |           |
| 09/30/2011 | Rynkiewicz, John P                                                                            | 0.25      |
|            | REVIEW MONTHLY INVOICES, LETTER AND REQUEST TO COURT FOR special counsel FEES; SEND TO PACHULSKY. |           |

Total Hours................. 0.42

Fees through 09/30/2011.................................... $238.14

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees     |
|---------------------|----------|-------|----------|
| Rynkiewicz, John P  | $567.00  | 0.42  | $238.14  |
| Fees through 09/30/2011.............. | | 0.42  | $238.14  |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628642   | 03/31/2010 | $484.20   |
| 637196   | 06/30/2010 | 1,008.17  |
| 643961   | 09/09/2010 | 321.37    |
| 647689   | 10/18/2010 | 217.65    |
| 650341   | 11/04/2010 | 180.31    |
| 654089   | 12/10/2010 | 528.44    |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    October 13, 2011

RE: Special Counsel                                    **Invoice#: 682895**
**Our File Number:** 63812/0108
**Client Reference:** 100071                            **PAGE:   2**

| Invoice# | Date | Amount |
|----------|------|--------|
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 328.86 |
| 681374 | 09/29/2011 | 521.64 |
| Prior Balance Due............................................................. | | $4,637.32 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $238.14 |
| Total Due this Invoice...................................................... | $238.14 |
| Prior Balance Due (from above)......................................... | 4,637.32 |
| **TOTAL DUE**................................................................. | **$4,875.46** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 682895
Total Amount Due: $4,875.46

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

October 13, 2011

**RE:** I. GRACE Trademarks
**Our File Number:** 63812/0003
**Client Reference:** 100063

**Invoice#:** 682893

**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

| | | Hours |
|---|---|---:|
| 09/01/2011 | Rynkiewicz, John P | 1.58 |
| | Review email/comments from opposing counsel; revise agreement terms and work on final settlement. | |
| 09/02/2011 | Rynkiewicz, John P | 1.42 |
| | Work on settlement. | |
| 09/09/2011 | Rynkiewicz, John P | 2.00 |
| | Review draft settlement; calls to opposing counsel; revise and work on finalizing settlement. | |
| 09/12/2011 | Rynkiewicz, John P | 1.58 |
| | Multiple emails, review drafts and settlements; revise and review open issues. | |
| 09/15/2011 | Rynkiewicz, John P | 1.75 |
| | Review correspondence from opposing counsel; review revised draft settlement; review and compare against prior versions; address remaining issues. | |
| 09/20/2011 | Rynkiewicz, John P | 1.58 |
| | Work on settlement, revise draft; review TTAB opposition status and issues. | |
| 09/27/2011 | Rynkiewicz, John P | 1.75 |
| | Review settlement terms, latest revisions; review and assess open/remaining issues in opposition. | |
| 09/30/2011 | Rynkiewicz, John P | 1.83 |
| | Work on Settlement Agreement, issues; review TTAB Order re suspension of proceedings. | |

Total Hours................. 13.49

Fees through 09/30/2011...................................  $7,648.83

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    October 13, 2011

RE: I. GRACE Trademarks                                    Invoice#: 682893
**Our File Number:** 63812/0003
**Client Reference:** 100063                                    PAGE:    2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                        | Rate      | Hours | Fees       |
|------------------------|-----------|-------|------------|
| Rynkiewicz, John P     | $567.00   | 13.49 | $7,648.83  |
| Fees through 09/30/2011............... | | 13.49 | $7,648.83  |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount       |
|----------|------------|--------------|
| 623146   | 01/28/2010 | $406.98      |
| 628638   | 03/31/2010 | 435.46       |
| 628639   | 03/31/2010 | 605.56       |
| 637194   | 06/30/2010 | 1,485.54     |
| 639771   | 07/28/2010 | 349.27       |
| 643965   | 09/09/2010 | 453.60       |
| 647687   | 10/18/2010 | 481.95       |
| 650336   | 11/04/2010 | 501.23       |
| 654087   | 12/10/2010 | 283.50       |
| 657771   | 01/19/2011 | 510.30       |
| 660985   | 02/28/2011 | 2,126.25     |
| 664048   | 03/31/2011 | 274.43       |
| 669551   | 05/31/2011 | 302.78       |
| 674218   | 07/15/2011 | 217.72       |
| 678869   | 08/31/2011 | 4,536.00     |
| 681372   | 09/29/2011 | 7,274.61     |
| Prior Balance Due................................................... | | $20,245.18 |

| | |
|---|---|
| Fees this Invoice......................................................... | $7,648.83 |
| Total Due this Invoice................................................ | $7,648.83 |
| Prior Balance Due (from above)................................. | 20,245.18 |
| **TOTAL DUE**................................................ | **$27,894.01** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 682893
Total Amount Due: $27,894.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
     7500 Grace Drive
     Columbia, Maryland 21004
     Attn: Robert A. Maggio, Chief Patent Counsel

