## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>W.R. Grace & Co., et al. | **Case No.:** 01–01139–JKF<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Garlock Sealing Technologies, LLC filed a Notice of Appeal on 10/12/2011 regarding the Order Denying Motions for Access to 2019 Statements, Denying Motions to Intervene and Denying Motions to Reopen Certain Closed Cases.

The Notice of Appeal may be viewed at docket number 27749. The order on appeal may be viewed at docket number 27740.

David D. Bird
CLERK OF COURT

Date: 10/14/11
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:  
W.R. Grace & Co., et al.  
    Debtor

Case No. 01-01139-JKF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1　　　User: Julie　　　Page 1 of 1　　　Date Rcvd: Oct 14, 2011  
　　　　　　　　　　　　Form ID: van440　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2011.

　　　+Del Sole Cavanaugh Stroyd LLC,   The Waterfornt Building,   200 First Avenue,   Suite 300,
　　　　Pittsburgh, PA 15222-1512
　　　 Kirkland & Ellis,   300 North LaSalle Drive,   Chicago, IL  60654
op　　 Pachulski, Stang, Ziehl, & Jones LLP,   919 North Market Street,   16th Floor,   P.O. Box 8705,
　　　　Wilmington, DE  19899-8705
　　　+Robinson, bradshaw & Hinson, P.A.,   101 North Tryon Street,   Suite 1900,
　　　　Charlotte, NC 28246-0106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty　　　MORRIS NICHOLS ARSHT & TUNNELL  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**　　　　　　　　　　　**Signature:**　　_/s/ Joseph Speetjens_