# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# OCTOBER 1, 2009 THROUGH
# OCTOBER 31, 2009

                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                          Wilmington, DE  19806
                             (302) 655-4200
                          EI #: 51-0328786


                                                    October 11, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135


                                              File      WRG-AUS/JCP
                                              Invoice number   99993

        Re:  W. R. Grace & Co.
             David T. Austern
Case No.:    01-01139 (RLB)


              Subtotal for FEES only: 10/31/09       $14,194.00
              Subtotal for COSTS only: 10/31/09       $1,554.06
                                                    -------------
    CURRENT PERIOD FEES AND COSTS:   10/31/09        $15,748.06
                                                    -------------

                          PAY THIS AMOUNT            $15,748.06
                                                    =============


****************************************************************

        Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page    2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    99993

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 21.9 | 9,307.50 |
| FEE/EMPLOYMENT APPLICATIONS | 4.8 | 720.00 |
| CASE ADMINISTRATION | 0.3 | 44.00 |
| PLAN AND DISCLOSURE STATEMENT | 9.7 | 4,122.50 |
| Subtotal for FEES only: 10/31/09 | 36.7 | $14,194.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 31.60 | 31.60 | 13,430.00 | 0.00 | 0.00 |
| 150.00 | CAH | 5.00 | 5.00 | 750.00 | 0.00 | 0.00 |
| 140.00 | TLB | 0.10 | 0.10 | 14.00 | 0.00 | 0.00 |
| Totals | | 36.70 | 36.70 | 14,194.00 | 0.00 | 0.00 |

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                          10/11/2011 Pg 1
                                                        -Fees-

Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
         Include "Client code" from WRG to WRG
         Include "Invoice Number" from 99993 to 99993

Cl code  Grouping code description      Act  Trans                                                    Billable  Billable  Gr
                                        Emp  Date   Transaction description                           Hours     Dollars   Cd

WRG      CASE ADMINISTRATION            CAH  10/14/09 Merge original signatures into filed documents.   0.20     30.00    Ca
                                                                                                       ------   ------
                                                                                                        0.20     30.00

WRG      CASE ADMINISTRATION            TLB  10/06/09 Fax to CourtCall re: 10/13 and 10/14/09 Hearings. 0.10     14.00
                                                                                                        0.10     14.00
                                                                                                        0.30     44.00
                                                                                                       ------   ------

