# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## OCTOBER 1, 2009 THROUGH
## OCTOBER 31, 2009

Phillips, Goldman & Spence, P.A.

Page   2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99993

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call | 37.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 237.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 261.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 300.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 247.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 233.00 |
| 10/01/09 | Check No.: 41399 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 219.00 |
| 10/01/09 | On-line docket research | 2.56 |
| 10/10/09 | Photocopies | 16.50 |
| 10/20/09 | Facsimile | 1.00 |

Subtotal for COSTS only: 10/31/09     $1,554.06