EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
NOVEMBER 1, 2009 THROUGH
NOVEMBER 30, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   99994

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

| | |
|---|---|
| Subtotal for FEES only: 11/30/09 | $9,917.50 |
| Subtotal for COSTS only: 11/30/09 | $1,165.00 |
| CURRENT PERIOD FEES AND COSTS: 11/30/09 | $11,082.50 |
| PAY THIS AMOUNT | $11,082.50 |

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99994

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 17.5 | 7,437.50 |
| FEE/EMPLOYMENT APPLICATIONS | 3.0 | 477.50 |
| LITIGATION | 4.5 | 1,912.50 |
| CASE ADMINISTRATION | 0.6 | 90.00 |
| Subtotal for FEES only: 11/30/09 | 25.6 | $9,917.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 22.10 | 22.10 | 9,392.50 | 0.00 | 0.00 |
| 150.00 | CAH | 3.50 | 3.50 | 525.00 | 0.00 | 0.00 |
| Totals | | 25.60 | 25.60 | 9,917.50 | 0.00 | 0.00 |

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                          10/11/2011  Pg 1
                                                      -Fees-

Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
  Include "Client code" from WRG to WRG
  Include "Invoice Number" from 99994 to 99994

Cl code  Grouping code description   Act  Trans                                                         Billable  Billable  Gr
                                     Emp  Date      Transaction description                             Hours     Dollars   Cd

WRG      CASE ADMINISTRATION         CAH  11/16/09  Merge filed documents with original signatures.        0.30     45.00   Ca
WRG      CASE ADMINISTRATION         CAH  11/20/09  Update docket to system and review newly filed pleadings. 0.60  90.00
                                                                                                        -------  -------
                                                                                                           0.90    135.00
                                                                                                        -------  -------
                                                                                                           0.90    135.00
                                                                                                        =======  =======
```

Total records this group:  2

WRG-AUS                                                                        10/11/2011  Pg 2

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/09/09 | Letter from Creditors' Committee to Judge Fitzgerald forwarding hyper-linked version of Brief; e-mail from counsel for Debtors re: Court Granting extension for filing of hyper-linked briefs. | 0.20 | 85.00 | Li |
| WRG | LITIGATION | JCP | 11/12/09 | Review of Motion to Approve Debtors' Settlement with Zurich, proposed Settlement Agreement and proposed Order (.2); review of Debtors' Motion to Shorten Time re: same and proposed Order (.1); review of Plan Proponents' Errata Sheet for Main Post-Trial Brief (.1); review of Debtors' Notice of Service re: hyper-linked versions of multiple briefs(.1); review of Debtors' Errata Sheet for Post-Trial Bank Lenders Brief (.1). | 0.60 | 255.00 | |
| WRG | LITIGATION | JCP | 11/13/09 | Review of Order Shortening Time to Schedule Motion to Approve Zurich Settlement Agreement. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 11/16/09 | Review of Arrowood's Certification of Counsel re: filing of hyperlinked Post Trial Brief. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 11/17/09 | E-mail from counsel for Debtors re: 11/23/09 hearing by telephone only; conference with paralegal re: signing up for Court Call, review of Court Call confirmation. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 11/18/09 | Review of Longacre's Notice of Transmittal of hyper-linked Post-Trial Brief; review of Adage Capital's Notice of a Substantial Equity Holder; review of Agenda for 11/23/09 Hearing. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 11/19/09 | Review of Order Approving Settlement with New Jersey EPA; review of Order Approving Settlement with Town of Acton; review of Order approving Settlement with Austin Quality Foods; review of miscellaneous pleadings; review of Plan Proponents' Errata Sheet for Post-Trial Brief re: Libby Claimants. | 0.50 | 212.50 | |
| WRG | LITIGATION | JCP | 11/23/09 | Phone conference with Judge Fitzgerald and all counsel (.6); review of Morgan Stanley's Post-Trial Reply Brief re: Bank Lender Issues (.5); review of Maryland Casualty's Post-Trial Reply Brief (.5); review of Order Granting PP's Motion to Consolidate Post-Trial Brief Responses and Exceed Page Limitation(.1); review of Fresenius' Reservation of Rights(.1). | 1.80 | 765.00 | |
| WRG | LITIGATION | JCP | 11/24/09 | Review of Equity Committee's Joinder in Debtors' Post-Trial Bank Lenders Reply Brief; e-mail from counsel for Kaneb re: hyper-linked Reply Briefs; e-mail from counsel for Debtors re: same. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 11/25/09 | Review of Claims Settlement Notice re: Sutton Brooks Disposal Area; review of Personal Injury Committee's Joinder in Debtors' Post-Trial Reply Brief re: Bank Lender Issues; e-mail to Orrick re: same; e-mail from Jonathan Guy re: same. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 11/27/09 | Review of Wachovia's Response to Debtors' Motion to Approve Settlement with Allianz. | 0.20 | 85.00 | |

