# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## NOVEMBER 1, 2009 THROUGH
## NOVEMBER 30, 2009

Page 2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99994

Re:   W. R. Grace & Co.
      David T. Austern

```
            COSTS ADVANCED

11/20/09  Facsimile                                              1.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.               191.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.               233.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.                30.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.               226.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.               191.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.               233.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.                30.00
11/30/09  Check No.: 41793 - John C. Phillips, Jr. -
          expense reimbursement for Court Call.                30.00
                                                        -------------
             Subtotal for COSTS only: 11/30/09          $1,165.00
                                                        -------------
```