EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
DECEMBER 1, 2009 THROUGH
DECEMBER 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   99995

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 12/31/09     $1,447.50
        Subtotal for COSTS only: 12/31/09       $116.00
                                             ------------
CURRENT PERIOD FEES AND COSTS: 12/31/09      $1,563.50
                                             ------------

                         PAY THIS AMOUNT     $1,563.50
                                             ============
```

**************************************************************

Please remit duplicate copy with payment.  Thank you.

**************************************************************

Page   2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99995

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 2.0 | 300.00 |
| LITIGATION | 2.7 | 1,147.50 |
| Subtotal for FEES only: 12/31/09 | 4.7 | $1,447.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 2.70 | 2.70 | 1,147.50 | 0.00 | 0.00 |
| 150.00 | CAH | 2.00 | 2.00 | 300.00 | 0.00 | 0.00 |
| Totals | | 4.70 | 4.70 | 1,447.50 | 0.00 | 0.00 |

```
WRG-AUS                              LEGALMASTER MIRC for Transactions                    10/11/2011  Pg 1
                                                  -Fees-
```

Sorts:  Grouping code                (Paginate)
        Client code
        Actual employee code         (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from WRG to WRG
        Include "Invoice Number" from 99995 to 99995

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/04/09 | Review of Debtors' Motion for Leave to File Reply to Wachovia's Response to Debtors' Motion to Settle with Allianz with Exhibits; review of Reply and proposed Order. | 0.20 | 85.00 | Li |
| WRG | LITIGATION | JCP | 12/14/09 | Review of Amended Agenda for 12/14/09 Hearing and phone conference with Judge Fitzgerald and all counsel. | 0.90 | 382.50 | |
| WRG | LITIGATION | JCP | 12/15/09 | Review of miscellaneous pleadings; e-mail from and e-mail to Debbie Felder re: 12/16/09 filing. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 12/22/09 | Review of Stipulation of Dismissal re: New Jersey's 3rd Circuit Appeal. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 12/23/09 | Review of Agenda for 1/4 and 1/5/10 Hearing. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 12/24/09 | Review of Amended Agenda for 1/4 and 1/5/10 Hearing. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 12/29/09 | Review of Anderson Memorial's Errata Sheet for its Post-Trial Brief and new Table of Contents (.1); e-mail from Debbie Felder re: Motion to Approve Insurance Neutrality Stipulation with enclosure (.1); review of Motion (.1); e-mail from Mike Giannotto re: revisions to same with enclosure (.1); review of red-lined revisions (.1); e-mail from counsel for Debtors re: graphics for closing arguments (.1). | 0.60 | 255.00 | |
| WRG | LITIGATION | JCP | 12/30/09 | E-mail from Mike Giannotto re: Insurance Neutrability Motion; e-mail from Debbie Felder re: same (2x); e-mail from Debbie Felder re: Motion to Approve Insurance Neutrability Provision with enclosure; review of Notice of Motion, Motion and Proposed Order re: same; e-mail to Debbie Felder approving same. | 0.50 | 212.50 | |
| | | | | | ---- | ---------- | |
| | | | | | 2.70 | 1,147.50 | |
| | | | | | 2.70 | 1,147.50 | |
| | | | | | ---- | ---------- | |

Total records this group:  8

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                              10/11/2011 Pg 2
                                                         -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/09 | Download and file Certificate of No Objection for Austern's September Fee Application. | 0.20 | 30.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/09 | Download and file Certificate of No Objection for Perrin's September Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/09 | Download and file Certificate of No Objection for Perrin's October Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/09 | Download and file Certificate of No Objection for Towers Perrin's October Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/09 | Download and file Certificate of No Objection for Herrington's October Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/09 | Download and file Certificate of No Objection for Lincoln Partners September and October Fee Applications. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/09 | Download and file final Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/28/09 | Download and file November Fee Application for Lincoln Partners. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/28/09 | Download and file November Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.00 | 300.00 | |
| | | | | | 2.00 | 300.00 | |
| | | | | | ==== | ====== | |

Total records this group:    8

                                                                                           4.70      1,447.50
                                                                                           ====      ========

16 records printed.