# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2009 THROUGH
# DECEMBER 31, 2009

Page   2

October 11, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   99995

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/31/09 | Check No.: 42042 - John C. Phillips, Jr. - reimbursement for Court Call. | 44.00 |
| 12/31/09 | Check No.: 42042 - John C. Phillips, Jr. - reimbursement for Court Call fee. | 72.00 |
| | Subtotal for COSTS only: 12/31/09 | $116.00 |