## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*                          Bankruptcy No. 01-1139-JKF
     Debtor(s)

                                                  Chapter 11

                                                  **Related to Doc. No. 27752, Letter from Burrell Johnson, Jr., requesting copy of list of all creditors**

## ORDER DENYING REQUEST

      **AND NOW,**  this **17**<sup>th</sup> day of **October**, **2011**, it is **ORDERED** that the letter request for a list of all creditors of Debtors from the Court is **denied** inasmuch the creditors' list is available from the Clerk's Office.

      It is **FURTHER ORDERED** that the applicant may obtain the list from the Clerk's Office of the Bankruptcy Court for the District of Delaware in accordance with the fees and procedures in effect.

      The Clerk's Office can be reached at

                        824 N. Market Street, 3rd Floor
                        Wilmington, Delaware  19801

and contacted by telephone at 302-252-2900.

                        *Judith K. Fitzgerald*
                        Judith K. Fitzgerald   **rmab**
                        United States Bankruptcy Judge

cm:   Mr. Burrell Johnson, Jr.
       No. 00241395A
       2664 (FM) 2054
       Tennessee Colony, TX  75886