## EXHIBIT VII

**Schedule of Non-Debtor Subsidiaries**

## SCHEDULE OF NON-DEBTOR SUBSIDIARIES

The Debtors intend to merge the below-listed non-Debtor entities into Grace-Conn. None of the entities has any assets. The only liability is an intercompany claim against Grace Receivables Purchasing, Inc., ("Grace Receivables") is held by Grace-Conn. As an accounting matter, this intercompany claim will cease to exist upon Grace Receivables' merger into Grace-Conn. pursuant to the Agreement:

| Name | Entity's Intercompany Claims Against Other Grace Entities | | Intercompany Claims Against Entity | | Other Scheduled Claims Against Entity | | Other Filed Claims Against Entity | | Non-Intercompany Claim Assets | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Descrip. | Value |
| Grace Germany Holdings, Inc. | 0 | $0.00 | 0 | $0.00 | NA | NA | 0 | $0.00 | None | $0.00 |
| Grace Latin America, Inc. | 0 | $0.00 | 0 | $0.00 | NA | NA | 0 | $0.00 | Non | $0.00 |
| Grace Receivables Purchasing, Inc. | 0 | $0.00 | 1 | $3,430,837 | NA | NA | 0 | $0.00 | None | $0.00 |
| Ichiban Chemical Corp. | 0 | $0.00 | 0 | $0.00 | NA | NA | 0 | $0.00 | None | $0.00 |

DOCS_DE:174225.1 91100-001