IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 7, 2011 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND NINETEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/516642

# EXHIBIT A
## (Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,035.50 |
| **FEE APPLICATION – APPLICANT** | $525.00 |
| **TOTAL FEES** | $12,560.50 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 14, 2011
Bill Number 138371
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/01/11 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.3). Emails from/to PM and in-house counsels re: renewing W. Square lease (.1). | 0.60 Hrs | 210.00 |
| 08/01/11 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 08/01/11 | ARA | Per telephone call from MTM, search for Libby personnel file; locate and review personnel file; arrange to have file picked-up and copied by copy service. | 2.00 Hrs | 270.00 |
| 08/02/11 | ARA | Document control. | 5.80 Hrs | 493.00 |
| 08/02/11 | ARA | Receipt of personnel file from Merrill Corp.; quality control file and confirm MTM received copies of file. | 0.50 Hrs | 67.50 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/03/11 | MTM | Telephone call from in-house counsel re: possible offer of Winthrop Square to Georgia Pacific in connection with their defense of asbestos matter (.2); receipt and review of preliminary statement from in-house counsel re: Winthrop Square collection and search capabilities (.2); telephone call to in-house counsel re: same (.1). | 0.50 Hrs | 150.00 |
| 08/03/11 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 08/04/11 | ARA | Document control. | 5.80 Hrs | 493.00 |
| 08/05/11 | ARA | Document control. | 6.20 Hrs | 527.00 |
| 08/08/11 | ARA | Document control. | 4.90 Hrs | 416.50 |
| 08/09/11 | ARA | Document control. | 2.90 Hrs | 246.50 |
| 08/09/11 | ARA | Quality control PNB documents. | 2.80 Hrs | 378.00 |
| 08/10/11 | MTM | Telephone call from in-house counsel re: search capabilities for documents maintained for Holme Roberts. | 0.20 Hrs | 60.00 |
| 08/10/11 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 08/10/11 | ARA | Quality control PNB documents. | 4.00 Hrs | 540.00 |
| 08/11/11 | ARA | Document control. | 5.50 Hrs | 467.50 |
| 08/12/11 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 08/15/11 | ARA | Document control. | 6.30 Hrs | 535.50 |
| 08/16/11 | RAM | Read updated bankruptcy court docket entries to select documents to read; read selected documents filed in bankruptcy court. | 0.30 Hrs | 105.00 |
| 08/16/11 | ARA | Document control. | 5.70 Hrs | 484.50 |
| 08/17/11 | RAM | Emails from/to PM that Winthrop Square lease renewal rate for 1 year will be the same as 2 year term. | 0.05 Hrs | No Charge |
| 08/17/11 | ARA | Document control. | 3.50 Hrs | 297.50 |
| 08/17/11 | ARA | Quality control PNB documents. | 2.50 Hrs | 337.50 |
| 08/18/11 | ARA | Document control. | 2.30 Hrs | 195.50 |
| 08/18/11 | ARA | Quality control PNB documents. | 4.10 Hrs | 553.50 |
| 08/19/11 | ARA | Quality control billing registers. | 2.80 Hrs | 378.00 |
| 08/19/11 | ARA | Document control. | 3.50 Hrs | 297.50 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/22/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 08/22/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 08/24/11 | ARA | Document control. | 5.60 Hrs | 476.00 |
| 08/26/11 | ARA | Quality control billing registers. | 5.90 Hrs | 796.50 |
| 08/29/11 | ARA | Document control. | 5.60 Hrs | 476.00 |
| 08/30/11 | ARA | Document control. | 6.30 Hrs | 535.50 |
| 08/31/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. Send "as filed" July fee application to Fee Auditor. Read selected documents filed in bankruptcy court. | 0.30 Hrs | 105.00 |
| 08/31/11 | ARA | Document control. | 6.00 Hrs | 510.00 |

TOTAL LEGAL SERVICES   $12,035.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |
| Matthew T. Murphy | 0.70 | 300.00 | 210.00 |
| Angela R. Anderson | 24.60 | 135.00 | 3,321.00 |
| Angela R. Anderson | 94.70 | 85.00 | 8,049.50 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 121.35 | | $12,035.50 |

TOTAL THIS BILL   $12,035.50

Page 3

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 14, 2011
Bill Number 138372
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

LEGAL SERVICES

THROUGH AUGUST 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/01/11 | RAM | Send "as filed" June fee application to Fee Auditor. Work on Quarterly Fee Application. | 0.50 Hrs | 175.00 |
| 08/09/11 | RAM | Work on July fee application. | 0.60 Hrs | 210.00 |
| 08/11/11 | RAM | Work on July fee application and send it to in-house counsel to review. Telephone conference with in-house counsel that fee application may be filed. | 0.10 Hrs | 35.00 |
| 08/12/11 | RAM | Emails from/to second in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 08/22/11 | RAM | Work on July fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 08/29/11 | RAM | Read Fee Auditor's Amended Combined Final Report re: 40th Interim Period. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES  $525.00

Page 1

Mark A. Shelnitz
Re:    Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.50 | 350.00 | 525.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 1.55 | | $525.00 |

TOTAL THIS BILL          $525.00

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $5,781.45 |
| --- | --- |
| FEE APPLICATION – APPLICANT | $49.72 |
| TOTAL EXPENSES | $5,831.17 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 14, 2011
Bill Number  138373
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH AUGUST 31, 2011

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 08/31/11 | EXCESS POSTAGE | 4.97 | |
| | | | $4.97 |

**OUTSIDE PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 08/18/11 | MERRILL COMMUNICATIONS, LLC: 8/01/11 Libby personnel file for in house counsel | 19.48 | |
| | | | $19.48 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 08/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - August 2011. | 5,353.50 | |
| | | | $5,353.50 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 08/09/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage 8/01/11 through 8/31/11. | 403.50 | |
| | | | $403.50 |

| | | |
|---|---|---|
| | TOTAL COSTS | $5,781.45 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL THIS BILL | $5,781.45 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 14, 2011
Bill Number 138374
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH AUGUST 31, 2011

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 08/31/11 | EXCESS POSTAGE | 3.36 | |
| | | | $3.36 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 08/11/11 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Lynzy Oberholzer from Casner and Edwards on July 28, 2011 by R A Murphy. | 19.06 | |
| 08/11/11 | FEDERAL EXPRESS CORPORATION: To Pachulski Stang Ziehl & Jones, Lynzy Oberholzer from Casner and Edwards on August 2, 2011 by R A Murphy. | 27.30 | |
| | | | $46.36 |

|  |  |
|---|---|
| TOTAL COSTS | $49.72 |
| TOTAL THIS BILL | $49.72 |

Page 1