**NINETY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 8/1/2011 through 8/31/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 5.50 | $4,180.00 |
| S. Cunningham | Member | $760 | 10.10 | $7,676.00 |
| R. Frezza | Member | $670 | 53.00 | $35,510.00 |
| J. Dolan | Consultant | $445 | 56.60 | $25,187.00 |
| M. Desalvio | Research | $175 | 4.50 | $787.50 |
| M. Haverkamp | Paraprofessional | $120 | 3.60 | $432.00 |
| **For the Period 8/1/2011 through 8/31/2011** | | | **133.30** | **$73,772.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 8/1/2011 through 8/31/2011

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant finalized files on the recent proposed acquisition. | 1.80 | $801.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared, updated, and discussed various interest scenarios. | 9.90 | $5,800.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 3.80 | $1,691.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the June monthly fee statement. | 5.40 | $1,359.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and Q2 results, prepared various analyses and prepared a report to the Committee thereon. | 97.30 | $56,231.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant analyzed proposed stock repurchase program. | 10.60 | $7,102.00 |
| 21. Research | During the Fee Application period, the Applicant prepared peer analysis for 2Q11 report to the committee. | 4.50 | $787.50 |
| **For the Period 8/1/2011 through 8/31/2011** | | **133.30** | **$73,772.50** |

Capstone Advisory Group, LLC
Invoice for the 8/1/2011-8/31/2011 Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 8/1/2011 through 8/31/2011

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 8/11/2011 | J. Dolan | 1.80 | Finalized files on recent proposed acquisition. |
| Subtotal | | 1.80 | |
| 03. Claims Analysis & Valuation | | | |
| 8/15/2011 | R. Frezza | 2.40 | Updated interest scenarios and discussed results with counsel. |
| 8/15/2011 | R. Frezza | 2.50 | Updated interest scenarios based on counsel's request. |
| 8/15/2011 | J. Dolan | 2.40 | Prepared various interest scenarios at the request of counsel. |
| 8/17/2011 | R. Frezza | 1.30 | Participated in follow up call with counsel re: updated interest scenarios. |
| 8/17/2011 | J. Dolan | 1.30 | Prepared interest scenarios at the request of counsel and discussed results. |
| Subtotal | | 9.90 | |
| 04. Creditor Committee Matters | | | |
| 8/2/2011 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 8/8/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 8/16/2011 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 8/23/2011 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 3.80 | |
| 07. Fee Applications & Invoices | | | |
| 8/30/2011 | M. Haverkamp | 1.30 | Processed June 2011 fee application. |
| 8/30/2011 | M. Haverkamp | 2.30 | Continued processing June 2011 fee application. |
| 8/30/2011 | J. Dolan | 1.40 | Prepared June fee application. |
| 8/31/2011 | E. Ordway | 0.40 | Prepared fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 5.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2011 | E. Ordway | 0.50 | Listened to portion of investor call. |
| 8/2/2011 | S. Cunningham | 2.80 | Reviewed Q2 financial results for report to the Committee. |
| 8/2/2011 | J. Dolan | 1.10 | Read and analyzed valuation considerations prepared by Debtor. |
| 8/2/2011 | R. Frezza | 3.10 | Prepared for and participated in Investor call; analyzed/reviewed data related to call. |
| 8/2/2011 | J. Dolan | 1.50 | Began preparing report to the Committee on 2Q11 results. |
| 8/2/2011 | J. Dolan | 0.90 | Listened to investor call regarding 2Q11 results for report to the Committee. |
| 8/4/2011 | R. Frezza | 2.10 | Conceptualized tables and charts for report. |
| 8/4/2011 | J. Dolan | 3.40 | Prepared tables and charts for report to the Committee on 2Q11 results. |
| 8/8/2011 | R. Frezza | 2.10 | Assisted in preparing Q2 11 report drafting/data analysis. |
| 8/8/2011 | J. Dolan | 2.00 | Prepared actual to plan analysis for 2Q11 on a quarterly and year-to-date basis with related commentary. |
| 8/8/2011 | J. Dolan | 1.80 | Prepared analyses on 2Q11 results for report to the Committee including cash flow and ROIC. |
| 8/9/2011 | J. Dolan | 2.30 | Prepared various analyses for 2Q11 report to the Committee including actual to prior year results. |
| 8/9/2011 | R. Frezza | 3.30 | Reviewed Q2 11 report drafting and data analysis. |
| 8/9/2011 | J. Dolan | 1.90 | Updated analysis for 2Q11 results for report to the Committee. |
| 8/11/2011 | R. Frezza | 3.40 | Prepared Q2 11 report  and data analysis. |
| 8/11/2011 | J. Dolan | 2.50 | Prepared report to the Committee on 2Q11 results. |
| 8/11/2011 | S. Cunningham | 2.20 | Reviewed Q2 financial results, 10Q and data analysis. |
| 8/12/2011 | J. Dolan | 1.20 | Prepared peer analysis to assist in analyzing Grace multiple. |
| 8/12/2011 | R. Frezza | 0.50 | Performed peer analysis data review. |
| 8/15/2011 | J. Dolan | 1.70 | Read and analyzed creditor committee package received from Debtors. |
| 8/15/2011 | J. Dolan | 2.60 | Read and analyzed analyst reports to determine industry outlook. |

