**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LISTS**

Nina M. Varughese of Pepper Hamilton LLP hereby withdraws her appearance as

counsel for BNSF Railway Company in the above-captioned bankruptcy cases and requests that

she be removed from the CM/ECF noticing list and any other service lists in these cases.

Edward C. Toole, Jr., Linda J. Casey, Evelyn J. Meltzer and James C. Carignan of

Pepper Hamilton LLP will continue to represent BNSF Railway Company in these cases.

Dated:  October 18, 2011                PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer _____
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
Telephone:  (302) 777-6500
Facsimile:    (302) 421-8390
E-mail: meltzere@pepperlaw.com

Counsel for BNSF Railway Company

Nina M. Varughese (PA No. 207747)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail:  varughesen@pepperlaw.com

Withdrawing Counsel for
BNSF Railway Company

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on October 18, 2011, I served the

foregoing Notice Of Withdrawal Of Appearance And Request For Removal From Service Lists

by causing copies thereof to be served via first class mail, postage prepaid, upon the entities on

the service list attached hereto**.**

Dated:  October 18, 2011                              PEPPER HAMILTON LLP


/s/ Evelyn J. Meltzer                    _____
Evelyn J. Meltzer (PA No. 88033)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: meltzere@pepperlaw.com

Counsel for BNSF Railway Company

#15031038 v1 (.)

Debtors
c/o Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones, LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE  19801

David T. Austern, Asbestos Personal Injury Future
Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19806

Official Committee of Asbestos
Personal Injury Claimants
c/o Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Official Committee of Equity Security Holders
c/o Teresa K. D. Currier, Esq.
Saul Ewing LLP
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19801

Official Committee of Unsecured
Creditors
c/o Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Asbestos PD Committee
c/o Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE  19899

Asbestos Property Damages
Future Claimants' Representative
c/o R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue  Suite 1500
P. O. Box 68
Wilmington, DE 19899

#15031038 v1 (.)

Debtors
c/o Lisa G. Esayian, Esq.
John Donley, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

Debtors
c/o Janet S. Baer, Esq.
Roger J. Higgins, P.C.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

David T. Austern, Asbestos PI Future Claimants'
Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

Official Committee of Asbestos
Property Damage Claimants
c/o Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Official Committee of Asbestos Personal Injury
Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Asbestos PD Future Claimants'
Representative
c/o Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270

-4-

#15031038 v1 (.)

Official Committee of Unsecured Creditors
c/o William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

Official Committee of Equity
Security Holders
c/o Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

W. R. Grace Company
c/o Mark Shelnitz
Richard Finke
John McFarland
7500 Grace Drive
Columbia, MD  21044

#15031038 v1 (.)