# ATTACHMENT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

### SIXTY-EIGHTH MONTHLY APPLICATION OF
### BEVERIDGE & DIAMOND, P.C.
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES
### AS COUNSEL TO THE DEBTORS FOR THE
### PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2011 through June 30, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $22,223.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $20.40 |

This is a:     ___XX___ monthly          _____ interim          _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $24,367.50 | $11.00 | $24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | Pending | Pending |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | Pending | Pending |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | Pending | Pending |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | Pending | Pending |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $460.00 | 16.00 | $7,360.00 |
| Heidi C. Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $295.00 | 17.70 | $5,221.50 |
| K. Russell LaMotte | Principal; Joined Firm 2006; Member of DC Bar since 2006 | $460.00 | 5.20 | $2,392.00 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of Maryland Bar since 2010 | $250.00 | 29.00 | $7,250.00 |

Total Fees:        $22,223.50
Total Hours:          67.90
Blended Rate:      $327.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 67.90 | $22,223.50 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $14.60 |
| Long Distance Telephone | | $2.60 |
| Postage | | $3.20 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period June 1, 2011 through June 30,  2011, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $22,223.50 and actual and necessary expenses in the amount of $20.40 for a total allowance of $22,243.90 and payment of $17,778.80 (80% of the allowed fees) and reimbursement of $20.40 (100% of the allowed expenses) be authorized for a total payment of $17,799.20 and for such other and further relief as this Court may deem just and proper.

Dated: September 9th , 2011          BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 9th day of September, 2011.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 24, 2011
Client/Matter #  01246-013923
Invoice # 143436
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                             SUITE 700
                             1350 I STREET, N.W.
                             WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 06/01/11 | P. Marks | L120 | 0.10 | Coordinate with L. Duff and J. Baer re negative notice. |
| 06/02/11 | P. Marks | L120 | 1.00 | Telephone conference with L. Duff re RCRA issue (when dust becomes subject to CHS management rules); follow-up direction to H. Knight re same. |
| 06/02/11 | P. Marks | L110 | 0.20 | Review tank certification letter and provide edits re same. |
| 06/03/11 | H. Knight | L120 | 0.20 | Email correspondence with P. Marks re management of uncollected dust under RCRA. |
| 06/06/11 | P. Marks | L120 | 0.20 | Direct H. Knight re research; review and evaluate responses to inquiries related to negative notice. |
| 06/06/11 | H. Knight | L120 | 3.50 | Research management of uncollected dust under RCRA; conference with P. Marks re same. |
| 06/07/11 | P. Marks | L120 | 0.30 | Review and evaluate email exchange re negative notice and creditor inquiries. |

BEVERIDGE & DIAMOND, P.C.

| 06/07/11 | H. Knight | L120 | 7.80 | Continue to research management of uncollected dust under RCRA. |
| 06/08/11 | H. Knight | L120 | 3.30 | Continue to research management of uncollected dust under RCRA. |
| 06/09/11 | P. Marks | L120 | 0.10 | Conference with H. Knight re dust. |
| 06/09/11 | H. Knight | L120 | 2.90 | Continue to research and prepare outline re management of uncollected dust under RCRA; conference with P. Marks re same. |
| 06/13/11 | P. Marks | L120 | 0.30 | Prepare for and conduct telephone conference with bankruptcy counsel and A. Krieger re CAFO and negative notice. |

Total Hours :           19.90

Total Fees :        $6,233.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143436
August 24, 2011
PAGE  3

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 2.20 | $460.00 | $1,012.00 |
| H. Knight | Associate | 17.70 | $295.00 | $5,221.50 |

| | | | **Total Fees:** | **$6,233.50** |
|---|---|---|---|---|

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 0.20 | $92.00 |
| L120 | 19.70 | $6,141.50 |
| Total L100 | 19.90 | $6,233.50 |

| | **Total Fees :** | **19.90** | **$6,233.50** |
|---|---|---|---|

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $2.60 |

| | **Total Disbursements :** | **$2.60** |
|---|---|---|

| | **TOTAL DUE :** | **$6,236.10** |
|---|---|---|

# EXHIBIT B

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    July 31, 2011
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 143061
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>General Regulatory/Compliance Issues</u>
<u>100042</u>

