# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2010 THROUGH
# JANUARY 31, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                       File   WRG-AUS/JCP
                                  Invoice number   100168

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 01/31/10      $17,625.00
        Subtotal for COSTS only: 01/31/10      $1,740.23
                                              -----------
CURRENT PERIOD FEES AND COSTS: 01/31/10       $19,365.23
                                              -----------

                        PAY THIS AMOUNT       $19,365.23
                                              ===========
```

********************************************************************

Please remit duplicate copy with payment.  Thank you.

********************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    100168

Re: W. R. Grace & Co.
    David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/01/10 | Federal Express | 77.66 |
| 01/01/10 | On-line docket research | 19.76 |
| 01/11/10 | Postage | 2.78 |
| 01/11/10 | Photocopies | 32.30 |
| 01/14/10 | Facsimile | 2.00 |
| 01/27/10 | Check No.: 42266 - John C. Phillips, Jr. - Court Call. | 37.00 |
| 01/27/10 | Check No.: 42266 - John C. Phillips, Jr. - Court Call. | 30.00 |
| 01/27/10 | Check No.: 42271 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 798.73 |
| 01/27/10 | Check No.: 42266 - John C. Phillips, Jr. - Court Call. | 30.00 |
| 01/27/10 | Check No.: 42266 - John C. Phillips, Jr. - Court Call. | 30.00 |
| 01/29/10 | Check No.: 42285 - John C. Phillips, Jr. - Court Call teleconference. | 680.00 |

Subtotal for COSTS only: 01/31/10    $1,740.23

```
WRG-AUS                              LEGALMASTER MIRC for Transactions                         10/20/2011  Pg  1
                                                 -Fees-

Sorts:   Grouping code      (Paginate)
         Client code
         Actual employee code  (Subtotal)
         Transaction date

Ranges:
         Include "Client code" from WRG to WRG
         Include "Invoice Number" from 100168 to 100168

Cl code  Grouping code description     Act  Trans                                                     Billable   Billable  Gr
                                       Emp  Date     Transaction description                          Hours      Dollars   Cd

WRG      CASE ADMINISTRATION           CAH  01/07/10 Update docket to system.                           0.10       15.00   Ca
                                                                                                      -------    --------
                                                                                                        0.10       15.00

WRG      CASE ADMINISTRATION           JCP  01/21/10 Review of miscellaneous pleadings.                 0.10       45.00
WRG      CASE ADMINISTRATION           JCP  01/25/10 Phone conference with Judge Fitzgerald and all     5.50    2,475.00
                                                     counsel as per Agenda.
WRG      CASE ADMINISTRATION           JCP  01/27/10 Review of miscellaneous pleadings.                 0.10       45.00
                                                                                                      -------    --------
                                                                                                        5.70    2,565.00

WRG      CASE ADMINISTRATION           TLB  01/04/10 Fax to CourtCall re: telephonic hearing on          0.10      15.00
                                                     1/6/10.
                                                                                                      -------    --------
                                                                                                        0.10       15.00

                                                                                                        5.90    2,595.00
                                                                                                      -------    --------

