EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
FEBRUARY 1, 2010 THROUGH
FEBRUARY 28, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                        File      WRG-AUS/JCP
                                   Invoice number    100169
```

Re: W. R. Grace & Co.
    David T. Austern
Case No.: 01-01139 (RLB)

```
        Subtotal for FEES only:  02/28/10      $3,870.00
        Subtotal for COSTS only: 02/28/10          $7.98
                                              -----------
    CURRENT PERIOD FEES AND COSTS: 02/28/10    $3,877.98
                                              -----------

                        PAY THIS AMOUNT        $3,877.98
                                              ===========
```

**************************************************************

Please remit duplicate copy with payment.  Thank you.

**************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100169

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 2.9 | 525.00 |
| LITIGATION | 5.2 | 2,340.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.9 | 405.00 |
| PLAN AND DISCLOSURE STATEMENT | 1.1 | 495.00 |
| CASE ADMINISTRATION | 0.7 | 105.00 |
| Subtotal for FEES only: 02/28/10 | 10.8 | $3,870.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 7.50 | 7.50 | 3,375.00 | 0.00 | 0.00 |
| 150.00 | CAH | 3.30 | 3.30 | 495.00 | 0.00 | 0.00 |
| Totals | | 10.80 | 10.80 | 3,870.00 | 0.00 | 0.00 |

WRG-AUS                                                      LEGALMASTER MIRC for Transactions                                              10/20/2011  Pg 1
                                                                         -Fees-

Sorts:   Grouping code          (Paginate)
         Client code
         Actual employee code   (Subtotal)
         Transaction date
Ranges:
   Include "Client code" from WRG to WRG
   Include "Invoice Number" from 100169 to 100169

                                       Act    Trans                                                                      Billable   Billable    Gr
Cl code  Grouping code description     Emp    Date     Transaction description                                           Hours      Dollars     Cd

WRG      CASE ADMINISTRATION           CAH    02/19/10 Update docket to system.                                            0.20       30.00     Ca
WRG      CASE ADMINISTRATION           CAH    02/23/10 Merge original signatures into filed documents.                     0.50       75.00
                                                                                                                         ------    --------
                                                                                                                           0.70      105.00
                                                                                                                         ------    --------
                                                                                                                           0.70      105.00
                                                                                                                         ------    --------

Total records this group:    2

| Cl code | Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 02/02/10 | E-mail from Roger Frankel approving Joint Motion for Order Approving Stipulation Resolving Insurers' Objection re: Contingent Claims. | 0.10 | 45.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 02/08/10 | Review of Certification of Counsel re: Joint Pretrial Statement for S/L Trial on two Canadian PD Claims; review of as filed Stipulation re: Insurers' Contingent Claims Objections. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 02/09/10 | Review of miscellaneous pleadings (.2); review of Modified Order re: Trial of Two Canadian PD Claims; review of Agenda for 2/16/10 Hearing (.1); review of CNO re: Debtors' Motion for Authority to Enter Into Letter of Credit (.1); review of CNO re: Debtors' Motion for Authority to Enter Into Exit Financing Engagement Letters (.1); review of CNO re: Debtors' Motion to Extend Term of LC with Advanced Refining Technologies (.1). | 0.60 | 270.00 | |
| | | | | | 0.90 | 405.00 | |
| | | | | | 0.90 | 405.00 | |

Total records this group: 3

WRG-AUS                                            LEGALMASTER MIRC for Transactions                                    10/20/2011 Pg 3
                                                                -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/01/10 | E-mail from Debbie Felder re: Joint Motion for Order Approving Stipulation Resolving Insurers' Objection re: Contingent Claims with enclosure; review of same. | 0.20 | 90.00 | Li |
| WRG | LITIGATION | JCP | 02/03/10 | E-mail from Court Call re: 2/15/10 Hearing; memorandum to file re: same; e-mail from counsel for Debtors re: Oral Amendment to Insurance Neutrality Motion with enclosure; review of 1/25/10 Hearing transcript re: same. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 02/04/10 | E-mail from Debbie Felder re: approval of insurance neutrality stipulation. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 02/05/10 | E-mail from counsel for Debtors re: final version of Stipulation re: insurance neutrality with enclosure; review of and approve filing of same; review of Notice of Change of Hearing Date. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 02/10/10 | Review of Agenda for 2/16/10 Hearing. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 02/11/10 | E-mail from counsel for Debtors re: 2/16/10 Hearing to be telephonic (.1); review of Amended Agenda for Debtors re: revised Hearing (.1); e-mail from counsel for Debtors re: revised Stipulation resolving Kaneb Pipe Line's Plan Objections with enclosure (.2); review of same; e-mail from and e-mail to local counsel for Debtors (2x) re: approving same (.1); e-mail to Orrick re: same (.1). | 0.60 | 270.00 | |
