# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## FEBRUARY 1, 2010 THROUGH
## FEBRUARY 28, 2010

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100169

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 02/01/10 | Long distance phone charges | 7.98 |
| | Subtotal for COSTS only: 02/28/10 | $7.98 |