EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MARCH 1, 2010 THROUGH
MARCH 31, 2010

```
                 Phillips, Goldman & Spence, P.A.
                         1200 N. Broom Street
                         Wilmington, DE  19806
                           (302) 655-4200
                         EI #: 51-0328786
```

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                      File    WRG-AUS/JCP
                               Invoice number    100170
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 03/31/10       $5,685.00
         Subtotal for COSTS only: 03/31/10         $148.00
                                               -------------
    CURRENT PERIOD FEES AND COSTS: 03/31/10     $5,833.00
                                               -------------

                          PAY THIS AMOUNT       $5,833.00
                                               =============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  100170

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.5 | 645.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.0 | 900.00 |
| LITIGATION | 3.3 | 1,485.00 |
| CASE ADMINISTRATION | 0.3 | 135.00 |
| PLAN AND DISCLOSURE STATEMENT | 5.6 | 2,520.00 |
| Subtotal for FEES only: 03/31/10 | 14.7 | $5,685.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 10.60 | 11.60 | 5,220.00 | 1.00 | 450.00 |
| 150.00 | CAH | 3.10 | 3.10 | 465.00 | 0.00 | 0.00 |
| Totals | | 13.70 | 14.70 | 5,685.00 | 1.00 | 450.00 |

WRG-AUS                              LEGALMASTER MIRC for Transactions                                     10/20/2011   Pg   1
                                                    -Fees-

Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from WRG to WRG
        Include "Invoice Number" from 100170 to 100170

                                         Act  Trans                                                        Billable   Billable  Gr
Cl code  Grouping code description       Emp  Date    Transaction description                              Hours      Dollars   Cd

WRG      CASE ADMINISTRATION             JCP  03/11/10  E-mail from counsel for Debtors re: 3/22/10 Hearing to   0.20      90.00  Ca
                                                       start at 9:30 a.m.; re-calendar same; e-mail to paralegal
                                                       re: changing time with CourtCall.

WRG      CASE ADMINISTRATION             JCP  03/17/10  E-mail from counsel for Debtors re: 3/22/10 Hearing all  0.10      45.00
                                                       telephonic.
                                                                                                           ------    --------
                                                                                                            0.30      135.00
                                                                                                           ------    --------
                                                                                                            0.30      135.00
                                                                                                           ------    --------

Total records this group:   2

WRG-AUS                                                       LEGALMASTER MIRC for Transactions                                             10/20/2011 Pg 2
                                                                            -Fees-

| Cl code | Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|-----------------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 03/03/10 | Review of Debtors' Motion to Authorize Settlement of Morguard's PD Claim; review of Debtors' Motion to Authorize Settlement of McMaster U's PD Claim; review of Debtors' Motion to Authorize Settlement of St. John's PD Claim; review of Debtors' Motion to Authorize Settlement of Wentworth School Board's PD Claim; review of Debtors' Motion to Authorize Settlement of Toronto School Board's PD Claim. | 0.50 | 225.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 03/08/10 | Review of miscellaneous pleadings; e-mail from counsel for Debtor re: approving Plan Proponents' Joint Motion to Approve Stipulation re: Longacre's Claim with enclosure; e-mail to and e-mail from Debbie Felder re: same; e-mail to counsel Debtor re: same. | 0.50 | 225.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 03/10/10 | Review of miscellaneous pleadings; review of Libby's Joinder in Debtors' Objection to Maryland Casualty's Claims. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 03/18/10 | E-mail from and e-mail to Debbie Felder re: 3/19/10 filing (.1); e-mail from counsel for Debtors re: 3/22/10 hearing (.1); review of Motion to Authorize Settlement of University of Guelph's P.D. Claim (.1); review of Motions to Authorize Settlements of P.D. Claims of Avalon East School Board, City of Vancouver, Conseillers Immobiliers GWL, Fairmall Leaseholds and Atlantic Shopping Centers (.5 hr). | 0.80 | 360.00 | |
|  |  |  |  |  | ---- | ------ | |
|  |  |  |  |  | 2.00 | 900.00 | |
|  |  |  |  |  | ---- | ------ | |
|  |  |  |  |  | 2.00 | 900.00 | |
|  |  |  |  |  | ---- | ------ | |

