# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2010 THROUGH
# MARCH 31, 2010

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100170

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/10 | Check No.: 42728 - John C. Phillips, Jr. - Court Call. | 104.00 |
| 03/31/10 | Check No.: 42728 - John C. Phillips, Jr. - Court Call. | 44.00 |
| | Subtotal for COSTS only: 03/31/10 | $148.00 |