# EXHIBIT 1

# WR Grace & Co. et al

**Total number of parties: 278**

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45724 | 3M CO - FKA MINNESOTA MINING AND MANUFACTURING CO, C/O ANN MARIE HANRAHAN ESQ, OFFICE OF THE GENERAL COUNSEL, 3M CENTER PO BOX 33428, SAINT PAUL, MN, 55133-3428 | US Mail (1st Class) |
| 45724 | ALABAMA DEPARTMENT OF REVENUE (INCOME TAX), P.O. BOX 327430, MONTGOMERY, AL, 36132-7430 | US Mail (1st Class) |
| 45724 | ALABAMA DEPARTMENT OF REVENUE (PRIVILEGE TAX), P O BOX 327320, MONTGOMERY, AL, 36132-7320 | US Mail (1st Class) |
| 45724 | ALFRED AND BETTY VAIRA, FAIRVIEW, MT, 59221 | US Mail (1st Class) |
| 45724 | ANDREWS & KURTH LLP, (RE· WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 45724 | ARGO PARTNERS, (TRANSFEROR: DEL TACO INC), 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 45724 | ARIZONA CORPORATION COMMISSION, CORPORATE DIVISION, 1300 W WASHINGTON STREET, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45724 | ARKANSAS, CORPORATIONS DIVISION, STATE CAPITOL BUILDING, LITTLE ROCK, AR, 72201 | US Mail (1st Class) |
| 45724 | ARMSTRONG WORLD INDUSTRIES INC, ATTN KENNETH L JACOBS ESQ, 2500 COLUMBIA AVE, LANCASTER, PA, 17522 | US Mail (1st Class) |
| 45724 | CALIFORNIA SECRETARY OF STATE, BUSINESS PROGRAMS DIVISION, 1500 11TH STREET, FLOOR 3, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 45724 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 45724 | CITY OF CAMBRIDGE, CITY HALL - LAW DEPT, 795 MASSACHUSETTS AVE, CAMBRIDGE, MA, 02139 | US Mail (1st Class) |
| 45724 | CNA COMPANIES, C/O JONATHAN W YOUNG ESQ, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR STE 3000, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS ENV P, THOMAS E REILLY CAROL IANCU, 200 PORTLAND ST, OFFICE OF THE ATTY GENERAL, BOSTON, MA, 02114 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS EXECT, ANTHONY D CORTESE SCD COMMISSIONER, ONE WINTER ST 9TH FL, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, AMY PITTER, TAX COMMISSIONER, PO BOX 7010, BOSTON, MA, 02204 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, ANNE CHAN TAX EXAMINER, BK UNIT, DEPT OF REVENUE, BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, ATTN: NAVEET K BAL, COMMISSIONER OF REVENUE, PO BOX 9565, 100 CAMBRIDGE ST, BOSTON, MA, 02114-9595 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, CAROL IANSU ATTORNEY GENERAL, DEPT OF ENVIR PROTECTION, ONE ASHBURTON PLACE, RM 1813, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, KEVIN KIERNAN, COUNSEL, DEPT OF ENVIR PROTECTION, 20 RIVERSIDE DR, LAKEVILLE, MA, 02347 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, MARTHA COAKLEY ESQ, OFFICE OF THE ATTORNEY GENERAL, ONE ASHBURTON PLACE, BOSTON, MA, 02108-1518 | US Mail (1st Class) |
| 45724 | COMMONWEALTH OF MASSACHUSETTS, WILLIAM FRANCIS GALVIN, SECRETARY OF STATE, MCCORMACK BLDG, ONE ASHBURTON PLACE, BOSTON, MA, 02108-1512 | US Mail (1st Class) |
| 45724 | COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIVISION, ANNAPOLIS, MD, 21411-0001 | US Mail (1st Class) |
| 45724 | COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIVISION, ANNAPOLIS, MD, 21411-0001 | US Mail (1st Class) |
| 45724 | CONNECTICUT, OFFICE OF THE SECRETARY OF THE STATE, 30 TRINITY STREET P O BOX 150470, HARTFORD, CT, 06115 | US Mail (1st Class) |
| 45724 | CONTINENTAL CASUALTY CO TRANSPORTATION INSURANCE C, C/O ELIZABETH DECRISTOFARO ESQ, FORD MARRIN ESPOSITO WITMEYER & GLESER, WALL STREET PLAZA 23RD FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 45724 | DEL TACO INC, C/O RICHARD W ESTERKIN, MORGAN LEWIS & BOCKIUS LLP, 300 S GRAND AVE STE 2200, LOS ANGELES, CA, 90071-3132 | US Mail (1st Class) |
| 45724 | DELAWARE DEPT OF JUSTICE, ATTORNEY GENERALS OFFICE, CARVEL STATE OFFICE, BLDG 820 N FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class)· |
| 45724 | DELAWARE DEPT OF JUSTICE, ATTORNEY GENERALS OFFICE, 102 W WATER ST, DOVER, DE, 19904 | US Mail (1st Class) |
| 45724 | DELAWARE DEPT OF JUSTICE, ATTORNEY GENERALS OFFICE, 114 EAST MARKET ST, GEORGETOWN, DE, 19947 | US Mail (1st Class) |

**Exhibit 1 - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 45724 | DELAWARE DEPT OF NR AND ENV CONTROL, NICHOLAS A DIPASQUALE SECY, 89 KINGS HWY, DOVER, DE, 19901 | US Mail (1st Class) |
| 45724 | DELAWARE DIVISION OF REVENUE, P.O. BOX 8719, WILMINGTON, DE, 19899-8719 | US Mail (1st Class) |
