# EXHIBIT 1

# WR Grace & Co. et al

Total number of parties: 4

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45787 | CANADIAN LINEN AND UNIFORM, 8631 STADIUM ROAD, EDMONTON, AB, T5H 3W9 CANADA | US Mail (1st Class) |
| 45787 | INFINITE ENERGY INC., 7001 SOUTHWEST 24TH AVENUE, GAINESVILLE, FL, 32607-3704 | US Mail (1st Class) |
| 45787 | MARGARET THOMPSON, 120 GAIL DRIVE, MAULDIN, SC, 29662 | US Mail (1st Class) |
| 45787 | MARY DULA, 132 SWING ABOUT ROAD, GREENWOOD, SC, 29649 | US Mail (1st Class) |

Subtotal for this group: 4