# EXHIBIT 1

# WR Grace & Co. et al

Total number of parties: 127

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45788 | MINISTER HON. DIANA MCQUEEN, ALBERTA ENVIRONMENT & WATER, 10 FLR, PETROLEUM PLAZA SOUTH TWR, 9915 - 108 ST, EDMONTON, AB, T5K 2G8 CANADA | US Mail (1st Class) |
| 45788 | ALBERTA FINANCE & ENTERPRISE, ROOM 426 TERRACE BLDG, 9515 - 107 STREET, EDMONTON, AB, T5K 2C3 CANADA | US Mail (1st Class) |
| 45788 | ALBERTA FINANCE & ENTERPRISE, TAX & REVENUE ADMINISTRATION, 9811 - 109 STREET, EDMONTON, AB, T5K 2L5 CANADA | US Mail (1st Class) |
| 45788 | MINISTER VERLYN OLSON, OC, ALBERTA JUSTICE, COMMUNICATIONS, 3RD FLR, BOWKER BLDG, 9833 - 109TH ST, EDMONTON, AB, T5K 2E8 CANADA | US Mail (1st Class) |
| 45788 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 125 WEST WASHINGTON ST, PHOENIX, AZ, 85007-2926 | US Mail (1st Class) |
| 45788 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 400 WEST CONGRESS SOUTH BLDG STE 315, TUCSON, AZ, 85701-1367 | US Mail (1st Class) |
| 45788 | ARIZONA DEPT ENVIRONMENTAL QUALITY, 1110 W WASHINGTON, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45788 | ARIZONA DEPT OF ENV QUALITY, JACQUELINE E SCHAFER DIR, 3033 N CENTRAL AVE, PHOENIX, AZ, 85012 | US Mail (1st Class) |
| 45788 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45788 | ATTORNEY GENERAL OF FLORIDA, PAM BONDI OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, PL-01, TALLAHASSEE, FL, 32399-1050 | US Mail (1st Class) |
| 45788 | ATTORNEY GENERAL OF SOUTH CAROLINA, ALAN WILSON, REMBERT DENNIS BLDG ROOM 519, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | BEAU BIDEN, ATTORNEY GENERAL, DISTRICT OF DELAWARE, CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45788 | ATTORNEY GENERALS OFFICE, CARVEL STATE OFFICE BLDG, 820 FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45788 | J CURRAN, JR., ESQ., ATTY GENERAL OF MARYLAND, THE MUNSEY BLDG, 7 N CALVERT ST 2ND FL, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 45788 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 45788 | CANADIAN ENVIRONMENTAL ASSESSMENT AGCY, 22ND FL, PLACE BELL, 160 ELGIN ST, OTTAWA, ON, K1A 0H3 CANADA | US Mail (1st Class) |
| 45788 | CANADIAN LINEN AND UNIFORM, 8631 STADIUM ROAD, EDMONTON, AB, T5H 3W9 CANADA | US Mail (1st Class) |
| 45788 | CARIE YOUNG, 1239 EAST 22ND ST, WINSTON-SALEM, NC, 27105 | US Mail (1st Class) |
| 45788 | CITY OF EDMONTON, 14810 123RD AVENUE, EDMONTON, AB, T5L 2Y5 CANADA | US Mail (1st Class) |
| 45788 | CITY OF PHOENIX, PO BOX 78815, PHOENIX, AZ, 85062-8815 | US Mail (1st Class) |
| 45788 | JEROME MILLER, DEPUTY CITY MANAGER, CITY OF PHOENIX ARIZONA, WATER SERVICES DEPARTMENT, 200 W. WASHINGTON ST., 9TH FL, PHOENIX, AZ, 85003 | US Mail (1st Class) |
| 45788 | CITY OF POMPANO BEACH, PO DRAWER 1300, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 45788 | CITY OF POMPANO BEACH, POBOX 908, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 45788 | OCCUPATIONAL LICENSE DEPT, CITY OF POMPANO BEACH, 100 WEST ATLANTIC ROOM 322, POMPANO BEACH, FL, 33060 | US Mail (1st Class) |
