# EXHIBIT 1

# BMC Group
## WR GRACE
### Monthly Invoice:

### April 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 4/7/2011 | 2.6 | $325.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.8); revise b-Linx per audit (0.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/11/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.9); revise b-Linx per audit (1.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/12/2011 | 2.8 | $350.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.9); revise b-Linx per audit (0.9) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/14/2011 | 2.6 | $325.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.8); revise b-Linx per audit (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/15/2011 | 2.3 | $287.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.5); revise b-Linx per audit (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/18/2011 | 1.8 | $225.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.0); revise b-Linx per audit (0.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/21/2011 | 3.0 | $375.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.9); revise b-Linx per audit (1.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/25/2011 | 2.5 | $312.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.8); revise b-Linx per audit (.7) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/26/2011 | 2.7 | $337.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.7); revise b-Linx per audit (1.0) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/27/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.2); revise b-Linx per audit (0.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/28/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/29/2011 | 4.5 | $562.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (3.0); revise b-Linx per audit (1.5) |
| | | WRG Asbestos Claims Total: | | 34.3 | $4,287.50 | |

### April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 4/1/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26662-26671 |
| BRIANNA TATE - CAS | | $45.00 | 4/1/2011 | 0.2 | $9.00 | Review of claim data to determine if Southwest Special Testing had an active non asbestos claim per TFeil's request. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/1/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/1/2011 | 0.1 | $7.50 | Review Court docket Nos. 26672-26674 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/4/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26672-26674 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/4/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |

## BMC Group
WR GRACE
Monthly Invoice:

### April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/4/2011 | 0.2 | $15.00 | Review Court docket Nos. 26675-26679, 26686-26713 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice ENSR Corp re: dkt 26680 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice US Gypsum re: dkt 26683 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice National Research (1) re dkt 26682 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice National Research (1) re dkt 26682 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice National Analysts Research (2) re: dkt 26682 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Troy Chemical re: dkt 26684 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Terracon re: dkt 26685 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Transfer/Courtesy Notices Claims Recovery re: dkts 26680 - 26685 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Amended Transfer Notice Alles of the Carolinas re: dkt 26510 |
| MABEL SOTO - CAS | | $45.00 | 4/4/2011 | 0.1 | $4.50 | Prepare document for service: Amended Transfer Notice Fair Harbor re: dkt 26510 |
| MIKE BOOTH - MANAGER | | $165.00 | 4/4/2011 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/4/2011 | 0.4 | $78.00 | Review and analysis of email exchanges and 5 Courtesy Notices of Transfer of claims re: the Limo, Inc., United States Gypsum, 2 for National Analysts Research, and Troy Chemical transferred to Claims Recovery Group forwarded to NoticeGroup for produciton and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and documents forwarded to NoticeGroup for production and service re Amended Notice of Transfer of Claim of Alles of the Carolinas forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and document re Courtesy Notice of Transfer of Terracon claim to Chemical Recovery Group forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/4/2011 | 0.2 | $39.00 | Review and analysis of email exchanges and documents re Notice of Transfer of claim of NSR Corporation to Claims Recovery Group forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, L.Shippers re: recently filed notices of change of address and claim database updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/5/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 26676-26679, 26686-26688, 26698-26706, 26708-26713 |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 — WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| DUSTEE DECKER - REC_TEAM | | $75.00 | 4/5/2011 | 0.1 | $7.50 | Telephone with Creditor at (330) 796-6522 / RE: distribution status inquiry |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/5/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/5/2011 | 0.1 | $7.50 | Review Court docket Nos. 26714-26720 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/5/2011 | 0.2 | $42.00 | Analysis of S Cohen email re non-asbestos update for T Feil (.1); review case files in prep for status memo to T Feil (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/5/2011 | 1.0 | $210.00 | Analysis of docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/6/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26714-26715, 26717 |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/6/2011 | 1.8 | $225.00 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (0.8) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/6/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/6/2011 | 0.1 | $7.50 | Review Court docket Nos. 26721-26735 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2011 | 1.4 | $294.00 | Prep status memo to T Feil (.2); DRTT analysis and b-Linx audit (.7); revise b-Linx re audit results (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2011 | 1.5 | $315.00 | Analysis of documents and files re reporting for 1st Qtr SEC reporting |
| MIKE BOOTH - MANAGER | | $165.00 | 4/6/2011 | 0.1 | $16.50 | Discussion with S Cohen re: recently filed Notices of Change of Address and possible claim database updates required. |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/6/2011 | 0.1 | $19.50 | Review and analysis of email status report from M Araki re pending actions |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/6/2011 | 0.1 | $19.50 | Review and analysisof email status report from Steffanie Cohen re non-asbestos claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/6/2011 | 0.1 | $11.00 | Discussion with M.Booth re: recently filed Notices of Change of Address and possible claim database updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/7/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26721-26723, 26725-26731, 26733-26735 |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/7/2011 | 1.0 | $125.00 | DRTT analysis and b-Linx audit (0.7) revise b-Linx re audit result (.3) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/7/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/7/2011 | 0.1 | $7.50 | Review Court docket No. 26747 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/7/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy/Transfer Notices Archon Bay re: dkts 26736 - 26745 |
| MABEL SOTO - CAS | | $45.00 | 4/7/2011 | 0.1 | $4.50 | Prepare document for service: Transfer/Courtesy Notices Restoration Holdings re: dkts 26736 - 26745 |
| MABEL SOTO - CAS | | $45.00 | 4/7/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 26745 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2011 | 1.8 | $378.00 | Analysis of docs re review of changes in S Cohen change report for SEC 1st Qtr reporting |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/8/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26747 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/8/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/8/2011 | 0.1 | $7.50 | Review Court docket Nos. 26748-26755 to categorize docket entries. |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Case Administration

