**EXHIBIT 2**


BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110430**
**Expense Summary**

**Period Ending** 4/30/2011

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $722.10 |
| Noticing Production | $7.92 |
| Website Hosting | $250.00 |
| **Total** | **$2,180.02** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110430-1 | 4/30/2011 | $7.92 |
| | Total | $7.92 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Production Date: 4/30/2011
Reference #:   021-20110430-1
Notes:         Postage charges for change of address remailing and other misc mailings.
Job Type       Job Item

| Step | Task | Details | | Total |
|---|---|---|---|---|
| Noticing Document | COA resend for April | | | |
| Postage | | USPS - 1st Class (at Cost) | Total 18 Pieces | $7.92 |
| | | | **Total Due:** | **$7.92** |

*Invoice Due Upon Receipt*                                Page 1 of 1

EXHIBIT 2