**EXHIBIT 1**

# BMC Group
### WR GRACE
#### Monthly Invoice:

## May 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 5/3/2011 | 1.2 | $150.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (.9); revise b-Linx per audit (.3) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/5/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/6/2011 | 5.0 | $625.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (3.9); revise b-Linx per audit (1.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/10/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/12/2011 | 4.0 | $500.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (3.0); revise b-Linx per audit (1.0) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/13/2011 | 1.0 | $125.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (.6); revise b-Linx per audit (.4) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/17/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.2); revise b-Linx per audit (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/18/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/20/2011 | 2.8 | $350.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.8); revise b-Linx per audit (1.0) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/23/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.5); revise b-Linx per audit (.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/25/2011 | 1.6 | $200.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.0); revise b-Linx per audit (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/27/2011 | 0.2 | $22.00 | Research status, docket entries related to claim 11304 per K.Davis request & prepare document images (.1); email correspondence with K.Davis (.1) |
| | WRG Asbestos Claims Total: | | | 30.3 | $3,784.50 | |

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 5/2/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26829-26830, 26832-26836 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/2/2011 | 2.0 | $250.00 | DRTT analysis and b-Linx audit (1.5) revise b-Linx re audit result (.5) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/2/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/2/2011 | 0.1 | $7.50 | Review Court docket Nos. 26837-26854 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/2/2011 | 0.4 | $84.00 | Analysis of files re last claims register prepared, # of pages, size of files for webposting estimates |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/3/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26837-26842, 26844-26854 |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| KEVIN MARTIN - CONSULTANT | | $135.00 | 5/3/2011 | 0.2 | $27.00 | Prepare bi-weekly case status email |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/3/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/3/2011 | 0.1 | $7.50 | Review Court docket Nos. 26855-26859 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2011 | 0.7 | $147.00 | Analysis of J Baer email re Garlock PI info issue update (.1); analysis of S Cohen email re CNA Co cure notice and DRTT audit (.1); analysis of CNA stip (.2); prep email to S Cohen re research (.1); prep email to T Feil re bi-monthly case status (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/4/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26855-26859 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/4/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/4/2011 | 0.1 | $7.50 | Review Court docket Nos. 26860-26878 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 5/4/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice Standard Services re: dkt 26865 |
| MABEL SOTO - CAS | | $45.00 | 5/4/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice LSI re: dkt 26865 |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/5/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26860-26860, 26863-26864, 26874-16878 |
| JAMES MYERS - CAS | | $65.00 | 5/5/2011 | 0.1 | $6.50 | Courtesy Ntc Transfer Claim re Dkt 266684 wrong address return: review return; prep email to L Shippers re processing |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/5/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/5/2011 | 0.1 | $7.50 | Review Court docket No. 26879 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice US Gypsum re: dkt 26683 |
| MABEL SOTO - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Terracon re: dkt 26685 |
| MABEL SOTO - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Southwest Special Testing re: dkt 26760 |
| MABEL SOTO - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notices CRG re: dkts 26683, 26685 and 26760 |
| MABEL SOTO - CAS | | $45.00 | 5/5/2011 | 0.1 | $4.50 | ECF filing Proofs of Service Transfer Notices re: dkts 26683 & 26865 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/5/2011 | 1.9 | $399.00 | Analysis of work in process, status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/5/2011 | 1.8 | $378.00 | Prep list of outstanding issues re claims, status, follow-ups for resolution |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/5/2011 | 0.3 | $58.50 | Review Notice of transfer and Courtesy Notice of Transfer re United States Gypsum, Terracon and Southwest Special Testing claims to Claim Recovery Group forwarded to NoticeGroup for production and service |
| TERRI MARSHALL - MANAGER | | $185.00 | 5/5/2011 | 0.1 | $18.50 | Review and notarize two affidavits of service. |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/6/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26879 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/6/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/6/2011 | 0.1 | $7.50 | Review Court docket Nos. 26880-26887 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2011 | 2.2 | $462.00 | Continue analysis of files and correspondence re claims, status, follow-ups for resolution (1.3); revise list of outstanding issues (.9) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/7/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26880-26881, 26884-26887 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2011 | 2.0 | $420.00 | Additional analysis of files and correspondence re claims, status, follow-ups for resolution (1.2); revise list of outstanding issues (.8) |
