**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2011 | 2.8 | $588.00 | Analysis of J Gettelman email re list of parties to research for service of BDN and Ntc Commencement (.3); analysis of Ntc of Commencement service re 21 parties requested (2.5) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/21/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2011 | 3.0 | $630.00 | Continue J Gettelman research project re service on 21 parties |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2011 | 1.2 | $252.00 | Prep spreadsheets re research results for J Gettelman (1.0); prep email to J Gettelman re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2011 | 1.0 | $210.00 | Analysis of J Gettelman email re nature of claims, similar name research, POC research (.1); prep email to G Kruse and J Conklin re data search of similar names in noticing database (.1); analysis of J Conklin data search (.7); prep email to J Conklin re add'l POC search (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2011 | 0.7 | $147.00 | Analysis of J Conklin email re POC research results of Gettelman list (.1); analysis of POCs filed (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/23/2011 | 1.2 | $252.00 | Analysis of J Gettelman email re publication info for Ntc Commencement and BDN (.1); research Kinsella affidavits re publication info (.6), prep email to J Gettelman re publication research results (.1); analysis of J Gettelman email re confirmation of docket # for Kinsella affidavits (.1); prep email to J Gettelman re docket # correct - renumbered by Ct during NIBs changeover (.1); email from/to J Gettelman re Scott/Elizabeth Williams ZAI claim (.1); prep email to J Gettelman re POC research results (.1) |
| | | WRG Asbestos PI Claims Total: | | 10.1 | $2,094.00 | |

## June 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ELLEN DORS - REC_TEAM | | $110.00 | 6/1/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 0.3 | $63.00 | Analysis of L Shippers email re COA filed by G Munoz co-counsel (.1); analysis of COA and b-Linx (.1); prep email to L Shippers re handling on COA for G Munoz co-counsel (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 0.8 | $168.00 | Telephone with A Wick re distribution tables in b-Linx, data set-up |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/2/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2011 | 0.4 | $84.00 | Telephone to M John re transfer issues related to Longacre transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2011 | 1.0 | $210.00 | Create list of claims/scheds requested by V Jelisavcic/Longacre and info provided for tracking |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/3/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2011 | 0.3 | $63.00 | Analysis of email from K Davis re request for updated claims registers to file with Court (.1); prep TMI ticket for claims register request (.1); prep email to K Davis re claims register request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2011 | 0.8 | $168.00 | Prep memo to M John re transfer issue on certain Longacre claims (.3); analysis of email from R dela Cruz re draft claims registers for review (.1); analysis of draft claims registers (.4) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Case Administration

| Name                    Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/3/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/3/2011 | 0.9 | $189.00 | Analysis of projects, status, update |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/6/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/6/2011 | 0.2 | $15.00 | Review Court docket Nos. 27006-27036 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | $95.00 | 6/7/2011 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos 27006-27020, 27025-27029, 27032-27033, 27036 |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/7/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/7/2011 | 0.1 | $7.50 | Review Court docket Nos. 27037-27049 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/7/2011 | 0.4 | $84.00 | Analysis of A Carter emails re status/completion of projects |
| AIRGELOU ROMERO - CAS | $95.00 | 6/8/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 2037-2038, 27044, 27047-27048 |
| JULIE JUNG - CAS | $65.00 | 6/8/2011 | 0.2 | $13.00 | Analysis of L Shippers email re Transfer Notices for service (.1); prepare documents for service (.1) |
| JULIE JUNG - CAS | $65.00 | 6/8/2011 | 0.2 | $13.00 | Analysis of L Shippers email re e-filing Certificates of Service (.1); e-file Certificates of Service (.10 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/8/2011 | 0.2 | $42.00 | Analysis of email from K Davis re claims registers for Court (.1); analysis of email from K Martin re creditor inquiry correspondence received (.1) |
| JAMES MYERS - CAS | $65.00 | 6/9/2011 | 0.1 | $6.50 | Ntc Transfer Claim:  email exchange w/L Shippers re doc for service |
| KEVIN MARTIN - CONSULTANT | $135.00 | 6/9/2011 | 0.5 | $67.50 | Review of creditor correspondence received in LA office (.2); prep email to M Araki for review (.1); analysis of M Araki response (.2) |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/9/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/9/2011 | 0.1 | $7.50 | Review Court docket Nos. 27050-27056 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/9/2011 | 0.3 | $63.00 | Analysis of V Jelisavcic email re surviving schedule record after claim expunged (.1); prep email to V Jelisavcic re no surviving schedule after claim expunged (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/9/2011 | 1.3 | $273.00 | Review files re transfer processing history |
