# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110630**
**Expense Summary**

| Period Ending | 6/30/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $3.96 |
| | | Pacer | $10.80 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,186.86** |

EXHIBIT 2



|  | BMC Group, Inc.<br>600 1st Ave., Suite 300<br>Seattle, WA 98104<br>Tel: 206/516-3300 |
|---|---|

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110630-1 | 6/30/2011 | $3.96 |
|  | Total | $3.96 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 6/30/2011
**Reference #:** 021-20110630-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 9 Pieces | $3.96 |
| | | | | **Total Due:** | **$3.96** |

*Invoice Due Upon Receipt*  *Page 1 of 1*

EXHIBIT 2