# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# APRIL 1, 2010 THROUGH
# APRIL 30, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC 20007--5135

File      WRG-AUS/JCP
Invoice number   100171

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  |  |
|---|---:|
| Subtotal for FEES only: 04/30/10 | $3,900.00 |
| Subtotal for COSTS only: 04/30/10 | $249.04 |
| CURRENT PERIOD FEES AND COSTS: 04/30/10 | $4,149.04 |
| **PAY THIS AMOUNT** | **$4,149.04** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    100171

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 1.2 | 540.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.5 | 375.00 |
| CASE ADMINISTRATION | 1.6 | 330.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 4.0 | 1,800.00 |
| PLAN AND DISCLOSURE STATEMENT | 1.9 | 855.00 |
| Subtotal for FEES only: 04/30/10 | 11.2 | $3,900.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 7.40 | 7.40 | 3,330.00 | 0.00 | 0.00 |
| 150.00 | CAH | 3.80 | 3.80 | 570.00 | 0.00 | 0.00 |
| Totals | | 11.20 | 11.20 | 3,900.00 | 0.00 | 0.00 |

WRG-AUS                                                LEGALMASTER MIRC for Transactions                                           10/20/2011 Pg 1
                                                                      -Fees-

Sorts:   Grouping code         (Paginate)
         Client code
         Actual employee code  (Subtotal)
         Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Include "Invoice Number" from 100171 to 100171

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd | Ca Cd |
|---|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 04/05/10 | Update docket to system. | 0.10 | 15.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 04/12/10 | Organize all pleadings for filing and review. | 0.90 | 135.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 04/12/10 | Review of e-mail from D. Fullem; phone conference with counsel for Debtor re: final Fee Application of Piper Jaffray - left message for Jamie O'Neil. | 0.30 | 45.00 | | |
|  |  |  |  |  | ---- | ------ | | |
|  |  |  |  |  | 1.30 | 195.00 | | |
|  |  |  |  |  | ---- | ------ | | |
| WRG | CASE ADMINISTRATION | JCP | 04/05/10 | Review of Agenda for 4/19/10 Hearing; review of miscellaneous pleadings. | 0.20 | 90.00 | | |
| WRG | CASE ADMINISTRATION | JCP | 04/16/10 | Review of Amended Agenda for 4/19/10 Hearing. | 0.10 | 45.00 | | |
|  |  |  |  |  | ---- | ------ | | |
|  |  |  |  |  | 0.30 | 135.00 | | |
|  |  |  |  |  | ---- | ------ | | |
|  |  |  |  |  | 1.60 | 330.00 | | |
|  |  |  |  |  | ---- | ------ | | |

Total records this group:    5

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                              10/20/2011  Pg  2
                                                          -Fees-

       Cl code Grouping code description        Act   Trans                                                    Billable  Billable  Gr
WRG                                             Emp   Date   Transaction description                             Hours   Dollars   Cd
WRG    CLAIMS ADMINISTRATION AND                JCP   04/07/10  Review of five Orders Authorizing PD Claim Settlements     0.70    315.00  Co
       OBJECTIONS                                               with Morguard, Toronto School District, McMaster
                                                                University, St. John's Health Care, and Hamilton Wenworth
                                                                School District; review of Order Approving Settlement of
                                                                National Union Claim #18508; review of Order Approving
                                                                Longacre Claim #9553; review of miscellaneous pleadings;
                                                                review of Order Authorizing Implementation of 2010 - 2012
                                                                Long Term Incentive Plan.

WRG    CLAIMS ADMINISTRATION AND                JCP   04/08/10  Review of Claim Settlement Notice (6080); review of Claim   0.30    135.00
       OBJECTIONS                                               Settlement Notice (1959); review of miscellaneous
                                                                pleadings.

WRG    CLAIMS ADMINISTRATION AND                JCP   04/19/10  Review of Ohio EPA's Withdrawal of Proof of Claim (.1);     2.00    900.00
       OBJECTIONS                                               review of Amended Agenda for 4/19/10 Hearing (.1); phone
                                                                conference with Judge Fitzgerald and all counsel (1.6);
                                                                review of 6 Certificates of No Objection re: Motions
                                                                Authorizing Settlement of Property Damage Claims of
                                                                Atlantic Shopping Center, Fairmall Leaseholds, City of
                                                                Vancouver, Conseillers Immobiliers, Avalon East School
                                                                Board and University of Guelph (.1); review of Certificate
                                                                of No Objection re: Order Approving Settlement with
                                                                Employers Mutual (.1).

