# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## APRIL 1, 2010 THROUGH
## APRIL 30, 2010

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 100171

Re: W. R. Grace & Co.
David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/01/10 | Long distance phone charges | 1.14 |
| 04/01/10 | On-line docket research | 11.84 |
| 04/12/10 | Photocopies | 8.00 |
| 04/30/10 | Check No.: 42959 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 228.06 |
| | Subtotal for COSTS only: 04/30/10 | $249.04 |