EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MAY 1, 2010 THROUGH
MAY 31, 2010

```
                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                           Wilmington, DE  19806
                              (302) 655-4200
                           EI #: 51-0328786
```

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

```
                                              File   WRG-AUS/JCP
                                              Invoice number   100172
```

```
     Re:  W. R. Grace & Co.
          David T. Austern
Case No.:  01-01139 (RLB)
```

```
             Subtotal for FEES only: 05/31/10      $2,130.00
             Subtotal for COSTS only: 05/31/10         $0.57
                                                  -------------
  CURRENT PERIOD FEES AND COSTS: 05/31/10          $2,130.57
                                                  -------------

                          PAY THIS AMOUNT          $2,130.57
                                                  =============
```

```
***************************************************************
          Please remit duplicate copy with payment.  Thank you.
***************************************************************
```

Phillips, Goldman & Spence, P.A.

Page 2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100172

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.8 | 360.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 3.4 | 1,530.00 |
| FEE/EMPLOYMENT APPLICATIONS | 1.6 | 240.00 |
| Subtotal for FEES only: 05/31/10 | 5.8 | $2,130.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 4.20 | 4.20 | 1,890.00 | 0.00 | 0.00 |
| 150.00 | CAH | 1.60 | 1.60 | 240.00 | 0.00 | 0.00 |
| Totals | | 5.80 | 5.80 | 2,130.00 | 0.00 | 0.00 |

| WRG-AUS | | | LEGALMASTER MIRC for Transactions -Fees- | | 10/20/2011 Pg 1 |
|---|---|---|---|---|---|

Sorts:  Grouping code  (Paginate)
        Client code
        Actual employee code  (Subtotal)
        Transaction date

Ranges:
 Include "Client code" from WRG to WRG
 Include "Invoice Number" from 100172 to 100172

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/03/10 | Review of Certification of Counsel re: Order Disallowing 2 Canadian Property Damage Claims; review of miscellaneous pleadings. | 0.20 | 90.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/05/10 | Review of Order Barring 2 Property Damage Claims; review of Certification of Counsel re: Order Dismissing Munoz Motion for Relief from Stay. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/07/10 | Review of Order Dismissing Munoz Motion for Relief from Stay. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/12/10 | Review of Certification of Counsel re: corrected Order Approving Settlement with Employers Mutual with enclosure; review of Corrected Order; review of Claim Settlement Notice with Exhibits; review of executed Corrected Order. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/17/10 | Review of Notice of Appeal re: Property Damage Claims 11627 and 12476; review of miscellaneous pleadings. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/18/10 | E-mail from and e-mail to Debbie Felder re: 5/19/10 filing with enclosure; review of draft Austern/Personal Injury Committee Reply in Support of Debtors' Objection to Maryland Causality's Claims. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/19/10 | E-mail from James Burke re: FCR's and Personal Injury Committee's Updated Reply in Support of Debtors' Objection to Maryland Casualty's Claims with enclosure and review of same (.1); e-mail from counsel for Personal Injury Committee re: same (.1); e-mail from James Burke re: final version of same with enclosure and review of same (.1); e-mail from counsel for Personal Injury Committee approving same (.1); e-mail from Rick Wyron approving same (.1); e-mail to local counsel for Personal Injury Committee approving filing of same (.1). | 0.60 | 270.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/20/10 | Review of Libby Claimant's Reply to Maryland casualty's Opposition to Debtors' Objections to its claims (.4); review of Debtors' Reply in Support of Objections to Maryland Casualty's Claims (.5). | 0.70 | 315.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/21/10 | Review of miscellaneous pleadings; review of Maryland Casualty's Objection to Libby Claimants' Participation in Debtors' Objection to Libby Claimants' Participation; review of Mary Casualty's Reservation of Rights to Prohibit FCR and Personal Injury Committee in participating in Debtors' Objections to Maryland Casualty's Claims. | 0.40 | 180.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/26/10 | Review of Debtors' Motion to Approve Amended and Restated Settlement with Harper Insurance Company; review of Certificate of No Objection re: Order Approving Settlement with North Star Insurance. | 0.20 | 90.00 | |

WRG-AUS                                  LEGALMASTER MIRC for Transactions                              10/20/2011  Pg 2
                                                       -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/26/10 | Review of Debtors' Motion for Approval of Harper Insurance Company settlement. | 0.20 | 90.00 | Co |
| | | | | | ---- | -------- | |
| | | | | | 3.40 | 1,530.00 | |
| | | | | | ---- | -------- | |
| | | | | | 3.40 | 1,530.00 | |
| | | | | | ---- | -------- | |

Total records this group:   11

WRG-AUS                                    LEGALMASTER MIRC for Transactions                              10/20/2011  Pg 3
                                                          -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/01/10 | E-mail from counsel for Debtors re: Plan Proponents' Proposed Order Confirming Joint Amended Plan with enclosure and review of same (.6). | 0.60 | 270.00 | Li |
| WRG | LITIGATION | JCP | 05/04/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 05/13/10 | Review of miscellaneous pleadings. | 0.80 | 360.00 | |
| | | | | | 0.80 | 360.00 | |

Total records this group:  3

```
WRG-AUS                             LEGALMASTER MIRC for Transactions                         10/20/2011 Pg 4
                                                 -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/10 | Download and file February and March Fee Applications for Lincoln Partners Advisors. | 0.50 | 75.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/10 | Respond to e-mail from D. Fullem. | 0.10 | 15.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/10 | Download and file Certificate of No Objection for Orrick's March Fee Application; e-mail to D. Fullem. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/20/10 | Send e-mail to Jamie O'Neill on Piper's final Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/25/10 | E-mail to (6x) and e-mail from B. Ruhlander and D. Fullem; phone conference with D. Fullem re: correcting Lincoln's 1st Quarterly Fee Application. | 0.50 | 75.00 | |

```
Total records this group:   5                                                  1.60      240.00
                                                                               1.60      240.00
                                                                               =====    ========
                                                                                5.80    2,130.00
                                                                               =====    ========

19 records printed.
```