EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MAY 1, 2010 THROUGH
MAY 31, 2010

Page   2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100172

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | |
|---|---:|
| 05/01/10 Long distance phone charges | 0.57 |
| Subtotal for COSTS only: 05/31/10 | $0.57 |