# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JUNE 1, 2010 THROUGH
## JUNE 30, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   100173

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 06/30/10       $2,340.00
                                                 -------------
   CURRENT PERIOD FEES AND COSTS: 06/30/10        $2,340.00
                                                 -------------

                       PAY THIS AMOUNT            $2,340.00
                                                 =============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

October 20, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100173

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.4 | 1,080.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.2 | 90.00 |
| FEE/EMPLOYMENT APPLICATIONS | 3.0 | 450.00 |
| LITIGATION | 1.8 | 720.00 |
| Subtotal for FEES only: 06/30/10 | 7.4 | $2,340.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 4.10 | 4.10 | 1,845.00 | 0.00 | 0.00 |
| 150.00 | CAH | 3.10 | 3.10 | 465.00 | 0.00 | 0.00 |
| 150.00 | TLB | 0.20 | 0.20 | 30.00 | 0.00 | 0.00 |
| Totals | | 7.40 | 7.40 | 2,340.00 | 0.00 | 0.00 |

Sorts:    Grouping code           (Paginate)
          Client code
          Actual employee code    (Subtotal)
          Transaction date

Ranges:
  Include "Client code" from WRG to WRG
  Include "Invoice Number" from 100173 to 100173

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/02/10 | Review of 6/2/10 Order Approving Debtors' Settlement with North Star Reissurance; review of miscellaneous pleadings; review of Libby Claimants' Response to Maryland Casualty's Objection to Libby Participating in Objection to Maryland Casualty's Claim. | 0.20 | 90.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/04/10 | Review of Debtors' Designations and Objections to Claimants' Designations on Appeal; review of Debtors' Reservation of Rights re: Participation of Non-debtors in Debtors' Objection to Maryland Casualty's Claim; review of Certification of Counsel re: 35th Quarter Project Category Summary; review of Debtors' Motion to Authorize Settlement re: Walpole, Maine Superfund site; review of Certificate of No Objection re: settlement of 2 claims; review of Amended Agenda for 6/7/10 Hearing; review of Maryland Casualty's Sur-Reply in Opposition to Debtors' Objections to Claims. | 0.70 | 315.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/07/10 | Phone conference with Judge Fitzgerald and all counsel; review of Order re: Maryland Casualty's Objection to Libby Claimants' Participation in Maryland Casualty's Claims. | 0.40 | 180.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/09/10 | Review of Debtors' Motion to Approve Easthampton, Massachusetts Superfund Settlement; review of miscellaneous pleadings; review of Debtors' Motion to Approve Settlement with Munich Re; review of Notice of Withdrawal of Travelers' Plan Objections and Proof of Claim. | 0.40 | 180.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/29/10 | Review of Debtors' Motion to Approve Settlement with Nationwide Insurance; review of Certificate of No Objection re: Order Approving Amended Settlement Agreement with Harper Insurance. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/30/10 | Review of Order Approving Amended Settlement Agreement with Harper Insurance; review of Certification of Counsel re: Order Approving Consent Order with EPA re: Easthampton, MA Superfund Site; review of Certificate of No Objection re: Re-Opening Fraudulent Conveyance Adversary Proceedings; e-mail from Rick Wyron re: Request for Judicial Notice re: Garlock filing bankruptcy with enclosure; review of and revise same; e-mail from Rick Wyron re: revision to same; e-mail from counsel for PI Committee approving same. | 0.50 | 225.00 | |
| | | | | | 2.40 | 1,080.00 | |
| | | | | | 2.40 | 1,080.00 | |

Total records this group:    6

WRG-AUS                                     LEGALMASTER MIRC for Transactions                              10/20/2011  Pg 2
                                                         -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 06/21/10 | Review of e-mail and print documents for John C. Phillips, Jr. | 0.30 | 45.00 | Li |
| WRG | LITIGATION | JCP | 06/01/10 | Review of Agenda for 6/7/10 Hearing; conference with paralegal re: signing up for Court Call; review of miscellaneous pleadings; e-mail from Court Call confirming registration; memorandum to file re: same; calendar same. | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 06/08/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 06/10/10 | Review of Notice of Change of Hearing Date; re-calendar same; review of miscellaneous pleadings. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 06/12/10 | Review of Notice of Change of Time for Omnibus Hearings; memorandum to paralegal re: same. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 06/14/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 06/15/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 06/21/10 | E-mail from and e-mail to Debbie Felder re: filing Request for Judicial Notice (of Garlock bankruptcy) with enclosure; review of same. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 06/22/10 | E-mail from Debbie Felder re: filing Request for Judicial Notice re: Garlock bankruptcy with enclosure; review of same; e-mail from Rick Wyron re: holding off on filing. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 06/28/10 | Review of Certification of Counsel re: Order Granting Debtors' 28th Objection re: Employee Claims. | 0.10 | 45.00 | |
| | | | | | 1.50 | 675.00 | |
| | | | | | 1.80 | 720.00 | |

Total records this group:   10

WRG-AUS                                              LEGALMASTER MIRC for Transactions                                              10/20/2011 Pg 3
                                                                     -Fees-

| Cl code | Grouping code description     | Act Emp | Trans Date | Transaction description                                                                                         | Billable Hours | Billable Dollars | Gr Cd |
|---------|-------------------------------|---------|------------|-----------------------------------------------------------------------------------------------------------------|---------------|------------------|-------|
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/07/10   | Download and file April Fee Application for Orrick Herrington.                                                  | 0.30          | 45.00            | fa    |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/24/10   | Code extensive pre-bill and mark for compliance with local rules.                                               | 0.90          | 135.00           |       |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/25/10   | Download April and May Fee Application for Towers Watson.                                                       | 0.50          | 75.00            |       |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/25/10   | Download and file May Fee Application for Lincoln Partners.                                                     | 0.20          | 30.00            |       |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/25/10   | Download and file Quarterly Fee Application and May Fee Application for Orrick Herrington.                      | 0.50          | 75.00            |       |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | CAH     | 06/29/10   | Download and file Certificate of No Objection for Orrick's April Fee Application after e-mail to and e-mail from D. Fullem. | 0.40          | 60.00            |       |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | TLB     | 06/04/10   | E-file Certificate of No Objection re February and March 2010 Fee Apps for Lincoln Partners Advisors LLC.       | 0.20          | 30.00            |       |
|         |                               |         |            |                                                                                                                 | -----         | ------           |       |
|         |                               |         |            |                                                                                                                 | 2.80          | 420.00           |       |
|         |                               |         |            |                                                                                                                 | -----         | ------           |       |
|         |                               |         |            |                                                                                                                 | 0.20          | 30.00            |       |
|         |                               |         |            |                                                                                                                 | 3.00          | 450.00           |       |
|         |                               |         |            |                                                                                                                 | -----         | ------           |       |

Total records this group:   7

WRG-AUS                          LEGALMASTER MIRC for Transactions                          10/20/2011  Pg  4
                                                 -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/03/10 | Review of miscellaneous pleadings; review of Allstate's Withdrawal of all Plan Objections; review of Lloyd's Withdrawal of all Plan Objections. | 0.20 | 90.00 | ps |
| | | | | | ----- | ------- | |
| | | | | | 0.20 | 90.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.20 | 90.00 | |
| | | | | | ----- | ------- | |

Total records this group:  1                                                               7.40     2,340.00
                                                                                          =====    =========

24 records printed.