IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: November 13, 2011

Hearing Deadline: to be scheduled, if necessary

FEE DETAIL FOR NORTON ROSE OR LLP'S FIFTY-SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# NORTON ROSE

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1116352 |
| Date: | October 17, 2011 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

100035

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose OR LLP / S.E.N.C.R.L., s.r.l.
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrose.com
nortonrose.com

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending September 30, 2011.

| | |
|---|---:|
| FEES | $2,014.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 76.19 |
| NET | $2,090.19 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,090.19 |
| TOTAL IN US FUNDS | $2,069.50 |

**Payable upon receipt**

Banking Information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza,
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order



W.R. GRACE & CO.           01016442-0001

RE: **Chapter 11 Proceedings, General Matters**

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/9/11 | Teresa Walsh | Reviewing and forwarding Fee Auditor's Amended Combined Final Report for De Minimis or No Fee Expense Issues for the 40th Interim Period. | 0.20 | $120.00 |
| 7/9/11 | Teresa Walsh | Reviewing Fee Auditor's Initial Report regarding Norton Rose OR's Application for the 41st Interim Period (0.20); following-up with Fee Auditor's office regarding timing of response (0.10); exchanging email with V. Sinha and A. Glen regarding response to report (0.10). | 0.40 | $240.00 |
| 7/9/11 | Penny Adams | Receiving and reviewing Fee Auditor's Initial Report regarding 41st Interim Period. | 0.40 | $84.00 |
| 8/9/11 | Adrienne Glen | Reviewing and providing comments on response to fee auditor's initial report. | 0.40 | $132.00 |
| 8/9/11 | Teresa Walsh | Responding to Fee Auditor's Initial Report for the 41st Interim Period. | 0.20 | $120.00 |
| 8/9/11 | Penny Adams | Preparing response to Fee Auditor (1.00); participating in discussions with T. Walsh, A. Glen and V. Sinha regarding same (0.20). | 1.20 | $252.00 |
| 9/9/11 | Penny Adams | Finalizing Fee Auditor response letter and sending same to Fee Auditor. | 0.40 | $84.00 |
| 15/9/11 | Penny Adams | Drafting 56th Monthly Fee Application. | 1.00 | $210.00 |
| 20/9/11 | Penny Adams | Reviewing and revising 56th Monthly Fee Application. | 0.30 | $63.00 |
| 26/9/11 | Penny Adams | Revising 56th Monthly Fee Application (0.30); corresponding with R. Finke regarding same (0.10). | 0.40 | $84.00 |
| 28/9/11 | Teresa Walsh | Reviewing and swearing 56th Monthly Fee Application. | 0.20 | $120.00 |
| 29/9/11 | Penny Adams | Finalizing 56th Monthly Fee Application (0.30); corresponding with Fee Auditor, L. Oberholzer and others with respect to same (0.20). | 0.50 | $105.00 |

INVOICE: 1116352



NORTON ROSE

W.R. GRACE & CO. 01016442-0001

**RE:    Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/9/11 | Orestes Pasparakis | Following-up on materials from representative counsel (0.20); following-up on series of emails (0.30). | 0.50 | $400.00 |
|  |  | **TOTAL FEES** |  | **$2,014.00** |

**DISBURSEMENTS - NON TAXABLE**
Copies 1.60
Courier service 34.59
Process server fee 40.00
$76.19

INVOICE: 1116352