## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Re: Docket Nos. 27771, 27786** |

### DECLARATION OF SUPPLEMENTAL SERVICE REGARDING:

Docket
No. 27771

NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER:
(A) APPROVING THE FORM OF ASSET SALE AGREEMENT;
(B) AUTHORIZING BUT NOT REQUIRING THE SALE OF CERTAIN
VERMICULITE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES AND OTHER INTERESTS; (C) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND
(D) APPROVING PROCEDURES FOR NOTICING AND DETERMINING
CURE AMOUNTS

MOTION FOR ENTRY OF AND ORDER: (A) APPROVING THE FORM OF
ASSET SALE AGREEMENT; (B) AUTHORIZING BUT NOT REQUIRING
THE SALE OF CERTAIN VERMICULITE ASSETS FREE AND CLEAR OF
ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS;
(C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS; AND (D) APPROVING PROCEDURES FOR
NOTICING AND DETERMINING CURE AMOUNTS

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Docket No. 27771 | DECLARATION OF ROBERT WHITNEY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER: (A) APPROVING THE FORM OF ASSET SALE AGREEMENT; (B) AUTHORIZING BUT NOT REQUIRING THE SALE OF CERTAIN VERMICULITE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTEREST; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (D) APPROVING PROCEDURES FOR NOTICING AND DETERMINING CURE AMOUNTS |
| --- | --- |
| Docket No. 27786 | NOTICE OF SERVICE OF NOTICE OF SALE OF THE VERMICULITE BUSINESS AND RELATED EXHIBIT [Re: Docket No. 27771] |

SALE OF THE VERMICULITE BUSINESS

I, James H. Myers, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Blvd, Suite 570, El Segundo, California 90245.

2.     On October 21, 2011, at the direction of Baer Higgins Fruchtman LLC, co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, I caused the above-referenced documents to be served on the Affected Parties Listed in Exhibit 1.

3.     Such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 24th day of October 2011 at Paramount, California.

James H. Myers

**EXHIBIT A**

# WR Grace & Co. et al

**Total number of parties: 25**

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 45820 | BENFORD CAPITAL PARTNERS, LLC, DARREL KOCH MARKETING ASSOCIATE, ONE NORTH FRANKLIN, SUITE 3310, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 45820 | CID CAPITAL, JOHN APLIN MANAGING DIRECTOR, 201 W 103 ST., SUITE 200, INDIANAPOLIS, IN, 46290 | US Mail (1st Class) |
| 45820 | COPELEY CAPITAL, LANE FAISON PRINCIPAL, 129 WEST TRADE STREET, SUITE 1225, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 45820 | CORNERSTONE INDUSTRIAL GROUP, LLC, MICHAEL C. ADAMS MANAGING DIRECTOR, 175 PARK PLACE, CHAGRIN FALLS, OH, 44022 | US Mail (1st Class) |
| 45820 | DESCO CAPITAL, KIEL KENNEDY ASSOCIATE, 150 E CAMPUS VIEW BLVD SUITE 250, COLUMBUS, OH, 43235 | US Mail (1st Class) |
| 45820 | DICALITE MANAGEMENT GROUP, JASON GUZEK VICE PRESIDENT, 1 BALA AVENUE SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 45820 | GEMINI INVESTORS, ROBERT MENN SENIOR ASSOCIATE, 20 WILLIAM STREET SUITE 250, WELLESLEY, MA, 02481 | US Mail (1st Class) |
| 45820 | HADLEY CAPITAL, CARINA KEALY DIRECTOR OF FINANCE, 1200 CENTRAL AVENUE SUITE 300, WILMETTE, IL, 60091 | US Mail (1st Class) |
| 45820 | IMERYS SA, FREDERIQUE BERTHIER LEGAL MANAGER M&A, 154 RUE DE L'UNIVERSITE F-75007, PARIS, FRANCE | US Mail (1st Class) |
| 45820 | INDUSTRIAL MINERAL HOLDING, WENKE THOMAN VICE PRESIDENT, 136 E 57TH STREET, 15F, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 45820 | MAIN STREET CAPITAL CORP., DAVID MAGDOL MANAGING DIRECTOR, 1300 POST OAK BLVD. SUITE 800, HOUSTON, TX, 77056 | US Mail (1st Class) |
| 45820 | MERIWETHER CAPITAL, LLC, ROBERT W PETIT PRESIDENT, 30 ROCKEFELLER PLAZA, ROOM 5600, NEW YORK, NY, 10128 | US Mail (1st Class) |
| 45820 | NEBRASKA HEAVY INDUSTRIES, LLC, DAVE HADANI CEO, 720 O STREET, LOT E, LINCOLN, NE, 68508 | US Mail (1st Class) |
| 45820 | OPENGATE CAPITAL, CHRIS BADDON BUSINESS DEVELOPMENT ASSOCIATE, 10250 CONSTELLATION BLVD. SUITE 1750, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 45820 | PEGASUS CAPITAL GROUP, BRYAN MILLER ASSOCIATE, 3250 OCEAN PARK BOULEVARD SUITE 203, SANTA MONICA, CA, 90405 | US Mail (1st Class) |
| 45820 | RFC MANAGEMENT LLC, CATHERINE J. BOGGS GENERAL COUNSEL, 1400 SIXTEENTH STREET SUITE 200, DENVER, CO, 80202 | US Mail (1st Class) |
| 45820 | RIVER ASSOCIATES INVESTMENTS, LLC, J. MARK JONES PARTNER, 633 CHESTNUT ST. SUITE 1640, CHATTANOOGA, TN, 37450 | US Mail (1st Class) |
| 45820 | SAGE CAPITAL LLC, WESLEY M. JONES PRINCIPAL, 8000 MARYLAND AVE , SUITE 1200, SAINT LOUIS, MO, 63105 | US Mail (1st Class) |
| 45820 | SKAMOL AS, JESPER KIRKEBY HANSEN CEO, OSTERGADE 60, LEMVIG, 7620 DENMARK | US Mail (1st Class) |
| 45820 | SPELL CAPITAL PARTNERS, LLC, STEVE JONES SENIOR MANAGING DIRECTOR, 222 SOUTH NINTH STREET, SUITE 2880, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 45820 | STARBOARD CAPITAL PARTNERS, MARC BERGSCHNEIDER MANAGING DIRECTOR, 30 JELLIFF LANE, SOUTHPORT, CT, 06890 | US Mail (1st Class) |
| 45820 | THE ANDERSON GROUP, LLC, BARRY SHAPIRO PARTNER, 121 WEST LONG LAKE ROAD 3RD FLOOR, BLOOMFIELD HILLS, MI, 48304 | US Mail (1st Class) |
| 45820 | THE STRONG COMPANY, WILLIAM A STRONG CEO, 4505 EMMETT SANDERS ROAD, PINE BLUFF, AR, 71601 | US Mail (1st Class) |
| 45820 | UNIMIN CORPORATION, LUKE C ANDERSON CFO, 258 ELM STREET, NEW CANAAN, CT, 06840 | US Mail (1st Class) |
| 45820 | VIRGINIA VERMICULITE LLC, NED GUMBLE PRESIDENT, PO BOX 70, LOUISA, VA, 23093 | US Mail (1st Class) |

**Subtotal for this group: 25**