# Saul Ewing
LLP

CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2139380 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/06/11 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 43.90 |
| Messenger Service | 7.50 |
| Federal Express | 64.50 |
| CURRENT EXPENSES | 115.90 |
| **TOTAL AMOUNT OF THIS INVOICE** | 115.90 |
| **NET AMOUNT OF THIS INVOICE** | 115.90 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2139379 |
| Invoice Date | 10/06/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/02/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 09/06/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 09/07/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/08/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/12/11 | TKD | Review case filings and share with team | 0.4 | 260.00 |
| 09/15/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/16/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/19/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/20/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 09/21/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 09/22/11 | TBB | Forward all ECF filings to group | 0.4 | 78.00 |
| 09/23/11 | TBB | Forward all ECF filings to group. | 0.3 | 58.50 |
| 09/27/11 | TKD | Review all case filings and share with team | 0.8 | 520.00 |
| 09/28/11 | TKD | Review case filings and share with team | 0.3 | 195.00 |
| 09/29/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/30/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

| | |
|---|---|
| TOTAL HOURS | 7.2 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

WR Grace - Official Committee of Equity Security
Holders
Case Administration

10/06/11

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.7 | at | $195.00 | = | 136.50 |
| Teresa K.D. Currier | 6.5 | at | $650.00 | = | 4,225.00 |

CURRENT FEES                                                    4,361.50


**TOTAL AMOUNT OF THIS  INVOICE**                         4,361.50


**NET AMOUNT OF THIS INVOICE**                             4,361.50

# Saul Ewing
### LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2139405 |
| Invoice Date | 10/06/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/02/11 | TKD | Review our fee app and approve same | 0.5 | 325.00 |
| 09/02/11 | TBB | Draft affidavit of service to Saul Ewing's twenty fifth monthly fee application. | 0.2 | 39.00 |
| 09/02/11 | TBB | File and serve Saul Ewing's twenty fifth monthly fee application | 0.8 | 156.00 |
| 09/08/11 | TBB | File and service CNO to Saul Ewing's ninth quarterly fee application. | 0.8 | 156.00 |
| 09/26/11 | TBB | Draft CNO to Saul Ewing's twenty fifth monthly fee application. | 0.5 | 97.50 |
| 09/27/11 | TKD | Review updated docket and prepare, sign CNO for fees | 0.3 | 195.00 |
| 09/27/11 | TBB | Review docket for any objections to Saul Ewing's monthly fee application. | 0.3 | 58.50 |
| 09/28/11 | TBB | File and serve CNO to Saul Ewing's twenty fifth monthly fee application | 1.1 | 214.50 |
| 09/29/11 | TKD | Review, approve our fee application for filing | 0.4 | 260.00 |
| 09/29/11 | TBB | Draft Saul Ewing's twenty sixth monthly fee application | 0.9 | 175.50 |
| 09/29/11 | TBB | Draft Notice and Affidavit of Service to Saul Ewing's twenty sixth monthly fee application | 0.5 | 97.50 |

TOTAL HOURS                6.3

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

10/06/11

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 5.1 | at | $195.00 | = | 994.50 |
| Teresa K.D. Currier | 1.2 | at | $650.00 | = | 780.00 |
| CURRENT FEES | | | | | 1,774.50 |

**TOTAL AMOUNT OF THIS  INVOICE**          1,774.50

**NET AMOUNT OF THIS INVOICE**          1,774.50

# Saul Ewing
### LLP
C E L E B R A T I N G   9 0   Y E A R S

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2139406 |
| Invoice Date | 10/06/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/11 | TKD | Review docket, review and approve Kramer CNO | 0.3 | 195.00 |
| 09/01/11 | TBB | Draft CNO to Kramer Levin's thirty seventh quarterly fee application. | 0.5 | 97.50 |
| 09/02/11 | TBB | File and serve CNO to Kramer Levin's thirty seventh quarterly fee application. | 0.9 | 175.50 |
| 09/06/11 | TKD | Review notice for Kramer Levin fee app; compare and approve same for filing | 0.3 | 195.00 |
| 09/06/11 | TBB | Draft Notice to Kramer Levin's one hundred and nineteenth monthly fee application. | 0.2 | 39.00 |
| 09/06/11 | TBB | File and serve Kramer Levin's one hundred and nineteenth monthly fee application. | 0.8 | 156.00 |
| 09/28/11 | TKD | Review and approve Kramer Levin CNO | 0.3 | 195.00 |
| 09/28/11 | TKD | Communicate with David Blabey about Kramer Levin fee app | 0.2 | 130.00 |
| 09/28/11 | TBB | Draft CNO to Kramer Levin's one hundred and nineteenth monthly fee application | 0.3 | 58.50 |
| 09/28/11 | TBB | File and serve Kramer Levin's CNO to Kramer Levin's one hundred and nineteenth monthly fee application | 1.1 | 214.50 |
| 09/28/11 | TBB | Review docket for any objections to Kramer Levin's monthly fee application | 0.3 | 58.50 |
| 09/29/11 | TKD | Review Kramer Levin fee application and approve same for filing | 0.3 | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

10/06/11

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number 2139406
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/29/11 | TBB | Draft Notice and Affidavit of Service to Kramer one hundred and twentieth monthly fee application | 0.5 | 97.50 |
| | | TOTAL HOURS | 6.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|---------|---|--------|
| Tracy B. Buck | 4.6 | at | $195.00 | = | 897.00 |
| Teresa K.D. Currier | 1.4 | at | $650.00 | = | 910.00 |
| CURRENT FEES | | | | | 1,807.00 |

**TOTAL AMOUNT OF THIS INVOICE**          1,807.00

**NET AMOUNT OF THIS INVOICE**          1,807.00