**EXHIBIT A**

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 25, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 579261
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $67.00 |
| DISBURSEMENTS | 107.12 |
| MATTER TOTAL | $174.12 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $798.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $798.00 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---|
| FEES | $737.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $737.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $5,582.00 |
| DISBURSEMENTS | 107.94 |
| MATTER TOTAL | $5,689.94 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 579261 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772

Page No. 2

October 25, 2011
Invoice No. 579261

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $670.00 |
| DISBURSEMENTS | 18.54 |
| MATTER TOTAL | $688.54 |
| CLIENT GRAND TOTAL | $8,087.60 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

October 25, 2011
Invoice No. 579261

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/23/11 | BLABEY, DAVID E | Review claims settlement notice. | 0.10 | 67.00 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$67.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DOCUMENT RETRIEVAL FEES | 107.12 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$107.12** |

**TOTAL FOR THIS MATTER**          **$174.12**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

October 25, 2011
Invoice No. 579261

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/12/11 | BLABEY, DAVID E | Exchange emails with P. Bentley and T. Mayer regarding committee. | 0.20 | 134.00 |
| 09/14/11 | BENTLEY, PHILIP | Discs T. Weschler and D. Blabey, and trade emails, re committee issues | 0.50 | 415.00 |
| 09/21/11 | BENTLEY, PHILIP | Discs R. Schmidt and trade emails re committee developments, and notes re followup | 0.30 | 249.00 |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| **TOTAL HOURS AND FEES** | | | **1.00** | **$798.00** |

**TOTAL FOR THIS MATTER**                         **$798.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00005

October 25, 2011
Invoice No. 579261

## BANKR. MOTIONS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 09/09/11 | BLABEY, DAVID E | Call with committee counsels and advisors regarding potential transaction. | 0.40 | 268.00 |
| 09/15/11 | BLABEY, DAVID E | Call with counsel and advisors regarding Project Plate. | 0.60 | 402.00 |
| 09/20/11 | BLABEY, DAVID E | Review motion for relief from automatic stay. | 0.10 | 67.00 |
| **TOTAL HOURS AND FEES** | | | **1.10** | **$737.00** |

**TOTAL FOR THIS MATTER**                              **$737.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

Page No. 6

October 25, 2011
Invoice No. 579261

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/14/11 | BENTLEY, PHILIP | Review WaMu PPI ruling, and trade emails re same | 0.60 | 498.00 |
| 09/14/11 | BLABEY, DAVID E | Review Wamu decision and email to debtors counsel re same. | 1.00 | 670.00 |
| 09/15/11 | BENTLEY, PHILIP | Confs D. Blabey and D. Eggermann (.7), and conf call with K&E and M. Shelnitz (.3), and trade emails, re PPI appeal (1.4) | 2.40 | 1,992.00 |
| 09/15/11 | BLABEY, DAVID E | Exchange emails with P. Bentley, D. Eggermann and client regarding Wamu opinion (.7); call with Debtors counsel re same (.3); and review brief re same (.2). | 1.20 | 804.00 |
| 09/16/11 | BENTLEY, PHILIP | Review and comment on K&E's draft pleading (.6), and discs DB and trade emails re same (.2) | 0.80 | 664.00 |
| 09/16/11 | BLABEY, DAVID E | Exchange emails regarding Wamu decision (.9) and discuss with P. Bentley (.2). | 1.10 | 737.00 |
| 09/19/11 | BLABEY, DAVID E | Review BNSF reply appellate brief. | 0.20 | 134.00 |
| 09/20/11 | BENTLEY, PHILIP | Trade emails re current issues | 0.10 | 83.00 |
| **TOTAL HOURS AND FEES** | | | **7.40** | **$5,582.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 14.00 |
| WESTLAW ON-LINE RESEARCH | 93.94 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$107.94** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$5,689.94** |

W.R. GRACE & CO. EQUITY COMMITTEE                          October 25, 2011
056772-00008                                                Invoice No. 579261

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/04/11 | BLABEY, DAVID E | Prepare fee application. | 0.50 | 335.00 |
| 09/28/11 | BLABEY, DAVID E | Prepare fee application. | 0.50 | 335.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$670.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 18.54 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$18.54** |

**TOTAL FOR THIS MATTER**                              **$688.54**