**EXHIBIT B**

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
---------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                                 TO:
                    UNBILLED DISB FROM: 09/30/2011                      TO: 09/30/2011

                                          FEES                            COSTS
                                          ----                            -----
       GROSS BILLABLE AMOUNT:             0.00                            107.12
       AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:                                             09/30/2011
       CLOSE MATTER/FINAL BILLING?  YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

          FEES:                          0.00    UNIDENTIFIED RECEIPTS:            0.00
  DISBURSEMENTS:                         0.00    PAID FEE RETAINER:                0.00
   FEE RETAINER:                         0.00    PAID DISB RETAINER:               0.00
  DISB RETAINER:                         0.00    TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:                       0.00    TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:       09/28/11                LAST PAYMENT DATE:         10/21/11
LAST BILL NUMBER:        577118  ACTUAL FEES BILLED TO DATE:                364,798.00
                                 ON ACCOUNT FEES BILLED TO DATE:                 0.00
                                 TOTAL FEES BILLED TO DATE:                 364,798.00
LAST BILL THRU DATE:     08/31/11  FEES WRITTEN OFF TO DATE:                 85,704.00
                                   COSTS WRITTEN OFF TO DATE:                23,827.85

                   Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
                    (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee       (10) Client Arrangement
                    (2) Late Time & Costs Posted (5) Business Development    (8) Premium
                    (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____          CRC: _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00001                                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------
                                       Oldest       Latest         Total
Code  Description                      Entry        Entry          Amount
----  -----------                      ------       ------         ------
0972  DOCUMENT RETRIEVAL FEES          09/30/11     09/30/11       107.12

                     Total                                         107.12


U N B I L L E D    C O S T S    D E T A I L
Description/Code                     Employee              Date         Amount       Index#    Batch No    Batch Date
----------------                     --------              ----         ------       ------    --------    ----------
DOCUMENT RETRIEVAL FEES  0972
   DOCUMENT RETRIEVAL F              PIZZARELLO, C         09/30/11       93.12      9472950   1139601     10/10/11
   Document Retrieval Fees
   DOCUMENT RETRIEVAL F              PIZZARELLO, C         09/30/11       14.00      9472951   1139601     10/10/11
   Document Retrieval Fees

                                     0972 DOCUMENT RETRIEVAL F Total :   107.12



                  Costs Total :                                          107.12
```

```
alp_132zr: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount            Bill         W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward

0972 DOCUMENT RETRIEVAL FEES     107.12

                 Costs Total :   107.12
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   4
Run Date & Time: 10/25/2011 14:36:10                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                             TO:
         UNBILLED DISB FROM:  09/14/2011                 TO:  09/16/2011

                                    FEES                          COSTS

         GROSS BILLABLE AMOUNT:        0.00                       107.94
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
               ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                  09/16/2011
     CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

            FEES:                                 0.00
            DISBURSEMENTS:                        0.00   UNIDENTIFIED RECEIPTS:              0.00
            FEE RETAINER:                         0.00        PAID FEE RETAINER:             0.00
            DISB RETAINER:                        0.00        PAID DISB RETAINER:            0.00
            TOTAL OUTSTANDING:                    0.00   TOTAL AVAILABLE FUNDS:              0.00
                                                             TRUST BALANCE:
                                                          BILLING HISTORY

            DATE OF LAST BILL:         09/28/11        LAST PAYMENT DATE:       10/21/11
            LAST BILL NUMBER:          577118   ACTUAL FEES BILLED TO DATE: 1,028,059.50
                                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                  TOTAL FEES BILLED TO DATE: 1,028,059.50
            LAST BILL THRU DATE:       08/31/11       FEES WRITTEN OFF TO DATE:    391.00
                                                     COSTS WRITTEN OFF TO DATE:  2,162.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
     (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:         Processed by:                    FRC:                    CRC:
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    5
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code Description                              Oldest       Latest         Total
                                              Entry        Entry          Amount
----  -----------                             ------       -------        -------
0841  RESEARCH SERVICES                       09/14/11     09/14/11         14.00
0917  WESTLAW ON-LINE RESEARCH                09/14/11     09/16/11         93.94

                        Total                                              107.94


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee              Date           Amount       Index#    Batch No   Batch Date
-------------------                      --------              -----          ------       ------    --------   ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES
    P.Bentley - check on case availability. WL    GOMEZ, E G       09/14/11      14.00    9468232   1136637    10/04/11

                    0841 RESEARCH SERVICES Total :                             14.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                 GOMEZ, E G              09/14/11       41.75     9467607   1136530    10/03/11
    WESTLAW ON-LINE RESE                 GOMEZ, E G              09/16/11       52.19     9467608   1136530    10/03/11
                    0917 WESTLAW ON-LINE RESE Total :                          93.94


                Costs Total :                                                 107.94
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   6
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00007                                       Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount              Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
----------------------------------  --------            ----      ---------     -----------    --------    -------------

0841 RESEARCH SERVICES               14.00

0917 WESTLAW ON-LINE RESEARCH        93.94


          Costs Total :             107.94
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS      - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP  - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                         TO:
            UNBILLED DISB FROM:  09/06/2011             TO:  09/30/2011

                             FEES                                 COSTS

       GROSS BILLABLE AMOUNT:       0.00                          18.54
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                       09/30/2011
  CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                       FEES:                  0.00
              DISBURSEMENTS:                  0.00       UNIDENTIFIED RECEIPTS:      0.00
               FEE RETAINER:                  0.00          PAID FEE RETAINER:      0.00
              DISB RETAINER:                  0.00         PAID DISB RETAINER:      0.00
          TOTAL OUTSTANDING:                  0.00      TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                            BILLING HISTORY
        DATE OF LAST BILL:    09/28/11          LAST PAYMENT DATE:            10/21/11
        LAST BILL NUMBER:     577118   ACTUAL FEES BILLED TO DATE:          227,735.50
                                         ON ACCOUNT FEES BILLED TO DATE:          0.00
                                            TOTAL FEES BILLED TO DATE:     227,735.50
      LAST BILL THRU DATE:    08/31/11     FEES WRITTEN OFF TO DATE:        19,208.00
                                           COSTS WRITTEN OFF TO DATE:          933.25

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____     CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    8
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:10

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------------ Total Unbilled --------------
Code Description                       Oldest         Latest          Total
                                       Entry          Entry           Amount
---- ----------------------            --------       --------        --------
0930 MESSENGER/COURIER                 09/06/11       09/30/11         18.54

            Total                                                      18.54


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date         Amount      Index#     Batch No   Batch Date
------------------------------             ---------         -------      -------     -------    --------   ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT               BLABEY, D E       09/06/11        9.27     9453452    1127253    09/13/11
    Saul Ewing LLP
    FEDERAL EXPRESS CORPORAT               BLABEY, D E       09/30/11        9.27     9472718    1139594    10/10/11
    Saul Ewing LLP

                                   0930 MESSENGER/COURIER Total :         18.54



                  Costs Total :                                           18.54
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   9
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/25/2011 14:36:11

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount           Bill          W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward

0930 MESSENGER/COURIER          18.54

        Costs Total :           18.54
```