# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# SEPTEMBER 1-30, 2011

US_EAST:160947428.1
17367-13 DOF/DOF



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 14, 2011
Client No. 17367
Invoice No. 1330580

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2011 in connection with the matters described on the attached pages: | $ | 85,516.00 |
| DISBURSEMENTS as per attached pages: | | 431.89 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 85,947.89 |

Matter(s): 17367/11, 12, 13, 15, 4, 5, 7, 8, 9

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$487,039.40
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1330580 | *ACH & Wire Transfers:*<br>ABA Number 121000248<br>SWIFT CODE: WFBIUS6S<br>Account Number: 4123701088<br>Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104<br>Account of<br>Orrick, Herrington & Sutcliffe LLP<br>Reference: 17367/ Invoice: 1330580<br>E.I.N. 94-2952627 | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1330580 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

October 14, 2011  
Invoice No. 1330580

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

October 14, 2011  
Client No. 17367  
Invoice No. 1330580

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter:  5 - Due Diligence**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/01/11 | R. Wyron | Review financial materials (1.1); call with J. Radecki and R. Frankel and follow-up (.4). | 1.50 |
| 09/01/11 | R. Frankel | Review materials (strategic plan) from R. Higgins. | 2.20 |
| 09/01/11 | R. Frankel | Telephone conference with J. Radecki, R. Wyron regarding due diligence materials from Grace. | 0.50 |
| 09/02/11 | R. Wyron | Review strategic plan presentation re businesses issue and follow-up (1.2); call with R. Frankel re issues (.2). | 1.40 |
| 09/02/11 | R. Frankel | E-mails regarding conference call with T. Weschler (.3); telephone conference with R. Wyron regarding same (.2). | 0.50 |
| 09/02/11 | R. Frankel | Review updated strategic plan summary, sources and uses of cash, projections through 2014 (1.4); consider issues relating to financial transaction (.8). | 2.20 |
| 09/03/11 | R. Wyron | Continue review of strategic plan and proposed business issues. | 0.70 |
| 09/05/11 | R. Wyron | Complete review of materials from Grace/Blackstone and organize notes. | 0.90 |
| 09/06/11 | D. Felder | Telephone conference with Grace, financial advisors, and committees regarding proposed business transaction (.7); follow-up e-mail correspondence regarding same (.2); telephone conference with M. Hurford regarding same (.5). | 1.40 |
| 09/06/11 | R. Wyron | Review materials (.8); participate in Debtors' call on business matters (.6); review summary (.2); call with J. Radecki and follow-up (.3); call with R. Frankel (.2). | 2.10 |
| 09/06/11 | R. Frankel | Review materials from Grace in preparation for conference call. | 0.70 |
| 09/06/11 | R. Frankel | Telephone conference with Grace, committees and advisors regarding proposed financial transaction (.9); notes regarding same (.2). | 1.10 |
| 09/06/11 | R. Frankel | Telephone conference with J. Radecki regarding Grace proposed financial transaction (.3); e-mail advisors regarding conference call (.3). | 0.60 |



ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | October 14, 2011 |
| | | | Invoice No. 1330580 |

page 3

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/08/11 | R. Wyron | Review updated analysis (.2); call with ACC re status (.8); confer with R. Frankel and follow-up (.2). | 1.20 |
| 09/08/11 | R. Frankel | Review due diligence materials in preparation for call with ACC, financial advisors. | 0.70 |
| 09/08/11 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood, J. Sinclair, J. Radecki, R. Wyron re Grace proposal (.6); confer with R. Wyron re same (.3); telephone conference with J. Radecki re same (.3). | 1.20 |
| 09/09/11 | R. Wyron | Review materials from Debtors (.8); confer with R. Frankel re strategy (.3); call with Debtors re proposed business issues and follow-up (1.1). | 2.20 |
| 09/09/11 | R. Frankel | Review strategic plan, sources and uses, other materials in preparation for Grace conference call. | 0.70 |
| 09/09/11 | R. Frankel | Telephone conference with Grace and committees and advisors re strategic plan, projections. | 0.50 |
| 09/09/11 | R. Frankel | Series of e-mails re Grace proposed transaction (.3); confer with R. Wyron re same (.3). | 0.60 |
| 09/13/11 | D. Felder | Review Project Plate powerpoint from Grace. | 0.50 |
| 09/13/11 | R. Frankel | Review presentation on Project Plate (.9); e-mails with R. Wyron re same (.2). | 1.10 |
| 09/14/11 | R. Wyron | Review Project Plate materials and follow-up. | 0.60 |
| 09/15/11 | D. Felder | Telephonic participation in conference call with Grace, official committees, and financial advisors regarding Project Plate (.5). | 0.60 |
| 09/15/11 | R. Wyron | Call on Project Plate and follow-up. | 0.80 |
| 09/16/11 | D. Felder | Review Lincoln memorandum regarding Project Plate (.5). | 0.20 |
| 09/19/11 | R. Frankel | Review Lincoln memo re Project Plate (.5); review Grace presentation re same (.4). | 0.90 |
| 09/28/11 | R. Frankel | Review pleadings, order regarding destruction of Project Larch documents. | 0.80 |

