# **EXHIBIT A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                          25-August-2011
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

**Employee:** MICHAEL RAGAN

Fragomen Invoice Number: IN-US00197757

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 341596

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,953.29

Invoice Total: (USD)  1,953.29

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS)<br><br>Assistance with obtaining work and residence permit extension on behalf of Michael Ragan. Application filed with immigration authorities. | 1,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |
| Other-Disbursements (including registered mail to send the application to the authorities) | 10.79 |

LAW OFFICES<br>
**FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP**

Client: W.R. GRACE & CO.
Employee: MICHAEL RAGAN

Comments:
Application Approval Date: 30 Mar 2011
Application File Date: 10 Feb 2011
Authorizing Manager:
Case Initiation Date: 23 Dec 2010
Cost Center:
Employee ID:
Expiry Date: 11 Mar 2012
Number of Dependents: 0
PO #:
Receiving Country: BELGIUM
Sending Country: BELGIUM

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

31-August-2011

FOR PROFESSIONAL SERVICES RENDERED

    Employee: CRAIG MERRILL

    Fragomen Invoice Number: IN-US00199388

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 332500

    Client: W.R. GRACE & CO.

    Total Legal Fees:   0.00

    Total Disbursements: 472.50

    Invoice Total: (USD)  472.50

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - COSTA RICA)<br><br>Assistance provided in Brazil for obtaining Cancellation of Visa on behalf of Craig Merril.(Authorized by Janissa Garcia on November 09,2011) | 150.00 |
| Third party vendor professional fees - Craig Merril (PO-0000332500-00002) Assistance provided in Brazil for obtaining Cancellation of Visa on behalf of Craig Merril. | 300.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 22.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: CRAIG MERRILL

Comments:
Application Approval Date: 14 Apr 2011
Application File Date:
Authorizing Manager: Janissa Garcia
Case Initiation Date: 22 Nov 2010
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: BRAZIL
Sending Country: *** UNKNOWN ***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-August-2011

FOR PROFESSIONAL SERVICES RENDERED

Employee: SONYA RAJPUT DHOLLIWAR

Fragomen Invoice Number: IN-US00199043

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 375018

Client: W.R. GRACE & CO.

Total Legal Fees:   0.00

Total Disbursements: 1,472.79

Invoice Total: (USD)  1,472.79

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - HONG KONG) | |
| For professional services rendered in connection with preparing documents and obtaining Employment Visa and Dependant Visa for Hong Kong on behalf of the employee (US$1100) and his spouse (US$250). | 1,350.00 |
| Messenger service | 14.00 |
| Government fees paid | 41.29 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 67.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: SONYA RAJPUT DHOLLIWAR

---

Comments:

Application Approval Date: 07 Jul 2011

Application File Date: 21 May 2011

Authorizing Manager: Kathy Reid

Case Initiation Date: 13 Apr 2011

Cost Center:

Employee ID:

Number of Dependents: 1

PO #:

Receiving Country: HONG KONG

Sending Country: UNITED KINGDOM