# **EXHIBIT A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

## FILE COPY

Janissa Garcia  September 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Charity NGURE**  Invoice #: 11.40892406

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

**Total Legal Fees**  $500.00

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 — pd. by WR Grace |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $20.00 |

**Total Disbursements**  $1,274.00

**Please Remit**  ~~$1,774.00~~

$549.00

balance
↓
by:
[signature]
10/24/11

---

**Checks**  **Wire Transfers**

Please send checks made payable to:  FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP  The Northern Trust Company
75 Remittance Drive  Account # 30147775
Suite # 6072  ABA Transit # 071000152
Chicago, Illinois 60675-6072  Swift Code: CNORUS44

## FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***