**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: November 15, 2011 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-NINTH MONTHLY APPLICATION OF**
**TOWERS WATSON, ACTUARIAL CONSULTANTS**
**TO DAVID T. AUSTERN, ASBESTOS PI FUTURE**
**CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

Name of Applicant:                                      Towers Watson

Authorized to Provide Professional
Services to:                                            David T. Austern, Asbestos PI Future Claimants'
                                                        Representative (the "FCR")

Date of Retention:                                      As of December 29, 2004 (pursuant to this Court's
                                                        Order entered March 21, 2004)

Period for which compensation is
sought:                                                 September 1, 2011 through September 30, 2011

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:                   $4,979.50

80% of fees to be paid:                                 $3,983.60

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                    $     0.00

Total Fees @ 80% and 100%
Expenses:                                               $3,983.60

This is an:      __      interim      X      monthly      __      final application.

**COMPENSATION SUMMARY**
**September 2011**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (26 years) FCAS | $715 | 3.30 | $2,359.50 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 2.00 | $720.00 |
| Jeff Kimble | Consulting Actuary (10 years) ACAS | $475 | 4.00 | $1,900.00 |
| **Total Blended Rate: $535.43** | | | **9.30** | **$4,979.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 9.30 | $4,979.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| September 2011 – Grand Total | $4,979.50 |
|---|---|

Respectfully submitted,

TOWERS WATSON

By:*/S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 10, 2011