# EXHIBIT A

# SEPTEMBER 2011

### Sep-11

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 9/2/2011 | 2.00 | $715 | $1,430.00 | Comparison of Libby claims and projections |
| Jenni Biggs | 9/19/2011 | 0.10 | $715 | $71.50 | Review Libby Settlement info |
| Jenni Biggs | 9/20/2011 | 0.50 | $715 | $357.50 | Review cash flow scenarios |
| Jenni Biggs | 9/28/2011 | 0.20 | $715 | $143.00 | Review Libby Settlement info |
| Jenni Biggs | 9/30/2011 | 0.50 | $715 | $357.50 | Summarize Libby claimants |
| | | 3.30 | | $2,359.50 | |
| | | | | | |
| Julianne Callaway | 9/6/2011 | 0.50 | $360 | $180.00 | Tech review cash flow update |
| Julianne Callaway | 9/28/2011 | 1.50 | $360 | $540.00 | Review Libby Law Firm lists with settlements |
| | | 2.00 | | $720.00 | |
| | | | | | |
| Jeff Kimble | 9/6/2011 | 3.00 | $475 | $1,425.00 | Creating cash flow scenarios for Orrick |
| Jeff Kimble | 9/20/2011 | 1.00 | $475 | $475.00 | Creating cash flow scenarios for Orrick |
| | | 4.00 | | $1,900.00 | |
| | | | | | |
| | | 9.30 | | $4,979.50 | |