# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | Re Docket No. 27722 |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 27722

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Fifteenth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2011 through August 31, 2011** [Docket No. 27722] (the "Application") filed on October 5, 2011.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than October 25, 2011 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1949215.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $4,763.20, which represents eighty percent (80%) of the requested compensation of $5,954.00, and one hundred percent (100%) of expenses of $512.17 without further order from the court.

Dated: October 28, 2011                    */s/ Michael R. Lastowski*
      Wilmington, Delaware              Michael R. Lastowski (DE 3892)
                                                        DUANE MORRIS LLP
                                                        222 Delaware Avenue, Suite 1600
                                                        Wilmington, DE 19801-1246
                                                        Telephone:    (302)-657-4942
                                                        Facsimile:     (302)-657-4901
                                                        Email: mlastowski@duanemorris.com

                                                        *Co-Counsel for the Official*
                                                        *Committee of Unsecured Creditors*