# Exhibit A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

October 04, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1699322            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.00 hrs. at | $745.00 | /hr. = | $745.00 | |
| WS KATCHEN | OF COUNSEL | 2.90 hrs. at | $835.00 | /hr. = | $2,421.50 | |
| S LENKIEWICZ | PARALEGAL | 5.90 hrs. at | $175.00 | /hr. = | $1,032.50 | |
| | | | | | | $4,199.00 |

DISBURSEMENTS
COURT SEARCH SERVICE                                   $11.60
OVERNIGHT MAIL                                         $19.96
POSTAGE                                               $107.92
PRINTING & DUPLICATING                                 $92.20
TOTAL DISBURSEMENTS                                                         $231.68

BALANCE DUE THIS INVOICE                                                   $4,430.68

DUANE MORRIS LLP

Duane Morris
October 04, 2011
Page 2

File # K0248-00001                                                              INVOICE# 1699322
   W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/12/2011 007 | WS KATCHEN | STROOCK CONFERENCE CALL. | 0.30 | $250.50 |
| 9/14/2011 007 | WS KATCHEN | REVIEW STROOCK EMAIL. | 0.10 | $83.50 |
| | | Code Total | 0.40 | $334.00 |

Duane Morris
October 04, 2011
Page 3

File # K0248-00001            INVOICE# 1699322
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/8/2011 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS' FORTY-FIRST QUARTERLY FEE APPLICATION FOR EFILING | 0.30 | $52.50 |
| 9/13/2011 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER RENDERED BY FEE AUDITOR | 0.20 | $149.00 |
| 9/19/2011 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE NOTICE ON 2002 (.2); PREPARE CERTIFICATE OF SERVICE RE CORE GROUP (.2); FINALIZE DUANE MORRIS 41ST QUARTERLY FEE APPLICATION, NOTICE, CERTIFICATE OF SERVICE AND EXHIBITS FOR EFILING (.3); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.2) | 1.10 | $192.50 |
| 9/19/2011 012 | S LENKIEWICZ | REVIEW FEE AUDITOR'S FINAL REPORT AND EMAIL TO M. LASTOWSKI RE SAME | 0.20 | $35.00 |
| 9/20/2011 012 | MR LASTOWSKI | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS | 0.10 | $74.50 |
| 9/20/2011 012 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE ORDER | 0.10 | $74.50 |
| 9/22/2011 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 114TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 112TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 113TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 111TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/30/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 115TH MONTHLY FEE APPLICATION | 0.50 | $87.50 |
| | | Code Total | 3.70 | $875.50 |

Duane Morris
October 04, 2011
Page 4

File # K0248-00001  INVOICE# 1699322
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/22/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 29TH QUARTERLY FEE APPLICATION OF CAPSTONE (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/22/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 40TH QUARTERLY FEE APPLICATION OF SSL (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/22/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 12TH MONTHLY FEE APPLICATION OF SSL (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/23/2011 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 89TH MONTHLY FEE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 9/28/2011 013 | S LENKIEWICZ | FINALZE SSL'S 125H MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 9/28/2011 013 | S LENKIEWICZ | PREPARE AND EFILE NOTICE OF WITHDRAWAL OF ONE HUNDRED TWENTY-FIFTH MONTHLY APPLICATION OF SSL (2); REFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2) | 0.40 | $70.00 |
| | | Code Total | 2.60 | $455.00 |

Duane Morris
October 04, 2011
Page 5

File # K0248-00001  INVOICE# 1699322
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/21/2011 | 015 | MR LASTOWSKI | REVIEW INTRAWEST MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $74.50 |
| 9/21/2011 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 9.26.11 HEARING | 0.10 | $74.50 |
| | | | Code Total | 0.20 | $149.00 |

Duane Morris
October 04, 2011
Page 6

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1699322

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/12/2011 | 017 | MR LASTOWSKI | REVIEW BNSF MOTION FOR LEAVE TO FILE A REPLY BRIEF | 0.30 | $223.50 |
| 9/23/2011 | 017 | MR LASTOWSKI | REVIEW MODIFIED ORDER RE: RETURN OF DOCUMENTS FILED UNDER SEAL | 0.10 | $74.50 |
| | | | Code Total | 0.40 | $298.00 |

Duane Morris
October 04, 2011
Page 7

File # K0248-00001                                                    INVOICE# 1699322
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/9/2011 | 025 | WS KATCHEN | REVIEW CNA APPEAL BRIEF. | 0.80 | $668.00 |
| 9/9/2011 | 025 | WS KATCHEN | SCHEDULING. | 0.10 | $83.50 |
| 9/14/2011 | 025 | WS KATCHEN | WAMU OPINION ON DEFAULT INTEREST UNDER PLAN. | 0.50 | $417.50 |
| 9/15/2011 | 025 | WS KATCHEN | ANALYSIS WAMU OPINION. | 0.80 | $668.00 |
| 9/26/2011 | 025 | WS KATCHEN | REVIEW BNSF MOTION TO FILE REPLY BRIEF. | 0.30 | $250.50 |
| | | | Code Total | 2.50 | $2,087.50 |
| | | | TOTAL SERVICES | 9.80 | $4,199.00 |

DUANE MORRIS LLP

Duane Morris
October 04, 2011
Page 8

File # K0248-00001                                            INVOICE# 1699322
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---:|
| 09/30/2011 | POSTAGE | 107.92 |
| | Total: | $107.92 |
| 09/19/2011 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #795200048293) | 8.34 |
| 09/19/2011 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797529981654) | 11.62 |
| | Total: | $19.96 |
| 09/30/2011 | COURT SEARCH SERVICE | 11.60 |
| | Total: | $11.60 |
| 09/30/2011 | PRINTING & DUPLICATING | 92.20 |
| | Total: | $92.20 |
| | TOTAL DISBURSEMENTS | $231.68 |