REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2188530
7500 Grace Drive                        Invoice Date       10/27/11
Columbia, Maryland 21044                Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

    Fees                              8,506.00
    Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT      $8,506.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      188530
7500 Grace Drive                          Invoice Date       10/27/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/07/11 | Espinosa | Confer with L. Husar re case status and Plaintiff's deposition. | .50 |
| 09/07/11 | Husar | Work on strategy for the deposition (0.4); review email from workers compensation attorney regarding settlement demand (0.5). | .90 |
| 09/08/11 | Espinosa | Prepare for and participate in the conference call with J. Forgach re case strategy and Plaintiff's upcoming deposition. | 1.00 |
| 09/08/11 | Husar | Conference call with J. Forgach to provide status report and discuss strategy and analysis of claims (0.3); work on follow up relating to the workers compensation global settlement (0.8). | 1.10 |
| 09/15/11 | Espinosa | Draft letter to Plaintiff's counsel regarding Plaintiff's failure to respond to written discovery. | .20 |
| 09/16/11 | Espinosa | Review various employment and workers compensation files and begin to prepare an outline for Plaintiff's deposition. | 5.00 |
| 09/20/11 | Espinosa | Continue to draft an outline in preparation for Plaintiff's deposition. | 1.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2188530
50001  Correa v. W.R. Grace                 Page    2
       October 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/21/11 | Espinosa | Review Plaintiff's previous deposition testimony and incorporate his testimony into the deposition preparation materials. | 2.70 |
| 09/22/11 | Espinosa | Continue to prepare for Plaintiff's deposition by reviewing various workers compensation files and drafting a deposition outline to incorporate the same. | 4.20 |
| 09/23/11 | Espinosa | Continue to prepare for Plaintiff's deposition by reviewing various medical records and drafting a deposition outline to incorporate the same. | 2.00 |
| 09/26/11 | Espinosa | Review documents produced by Plaintiff (3.0); email Plaintiff's counsel re: the document production and Plaintiff's deposition (0.2). | 3.20 |
| 09/27/11 | Espinosa | Review Plaintiff's responses to the requests for production of documents (0.3);  confer with Plaintiff's counsel about Plaintiff's document production (0.2);  strategize re: questioning at Plaintiff's deposition (0.4); review documents produced by Plaintiff (2.6). | 3.50 |
| 09/28/11 | Espinosa | Continue to review Plaintiff's document production and prepare for Plaintiff's deposition. | 2.20 |
| 09/30/11 | Espinosa | Analyze documents from Plaintiff's document production (0.4);  email to Plaintiff's counsel following up on outstanding discovery (0.2). | .60 |

```
                                                    ------
                                    TOTAL HOURS     28.70
```

```
172573 W. R. Grace & Co.                        Invoice Number   2188530
50001  Correa v. W.R. Grace                     Page    3
       October 27, 2011
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Linda S. Husar | 2.00 | at $ | 515.00 | = | 1,030.00 |
| Stephanie Henderson Espin | 26.70 | at $ | 280.00 | = | 7,476.00 |

```
                        CURRENT FEES                          8,506.00


                                                         ------------
              TOTAL BALANCE DUE UPON RECEIPT               $8,506.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2188531 |
| Invoice Date | 10/27/11 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 129.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $129.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2188531 |
| 7500 Grace Drive | Invoice Date     10/27/11 |
| Columbia, Maryland 21044 | Client Number     172573 |
| USA | Matter Number     60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 09/09/11 | Ament | E-mail to P. Cuniff re: agenda for 9/26/11 hearing (.10); review and respond to e-mail from P. Cuniff re: 9/12/11 preliminary agenda deadline (.10). | .20 |
| 09/12/11 | Ament | E-mails with P. Cuniff re: agenda and hearing binder (.20); review agenda and hearing binder received from P. Cuniff (.10); update hearing binder re: same (.10); hand deliver hearing binder to Judge Fitzgerald per J. O'Neill request (.10). | .50 |

```
                                                    ------
                                     TOTAL HOURS      .70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.70 at $ 185.00 = | | 129.50 |

CURRENT FEES                                          129.50

```
                                           ------------
             TOTAL BALANCE DUE UPON RECEIPT     $129.50
                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2188532 |
| Invoice Date | 10/27/11 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

| | |
|---|---|
| Fees | 953.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $953.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2188532
7500 Grace Drive                          Invoice Date      10/27/11
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

|    Date   | Name | | Hours |
| -------- | ---------- | | ----- |
| 09/07/11 | Ament | Review e-mails re: August monthly fee application. | .10 |
| 09/07/11 | Muha | Review and revise billing statements for Aug. 2011 monthly fee app. | .20 |
| 09/23/11 | Lord | Research docket and draft Reed Smith July monthly fee application. | .40 |
| 09/26/11 | Ament | E-mails re: August monthly fee application. | .10 |
| 09/26/11 | Lord | Revise, e-file and serve CNO to Reed Smith July fee application. | .40 |
| 09/27/11 | Ament | Calculate fees and expenses for August monthly fee application (.40); prepare spreadsheets re: same (.30); draft August monthly fee application (.30); provide fee application to A. Muha for review (.10); attention to billing matters (.10). | 1.20 |
| 09/28/11 | Ament | E-mails and meet with A. Muha re: August monthly fee application (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails with J. Lord re: August monthly fee application (.10). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2188532
60029  Fee Applications-Applicant           Page    2
       October 27, 2011
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/28/11 | Lord | Communicate with S. Ament: re: August monthly fee application (.1); revise and prepare same for e-filing and service (.4). | .50 |
| 09/29/11 | Lord | Revise, e-file and serve Reed Smith August monthly fee application. | .80 |

```
                                            ------
                            TOTAL HOURS      4.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 0.20 | at | $ 435.00 | = | 87.00 |
| John B. Lord | 2.10 | at | $ 245.00 | = | 514.50 |
| Sharon A. Ament | 1.90 | at | $ 185.00 | = | 351.50 |

```
                  CURRENT FEES                         953.00


                                            ------------
            TOTAL BALANCE DUE UPON RECEIPT      $953.00
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2188533
7500 Grace Drive                          Invoice Date       10/27/11
Columbia, Maryland 21044                  Client Number       172573
USA

============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                            2,513.00
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $2,513.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2188533
7500 Grace Drive                          Invoice Date       10/27/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60033


=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/11 | Ament | Meet with A. Muha re: asbestos property damage claim research and provide information to A. Muha. | .10 |
| 09/06/11 | Ament | Review e-mails re: property damage claim research. | .10 |
| 09/06/11 | Cameron | Emails re: status of research on asbestos P.D. claims | .40 |
| 09/06/11 | Muha | E-mails re: PD litigation analysis project. | .20 |
| 09/25/11 | Cameron | Review asbestos property damage summary materials | .60 |
| 09/26/11 | Cameron | Review materials relating to asbestos PD claims research | .40 |
| 09/28/11 | Muha | Review research materials compiled by A. Jonjak re: asbestos litigation by firms representing PD claimants in Grace bankruptcy, and notes on analysis of same. | 3.40 |

                                                      ------
                                   TOTAL HOURS          5.20

172573 W. R. Grace & Co.                          Invoice Number  2188533
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       October 27, 2011


| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 1.40 | at $ 650.00 = | 910.00 |
| Andrew J. Muha | 3.60 | at $ 435.00 = | 1,566.00 |
| Sharon A. Ament | 0.20 | at $ 185.00 = | 37.00 |
| | CURRENT FEES | | 2,513.00 |

```
                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT           $2,513.00
                                                    =============
```