```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2188534
   7500 Grace Drive                       Invoice Date       10/27/11
   Columbia, Maryland 21044               Client Number       172573
   USA


===============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

      Fees                                    0.00
      Expenses                               11.36

                        TOTAL BALANCE DUE UPON RECEIPT           $11.36
                                                             =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number      2188534
7500 Grace Drive                       Invoice Date       10/27/11
Columbia, Maryland 21044               Client Number       172573
USA                                    Matter Number        50001
```

==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                       0.16
    Duplicating/Printing/Scanning              11.20

             CURRENT EXPENSES                                      11.36
                                                             --------------

             TOTAL BALANCE DUE UPON RECEIPT                        $11.36
                                                             ==============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number       2188534
    7500 Grace Drive                          Invoice Date        10/27/11
    Columbia, Maryland 21044                  Client Number        172573
    USA                                       Matter Number         50001


    ===============================================================================

    Re: (50001)   Correa v. W.R. Grace


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    08/31/11   PACER                                                      .16

    09/07/11   Duplicating/Printing/Scanning                             2.40
               ATTY # 10886; 24 COPIES

    09/07/11   Duplicating/Printing/Scanning                             1.70
               ATTY # 000349: 17 COPIES

    09/07/11   Duplicating/Printing/Scanning                              .40
               ATTY # 000349: 4 COPIES

    09/07/11   Duplicating/Printing/Scanning                             1.80
               ATTY # 000349: 18 COPIES

    09/27/11   Duplicating/Printing/Scanning                             4.80
               ATTY # 10886; 48 COPIES

    09/30/11   Duplicating/Printing/Scanning                              .10
               ATTY # 000349: 1 COPIES

                              CURRENT EXPENSES                         11.36
                                                                  ------------
                       TOTAL BALANCE DUE UPON RECEIPT                 $11.36
                                                                  ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number       2188535
   7500 Grace Drive                      Invoice Date        10/27/11
   Columbia, Maryland 21044              Client Number         172573
   USA


===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                   0.00
      Expenses                              82.74

                   TOTAL BALANCE DUE UPON RECEIPT            $82.74
                                                      =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number       2188535
   7500 Grace Drive                         Invoice Date         10/27/11
   Columbia, Maryland 21044                 Client Number         172573
   USA                                      Matter Number          60026



===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                          35.68
     Duplicating/Printing/Scanning                  34.50
     Postage Expense                                 4.16
     Courier Service - Outside                       8.40

                   CURRENT EXPENSES                                   82.74
                                                                -------------

                   TOTAL BALANCE DUE UPON RECEIPT                    $82.74
                                                                =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number      2188535
7500 Grace Drive                          Invoice Date       10/27/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026


==========================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/29/11    Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

08/29/11    Duplicating/Printing/Scanning                         1.00
            ATTY # 000559: 10 COPIES

08/29/11    Duplicating/Printing/Scanning                         1.20
            ATTY # 000559: 12 COPIES

08/29/11    Duplicating/Printing/Scanning                          .30
            ATTY # 000559: 3 COPIES

08/30/11    Duplicating/Printing/Scanning                         1.70
            ATTY # 000559: 17 COPIES

08/31/11    PACER                                                19.44

08/31/11    PACER                                                 6.96

08/31/11    PACER                                                 9.28

09/23/11    Courier Service - Outside -- VENDOR: JET              8.40
            MESSENGER: Messenger Trip - Fitzgerald - 9/12/11

09/23/11    Duplicating/Printing/Scanning                          .30
            ATTY # 000559: 3 COPIES

09/23/11    Duplicating/Printing/Scanning                          .30
            ATTY # 000559: 3 COPIES

09/27/11    Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES

09/27/11    Duplicating/Printing/Scanning                          .90
            ATTY # 000559: 9 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number  2188535
60026  Litigation and Litigation Consulting           Page    2
       October 27, 2011


09/27/11    Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

09/27/11    Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

09/27/11    Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

09/27/11    Duplicating/Printing/Scanning                              .90
            ATTY # 000559: 9 COPIES

09/27/11    Duplicating/Printing/Scanning                             1.70
            ATTY # 000559: 17 COPIES

09/27/11    Duplicating/Printing/Scanning                             1.70
            ATTY # 000559: 17 COPIES

09/28/11    Duplicating/Printing/Scanning                              .90
            ATTY # 000559: 9 COPIES

09/28/11    Duplicating/Printing/Scanning                              .90
            ATTY # 000559: 9 COPIES

09/28/11    Duplicating/Printing/Scanning                              .90
            ATTY # 000559: 9 COPIES

09/28/11    Duplicating/Printing/Scanning                             1.30
            ATTY # 000559: 13 COPIES

09/28/11    Duplicating/Printing/Scanning                             1.30
            ATTY # 000559: 13 COPIES

09/28/11    Duplicating/Printing/Scanning                              .30
            ATTY # 000559: 3 COPIES

09/29/11    Duplicating/Printing/Scanning                            11.40
            ATTY # 0718; 114 COPIES

09/29/11    Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES

09/29/11    Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES

09/29/11    Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number  2188535
60026  Litigation and Litigation Consulting      Page    3
       October 27, 2011


 09/29/11    Postage Expense                                       4.16

                      CURRENT EXPENSES                            82.74
                                                            ------------

                      TOTAL BALANCE DUE UPON RECEIPT             $82.74
                                                            ============
```