# EXHIBIT A

WR GRACE & CO
COMPENSATION BY PROJECT CATEGORY
SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 37.2 | $ 27,802.00 |
| 0014 | Case Administration | 14.3 | 3,787.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 31.1 | 22,236.50 |
| 0018 | Fee Application, Applicant | 5.1 | 1,507.50 |
| 0019 | Creditor Inquiries | 1.4 | 1,055.00 |
| 0020 | Fee Application, Others | 2.1 | 523.00 |
| 0036 | Plan and Disclosure Statement | 16.4 | 11,816.00 |
|  |  |  |  |
|  | Total | 107.6 | $ 68,727.00 |

# STROOCK

## INVOICE

| DATE | October 10, 2011 |
|---|---|
| INVOICE NO. | 546740 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2011, including:

| RE | Business Operations |
|---|---|
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2011 | Attend to case law re: proposal (.7); attend to strategic plan and e-mail to JN re: same (2.9); t/c Capstone re: comments on its report on Grace's 2nd quarter operations (.3). | Krieger, A. | 3.9 |
| 09/01/2011 | Review DE cases re: proposal issues. | Nygard, J. | 0.8 |
| 09/02/2011 | Attend to issues and case law re: proposal (2.9); attend to strategic plan (1.3). | Krieger, A. | 4.2 |
| 09/05/2011 | Attend to case law re: proposal (2.1); memorandum to Capstone, JN re: 9/6/11 conference call with representatives for the Debtors and other parties (.1). | Krieger, A. | 2.2 |
| 09/06/2011 | Preparation for conference call with Grace representatives re: proposal and t/c Capstone re: same (.7); conference call with representatives for all parties re: proposal and follow-up conference call LK and R. Frezza (1.3); o/c JN re substance of conference call with Debtors' representatives and outstanding issues (.9); attend to case law re: proposal and | Krieger, A. | 7.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | related pleadings (4.5). | | |
| 09/06/2011 | Preparation for and conference call with all parties re: proposal (.8); conference call with A. Krieger and R. Frezza (.3). | Kruger, L. | 1.1 |
| 09/06/2011 | Confs. w/ A. Krieger re: issues surrounding proposal. | Nygard, J. | 0.9 |
| 09/07/2011 | Consider legal issues in proposal. | Kruger, L. | 0.6 |
| 09/08/2011 | Review Capstone draft of Committee memo re: proposal (.7); o/c with A. Krieger re: Committee memo and conference call to discuss proposal (.3); review memo to Committee re: proposal and conference call to discuss (.2); review of issues (.3). | Kruger, L. | 1.5 |
| 09/09/2011 | Conference call representatives for Grace and other parties-in-interest re: business operations. | Krieger, A. | 0.5 |
| 09/09/2011 | Review Capstone/Stroock memo re: proposal (.4); o/c with A. Krieger re: same (.3). | Kruger, L. | 0.7 |
| 09/09/2011 | Review and revise memo to Committee (1.7); confs. w/ A. Krieger and B. Frezza re: same (1.0). | Nygard, J. | 2.7 |
| 09/11/2011 | Attend to response points re: proposal and relevant case law. | Krieger, A. | 2.1 |
| 09/12/2011 | Case law review re: proposal (3.1); memorandum from Debtors' counsel re: Motion status and office conference L. Kruger, K. Pasquale re: same (.3); office conference L. Kruger re: T. Weschler article (.1); attend to materials re: proposal (.6); attend to materials re: Project Plate (.2). | Krieger, A. | 4.3 |
| 09/14/2011 | Review recent decision re: interest and possible impact on Grace. | Kruger, L. | 0.4 |
| 09/15/2011 | Conference call with Debtors and other parties' representatives re: Project Plate (.8); follow-up conference call with Capstone re: Project Plate (.3). | Krieger, A. | 1.1 |
| 09/16/2011 | Attend to issues and case law re: possible sale of business. | Krieger, A. | 2.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 28.5 | $ 715 | $ 20,377.50 |
| Kruger, Lewis | 4.3 | 995 | 4,278.50 |
| Nygard, James O. | 4.4 | 715 | 3,146.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,802.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 27,802.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2011 | Attend to internal billing inquiry/audit letter from Debtors, exchanged multiple e-mails with accounting and prepare response thereto. | Krieger, A. | 1.3 |
| 09/02/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/07/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 09/12/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 09/13/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3); research re: hearing transcripts (.4). | Mohamed, D. | 2.1 |
| 09/14/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 09/16/2011 | Memoranda with DM re: proposed 40th quarterly fee and expense schedule. | Krieger, A. | 0.1 |
| 09/16/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research case docket re plan/disclosure statement and obtain for attorney review (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 09/19/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research re: case docket (.3); monitor appeals case docket no. | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | 11-199 (.1). | | |
| 09/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 09/21/2011 | Exchanged memoranda with DM re: 9/26/11 hearing. | Krieger, A. | 0.2 |
| 09/21/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1); schedule A. Krieger to appear telephonically at 9/26/11 hearing (.1). | Mohamed, D. | 0.5 |
| 09/22/2011 | Memoranda to DM and KP re: 9/26/11 hearing. | Krieger, A. | 0.2 |
| 09/22/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 09/23/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/26/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 09/28/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/29/2011 | Review case file documents. | Mohamed, D. | 1.5 |
| 09/30/2011 | Obtain and circulate recently docketed pleadings in main case (.4); prepare documents for attorney review (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 715 | $ 1,287.00 |
| Mohamed, David | 12.5 | 200 | 2,500.00 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 3,787.00 |
| | | | |
| TOTAL FOR THIS MATTER | | | $ 3,787.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2011 | Prepare legal portion of memorandum for the Committee re: proposal (7.8); review Capstone draft of Committee memorandum (.4). | Krieger, A. | 8.2 |
| 09/08/2011 | Review Capstone draft of Committee memorandum re: proposal (2.2); extended t/c R. Frezza re: same (1.1); prepare legal portion of Committee memorandum (1.2); o/cs LK re: Committee memorandum and conference call to discuss proposal (.3); t/c C. Freedgood re: Committee call (.2); memoranda with the Committee re: conference call to discuss proposal (.6); attended to revised memoranda with Capstone re: memorandum for the Committee re: proposal (1.2); outline issues (1.7). | Krieger, A. | 8.5 |
| 09/09/2011 | Review revised Committee memorandum and extended t/cs R. Frezza re: same (2.7); prepare revised material for the Committee memorandum (.8); separate o/cs LK, KP and JN re: Committee memorandum (1.1); attend to additional changes to memorandum (1.9); conference call R. Frezza, JN re: proposal and Committee memorandum (.7). | Krieger, A. | 7.2 |
| 09/12/2011 | Preparation for conference call with the Committee (.8); office conference L. Kruger, K. Pasquale re: Committee call (.2); memoranda to R. Frezza, JN re: Committee call (.2); Committee call re: motion, other matters and follow-up office conference L. Kruger, JN re: same (.6); memorandum to the Committee re: advice regarding the proposal (.3); memoranda with Committee member (.1) | Krieger, A. | 2.2 |
| 09/12/2011 | Conf. call w/ committee re: proposal. | Nygard, J. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/28/2011 | Attend to claims settlement and Committee memorandum thereon (1.8); memorandum to R. Higgins: re: information request (.2); t/c R. Higgins re: Neutocrete background and issues and settlement proposal and notes thereon (1.1). | Krieger, A. | 3.1 |
| 09/30/2011 | Draft memorandum re: Neutocrete Settlement. | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 30.6 | $715 | $21,879.00 |
| Nygard, James O. | 0.5 | 715 | 357.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $22,236.50 |
|---|---|

