# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 4.3 | $ 995 | $ 4,278.50 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 79.0 | 715 | 56,485.00 |
| Nygard, James | 4.9 | 715 | 3,503.50 |
| | | | |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 18.4 | 200 | 3,680.00 |
| | | | |
| Total | 107.6 | | $ 68,727.00 |