# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 155.95 |
| Long Distance Telephone | | 36.74 |
| Duplicating Costs-in House | | 2.00 |
| Postage | | 0.44 |
| Westlaw | | 830.50 |
| | | |
| **TOTAL** | $ | **1,025.63** |

# STROOCK

## INVOICE

| DATE | October 10, 2011 |
|---|---|
| INVOICE NO. | 546740 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dave Klauder Wilmington, DE on 7/28/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to David Siegal Columbia, MD on 7/28/11 | 8.25 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dawn Marra Wilmington, DE on 7/28/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Bobbi Ruthlander Dallas, TX 7/28/11 | 10.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Bobbi Ruthlander Esq. Dallas, TX on 8/2/11 | 10.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dave Klauder Esq. Wilmington, DE on 8/2/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dawn Marra Wilmington, DE on 8/2/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to David Siegal Columbia, MD on 8/2/11 | 8.25 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Dave Klauder, Esq. Wilmington DE on 8-17-2011 | 11.52 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Dawn S. Marra Wilmington DE on 8-17-2011 | 11.52 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Bobbi Ruhlander, Esq. Dallas TX on 8-17-2011 | 17.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to David B. Siegal Columbia MD on 8-17-2011 | 11.52 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to David Siegal Columbia, MD on 8/30/11 | 8.25 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Dave Klauder Esq. Wilmington, DE on 8/30/11 | 7.68 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Dawn Marra Wilmington, DE on 8/30/11 | 7.68 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Bobbi Ruhlander Esq. Dallas, TX on 8/30/11 | 10.89 |
| **Outside Messenger Service Total** | | **155.95** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 09/08/2011 | EXTN.795544, TEL.2015877123, S.T.12:16, DUR.00:00:01 | 0.28 |
| 09/09/2011 | EXTN.795588, TEL.2019680001, S.T.16:17, DUR.00:11:35 | 3.34 |
| 09/09/2011 | EXTN.795544, TEL.2015877123, S.T.10:40, DUR.00:56:53 | 15.85 |
| 09/18/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-091811; DATE: 9/18/2011 - Teleconference 09-12-2011 | 5.87 |
| 09/28/2011 | EXTN.795544, TEL.3128364047, S.T.15:01, DUR.00:40:38 | 11.40 |
| **Long Distance Telephone Total** | | **36.74** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 09/29/2011 | | 2.00 |
| **Duplicating Costs-in House Total** | | **2.00** |

**Postage**

| | | |
|---|---|---|
| 09/01/2011 | Postage Charged on 09/01/2011 17:50 | 0.44 |
| **Postage Total** | | **0.44** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Westlaw** | | |
| 09/02/2011 | Duration 8; by Krieger, Arlene G. | 365.50 |
| 09/09/2011 | Duration 0; by Krieger, Arlene G. | 33.00 |
| 09/16/2011 | Duration 8; by Krieger, Arlene G. | 432.00 |
| **Westlaw Total** | | **830.50** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 155.95 |
| Long Distance Telephone | 36.74 |
| Duplicating Costs-in House | 2.00 |
| Postage | 0.44 |
| Westlaw | 830.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.