**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555  Fax: (302) 575-1714

WR Grace PD Committee                                    Sept. 1, 2011   to   Sept. 30, 2011

Inv #:         41065

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 15.80 | 3,934.00 |
| B18 | Fee Applications, Others - | 4.00 | 670.00 |
| B25 | Fee Applications, Applicant - | 3.20 | 622.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 840.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 80.00 |
| B37 | Hearings - | 0.20 | 70.00 |
| B41 | Relief from Stay Litigation - | 0.60 | 210.00 |
| | **Total** | **26.60** | **$6,426.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 1.90 | 551.00 |
| Regina Matozzo | 200.00 | 6.60 | 1,320.00 |
| Theodore J. Tacconelli | 350.00 | 9.20 | 3,220.00 |
| Legal Assistant - KC | 150.00 | 8.90 | 1,335.00 |
| **Total** | | **26.60** | **$6,426.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                          **$192.50**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-11 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CNA Answering Brief re: Libby/BNSF Appeal of CNA settlement re: appeal no. 11-207 | 1.60 | TJT |
| | *Fee Applications, Others* - Revision to Bilzin's 121 monthly fee application for July 2011; prepare documents for filing; efile and service of same | 0.40 | KC |
| | *Fee Applications, Others* - Review docket re: objections to June 2011 fee applications | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO/ cos to Bilzin 2011 fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Hamilton Rabinovitz July 2011 fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* -   Efile and service of Certificate of No Objection to Bilzin's 120th monthly fee application for June 2011 | 0.20 | KC |
| Sep-02-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| Sep-04-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BH&F quarterly fee app for January-March | 0.10 | TJT |
| | *Case Administration* - Review Order re: hearing dates and deadlines for 2012 omnibus hearings and note deadlines | 0.50 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-06-11 | *Case Administration* - Review case management memo re; week ending 9-2-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 9/2/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for Week ending 9/2 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal by Contrarian Capital Trade | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update check receivable chart | 0.20 | KC |
| Sep-07-11 | *Fee Applications, Others* - Review certificate of no objection re: 41st quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 41st quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

|  |  |  |  |
|---|---|---|---|
|  | same | | |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review request for removal from mailing list and 2002 service list re: same | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO/ COS of Bilzin 41st Quarterly fee application (April 2011-June 2011) | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's 41st quarterly fee application (April 2011- June 2011) | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to 41st Quarterly fee app (April 2011- June 2011) | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft CNO/ COS of 41st Quarterly fee application (April. 2011- June 2011) | 0.20 | KC |
| Sep-08-11 | *Case Administration* -   Review Daily Memos | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare certificate of no objection of Bilzin's 41st quarterly fee application for filing, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection of 41st quarterly fee application for filing, efile and service of same | 0.20 | KC |
| Sep-09-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Sep-10-11 | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-12-11 | *Case Administration* - Review case management memo re: week ending 9-9-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 9/5/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 9/9 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for Abbey Drum Co. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review BASF Motion for Leave to File Reply Brief re: CNA settlement appeal 11-207 | 0.40 | TJT |
|  | *Case Administration* - Review of docket and certain Orders re: fees and costs in preparation for final fee apps | 1.00 | KC |
| Sep-13-11 | *Case Administration* - Review numerous notice of address changes and e-mail to KC re: same | 0.20 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from L. Oberholzer re: 40th Interim Period Fee and Expense Chart | 0.10 | TJT |
|  | *Case Administration* - Review 40th Interim Period Fee and Expense Chart, memo to   K. Callahan | 0.20 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for AEC, Inc. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Libby' Motion for Leave to File Reply Brief re: CNA settlement appeal 11-207 | 0.40 | TJT |
|  | *Case Administration* - Emails from LLC (2) with attachments of notices of address change; review 2002 service list re: changes to same | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Memo from TJT re: fees and expenses for Bilzin 40th Quarterly fee period; review of same | 0.10 | KC |
| | *Fee Applications, Applicant* - Memo from TJT re: fees and expenses for Bilzin 40th Quarterly fee period; review of same | 0.10 | KC |
| Sep-14-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by E Moody | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Air Products and Chemicals | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion for Return of Certain Documents | 0.10 | TJT |
| Sep-15-11 | *Case Administration* - Review Notice of Change of Address for American Wick Drain Corp. | 0.10 | TJT |
| | *Case Administration* - Continued review of docket for Orders approving fees/ costs in preparation for final fee apps | 1.00 | KC |
| Sep-16-11 | *Case Administration* - Review correspondence from P. Cuniff re: 40th Interim Period fee and expense chart | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address by Anderson Ind. Gen Contractors | 0.10 | TJT |
| Sep-17-11 | *Case Administration* - Review 40th Interim Period fee and expense chart | 0.20 | TJT |
| | *Case Administration* - Review Notice of Change of Address by Andon Specialities | 0.10 | TJT |
| Sep-19-11 | *Case Administration* - Review certificate of counsel filed by Debtors re: 40th Interim Period category summary fee and expense chart, review same, confer with K. Callahan re: same | 0.40 | TJT |
| Sep-20-11 | *Case Administration* - Review order approving fee apps for 40th period and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: July 2011 monthly fee app | 0.10 | LLC |
| | *Case Administration* - Review certificate of counsel filed by Debtors re: proposed order re: 40th Interim Period Quarterly fee apps | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Motion for Relief from Stay filed by Intrawest with attachments, confer with R. Miller | 0.60 | TJT |
| | *Fee Applications, Applicant* - Review docket re: objections to July 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to July 2011 monthly fee application and cos to same; to LLC for review | 0.20 | KC |
| Sep-21-11 | *Case Administration* - Review case management memo re: week ending 9-16-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 9/16/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 9/16 | 0.10 | TJT |
| | *Case Administration* - Review Order re: 40th Interim Period Quarterly Fee Apps | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO re: July 2011 fee app for filing; efile and service of same | 0.30 | KC |
| Sep-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review letter from B. Johnson requesting status and 2002 service list | 0.10 | TJT |
| | *Case Administration* - Review letter from Clerk to B. Johnson enclosing 2002 service list | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 9/26 hearing | 0.10 | TJT |
| | *Hearings* - Review Agenda for 9/26 | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: received payment; update payment tracking chart re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation for August 2011 monthly fee app;begin preparation of pre bill statement as exhibit to same | 0.20 | KC |
| Sep-23-11 | *Fee Applications, Others* - Review CNO re: July 2011 fee app of Bilzin Sumberg | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: HRA July 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Modified Order re: Debtor's Motion to Return Certain Documents | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to HRA's July 2011 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's July 2011 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin July 2011 fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection to HRA July 2011 fee application; to LLC for review | 0.20 | KC |
| Sep-24-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous correspondence Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-26-11 | *Case Administration* - Review case management memo re: week ending 9-23-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 9/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 9/23 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's July 2011 fee application for filing; efile and service of same | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to HRA's July 2011 fee application for filing, efile and service of same | 0.10 | KC |
| | *Fee Applications, Others* - Email from and to L. Flores re: Bilzin August 2011 fee app; download attachments of same | 0.20 | KC |
| Sep-27-11 | *Case Administration* -　Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce August pre bill | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revisions to August 2011 invoice/ preparation as Exhibit A to August 2011 monthly fee application | 0.20 | KC |
| Sep-28-11 | *Case Administration* - Review notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional change of address notice and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review further notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from KC re: billing issues for client | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin August 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BH&F April - June 2011 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Crescent Electric Supply Co. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry Joseph & Pearce August pre bill | 0.10 | TJT |
| | *Case Administration* - Retrieve (3) Notices of Change of Address from LLC; review 2002 service list re: same | 0.20 | KC |
| | *Fee Applications, Others* - Revisions to Bilzin's Notice of August 2011 fee application; draft COS of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare August 2011 fee app for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Final preparation of invoice as Exhibit A to August fee application for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft monthly fee application, notice and cos for August 2011 | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare August 2011 fee app for filing | 0.10 | KC |
| Sep-29-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Efile and service of Bilzin's August 2011 fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile and service of August 2011 fee application | 0.30 | KC |
| Sep-30-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Du Pont Dow Elastomers | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address; review 2002 service list re: same | 0.10 | KC |

|  |  |  |
|---|---|---|
| | Totals | 26.60 |

## DISBURSEMENTS

| | | |
|---|---|---|
| Sep-01-11 | Photocopy Cost | 4.20 |
| | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.40 |
| Sep-02-11 | Cost Advance - First State Deliveries - hand deliveries 9/1/11 | 52.50 |
| Sep-08-11 | Photocopy Cost | 7.00 |
| | Cost Advance - First State Deliveries - hand deliveries 9/8/11 | 45.00 |
| Sep-20-11 | Photocopy Cost | 0.70 |
| Sep-21-11 | Photocopy Cost | 0.60 |
| Sep-26-11 | Photocopy Cost | 8.40 |
| | Cost Advance - First State Deliveries - 6 hand deliveries 9/26/11 | 45.00 |
| Sep-27-11 | Photocopy Cost | 1.00 |
| Sep-28-11 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.90 |
| Sep-29-11 | Photocopy Cost | 6.80 |
| | Cost Advance - First State Deliveries - hand delivery 9/21/11 | 7.50 |
| Sep-30-11 | Cost Advance - First State Deliveries - hand delivery 9/29/11 | 7.50 |

| | | |
|---|---|---|
| | Totals | $192.50 |
| | **Total Fees & Disbursements** | **$6,618.50** |