**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 28th day of October, 2011, I caused one copy of the foregoing *One Hundred and Twenty-Fifth Monthly Application Of Ferry, Joseph & Pearce, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period of September 1, 2011 through September 30, 2011,* to be served upon the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

     /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

## **SERVICE LIST**

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201
feeaudit@whsmithlaw.com

**By Hand Delivery:**
David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
tcurrier@saul.com

Janet S. Baer, P.C.
Roger J. Higgins, P.C.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601
jbaer@bhflaw.net
rhgins@bhflaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Douglas.Bacon@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Ave, 23rd Floor
Miami, FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com