

October 18, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  200734

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 18, 2011

### CLIENT SUMMARY

**BALANCE AS OF- 10/18/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 - 01**- Case Administration | $532.50 | $66.78 | $599.28 |
| **.15538 -** 02 - Debtors' Business Operations | $1,027.50 | $0.00 | $1,027.50 |
| **.15539 -** 03 - Creditors Committee | $922.50 | $0.00 | $922.50 |
| **.15543 -** 07 - Applicant's Fee Application | $390.00 | $0.00 | $390.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $1,837.50 | $0.00 | $1,837.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $420.00 | $0.00 | $420.00 |
| | | | |
| *Client Total* | *$5,130.00* | *$66.78* | *$5,196.78* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Sakalo, Jay M | 5.00 | $525.00 | $2,625.00 |
| Snyder, Jeffrey I | 1.30 | $375.00 | $487.50 |
| Flores, Luisa M | 4.10 | $225.00 | $922.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| | | | |
| | *TOTAL PROFESSIONAL FEES THIS PERIOD* | | ***$5,130.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Archival/Retrieval Services | $56.40 |
| Long Distance Telephone | $9.88 |
| Copies | $0.50 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$66.78*** |

| TOTAL BALANCE DUE THIS PERIOD | $5,196.78 |
|---|---|

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 09/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/18/11 | JIS | 0.30 | 112.50 | (09/08/2011) Conference with J. Sakalo regarding proposal to pay claims and repurchase shares. |

**PROFESSIONAL SERVICES** $532.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 08/08/11 | Archival/Retrieval Services | 56.40 |
| 09/08/11 | Long Distance Telephone (415)989-1800; 13 Mins. | 9.88 |
| 09/13/11 | Copies 5 pgs @ 0.10/pg | 0.50 |

**TOTAL COSTS ADVANCED** $66.78

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| *TOTAL* | *2.40* | | *$532.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Archival/Retrieval Services | $56.40 |



| | |
|---|---|
| Long Distance Telephone | $9.88 |
| Copies | $0.50 |
| *TOTAL* | *$66.78* |

**CURRENT BALANCE DUE THIS MATTER**                                            **$599.28**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE:  02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 09/06/11 | JMS | 0.90 | 472.50 | Attend call on motion to pay claims and share buyback. |
| 09/08/11 | JMS | 0.30 | 157.50 | Conference with Jeffrey Snyder regarding proposal to pay claims and repurchase shares. |
| 09/09/11 | JIS | 0.50 | 187.50 | Conference call regarding financial projections, sources and uses of cash, etc. |
| 09/12/11 | JMS | 0.20 | 105.00 | Email from R. Higgins regarding share program and internal emails regarding same. |
| 09/19/11 | JMS | 0.20 | 105.00 | Email from J. Baer regarding Project Plate. |

**PROFESSIONAL SERVICES**                                                                 **$1,027.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | $525.00 | $840.00 |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| *TOTAL* | *2.10* | | *$1,027.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                   **$1,027.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 08/05/11 | LMF | 1.40 | 315.00 | Research to determine availability of documents requested by D. Speights. |
| 08/08/11 | LMF | 1.80 | 405.00 | Attend to reviewing documents and assist committee member with same. |
| 09/06/11 | SLB | 0.30 | 202.50 | Email from and to T. Brandi regarding status of case (.3). |

**PROFESSIONAL SERVICES**                                                                $922.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Flores, Luisa M | 3.20 | $225.00 | $720.00 |
| *TOTAL* | *3.50* | | *$922.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          $922.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/15/11 | JIS | 0.50 | 187.50 | Review and revise August prebill. |
| 09/20/11 | LMF | 0.30 | 67.50 | Follow up with accounting for revised August statement. |
| 09/26/11 | LMF | 0.60 | 135.00 | Prepare notices and summary and submit statement of fees and costs to local counsel for filing and service. |

**PROFESSIONAL SERVICES** **$390.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| *TOTAL* | *1.40* | | *$390.00* |

**CURRENT BALANCE DUE THIS MATTER** **$390.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 09/07/11 | JMS | 2.60 | 1,365.00 | Research regarding payment of claims prior to confirmation. |
| 09/20/11 | SLB | 0.70 | 472.50 | Telephone call from Catholic Archdiocese regarding status of plan and PD Claims (.7). |

**PROFESSIONAL SERVICES**                                                                           **$1,837.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.70 | $675.00 | $472.50 |
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| *TOTAL* | *3.30* | | *$1,837.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$1,837.50**



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 09/08/11 | JMS | 0.80 | 420.00 | Telephone conference with T. Brandi regarding status of plan confirmation and related issues. |

**PROFESSIONAL SERVICES**                                                                 **$420.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $525.00 | $420.00 |
| *TOTAL* | *0.80* | | *$420.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$420.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP