# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: 11/17/11 at 4⁰⁰ pm<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.5 | $    975.00 |
| Kathleen M. Brill | Associate | Environmental | $305.00 | 3.0 | $    915.00 |
| | | | | | |
| **TOTAL** | | | | **4.5** | **$  1,890.00** |

3939744.v1



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488350
Matter No.: 08743.00088

**Re:**    **Acton Site OU3**

For Professional Services rendered through September 30, 2011

| | |
|---|---|
| Fees | $1,890.00 |
| **Total Fees and Disbursements** | **$1,890.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 488350
October 27, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/06/11 | Jaffe | P230 | Attention to sampling plan, including reviewing draft response to EPA and emails with team regarding same (0.7). | 0.7 |
| 09/20/11 | Jaffe | P230 | Attention to dioxane issue, including emails from K. Brill and emails to Ms. Duff and team (0.8). | 0.8 |
| 09/20/11 | Brill | P230 | Review recent EPA announcement regarding 1,4-dioxane IRIS classification and revised Toxicological Review and summarize findings for client (3.0). | 3.0 |
| | | | **Total Hours** | **4.5** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 488350
October 27, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Kathleen Brill | 3.0 | at | 305.00 | = | 915.00 |
| Seth D. Jaffe | 1.5 | at | 650.00 | = | 975.00 |
| **Total Fees** | | | | | **$1,890.00** |

| | |
|---|---|
| **Total Fees** | **$1,890.00** |
| **Total Fees and Disbursements** | **$1,890.00** |


## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488350
Matter No.: 08743.00088

Re:    Acton Site OU3

**Total Fees and Disbursements**          **$1,890.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 488350
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 0.9 | $    585.00 |
| | | | | | |
| **TOTAL** | | | | **0.9** | **$    585.00** |

3939744.v1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488351
Matter No.: 08743.00102

**Re:**     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2011

|  |  |  |
|---|---|---|
| Fees |  | $585.00 |
| **Total Fees and Disbursements** |  | **$585.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 488351
October 27, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 09/06/11 | Jaffe | P230 | Attention to lead sampling issue, including reviewing EPA letter, reviewing, revising draft response, and email to Mr. Bucens regarding same (0.9). | 0.9 |
| | | | **Total Hours** | **0.9** |

Matter No.: 08743.00102                                    Invoice No.: 488351
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          October 27, 2011
                                                           Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|--------|---|--------|
| Seth D. Jaffe | 0.9 | at | 650.00 | = | 585.00 |
| **Total Fees** | | | | | **$585.00** |

| | |
|---|---|
| **Total Fees** | **$585.00** |
| **Total Fees and Disbursements** | **$585.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488351
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

      **Total Fees and Disbursements**      **$585.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 488351
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 13.8 | $  8,970.00 |
| | | | | | |
| **TOTAL** | | | | **13.8** | **$  8,970.00** |

3939744.v1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488352
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through September 30, 2011

| | |
|---|---|
| Fees | $8,970.00 |
| **Total Fees and Disbursements** | **$8,970.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 488352
October 27, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/07/11 | Jaffe | P230 | Attention to planning for EPA meeting, including review of agendas and emails with team (0.4). | 0.4 |
| 09/09/11 | Jaffe | P230 | Attention to EPA meeting, including reviewing slides for pre-call and emails with team, including review of agendas (1.8). | 1.8 |
| 09/12/11 | Jaffe | P230 | Planning for EPA meeting, including team telephone conference and preparing for same (3.4). | 3.4 |
| 09/19/11 | Jaffe | P230 | Review final letter to EPA and emails with team regarding same (0.5). | 0.5 |
| 09/26/11 | Jaffe | P230 | Attention to planning for EPA meeting, including reviewing, revising draft slide presentation and emails with team (1.2). | 1.2 |
| 09/28/11 | Jaffe | P230 | Preparation for EPA meeting on 9/30, including team telephone conference, emails with team, and reviewing draft presentation (1.4). | 1.4 |
| 09/29/11 | Jaffe | P230 | Attention to EPA meeting preparation, including review of materials and emails with team (0.5). | 0.5 |
| 09/30/11 | Jaffe | P230 | Attention to soil management issues, including meeting with EPA, preparing for same, pre-meeting for same, and emails with team regarding same (4.6). | 4.6 |

**Total Hours**    **13.8**

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 13.8 | at | 650.00 | = | 8,970.00 |
| | **Total Fees** | | | | **$8,970.00** |

| | | |
|---|---|---|
| **Total Fees** | | $8,970.00 |
| **Total Fees and Disbursements** | | $8,970.00 |

 FOLEY HOAG LLP

Adam P. Kahn<br>
617-832-1206<br>
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488352
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$8,970.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 488352
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 105 – FDA Matters**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $505.00 | 4.1 | $ 2,070.50 |
| | | | | | |
| **TOTAL** | | | | **4.1** | **$ 2,070.50** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 3.64 |
| | |
| **TOTAL** | **$ 3.64** |

3939744.v1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488353
Matter No.: 08743.00105

**Re:    FDA Matters**

For Professional Services rendered through September 30, 2011

|  |  |
|---|---|
| Fees | $2,070.50 |
| Disbursements | 3.64 |
| **Total Fees and Disbursements** | **$2,074.14** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 488353
October 27, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/19/11 | Flaherty | B110 | Prepare for and participate in conference call with Ms. Duff and M. Buono regarding FDA issues relating to Project Autobahn (0.8); follow up regarding same (0.2). | 1.0 |
| 09/22/11 | Flaherty | B110 | Voicemail to and email correspondence with Ms. Duff regarding conference calls to discuss Project Autobahn and Sodasorb FDA issues (0.1); review and analyze email from S. Wood summarizing Sodasorb FDA issue (0.1). | 0.2 |
| 09/23/11 | Flaherty | B110 | Research and analyze FDA law, regulations, and guidance relating to Sodasorb issue (0.4); confer with P. Kim regarding same (0.1); prepare for and participate in conference call with L. Duff and S. Wood regarding Sodasorb issue (0.5); review and analyze Project Autobahn background materials provided by Ms. Duff (0.5); research and analyze FDA law, regulations, and guidance relating to Project Autobahn (0.7); prepare for and participate in conference call with Ms. Duff, M. Buono, and K. Chodavarapu regarding Porject Autobahn FDA issues (0.6); review L. Duff email summary of conference call (0.1). | 2.9 |

**Total Hours**    **4.1**

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 488353
October 27, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 4.1 | at | 505.00 | = | 2,070.50 |
| | **Total Fees** | | | | **$2,070.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/19/11 | Telephone 14435358439 - Columbia - MD (USA) | 3.64 |
| | **Total Disbursements** | **$3.64** |

| | |
|---|---|
| **Total Fees** | **$2,070.50** |
| **Total Disbursements** | **3.64** |
| **Total Fees and Disbursements** | **$2,074.14** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 27, 2011
Invoice No.: 488353
Matter No.: 08743.00105

Re:   **FDA Matters**

**Total Fees and Disbursements**          <u>**$2,074.14**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00105, **Invoice #:** 488353
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company