IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 17, 2011 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## SUMMARY OF THE ONE HUNDRED AND TWENTIETH
## MONTHLY APPLICATION OF CASNER & EDWARDS, LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## AS SPECIAL LITIGATION COUNSEL TO DEBTORS
## FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2011 through September 30, 2011 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $13,372.00 (80% = $10,697.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $12,271.71

This is a:    X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |

| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served | No objections served |

4

| | | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | No objections served on counsel | No objections served on counsel |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | No objections served on counsel | No objections served on counsel |
| 3/17/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | No objections served on counsel | No objections served on counsel |
| 4/8/09 | 02/01/09 through 02/28/09 | $22,962.00 | $13,961.27 | No objections served on counsel | No objections served on counsel |
| 5/14/09 | 03/01/09 through 03/31/09 | $16,519.50 | $14,927.74 | No objections served on counsel | No objections served on counsel |
| 6/3/09 | 04/01/09 through 04/30/09 | $15,114.50 | $15,185.20 | No objections served on counsel | No objections served on counsel |
| 6/30/09 | 05/01/09 through 05/31/09 | $8,974.50 | $13,339.22 | No objections served on counsel | No objections served on counsel |
| 7/30/09 | 06/01/09 through 06/30/09 | $11,874.50 | $12,779.37 | No objections served on counsel | No objections served on counsel |
| 8/28/09 | 07/01/09 through 07/31/09 | $11,944.00 | $12,671.07 | No objections served on counsel | No objections served on counsel |
| 9/29/09 | 08/01/09 through 08/31/09 | $11,169.50 | $12,749.78 | No objections served on counsel | No objections served on counsel |
| 11/4/09 | 09/01/09 through 09/30/09 | $16,586.00 | $12,944.08 | No objections served on counsel | No objections served on counsel |
| 12/10/09 | 10/01/09 through 10/31/09 | $16,543.50 | $12,892.44 | No objections served on counsel | No objections served on counsel |
| 1/4/10 | 11/01/09 through 11/30/09 | $13,184.00 | $12,947.27 | No objections served on counsel | No objections served on counsel |
| 2/5/10 | 12/01/09 through 12/31/09 | $13,124.50 | $15,831.38 | No objections served on counsel | No objections served on counsel |
| 3/16/10 | 01/01/10 through 01/31/10 | $11,612.00 | $13,583.10 | No objections served on counsel | No objections served on counsel |
| 4/16/10 | 02/01/10 through 02/28/10 | $9,911.50 | $13,450.97 | No objections served on counsel | No objections served on counsel |
| 5/17/10 | 03/01/10 through 03/31/10 | $12,668.00 | $13,548.11 | No objections served on counsel | No objections served on counsel |
| 6/17/10 | 04/01/10 through 04/30/10 | $8,183.50 | $11,946.56 | No objections served on counsel | No objections served on counsel |
| 7/14/10 | 05/01/10 through 05/31/10 | $9,423.25 | $13,087.91 | No objections served on counsel | No objections served on counsel |
| 8/10/10 | 06/01/10 through 06/30/10 | $11,422.50 | $11,744.47 | No objections served on counsel | No objections served on counsel |
| 9/14/10 | 07/01/10 through 07/31/10 | $10,940.00 | $12,714.54 | No objections served on counsel | No objections served on counsel |
| 10/5/10 | 08/01/10 through 08/31/10 | $9,925.50 | $12,472.55 | No objections served on counsel | No objections served on counsel |
| 11/23/10 | 09/01/10 through 09/30/10 | $11,696.50 | $12,436.40 | No objections served on counsel | No objections served on counsel |
| 12/28/10 | 10/01/10 through 10/31/10 | $11,552.00 | $11,310.62 | No objections served on counsel | No objections served on counsel |
| 1/12/11 | 11/1/10 through 11/30/10 | $11,495.50 | $11,706.61 | No objections served on counsel | No objections served on counsel |
| 2/18/11 | 12/01/10 through 12/31/10 | $13,865.50 | $11,894.68 | No objections served on counsel | No objections served on counsel |
| 3/16/11 | 01/01/11 through 01/31/11 | $11,441.00 | $12,251.11 | No objections served on counsel | No objections served on counsel |

| 4/25/11 | 02/01/11 through 02/28/11 | $14,334.50 | $15,092.82 | No objections served on counsel | No objections served on counsel |
| 5/18/11 | 03/01/11 through 03/31/11 | $15,386.50 | $12,908.54 | No objections served on counsel | No objections served on counsel |
| 6/21/11 | 04/01/11 through 04/30/11 | $11,716.50 | $12,870.00 | No objections served on counsel | No objections served on counsel |
| 6/28/11 | 05/01/11 through 05/31/11 | $14,373.00 | $12,781.51 | No objections served on counsel | No objections served on counsel |
| 7/29/11 | 06/01/11 through 06/30/11 | $14,240.00 | $12,606.63 | No objections served on counsel | No objections served on counsel |
| 8/26/11 | 07/01/11 through 07/31/11 | $10,404.00 | $12,602.34 | No objections served on counsel | No objections served on counsel |
| 10/18/11 | 08/01/11 through 08/31/11 | $12,560.50 | $5,831.17 | Pending | Pending |
| 10/28/11 | 09/01/11 through 09/30/11 | $13,372.00 | $12,271.71 | Pending | Pending |

As indicated above, this is the one hundred and twentieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is 1.3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $455.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 45 | Litigation | $350.00 | 1.20 | $420.00 |
| Matthew T. Murphy | Partner | 24 | Litigation | $300.00 | 4.70 | $1,410.00 |
| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
| Angela R. Anderson | Paralegal | 27 | Litigation | $135.00 | 80.90 | $10,921.50 |
| Angela R. Anderson | Paralegal | 27 | Litigation | $85.00 | 7.30 | $620.50 |
| TOTALS | | | | | 94.10 | $13,372.00 |

**Total Fees:    $13,372.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Pacer Online Search | $23.68 |
| Photocopying ($0.10/copy) | $6.30 |
| Federal Express | $23.66 |
| Rent Reimbursement | $11,814.57 |
| Miscellaneous | $403.50 |
| TOTAL | $12,271.71 |

**Total Expenses:**      **$12,271.71**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 93.10 | $13,022.00 |
| Fee Applications, Applicant | 1.0 | $350.00 |
| Expenses | N/A | $12,271.71 |
| TOTALS | 94.10 | $25,643.71 |

Dated:  October 27, 2011              CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/518240

7