IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 17, 2011 at 4:00 p.m.
Hearing Date: TBD only if necessary

FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND TWENTIETH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/518248

## EXHIBIT A
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $13,022.00 |
|---|---|
| **FEE APPLICATION – APPLICANT** | $350.00 |
| **TOTAL FEES** | $13,372.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2011
Bill Number 138680
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/01/11 | ARA | Document control. | 2.20 Hrs | 187.00 |
| 09/02/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 4.00 Hrs | 540.00 |
| 09/07/11 | MTM | Telephone call from in-house counsel re: document subpoena in California cases and trip to Winthrop Square by counsel (.3); receipt and review of email exchange between California counsel and in-house counsel re: same (.4); receipt and review of email from California counsel re: same (.3); telephone call to in-house and California counsel re: same (.2). | 1.20 Hrs | 360.00 |
| 09/08/11 | MTM | Review confidentiality agreement re: Winthrop Square indices to be produced to Hubeck pursuant to subpoena (.2); telephone call to in-house counsel re: same (.1). | 0.30 Hrs | 90.00 |

Page 1

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/12/11 | MTM | Telephone call from ARA re: indices and upcoming document production in California cases (.3); review files re: indices (.3); email to plaintiff's attorney re: same (.1). | 0.70 Hrs | 210.00 |
| 09/12/11 | ARA | Per telephone calls to and from MTM, search for and review indices for the production set (1.2); discuss these indices with MTM (.3). Quality control and make corrections on inventories of documents collected for EPA project (3.2). | 4.70 Hrs | 634.50 |
| 09/12/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 09/13/11 | ARA | Check source of origin index (.5); telephone call to MTM with new information re: future document production at the repository (.2). Quality control and make corrections on inventories of documents collected for EPA project (5.0). | 5.70 Hrs | 769.50 |
| 09/14/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 09/14/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 6.00 Hrs | 810.00 |
| 09/15/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 6.00 Hrs | 810.00 |
| 09/16/11 | MTM | Telephone call from in-house counsel re: microfilm reader for documents at repository (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | 60.00 |
| 09/16/11 | ARA | Per telephone call from MTM re: microfilm machine at W. R. Grace, review microfilm tapes to share with in-house counsel (.8). Quality control and make corrections on inventories of documents collected for EPA project (5.5). | 6.30 Hrs | 850.50 |
| 09/19/11 | MTM | Telephone call from ARA and telephone call to in-house counsel re: microfilm reader. | 0.10 Hrs | 30.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/19/11 | ARA | Review microfilm tapes, check for duplicates and telephone call to MTM re: same (.3); to Cambridge to produce tapes to in-house counsel and to review microfilm machine (2.0). Quality control and make corrections on inventories of documents collected for EPA project (3.5). | 5.80 Hrs | 783.00 |
| 09/20/11 | ARA | Telephone call to MTM re: microfilm tapes and machine at W. R. Grace (.1). Quality control and make corrections on inventories of documents collected for EPA project (6.0). | 6.10 Hrs | 823.50 |
| 09/21/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 6.70 Hrs | 904.50 |
| 09/22/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 4.20 Hrs | 567.00 |
| 09/22/11 | ARA | Document control. | 1.90 Hrs | 161.50 |
| 09/23/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 4.50 Hrs | 607.50 |
| 09/23/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 09/26/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 5.90 Hrs | 796.50 |
| 09/27/11 | ARA | Quality control and make corrections on inventories of documents collected for EPA project. | 2.50 Hrs | 337.50 |
| 09/27/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 09/28/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 09/28/11 | MTM | Receipt and review of email and confidentiality agreement from California plaintiff's counsel (.2); telephone call to in-house counsel re: same (.1); telephone call to ARA re: upcoming document production (.1); revise confidentiality agreement and email to California plaintiff's counsel re: same (.3). | 0.70 Hrs | 210.00 |

Page 3

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/28/11 | ARA | Per telephone call from MTM, search for indices for document production at Winthrop Square Repository. | 0.50 Hrs | 67.50 |
| 09/29/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 09/29/11 | ARA | Locate and review indices; produce to MTM to send to plaintiff's counsel re: document production (2.4). Quality control and make corrections on inventories of documents collected for EPA project (3.3) | 5.70 Hrs | 769.50 |
| 09/30/11 | MTM | Telephone call from California counsel re: production on Monday (.2); receipt and review of revised confidentiality agreement and email indices to California counsel (.3); Review subpoena to determine whether or not to produce certain documents at repository (.4); review Winthrop Square repository re: production on Monday (.6) | 1.50 Hrs | 450.00 |
| 09/30/11 | ARA | Prepare for document production (1.9); per MTM's request, check particular documents in the production set for fireproofing information (3.8); review production set categories with MTM re: production (.6). | 6.30 Hrs | 850.50 |

TOTAL LEGAL SERVICES $13,022.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.20 | 350.00 | 70.00 |
| Matthew T. Murphy | 4.70 | 300.00 | 1,410.00 |
| Angela R. Anderson | 80.90 | 135.00 | 10,921.50 |
| Angela R. Anderson | 7.30 | 85.00 | 620.50 |
| | 93.10 | | $13,022.00 |

TOTAL THIS BILL $13,022.00

# Casner & Edwards, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2011
Bill Number 138681
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/12/11 | RAM | Work on August fee application. | 0.40 Hrs | 140.00 |
| 09/13/11 | RAM | Conference with MTM re: August fee application. | 0.10 Hrs | 35.00 |
| 09/30/11 | RAM | Work on August fee application; send it to in-house counsels to review. | 0.50 Hrs | 175.00 |

                                                  TOTAL LEGAL SERVICES      $350.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.00 | 350.00 | 350.00 |
|  | 1.00 |  | $350.00 |

                                                  TOTAL THIS BILL           $350.00

Page 1

## EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,248.05 |
|---|---|
| FEE APPLICATION – APPLICANT | $23.66 |
| TOTAL EXPENSES | $12,271.71 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2011
Bill Number 138682
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2011

PACER ONLINE SEARCH
| | | |
|---|---|---|
| 09/01/11 | Delaware Bankruptcy Court - 6/7, 6/14, 6/15, 6/22, 6/28 & 6/29/11. | 23.68 |
| | | $23.68 |

PHOTOCOPYING
| | | |
|---|---|---|
| 09/02/11 | 23 copies at $.10 per copy | 2.30 |
| 09/29/11 | 40 copies at $.10 per copy | 4.00 |
| | | $6.30 |

RENT REIMBURSEMENT
| | | |
|---|---|---|
| 09/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2011. | 11,814.57 |
| | | $11,814.57 |

MISCELLANEOUS
| | | |
|---|---|---|
| 09/22/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 9/1/11 through 9/30/11. | 403.50 |
| | | $403.50 |

Page 1

**CASNER & EDWARDS, LLP**
F.T.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL COSTS | $12,248.05 |
| TOTAL THIS BILL | $12,248.05 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2011
Bill Number  138683
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH SEPTEMBER 30, 2011

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/14/11 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on August 26, 2011 by RAM. | 23.66 |
| | | $23.66 |
| | TOTAL COSTS | $23.66 |
| | TOTAL THIS BILL | $23.66 |

Page 1