<u>**EXHIBIT A**</u>

**September 2011 Fee Detail**

**Matter 3**                                          **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/1/2011 | Review draft motion re business transaction (.40); review client comments re Committee inquiries re same (.30); participate in call with Grace and co-counsel re business transaction issues (.70); further confer with J. Donley and R. Higgins re same (.30); confer with R. Higgins re  draft motion re business transaction, issue re same and related client issues on same (.40); confer with M. Shelnitz re same (.30); review revised client correspondence re business transaction (.30); review correspondence re DE rules re business transaction (.40). | 3.10 | $625 | $1,937.50 |
| RJH | 9/1/2011 | Review and analyze unsecured committee information request (.70); prepare for telephone conference with M. Shelnitz, A. Paul, J. Baer and others re same (.10); participate in same (1.10); legal research re business transaction issues (2.50). | 4.40 | $475 | $2,090.00 |
| JSB | 9/2/2011 | Review correspondence re business transaction issues (.30); participate in call with Grace Management and Blackstone re same (.60); confer with R. Higgins re issues on same (.40); confer with J. Donley re same (.40); confer with H. LaForce re same (.30); review correspondence and respond re issues on business transaction (.40); confer further with R. Higgins re same (.30); review correspondence re preparation for Grace/Committee follow up on same (.30). | 3.00 | $625 | $1,875.00 |
| RJH | 9/2/2011 | Analyze client materials re business transaction (1.20); prepare for call with client and advisors re same (.20); participate in same (1.00); confer with J. Baer re same (.50); legal research re same (1.00); telephone conference with J. Donley re same (.50); telephone conference with J. O'Connell re same (.50); telephone conference and exchange correspondence with H. LaForce re same (.40); revise O'Connell Declaration re same (.50); revise motion re same (.30). | 6.10 | $475 | $2,897.50 |
| JSB | 9/6/2011 | Confer with R. Higgins and E. Filon re status of business transaction (.40); participate in conference with Grace and Committees re business transaction issues (.80); confer with R. Higgins re review of Plan documents re implications for business transaction (.30); confer with R. Higgins re eligible claims list and review instructions to BMC re same (.30); review Plan documents re issues for business transaction (1.20); confer with M. Shelnitz re business transaction (.40). | 3.40 | $625 | $2,125.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/6/2011 | Telephone conference with E. Filon re proposed business transaction (.60); telephone conference with J. O'Connell and others re same (.40); legal research re same (1.70); exchange correspondence with various parties re same (.50); confer with J. Baer re same (.50); prepare for telephone conference with committee & FCR professionals re same (.20); participate in same (.90). | 4.80 | $475 | $2,280.00 |
| JSB | 9/7/2011 | Continue review of Plan documents re implications for business transaction (.50); prepare summary re same (.50); confer with Grace re status of business transaction and status of same (.50). | 1.50 | $625 | $937.50 |
| RJH | 9/7/2011 | Legal analysis re proposed business transaction (.80); participate in telephone conference with client and professionals re same (.90). | 1.70 | $475 | $807.50 |
| JSB | 9/8/2011 | Review draft subsidiary merger draft (.40); prepare correspondence re same (.20); confer with R. Higgins re issues on same (.40); follow up on Project Plate (.20); further confer re issues on subsidiary merger matter (.20). | 1.40 | $625 | $875.00 |
| RJH | 9/8/2011 | Analyze issues re subsidiary merger (1.50); confer with J. Baer re same (.30); telephone conference with E. Filon re same (.20). | 2.00 | $475 | $950.00 |
| RJH | 9/9/2011 | Analyze Verifi issues (.10); participate in telephone conference re same with client (.50); legal analysis re subsidiary elimination (4.00); telephone conference with A. Paul and J. Baer re same (.40); prepare for telephone conference with committee and FCR professionals re proposed business transaction (.20); participate in same (.70). | 5.90 | $475 | $2,802.50 |
| JSB | 9/9/2011 | Confer with R. Higgins re subsidiary merger issues and Project Plate (.70); prepare correspondence re same (.30); confer with J. McFarland re same (.30); confer with E. Filon and M. Shelnitz re Verify issues (.50); confer with E. Filon and R. Higgins re subsidiary merger issues (.50); review documents re same (.40); participate in conference with Committees and Financial Consultants re business transaction (.50); confer with Grace management further re same (.30); confer further with R. Higgins re subsidiary merger issues (.30); confer with J. McFarland and counsel for Plate purchaser re potential transaction issues (.30); prepare correspondence and suggested language re Plate issues (.30). | 4.40 | $625 | $2,750.00 |
| JSB | 9/12/2011 | Review draft text of communications to Committees re status of business transaction (.20); confer with J. McFarland and R. Higgins re Project Plate (.50); further confer with R. Higgins re same and follow up re draft APA issues (.50). | 1.20 | $625 | $750.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/12/2011 | Draft motion re Project Plate (4.00); analyze APA re same (1.00); analyze precedent materials re same (.50); analyze client documents re same (1.00); telephone conference with client re same (.50); confer with J. Baer re same (.30); attend to matters re proposed business transaction (.50). | 7.80 | $475 | $3,705.00 |
| JSB | 9/13/2011 | Confer with R. Higgins and R. Whitney and others re Project Plate status and issues (.50); confer with Grace representatives re subsidiary merger issues (1.00); confer with R. Higgins further re same and claims related issues (.30). | 1.80 | $625 | $1,125.00 |
| RJH | 9/13/2011 | Analyze subsidiary elimination issues (1.10); draft Project Plate motion (1.00); legal research re same (.50); analyze client documents re same (.70); draft and revise Whitney declaration re same (3.00); multiple telephone conferences with R. Whitney and others re same (1.10); telephone conference with J. McFarland re same (.40); confer with J. Baer re same (.50). | 8.30 | $475 | $3,942.50 |
| JSB | 9/14/2011 | Review draft declaration for Project Plate transaction (.30); confer re same and related issues (.20); confer with R. Higgins and R. Whitney re same (.30). | .80 | $625 | $500.00 |
| RJH | 9/14/2011 | Draft Project Plate motion (4.50); draft Whitney Declaration re same (4.20); legal research re same (1.50); confer with J. Baer and R. Whitney re same (.30). | 10.50 | $475 | $4,987.50 |
| JSB | 9/15/2011 | Confer with Grace and Seale & Associates re Plate affidavit and sale issues (1.00); review slides in preparation for Committee call re Project Plate (.30); participate in conference with Committees on Project Plate (.70); prepare draft response to Capstone issues on Plate transaction (.30). | 2.30 | $625 | $1,437.50 |
| RJH | 9/15/2011 | Draft and revise Whitney Declaration (1.50); draft and revise Project Plate motion (2.50); review and analyze R. Whitney revisions to Declaration (.30); participate in conference call with R. Whitney, L. Shapiro and J. Baer re Whitney Declaration (1.00); participate in telephone conference with Committee & FCR professionals and company and company advisors re Project Plate (1.00); review and analyze subsidiary merger materials (1.50); participate in telephone conference with Blackstone and company re same (1.10). | 8.90 | $475 | $4,227.50 |
| JSB | 9/16/2011 | Review revised affidavit and first draft of Plate motion (1.50); confer with R. Higgins re issues/revisions to same (.70); follow up on notice information re same (.20); confer with R. Finke re Capstone inquiry on Plate sale issues (.20); review, respond and follow up re various correspondence on Plate issues (.40); confer with R. Higgins re Plate status and subsidiary issues (.40). | 3.40 | $625 | $2,125.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| .RJH | 9/16/2011 | Legal research re Project Plate sale motion issues (1.50); correspond with various parties re same (.50); draft and revise motion (3.50); draft and revise Whitney Declaration (1.50); confer with J. Baer re same (.40); draft and revise sale order (3.50). | 10.90 | $475 | $5,177.50 |
| RJH | 9/18/2011 | Analyze and resolve notice-related issues for Project Plate motion (3.90); review and revise motion (1.40); exchange correspondence with various parties re same (.20). | 5.50 | $475 | $2,612.50 |
| JSB | 9/19/2011 | Review draft of Plate motion, order, notice and affidavit (1.30); confer with R. Higgins ( several times) re same (.40); review and follow up on Notice parties re same (.50); review further drafts of all Plate documents and follow up correspondence re same (1.20); confer with L . Duff and J. McFarland re various issues re Plate sale and notice (.40); review and assemble lease and contract schedules for Plate motion (.50); follow up re same (.30); participate in conference with clients re status of Project Plate sale and issues re same (.50); prepare follow up correspondence re notice parties (.30). | 5.40 | $625 | $3,375.00 |
| RJH | 9/19/2011 | Confer with J. Baer re company mark-up of Plate motion (.50); draft and revise same (4.50); draft and revise Whitney declaration (2.50); telephone conference with client and advisors re same (.50); analyze and resolve issues re sale motion notice (.90); analyze and resolve issues re subsidiary merger (.50). | 9.40 | $475 | $4,465.00 |
| JSB | 9/20/2011 | Confer re status of subsidiary merger matter and claims bridge and review and respond to various correspondence re same (.40). | .40 | $625 | $250.00 |
| RJH | 9/20/2011 | Analyze and resolve notice issues re Project Plate (.80); correspond with various parties re subsidiary merger (.20); analyze client documents and information re same (.60); confer with J. Baer re same (.40). | 2.00 | $475 | $950.00 |
| RJH | 9/21/2011 | Analyze client information and documents re subsidiary merger (1.50); outline issues re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 9/22/2011 | Analyze client documents re subsidiary merger (.90); prepare schedules re same (3.00); legal research re same (.30). | 4.20 | $475 | $1,995.00 |
| RJH | 9/23/2011 | Prepare subsidiary merger schedules (6.50); analyze client documents re same (.70); confer with J. Baer re same (.50). | 7.70 | $475 | $3,657.50 |
| RJH | 9/26/2011 | Analyze subsidiary merger issues (.50). | .50 | $475 | $237.50 |
| JSB | 9/27/2011 | Confer with R. Higgins and review analysis re subsidiary merger issues (1.50); review correspondence from J. McFarland re master agreement assumption issues and prepare response re same (.60); review revised subsidiary chart in preparation for client call re same (.30) | 2.40 | $625 | $1,500.00 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/27/2011 | Prepare and revise subsidiary merger schedules (5.20); confer with J. Baer re same (1.50) | 6.70 | $475 | $3,182.50 |
| JSB | 9/28/2011 | Participate in call with Grace re subsidiary merger analysis (1.10); confer further with R. Higgins (several times) re same (.50); review numerous follow correspondence and charts re subsidiary issues (.50). | 2.10 | $625 | $1,312.50 |
| RJH | 9/28/2011 | Prepare for telephone conference with client re subsidiary merger (.40); participate in same (1.10); analyze subsidiary merger issues (2.50); prepare issues list re same (1.00); analyze notice issues for Project Plate motion and draft correspondence re same (1.00). | 6.00 | $475 | $2,850.00 |
| JSB | 9/29/2011 | Confer with R. Higgins re various outstanding issues re subsidiary merger matter (.40). | .40 | $625 | $250.00 |
| RJH | 9/29/2011 | Prepare form of sale order for Project Plate (2.00); confer with J. Baer re same (.40); address Project Plate notice issues (3.50); attend to matters re destruction of Project Larch materials pursuant to court's order (.20). | 6.10 | $475 | $2,897.50 |
| JSB | 9/30/2011 | Participate in call with Grace re subsidiary merger issues (.70). | .70 | $625 | $437.50 |
| RJH | 9/30/2011 | Review and analyze BMC reports re subsidiary merger (1.50); telephone conference with M. Araki re same (1.50); review and analyze client documents re same (1.50); prepare and revise schedules re same (3.00); prepare for status call with client re same (.50); participate in same (.80); follow up re same (.80). | 8.60 | $475 | $4,085.00 |
| Total | | | 167.70 | | $85,312.50 |

Matter 4                                                    Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 9/6/2011 | Confer with L. Larwick re status of Grace case and creditor payments (.30). | .30 | $625 | $187.50 |
| JSB | 9/8/2011 | Review 9/26 agenda and respond re same (.20); review newly filed materials and attend to same (.30). | .50 | $625 | $312.50 |
| JSB | 9/12/2011 | Prepare correspondence re claims sale issues (.30); confer with A. Krieger re same (.30); review follow up re same (.20). | .80 | $625 | $500.00 |
| JSB | 9/15/2011 | Confer with B. Stansbury re case status, expert issues and related matters (.30); confer with M. Sellers (KPMG) re status and potential retention issues (.30); prepare follow up correspondence re same (.40); follow up further on KPMG questions (.30). | 1.30 | $625 | $812.50 |
| JSB | 9/27/2011 | Confer with J. McFarland re joint development agreement issues (.30); review newly filed pleadings and attend to same (.40). | .70 | $625 | $437.50 |
| Total | | | 3.60 | | $2,250.00 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/1/2011 | Review updated claims materials re status of allowed, allowable and bridge claims (.40); confer with Blackstone and BMC re same (.50); confer with R. Higgins further re same (.30). | 1.20 | $625 | $750.00 |
| RJH | 9/1/2011 | Analyze claims bridge issues (2.40); prepare for telephone conference with M. Araki, B. Jaffe and others re same (.20); participate in same (.80); confer with J. Baer re same (.30); revise draft response to Gamma Holdings letter (.80). | 4.50 | $475 | $2,137.50 |
| RJH | 9/2/2011 | Revise draft response to Gamma Holdings letter and review client documents re same (.50). | .50 | $475 | $237.50 |
| JSB | 9/6/2011 | Review BMC work product and confer with R. Higgins re same (.30); participate in call with BMC and Blackstone re claims bridge, claims issues and strategy re payment (.50). | .80 | $625 | $500.00 |
| RJH | 9/6/2011 | Prepare for telephone conference with M. Araki, B. Jaffe and others re claims bridge issue (.50); participate in same (1.00); analyze issues re same (1.20); draft correspondence to M. Araki and others re same (1.50); confer with J. Baer re same (.30). | 4.50 | $475 | $2,137.50 |
| JSB | 9/7/2011 | Confer with R. Higgins (several times) re issues re claims bridge data (.50). | .50 | $625 | $312.50 |
| RJH | 9/7/2011 | Analyze open/disputed claims (4.00); confer with J. Baer re claims bridge analysis (.50); exchange correspondence with various parties re same (.60). | 5.10 | $475 | $2,422.50 |
| JSB | 9/8/2011 | Review correspondence and documents re claims review issues (.30); confer with R. Higgins re same (.30); participate in conference with Blackstone, BMC and Rust (.30); review updated claims information from BMC and participate in several conversations with R. Higgins re issues on same (.70); review information re retained professionals' claims and confer re same (.40); prepare correspondence re same (.30). | 2.30 | $625 | $1,437.50 |
| RJH | 9/8/2011 | Attend to matters re Neutocrete settlement (.80); analyze BMC claims reports (3.90); participate in conference call with M. Araki, B. Jaffe and others re claims bridge matter (.50); confer with J. Baer re same re same (.30). | 5.50 | $475 | $2,612.50 |
| RJH | 9/8/2011 | Analyze allowed and allowable claims reports (1.40); analyze supporting documentation re same (1.50). | 2.90 | $475 | $1,377.50 |
| JSB | 9/9/2011 | Review and respond to correspondence re retained professionals' claims (.30). | .30 | $625 | $187.50 |
| JSB | 9/12/2011 | Review materials re law firm claims (.40). | .40 | $625 | $250.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/13/2011 | Participate in conference with BMC and Blackstone re claims bridge and claims analysis (.50); confer with R. Higgins further re same (.30); review various professional retention applications and orders re issues on unsecured claims (.70); confer with R. Higgins re issues on same (.20). | 1.70 | $625 | $1,062.50 |
| RJH | 9/13/2011 | Analyze remaining allowable and non-allowable employee claims (.50); analyze allowable and non-allowable litigation and other claims (.20confer with J. Baer re various issues (.20); participate in telephone conference re claims reports and subsidiary merger matters (.80). | 1.70 | $475 | $807.50 |
| JSB | 9/15/2011 | Confer with Blackstone and BMC re claims for purposes of subsidiary merger matter (1.00); confer with R. Higgins re issues on same (.70). | 1.70 | $625 | $1,062.50 |
| JSB | 9/16/2011 | Participate in call with Grace and BMC re claims bridge analysis issues (.80); analyze legal issues re same (.20). | 1.00 | $625 | $625.00 |
| RJH | 9/20/2011 | Analyze claims reconciliation spreadsheets and identify issues (1.50); confer with J. Baer re same (.20); telephone conference with M. Araki re same (.40); exchange correspondence with various parties re same (.60); exchange correspondence with J. Hughes re Norfolk Southern (.20); analyze issues re same (.30). | 3.20 | $475 | $1,520.00 |
| JSB | 9/21/2011 | Follow up on issues re DH Litter claim (.30); review correspondence re DH Litter and Toyota Credit claims issues (.30); confer with R. Higgins re subsidiary merger matter, claims bridge and VSPP claims (.30). | .90 | $625 | $562.50 |
| RJH | 9/21/2011 | Telephone conference with S. Scarlis re claims reconciliation issues (.30); analyze same (.20); confer with J. Baer re same (.20); review and analyze Gamma Holdings correspondence (.20); revise and draft response letter to Gamma (1.00); correspond with R. Finke and C. Finke (.30); follow on telephone conference with S. Scarlis and K. Blood re employee claims issues (.40); follow up re same (.30). | 2.90 | $475 | $1,377.50 |
| JSB | 9/22/2011 | Review case law/annotations re issues on retained professionals claims (2.30); review and revise draft claims settlement notices re Neutocrete claim (.30); confer with R. Higgins re Belgium litigation claims issues (.30); review and prepare further correspondence re DH Litter claim issues (.40). | 3.30 | $625 | $2,062.50 |
| RJH | 9/22/2011 | Telephone conference with R. Finke and C. Finke re Gamma Holdings (.60); confer with J. Baer re same (.20); revise draft letter re same and circulate (.50). | 1.30 | $475 | $617.50 |
| JSB | 9/23/2011 | Confer with R. Higgins re subsidiary merger issues (.40); confer with R. Finke re issues on same (.30); further confer re issues re same (.30); review Grace spreadsheet re subsidiary merger and Grace Energy issues (.30). | 1.30 | $625 | $812.50 |

8

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/26/2011 | Legal research re Gamma Holdings claim (1.50); revise response to June Gamma letter (.70); respond to creditor inquiries (.50). | 2.70 | $475 | $1,282.50 |
| JSB | 9/27/2011 | Confer with L. Esayian and A. Paul re Intrawest lawsuit and issues on lift stay (.40); prepare follow up correspondence re same (.30); review application and order re professionals claims and related issues and prepare follow up re same (.40). | 1.10 | $625 | $687.50 |
| RJH | 9/27/2011 | Respond to creditor inquiry (.30). | .30 | $475 | $142.50 |
| JSB | 9/28/2011 | Review revised Gamma letter (.20); review and respond to several inquiries re creditor issues (.40); review correspondence re DH Litter claim and respond re same (.20). | .80 | $625 | $500.00 |
| JSB | 9/29/2011 | Confer with L. Larwick re status of case (.20); confer with R. Finke re DH Litter claim (.20); confer with R. Finke re professional claim issues (.30); participate in call re Intrawest lift stay (.70). | 1.40 | $625 | $875.00 |
| RJH | 9/29/2011 | Review Hanmar supplemental proof of claim and analyze issues re same (1.00); draft correspondence re same (.40). | 1.40 | $475 | $665.00 |
| RJH | 9/30/2011 | Review and analyze issues re Gamma Holdings (.30); exchange correspondence with various parties re same (.40); telephone conference with C. Finke re same (.30). | 1.00 | $475 | $475.00 |
| Total | | | 56.20 | | $29,500.00 |

Matter 11                                         **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/2/2011 | Prepare August fee application (.50). | .50 | $475 | $237.50 |
| JSB | 9/7/2011 | Prepared August fee and expense application (2.00); prepare response to fee auditor initial report on second quarter 2011 fees and expenses and revise same (1.50). | 3.50 | $625 | $2,187.50 |
| JSB | 9/8/2011 | Further revise fee auditor response for second quarter 2011 and prepare same for filing (.50). | .50 | $625 | $312.50 |
| JSB | 9/27/2011 | Review fee auditor's report on 41st quarterly application (.20); review final August fee application (.30). | .50 | $625 | $312.50 |
| RJH | 9/27/2011 | Prepare August fee application (2.90). | 2.90 | $475 | $1,377.50 |
| RJH | 9/28/2011 | Prepare August fee application for filing (.80). | .80 | $475 | $380.00 |
| Total | | | 8.70 | | $4,807.50 |

Matter 14                                    Hearings

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/21/2011 | Legal research re fee application matter (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

**Matter 15**                                **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/8/2011 | Review EPA comments to Otis PPA (.30); prepare comments re same (.20); review comments from other parties re same (.20). | .70 | $625 | $437.50 |
| JSB | 9/12/2011 | Review and respond to correspondence re Otis Pipeline settlement status (.30). | .30 | $625 | $187.50 |
| JSB | 9/13/2011 | Review Samson comments on Otis Consent Decree (.30); prepare correspondence re same (.30); review and respond to numerous comments re same (.50); review correspondence to EPA re same (.20). | 1.30 | $625 | $812.50 |
| JSB | 9/14/2011 | Review NuStar's latest comments to Otis 9019 Motion and other matters in preparation for Otis/EPA call (.50); participate in same (.80). | 1.30 | $625 | $812.50 |
| JSB | 9/15/2011 | Confer with A. Muller (London Market) re status of Otis settlement (.20); review revised Otis PPA and comments re same (.20); prepare letter re Greenville Negative Notice issues (.70). | 1.10 | $625 | $687.50 |
| JSB | 9/19/2011 | Finalize Traveler's Rest letter and prepare for transmittal to title company for closing (.40); review revised Otis Consent Decree and follow up comments re same (.30); review assignment re Gulf Atlantic claim and prepare correspondence re same (.20). | .90 | $625 | $562.50 |
| JSB | 9/20/2011 | Review Intrawest lift stay and correspondence re same (.50); prepare correspondence re same (.30); review and provide suggested language for Samson/Otis agreement (.40); review further correspondence re Otis issues and comments (.30). | 1.50 | $625 | $937.50 |
| RJH | 9/20/2011 | Draft Neutocrete claims settlement notice (2.00). | 2.00 | $475 | $950.00 |
| RJH | 9/20/2011 | Draft Neutocrete claims settlement notice (.50). | .50 | $475 | $237.50 |
| JSB | 9/21/2011 | Review and respond to correspondence re Otis Pipeline status (.30); review EPA comments to Otis 9019 Motion and Order (.50); prepare follow up re same (.30); review most recent version of draft Otis PPA (.50); | 1.60 | $625 | $1,000.00 |
| JSB | 9/22/2011 | Confer with G. Lowry re Otis 9019 motion and order (.30); review and respond to numerous correspondence re same (.50); confer re EPA and Samson recent revisions on Otis documents (.30). | 1.10 | $625 | $687.50 |
| RJH | 9/22/2011 | Review and analyze issues re Norfolk Southern (1.10); telephone conference with J. Hughes re same (.70); legal research re same (.50); revise Neutocrete claims settlement notice (.80). | 3.10 | $475 | $1,472.50 |
| RJH | 9/22/2011 | Revise draft Neutocrete claims settlement notice and circulate (.50). | .50 | $475 | $237.50 |

12

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/23/2011 | Review further correspondence on Otis Pipeline settlement and respond to same (.40); participate in call with Samson and NuStar re status of settlement documents re Otis (.80); revise Otis Order and 9019 Motion (3.00); review further comments on portions of Otis PPA and Consent Decree and provide comments re same (.50); prepare transmittals re Otis 9019 and related documents (.30). | 5.00 | $625 | $3,125.00 |
| RJH | 9/23/2011 | Prepare Neutocrete claims settlement notice for filing (.50); | .50 | $475 | $237.50 |
| JSB | 9/27/2011 | Review Samson comments to Otis 9019 revised draft (.30). | .30 | $625 | $187.50 |
| JSB | 9/28/2011 | Review Samson further correspondence on 9019, PPA and Consent Decree for Otis and client comments re same (.40); review co-counsel comments on 9019 Motion and Order (.40); review and respond to numerous correspondence re Samson issues (.50). | 1.30 | $625 | $812.50 |
| RJH | 9/28/2011 | Respond to A. Krieger inquiry re Neutocrete settlement (.20); prepare for telephone conference with A. Krieger re same (.50); participate in telephone conference re same (.90); follow up re same (.20). | 1.80 | $475 | $855.00 |
| JSB | 9/29/2011 | Revise latest draft of Samson additional language in PPA and Consent Decree and prepare further revisions re same (.50); review EPA's version of revised Consent Decree (.30); confer with R. Finke and R. Spense re Samson issues (.50); prepare follow up correspondence re same (.30); revise Otis 9019 motion and order to reflect further Kirkland and Samson comments (2.00); prepare correspondence re same (.30); review draft Samson/EPA assignment documents (.50); prepare comments re same (.30); confer with G. Lowry re same (.30); prepare correspondence to BMC re same (.30); prepare correspondence to B. Yu re claims transfer Notice re Otis (.30); prepare correspondence to R. Finke re same (.20). | 5.80 | $625 | $3,625.00 |
| RJH | 9/29/2011 | Legal research re claims litigation matter (1.10); telephone conference with J. Hughes re same (.40); | 1.50 | $475 | $712.50 |
| JSB | 9/30/2011 | Participate in call with all parties re draft Otis motion, order, PPA and Consent Decree (.60); review and respond to follow up correspondence re same (.40); review comments from various parties re Otis motion and order and revise same (.80). | 1.80 | $625 | $1,125.00 |
| Total | | | 33.90 | | $19,702.50 |

13

Matter 16                                Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/6/2011 | Confer with J. Donley and M. Shelnitz re status of Confirmation, Plan Effective Date discussions and related issues (.50). | .50 | $625 | $312.50 |
| JSB | 9/14/2011 | Confer with J. O'Connell re confirmation/effective date issues (.30). | .30 | $625 | $187.50 |
| JSB | 9/15/2011 | Review WaMu opinion and confer with J. Donley re same (.60); participate in conference with Equity Committee counsel re same (.30). | .90 | $625 | $562.50 |
| JSB | 9/16/2011 | Confer with J. Donley and review draft re WaMu opinion (.40); confer and review further correspondence re same (.30). | .70 | $625 | $437.50 |
| JSB | 9/20/2011 | Participate in call with clients and Plan Proponents re status of case/Plan/appeal and related issues (.90); confer with R. Higgins re issues related to same (.30). | 1.20 | $625 | $750.00 |
| RJH | 9/23/2011 | Legal research re various plan-related issues (.50). | .50 | $475 | $237.50 |
| JSB | 9/27/2011 | Participate in conference re status of Plan appeal, discussions with parties and related issues (.90); follow up re Libby issues (.30); review information re Libby claimants (.60); review related information re Montana settlement (.40); prepare correspondence re same (.30). | 2.50 | $625 | $1,562.50 |
| JSB | 9/30/2011 | Review materials re Montana settlement and correspondence re same (.40). | .40 | $625 | $250.00 |
| Total | | | 7.00 | | $4,300.00 |