<u>**Exhibit B**</u>

**September 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Long Distance/Conference Telephone Charges/Internet | $1,078.55 |
| Online research | $572.48 |
| Postage | $65.48 |
| Total: | **$1,716.51** |

## ITEMIZED EXPENSES

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 9/30/2011 | $1,078.55 | InterCall Monthly Grace Conference call charges |
| 9/15/2011 | $572.48 | Lexis charges for Grace |
| 8/30/2011 | $65.48 | Federal Express charges for Grace, August and September |
| Total | $1,716.51 | |

Total September 2011 Expenses: $1,716.51