# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JULY 1, 2010 THROUGH
## JULY 31, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 21, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

```
                                             File   WRG-AUS/JCP
                                             Invoice number   100241

     Re:  W. R. Grace & Co.
          David T. Austern
Case No.: 01-01139 (RLB)


            Subtotal for FEES only:  07/31/10      $11,010.00
            Subtotal for COSTS only: 07/31/10           $5.20
                                                   -------------
  CURRENT PERIOD FEES AND COSTS:     07/31/10      $11,015.20
                                                   -------------

                         PAY THIS AMOUNT           $11,015.20
                                                   =============
```

************************************************************

Please remit duplicate copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 21, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100241

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 5.5 | 2,475.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 6.1 | 2,745.00 |
| PLAN AND DISCLOSURE STATEMENT | 11.8 | 5,310.00 |
| FEE/EMPLOYMENT APPLICATIONS | 1.5 | 285.00 |
| CASE ADMINISTRATION | 0.9 | 195.00 |
| Subtotal for FEES only: 07/31/10 | 25.8 | $11,010.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 23.80 | 23.80 | 10,710.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.00 | 2.00 | 300.00 | 0.00 | 0.00 |
| Totals | | 25.80 | 25.80 | 11,010.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code            (Paginate)
        Client code
        Actual employee code     (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Include "Invoice Number" from 100241 to 100241
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | CASE ADMINISTRATION | CAH | 07/15/10 | Update docket to system and review of pleadings. | 0.30 | 45.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 07/20/10 | E-mail to D. Fullem to obtain original signatures. | 0.10 | 15.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/26/10 | Update 2002 list. | 0.30 | 45.00 | |
| | | | | | 0.70 | 105.00 | |
| WRG | CASE ADMINISTRATION | JCP | 07/20/10 | E-mail from M. Corcoran with enclosure; review of amended agenda cancelling the July 21, 2009 hearing. | 0.10 | 45.00 | |
| WRG | CASE ADMINISTRATION | JCP | 07/21/10 | E-mail from J. Baer re: information concerning hearing scheduled for July 27 and number of items contained in agenda, including the amount of time for Phase II hearing. | 0.10 | 45.00 | |
| | | | | | 0.20 | 90.00 | |
| | | | | | 0.90 | 195.00 | |

Total records this group:   5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/02/10 | Review of Order Approving Amended Settlement Agreement with Munich Reinsurance; review of Notice of Withdrawal of Certification of Counsel re: Motion to Authorize Consent Order re: Easthampton Superfund Site; review of Order Authorizing same; review of Order Authorizing Debtors to Make Contribution to Pension Plan; review of Certification of Counsel re: Order Authorizing Consent Decree re: Walpole, Massachusetts. | 0.50 | 225.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/06/10 | Review of Court Call Confirmation for 7/14/10 Hearing; calendar same; review of May 2010 Monthly Operating Report; review of Motion to Re-Open Fraudulent Conveyance Adversary Proceedings and proposed Order; review of Motion to Allow Plum Creek Timberland's late filed Proof of Claim; review of Order Authorizing Entry into Consent Decree re: Walpole, MA Superfund Site; review of Order Disallowing Employee Claims with Exhibits. | 0.70 | 315.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/08/10 | E-mail from D. Spacuzza with enclosures; review of signed Order Limiting Time for Argument on June 29, 2009 re: Motion for Relief from Stay (.1); review of signed Order Rescheduling Certain Items from the June 29 hearing to the July 9 hearing (.1); review of Order Authorizing the Retention and Employment of Venable LLP as Special Litigation Counsel to Debtors (.1); review of Order Authorizing the Settlement of an Asbestos Property Damage Claim of Macerich Fresno (.1); review of various pro hac vice orders (.2); review of Order Approving Stipulation Between Debtors and Fireman's for Temporary Allowance of Proof of Claim (.1). | 0.70 | 315.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/08/10 | E-mail from S. Foster with enclosure; review of Libby Claimants' First Request for Debtors for Production of Documents re: Debtors' Motion for Order Approving Settlement and Mutual Release with the Royal Parties; review of Libby Claimants' First Request to Arrowood re: Production of Documents in Connection with Debtors' Motion for Order Approving Settlement and Mutual Release with the Royal Parties. | 0.40 | 180.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/08/10 | E-mail from Yvonne Dalton with enclosure; review of Notice of Verification of Publication by USA Today in Support of the Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/09/10 | E-mail from J. Boerger with enclosure; review of stipulation regarding the GEICO, Republic, Seaton, and OneBeacon policies and settlement agreements. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/09/10 | Review of Libby Claimants' discovery related to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/10/10 | E-mail from C. Adams with enclosure; review of Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties; review of Libby Claimants' Motion for Leave from CMO for Shortened Notice and Expedited Consideration of same. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/14/10 | Review of Motion of Jonathan Lee Riches d/b/a Bernard Madoff to intervene pro se as a Creditor. | 0.10 | 45.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/15/10 | E-mail from M. Girello with enclosures; review of Order for Leave from CMO to Shorten Notice and Expedite Consideration of Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties (.1); review of Libby Claimants' Notice of Deposition of W.R. Grace & Co., et al. (.1); review of Libby Claimants' Reply Brief re: Motion to Reconsider Order Granting in Part Arrowood's Motion to Strike Whitehouse Report (.3); review of Motion to Allow filing of same (.2). | 0.70 | 315.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/16/10 | E-mail from D. Spacuzza with enclosures; review of Order Amending Previous Order Shortening Time re: Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties (.1); review of Arrowood's Notice of Deposition of Kemp Hooper (.1); review of Arrowood's Notice of Deposition of Tancred Schiavoni (.1); review of Motion of Libby Claimants for Leave to File Reply Brief in Support of Motion to Reconsider Modified Order Granting in Part Motion of Arrowood's to Strike Whitehouse Expert Report, or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order (.2); review of Debtors' Responses to Bank Lender Group's First Request for Production of Documents and First Set of Interrogatories re: Feasibility (.1); review of Debtors' Response to Official Committee of Unsecured Creditors' Request for Production of Documents re: Plan Feasibility Issues (.1). | 0.70 | 315.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/16/10 | E-mail from M. Girello with enclosure; review of Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests re: Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with Royal Parties; review of Libby Claimants' Motion for Leave from CMO for Shortened Notice and Expedited Consideration of Motion to Compel. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/26/10 | Review of Neutocrete Claimants' Response to Debtors' Objection to their claims (.6); review of Debtors' 36th Quarterly DeMinimus Asset Sale Report; review of Debtors' 36 Quarterly Report re: Settlements. | 0.80 | 360.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/27/10 | Review of Certificate of No Objection re: Motion to Re-Open Fraudulent Conveyance Adversaries; review of Certificate of No Objection re: Order Approving Settlement with Nationwide. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/27/10 | Review of Debtors' Motion to Approve Tolling Agreement between Debtors' and Plum Creek re: Plum Creek's Motion to Allow Late Proof of Claim. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/30/10 | Review of Debtors' Motion to Approve Amended Settlement Agreement with TIG Insurance. | 0.20 | 90.00 | |
| | | | | | ----- | --------- | |
| | | | | | 6.10 | 2,745.00 | |
| | | | | | ----- | --------- | |
| | | | | | 6.10 | 2,745.00 | |
| | | | | | ----- | --------- | |

Total records this group: 16

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/01/10 | E-mail from Debbie Felder to local counsel for Personal Injury Committee forwarding Request for Judicial Notice with enclosure; review of revised Request; e-mail from counsel for Personal Injury Committee approving holding off filing same; review of miscellaneous pleadings and Order. | 0.20 | 90.00 | Li |
| WRG | LITIGATION | JCP | 07/08/10 | Review of Agenda for 7/14/10 Hearing. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/08/10 | Review of Debtors' Reply Brief in Third Circuit case; review of Reply Appellant State of Montana Brief in Third Circuit case. | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 07/09/10 | E-mail from N. Manzer re: addition of Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Company to Appendix A of the Protective Order. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/09/10 | E-mail from M. Gaytan with enclosure; review of deposition calendar and calendar dates of all depositions; E-mail from M. Gaytan with enclosure; review of revised deposition calendar and verify dates calendared. | 0.50 | 225.00 | |
| WRG | LITIGATION | JCP | 07/12/10 | Review of miscellaneous pleadings. | 1.00 | 450.00 | |
| WRG | LITIGATION | JCP | 07/13/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/13/10 | E-mail from M. Hurford re: call in information for the Patricia Hooper Kelley deposition scheduled for July 15, 2009. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/13/10 | E-mail from M. Girello with enclosure; review of Libby Claimants' Notice of Errata Sheet for Surrebuttal and Supplemental Expert Report by Dr. Alan C. Whitehouse dated May 14, 2009. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/13/10 | E-mail from R. Girello with enclosure; review of Libby Claimants' Motion to Supplement Expert Report of Dr. Craig Molgaard and for Judicial Notice (voluminous). | 0.40 | 180.00 | |
| WRG | LITIGATION | JCP | 07/14/10 | E-mail from M. Hurford with enclosure; review of errata sheet for June 9, 2009 deposition of Mark Peterson. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/14/10 | E-mail from T. Schiavoni re: lack of documentation in the Molgaard report and request for full disclosure. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/15/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/15/10 | E-mail from M. Gaytan re: changes and additions to deposition calendar; verify same against existing calendared items. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 07/15/10 | E-mail from K. Dalton with enclosures; review of Notice of Deposition Kemp Hooper; review of Notice of Deposition of Tancred Schiavoni. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 07/19/10 | Review of 7/14/10 Hearing transcript; review of Appeal Transmittal Sheet re: Order Expunging Property Damage Claims. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 07/20/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/20/10 | E-mail from M. Gaytan requesting call in information for deposition of Tancred Schiavoni. | 0.10 | 45.00 | Li |
| WRG | LITIGATION | JCP | 07/20/10 | E-mail from Elongosz re: addition of Gabriella Cellarosi to e-mail notifications for State of Montana. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/21/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/21/10 | E-mail from M. Girello with enclosure; review of Libby Claimants' Notice of Deposition of Pamela D. Zilly. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/23/10 | Review of Order Granting Request for Judicial Notice of Garlock Bankruptcy; review of miscellaneous pleadings. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 07/23/10 | Review of Debtors' Notice of Deposition of Dr. Terry Spear. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 07/23/10 | E-mail from P. Baer wtih enclosure; review of current calendar of scheduled depositions and marks ame on calendar. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 07/27/10 | E-mail from M. Gayton with enclosure; review of revised deposition calendar as of July 27 and compare to previously calendared depositions. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 07/29/10 | E-mail from M. Gayton re: revised deposition calendar and mark changes on calendar. | 0.20 | 90.00 | |
| | | | | | ----- | --------- | |
| | | | | | 5.50 | 2,475.00 | |
| | | | | | ----- | --------- | |
| | | | | | 5.50 | 2,475.00 | |
| | | | | | ----- | --------- | |

Total records this group:   26

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/10 | Download and file Certificate of No Objection for Lincoln Partners April and May Fee Applications. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/10 | Download and file Certificate of No Objection for Towers May Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/10 | Download and file Certificate of No Objection for Orrick May Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/10 | Respond to e-mail from D. Fullem. | 0.10 | 15.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/30/10 | Download and file June Monthly Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| | | | | | 1.30 | 195.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/12/10 | Review of and revise downward June 2010 pre-bill. | 0.20 | 90.00 | |
| | | | | | 0.20 | 90.00 | |
| | | | | | 1.50 | 285.00 | |

Total records this group:   6

```
WRG-AUS                             LEGALMASTER MIRC for Transactions                      10/21/2011  Pg 7
                        Case 01-01139-AMC    Doc 27859-3    Filed 11/01/11    Page 10 of 12
                            Act  Trans                                                  Billable     Billable  Gr
Cl code  Grouping code description   Emp  Date    Transaction description                Hours       Dollars  Cd
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/08/10 | Review of Debtors' Amended Final List of Witnesses for Phase II Confirmation Hearing. | 0.10 | 45.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/08/10 | E-mail from S. Foster with enclosure; review of Fireman's Amended Hearing Exhibits re: Phase I Confirmation Hearing. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/09/10 | E-mails from D. Speight and J. Baer re: due date of Phase II Pre-Trial Brief being filed on July 17, 2009 despite Debtors' position that the Pre-Trial Brief is still due on July 13, 2009. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/10/10 | E-mail from S. Wolfenden with enclosure; review of Creditors' Committee and Bank Lender Group's Joint Information Request Concerning Section 1129 Solvency Issues re: First Amended Joint Plan of Reorganization. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/10/10 | E-mail from C. Adams with enclosure; review of Libby Claimants' Motion for Leave to File Supplement to their Objection to First Amended Joint Plan of Reorganization; review of Libby Claimants' Suppmement to Objection to First Amended Plan. | 0.30 | 135.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/13/10 | E-mail from A. Cordo with enclosure; review of Travelers' Confidential Phase II Trial Brief Objecting to Confirmation of First Amended Plan. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/13/10 | E-mail from J. Boerger with enclosure (.1); review of Phase II Trial Brief of Government Employees Insurance Company and Republic Insurance Company in Opposition to Confirmation of Amended Plan (.3); review of OneBeacon's and Seaton's Phase II Trial Brief in Opposition to Confirmation of Amended Plan with exhibits (voluminous) (.4). | 0.80 | 360.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/13/10 | E-mails from M. Shiner with enclosures; review of Joinder of AXA Belgium to Fireman's Phase II Trial Brief and review of Phase II Trial Brief of Certain London Market Insurance Companies (filed under seal). | 0.40 | 180.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/13/10 | E-mail from M. Girello with enclosure; review of Libby Claimants' Objection to Plan Proponents' Motion in Limine re: Expert Report and Testimony of Dr. Terry M. Spear (.2); E-mail from Stevens & Lee with enclosure; review of Fireman's Objection to the Plan Proponents' Motion to Exclude Such Exhibits (.1); review of Fireman's Phase II Total Brief re: its "Surety Claim" (.2); review of Fireman's Phase II Trial Brief re: Non-Surety Claim (.2). | 0.70 | 315.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/13/10 | E-mail from S. Henry with enclosure; review of Longacre's Trial Brief Objecting to Confirmation of First Amended Plan (.2); E-mail from R. Weller with enclosure; review of Garlock's Phase II Trial Brief (.2); E-mail from C. Fricke with enclosure; review of Scotts Company's Phase II Trial Brief in Support of tis Objection to Confirmation of First Amended Plan (.2); E-mail from R. Guttmann with enclosure; review of AIU Insurers' Trial Brief in Support of the Limited Objection to Debtors' First Amended Plan (.2); review of National Union's Trial Brief in Support of Objection to Confirmation of the First Amended Plan of and Joinder (.2). | 1.10 | 495.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/14/10 | E-mail from L. Rogers with enclosures; review Joint Pre-Trial Memorandum of Creditors' Committee and Bank Lender Group opposing Confirmation of First Amended Plan and exhibits (voluminous) (.6); review of Motion to Exceed Page Limit. | 0.70 | 315.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/14/10 | E-mail from D. Spacuzza with enclosures; review of Allstate's Phase II Trial Brief in Opposition to Confirmation of First Amended Plan (.3); review of signed Order Granting Libby Claimants' Motion for Leave to File Supplement to Objection to First Amended Plan (.1); review of Railway Company's Brief (filed under seal) Objecting to Confirmation of First Amended Plan (.2); review of the BNSF's Objection to the Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties (.1); review of Zurich's Objection to Confirmation of the First Amended Plan (.2); review of Creditors' Committee and Bank Lender Group's Joint Pre-Trial Memorandum in Opposition to Confirmation of First Amended Plan (.2). | 1.10 | 495.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/14/10 | Review of Amended Agenda for 7/14/10 telephonic Hearing; phone conference with Judge Fitzgerald and all counsel (on hold over 1.5 hours - billed .7) (on call less than 15 mins. - billed .2). | 1.00 | 450.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/16/10 | E-mail from J. Baer rescheduling of deposition of Hudson La Force to August 6 and Pam Zilly deposition re: feasability on August 13 in NY and request that notices be reissued and calendar same. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/16/10 | E-mail from J. Baer re: rescheduling Pam Zilly deposition for August 20, 2009 due to conflict with Libby Claimants; calendar same. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from M. Hedden with enclosure; review of Offical Committee of Asbestos Property Damage Claimants' Phase II Pre-Trial Submission Statement. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from N. Manzer with enclosure; review of Hartford's Pre-Trial Statement for Phase II re: Confirmation of the First Amended Plan. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from D. Klauder with enclosure; review of Acting United States Trustee's Pre-Trial Submission re: Phase II Confirmation Hearing. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from C. Lano with enclosure; review of Longacre's Pre-Trial Submission re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from S. Henry with enclosure; review of BNSF's Pre-Trial Submission re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from R. Guttman with enclosure; review of National Union's Pre-Trial Statement re: Phase II Hearing to Consider Confirmation of the First Amended Plan; review of AIU's Pre-Trial Statement re: Phase II of First Amended Plan. | 0.30 | 135.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from J. Demmy with enclosure; review of Fireman's Claim Related Phase II Pre-Trial Statement re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.10 | 45.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/10 | E-mail from P. Walton Fein with enclosure; review of Continental Casualty's Pre-Trial Submission re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/10 | E-mail from D. Potts with enclosure; review of Plan Proponents' Phase II Pre-Trial Statement, review of the Plan Proponent Witness Testimony and Pre-Trial Exhibit List re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.30 | 135.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/10 | E-mail from M. Girello with enclosure; review of Libby Claimants' Phase II Pre-Trial Submission with exhibits re: Phase II Hearing to Consider Confirmation of First Amended Plan. | 0.30 | 135.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/10 | E-mail from K. Mumford with enclosures; review of Libby Claimants' Motion to Strike, or Alternatively to Limit, Expert Testimony of Gail Stockman, M.D. with exhibits; review of Libby Claimants' Motion to Strike, or Alternatively to Limit and Allow for the Rebuttal of Expert Testimony of Gary Friedman, M.D. with exhibits; review of Libby Claimants' Motion to Strike, or Alternatively to Limit Expert Testimony of John Parker, M.D. with exhibits. | 0.70 | 315.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/10 | E-mail from M. Girello with enclosure; review of corrected Libby Claimants' Phase II Trial Exhibits; review of motion to permit filing of same. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/23/10 | Review of Libby Claimants' Response to Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/24/10 | E-mail from J. Baer with enclosure; review of Proposed 4th Amended CMO. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/24/10 | E-mail from Debtors' counsel with enclosure; review of Confidential Sur-Rebuttal Report of David Weill, M.D. dated July 24, 2009 (filed under seal); review of accompanying exhibits (voluminous). | 0.50 | 225.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/28/10 | E-mail from J. Baer re: scheduling conference call to discuss Fourth Amended CMO; calendar same. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/29/10 | Participate in conference call regarding proposed Fourth CMO (.8); E-mail from Anderson's counsel verifying Judge will be told Anderson did not sign off on proposed order (.1); e-mail from M. Ward confirming how objectors' exhibits will be disseminated (.1); e-mail from J. Baer re: service and dissemination of exhibits (.1). | 1.10 | 495.00 | |

```
                                                                                                      ------         ---------
                                                                                                       11.80          5,310.00
                                                                                                      ------         ---------
                                                                                                       11.80          5,310.00
                                                                                                      ------         ---------
Total records this group:   32

                                                                                                      ------         ---------
                                                                                                       25.80         11,010.00
                                                                                                      ======         =========
85 records printed.
```