EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
JULY 1, 2010 THROUGH
JULY 31, 2010

Phillips, Goldman & Spence, P.A.

Page   2

October 21, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100241

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

07/01/10 On-line docket research                                          5.20
                                                                  -------------
         Subtotal for COSTS only: 07/31/10            $5.20
                                                                  -------------