EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
AUGUST 1, 2010 THROUGH
AUGUST 31, 2010

```
                 Phillips, Goldman & Spence, P.A.
                        1200 N. Broom Street
                       Wilmington, DE  19806
                          (302) 655-4200
                        EI #: 51-0328786
```

October 24, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                          File    WRG-AUS/JCP
                                     Invoice number   100242
```

Re: W. R. Grace & Co.
    David T. Austern
Case No.: 01-01139 (RLB)

```
         Subtotal for FEES only:  08/31/10      $1,635.00
         Subtotal for COSTS only: 08/31/10          $4.80
                                               -------------
   CURRENT PERIOD FEES AND COSTS: 08/31/10      $1,639.80
                                               -------------

                        PAY THIS AMOUNT        $1,639.80
                                               =============
```

```
****************************************************************
       Please remit duplicate copy with payment.  Thank you.
****************************************************************
```

Phillips, Goldman & Spence, P.A.

Page   2

October 24, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100242

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.7 | 1,215.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.5 | 375.00 |
| LITIGATION | 0.1 | 45.00 |
| Subtotal for FEES only: 08/31/10 | 5.3 | $1,635.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 2.80 | 2.80 | 1,260.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.50 | 2.50 | 375.00 | 0.00 | 0.00 |
| Totals | | 5.30 | 5.30 | 1,635.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Include "Invoice Number" from 100242 to 100242
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | | CAH | 08/18/10 | Review of pleadings and compare to pre-bill. | 0.00 | 0.00 | |
| | | | | | ----- | ----- | |
| | | | | | 0.00 | 0.00 | |
| | | | | | ----- | ----- | |
| | | | | | 0.00 | 0.00 | |
| | | | | | ----- | ----- | |

Total records this group:   1

```
                                    Act  Trans                                                   Billable      Billable  Gr
Cl code  Grouping code description  Emp  Date     Transaction description                           Hours       Dollars  Cd

WRG      CASE ADMINISTRATION        CAH  08/16/10 Conference with Stephen W. Spence re: transitioning case.    0.00          0.00  Ca

WRG      CASE ADMINISTRATION        CAH  08/16/10 Conference with Tanya L. Birdsell re: project from John C.   0.00          0.00
                                                  Phillips, Jr. re: updating pleadings.

WRG      CASE ADMINISTRATION        CAH  08/17/10 Forward contact information to Stephen W. Spence for        0.00          0.00
                                                  co-counsel and update docket to system.
                                                                                                             -----         -----
                                                                                                              0.00          0.00
                                                                                                             -----         -----
                                                                                                              0.00          0.00
                                                                                                             -----         -----
```

Total records this group:    3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/03/10 | Review of Agenda for 8/9/10 Hearing; review of Order Approving Tolling Agreement re: Plum Cheek's Proof of Claim; e-mail from Debbie Felder re: Revised National Union Stipulation with enclosure; review of counsel for Debtors' explanation of Revised Stipulation; review of Revised Stipulation. | 0.50 | 225.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/04/10 | Review of Order Approving Settlement Agreement with Nationwide; review of Order Re-Opening Fraudulent Conveyance Adversary; review of Debtors' Motion to Refer Adversary Actions Back to Bankruptcy Court. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/06/10 | Review of Debtors' Motion to Approve Amended Settlement Agreement with HDI-Gerline with Exhibit and proposed Order. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/09/10 | E-mail from Debbie Felder approving Stipulation to Amend Stipulation re: Classification, Allowance and Payment of National Union Claim with enclosure; review of Stipulation; e-mail to counsel for Debtor authorizing filing on behalf of FCR. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/10/10 | Review of Debtors' Motion to Enforce 2009 Stipulation and Order with New Jersey DEP. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/11/10 | Review of Amended Notice of Debtors' Motion to Enforce New Jersey DEP Order. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/12/10 | Review of Notice of Withdrawal of Certification of Counsel re: Stipulation to Amend Stipulation re: National Union Claim; letter from counsel for Montana to Judge Fitzgerald re: new case law overturning cases relied upon by Montana. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/18/10 | Letter from counsel for Debtors to Judge Fitzgerald responding to Montana's 8/12/10 letter brief re: subsequent legal authority. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/19/10 | Review of miscellaneous pleadings; review of Canada's Joinder in Montana's Letter Brief. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/27/10 | Review of Debtors' Notice of Motion, proposed Order and Motion to Approve Settlement Agreement with Hartford Insurance Companies with enclosure; review of Settlement Agreement. | 0.30 | 135.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/31/10 | Review of Certification of Counsel re: Debtors' Motion to Approve Amended Settlement Agreement with TIG Insurance Company; review of Certification of Counsel re: Debtors' Motion to Approve Amended Settlement Agreement with HDI-Gerling. | 0.20 | 90.00 | |
| | | | | | -----<br>2.70<br>-----<br>2.70<br>----- | ---------<br>1,215.00<br>---------<br>1,215.00<br>--------- | |

Total records this group:   11

```
                                  Act  Trans                                              Billable    Billable  Gr
Cl code Grouping code description Emp  Date     Transaction description                      Hours     Dollars  Cd

WRG     LITIGATION                JCP  08/16/10 Review of miscellaneous pleadings.             0.10       45.00 Li
                                                                                             ------     -------
                                                                                               0.10       45.00
                                                                                             ------     -------
                                                                                               0.10       45.00
                                                                                             ------     -------

Total records this group:   1
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/10 | Download and file January and May Monthly Fee Application for David Austern and have same corrected. | 0.60 | 90.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/10 | Download and file 21st Quarterly Fee Application for Towers Watson. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/10 | Exchange e-mail with Court; file corrected Verification for each four Fee Applications; e-mail to D. Fullem. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/10 | Review and code pre-bill to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/10 | Download and file 23rd and 24th Quarterly Fee Application for David Austern and have same corrected. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/10 | Code pre-bill to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/19/10 | Conference with John C. Phillips, Jr. re: July 2009 pre-bill; phone conference with P. Gawinski re: e-mail connection. | 0.00 | 0.00 | |
| | | | | | 2.50 | 375.00 | |
| | | | | | 2.50 | 375.00 | |
| | | | | | 5.30 | 1,635.00 | |

Total records this group:  7

23 records printed.