EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
AUGUST 1, 2010 THROUGH
AUGUST 31, 2010

Case 01-01139-AMC   Doc 27860-4   Filed 11/01/11   Page 2 of 2

Phillips, Goldman & Spence, P.A.

Page   2

October 24, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100242

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | |
|---|---:|
| 08/19/10 Photocopies | 4.80 |
| Subtotal for COSTS only: 08/31/10 | $4.80 |