# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2010 THROUGH
# SEPTEMBER 30, 2010

```
              Phillips, Goldman & Spence, P.A.
                     1200 N. Broom Street
                     Wilmington, DE  19806
                        (302) 655-4200
                      EI #: 51-0328786
```

October 26, 2011

Orrick, Herrington & Sutcliffe, LLP  
Washington Harbour  
3050 K Street, N.W.  
Washington DC  20007--5135

```
                                     File    WRG-AUS/JCP
                                     Invoice number   100359
```

Re: W. R. Grace & Co.  
    David T. Austern  
Case No.: 01-01139 (RLB)

```
             Subtotal for FEES only: 09/30/10      $1,335.00
             Subtotal for COSTS only: 09/30/10        $74.30
                                                  -----------
    CURRENT PERIOD FEES AND COSTS: 09/30/10       $1,409.30
                                                  -----------

                            PAY THIS AMOUNT       $1,409.30
                                                  ===========
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page  2

October 26, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100359

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.2 | 600.00 |
| LITIGATION | 1.1 | 495.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.5 | 75.00 |
| CASE ADMINISTRATION | 0.2 | 30.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.3 | 135.00 |
| Subtotal for FEES only: 09/30/10 | 5.3 | $1,335.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 1.80 | 1.80 | 810.00 | 0.00 | 0.00 |
| 150.00 | CAH | 3.50 | 3.50 | 525.00 | 0.00 | 0.00 |
| Totals | | 5.30 | 5.30 | 1,335.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code           (Paginate)
         Client code
         Actual employee code    (Subtotal)
         Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 100359 to 100359
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 09/28/10 | Update docket to system. | 0.20 | 30.00 | Ca |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.20 | 30.00 |  |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.20 | 30.00 |  |
|  |  |  |  |  | ----- | ------ |  |

Total records this group:   1

LEGALMASTER MIRC pr3 Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/30/10 | Review of Certification of Counsel re: Order Withdrawing Debtors' Motion for Order Enforcing New Jersey EPA Stipulation and Order; review of Debtors' Motion to Approve Settlement with Federal Insurance Company; e-mail from Debbie Felder re: possible 10/1/00 filing. | 0.30 | 135.00 | Co |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 0.30 | 135.00 |  |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 0.30 | 135.00 |  |
|  |  |  |  |  | ----- | ------- |  |

Total records this group:   1

|         |                           | Act | Trans    |                                                                                                                     | Billable | Billable |    |
| Cl code | Grouping code description | Emp | Date     | Transaction description                                                                                             | Hours    | Dollars  | Gr Cd |
| WRG     | LITIGATION                | JCP | 09/08/10 | Review of Agenda for 9/13/10 telephonic Hearing; e-mail to paralegal re: registering John C. Phillips, Jr. for same. | 0.20     | 90.00    | Li |
| WRG     | LITIGATION                | JCP | 09/14/10 | Review of miscellaneous pleadings.                                                                                  | 0.20     | 90.00    |    |
| WRG     | LITIGATION                | JCP | 09/15/10 | Review of miscellaneous pleadings.                                                                                  | 0.10     | 45.00    |    |
| WRG     | LITIGATION                | JCP | 09/16/10 | Review of miscellaneous pleadings.                                                                                  | 0.10     | 45.00    |    |
| WRG     | LITIGATION                | JCP | 09/20/10 | Review of 9/20/10 Order canceling and rescheduling Hearing.                                                         | 0.10     | 45.00    |    |
| WRG     | LITIGATION                | JCP | 09/21/10 | Review of Order canceling Omnibus Hearings for 8/22/11 and rescheduling same for 8/29/11; review of Claims Settlement Notice (Claim No. 1926). | 0.20 | 90.00 | |
| WRG     | LITIGATION                | JCP | 09/27/10 | Review of miscellaneous pleadings.                                                                                  | 0.10     | 45.00    |    |
| WRG     | LITIGATION                | JCP | 09/28/10 | E-mail from Debbie Felder re: possible 10/1/10 Objection.                                                           | 0.10     | 45.00    |    |
|         |                           |     |          |                                                                                                                     | -----    | -------  |    |
|         |                           |     |          |                                                                                                                     | 1.10     | 495.00   |    |
|         |                           |     |          |                                                                                                                     | -----    | -------  |    |
|         |                           |     |          |                                                                                                                     | 1.10     | 495.00   |    |
|         |                           |     |          |                                                                                                                     | -----    | -------  |    |

Total records this group:   8

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/07/10 | Review of e-mail from D. Fullem and download and file July Fee Application for Orrick Herrington. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/07/10 | Review of e-mail from D. Fullem and download and file June Fee Application for Licoln Partners. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/10 | Compile and give John C. Phillips, Jr. the WR Grace pleadings. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/27/10 | Review of e-mail from D. Fullem and download and file Orrick's August Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/29/10 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for Orrick's June and July Fee Applications and send e-mail of completion to D. Fullem. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/30/10 | Review of e-mail from D. Fullem and download Certificate of No Objection for Towers' June Fee Application; file same. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/30/10 | Review of e-mail from D. Fullem and download Certificate of No Objection for Lincoln's June Fee Application; file same. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/30/10 | Review of e-mail from D. Fullem and download Towers' July Fee Application; file same. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/30/10 | Review of e-mail from D. Fullem and download Towers' August Fee Application; file same. | 0.30 | 45.00 | |
| | | | | | 2.80 | 420.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/04/10 | Review of and revise August 2010 pre-bill. | 0.10 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/11/10 | Review of Amended Agenda for 9/13/10 Hearing. | 0.10 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/13/10 | Phone conference with Judge Fitzgerald and all counsel re: Fee Applications. | 0.20 | 90.00 | |
| | | | | | 0.40 | 180.00 | |
| | | | | | 3.20 | 600.00 | |

Total records this group:   12

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 09/10/10 | Update docket to system and review for status of Confirmation. | 0.50 | 75.00 | ps |
| | | | | | ----- | ------ | |
| | | | | | 0.50 | 75.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.50 | 75.00 | |
| | | | | | ----- | -------- | |

Total records this group:  1

```
                                                                                        -----     ---------
                                                                                         5.30      1,335.00
                                                                                        =====     =========
```

23 records printed.