# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

Phillips, Goldman & Spence, P.A.

Page 2

October 26, 2011

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 100359

Re: W. R. Grace & Co.
    David T. Austern

COSTS ADVANCED

```
09/01/10  Photocopies                                          9.30
09/29/10  Check No.: 44081 - John C. Phillips, Jr. -
          Court Call.                                         65.00
                                                         -----------
          Subtotal for COSTS only: 09/30/10                  $74.30
                                                         -----------
```