## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 11/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-EIGHTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                October 1, 2011 through October 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $6,396.00   [80% of $7,995.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $0.00


This is a(n):  ☒Monthly       ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 12.3 hours,[2] for a total amount billed of $7,995.00 of which 80% is currently sought, in the amount of $6,396.00.  The total sought by the Application is $6,396.00

As stated above, this is the Thirty-Eighth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 9.9 | $6,435.00 |
| Fee Application Matters (including FCR and Local Counsel) | 2.4 | $1,560.00 |
| TOTAL | 12.3 | $7,995.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of November, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Oct. 2011)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|--------------------|------|
| 10/1/2011 | Prepare 37th Monthly Fee Application, Notice and attention to filing of same | 1.5 |
| 10/3/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/4/2011 | Review Request for Status Conference of Garlock | 0.5 |
| 10/4/2011 | Review Canadian ZAI counsel fee applications | 0.3 |
| 10/4/2011 | Email from J. Baer re timing of Intrawest lift stay motion | 0.1 |
| 10/5/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/7/2011 | Review Order re Garlock Request for Status Conference | 0.1 |
| 10/7/2011 | Review Order denying Access to Rule 2019 Statements | 0.1 |

| | | |
|---|---|---|
| 10/7/2011 | Review Opinion re pending Garlock motions | 0.5 |
| 10/7/2011 | Review Order cancelling October Omnibus hearing | 0.1 |
| 10/10/2011 | Review new expense guidelines from fee auditor | 0.1 |
| 10/11/2011 | Review Order rescheduling March, 2012 Omnibus hearing | 0.1 |
| 10/12/2011 | Emails to and from client re quarterly fee applications | 0.1 |
| 10/12/2011 | Prepare and file Certification of No Objection to FCR August Fee Application | 0.2 |
| 10/13/2011 | Prepare FCR's September, 2011 fee application and notice and service thereof | 0.5 |
| 10/13/2011 | Emails to and from client and to Debtors re FCR Quarterly Fee payment | 0.1 |
| 10/14/2011 | Email to Garlock counsel re service of pleadings | 0.1 |
| 10/14/2011 | Review Notice of Appeal of Garlock from denial of 2019 Access motion | 0.1 |
| 10/14/2011 | Email to client re October Omnibus hearing | 0.1 |
| 10/17/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/18/2011 | Emails to and from R. Higgins re Plate and other motions | 0.1 |
| 10/18/2011 | Review Order re letter request from B. Johnson | 0.1 |
| 10/18/2011 | Review CNO re claims settlement notice 8378-80 | 0.1 |
| 10/18/2011 | Review motion re OCP payments | 0.4 |
| 10/18/2011 | Review motion re sale of certain WRG entities | 1.4 |
| 10/18/2011 | Review motion re merger of various WRG entities | 1.2 |

| | | |
|---|---|---|
| 10/18/2011 | Review Withdrawal of Appearance counsel for BNSF | 0.1 |
| 10/18/2011 | Email from client re quarterly fee payment | 0.1 |
| 10/18/2011 | Email from ZAI Special Counsel re sale motion | 0.1 |
| 10/18/2011 | Review motions to change filing dates of sale motion, merger motion and OCF payment motion | 0.5 |
| 10/19/2011 | Email from debtor re Judge Sanders' fee application | 0.1 |
| 10/20/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/21/2011 | Emails to and from debtors' counsel re Asset Sale motion and Merger Motion | 0.2 |
| 10/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/24/2011 | Email to Debtors' counsel re Merger motion | 0.1 |
| 10/24/2011 | Review BMC Analysis of claims re merger motion | 0.5 |
| 10/24/2011 | Draft, file and serve CNO for 37th Monthly Fee Application | 0.2 |
| 10/25/2011 | Emails to and from client re payments | 0.1 |
| 10/25/2011 | Review Maryland Casualty and AWI PD Proofs of Claim re analysis of Merger Motion | 0.4 |
| 10/25/2011 | Email from R. Higgins re project Plate issue | 0.1 |
| 10/26/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/27/2011 | Review 41st Quarter report of de minimus asset sales | 0.1 |
| 10/27/2011 | Review 41st Quarter report of ordinary course professional fees | 0.2 |
| 10/27/2011 | Email to client re Merger Motion | 0.2 |
| 10/27/2011 | Email to client re Project Plate Motion | 0.2 |

| | | |
|---|---|---|
| 10/27/2011 | Review CNO's re Canadian ZAI claimants' counsel | 0.1 |
| 10/28/2011 | Conference with client re various pending motions | 0.1 |
| 10/28/2011 | Review NY Hillside claim transfer notice | 0.1 |
| 10/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/31/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:   12.3 hours @ $650/hour = $7,995.00

Expenses:   None

**Total Fees and Expenses Due:  $7,995.00**