# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2011, through September 30, 2011

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| 09-23-11 | 27031 | Claim Settlement Notice – Claims 8378, 8379 and 8380. Settlement of Breach of Contract, Fraud, Unfair Trade Practices and Indemnification claims of former Grace vermiculite customer. Settlement Amount: $190,000 |
| 9/26/11 | 44 | *Delphi Corporation vs. Grace Davison*, Adv. Proc. No. 07-0235 (Bankr. S. D. N.Y.). Settlement of action seeking to avoid and recover $1,046,440.32 in preferential transfers pursuant to 11 USC 547 and 550. Settled for $300,000. |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
| NA | NA | USA and State of Georgia v. Airgas Carbonic, Inc., et al. (including Grace), settlement of Alternate Energy Resources (AER) Site located in Augusta, Georgia allowing a pre-petition de minimis claim for $503.78 to EPA and $15.60 to Georgia. |