IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) |
| W.R. GRACE & CO., et al., | |
| Debtors. | |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware :
                   : ss
New Castle County  :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

     1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

     2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

     3.    I have reviewed the *Twenty-Sixth Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of July 1, 2010 through September 30, 2010* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                                                           JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                                           Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 2nd DAY OF NOVEMBER 2011

                                                          L. Birdsell
                                                          Notary Public