# EXHIBIT A

# July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27859 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27860 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27861 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.