IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Joshua M. Cutler of Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby withdraws his appearance as counsel to David T. Austern, in his capacity as the Asbestos PI Future Claimants' Representative for future asbestos personal injury claimants (the "FCR") in the above-referenced bankruptcy proceedings.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal of appearance applies only to the undersigned attorney and Orrick continues to represent David T. Austern, in his capacity as the FCR.

Dated: November 2, 2011

/s/ Joshua M. Cutler
Joshua M. Cutler, admitted *pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

—and—

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Co-Counsel to David T. Austern, FCR*