# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# OCTOBER 1, 2010 THROUGH
# OCTOBER 31, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786


October 26, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   100360

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 10/31/10       $1,470.00
       Subtotal for COSTS only: 10/31/10          $54.70
                                             -------------
CURRENT PERIOD FEES AND COSTS: 10/31/10       $1,524.70
                                             -------------

                         PAY THIS AMOUNT       $1,524.70
                                             =============
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 26, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100360

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 1.0 | 450.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.3 | 345.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.4 | 180.00 |
| PLAN AND DISCLOSURE STATEMENT | 1.1 | 495.00 |
| Subtotal for FEES only: 10/31/10 | 4.8 | $1,470.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 2.50 | 2.50 | 1,125.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.30 | 2.30 | 345.00 | 0.00 | 0.00 |
| Totals | | 4.80 | 4.80 | 1,470.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC for Transactions                          10/26/2011  Pg 1
                                                         -Fees-

Sorts:  Grouping code        (Paginate)
        Client code
        Actual employee code (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 100360 to 100360

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 10/11/10 | Letter from counsel for Debtors to Judge Buckwalter re: Debtors' Motion Requesting Referral Adversary actions back to Bankruptcy Court with enclosure; review of Motion. | 0.20 | 90.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 10/13/10 | Review of Order Dismissing Debtors' Motion to Enforce 2009 Stipulation with New Jersey DEP; review of Order Approving Settlement Agreement with Hartford Parties. | 0.20 | 90.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.40 | 180.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.40 | 180.00 | |
| | | | | | ----- | ------ | |

Total records this group:  2

WRG-AUS                                LEGALMASTER MIRC for Transactions                              10/26/2011  Pg 2
                                                      -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/02/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | Li |
| WRG | LITIGATION | JCP | 10/06/10 | Review of ECF Notification re: Court Call confirmation for 10/18/10 Hearing. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 10/12/10 | Review of Agenda for 10/18/10 Hearing. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 10/19/10 | Review of 2 miscellaneous pleadings. | 0.20 | 90.00 | |
| WRG | LITIGATION | JCP | 10/22/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 10/25/10 | Review of miscellaneous pleadings; review of Modified Order Scheduling Omnibus Hearing Dates; calendar modified date; memorandum to file re: same. | 0.30 | 135.00 | |
| WRG | LITIGATION | JCP | 10/26/10 | Review of Debtors' 37th Quarterly Report of Settlements; review of miscellaneous pleadings. | 0.10 | 45.00 | |
|   |   |   |   |   | 1.00 | 450.00 | |
|   |   |   |   |   | 1.00 | 450.00 | |

Total records this group:   7

WRG-AUS                       LEGALMASTER MIRC for Transactions                        10/26/2011  Pg 3
                                           -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/04/10 | Respond to e-mail from D. Fullem and download and file July Fee Application for Lincoln Partners. | 0.40 | 60.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/10 | Download and file Certificate of No Objection for Orrick's July Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/10 | Download and file Certificate of No Objection for Perrin July Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/10 | Download and file Certificate of No Objection for Towers Perrin August Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/10 | Download and file Orrick's September Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/10 | Download and file Certificate of No Objection for Lincoln's July Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/29/10 | Review of 2 e-mails from D. Fullem; download September and August Fee Applications for Lincoln Partners; file same; e-mail to D. Fullem. | 0.50 | 75.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.30 | 345.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.30 | 345.00 | |
| | | | | | ---- | ------ | |

Total records this group:  7

WRG-AUS                                    LEGALMASTER MIRC for Transactions                           10/26/2011  Pg  4
                                                        -Fees-

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 10/18/10 | Phone conference with Judge Fitzgerald and all counsel. | 1.10 | 495.00 | ps |
| | | | | ----- | -------- | |
| | | | | 1.10 | 495.00 | |
| | | | | ----- | -------- | |
| | | | | 1.10 | 495.00 | |
| | | | | ----- | -------- | |

Total records this group:  1                                                                              4.80      1,470.00
                                                                                                         =====     ========

17 records printed.