EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
OCTOBER 1, 2010 THROUGH
OCTOBER 31, 2010

Phillips, Goldman & Spence, P.A.

Page   2

October 26, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100360

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 10/01/10 | On-line docket research | 9.70 |
| 10/13/10 | Facsimile | 1.00 |
| 10/29/10 | Check No.: 44313 - John C. Phillips, Jr. - Court Call. | 44.00 |
| | Subtotal for COSTS only: 10/31/10 | $54.70 |