# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2010 THROUGH
# NOVEMBER 30, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 27, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  100425

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  |  |
|---|---:|
| Subtotal for FEES only: 11/30/10 | $975.00 |
| Subtotal for COSTS only: 11/30/10 | $4.50 |
| | ------------- |
| CURRENT PERIOD FEES AND COSTS: 11/30/10 | $979.50 |
| | ------------- |
| PAY THIS AMOUNT | $979.50 |
| | ============ |

*****************************************************************

Please remit duplicate copy with payment.  Thank you.

*****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 27, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100425

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.6 | 270.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.7 | 315.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.0 | 360.00 |
| CASE ADMINISTRATION | 0.2 | 30.00 |
| Subtotal for FEES only: 11/30/10 | 3.5 | $975.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 1.50 | 1.50 | 675.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.00 | 2.00 | 300.00 | 0.00 | 0.00 |
| Totals | | 3.50 | 3.50 | 975.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

10/27/2011   Pg 1

Sorts:    Grouping code          (Paginate)
          Client code
          Actual employee code   (Subtotal)
          Transaction date

Ranges:
          Include "Client code" from WRG to WRG
          Exclude "Billable $" from 0.00 to 0.00
          Include "Invoice Number" from 100425 to 100425

| -Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG      CASE ADMINISTRATION | CAH | 11/29/10 | Review of e-mails from D. Fullem. | 0.20 | 30.00 | Ca |
| | | | | --- | --- | |
| | | | | 0.20 | 30.00 | |
| | | | | --- | --- | |
| | | | | 0.20 | 30.00 | |
| | | | | --- | --- | |

Total records this group:  1

LEGALMASTER MIRC for Transactions
-Fees-

10/27/2011  Pg 2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG-AUS | | | | | | | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 11/02/10 | Review of Debtors' Certificate of No Objection re: Order Approving Settlement with Federal Insurance Company. | 0.10 | 45.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 11/03/10 | Review of miscellaneous pleadings; review of executed Order Approving Settlement with Federal Insurance Company. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 11/06/10 | Review of miscellaneous pleadings; review of Debtors' Motion to Approve Settlement with Associated International Insurance Co. | 0.20 | 90.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 11/08/10 | Review of Debtors' Motion to Approve Settlement with Associated International Insurance Co. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 11/19/10 | Review of Debtors' Motion to Approve Settlement with CNA Companies. | 0.20 | 90.00 | |
| | | | | | 0.70 | 315.00 | |
| | | | | | 0.70 | 315.00 | |

Total records this group: 5

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

10/27/2011  Pg 3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|--------------------------|---------|-----------|------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 11/01/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | Li |
| WRG | LITIGATION | JCP | 11/04/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 11/05/10 | Review of Agenda for 11/15/10 Hearing canceling same. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 11/09/10 | Review of Debtors' Motion to Acquire GR2008 LLC. | 0.10 | 45.00 | |
| WRG | LITIGATION | JCP | 11/24/10 | Review of Notice of Revised Omnibus Hearing Scheduling Order; e-mail to paralegal re: same; memorandum to file re: same. | 0.20 | 90.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.60 | 270.00 | |
| | | | | | 0.60 | 270.00 | |
| | | | | | ----- | ------ | |

Total records this group: 5

LEGALMASTER MIRC for Transactions
-Fees-

10/27/2011   Pg 4

WRG-AUS

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/10 | Download and file September Fee Application for Towers Watson and its Quarterly Fee Application. | 0.40 | 60.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/10 | Download and file Quarterly Fee Application for Lincoln Partners. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/10 | Download and file Quarterly Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/10 | Respond to e-mail from D. Fullem; download and file Certificate of No Objection for Lincoln's August and September Fee Applications. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/30/10 | Review of e-mail from D. Fullem and download pleadings; file Certificate of No Objection for Towers September Fee Application and e-mail to D. Fullem when complete. | 0.30 | 45.00 | |
| | | | | | 1.80 | 270.00 | |
| | | | | | ==== | ====== | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/26/10 | Review of and revise September 2010 pre-bill. | 0.10 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/29/10 | Review of and revise October 2010 pre-bill. | 0.10 | 45.00 | |
| | | | | | 0.20 | 90.00 | |
| | | | | | ==== | ====== | |
| | | | | | 2.00 | 360.00 | |
| | | | | | ==== | ====== | |

Total records this group:  7

3.50
====

975.00
======

8 records printed.