EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
NOVEMBER 1, 2010 THROUGH
NOVEMBER 30, 2010

Phillips, Goldman & Spence, P.A.

Page   2

October 27, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100425

COSTS ADVANCED

| | |
|---|---|
| 11/04/10 Photocopies | 4.50 |
| Subtotal for COSTS only: 11/30/10 | $4.50 |