EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
DECEMBER 1, 2010 THROUGH
DECEMBER 31, 2010

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

October 28, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File     WRG-AUS/JCP
Invoice number   100426

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

               Subtotal for FEES only: 12/31/10     $3,210.00
                                                   --------------
     CURRENT PERIOD FEES AND COSTS: 12/31/10       $3,210.00
                                                   --------------

                         PAY THIS AMOUNT           $3,210.00
                                                   ==============


************************************************************

     Please remit duplicate copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 28, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100426

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.1 | 45.00 |
| PLAN AND DISCLOSURE STATEMENT | 4.6 | 2,070.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.2 | 990.00 |
| FEE/EMPLOYMENT APPLICATIONS | 0.7 | 105.00 |
| Subtotal for FEES only: 12/31/10 | 7.6 | $3,210.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | JCP | 6.90 | 6.90 | 3,105.00 | 0.00 | 0.00 |
| 150.00 | CAH | 0.70 | 0.70 | 105.00 | 0.00 | 0.00 |
| Totals | | 7.60 | 7.60 | 3,210.00 | 0.00 | 0.00 |

WRG-AUS                                                    LEGALMASTER MIRC for Transactions                                           10/28/2011  Pg  1
                                                                          -Fees-

Sorts:  Grouping code              (Paginate)
        Client code
        Actual employee code       (Subtotal)
        Transaction date

Ranges:
  Include "Client code" from WRG to WRG
  Exclude "Billable $" from 0.00 to 0.00
  Include "Invoice Number" from 100426 to 100426

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 12/06/10 | Review of Debtors' Motion to Approve Settlement with Swiss Re; review of Debtors' Objection Seeking Disallowance of New York Hillside's Claim. | 0.30 | 135.00 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 12/07/10 | Review of Debtors' Motion to Approve Settlement of Massachusetts Tax Claim; review of Agenda for 12/13/10 Hearing; review of Libby Claimants' Request for Production to CNA; review of Libby Claimants review of to Debtors. | 0.40 | 180.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 12/15/10 | Review of Motion to Approve Stipulation Resolving Massachusetts Department of Environmental Protection's Claims. | 0.10 | 45.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 12/27/10 | Review of Libby Claimants' Objection to Debtors' Motion to Approve Settlement with CNA and Exhibit. | 1.20 | 540.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 12/28/10 | Review of Certificate of No Objection re: Order Approving Settlement with Swiss Re; review of Certificate of No Objection re: Order Approving Settlement of Massachusetts Tax Claim. | 0.20 | 90.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.20 | 990.00 | |
| | | | | | ---- | ------ | |
| | | | | | 2.20 | 990.00 | |
| | | | | | ---- | ------ | |

Total records this group:  5

WRG-AUS               LEGALMASTER MIRC for Transactions                10/28/2011 Pg 2
                                   -Fees-

Cl code Grouping code description
WRG    LITIGATION

| Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|
| JCP | 12/01/10 | Review of miscellaneous pleadings. | 0.10 | 45.00 | Li |
| | | | ---- | ----- | |
| | | | 0.10 | 45.00 | |
| | | | ---- | ----- | |
| | | | 0.10 | 45.00 | |
| | | | ---- | ----- | |

Total records this group: 1

WRG-AUS                              LEGALMASTER MIRC for Transactions                              10/28/2011  Pg  3
                                                 -Fees-

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 12/17/10 | Download and file Certificate of No Objection for Lincoln Partners and Orrick's Fee Applications. | 0.40 | 60.00 | fa |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 12/28/10 | Check for filings from D. Fullem | 0.30 | 45.00 | |
| | | | | ----- | ----- | |
| | | | | 0.70 | 105.00 | |
| | | | | ----- | ----- | |
| | | | | 0.70 | 105.00 | |
| | | | | ----- | ----- | |

Total records this group:  2

WRG-AUS                                    LEGALMASTER MIRC for Transactions                                    10/28/2011  Pg 4
                                                         -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/02/10 | Review of miscellaneous pleadings; e-mail from and e-mail to Debbie Felder re: Notice of Fifth Set of Plan Modifications with enclosure; review of same. | 0.30 | 135.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/03/10 | Review of miscellaneous pleadings (Notice of Real Estate Sale); memorandum to file re: upcoming hearing dates. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/08/10 | E-mail from counsel for Debtor re: 5th Set of Modifications to Joint Plan with enclosure; review of same; e-mail from local counsel for Equity Committee approving same; e-mail to and e-mail from Debbie Felder re: approving same; e-mail from Rick Wyron approving same; e-mail to counsel for Debtor approving same; e-mail from local counsel for Personal Injury Committee approving same; review of 12/7/10 Order re: issues to be Addresses at 12/13/10 Hearing. | 0.50 | 225.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/09/10 | Review of Agenda for 12/13/10 Hearing; conference with paralegal re: signing up for Court Call for same; review of ECF Notification re: confirming same; calendar same; review of Order Approving Settlement with International Insurance; review of miscellaneous pleadings. | 0.50 | 225.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/10/10 | Review of Amended Agenda for 12/13/10 Hearing. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/13/10 | Phone conference with Judge Fitzgerald and all counsel. | 1.50 | 675.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/16/10 | Review of Debtors' Motion re: Authorizing Stipulation to resolve Massachusetts Environmental Claims with enclosure; review of Stipulation; e-mail from Rick Wyron re: approving 6th Modification to Joint Plan with enclosure; review of same; e-mail to counsel for Debtors approving filing of same; review of Notice of Change in Location on 10/10/11 Hearing. | 0.50 | 225.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/17/10 | Review of as filed Notice of 6th Modification to Joint Plan; review of miscellaneous pleadings. | 0.10 | 45.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/21/10 | Review of Michigan's Notice of Substitution of Counsel; e-mail from counsel for plaintiff re: amending Section 3.1.9 of Joint Plan; e-mail from Rick Wyron re: same. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/22/10 | E-mail from counsel for Debtors re: amending Section 3.1.9 of Joint Plan with enclosure; review of black-lined copy of same. | 0.20 | 90.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/23/10 | E-mail from and e-mail to Rick Wyron re: approving Certification of Counsel re: Agreed Amendments to Section 3.1.9 of Joint Plan with enclosure; review of Certification of Counsel and black-lined versions of Section 3.1.9; e-mail from and e-mail to counsel for Debtors approving same; e-mail from Personal Injury Committee approving same; review of as filed copy of same; review of BNSF's Objection to Motion to Approve Settlement with CNA. | 4.60 | 2,070.00 | |
| | | | | | ---- | ---------- | |
| | | | | | 4.60 | 2,070.00 | |
| | | | | | ---- | ---------- | |
| Total records this group: 11 | | | | | 7.60 | 3,210.00 | |
| | | | | | ==== | ========== | |