# EXHIBIT A

## October Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27874 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# November Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27875 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# December Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27876 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.