**By-Request for assistance and Consideration**

Date- 10-24-11

U.S. Bankruptcy Court-Clerk
District of Delaware
824 North Market St., 3rd Floor
Wilmington, Delaware (19801)

Ref.: Civil-Action- W.R. Grace & Co., (et-al) Chapter-11.
Case-No., - 01-01139- Jointly-adm., (J.K.F.)

Subj.: Creditor- Burrell Johnson, Jr., No., 00241395
(addressee) 2664 (FM) 2054- Mark W. Michael,
Tennessee-Colony, Texas (75886)

Dear Clerk,
Hello- I would like to ask (By-Request) for a-Copy of The- Debtors/Creditors (Lease).
Any assistance and Consideration Taken In This Matter, Will be Deeply-Appreciated.

Po-1.                    (Next-Page)

In The United States Bankruptcy Court
Office of The Clerk, District of Delaware,
824 Market Street
Wilmington, Delaware (19801)

Creditor - Burrell Johnson, Jr. (No.) 00241395
(Ref.:)
Debtor: W. R. Grace + Co., (et-al) Chapter-11,
Case-No.: 01-01139 Jointly-adm., (J.K.F.)

## Affidavit To Proceed In-forma Pauperis

To The Honorable Judge of Said Court;

I, Burrell Johnson, Jr., Declare That I am the (Creditor) In The above (Entitled) Proceeding That (In-Support) of My (Request) To-Proceed Without Pre-(Payment of) Fees (or) The-Costs Thereof;

I, Declare That I am (Unable) To-Pay The-Cost of This (Petition) of These Proceedings and (Request) for Assistance and Consideration for (Relief / Redress) In This (Petition).

(Next-Page)

In-Support of This (affidavit) I State The following: Under-Penalty of Perjury.

1.) I am Incarcerated (at) Mark W. Michael-Unit, Texas-Department of Criminal-Justice-I.D.; and Depends Upon (The-Unit) for full-Support. I am (Employed) at the (Institution and Do-Not) Receive (any-Payment) from The Institution.

2.) I am (Employed) and have-been Since Incarceration.

3.) In The Last (12-Months) I have Received (No) Money from Business-Profession, Rent-Payments, Self-Employment, Interest, (or) Dividends, Pensions, Annuities (or) Life-Insurance, Gifts, Disabilitys, Workmans-Compensations (or) Inheritances (or) any Source of-Income.

4.) I (Do-Not) have a-Checking (or) Saving-Account (or) own-Stocks-Bonds-Real Estate (or) "other" financial-Instruments; I have (one) Home, "Homestead."

"By:-Creitor, Burrell Johnson, Jr.

P. 2.        (Next - Page)

"U.S. Declaration";

Pursuant-To - Title-18 §28-U.S.C. §1746.
(or) Notarization - State-Seal";

I, Declare and Verify-Under-Penalty of Perjury-Under The-Laws of The United-States and The State of-Texas-That The Foregoing Is True and Correct.

"Executed-On,   (10-24-2011)   ";
(Date)

"Respectfully - Submitted,"

"By-U.S. Veteran".
Burrell Johnson, Jr.

P.-C3.