**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**September 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended September 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 1.7 | $ 1,170.18 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 3.0 | $ 2,065.02 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 34.5 | $ 27,472.01 |
| Daniel J Zwarn | Audit Partner | 20+ | Integrated Audit | $ 796.30 | 0.5 | $ 398.15 |
| John L Gibson | Audit Partner | 20+ | Integrated Audit | $ 787.40 | 1.0 | $ 787.40 |
| David C Sands | Director | 12 | Integrated Audit | $ 436.88 | 8.0 | $ 3,495.05 |
| Heather Stanislaus | Audit Senior Manager | 9 | Integrated Audit | $ 763.27 | 6.5 | $ 4,961.26 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 81.5 | $ 35,605.72 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 410.80 | 36.5 | $ 14,994.20 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 4.8 | $ 1,517.91 |
| Brad I Hurst | Audit Manager | 7 | Integrated Audit | $ 527.05 | 1.8 | $ 948.69 |
| Konstantinos Theocharidis | Audit Senior Associate | 5 | Integrated Audit | $ 431.80 | 1.0 | $ 431.80 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 101.5 | $ 26,167.72 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 234.95 | 26.0 | $ 6,108.71 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 115.0 | $ 27,749.50 |
| Jennifer Lynn Bosanac | Audit Senior Associate | 4 | Integrated Audit | $ 285.76 | 2.0 | $ 571.52 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 101.8 | $ 18,358.61 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 144.0 | $ 25,968.96 |
| Pocha Bromiley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 82.9 | $ 14,948.38 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 35.5 | $ 6,627.50 |
| Janice Patricia McConegly | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 69.0 | $ 12,881.61 |
| Crystal Jamison | Audit Associate | 1 | Integrated Audit | $ 171.45 | 15.5 | $ 2,657.51 |
| Alfiya Galieva | Audit Associate | 1 | Integrated Audit | $ 163.83 | 57.0 | $ 9,338.31 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 23.1 | $ 3,021.71 |
| Michael Potts | Audit Associate | 1 | Integrated Audit | $ 130.81 | 48.0 | $ 6,278.88 |
| Melissa Ranson | Project Specialist | 1 | Integrated Audit | $ 171.45 | 1.0 | $ 171.45 |
| Maricel M Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Maria L Yapur | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Gargi Chakraborty | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.0 | $ 826.00 |

{02411:PLDG:10155541.DOC}

| Totals | | 1,012.1 | $ | 256,651.42 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 22.1 | $ 3,294.12 |

## Summary of PwC's Fees By Project Category: September 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 22.1 | $ 3,294.12 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,012.1 | $256,651.52 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 997.7 | $ 259,945.64 |

Expense Summary
September 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,468.48 |
| Lodging | N/A | $1,290.87 |
| Sundry | N/A | $21.98 |
| Business Meals | N/A | $418.82 |
| TOTAL: | | $ 5,200.15 |

{02411:PLDG:10155541.DOC}