# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended September 30, 2011

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Afifya Galieva | Integrated Audit | 1-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 6-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Sep | $ 13.32 | | | | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| Janice McConegly | Integrated Audit | 1-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 6-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Sep | $ 23.31 | | | | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| Mike Potts | Integrated Audit | 1-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 6-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Sep | $ 22.20 | | | | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| Dave Sands | Sarbanes | 22-Sep | $ 38.85 | | | | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Kathryn Colaianni | Sarbanes | 1-Sep | $ 234.92 | $ 447.00 | | | Hertz rental car charge for 3 days in Chicago, IL / Residence Inn hotel for 3 nights in Chicago, IL (rate $149 per night) |
| | Sarbanes | 1-Sep | | $ 46.95 | | | City Taxes on Residence Inn hotel room for 3 nights in Chicago, IL (rate $15.65 per night) |
| | Sarbanes | 1-Sep | | $ 26.82 | | | State Taxes on Residence Inn hotel room for 3 nights in Chicago, IL (rate $8.94 per night) |
| | Sarbanes | 1-Sep | | | | $ 6.15 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Chicago, IL |
| Pavel Katsiak | Integrated Audit | 1-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 2-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 9-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 12-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 13-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 14-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 19-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 20-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 21-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 22-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 26-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Sep | $ 29.97 | | | | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |

| Name | Project | Date | Amount | Description |
|---|---|---|---|---|
| Kathleen Bradley | Integrated Audit | 29-Sep | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 1-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 2-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 6-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 9-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 12-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 13-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 14-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 16-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Sarbanes | 22-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Sarbanes | 23-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 26-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 27-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 28-Sep | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | Sarbanes | 18-Sep | $ 715.70 | Roundtrip coach flight to Lake Charles, LA from Baltimore, MD for travel to client site in Lake Charles, |
| | Sarbanes | 18-Sep | $ 39.44 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | Sarbanes | 19-Sep | $ 7.36 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | Sarbanes | 19-Sep | $ 35.80 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | Sarbanes | 19-Sep | $ 190.25 | Hertz rental car charge for 3 days in Lake Charles, LA |
| | Sarbanes | 19-Sep | | Wireless internet charge in hotel |
| | Sarbanes | 20-Sep | $ 10.99 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | Sarbanes | 20-Sep | $ 10.90 | |
| | Sarbanes | 20-Sep | $ 34.30 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | Sarbanes | 21-Sep | | Wireless internet charge in hotel |
| | Sarbanes | 21-Sep | $ 9.71 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | Sarbanes | 21-Sep | $ 397.00 | L'auberge hotel for 3 nights in Lake Charles, LA (rate of $119 per night for 1 night, $129 per night for 1 |
| | Sarbanes | 21-Sep | $ 51.61 | Taxes on L'Auberge hotel room for 3 nights in Lake Charles, LA. |
| | Sarbanes | 21-Sep | $ 44.00 | Parking at Baltimore International Airport for 3 days due to travel to Lake Charles, LA |
| Brett Czajkowski | Integrated Audit | 22-Sep | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate - 0.555 per mile). |
| Phill Crosby | Integrated Audit | 1-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 6-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 8-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 12-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 13-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 20-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 21-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | Integrated Audit | 28-Sep | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| Ryan Boyle | Sarbanes | 8-Sep | $ 33.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | Sarbanes | 13-Sep | $ 34.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | Sarbanes | 21-Sep | $ 35.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | Sarbanes | 28-Sep | $ 36.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Drew Levy | Integrated Audit | 27-Sep | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 28-Sep | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-Sep | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 30-Sep | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| Jody B. Underhill | Audit | 9/21/11 | $ 46.46 | Dinner for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |
| | Audit | 9/22/11 | $ 11.00 | Breakfast for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |
| | Audit | 9/22/11 | $ 24.00 | Dinner for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |

| | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|
| Audit | 9/22/11 | $ 55.01 | | | | Hertz rental car charge for 1.5 days in Columbia, MD |
| Audit | 9/22/11 | | $ 146.00 | | | Sheraton hotel for 1 nights in Columbia, MD (rate of $146 per night) |
| Audit | 9/22/11 | | $ 18.98 | | | Taxes on Sheraton hotel room for 1 night in Columbia, MD |
| Audit | 9/22/11 | $ 20.00 | | | | 1 day of parking at Tampa airport while traveling to Columbia, MD |
| Audit | 9/22/11 | $ 188.70 | | | | Rountrip coach airfare for travel from Tampa, FL to Baltimore, MD for meeting with management |
| Audit | 9/22/11 | $ 6.00 | | | | 2 days of tolls related to above travel |
| Audit | 9/27/11 | | | | $ 139.96 | J.Crossman (WRG) & V.Flores, E.Sama, T.Chesla and Me (PwC) |
| Audit | 9/27/11 | | | | $ 29.74 | Dinner for 1 (J.Underhill - PwC) while traveling to Boca Raton, FL for client |
| Audit | 9/28/11 | | | | $ 24.00 | Dinner for 1 (J.Underhill - PwC) while traveling to Boca Raton, FL for client |
| Audit | 9/28/11 | $ 117.31 | | | | Hertz rental car charge for 2 days in Boca Raton, FL |
| Audit | 9/28/11 | | $ 138.50 | | | Boca Marriott for 2 nights in Boca Raton, FL ($69.25 per night) |
| Audit | 9/28/11 | | $ 18.01 | | | Taxes on Marriott hotel room for 2 nights in Boca Raton, FL |
| Audit | 9/28/11 | $ 40.00 | | | | 3 days of parking at Tampa airport while traveling out of town on client business |
| Audit | 9/28/11 | $ 247.40 | | | | Roundtrip coach airfare for travel from Tampa to Ft Lauderdale for client business |
| Audit | 9/28/11 | $ 23.50 | | | | Tolls while traveling in Boca Raton, FL |
| Summary | Total | $ 3,468.48 | $ 1,290.87 | $ 21.98 | $ 418.82 | |
| | $ 5,200.15 | | | | | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended September 30, 2011

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Alfiya Galieva | 1-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | 2-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | 6-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | 7-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | 8-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| | 9-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (54 miles - 30 normal commute miles * rate - 0.555 per mile). |
| Janice McConegly | 1-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 2-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 6-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 7-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 8-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| | 9-Sep | Experienced Audit Associate | $ 23.31 | Mileage in excess of daily commute (74.4 miles - 32.4 normal commute miles * rate - 0.555 per mile). |
| Mike Potts | 1-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 2-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 6-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 7-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 8-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| | 9-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (65 miles - 25 normal commute miles * rate - 0.555 per mile). |
| Dave Sands | 22-Sep | Director | $ 38.85 | Mileage in excess of daily commute (88 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Kathryn Colaianni | 1-Sep | Experienced Audit Associate | $ 234.92 | Hertz rental car charge for 3 days in Chicago, IL |
| | 1-Sep | Experienced Audit Associate | $ 447.00 | Residence Inn hotel for 3 nights in hotel room in Chicago, IL (rate $149 per night) |
| | 1-Sep | Experienced Audit Associate | $ 46.95 | City Taxes on Residence Inn hotel room for 3 nights in Chicago, IL (rate $15.65 per night) |
| | 1-Sep | Experienced Audit Associate | $ 26.82 | State Taxes on Residence Inn hotel room for 3 nights in Chicago, IL (rate $8.94 per night) |
| | 1-Sep | Experienced Audit Associate | $ 6.15 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Chicago, IL |
| Pavel Katsiak | 1-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 2-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 7-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 8-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 9-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 12-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 13-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 14-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 19-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 20-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 21-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 22-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 26-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 28-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| | 29-Sep | Audit Senior Associate | $ 29.97 | Mileage in excess of daily commute (80 miles - 26 normal commute miles * rate - 0.555 per mile). |
| Kathleen Bradley | 1-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 2-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 6-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 7-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 8-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 9-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| | 12-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 13-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 14-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 16-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 22-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 23-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 26-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 27-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 28-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 18-Sep | Experienced Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 18-Sep | Experienced Audit Associate | $ 715.50 | Roundtrip coach flight to Lake Charles, LA from Baltimore, MD for travel to client site in Lake Charles, LA |
| | 18-Sep | Experienced Audit Associate | $ 39.44 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | 19-Sep | Experienced Audit Associate | $ 7.36 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | 19-Sep | Experienced Audit Associate | $ 35.80 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | 19-Sep | Experienced Audit Associate | $ 190.25 | Hertz rental car charge for 3 days in Lake Charles, LA |
| | 19-Sep | Experienced Audit Associate | $ 10.99 | Wireless internet charge in hotel |
| | 20-Sep | Experienced Audit Associate | $ 10.90 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | 20-Sep | Experienced Audit Associate | $ 34.30 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Lake Charles, LA |
| | 20-Sep | Experienced Audit Associate | $ 10.99 | Wireless internet charge in hotel |
| | 21-Sep | Experienced Audit Associate | $ 9.71 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Lake Charles, LA |
| | 21-Sep | Experienced Audit Associate | $ 397.00 | L'Auberge hotel for 3 nights in Lake Charles, LA (rate of $119 per night for 1 night, $129 per night for 1 night and $149 per night for 1 night) |
| | 21-Sep | Experienced Audit Associate | $ 51.61 | Taxes on L'Auberge hotel room for 3 nights in Lake Charles, LA. |
| | 21-Sep | Experienced Audit Associate | $ 44.00 | Parking at Baltimore International Airport for 3 days due to travel to Lake Charles, LA |
| Brett Czajkowski | 22-Sep | Audit Manager | $ 22.20 | Mileage in excess of daily commute (76 miles - 36 normal commute miles * rate 0.555 per mile). |
| Phill Crosby | 1-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 6-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 7-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 8-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 12-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 13-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 20-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 21-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 28-Sep | Audit Senior Associate | $ 45.51 | Mileage in excess of daily commute (96 miles - 14 normal commute miles * rate 0.555 per mile). |
| Ryan Boyle | 8-Sep | Experienced Audit Associate | $ 33.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | 13-Sep | Experienced Audit Associate | $ 34.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | 21-Sep | Experienced Audit Associate | $ 35.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| | 28-Sep | Experienced Audit Associate | $ 36.33 | Mileage in excess of daily commute (78 miles - 18 normal commute miles * rate - 0.555 per mile). |
| Drew Levy | 27-Sep | Audit Associate | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | 28-Sep | Audit Associate | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | 29-Sep | Audit Associate | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| | 30-Sep | Audit Associate | $ 10.00 | Mileage in excess of daily commute (54 miles - 36 normal commute miles * rate - 0.555 per mile). |
| Jody B. Underhill | 9/21/11 | Tax Director | $ 46.46 | Dinner for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |
| | 9/22/11 | Tax Director | $ 11.00 | Breakfast for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |
| | 9/22/11 | Tax Director | $ 24.00 | Dinner for 1 (J.Underhill - PwC) while traveling to Columbia, MD for meeting with management |
| | 9/22/11 | Tax Director | $ 55.01 | Hertz rental car charge for 1.5 days in Columbia, MD |
| | 9/22/11 | Tax Director | $ 146.00 | Sheraton hotel for 1 nights in Columbia, MD (rate of $146 per night) |
| | 9/22/11 | Tax Director | $ 18.98 | Taxes on Sheraton hotel room for 1 night in Columbia, MD |
| | 9/22/11 | Tax Director | $ 20.00 | 1 day of parking at Tampa airport while traveling to Columbia, MD |
| | 9/22/11 | Tax Director | $ 188.70 | Roundtrip coach airfare for travel from Tampa, FL to Baltimore, MD for meeting with management |
| | 9/22/11 | Tax Director | $ 6.00 | 2 days of tolls related to above travel |
| | 9/27/11 | Tax Director | $ 139.96 | Lunch for client and team (11 people): D.Libow, G.Hurwitz, E.Filon, D.Gonzalez, D.Poole, A.Clark, J.Crossman (WRG) & V.Flores, E.Sama, T.Chesla and Me (PwC) |
| | 9/27/11 | Tax Director | $ 29.74 | Dinner for 1 (J.Underhill - PwC) while traveling to Boca Raton, FL for client |
| | 9/28/11 | Tax Director | $ 24.00 | Dinner for 1 (J.Underhill - PwC) while traveling to Boca Raton, FL for client |
| | 9/28/11 | Tax Director | $ 117.31 | Hertz rental car charge for 2 days in Boca Raton, FL |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 9/28/11 | Tax Director | $ | 138.50 | Boca Marriott for 2 nights in Boca Raton, FL ($69.25 per night) |
| 9/28/11 | Tax Director | $ | 18.01 | Taxes on Marriott hotel room for 2 nights in Boca Raton, FL |
| 9/28/11 | Tax Director | $ | 40.00 | 3 days of parking at Tampa airport while traveling out of town on client business |
| 9/28/11 | Tax Director | $ | 247.40 | Roundtrip coach airfare for travel from Tampa to Ft Lauderdale for client business |
| 9/28/11 | Tax Director | $ | 23.50 | Tolls while traveling in Boca Raton, FL |
| | | **Total** $ | 5,200.15 | |