**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July 1, 2011 - September 30, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Auke Lamers | Tax Partner | 20+ | Global Restructuring | $ 918.50 | 1.3 | $ 1,194.05 |
| Bernard Moens | Tax Partner | 20+ | Global Restructuring | $ 742.50 | 2.0 | $ 1,485.00 |
| George B Baccash | Tax Partner | 20+ | Global Restructuring | $ 654.50 | 4.0 | $ 2,618.00 |
| Horacio E Sobol | Tax Partner | 20+ | Global Restructuring | $ 803.00 | 1.5 | $ 1,204.50 |
| James H Prettyman | Tax Partner | 20+ | Global Restructuring | $ 803.00 | 6.0 | $ 4,818.00 |
| John Salerno | Tax Partner | 20+ | Global Restructuring | $ 918.50 | 0.5 | $ 459.25 |
| Lei Wang | Tax Partner | 20+ | Global Restructuring | $ 918.50 | 3.0 | $ 2,755.50 |
| Martin J Collins | Tax Partner | 20+ | Global Restructuring | $ 742.50 | 1.0 | $ 742.50 |
| Michael F Urse | Tax Partner | 20+ | Global Restructuring | $ 858.00 | 17.0 | $ 14,586.00 |
| Monica Cohen-Dumani | Tax Partner | 20+ | Global Restructuring | $ 918.50 | 19.2 | $ 17,635.20 |
| Ronald S Gale | Tax Partner | 20+ | Global Restructuring | $ 748.00 | 18.5 | $ 13,838.00 |
| Timothy F Anson | Tax Partner | 20+ | Global Restructuring | $ 891.00 | 8.0 | $ 7,128.00 |
| Jody Underhill | Tax Director | 15 | Global Restructuring | $ 434.50 | 7.5 | $ 3,258.75 |
| Lorie Fale McDonald | Tax Director | 10 | Global Restructuring | $ 434.50 | 1.5 | $ 651.75 |
| Alessandro Di Stefano | Tax Director | 8 | Global Restructuring | $ 654.50 | 2.5 | $ 1,636.25 |
| Bertrand Vandepitte | Tax Director | 8 | Global Restructuring | $ 654.50 | 29.8 | $ 19,504.10 |
| Christian Marty | Tax Director | 8 | Global Restructuring | $ 654.50 | 32.5 | $ 21,271.25 |
| Matthew Michael Chen | Tax Director | 8 | Global Restructuring | $ 660.00 | 3.3 | $ 2,178.00 |
| Sean W Mullaney | Tax Director | 8 | Global Restructuring | $ 660.00 | 1.0 | $ 660.00 |
| Jennifer E Breen | Tax Director | 8 | Global Restructuring | $ 621.50 | 1.5 | $ 932.25 |
| Todd S. Chesla | Tax Manager | 6 | Global Restructuring | $ 330.00 | 114.3 | $ 37,719.00 |
| Victor Sebastian Diaz Parro | Tax Senior Associate | 4 | Global Restructuring | $ 253.00 | 128.3 | $ 32,459.90 |
| Veronica Joelle Flores | Tax Experienced Associate | 2 | Global Restructuring | $ 170.50 | 99.1 | $ 16,896.55 |
| Beatrice Rivero | Project Specialist | 4 | Global Restructuring | $ 99.00 | 4.2 | $ 415.80 |
| Elizabeth Ruiz | Project Specialist | 4 | Global Restructuring | $ 99.00 | 0.1 | $ 9.90 |
| Ingrid Macdonald | Project Specialist | 4 | Global Restructuring | $ 99.00 | 1.5 | $ 148.50 |
| Judith L Ellington | Project Specialist | 4 | Global Restructuring | $ 121.00 | 0.2 | $ 24.20 |
| Rosemary Biancaniello | Project Specialist | 4 | Global Restructuring | $ 99.00 | 1.6 | $ 158.40 |
| Totals | | | | | 510.9 | $ 206,388.60 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court

| Totals | 0 | $ 0 |

## Summary of PwC's Fees By Project Category:
## July 1, 2011 - September 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay | | |

{02411:PLDG:10155550.DOCX}

| Proceedings | | |
|---|---|---|
| 18-Tax Issues | 510.9 | $206,388.60 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 510.9 | $ 206,388.60 |

Expense Summary
July 1, 2011 - September 30, 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $0 |
| Lodging | N/A | $0 |
| Sundry | N/A | $0 |
| Business Meals | N/A | $0 |
| TOTAL: | | $0 |

{02411:PLDG:10155550.DOCX}