# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|
| Auke Lamers | Partner | 20+ | Global Restructuring | $ | 918.50 | 1.3 | $ | 1,194.05 |
| Bernard Moens | Partner | 20+ | Global Restructuring | $ | 742.50 | 2.0 | $ | 1,485.00 |
| George B Baccash | Partner | 20+ | Global Restructuring | $ | 654.50 | 4.0 | $ | 2,618.00 |
| Horacio E Sobol | Partner | 20+ | Global Restructuring | $ | 803.00 | 1.5 | $ | 1,204.50 |
| James H Prettyman | Partner | 20+ | Global Restructuring | $ | 803.00 | 6.0 | $ | 4,818.00 |
| John Salerno | Partner | 20+ | Global Restructuring | $ | 918.50 | 0.5 | $ | 459.25 |
| Lei Wang | Partner | 20+ | Global Restructuring | $ | 918.50 | 3.0 | $ | 2,755.50 |
| Martin J Collins | Partner | 20+ | Global Restructuring | $ | 742.50 | 1.0 | $ | 742.50 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $ | 858.00 | 17.0 | $ | 14,586.00 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $ | 918.50 | 19.2 | $ | 17,635.20 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ | 748.00 | 18.5 | $ | 13,838.00 |
| Timothy F Anson | Partner | 20+ | Global Restructuring | $ | 891.00 | 8.0 | $ | 7,128.00 |
| Jody Underhill | Director | 15 | Global Restructuring | $ | 434.50 | 7.5 | $ | 3,258.75 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $ | 434.50 | 1.5 | $ | 651.75 |
| Alessandro D Stefano | Director | 10 | Global Restructuring | $ | 654.50 | 2.5 | $ | 1,636.25 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ | 654.50 | 29.8 | $ | 19,504.10 |
| Christian Marty | Director | 8 | Global Restructuring | $ | 654.50 | 32.5 | $ | 21,271.25 |
| Matthew Michael Chen | Director | 8 | Global Restructuring | $ | 660.00 | 3.3 | $ | 2,178.00 |
| Sean W Mullaney | Director | 8 | Global Restructuring | $ | 660.00 | 1.0 | $ | 660.00 |
| Jennifer E Breen | Director | 8 | Global Restructuring | $ | 621.50 | 1.5 | $ | 932.25 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ | 330.00 | 114.3 | $ | 37,719.00 |
| Victor Sebastian Diaz Parro | Senior | 4 | Global Restructuring | $ | 253.00 | 128.3 | $ | 32,459.90 |
| Veronica Joelle Flores | Staff - Experienced | 2 | Global Restructuring | $ | 170.50 | 99.1 | $ | 16,896.55 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $ | 99.00 | 4.2 | $ | 415.80 |
| Elizabeth Ruiz | Executive Assistant | 4 | Global Restructuring | $ | 99.00 | 0.1 | $ | 9.90 |
| Ingrid Macdonald | Executive Assistant | 4 | Global Restructuring | $ | 99.00 | 1.5 | $ | 148.50 |
| Judith L Ellington | Executive Assistant | 4 | Global Restructuring | $ | 121.00 | 0.2 | $ | 24.20 |
| Rosemary Biancaniello | Executive Assistant | 4 | Global Restructuring | $ | 99.00 | 1.6 | $ | 158.40 |
| Totals | | | | | | 510.9 | $ | 206,388.60 |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| **Name: Auke Lamers** | | | |
| 11-Aug | 0.9 | Brainstorming and providing ideas to resolve Belgium withholding tax issues with B. Vandepitte (PwC) | |
| 12-Aug | 0.4 | Write-up regarding Belgian withholding tax issues | |
| | 1.3 | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|----------------------------------|-------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| **Name: Bernard Moens** | | | |
| 12-Sep | 1.2 | Analysis of Luxembourg holding company structure and US finance branch | |
| 13-Sep | 0.8 | Research regarding potential effectively connected income of US financing branch | |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: George B Baccash** | | | |
| 16-Aug | 1.9 | Global structuring review based on information provided by the team | |
| 25-Aug | 2.1 | Follow up on project status and all open issues, questions and timeline for completion | |
| | **4.0** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| Name: Horacio E Sobol | | | |
| 8-Aug | 1.5 | Review of relevant structure and application of Internal Revenue Code Section 304 and basis recovery | |
| | 1.5 | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: James H Prettyman** | | | |
| 6-Jul | 1.2 | Review structuring slides from a US tax perspective and providing written comments within slide deck as to the legal consequences of US Tax Steps, providing feedback regarding issues to be covered in the US tax opinion. | |
| 28-Jul | 0.4 | Discussing section 304 issues with T.Chesla (PwC) as it pertains to Belgium and Italy entities in Global restructuring | |
| 4-Aug | 0.6 | Review relevant structure and application of Internal Revenue Code Section 304 and basis recovery | |
| 5-Aug | 0.4 | Review relevant structure and application of Internal Revenue Code Section 304 and basis recovery | |
| 8-Aug | 0.8 | Review structuring slides from a US tax perspective and providing written comments within slide deck as to the legal consequences of US Tax Steps | |
| 22-Aug | 1.1 | Call with S Diaz (PwC) to discuss US Tax Opinion open issues | |
| 23-Aug | 0.4 | Research regarding section 338 election and circular notes | |
| 26-Aug | 1.1 | Discussions with S. Diaz and V Flores (all PwC) regarding the Technical Outline for Opinion | |
| | **6.0** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|----------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: John Salerno** | | | |
| 5-Jul | 0.5 | Reviewing Mexican tax planning related to the global restructuring. | |
| | 0.5 | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Lei Wang** | | | |
| 12-Jul | 1.7 | China Inquiries regarding circular ruling as is applicable to WR Grace Global restructuring | |
| 12-Jul | 1.3 | Drafting Response with comments regarding the circular ruling. | |
| | **3.0** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|----------------------------------|-------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Lei Wang

| | | |
|------|------|------|
| 29-Jul | 1.0 | Impact of using old versus cold basis in 367(b) Controlled Foreign Corporation to Controlled Foreign Corporation section 304 transaction |
| | 1.0 | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Michael F Urse** | | | |
| 7-Jul | 1.9 | WR Grace Global restructuring. Going over the slides and final deliverable with Miami Team T.Chesla, R. Gale and V. Flores (All PWC) | |
| 18-Jul | 0.8 | Brainstorming for the issues to be discussed and to be drafted for the WR Grace Kick-off Meeting, including a review of the slides and the new ordering and breakdown of the implementation step-plan | |
| 26-Jul | 1.1 | WR Grace Kick off meeting determining the next steps of the engagement Ron Gale, Veronica Flores, Todd Chesla, (All PwC) & Debra Poole, Elyse Filon David Libow (All Grace) | |
| 5-Aug | 1.9 | Reviewing Master slide deck as it pertains to the proposed step-plan | |
| 8-Aug | 1.9 | WR Grace reviewing relevant structure and application of Internal Revenue Code Section 304 and basis recovery | |
| 16-Aug | 8.3 | Implementation meeting at WR Grace with Client R. Gale, M Dumani, T Chesla, S Diaz B. Vandeplitte, J Underhill (All PwC) E. Filon, D Poole, D Libow, (All GRACE) | |
| 26-Aug | 1.1 | Status call with T Chesla and R Gale  (All PwC) and review of work plan and slide deck | |
| | **17.0** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| Name: Monica Cohen-Dumani | | | |
| 16-Aug | 8.1 | Implementation meeting at WR Grace with Client R. Gale, T. Chesla, S Diaz, M. Urse, B. Vandepitte, J Underhill (All PwC) E. Filon, D Poole, D Libow, (All GRACE) | |
| 22-Aug | 0.9 | Providing comments to the Master Side deck as it pertains to Switzerland and providing written analysis email to T Chesla (PWC) | |
| 25-Aug | 0.8 | Discussions with C. Marty (PwC) and reviewing and amending the step plan as it pertains to Switzerland | |
| 31-Aug | 0.6 | Reviewing emails sent from A. Nielsen (GRACE), relevant attachments and confirming the application of such documents as they pertain to Swiss Law | |
| 31-Aug | 1.1 | Conference call with T. Chesla and C Marty(All PWC) regarding the register of commerce excerpts, follow-up write-up pertaining to call outcome. | |
| 1-Sep | 0.7 | Email for A Nielsen (Grace) regarding the required registrations in Switzerland | |
| 7-Sep | 1.3 | Review of the restructuring from a Swiss perspective and various discussions with C Marty (PwC) regarding the structure | |
| 9-Sep | 0.4 | Respond to B Vandepitte (PwC) regarding required board meeting in Belgium. Email to T Chesla (PwC) to provide written comments | |
| 14-Sep | 0.6 | Discussions with C Marty (PwC) regarding the Swiss Ruling | |
| 19-Sep | 1.1 | Discussions with C Marty (PwC) and written correspondence to submit finalized Swiss Ruling | |
| 20-Sep | 0.9 | Work regarding the Swiss Ruling requirements | |
| 23-Sep | 0.8 | Review of the Swiss Ruling | |
| 26-Sep | 0.9 | Discussions with C Marty (PwC) and form 823 regarding Swiss Ruling | |
| 29-Sep | 1.0 | Conference call with D Poole (Grace) and C Marty (PwC) regarding the Swiss Ruling | |
| | 19.2 | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Ron Gale** | | | |
| 7-Jul | 1.6 | Review and walk-through of slides with Todd Chesla, M Urse and Veronica Flores  (All PWC) | |
| 22-Jul | 2.7 | Review of the proposed Phase 2 structure to be implemented Pre-January 31, 2012 | |
| 26-Jul | 1.1 | WR Grace Kick off meeting determining the next steps of the engagement M. Urse, Veronica Flores, Todd Chesla, (All PwC) & Debra Poole, Elyse Filon, David Libow (All Grace) | |
| 26-Jul | 1.2 | Reviewing the proposed Phase 2 structure as to be implemented Pre-January 31, 2012 | |
| 16-Aug | 7.9 | Implementation meeting at WR Grace with Client B. Vandepitte, T. Chesla, S Diaz M. Urse, J Underhill, M.Dumani (All PwC) E. Filon, D Poole, D Libow. (All GRACE) | |
| 23-Sep | 2.1 | Status call with T Chesla (PwC) and review of work plan and slide deck | |
| 26-Sep | 1.9 | Status call with T Chesla and M Urse (All PwC) and review of work plan and slide deck | |
| | **18.5** | **Total Grace Financial Statement Audit Charged Hours** | |

Home

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Timothy F Anson**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 4-Aug | 1.9 | Reviewing the IRC section 304 and 351 transaction issues as they pertain to the restructuring activity in Belgium and Italy |
| 5-Aug | 2.1 | Reviewing IRC section 367(a) gain recognition agreement issue as it pertains to the restructuring activity in Italy and Belgium |
| 8-Aug | 1.3 | Reviewing the IRC section 304 and 367(a), baiss recovery issues. |
| 8-Aug | 1.1 | Discussions regarding the indirect stock transfer issues and the need for a Gain Recognition Agreement. Discussions with S Mullaney and M. Chen (All PwC) regarding these issues. |
| 15-Aug | 1.6 | Providing comments regarding the IRC section 304 acquisition planning |
| | **8.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |

Name: Jody B Underhill

| | | | |
|---|---|---|---|
| 16-Aug | 7.5 | Implementation meeting at WR Grace with Client R. Gale, M Dumani, T Chesla, S Diaz, B. Vandepitte, M. Urse (All PwC) E. Filon, D Poole, D Libow, (All GRACE) | |
| | 7.5 | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Lorie Fale McDonald** | | | |
| 20-Aug | 0.9 | Review of Florida tax filing requirements for US financing branch opened in the state of Florida & preparation of email to team with written comments | |
| 27-Sep | 0.6 | Internal call regarding Florida office and tax consequences with T Chesla and V Flores (All PwC) | |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |

**Name: Alessandro Di Stefano**

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| 26-Aug | 0.7 | Providing revised comments on workplan based on conversations with Todd Chesla (PwC) | |
| 29-Aug | 1.8 | Call with S Diaz (pwc) to discuss the Italian tax consequences of the restruction transaction. | |
| | **2.5** | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Bertrand Vandepitte** | | | |
| 21-Jul | 0.7 | Input on substance requirements to ensure Luxembourg holding Company is not treated as a Belgian resident | |
| 4-Aug | 2.8 | Review slide deck - review of documentation - call with Ron Gale (PwC) | |
| 9-Aug | 1.9 | Reviewing master slide deck and step plan call with T Chesla (PwC). | |
| 11-Aug | 1.4 | Providing ideas to resolve Belgium withholding tax issues with A. Lamers (PwC) | |
| 11-Aug | 1.7 | Research Belgian withholding tax exemption possibility - alternative solution with Luxco 2 | |
| 12-Aug | 0.9 | Withholding tax exemption analysis - review slide deck as it pertains to Belgium - review conversion procedure in Belgium | |
| 12-Aug | 1.3 | Follow up emails providing commentary as it pertains to withholding tax exemption analysis, slide corrections, and the conversion procedure in Belgium | |
| 16-Aug | 7.9 | Implementation meeting at WR Grace with Client R. Gale, T. Chesla, S Diaz, M. Urse, M. Dumani, J Underhill (All PwC) E. Filon, D Poole, D Libow, (All GRACE) | |
| 19-Aug | 1.1 | Conversion step plan - research interest withholding tax and deductibility | |
| 22-Aug | 1.2 | Providing comments on the WR Grace Structuring deck regarding the Belgium transactions | |
| 22-Aug | 0.4 | Providing email comments regarding review of the Global Structuring Slide Deck | |
| 23-Aug | 1.8 | Call with S Diaz (PwC) regarding the refinancing of the Belgian receivable | |
| 25-Aug | 0.9 | Review and providing comments on WR Grace work plan from a Belgium reporting perspective | |
| 9-Sep | 0.4 | Question on the Swiss company Belgian residency issue and discussions with C Marty (PWC) | |
| 12-Sep | 0.6 | Company Conversion determination | |
| 13-Sep | 1.2 | Weekly Follow-up call with Client E Filon, D Poole, D Libow A Neilson (All Grace) T Chesla, V Flores, S Diaz (All PwC) | |
| 14-Sep | 0.6 | Addressing Belgium conversion issues with S Diaz (PwC) | |
| 20-Sep | 0.9 | Weekly Follow-up call with Client E Filon, D Poole, D Libow A Neilson (All Grace) T Chesla, V Flores, S Diaz (All PwC) | |
| 22-Sep | 0.4 | Check availability participation exemption for Italian shares | |
| 26-Sep | 0.9 | Call with A Nielsen, D Poole and Eubelius (Grace) Belgium on the conversion of DeNeef SA | |
| 27-Sep | 0.8 | Review of workplan | |
| | **29.8** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Christian Marty** | | | |
| 22-Aug | 0.7 | Review of revised slide deck | |
| 25-Aug | 1.9 | Discussions with M. Dumani (PwC) and reviewing and amending the step plan as it pertains to Switzerland | |
| 25-Aug | 1.2 | Providing written comments as to conversation with M. Dumani (PwC) | |
| 26-Aug | 1.1 | Providing steps for the work plan as it pertains to Switzerland | |
| 30-Aug | 0.8 | Calculation of subsidiary value for Swiss tax purposes | |
| 31-Aug | 1.2 | Conference call with T. Chesla and M. Dumani (All PwC) regarding the register of commerce excerpts, follow-up write-up pertaining to call outcome. | |
| 6-Sep | 2.3 | Research regarding Swiss Ruling, reviewing documents provided by the client and various emails regarding Swiss Transaction | |
| 7-Sep | 1.3 | Review of the restructuring from a Swiss perspective and various discussions with M Dumani (PwC) regarding the structure | |
| 9-Sep | 0.6 | Discussions with B Vandepitte (PwC) regarding Belgium requirements and providing written comments regarding Shareholder meetings with regards to Belgium | |
| 12-Sep | 1.9 | Valuations of Swiss, Dutch, Sweden & US company | |
| 13-Sep | 2.2 | Valuation, find third party contacts for Swiss director, Draft ruling | |
| 13-Sep | 3.0 | Valuation review, draft ruling | |
| | | Emails to T Chesla and V Flores (All PwC) to provide written responses regarding the Swiss ruling | |
| 14-Sep | 1.1 | Discussions with M Dumani (PwC) regarding the Swiss Ruling | |
| 14-Sep | 0.6 | Finalization of Swiss Ruling | |
| 15-Sep | 1.9 | Written correspondence to T Chesla (PwC) submission of finalized Swiss Ruling | |
| 15-Sep | 0.5 | Discussions with M Dumani (PwC) and written correspondence to submit finalized Swiss Ruling | |
| 19-Sep | 1.1 | Call regarding work plan and discussions with M Dumani (PwC) | |
| 20-Sep | 1.3 | Email A Neilson (Grace) regarding Swiss director, provide written comments to R Gale (pwc) regarding Lux employee requirement, participation in call regarding Swiss ruling, update of the ruling and providing M Dumani with written comments | |
| 21-Sep | 1.9 | Review agreements, review value of US participations, written comments to R Gale (PwC) | |
| 22-Sep | 1.1 | Discussions with M Dumani (PwC) and form 823 regarding Swiss ruling | |
| 26-Sep | 1.2 | Emails to T Chesla and V Flores (All PwC) to provide written responses regarding the Swiss ruling | |
| 27-Sep | 1.1 | | |
| 29-Sep | 1.9 | Swiss Ruling call with T Chesla (PWC), follow up email | |
| 30-Sep | 0.6 | Send final ruling, email team re amortization of participation, email re form 823 | |
| | **32.5** | | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Matthew Michael Chen** | | | |
| 4-Aug | 2.4 | Meeting with T. Anson (PwC) to discuss Internal Revenue Code Section 304/367 overlap transaction and the Review of the indirect stock transfer rules as they apply to Grace; Email  providing a written analysis to T. Anson (PwC) along with a brief call to discuss findings | |
| 5-Aug | 0.6 | Providing feedback regarding the gain recognition agreement /indirect stock transfer issue; providing written correspond with S. Mullaney (PwC); meeting with T. Anson and S. Mullaney (All PwC) to discuss gain recognition agreement/indirect stock transfer issues | |
| 8-Aug | 0.3 | Meeting with T. Anson (PwC) to discuss basis recovery and Gain recognition agreement question | |
| | **3.3** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| Name: Sean W Mullaney | | | |
| 5-Aug | 1.0 | Discussions regarding the indirect stock transfer issues and the need for a Gain Recognition Agreement. Discussions with M. Chen (PwC) regarding these issues. | |
| | 1.0 | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011- September 30, 2011

FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Todd Chesla

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| 5-Jul | 1.1 | Reviewing the slidedeck with Veronica Flores (PwC). | |
| 5-Jul | 1.9 | Research and update of implementation slidedeck. | |
| 5-Jul | 1.8 | Reviewing the engagement scoping and revised slidedeck with V.Flore's (PwC) changes. | |
| 7-Jul | 1.4 | Walk-through of slidedeck final deliverable with Miami Team R Gale, M Urse and Veronica Flores (All PWC) | |
| 12-Jul | 2.1 | Meeting with V Flores (PwC) regarding the next steps and Phase I Implementation | |
| 12-Jul | 1.9 | Meeting with V Flores (PwC) regarding the next steps, Phase II Implementation and proposed scope and fees | |
| 13-Jul | 3.9 | Meeting with Veronica Flores (PwC) regarding Phase I and II breakdown, necessary changes to the slide deck, providing guidance on the implementation work plan deliverable and breakdown of scope. | |
| 14-Jul | 2.1 | Constructing Phase I Implementation Plan and structure, obtaining timing for each matter within scope. | |
| 14-Jul | 1.7 | Update of master slidedeck for foreign comments. | |
| 14-Jul | 1.8 | Research and update of implementation slidedeck. | |
| 18-Jul | 1.6 | Reviewing updated Phase I step plan for accuracy as it pertains to Germany, Belgium and Italy. | |
| 19-Jul | 1.8 | Updating the Phase I Step plan with comments for Italy. | |
| 20-Jul | 0.2 | Board composition confirmations. | |
| 22-Jul | 1.9 | Internal discussions regarding the difference between Class A vs. Class B managers for the Luxembourg holding company. Ron Gale, Mike Urse, Veronica Flores (All PwC) | |
| 26-Jul | 2.0 | WR Grace Kick off meeting determining the next steps of the engagement Ron Gale, Mike Urse, Todd Chesla, (All PwC) & Debra Poole, Elyse Filon David Libow (All Grace) | |
| 28-Jul | 0.5 | Discussing section 304 issues with J Prettyman (PwC) as it pertains to Belgium and Italy entities. | |
| 28-Jul | 1.9 | Reviewing steps and the slides with Veronica Flores, Mike Urse and Ron Gale (All PwC) | |
| 3-Aug | 1.1 | Updating master slide deck to reflect most recent changes/activities | |
| 4-Aug | 1.0 | Updating master slide deck to reflect most recent changes/activities | |
| 8-Aug | 1.6 | Internal call to discuss follow up points and open items with R Gale, S Diaz, V Flores (All PwC) | |
| 9-Aug | 1.9 | Reviewing master slide deck and step plan call with B. Vandepitte (PvC). | |
| 10-Aug | 1.7 | Updating master slide deck to reflect most recent changes/activities | |
| 10-Aug | 1.1 | Review of slides and calculations | |
| 11-Aug | 2.0 | Updating master slide deck to reflect most recent changes/activities | |
| 11-Aug | 1.8 | Updating work plan to reflect the comments and changes to the master slide deck | |
| 11-Aug | 2.1 | Review of slides and calculations | |
| 15-Aug | 2.2 | Meeting preparation for PwC internal staff for client meeting and providing meeting details to everyone about WR Grace Structuring - as per Ron Gale (PwC) | |
| 15-Aug | 1.8 | Updating master slide deck to reflect most recent changes/activities | |
| 15-Aug | 1.9 | Updating scope breakout for client for client meeting on 8/16/11 | |
| 15-Aug | 2.1 | Determination of the future accounting treatment of certain steps for the audit team. | |

| Date | Hours | Description |
|---|---|---|
| 16-Aug | 8.1 | Implementation meeting at WR Grace with Client: R. Gale, M Dumani, M. Urse, B. Vandepitte, J.Underhill, S.Diaz (All PwC) E. Filon, D Poole, D Libow, (All GRACE) |
| 17-Aug | 2.1 | Updating benefits calculation for Grace meeting demonstrating the financial tax benefit of the proposed structure. |
| 17-Aug | 1.7 | Internal Discussions with S Diaz, V Flores (PWC) regarding the updates to the master side deck |
| 18-Aug | 1.9 | Reviewing and updating the master slide deck based on client meeting |
| 18-Aug | 1.7 | Reviewing and updating the work plan as per discussion in client meeting. |
| 19-Aug | 2.1 | Updating scope breakout for client to reflect discussions of the on-site client meeting on 8/16/11 |
| 22-Aug | 1.8 | Update of scope breakout as a result of discussions from foreign offices. |
| 29-Aug | 1.7 | Determination of the future accounting treatment of certain steps for the audit team. |
| 29-Aug | 1.9 | Updating the transaction step plan based on the relevant feed back from several country desks. |
| 29-Aug | 1.6 | Meeting with S Diaz (PwC) regarding the tax accounting issues resulting from the restructuring transaction. |
| 29-Aug | 1.2 | Conference call with S Diaz, V Flores ( All Pwc) and follow ups. |
| 31-Aug | 1.1 | Conference call with C Marty and M. Dumani (All PWC) regarding the register of commerce excerpts, follow-up write-up pertaining to call outcome. |
| 1-Sep | 2.6 | Work plan walkthrough for audit |
| 2-Sep | 2.9 | Tax accounting implications of transaction call with S Diaz (PwC) |
| 6-Sep | 1.4 | Meeting with S Diaz (All PwC) regarding the US tax opinion & outline |
| 6-Sep | 1.3 | Valuation call with Kevin Carrol, draft email for client (Grace) |
| 7-Sep | 1.9 | Swiss/Luxembourg Call, 8832 email for D. Libow, Audit Committee discussion points |
| 9-Sep | 1.2 | Call with pwc auditors E Gonokhin (PwC) regarding Belgium issues |
| 9-Sep | 1.1 | Drafting Email to D Poole (Grace) to provide written comments regarding the Swiss Board Meetings |
| 13-Sep | 1.6 | Weekly status call with client E Filon, D Poole, D Libow A Neilson (All Grace) T Chesla, V Flores, S Diaz (All PwC) |
| 14-Sep | 1.4 | Work plan update, Swiss director email for D Poole (Grace) |
| 16-Sep | 2.5 | Call with E Gonokhin (PwC) regarding the tax accounting implications of the Belgium transaction |
| 19-Sep | 1.6 | Updates to work plan and slide deck |
| 20-Sep | 1.7 | Call with S Diaz(PwC) regarding opinion and opinion outline |
| 20-Sep | 1.6 | Weekly Follow-up call with Client E Filon, D Poole, D Libow A Neilson (All Grace) B Vandepitte, V Flores, S Diaz (All PwC) |
| 21-Sep | 1.9 | Swiss ruling call Christian Marty, Veronica Flores, Sebastian Diaz (All PwC), Debra Poole, Sean Scarliss, Alexander Neilsen (All Grace), (2) Status call with, Veronica Flores, Sebastian Diaz (All PWC), |
| 23-Sep | 1.8 | Status call with R Gale (PwC) and review of work plan and slide deck |
| 26-Sep | 1.1 | Updating Work plan and meeting with S Diaz (PwC) to discuss the US Tax opinion. Conference call with D Libow (Grace) to discuss pending tax items |
| 26-Sep | 1.2 | Status call with R Gale and M Urse (All PwC) |
| 27-Sep | 0.9 | Correspondence with E Filon (Grace) regarding Luxembourg Branch |
| 27-Sep | 0.8 | Weekly status call with Client E Filon, D Poole, D Libow A Neilson (All Grace) S Diaz, V Flores (All PwC) |
| 29-Sep | 1.8 | Swiss Ruling call with C Marty (PWC), follow up email |
| 30-Sep | 1.9 | Updates to work plan and slide deck and various follow up emails |
| 30-Sep | 1.3 | Updating work plan to reflect the comments and changes to the master slide deck |
| | 114.3 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Victor Sebastian Diaz Parro**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 12-Aug | 1.4 | Updating the master slide deck to reflect most recent changes and activities |
| 12-Aug | 1.6 | Updating scope/ reviewing it to reflect changes requested by T Chesla (PWC). |
| 12-Aug | 3.2 | Updating work plan to reflect the comments and changes to the master slide deck |
| 16-Aug | 7.0 | Implementation meeting at WR Grace with client R. Gale, M Dumani, M. Ursa, B. Vandepitte, J.Underhill, T.Chesla (All PwC) E. Filon, D Poole, D Libow, (All GRACE) |
| 16-Aug | 1.9 | Preparation of meeting notes to circulate to internal team regarding follow ups and all other issues discussed during on-site client meeting |
| 17-Aug | 2.1 | Updating work plan to reflect the comments and changes to the master slide deck overview slides |
| 17-Aug | 1.6 | Internal Discussions with T Chesla, V Flores (All PWC) regarding the updates to the master slide Deck |
| 17-Aug | 2.0 | Updating work plan to reflect the comments and changes for Belgium entity |
| 17-Aug | 1.9 | Updating work plan to reflect the comments and changes for Luxembourg entity |
| 17-Aug | 2.1 | Updating the master slide deck to reflect most recent changes and activities for step 7 of the action plan |
| 17-Aug | 2.0 | Updating the master slide deck to reflect most recent changes and activities for step 8 of the action plan |
| 17-Aug | 0.6 | Updating the master slide deck to reflect most recent changes and activities for step 9 of the action plan |
| 18-Aug | 2.1 | Updating work plan to reflect the comments and changes for Luxembourg entity |
| 18-Aug | 1.9 | Updating work plan to reflect the comments and changes for Mexico entity |
| 18-Aug | 1.8 | Updating the master slide deck to reflect most recent changes and activities for step 8 of the action plan |
| 18-Aug | 2.2 | Updating the master slide deck to reflect most recent changes and activities for step 9 of the action plan |
| 18-Aug | 1.9 | Updating work plan to reflect the comments and changes |
| 19-Aug | 1.6 | Internal Discussions with R Gale, T Chesla (PWC) regarding the updates to the master slide deck and work plan |
| 19-Aug | 1.1 | Updates to work plan for Italy entity |
| 19-Aug | 2.1 | Updating the master slide deck to reflect most recent changes and activities for step 9b of the action plan |
| 19-Aug | 1.9 | Updating the master slide deck to reflect most recent changes and activities for step 9 of the action plan |
| 20-Aug | 2.1 | Updating the master slide deck to reflect most recent changes and activities for step 9a of the action plan |
| 20-Aug | 1.9 | Updating the master slide deck to reflect most recent changes and activities for step 9b of the action plan |
| 20-Aug | 1.9 | Updating the master slide deck to reflect most recent changes and activities for step 10 of the action plan |
| 20-Aug | 2.1 | Updating work plan to reflect the comments and changes to the master Slide deck for Belgium entities |
| 22-Aug | 1.9 | Updating the master slide deck to reflect most recent changes and activities for step 11 of the action plan |
| 22-Aug | 1.5 | Updating the master slide deck to reflect most recent changes and activities for step 13 of the action plan |
| 22-Aug | 1.4 | Updating work plan to reflect the comments and changes to the master Slide deck for Luxembourg entities |
| 22-Aug | 1.1 | Call with J Prettyman (PwC) to discuss US Tax Opinion open issues |
| 23-Aug | 1.9 | Drafting the comments on the work plan / slide deck regarding the refinance of the receivable |
| 23-Aug | 1.7 | Call with B Vandepitte (PwC) regarding the refinance of the receivable |
| 23-Aug | 2.1 | Drafting the comments on the work plan / slide deck regarding the refinance of the receivable |
| 23-Aug | 2.1 | Updating the master slide deck to reflect most recent changes and activities for step 15 of the action plan |
| 24-Aug | 1.6 | Updating the master slide deck to reflect most recent changes and activities for step 16 of the action plan |
| 24-Aug | 1.7 | Updating the master slide deck to reflect most recent changes and activities for step 7 of the action plan |
| 24-Aug | 2.0 | Updating master slide deck to reflect changes to the final structure of the WR Grace organization |
| 24-Aug | 2.0 | Updating the master slide deck to reflect most recent changes and activities for step 18 of the action plan |
| 25-Aug | 1.1 | Updating work plan to reflect PwC Luxembourg comments |
| 26-Aug | 1.0 | Discussions with J Prettyman and V Flores (All PwC) regarding the technical outline for Opinion |
| 26-Aug | 1.9 | Updating work plan to reflect the comments and changes to the master Slide deck |
| 29-Aug | 1.6 | Preparation of EL (1.5) Meeting with T Chesla(PwC) on tax accounting issues (1.0) call with Italian desk A Distefano (All PwC) (0.5) |
| 29-Aug | 1.4 | Meeting with T Chesla, V Flores (PwC) regarding the tax accounting issues resulting from the global restructuring |
| 30-Aug | 2.1 | Updating work plan to reflect the comments and changes to the master slide deck |

31-Aug    0.6    Lux tax considerations of Step 2 (0.5)

**W.R. Grace & Co.**
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| **Name: Veronica Flores** | | | |
| 5-Jul | 0.9 | WR Grace Global restructuring. Going over the slides and final deliverable with Miami Team Todd Chesla (All PWC) | |
| 7-Jul | 1.9 | WR Grace Global restructuring. Going over the slides and final deliverable with Miami Team Todd Chesla, Ron Gale and Mike Urse (All PWC) | |
| 12-Jul | 2.1 | Meeting with Todd Chesla (PwC) regarding the next Steps and Phase I implementation | |
| 12-Jul | 2.2 | Meeting with Todd Chesla (PwC) regarding the Next Steps and Phase II implementation and proposed scope and fees | |
| 13-Jul | 3.9 | Meeting with Todd Chesla (PwC) Regarding Phase I and II breakdown, then necessary changes to the slide deck, providing guidance on the implementation work plan deliverable and breakdown of the scope | |
| 13-Jul | 0.9 | Revising Step Plan and writing follow up emails and edits to the Master slide deck as per the Phase I and Phase II breakdown meeting | |
| 22-Jul | 1.4 | Internal discussions regarding the difference between Class A vs. Class B managers and the Luxembourg holding company level. Ron Gale, Mike Urse, Todd Chesla (All PwC) | |
| 26-Jul | 1.8 | WR Grace Kick off meeting determining the next steps of the engagement Ron Gale, Mike Urse, Todd Chesla, (All PwC) & Debra Poole, Elyse Filon David Libow (All Grace) | |
| 27-Jul | 3.2 | Updating the Master slide deck as per Todd Chesla (PwC) Re: next-steps meeting. | |
| 28-Jul | 1.4 | Reviewing of the Phase I steps and the Corresponding slides with Todd Chesla, Mike Urse and Ron Gale (All PWC) | |
| 2-Aug | 2.0 | Creation of  detailed Work plan for the Implementation of the Grace Restructuring | |
| 2-Aug | 1.9 | Revising Step Plan and writing follow up emails and edits to the Master slide deck as per the Phase I and Phase II breakdown meeting | |
| 2-Aug | 1.1 | Research regarding Foreign Investment In Real Property Tax Act Issue | |
| 3-Aug | 2.1 | Follow up on status of deliverables and timeline to provide to client | |
| 3-Aug | 1.6 | Drafting of the US Tax opinion outline | |
| 3-Aug | 1.5 | Updating Work plan to reflect the comments and changes to the Master Slide deck as per T Chesla (PwC) | |
| 8-Aug | 0.9 | Emails and correspondence with Spanish Desk, and Italian Desk | |
| 9-Aug | 2.1 | Updating Master Slide deck to reflect most recent changes/activities requesting information from A DeStefanno regarding Italian transaction | |
| 10-Aug | 2.0 | Updating Master Slide deck to reflect most recent changes/activities | |
| 10-Aug | 1.9 | Requesting information from A DeStefanno regarding Italian transaction | |
| 15-Aug | 1.2 | Providing Todd with the US Branch activities workbook | |
| 17-Aug | 1.6 | Call to discuss the pending items and the structuring of the slides T Chesla,  S Diaz (All PWC) and the creation of the implementation contact list | |

| Date | Hours | Description |
|---|---|---|
| 19-Aug | 1.9 | Updating Work plan to reflect the comments and changes to the Master Slide deck |
| 22-Aug | 2.0 | Follow up email to various team members to obtain pending information, Circulating Contact list for the Implementation of Grace Restructuring to All teams |
| 23-Aug | 1.4 | Updating the Master Slide deck to reflect most recent changes and activities |
| 24-Aug | 1.1 | Edits to the Engagement Letter for Phase II. |
| 26-Aug | 1.6 | Discussions with S. Diaz and J Prettyman (All PWC) regarding the Technical Outline for Opinion |
| 29-Aug | 1.9 | Call to discuss the pending items and the structuring of the slides T Chesla S Diaz (All PwC)(1.5) the creation of the contact list (.5) |
| 29-Aug | 1.1 | Updating Master Slide deck to reflect most recent changes/activities |
| 30-Aug | 1.6 | WR Grace weekly update call E Filon, D Poole, D Libow (GRACE) Updating the work plan and filing emails to DMS, scheduling emails to team regarding the Revenue Rulings discussed on Call |
| 30-Aug | 1.4 | Updating timeline breakout for client to reflect foreign office input/ discussions |
| 31-Aug | 2.1 | Research regarding Foreign Investment in Real Property Tax Act Issue |
| 1-Sep | 1.9 | Updates to work plan and slide deck |
| 2-Sep | 2.0 | Follow up on status of deliverables and timeline to provide to client |
| 5-Sep | 2.1 | Filing emails and relevant documents to Document Management System |
| 6-Sep | 1.1 | Follow up on status of deliverables and timeline to provide to client |
| 6-Sep | 0.4 | Call with S Diaz Regarding the US Tax opinion Issues outline |
| 7-Sep | 1.8 | Reviewing Foreign Investment in Real Property Tax Act Issues |
| 8-Sep | 1.4 | Drafting of the US Tax opinion outline |
| 9-Sep | 1.7 | Filing emails and relevant documents to Document Management System |
| 9-Sep | 1.6 | Updates to work plan and slide deck |
| 9-Sep | 1.4 | Conference call with S Diaz (pwc) providing comments to US tax outline |
| 12-Sep | 1.3 | Drafting of the US Tax opinion outline |
| 12-Sep | 1.4 | Revising Contact list as per E Filon (Grace) request reviewing Foreign Investment in Real Property Tax Act Issues |
| 13-Sep | 1.6 | Weekly Follow-up call with Client E Filon, D Poole, D Libow A Neilson (All Grace)B Vandepitte, T Chesla, S Diaz (All PwC) |
| 19-Sep | 0.9 | Providing A DeStefano (PwC) the Organizational chart and Engagement Management |
| 20-Sep | 0.6 | Call with T Chesla, S Diaz (All PwC) to discuss US Tax Opinion Outline |
| 20-Sep | 1.4 | Weekly Follow-up call with Client E Filon, D Poole, D Libow A Neilson (All Grace)B Vandepitte, T Chesla, S Diaz (All PwC) |
| 21-Sep | 1.9 | Swiss Ruling call Debra Poole, Sean, Alexander Neilson (All Grace), (2) Status call with, Todd Chesla, Sebastian Diaz (All PWC), |
| 23-Sep | 1.1 | Reviewing fee quotes from Lux (accepting in database) Setting up call/various emails to L McDonald (PWC), \ to coordinate state and local tax issues/responses to client |
| 26-Sep | 0.9 | Setting up client access to online document archive |
| 26-Sep | 1.2 | Email to L McDonald Regarding Florida Filing Requirements |
| 26-Sep | 1.9 | Follow up email to foreign offices to determine the filing requirements for each step on the work plan if any. |
| 26-Sep | 1.1 | Follow up on status of deliverables and timeline to provide to client |
| 26-Sep | 0.9 | Preparing the comparable fees for US Branch regarding Tax, Audit, and Treasury Call with Pavel regarding treasury rates as per E Filon (Grace) |
| 26-Sep | 1.9 | Researching top company ownership and publically traded shares for A DeStefano to determine applicability of the Italian/USA treaty to the transaction within the step plan |

| Date | Hours | Description |
|---|---|---|
| 27-Sep | 1.1 | Preparing the comparable fees for US Branch regarding Tax , Audit, and Treasury. Review of treasury rates |
| 27-Sep | 0.9 | Weekly status call with Client E Filon, D Poole, D Libow A Neilson (All Grace) T Chesla, S Diaz (All PwC) |
| 27-Sep | 1.9 | Preliminary call with L McDonald (PwC) regarding the Florida tax filings |
| 28-Sep | 0.6 | Email to A DeStefano (PwC) regarding open items for Italy |
| 28-Sep | 0.9 | Follow up emails regarding Florida implementation tax, Emails regarding Belgium / Italian Tax treatment |
| 28-Sep | 1.4 | Writing email to E Filon (Grace) Regarding the Florida State tax implications of the Branch.  Running Long Text Reports |
| 28-Sep | 1.6 | Circulating emails to the various teams/desks providing updated slides and follow up questions and open issues to be addressed, addressing previous open issues regarding the Master slide deck and coordinating future team meetings |
| 28-Sep | 1.5 | Updating Master Slide deck to reflect most recent changes/activities |
| | **99.1** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| **Name: Jennifer E Breen** | | | |
| 26-Sep | 1.5 | Call with S Diaz (PwC) to discuss Foreign Investment in Real Property Tax Act issues as they pertain to restructuring transaction | |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| **Name: Beatrice Rivero** | | | |
| 4-Aug | 1.0 | Meeting preparation for PwC internal staff for client meeting and providing meeting details to everyone regarding: WR Grace Structuring - as per Ron Gale (PwC) | |
| 15-Aug | 0.6 | Meeting preparation for PwC internal staff for client meeting and providing meeting details to everyone regarding: WR Grace Structuring - as per Ron Gale (PwC) | |
| 22-Aug | 0.4 | Prepare client deliverables for K.Kral and E. Filon (GRACE) -Per R. Gale's (PwC) request. | |
| 24-Aug | 0.9 | Preparing client presentation packages for R.Gale (PwC) | |
| 7-Sep | 1.0 | Providing assistance in the production of final deliverable for client | |
| 26-Sep | 0.3 | Preparing client presentation packages for R Gale (PwC) | |
| | **4.2** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Elizabeth Ruiz** | | | |
| 8-Aug | 0.1 | Assisting with meeting preparation for PwC internal staff for client meeting and providing meeting details to everyone re: WR Grace Structuring. | |
| | **0.1** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|---|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | | |
| **Name: Ingrid Macdonald** | | | |
| 11-Aug | 0.8 | Meeting preparation for PwC internal staff for client meeting and providing meeting details | |
| 12-Aug | 0.7 | Preparing client presentation package for client status meeting | |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** | |

W.R. Grace & Co.
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011- September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|--------------------------------|-------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | | |
| Name: Judith L Ellington | | | |
| 25-Aug | 0.2 | Preparing presentation for PwC meeting with client regarding status of project | |
| | 0.2 | Total Grace Financial Statement Audit Charged Hours | |

W.R. Grace & Co.

W.R. Grace & Co. Time Tracking - Global Restructuring

For the Billing Period July 1, 2011 - September 30, 2011

| Date | Hours | Description of Services Provided | Notes |
|------|-------|-----------------------------------|-------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Rosemary Biancaniello

| Date | Hours | Description of Services Provided | Notes |
|------|-------|-----------------------------------|-------|
| 2-Aug | 0.3 | Meeting preparation for PwC internal staff for client meeting and providing meeting details to B. Vandepitte | |
| 3-Aug | 0.5 | Meeting preparation for PwC internal staff for client meeting and providing meeting details to B. Vandepitte | |
| 5-Aug | 0.5 | Preparing presentation for PwC meeting with client regarding status of project | |
| 8-Aug | 0.3 | Preparing presentation for PwC meeting with client regarding status of project | |
| | **1.6** | Total Grace Financial Statement Audit Charged Hours | |