## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtors | Jointly Administered |
| | Chapter 11 |
| | |
| | Related to Doc. No. 27884 |

## ORDER DENYING WITHOUT PREJUDICE REQUEST TO
## OBTAIN MAILING MATRIX WITHOUT PAYMENT OF COSTS

**AND NOW,** this **7**th day of **November, 2011**, **WHEREAS** Burrell Johnson has filed a request to obtain the mailing matrix in this case without paying the cost established by the Judicial Conference of the U.S. Courts;

**WHEREAS** Burrell Johnson has stated no basis for receiving the matrix in this case which has a confirmed plan of reorganization;

It is **ORDERED** that the request to obtain the mailing matrix without payment of costs is denied.

*Judith K. Fitzgerald*  **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge

cm:   Burrell Johnson, Jr.
      #00241395-A
      2664(FM) 2054 Mark. W. Michael
      Tennessee-Colony, TX  75886