**Attachment A-1**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July 1, 2011 - September 30, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Period Ended July 1, 2011 -
September 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 9.0 | $ 6,195.06 |
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 11.0 | $ 10,840.72 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 91.0 | $ 72,462.40 |
| Daniel J Zwarn | Audit Partner | 20+ | Integrated Audit | $ 796.30 | 0.5 | $ 398.15 |
| John L Gibson | Audit Partner | 20+ | Integrated Audit | $ 787.40 | 1.0 | $ 787.40 |
| George Baccash | Tax Partner | 20+ | Integrated Audit | $ 618.80 | 5.0 | $ 3,094.00 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 15.9 | $ 6,946.40 |
| Heather Stanislaus | Audit Senior Manager | 9 | Integrated Audit | $ 763.27 | 10.5 | $ 8,014.34 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 140.0 | $ 61,163.20 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 85.6 | $ 37,396.93 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 410.80 | 100.3 | $ 41,203.24 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 14.8 | $ 4,680.22 |
| Brad I Hurst | Audit Manager | 7 | Integrated Audit | $ 527.05 | 1.8 | $ 948.69 |
| Brian C Wiegmann | Audit Manager | 7 | Integrated Audit | $ 678.17 | 0.3 | $ 203.45 |
| Todd Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 4.0 | $ 1,248.00 |
| Konstantinos Theocharidis | Audit Senior Associate | 5 | Integrated Audit | $ 431.80 | 1.0 | $ 431.80 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 300.5 | $ 77,471.92 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 234.95 | 58.0 | $ 13,627.13 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 357.5 | $ 86,264.75 |
| William Beck | Audit Senior Associate | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Jennifer Lynn Bosanac | Audit Senior Associate | 4 | Integrated Audit | $ 285.76 | 4.0 | $ 1,143.04 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 33.0 | $ 7,893.60 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 300.9 | $ 54,264.30 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 377.5 | $ 68,078.34 |
| Pocha Bromiley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 82.9 | $ 14,950.18 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 44.5 | $ 8,307.71 |
| Janice Patricia McConegly | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 95.5 | $ 17,828.90 |
| Jamie Kunkel | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 126.8 | $ 22,867.11 |
| Crystal Jamison | Audit Associate | 1 | Integrated Audit | $ 171.46 | 19.0 | $ 3,257.74 |

{02411:PLDG:10155596.DOC}

| Name | Title | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Alfiya Galieva | Audit Associate | 1 | Integrated Audit | 163.83 | 84.0 | $ 13,761.72 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | 130.81 | 23.1 | $ 3,021.71 |
| Michael Potts | Audit Associate | 1 | Integrated Audit | 130.81 | 62.5 | $ 8,175.63 |
| Veronica Joelle Flores | Tax Associate | 1 | Integrated Audit | 161.20 | 23.5 | $ 3,788.20 |
| Melissa Ranson | Project Specialist | 1 | Integrated Audit | 171.46 | 1.0 | $ 171.46 |
| Maricel M Vera | Project Specialist | 1 | Integrated Audit | 118.00 | 1.8 | $ 212.40 |
| Maria L Yapur | Project Specialist | 1 | Integrated Audit | 118.00 | 3.0 | $ 354.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | 118.00 | 0.5 | $ 59.00 |
| Gargi Chakraborty | Project Specialist | 1 | Integrated Audit | 118.00 | 7.0 | $ 826.00 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | 118.00 | 5.6 | $ 660.80 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 118.00 | 5.5 | $ 649.00 |
| Gonzalo Palacios | Project Specialist | 1 | Integrated Audit | 118.00 | 13.0 | $ 1,534.00 |
| Diego de Vera | Project Specialist | 1 | Integrated Audit | 118.00 | 0.5 | $ 59.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 127.00 | 3.1 | $ 393.70 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | 118.00 | 0.2 | $ 23.60 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 127.00 | 1.3 | $ 165.10 |
| Luis Benitez Amatti | Project Specialist | 1 | Integrated Audit | 127.00 | 4.8 | $ 609.60 |
| Maria Simeone Neira | Project Specialist | 1 | Integrated Audit | 127.00 | 8.5 | $ 1,079.50 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | 127.00 | 5.0 | $ 635.00 |
| Timothy F Schmidt | Audit Intern | 1 | Integrated Audit | 63.50 | 40.3 | $ 2,566.47 |
| Totals | | | | | 2,588.5 | $ 672,879.28 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals      66.0                 $ 9,718.14

## Summary of PwC's Fees By Project Category:
## July 1, 2011 - September 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |

{02411:PLDG:10155596.DOC}

| Category | Hours | Amount |
|---|---|---|
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 66.0 | $ 9,718.14 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,588.5 | $672,879.28 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,654.5 | $ 682,597.42 |

Expense Summary
July 1, 2011 - September 30, 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $7,934.27 |
| Lodging | N/A | $2,230.70 |
| Sundry | N/A | $33.98 |
| Business Meals | N/A | $837.79 |
| TOTAL: | | $ 11,036.74 |

{02411:PLDG:10155596.DOC}

## Summary of PwC's Fees for Additional Projects:
## Forty-Second Interim Quarterly Reporting Period

PwC also respectfully requests allowance of compensation of the fees and reimbursement of the expenses with respect to the below listed special project applications. These applications were not included in the monthly applications as separate monthly applications were filed for each project. The projects are submitted with their own monthly applications since each project's fees are negotiated separately with the client and separate fee approvals for each project are submitted to the bankruptcy courts. In addition, billable rates for the projects vary.

**Audit Services.** The Applicant provided the following services:

a. Audit work for the Darex Puerto Rico annual financial statement audits

   Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period May Through July 2011, (Docket No. 27542)

   Fees: $24,039.11          Expenses: $94.80

**Tax Services.** The Applicant provided the following services:

a. Tax work in regards to WR Grace Global Restructuring

   Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period April 1, 2011 Through July 31, 2011, (Docket No. 27543)

   Fees: $69,807.20          Expenses: n/a

   Supplemental Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for July, 2011, (Docket No. 27680)

   Fees: $5,160.65           Expenses: n/a

{02411:PLDG:10155604.DOC}

Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period August 1, 2011 through September 30, 2011, (Docket No. 27886)

    Fees: $206,388.60                        Expenses: n/a

    **Total fees: $281,356.45**              **Total expenses: n/a**

**Attachment A-2**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**2010 Darex Puerto Rico Audit for July 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Current Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Darex | $ 606.70 | 6.0 | $ 3,640.20 |
| Justin Bray | Audit Senior Manager | 9 | Darex | $ 368.08 | 9.5 | $ 3,496.76 |
| Pavel Katsiak | Audit Senior Associate | 4 | Darex | $ 196.88 | 41.0 | $ 8,072.08 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Darex | $ 151.94 | 52.2 | $ 7,931.27 |
| Jamie Kunkel | Audit Associate | 1 | Darex | $ 107.00 | 8.4 | $ 898.80 |
| Totals | | | | | 117.1 | $ 24,039.11 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

**Totals**       0.0              $ 0.00    -

{02411:PLDG:10155597.DOC}

Case 01-01139-AMC    Doc 27888-4    Filed 11/07/11    Page 8 of 13

## Summary of PwC's Fees By Project Category:
## Darex Puerto Rico Project for July 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 117.1 | $24,039.11 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 117.1 | $24,039.11 |

## Expense Summary
## 2010 Darex Puerto Rico Audit for July 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 94.80 |

{02411:PLDG:10155597.DOC}

| Lodging | N/A | $0.00 |
|---|---|---|
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $94.80 |

**Attachment A-3**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July 1, 2011 - September 30, 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the Billing Period July 1, 2011 - September 30, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Auke Lamers | Partner | 20+ | Global Restructuring | $918.50 | 1.3 | $1,194.05 |
| Bernard Moens | Partner | 20+ | Global Restructuring | $742.50 | 2.0 | $1,485.00 |
| George B Baccash | Partner | 20+ | Global Restructuring | $654.50 | 4.0 | $2,618.00 |
| Horacio E Sobol | Partner | 20+ | Global Restructuring | $803.00 | 1.5 | $1,204.50 |
| James H Prettyman | Partner | 20+ | Global Restructuring | $804.43 | 7.0 | $5,631.01 |
| John Salerno | Partner | 20+ | Global Restructuring | $918.50 | 0.5 | $459.25 |
| Lei Wang | Partner | 20+ | Global Restructuring | $918.50 | 3.0 | $2,755.50 |
| Martin J Collins | Partner | 20+ | Global Restructuring | $742.50 | 1.0 | $742.50 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $858.00 | 32.5 | $27,885.00 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $918.50 | 19.2 | $17,635.20 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $748.00 | 27.5 | $20,570.00 |
| Timothy F Anson | Partner | 20+ | Global Restructuring | $891.00 | 8.0 | $7,128.00 |
| Carl A Dubert | Partner | 20+ | Global Restructuring | $742.50 | 1.0 | $742.50 |
| John A Salerno | Partner | 20+ | Global Restructuring | $918.50 | 1.0 | $918.50 |
| Jody Underhill | Director | 15 | Global Restructuring | $434.50 | 7.5 | $3,258.75 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $434.50 | 2.5 | $1,086.25 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $654.50 | 2.5 | $1,636.25 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $654.50 | 29.8 | $19,504.10 |
| Christian Marty | Director | 8 | Global Restructuring | $683.42 | 36.5 | $24,944.83 |
| Matthew Michael Chen | Director | 8 | Global Restructuring | $660.00 | 3.3 | $2,178.00 |
| Sean W Mullaney | Director | 8 | Global Restructuring | $660.00 | 1.0 | $660.00 |
| Jennifer E Breen | Director | 8 | Global Restructuring | $621.50 | 1.5 | $932.25 |
| Gilles J de Vignemont | Director | 14 | Global Restructuring | $654.50 | 9.0 | $5,890.50 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $330.00 | 198.8 | $65,604.00 |
| Sophia WK Chan | Manager | 6 | Global Restructuring | $533.50 | 2.0 | $1,067.00 |
| Victor Sebastian Diaz Parro | Senior | 4 | Global Restructuring | $253.00 | 128.3 | $32,459.90 |
| Veronica Joelle Flores | Staff - Experienced | 2 | Global Restructuring | $170.50 | 178.0 | $30,349.00 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $99.00 | 4.5 | $445.50 |
| Elizabeth Ruiz | Executive Assistant | 4 | Global Restructuring | $99.00 | 0.1 | $9.90 |
| Ingrid Macdonald | Executive Assistant | 4 | Global Restructuring | $99.00 | 1.5 | $148.50 |
| Judith L Ellington | Executive Assistant | 4 | Global Restructuring | $121.00 | 0.2 | $24.20 |
| Rosemary Biancaniello | Executive Assistant | 4 | Global Restructuring | $99.00 | 1.6 | $158.40 |

{02411:PLDG:10155598.DOCX}

| Maureen Ann Tierney Bravo | Executive Assistant | 2 | Global Restructuring | $ 99.00 | 0.3 | $ 30.11 |
|---|---|---|---|---|---|---|
| Totals | | | | | 718.4 | $ 281,356.45 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court

Totals    0    $ 0

## Summary of PwC's Fees By Project Category:
## July 1, 2011 - September 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation | | |

{02411:PLDG:10155598.DOCX}

| Consulting | | |
|---|---|---|
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | 718.4 | $281,356.45 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 718.4 | $ 281,356.45 |

Expense Summary
July 1, 2011 - September 30, 2011

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $0 |
| Lodging | N/A | $0 |
| Sundry | N/A | $0 |
| Business Meals | N/A | $0 |

{02411:PLDG:10155598.DOCX}

**TOTAL:** $0

{02411:PLDG:10155598.DOCX}