IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | **Ref. Docket No. 27859** |
| Debtors. ) | **Objection Deadline: 11/22/2011** |
| ) | **Hearing Date: Scheduled if Necessary** |

**CORRECTED COVER SHEET
SEVENTY-FOURTH MONTHLY INTERIM APPLICATION
OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF JULY 1, 2010 TO JULY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | July 1, 2010 through July 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $11,010.00 |
| 80% of Fees to be Paid: | $8,808.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $5.20 |
| Total Fees @ 80% and Expenses: | $8,813.20 |

This is an:    __X__ interim    ____ monthly    ____ final application

The total time expended for fee application preparation during this time period was 0.2 hours and the corresponding fees were $90.00. The time spent for this matter will be requested in subsequent monthly interim applications.