IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
|  | Ref. Docket No. 27860 |
| Debtors. | Objection Deadline: <u>11/22/2011</u> |
|  | Hearing Date: Scheduled if Necessary |

<u>CORRECTED</u> COVER SHEET
SEVENTY-FIFTH MONTHLY INTERIM APPLICATION
OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF AUGUST 1, 2010 TO AUGUST 31, 2010

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, PI Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | August 1, 2010 through August 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,635.00 |
| 80% of Fees to be Paid: | $1,308.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4.80 |
| Total Fees @ 80% and Expenses: | $1,312.80 |

This is an:     __X__ interim     ____ monthly     ____ final application

The total time expended for fee application preparation during this time period was 0.6 hours and the corresponding fees were $90.00. The time spent for this matter will be requested in subsequent monthly interim applications.