IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| | Ref. Docket No. 27861 |
| Debtors. | Objection Deadline: **11/22/2011** |
| | Hearing Date: Scheduled if Necessary |

## CORRECTED COVER SHEET
## SEVENTY-SIXTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2010 TO SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, PI Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | September 1, 2010 through September 30, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,335.00 |
| 80% of Fees to be Paid: | $1,068.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $74.30 |
| Total Fees @ 80% and Expenses: | $1,142.30 |

This is an:    __X__ interim    ____ monthly    ____ final application

The total time expended for fee application preparation during this time period was 0.1 hours and the corresponding fees were $45.00. The time spent for this matter will be requested in subsequent monthly interim applications.