UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace , | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Philips Analytical Inc And Panalytical Inc. , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Philips Analytical Inc And Panalytical Inc. | Philips Analytical Inc And Panalytical Inc. c/o Claims Recovery Group LLC |
| 12 Michigan Dr | 92 Union Avenue |
| Natick , MA 1760 | Cresskill, NJ 07626 |

Dated: Friday, October 28, 2011

Respectfully submitted 10/29/11

Rik Kerstens
Philips Analytical Inc And Panalytical Inc.
12 Michigan Dr
Natick , MA 1760