**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc., | Case No.: 02-12687 |
| | **Docket No. 3700** |
| Armstrong World Industries, Inc., | Case No.: 00-4471 |
| | **Docket No. 10760** |
| Combustion Engineering, Inc., | Case No.: 03-10495 |
| | **Docket No. 3440** |
| The Flintkote Company, | Case No.: 04-11300 |
| | **Docket No. 6255** |
| Kaiser Aluminum Corp., | Case No.: 02-10429 |
| | **Docket No. 10170** |
| Owens Corning, | Case No.: 00-3837 |
| | **Docket No. 21030** |
| US Mineral Products Company, | Case No.: 01-2471 |
| | **Docket No. 3937** |
| USG Corp., | Case No.: 01-2094 |
| | **Docket No. 12655** |
| W.R. Grace & Co., | Case No.: 01-1139 |
| Debtors. | **Docket No. 27749** |

**CERTIFICATE OF SERVICE**

I, Natalie D. Ramsey, hereby certify that on November 9, 2011, I caused the *Designation of Additional Items to be Included in the Record on Appeal by Appellees, Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP* to be served (i) via the ECF system in the

above cases, and (iii) via United States first class mail, postage prepaid, on the parties listed on the attached Exhibit A.

                                              MONTGOMERY, MCCRACKEN,
                                                 WALKER & RHOADS, LLP

                                           */s/ Natalie D. Ramsey*
                                           Natalie D. Ramsey (DE 5378)
                                           1105 North Market Street, Suite 1500
                                           Wilmington, DE 19801
                                           Telephone:  (302-504-7830)
                                           Facsimile:   (302-504-7820)

                                           *Counsel to the above-named firms*

# EXHIBIT A

Gregory W. Werkheiser
Matthew B. Harvey
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Arthur H. Stroyd, Jr.
Matthew T. Logue
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222

Kevin E. Irwin
Jennifer J. Morales
KEATINGMUETHING&KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202

Debra Dandeneau
WEIL GOTSHAL &MANGES LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey N. Rich
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000

Gregory M. Gordon
Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW &HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Scott J. Leonhardt
Frederick B. Rosner
THE ROSNER LAW GROUP LLC
824 Market Street
Suite 810
Wilmington, DE 19801

Mark D. Collins
Jason Madron
RICHARDS LAYTON&FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Laura Davis Jones
James E. O'Neill, Curtis A. Hehn
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Daniel J. DeFranceschi
Paul N. Heath, Jason M. Madron
RICHARDS, LAYTON&FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mark Minuti
SAUL EWING LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

Elihu Inselbuch
CAPLIN&DRYSDALE CHARTERED
375 Park Avenue
35th Floor
New York, NY 10152-3500

Adam H. Isenberg
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

David G. Heiman
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

Peter Van N. Lockwood
Trevor W. Swett III
CAPLIN & DRYSDALE CHARTERED
One Thomas Circle N.W., Suite 1100
Washington, DC 20005

David Ziegler, James J. Restivo
Douglas E. Cameron
REED SMITH LLP
Reed Smith Centre, 225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222

Michael G. Zanic
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Joseph F. Rice
John Baden
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Douglas A. Campbell
Philip E. Milch
David B. Salzman
CAMPBELL & LEVINE LLC
1700 Grant Building, 310 Grant Street
Pittsburgh, PA 15219

Brad B. Erens
JONES DAY
777 West Wacker Drive
Chicago, IL 60601

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL 60654

Rosalie J. Bell, Esq.
Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239-2799

Peter J. Ashcroft
BERNSTEIN LAW FIRM P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Sander L. Esserman, David A. Klinger
David J. Parsons, Cliff I. Taylor
STUTZMAN BROMBERG ESSERMAN
& PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Roberta A. DeAngelis United States Trustee
c/o Richard L. Schepacarter
David M. Klauder, US Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Marla Eskin
Mark Hurford
CAMPBELL &LEVINE LLC
800 North King Street, Suite 300A
Wilmington, DE 19801