# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that, on November 9, 2011, a true and correct copy of the *Appellees', The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, Re-Statement of the Issues on Appeal and Designation of Additional Items to be Included in Record on Appeal* was served on the parties listed below via first class mail and/or electronic mail and on all other parties registered for electronic service via CM/ECF.

| | |
|---|---|
| Garland S. Cassada, Esq. <br> Richard C. Worf, Jr., Esq. <br> Robinson, Bradshaw & Hinson <br> 101 North Tryon Street, Suite 1900 <br> Charlotte, NC 28246 <br> gcassada@rbh.com <br> rworf@rbh.com | Gregory W. Werkheiser, Esq. <br> Matthew B. Harvey, Esq. <br> Morris, Nichols, Arsht & Tunnell, LP <br> 1201 N. Market Street, 18th Floor <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> gwerkheiser@mnat.com <br> mharvey@mnat.com |
| Arthur H. Stroyd, Jr., Esq. <br> Matthew T. Logue, Esq. <br> Del Sole Cavanough Stroyd LLC <br> The Waterfront Building <br> 200 First Avenue, Suite 300 <br> Pittsburgh, PA 15222 <br> astroyd@dscslaw.com <br> mlogue@dscslaw.com | |

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
THE HOGAN FIRM