# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2011 THROUGH
# JANUARY 31, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


November 3, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                            File    WRG-AUS/JCP
                                            Invoice number   100488

     Re: W. R. Grace & Co.
         David T. Austern
Case No.: 01-01139 (RLB)


            Subtotal for FEES only: 01/31/11      $7,058.50
            Subtotal for COSTS only: 01/31/11        $104.16
                                                 -------------
     CURRENT PERIOD FEES AND COSTS: 01/31/11      $7,162.66
                                                 -------------

                             PAY THIS AMOUNT      $7,162.66
                                                 =============


****************************************************************

     Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

November 3, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100488

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CLAIMS ADMINISTRATION AND OBJECTIONS | 8.4 | 3,928.00 |
| FEE/EMPLOYMENT APPLICATIONS | 1.6 | 264.00 |
| LITIGATION | 2.8 | 1,330.00 |
| CASE ADMINISTRATION | 0.1 | 16.50 |
| PLAN AND DISCLOSURE STATEMENT | 3.2 | 1,520.00 |
| Subtotal for FEES only: 01/31/11 | 16.1 | $7,058.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 14.20 | 14.20 | 6,745.00 | 0.00 | 0.00 |
| 165.00 | CAH | 1.90 | 1.90 | 313.50 | 0.00 | 0.00 |
| Totals | | 16.10 | 16.10 | 7,058.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 100488 to 100488
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 01/14/11 | E-mail to John C. Phillips, Jr. re: status. | 0.10 | 16.50 | Ca |
| | | | | | ----- | ------ | |
| | | | | | 0.10 | 16.50 | |
| | | | | | ----- | ------ | |
| | | | | | 0.10 | 16.50 | |
| | | | | | ----- | ------ | |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | CAH | 01/03/11 | Review of e-mails from D. Felder and M. Hurford re: filing of Joinder of FCR on Order Approving Settlement and Release with CNA Companies. | 0.20 | 33.00 | Co |
| | | | | | ----- 0.20 ----- | ------ 33.00 ------ | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/03/11 | E-mail from and e-mail to Debbie Felder re: availability for 1/3/11 filing (.1); e-mail from local counsel for Personal Injury Committee re: same (.1); e-mail from Celeste A. Hartman re: same (.1); e-mail from Debbie Felder to counsel for Personal Injury Committee re: Joinder in Debtors' Motion to Approve CNA Settlement Agreement with enclosure (.1); review of same (.1); e-mail from counsel for Personal Injury Committee approving same (.1); e-mail from Debbie Felder authorizing approval of same (.1); e-mail to local counsel for Personal Injury Committee approving same (.1); e-mail from counsel for Personal Injury Committee serving same (.1); review of Debtors' Motion to File Reply to Objections of Libby Claimants and BNSF RR to Debtors' Motion to Approve Settlement with CNA with enclosure (.1); review of Debtors' Reply Brief and proposed Order (.8); review of CNA's Motion to File Reply in Support of Debtors' Motion to Approve Settlement with CNA with enclosure (.1); review of CNA's Reply and proposed Order (1.0); review of CNA Declaration in support of its Reply (.4). | 3.30 | 1,567.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/07/11 | Review of Amended Agenda for 1/10/11 Hearing; review of Debtors' Reply to Libby Claimants' and BNSF's Objections to CNA Settlement as filed; review of Debtors' Objections to Libby Claimants' Request for Production. | 0.50 | 237.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/07/11 | Review of Order Granting Debtors' Motion to File Reply to Libby Claimants' and BNSF's Objections to Motion to Approve CNA Settlement (.1); review of Order Granting Leave to CNA to File Reply re: same (.2); review of CNA's Reply and supporting Declaration (.1); review of Order Approving Swiss Re Settlement (.1); review of Order Approving Settlement of Massachusetts Tax Claim (.1); review of CNA's Response to Libby Claimants' Request for Production (.1). | 0.80 | 380.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/10/11 | Phone conference with Judge Fitzgerald and all counsel (2.4 hr). | 2.40 | 1,140.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/18/11 | Review of miscellaneous pleadings (.2); e-mail from and e-mail to Debbie Felder re: Notice of Amendment to CDN ZAI Minutes of Settlement with enclosure (.2); review of same; e-mail from Debbie Felder approving same (.1); e-mail to counsel for Debtors approving filing of same (.1); review of Garlock's Motion for 2019 Statements (.1). | 0.70 | 332.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/20/11 | Review of Notice of Amendment of CDN ZAI Minutes of Settlement and Definition 69 to the First Amended Joint Plan of Reorganization; review of Certification of Counsel re: Order on Debtors' Motion for Approval of Settlement Agreement with CNA Companies. | 0.20 | 95.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/21/11 | Review of Certification of Counsel BNSF re: Order re: Debtors' Motion for Approval of CNA Settlement. | 0.10 | 47.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 01/24/11 | Review of Libby Claimants' COC re: Order on Debtors' Motion for Approval of Settlement Agreement with the CNA Companies with enclosure; review of enclosure; review of Order Approving Settlement with CNA. | 0.20 | 95.00 | Co |
| | | | | | ----- | --------- | |
| | | | | | 8.20 | 3,895.00 | |
| | | | | | ----- | --------- | |
| | | | | | 8.40 | 3,928.00 | |
| | | | | | ----- | --------- | |

Total records this group:   9

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 01/04/11 | Conference with paralegal re: signing John C. Phillips, Jr. up for 1/10/11 Court Call participation; review of Court Call confirmation; review of Agenda for 10/10/11 Hearing. | 0.20 | 95.00 | Li |
| WRG | LITIGATION | JCP | 01/11/11 | Review of miscellaneous pleadings. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 01/14/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 01/19/11 | E-mail from counsel for Debtors Jan Baer re: new address; memorandum to file re: same. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 01/28/11 | Review of response to plaintiffs' Law Firms opposing Garlock's Request for Access to 2019 Statements (1.3); review of Brief of addition to plaintiffs' Law Firms in Opposition to same (.9). | 2.20 | 1,045.00 | |
| | | | | | ----- | --------- | |
| | | | | | 2.80 | 1,330.00 | |
| | | | | | ----- | --------- | |
| | | | | | 2.80 | 1,330.00 | |
| | | | | | ----- | --------- | |

Total records this group:  5

LEGALMASTER MIRC for Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/04/11 | Download and file November Fee Application for Orrick Herrington. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/06/11 | Download and file November Fee Application for Lincoln Partners. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/14/11 | Review of e-mail from D. Felder; download and file Quarterly Fee Application for Lincoln Partners. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/14/11 | Review of e-mail from D. Fullem; download and file Quarterly Fee Application for Orrick Herrington. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/11 | Download and file Certificate of No Objection for Orrick Herrington's November Fee Application and download and file December Fee Application for Orrick Herrington after exchanging e-mails with D. Fullem. | 0.40 | 66.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.60 | 264.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.60 | 264.00 | |
| | | | | | ----- | ------- | |

Total records this group:   5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/31/11 | Review of Memorandum Opinion re: Objections to Confirmation of 1st Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusion of Law (1.4); review of Recommended Findings of Fact, Conclusions of Law and Order re: Confirmation of 1st Amended Joint Plan of Reorganization as modified through 12/23/10 (1.1); review of 3 groups of plaintiff's Firms' Oppositions to Garlock's Motion Authorizing Access to 2019 Statements (.6); review of miscellaneous pleadings (.1). | 3.20 | 1,520.00 | ps |

```
                                                                                    -----        ---------
                                                                                     3.20         1,520.00
                                                                                    -----        ---------
                                                                                     3.20         1,520.00
                                                                                    ------       ---------
Total records this group:  1

                                                                                    ------       ---------
                                                                                    16.10         7,058.50
                                                                                    ======       =========
21 records printed.
```