# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JANUARY 1, 2011 THROUGH
## JANUARY 31, 2011

Phillips, Goldman & Spence, P.A.

Page    2

November 3, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100488

Re:  W. R. Grace & Co.
     David T. Austern

    COSTS ADVANCED

```
01/01/11 On-line docket research                                   2.16
01/31/11 Check No.: 44968 - John C. Phillips, Jr. -
         Court call.                                             102.00
                                                             ------------
            Subtotal for COSTS only: 01/31/11              $104.16
                                                             ------------
```