# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2011 THROUGH
# FEBRUARY 28, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 3, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   100489

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 02/28/11      $10,908.00
           Subtotal for COSTS only: 02/28/11         $28.00
                                                ------------
   CURRENT PERIOD FEES AND COSTS: 02/28/11       $10,936.00
                                                ------------

                        PAY THIS AMOUNT          $10,936.00
                                                ============
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

November 3, 2011

Orrick, Herrington & Sutcliffe, LLP

                File   WRG-AUS/JCP
         Invoice number   100489

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 1.8 | 855.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 3.0 | 1,425.00 |
| CASE ADMINISTRATION | 0.3 | 49.50 |
| FEE/EMPLOYMENT APPLICATIONS | 2.2 | 456.00 |
| PLAN AND DISCLOSURE STATEMENT | 17.1 | 8,122.50 |
| Subtotal for FEES only: 02/28/11 | 24.4 | $10,908.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 22.20 | 22.20 | 10,545.00 | 0.00 | 0.00 |
| 165.00 | CAH | 2.20 | 2.20 | 363.00 | 0.00 | 0.00 |
| Totals | | 24.40 | 24.40 | 10,908.00 | 0.00 | 0.00 |

```
   Sorts:  Grouping code            (Paginate)
           Client code
           Actual employee code     (Subtotal)
           Transaction date

   Ranges:
       Include "Client code" from WRG to WRG
       Exclude "Billable $" from 0.00 to 0.00
       Include "Invoice Number" from 100489 to 100489
```

|         |                              | Act | Trans    |                                | Billable | Billable | Gr |
| Cl code | Grouping code description    | Emp | Date     | Transaction description        | Hours    | Dollars  | Cd |
|---------|------------------------------|-----|----------|--------------------------------|----------|----------|----|
| WRG     | CASE ADMINISTRATION          | CAH | 02/08/11 | Update service and e-mail list.| 0.30     | 49.50    | Ca |
|         |                              |     |          |                                | -----    | ------   |    |
|         |                              |     |          |                                | 0.30     | 49.50    |    |
|         |                              |     |          |                                | -----    | ------   |    |
|         |                              |     |          |                                | 0.30     | 49.50    |    |
|         |                              |     |          |                                | -----    | ------   |    |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 02/04/11 | Review of miscellaneous pleadings and Orders (1.2); review of Motley Rice's Joinder in Opposition to Garlock's Motion to Access 2019 Statements (.8); review of Libby Claimants' Notice of Appeal of CNA settlement approval (1.0). | 3.00 | 1,425.00 | Co |
| | | | | | ----- | --------- | |
| | | | | | 3.00 | 1,425.00 | |
| | | | | | ----- | --------- | |
| | | | | | 3.00 | 1,425.00 | |
| | | | | | ----- | --------- | |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/01/11 | Review of BNSF's appeal of approval of settlement between Debtors and CNA. | 0.10 | 47.50 | Li |
| WRG | LITIGATION | JCP | 02/03/11 | E-mail from counsel for Debtors (2x) re: Judge Buckwalter rescheduling a 2/16/11 Status Conference; calendar same; review of Order re: same. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 02/05/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 02/07/11 | Conference with paralegal re: signing John C. Phillips, Jr. for 2/14/11 Hearing via Court Call; review of Court Call confirmation; review of Garlock's Motion for Leave to File Reply in support of Motion to Authorize Access to 2019 Statements with enclosure; review of Reply Brief; review of Judge Shannon's 11/16/10 Order in Accuride. | 0.50 | 237.50 | |
| WRG | LITIGATION | JCP | 02/08/11 | Review of Agenda for 2/14/11 Hearing; conference with paralegal re: moving Court Call to an early time for Garlock Motion; e-mail from Court Call confirming earlier time; re-calendar same; review of miscellaneous pleadings. | 0.30 | 142.50 | |
| WRG | LITIGATION | JCP | 02/09/11 | Review of Personal Injury Committee's Joinder and Objection to Garlock's Motion re: 2018 Statements; review of Order Granting Garlock's Motion to File Reply Brief. | 0.30 | 142.50 | |
| WRG | LITIGATION | JCP | 02/19/11 | Review of Motion to Lift Stay re: Locke Action; review of Motion Authorizing Contributions to Retirement Plans; review of Motion Authorizing Creation of Non-Debtor Foreign Subsidiary. | 0.30 | 142.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.80 | 855.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.80 | 855.00 | |
| | | | | | ----- | ------- | |

Total records this group:    7

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/09/11 | Review of e-mail from D. Fullem re: filing of 13th supplemental Declaration for Orrick Herrington; respond to same. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/09/11 | File 13th supplemental Declaration for Orrick Herrington referencing 14 previous related documents. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/10/11 | Download and file Certificate of No Objection for Lincoln Partners November Fee Application and e-mail to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/11 | Download Quarterly Fee Applications for Towers Perrin and file same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/11 | Review of e-mail from D. Fullem and download Certificate of No Objection for Orrick's December Fee Application - file same. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/11 | Download December and January Fee Applications for Lincoln Partners and after confirming correct months file same. | 0.50 | 82.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.90 | 313.50 | |
| | | | | | ----- | ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/09/11 | Review of Orrick's Supplemental Declaration; conference with paralegal re: filing same. | 0.20 | 95.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/19/11 | Review of and revise January 2011 pre-bill. | 0.10 | 47.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.30 | 142.50 | |
| | | | | | ----- | ------- | |
| | | | | | 2.20 | 456.00 | |
| | | | | | ----- | ------- | |

Total records this group:   8

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/10/11 | E-mail from and e-mail to Rick Wyron re: 2/10/11 filing (.1); e-mail from counsel for Debtors re: Motion to Clarify Confirmation Order and proposed Order with enclosure (.1); review of both (.1); e-mail to and e-mail from Rick Wyron re: draft not ready for approval (.1); e-mail from Debbie Felder re: revision to same (.1); e-mail from Rick Wyron approving same with correction (.1); e-mail from counsel for Debtors requesting sign off (.1); e-mail from Rick Wyron approving (.1); e-mail to counsel for Debtors approving (.1); e-mail from counsel for Debtors serving same (.1); review of Amended Agenda for 2/14/11 Hearing (.1). | 1.10 | 522.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/11/11 | Review of BNSF's Motion for Reconsideration of Memorandum re: Objections to Confirmation of 1st Amended Plan (.1); e-mail from counsel for Debtors re: 2/11/11 teleconference with Judge Fitzgerald (.1); phone conference with Judge Fitzgerald and all counsel re: possible Clarification Order and effect of BNSF's Motion for Reconsideration on deadlines (.7); review of Montana's Joinder in Precautionary Motion for Extension of Time to Appeal (.1); review of Her Majesty the Queen's Joinder in same (.1); review of AXA's Motion to Extend Time to File Objections to or to Appeal from 1/31/11 Order (.1); review of AXA's Motion to Shorten Time re: same (.1). | 1.30 | 617.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/12/11 | Review of miscellaneous pleadings; review of BNSF's Statement of Position re: Plan Proponents' Motion to Clarify Confirmation Order; review of Order Shortening TIme for AXA's Motion for Extension of Time to File Objection to or Appeal from 1/31/11 Memo Opinion; review of AXA's Motion to Extend Time. | 0.40 | 190.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/13/11 | Review of 2nd Amended Agenda for 2/14/11 Hearing; e-mail from counsel for Debtors re: revised proposed Order for Plan Proponents' Motion to Clarify with enclosure; review of same. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/14/11 | Phone conference with Judge Fitzgerald and all counsel re: Garlock's 2019 Motion and Status Conference re: Plan Confirmation (2.9); review of Anderson Memorial's Motion to Extend Time to Object to 1/31/11 Orders and Motion to Expedite Hearing on same (.1); e-mail from counsel for Debtors re: 2/16/11 Status Conference with Judge Buckwalter continued to 2/23/11(.1); re-calendar same (.1); review of Notice re: same (.1); review of Her Majesty's Joinder in BNSF's Motion for Reconsideration (.1); review of Montana's Joinder in same (.1). | 3.50 | 1,662.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/15/11 | Review of Unsecured Creditors' Committee's Notice of Appeal of 1/31/11 Confirmation Orders with exhibits; review of miscellaneous pleadings; review of Order Granting in Part Motion to Extend Time to Object; review of BNSF's Designation of Record and Statement of Issues on appeal. | 0.40 | 190.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/16/11 | Review of 2/15/11 Order Clarifying 1/31/11 Memo Opinion and Order Confirming Joint Plan; review of miscellaneous pleadings. | 0.20 | 95.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/17/11 | Review of miscellaneous pleadings; review of Supplemental Notice of Appeal; review of Banker Lender Group's Notice of Appeal. | 0.30 | 142.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/18/11 | Review of Debtors' Designation of Items to be included in Record on Appeal; review of Statement of Issues on appeal; review of miscellaneous pleadings; e-mail from counsel for Debtors re: 2/21/11 Plan supporters teleconference re: 2/23/11 Status Conference; calendar same; memorandum to file re: same. | 0.30 | 142.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/21/11 | E-mail from counsel for Debtors re: Notice of Conformed Joint Plan as of 12/23/10 with enclosure (.1); review of same (.1); review of Notice of Submission of Black-lines of Exhibits 5 and 6; e-mail from Roger Frankel re: signing off on both (.1); e-mail from Rick Wyron (2x) re: signing off on both (.1); e-mail from counsel for Debtor approving both (.1); e-mail from counsel for Debtors re: proposed Schedule for Appeal with enclosure (.1); review of same; phone conference with all counsel re: appeal schedule (.9); review of Notice re: Cure Exhibit (.1); e-mail from counsel for Personal Injury Committee approving Notices of Conformed Joint Plan and Black-line of Exhibits (.1); e-mail from counsel for Debtors (4x) re: filing Notice of Conformed Plan with Exhibits (.1); e-mail from counsel for Debtors re: filing of Black-lines of Exhibits 5 and 6 (.1). | 1.90 | 902.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/22/11 | E-mail from counsel for Debtor re: proposed Consent Order and Proposed Scheduling Order for District Proceedings re: Plan Confirmation with enclosure (.1); review of both (.1); e-mail from James Burke re: Plan Proponents Opposition to BNSF's Motion for Reconsideration and Joinders thereto with enclosure (.1); review of same (.1); review of Bank Lender Group's Supplemental Notice of Appeal (.1); review of Garlock's Motion to Intervene to Seek Judicial Records (2019 Statements) (.1); review of Garlock's Amended Motion Seeking Access to 2019 Statements (.1); e-mail from counsel for Personal Injury Committee approving Plan Proponents Opposition to BNSF's Motion for Re-Argument (.1); e-mail from James Burke re: final version of same with enclosure (.1); review of same (.1); e-mail from and e-mail to local counsel for Debtors re: authorizing filing of same (.1); e-mail from counsel for Debtors re: same (.1); e-mail from local counsel for Debtors re: as filed copy of same (.1). | 1.30 | 617.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/23/11 | Travel to and from Philadelphia, Pennsylvania for Hearing. | 1.50 | 712.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/23/11 | E-mail from counsel for Debtor re: revised Order re: Appeals with enclosure (.1); review of same (.4); conference with Roger Frankel and Rick Wyron re: same (.6); Court appearance re: same (1.2); e-mail from James Burke re: drafting proposed Order denying BNSF's Motion for Reconsideration (.1). | 3.40 | 1,615.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/24/11 | Review of Agenda for 3/2/11 Hearing; conference with paralegal re: signing John C. Phillips, Jr. up to participate via Court Call; calendar same; review of Judge Buckwalter's 2/23/11 Order re: Rule 9033 Objections. | 0.30 | 142.50 | |

```
                                                                                                             Billable      Billable  Gr
                                  Act  Trans                                                                 Hours         Dollars   Cd
Cl code Grouping code description Emp  Date   Transaction description

WRG     PLAN AND DISCLOSURE       JCP  02/28/11 Review of John C. Phillips, Jr.'s Court Call Confirmation       1.00         475.00  ps
        STATEMENT                                for 3/2/11 Hearing (.1); review of BNSF's Rule 9033
                                                 Objections to 1/31/11 Recommended Findings of Fact and
                                                 Conclusions of Law (.1); review of BNSF's Reply in Support
                                                 of Motion for Reconsideration (.1); review of Anderson
                                                 Memorial's Rule 9033 Objections to 1/31/11 Recommended
                                                 Findings of Fact and Conclusions of Law (.1); e-mail from
                                                 D. Felder re: final Joint Counter Designations of the
                                                 Record in CNA appeal with enclosure (.1); review of same;
                                                 e-mail from counsel for Personal Injury Committee
                                                 approving same (.1); e-mail from local counsel for
                                                 Personal Injury Committee approving same (.1); e-mail to
                                                 counsel for Debtors' approving same (.1); review of appeal
                                                 docket (.1); review of Libby Claimants' Rule 9033
                                                 Objections to Recommend Findings of Fact and Conclusions
                                                 of Law (.1).
                                                                                                              ------        ---------
                                                                                                               17.10         8,122.50
                                                                                                              ------        ---------
                                                                                                               17.10         8,122.50
                                                                                                              ------        ---------
Total records this group:   15

                                                                                                               24.40        10,908.00
                                                                                                              ======        =========
32 records printed.
```