# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## FEBRUARY 1, 2011 THROUGH
## FEBRUARY 28, 2011

Page   2

November 3, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100489

Re:  W. R. Grace & Co.
     David T. Austern


          COSTS ADVANCED

02/07/11 Facsimile                                           1.00
02/28/11 Check No.: 45185 - John C. Phillips, Jr. -
         Court Call.                                        27.00
                                                  -------------
              Subtotal for COSTS only: 02/28/11      $28.00
                                                  -------------