EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MARCH 1, 2011 THROUGH
MARCH 31, 2011

Phillips, Goldman & Spence, P.A.<br>
1200 N. Broom Street<br>
Wilmington, DE  19806<br>
(302) 655-4200<br>
EI #: 51-0328786

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                                          File   WRG-AUS/JCP
                                         Invoice number   100491

    Re:  W. R. Grace & Co.
         David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 03/31/11      $8,882.00
        Subtotal for COSTS only: 03/31/11        $89.99
                                             -----------
  CURRENT PERIOD FEES AND COSTS: 03/31/11     $8,971.99
                                             -----------

                        PAY THIS AMOUNT       $8,971.99
                                             ===========
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    100491

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 16.5 | 7,837.50 |
| CASE ADMINISTRATION | 0.4 | 66.00 |
| LITIGATION | 0.9 | 427.50 |
| FEE/EMPLOYMENT APPLICATIONS | 2.1 | 408.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.3 | 142.50 |
| Subtotal for FEES only: 03/31/11 | 20.2 | $8,882.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 17.90 | 17.90 | 8,502.50 | 0.00 | 0.00 |
| 165.00 | CAH | 2.30 | 2.30 | 379.50 | 0.00 | 0.00 |
| Totals | | 20.20 | 20.20 | 8,882.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 100491 to 100491
```

|  |  | Act | Trans |  | Billable | Billable | Gr |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Cd |
| WRG | CASE ADMINISTRATION | CAH | 03/03/11 | Download and file 17th Certification of Roger in Support of Orrick Herrington's retention and link to 15 other documents. | 0.40 | 66.00 | Ca |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.40 | 66.00 |  |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.40 | 66.00 |  |
|  |  |  |  |  | ----- | ------ |  |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 03/18/11 | Review of Libby Claimants' Notice of Appeal; e-mail from potential mediator (Bifferato) for BNSF appeal issue; review of BNSF's Notice of Appeal; review of Canada's Notice of Appeal. | 0.30 | 142.50 | Co |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 0.30 | 142.50 |  |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 0.30 | 142.50 |  |
|  |  |  |  |  | ----- | ------- |  |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 03/03/11 | Review of Weitz and Luxenberg's Joinder to Garlock's Motion re: access to 2019 Statement. | 0.10 | 47.50 | Li |
| WRG | LITIGATION | JCP | 03/15/11 | Review of miscellaneous pleadings; review of as filed copy of Plan Proponents' Response to Rule 9033 Objections. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 03/15/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 03/16/11 | Review of ECF Notification re: (4x) granting Pro Hac Motions; e-mail from Orrick (2x) re: same. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 03/17/11 | Review of ECF Notification re: Garlock's Amended and Supplemental Notice of Appeal; review of miscellaneous pleadings. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 03/29/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| | | | | | 0.90 | 427.50 | |
| | | | | | 0.90 | 427.50 | |

Total records this group:   6

```
                                     Act  Trans                                                            Billable     Billable  Gr
Cl code Grouping code description    Emp  Date     Transaction description                                 Hours        Dollars   Cd

WRG     FEE/EMPLOYMENT APPLICATIONS  CAH  03/11/11 Review of e-mail from D. Fullem; download Certificate of    0.30        49.50  fa
                                                   No Objection for January and December for Lincoln Partners
                                                   and file same; e-mail results to D. Fullem

WRG     FEE/EMPLOYMENT APPLICATIONS  CAH  03/15/11 Review of e-mail from D. Fullem and download file and       0.50        82.50
                                                   attached December and January Fee Application for Davis
                                                   Austern.

WRG     FEE/EMPLOYMENT APPLICATIONS  CAH  03/25/11 Download and file Orrick Herrington's 20th Quarterly Fee    0.50        82.50
                                                   Application and it's 61st Monthly Fee Application - file
                                                   same; e-mail results to D. Fullem.

WRG     FEE/EMPLOYMENT APPLICATIONS  CAH  03/25/11 Download Austern's 25th Quarterly Fee Application and file  0.30        49.50
                                                   same and e-mail results to D. Fullem.

WRG     FEE/EMPLOYMENT APPLICATIONS  CAH  03/25/11 Download Lincoln's 6th Quarterly Fee Application and file   0.30        49.50
                                                   same and e-mail results to D. Fullem.
                                                                                                              -----      -------
                                                                                                               1.90       313.50
                                                                                                              -----      -------

WRG     FEE/EMPLOYMENT APPLICATIONS  JCP  03/13/11 Review of and revise February 2011 pre-bill.                0.20        95.00
                                                                                                              -----      -------
                                                                                                               0.20        95.00
                                                                                                              -----      -------
                                                                                                               2.10       408.50
                                                                                                              -----      -------

Total records this group:    6
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/01/11 | Review of Garlock's Preliminary Objection to 1/31/11 Memo Opinion and 2/15/11 Clarifying Order; review of Libby Claimants' Objection to 12/23/10 Recommended Findings of Fact and Conclusions of Law; review of Amended Agenda for 3/2/11 Hearing. | 0.30 | 142.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/01/11 | Review of 3/1/11 Order re: Rule 9033 Objections (.1); review of 2nd Amended Agenda for 3/2/11 Hearing (.1); review of Her Majesty's Preliminary Objection to 1/31/11 Opinion Confirming 1st Amended Plan (.1); review of Montana's Preliminary Objection to same (.1); review of Montana's Joinder in BNSF's Motion for Reconsideration (.1); review of Her Majesty's Joinder in same (.1); review of as filed copy of Joint Counter Designations re: CNA Appeal (.1); review of CNA's Designations as Appellees of Additional Items to be Included in Record of Appeal (.1). | 0.70 | 332.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/02/11 | Phone conference with Judge Fitzgerald and all counsel re: BNSF's and Montana's Motion for Reconsideration. | 1.80 | 855.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/03/11 | Review of Notice of Canceled Hearing; re-calendar same; review of CNA's Designation of Additional Items for Record on Appeal. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/05/11 | Review of 3/4/11 Memorandum Opinion and Order Granting, in-part and Denying, in-part BNSF's Motion for Reconsideration; e-mail from counsel for Debtors re: proposed revised Scheduling Order for appeal with enclosure; review of same; calendar 3/7/11 teleconference re: same. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/07/11 | E-mail from counsel for Debtors re: revised appeal Scheduling Order with enclosure (.1); review of same (.1); phone conference with all counsel re: same (.4); review of Peter Angelos, et al's Objections to Garlock Documents (.1); review of Kazen, et al's Objection to Garlock Hearing Exhibits (.1); review of Asbestos Claimants Committee's Objection to Garlock Exhibits (.1); e-mail from counsel for Debtors' re: letter to Judge Buckwalter and revised proposed Scheduling Order with enclosure and review of both (.1). | 1.00 | 475.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/08/11 | E-mail from counsel for Debtors re: Joint Record on Appeal with enclosure; review of same; letter from counsel for Debtors to Judge Buckwalter re: proposed Scheduling Order with enclosure; review of same. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/09/11 | Review of multiple ECF notifications re: BNSF's Notice of Appeal, Designation of Record and Statement of Issues; PI FCR's Designation of Record, CNA's Designation of Record and Notice of Docketing. | 0.20 | 95.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/10/11 | Review of 33 ECF notifications re: various appeals in 5 different Civil Action Numbers (.7); review of Order re: Appeals Confirmation Order (.1); calendar oral argument (.1); review of BNSF's Notice of Appeal of 1/22/11 Order Approving Settlement with CNA, Designation of Record and Issues, Additional Items to be Included in Record and Notice of Docketing (.1); review of Libby Claimants' Notice of Appeal of 1/22/11 Order, Statement of Issues, Designation of Record, CNA's Designation of Additional Items and Notice of Docketing (.1); e-mail from Orrick re: same (.1); review of Unsecured Creditors' Committee's Notice of Appeal of 1/31/11 Order Confirming Amended Plan and Notice of Docketing (.1); review of Garlock's Notice of Appeal of 1/31/11 Order and Notice of Docketing (.1); review of Bank Lenders' Group's Notice of Appeal of 1/31/11 Order and Notice of Docketing (.1); review of Bank Lenders' Group's Supplemental Notice of Appeal of 2/15/11 Order and Notice of Docketing (.1); review of UCC's Supplemental Notice of Appeal of 2/15/11 Order and Notice of Docketing (.1). | 1.70 | 807.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/14/11 | E-mail from and e-mail to Debbie Felder (2x) re: approving Plan Proponents' Response to Rule 9033 Preliminary Objection with enclosure (.1); review of black-lined version of same (.1); e-mail from counsel for Debtors re: same with enclosure and review of same (.1); e-mail to counsel for Debtors approving same (.1); letter from counsel for BNSF to Judge Buckwalter re: proposed Order establishing Rule 9033 Objection deadlines as to 3/4/11 Order with enclosure (.1); review of proposed Order (.1); e-mail from counsel for Debtors (2x) re: changing date for oral argument re: appeal (.1); review of ECF notifications (8x) designating CA# of lead case and consolidation (.1); review of 4 CNA Pro Hac Motions (.1); e-mail from Orrick (4x) re: various filings (.1); review of miscellaneous pleadings (.1); review of Creditors' Committee's Objection to Garlock's Motion to Intervene (.1). | 1.20 | 570.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/21/11 | E-mail from counsel for Debtors re: revised Index for Proposed Joint Reconsideration with enclosure; review of same; review of two Confidentiality Orders impacting same; calendar 3/23/11 teleconference with all counsel re: same; memorandum to file re: same; review of Agenda for 3/28/11 Hearing. | 0.50 | 237.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/22/11 | Review of Agenda for 3/28/11 Hearing; e-mail from and e-mail to Debbie Felder re: filing Stipulation to Consolidate Bank Lender Appeal with enclosure; review of same; e-mail from Rick Wyron approving same; e-mail from and e-mail to counsel for Debtors re: same; e-mail from counsel for Equity Committee re: revision to same. | 0.40 | 190.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/23/11 | Phone conference with all counsel re: index for Joint Appeal Record; review of Debtors' 8 pro hac motions. | 0.30 | 142.50 | |

```
                              Act  Trans                                                        Billable       Billable   Gr
Cl code Grouping code description  Emp  Date    Transaction description                           Hours         Dollars   Cd

WRG     PLAN AND DISCLOSURE        JCP  03/24/11 E-mail from paralegal re: 3/28/11 Hearing telephonic only;       0.50       237.50 ps
        STATEMENT                                review of Amended Agenda for 3/28/11 Hearing; review of
                                                 miscellaneous pleadings; e-mail from counsel for Bank
                                                 Lenders Group re: Stipulation Consolidating Appeals with
                                                 enclosure; review of same; e-mail to Orrick re: approving
                                                 same; compare same to earlier version; e-mail to counsel
                                                 for Bank Group approving same; e-mail to Orrick explaining
                                                 approval of same; e-mail from Roger Frankel approving
                                                 same; e-mail from counsel for Personal Injury Committee
                                                 approving same; e-mail from Equity Committee approving
                                                 same.

WRG     PLAN AND DISCLOSURE        JCP  03/25/11 Review of as filed Stipulation and Agreed Order                  0.30       142.50
        STATEMENT                                Consolidating Appeals; review of Amended Agenda for
                                                 3/28/11 Hearing; review of miscellaneous pleadings.

WRG     PLAN AND DISCLOSURE        JCP  03/28/11 Phone conference with Judge Fitzgerald and all counsel           6.30     2,992.50
        STATEMENT                                (5.9); e-mail from counsel for Debtors' re: 6/27/11 oral
                                                 argument date changing (.1); review of ECF Notification
                                                 re: "So Ordering" Stipulation re: Bank Lenders Group (.1);
                                                 review of BNSF's Designation of Record and Statement of
                                                 Issues on Appeal (.1); review of 8 ECF notifications
                                                 granting Pro Hac Motions (.1).

WRG     PLAN AND DISCLOSURE        JCP  03/29/11 E-mail from Orrick re: Bank Lender Group's Stipulation to        0.10        47.50
        STATEMENT                                Consolidate "So Ordered".

WRG     PLAN AND DISCLOSURE        JCP  03/30/11 E-mail from counsel for Debtors re: new oral argument date       0.60       285.00
        STATEMENT                                (.1); calendar same (.1); memorandum to file re: same
                                                 (.1); review of miscellaneous pleadings (.1); e-mail from
                                                 counsel for Debtors' re: Revised Index for Joint Record
                                                 with enclosure (.1); review of same; review of list of
                                                 changes to same (.1).
                                                                                                  ------      ---------
                                                                                                   16.50      7,837.50
                                                                                                  ------      ---------
                                                                                                   16.50      7,837.50
                                                                                                  ------      ---------
Total records this group:   18

                                                                                                  ------      ---------
                                                                                                   20.20      8,882.00
                                                                                                  ======      =========
32 records printed.
```