# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2011 THROUGH
# MARCH 31, 2011

Phillips, Goldman & Spence, P.A.

Page   2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100491

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/01/11 | Long distance phone charges | 3.99 |
| 03/30/11 | Check No.: 45431 - John C. Phillips, Jr. - Court Call. | 86.00 |
|  | Subtotal for COSTS only: 03/31/11 | $89.99 |