# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ACandS, Inc. | Case No.: 02-12687 (JKF) |
| Armstrong World Industries, Inc. | Case No.: 00-04471 (JKF) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JKF) |
| The Flintkote Co. | Case No.: 04-11300 (JKF) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JKF) |
| Owens Corning | Case No.: 00-03837 (JKF) |
| US Mineral Products Co. | Case No.: 01-02471 (JKF) |
| USG Corp. | Case No.: 01-02094 (JKF) |
| W.R. Grace & Co. | Case No.: 01-01139 (JKF) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 9, 2011, I caused a copy of the foregoing to be served upon the individuals on the attached service lists via first class mail.

Dated: November 9, 2011

                                                 */s/ Mark T. Hurford*

                                                 Mark T. Hurford (DE No. 3299)

{D0214069.1 }