## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** 11/29/11 at 4⁰⁰ pm |
| | ) | **Hearing Date:**    TBD only if necessary |
| | ) | |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/6/2011 | Lisa G Esayian | .30 | Correspond with R. Finke and R. Horkovich re issues re payments from certain insolvent insurers. |
| 9/7/2011 | Lisa G Esayian | .30 | Correspond with R. Finke and M. Garbowski re receipt of certain insurance funds. |
| 9/22/2011 | Lisa G Esayian | .50 | Reply to questions from R. Horkovich re Grace insurance issues. |
| | Total: | 1.10 | |

A-2

**Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/2011 | Kimberly K Love | .50 | Prepare and organize various lift stay motions requested by L. Esayian. |
| 9/20/2011 | Jeffrey Gettleman | .20 | Correspond with B. Weiland re Intrawest motion to lift automatic stay (.1); correspond with A. Paul re same (.1). |
| 9/20/2011 | Brad Weiland | .60 | Review and analyze lift-stay motion (.3); correspond with working group re same (.3). |
| 9/20/2011 | Lisa G Esayian | .70 | Review Intrawest motion to lift stay. |
| 9/21/2011 | John Donley | .30 | Review Intrawest lift stay materials and correspond with L. Esayian re same. |
| 9/21/2011 | Lisa G Esayian | 1.40 | Review Intrawest complaint, Grace correspondence with Intrawest and Grace insurance information (1.0); confer with J. Hughes re Intrawest lift stay motion and facts re Intrawest's suit (.4). |
| 9/22/2011 | Lisa G Esayian | 2.70 | Work on issues re Intrawest lift stay motion (2.2); correspond with J. Donley re same (.5). |
| 9/26/2011 | Lisa G Esayian | 3.30 | Work on Grace response to Intrawest lift stay motion. |
| 9/27/2011 | Adam C Paul | 2.10 | Analyze Intrawest motion (1.7); confer with L. Esayian re same (.4). |
| 9/27/2011 | Lisa G Esayian | 1.00 | Confer with A. Paul and J. Baer re Intrawest lift stay motion (.5); work on issues re same (.5). |
| 9/28/2011 | Adam C Paul | 2.20 | Analyze Intrawest motion (1.8); confer with L. Esayian re same (.4). |
| 9/28/2011 | Lisa G Esayian | 1.90 | Review additional information re Intrawest claim and bankruptcy court's treatment of recent lift stay motions (1.6); correspond with A. Paul re same (.3). |
| 9/29/2011 | Adam C Paul | 2.50 | Analyze Intrawest motion (.6); confer with L. Esayian re same (.4); analyze rulings re automatic stay (.9); confer with R. Finke re Intrawest (.6). |
| 9/29/2011 | Lisa G Esayian | 1.50 | Confer with R. Finke, J. Hughes, A. Paul and J. Baer re Intrawest lift stay motion, facts re underlying claim and Grace's insurance and strategy (1.2); further confer with A. Paul re next steps (.3). |
| 9/30/2011 | Lisa G Esayian | .70 | Work on issues re Intrawest lift stay motion. |
|  | Total: | 21.60 |  |

A-3

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 9/1/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/6/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/7/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/8/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/9/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/12/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/13/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/14/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/15/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/20/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/21/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/22/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/23/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/26/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/27/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/28/2011 | Andrew Brniak | .50 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/29/2011 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/30/2011 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 4.90 | |

A-4

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/9/2011 | Maureen McCarthy | .30 | Correspond with A. Paul re forty-first quarterly fee application. |
| 9/10/2011 | Adam C Paul | 1.00 | Analyze and revise quarterly fee application. |
| 9/12/2011 | Maureen McCarthy | .90 | Review and revise forty-first quarterly fee application. |
| 9/13/2011 | Maureen McCarthy | 1.90 | Finalize forty-first quarterly fee application for filing and service (.8); prepare summary re time billed to matter 32 for 2011 (.7); prepare forty-first quarterly fee application and April through June time and expense records for distribution to the fee auditor (.4). |
| 9/19/2011 | Daniel R Brown | 2.10 | Review and revise invoices re compliance with bankruptcy rules and U.S. Trustee guidelines. |
| 9/19/2011 | Adam C Paul | 1.20 | Analyze initial report (.8); confer with J. Donley re same (.4). |
| 9/19/2011 | Maureen McCarthy | .60 | Prepare fee auditor materials for internal review. |
| 9/21/2011 | Adam C Paul | 3.10 | Prepare response to fee examiner. |
| 9/22/2011 | Adam C Paul | 1.70 | Analyze and revise response to fee examiner. |
| 9/22/2011 | Maureen McCarthy | 1.00 | Draft correspondence to T. Wallace re back-up documentation re forty-first quarterly fee application (.2); revise letter to fee auditor re forty-first quarterly fee application (.5); review back-up documentation re same (.1); prepare exhibits re same (.2). |
| 9/23/2011 | Adam C Paul | .90 | Analyze and revise fee examiner response. |
| 9/27/2011 | Adam C Paul | 1.10 | Analyze and revise fee examiner response (.9); correspond with B. Ruhlander and J. Donley re same (.2). |
| 9/28/2011 | Adam C Paul | .90 | Correspond with B. Ruhlander re interim report (.3); analyze response to B. Ruhlander re same (.6). |
| | Total: | 16.70 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/1/2011 | Jeffrey Gettleman | .30 | Correspond with A. Paul re potential corporate transaction issue (.1); correspond with B. Weiland re same (.1); confer with A. Paul re same (.1). |
| 9/1/2011 | Adam C Paul | 6.30 | Participate in multiple calls with internal working group re potential corporate transaction (2.7); analyze questions/issues from OCUC re potential corporate transaction (1.2); analyze and revise O'Connell declaration (.9); correspond with R. Higgins re same (.4); correspond with B. Weiland re potential corporate transaction (.7); confer with J. Donley re same (.4). |
| 9/1/2011 | Rana Barakat | 2.40 | Conduct research re jurisdiction of lower court during pendency of appeal to consider or approve of settlements (.5); review and analyze cases re same (1.9). |
| 9/1/2011 | Brad Weiland | .40 | Correspond with A. Paul re potential transaction issues (.2); confer re same (.2). |
| 9/1/2011 | John Donley | 4.00 | Review and analysis of corporate transaction relating to various issues under Bankruptcy Code and corporate statutes and outline options (3.2); confer and correspond with A. Paul re options (.4); confer with D. Wolf (.4). |
| 9/2/2011 | Jeffrey Gettleman | .10 | Correspond with A. Paul re research project. |
| 9/2/2011 | Adam C Paul | 4.70 | Participate in conferences re potential corporate transaction (1.9); analyze Delaware law re same (2.2); confer with J. Donley re same (.6). |
| 9/2/2011 | Rana Barakat | 2.90 | Confer with J. Donley re section 160 of Delaware Corporation Law (.4); conduct research re stock repurchases under Delaware Corporation Law (.7); review and analyze case law re same (1.8). |
| 9/2/2011 | John Donley | 3.70 | Continue review, analysis and outlining relating to corporate transaction (1.3); prepare for and participate in conference with M. Shelnitz, H. LaForce, A. Paul, J. Baer and others re corporate transaction (.8); confer with J. Baer and R. Higgins re same (.3); confer with L. Esayian and R. Barakat re legal research and analysis re corporate transaction (.7); continue work and analysis on Libby medical issues (.6). |
| 9/3/2011 | Rana Barakat | 2.30 | Conduct research re case law and authorities re stock repurchases under Delaware Corporation Law. |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/4/2011 | Rana Barakat | 6.00 | Conduct research re stock repurchases under Delaware Corporation Law (3.8); draft memorandum re same (2.2). |
| 9/5/2011 | Daniel E Wolf | .50 | Analyze potential corporate transactions. |
| 9/5/2011 | Adam C Paul | 2.60 | Analyze issues associated with potential corporate transaction (1.4); confer with J. Donley re same (.6); draft talking points for ACC/FCR conference (.6). |
| 9/5/2011 | Rana Barakat | 3.50 | Conduct research re stock repurchases under Delaware Corporation Law (1.4); revise memorandum re same (2.1). |
| 9/5/2011 | John Donley | 3.20 | Review legal research and cases relating to corporate transaction (2.0); confer with A. Paul re analysis of corporate transaction (.3); draft and revise key points re corporate transaction (.6); review warrant issues (.3). |
| 9/6/2011 | Daniel E Wolf | .70 | Analyze potential corporate transactions. |
| 9/6/2011 | Adam C Paul | 5.20 | Confer with J. Donley, M. Shelnitz and advisors re potential corporate transaction (1.9); analyze Delaware law re potential corporate transaction (1.8); confer with J. Donley re same (.8); confer with J. Donley re Libby (.7). |
| 9/6/2011 | Rana Barakat | 8.60 | Confer with J. Donley re section 160 of the Delaware Corporation Law (.3); conduct research re compliance with section 160 of the Delaware Corporation Law (2.1); draft memorandum re same (1.8); review and analyze case law re section 160 of the Delaware Corporation Law (1.9); conduct research re effect of court approval on potential corporate transaction (2.5). |
| 9/6/2011 | Brad Weiland | .60 | Review and analyze memorandum re potential equity structuring items. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/6/2011 | John Donley | 6.70 | Review, analysis and outlining of potential corporate transaction, strategic issues and board issues (2.6); confer and correspond with M. Shelnitz re same (.9); confer and correspond with A. Paul re same (.5); review and make suggested edits to draft declaration re corporate issues (.5); correspond with R. Higgins and A. Paul re same (.2); biweekly joint interest and strategy conference with R. Frankel, R. Wyron, P. Lockwood, M. Shelnitz, R. Finke, J. Baer and A. Paul (.4); prepare for same (.2); review R. Barakat memo and confer with R. Barakat re research on strategic issues (.7); confer with J. O'Connell, A. Paul, various committee counsel and advisors re potential corporate transaction (.7). |
| 9/6/2011 | James H M Sprayregen, P.C. | .40 | Attention to strategy and tactics. |
| 9/7/2011 | Kimberly K Love | .50 | Prepare and organize trial briefs as requested by L. Esayian. |
| 9/7/2011 | Adam C Paul | 2.30 | Confer with J. Donley re potential corporate transaction (.5); confer with J. Donley re Libby (.6); analyze Libby medical plan (.8); confer with M. Shelnitz re potential corporate transaction (.4). |
| 9/7/2011 | Rana Barakat | 8.20 | Conduct research re effect of court approval and section 172 of Delaware Corporation Law on potential corporate transaction (.3); review and analyze case law re compliance with section 160 of the Delaware Corporation Law (2.5); draft memorandum re same (5.4). |
| 9/7/2011 | John Donley | 5.80 | Review and analyze research, cases and authorities re potential corporate transaction (2.9); outline points and issues re same (1.0); confer with M. Shelnitz re same (.3); confer and correspond with A. Paul re same (.5); analyze and outline strategic issues re Libby (.7); confer with mediator re same (.2); review developments in Thorpe relevant to plan issues (.2). |
| 9/8/2011 | Adam C Paul | 2.10 | Analyze closing documents (.8); analyze Libby medical plan (.9); analyze and revise agenda (.3); correspond with J. O'Neill re same (.1). |
| 9/8/2011 | Rana Barakat | 7.00 | Review and analyze case law re potential corporate transaction and effect of court order approving transaction (5.5); draft memorandum re section 172 of the Delaware Corporation Law (1.5). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/8/2011 | John Donley | 2.40 | Continue analyzing and outlining re Libby issues and negotiation (.9); confer with J. Aldock re same (.3); continue analysis of corporate transaction (1.2). |
| 9/9/2011 | Kimberly K Love | 3.50 | Prepare and organize materials requested by J. Baer re retention notices and orders (2.3); prepare and organize materials requested by L. Esayian re BNSF and Libby and update case files with such information (1.2). |
| 9/9/2011 | Adam C Paul | 2.40 | Correspond with J. Baer re agenda (.1); confer with R. Higgins re consolidation (.6); confer with J. Donley re Libby (.6); analyze Libby medical program (1.1). |
| 9/9/2011 | Rana Barakat | 6.00 | Conduct research re extension of quasi-judicial immunity to debtors in possession (4.2); draft memorandum re same (1.8). |
| 9/9/2011 | John Donley | 2.00 | Participate in conference with committees and J. O'Connell re strategic issues (.5); continue analysis of corporate transaction (.7); correspond with R. Frankel and J. Baer re same (.1); continue analyzing options and strategy re Libby negotiation (.7). |
| 9/9/2011 | Lisa G Esayian | .50 | Correspond with BNSF and Libby counsel re reply briefs re CNA settlement (.2); correspond with R. Finke and R. Wyron re same (.3). |
| 9/11/2011 | John Donley | .50 | Review CNA and BNSF settlement appeal supplemental briefs. |
| 9/12/2011 | Kimberly K Love | .90 | Prepare and organize materials requested by J. Donley re Libby issues. |
| 9/12/2011 | Jeffrey Gettleman | .10 | Correspond with B. Weiland re BNSF and Libby reply briefs. |
| 9/12/2011 | Adam C Paul | 2.10 | Analyze Libby medical plan (1.2); confer with J. Donley re same (.5); confer with J. Donley re Libby negotiations (.2); correspond with J. O'Connell re potential corporate transaction (.2). |
| 9/12/2011 | Rana Barakat | 8.40 | Conduct research re sections 34(b) and 172 of the Delaware Corporation Law (.5); draft correspondence to J. Donley re same (.3); conduct research re effect of notice of appeal on jurisdiction of lower courts to enforce settlements (2.3); review and analyze case law re same (1.8); draft memorandum re same (3.5). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2011 | John Donley | 4.60 | Review and detailed analysis of plan, pleadings and company documents affecting Libby discussions (1.5); draft memo re same (.8); confer with A. Paul re Libby-related plan and strategy issues (.3); confer with M. Shelnitz and R. Finke re same (.2); revise Libby memo (.4); review R. Barakat memo re corporation transaction issues and selected authorities (1.1); correspond with R. Barakat and A. Paul re follow-up issues (.3). |
| 9/13/2011 | Adam C Paul | .40 | Confer with J. Donley re Libby. |
| 9/13/2011 | Rana Barakat | 6.70 | Review and analyze case law re effect of notice of appeal on jurisdiction of lower courts to enforce settlements (3.0); draft memorandum surveying cases re effect of notice of appeal on jurisdiction of lower courts to enforce settlements (3.7). |
| 9/13/2011 | John Donley | 2.70 | Draft Libby proposal (.8); study and analyze Libby negotiation issues and documents (.6); confer with mediator (.2); confer with M. Shelnitz and R. Finke re strategy (.5); edit Libby proposal (.3); confer and correspond with A. Paul re Libby issues (.3). |
| 9/13/2011 | James H M Sprayregen, P.C. | .40 | Attention to strategy and tactics. |
| 9/14/2011 | Kimberly K Love | .50 | Prepare and organize materials requested by J. Donley re supplemental authority. |
| 9/14/2011 | Adam C Paul | 1.30 | Analyze WaMu opinion (.6); correspond with J. Donley and B. Weiland re same (.4); correspond with D. Blabey re same (.3). |
| 9/14/2011 | Rana Barakat | 5.90 | Review and analyze case law re effect of notice of appeal on jurisdiction of lower courts to enforce settlements (3.0); draft memorandum analyzing same (2.9). |
| 9/14/2011 | Nia Dukov | 3.80 | Legal research re issues identified by J. Donley re interest awards in solvent-debtor cases. |
| 9/14/2011 | Brad Weiland | 1.90 | Correspond with working group re potential equity structuring items (.2); review and analyze memorandum re same (.5); correspond with working group re solvent debtor issues (.4); research and analyze same (.8). |
| 9/14/2011 | John Donley | 4.70 | Work on Libby settlement analysis and outlining (1.5); confer with A. Paul re same (.5); research and draft WaMu supplemental authority brief (2.7). |
| 9/15/2011 | Kimberly K Love | 1.90 | Review files for information re KPMG Legal as requested by J. Baer. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/15/2011 | Adam C Paul | 2.70 | Analyze WaMu opinion (1.2); correspond with J. Donley re same (.6); confer with J. Donley and D. Blabey re same (.5); correspond with D. Blabey re same (.4). |
| 9/15/2011 | John Donley | 3.80 | Analyze Libby financial issues, continue review and analysis of options and outlining of same (1.2); continue review of WaMu opinion and related authorities, draft and edit supplemental brief (2.2); correspond with P. Bentley and M. Shelnitz re same (.4). |
| 9/15/2011 | James H M Sprayregen, P.C. | .40 | Attention to strategy and tactics. |
| 9/16/2011 | Kimberly K Love | .50 | Review, edit and cite check materials re supplemental authority as requested by J. Donley. |
| 9/16/2011 | Adam C Paul | 2.30 | Analyze memo re qualified immunity for actions taken pursuant to court order (1.4); correspond with R. Higgins re sale motion (.3); correspond with J. Donley re WaMu decision (.6). |
| 9/16/2011 | John Donley | 2.40 | Revise supplemental authority brief (.7); confer with M. Shelnitz and R. Finke re appeal issues and supplemental authority brief (.7); review and analyze Libby settlement issues (1.0). |
| 9/19/2011 | Jeffrey Gettleman | .40 | Correspond with N. Popper re transfer of claim in Grace bankruptcy (.1); confer with N. Popper re same (.3). |
| 9/19/2011 | Adam C Paul | 5.70 | Analyze and revise sale motion (4.1); confer with R. Higgins re same (.5); prepare for Libby negotiations (1.1). |
| 9/19/2011 | John Donley | 1.90 | Confer with M. Shelnitz re case resolution strategy (.5); study, analyze and outline Libby issues (1.1); confer with A. Paul re same (.3). |
| 9/19/2011 | Lisa G Esayian | 1.30 | Review Libby claimants' and BNSF's reply briefs in support of their appeals re CNA settlement (.8); correspond with J. Donley re key points (.5). |
| 9/20/2011 | Adam C Paul | 2.40 | Confer with J. Donley re Libby (.4); confer with ACC and FCR re strategy (.9); analyze motion for relief (.8); correspond with J. Donley re same (.3). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 9/20/2011 | John Donley | 6.00 | Analyze new options and Bankruptcy Code ramifications in connection with Libby negotiations (.5); confer and correspond with A. Paul re same (.6); confer with P. Lockwood, A. Paul, R. Frankel, M. Shelnitz and R. Finke re case developments and strategy (1.0); outline and analyze Libby settlement issues and draft memo to client re same (3.9). |
| 9/21/2011 | Adam C Paul | 5.70 | Prepare for Libby negotiations (1.9); preparation of confidentiality agreement (1.3); confer with J. Donley re Libby negotiations (.8); confer with M. Shelnitz re same (.8); analyze TDPs and plan (.9). |
| 9/21/2011 | John Donley | 2.70 | Work on Libby negotiation issues (2.0); confer and correspond with A. Paul re same (.4); confer with M. Shelnitz re same (.3). |
| 9/22/2011 | Jeffrey Gettleman | .10 | Correspond with B. Weiland re orders granting motion for leave to file replies. |
| 9/22/2011 | Adam C Paul | 5.40 | Analyze recently filed pleadings (.4); analyze and revise Libby confidentiality agreement (1.4); prepare for Libby negotiations (1.9); correspond with J. Donley re Libby (.3); confer with ACC & FCR re Libby (1.0); confer with J. Donley re same (.4). |
| 9/22/2011 | Brad Weiland | 1.50 | Review and analyze docket re appeals items (.6); correspond with working group re same (.5); review and analyze letters re plan and claims (.4). |
| 9/22/2011 | John Donley | 1.50 | Prepare for Libby negotiations (.6); revise confidentiality agreement (.3); confer with M. Shelnitz re same (.3); confer with A. Paul re same (.3). |
| 9/23/2011 | Adam C Paul | 5.20 | Preparation for Libby negotiations (2.1); appear at Libby negotiations (3.1). |
| 9/23/2011 | John Donley | 5.80 | Prepare for Libby settlement discussions and participate in discussions along with A. Paul, M. Shelnitz and D. Cohn. |
| 9/26/2011 | Kimberly K Love | .40 | Prepare and organize various materials requested by L. Esayian. |
| 9/26/2011 | Adam C Paul | .90 | Correspond with J. Donley re Libby (.4); analyze claim settlement (.3); correspond with M. Shelnitz re Libby (.2). |
| 9/27/2011 | Kimberly K Love | .50 | Prepare and organize 2019 materials to be forwarded to J. Baer. |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 9/27/2011 | Adam C Paul | 5.60 | Confer with Grace management re Libby (.9); confer with ACC/FCR re same (.7); prepare for conferences re Libby (.8); analyze and revise environmental settlement motion (1.9); analyze Libby Medical Plan disclosure (.9); analyze Libby 2019 statement (.4). |
| 9/27/2011 | John Donley | 1.60 | Confer with M. Shelnitz and Grace team re Libby issues (1.0); confer with M. Shelnitz re Libby strategy and options (.3); confer and correspond with A. Paul re same (.3). |
| 9/28/2011 | Adam C Paul | 2.50 | Analyze Libby Montana settlement (.9); analyze closing documents (1.1); confer with J. Aldock re Libby (.5). |
| 9/29/2011 | Adam C Paul | 1.40 | Analyze recently filed pleadings (.3); analyze Canadian claims (.4); analyze warrant agreement and precedent re same (.7). |
| 9/29/2011 | Lisa G Esayian | 1.00 | Analyze appeals of CNA settlement. |
| 9/29/2011 | James H M Sprayregen, P.C. | .50 | Attention to strategy and tactics. |
| 9/30/2011 | Jeffrey Gettleman | .20 | Correspond with Missouri Department of Revenue re inquiry (.1); correspond with B. Weiland re same (.1). |
| 9/30/2011 | Adam C Paul | 1.70 | Confer with J. Donley re Libby (.4); correspond with J. Donley re same (.3); confer with working group re EPA settlement (.7); correspond with J. O'Neill re district court (.3). |
| 9/30/2011 | John Donley | 1.40 | Confer with mediator re Libby (.3); confer with R. Frankel re Montana issues and review Montana pleadings (.4); confer and correspond with A. Paul re Libby issues (.4); review various recent pleadings and filings (.3). |
| 9/30/2011 | Lisa G Esayian | .50 | Review status of PD appeals and update chart re same. |
| | Total: | 230.50 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2011 | Todd F Maynes, P.C. | 1.00 | Confer and correspond with working group re revisions to 382 analysis and potential buyback involving Peninsula. |
| | Total: | 1.00 | |

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/22/2011 | John Donley | 1.60 | Travel to Denver, CO for Libby negotiation (billed at half time). |
| 9/23/2011 | Adam C Paul | 4.30 | Travel from Chicago, IL to Denver, CO and return travel for Libby negotiation (billed at half time). |
| 9/23/2011 | John Donley | 2.20 | Return travel from Denver, CO to Chicago, IL after Libby negotiation (billed at half time). |
| | Total: | 8.10 | |

## Matter 59 - Lyondell Reclamation Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2011 | Christopher T Greco | .30 | Correspond with L. Marchman re Lyondell tax form and attention to same. |
| | Total: | .30 | |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/22/2011 | Christopher T Greco | .40 | Correspond re order and review same. |
| | Total: | .40 | |

# EXHIBIT B

## Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $210.83 |
| Airfare | $1,744.27 |
| Transportation to/from airport | $38.00 |
| Travel Meals | $12.00 |
| **Total:** | **$2,005.10** |

## Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/20/2011 | 529.35 | John Donley, Airfare, Denver, CO, 09/22/2011 to 09/22/2011, (Libby Negotiations) |
| 9/20/2011 | 799.22 | Adam Paul, Airfare, Denver, CO, 09/23/2011 to 09/23/2011, (Libby Negotiations) |
| 9/23/2011 | 210.83 | John Donley, Lodging, Courtyard by Marriott (Denver Int'l Airport), Denver, CO, 09/22/2011 to 09/23/2011, (Libby Negotiations) |
| 9/23/2011 | 12.00 | John Donley, Travel Meals, Denver, CO, (Libby Negotiations), Breakfast |
| 9/23/2011 | 415.70 | John Donley, Airfare, Chicago, IL, 09/23/2011 to 09/23/2011, (Libby Negotiations) |
| 9/23/2011 | 38.00 | John Donley, Transportation To/From Airport, (Libby Negotiations) |
| Total: | 2,005.10 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $156.60 |
| Information Broker Doc/Svcs | $10.00 |
| Computer Database Research | $3,515.45 |
| Conference Room Rental | $840.00 |
| **Total:** | **$4,522.05** |

B-4

**Matter 52 – Expenses – Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 8/1/2011 | 844.86 | West, Computer Database Research, Dukov, Nia, August 2011 |
| 8/4/2011 | 584.56 | West, Computer Database Research, Hasbani, Inbal, August 2011 |
| 8/9/2011 | 10.87 | West, Computer Database Research, Gettleman, Jeffrey, August 2011 |
| 8/22/2011 | 88.50 | West, Computer Database Research, Donley, John W., August 2011 |
| 8/23/2011 | 10.00 | State Law Library of Montana - Information Broker Doc/Svcs, 1947 Revised Code of Montana for M. Kamraczewski |
| 8/23/2011 | 425.58 | West, Computer Database Research, Lodygowski, Gayle, August 2011 |
| 8/23/2011 | 157.81 | West, Computer Database Research, Love, Kimberly, August 2011 |
| 8/23/2011 | 176.14 | West, Computer Database Research, Weiland, Brad, August 2011 |
| 8/24/2011 | 85.65 | West, Computer Database Research, Esayian, Lisa G., August 2011 |
| 8/28/2011 | 1,141.48 | West, Computer Database Research, Barakat, Rana, August, 2011 |
| 9/5/2011 | 2.30 | Standard Prints |
| 9/7/2011 | 5.60 | Standard Prints |
| 9/7/2011 | 3.40 | Standard Prints |
| 9/7/2011 | 1.30 | Standard Prints |
| 9/12/2011 | 2.20 | Standard Prints |
| 9/12/2011 | 7.60 | Standard Prints |
| 9/13/2011 | 0.30 | Standard Prints |
| 9/13/2011 | 1.20 | Standard Prints |
| 9/13/2011 | 9.80 | Standard Prints |
| 9/14/2011 | 0.70 | Standard Prints |
| 9/15/2011 | 0.10 | Standard Copies or Prints |
| 9/15/2011 | 0.60 | Standard Prints |
| 9/15/2011 | 29.10 | Standard Prints |
| 9/15/2011 | 4.50 | Standard Prints |
| 9/19/2011 | 0.70 | Standard Prints |
| 9/19/2011 | 6.40 | Standard Prints |
| 9/20/2011 | 0.20 | Standard Prints |
| 9/20/2011 | 1.30 | Standard Prints |
| 9/20/2011 | 0.60 | Standard Prints |
| 9/21/2011 | 4.50 | Standard Prints |
| 9/21/2011 | 3.00 | Standard Prints |
| 9/22/2011 | 7.40 | Standard Prints |
| 9/22/2011 | 5.40 | Standard Prints |
| 9/22/2011 | 1.00 | Standard Prints |
| 9/23/2011 | 480.00 | Adam Paul, Other, Conference Room B Rental, (Libby Negotiations) |

B-5

| Date | Amount | Description |
|------|--------|-------------|
| 9/23/2011 | 360.00 | Adam Paul, Other, Conference Room D Rental, (Libby Negotiations) |
| 9/26/2011 | 13.10 | Standard Prints |
| 9/26/2011 | 9.90 | Standard Prints |
| 9/26/2011 | 1.30 | Standard Prints |
| 9/26/2011 | 13.00 | Standard Prints |
| 9/26/2011 | 4.80 | Standard Prints |
| 9/26/2011 | 5.30 | Standard Prints |
| 9/27/2011 | 6.90 | Standard Prints |
| 9/27/2011 | 0.90 | Standard Prints |
| 9/27/2011 | 1.30 | Standard Prints |
| 9/27/2011 | 0.20 | Standard Prints |
| 9/28/2011 | 0.70 | Standard Prints |
| Total: | 4,522.05 | |