<u>**EXHIBIT B**</u>

**August Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 27677 under Case No. 01-01139. Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.