# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: September 21, 2011, at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-FIRST MONTHLY INTERIM PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

Name of Applicant:                                      Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                     Debtors-in-Possession

Date of Retention:                                   July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                             July 1 through July 31, 2011

Amount of fees sought as actual,
reasonable and necessary:                            $11,068.00

Amount of expenses sought as actual,
reasonable and necessary                             $81.61

This is a(n):  X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 27520

DT FILED: 9/29/11

US_ACTIVE-107083223.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-first application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | 2.60 | $1,820.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 4.20 | $2,730.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 5.30 | $2,729.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 2.80 | $1,218.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 5.60 | $1,568.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 1.60 | $392.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 3.30 | $610.50 |

**Total Fees: $11,068.00**

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 10.90 | $4,297.50 |
| Litigation and Litigation Consulting | 2.40 | $1,577.00 |
| Fee Applications | 4.90 | $1,202.50 |
| Claim Analysis Objection Resolution & Estimation | 7.20 | $3,991.00 |
| **Total** | **25.40** | **$11,068.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $22.90 | ---- |
| Certified Copies | $21.75 | ---- |
| PACER | $25.60 | ---- |
| Postage Expense | $2.96 | ---- |
| Courier Service – Outside | $8.40 | ---- |
| SUBTOTAL | $81.61 | $0.00 |
| **TOTAL** | **$81.61** | **$0.00** |

Dated:  August 29, 2011                    REED SMITH LLP
        Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                            and

                                        James J. Restivo, Jr., Esquire
                                        Lawrence E. Flatley, Esquire
                                        Douglas E. Cameron, Esquire
                                        Reed Smith Centre
                                        225 Fifth Avenue
                                        Pittsburgh, PA 15222
                                        Telephone:  (412) 288-3131
                                        Facsimile:  (412) 288-3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number     2161141
7500 Grace Drive                         Invoice Date       08/22/11
Columbia, Maryland 21044                 Client Number       172573
USA

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

       Fees                              0.00
       Expenses                          1.70

                    TOTAL BALANCE DUE UPON RECEIPT        $1.70
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2161141
7500 Grace Drive                          Invoice Date       08/22/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         50001

========================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                   1.70

                          CURRENT EXPENSES                      1.70
                                                        -------------

                          TOTAL BALANCE DUE UPON RECEIPT        $1.70
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2161141
7500 Grace Drive                        Invoice Date     08/22/11
Columbia, Maryland 21044                Client Number     172573
USA                                     Matter Number      50001

============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/29/11    Duplicating/Printing/Scanning                    .20
            ATTY # 000349: 2 COPIES

07/08/11    Duplicating/Printing/Scanning                    .40
            ATTY # 000349: 4 COPIES

07/08/11    Duplicating/Printing/Scanning                   1.10
            ATTY # 000349: 11 COPIES

                        CURRENT EXPENSES                     1.70
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $1.70
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2161142
7500 Grace Drive                         Invoice Date     08/22/11
Columbia, Maryland 21044                 Client Number      172573
USA

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                0.00
    Expenses                           14.14

                   TOTAL BALANCE DUE UPON RECEIPT        $14.14
                                               =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      2161142
7500 Grace Drive                      Invoice Date       08/22/11
Columbia, Maryland 21044              Client Number        172573
USA                                   Matter Number         60026
```

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                   0.24
    Duplicating/Printing/Scanning          13.90

                    CURRENT EXPENSES                     14.14
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT          $14.14
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2161142
7500 Grace Drive                        Invoice Date      08/22/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/30/11 | PACER | .24 |
| 07/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 93 COPIES | 9.30 |

                          CURRENT EXPENSES             14.14
                                                  ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $14.14
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2161143
7500 Grace Drive                          Invoice Date      08/22/11
Columbia, Maryland 21044                  Client Number       172573
USA

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

     Fees                              0.00
     Expenses                         65.77

                    TOTAL BALANCE DUE UPON RECEIPT         $65.77
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number    2161143
    7500 Grace Drive                    Invoice Date     08/22/11
    Columbia, Maryland 21044            Client Number     172573
    USA                                 Matter Number      60033
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                 25.36
    Duplicating/Printing/Scanning          7.30
    Postage Expense                        2.96
    Certified Copies                      21.75
    Courier Service - Outside              8.40


                    CURRENT EXPENSES                        65.77
                                                     - - - - - - - - - - - - -

                    TOTAL BALANCE DUE UPON RECEIPT        $65.77
                                                     =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number    2161143
7500 Grace Drive                          Invoice Date     08/22/11
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      60033
```

===============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
               (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/27/11 | Certified Copies<br>Copies of court documents | 14.75 |
| 06/27/11 | Certified Copies<br>Copies of court documents | 7.00 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number  2161143
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       August 22, 2011


| Date | Description | Amount |
|------|-------------|-------:|
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/29/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 06/30/11 | PACER | 2.40 |
| 06/30/11 | PACER | .08 |
| 06/30/11 | PACER | 6.72 |
| 06/30/11 | PACER | 16.16 |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/06/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/06/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.08 |
| 07/21/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - Judge Fitzgerald -<br>7/11/11 | 8.40 |
| 07/28/11 | Postage Expense | 1.88 |

                              CURRENT EXPENSES                    65.77
                                                              ------------
                              TOTAL BALANCE DUE UPON RECEIPT      $65.77
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2161136
7500 Grace Drive                          Invoice Date       08/22/11
Columbia, Maryland 21044                  Client Number       172573
USA


================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                           4,297.50
     Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT      $4,297.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2161136
7500 Grace Drive                         Invoice Date     08/22/11
Columbia, Maryland 21044                 Client Number      172573
USA                                      Matter Number       50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

   Date   Name                                                     Hours
-------- ----------                                                -----

07/05/11 Espinosa          Analysis and research re:                .50
                           Plaintiff's initial disclosures,
                           and email A. Enriquez re same.

07/12/11 Espinosa          Call with A. Enriquez re the             .50
                           individuals identified in
                           Plaintiff's initial disclosures,
                           and draft email summarizing same.

07/12/11 Husar             Work on discovery and status             .90
                           update.

07/13/11 Espinosa          Follow-up call to the W.R. Grace's       .10
                           Workers Compensation attorney re
                           status.

07/14/11 Espinosa          Draft joint report for the July 29      1.20
                           scheduling conference.

07/14/11 Husar             Review and revise case management       1.20
                           conference report (0.7); strategy
                           regarding discovery plan (0.5).

07/15/11 Espinosa          Revise the Joint Report and email        .50
                           Plaintiff's counsel re same.

07/19/11 Espinosa          Review reports from Plaintiff's          .50
                           April 2011 AME exam.

07/20/11 Espinosa          Call with M. Glover re status of         .20
                           workers compensation claims.

```
172573 W. R. Grace & Co.                    Invoice Number  2161136
50001  Correa v. W.R. Grace                 Page    2
       August 22, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/21/11 | Husar | Confer regarding plaintiff's counsel ongoing refusal to respond to meet and confer process relating to CMC statement. | .30 |
| 07/22/11 | Espinosa | Correspond with Plaintiff's counsel regarding the revisions to the Joint Rule 26 Report (0.4); finalize and file the Joint Rule 26 Report (0.2). | .60 |
| 07/22/11 | Husar | Work on joint report and review plaintiff's proposed changes to the report (0.3); evaluate possible global settlement (0.2). | .50 |
| 07/26/11 | Espinosa | Participate in conference call with the workers' compensation attorney, M. Glover, re the status of the workers' compensation case and settlement (0.9); draft email with an update of recent developments (0.2). Draft email with an update of recent developments; | 1.10 |
| 07/26/11 | Husar | Confer with WR Grace's workers compensation attorney re: strategy and fact/expert issues (0.5); work on strategy for discovery and depositions (1.0). | 1.50 |
| 07/27/11 | Husar | Email exchange with client regarding status and discovery plan (0.2); work on written discovery (0.7). | .90 |
| 07/29/11 | Espinosa | Review the workers' compensation files for the "Petition for New and Further", and email M. Glover re same. | .40 |
| | | TOTAL HOURS | 10.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  2161136
50001  Correa v. W.R. Grace                 Page   3
       August 22, 2011
```

```
TIME SUMMARY                  Hours        Rate        Value
------------------------      ---------------------    -------
Linda S. Husar                5.30  at  $  515.00  =   2,729.50
Stephanie Henderson Espin     5.60  at  $  280.00  =   1,568.00

                              CURRENT FEES                        4,297.50


                                                          ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $4,297.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 2161137 |
| 7500 Grace Drive | Invoice Date | 08/22/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| Fees | 1,577.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,577.00 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161137 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 07/05/11 | Restivo | Respond to subpoena from Court of Common Pleas, Allegheny County (0.8);  telephone call with client (0.2). | 1.00 |
| 07/06/11 | Restivo | Subpoena response (1.0); e-mail client (0.2). | 1.20 |
| 07/14/11 | Ament | Review e-mails re: 7/25/11 agenda and hearing binders. | .20 |

                                          ------
                            TOTAL HOURS    2.40

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 2.20 at $ 700.00 = | | 1,540.00 |
| Sharon A. Ament | 0.20 at $ 185.00 = | | 37.00 |

                 CURRENT FEES                            1,577.00

                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT            $1,577.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2161138 |
| Invoice Date | 08/22/11 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

| | |
|---|---|
| Fees | 1,202.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $1,202.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2161138
7500 Grace Drive                        Invoice Date      08/22/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

| Date | Name | | Hours |
|------|------|------|------|
| 07/15/11 | Ament | Attention to billing matters for fee application (.20); various e-mails to D. Cameron and A. Muha re: billing matters (.20); review e-mail re: June monthly fee application (.10). | .50 |
| 07/15/11 | Muha | Review and revise fee and expense detail for June 2011 monthly fee application. | .40 |
| 07/22/11 | Muha | Revisions to fee and expense detail for June 2011 monthly application. | .20 |
| 07/25/11 | Ament | Review e-mail re: June monthly fee application. | .10 |
| 07/26/11 | Ament | Begin drafting June monthly fee application and spreadsheets relating to same. | .50 |
| 07/27/11 | Ament | Calculate fees and expenses for June monthly fee application (.50); continue drafting fee application and spreadsheets re: same (.40); provide same to A. Muha for review (.10). | 1.00 |
| 07/27/11 | Muha | Revisions to draft of June 2011 monthly fee application. | .20 |

```
172573 W. R. Grace & Co.                      Invoice Number  2161138
60029  Fee Applications-Applicant             Page    2
       August 22, 2011


    Date   Name                                              Hours
  -------- -----------                                       -----


  07/28/11 Ament         Finalize June monthly fee            .40
                         application and attend to issues
                         re: same (.30); e-mail same to J.
                         Lord for DE filing (.10).

  07/28/11 Lord          Draft, e-file and serve CNO to      1.60
                         Reed Smith May monthly fee
                         application (.4); revise, e-file
                         and serve Reed Smith June 2011
                         monthly fee application (1.2)

                                                            ------
                                          TOTAL HOURS        4.90


  TIME SUMMARY              Hours        Rate        Value
  ------------------------- -----   -------------   -------
  Andrew J. Muha            0.80 at $  435.00  =     348.00
  John B. Lord              1.60 at $  245.00  =     392.00
  Sharon A. Ament           2.50 at $  185.00  =     462.50

                           CURRENT FEES                      1,202.50


                                                          ------------
                           TOTAL BALANCE DUE UPON RECEIPT   $1,202.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2161139
7500 Grace Drive                          Invoice Date        08/22/11
Columbia, Maryland 21044                  Client Number         172573
USA

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                          3,991.00
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,991.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number      2161139
7500 Grace Drive                           Invoice Date       08/22/11
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2011

| Date | Name | | Hours |
|------|------|------|-------|
| 07/03/11 | Cameron | Review materials relating to property damage claims. | .80 |
| 07/05/11 | Cameron | Further review of property damage claims data. | .80 |
| 07/11/11 | Restivo | Receipt/review of emails, pleadings, etc. | .40 |
| 07/26/11 | Cameron | Review asbestos P.D. claims materials. | .80 |
| 07/27/11 | Muha | Review chart of property damage cases and notes re: same, and email to D. Cameron re: same. | .80 |
| 07/28/11 | Cameron | Review research regarding asbestos P.D. claims (.80); meet with A. Muha regarding same (.10). | .90 |
| 07/29/11 | Ament | Various meetings with A. Muha, S. Jonjak and M. Atkinson re: property damage cases. | .60 |
| 07/29/11 | Cameron | Meet with A. Muha re: asbestos property damage claims research. | .20 |
| 07/29/11 | Muha | Meetings with S. Ament and S. Jonjak re: research for information on property damage lawsuit filings (1.0); follow-up meeting with D. Cameron to discuss options and next-steps (0.2). | 1.20 |

```
172573  W. R. Grace & Co.                        Invoice Number  2161139
60033   Claim Analysis Objection Resolution & Estimation  Page    2
        (Asbestos)
        August 22, 2011


    Date   Name                                              Hours
  -------  ----------                                        -----


  07/31/11 Cameron        Review materials re: asbestos        .70
                          property damage claims research.

                                                             ------
                                          TOTAL HOURS          7.20


  TIME SUMMARY            Hours        Rate           Value
  ------------------      ----------------------      -------
  Douglas E. Cameron      4.20  at  $  650.00  =    2,730.00
  James J. Restivo Jr.    0.40  at  $  700.00  =      280.00
  Andrew J. Muha          2.00  at  $  435.00  =      870.00
  Sharon A. Ament         0.60  at  $  185.00  =      111.00

                          CURRENT FEES                            3,991.00


                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $3,991.00
                                                             ============
```