# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: October 24, 2011 at 4:00 p.m. |
| | Hearing Date: Only if Objections are Filed |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-SECOND MONTHLY INTERIM PERIOD FROM AUGUST 1, 2011 AUGUST 31, 2011

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1 through August 31, 2011 |
| Amount of fees sought as actual, reasonable and necessary: | $8,986.50 |
| Amount of expenses sought as actual, reasonable and necessary | $1,113.30 |

This is a(n): __X__ monthly     ___ interim     ___ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L. B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#27687
9/29/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-second application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | .80 | $560.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 4.50 | $2,925.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | .90 | $463.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 3.00 | $1,305.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 1.20 | $336.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 19 Years | Bankruptcy | $245.00 | 4.30 | $1,053.50 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 9.10 | $1,683.50 |
| Antoni Stosh Jonjak | Specialist | 2 Years | Knowledge Management | $110.00 | 6.00 | $660.00 |

**Total Fees: $8,986.50**

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 2.10 | $799.50 |
| Litigation and Litigation Consulting | 1.40 | $283.00 |
| Fee Applications | 10.20 | $2,396.00 |
| Claim Analysis Objection Resolution & Estimation | 16.10 | $5,508.00 |
| **Total** | **29.80** | **$8,986.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $311.00 | ---- |
| Outside Duplicating | $711.98 | ---- |
| PACER | $.72 | ---- |
| Postage Expense | $4.60 | ---- |
| Courier Service – Outside | $65.00 | ---- |
| General Expense:  Courthouse News document retrieval | $20.00 | ---- |
| SUBTOTAL | $1,113.30 | $0.00 |
| **TOTAL** | **$1,113.30** | **$0.00** |

Dated:  September 29, 2011          REED SMITH LLP
       Wilmington, Delaware

                         By: /s/ Kurt F. Gwynne
                              Kurt F. Gwynne (No. 3951)
                              1201 Market Street, Suite 1500
                              Wilmington, DE  19801
                              Telephone:  (302) 778-7500
                              Facsimile:  (302) 778-7575
                              E-mail: kgwynne@reedsmith.com

                                  and

                              James J. Restivo, Jr., Esquire
                              Lawrence E. Flatley, Esquire
                              Douglas E. Cameron, Esquire
                              Reed Smith Centre
                              225 Fifth Avenue
                              Pittsburgh, PA 15222
                              Telephone:  (412) 288-3131
                              Facsimile:  (412) 288-3063

                              Special Asbestos Products Liability Defense
                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2175179
7500 Grace Drive                          Invoice Date      09/27/11
Columbia, Maryland 21044                  Client Number       172573
USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          799.50
    Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT          $799.50
                                                ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W.R. Grace & Co.                        Invoice Number    2175179
  7500 Grace Drive                        Invoice Date     09/27/11
  Columbia, Maryland 21044                Client Number     172573
  USA                                     Matter Number       50001


===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

   Date   Name                                              Hours
  -------- -----------                                      -----


  08/10/11 Espinosa      Finalize the requests for           1.00
                         production of documents and
                         interrogatories and cause them to
                         be served on Plaintiff.

  08/10/11 Espinosa      Correspond with A. Enriquez          .20
                         regarding Plaintiff's deposition
                         and prepare the notice for same.

  08/18/11 Husar         Review court scheduling order,       .50
                         work on discovery plan.

  08/31/11 Husar         Review court deadlines and prepare   .40
                         email to John Forgach re: status
                         of litigation and key litigation
                         deadlines.

                                                            ------
                                          TOTAL HOURS        2.10


TIME SUMMARY              Hours        Rate         Value
------------------------  ----------------------    -------
Linda S. Husar            0.90  at $  515.00  =      463.50
Stephanie Henderson Espin 1.20  at $  280.00  =      336.00

                          CURRENT FEES                        799.50


                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT       $799.50
                                                      =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                    Invoice Number    2175180
  7500 Grace Drive                    Invoice Date     09/27/11
  Columbia, Maryland 21044            Client Number      172573
  USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
      Fees                              283.00
      Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $283.00
                                                    =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2175180
7500 Grace Drive                        Invoice Date      09/27/11
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

| Date | Name | | Hours |
|------|------|------|------|
| 08/10/11 | Lord | Research docket and update Reed Smith's 2002 service list. | .40 |
| 08/12/11 | Ament | E-mails with P. Cuniff re: preliminary agenda and hearing binders. | .20 |
| 08/15/11 | Ament | E-mails with J. O'Neill and K. Yee re: CNO and agenda (.20); telephone call to J. O'Neill re: same (.10); review CNO and preliminary agenda (.10); update hearing binder per J. O'Neill request (.10); arrange for hand delivery of preliminary agenda and hearing binder to Judge Fitzgerald (.10); follow-up e-mail to Pachulski re: same (.10). | .70 |
| 08/16/11 | Ament | Review e-mail from J. O'Neill re: preliminary agenda and hearing binder. | .10 |

```
                                                    ------
                                   TOTAL HOURS        1.40
```

172573 W. R. Grace & Co.                          Invoice Number   2175180
60026  Litigation and Litigation Consulting       Page    2
       September 27, 2011


| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| John B. Lord | 0.40 | at $ 245.00 = | 98.00 |
| Sharon A. Ament | 1.00 | at $ 185.00 = | 185.00 |
|  | CURRENT FEES | | 283.00 |


                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT         $283.00
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2175181
7500 Grace Drive                             Invoice Date       09/27/11
Columbia, Maryland 21044                     Client Number       172573
USA


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        2,396.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,396.00
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number      2175181
   7500 Grace Drive                    Invoice Date      09/27/11
   Columbia, Maryland 21044            Client Number        172573
   USA                                 Matter Number         60029
```

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 08/05/11 | Ament | Begin drafting quarterly fee application summary and narrative. | .30 |
| 08/08/11 | Ament | Calculate fees and expenses for quarterly fee application (1.0); draft quarterly fee application (.50). | 1.50 |
| 08/09/11 | Ament | Continue drafting fee application (.30); provide same to A. Muha for review (.10). | .40 |
| 08/10/11 | Ament | E-mail to J. Lord re: quarterly fee application (.10); meet with A. Muha re: same (.10); finalize 41st quarterly fee application (.10); e-mail summary and narrative to J. Lord for DE filing (.10). | .40 |
| 08/10/11 | Lord | Revise and prepare Reed Smith's 41st interim fee application for e-filing and service (1.5); communicate with S. Ament re: quarterly fee application (0.1). | 1.60 |
| 08/10/11 | Muha | Revise quarterly fee application (0.4); review and revise fees and expenses for July monthly application (0.3). | .70 |

```
172573 W. R. Grace & Co.                        Invoice Number  2175181
60029  Fee Applications-Applicant               Page   2
       September 27, 2011
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/11/11 | Ament | Review e-mail from J. Lord re: quarterly fee application (.10); e-mails re: July monthly fee application (.10). | .20 |
| 08/11/11 | Lord | E-file and coordinate service of Reed Smith's 41st interim fee application. | .50 |
| 08/12/11 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10); e-mails re: July monthly fee application (.10). | .40 |
| 08/12/11 | Muha | Revise fee and expense detail for July monthly fee application. | .20 |
| 08/22/11 | Ament | Review and respond to e-mail from A. Muha re: July monthly fee application (.10); e-mail to P. Dotterer re: same (.10); review invoices received (.10); calculate fees and expenses for July monthly fee application (.50); prpare spreadsheet re: same (.20); draft 121st monthly fee application (.30). | 1.30 |
| 08/24/11 | Ament | E-mails with J. Lord re: CNO for June monthly fee application (.10); finalize calculations of fees and expenses for July monthly fee application (.10); continue drafting 121st monthly fee application (.10); provide same to A. Muha for review (.10). | .40 |
| 08/24/11 | Lord | Communicate with S. Ament re: upcoming monthly fee application | .10 |
| 08/25/11 | Ament | Finalize 121st monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10). | .30 |
| 08/25/11 | Lord | Draft, e-file and serve CNO to Reed Smith June monthly fee application. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2175181
60029  Fee Applications-Applicant           Page   3
       September 27, 2011
```

```
   Date   Name                                              Hours
 --------  -----------                                       -----


08/25/11  Muha            Final review and revisions to        .20
                          monthly application for July 2011.

08/29/11  Lord            Revise, finalize and file Reed       1.20
                          Smith LLP July monthly fee
                          application.

                                                            ------
                                        TOTAL HOURS          10.20
```

```
TIME SUMMARY             Hours          Rate          Value
-----------------------  ---------------------        -------
Andrew J. Muha            1.10  at  $  435.00  =       478.50
John B. Lord              3.90  at  $  245.00  =       955.50
Sharon A. Ament           5.20  at  $  185.00  =       962.00

                         CURRENT FEES                          2,396.00

                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $2,396.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2175182
7500 Grace Drive                        Invoice Date      09/27/11
Columbia, Maryland 21044                Client Number        172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              5,508.00
         Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,508.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2175182
7500 Grace Drive                        Invoice Date      09/27/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2011

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/01/11 | Ament | Review e-mail from A. Muha re: property damage lawsuits. | .10 |
| 08/01/11 | Muha | Meeting with S. Ament and email re: additional work on research of property damage lawsuits. | .40 |
| 08/02/11 | Ament | Review docket for service list relating to property damage claims (.40); e-mail to Pachulski re: same (.10); e-mail to A. Muha re: same (.10). | .60 |
| 08/09/11 | Cameron | Attention to P.D. claims materials | .60 |
| 08/10/11 | Ament | E-mails with A. Muha re: PD claims. | .10 |
| 08/12/11 | Ament | E-mails and meet with A. Muha re: property damage claim research. | .30 |
| 08/12/11 | Cameron | Prepare summary re: P.D. claims (.80); Review current research re: same (.50) | 1.30 |
| 08/12/11 | Muha | Multiple emails to/from D. Cameron re: status and issues regarding analysis of PD litigation, and research re: same (0.3); prepare email memo to D. Cameron re: status and issues re: analysis of PD litigation (0.8); meeting with S. Ament re: same (0.1). | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  2175182
   60033  Claim Analysis Objection Resolution & Estimation Page   2
          (Asbestos)
          September 27, 2011


    Date    Name                                                    Hours
   -------- -----------                                             -----

   08/13/11 Cameron          Review materials from PD claims          .60
                             research

   08/15/11 Ament            Review and respond to e-mail from        .30
                             D. Cameron re: PD claim research
                             (.20); e-mails with S. Jonjak re:
                             same (.10).

   08/15/11 Cameron          Attend to PD claims research             .50

   08/16/11 Restivo          Telephone call with E. Westbrook.        .30

   08/17/11 Ament            Provide T. Rea with order                .20
                             approving CA DGS settlement per
                             request (.10); review e-mail from
                             D. Cameron re: property damage
                             claims research (.10).

   08/17/11 Cameron          Multiple emails re: PD claims          1.00
                             (.20); review cost materials
                             (.30); multiple emails re: Solow
                             settlement issues (.50)

   08/17/11 Restivo          Letter re:  property damage claim.       .50

   08/18/11 Ament            Review information relating to           .60
                             property damage claims research
                             (.30); e-mails and meet with S.
                             Jonjak requesting assistance re:
                             same (.20); e-mail to D. Cameron
                             and A. Muha re: same (.10).

   08/19/11 Ament            Review e-mail received from S.           .50
                             Jonjak re: property damage claims
                             research, together with supporting
                             documentation.

   08/19/11 Cameron          Review asbestos P.D. claims             .50
                             outline, research

   08/19/11 Jonjak           Database research and analysis re:     6.00
                             asbestos PD claim litigation.

   08/19/11 Muha             Emails re: PD claims analysis            .30
                             project.

```
172573 W. R. Grace & Co.                    Invoice Number  2175182
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       September 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/22/11 | Ament | Review e-mail from S. Jonjak re: property damage claims research (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |

```
                                                      ------
                                   TOTAL HOURS   16.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 4.50 | at $ | 650.00 | = | 2,925.00 |
| James J. Restivo Jr. | 0.80 | at $ | 700.00 | = | 560.00 |
| Andrew J. Muha | 1.90 | at $ | 435.00 | = | 826.50 |
| Sharon A. Ament | 2.90 | at $ | 185.00 | = | 536.50 |
| Antoni Stosh Jonjak | 6.00 | at $ | 110.00 | = | 660.00 |

```
              CURRENT FEES                          5,508.00


                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT        $5,508.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2175187
7500 Grace Drive                        Invoice Date      09/27/11
Columbia, Maryland 21044                Client Number       172573
USA

========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          0.00
    Expenses                     68.02

            TOTAL BALANCE DUE UPON RECEIPT        $68.02
                                               =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number     2175187
7500 Grace Drive                    Invoice Date       09/27/11
Columbia, Maryland 21044            Client Number       172573
USA                                 Matter Number        50001
```

==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                   0.72
    Duplicating/Printing/Scanning           7.30
    Courier Service - Outside              60.00

            CURRENT EXPENSES                              68.02
                                                    -------------

            TOTAL BALANCE DUE UPON RECEIPT              $68.02
                                                    =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number     2175187
    7500 Grace Drive                      Invoice Date     09/27/11
    Columbia, Maryland 21044              Client Number      172573
    USA                                   Matter Number       50001


    ===========================================================================

    Re: (50001)  Correa v. W.R. Grace



    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    07/14/11   Duplicating/Printing/Scanning                   .40
               ATTY # 000349: 4 COPIES

    07/22/11   Duplicating/Printing/Scanning                   .10
               ATTY # 000349: 1 COPIES

    07/22/11   Duplicating/Printing/Scanning                   .40
               ATTY # 000349: 4 COPIES

    07/22/11   Duplicating/Printing/Scanning                   .40
               ATTY # 000349: 4 COPIES

    07/22/11   Duplicating/Printing/Scanning                   .40
               ATTY # 000349: 4 COPIES

    07/22/11   Courier Service - Outside                     60.00
               Courier Service - Outside - Sacv 11-00113 Cjc
               Correa Vs Wr Grace & Santa Ana Joint Scheduling
               Conf Report Del Courtesy Copy To (Job #
               4987517)

    07/27/11   Duplicating/Printing/Scanning                   .40
               ATTY # 000349: 4 COPIES

    07/27/11   Duplicating/Printing/Scanning                  1.10
               ATTY # 000349: 11 COPIES

    07/31/11   PACER                                           .72

    08/10/11   Duplicating/Printing/Scanning                  1.30
               ATTY # 000349: 13 COPIES

    08/10/11   Duplicating/Printing/Scanning                   .10
               ATTY # 000349: 1 COPIES
```

172573  W. R. Grace & Co.                        Invoice Number  2175187
50001   Correa v. W.R. Grace                      Page   2
        September 27, 2011


08/10/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/10/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/10/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/10/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/10/11   Duplicating/Printing/Scanning                          .40
           ATTY # 000349: 4 COPIES

08/10/11   Duplicating/Printing/Scanning                         1.30
           ATTY # 000349: 13 COPIES

08/15/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/15/11   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

08/16/11   Duplicating/Printing/Scanning                          .20
           ATTY # 000349: 2 COPIES

08/19/11   Duplicating/Printing/Scanning                          .20
           ATTY # 000349: 2 COPIES

                        CURRENT EXPENSES                         68.02
                                                           ------------
                TOTAL BALANCE DUE UPON RECEIPT                 $68.02
                                                           ============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                      Invoice Number      2175188
  7500 Grace Drive                      Invoice Date       09/27/11
  Columbia, Maryland 21044              Client Number       172573
  USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
     Fees                            0.00
     Expenses                      788.74

                  TOTAL BALANCE DUE UPON RECEIPT        $788.74
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 2175188 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 09/27/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60026 |

==========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Duplicating/Printing/Scanning | 47.60 | |
| Postage Expense | 4.16 | |
| Courier Service - Outside | 5.00 | |
| Outside Duplicating | 711.98 | |
| General Expense | 20.00 | |
| CURRENT EXPENSES | | 788.74 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $788.74 |
| | | ============= |

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2175188
7500 Grace Drive                        Invoice Date     09/27/11
Columbia, Maryland 21044                Client Number     172573
USA                                     Matter Number      60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 07/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 07/15/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 07/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 07/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 07/26/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573  W. R. Grace & Co.                          Invoice Number  2175188
60026   Litigation and Litigation Consulting       Page   2
        September 27, 2011


07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/27/11   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

07/28/11   Duplicating/Printing/Scanning                        .90
           ATTY # 000559: 9 COPIES

07/28/11   Duplicating/Printing/Scanning                        .50
           ATTY # 000559: 5 COPIES

07/28/11   Duplicating/Printing/Scanning                        .90
           ATTY # 000559: 9 COPIES

07/28/11   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

07/28/11   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

07/28/11   Duplicating/Printing/Scanning                        .40
           ATTY # 000559: 4 COPIES

07/29/11   Duplicating/Printing/Scanning                       1.70
           ATTY # 000559: 17 COPIES

08/03/11   General Expense -- VENDOR: COURTHOUSE NEWS           20.00
           SERVICE: Document retrieval - A Jonjak

08/05/11   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

08/05/11   Duplicating/Printing/Scanning                        .90
           ATTY # 000559: 9 COPIES

08/08/11   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

```
172573 W. R. Grace & Co.                          Invoice Number  2175188
60026  Litigation and Litigation Consulting       Page   3
       September 27, 2011
```

| Date | Description | Amount |
|------|-------------|-------:|
| 08/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/08/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/09/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/09/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/12/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 08/19/11 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy -<br>8/15/11 | 5.00 |
| 08/22/11 | Outside Duplicating -- VENDOR: DIGITAL LEGAL<br>SERVICES, LLC - - Copying and service of<br>quarterly fee app. | 242.46 |
| 08/22/11 | Outside Duplicating -- VENDOR: DIGITAL LEGAL<br>SERVICES, LLC - - Copying and service of<br>quarterly fee app. | 469.52 |
| 08/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/22/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  2175188
60026  Litigation and Litigation Consulting       Page   4
       September 27, 2011


08/22/11   Duplicating/Printing/Scanning                     .90
           ATTY # 000559: 9 COPIES

08/22/11   Duplicating/Printing/Scanning                     .90
           ATTY # 000559: 9 COPIES

08/22/11   Duplicating/Printing/Scanning                     .90
           ATTY # 000559: 9 COPIES

08/24/11   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

08/24/11   Duplicating/Printing/Scanning                     .90
           ATTY # 000559: 9 COPIES

08/24/11   Duplicating/Printing/Scanning                    1.70
           ATTY # 000559: 17 COPIES

08/25/11   Duplicating/Printing/Scanning                     .40
           ATTY # 000559: 4 COPIES

08/25/11   Duplicating/Printing/Scanning                     .40
           ATTY # 000559: 4 COPIES

08/29/11   Duplicating/Printing/Scanning                   10.50
           ATTY # 0710; 105 COPIES

08/29/11   Postage Expense                                  4.16

                         CURRENT EXPENSES                  788.74
                                                     ------------
               TOTAL BALANCE DUE UPON RECEIPT         $788.74
                                                     ============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2175189
7500 Grace Drive                    Invoice Date     09/27/11
Columbia, Maryland 21044            Client Number     172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
    Fees                          0.00
    Expenses                    256.54

              TOTAL BALANCE DUE UPON RECEIPT      $256.54
                                                =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number     2175189
   7500 Grace Drive                    Invoice Date      09/27/11
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number       60033
```

=================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
   Duplicating/Printing/Scanning          256.10
   Postage Expense                          0.44

              CURRENT EXPENSES                         256.54
                                                  -------------

              TOTAL BALANCE DUE UPON RECEIPT       $256.54
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

Invoice Number    2175189
Invoice Date    09/27/11
Client Number    172573
Matter Number    60033

=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/05/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/17/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/18/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Equitrac By | .44 |
| 08/19/11 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2545 COPIES | 254.50 |

```
                          CURRENT EXPENSES              256.54
                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $256.54
                                                    ============
```