# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: November 21, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-THIRD MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: September 1 through September 30, 2011

Amount of fees sought as actual, reasonable and necessary: $12,101.50

Amount of expenses sought as actual, reasonable and necessary $94.10

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-third application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 1.40 | $910.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 2.00 | $1,030.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 3.80 | $1,653.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 26.70 | $7,476.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $245.00 | 2.10 | $514.50 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 2.80 | $518.00 |

Total Fees: $12,101.50

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 28.70 | $8,506.00 |
| Litigation and Litigation Consulting | .70 | $129.50 |
| Fee Applications | 4.20 | $953.00 |
| Claim Analysis Objection Resolution & Estimation | 5.20 | $2,513.00 |
| **Total** | **38.80** | **$12,101.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | 45.70 | ---- |
| PACER | 35.84 | ---- |
| Postage Expense | 4.16 | ---- |
| Courier Service – Outside | 8.40 | ---- |
| SUBTOTAL | $94.10 | $0.00 |
| **TOTAL** | **$94.10** | **$0.00** |

Dated:    October 28, 2011                   REED SMITH LLP
          Wilmington, Delaware

                                             By: /s/ Kurt F. Gwynne
                                                 Kurt F. Gwynne (No. 3951)
                                                 1201 Market Street, Suite 1500
                                                 Wilmington, DE  19801
                                                 Telephone:  (302) 778-7500
                                                 Facsimile:  (302) 778-7575
                                                 E-mail: kgwynne@reedsmith.com

                                                    and

                                             James J. Restivo, Jr., Esquire
                                             Lawrence E. Flatley, Esquire
                                             Douglas E. Cameron, Esquire
                                             Reed Smith Centre
                                             225 Fifth Avenue
                                             Pittsburgh, PA 15222
                                             Telephone:  (412) 288-3131
                                             Facsimile:  (412) 288-3063

                                             Special Asbestos Products Liability Defense
                                             Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2188530 |
| Invoice Date | 10/27/11 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

| | |
|---|---|
| Fees | 8,506.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT       $8,506.00
                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number        188530
7500 Grace Drive                              Invoice Date        10/27/11
Columbia, Maryland 21044                      Client Number         172573
USA                                           Matter Number          50001


===============================================================================

Re: (50001) Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 09/07/11 | Espinosa | Confer with L. Husar re case status and Plaintiff's deposition. | .50 |
| 09/07/11 | Husar | Work on strategy for the deposition (0.4); review email from workers compensation attorney regarding settlement demand (0.5). | .90 |
| 09/08/11 | Espinosa | Prepare for and participate in the conference call with J. Forgach re case strategy and Plaintiff's upcoming deposition. | 1.00 |
| 09/08/11 | Husar | Conference call with J. Forgach to provide status report and discuss strategy and analysis of claims (0.3); work on follow up relating to the workers compensation global settlement (0.8). | 1.10 |
| 09/15/11 | Espinosa | Draft letter to Plaintiff's counsel regarding Plaintiff's failure to respond to written discovery. | .20 |
| 09/16/11 | Espinosa | Review various employment and workers compensation files and begin to prepare an outline for Plaintiff's deposition. | 5.00 |
| 09/20/11 | Espinosa | Continue to draft an outline in preparation for Plaintiff's deposition. | 1.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2188530
50001  Correa v. W.R. Grace                 Page   2
       October 27, 2011
```

| Date     | Name     |                                                                                                                                                                                                                                      | Hours |
|----------|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/21/11 | Espinosa | Review Plaintiff's previous deposition testimony and incorporate his testimony into the deposition preparation materials.                                                                                                            | 2.70  |
| 09/22/11 | Espinosa | Continue to prepare for Plaintiff's deposition by reviewing various workers compensation files and drafting a deposition outline to incorporate the same.                                                                            | 4.20  |
| 09/23/11 | Espinosa | Continue to prepare for Plaintiff's deposition by reviewing various medical records and drafting a deposition outline to incorporate the same.                                                                                       | 2.00  |
| 09/26/11 | Espinosa | Review documents produced by Plaintiff (3.0); email Plaintiff's counsel re: the document production and Plaintiff's deposition (0.2).                                                                                                 | 3.20  |
| 09/27/11 | Espinosa | Review Plaintiff's responses to the requests for production of documents (0.3);  confer with Plaintiff's counsel about Plaintiff's document production (0.2);  strategize re: questioning at Plaintiff's deposition (0.4); review documents produced by Plaintiff (2.6). | 3.50  |
| 09/28/11 | Espinosa | Continue to review Plaintiff's document production and prepare for Plaintiff's deposition.                                                                                                                                            | 2.20  |
| 09/30/11 | Espinosa | Analyze documents from Plaintiff's document production (0.4);  email to Plaintiff's counsel following up on outstanding discovery (0.2).                                                                                              | .60   |

```
                                                          ------
                                          TOTAL HOURS     28.70
```

```
172573 W. R. Grace & Co.                    Invoice Number  2188530
50001  Correa v. W.R. Grace                 Page   3
       October 27, 2011
```

```
TIME SUMMARY               Hours         Rate          Value
------------------------   ---------------------       -------
Linda S. Husar              2.00  at  $  515.00  =    1,030.00
Stephanie Henderson Espin  26.70  at  $  280.00  =    7,476.00

                           CURRENT FEES                            8,506.00


                                                      ------------
                           TOTAL BALANCE DUE UPON RECEIPT         $8,506.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2188531
7500 Grace Drive                          Invoice Date      10/27/11
Columbia, Maryland 21044                  Client Number      172573
USA

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          129.50
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $129.50
                                                      ==============

```
                            REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                         Invoice Number      2188531
   7500 Grace Drive                         Invoice Date        10/27/11
   Columbia, Maryland 21044                 Client Number        172573
   USA                                      Matter Number         60026
```

============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 09/09/11 | Ament | E-mail to P. Cuniff re: agenda for 9/26/11 hearing (.10); review and respond to e-mail from P. Cuniff re: 9/12/11 preliminary agenda deadline (.10). | .20 |
| 09/12/11 | Ament | E-mails with P. Cuniff re: agenda and hearing binder (.20); review agenda and hearing binder received from P. Cuniff (.10); update hearing binder re: same (.10); hand deliver hearing binder to Judge Fitzgerald per J. O'Neill request (.10). | .50 |

```
                                                           ------
                                          TOTAL HOURS         .70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.70 at $ 185.00 = | | 129.50 |

```
                        CURRENT FEES                       129.50


                                                       ------------
               TOTAL BALANCE DUE UPON RECEIPT             $129.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2188532
7500 Grace Drive                          Invoice Date     10/27/11
Columbia, Maryland 21044                  Client Number     172573
USA

================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                         953.00
    Expenses                       0.00

              TOTAL BALANCE DUE UPON RECEIPT        $953.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2188532 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 10/27/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60029 |


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 09/07/11 | Ament | Review e-mails re: August monthly fee application. | .10 |
| 09/07/11 | Muha | Review and revise billing statements for Aug. 2011 monthly fee app. | .20 |
| 09/23/11 | Lord | Research docket and draft Reed Smith July monthly fee application. | .40 |
| 09/26/11 | Ament | E-mails re: August monthly fee application. | .10 |
| 09/26/11 | Lord | Revise, e-file and serve CNO to Reed Smith July fee application. | .40 |
| 09/27/11 | Ament | Calculate fees and expenses for August monthly fee application (.40); prepare spreadsheets re: same (.30); draft August monthly fee application (.30); provide fee application to A. Muha for review (.10); attention to billing matters (.10). | 1.20 |
| 09/28/11 | Ament | E-mails and meet with A. Muha re: August monthly fee application (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails with J. Lord re: August monthly fee application (.10). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2188532
60029  Fee Applications-Applicant           Page   2
       October 27, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/28/11 | Lord | Communicate with S. Ament: re: August monthly fee application (.1); revise and prepare same for e-filing and service (.4). | .50 |
| 09/29/11 | Lord | Revise, e-file and serve Reed Smith August monthly fee application. | .80 |

```
                                            ------
                              TOTAL HOURS    4.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 0.20 at $ 435.00 = | | 87.00 |
| John B. Lord | 2.10 at $ 245.00 = | | 514.50 |
| Sharon A. Ament | 1.90 at $ 185.00 = | | 351.50 |

```
              CURRENT FEES                            953.00


                                                ------------
              TOTAL BALANCE DUE UPON RECEIPT         $953.00
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2188533
7500 Grace Drive                          Invoice Date       10/27/11
Columbia, Maryland 21044                  Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              2,513.00
    Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $2,513.00
                                                        =============

```
                            REED SMITH LLP
                             PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2188533
7500 Grace Drive                        Invoice Date       10/27/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60033
```

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/11 | Ament | Meet with A. Muha re: asbestos property damage claim research and provide information to A. Muha. | .10 |
| 09/06/11 | Ament | Review e-mails re: property damage claim research. | .10 |
| 09/06/11 | Cameron | Emails re: status of research on asbestos P.D. claims | .40 |
| 09/06/11 | Muha | E-mails re: PD litigation analysis project. | .20 |
| 09/25/11 | Cameron | Review asbestos property damage summary materials | .60 |
| 09/26/11 | Cameron | Review materials relating to asbestos PD claims research | .40 |
| 09/28/11 | Muha | Review research materials compiled by A. Jonjak re: asbestos litigation by firms representing PD claimants in Grace bankruptcy, and notes on analysis of same. | 3.40 |

```
                                                   ------
                                     TOTAL HOURS     5.20
```

172573  W. R. Grace & Co.                          Invoice Number  2188533
60033   Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        October 27, 2011


| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 1.40 | at $ | 650.00 | = | 910.00 |
| Andrew J. Muha | 3.60 | at $ | 435.00 | = | 1,566.00 |
| Sharon A. Ament | 0.20 | at $ | 185.00 | = | 37.00 |
| | CURRENT FEES | | | | 2,513.00 |

                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT              $2,513.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2188534
7500 Grace Drive                        Invoice Date        10/27/11
Columbia, Maryland 21044                Client Number        172573
USA

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                              0.00
        Expenses                         11.36

                      TOTAL BALANCE DUE UPON RECEIPT        $11.36
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2188534 |
| 7500 Grace Drive | Invoice Date | 10/27/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 50001 |

==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 0.16 |
| Duplicating/Printing/Scanning | 11.20 |

CURRENT EXPENSES                                      11.36
                                                 -------------

TOTAL BALANCE DUE UPON RECEIPT                        $11.36
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2188534
7500 Grace Drive                          Invoice Date      10/27/11
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001

==========================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/31/11 | PACER | .16 |
| 09/07/11 | Duplicating/Printing/Scanning ATTY # 10886; 24 COPIES | 2.40 |
| 09/07/11 | Duplicating/Printing/Scanning ATTY # 000349: 17 COPIES | 1.70 |
| 09/07/11 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 09/07/11 | Duplicating/Printing/Scanning ATTY # 000349: 18 COPIES | 1.80 |
| 09/27/11 | Duplicating/Printing/Scanning ATTY # 10886; 48 COPIES | 4.80 |
| 09/30/11 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |

                           CURRENT EXPENSES               11.36
                                                    ------------
             TOTAL BALANCE DUE UPON RECEIPT              $11.36
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2188535
7500 Grace Drive                          Invoice Date      10/27/11
Columbia, Maryland 21044                  Client Number      172573
USA

================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                         0.00
        Expenses                    82.74

                    TOTAL BALANCE DUE UPON RECEIPT        $82.74
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2188535 |
| 7500 Grace Drive | Invoice Date    10/27/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60026 |

=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 35.68 |
| Duplicating/Printing/Scanning | 34.50 |
| Postage Expense | 4.16 |
| Courier Service - Outside | 8.40 |

CURRENT EXPENSES                   82.74
                                   -------------

TOTAL BALANCE DUE UPON RECEIPT          $82.74
                                   =============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


     W.R. Grace & Co.                      Invoice Number    2188535
     7500 Grace Drive                      Invoice Date     10/27/11
     Columbia, Maryland 21044              Client Number      172573
     USA                                   Matter Number       60026


  ===================================================================

  Re: (60026)  Litigation and Litigation Consulting


  FOR COSTS ADVANCED AND EXPENSES INCURRED:

  08/29/11   Duplicating/Printing/Scanning                    .90
             ATTY # 000559: 9 COPIES

  08/29/11   Duplicating/Printing/Scanning                   1.00
             ATTY # 000559: 10 COPIES

  08/29/11   Duplicating/Printing/Scanning                   1.20
             ATTY # 000559: 12 COPIES

  08/29/11   Duplicating/Printing/Scanning                    .30
             ATTY # 000559: 3 COPIES

  08/30/11   Duplicating/Printing/Scanning                   1.70
             ATTY # 000559: 17 COPIES

  08/31/11   PACER                                          19.44

  08/31/11   PACER                                           6.96

  08/31/11   PACER                                           9.28

  09/23/11   Courier Service - Outside -- VENDOR: JET        8.40
             MESSENGER: Messenger Trip - Fitzgerald - 9/12/11

  09/23/11   Duplicating/Printing/Scanning                    .30
             ATTY # 000559: 3 COPIES

  09/23/11   Duplicating/Printing/Scanning                    .30
             ATTY # 000559: 3 COPIES

  09/27/11   Duplicating/Printing/Scanning                    .90
             ATTY # 000559: 9 COPIES

  09/27/11   Duplicating/Printing/Scanning                    .90
             ATTY # 000559: 9 COPIES
```

172573 W. R. Grace & Co.                    Invoice Number  2188535
60026  Litigation and Litigation Consulting Page    2
       October 27, 2011


09/27/11   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

09/27/11   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

09/27/11   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

09/27/11   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

09/27/11   Duplicating/Printing/Scanning                   1.70
           ATTY # 000559: 17 COPIES

09/27/11   Duplicating/Printing/Scanning                   1.70
           ATTY # 000559: 17 COPIES

09/28/11   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

09/28/11   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

09/28/11   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

09/28/11   Duplicating/Printing/Scanning                   1.30
           ATTY # 000559: 13 COPIES

09/28/11   Duplicating/Printing/Scanning                   1.30
           ATTY # 000559: 13 COPIES

09/28/11   Duplicating/Printing/Scanning                    .30
           ATTY # 000559: 3 COPIES

09/29/11   Duplicating/Printing/Scanning                  11.40
           ATTY # 0718; 114 COPIES

09/29/11   Duplicating/Printing/Scanning                   1.80
           ATTY # 000559: 18 COPIES

09/29/11   Duplicating/Printing/Scanning                   1.80
           ATTY # 000559: 18 COPIES

09/29/11   Duplicating/Printing/Scanning                   1.80
           ATTY # 000559: 18 COPIES

172573 W. R. Grace & Co.                    Invoice Number  2188535
60026  Litigation and Litigation Consulting  Page    3
       October 27, 2011


  09/29/11   Postage Expense                           4.16

                         CURRENT EXPENSES              82.74
                                                 ------------

                         TOTAL BALANCE DUE UPON RECEIPT    $82.74
                                                 ============