EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
APRIL 1, 2011 THROUGH
APRIL 30, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   100492

Re: W. R. Grace & Co.
    David T. Austern
Case No.: 01-01139 (RLB)

```
       Subtotal for FEES only: 04/30/11     $9,572.00
       Subtotal for COSTS only: 04/30/11       $64.71
                                          --------------
CURRENT PERIOD FEES AND COSTS: 04/30/11     $9,636.71
                                          --------------

                       PAY THIS AMOUNT     $9,636.71
                                          ==============
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100492

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 18.1 | 8,597.50 |
| FEE/EMPLOYMENT APPLICATIONS | 1.3 | 214.50 |
| LITIGATION | 1.4 | 665.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.2 | 95.00 |
| Subtotal for FEES only: 04/30/11 | 21.0 | $9,572.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 19.70 | 19.70 | 9,357.50 | 0.00 | 0.00 |
| 165.00 | CAH | 1.30 | 1.30 | 214.50 | 0.00 | 0.00 |
| Totals | | 21.00 | 21.00 | 9,572.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code              (Paginate)
         Client code
         Actual employee code       (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 100492 to 100492
```

|Cl code|Grouping code description|Act Emp|Trans Date|Transaction description|Billable Hours|Billable Dollars|Gr Cd|
|---|---|---|---|---|---|---|---|
|WRG|CLAIMS ADMINISTRATION AND OBJECTIONS|JCP|04/19/11|Review of Motion to Approve Canadian ZAI Property Damage Claims Administrator.|0.20|95.00|Co|
| | | | | |-----|------| |
| | | | | |0.20|95.00| |
| | | | | |-----|------| |
| | | | | |0.20|95.00| |
| | | | | |-----|------| |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/06/11 | Review of Court Call confirmation for 4/18 Hearing; e-mail from Bifferato law firm re: agreeing to mediator for BNSF mediation; e-mail from counsel for Debtors' re: no Objection; e-mail from counsel for CNA agreeing. | 0.20 | 95.00 | Li |
| WRG | LITIGATION | JCP | 04/07/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 04/08/11 | E-mail from counsel for Debtors re: accessing documents for the record with enclosure; review of Acknowledgment for for confidential documents; review of miscellaneous pleadings. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 04/11/11 | E-mail from potential mediator re: waivers; review of Agenda for 4/18/11 Hearing; review of Maryland Casualty's Designation of Cross-Appeal Issues; e-mail from local counsel for PI Committee re: mediator issue; e-mail from Rick Wyron approving mediator; e-mail from counsel for Libby Claimants approving mediator. | 0.30 | 142.50 | |
| WRG | LITIGATION | JCP | 04/15/11 | E-mail from and e-mail to Conner Bifferato re: objections to him serving as mediator in BNSF mediation; e-mail to Orrick re: same; e-mail from and e-mail to Rick Wyron re: same; review of Debtors' Motion to Authorize Consent Order with USA re: Zonolite in Georgia; review of proposed Order. | 0.50 | 237.50 | |
| WRG | LITIGATION | JCP | 04/29/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| | | | | | 1.40 | 665.00 | |
| | | | | | 1.40 | 665.00 | |

Total records this group:  6

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/05/11 | Respond to e-mail from D. Fullem (.1); download and file Certificate of No Objection for Austern's December and January Fee Applications (.4); e-mail numbers to D. Fullem (.1). | 0.60 | 99.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/11 | Download and file Certificate of No Objection for Orrick's February Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/20/11 | Code January and March pre-bill. | 0.40 | 66.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.30 | 214.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.30 | 214.50 | |
| | | | | | ----- | ------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/01/11 | Review of Maryland Casualty's Notice of Cross Appeal (.1); review of Libby Claimants' Statement of Issues on Appeal (.1); review of Montana's Designation of Record and Statement of Issues on Appeal.(.1); review of Canada's Designation of Record and Statement of Issues on Appeal (.1); e-mail from counsel for Debtors' (2x) re: Notice of Joint Designation of the Record and Index for Exhibit A and review of both (.1); e-mail from local counsel for Debtors (3x) re: sign off on same (.1); e-mail to Orrick re: approving same; e-mail from Roger Frankle approving same (.1); e-mail to counsel for Debtors approving same (.1); e-mail from counsel for Personal Injury Committee (2x) re: same; review of as filed copy of same (.1); review of Joint Statement of Creditors' Committee and Bank Lender Group re: Issues on Appeal; review of miscellaneous pleadings (.1). | 1.00 | 475.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/02/11 | Review of AXA's Statement of Issues on Appeal. | 0.10 | 47.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/04/11 | Review of Garlock's Designation of the Record on Appeal; review of ECF Notification re: Oral Order setting Oral Argument for 6/28/11; calendar same; memorandum to file re: same; review of written Order re: same; review of Entry of Appearance for Alexander Sanders; review of Anderson Memorial's statement of Issues on Appeal; review of GEICO's Statement of Issues on Appeal; review of Maryland Casualty's Designation of Issue on Appeal. | 0.40 | 190.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/05/11 | Review of miscellaneous pleadings; e-mail from counsel for Debtors re: Counter-Designation of Record with enclosure; review of same with Exhibit; e-mail from counsel for Personal Injury Committee (2x) approving same; e-mail from Debbie Felder approving same; e-mail to local counsel for Debtors approving same; e-mail from counsel for Equity Committee approving same; review of as filed version of same; review of Maryland Casualty's Counter-Statement of Issues on Appeal. | 0.50 | 237.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/12/11 | E-mail from counsel for Debtors re: filing of Notice of Final Indices of Jointly Designated Record and Counter Designation of Record with enclosure (.1); review of same (.1); e-mail from Debbie Felder (2x) approving same (.1); e-mail from and e-mail to counsel for Debtors re: approving same (.1); review of as filed copy of same (.1); review of Arrowood's Counter Designations of Record (.1). | 0.60 | 285.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/18/11 | Phone conference with Judge Fitzgerald and all counsel (1.0); review of miscellaneous pleadings (.1); letter from counsel for Debtors to Judge Buckwalter re: cross-appellee response briefs (.1). | 1.20 | 570.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/21/11 | Review of miscellaneous pleadings; review of review of Bank Lenders' Motion to Exceed Page Limit for Appeal Brief; review of Libby Claimants' Motion to Exceed Page Limit for Appeal Brief. | 0.30 | 142.50 | |

WRG-AUS     LEGALMASTER MIRC for Transactions     11/8/2011 Pg 5
Case 01-01139-AMC   Doc 27914-3   Filed 11/10/11   Page 8 of 8
Fees

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/21/11 | E-mail from Debbie Felder re: Libby Claimants' Motion to File Under Seal the Key Identifying Certain Libby Claimants with enclosure and review of same (.1); e-mail from Debbie Felder re: revision to same (.1); e-mail from and e-mail to BNSF's mediator re: scheduling mediation (.1); e-mail to and e-mail from Rick Wyron re: same (.1); e-mail from counsel for PI Comm. re: same (.1); e-mail from counsel for PI Comm. approving Libby Claimants' Key Motion (.1); e-mail from counsel for Debtors re: same (.1); e-mail from Debbie Felder approving same (.1); e-mail from counsel for Libby Claimants re: as filed Key Motion with enclosure and review of same (.1); review of Bank Lender Group's and Unsecured Creditors' Committee's Motion for Leave to Exceed Page Limitation for Opening Appellate Brief (.1). | 1.00 | 475.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/25/11 | Review of Debtors' 39th Quarterly Report of Asset Sales (.1); review of Debtors' 39th Quarterly Report of Settlements (.1); review of GEICO's Appeal Brief (1.3 hrs); review of GEICO's Pro Hac Motion (.1); review of Libby Claimants' Appeal Brief (2.3 hrs). | 3.90 | 1,852.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/26/11 | Review of Garlock's Opening Brief on Appeal (1.3); review of Maryland Casualty's Opening Brief on Appeal (.1); review of BNSF's Opening Brief on Appeal (.9). | 2.30 | 1,092.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/27/11 | Review of Creditors' Committee's and Bank Lender Group's Joint Opening Appeal Brief (2.8 hrs); e-mail from counsel for Canadian ZAI Claimants re: Exhibit F to Motion for Order Approving the Canadian ZAI Property Damage Claims Administrator with enclosure and review of same (.1); review of Anderson Memorial's Initial Appellate Brief (2.1 hrs); review of AXA's Opening Appellate Brief (1.6 hrs). | 6.60 | 3,135.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/28/11 | Review of Order Granting permission for Bank Lender Group to exceed page limit; review of ECF Notification re: changing deadline for Appllee's Brief; review of Pro Hac Motion for PD FCR. | 0.20 | 95.00 | |

```
                                                                          ------    ---------
                                                                           18.10     8,597.50
                                                                          ------    ---------
                                                                           18.10     8,597.50
                                                                          ------    ---------
Total records this group:   12

                                                                          ------    ---------
                                                                           21.00     9,572.00
                                                                          ======    =========
22 records printed.
```