# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## APRIL 1, 2011 THROUGH
## APRIL 30, 2011

Phillips, Goldman & Spence, P.A.

Page   2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100492

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 04/01/11 | Long distance phone charges | 3.99 |
| 04/01/11 | On-line docket research | 0.72 |
| 04/29/11 | Check No.: 45691 - John C. Phillips, Jr. - Court Call. | 30.00 |
| 04/29/11 | Check No.: 45691 - John C. Phillips, Jr. - Court Call. | 30.00 |
| | Subtotal for COSTS only: 04/30/11 | $64.71 |