IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 11/30/2011** |
| | **Hearing Date: Scheduled if Necessary** |

**COVER SHEET
EIGHTY-FOURTH MONTHLY INTERIM APPLICATION
OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF MAY 1, 2011 TO MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, PI Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | May 1, 2011 through May 31, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $12,943.50 |
| 80% of Fees to be Paid: | $10,354.80 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $135.50 |
| Total Fees @ 80% and Expenses: | $10,490.30 |

This is an:    __X__ interim    __X__ monthly    ____ final application

The total time expended for fee application preparation during this time period was 0.7 hours and the corresponding fees were $177.50. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.60 | $2,187.60 |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No. 8613 | N/A | $4,129.20 | $4,129.20 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $7,397.60 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.26.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed 9.14.05 Dkt No. 9418 | N/A | $3349.49 | $3349.49 |
| 11th Monthly Application 4.1.05-4.30.05 Filed 6.6.05 Dkt No. 8554 | $4,910.00 | $195.51 | Filed 7.26.05 Dkt No. 9094 | $3,928.00 | $982.00 | $4,123.51 |
| 12th Monthly Application 5.1.05-5.31.05 Filed 6.27.05 Dkt No. 8686 | $3,596.00 | $309.93 | Filed 7.20.05 Dkt No. 9029 | $2,876.80 | $719.20 | $3,186.73 |
| 13th Monthly Application 6.1.05-6.30.05 Filed 7.26.05 Dkt No. 9095 | $5,395.00 | 1,093.35 | Filed 8.31.05 Dkt No. 9288 | $4,316.00 | $1,079.00 | 5,409.35 |
| 5th Quarterly Application Filed 7.27.05 Dkt No. 9096 | $13,901.00 | $1,598.79 | Filed 12.5.05 Dkt No. 11250 | N/A | $2,780.20 | $2,780.20 |
| 14th Monthly Application Filed 1.3.06 Dkt No. 11474 | $13,174.50 | $212.31 | Filed 1.30.06 Dkt No. 11643 | $10,539.60 | $2,634.90 | $10,751.91 |
| 15th Monthly Application Filed 1.3.06 Dkt No. 11475 | $6,226.00 | $113.00 | Filed 1.30.06 Dkt No. 11644 | $4,980.80 | $1,245.20 | $5,093.80 |
| 16th Monthly Application Filed 1.3.06 Dkt No. 11476 | $6,258.00 | $95.26 | Filed 1.30.06 Dkt No. 11645 | $5,006.4 | $1,251.60 | $5,101.66 |
| 6th Quarterly Application Filed 1.3.06 Dkt No. 11477 | $25,658.50 | $420.57 | Filed 3.21.06 Dkt No. 12097 | N/A | $5,131.70 | $5,131.70 |
| 17th Monthly Application Filed 1.3.06 Dkt No. 11478 | $10,201.00 | $9.11 | Filed 1.30.06 Dkt No. 11646 | $8,160.80 | $2,040.20 | $8,169.91 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 18th Monthly Application Filed 1.3.06 Dkt No. 11479 | $5,406.50 | $10.88 | Filed 1.30.06 Dkt No. 11647 | $4,325.20 | $1,302.90 | $4,336.08 |
| 19th Monthly Application Filed 2.6.06 Dkt No. 11722 | $7,533.00 | $133.39 | Filed 3.1.06 Dkt No. 11918 | $6,026.40 | $1,506.60 | $6,159.79 |
| 7th Quarterly Application Filed 2.10.06 Dkt No. 11746 | $23,140.50 | $153.38 | Filed 3.21.06 Dkt No. 12098 | N/A | $4,849.70 | $4,849.70 |
| 20th Monthly Application Filed 2.27.06 Dkt No. 11910 | $8,479.50 | $371.71 | Filed 4.28.06 Dkt No. 12332 | $6,783.60 | $1,695.90 | $7,155.31 |
| 21st Monthly Application Filed 3.23.06 Dkt No. 12109 | $6,008.50 | $469.08 | Filed 4.28.06 Dkt No. 12333 | $4,806.80 | $1,201.70 | $5,275.88 |
| 22nd Monthly Application Filed 4/28/06 Dkt No. 12334 | $5,694.00 | $580.22 | Filed 12555 Dkt No. 5/31/06 | $4,555.20 | $1,138.80 | $5,135.42 |
| 8th Quarterly Application Filed 5/31/06 Dkt No. 12556 | $20,182.00 | $1,421.01 | Filed 9/11/06 Dkt No. 13188 | N/A | $4,036.40 | 4,036.40 |
| 23rd Monthly Application Filed 8.23.26 Dkt No. 13042 | $5,289.50 | $1,080.15 | Filed 9/20/06 Dkt No. 13270 | $4,231.60 | $1,057.90 | $5,311.75 |
| 24th Monthly Application Filed 8.23.06 Dkt No. 13043 | $4,235.00 | $2,740.09 | Filed 9/20/06 Dkt No. 13271 | $3,338.00 | $847.00 | $6,128.09 |
| 25th Monthly Application Filed 8.23.06 Dkt No. 13044 | $3,753.50 | $564.12 | Filed 9/20/06 Dkt No. 13272 | $3,002.80 | $750.70 | $3,566.92 |
| 9th Quarterly Application Filed 8.29.06 Dkt No. 13078 | $13,278.00 | $4,384.36 | Filed 12.7.06 Dkt No. 13941 | N/A | $2,655.60 | $2,655.60 |
| 26th Monthly Application Filed 8/29/06 Dkt No. 13079 | $7,094.50 | $62.04 | Filed 9.20.06 Dkt No. 13273 | $5,675.60 | $1,418.90 | $5,737.64 |
| 27th Monthly Application Filed 10.2.06 Dkt No. 13333 | $11,850.50 | $270.91 | Filed 10.30.06 Dkt No. 13517 | $9,480.40 | $2,370.10 | $9,751.31 |
| 28th Monthly Application Filed 10.30.06 Dkt No. 13518 | $11,649.00 | $1,264.75 | Filed 11.27.06 Dkt No. 13786 | $9,319.20 | $2,329.80 | $10,583.95 |
| 10th Quarterly Application Filed 11.9.06 Dkt No. 13611 | $30,594.00 | $1,597.70 | Filed 12.7.06 Dkt No. 13942 | N/A | $6,118.80 | $6,118.80 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 29th Monthly Application Filed 11.27.06 Dkt No. 13787 | $7,261.00 | $358.99 | Filed 12.20.06 Dkt No. 14081 | $5,808.80 | $1,452.20 | $6,167.79 |
| 30th Monthly Application Filed 12.20.006 Dkt No. 14082 | $8,944.50 | $97.57 | Filed 1.30.07 Dkt No. 14424 | $7,155.60 | $1788.90 | $7,253.17 |
| 31st Monthly Application Filed 2.5.07 Dkt No. 14485 | $17,130.50 | $857.47 | Filed 3.5.07 Dkt No. 14747 | $13,704.40 | $3,426.10 | $14,561.87 |
| 11th Quarterly Application Filed 2.7.07 Dkt No. 14511 | $33,336.00 | $1,314.03 | Filed 16017 Dkt. No. 6.12.07 | N/A | $6,667.20 | $6,667.20 |
| 32nd Monthly Application Filed 3.14.07 Dkt No. 14859 | $14,348.50 | $56.44 | Filed 4.19.07 Dkt. No. 15244 | $11,478.80 | $2,869.70 | $11,535.24 |
| 33rd Monthly Application Filed 4.19.07 Dkt No. 15247 | $8,698.00 | $216.20 | Filed 5.10.07 Dkt. No. 15632 | $6,958.40 | $1,739.60 | $7,174.60 |
| 34th Monthly Application Filed 4.27.07 Dkt No. 15415 | $14,039.00 | $755.74 | Filed 5.30.07 Dkt No. 15897 | $11,231.20 | $2,807.80 | $11,986.94 |
| 12th Quarterly Application Filed 5/10/07 Dkt No. 15631 | $37,085.50 | $1,028.38 | Filed 9/11/07 Dkt No. 16697 | N/A | $7,417.10 | $7,417.10 |
| 35th Monthly Application Filed 5.30.07 Dkt No. 15898 | $21,025.50 | $747.92 | Filed 6/25/07 Dkt No. 16151 | $16,820.40 | $4,205.10 | $17,568.32 |
| 36th Monthly Application Filed 5.30.07 Dkt No. 16152 | $16,554.00 | $1,137.01 | Filed 9/11/07 Dkt No. 16798 | $13,243.20 | $3,310.80 | $14,380.21 |
| 37th Monthly Application Filed 11.7.07 Dkt No. 17313 | $17,017.00 | $742.33 | Filed 12.3.07 Dkt No. 17507 | $13,613.60 | $3,403.40 | $14,355.93 |
| 13th Quarterly Application Filed 11.8.07 Dkt No. 17315 | $54,596.50 | $2,627.26 | Filed 12.3.07 Dkt No. 17508 | N/A | $10,919.30 | $10,919.30 |
| 38th Monthly Application Filed 11.9.07 Dkt No. 17318 | $17,802.00 | $99.66 | Filed 12.3.07 Dkt No. 17509 | $14,241.60 | $3,560.40 | $14,341.26 |
| 39th Monthly Application Filed 12.3.07 Dkt No. 17510 | $9,061.00 | $905.60 | Filed 12.27.07 Dkt No. 17711 | $7,248.80 | $1,812.20 | $8,154.40 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 40th Monthly Application Filed 12.3.07 Dkt No. 17511 | $13,241.50 | $1,202.40 | Filed 12.6.07 Dkt No. 17706 | $10,593.20 | $2,648.30 | $11,795.60 |
| 14th Quarterly Application Filed 12.3.07 Dkt No. 17512 | $40,104.50 | 2,207.66 | Filed 3.3.08 Dkt No. 18184 | N/A | $8020.90 | $8,020.90 |
| 41st Monthly Application Filed 12.3.07 Dkt No. 17513 | $9,331.50 | $67.00 | Filed 12.26.07 Dkt No. 17707 | $7,465.20 | $1,866.30 | $7,532.20 |
| 42nd Monthly Application Filed 12.17.07 Dkt No. 17646 | $9,544.00 | $1,019.68 | Filed 1.23.08 Dkt No. 17871 | $7,635.20 | $1908.80 | $8,654.88 |
| 43rd Monthly Application Filed 1.29.08 Dkt No. 19724 | $21,040.00 | $1,169.65 | Filed 3.3.08 Dkt No. 18183 | $16,832.00 | $4,208.00 | $18,001.65 |
| 15th Quarterly Application Filed 2.11.08 Dkt No. 18019 | $39,915.50 | $2,256.33 | Filed 6.9.08 Dkt No. 18886 | N/A | $7,983.10 | $7,983.10 |
| 44th Monthly Application Filed 3.14.08 Dkt No. 18292 | $29,925.00 | $236.90 | Filed 4.24.08 Dkt No. 18606 | $23,940.00 | $5,985.00 | $24,176.90 |
| 45th Monthly Application Filed 3.27.08 Dkt No. 18393 | $8,083.00 | $219.58 | Filed 4.24.08 Dkt No. 18607 | $6,466.40 | $1,616.60 | $6,685.98 |
| 46th Monthly Application Filed 4.25.08 Dkt No. 18609 | $22,230.00 | $1,839.62 | Filed 5.19.08 Dkt No. 18737 | $17,784.00 | $4,446.00 | $19,623.62 |
| 16th Quarterly Application Filed 5.19.08 Dkt No. 18738 | $60,238.00 | $2,296.10 | Filed 6.9.08 Dkt No. 18886 | N/A | $12,047.60 | $12,047.60 |
| 47th Monthly Application Filed 6.10.08 Dkt No. 18904 | $15,968.00 | $1,087.27 | Filed 7.1.08 Dkt No. 19027 | $12,774.40 | $3,193.60 | $13,861.67 |
| 48th Monthly Application Filed 7.1.08 Dkt No. 19028 | $7,235.00 | $118.33 | Filed 7.28.08 Dkt No. 19167 | $5,788.00 | $1,447.00 | $5,906.33 |
| 49th Monthly Application Filed 7.31.08 Dkt No. 19207 | $10,658.00 | $1,093.15 | Filed 8.27.08 Dkt No. 19384 | $8,526.40 | $2,131.60 | $9,619.55 |
| 17th Quarterly Application Filed 8.5.08 Dkt No. 19235 | $33,861.00 | $4,594.85 | Filed 12.10.08 Dkt No. 20238 | N/A | $6,772.20 | $6,772.20 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 50th Monthly Application Filed 8.27.08 Dkt No. 19385 | $9,720.00 | $826.54 | Filed 9.19.08 Dkt No. 19573 | $7,776.00 | $1,944.00 | $8,602.54 |
| 51st Monthly Application Filed 11.17.08 Dkt No. 20048 | $6,864.00 | $1,017.41 | Filed 12.10.08 Dkt No.20239 | $5,491.20 | $1,372.8 | $6,508.61 |
| 52nd Monthly Application Filed 11.17.08 Dkt No. 20049 | $10,739.00 | $822.12 | Filed 1.7.09 Dkt No. 20500 | $8,591.20 | $2,147.80 | $9413.32 |
| 18th Quarterly Application Filed 11.26.08 Dkt No. 20148 | $27,323.00 | $2,666.07 | Filed 3.20.09 Dkt No. 21056 | N/A | $5,464.60 | $5,464.60 |
| 53rd Monthly Application Filed 12.1.08 Dkt. No. 20161 | $15,150.00 | $81.25 | Filed 1.5.08 Dkt No. 20415 | $12,120.00 | $3,030.00 | $12,201.25 |
| 54th Monthly Application Filed 1.12.09 Dkt No. 20501 | $9,633.00 | $98.53 | Filed 2.25.09 Dkt No. 20837 | $7,706.40 | $1,926.60 | $7,804.93 |
| 55th Monthly Application Filed 2.25.09 Dkt No. 20838 | $9,620.00 | $1,429.03 | Filed 3.20.09 Dkt No. 21057 | $7,696.00 | $1,924.00 | $9,125.02 |
| 19th Quarterly Application Filed 20884 Dkt No. 3.3.09 | $34,403.00 | $1,608.81 | Filed 6.15.09 Dkt No. 22090 | N/A | $6,880.60 | $6,880.60 |
| 56th Monthly Application Filed 2.25.09 Dkt No. 20839 | $17,324.00 | $1,776.56 | Filed 21058 Dkt No. 3.20.09 | $13,859.20 | $3,464.80 | $15,635.76 |
| 57th Monthly Application Filed 5.13.09 Dkt No. 21653 | $17,780.50 | $246.50 | Filed 6.4.09 Dkt No. 21988 | $14,224.40 | $3,556.10 | $14,470.90 |
| 58th Monthly Application Filed 5.13.09 Dkt No. 21654 | $21,595.00 | $741.49 | Filed 6.4.09 Dkt No. 21999 | $17,276.00 | $4,319.00 | $18,017.49 |
| 20th Quarterly Application Filed 5.19.09 Dkt No. 21743 | $56,699.50 | $2,764.55 | Filed Dkt No. | N/A | $11,339.90 | $11,339.90 |
| 59th Monthly Application Filed 6.2.09 Dkt No. 21947 | $15,070.00 | $416.97 | Filed 6.24.09 Dkt No. 22232 | $12,056.00 | $3,014.00 | $12,472.97 |
| 60th Monthly Application Filed 6.24.009 Dkt. No. 22233 | $27,350.00 | $229.47 | Filed 8.5.09 Dkt No. 22704 | $21,880.00 | $5,170.00 | $22,109.47 |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 61ST Monthly Application Filed 1/11/2010 Dkt. No. 24137 | $15,040.00 | $1,771.89 | Filed 2.23.2010 Dkt. No. 24139 | $12,032.00 | $3008.00 | $13,803.89 |
| 21st Quarterly Application Filed 1.12.2010 Dkt. No. 24142 | $42,390.00 | $2,418.33 | Filed 3.10.2010 Dkt. No. 24431 | N/A | $11,192.00 | $11,192.00 |
| 62nd Monthly Application Filed 10.4.2011 Dkt. No. 27718 | $22,770.00 | $819.58 | Filed 11.1.2011 Dkt. No. 27856 | $18,216.00 | $4,554.00 | |
| 63rd Monthly Application Filed 10.4.2011 Dkt. No. 27719 | $37,381.50 | $485.98 | Filed 11.1.2011 Dkt. No. 27857 | $29,905.20 | $7,476.30 | |
| 64th Monthly Application Filed 10.4.2011 Dkt. No. 27720 | $43,410.00 | $67.00 | Filed 11.1.2011 Dkt. No. 27858 | $34,728.00 | $8,682.00 | |
| 22nd Quarterly Application Filed 10.6.2010 Dkt. No. 27725 | $103,561.50 | $1,372.56 | Filed Dkt. No. | N/A | $20,712.30 | |
| 65th Monthly Application Filed 10.17.2011 Dkt. No. 27763 | $14,194.00 | $1,554.06 | Filed 11.9.2011 Dkt. No. 27797 | $11,355.20 | $2,838.80 | |
| 66th Monthly Application Filed 10.17.2011 Dkt. No. 27764 | $9,917.50 | $1,165.00 | Filed 11.9.2011 Dkt. No. 27798 | $7,934.00 | $1,983.50 | |
| 67th Monthly Application Filed 10.17.2011 Dkt. No. 27765 | $1,447.50 | $116.00 | Filed 11.9.2011 Dkt. No. 27799 | $1,158.00 | $289.50 | |
| 23rd Quarterly Application Filed 10.18.2011 Dkt. No. 27768 | $25,555.00 | $2,835.06 | Filed Dkt. No. | N/A | $5,111.80 | |
| 68th Monthly Application Filed 10.21.2011 Dkt. No. 27798 | $17,625.00 | $1,740.23 | Filed Dkt. No. | $14,100.00 | $3,525.00 | |
| 69th Monthly Application Filed 10.21.2011 Dkt. No. 27799 | $3,870.00 | $7.98 | Filed Dkt. No. | $3,096.00 | $774.00 | |
| 70th Monthly Application Filed 10.21.2011 Dkt. No. 27800 | $5,685.00 | $148.00 | Filed Dkt. No. | $4,568.00 | $1,137.00 | |
| 24th Quarterly Application Filed 10.21.2011 Dkt. No. 27801 | $27,180.00 | $1,896.21 | Filed Dkt. No. | N/A | $5,436.00 | |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 71st Monthly Application Filed 10/24/2011 Dkt. No. 27814 | $3,900.00 | $249.04 | Filed Dkt. No. | $3,120.00 | $780.00 | |
| 72nd Monthly Application Filed 10.24.2011 Dkt. No. 27815 | $2,130.00 | $0.57 | Filed Dkt. No. | $1,704.00 | $426.00 | |
| 73rd Monthly Application Filed 10.24.2011 Dkt. No. 27816 | $2,340.00 | $0.00 | Filed Dkt. No. | $1,872.00 | $468.00 | |
| 25th Quarterly Application Filed 10.24.2011 Dkt. No. 27821 | $8,370.00 | $249.61 | Filed Dkt. No. | N/A | $1,674.00 | |
| 74th Monthly Application Filed 11.1.2011 Dkt. No. | $11,010.00 | $5.20 | Filed Dkt. No. | $8,808.00 | $2,202.00 | |
| 75TH Monthly Application Filed 11.1.2011 Dkt. No. | $1,635.00 | $4.80 | Filed Dkt. No. | $1,308.00 | $327.00 | |
| 76th Monthly Application Filed 11.1.2011 Dkt. No. 27861 | $1,335.00 | $74.30 | Filed Dkt. No. | $1,068.00 | $267.00 | |
| 26th Quarterly Application Filed 11.2.2011 Dkt. No. 27872 | $13,980.00 | $84.30 | Filed Dkt. No. | N/A | $2,796.00 | |
| 77th Monthly Application Filed Dkt. No. | $1,470.00 | $54.70 | Filed Dkt. No. | $1,176.00 | $294.00 | |
| 78th Monthly Application Filed Dkt. No. | $975.00 | $4.50 | Filed Dkt. No. | $780.00 | $195.00 | |
| 79th Monthly Application Filed 11.3.2011 Dkt. No. 27876 | $3,210.00 | $0.00 | Filed Dkt. No. | $2,568.00 | $642.00 | |
| 27th Quarterly Application Filed 11.3.2011 Dkt. No. 27877 | $5,655.00 | $143.50 | Filed Dkt. No. | N/A | $1,131.00 | |
| 80th Monthly Application Filed 11.9.2011 Dkt. No. | $7,058.50 | $104.16 | Filed Dkt. No. | $5,646.80 | $1,411.70 | |
| 81ST Monthly Application Filed 11.9.2011 Dkt. No. | $10,908.00 | $28.00 | Filed Dkt. No. | $8,726.40 | $2,181.60 | |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 82nd Monthly Application Filed 11.9.2011 Dkt. No. 27905 | $8,882.00 | $89.99 | Filed Dkt. No. | $7,105.60 | $1,776.40 | |
| 28th Quarterly Application Filed 11.9.2011 Dkt. No. 27906 | $26,848.50 | $222.15 | Filed Dkt. No. | N/A | $5,369.70 | |
| 83rd Monthly Application Filed 11.10.2011 Dkt. No. | $9,572.00 | $64.71 | Filed Dkt. No. | $7,657.60 | $1,914.40 | |

## CURRENT COMPENSATION SUMMARY

## MAY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | $475 | 22.00 | $10,450.00 |
| Megan C. Haney | Associate/one year/2007/ litigation/bankruptcy | $325 | 6.20 | $2,015.00 |
| Celeste A. Hartman | Sr. Paralegal/15 years/20 years prior experience | $165 | 2.90 | $478.50 |
| Grand Total | | | 31.10 | $12,943.50 |
| Blended Rate: | | | | $416.19 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Claims Administration and Objections | 0.80 | $380.00 |
| Case Administration | 0.90 | $148.50 |
| Plan and Disclosure Statement | 25.10 | $10,992.50 |
| Fee/Employment Applications | 2.20 | $425.00 |
| Litigation | 2.10 | $997.50 |
| Total | 31.10 | $12,943.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Facsimile ($1 per page outgoing only) | N/A | $20.00 |
| In house Reproduction (10¢ per page) | N/A | $0.50 |
| Copy/Mail/Document Retrieval Service | Parcels, Inc. | $115.00 |
| Total | | $135.50 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on events occurring in these cases over the previous eleven years, on protecting the rights of the future claimants with respect to actions taken by the Debtors, the Committees and other parties in interest, claims estimation and plan of reorganization.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as PI Future
Claimants' Representative

Date:   November 10, 2011