October 13, 2011

**RE:** General
**Our File Number:** 63812/0001
**Client Reference:** 100062

**Invoice#:** 682892

**PAGE:**  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                      | **Hours** |
|------------|--------------------------------------------------------------------------------------|-----------|
| 09/06/2011 | Rynkiewicz, John P                                                                    | 0.42      |
|            | Review Grace emails re resolution of EC matter re TI withdrawing GRACE applic.        |           |
| 09/19/2011 | Rynkiewicz, John P                                                                    | 1.75      |
|            | Overview of multiple[ Grace matters, issues and deadlines.                            |           |
| 09/29/2011 | Rynkiewicz, John P                                                                    | 1.42      |
|            | End of the month review of multiple GRACE protection issues; check status and open matters. |           |

Total Hours................. 3.59

Fees through 09/30/2011.................................... $2,035.53

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate    | Hours | Fees       |
|----------------------|---------|-------|------------|
| Rynkiewicz, John P   | $567.00 | 3.59  | $2,035.53  |

Fees through 09/30/2011............... 3.59  $2,035.53

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628636   | 03/31/2010 | $440.43   |
| 628637   | 03/31/2010 | 1,690.79  |
| 637193   | 06/30/2010 | 3,978.07  |
| 639770   | 07/28/2010 | 813.08    |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    October 13, 2011

**RE:** General                                                    **Invoice#:** 682892
**Our File Number:** 63812/0001
**Client Reference:** 100062                                       **PAGE:**    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 3,879.62 |
| 681371 | 09/29/2011 | 4,297.86 |
| Prior Balance Due........................................................................ | | $32,890.75 |

| | |
|---|---|
| Fees this Invoice................................................................... | $2,035.53 |
| Total Due this Invoice............................................................. | $2,035.53 |
| Prior Balance Due (from above)................................................. | 32,890.75 |
| **TOTAL DUE**......................................................................... | **$34,926.28** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/0001
      Invoice Number: 682892
      Total Amount Due: $34,926.28

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          October 13, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                              **Invoice#:** 682894
**Our File Number:** 63812/0019
**Client Reference:** 100067                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                                                                                                                  | Hours |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/09/2011 | Rynkiewicz, John P<br>Review POWER GRACE oppositions, issues and status in India; review series of prior communications re same.                                                  | 1.00  |
| 09/28/2011 | Rynkiewicz, John P<br>Emails and review opposition in India; correspondence from agents re same.                                                                                 | 0.58  |
| 09/30/2011 | Rynkiewicz, John P<br>Multiple emails to/from Grace re POWER GRACE - Application No. 1599787 in Class 19 and Application No. 1678357 in Class 37 ; review Indian agents' letter in oppositions; review issues and status. | 0.75  |

                                    Total Hours.................    2.33

Fees through 09/30/2011....................................    $1,321.11

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                     | Rate      | Hours | Fees      |
|---------------------|-----------|-------|-----------|
| Rynkiewicz, John P  | $567.00   | 2.33  | $1,321.11 |
| Fees through 09/30/2011.............. |  | 2.33  | $1,321.11 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 623147   | 01/28/2010 | $396.27  |
| 628641   | 03/31/2010 | 340.20   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                              October 13, 2011

RE: Power Grace                                    Invoice#: 682894
**Our File Number:** 63812/0019  .
**Client Reference:** 100067                        PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 3,169.53 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 1,297.05 |
| 669553 | 05/31/2011 | 728.03 |
| 672309 | 06/27/2011 | 105.89 |
| Prior Balance Due......................................................................... | | $7,321.79 |

| | |
|---|---|
| Fees this Invoice........................................................................... | $1,321.11 |
| Total Due this Invoice................................................................... | $1,321.11 |
| Prior Balance Due (from above)................................................... | 7,321.79 |
| **TOTAL DUE**........................................................................... | **$8,642.90** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 682894
Total Amount Due: $8,642.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.