Total records this group:   2
```

WRG-AUS                                                LEGALMASTER MIRC for Transactions                                    10/11/2011 Pg 2
                                                                      -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/01/09 | Review of Order Granting leave to Shorten Notice for Debtors' Motion to Preclude Solomons' Testimony (.1 hrs); e-mail from counsel for Certain Insurers re: Chart of Deposition Designations with enclosure (.1); review of Chart (.4 hrs); review of Stipulation re: Admission of Arrowood Confirmation Hearing Exhibits (.1); review of Arrowood's Objection to Libby Claimants' Offer of Proof re: Spear Testimony (.1); e-mail from counsel for Federal re: Joining the Chart of Deposition Designations (.1); e-mail from Jonathan Guy approving Stipulation re: Admissibility of Ordway Deposition Designations (.1); e-mail from counsel for Debtors re: Stipulation with enclosure (.1); review of Stipulation with Exhibit A re: deposition designations (.1); e-mail to counsel for Debtors approving same (.1). | 1.30 | 552.50 | Li |
| WRG | LITIGATION | JCP | 10/02/09 | Review of Stipulation re: Admissible Ordway Deposition Designations; review of Debtors' Monthly Operating Report; e-mail from Jan Baer re: 10/5/09 Meet and Confer re: Admitted Exhibit List with enclosure; review of same. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 10/05/09 | E-mail from counsel for Debtors re: Master Admitted Exhibit List place in FTP Data Room (.1); review of Anderson Memorial's Response to Debtors' Motion in Limine to Preclude Ewing's Testimony (.1); review of Anderson Memorial's Response to Debtors' Motion in Limine to Preclude Solomons' Testimony (.1); review of Judge Buckwalter's 9/29/09 Memorandum and Order (1.2); review of Agenda for 10/7/09 Hearing (.1); review of Stipulation re: Ordway deposition designations (.1); e-mail from counsel for CNA re: joining Depositions Designations (.1); e-mail from counsel for FFIC re: same; e-mail from counsel for Maryland Casualty re: same (.1). | 2.00 | 850.00 | |
| WRG | LITIGATION | JCP | 10/06/09 | Review of miscellaneous pleadings; e-mail from Jan Baer re: Plan Proponents' agreeing to CNA Exhibits with enclosure; preliminary review of 9 Exhibits. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 10/07/09 | Phone conference with Judge Fitzgerald and all counsel (.2); e-mail from counsel for One Beacon re: Stipulation re: exhibits (.1); review of Agenda for 10/13/09 and 10/14/09 Hearing (.1); e-mail from Janet Baer re: proposed Post-Trial Briefing Order with enclosure (.1); review of revised version of same (.1); calendar dates (.1); e-mail from Jan Baer re: Stipulation re: One Beacon Exhibits with enclosure (.1); review of red-lined revisions to same (.1); e-mail from counsel for Personal Injury Committee (2x) re: same (.1); e-mail from counsel for One Beacon re: same (.1). | 0.90 | 382.50 | |
| WRG | LITIGATION | JCP | 10/09/09 | Review of Order re: Anderson Memorial's Motion to Compel (.1); e-mail from counsel for CNA re: Stipulation as to Admissibility of CNA Exhibits with enclosure (.1); review of Stipulation (.1); e-mail from Janet Baer re: Stipulation re: Exhibits with enclosure (.1); review of Stipulation (.1); e-mail from counsel for Personal Injury Committee approving same (.1); e-mail from counsel for One Beacon approving same (.1); e-mail from Jonathan Guy approving same (.1). | 1.00 | 425.00 | |

WRG-AUS                                                           LEGALMASTER MIRC for Transactions                                          10/11/2011 Pg 3
                                                                              -Fees-

| WRG | Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/10/09 | Review of Amended Agenda for 10/13 and 10/14/09 Hearings(.1); review of Debtors' Amended Motion to Authorize Settlement of KARK-TV's Property Damage Claims(.2); review of Debtors' Amended Motion to Authorize Settlement of Main Plaza's Property Damage Claims(.2); review of Debtors' Statement re: Ordinary Course Payments (7/1-9/30/09)(.1); review of Certification of Counsel re: Order Approving Agreement to Amend Settlement with Aetna(.1); review of Debtors' Brief in Opposition to Munoz' Motion for Relief from Stay (.2); review of Certification of Counsel re: Debtors' Motion to Approve Amended Settlement Agreement with Chartis Insurance(.1). | 1.00 | 425.00 | Li |
| WRG | LITIGATION | JCP | 10/12/09 | Review of Certification of Counsel re: Order Approving Amended Settlement Agreement with Aetna with proposed Order (.1); review of Second Amended Agenda for 10/13/09 Hearing(.1); review of Debtors' Brief in Opposition to Munoz' Motion for Relief from Stay and proposed Order (.4); review of Debtors' Certification of Counsel re: Orders on Debtors' Motion to Preclude Testimony of Solomons and Ewing with 2 proposed Orders(.1); e-mail from counsel for Debtor re: Finke proffer with enclosure (.1); review of same(.1); e-mail from counsel for Debtors re: Written Answers of Shelnitz with enclosure (.1); review of same(.1); e-mail from ZAI class counsel re: no Objection to Finke proffer(.1); e-mail from counsel for Personal Injury Committee re: Rule 1006 summary to be offered into evidence with enclosure; review of same(.1). | 1.30 | 552.50 | |
| WRG | LITIGATION | JCP | 10/14/09 | Phone conference with Judge Fitzgerald and all counsel (9:00 - 1:12; 2:00 - 4:30) (6.7); review of Certification of Counsel re: Settlement of North Arkansas Regional Medical Centers' Property Damage Claims(.1); review of Certification of Counsel re: Settlement of John Muir Hospital's Property Damage Claims(.1); review of 7 additional Certifications of Counsel re: 7 additional Property Damage Claims(.4); review of Certification of Counsel re: Implementation of Defined Authorizing Sale of 5% of Advance Refining Technologies(.1); review of Notice of Motion and Motion to Approve 2009 Settlement Agreement re: claims of Town of Action(.2); review of Order Approving Amended Settlement Agreement with Chartis(.1); review of Order Approving Amended Settlement Agreement with Aetna Casualty(.1); review of Order re: Admissibility of Creditors' Committee's and Bank Lenders' Exhibits as per Exhibit A(.2); review of Order re: Debtors' Motion to Preclude Solomons' Testimony re: Modified Order (.1); e-mail from counsel for Debtors re: revised Post-Trial Order with enclosure (.1); review of same(.2); e-mail from counsel for Kaneb re: same(.1). | 8.10 | 3,442.50 | |
| WRG | LITIGATION | JCP | 10/15/09 | Review of BNSF's Appeal Transmittal Sheet(.1); review of Maryland Casualty's Request for Court to Take Judicial Notice of 8 Documents with enclosure (.1); review of 8 documents (.4); e-mail from counsel for Debtors (2x) re: filing hyper linked briefs after filing original's(.1); e-mail from counsel for Certain Insurers re: same(.1). | 0.80 | 340.00 | |

WRG-AUS                         LEGALMASTER MIRC for Transactions                    10/11/2011  Pg 4
                                              -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/16/09 | Review of Order re: 2010 Hearing Dates(.1); e-mail to paralegal re: same(.1); memorandum to file re: same; e-mail from counsel for Debtors re: Post-Trial Order with enclosure (.1); review of red-lined version of same(.1); e-mail from counsel for Libby Claimants re: Request for Judicial Notice with enclosure (.1); review of same(.1); e-mail from counsel for Personal Injury Committee approving same(.1); e-mail from counsel for Equity Committee approving same(.1); e-mail from and e-mail to Jonathan Guy (2x) re: no need for Plan Proponents to approve/sign same(.1); e-mail from counsel for Libby Claimants agreeing to remove Plan Proponents from same(.1); letter from local counsel for Anderson Memorial to Judge Fitzgerald re: Post-Trial briefing with enclosure (.1); review of Anderson's proposed Order re: Post-Trial Briefing of Anderson issues(.2); review of Debtors' Certification of Counsel re: Order re: Post-Trial Briefing with enclosure; review of same as submitted(.1). | 1.50 | 637.50 | Li |
| WRG | LITIGATION | JCP | 10/19/09 | E-mail from counsel for Debtors re: Exhibits Procedure; e-mail from counsel for Debtors re: Deposition Designations; review of Libby Claimants' Request for Judicial Notice; review of Agenda for 10/26/09 Hearing; e-mail to paralegal re: same. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 10/20/09 | Review of Debtors Motion to Approve Stipulation Resolving New Jersey's Environmental Claims with Exhibits and proposed Order; review of Debtors' Motion to Approve Stipulation Resolving Austin Quality Foods' Claim with Exhibit and proposed Order. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 10/26/09 | E-mail from and e-mail to Rick Wyron re: 10/26/09 Hearing(.1); review of Amended Agenda for same(.1); phone conference with Judge Fitzgerald and all counsel (2.0); e-mail from counsel for Certain Insurers re: hyper-links to Post-Trial Briefs(.1); review of Order Authorizing Presidential Towers' Property Damage Claim Settlement(.1). | 2.40 | 1,020.00 | |
| WRG | LITIGATION | JCP | 10/27/09 | Review of Debtors' Certification of Counsel re: Post-Trial Brief Schedule with proposed Order; e-mail from counsel for Debtors re" citation conventions for Post-Trial Briefs; e-mail from counsel for Libby Claimants re: transcripts through Brief-Lynx; e-mail from counsel for Debtors. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 10/30/09 | Review of Order Rescheduling Closing Arguments; calendar same. | 0.10 | 42.50 | |
| | | | | | ----- | ------- | |
| | | | | | 21.90 | 9,307.50 | |
| | | | | | 21.90 | 9,307.50 | |
| | | | | | ----- | ------- | |

Total records this group: 16

WRG-AUS                                                      LEGALMASTER MIRC for Transactions                                              10/11/2011  Pg 5
                                                                         -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/02/09 | Download, print and file Certificate of No Objection for Orrick Herrington's, Piper Jaffray's and Tre Angeli's July Fee Applications. | 0.90 | 135.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/02/09 | Download, print and file August Fee Applications for Piper Jaffray's and Tre Angeli. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/05/09 | Download, print and file August Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/09/09 | Review of and revise Certificates of No Objection for Austern's June, July and August Fee Applications with Certificates of Service and file same. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/09/09 | E-mail to D. Fullem (2x) re: documents sent out. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/12/09 | Download and file 6th Quarterly Fee Application for Tre Angeli. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/12/09 | Download and file July and August Monthly Fee Applications and 18th Quarterly Fee Application for Towers Perrin and Tillinghast. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/13/09 | Download and file Certificate of No Objection for Piper Jaffray's June Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/13/09 | Download and file Tre Angeli for June. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/14/09 | Reconcile payments to outstanding invoices. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/23/09 | Download and file Certificate of No Objection for Piper Jaffray's and Tre Angeli's August Fee Application; e-mail to D. Fullem. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/30/09 | Download and file September Fee Application of Orrick Herrington. | 0.20 | 30.00 | |
| | | | | | ---- | ------ | |
| | | | | | 4.80 | 720.00 | |
| | | | | | ---- | ------ | |
| | | | | | 4.80 | 720.00 | |
| | | | | | ---- | ------ | |

Total records this group: 12

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                              10/11/2011 Pg  6
                                                        -Fees-

WRG
Cl code   Grouping code description                                                                    Billable    Billable Gr
                                                                                                        Hours      Dollars  Cd
WRG       PLAN AND DISCLOSURE
          STATEMENT
                               Act   Trans
                               Emp   Date     Transaction description

                               JCP   10/08/09 E-mail from counsel for Debtor re: Certification of          0.90      382.50 ps
                                              Counsel re: PPS' Exhibits to be Admitted in Confirmation
                                              Hearing with enclosure (.1); review of list of
                                              Exhibits(.1); e-mail from counsel for Debtors re: filing
                                              of Confirmation Hearing Admitted Exhibit Chart with
                                              enclosure (.1); review of same(.1); review of
                                              Certification of Counsel re: Filing of Chart of
                                              Depositions and Other Prior Testimony Designations with
                                              enclosure (.1); review of same(.1); review of
                                              Certification of Counsel for Bank Lender Group's Exhibits
                                              with enclosure (.1); review of Stipulation and proposed
                                              Order re: same(.1); e-mail from counsel for Certain
                                              Insurers re: further revision to Stipulation re:
                                              admissibility of Exhibits(.1).

                               JCP   10/13/09 Phone conference with Judge Fitzgerald and all counsel       8.80    3,740.00
                                              (9:00 - 12:30; 1:30 - 5:12)(7.2); e-mail from counsel for
                                              Debtors (2x) re: 2nd Set of Modifications to Joint Plan
                                              with Exhibits(.1); preliminary review of same (1.1);
                                              review of Proffer from Richard Finke with Exhibits(.1.);
                                              review of Notice of Amendment to Confirmation Hearing
                                              Admitted Exhibit Chart with Chart(.1); review of Notice of
                                              Amendment to Chart of Depositions and Other Prior
                                              Testimony Designation with Chart(.1); review of Notice of
                                              Service of Written Answers of Sheinitz(.1).
                                                                                                          -----     --------
                                                                                                           9.70     4,122.50
                                                                                                          -----     --------
                                                                                                           9.70     4,122.50
                                                                                                         ======    =========

Total records this group:  2                                                                              36.70    14,194.00
                                                                                                         ======    =========

32 records printed.
```