```
                                                          -----   --------
                                                           4.50   1,912.50
Total records this group:  11                              4.50   1,912.50
                                                          -----   --------
                                                           4.50   1,912.50
                                                          -----   --------
```

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions           10/11/2011 Pg 3
                                                        -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/09 | Download and file Certificate of No Objection for Lincoln's Retention Application. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/09 | Download and file September Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/11/09 | Download and file 21st Quarterly Fee application of D. Austern. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/09 | Download and file 15th Quarterly Fee Application for Orrick Herrington and for Piper Jaffray for period July through September 2009. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/09 | Download and file Certificate of No Objection for Orrick's September Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/24/09 | E-mail to D. Fullem (2x) re: Fee Applications to file. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/09 | Download and file October Fee Application for Towers Perrin and Orrick Herrington; e-mail to D. Fullem re: filing complete. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/09 | Download and file first and second Fee Applications for Lincoln Partners. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/19/09 | Review of Order Authorizing FCR's Retention of Lincoln Partners. | 0.10 | 42.50 | |
| | | | | | 2.90 | 435.00 | |
| | | | | | 0.10 | 42.50 | |
| | | | | | 3.00 | 477.50 | |

Total records this group:  9

WRG-AUS                                           LEGALMASTER MIRC for Transactions                                        10/11/2011  Pg 4
                                                              -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 11/04/09 | E-mail from counsel for Personal Injury Committee re: Personal Injury Committee's Joinder in Debtors' Bank Lender Post-Trial Brief with enclosure; review of same; e-mail to and e-mail from Jonathan Guy re: same. | 0.20 | 85.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 11/05/09 | E-mail from counsel for Kaneb (2x) re: sending CDs; e-mail from counsel for Debtors re: same; review of Kaneb's Phase II Post-Confirmation Hearing Opening Brief. | 0.50 | 212.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 11/06/09 | E-mail from counsel for Debtors (2x) re: delivering one CD containing all hyper-linked briefs; e-mail from Garlock approving; e-mail from counsel for Kaneb approving; e-mail from counsel for BNSF approving; e-mail from counsel for One Beacon re: Errata Sheet for One Beacon's Post-Trial Brief with enclosure; review of same; letter from counsel for Hartford to Judge Fitzgerald forwarding CD of Hartford's hyper-linked Post-Trial Brief. | 0.50 | 212.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 11/11/09 | Letter from counsel for CNA to Judge Fitzgerald forwarding CD of hyper-linked Post-Trial Brief. | 0.10 | 42.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 11/20/09 | Review of Notice of Change of Location for 12/14/09 Hearing(.1); e-mail to paralegal re: registering John C. Phillips, Jr. for Court Call for same(.1); review of Court Call Confirmation of same(.1); review of Plan Proponents' Main Post-Trial Response Brief in Support of Plan Confirmation (4.9); e-mail to and e-mail from Jonathan Guy re: same(.1); e-mail from Rick Wyron re: same(.1); e-mail from counsel for Debtor re: no significant revisions to same with enclosure (.1); review of red-lined version of same (.5); e-mail from Debbie Felder re: revised version of Main Post-Trial Brief with 1 additional revision(.1); e-mail to local counsel for Debtors approving same(.1); e-mail from counsel for Personal Injury Committee re: Plan Proponents' Response to Libby Claimants' Post-Trial Brief with enclosure and RO same (.9); e-mail to and e-mail from Jonathan Guy re: same(.1); e-mail from Debbie Felder re: same(.1); e-mail from Jonathan Guy approving same(.1); phone conference with counsel for Personal Injury Committee re: approving same(.1); e-mail to local counsel for Personal Injury Committee approving same(.1); e-mail from local counsel for Debtors re: filing Motion to Consolidate Post-Trial Response Briefs and to Exceed Page Limitation with enclosure (.1); review of same and proposed Order (.1); review of e-mail serving Plan Proponents Post-Trial Response to Libby Claimants with attachments(.1). | 7.90 | 3,357.50 | |

| WRG-AUS | | | LEGALMASTER MIRC for Transactions<br>-Fees- | | 10/11/2011 Pg 5 |
|---|---|---|---|---|---|
| Cl code | Grouping code description | | | | |
| WRG | PLAN AND DISCLOSURE STATEMENT | | | | |

| Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|
| JCP | 11/21/09 | Review of BNSF's Post-trial Reply Brief (.2); review of Anderson Memorial's Errata Sheet for Post-Trial Feasibility Brief (.2); review of CNA's Post-Trial Reply Brief (.7); review of Montana's Post-trial Reply Brief (.5); review of Kaneb's Post-trial Reply Brief (.2); review of Anderson Memorial's Reply Brief re: Feasibility (.3); review of Libby Claimants' Post-Trial Reply Brief (1.0); review of Garlock's Reply Brief (.7); review of Joint Reply Brief of Creditors' Committee and Bank lender Group (1.2); review of Long Acre's Post-Trial Reply Brief (.2); review of Arrowood's Post-Trial Reply Brief (.5); review of GEICO's Joinder to One Beacon's Brief (.2); review of AXA's Joinder to One Beacon's Reply Brief (.4); review of One Beacon's Post-Trial Reply Brief (1.2); review of Debtors' Post-Trial Reply Brief re: Bank Lender's Issues (.5). | 8.30 | 3,527.50 | ps |
| | | | 17.50 | 7,437.50 | |
| | | | 17.50 | 7,437.50 | |
| | | Total records this group: 6 | 25.60 | 9,917.50 | |

28 records printed.