**Capstone Advisory Group, LLC**
**Invoice for the 8/1/2011-8/31/2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/16/2011 | J. Dolan | 1.70 | Prepared analyses for 2Q11 report to the Committee. |
| 8/16/2011 | R. Frezza | 1.10 | Prepared analyses for 2Q11 report to the Committee. |
| 8/16/2011 | J. Dolan | 2.50 | Read and analyzed 10Q for 2Q11 report to the Committee. |
| 8/16/2011 | R. Frezza | 3.00 | Prepared 2Q11 report to the Committee. |
| 8/18/2011 | R. Frezza | 3.30 | Prepared 2Q11 results Committee report. |
| 8/18/2011 | J. Dolan | 2.60 | Prepared report to the Committee on 2Q11 results including actual to Plan and prior year. |
| 8/18/2011 | J. Dolan | 1.50 | Prepared tables and charts for the 2Q11 results report to the Committee. |
| 8/22/2011 | E. Ordway | 2.10 | Prepared/ edited report to creditors re: second quarter performance. |
| 8/22/2011 | S. Cunningham | 2.30 | Reviewed Q2 financial results and report to the Committee. |
| 8/23/2011 | J. Dolan | 3.30 | Prepared report to the Committee on 2Q11 results including quarterly and year-to-date results. |
| 8/23/2011 | R. Frezza | 2.40 | Prepared 2Q11 results report to the Committee. |
| 8/23/2011 | E. Ordway | 0.80 | Continued to prepare/edit report to committee re: second quarter. |
| 8/24/2011 | S. Cunningham | 2.80 | Reviewed final Q2 report. |
| 8/24/2011 | E. Ordway | 0.70 | Read and analyzed analysts' reports gathered by research group. |
| 8/26/2011 | J. Dolan | 2.20 | Prepared for and participated in conference call with Debtors.  Subsequent discussion with team. |
| 8/26/2011 | E. Ordway | 0.30 | Continued to read analysts' data re: chemical industry. |
| 8/29/2011 | R. Frezza | 1.60 | Reviewed Q2 2011 results and report to the Committee. |
| 8/29/2011 | J. Dolan | 1.50 | Prepared issues list regarding business issues discussed on conference call. |
| 8/29/2011 | J. Dolan | 2.40 | Finalized 2Q11 report to the Committee. |
| 8/29/2011 | R. Frezza | 2.60 | Continued to analyze Q2 2011 results. |
| 8/29/2011 | J. Dolan | 2.20 | Analyzed repurchase agreements in bankruptcy. |
| 8/30/2011 | R. Frezza | 3.30 | Analyzed Q2 2011 results. |
| 8/30/2011 | J. Dolan | 3.10 | Analyzed discussion materials and prepared request list for Debtors and Blackstone. |

**Capstone Advisory Group, LLC**
**Invoice for the 8/1/2011-8/31/2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/30/2011 | E. Ordway | 0.70 | Prepared/ edited second quarter report to the committee. |
| 8/31/2011 | R. Frezza | 1.90 | Prepared/reviewed report to the Committee. |
| 8/31/2011 | R. Frezza | 2.50 | Analyzed Q2 2011 results and prepared/reviewed report to the Committee. |
| Subtotal | | 97.30 | |

11. Financial Analysis - Other

| | | | |
|---|---|---|---|
| 8/26/2011 | R. Frezza | 2.40 | Prepared for and participated in call with Mgmt and advisors re: Stock Repurchase proposal. |
| 8/29/2011 | R. Frezza | 2.10 | Continued analysis of company proposal related to stock repurchase and paydown of claims. |
| 8/30/2011 | R. Frezza | 3.20 | Analyzed Company proposal of stock repurchase agreement and claim paydown. |
| 8/31/2011 | R. Frezza | 2.90 | Analyzed Company proposal re: stock repurchase agreement. |
| Subtotal | | 10.60 | |

21. Research

| | | | |
|---|---|---|---|
| 8/9/2011 | M. Desalvio | 2.00 | Prepared Grace quarterly Peer Group analysis for 2Q11 to assist in multiple valuation. |
| 8/12/2011 | M. Desalvio | 1.00 | Retrieved latest analysts reports on Grace and Chemicals industry for evaluation of outlook. |
| 8/29/2011 | M. Desalvio | 1.50 | Researched firms in bankruptcy that issued a Stock Repurchase Plan to assist in evaluating request. |
| Subtotal | | 4.50 | |
| **Total Hours** | | **133.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 8/1/2011 through 8/31/2011

| Date | Professional | Detail | Amount |
|------|--------------|--------|-------:|
| **Research** | | | |
| 8/8/2011 | Capstone Expense | Pacer | $3.20 |
| Subtotal - Research | | | $3.20 |
| **Telecom** | | | |
| 8/7/2011 | Capstone Expense | August Telecom - Saddle Brook Office | $95.18 |
| Subtotal - Telecom | | | $95.18 |
| **For the Period 8/1/2011 through 8/31/2011** | | | $98.38 |