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 06/01/11 | K. LaMotte | 2.30 | Finalize e-mail to Italian local counsel with instructions re EU project; review response from Commission authority; update e-mail to Italian local counsel; prepare e-mail to L. Duff re input from Commission re EU project. |
| 06/03/11 | K. LaMotte | 0.30 | Prepare update e-mail to L. Duff re status of project; e-mail to L. Prati re timetable for response. |
| 06/06/11 | K. LaMotte | 0.80 | Review inputs from L. Prati re Italian law; prepare follow-up questions re same and transmit; prepare an update e-mail to L. Duff re same. |
| 06/07/11 | K. LaMotte | 1.50 | Review input from local counsel in Italy re follow up questions; search for relevant law in English and e-mail to local counsel re additional questions based on his report; prepare update to L. Duff re same. |
| 06/10/11 | K. LaMotte | 0.30 | Review and respond to L. Duff query re customer's import of chemical. |

BEVERIDGE & DIAMOND, P.C.

Total Hours :                5.20

Total Fees :            $2,392.00

BEVERIDGE & DIAMOND, P.C.

Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. LaMotte | 5.20 | $460.00 | $2,392.00 |

| | | |
|---|---|---|
| **Total Fees :** | | **$2,392.00** |
| **TOTAL DUE :** | | **$2,392.00** |

# EXHIBIT C

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                           August 24, 2011
Attn: Lydia B. Duff                         Client/Matter #  01246-014988
7500 Grace Drive                            Invoice # 143437
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>**Trivalent Chromium**</u>

| | | | | |
|---|---|---|---|---|
| 06/02/11 | P. Marks | L120 | 0.20 | Conferences with L. Duff and with L. Selba re trivalent chromium. |
| 06/02/11 | L. Selba | L120 | 1.00 | Conference with P. Marks re research re trivalent chromium exemption; begin research re same. |
| 06/03/11 | L. Selba | L120 | 1.00 | Review 6/2 research; conference with P. Marks re same. |
| 06/06/11 | P. Marks | L120 | 0.10 | Coordinate with L. Selba re research on trivalent chromium. |
| 06/06/11 | L. Selba | L120 | 2.50 | Research Federal and Maryland State trivalent chromium exemption procedures; telephone conference with E. Hammerberg (MDE), prepare email to P. Marks detailing process and next steps. |
| 06/08/11 | P. Marks | L120 | 0.30 | Conference with L. Selba re research on trivalent chromium exemption and direction re same. |
| 06/08/11 | L. Selba | L120 | 0.30 | Conference with P. Marks re trivalent chromium exemption research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143437
August 24, 2011
PAGE  2

| 06/09/11 | P. Marks | L120 | 0.60 | Conference with L. Selba re research and direction re same. |
| 06/09/11 | L. Selba | L110 | 1.00 | Conference with P. Marks re trivalent chromium exemption follow-up research, and evaluate same. |
| 06/10/11 | L. Selba | L110 | 3.50 | Review applicable Federal Register and Maryland Register documents re delisting and chromium; review R. Nelson letter re same. |
| 06/13/11 | P. Marks | L120 | 0.20 | Telephone conference with L. Duff re compliance issues and trivalent chromium legal issues; follow-up email re same; evaluate information from L. Duff re same. |
| 06/16/11 | L. Selba | L120 | 5.30 | Complete research re trivalent chromium petitions for exclusion in the Federal Register, case law, environmental appeals board administrative decisions, and RCRA online; contact EPA re same. |
| 06/17/11 | L. Selba | L110 | 3.80 | Prepare P. Marks draft email to L. Duff re process for exclusion of trivalent chromium detailing preliminary considerations, EPA's role, Maryland's role, and recommended steps; telephone conference with EPA hazardous waste librarian re petitions submitted for trivalent chromium exclusion. |
| 06/21/11 | P. Marks | L110 | 0.50 | Evaluate research re trivalent chromium and direct L. Selba re follow-up tasks. |
| 06/21/11 | L. Selba | L110 | 1.80 | Conference with P. Marks re 6/17 email; complete additional research and prepare email detailing regulatory history. |
| 06/22/11 | P. Marks | L120 | 1.30 | Prepare for and conduct telephone conferences (2) with D. Friedman (EPA) re trivalent chromium exclusion approval process; evaluate same. |
| 06/24/11 | P. Marks | L120 | 1.40 | Telephone conference with E. Hammerberg re trivalent chromium exclusion and process for obtaining State approvals; evaluate same. |
| 06/27/11 | P. Marks | L120 | 1.70 | Direct L. Selba re tasks - trivalent chromium issues; evaluate and review Federal Register notices and guidance to same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143437
August 24, 2011
PAGE  3

| 06/27/11 | L. Selba | L110 | 3.00 | Conference with P. Marks re telephone conference between P. Marks and D. **Friedman**; prepare binder of trivalent chromium **research** for P. Marks 6/29 conference with L. Duff; research trivalent chromium's part **in Grace/EPA** enforcement action. |
| --- | --- | --- | --- | --- |
| 06/28/11 | P. Marks | L110 | 3.40 | Direct L. Selba re tasks for client meeting re trivalent chromium regulation; follow up re same and OMC issues. |
| 06/28/11 | L. Selba | L110 | 4.30 | Telephone conference with Florida, Michigan, Ohio, Minnesota, and Wisconsin state agencies seeking documentation of applications for trivalent chromium exclusion; conference with P. Marks re 6/29 Grace conference; prepare outline for P. Marks 6/29 Grace conference. |
| 06/29/11 | P. Marks | L120 | 4.10 | Prepare for and attend conference with L. Duff, B. Errera, J. Cavoloski and M. Obradovic re RCRA (trivalent chromium and OMC); direct L. Selba for follow-up re same. |
| 06/29/11 | L. Selba | L110 | 0.50 | Telephone conference with State of Ohio Division of Hazardous Waste Management re trivalent chromium exclusion and Michigan Alcona County Office re same; conference with P. Marks re 6/29 Grace meeting re same. |
| 06/30/11 | L. Selba | L110 | 1.00 | Continue State research for trivalent chromium petitions. |

|  | |
| --- | --- |
| Total Hours : | 42.80 |
| Total Fees : | $13,598.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143437
August 24, 2011
PAGE  4

Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 13.80 | $460.00 | $6,348.00 |
| L. Selba | Associate | 29.00 | $250.00 | $7,250.00 |

|  |  |  |
|---|---|---|
| **Total Fees:** |  | **$13,598.00** |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 22.80 | $6,519.00 |
| L120 | 20.00 | $7,079.00 |
|  | ------- | --------- |
| Total L100 | 42.80 | $13,598.00 |

|  |  |  |
|---|---|---|
| **Total Fees :** | **42.80** | **$13,598.00** |

Summary by Disbursement Codes :

|  |  |
|---|---|
| **TOTAL DUE :** | **$13,598.00** |

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                           July 31, 2011
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-012629
7500 Grace Drive                                   Invoice # 143062
Columbia, MD  21044                                Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**       **BEVERIDGE & DIAMOND, P.C.**
                                    **SUITE 700**
                                    **1350 I STREET, N.W.**
                                    **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**
**100035**

Disbursements:

        Copying                              14.60
        Postage                               3.20

                    Total Disbursements :        $17.80

                        TOTAL DUE :             $17.80