Total records this group: 5
```

WRG-AUS                                          LEGALMASTER MIRC for Transactions                                    10/20/2011  Pg 2
                                                              -Fees-

| Cl code | Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/23/10 | E-mail from Debbie Felder (3x) re: filing Stipulation re: Indirect Personal Injury Trust Claims; e-mail from Rick Wyron re: same; e-mail to Debbie Felder re: same; e-mail to counsel for Debtors approving same; review of miscellaneous pleadings. | 0.50 | 225.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/29/10 | Review of Debtors' 34 Quarterly Report of Settlements (.2); review of Debtors' Petition for Re-Hearing re: 3rd Circuit's 12/31/09 Opinion upholding Bankruptcy Court's refusal to expand injunction to bar Libby Claimants' suits against Montana (1.1). | 1.30 | 585.00 | |
|  |  |  |  |  | ---- | ------ | |
|  |  |  |  |  | 1.80 | 810.00 | |
|  |  |  |  |  | ---- | ------ | |
|  |  |  |  |  | 1.80 | 810.00 | |
|  |  |  |  |  | ---- | ------ | |

Total records this group: 2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 01/07/10 | Review of pleadings filed and put same to filing. | 0.70 | 105.00 | Li |
| WRG | LITIGATION | CAH | 01/08/10 | E-mail to and e-mail from D. Felder re: filing today. | 0.10 | 15.00 | |
| | | | | | 0.80 | 120.00 | |
| WRG | LITIGATION | JCP | 01/02/10 | Review of numerous e-mails form various parties re: closing arguments on 1/14 and 1/15/10. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 01/04/10 | Phone conference with Judge Fitzgerald and all counsel re: Closing Arguments (9:00-1:40; 2:20-6:30) (8.8). | 8.80 | 3,960.00 | |
| WRG | LITIGATION | JCP | 01/05/10 | Phone conference with Judge Fitzgerald and all counsel re: Closing Arguments (8:30-12:40; 1:40-5:30) (8.0). | 8.00 | 3,600.00 | |
| WRG | LITIGATION | JCP | 01/06/10 | Phone conference with Judge Fitzgerald and all counsel re: Closing Arguments (9:00-1:30) (4.5). | 4.50 | 2,025.00 | |
| WRG | LITIGATION | JCP | 01/08/10 | Review of miscellaneous pleadings (.1); review of Notice of Docketing Libby Appeal and review of Notice of Appeal (.1); review of 8/19/09 Order being appealed (.1); review of Libby's Designation of Record (.1); review of Debtors' Counter-Designation of Record (.1); review of Arrowood's Designation of Additional Items for Record (.1); e-mail from Debbie Fullem re: 1/8/10 filing (.1); e-mail from Debbie Felder (2x) re: same (.1); e-mail from Debbie Felder re: FCR's Response to Canadian ZAI Claimants' Application to Appoint Special Counsel with enclosure and review of same (.1); conference with Celeste A. Hartman re: filing same (.1); e-mail from Celeste A. Hartman as filed copy of same (.1). | 1.10 | 495.00 | |
| WRG | LITIGATION | JCP | 01/14/10 | Review of Notice Changing Hearing Date from 2/22/10 to 2/16/10 (.1); calendar same (.1); review of Court Call confirmation for 1/25/10 Hearing (.1); calendar same (.1); e-mail from and e-mail to Debbie Felder (2x) re: calculating due date for Answering Brief in response to BNSF's appeal re: insurance settlement (.2). | 0.60 | 270.00 | |
| WRG | LITIGATION | JCP | 01/15/10 | Review of miscellaneous pleadings and 2 Orders; letter from Rick Wyron to counsel for Montana. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 01/18/10 | E-mail from Court Call re: modified time for 1/25/10 Hearing (.1); re-calendar same (.1); memorandum to file re: same (.1); review of CCAA Representative's Motion to File Reply to Queen's Objection to Canadian ZAI Claimants' Application for Appointment of Special Counsel with enclosure (.2); review of proposed Reply with Exhibits (.3); review of miscellaneous pleadings (.2); review of Debtors' Motion to Enter into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities with Exhibits and proposed Order (.4). | 1.40 | 630.00 | |
| WRG | LITIGATION | JCP | 01/22/10 | Review of miscellaneous pleadings (.1); review of Stipulation extending BNSF Brief schedule (.1); e-mail from Debbie Felder re: signing off on stipulation and Order re: Indirect Personal Injury Trust Claims with enclosure (.1); review of same (.1); e-mail from Rick Wyron re: same (.1); conference with Celeste A. Hartman re: same (.1); e-mail to Debbie Felder re: same (.1). | 0.70 | 315.00 | |

|   |   |   |
|---|---|---|
| | 25.60 | 11,520.00 |
| | 26.40 | 11,640.00 |

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                       10/20/2011  Pg 4
                                                       -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/04/10 | Code and divide June and June and part of July bill to comply with local rules. | 0.80 | 120.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Conference with Tasha C. Steward re: inputting bill information. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Code and divide November pre-bill to comply with local rules. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Code and divide October pre-bill to comply with local rules. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Code and divide September pre-bill. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Code and divide November pre-bill to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/10 | Code and divide remainder of July and August pre-bill to comply with local rules. | 0.90 | 135.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/07/10 | Review of and revise pre-bills and verify numbers for July through October. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/08/10 | Download and file Certificate of No Objection for Austern's October Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/10 | Scan file and serve June Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/10 | Draft 21st Quarterly Fee Application for Phillips, Goldman & Spence (separating Phillips, Goldman & Spence fee time). | 1.80 | 270.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/10 | Draft June 2009 Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/12/10 | Scan file and serve Phillips, Goldman & Spence 21st Quarterly Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/10 | Download Certificate of No Objection for Orrick Herrington's Fee Application, Towers Perrin's July Fee Application and Lincoln Partner's November Fee Application and file same. | 0.40 | 60.00 | |
| | | | | | ----- 9.10 ----- | ----- 1,365.00 ----- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/11/10 | Review of and revise Phillips, Goldman & Spence 61st Monthly Fee Application (.2); review of and execute same (.1); review of and revise Phillips, Goldman & Spence 21st Quarterly Fee Application (.1); review of and execute same (.1); conference with Celeste A. Hartman re: filing same (.1). | 0.60 | 270.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/16/10 | Review of Motion to Authorize Exit Financing Engagement Letters, affidavit in support and proposed Order; review of miscellaneous pleadings. | 0.50 | 225.00 | |
| | | | | | ----- 1.10 ----- | ----- 495.00 ----- | |
| | | | | | ----- 10.20 ----- | ----- 1,860.00 ----- | |

Total records this group: 16

```
WRG-AUS                              LEGALMASTER MIRC for Transactions              10/20/2011  Pg 5
                                                -Fees-
Cl code Grouping code description

WRG  PLAN AND DISCLOSURE
     STATEMENT

           Act  Trans                                                        Billable    Billable  Gr
           Emp  Date    Transaction description                              Hours       Dollars   Cd

           JCP  01/19/10 E-mail from and e-mail to Debbie Felder re: approving Plan   1.60    720.00    ps
                         Proponents' Response to the Late Crown Plan Objection
                         (.1); review of draft of same (.9); e-mail from counsel
                         for Debtors re: final version of same with e-mail from
                         and review of same (.1); e-mail to counsel for Debtors
                         approving same for FCR (.1); e-mail from counsel for
                         Equity Committee approving same (.1); e-mail
                         from Personal Injury Committee approving same (.1); e-mail
                         from counsel for Debtors re: Agenda for 1/25/10 Hearing
                         with enclosure (.1); review of same (.1).
                                                                                ------      -------
                                                                                 1.60        720.00
                                                                                 1.60        720.00
                                                                                ------      -------
Total records this group:   1                                                   45.90     17,625.00
                                                                                ======    =========

45 records printed.
```