| WRG | LITIGATION | JCP | 02/12/10 | E-mail from Jonathan Guy re: revised stipulation resolving Kaneb Pipe Line's Plan Objections; e-mail from Roger Frankel approving same; e-mail from and e-mail to counsel for Debtors (2x) approving same. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 02/13/10 | Review of 2nd Amended Agenda for 2/16/10 Hearing; review of BNSF/Debtors' Stipulation for Stay of Appeal with proposed Order; review of Certification of Counsel re: Order Granting Debtors' Motion to Approve Employee Benefits Claim Resolution Protocol with proposed Order and form Notice of Objection. | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 02/16/10 | Review of Notice of Errata re: Certification of Counsel re: Order Granting Authority to Enter into Letter of Credit (.1); e-mail from counsel for Debtor re: 3rd Amended Agenda for 2/16/10 Hearing with enclosure and review of same (.1); phone conference with Judge Fitzgerald and all counsel (.7). | 0.90 | 405.00 | |
| WRG | LITIGATION | JCP | 02/17/10 | Review of Order Approving Insurance Neutrality Stipulation (.1); review of Order Extending Advanced Refining's LC (.1); review of Order Authorizing Exit Financing Engagement Letters (.1); review of Final Order Authorizing Post-Petition LC Facility with Exhibits (.2); review of Order Approving Employee Benefit Claim Resolution Protocol (.1). | 0.60 | 270.00 | |
| WRG | LITIGATION | JCP | 02/18/10 | Letter from Montana to counsel for Personal Injury Committee and counsel for FRC re: 524(g) protection for Montana. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 02/20/10 | Review of Order Staying BNSF appeal; review of Order Denying Debtors' Request for Reargument En Banc. | 0.20 | 90.00 | |

WRG-AUS                                    LEGALMASTER MIRC for Transactions                               10/20/2011  Pg  4
                                                       -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/22/10 | Review of Order Staying BNSF appeal. | 0.10 | 45.00 | Li |
| WRG | LITIGATION | JCP | 02/24/10 | E-mail from counsel for Debtors' re: approving Morgan Stanley Stipulation with enclosure; review of same; e-mail to and e-mail from Rick Wyron authorizing filing of same; e-mail to counsel for Debtors re: same; e-mail from counsel for Personal Injury Committee re: same; e-mail from counsel for Equity Committee re: same. | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 02/26/10 | Review of Agreed Order Withdrawing Seaton's Objection; review of miscellaneous pleadings; review of Certification of Counsel re: Resolution of Crown's Appeal of Canadian ZAI Minutes; e-mail from Debbie Felder re: approving Stipulation re: Classification and Allowance of Longacre Claim with enclosure; review of same; e-mail to counsel for Debtors authorizing e-signing of same. | 0.50 | 225.00 | |
| | | | | | 5.20 | 2,340.00 | |
| | | | | | 5.20 | 2,340.00 | |

Total records this group: 15

WRG-AUS                                    LEGALMASTER MIRC for Transactions                                    10/20/2011  Pg 5
                                                         -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/01/10 | Download and file December Fee Applications for Orrick Herring and verify same by e-mail. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/04/10 | Download and file December Fee Application for Lincoln Partners. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/04/10 | Review of pre-bills and send e-mail response to B. Riehlander re: review of Quarterly Report. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/10/10 | Review of e-mail from D. Felder re: status of Fee Applications. | 0.00 | 0.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/15/10 | Download and file 22nd Quarterly Fee Application of D. Austern and 19 Quarterly Fee Application for Towers Perrin. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/22/10 | Draft Certificate of No Objection for Phillips, Goldman & Spence June 2009 Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/23/10 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence June Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/10 | Download Orrick Herrington's and Lincoln Partners Certificates of No Objection to December Fee Applications; file same. | 0.30 | 45.00 | |
| WRG | | | | | --- 2.60 --- | ------ 390.00 ------ | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/12/10 | E-mail from and e-mail to Debbie Felder re: Phillips, Goldman & Spence Fee Application. | 0.10 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/22/10 | Review of and execute Certificate of No Objection for Phillips, Goldman & Spence 61st Monthly Fee Application; conference with Celeste A. Hartman re: filing same. | 0.20 | 90.00 | |
| | | | | | --- 0.30 --- 2.90 --- | ------ 135.00 ------ 525.00 ------ | |

Total records this group:  10

WRG-AUS                                  LEGALMASTER MIRC for Transactions                                  10/20/2011  Pg  6
                                                      -Fees-

| Cl code | Cl code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/15/10 | Review of Debtors' Withdrawal of Stipulation re: Kaneb Pipe Line's Objections to Confirmation (.1); review of Amended Stipulation re: same (.1); review of miscellaneous pleadings (.1); review of Debtors' Motion to Authorize Contributions to Pension Plan (.1); review of Certification of Counsel re: Order Resolving Insurance Neutrality Objections (.1); review of Notice of Withdrawal of Certificate of No Objection re: Authority to Enter into Letter of Credit Agreements (.1); e-mail from counsel for Debtors re: One Beacon and Seaton Stipulation resolving Objections with enclosure and review of same (.1); e-mail from counsel for One Beacon approving same with revisions (.1); e-mail from Defense Coordinator (2x) re: revisions: e-mail from counsel for Personal Injury Committee approving same (.1); e-mail from Roger Frankel approving same (.1); e-mail to counsel for Debtor authorizing signing of same (.1). | 1.10 | 495.00 | ps |
|  |  |  |  |  | ----- | ----- |  |
|  |  |  |  |  | 1.10 | 495.00 |  |
|  |  |  |  |  | 1.10 | 495.00 |  |
|  |  |  |  |  | ----- | ----- |  |

Total records this group:  1                                                                                10.80        3,870.00
                                                                                                           =======       ========

31 records printed.