Total records this group:     4

WRG-AUS                                                    10/20/2011  Pg 3

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 03/05/10 | E-mail from Debbie Felder re: approving Motion and Stipulation re: Classification, Allowance and Payment of National Union's Claim with enclosure (.1); review of Motion, proposed Order and Stipulation (.2); e-mail to counsel for Debtors authorizing signing for FCR (.1); review of Maryland Casualty's Response to Debtors' Opposition to its Claims (.5 hr). | 0.90 | 405.00 | Li |
| WRG | LITIGATION | JCP | 03/09/10 | Review of miscellaneous pleadings. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 03/12/10 | Review of Anderson Memorial's Reply to Debtors' Opposition to Anderson's Motion to Compel; Review of miscellaneous pleadings; review of Judgment Order affirming District Court's 8/12/08 Order. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 03/16/10 | Review of Agenda for 3/22/10 Hearing. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 03/22/10 | E-mail from counsel for Debtors re: 3/22/10 Hearing canceled (.1); review of miscellaneous pleadings and Orders (.1); review of Third Amended Agenda for 3/22/10 Hearing (.1); review of Certification of Counsel re: Canadian ZAI Claimants' Application for Appointment of Special Counsel; review of Fourth Set of Modifications to Joint Plan (.9 hr). | 1.20 | 540.00 | |
| WRG | LITIGATION | JCP | 03/27/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 03/29/10 | Review of Modified Order Granting Canadian ZAI Claimants' Application for Appointment of Counsel; review of Modified Order Authorizing Retention of Counsel; review of miscellaneous pleadings; e-mail from counsel for Debtors re: approving filing of Notice of Filing of Plan Proponents' Updated Chart Summarizing Objections to Plan with enclosure; e-mail to and e-mail from Debbie Felder (2x) re: same. | 0.50 | 225.00 | |
| | | | | | ---- | ---------- | |
| | | | | | 3.30 | 1,485.00 | |
| | | | | | ---- | ---------- | |
| | | | | | 3.30 | 1,485.00 | |
| | | | | | ---- | ---------- | |

Total records this group: 7

WRG-AUS                                                                                  10/20/2011  Pg 4

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/10 | Download and file 20th Quarterly Fee Application for Towers Perrin. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/10 | Download and the phone conference with D. Fullem re: correction to Orrick's 16th Quarterly Fee Application; after revisions, re-download and file same. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/10 | E-mail to and phone conference with D. Fullem;download and file January Fee Application for Towers Watson. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/10 | Download and file January Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/10 | Draft Certificate of No Objection for Phillips, Goldman & Spence 21st Quarterly Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/10/10 | Scan, file and serve Certificate of No Objection for Quarterly Fee Application after reformation labels. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/22/10 | Download and file Certificate of No Objection for Towers Watson. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/22/10 | Download and file Certificate of No Objection for Orrick Herrington. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/26/10 | Download and file January Fee Application for Lincoln Partners. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/26/10 | Download and file February Fee Application of Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/08/10 | Review of Fee Auditor's 3/5/10 Report. | 3.10 | 465.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/09/10 | Review of and execute CNO re: PGS' 21st Quarterly Fee App. | 0.10 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/16/10 | Review of Certification of Counsel re: 34th Quarterly Fee Applications; review of Certification of Counsel re: 34th Quarterly Project Category Summary. | 0.20 | 90.00 | |

                                                                                         3.50    645.00

Total records this group:   13

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/19/10 | E-mail from and e-mail to Debbie Felder re: 3/19/10 filing (.1); e-mail from Debbie Felder re: same with enclosure (.1); review of FCR's Joinder in Debtors' Objection to Maryland Casualty's Claim (.1); e-mail to counsel for PI Committee approving same (.1); e-mail from counsel for PI Hearing (.1); e-mail from counsel for Debtors agreeing to do so (.1); review of 3/19/10 Order Striking Motion to Intervene Pro Se (.1); e-mail from counsel for Debtors re: Fourth Plan Modifications with enclosure and review of same (.1); e-mail to Orrick re: approving same (.1); e-mail from counsel for Debtors re: same adding Delaware counsel (.1); e-mail from counsel for Debtors re: approving Stipulation between Plan Proponents and CNA re: Sealed Air actions with enclosure (.1); review of Stipulation (.1); e-mail to Orrick re: approving same; e-mail from Rick Wyron (2x) re: authorizing approval (.1); e-mail to counsel for Debtors authorizing same (.1); e-mail from Rick Wyron (3x) re: authorizing approval of Fourth Plan Modifications (.1); review of revised version containing Rick Wyron's suggested revisions (.1); e-mail to counsel for Debtors authorizing same (.1); e-mail from counsel for PI Committee authorizing CNA Stipulation (.1); e-mail from counsel for PI Committee authorizing 4th Plan Modifications (.1); e-mail from counsel for Debtors re: Notice of Filing of Plan Proponents Updated Chart Summarizing Confirmation Requirements and Objections with enclosure (.1); review of Notice (.1); review of highlighted chart re: same (.1); review of Appendix A and review of Appendix B (.1); e-mail from Debbie Felder (2x) re: approving same (.1); review of blacklined Exhibits approving Fourth Plan Modification (.5 hr); review of Debtors' five Motions to Authorize Settlement of PD Claim reflecting Fourth Plan Modification (.5 hr); review of Debtors' five Motions to Authorize Settlement of PD Claim with Avalon East School Board, City of Vancouver, Atlantic Shipping Centers, Conseillers Immobiliers GWL, Fairmall leaseholders and University of Guelph (.6 hr.); review of Second Amended Agenda for 2/22/10 Hearing (.1). | 3.70 | 1,665.00 | ps |

| WRG-AUS | | | | | 10/20/2011 Pg 6 |
|---|---|---|---|---|---|
| | | LEGALMASTER MIRC for Transactions -Fees- | | | |

| Cl code Grouping code description | | | | Billable Hours | Billable Gr Dollars Cd |
|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | | | | | ps |

| | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|
| | JCP | 03/30/10 | Review of Notice of Filing Plan Proponents' Updated Chart Summarizing Plan Objections with enclosure and review of Updated Chart re: Plan Objections (.8 hrs); e-mail to and e-mail from Debbie Felder (2x) re: approving same and e-mail to counsel for Debtors approving same (.1); review of miscellaneous pleadings (.2); review of Debtors' Motion to Approve Settlement with Employers Mutual and MMO Parties with Amended and Restated Settlement Agreement (.1); review of Bank Lender Group's Response to Plan Proponents' 3/19/10 Updated Chart Summarizing Plan Objections (.2); review of Certificate of No Objection re: order Approving Allowance of National Union's 18508 Claim (.1); review of Certificate of No Objection re:Order Authorizing Settlement of McMaster University's PD Claim (.1); review of Certificate of No Objection re: Order Authorizing Settlement of Hamilton Worth School Board's PD Claim; review of CNO Authorizing Settlement of St. John Health Care's PD Claim (.1); review of Certificate of No Objection Authorizing Settlement of Morguard Investment's PD Claim (.1); review of Certificate of No Objection Authorizing Settlement of Toronto School Board's PD Claim; review of Certificate of No Objection Authorizing Approving Allowance of Longacre's 9553 Claim (.1). | 1.90 | 855.00 |
| | | | | ------ | ---------- |
| | | | | 5.60 | 2,520.00 |
| | | | | ------ | ---------- |
| | | | | 5.60 | 2,520.00 |
| | | | | ------ | ---------- |
| | | | | 14.70 | 5,685.00 |
| | | | | ====== | ========== |

Total records this group: 2

28 records printed.