| 45724 | DELAWARE DIVISION OF REVENUE, P.O. BOX 8719, WILMINGTON, DE, 19899-8719 | US Mail (1st Class) |
| 45724 | DELAWARE DIVISION OF REVENUE, PATRICK CARTER, DIRECTOR, 820 N FRENCH ST 8TH FL, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45724 | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS, 365 W PASSAIC STREET, FL 5, ROCHELLE PARK, NJ, 07662 | US Mail (1st Class) |
| 45724 | DELAWARE SECRETARY OF STATE, JEFFREY W BULLOCK, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 45724 | DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE CENTER, OGDEN, UT, 84201-0011 | US Mail (1st Class) |
| 45724 | DEPT OF MASSACHUSETTS,, THE, DEPT OF PUBLIC SAFETY, ONE ASHBURTON PLACE RM.1301, BOSTON, MA, 02108-1618 | US Mail (1st Class) |
| 45724 | DISTRICT OF COLUMBIA GOVERNMENT, CORPORATIONS DIVISION, 1100 4TH STREET SW FL W2, WASHINGTON, DC, 20024 | US Mail (1st Class) |
| 45724 | DISTRICT OF COLUMBIA, CHRISTOPHE AG TULOU, DIRECTOR, DISTRICT DEPT OF ENVIRONMENT, 1200 FIRST ST, NE, 5TH FLOOR, WASHINGTON, DC, 20002 | US Mail (1st Class) |
| 45724 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 45724 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 45724 | ENV PROTECTION DIVISION SECTION CHI, RAYMOND DOUGAN, ONE ASHBURTON PLACE, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45724 | EPA NEW ENGLAND, REGION 1, LISA JACKSON, ADMIN, 5 POST OFFICE SQUARE, SUITE 100, BOSTON, MA, 02109-3912 | US Mail (1st Class) |
| 45724 | FLORIDA DEPARTMENT OF REVENUE, 5050 W. TENNESSEE ST., TALLAHASSEE, FL, 32399-0135 | US Mail (1st Class) |
| 45724 | FLORIDA DEPARTMENT OF STATE, DIVISION OF CORPORATIONS, CLIFTON BUILDING, 2661 EXECUTIVE CENTER CIRCLE, TALLAHASSEE, FL, 32301 | US Mail (1st Class) |
| 45724 | FLORIDA DEPT OF ENVIRONMENTAL PROT, LARRY MORGAN, ACTING DEPUTY GEN COUSEL, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 45724 | FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 45724 | FLORIDA DEPT OF REVENUE, MARSHALL STRANBERG, GEN COUNSEL, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 45724 | FLORIDA DEPT OF STATE, DIVISION OF LICENSING, PO BOX 6687, TALLAHASSEE, FL, 32314-6687 | US Mail (1st Class) |
| 45724 | FLORIDA OFFICE OF ATTORNEY GENERAL, PAM BONDI, THE CAPITOL PL-01, TALLAHASSEE, FL, 32399-1050 | US Mail (1st Class) |
| 45724 | FLORIDA SECRETARY OF STATE, KURT S BROWNING, R A GRAY BLDG, 500 SO BRONOUGH ST, TALLAHASSEE, FL, 32399-0250 | US Mail (1st Class) |
| 45724 | FRESENIUS USA INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 45724 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 45724 | GEORGIA DEPARTMENT OF REVENUE, PROCESSING CENTER, P.O BOX 740397, ATLANTA, GA, 30374-0397 | US Mail (1st Class) |
| 45724 | GEORGIA DEPARTMENT OF REVENUE, PROCESSING CENTER, P.O. BOX 740397, ATLANTA, GA, 30374-0397 | US Mail (1st Class) |
| 45724 | GEORGIA DEPT OF NATURAL RESOURCES, GEORGIA ENVIRO PROT DIV, 2 MARTIN LUTHER KING JR DR, STE 1152 EAST TOWER, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 45724 | GEORGIA OFFICE OF SECRETARY OF STATE, ANNUAL REGISTRATION FILINGS, 2 MLK JR DR S E, SUITE 315, FLOYD WEST TOWER, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 45724 | GEORGIA SECRETARY OF STATE, BRIAN KEMP, 214 STATE CAPITAL, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 45724 | GOVT OF DISTRICT OF COLUMBIA, OFFICE OF CHIEF FINANCIAL OFFICER, OFFICE OF TAXATION & REVENUE, 1101 4TH ST, SW, SUITE W270, WASHINGTON, DC, 20024 | US Mail (1st Class) |
| 45724 | GOVT OF DISTRICT OF COLUMBIA, OFFICE OF THE SECRETARY, JOHN A WILSON BLDG, 1350 PENNSYLVANIA AVE NW STE 419, WASHINGTON, DC, 20004 | US Mail (1st Class) |
| 45724 | GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #650, HOLLYWOOD, CA, 90028 | US Mail (1st Class) |
| 45724 | HAWAII DEPT OF COMMERCE & CONSUMER AFFAIRS, BUSINESS REGISTRATION DIVISION, P O BOX 40, HONOLULU, HI, 96810 | US Mail (1st Class) |

WR Grace & Co. et al

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45724 | IDAHO SECRETARY OF STATE, 700 WEST JEFFERSON P O BOX 83720, BOISE, ID, 83720 | US Mail (1st Class) |
| 45724 | ILLINOIS SECRETARY OF STATE, DEPARTMENT OF BUSINESS SERVICES, 501 S 2ND STREET, SPRINGFIELD, IL, 62756 | US Mail (1st Class) |
| 45724 | JOHN BARNES JR ET AL, ATTN J BURTON LEBLANC, LEBLANC & WADDELL, 5353 ESSEN LANE #420, BATON ROUGE, LA, 70809 | US Mail (1st Class) |
| 45724 | JPMORGAN CHASE BANK, ATTN THOMAS F MAHER, 270 PARK AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 45724 | KANSAS SECRETARY OF STATE, MEMORIAL HALL, 1ST FLOOR, 120 SW 10TH AVENUE, TOPEKA, KS, 66612 | US Mail (1st Class) |
| 45724 | KENTUCKY SECRETARY OF STATE, P O BOX 1150, FRANKFORT, KY, 40602 | US Mail (1st Class) |
| 45724 | LOUISIANA DEPARTMENT OF REVENUE, P.O. BOX 91011, BATON ROUGE, LA, 70821-9011 | US Mail (1st Class) |
| 45724 | LOUISIANA DEPARTMENT OF REVENUE, P.O. BOX 91011, BATON ROUGE, LA, 70821-9011 | US Mail (1st Class) |
| 45724 | LOUISIANA DEPT OF ENVIRO QUALITY, 602 N 5TH STREET, BATON ROUGE, LA, 70802 | US Mail (1st Class) |
| 45724 | LOUISIANA DEPT OF REVENUE, PO BOX 201, BATON ROUGE, LA, 70821 | US Mail (1st Class) |
| 45724 | LOUISIANA SECRETARY OF STATE, COMMERCIAL DIVISION, P O BOX 94125, BATON ROUGE, LA, 70804 | US Mail (1st Class) |
| 45724 | LOUISIANA SECRETARY OF STATE, TOM SCHEDLER, PO BOX 94125, BATON ROUGE, LA, 70804-9125 | US Mail (1st Class) |
| 45724 | MAINE REPORTING AND INFORMATION SECTION, DIVISION OF CORPORATIONS, 101 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 45724 | MARYLAND ATTORNEY GENERAL, J CURRAN, JR , ESQ., THE MUNSEY BLDG, 7 N CALVERT ST 2ND FL, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 45724 | MARYLAND CASUALTY COMPANY, C/O KAREN L TURNER ESQ, ECKERT SEAMANS CHERIN & MELLOTT LLC, 1515 MARKET ST 9TH FL, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 45724 | MARYLAND COMPTROLLER, 80 CALVERT ST, ADMIN & FINANCE - RM 215, ANNAPOLIS, MD, 21404 | US Mail (1st Class) |
| 45724 | MARYLAND DEPT OF ASSESSMENTS & TAXATION, 301 W PRESTON ST STE 801, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 45724 | MARYLAND DEPT OF ENVIRONMENT, PO BOX 1417, BALTIMORE, MD, 21203-1417 | US Mail (1st Class) |
| 45724 | MARYLAND DEPT OF NATURAL RESOURCES, TAWES STATE OFFICE BLDG, E-1, 580 TAYLOR AVE, ANNAPOLIS, MD, 21401 | US Mail (1st Class) |
| 45724 | MARYLAND REVENUE ADMINISTRATION DIV, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD, 21404 | US Mail (1st Class) |
| 45724 | MARYLAND SECRETARY OF STATE, JOHN P MCDONOUGH, 16 FRANCIS ST, ANNAPOLIS, MD, 21401 | US Mail (1st Class) |
| 45724 | MASSACHUSETTS WATER RESOURCES AUTHO, CHARLESTOWN NAVY YARD, C/O TREASURER, BLDG 36, SECOND FLR, BOSTON, MA, 02129 | US Mail (1st Class) |
| 45724 | MCGUIRE ASSOCIATES, ATTN HUGH A MCGUIRE JR, 547 SUMMIT AVE, JERSEY CITY, NJ, 07306 | US Mail (1st Class) |
| 45724 | MICHIGAN SECRETARY OF STATE, DEPT ENERGY, LABOR & ECONOMIC GROWTH, P O BOX 30702 7150 HARRIS DRIVE, LANSING, MI, 48909 | US Mail (1st Class) |
| 45724 | MIRAMAR APTS, ATTN MARK S SANDBERG ESQ, ELLIOTT & ELLIOTT, 225 W SANTA CLARA ST #950, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 45724 | MISSOURI SECRETARY OF STATE, 600 WEST MAIN STREET, MISSOURI STATE INFORMATION CENTER, ROOM 322, JEFFERSON CITY, MO, 65101 | US Mail (1st Class) |
| 45724 | MONTANA SECRETARY OF STATE'S OFFICE, P O BOX 202801, HELENA, MT, 59620 | US Mail (1st Class) |
| 45724 | NATIONAL MEDICAL CARE INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 45724 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, MICHELLE A LEVITT ESQ, C/O AIG LAW DEPT - BANKRUPTCY, 70 PINE ST, 31ST FLR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 45724 | NC DEPARTMENT OF REVENUE, P.O. BOX 25000, RALEIGH, NC, 27640-0500 | US Mail (1st Class) |
| 45724 | NEVADA SECRETARY OF STATE, 202 NORTH CARSON STREET, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 45724 | NEW HAMPSHIRE CORPORATION DIVISION, DEPARTMENT OF THE STATE, 107 N MAIN STREET, CONCORD, NH, 03301 | US Mail (1st Class) |
| 45724 | NEW JERSEY DEPT OF STATE, 222 W STATE ST, PO BOX 300, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 45724 | NEW JERSEY DEPT OF TREASURY, PO BOX 002, TRENTON, NJ, 08625-0002 | US Mail (1st Class) |
| 45724 | NEW JERSEY DIV OF EMPLOYER ACCTS, STATE OF NEW JERSEY, PO BOX 077, TRENTON, NJ, 08625-0077 | US Mail (1st Class) |
| 45724 | NEW YORK DEPT OF ENVIRO CONSERVATION, JOE MARTENS, COMMISSIONER, 625 BROADWAY, ALBANY, NY, 12233-1011 | US Mail (1st Class) |
| 45724 | NEW YORK SECRETARY OF STATE, CESAR A PERALES, ONE COMMERCE PLAZA, 99 WASHINGTON AVE, ALBANY, NY, 12231-0001 | US Mail (1st Class) |
| 45724 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45724 | NEW YORK STATE DEPT OF TAXATION & FINANCE, OFFICE OF COUNSEL, BLDG 9, W.A. HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 45724 | NL INDUSTRIES INC, C/O JOHN N FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ, 08033-0968 | US Mail (1st Class) |
| 45724 | NORTH CAROLINA DEPT OF SECRETARY OF STATE, P O BOX 29622, RALEIGH, NC, 27626 | US Mail (1st Class) |
| 45724 | NORTH DAKOTA SECRETARY OF STATE, ANNUAL REPORT PROCESSING CENTER, P O BOX 5513, 600 E BOULEVARD AVENUE, DEPT 108, BISMARCK, ND, 58506 | US Mail (1st Class) |
| 45724 | NYS CORPORATION TAX, PROCESSING UNIT, P.O  BOX 22038, ALBANY, NY, 12201-2038 | US Mail (1st Class) |
| 45724 | NYS CORPORATION TAX, PROCESSING UNIT, P.O  BOX 22038, ALBANY, NY, 12201-2038 | US Mail (1st Class) |
| 45724 | NYS CORPORATION TAX, PROCESSING UNIT, P.O  BOX 22038, ALBANY, NY, 12201-2038 | US Mail (1st Class) |
| 45724 | NYS CORPORATION TAX, PROCESSING UNIT, P.O  BOX 22038, ALBANY, NY, 12201-2038 | US Mail (1st Class) |
| 45724 | NYS CORPORATION TAX, PROCESSING UNIT, P O  BOX 1909, ALBANY, NY, 12201-1909 | US Mail (1st Class) |
| 45724 | NYS DIVISION OF CORPORATIONS, NYS DEPARTMENT OF STATE, 1 COMMERCE PLAZA 99 WASHINGTON AVENUE, ALBANY, NY, 12231 | US Mail (1st Class) |
| 45724 | OFFICE OF TAX AND REVENUE, P.O. BOX 679, WASHINGTON, DC, 20044-0679 | US Mail (1st Class) |
| 45724 | OFFICE OF TAX AND REVENUE, P.O. BOX 679, WASHINGTON, DC, 20044-0679 | US Mail (1st Class) |
| 45724 | OKLAHOMA SECRETARY OF STATE, 2300 N LINCOLN BOULEVARD, ROOM 101, OKLAHOMA CITY, OK, 73105 | US Mail (1st Class) |
| 45724 | ONE BEACON AMERICA INSURANCE COMPANY, JOSEPH N ARGENTINA JR, DRINKER BIDDLE & REATH LLP, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 45724 | OREGON SECRETARY OF STATE, CORPORATION DIVISION, 255 CAPITOL ST NE, SUITE 151, SALEM, OR, 97310 | US Mail (1st Class) |
| 45724 | PENNSYLVANIA DEPT OF ENVIRO PROT, MICHAEL KRANCER, SECRETARY, RACHEL CARSON STATE OFC BLDG, 400 MARKET ST, HARRISBURG, PA, 17101 | US Mail (1st Class) |
| 45724 | PENNSYLVANIA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 45724 | PENNSYLVANIA DEPT OF STATE, CORPORATION BUREAU, P O BOX 8039, HARRISBURG, PA, 17105 | US Mail (1st Class) |
| 45724 | PENNSYLVANIA SECRETARY OF COMMONWEALTH, CAROL ARCHELE, 401 NORTH STREET, HARRISBURG, PA, 17120 | US Mail (1st Class) |
| 45724 | REGIONAL COUNSEL OFFICE OF REGIONAL, RE: REMOVAL ACTION AT SOUTH ST SUPE, JFK FEDERAL BLDG (RAA), BOSTON, MA, 02203-2211 | US Mail (1st Class) |
| 45724 | SEATON INSURANCE COMPANY, JOSEPH N ARGENTINA JR, DRINKER BIDDLE & REATH LLP, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 45724 | SECRETARY OF STATE MISSISSIPPI, 700 NORTH STREET, JACKSON, MS, 39202 | US Mail (1st Class) |
| 45724 | SOUTH DAKOTA, SECRETARY OF STATE OFFICE, 500 E CAPITOL AVENUE, PIERRE, SD, 57501 | US Mail (1st Class) |
| 45724 | STATE OF COLORADO, SECRETARY OF STATE, 1700 BROADWAY, STE 200, DENVER, CO, 80290 | US Mail (1st Class) |
| 45724 | STATE OF FLORIDA, DEPARTMENT OF REVENUE, 104 CARLTON BLDG, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399-0100 | US Mail (1st Class) |
| 45724 | STATE OF GEORGIA, DEPT OF REVENUE, PO BOX 38143, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 45724 | STATE OF MASSACHUSETTS, SECRETARY OF THE COMMONWEALTH, ONE ASHBURTON PLACE, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45724 | STATE OF NEW JERSEY, DIVISION OF TAXATION, REVENUE PROCESSING CENTER, P.O. BOX 193, TRENTON, NJ, 08646-0193 | US Mail (1st Class) |
| 45724 | STATE OF NEW JERSEY, DIVISION OF TAXATION, REVENUE PROCESSING CENTER, P.O. BOX 193, TRENTON, NJ, 08646-0193 | US Mail (1st Class) |
| 45724 | STATE OF NEW JERSEY, DIVISION OF TAXATION, REVENUE PROCESSING CENTER, P.O. BOX 193, TRENTON, NJ, 08646-0193 | US Mail (1st Class) |
| 45724 | STATE OF NEW JERSEY, DEPT OF THE TREASURY DIVISION OF REVENUE, P O BOX 302, TRENTON, NJ, 08646 | US Mail (1st Class) |
| 45724 | STATE OF RHODE ISLAND, DIVISION OF BUSINESS SERVICES, 148 W RIVER STREET, PROVIDENCE, RI, 02904 | US Mail (1st Class) |
| 45724 | STATE OF UTAH DEPARTMENT OF COMMERCE, DIVISION OF CORPORATIONS & COMMERCIAL, P O BOX 146705, SALT LAKE CITY, UT, 84114 | US Mail (1st Class) |
| 45724 | STATE OF VERMONT, SECRETARY OF STATE, 26 TERRACE STREET, MONTPELIER, VT, 05602 | US Mail (1st Class) |
| 45724 | TENNESSEE DEPARTMENT OF REVENUE, ANDREW JACKSON STATE OFFICE BUILDING, 500 DEADERICK STREET, NASHVILLE, TN, 37242 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45724 | TENNESSEE SECRETARY OF STATE, ANNUAL REPORTS, 312 ROSA L PARKS AVENUE, 6TH FLOOR, WILLIAM R SNODGRASS TOWER, NASHVILLE, TN, 37243 | US Mail (1st Class) |
| 45724 | TEXAS COMMISSION ON ENVIRO QUALITY, MARK R VICERY P.G MC 109, PO BOX 13087, AUSTIN, TX, 78711-3087 | US Mail (1st Class) |
| 45724 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, SUSAN COMBS, PO BOX 13528 CAPITOL STATION, AUSTIN, TX, 78711-3528 | US Mail (1st Class) |
| 45724 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 45724 | TEXAS SECRETARY OF STATE, HOPE ANDRADE, PO BOX 12060, AUSTIN, TX, 78711-2060 | US Mail (1st Class) |
| 45724 | THE FMCH GROUP, (RE: NATIONAL MEDICAL CARE INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 45724 | THE FMCH GROUP, (RE: FRESENIUS MEDICAL CARE HOLDINGS INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 45724 | THE FMCH GROUP, (RE· FRESENIUS USA INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 45724 | US DEPT OF JUSTICE, ERIC HOLDER JR., US ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 45724 | US EPA, PETER DECAMBRE ASST ENFORCE, ONE CONGRESS ST, SUITE 1100 (SES), BOSTON, MA, 02114-2023 | US Mail (1st Class) |
| 45724 | US EPA OFFICE OF ENV SERVICES NEW E, DAVID M PETERSON, ONE CONGRESS ST, SUITE 1100, BOSTON, MA, 02114-2023 | US Mail (1st Class) |
| 45724 | VIRGINIA STATE CORPORATION COMMISSION, CLERKS OFFICE, FIRST FLOOR, 1300 E MAIN STREET, RICHMOND, VA, 23219 | US Mail (1st Class) |
| 45724 | WASHINGTON DEPARTMENT OF LICENSING, MASTER LICENSE SERVICE, P O BOX 9034, OLYMPIA, WA, 98507 | US Mail (1st Class) |
| 45724 | WASHINGTON GAS, CUSTOMER CREDIT DEPT, 1100 H ST NW 2ND FL, WASHINGTON, DC, 20080 | US Mail (1st Class) |
| 45724 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX, 77027 | US Mail (1st Class) |
| 45724 | WEST VIRGINIA SECRETARY OF STATE'S OFFICE, BUSINESS AND LICENSING DIVISION, P O BOX 40300, CHARLESTON, WV, 25364 | US Mail (1st Class) |
| 45724 | WISCONSIN SECRETARY OF STATE, DEPARTMENT OF FINANCIAL INSTITUTION, 345 W WASHINGTON AVENUE, FLOOR 3, MADISON, WI, 53703 | US Mail (1st Class) |
| 45724 | WYOMING SECRETARY OF STATE, PROFIT CORPORATION ANNUAL REPORT, 200 W 24TH STREET, CHEYENNE, WY, 82001 | US Mail (1st Class) |

Subtotal for this group:  154

**EXHIBIT 2**

**Exhibit 2 - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45236 | ALBERTA ENVIRONMENT & WATER, MINISTER HON. DIANA MCQUEEN, 10 FLR, PETROLEUM PLAZA SOUTH TWR, 9915 - 108 ST, EDMONTON, AB, T5K 2G8 CANADA | US Mail (1st Class) |
| 45236 | ALBERTA FINANCE & ENTERPRISE, ROOM 426 TERRACE BLDG, 9515 - 107 STREET, EDMONTON, AB, T5K 2C3 CANADA | US Mail (1st Class) |
| 45236 | ALBERTA FINANCE & ENTERPRISE, TAX & REVENUE ADMINISTRATION, 9811 - 109 STREET, EDMONTON, AB, T5K 2L5 CANADA | US Mail (1st Class) |
| 45236 | ALBERTA JUSTICE, COMMUNICATIONS, MINISTER VERLYN OLSON, OC, 3RD FLR, BOWKER BLDG, 9833 - 109TH ST, EDMONTON, AB, T5K 2E8 CANADA | US Mail (1st Class) |
| 45236 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 125 WEST WASHINGTON ST, PHOENIX, AZ, 85007-2926 | US Mail (1st Class) |
| 45236 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 400 WEST CONGRESS SOUTH BLDG STE 315, TUCSON, AZ, 85701-1367 | US Mail (1st Class) |
| 45236 | ARIZONA DEPT ENVIRONMENTAL QUALITY, 1110 W WASHINGTON, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45236 | ARIZONA DEPT OF ENV QUALITY, JACQUELINE E SCHAFER DIR, 3033 N CENTRAL AVE, PHOENIX, AZ, 85012 | US Mail (1st Class) |
| 45236 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45236 | ATTORNEY GENERAL OF FLORIDA, PAM BONDI OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, PL-01, TALLAHASSEE, FL, 32399-1050 | US Mail (1st Class) |
| 45236 | ATTORNEY GENERAL OF SOUTH CAROLINA, ALAN WILSON, REMBERT DENNIS BLDG ROOM 519, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | ATTORNEY GENERAL, DISTRICT OF DELAWARE, BEAU BIDEN, CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45236 | ATTORNEY GENERALS OFFICE, CARVEL STATE OFFICE BLDG, 820 FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45236 | ATTY GENERAL OF MARYLAND, J CURRAN, JR., ESQ., THE MUNSEY BLDG, 7 N CALVERT ST 2ND FL, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 45236 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 45236 | CANADIAN ENVIRONMENTAL ASSESSMENT AGCY, 22ND FL, PLACE BELL, 160 ELGIN ST, OTTAWA, ON, K1A 0H3 CANADA | US Mail (1st Class) |
| 45236 | CARIE YOUNG, 1239 EAST 22ND ST, WINSTON-SALEM, NC, 27105 | US Mail (1st Class) |
| 45236 | CITY OF EDMONTON, 14810 123RD AVENUE, EDMONTON, AB, T5L 2Y5 CANADA | US Mail (1st Class) |
| 45236 | CITY OF PHOENIX, PO BOX 78815, PHOENIX, AZ, 85062-8815 | US Mail (1st Class) |
| 45236 | CITY OF PHOENIX ARIZONA, JEROME MILLER, DEPUTY CITY MANAGER, WATER SERVICES DEPARTMENT, 200 W WASHINGTON ST, 9TH FL, PHOENIX, AZ, 85003 | US Mail (1st Class) |
| 45236 | CITY OF POMPANO BEACH, PO DRAWER 1300, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 45236 | CITY OF POMPANO BEACH, POBOX 908, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 45236 | CITY OF POMPANO BEACH, OCCUPATIONAL LICENSE DEPT, 100 WEST ATLANTIC ROOM 322, POMPANO BEACH, FL, 33060 | US Mail (1st Class) |
| 45236 | CITY OF WINNIPEG, 1140 PACIFIC AVENUE, WINNIPEG, MB, R3E 1C6 CANADA | US Mail (1st Class) |
| 45236 | COUNTY TREASURER, CHARLESTON COUNTY, PO BOX 878, CHARLESTON, SC, 29402-0878 | US Mail (1st Class) |
| 45236 | DELAWARE DIVISION OF REVENUE, PATRICK CARTER, DIRECTOR, 820 N. FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45236 | DOLORES YOUNG SHANNON, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45236 | EMILY M. HARRISON, 421 OAKVIEW FARMS RD., WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45236 | ENVIRONMENT CANADA, HONOROBLE PETER KENT, MINISTER OF ENVIRONMENT, LES TERRASSES DE LA CHAUDIERE, 10 WELLINGTON ST, 28TH FL, GATINEAU, QB, K1A 0H3 CANADA | US Mail (1st Class) |
| 45236 | FIATP TIMBER LLC, C/O FOREST INVESTMENT ASSOCIATES L.P., 15 PIEDMONT CENTER, SUITE 1250, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 45236 | FL DEPT OF ENV PROTECTION, 2600 BLAIR STONE RD, TALLAHASSEE, FL, 32399-2400 | US Mail (1st Class) |
| 45236 | FLA DEPT OF ENVIRONMENTAL PROT, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 45236 | FLORIDA DEPT OF EPA, FL DEPT OF ENVIRONMENTAL PROTECTION, 400 N CONGRESS AVE STE 200, W PALM BEACH, FL, 33401-2913 | US Mail (1st Class) |
| 45236 | FLORIDA DEPT OF REVENUE, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399-0125 | US Mail (1st Class) |
| 45236 | FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |

**Exhibit 2 - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45236 | FLORIDA DEPT OF REVENUE, MARSHALL STRANBERG, GEN COUNSEL, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 45236 | FLORIDA DEPT OF STATE, DIVISION OF LICENSING, PO BOX 6687, TALLAHASSEE, FL, 32314-6687 | US Mail (1st Class) |
| 45236 | GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, SUSAN THORNTON, ACCOUNT MANAGER, 161 NORTH CLARK STREET, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 45236 | GERINA YOUNG, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45236 | GLADYS CLAY, 77 MATTLAGE PLACE, APT. 3, ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 45236 | GOVERNMENT OF ONTARIO, THE HONORABLE DWIGHT DUNCAN MINISTER OF FINANCE, 7 QUEEN'S PARK CRESCENT 7TH FL, TORONTO, ON, M7A 1Y7 CANADA | US Mail (1st Class) |
| 45236 | GREENVILLE COUNTY TAX COLLECTOR, PO BOX 368, GREENVILLE, SC, 29602-0368 | US Mail (1st Class) |
| 45236 | GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 45236 | GREENVILLE SCALE COMPANY, INC., 149 LANDMARK DRIVE, TAYLORS, SC, 29687 | US Mail (1st Class) |
| 45236 | GULF RESOURCES LTD., LEVEL 10 GOLD FIELDS HOUSE, 1 ALFRED STREET, SYDNEY, NS, NSW 2000 AUSTRALIA | US Mail (1st Class) |
| 45236 | HER MAJESTY QUEEN OF RIGHT CANADA, JACUELINE DAIS-VISCA, 130 KING ST WEST STE 2400, THE EXCHANGE TOWER, TORONTO, ON, M5X 1KC CANADA | US Mail (1st Class) |
| 45236 | I&M INDUSTRIALS, INC , PO BOX 8775, 10 AKRON DRIVE, DONALDSON CENTER, GREENVILLE, SC, 29604 | US Mail (1st Class) |
| 45236 | INTERNAL REVENUE SERVICE, JAMES FIERLE, UNITED STATES TREASURY, 7850 SW 6TH COURT, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 45236 | JACK MCKITTRICK, PO BOX 2004, CAMDEN, SC, 29020 | US Mail (1st Class) |
| 45236 | JACK W HARRISON, 1901 SHARON ROAD, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45236 | JASON GUZEK, 1 BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 10994 | US Mail (1st Class) |
| 45236 | LAURENS COUNTY TREASURER, ATTN: CYNTHIA M BURKE, PO BOX 1049, LAURENS, SC, 29360 | US Mail (1st Class) |
| 45236 | LAW OFFICES OF JAMIE P. YADGAROFF, LLC, ONE BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 10994 | US Mail (1st Class) |
| 45236 | LEONORA ANNE VERENES, 1023 SOUTH BOUNDARY AVE, AIKEN, SC, 29809 | US Mail (1st Class) |
| 45236 | LEROY YOUNG, JR., 1139 CONGRESS AVE., TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45236 | MANITOBA CONSERVATION, MINISTER BILL BLAIKIE, PUBLIC INFO CENTRE, BOX 22, 200 SAULTEAUX CRESCENT, WINNIPEG, MB, R3J 3W3 CANADA | US Mail (1st Class) |
| 45236 | MANITOBA FINANCE - TAXATION DIVISION, 101 - 401 YORK AVENUE, WINNIPEG, MB, R3C 0P8 CANADA | US Mail (1st Class) |
| 45236 | MANITOBA FINANCE - TAXATION DIVISION, 314, 340 - 9TH STREET, BRANDON, MB, R7A 6C2 CANADA | US Mail (1st Class) |
| 45236 | MANITOBA JUSTICE, MINISTER ANDREW SWAN, 1110 - 405 BROADWAY, WINNIPEG, MB, R3C 3L6 CANADA | US Mail (1st Class) |
| 45236 | MARICOPA COUNTY ARIZONA, 222 NORTH CENTRAL, SUITE 1110, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 45236 | MARICOPA COUNTY ENVIRONMENTAL SERVICES, JOHN KOLMAN, DIR. ENVIRONMENTAL SERVICES, 1001 N. CENTRAL AVE., STE 400, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 45236 | MARICOPA COUNTY TREASURER, PO BOX 78574, PHOENIX, AZ, 85062-8574 | US Mail (1st Class) |
| 45236 | MARSHA YOUNG, 377 W. PALISADE AVE., ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 45236 | MARY DULA AND MARGARET THOMPSON, ADDRESS UNKNOWN, | US Mail (1st Class) |
| 45236 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, C/O CAROL IANCU AAG, MA OFFICE OF THE ATTORNEY GENERAL, 200 PORTLAND ST 3RD FLR, BOSTON, MA, 02114 | US Mail (1st Class) |
| 45236 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL, CAROL IANSU ATTORNEY GENERAL, ONE ASHBURTON PLACE, RM 1813, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45236 | NANOPACK INC., 290 MUSKET LANE, WAYNE, PA, 19087 | US Mail (1st Class) |
| 45236 | ONTARIO MINISTRY OF ATTORNEY GENERAL, MINISTER CHRIS BENTLEY, MCMURTRY-SCOTT BLDG, 720 BAY ST 11TH FL, TORONTO, ON, M7A 2S9 CANADA | US Mail (1st Class) |
| 45236 | ONTARIO MINISTRY OF ENVIRONMENT, MINISTER JOHN WILKINSON, PUBLIC INFO CENTRE, 1ST FL, 135 ST CLAIR AVE W, TORONTO, ON, M4V 1P5 CANADA | US Mail (1st Class) |
| 45236 | PATRICIA YOUNG TAYLOR, 271 PLAINFIELD RD., EDISON, NJ, 08820 | US Mail (1st Class) |
| 45236 | PAUL KENNETH HANNA AND, KATIE BELL HANNA, PO BOX 366, CROSS HILL, SC, 29332 | US Mail (1st Class) |
| 45236 | PUBLIC WORKS AND GOVERNMENT, SERVICES CANADA, CANADIAN GOVERNMENT PUBLISHING, OTTAWA, ON, K1A 0S9 CANADA | US Mail (1st Class) |
| 45236 | RECEIVER GENERAL FOR CANADA, NATIONAL RESEARCH COUNCIL CANADA, 1200 MONTREAL ROAD, OTTAWA, ON, K1A 0R6 CANADA | US Mail (1st Class) |
| 45236 | RECEIVER GENERAL OF CANADA, NATIONAL RESOURCES CANADA, MTL/CANMET, 568 BOOTH ST, OTTAWA ONTARIO, ON, K1A 0G1 CANADA | US Mail (1st Class) |

**Exhibit 2 - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45236 | ROCKY MOUNTAIN TRANSPORTATION SERVICES, INC., TERI COFFENBOW, PRESIDENT, 7312 RALSTON ROAD, ARVADA, CO, 80002 | US Mail (1st Class) |
| 45236 | S&B INDUSTRIAL MINERALS, S.A., 15 A METAXA STREET, KIFISSIA, 145 64 GREECE | US Mail (1st Class) |
| 45236 | SC DEPT OF HEALTH & ENVIR, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | SECURITAS SECURITY SERVICES, INC., ONE CHICK SPRINGS ROAD, SUITE 310, GREENVILLE, SC, 29609 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA ATTY GENERAL, ATTN: CHARLIE CONDON, REMBERT C DENNIS BLDG, PO BOX 11549, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DEPT OF, MC PROPERTY TAX, COLUMBIA, SC, 29214-0139 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DEPT OF HEALTH AND E, DOUG BRYANT COMMISSIONER, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DEPT OF NAT RES, REMBERT C DENNIS BLDG, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DEPT OF, AGRICULTURE, PO BOX 11280, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DEPT PUBLIC SAFETY, PO BOX 211849, COLUMBIA, SC, 29221 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA DHEC, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | SOUTH CAROLINA STATE TREASURER, 2600 BULL ST, COLUMBIA, SC, 29201-1708 | US Mail (1st Class) |
| 45236 | SPARTANBURG COUNTY, 26383 ROUTE 221, ENOREE, SC, 29355 | US Mail (1st Class) |
| 45236 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC, 29304 | US Mail (1st Class) |
| 45236 | STARBOARD CAPITAL PARTNERS, LLC, 30 JELLIFF LANE, SOUTHPORT, CT, 06890 | US Mail (1st Class) |
| 45236 | STATE OF ARIZONA, DEPARTMENT OF REVENUE, 1600 W. MONROE ST, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45236 | STATE OF DELAWARE DEPT OF JUSTICE, ATTORNEY GENERAL, DROWOS, STUART B, 820 N FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45236 | STATE OF DELAWARE, SECRETARY OF STATE, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 45236 | STATE OF FLORIDA DEPARTMENT OF REVENUE, 104 CARLTON BLDG, 5050 W. TENNESSEE ST, TALLAHASSEE, FL, 32399 | US Mail (1st Class) |
| 45236 | STATE OF SOUTH CAROLINA OFFICE, OF GENERAL SERVICES, 1201 MAIN ST SUITE 410, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | STATE OF SOUTH CAROLINA, DEPT OF REVENUE OF TAXATION, 301 GERVAOS ST, PO BOX 125, COLUMBIA, SC, 29214 | US Mail (1st Class) |
| 45236 | STATE OF SOUTH CAROLINA, LAURENS COUNTY, LYNN W LANCASTER, CLERK OF COURT, SC JUDICIAL DEPT, PO BOX 287, LAURENS, SC, 29360 | US Mail (1st Class) |
| 45236 | TERRANCE YOUNG, 419 CONLEE ST., LEHIGH ACRES, FL, 33974 | US Mail (1st Class) |
| 45236 | THE ATTORNEY GENERAL OF CANADA, ATTN IAN R DICK, DEPARTMENT OF JUSTICE CANADA, 130 KING ST W, STE 3400, BOX 36, TORONTO, ON, MSX1K6 CANADA | US Mail (1st Class) |
| 45236 | TOWN OF AJAX, 294 CLEMENTS RD, WEST AJAX, ON, L1S 3C6 CANADA | US Mail (1st Class) |
| 45236 | U S EPA REGION 4, LISA P JACKSON ADMIN, SAM NUNN ATLANTA FEDERAL CENTER, 61 FORSYTH ST, ATLANTA, GA, 30303-8960 | US Mail (1st Class) |
| 45236 | UNION TANK CAR COMPANY, CAROL KUHNHEIN, ACCOUNT MANAGER, MANOR OAK ONE – SUITE 340, 1910 COCHRAN ROAD, PITTSBURGH, PA, 15220 | US Mail (1st Class) |
| 45236 | UNITED STATES OF AMERICA, C/O JAMES D FREEMAN ESQ, ENV ENFORCEMENT SECTION, 1961 STOUT ST 8TH FL, DENVER, CO, 80294 | US Mail (1st Class) |
| 45236 | US ATTORNEY, 151 MEETING ST., SUITE 200, CHARLESTON, SC, 29401 | US Mail (1st Class) |
| 45236 | US ATTORNEY, 401 W. EVANS ST., RM 222, FLORENCE, SC, 29501 | US Mail (1st Class) |
| 45236 | US ATTORNEY, 55 BEATTIE PLACE, SUITE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 45236 | US ATTORNEY, ARIZONA, 405 W. CONGRESS STREET, SUITE 4800, TUCSON, AZ, 85701-5040 | US Mail (1st Class) |
| 45236 | US ATTORNEY, ARIZONA, 123 N. SAN FRANCISCO STREET, SUITE 410, FLAGSTAFF, AZ, 86001 | US Mail (1st Class) |
| 45236 | US ATTORNEY, ARIZONA, 4035 S AVENUE A, YUMA, AZ, 85365 | US Mail (1st Class) |
| 45236 | US ATTORNEY, ARIZONA, ANN BIRMINGHAM SCHEEL, TWO RENAISSANCE SQUARE, 40 N. CENTRAL AVE, SUITE 1200, PHOENIX, AZ, 85004-4408 | US Mail (1st Class) |
| 45236 | US ATTORNEY, DISTRICT OF DELAWARE, CHARLES M. OBERLY, III, P.O. BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 45236 | US ATTORNEY, DISTRICT OF MARYLAND, ROB J. ROSENSTEIN, 36 S CHARLES STREET 4TH FL., BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 45236 | US ATTORNEY, MASSACHUSETTS, DONOHUE FEDERAL BUILDING, ROOM #206, 595 MAIN ST., WORCESTER, MA, 01608 | US Mail (1st Class) |

## Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45236 | US ATTORNEY, MASSACHUSETTS, FEDERAL BUILDING AND COURTHOUSE, 300 STATE STREET, SUITE 230, SPRINGFIELD, MA, 01105 | US Mail (1st Class) |
| 45236 | US ATTORNEY, MASSACHUSETTS, CARMEN M. ORTIZ, JOHN JOSEPH MOAKLEY, UNITED STATES FEDERAL COURTHOUSE, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MA, 02210 | US Mail (1st Class) |
| 45236 | US ATTORNEY, SO DIST FLORIDA, 500 E. BROWARD BLVD., FT LAUDERDALE, FL, 33394 | US Mail (1st Class) |
| 45236 | US ATTORNEY, SO DIST FLORIDA, 500 S. AUSTRALIAN AVE. STE. 400, W. PALM BEACH, FL, 33401 | US Mail (1st Class) |
| 45236 | US ATTORNEY, SO DIST FLORIDA, 505 SOUTH 2ND STREET, FT. PIERCE, FL, 34950 | US Mail (1st Class) |
| 45236 | US ATTORNEY, SO DIST FLORIDA, 301 SIMONTON STREET, KEY WEST, FL, 33040 | US Mail (1st Class) |
| 45236 | US ATTORNEY, SO DISTRICT FLORIDA, WIFREDO A. FERRER, 99 N E 4TH STREET, MIAMI, FL, 33132 | US Mail (1st Class) |
| 45236 | US ATTORNEY, WILLIAM N NETTLES, 1441 MAIN STREET, SUITE 500, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45236 | US DEPT OF JUSTICE, ERIC HOLDER JR, US ATTY GENERAL, ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 45236 | VIRGINIA VERMICULITE, 13341 LOUISA ROAD, LOUISA, VA, 23093 | US Mail (1st Class) |
| 45236 | VIRGINIA VERMICULITE, L.L.C., 225 RIVER FARM, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45236 | WASTE MANAGEMENT, INC., 390 INNOVATION WAY, WELLFORD, SC, 29385 | US Mail (1st Class) |

Subtotal for this group: 124