| 45788 | CITY OF WINNIPEG, 1140 PACIFIC AVENUE, WINNIPEG, MB, R3E 1C6 CANADA | US Mail (1st Class) |
| 45788 | CHARLESTON COUNTY, COUNTY TREASURER, PO BOX 878, CHARLESTON, SC, 29402-0878 | US Mail (1st Class) |
| 45788 | PATRICK CARTER, DIRECTOR, DELAWARE DIVISION OF REVENUE, 820 N. FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45788 | DOLORES YOUNG SHANNON, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45788 | EMILY M. HARRISON, 421 OAKVIEW FARMS RD., WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45788 | HONOROBLE PETER KENT, MINISTER OF ENVIRONMENT, ENVIRONMENT CANADA, LES TERRASSES DE LA CHAUDIERE, 10 WELLINGTON ST, 28TH FL, GATINEAU, QB, K1A 0H3 CANADA | US Mail (1st Class) |

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45788 | FIATP TIMBER LLC, C/O FOREST INVESTMENT ASSOCIATES L.P., 15 PIEDMONT CENTER, SUITE 1250, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 45788 | FL DEPT OF ENV PROTECTION, 2600 BLAIR STONE RD, TALLAHASSEE, FL, 32399-2400 | US Mail (1st Class) |
| 45788 | FLA DEPT OF ENVIRONMENTAL PROT, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 45788 | FLORIDA DEPT OF EPA, FL DEPT OF ENVIRONMENTAL PROTECTION, 400 N CONGRESS AVE STE 200, W PALM BEACH, FL, 33401-2913 | US Mail (1st Class) |
| 45788 | FLORIDA DEPT OF REVENUE, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399-0125 | US Mail (1st Class) |
| 45788 | FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 45788 | FLORIDA DEPT OF REVENUE, MARSHALL STRANBERG, GEN COUNSEL, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 45788 | DIVISION OF LICENSING, FLORIDA DEPT OF STATE, PO BOX 6687, TALLAHASSEE, FL, 32314-6687 | US Mail (1st Class) |
| 45788 | SUSAN THORNTON, GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, ACCOUNT MANAGER, 161 NORTH CLARK STREET, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 45788 | GERINA YOUNG, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45788 | GLADYS CLAY, 77 MATTLAGE PLACE, APT. 3, ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 45788 | GOVERNMENT OF ONTARIO, THE HONORABLE DWIGHT DUNCAN MINISTER OF FINANCE, 7 QUEEN'S PARK CRESCENT 7TH FL, TORONTO, ON, M7A 1Y7 CANADA | US Mail (1st Class) |
| 45788 | GREENVILLE COUNTY TAX COLLECTOR, PO BOX 368, GREENVILLE, SC, 29602-0368 | US Mail (1st Class) |
| 45788 | GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 45788 | GREENVILLE SCALE COMPANY, INC., 149 LANDMARK DRIVE, TAYLORS, SC, 29687 | US Mail (1st Class) |
| 45788 | GULF RESOURCES LTD., LEVEL 10 GOLD FIELDS HOUSE, 1 ALFRED STREET, SYDNEY, NS, NSW 2000 AUSTRALIA | US Mail (1st Class) |
| 45788 | HER MAJESTY QUEEN OF RIGHT CANADA, JACUELINE DAIS-VISCA, 130 KING ST WEST STE 2400, THE EXCHANGE TOWER, TORONTO, ON, M5X 1KC CANADA | US Mail (1st Class) |
| 45788 | I&M INDUSTRIALS, INC., PO BOX 8775, 10 AKRON DRIVE, DONALDSON CENTER, GREENVILLE, SC, 29604 | US Mail (1st Class) |
| 45788 | INFINITE ENERGY INC., 7001 SOUTHWEST 24TH AVENUE, GAINESVILLE, FL, 32607-3704 | US Mail (1st Class) |
| 45788 | JAMES FIERLE, INTERNAL REVENUE SERVICE, UNITED STATES TREASURY, 7850 SW 6TH COURT, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 45788 | JACK MCKITTRICK, PO BOX 2004, CAMDEN, SC, 29020 | US Mail (1st Class) |
| 45788 | JACK W. HARRISON, 1901 SHARON ROAD, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45788 | JASON GUZEK, 1 BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 45788 | LAURENS COUNTY TREASURER, ATTN: CYNTHIA M BURKE, PO BOX 1049, LAURENS, SC, 29360 | US Mail (1st Class) |
| 45788 | LAW OFFICES OF JAMIE P. YADGAROFF, LLC, ONE BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 45788 | LEONORA ANNE VERENES, 1023 SOUTH BOUNDARY AVE, AIKEN, SC, 29809 | US Mail (1st Class) |
| 45788 | LEROY YOUNG, JR., 1139 CONGRESS AVE., TEANECK, NJ, 07666 | US Mail (1st Class) |
| 45788 | MINISTER BILL BLAIKIE, MANITOBA CONSERVATION, PUBLIC INFO CENTRE, BOX 22, 200 SAULTEAUX CRESCENT, WINNIPEG, MB, R3J 3W3 CANADA | US Mail (1st Class) |
| 45788 | MANITOBA FINANCE - TAXATION DIVISION, 101 - 401 YORK AVENUE, WINNIPEG, MB, R3C 0P8 CANADA | US Mail (1st Class) |
| 45788 | MANITOBA FINANCE - TAXATION DIVISION, 314, 340 - 9TH STREET, BRANDON, MB, R7A 6C2 CANADA | US Mail (1st Class) |
| 45788 | MINISTER ANDREW SWAN, MANITOBA JUSTICE, 1110 - 405 BROADWAY, WINNIPEG, MB, R3C 3L6 CANADA | US Mail (1st Class) |
| 45788 | MARGARET THOMPSON, 120 GAIL DRIVE, MAULDIN, SC, 29662 | US Mail (1st Class) |
| 45788 | MARICOPA COUNTY ARIZONA, 222 NORTH CENTRAL, SUITE 1110, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 45788 | JOHN KOLMAN, DIR ENVIRONMENTAL SERVICES, MARICOPA COUNTY ENVIRONMENTAL SERVICES, 1001 N. CENTRAL AVE., STE 400, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 45788 | MARICOPA COUNTY TREASURER, PO BOX 78574, PHOENIX, AZ, 85062-8574 | US Mail (1st Class) |
| 45788 | MARSHA YOUNG, 377 W PALISADE AVE, ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 45788 | MARY DULA, 132 SWING ABOUT ROAD, GREENWOOD, SC, 29649 | US Mail (1st Class) |
| 45788 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, C/O CAROL IANCU AAG, MA OFFICE OF THE ATTORNEY GENERAL, 200 PORTLAND ST 3RD FLR, BOSTON, MA, 02114 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45788 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL, CAROL IANSU ATTORNEY GENERAL, ONE ASHBURTON PLACE, RM 1813, BOSTON, MA, 02108 | US Mail (1st Class) |
| 45788 | NANOPACK INC , 290 MUSKET LANE, WAYNE, PA, 19087 | US Mail (1st Class) |
| 45788 | MINISTER CHRIS BENTLEY, ONTARIO MINISTRY OF ATTORNEY GENERAL, MCMURTRY-SCOTT BLDG, 720 BAY ST 11TH FL, TORONTO, ON, M7A 2S9 CANADA | US Mail (1st Class) |
| 45788 | MINISTER JOHN WILKINSON, ONTARIO MINISTRY OF ENVIRONMENT, PUBLIC INFO CENTRE, 1ST FL, 135 ST CLAIR AVE W, TORONTO, ON, M4V 1P5 CANADA | US Mail (1st Class) |
| 45788 | PATRICIA YOUNG TAYLOR, 271 PLAINFIELD RD., EDISON, NJ, 08820 | US Mail (1st Class) |
| 45788 | PAUL KENNETH HANNA AND, KATIE BELL HANNA, PO BOX 366, CROSS HILL, SC, 29332 | US Mail (1st Class) |
| 45788 | SERVICES CANADA, PUBLIC WORKS AND GOVERNMENT, CANADIAN GOVERNMENT PUBLISHING, OTTAWA, ON, K1A 0S9 CANADA | US Mail (1st Class) |
| 45788 | NATIONAL RESEARCH COUNCIL CANADA, RECEIVER GENERAL FOR CANADA, 1200 MONTREAL ROAD, OTTAWA, ON, K1A 0R6 CANADA | US Mail (1st Class) |
| 45788 | NATIONAL RESOURCES CANADA, RECEIVER GENERAL OF CANADA, MTL/CANMET, 568 BOOTH ST, OTTAWA ONTARIO, ON, K1A 0G1 CANADA | US Mail (1st Class) |
| 45788 | TERI COFFENBOW, ROCKY MOUNTAIN TRANSPORTATION SERVICES, INC., PRESIDENT, 7312 RALSTON ROAD, ARVADA, CO, 80002 | US Mail (1st Class) |
| 45788 | S&B INDUSTRIAL MINERALS, S.A., 15 A METAXA STREET, KIFISSIA, 145 64 GREECE | US Mail (1st Class) |
| 45788 | SC DEPT OF HEALTH & ENVIR, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | SECURITAS SECURITY SERVICES, INC., ONE CHICK SPRINGS ROAD, SUITE 310, GREENVILLE, SC, 29609 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA ATTY GENERAL, ATTN: CHARLIE CONDON, REMBERT C DENNIS BLDG, PO BOX 11549, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA DEPT OF, MC PROPERTY TAX, COLUMBIA, SC, 29214-0139 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA DEPT OF HEALTH AND E, DOUG BRYANT COMMISSIONER, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA DEPT OF NAT RES, REMBERT C DENNIS BLDG, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | AGRICULTURE, SOUTH CAROLINA DEPT OF, PO BOX 11280, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA DEPT PUBLIC SAFETY, PO BOX 211849, COLUMBIA, SC, 29221 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA DHEC, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | SOUTH CAROLINA STATE TREASURER, 2600 BULL ST, COLUMBIA, SC, 29201-1708 | US Mail (1st Class) |
| 45788 | SPARTANBURG COUNTY, 26383 ROUTE 221, ENOREE, SC, 29355 | US Mail (1st Class) |
| 45788 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC, 29304 | US Mail (1st Class) |
| 45788 | STARBOARD CAPITAL PARTNERS, LLC, 30 JELLIFF LANE, SOUTHPORT, CT, 06890 | US Mail (1st Class) |
| 45788 | DEPARTMENT OF REVENUE, STATE OF ARIZONA, 1600 W. MONROE ST, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 45788 | ATTORNEY GENERAL, STATE OF DELAWARE DEPT OF JUSTICE, DROWOS, STUART B, 820 N FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 45788 | SECRETARY OF STATE, STATE OF DELAWARE, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 45788 | STATE OF FLORIDA DEPARTMENT OF REVENUE, 104 CARLTON BLDG, 5050 W. TENNESSEE ST, TALLAHASSEE, FL, 32399 | US Mail (1st Class) |
| 45788 | OF GENERAL SERVICES, STATE OF SOUTH CAROLINA OFFICE, 1201 MAIN ST SUITE 410, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | DEPT OF REVENUE OF TAXATION, STATE OF SOUTH CAROLINA, 301 GERVAOS ST, PO BOX 125, COLUMBIA, SC, 29214 | US Mail (1st Class) |
| 45788 | LAURENS COUNTY, STATE OF SOUTH CAROLINA, LYNN W LANCASTER, CLERK OF COURT, SC JUDICIAL DEPT, PO BOX 287, LAURENS, SC, 29360 | US Mail (1st Class) |
| 45788 | TERRANCE YOUNG, 419 CONLEE ST., LEHIGH ACRES, FL, 33974 | US Mail (1st Class) |
| 45788 | THE ATTORNEY GENERAL OF CANADA, ATTN IAN R DICK, DEPARTMENT OF JUSTICE CANADA, 130 KING ST W, STE 3400, BOX 36, TORONTO, ON, M5X1K6 CANADA | US Mail (1st Class) |
| 45788 | TOWN OF AJAX, 294 CLEMENTS RD, WEST AJAX, ON, L1S 3C6 CANADA | US Mail (1st Class) |
| 45788 | LISA P. JACKSON ADMIN, U S EPA REGION 4, SAM NUNN ATLANTA FEDERAL CENTER, 61 FORSYTH ST, ATLANTA, GA, 30303-8960 | US Mail (1st Class) |

**Exhibit 1 - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45788 | CAROL KUHNHEIN, ACCOUNT MANAGER, UNION TANK CAR COMPANY, MANOR OAK ONE – SUITE 340, 1910 COCHRAN ROAD, PITTSBURGH, PA, 15220 | US Mail (1st Class) |
| 45788 | UNITED STATES OF AMERICA, C/O JAMES D FREEMAN ESQ, ENV ENFORCEMENT SECTION, 1961 STOUT ST 8TH FL, DENVER, CO, 80294 | US Mail (1st Class) |
| 45788 | US ATTORNEY, 151 MEETING ST., SUITE 200, CHARLESTON, SC, 29401 | US Mail (1st Class) |
| 45788 | US ATTORNEY, 401 W. EVANS ST., RM 222, FLORENCE, SC, 29501 | US Mail (1st Class) |
| 45788 | US ATTORNEY, 55 BEATTIE PLACE, SUITE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 45788 | US ATTORNEY, ARIZONA, 405 W. CONGRESS STREET, SUITE 4800, TUCSON, AZ, 85701-5040 | US Mail (1st Class) |
| 45788 | US ATTORNEY, ARIZONA, 123 N SAN FRANCISCO STREET, SUITE 410, FLAGSTAFF, AZ, 86001 | US Mail (1st Class) |
| 45788 | US ATTORNEY, ARIZONA, 4035 S. AVENUE A, YUMA, AZ, 85365 | US Mail (1st Class) |
| 45788 | ANN BIRMINGHAM SCHEEL, US ATTORNEY, ARIZONA, TWO RENAISSANCE SQUARE, 40 N. CENTRAL AVE, SUITE 1200, PHOENIX, AZ, 85004-4408 | US Mail (1st Class) |
| 45788 | CHARLES M OBERLY, III, US ATTORNEY, DISTRICT OF DELAWARE, P.O. BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 45788 | ROB J. ROSENSTEIN, US ATTORNEY, DISTRICT OF MARYLAND, 36 S. CHARLES STREET 4TH FL., BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 45788 | US ATTORNEY, MASSACHUSETTS, DONOHUE FEDERAL BUILDING, ROOM #206, 595 MAIN ST., WORCESTER, MA, 01608 | US Mail (1st Class) |
| 45788 | US ATTORNEY, MASSACHUSETTS, FEDERAL BUILDING AND COURTHOUSE, 300 STATE STREET, SUITE 230, SPRINGFIELD, MA, 01105 | US Mail (1st Class) |
| 45788 | CARMEN M ORTIZ, US ATTORNEY, MASSACHUSETTS, JOHN JOSEPH MOAKLEY, UNITED STATES FEDERAL COURTHOUSE, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MA, 02210 | US Mail (1st Class) |
| 45788 | US ATTORNEY, SO DIST FLORIDA, 500 E. BROWARD BLVD., FT LAUDERDALE, FL, 33394 | US Mail (1st Class) |
| 45788 | US ATTORNEY, SO DIST FLORIDA, 500 S AUSTRALIAN AVE. STE. 400, W. PALM BEACH, FL, 33401 | US Mail (1st Class) |
| 45788 | US ATTORNEY, SO DIST FLORIDA, 505 SOUTH 2ND STREET, FT. PIERCE, FL, 34950 | US Mail (1st Class) |
| 45788 | US ATTORNEY, SO DIST FLORIDA, 301 SIMONTON STREET, KEY WEST, FL, 33040 | US Mail (1st Class) |
| 45788 | WIFREDO A. FERRER, US ATTORNEY, SO DISTRICT FLORIDA, 99 N.E. 4TH STREET, MIAMI, FL, 33132 | US Mail (1st Class) |
| 45788 | WILLIAM N. NETTLES, US ATTORNEY, 1441 MAIN STREET, SUITE 500, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 45788 | ERIC HOLDER JR, US ATTY GENERAL, US DEPT OF JUSTICE, ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 45788 | VIRGINIA VERMICULITE, 13341 LOUISA ROAD, LOUISA, VA, 23093 | US Mail (1st Class) |
| 45788 | VIRGINIA VERMICULITE, L.L.C , 225 RIVER FARM, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 45788 | WASTE MANAGEMENT, INC , 390 INNOVATION WAY, WELLFORD, SC, 29385 | US Mail (1st Class) |

**Subtotal for this group: 127**