| Name                Type          | Hourly Rate | Date      | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MIREYA CARRANZA - CAS            | $45.00  | 4/8/2011  | 0.1 | $4.50  | Loading COA's Postage for previous month, complete pdf on production billing |
| MYRTLE JOHN - MANAGER            | $195.00 | 4/8/2011  | 0.2 | $39.00 | Review and analysis of Courtesy Notices of Transfer of Restoration Holdings Claims to Archon Bay Capital forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS            | $95.00  | 4/9/2011  | 0.1 | $9.50  | Audit categorization updates related to Court Docket Nos 26749-26755 |
| BRIANNA TATE - CAS               | $45.00  | 4/11/2011 | 0.1 | $4.50  | Telephone with Irene Thomas at (540) 947-2314 / RE: the status of the case. |
| JAMES MYERS - CAS                | $65.00  | 4/11/2011 | 0.1 | $6.50  | Review claim inquiry correspondence & prep email to M John; confer w/ M John re same |
| LELIA HUGHES - REC_TEAM          | $75.00  | 4/11/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM          | $75.00  | 4/11/2011 | 0.1 | $7.50  | Review Court docket Nos. 26756-26765 to categorize docket entries. |
| MABEL SOTO - CAS                 | $45.00  | 4/11/2011 | 0.1 | $4.50  | Prepare document for service: Courtesy Notice Southwest Special Testing re: dkt 26760 |
| MABEL SOTO - CAS                 | $45.00  | 4/11/2011 | 0.1 | $4.50  | Prepare document for service: Transfer Notice Illinois Blower re: dkt 26761 |
| MABEL SOTO - CAS                 | $45.00  | 4/11/2011 | 0.1 | $4.50  | Prepare document for service: Transfer Notices Claims Recovery Group re: dkts 26760 & 26761 |
| MABEL SOTO - CAS                 | $45.00  | 4/11/2011 | 0.1 | $4.50  | ECF filing Proof of Service Transfer Notice re: dkt 26761 |
| MARTHA ARAKI - CONTRACTOR        | $210.00 | 4/11/2011 | 0.2 | $42.00 | Analysis of email from T Feil re latest fee apps (.1); prep email to T Feil re last Qtrly fee app filed (.1) |
| MIKE BOOTH - MANAGER             | $165.00 | 4/11/2011 | 0.1 | $16.50 | Correspondence with S Cohen re: recently filed transfers of claims and additional analysis, possible claim database updates required. |
| MYRTLE JOHN - MANAGER            | $195.00 | 4/11/2011 | 0.1 | $19.50 | Review and analysis of correspondence from Eugene Mosley re claim status |
| MYRTLE JOHN - MANAGER            | $195.00 | 4/11/2011 | 0.1 | $19.50 | Email to Martha Araki re appropriate response to Eugene Mosley re claim status |
| MYRTLE JOHN - MANAGER            | $195.00 | 4/11/2011 | 0.2 | $39.00 | Review email exchanges and Courtesy Notice of Transfer re Southwest Special Testing claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER            | $195.00 | 4/11/2011 | 0.2 | $39.00 | Review email exchanges and Courtesy notice of Transfer re Illinois Blower Inc claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM       | $110.00 | 4/11/2011 | 0.1 | $11.00 | Email correspondence with M.Booth re: recently filed transfers of claims and additional analysis, possible claim database updates required |
| AIRGELOU ROMERO - CAS            | $95.00  | 4/12/2011 | 0.1 | $9.50  | Audit categorization updates related to Court Docket Nos 26757, 26762-26765 |
| DUSTEE DECKER - REC_TEAM         | $75.00  | 4/12/2011 | 0.2 | $15.00 | Telephone with Joseph Brown at (409) 832-9132 / RE: case status inquiry |
| LELIA HUGHES - REC_TEAM          | $75.00  | 4/12/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM          | $75.00  | 4/12/2011 | 0.1 | $7.50  | Review Court docket Nos. 26766-26778 to categorize docket entries. |
| AIRGELOU ROMERO - CAS            | $95.00  | 4/13/2011 | 0.1 | $9.50  | Audit categorization updates related to Court Docket Nos 26756, 26773, 26775-26776, 26778 |

## BMC Group
WR GRACE
Monthly Invoice:

### April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 4/13/2011 | 1.8 | $225.00 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (.8) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/13/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/13/2011 | 0.1 | $7.50 | Review Court docket Nos. 26779-26781 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 4/13/2011 | 0.5 | $22.50 | Review and process no COA return mail |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/13/2011 | 0.1 | $11.00 | Email correspondence with A.Carter re: recent docket entry and analysis, database updates performed |
| BRIANNA TATE - CAS | | $45.00 | 4/14/2011 | 0.1 | $4.50 | Telephone with Eric at (646) 863-7150 / RE: info regarding a claim. Referred to Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 4/14/2011 | 0.1 | $4.50 | Responded to email from Scott Friedberg w/ The Seaport Group re: how to obtain a copy of a claim. Referred to Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/14/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/14/2011 | 0.1 | $7.50 | Review Court docket Nos. 26782-26783 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/15/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26779-26783 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 4/15/2011 | 0.2 | $15.00 | Telephone with Creditor at (425) 889-3678 / RE: distribution status inquiry |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/15/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/15/2011 | 0.1 | $7.50 | Review Court docket No. 26784 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/15/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with L.Shippers re: reporting requirements (.1) |
| JAMES MYERS - CAS | | $65.00 | 4/18/2011 | 0.1 | $6.50 | Email exchange w/ L Shippers transmitting docs for service |
| JAMES MYERS - CAS | | $65.00 | 4/18/2011 | 0.1 | $6.50 | Claim Transfer: review returned envelope; prep email transmitting to L Shippers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/18/2011 | 1.6 | $336.00 | Analysis of S Cohen emails to K Davis re change report and transfer update (.4); analysis of Court docket re case status (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/18/2011 | 0.2 | $39.00 | Review and analysis of email exchange and Notice of Transfer re Steel Fab claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/18/2011 | 0.4 | $44.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse re: reporting requirements (.1); email correspondence with K.Davis re: analysis and reports (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/19/2011 | 2.3 | $287.50 | DRTT analysis and b-Linx audit (1.5) revise b-Linx re audit result (.8) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/19/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/19/2011 | 0.1 | $7.50 | Review Court docket Nos. 26785, 26788-26796 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2011 | 0.7 | $147.00 | Telephone from R Higgins re review of active recon/open claims/scheds info in prep for distribution (.3); analysis of email from D Boll re Blackrock as creditor/debt or equity holder (.1); analysis of b-Linx, shareholder, lender and equity lists (.2); prep email to D Boll re research results (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2011 | 0.5 | $105.00 | Prep email to G Kruse re timing inquiry for R Higgins info re data from Blackstone to check printing (.2); analysis of G Kruse response (.1); prep email to M John re processing time for checks (.1); analysis of M John reply (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2011 | 0.5 | $105.00 | Prep bi-monthly case status memo to T Feil (.2); analysis of team case updates (.1); emails to/from T Feil re post-conf Trusts (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/19/2011 | 0.2 | $39.00 | Email to case team re pending issues (.1); review email from M Araki and other team members re status of ongoing issues (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/19/2011 | 0.1 | $19.50 | Review email exchange and document from M Araki re withdrawal of claim by Oregon Dept Rev |
| BRIANNA TATE - CAS | | $45.00 | 4/20/2011 | 0.1 | $4.50 | Telephone with Kyle of Brown Brothers Harriman at (201) 418-5600 / RE: the status of the confirmation hearing. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 4/20/2011 | 0.3 | $33.00 | Review (.1) and reply (.1) to email from M Booth re: withdrawal of claim; link related image to claim and update claims database (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/20/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/20/2011 | 0.1 | $7.50 | Review Court docket Nos. 26797-26798 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 4/20/2011 | 0.1 | $4.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/20/2011 | 0.4 | $84.00 | Analysis of T Marshall email re check distrib timing estimate (.1); analysis of G Kruse email re datawork estimate (.1); analysis of C Barazesh email re check distrib timing info (.1); analysis of S Fritz email re final March data (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/20/2011 | 0.3 | $63.00 | Prep email to G Kruse re data services included in data time estimate (.1); prep email to M Grimmett and T Marshall re est for distrib check production (.1); prep email to C Barazesh re no record date set (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/20/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| TERRI MARSHALL - MANAGER | | $185.00 | 4/20/2011 | 0.1 | $18.50 | Review request from M Araki re check processing time estimate, consult with data mgr and respond |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/21/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26788-26798 |
| BRIANNA TATE - CAS | | $45.00 | 4/21/2011 | 0.1 | $4.50 | Telephone with Chris at (905) 863-6414 / RE: how to be removed from the service list. Referred to Rust Consulting. He will also send an email to callcenter@bmcgroup.com. |
| BRIANNA TATE - CAS | | $45.00 | 4/21/2011 | 0.1 | $4.50 | Forwarded request from Chris Paczynski w/Nortel to be removed from service to project team. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/21/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/21/2011 | 0.1 | $7.50 | Review Court docket No. 26799 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/21/2011 | 0.1 | $4.50 | Prepare withdrawal to claim image 17591 to b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/21/2011 | 0.7 | $147.00 | Analysis of BMC website re updates needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/21/2011 | 0.2 | $42.00 | Analysis of B Tate email re call from C Paczynski and request for removal from service lists (.1); prep email to B Tate re removal (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/21/2011 | 1.8 | $378.00 | DRTT analysis (1.0) and b-Linx audit of Cassman, consultants (.8) |
| JAMES MYERS - CAS | | $65.00 | 4/22/2011 | 0.1 | $6.50 | Ntc Claim Trans: review returned transfer ntc; prep email transmitting to L Shipper for processing |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/22/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/22/2011 | 0.1 | $7.50 | Review Court docket Nos. 26800-26808 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2011 | 0.2 | $42.00 | Analysis of J Baer email re Garlock issue and PI ballots (.1); prep email to J Baer re update (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/23/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26799-26808 |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/25/2011 | 2.9 | $362.50 | Docket research and review of documents re completion of service requirements of filed Orders involving claims (2011-03-08_to_2011-04-17) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/25/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/25/2011 | 0.1 | $7.50 | Review Court docket Nos. 26809-26810 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/25/2011 | 1.4 | $294.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/26/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26809-26810 |
| JAMES MYERS - CAS | | $65.00 | 4/26/2011 | 0.1 | $6.50 | Ntc Transfer US Gypsum: review return envelope; prep email transmitting to L Shippers for processing |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/26/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/26/2011 | 0.1 | $7.50 | Review Court docket Nos. 26811-26815 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/26/2011 | 0.3 | $63.00 | Analysis of J Conklin email re COA Home Insurance Co (.1); prep email to team re Garlock/PI ballot issue (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/26/2011 | 0.1 | $19.50 | Read and respond to email from M Araki re Tarlock Technologies requests for PI claimant information |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/27/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26811-26815 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/27/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/27/2011 | 0.1 | $7.50 | Review Court docket Nos. 26816-26821 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 0.6 | $126.00 | Analysis of J Baer email re E Wolf info re Marblegate amended transfer (.1); emails to/from T Feil re CDN ZAI claims agent (.2); prep email to L Shippers re Marblegate amended transfer (.1); prep email to M Booth/Call Center re Garlock/PI ballot info (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/28/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26816-26821 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/28/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/28/2011 | 0.1 | $7.50 | Review Court docket Nos. 26822-26827 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/28/2011 | 0.1 | $4.50 | ECF filing a Proof of Service Transfer Notice re: dkt 26786 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/28/2011 | 0.1 | $21.00 | Analysis of T Feil/J Baer emails re CDN ZAI claims agent |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/28/2011 | 1.7 | $357.00 | DRTT audit (1.0); revise b-Linx re audit results (.7) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 4/29/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26822-26827 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/29/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/29/2011 | 0.1 | $7.50 | Review Court docket Nos. 26828-26836 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 0.3 | $63.00 | Analysis of J Baer email re Rust posting claims register on-line (.1); prep email to J Baer re possible issues with posting claims register on-line (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 0.4 | $84.00 | Telephone with M Booth re Claims Recovery COAs for transferred claims, handling |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 1.3 | $273.00 | Analysis of Court docket re case status |
| | WRG Case Administration Total: | | | 46.8 | $6,950.50 | |

## April 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 4/7/2011 | 0.8 | $88.00 | Reseach missing claim 15370 for summary F7 report at request of S Cohen |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/14/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/18/2011 | 1.2 | $180.00 | Prep updated active/inactive claims report (.9). Export to Excel (.2); forward to S Cohen for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/19/2011 | 1.5 | $225.00 | Review/audit of Blackstone distribution calculations in provided worksheet (.8). Verify interest claculations and possible intergration into BMC distribution reporting (.7) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/21/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/25/2011 | 1.3 | $195.00 | Update distribution report template (.6). Author report macro to generate distribution report (.7). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/25/2011 | 1.2 | $180.00 | Generate updated claims distribution report (.8). Export to Excel (.3) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/25/2011 | 0.8 | $120.00 | Generate listing of active claims with no distribution class. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/25/2011 | 1.0 | $150.00 | Generate listing of active claims with no or incomplete distribution interest rate data. |
| ANNA WICK - SR_ANALYST | | $110.00 | 4/26/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 4/26/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (Personal Injury) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/26/2011 | 0.2 | $19.00 | Review correspondence from creditor Home Insurance Company in regards to a change of address request (.1). Forward documents to project manager for further review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/27/2011 | 1.1 | $165.00 | Review of current Distribution Interest rate database (.7). Prepare email to M Araki re updated format to distribution report - proposed updates include flagging of multi-class claims and adding a column for distribution address if different to creditor address (.4) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/28/2011 | 1.5 | $225.00 | Review of multiclass active claims and note claims with no distribution rate assigned. |

# BMC Group
### WR GRACE
#### Monthly Invoice:

## April 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/29/2011 | 2.7 | $405.00 | Active claims distribution address review-match all current distribution addresses to creditor matrix (2.0). Add new addresses as needed. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/29/2011 | 1.4 | $210.00 | Upload distribution addresses of affected claims to b-Linx. |
| | WRG Data Analysis Total: | | | 16.9 | $2,401.00 | |

## April 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/20/2011 | 0.8 | $168.00 | Analysis of Court docket re plan amendments (.5); analysis of webpage re plan docs posted (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/20/2011 | 1.5 | $315.00 | Analysis of plan amendments re impact on distribution process |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2011 | 2.5 | $525.00 | Analysis of Blackstone data re updates, outstanding claims, issues for resolution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/25/2011 | 2.9 | $609.00 | Analysis of G Kruse email re current distribution report (.2); analysis of current distribution report (1.0); analysis of b-Linx, interest tool and Blackstone report vs current distribution report (1.5); prep email to G Kruse re data issues (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/26/2011 | 1.8 | $378.00 | Continue analysis of current distribution report, b-Linx, interest tool and Blackstone report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 2.7 | $567.00 | Continue analysis of current distribution data from G Kruse vs Blackstone info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 0.3 | $63.00 | Analysis of G Kruse email re data islands for distribution data (.2); prep email to G Kruse re data to receive from Blackstone for distribution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 1.5 | $315.00 | Revise CCRT, interest tool re G Kruse report vs Blackstone data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/28/2011 | 0.3 | $63.00 | Analysis of G Kruse email re multi-class claims and interest, distribution addresses (.2); prep email to G Kruse re distribution address review location (.1) |
| | WRG Distribution Total: | | | 14.3 | $3,003.00 | |

## April 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.4 | $44.00 | Exchange emails with M. Araki re: processing of multiple Change of Address Requests filed by a transfer agent. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.3 | $33.00 | Prepare three Proofs of Service related to transfer notices (.2), forward to notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.3 | $33.00 | Analysis of Court docket re: six new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.2 | $22.00 | Analysis of b-Linx re: six claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.6 | $66.00 | Revise b-Linx re: seven claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.7 | $77.00 | Prepare seven transfer notices (.6), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.2 | $22.00 | Revise address of impacted creditor in the claims database per current contact info provided by transfer agent. |

## BMC Group
WR GRACE
Monthly Invoice:

### April 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/4/2011 | 0.1 | $11.00 | Exchange emails with F. Glass of Fair Harbor re: undeliverable address provided in Notice of Transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/4/2011 | 1.0 | $210.00 | Analysis of L Shippers email re COAs filed on docket by transfer agents/process for handling (.2); analysis of b-Linx re transfers from agents with COA on docket (.2); prep email to L Shippers re processing of COAs on docket from transfer agents (.1); analysis of claims register and undisputed claims reports re transfers and appearance on reports (.2); prep email to L Shippers re add'l process of addressing COAs on docket with same transfer agent address (.1); analysis of L Shippers response (.1); emails from M Booth re process (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/4/2011 | 0.3 | $63.00 | Analysis of R Higgins email re PA tax claim 155 (.1); analysis of R Higgins email re Gamma Holdings claim 7022 (.1); telephone to S Cohen re research for R Higgins on claims 155 and 7022 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/4/2011 | 0.1 | $21.00 | Analysis of S Cohen email re 1st Qtr SEC review, status and issues |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 1.7 | $187.00 | Initialize preparation and analysis of Q1 reports and related claims data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 0.1 | $11.00 | Research claims per request by counsel for information re status of tax claims; email correspondence with M.Araki re: status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 2.6 | $286.00 | Continue preparation and analysis of Q1 reports (2.4); discussion with A.Wick re: additional database updates required (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2011 | 0.1 | $11.00 | Research claim 12942 per L.Gardner request; email correspondence with L.Gardner re: claim status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/5/2011 | 0.8 | $168.00 | Analysis of S August email re reconciling Sched G for WRG-Conn only for cure notice received (.1); analysis of J Baer email re info for S August inquiry on Sched G filed in related debtor cases (.1); analysis of files re Sched G filed in all cases (.3); analysis of docket re amendments to Sched G (.2); prep email to J Baer re all Sched G filed in all related cases (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/5/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for additional information re: claim 12942 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/6/2011 | 0.1 | $11.00 | Analyze Court docket nos. 26718, 26719, and 26720, verify no further updates in the claims database are necessary. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2011 | 0.3 | $63.00 | Analysis of R Higgins email re research request claim 155 PA tax claim (.1); analysis of b-Linx re claim 155 (.1); prep response to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2011 | 0.4 | $84.00 | Analysis of R Higgins email re research request claim 7022 Gamma Holdings (.1); analysis of b-Linx re claim 7022 (.2); prep email to R Higgins re claim 7022 research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/7/2011 | 1.5 | $187.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.0); revise b-Linx per audit (0.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 0.3 | $33.00 | Analysis of Court docket re: twelve new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 0.4 | $44.00 | Analysis of b-Linx re: twelve claim transfers. |

# BMC Group
## WR GRACE
### Monthly Invoice:

### April 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 1.1 | $121.00 | Revise b-Linx re: twelve claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 1.0 | $110.00 | Prepare twelve transfer notices (.9), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 0.2 | $22.00 | Prepare one Proof of Service related to transfer notice (.1), forward to notice group for filing (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2011 | 0.2 | $22.00 | Draft email to D. Tonner of Archon Bay Capital re: duplicate Notice of Transfer filed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2011 | 0.6 | $126.00 | Analysis of S Cohen email re split claims not showing on reports for SEC analysis (.2); telephone to S Cohen re splits (.2); analysis of S Cohen email re 1st Qtr SEC reporting info (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2011 | 0.8 | $168.00 | Analysis of 1st Qtr SEC reports from S Cohen vs 4th Qtr SEC reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/7/2011 | 2.3 | $253.00 | Finalize preparation and analysis of Q1 reports (1.1); work with A.Wick on reporting requirements (.9); discussion & email correspondence with M.Araki re: reports and claim updates performed (.3) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/8/2011 | 4.5 | $562.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (3.0); revise b-Linx per audit (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2011 | 1.9 | $399.00 | Analysis of data re 1st Qtr SEC prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2011 | 1.5 | $315.00 | DRTT review and b-Linx audit (.8); revise b-Linx re audit results (.7) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/11/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/11/2011 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/11/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/11/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/11/2011 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, forward to notice group for filing. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 0.2 | $42.00 | Analysis of L Shippers email re Marblegate transfer amendment not received (.1); analysis of M Booth email re COAs for previously filed transfers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 0.4 | $84.00 | Analysis of R Higgins email re Illinois tax claim 150 (.1); research b-Linx re claim 150 (.1); prep email to R Higgins re research results (.1); prep email to R Higgins re Wisconsin tax claim pending review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 0.7 | $147.00 | Analysis of C Finke email re updated tax claim worksheets (.1); analysis of R Higgins email re narrative for 1st Qtr SEC insert (.1); analysis of narrative (.1); prep revisions to 1st Qtr SEC narrative (.3); prep email to R Higgins re 1st Qtr SEC narrative (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 1.1 | $231.00 | Analysis of J Baer email re Garlock Tech request for PI ballots (.1); analysis of PI ballots re confidentiality (.3); prep email to J Baer re PI ballot info, issues (.1); analysis of J Baer email re request for sample PI ballot info (.1); email to G Kruse re PI master ballot spreadsheets (.1); analysis of PI master ballot spreadsheets (.4) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 0.3 | $63.00 | Analysis of J Baer email re sample data, ballot from large PI master ballot (.1); prep email to J Baer re sample data, ballot, tabulation sheet from large PI ballot (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2011 | 4.6 | $966.00 | Prep ART report re tax claims (.3); analysis of ART report vs prior C Finke tax worksheets (1.5); analysis of corresp re C Finke tax claim revision requests (.2); revise b-Linx and C Finke tax worksheets to update info (2.5); prep email to C Finke re revised tax worksheets (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/12/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.5); revise b-Linx per audit (0.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/12/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation note. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/12/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/12/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/13/2011 | 0.3 | $63.00 | Analysis of S August email re Sched G analysis re cure ntc (.1); prep email to A Carter re Sched G files (.1); prep email to J Baer re Sched G previously transmitted and location on dockets (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/13/2011 | 0.3 | $33.00 | Analyze docket numbers 26553 to 26630 (.2); initilialize required claim database updates (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/14/2011 | 2.5 | $312.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.8); revise b-Linx per audit (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/14/2011 | 0.6 | $66.00 | Analyze docket numbers 26625 to 26777 (.3); finalize required claim database updates (.3) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/15/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.2); revise b-Linx per audit (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/18/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.2); revise b-Linx per audit (0.8) |
| ELLEN DORS - REC_TEAM | | $110.00 | 4/18/2011 | 1.9 | $209.00 | Analyze and review docket activity for 19 filed Notice of Transfers (.7); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (1.2). |
| ELLEN DORS - REC_TEAM | | $110.00 | 4/18/2011 | 0.3 | $33.00 | Analyze and review docket activity for 3 filed Certificates of Service for Notice of Transfers (.1); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.2). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/18/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/18/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/18/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/18/2011 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 – WRG Non-Asbestos Claims

| Name / Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/18/2011 | 0.6 | $126.00 | Analysis of R Higgins email re review of settled/allowed claims and open schedules (.1); analysis of files re previous settled/allowed reports and updates needed (.3); analysis of previous open schedules reports and updates needed (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/18/2011 | 1.5 | $315.00 | Prep new ART reports for settled/allowed/open for update of R Higgins reports |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/18/2011 | 3.0 | $630.00 | Analysis of new ART reports vs prior reports and data changes |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/18/2011 | 3.3 | $693.00 | Revise R Higgins settled/allowed/open reports re updated info (3.2); prep email to R Higgins re updated worksheets (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/19/2011 | 0.7 | $147.00 | Telephone from J Getelman/K&E re status of A Rosenberg claim, research (.1); analysis of K Davis email re D Nelson COA (.1); analysis of K Davis email re LR Schultz ballot info received (.2); analysis of K Davis email re withdrawal of claim 17591 (.1); prep email to K Davis re LR Schultz ballot and letter a supp to ZAI POC (.1); prep email to Cassman re withdrawal of claim 17591 (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/19/2011 | 0.7 | $147.00 | Prep ART report of open schedules (.2); compare vs prior ART report (.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/19/2011 | 1.8 | $378.00 | Analysis of prior active reports sent to R Higgins (.3); prep revised active reports (1.4); prep email to R Higgins re revised reports (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/19/2011 | 1.5 | $315.00 | Analysis of Court docket re case status (1.0); update work in process list (.5) |
| ANNE CARTER - CONSULTANT | $125.00 | 4/20/2011 | 3.0 | $375.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.3); revise b-Linx per audit (0.7) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/20/2011 | 1.5 | $315.00 | Revise/update proposed schedule amendment reports (1.3) prep email to R HIggins re revised proposed schedule amendment reports (.2) |
| MIKE BOOTH - MANAGER | $165.00 | 4/20/2011 | 0.1 | $16.50 | Correspondence with E Dors, M Araki re: Withdrawal of Claim 17591 filed by Oregon Depart of Revenue and required database updates related to same. |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 4/20/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: recently withdrawn Oregon Department of Revenue claim, database updates required |
| ANNE CARTER - CONSULTANT | $125.00 | 4/22/2011 | 5.7 | $712.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (3.7); revise b-Linx per audit (2.0) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/22/2011 | 2.0 | $420.00 | Analysis of files re status of outstanding issues re claims |
| ANNE CARTER - CONSULTANT | $125.00 | 4/26/2011 | 1.6 | $200.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.0); revise b-Linx per audit (.6) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/26/2011 | 0.3 | $63.00 | Prep email to J Baer re follow-up on Marblegate amended transfer of claim (.1); analysis of J Baer response re Marblegate amended transfer (.1); analysis of J Baer email to E Wolf re followup on Marblegate amended transfer (.1) |
| ANNE CARTER - CONSULTANT | $125.00 | 4/27/2011 | 3.2 | $400.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## April 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 0.7 | $147.00 | Analysis of docket re US EPA add'l settlement (.4); analysis of files re latest L Gardner EPA spreadsheet (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2011 | 0.4 | $84.00 | Analysis of email from J Baer re Samson Hydrocarbons claims (.1); analysis of b-Linx re Samson Hydrocarbon claims (.2); prep email to J Baer re research results (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 4/28/2011 | 2.5 | $312.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.7); revise b-Linx per audit (0.8) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/28/2011 | 0.2 | $22.00 | Prepare one Proof of Service related to transfer notice (.1), forward to notice group for filing. (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/28/2011 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/28/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/28/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/29/2011 | 0.4 | $44.00 | Review draft of Amended notice of transfer to be filed by Marblegate to identify possible deficiencies, per request from M. Araki. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 0.5 | $105.00 | Telephone from G Lowry re Samson Hydrocarbons and info for due diligence (.2); prep email to G Lowry re Samson Hydrocarbons claims and claims register pages (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 0.4 | $84.00 | Analysis of J Baer email re research Garlock for filed POCs (.1); research b-Linx re Garlock POCs (.2); prep email to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2011 | 0.7 | $147.00 | Analysis of J Baer email re draft amended transfer from Marblegate's counsel (.1); analysis of draft (.2); prep email to J Baer re revisions to Marblegate amended transfer (.1); prep email to L Shippers re review of draft amended Marblegate transfer (.1); analysis of email from L Shippers re review/related Longacre transfer (.1); prep email to J Baer re Longacre related transfer (.1) |
| | WRG Non-Asbestos Claims Total: | | | 84.1 | $13,204.00 | |
| | April 2011 Total: | | | 196.4 | $29,846.00 | |

## BMC Group
**WR GRACE**
  Monthly Invoice:

|  | Grand Total: | 196.4 | $29,846.00 |

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 4/1/2011 thru 4/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 34.3 | $4,287.50 |
| Total: | | 34.3 | $4,287.50 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.6 | $27.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.4 | $228.00 |
| Brianna Tate | $45.00 | 0.8 | $36.00 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Mabel Soto | $45.00 | 1.9 | $85.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.5 | $82.50 |
| Myrtle John | $195.00 | 2.6 | $507.00 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 9.8 | $1,225.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Ellen Dors | $110.00 | 0.3 | $33.00 |
| Lelia Hughes | $75.00 | 6.1 | $457.50 |
| Steffanie Cohen | $110.00 | 1.5 | $165.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 19.1 | $4,011.00 |
| Total: | | 46.8 | $6,950.50 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 13.7 | $2,055.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.8 | $308.00 |
| Jacqueline Conklin | $95.00 | 0.4 | $38.00 |
| Total: | | 16.9 | $2,401.00 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.3 | $3,003.00 |
| Total: | | 14.3 | $3,003.00 |

# BMC Group
## WR GRACE
## Professional Activity Summary
### Date Range: 4/1/2011 thru 4/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.1 | $16.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 30.5 | $3,812.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 2.2 | $242.00 |
| Lauri Shippers | $110.00 | 8.5 | $935.00 |
| Steffanie Cohen | $110.00 | 7.9 | $869.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 34.9 | $7,329.00 |
| Total: | | 84.1 | $13,204.00 |
| Grand Total: | | 196.4 | $29,846.00 |