| BRIANNA TATE - CAS | | $45.00 | 5/9/2011 | 0.1 | $4.50 | Review non-claim correspondence received by BMC at claims PO Box; email correspondence with MAraki re: processing |
| JULIE JUNG - CAS | | $65.00 | 5/9/2011 | 0.2 | $13.00 | Analysis of L Shippers email re Transfer Notices for service (.1); prepare documents for service (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/9/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/9/2011 | 0.1 | $7.50 | Review Court docket Nos. 26888-26897 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2011 | 2.6 | $546.00 | Continue analysis of files and correspondence re claims, status, follow-ups for resolution (1.5); revise list of outstanding issues (1.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 5/9/2011 | 0.1 | $4.50 | Loading COA's Postage for previous month, complete pdf on production billing |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/9/2011 | 0.2 | $39.00 | Review email exchanges and Amended Courtesy Notice re transfer of Troy Chemical claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/10/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26890, 26892-26897 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/10/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/10/2011 | 0.1 | $7.50 | Review Court docket Nos. 26898-26905, 26908 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 5/10/2011 | 0.1 | $4.50 | Mail out Courtesy Notice Fink & Carney re: dkt 26906 |
| MABEL SOTO - CAS | | $45.00 | 5/10/2011 | 0.1 | $4.50 | Mail out Transfer Notice Seyfarth Shaw re: dkt 26907 |
| MABEL SOTO - CAS | | $45.00 | 5/10/2011 | 0.1 | $4.50 | Mail out Transfer Notices CRG re: dkts 26906 & 26907 |
| MABEL SOTO - CAS | | $45.00 | 5/10/2011 | 0.1 | $4.50 | ECF filing a Proof of Service Transfer Notice re: dtk 26907 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2011 | 0.3 | $63.00 | Analysis of L Shippers email re add'l COAs filed by claims buyer on claims with transfers already processed (.2); analysis of M John email re B Ruhlander report and no objection (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/10/2011 | 0.2 | $39.00 | Review email and attached auditor's report re fee application; review auditor's final report re fee applications and forward same to Martha Araki |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/10/2011 | 0.1 | $19.50 | Review email and Courtesy Notice of Transfer of Fink & Carney claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/10/2011 | 0.1 | $19.50 | Review email and Notice of Transfer of Seyfarth Shaw's claim to Claims Recovery Group forwarded to NoticeGroup for production and service |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | $95.00 | 5/11/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26900-26905, 26908 |
| ANNE CARTER - CONSULTANT | $125.00 | 5/11/2011 | 2.0 | $250.00 | DRTT analysis and b-Linx audit (1.5) revise b-Linx re audit result (.5) |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/11/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/11/2011 | 0.1 | $7.50 | Review Court docket Nos. 26911-26923 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/11/2011 | 0.4 | $84.00 | Prep email to G Kruse re location of data tools for distribution prep/reporting (.1); analysis of G Kruse response (.1); email from/to J Baer re Marblegate transfer info (.1); analysis of J Baer email to E Wolfe re Marblegate transfer of Nat'l Union Fire Ins claim (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 5/11/2011 | 0.1 | $11.00 | Update claims database per recent credtior COA request |
| AIRGELOU ROMERO - CAS | $95.00 | 5/12/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26912-26919, 26922-26923 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 5/12/2011 | 0.1 | $7.50 | Telephone with Jim Carrington at (302) 777-6500 / RE: request for copy of some claims, provided Rust Consulting contact info for his request |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/12/2011 | 0.2 | $42.00 | Telephone from J Baer re claims register on BMC website, undisputed claims report, appellate brief, oral arguments and projects (.1); prep email to M John re COAs filed by claims agents and attempts to by-pass BR 3001(e) (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/12/2011 | 0.5 | $105.00 | Prep email to G Kruse and WebPages re posting claims register, issues due to size (.2); analysis of files re last undisputed claims/schedule reports (.2); prep email to G Kruse re new undisputed claims/schedule reports and exclusions (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/13/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/13/2011 | 0.1 | $7.50 | Review Court docket Nos. 26924-26926 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/13/2011 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.7); revise b-Linx re audit results (.5) |
| AIRGELOU ROMERO - CAS | $95.00 | 5/14/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26924-26925 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 5/16/2011 | 0.1 | $7.50 | Telephone with Creditor at (585) 738-2062 / RE: distribution status inquiry |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/16/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/16/2011 | 0.2 | $42.00 | Analysis of webpage re claims register update (.1); prep email to G Kruse and WebPages re claims register update status (.1) |
| BRIANNA TATE - CAS | $45.00 | 5/17/2011 | 0.1 | $4.50 | Responded to Shelley Marmon w/Crady, Jewett & McCulley re if they actually filed a claim in the case. Referred to Rust Consulting. |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/17/2011 | 0.1 | $7.50 | Review Court docket Nos. 26927-26932, 26934-26941 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | $75.00 | 5/17/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2011 | 0.6 | $126.00 | Analysis of R dela Cruz email re webpage set-up for claims register to accommodate size of files (.2); prep email re R dela Cruz re webpage set-up (.1); analysis of 4 emails from R dela Cruz and G Kruse re claims registers, webposting, file size and different versions (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2011 | 0.1 | $21.00 | Analysis of bi-monthly updates from S Cohen and K Martin |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/17/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/18/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 26927-26932.26934-26941 |
| JAMES MYERS - CAS | | $65.00 | 5/18/2011 | 0.2 | $13.00 | Cert of Svc re Ntc Trans Claim 26942: ECF file; PDF filing confirmation (.1); email exchange w/ L Shippers re same (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/18/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/18/2011 | 0.1 | $7.50 | Review Court docket Nos. 26943-26951 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 1.1 | $231.00 | Analysis of claims registers for webposting from G Kruse and R dela Cruz (.4); prep email to G Kruse and R dela Cruz re approval to post (.1); analysis of R dela Cruz email re claims registers posted on web (.1); analysis of webpage re claims registers (.2); prep email to R dela Cruz re revisions to webpage re claims registers (.2); analysis of revised webpage (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 0.6 | $126.00 | Analysis of emails from S Cohen to K Davis re changes to claims per orders/stips and transfers of claims (.4); prep bi-monthly update of case status to team (.1); prep email to Call Center re availability of claims registers on BMC website (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 1.3 | $273.00 | Continue DRTT analysis and b-Linx audit (.7); revise b-Linx re audit results (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 0.3 | $63.00 | Telephone with A Carter re project status, items to be completed |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/18/2011 | 0.1 | $19.50 | Review and analysis of status update from M Araki re appeal and claims review and resolution |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/18/2011 | 0.2 | $22.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with K.Davis re: analysis and reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/18/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/19/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26944-26951 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/19/2011 | 2.5 | $312.50 | DRTT analysis and b-Linx audit (1.7) revise b-Linx re audit result (.8) |
| BRIANNA TATE - CAS | | $45.00 | 5/19/2011 | 0.1 | $4.50 | Reviewed email from Maraki re: posting of claims register to BMC`s website. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 5/19/2011 | 0.2 | $15.00 | Telephone with Frank at (914) 703-6350 / RE: claim status inquiry |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/19/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/19/2011 | 0.1 | $7.50 | Review Court docket Nos. 26952-26956 to categorize docket entries. |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/19/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/19/2011 | 1.6 | $336.00 | Analysis of work in process, status, planning |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/19/2011 | 0.2 | $39.00 | Review email and Notice of Transfer of Blastech claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/20/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26952-26954, 26956 |
| JAMES MYERS - CAS | | $65.00 | 5/20/2011 | 0.2 | $13.00 | 4 Ntc Transfer: email exchange w/ L Shippers transmitting docs for service (.1); prep documents for service (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/20/2011 | 0.1 | $7.50 | Review Court docket Nos. 26957-26965 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/20/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 0.4 | $84.00 | Telephone from J Day/WR Grace re J Hughes referral, assisting Longacre with due diligence inquiries (.1); telephone from J Hughes re Longacre due diligence inquiries (.1); telephone from V Jelisavcic re Longacre due diligence, availability of claims register on BMC site for his research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 0.3 | $63.00 | Prep email to A Carter re claims for review for undisputed claims report (.2); prep email to J Baer re claims registers posted on BMC's website (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 0.4 | $84.00 | Telephone to A Carter re status of projects, issues |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/21/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26958-26965 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/23/2011 | 1.5 | $187.50 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (.5) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/23/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/23/2011 | 0.1 | $7.50 | Review Court docket Nos. 26966-26972 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/23/2011 | 0.4 | $84.00 | Review April info with S Fritz and approve (.1); telephone from V Jelisavcic re Longacre due diligence research (.2); analysis of J O'Neil email re Primeshares change of address (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/24/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26966-26972 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/24/2011 | 1.8 | $225.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.1); revise b-Linx per audit (.7) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/24/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/24/2011 | 0.1 | $7.50 | Review Court docket Nos. 26973-26985 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 5/24/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice Rhodia Inc re: dkt 26984 |
| MABEL SOTO - CAS | | $45.00 | 5/24/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Fluid Components re: dkt 26985 |
| MABEL SOTO - CAS | | $45.00 | 5/24/2011 | 0.1 | $4.50 | Prepare document for service: Transfer/Courtesy Ntcs CRG re: dkts 26984 & 26985 |
| MABEL SOTO - CAS | | $45.00 | 5/24/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 26984 |
| MABEL SOTO - CAS | | $45.00 | 5/24/2011 | 0.1 | $4.50 | Archive documents |

# BMC Group
### WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2011 | 1.0 | $210.00 | Revise b-Linx re claims referred by A Carter |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2011 | 0.4 | $84.00 | Telephone from A Carter re claims review project (.1); analysis of A Carter emails re claims review project (.1); telephone to A Carter re transfers (.1); analysis of M Soto email re Home Insurance corresp (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2011 | 1.1 | $231.00 | Analysis of claims referred from A Carter |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/24/2011 | 0.2 | $39.00 | Review Transfer Notice re Rhodia, Inc. claim, and Courtesy Notice re transfer of Fluid Components claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/25/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 26973-26983 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/25/2011 | 2.0 | $250.00 | Docket research and review of documents re completion of service requirements of filed Orders involving claims (2011-04-17 thru 2011-04-30) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 5/25/2011 | 0.1 | $7.50 | Telephone with Joe Borwn at (409) 832-9132 / RE: confirmation still on mailing list, he received the ballot materials 2 yrs ago. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/25/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/25/2011 | 0.1 | $7.50 | Review Court docket Nos. 26986-26993 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 5/25/2011 | 0.1 | $4.50 | Review and process no COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/26/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26986, 26988-26993 |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/26/2011 | 1.5 | $187.50 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/26/2011 | 2.6 | $325.00 | Docket research and review of documents re completion of service requirements of filed Orders involving claims (2011-05-01 thru 2011-05-26) |
| BRIANNA TATE - CAS | | $45.00 | 5/26/2011 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE: returned call |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/26/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/26/2011 | 0.1 | $7.50 | Review Court docket Nos. 26994-27001 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/26/2011 | 0.6 | $126.00 | Analysis of L Shippers email re add'l COAs filed with transfers by claims agent (.1); prep email to Cassman re Home Insurance address update (.1); analysis of S Cohen email re Home Insurance address issue (.1); telephone with M John re COAs filed by transfer agents and treatment (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/26/2011 | 0.1 | $19.50 | Review email and attachment from M Araki re Risk Enterprise MGT for processing COA |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: recently received creditor correspondence and analysis, claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Analyze claim/creditor data pursuant to correspondence received re: creditor change of address; additional email correspondence with M.Araki re: same |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/27/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 26995-27001 |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 5/27/2011 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE: Would like to know what his claim number was and when it was filed. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/27/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 5/27/2011 | 0.1 | $7.50 | Review Court docket Nos. 27002-27004 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/27/2011 | 0.8 | $168.00 | Analysis of S Cohen email to K Davis re status of claims 11394 and 11304 (.1); prep email to G Kruse re re-run Undisputed Exhibits to reflect new data (.1); analysis of revised Undisputed Exhibits (.3); prep email to J Baer and R Higgins re updated Undisputed Exhibits (.1); prep email to S Fritz re allocation of recent payments (.1); prep email to A Carter re transfer module data on reports (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/27/2011 | 0.2 | $39.00 | Review and analysis of email from M Araki and attached copies of Notices of Transfers and Change of Address from transfer agents |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/28/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27002-27003 |
| ELLEN DORS - REC_TEAM | | $110.00 | 5/31/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/31/2011 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/31/2011 | 1.0 | $210.00 | Analysis of work in process, status, issues, planning |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/31/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| | WRG Case Administration Total: | | | 60.4 | $9,572.50 | |

## May 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/3/2011 | 2.8 | $420.00 | Distribution address review/audit-review claims with distribution address different to claim address (1.5). Associate creditor id of distribution address record to related b-Linx claim (.8). Verify counts (.5). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/3/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/6/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/9/2011 | 2.5 | $375.00 | Prep and run updated proposed distribtion report (1.6). Review newly added data points (.6). Export to Excel (.3) and forward to M Araki (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/10/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/12/2011 | 1.2 | $180.00 | Generate backup image of Distribution database and archive to network folder. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/13/2011 | 1.5 | $225.00 | Generate updated allowed claims exhibit for scheduled claims (1.4); forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/13/2011 | 1.4 | $210.00 | Generate updated allowed claims exhibit for filed claims (1.3); forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2011 | 1.3 | $195.00 | Update Allowed Claims exhibit report template t modify claimant name and transfer agent display on report image. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2011 | 1.5 | $225.00 | Run updated allowed claims exhibits for scheduled and filed claims (1.4); forward to M Araki for review (.1). |

# BMC Group
## WR GRACE
### Monthly Invoice:

## May 2011 -- WRG Data Analysis

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 5/17/2011 | 1.2 | $180.00 | Run updated full claims register report for web posting (1.1); forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 5/17/2011 | 1.3 | $195.00 | Run alpha order claims register in four parts for easier web download. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 5/17/2011 | 0.7 | $105.00 | Coordinate posting and review of claim registers to public case website. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 5/18/2011 | 1.3 | $195.00 | Generate updated listing of active and inactive claims (1.0). Export to Excel (.2) and forward to S Cohen (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 5/18/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| REYNANTE DELA CRUZ - CAS | $95.00 | 5/18/2011 | 0.5 | $47.50 | Update claims register and general info page on website per M Araki request |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 5/26/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 5/27/2011 | 1.7 | $255.00 | Run updated Exhibits for Allowed Claims (1.0). Generate exhibit for Schedules and exhibit for filed POC's (.6); forward to M Araki (.1) |
| ANNA WICK - SR_ANALYST | $110.00 | 5/31/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (Personal Injury) |
| ANNA WICK - SR_ANALYST | $110.00 | 5/31/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| | WRG Data Analysis Total: | | 21.4 | $3,075.00 | |

## May 2011 -- WRG Distribution

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/2/2011 | 2.5 | $525.00 | Prepare ART report of claims affected by Orders (.4); analysis of report re recon notes indicating special distribution handling (.6); analysis of pleadings re special handling details (1.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/2/2011 | 1.0 | $210.00 | Revise spreadsheet of special handling details for impacted claims |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/9/2011 | 2.4 | $504.00 | Analysis of G Kruse email re distribution addresses uploaded to database, data location (.2); prep email to G Kruse re CCRT update re distribution address records (.1); analysis of email from G Kruse re revised distribution report for review (.1); analysis of revised distribution report (2.0) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/10/2011 | 2.7 | $567.00 | Continue analysis of files and correspondence re claims, distribution, interest, status, follow-ups for resolution (1.2); revise list of outstanding issues (.6); prep list of distribution specifics re claims (.9) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/11/2011 | 2.5 | $525.00 | Revise interest tool and b-Linx re updating interest info per review (1.8); revise list of distribution specifics re claims settlements (.7) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/11/2011 | 1.7 | $357.00 | Analysis of b-Linx, interest tool re claims with no interest flag |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/12/2011 | 1.0 | $210.00 | Prep ART report of claims with no interest flags (.4); analysis of report results (.6) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 5/13/2011 | 1.2 | $252.00 | Analysis of email from G Kruse re updated undisputed claims/schedule reports (.1); analysis of reports (1.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/16/2011 | 2.0 | $420.00 | Analysis of b-Linx re data reflected on updated undisputed claims/schedule reports (1.8); prep email to G Kruse re issues with undisputed claims/schedule reports and data appearance (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2011 | 1.1 | $231.00 | Analysis of G Kruse email re revised Undisputed Exhibits to correct data issues (.1); analysis of revised Undisputed Claims/Scheds exhibits (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 0.7 | $147.00 | Analysis of email from G Kruse re revised undisputed claims/scheds exhibits (.1); analysis of revised exhibits (.4); telephone to A Carter re data revisions to claims purchased by claims buyers for undisputed claims report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/18/2011 | 2.0 | $420.00 | Continue analysis of files and correspondence re claims, status, follow-ups for resolution (1.2); revise list of outstanding issues (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 0.8 | $168.00 | Revise list of outstanding issues re claims, status, follow-up for resolution |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/24/2011 | 3.5 | $437.50 | Analysis of Undisputed Claims reports re claims transferred (1.5); revise b-linx re designation of original claimant (1.1); prep spreadsheet of transfers for Cassman processing (0.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2011 | 0.6 | $126.00 | Revise list of outstanding issues re claims referred from A Carter |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/25/2011 | 1.7 | $357.00 | Analysis of outstanding issue list (.9); research b-Linx and docket, analysis of pleadings re resolution of open items (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/25/2011 | 1.5 | $315.00 | Revise interest rate tool, b-Linx, distribution class re resolution of open items |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/26/2011 | 0.7 | $147.00 | Analysis of A Carter email re claims review project issues (.1); telephone to A Carter re review of issues (.2); analysis of A Carter email re distribution address research file (.1); analysis of b-Linx re distribution address migration (.2); prep email to A Carter re audit of distribution address data migration to powertool (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/27/2011 | 2.6 | $325.00 | Review and analysis of certain transfers to confirm dollar amount of the transfer and whether the transfer was to Longacre and confirm if claim is inactive or not |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/27/2011 | 2.5 | $312.50 | Review of distribution addresses re proper location in db |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/27/2011 | 1.1 | $231.00 | Analysis of Blackstone spreadsheet re updates to claims, interest data |
| | | WRG Distribution Total: | | 35.8 | $6,787.00 | |

## May 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2011 | 2.0 | $420.00 | Prepare Jan 11 draft billing detail report (.3); analysis of Jan billing report for prof reqts and Court imposed categories (1.0); revise Jan billing entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2011 | 1.1 | $231.00 | Email to/from M Booth re revised time entry (.1); continue analysis of Jan billing report for prof reqts and Court imposed categories (.5); revise Jan billing entries for fee app compliance (.5) |

# BMC Group
WR GRACE
Monthly Invoice:

## May 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/5/2011 | 0.3 | $63.00 | Analysis of S Fritz email re allocation of funds received (.1); prep email to S Fritz re allocation (.1); prep email to B Ruhlander re 39Q fee app data (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2011 | 0.1 | $21.00 | Analysis of email from B Ruhlander re 39Q review |
| | | WRG Fee Applications Total: | | 3.5 | $735.00 | |

## May 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 5/3/2011 | 3.8 | $475.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.5); revise b-Linx per audit (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2011 | 1.5 | $315.00 | Prep ART report re open claims/scheds (.5); analysis of open claims/scheds report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2011 | 0.3 | $63.00 | Analysis of C Finke email re claims 2235 and updating reports (.1); analysis of claim 2235 (.1); prep email to R Higgins re issue with updating claim 2235 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/3/2011 | 0.6 | $66.00 | Analyze docket numbers 26675 to 26843 (.4); update claims database (.1); email correspondence with M.Araki (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.2 | $22.00 | Email communication with M. Araki re: additional Notice of Transfer and corresponding Change of Address Request filed. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/4/2011 | 0.4 | $44.00 | Investigate three return mail items related to transfer notices (.3), forward email to A. Rexnord of Claims Recovery Group to request current address information for transferors (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/4/2011 | 0.2 | $42.00 | Telephone to R Higgins re claim 2235 and change of case (.1); analysis of L Shippers email re Liquidity Solutions transfer and COA (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/4/2011 | 1.0 | $210.00 | Analysis of last tax claim report to C Finke re open claims (.4); analysis of b-Linx re current claim status (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/4/2011 | 0.6 | $126.00 | Analysis of files re Wisconsin tax settlement (.3); analysis of docs (.3) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/5/2011 | 3.6 | $450.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.6) |

# BMC Group
## WR GRACE
### Monthly Invoice:

**May 2011 -- WRG Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/5/2011 | 0.8 | $88.00 | Create amended transfer notices pursuant to updated addresses provided by transferee (.4), forwarded to the notice group for service (.1) and update transfer tracking spreadsheet (.3) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/5/2011 | 0.2 | $22.00 | Prepare two Proofs of Service related to transfer notices (.1), forward to notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/5/2011 | 0.4 | $44.00 | Update undeliverable address of impacted entries in the claims database pursuant to current contact information provided by A. Rexnord of Claims Recovery Group. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/5/2011 | 1.0 | $210.00 | Analysis of R Higgins email re claim 2235 and resolution of change debtor request from C Finke (.1); revise b-Linx re claim 2235 (.1); prep ART reports re tax claims (.3); analysis of ART reports re tax claims (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/5/2011 | 0.2 | $42.00 | Analysis of J Baer email re amended Montana POC (.1); research amended Montana POC and reply to J Baer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2011 | 2.8 | $588.00 | Revise data for taxes to be paid and taxes pending worksheets for R Higgins and C Finke (2.6); prep email to R Higgins and C Finke re revised tax spreadsheets (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/9/2011 | 0.2 | $22.00 | Phone discussion with A. Rexnord of Claims Recovery Group re: undeliverable addresses provided for transferors. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/9/2011 | 0.2 | $22.00 | Update undeliverable address of impacted entries in the claims database pursuant to current contact information provided by A. Rexnord of Claims Recovery Group. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/9/2011 | 0.3 | $33.00 | Create amended transfer notice pursuant to updated address provided by transferee (.1), forwarded to the notice group for service (.1) and update transfer tracking spreadsheet (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/9/2011 | 0.1 | $11.00 | Analyze Court docket nos. 26882 and 26883, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2011 | 0.2 | $42.00 | Analysis of email from Cassman re corresp rec'd re W Martin death certificate, handling (.1); prep email to Cassman re revisions to b-Linx re W Martin (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.2 | $22.00 | Prepare two transfer notices, forward to the notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.2 | $22.00 | Prepare two Proofs of Service related to transfer notices, forward to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/10/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/11/2011 | 0.1 | $11.00 | Analyze Court docket no. 26911, verify no further updates in the claims database are required. |

# BMC Group
## WR GRACE
### Monthly Invoice:

**May 2011 -- WRG Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/11/2011 | 0.5 | $105.00 | Analysis of J Baer email re Nat'l Union Fire Ins claims, Longacre transfer and Marblegate pending trnasfer (.2); revise b-Linx re info in J Baer email (.2); prep email to J Baer re b-Linx update (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/13/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/17/2011 | 1.5 | $187.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.0); revise b-Linx per audit (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx re audit results (1.0) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/18/2011 | 3.4 | $425.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/18/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/18/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/18/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/18/2011 | 0.1 | $11.00 | Prepare one transfer notice, forward to the notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/18/2011 | 0.2 | $22.00 | Prepare one Proof of Service related to transfer notice (.1), forward to notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/19/2011 | 0.1 | $11.00 | Analyze Court docket no. 26955, confirm no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/19/2011 | 1.7 | $357.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx re audit results (.7) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/20/2011 | 3.5 | $437.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (2.0); revise b-Linx per audit (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 1.0 | $210.00 | Prep ART report re Longacre transferred claims (.3); analysis of report (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 1.0 | $210.00 | Analysis of transfer tracker re Longacre claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2011 | 1.2 | $252.00 | Research transfers processed from Rust Consulting in early stages of cases |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/23/2011 | 1.1 | $231.00 | Analysis of emails from V Jelisavcic re research for Longacre (.2); research b-Linx re claims (.4); research docket re orders affecting claims (.3); prep emails to V Jelisavcic re research results claims 203, 309, 1106, 349 (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/24/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/24/2011 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/24/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/24/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/24/2011 | 0.2 | $22.00 | Prepare Proofs of Service related to transfer notices (.1), forward to notice group for filing (.1) |

# BMC Group
## WR GRACE
### Monthly Invoice:

## May 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2011 | 0.8 | $168.00 | Telephone from V Jelisavcic/Longacre re claim 13352, and issue re stip on claim 203 (.2); analysis of b-Linx re claims 203 and 13352 (.3); analysis of R Higgins email re Longacre inquiry on claim 203 and related stip (.1); prep email to R Higgins re claim 203, related stip, claim 13352 and issue (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/25/2011 | 2.0 | $250.00 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.2); revise b-Linx per audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/25/2011 | 0.6 | $126.00 | Telephone from V Jelisavcic/Longacre re Zhagrus claim and issue, schedules transferred for review (.2); analysis of V Jelisavcic email re schedules for research re transfers (.3); analysis of V Jelisavcic email re add'l schedule for research (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/25/2011 | 1.1 | $231.00 | Audit of A Carter assignments, b-Linx revisions, interest rate updates |
| ANNE CARTER - CONSULTANT | | $125.00 | 5/26/2011 | 2.5 | $312.50 | Audit orders and b-Linx re claim flags, pleading info and other data captured pre-2007 (1.6); revise b-Linx per audit (.9) |
| ELLEN DORS - REC_TEAM | | $110.00 | 5/26/2011 | 1.1 | $121.00 | Analyze and review docket activity for 7 filed Notice of Transfers (.3); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.8). |
| ELLEN DORS - REC_TEAM | | $110.00 | 5/26/2011 | 0.5 | $55.00 | Analyze and review docket activity for 6 filed Certificates of Service for Notice of Transfers (.2); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.2). Discussion with L Shippers re: same (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Analyze Court docket no. 26987, verify no further updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Analyze Court docket nos. 26933 and 26994, forward Change of Address Requests to M. Araki for review with counsel. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 5/26/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/26/2011 | 0.4 | $84.00 | Analysis of b-Linx re V Jelisavcic 3 schedule inquiries (.2); prep emails to V Jelisavcic re research results on 3 schedules (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/26/2011 | 0.6 | $126.00 | Analysis of V Jelisavcic email re if transfers are still in process (.1); prep email response (.1); analysis of V Jelisavcic email re portion of Jennings Strauss split (.1); analysis of V Jelisavcic email re new list of 11 add'l creditors to research (.2); prep email to A Carter re research of new list of 11 add'l creditors (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/26/2011 | 1.4 | $294.00 | Telephone from V Jelisavcic re add'l schedules to research (.1); analysis of V Jelisavcic email re new list of 7 schedules to research (.2); analysis of b-Linx re new list of 7 schedules (.6); analysis of docket re transfers related to schedules (.3); prep email to V Jelisavcic re 7 schedule research results (.2) |

# BMC Group
## WR GRACE
### Monthly Invoice:

## May 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/26/2011 | 0.7 | $77.00 | Analyze docket numbers 26628 to 26957 (.3); update claim database (.3); email correspondence with A.Carter re: analysis and updates performed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/27/2011 | 0.4 | $84.00 | Analysis of A Carter email re research results on 11 schedules request by V Jelisavcic |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/27/2011 | 1.3 | $273.00 | Continue analysis of outstanding issue list (.7); research b-Linx and docket, analysis of pleadings re resolution of open items (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/27/2011 | 1.4 | $294.00 | Revise interest rate tool, b-Linx, distribution class tools re resolution of open items |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/31/2011 | 0.9 | $189.00 | Telephone to/from V Jelisavcic re research status (.1); analysis of A Carter research results re new list of 11 (.3); analysis of Court docket re schedules with transfer issues (.4); prep email to V Jelisavcic re status of research (.1) |
| | WRG Non-Asbestos Claims Total: | | | 58.7 | $9,334.00 | |
| | May 2011 Total: | | | 210.1 | $33,288.00 | |

## BMC Group
WR GRACE
Monthly Invoice:

| | Grand Total: | 210.1 | $33,288.00 |

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 5/1/2011 thru 5/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 30.1 | $3,762.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.2 | $22.00 |
| | Total: | 30.3 | $3,784.50 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.2 | $13.00 |
| Lucina Solis | $45.00 | 0.2 | $9.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.4 | $228.00 |
| Brianna Tate | $45.00 | 0.5 | $22.50 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Mabel Soto | $45.00 | 1.6 | $72.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.7 | $331.50 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 15.9 | $1,987.50 |
| Kevin Martin | $135.00 | 0.2 | $27.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Ellen Dors | $110.00 | 0.2 | $22.00 |
| Lelia Hughes | $75.00 | 5.6 | $420.00 |
| Steffanie Cohen | $110.00 | 1.0 | $110.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 29.7 | $6,237.00 |
| | Total: | 60.4 | $9,572.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.5 | $47.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 18.4 | $2,760.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.0 | $220.00 |
| Jacqueline Conklin | $95.00 | 0.5 | $47.50 |
| | Total: | 21.4 | $3,075.00 |
| **WRG Distribution** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 8.6 | $1,075.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 27.2 | $5,712.00 |
| | Total: | 35.8 | $6,787.00 |

EXHIBIT 1

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 5/1/2011 thru 5/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.5 | $735.00 |
| Total: | | 3.5 | $735.00 |
| **WRG Non-Asbestos Claims** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 23.8 | $2,975.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.6 | $176.00 |
| Lauri Shippers | $110.00 | 6.8 | $748.00 |
| Steffanie Cohen | $110.00 | 1.3 | $143.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 25.2 | $5,292.00 |
| Total: | | 58.7 | $9,334.00 |
| Grand Total: | | 210.1 | $33,288.00 |