| MIREYA CARRANZA - CAS | $45.00 | 6/9/2011 | 0.1 | $4.50 | Loading COA's Postage for previous month, complete pdf on production billing |
| MYRTLE JOHN - MANAGER | $195.00 | 6/9/2011 | 0.1 | $19.50 | Review service copy of Notice of Application re Bilzin Sumberg |
| MYRTLE JOHN - MANAGER | $195.00 | 6/9/2011 | 0.2 | $39.00 | Review and analysis of courtesy notice of transfer of claim of Eldex Laboratories to Claims Recovery forward to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | $195.00 | 6/9/2011 | 0.2 | $39.00 | Review and analysis of courtesy notice of transfer of claim of K&K Enterprise to Claims Recovery forward to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | $195.00 | 6/9/2011 | 0.2 | $39.00 | Review and analysis of courtesy notice of transfer of claim of Xytel Corporation to Claims Recovery forward to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | $95.00 | 6/10/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27050-27052, 27056 |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/10/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/10/2011 | 0.1 | $7.50 | Review Court docket Nos. 27057-27068 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2011 | 1.3 | $273.00 | Analysis of claims registers from R dela Cruz (1.0); prep email to R dela Cruz re FTP site for claims register files (.1); analysis of R dela Cruz email re FTP address (.1); prep email to K Davis/H Hancock re FTP site for claims register downloads for filing with Court (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/11/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 27057-27068 |
| JULIE JUNG - CAS | | $65.00 | 6/13/2011 | 0.4 | $26.00 | Analysis of L Shippers email re e-filing POS (.1); e-filed POSs for Dkts 27069 and 27070 (.2); prep email to L Shippers re e-filing confirmation (.1) |
| JULIE JUNG - CAS | | $65.00 | 6/13/2011 | 0.2 | $13.00 | Analysis of L Shippers email re Transfer Notices for service (.1); prepare documents for service (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/13/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/13/2011 | 0.1 | $7.50 | Review Court docket Nos. 27069-27070 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2011 | 0.1 | $21.00 | Analysis of H Hancock email re claims registers received |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/13/2011 | 0.2 | $39.00 | Review Notice of Transfer of Aeroglide Corp claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/13/2011 | 0.2 | $39.00 | Review Notice of Transfer of Kenneth Technology claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 6/14/2011 | 0.2 | $27.00 | Email to project team re: case and work status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/14/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/14/2011 | 0.1 | $7.50 | Review Court docket Nos. 27071-27081 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2011 | 0.2 | $42.00 | Analysis of S Cohen, M John, K Martin emails re bi-monthly update |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/15/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27071-27073, 27075, 27077-27079 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/15/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/15/2011 | 0.1 | $7.50 | Review Court docket Nos. 27082-27083 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/15/2011 | 0.4 | $44.00 | Initialize preparation and analysis of monthly reports (.2); discussion, email correspondence with A.Wick, L.Shippers re: reporting requirements (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/16/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27082-27083 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/16/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/16/2011 | 0.1 | $7.50 | Review Court docket Nos. 27084-27095 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/16/2011 | 0.9 | $189.00 | Analysis of docs re transfer project for A Carter (.5); prep email to A Carter re transfer review project (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/16/2011 | 0.6 | $126.00 | Analysis of S Cohen emails to K Davis re claim status updates and transfers (.1); analysis of spreadsheets (.5) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/16/2011 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis re: analysis and reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/16/2011 | 0.1 | $11.00 | Analyze monthly claims report prepared by A.Wick; email correspondence with A.Wick re: report requirements |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/17/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 27084-27095 |
| ANNE CARTER - CONSULTANT | | $125.00 | 6/17/2011 | 1.5 | $187.50 | DRTT analysis and b-Linx audit (1.0) revise b-Linx re audit result (.5) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/17/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/17/2011 | 0.1 | $7.50 | Review Court docket Nos. 27096-27107 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2011 | 0.5 | $105.00 | Prep email to S Cohen re transmission of change reports to H Hancock/Rust (.1); analysis of A Carter email re project update (.1); analysis of various emails from S Cohen and A Carter re DRTT updates (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2011 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2011 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx re audit results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2011 | 0.4 | $84.00 | Telephone with A Carter re project status, transfer project |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/18/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27096 |
| BRIANNA TATE - CAS | | $45.00 | 6/20/2011 | 0.1 | $4.50 | Telephone with Janis Hanley at (585) 738-2062 / RE:  the status of the bankruptcy. |
| JAMES MYERS - CAS | | $65.00 | 6/20/2011 | 0.1 | $6.50 | Review letter from J Heilman requesting status of claim; confer w/ M John re same |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/20/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/20/2011 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/20/2011 | 0.1 | $19.50 | Read and respond to email from Jeff Gettleman re Notice of Commencement and Bar Date Notice |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/20/2011 | 0.2 | $39.00 | Review case status inquiry from Jay Heilman (.1) image correspondance and forward to M Araki for appropriate handling (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/20/2011 | 0.3 | $58.50 | Read and respond to email from M Araki re claims transfer issues affected by amended schedules and increased claim amount (.1); review and analysis of affected claims transfer (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2011 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| ANNE CARTER - CONSULTANT | | $125.00 | 6/21/2011 | 1.0 | $125.00 | DRTT analysis and b-Linx audit (.7) revise b-Linx re audit result (.3) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/21/2011 | 0.2 | $15.00 | Review Court docket Nos. 27108-27115 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/22/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27107-27110, 27112-27114 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Case Administration

| Name              Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | $125.00 | 6/22/2011 | 2.9 | $362.50 | Create a master spreadsheet for all transferred claims/schedules (2.5);  conf with MAraki re same (.4) |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/22/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/22/2011 | 0.1 | $7.50 | Review Court docket Nos. 27116-27124 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/22/2011 | 0.4 | $84.00 | Telephone to A Carter re transfer spreadsheet project |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/22/2011 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/22/2011 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit results (.6) |
| AIRGELOU ROMERO - CAS | $95.00 | 6/23/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket No 27116-27124 |
| ANNE CARTER - CONSULTANT | $125.00 | 6/23/2011 | 2.5 | $312.50 | Revisions and updates to  master spreadsheet for all transferred claims/schedules (2.1); emails to (.2)/from (.2) M Araki re same |
| BRAD DANIEL - SR_CONSULT_DATA | $200.00 | 6/23/2011 | 0.2 | $40.00 | Review (.1) and comment  (.1) on requested optimization of docket review process |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/23/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/23/2011 | 0.1 | $7.50 | Review Court docket Nos. 27125-27151 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/23/2011 | 0.4 | $84.00 | Prep email to W Downing re DRTT revisions for WR Grace (.1); analysis of DRTT revisions and approve (.3) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/23/2011 | 1.3 | $273.00 | Analysis of DRTT re transfers in historical docs category, approx transfer count (.2); review with A Carter (.2); analysis of A Carter email re transfer spreadsheet (.2); analysis of DRTT re transfers docketed (.7) |
| AIRGELOU ROMERO - CAS | $95.00 | 6/24/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 27127-27129, 27131-27139, 27141-27143, 27150-27151 |
| BRAD DANIEL - SR_CONSULT_DATA | $200.00 | 6/24/2011 | 0.1 | $20.00 | Email re status of docket review optimization |
| BRIANNA TATE - CAS | $45.00 | 6/24/2011 | 0.1 | $4.50 | Telephone with Avenue Capital Management at (212) 850-7500 /  RE: Wanted to verify several claims. Referred to Rust Consulting. |
| JAMES MYERS - CAS | $65.00 | 6/24/2011 | 0.1 | $6.50 | Ntc Transfer: Review & respond to emails from L Shippers requesting service of Notices |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/24/2011 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 6/24/2011 | 0.1 | $7.50 | Review Court docket Nos. 27152-27153 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/24/2011 | 1.1 | $231.00 | Analysis of work in process, status, issues, planning |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 6/27/2011 | 1.1 | $231.00 | Analysis of email from A Carter re transfer spreadsheet project status, other project status (.5); analysis of project list and revision/update (.6) |
| MYRTLE JOHN - MANAGER | $195.00 | 6/27/2011 | 0.1 | $19.50 | Review courtesy notices of claim transfer re Perry Scales transferred to Claims Recovery forwarded to NoticeGroup for produciton and service |
| MYRTLE JOHN - MANAGER | $195.00 | 6/27/2011 | 0.1 | $19.50 | Review courtesy notice of transfer re Best Western claim transferred to Claims Recovery Group forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | $95.00 | 6/28/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27154-27156 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ELLEN DORS - REC_TEAM | | $110.00 | 6/28/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2011 | 2.0 | $420.00 | Analysis of A Carter email re transfer spreadsheet as completed, transfer info to be reviewed (.4); analysis of b-Linx of data for review, issues to be resolved (1.3); prep email to J Osborne re transfer audit project (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2011 | 0.2 | $42.00 | Prep email to G Kruse/J Conklin re data updates for transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2011 | 0.4 | $84.00 | Prep bi-monthly update to T Feil re case status (.2); analysis of emails from team re bi-monthly status (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 6/30/2011 | 0.7 | $31.50 | Review Court docket Nos. 27158-27160 & 27163-27187 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 6/30/2011 | 0.1 | $4.50 | Responded to email inquiry from Kip Adkins w/Akerman Senterfitt re: request for copies of claims. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/30/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 6/30/2011 | 0.2 | $13.00 | BMC Monthly/Quarterly Invoices: Review & respond to email from M Araki requesting notarization (.1); notarize docs and return (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2011 | 0.2 | $42.00 | Telephone from A Carter re status of transfer project |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2011 | 1.4 | $294.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit results (.6) |

| | WRG Case Administration Total: | | | 48.0 | $7,865.50 | |

## June 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2011 | 0.4 | $44.00 | Assist M Araki with master mailing list |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2011 | 0.2 | $22.00 | Assist M Araki with original schedule data prior to amendments for Litter Co claim |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2011 | 1.3 | $195.00 | Review of current proposed Distribution database-verify all non-asbestos active claims counts and all affected claims are assigned a distribution rate (1.0). Prepare email to M Araki and A Wick confirming Distribution database status (.3) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/3/2011 | 2.5 | $237.50 | Prepare claims register reports per M. Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/13/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/15/2011 | 0.6 | $66.00 | Prepare Active/Inactive excel claims list at request of S Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/16/2011 | 0.1 | $11.00 | Update Actice/Inactive report to include claim type and deemed total at request of S Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/21/2011 | 0.7 | $77.00 | Research data change history of s118894 at request of S Cohen |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/21/2011 | 1.6 | $152.00 | Review and verify service information for the Bar Date Notice/Proof of Claim mailing for 21 creditors (1.0). Prepare (.4) and forward (.2) results report to M Araki for further review. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/21/2011 | 0.2 | $19.00 | Review (.1) and respond (.1) to correspondence with m Araki regarding the BDN/POC service verification for the Gettelman Research project. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/22/2011 | 1.2 | $114.00 | Review and confirm possible claim numbers for the listed creditors in regards to the Gettelman research project (1.0). Forward report to M Araki for review (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/24/2011 | 1.2 | $180.00 | Generate Excel version of all current Active claims (1.1) and forward to T Feil for review (.1). |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/28/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) (Personal Injury) |
| | WRG Data Analysis Total: | | | 12.1 | $1,347.00 | |

## June 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2011 | 1.5 | $315.00 | Analysis of pending claims re status (1.0); revise spreadsheet re status (.5) |
| | WRG Distribution Total: | | | 1.5 | $315.00 | |

## June 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 0.8 | $168.00 | Prepare draft billing detail reports - Feb, Mar 11 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2011 | 1.6 | $336.00 | Analysis of Feb 11 billing report for prof reqts and Court imposed categories (1.0); revise Feb 11 billing entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2011 | 1.7 | $357.00 | Continue analysis of Feb 11 billing report for prof reqts and Court imposed categories (1.0); revise Feb 11 billing entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2011 | 1.8 | $378.00 | Analysis of Mar 11 billing report for prof reqts and Court imposed categories (1.0); revise Mar 11 billing entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2011 | 2.2 | $462.00 | Continue analysis of Mar 11 billing report for prof reqts and Court imposed categories (1.2); revise Mar 11 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2011 | 2.0 | $420.00 | Prep Exhibits to Jan, Feb, Mar and 40th Qtrly fee apps (1.0); prep 40th Qtrly billing reports (.4); analysis of reports re revisions made (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2011 | 2.3 | $483.00 | Draft fee apps for Jan (.5), Feb (.5), Mar (.6) and 40th Qtrly (.6); telephone to M John re pending filing and review of fee apps (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2011 | 1.8 | $378.00 | Prep Ntc of Filing for Pachulski (.3); analysis of exhibits for Jan, Feb, Mar and 40th Qtrly fee apps (.5); revise fee apps (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/30/2011 | 0.4 | $78.00 | Email exchanges with M Araki re BMC fee applications (.1); Review and execute BMC fee applications - monthly and quarterly (.3) |
| | WRG Fee Applications Total: | | | 14.6 | $3,060.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/1/2011 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/1/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/1/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/1/2011 | 0.2 | $22.00 | Analyze Court docket no. 27004 (.1), forward to M. Araki to determine if additional noticing party should by added to impacted entries in the claims database (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 1.2 | $252.00 | Analysis of b-Linx and docket re: scheds requested for research by V Jelisavcic (.4); prep email to V Jelisavcic re research results on 11 scheds (.4); telephone from V Jelisavcic re Zhagrus and claim 203 updates (.1); prep email to R Higgins re V Jelisavcic inquiry (.1); analysis of R Higgins email re communicated with Longacre earlier (.1); email to/from R Higgins re confirmation no data changes to claims 203/Zhagrus (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 1.0 | $210.00 | Research Alfa Aesar/Daniel B Stephens Longacre issues and transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2011 | 1.4 | $294.00 | Analysis of J Baer email re DH Litter Corp claim status (.1); research b-Linx re schedule (.2); prep email to J Baer re research results (.1); analysis of J Baer email re POS and support for original schedule, amendment, BDN and amended schedule notification (.1); analysis of Ntc system, docket and scheds re amendments, original amts, BDN and amendment POS (.7); prep email to J Baer re research results and docs (.2) |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/2/2011 | 0.1 | $11.00 | Analyze and review recent docket activity; number 27004 and related docket entries; audit claims/objection database and/or notice system re: same. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/2/2011 | 0.2 | $22.00 | Add additional noticing party to impacted entry in the claims database pursuant to Court docket no. 27004. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2011 | 0.6 | $126.00 | Analysis of V Jelisavcic email re 11 add'l scheds to review (.2); telephone to V Jelisavcic re request for complete list rather than pieces (.1); begin research V Jelisavcic new schedule list (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2011 | 0.5 | $105.00 | Analysis of J Baer email re DH Litter and basis for amendment (.1); research amendment history (.3); prep email to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2011 | 1.0 | $210.00 | Telephone with R Higgins re tax claim report and research (.1); research b-Linx and docket (.8); prep reply to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2011 | 1.2 | $252.00 | Analysis of email from R Higgins re additional request for claims research (.1); prep ART report of all NY Dept of Revenue claims (.2); analysis of ART report (.3); analysis of b-Linx and related pleadings (.4); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2011 | 1.3 | $273.00 | Telephone from R Higgins re review of tax summary chart, data research (.1); prep ART report re tax claims for R Higgins (.2); analysis of report and related pleadings (.5); revise R Higgins summary chart (.4); prep email to R Higgins re research results (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2011 | 0.5 | $105.00 | Analysis of R Higgins email re IRS claim research (.1); analysis of b-Linx and related pleadings re claim (.3); prep response to R Higgins re research result (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2011 | 1.1 | $231.00 | Analysis of R Higgins email re add'l review of tax claims (.1); analysis of ART report re tax claims (.3); analysis of b-Linx and docket re tax claims (.4); prep report of tax claims to R Higgins (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2011 | 1.3 | $273.00 | Prep ART reports re resolved claims (.5); analysis of resolved claims reports vs R Higgins resolved spreadsheets for updates (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2011 | 1.6 | $336.00 | Prep ART report re remaining open claims (.4); review open claims and correspondence re status and actions (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2011 | 1.3 | $273.00 | Analysis of open claims ART report vs R Higgins open spreadsheets for updates (.7); revised R Higgins open and resolved spreadsheets per analysis (.6) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.1 | $11.00 | Forward email to A. Rexnort of Claims Recovery Group re: undeliverable address asserted on Notice of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.2 | $22.00 | Update affected address in the claims database per updated information provided by transferee of related claim. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.3 | $33.00 | Revise b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.2 | $22.00 | Prepare three transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.2 | $22.00 | Prepare two Proofs of Service related to transfer notices (.1), forward to notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/8/2011 | 0.2 | $22.00 | Forward copies of Courtesy Notices served 3/7/11 to N. Shah of Claims Recovery Group per his request. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2011 | 1.0 | $210.00 | Analysis of V Jelisavcic email re 11 new schedules to review re transfers (.2); analysis of b-Linx re transfers (.6); prep email to V Jelisavcic re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2011 | 1.5 | $315.00 | Analysis of transfer master list, schedules and docket re Longacre schedules transferred and issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2011 | 1.0 | $210.00 | Analysis of DRTT re transfers of claim re Longacre project |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/9/2011 | 0.1 | $11.00 | Analyze Court docket nos. 27045 and 27055, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/9/2011 | 0.7 | $147.00 | Analysis of Longacre transfers requiring further research |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/10/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/10/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/10/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2011 | 0.3 | $63.00 | Prep email to L Shippers re amended Marblegate transfer (.1); analysis of L Shippers email re no amended Marblegate transfer filed (.1); prep email to J Baer re amended Marblegate transfer not filed (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/13/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/13/2011 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/13/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/13/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/13/2011 | 0.2 | $22.00 | Prepare two Proofs of Service related to transfer notices (.1), forward to notice group for filing (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2011 | 0.2 | $42.00 | Analysis of V Jelisavcic email re info request re 2 claims transferred (.1); prep email to V Jelisavcic re any other addition research requests (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/14/2011 | 0.1 | $11.00 | Analyze Court docket nos. 27080 and 27081, verify no further updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/15/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/15/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/15/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2011 | 0.3 | $63.00 | Analysis of b-Linx re add'l claims research requested by V Jelisavcic (.2); prep email to V Jelisavcic re research results (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/17/2011 | 0.5 | $55.00 | Analyze and review docket activity for 5 filed Notice of Transfers (.2); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.3). |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/17/2011 | 0.2 | $22.00 | Analyze and review docket activity for 4 filed Certificates of Service for Notice of Transfers (.1); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/17/2011 | 0.3 | $33.00 | Analyze Court docket nos. 27034 and 27039 to determine if claim transfer is necessary, per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2011 | 0.3 | $63.00 | Analysis of S Cohen email re claim 603 Wright and pending status (.1); analysis of S Cohen email re dkts 27034 and 27039 and transfers, issues (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/17/2011 | 0.2 | $22.00 | Additional email correspondence with A.Carter (.1), discussion with L.Shippers re: recent docket entries and required claim updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/17/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket items and possible claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/17/2011 | 0.6 | $66.00 | Analyze docket numbers 27022 to 27106 (.4); email correspondence with M.Araki, A.Carter, L.Shippers (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2011 | 2.6 | $546.00 | Analysis of J Baer emails re research on Garlock Technologies (.2); analysis of data, files and pleadings re Garlock Technologies solicitation, schedules, claim filed, ntc of appearance (2.0); prep email to J Baer re Garlock research results (.2); analysis of D Boll email re Garlock add'l schedule info (.1); prep email to D Boll re add'l schedule info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2011 | 0.1 | $21.00 | Analysis of S Cohen email re settlement notices filed and impact on claims |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, A.Carter re: recent docket entries and database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2011 | 0.8 | $168.00 | Analysis of T Feil email re Superior Supply schedule record and issues (.1); analysis of CCRT re Superior Supply (.2); analysis of S Cohen research results (.2); telephone to S Cohen re same (.1); analysis of S Cohen reply re research results (.1); analysis of S Cohen email to T Feil re add'l schedule research (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2011 | 0.3 | $33.00 | Discussions with T.Feil, M.Araki, A.Wick re: additional research required re: amended schedules and amount data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2011 | 0.5 | $55.00 | Perform additional research re: amended schedules and amount data per T.Feil request (.3); additional discussion with A.Wick, email correspondence with T.Feil (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2011 | 0.3 | $33.00 | Research amended schedules per T.Feil request (.2); email correspondence with T.Feil, M.Araki re: research results, schedule data (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2011 | 0.2 | $22.00 | Perform additional research re: amended schedules per T.Feil request (.1); additional email correspondence with M.Araki (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.2 | $22.00 | Analyze Court docket nos. 27146 and 27148, verify notices of transfer are amended by subsequent filings. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.1 | $11.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.2 | $22.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.3 | $33.00 | Revise b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.2 | $22.00 | Prepare three transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/24/2011 | 0.2 | $22.00 | Communications with A. Rexnord of Claims Recovery Group re: undeliverable address provided for transferor on notice of transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2011 | 0.5 | $105.00 | Analysis of Court docket re recent enviro orders (.2); analysis of b-Linx re enviro orders and claims (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2011 | 1.5 | $315.00 | Analysis of Longacre list of transferred schedules with issues for further research (.6); research b-Linx re transferred schedules with issues (.4); research docket re transfer documentation (.5) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 6/29/2011 | 0.6 | $126.00 | Prepare for (.1) and attend conference with M Araki re claims transfers and audit and analysis of same (.5) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 6/29/2011 | 1.9 | $399.00 | Analyze claim transfers (1.0); revise claims transfer master spreadsheet (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2011 | 0.9 | $189.00 | Telephone with J Osborne re transfer audit project (.5); analysis of emails from G Kruse and A Wick re transfer/splits and data (.2); prep emails to G Kruse and A Wick re transfer/split data and distribution data islands (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2011 | 0.8 | $168.00 | Analysis of email from J Osborne re transfers in DRTT not reflected on transfer audit worksheet (.2); analysis of transfer audit worksheet re samples, analysis of DRTT and b-Linx re same (.5); prep email to J Osborne re add'l review for project (.1) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 6/30/2011 | 2.9 | $609.00 | Analyze claim transfers for transfer audit (1.9); revise claims transfer master spreadsheet (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## June 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2011 | 0.8 | $168.00 | Emails from/to J Osborne re transfers, DRTT listing, xpreadsheet issues (.3); analysis of spreadsheet, CCRT and DRTT re samples (.5) |
| | WRG Non-Asbestos Claims Total: | | | 41.1 | $7,791.00 | |
| | June 2011 Total: | | | 127.4 | $22,472.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | Grand Total: | 127.4 | $22,472.50 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 6/1/2011 thru 6/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos PI Claims** | | | |
| REC_TEAM | | | |
| Lelia Hughes | $75.00 | 0.2 | $15.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 9.9 | $2,079.00 |
| Total: | | 10.1 | $2,094.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 1.0 | $65.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.2 | $209.00 |
| Brianna Tate | $45.00 | 1.0 | $45.00 |
| James Myers | $65.00 | 0.5 | $32.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 1.9 | $370.50 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.3 | $60.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 7.9 | $987.50 |
| Kevin Martin | $135.00 | 0.7 | $94.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.2 | $132.00 |
| Lelia Hughes | $75.00 | 4.1 | $307.50 |
| Steffanie Cohen | $110.00 | 1.2 | $132.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 25.6 | $5,376.00 |
| Total: | | 48.0 | $7,865.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 2.5 | $237.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.5 | $375.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.0 | $440.00 |
| Jacqueline Conklin | $95.00 | 3.1 | $294.50 |
| Total: | | 12.1 | $1,347.00 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.5 | $315.00 |
| Total: | | 1.5 | $315.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 6/1/2011 thru 6/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.2 | $2,982.00 |
| | Total: | 14.6 | $3,060.00 |
| **WRG Non-Asbestos Claims** | | | |
| SR_CONSULTANT | | | |
| Julia Osborne | $210.00 | 5.4 | $1,134.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.8 | $88.00 |
| Lauri Shippers | $110.00 | 5.3 | $583.00 |
| Steffanie Cohen | $110.00 | 2.3 | $253.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 27.3 | $5,733.00 |
| | Total: | 41.1 | $7,791.00 |
| | Grand Total: | 127.4 | $22,472.50 |

EXHIBIT 1