WRG    CLAIMS ADMINISTRATION AND                JCP   04/26/10  Review of Notice of Filing of 2nd Amended Disclosure of     0.20     90.00
       OBJECTIONS                                               D&O's Certification of Counsel re: Order Setting Dates re:
                                                                Debtors' Objection to Maryland Casualty's Claims; review
                                                                of Order re: same as entered.

WRG    CLAIMS ADMINISTRATION AND                JCP   04/28/10  Review of Order Approving Settlement with Employers         0.50    225.00
       OBJECTIONS                                               Mutual; review of Agenda re: 5/3/10 Hearing; review of
                                                                miscellaneous pleadings and Orders.

WRG    CLAIMS ADMINISTRATION AND                JCP   04/29/10  Review of miscellaneous pleadings; review of Debtors' 35th  0.30    135.00
       OBJECTIONS                                               Quarterly Report of Settlements; review of Debtors' 35th
                                                                Quarterly Report of Asset Sales.
                                                                                                                         -------  ---------
Total records this group:   6                                                                                               4.00  1,800.00
                                                                                                                            4.00  1,800.00
                                                                                                                         =======  =========
```

WRG-AUS                                    LEGALMASTER MIRC for Transactions                             10/20/2011 Pg 3
                                                        -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/03/10 | Review of Monthly Operating Report (Feb. 2010) | 0.10 | 45.00 | Li |
| WRG | LITIGATION | JCP | 04/09/10 | Review of Debtors' Statements of Amounts Paid in Ordinary Course with Exhibit; review of Notice of Substitution of Signature Page for Employers Mutual Settlement Agreement; review of miscellaneous pleadings. | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 04/27/10 | Review of 6 Orders Authorizing Settlement of Property Damage Claims of Atlantic Shopping Centers, Fairwell leaseholds, University of Guelph, City of Vancouver, Conseillers Imobiliers and Avalon East School Board (.3); review of Debtors' Amended Claims Settlement Notice re: Claim # 6080 (.1); review of Debtors' Motion to Approve North Star Reinsurance Settlement (.2); review of Order Approving Settlement with Employers Mutual (.1). | 0.70 | 315.00 | |
| | | | | | 1.20 | 540.00 | |
| | | | | | 1.20 | 540.00 | |

Total records this group:   3

WRG-AUS                                                   10/20/2011  Pg 4

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/05/10 | Download and file 1st Quarterly Fee Application of Lincoln Partners. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/06/10 | Code pre-bill to conform to local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/15/10 | Phone conference with Patti at PSZ&J re: final Fee Application for Piper Jaffray; e-mail to D. Fullem. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/16/10 | Respond to e-mail from D. Fullem; download and file Certificates of No Objection for Orrick Herrington's February Fee Application and Lincoln Partners February Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/20/10 | Reconcile check received to invoices issued. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/26/10 | Review of e-mail from D. Fullem re: Piper Jaffray's final Fee Application approval; phone conference with P. Cuniff at PSZJ re: same and send group e-mail. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/27/10 | E-mail to D. Fullem; download and file March Fee Application for Orrick Herrington. | 0.40 | 60.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.50 | 375.00 | |
| | | | | | 2.50 | 375.00 | |

Total records this group:  7

WRG-AUS                          LEGALMASTER MIRC for Transactions                          10/20/2011  Pg 5
                                             -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/23/10 | Preliminary review of 1st Amended Plan as Modified Through 3/19/20 with Exhibit and all Exhibits (1.7); e-mail from counsel for Debtors re: Debtors' 2nd Amended Disclosure of Officers and Directors with enclosure (.1); review of chart re: same (.1). | 1.90 | 855.00 | ps |
| | | | | | ----- | -------- | |
| | | | | | 1.90 | 855.00 | |
| | | | | | ----- | -------- | |
| | | | | | 1.90 | 855.00 | |
| | | | | | ----- | -------- | |

Total records this group:  1

                                                                                              11.20     3,900.00
                                                                                            ======   =========

22 records printed.