Total Hours           28.40
Total For Services                    $25,517.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

October 14, 2011
Invoice No. 1330580

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.70 | 645.00 | 1,741.50 |
| Roger Frankel | 14.30 | 985.00 | 14,085.50 |
| Richard H. Wyron | 11.40 | 850.00 | 9,690.00 |
| Total All Timekeepers | 28.40 | $898.49 | $25,517.00 |

**Total For This Matter**         **$25,517.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

October 14, 2011  
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/13/11 | P. Mahaley | Analyze status of settlement negotiations with two insurers and recommend response. | 1.90 |
| 09/13/11 | R. Wyron | Review P. Mahaley analysis of various settlement proposals and respond. | 0.60 |

|  | Total Hours | 2.50 |  |
|---|---|---|---|
|  | Total For Services |  | $1,745.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 1.90 | 650.00 | 1,235.00 |
| Richard H. Wyron | 0.60 | 850.00 | 510.00 |
| Total All Timekeepers | 2.50 | $698.00 | $1,745.00 |

**Total For This Matter**  $1,745.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

October 14, 2011
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/11 | R. Frankel | Telephone conference with F. McGovern regarding status of mediation (.3); prepare notes regarding same (.3). | 0.60 |
| 09/02/11 | D. Fullem | Review recent filings. | 0.20 |
| 09/05/11 | R. Wyron | Review final CNA brief on Libby/BNSF appeal of CNA settlement. | 0.90 |
| 09/06/11 | D. Fullem | Review recent docket updates. | 0.20 |
| 09/06/11 | R. Wyron | Call on settlement issues and follow-up (.3); review materials from J. Biggs and follow-up (.5). | 0.80 |
| 09/06/11 | R. Frankel | Review e-mail, spreadsheet from J. Biggs regarding Libby claims information. | 0.60 |
| 09/06/11 | R. Frankel | Review notes regarding calls with F. McGovern in preparation for conference call (.4); telephone conference with Grace, R. Wyron, P. Lockwood regarding global settlement, appeal issues (.5). | 0.90 |
| 09/07/11 | R. Frankel | Review summary of recent decision re equitable mootness. | 0.80 |
| 09/07/11 | R. Frankel | Attend FCR advisor meeting in NY. | 1.40 |
| 09/08/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/09/11 | R. Wyron | Begin review of reply briefs on CNA appeal (1.2); review and respond to e-mails re consent to filing replies and follow-up (.3). | 1.50 |
| 09/09/11 | R. Frankel | Telephone conference with D. Austern re pending issues (.3); confer with R. Wyron re same (.3). | 0.60 |
| 09/09/11 | R. Frankel | Telephone conferences with D. Austern re telephone conference with E. Inselbuch (.4); telephone conference with E. Inselbuch, P. Lockwood re pending matters (.3). | 0.70 |
| 09/12/11 | D. Felder | Review recently filed pleadings. | 1.00 |
| 09/12/11 | R. Wyron | Call with J. Radecki and J. Solganick re asset valuation and follow-up (.8); respond to e-mails re Tillinghast (.2). | 1.00 |
| 09/12/11 | R. Frankel | Review reply briefs of BNSF and Libby. | 0.80 |
| 09/13/11 | D. Fullem | Review recent pleadings. | 0.20 |
| 09/13/11 | R. Frankel | Review Lincoln financial asset allocation. | 0.70 |
| 09/13/11 | R. Frankel | Review J. Kimble e-mail and attachment (.7); consider asset valuation (.4). | 1.10 |
| 09/15/11 | D. Fullem | Review docket updates. | 0.20 |
| 09/15/11 | D. Felder | E-mail correspondence with J. Phillips and Caplin & Drysdale regarding various discovery materials and follow-up regarding same (0.5). | 1.00 |
| 09/15/11 | R. Wyron | Work on cash flow assumptions and circulate draft. | 1.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

October 14, 2011  
Invoice No. 1330580

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/16/11 | D. Fullem | Review news regarding Montana asbestos settlement in Grace case. | 0.30 |
| 09/16/11 | D. Felder | Review discovery issues for Caplin & Drysdale. | 1.00 |
| 09/19/11 | R. Wyron | Review Montana settlement and follow-up (.8); confer with M. Giannotto (.3); work on issues list for call on 9/20 (.1); review lift stay motion (.4). | 1.60 |
| 09/19/11 | R. Frankel | Review recent opinion re post-petition interest. | 1.60 |
| 09/20/11 | R. Wyron | Call with Grace and ACC counsel re status and update (.6); follow-up on settlement discussions (.3); review claims analysis (.6); review analysis of Montana settlement and follow-up (.8). | 2.30 |
| 09/20/11 | R. Frankel | Telephone conference with J. Donley in preparation for group call. | 0.30 |
| 09/20/11 | R. Frankel | Telephone conference with plan proponents regarding status, strategy issues (.9); notes regarding same (.2). | 1.10 |
| 09/20/11 | R. Frankel | Telephone conference with D. Austern regarding status. | 0.30 |
| 09/20/11 | R. Frankel | Review motion of Intrawest for Relief from Stay, and proposed order (.5); consider related issues (.4). | 0.90 |
| 09/21/11 | R. Wyron | Review BNSF reply brief and follow-up on open issues (1.3); review potential settlement issues (.6); review subpoena issues (.3). | 2.20 |
| 09/21/11 | R. Frankel | Review pleadings, MOU regarding Montana settlement with Libby claimants. | 2.20 |
| 09/21/11 | R. Frankel | Series of e-mails with client regarding ACC member inquiry (.8); draft responsive letter for review by client (.9). | 1.70 |
| 09/21/11 | R. Frankel | Confer with R. Wyron regarding call with Grace on settlement issues (.4); prepare notes regarding settlement options (.5). | 0.90 |
| 09/21/11 | R. Frankel | Series of e-mails regarding pre-meeting call with Libby (.3); review draft e-mail to ACC member (.3). | 0.60 |
| 09/22/11 | D. Fullem | Review notice of agenda of matters set for hearing on September 26. | 0.20 |
| 09/22/11 | D. Fullem | Review recent pleadings. | 0.20 |
| 09/22/11 | R. Wyron | Call with Grace counsel and ACC counsel re strategy on settlement (.8); review analysis on settlement options (.9). | 1.70 |
| 09/22/11 | R. Frankel | Telephone conferences with D. Austern, R. Wyron regarding settlement issues. | 0.70 |
| 09/22/11 | R. Frankel | Review, consider possible changes to TDP as part of a Libby global settlement. | 1.40 |
| 09/22/11 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, P. Lockwood, R. Wyron regarding Libby, plan issue (1.0); prepare notes regarding same. (.2). | 1.20 |
| 09/23/11 | R. Frankel | Review cash flow projection (1.3); prepare notes re same (.3). | 1.60 |

Case 01-01139-AMC    Doc 27830-3    Filed 10/26/11    Page 9 of 17



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 8

October 14, 2011  
Invoice No. 1330580

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/26/11 | D. Fullem | Review case law in BNSF's reply; research regarding same. | 0.80 |
| 09/26/11 | R. Wyron | Organize notes on CNA appeal. | 0.30 |
| 09/26/11 | R. Frankel | Review Libby issues, consider settlement options in preparation for conference call on 9/27. | 0.70 |
| 09/27/11 | R. Wyron | Call with Debtors and ACC re potential settlement (.6); review disclosure and related issues (.4); review Libby analysis and follow-up (.7). | 1.70 |
| 09/27/11 | R. Frankel | Telephone conference with Grace, P. Lockwood, R. Wyron re Libby settlement discussions (1.0); prepare notes re same (.2). | 1.20 |
| 09/27/11 | R. Frankel | Confer with R. Wyron re Libby call, related issues (.3); review disclosure statement, medical plan (.8). | 1.10 |
| 09/27/11 | R. Frankel | Review memo from Lincoln re Sealed Air (.5); prepare e-mail with further inquiries (.4). | 0.90 |
| 09/28/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/28/11 | R. Frankel | Review e-mail response to questions from Lincoln regarding Sealed Air, consider Sealed Air issues. | 0.50 |
| 09/28/11 | R. Frankel | Review recent J. Fitzgerald opinion in connection with appeal. | 1.60 |
| 09/29/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/30/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/30/11 | R. Frankel | Review letter from Montana counsel, trust agreement, order of approval. | 1.90 |
| 09/30/11 | R. Frankel | Series of e-mails with P. Lockwood, R. Wyron regarding Montana issues (.3); telephone conference with J. Donley regarding same (.4). | 0.70 |
| 09/30/11 | R. Frankel | Review portions of confirmation opinion relating to Montana. | 1.10 |

|  |  |  |
|---|---|---|
| Total Hours | 53.70 |  |
| Total For Services |  | $47,590.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.00 | 645.00 | 1,935.00 |
| Roger Frankel | 32.40 | 985.00 | 31,914.00 |
| Debra O. Fullem | 3.10 | 265.00 | 821.50 |
| Richard H. Wyron | 15.20 | 850.00 | 12,920.00 |
| Total All Timekeepers | 53.70 | $886.23 | $47,590.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 9

October 14, 2011  
Invoice No. 1330580

Disbursements
    Document Reproduction               70.70  
    Express Delivery                       23.81  
    Other Business Meals               178.76  
    Travel Expense, Air Fare           15.00

                    Total Disbursements               $288.27

              **Total For This Matter**               **$47,878.77**


ORRICK

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 10 | October 14, 2011<br>Invoice No. 1330580 |

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 09/07/11 | R. Wyron | Attend FCR meeting and follow-up (1.0); review J. Biggs update and respond to e-mails re same (.3); call with J. Radecki re issues (.3). | 1.60 |

|  | Total Hours | 1.60 |  |
|---|---|---|---|
|  | Total For Services |  | $1,360.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Richard H. Wyron | 1.60 | 850.00 | 1,360.00 |
| Total All Timekeepers | 1.60 | $850.00 | $1,360.00 |

Disbursements
   Travel Expense, Out of Town          137.34
                              Total Disbursements                $137.34

                              **Total For This Matter**         **$1,497.34**


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

October 14, 2011
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/11 | D. Fullem | Prepare CNOs for D. Austern's March - June fee applications; e-mail to D. Felder for review/approval prior to filing. | 1.00 |
| 09/01/11 | D. Fullem | Finalize CNOs for D. Austern's March-June fee applications; prepare/coordinate filing and serving of same. | 0.50 |
| 09/01/11 | D. Felder | Review CNOs for D. Austern fee applications and conference with D. Fullem regarding same. | 0.30 |
| 09/09/11 | D. Fullem | Review e-mail from K. Boeger at Towers Watson and draft of August invoice; provide comments to K. Boeger. | 0.50 |
| 09/13/11 | D. Fullem | Review e-mail from D. Felder along with proposed Order and schedule of fees/expenses to be approved by Court as relates to FCR, Lincoln and Orrick; provide comment; follow-up with L. Oberholzer at Pachulski. | 0.50 |
| 09/13/11 | D. Fullem | Review and respond to e-mail from K. Boeger at Towers regarding status of filing of August monthly and timing for filing of upcoming quarterly fee application. | 0.40 |
| 09/13/11 | D. Fullem | E-mail to L. Oberholzer at Pachulski approving the fee/expense chart re FCR, Lincoln and Orrick as attached to proposed Order. | 0.20 |
| 09/14/11 | D. Fullem | Follow-up on e-mail from Pachulski regarding fee order submitted to Court as to D. Austern's requested amounts. | 0.20 |
| 09/16/11 | D. Fullem | Review e-mail from D. Felder with proposed Order on fee applications for April-June 2011 time period; review proposed Order. | 0.50 |
| 09/20/11 | D. Fullem | Review docket; prepare CNO for D. Austern's July fee application; forward to R. Wyron for review/comment; update D. Felder re same. | 0.50 |
| 09/20/11 | D. Fullem | Review e-mail from R. Wyron with Court's Order entered on FCR and professionals' quarterly fee applications for April-June period; confirm numbers are correct; e-mail to R. Wyron re same. | 0.30 |
| 09/22/11 | D. Fullem | E-mail to R. Wyron regarding CNO for D. Austern's July fee application. | 0.20 |
| 09/22/11 | R. Wyron | Review CNO for D. Austern for July fees and follow-up. | 0.20 |
| 09/26/11 | D. Fullem | Finalize, file, serve Towers Watson's August monthly fee application. | 0.50 |
| 09/26/11 | D. Fullem | Finalize, file, serve D. Austern's CNO for July fee application. | 0.20 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

October 14, 2011
Invoice No. 1330580

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/27/11 | D. Fullem | Review status of FCR professionals' compensation requests and organize same. | 0.20 |
| 09/27/11 | D. Fullem | Follow-up on filing and serving of Tower Watson's August fee application. | 0.20 |
| 09/30/11 | D. Fullem | E-mail Towers Watson's August monthly fee application to notice parties. | 0.20 |

Total Hours 6.60
Total For Services $1,980.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 645.00 | 193.50 |
| Debra O. Fullem | 6.10 | 265.00 | 1,616.50 |
| Richard H. Wyron | 0.20 | 850.00 | 170.00 |
| Total All Timekeepers | 6.60 | $300.00 | $1,980.00 |

Disbursements
　　Document Reproduction　　4.40
　　Total Disbursements　　$4.40

**Total For This Matter**　　**$1,984.40**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 13

October 14, 2011  
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/16/11 | D. Fullem | Review e-mail from R. Frankel regarding disclosures; review disclosures; update R. Frankel and R. Wyron. | 0.80 |
| 09/16/11 | D. Fullem | Confer with J. Cutler regarding notice of withdrawal of appearance in case; review local rules; prepare draft of same and forward to J. Cutler for review. | 0.60 |
| 09/16/11 | R. Wyron | Follow-up on disclosure question. | 0.20 |
| 09/20/11 | D. Fullem | Follow-up e-mail to J. Cutler regarding comments to draft notice of withdrawal of appearance. | 0.10 |
| 09/23/11 | D. Fullem | Review e-mail from R. Frankel; research disclosures; update R. Frankel and R. Wyron with information on same. | 0.40 |

Total Hours    2.10  
Total For Services    $673.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.90 | 265.00 | 503.50 |
| Richard H. Wyron | 0.20 | 850.00 | 170.00 |
| Total All Timekeepers | 2.10 | $320.71 | $673.50 |

**Total For This Matter**    $673.50



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 14

October 14, 2011  
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/01/11 | D. Fullem | Review e-mail from R. Wyron regarding June invoice; update fee/expense charts and circulate to group. | 0.50 |
| 09/06/11 | D. Fullem | Review e-mail from fee auditor re June invoice; coordinate response and e-mail to fee auditor. | 0.70 |
| 09/06/11 | D. Fullem | Review and respond to additional e-mail from fee auditor re April and May expenses. | 0.20 |
| 09/06/11 | D. Fullem | Review status of fee application submissions/timing/payments. | 0.20 |
| 09/06/11 | D. Fullem | Review fee applications. | 0.40 |
| 09/06/11 | D. Felder | Review August prebill. | 1.10 |
| 09/07/11 | R. Wyron | Review August prebill and comments re same. | 0.40 |
| 09/08/11 | D. Fullem | Review e-mail from Fee Auditor regarding expense detail for quarterly fee application (Apr-Jun); review and forward to fee auditor. | 1.00 |
| 09/09/11 | D. Fullem | Review e-mail from B. Ruhlander with initial report as to April-June quarterly fee application; prepare e-mail to R. Wyron and D. Felder re same; review replies. | 0.40 |
| 09/12/11 | D. Fullem | Review and respond to e-mail from D. Felder regarding draft reply letter to Fee Auditor report. | 0.20 |
| 09/12/11 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO on Orrick's July fee application. | 0.20 |
| 09/12/11 | D. Fullem | Prepare draft of reply letter to Fee Auditor initial report; e-mail to D. Felder for review and comment. | 0.60 |
| 09/12/11 | D. Felder | Review fee auditor's report and prepare response regarding same (1.0); review insert from D. Fullem regarding same (.3). | 1.30 |
| 09/13/11 | D. Fullem | Prepare CNO for Orrick's July fee application; forward to D. Felder for review/comment. | 0.30 |
| 09/13/11 | D. Felder | Review CNO for Orrick's July fee app. | 0.10 |
| 09/13/11 | R. Wyron | Review and revise response to Fee Auditor. | 0.40 |
| 09/14/11 | D. Fullem | Follow-up on e-mail from D. Felder regarding CNO for Orrick's July fee application. | 0.20 |
| 09/15/11 | D. Fullem | Finalize CNO for Orrick's July fee application; coordinate filing and serving of same. | 0.40 |
| 09/15/11 | D. Fullem | Review and revise Orrick response to Fee Auditor's initial report regarding April-June quarterly fee application. | 0.40 |
| 09/15/11 | D. Felder | Review and revise response to Fee Auditor's report (.5); review portion of August prebill (.2). | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

October 14, 2011
Invoice No. 1330580

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/19/11 | D. Fullem | Review status of monthly and quarterly fee applications. | 0.30 |
| 09/19/11 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of CNO on Orrick's July fee application. | 0.20 |
| 09/20/11 | D. Fullem | Prepare draft of August monthly fee application; e-mail to D. Felder and R. Wyron for review/comment. | 1.20 |
| 09/20/11 | D. Felder | Review Orrick's August fee application. | 0.50 |
| 09/21/11 | D. Fullem | Review e-mail from D. Felder with comments to draft of Orrick's August fee application. | 0.40 |
| 09/22/11 | D. Fullem | Revise August monthly fee application; provide to R. Wyron for review/approval for filing. | 0.50 |
| 09/22/11 | R. Wyron | Begin review of August monthly fee application. | 0.30 |
| 09/26/11 | D. Fullem | Finalize, file, serve Orrick's August monthly fee application. | 0.50 |
| 09/27/11 | D. Fullem | Review status of Orrick's compensation requests and organize notes re same. | 0.20 |
| 09/27/11 | D. Fullem | Follow-up on filing and serving of Orrick's August fee application. | 0.20 |
| 09/28/11 | D. Fullem | Review e-mail from Fee Auditor and R. Wyron regarding final report on Orrick's quarterly for April-June 2011 time period. | 0.20 |
| 09/28/11 | D. Fullem | Review e-mail from R. Wyron with Fee Auditor's final report on Orrick's April-June 2011 fee application. | 0.30 |
| 09/30/11 | D. Fullem | E-mail Orrick's August monthly fee application to notice parties. | 0.20 |

Total Hours  14.70
Total For Services  $5,945.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.70 | 645.00 | 2,386.50 |
| Debra O. Fullem | 9.90 | 265.00 | 2,623.50 |
| Richard H. Wyron | 1.10 | 850.00 | 935.00 |
| Total All Timekeepers | 14.70 | $404.42 | $5,945.00 |

Disbursements
Postage  1.88
Total Disbursements  $1.88

**Total For This Matter**  **$5,946.88**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 16

October 14, 2011  
Invoice No. 1330580

For Legal Services Rendered Through September 30, 2011 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/07/11 | R. Wyron | Travel to and from NY for FCR meeting. | 0.50 |
| 09/08/11 | R. Frankel | Travel to DC (non-working). | 1.00 |

Total Hours    1.50  
Total For Services    $705.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.00 | 492.50 | 492.50 |
| Richard H. Wyron | 0.50 | 425.00 | 212.50 |
| Total All Timekeepers | 1.50 | $470.00 | $705.00 |

**Total For This Matter**    $705.00

\* \* \* **COMBINED TOTALS** \* \* \*

Total Hours    111.10  
Total Fees, all Matters    $85,516.00  
Total Disbursements, all Matters    $431.89  
Total Amount Due    $85,947.89