| TOTAL FOR THIS MATTER | $22,236.50 |
|---|---|

# STROOCK
| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/13/2011 | Review and revise August bill. | Magzamen, M. | 0.2 |
| 09/19/2011 | Prepare draft of SSL's one hundred and twenty-fifth monthly fee application for attorney review. | Mohamed, D. | 1.3 |
| 09/22/2011 | Attend to August 2011 fee statement and o/c DM re: same. | Krieger, A. | 0.6 |
| 09/26/2011 | Finalize August 2011 fee statement. | Krieger, A. | 0.3 |
| 09/27/2011 | Review revised draft of SSL's one hundred and twenty-fifth monthly fee application. | Mohamed, D. | 0.8 |
| 09/28/2011 | Finalize SSL's one hundred and twenty-fifth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $715 | $643.50 |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 4.0 | 200 | 800.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $1,507.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $1,507.50 |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Creditor Inquiries
699843 0019 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2011 | Memoranda with Capstone re: creditor inquiry re: transcripts. | Krieger, A. | 0.1 |
| 09/09/2011 | T/cs trade creditor re: status, District Court argument. | Krieger, A. | 0.4 |
| 09/13/2011 | Obtain information in response to Creditor inquiry and memorandum to Capstone re: same (.4); attend to materials re: business divestiture (.2). | Krieger, A. | 0.6 |
| 09/23/2011 | Telephone conferences bank lender re: confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $715 | $786.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $1,055.00 |
|---|---|

| TOTAL FOR THIS MATTER | $1,055.00 |
|---|---|

# STROOCK

| | RE | Fee Application, Others<br>699843 0020 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/13/2011 | Attend to other Professionals' Fee Applications. | Krieger, A. | 0.2 |
| 09/23/2011 | Finalize Capstone's eighty-ninth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |
| Mohamed, David | 1.9 | 200 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 523.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 523.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843 0024 | |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 155.95 |
| Long Distance Telephone | 36.74 |
| Duplicating Costs-in House | 2.00 |
| Postage | 0.44 |
| Westlaw | 830.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |
| TOTAL FOR THIS MATTER | $ 1,025.63 |

# STROOCK

| | |
|---|---|
| RE | Plan and Disclosure Statement |
| | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/02/2011 | Attend to CNA appellate brief. | Krieger, A. | 0.8 |
| 09/13/2011 | Attend to CNA's brief on appeal of order approving settlement agreement, BNSF reply brief. | Krieger, A. | 2.0 |
| 09/14/2011 | Review recent Confirmation Opinion addressing post-petition interest issues and prepare Committee memorandum thereon (6.4); office conference L. Kruger re: same (.2); exchanged memoranda with Capstone: Opinion and impact (.4). | Krieger, A. | 7.0 |
| 09/15/2011 | Review recent opinion for application to Grace issues (2.4); exchanged memoranda with Capstone re: impact (.2). | Krieger, A. | 2.6 |
| 09/16/2011 | Attend to recent post-petition interest decisions and issues (2.9); attend to requested plan information (.6). | Krieger, A. | 3.5 |
| 09/20/2011 | Review recent decision re: PPI interest issues. | Pasquale, K. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 15.9 | $ 715 | $ 11,368.50 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,816.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 11,816.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 68,727.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |
| TOTAL BILL | $ 69,752.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM