# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 1, 2011 THROUGH
# MAY 31, 2011

```
              Phillips, Goldman & Spence, P.A.
                     1200 N. Broom Street
                     Wilmington, DE  19806
                        (302) 655-4200
                      EI #: 51-0328786
```

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                              File   WRG-AUS/JCP
                              Invoice number   100493
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 05/31/11    $12,943.50
         Subtotal for COSTS only: 05/31/11       $135.50
                                              -------------
  CURRENT PERIOD FEES AND COSTS: 05/31/11     $13,079.00
                                              -------------

                       PAY THIS AMOUNT        $13,079.00
                                              =============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    100493

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.8 | 380.00 |
| LITIGATION | 2.1 | 997.50 |
| PLAN AND DISCLOSURE STATEMENT | 25.1 | 10,992.50 |
| FEE/EMPLOYMENT APPLICATIONS | 2.2 | 425.00 |
| CASE ADMINISTRATION | 0.9 | 148.50 |
| Subtotal for FEES only: 05/31/11 | 31.1 | $12,943.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 22.00 | 22.00 | 10,450.00 | 0.00 | 0.00 |
| 325.00 | MCH | 6.20 | 6.20 | 2,015.00 | 0.00 | 0.00 |
| 165.00 | CAH | 2.90 | 2.90 | 478.50 | 0.00 | 0.00 |
| Totals | | 31.10 | 31.10 | 12,943.50 | 0.00 | 0.00 |

```
WRG-AUS                                         LEGALMASTER MIRC for Transactions                                                  11/8/20
                                                             -Fees-

    Sorts:  Grouping code           (Paginate)
            Client code
            Actual employee code    (Subtotal)
            Transaction date

    Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 100493 to 100493

                                            Act  Trans                                                              Billable       Bill
Cl code  Grouping code description          Emp  Date    Transaction description                                    Hours          Dol

WRG      CASE ADMINISTRATION                CAH  05/16/11 Scan file and serve 3 Pro Hac Motions in DED then label       0.70         11
                                                         and print same and send copies to Court (.5); file and
                                                         label Certificate of Service for 3 Pro Hac Motions (.2).

WRG      CASE ADMINISTRATION                CAH  05/16/11 Phone conference with M. Higgins and fax Pro Hac Motions      0.20          3
                                                         to Chambers.
                                                                                                                      -----        ---
                                                                                                                       0.90         14
                                                                                                                      -----        ---
                                                                                                                       0.90         14
                                                                                                                      -----        ---
```

Total records this group:  2

| | | | | | | |
|---|---|---|---|---|---|---|
| WRG-AUS | | | | LEGALMASTER MIRC for Transactions<br>-Fees- | | 11/8/20 |
| Cl code | Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Billable<br>Hours | Bill<br>Dol |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 05/02/11 | Fax from Charles Jurgen re: New York Hillside's claim with enclosure and review of same (.1); e-mail from counsel for Libby Claimants re: mediation date and e-mail from paralegal re: mediator re: same, e-mail to Orrick re: same (.1); e-mail from Debbie Felder re: Peri Mahaley attending mediation for FCR and e-mail to paralegal for mediator re: same (.1); e-mail from paralegal for mediator designating mediation date (.1); e-mail to and e-mail from Peri Mahaley re: same and calendar same (.1); review of ECF Notification re: Maryland Casualty's 4 Pro Hac Motions (4x) (.1); review of ECF Notification re: re: Continental's 3 Pro Hac Motions (3x) (.1); review of miscellaneous pleadings and fax from mediator confirming mediation date (.1). | 0.80 | 38 |
| | | | | | -----<br>0.80<br>-----<br>0.80<br>----- | ---<br>38<br>---<br>38<br>--- |

Total records this group:  1

| WRG-AUS | | | | | LEGALMASTER MIRC for Transactions -Fees- | | 11/8/20... |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billa Doll |
| WRG | LITIGATION | | JCP | 05/03/11 | Review of Order rescheduling 5/23/11 Hearing to 5/25/11; e-mail to paralegal e: setting up Court Call for same; review of AXA's 2 Pro Hac Motions. | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/04/11 | Conference with paralegal re: signing John C. Phillips, Jr. up with Court Call for 5/25/11 hearing; letter from mediator confirming mediation date. | 0.10 | 4... |
| WRG | LITIGATION | | JCP | 05/07/11 | Review of Debtors' Monthly Operating Report for March 2011. | 0.10 | 4... |
| WRG | LITIGATION | | JCP | 05/10/11 | Review of ECF Notification re: "So Ordering" Libby Claimants' Pro Hac; review of Personal Injury Committee's 3 Pro Hac Motions. | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/11/11 | Review of miscellaneous pleadings and 2 Orders; review of Anderson Memorial's 2 Pro Hac Motions. | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/12/11 | Review of ECF Notifications re: granting Pro Hac Motions (7x). | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/13/11 | Review of e-mail chain between Orrick and Celeste A. Hartman re: Orrick Pro Hac Motions; review of and execute 3 Orrick Pro Hac Motions (Frankel, Wyron and Felder) and Notice of Service; review of Personal Injury Committee's Pro Hac Motion. | 0.40 | 19... |
| WRG | LITIGATION | | JCP | 05/16/11 | Review of miscellaneous pleadings; review of Continental Casualty's Pro Hac Motion. | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/17/11 | Review of miscellaneous pleadings; review of Agenda for 5/25/11 Hearing - Canceled. | 0.20 | 9... |
| WRG | LITIGATION | | JCP | 05/18/11 | Review of ECF Notification re: "So Ordering Pro Hac Motions (5x). | 0.10 | 4... |
| WRG | LITIGATION | | JCP | 05/20/11 | Review of miscellaneous pleadings. | 0.10 | 4... |
| WRG | LITIGATION | | JCP | 05/23/11 | Review of Orders Granting Pro Hac Admission of Debra L. Felder, Roger Frankel and Richard H Wyron. | 0.10 | 4... |
| | | | | | | ----- | ----- |
| | | | | | | 2.10 | 99... |
| | | | | | | ----- | ----- |
| | | | | | | 2.10 | 99... |
| | | | | | | ----- | ----- |

Total records this group:   12

| WRG-AUS | | | | LEGALMASTER MIRC for Transactions<br>-Fees- | Billable | Bill |
|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Hours | Dol |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/11 | Code February and March pre-bills to comply with local rules. | 0.50 | 8 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/11 | Exchange of e-mails (2x) with D. Fullem re: fee filings. | 0.20 | 3 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/11 | Download and file Certificate of No Objection for Orrick's March Fee Applications. | 0.20 | 3 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/11 | Download and file Orrick's 21st Quarterly Fee Application. | 0.20 | 3 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/11 | Download and file Lincoln's 7th Quarterly Fee Application; e-mail docket numbers for all to D. Fullem. | 0.30 | 4 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/11 | Code pre-bill to assure compliance with local rules. | 0.30 | 4 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/26/11 | Download and file Orrick Herrington's 62nd Monthly Fee Application; e-mail docket number to Stephen W. Spence. | 0.30 | 4 |
| | | | | | 2.00 | 33 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/14/11 | Review of and revise April pre-bill. | 0.10 | 4 |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/21/11 | Review of and revise downward March 2011 pre-bill. | 0.10 | 4 |
| | | | | | 0.20 | 9 |
| | | | | | 2.20 | 42 |

11/8/20

Total records this group:   9

| WRG-AUS | | | | LEGALMASTER MIRC for Transactions<br>-Fees- | | 11/8/20 |
|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Bill Dol |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/05/11 | Review of ECF Notification re: "So Ordering" Maryland Casualty's Pro Hac Motions (4x); review of ECF Notification re: "So Ordering" Continental's Pro Hac Motions (3x); review of Court Call confirmations for 5/25/11 hg ; memorandum to file re: same. | 0.30 | 14 |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/24/11 | E-mail from counsel for Debtors (2x) re: filing three Answering Briefs in Appeal on 5/25/11(.1); e-mail from local counsel for Debtors re: same (.1); e-mail from Debbie Felder re: same (.1); preliminary review of Plan Proponents' Consolidated Answering Appeal Brief (1.1). | 1.40 | 66 |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/25/11 | Review of Answering Brief of Maryland Casualty (1.8); review of Opening Brief of Maryland Casualty on Cross Appeal (.2 hrs); e-mail from counsel for Debtors re: as filed copy of Motion for Leave to File Consolidated Brief with enclosure (.1); review of same (.1); e-mail from paralegal for BNSF mediator disclosing representation of misc. plaintiffs (.1); e-mail from local counsel for PI Comm. re: same (.1); e-mail to paralegal for mediator re: same (.1); e-mail from Roger Frankel re: same (.1); e-mail from Rick Wyron (2x) re: same (.1); e-mail from paralegal for mediator to Rick Wyron (.1); e-mail from counsel for Debtors re: briefs to be filed today (.1); review of Travelers' Limited Response to Libby Claimants Appeal Brief (.4 hrs); review of CNA's Appeal Brief in Support of Confirmation (1.1 hrs); e-mail from local counsel for PI Comm. re: Appellees' Insurance Brief in Response to Briefs of GEICO, Republic and AXA with enclosure and review of same (1.3 hrs) (.1); e-mail from counsel for Equity Comm. (2x) re: approving same (.1); e-mail from Debbie Felder approving same (.1); conference with Megan C. Haney re: approving same (.1); e-mail from counsel for Debtors re: two more briefs (Lender Issues and Main Brief) still to come (.1); e-mail from counsel for Equity Comm. re: same (.1); e-mail from counsel for Debtors forwarding Appellees' Brief on Bank Lender Issues with enclosure (.1); e-mail from Debbie Felder approving same (.1); conference with Megan C. Haney re: approving same on the basis of co-counsel's approval (.1); e-mail from counsel for Debtors (5x) forwarding portions of Main Brief with enclosure (.1); e-mail from Debbie Felder approving same (.1); conference with Megan C. Haney re: signing off on same based on co-counsel's approval (.1). | 6.80 | 3,23 |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/26/11 | Review of Appellees' Brief on Bank Lender Issues (74 pages) plus exhibits (2.3); review of Arrowood's Brief in Response to Libby Claimants' Appeal (.3); review of Property Damage FCR's 5/25/11 Brief in Response to Anderson Memorial's Brief (.3); e-mail from counsel for Debtor re: "Conformed" Bank Lender Brief with enclosure (.1); review of Notice of Filing of same (.1); review of new section of same (.1). | 3.20 | 1,52 |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/28/11 | Review of Appellee's 5/25/11 Main Brief (273 pages). | 7.20 | 3,42 |
| | | | | | ------ | ----- |
| | | | | | 18.90 | 8,97 |
| | | | | | ------ | ----- |

```
WRG-AUS                                           LEGALMASTER MIRC for Transactions                              11/8/20
                                                              -Fees-

                                      Act  Trans                                                     Billable       Bill
Cl code Grouping code description     Emp  Date    Transaction description                              Hours        Dol

WRG     PLAN AND DISCLOSURE           MCH  05/24/11 Conference with Celeste A. Hartman re: appellee briefs due   2.40    78
        STATEMENT                                   (.1); e-mail from John C. Phillips, Jr. re: appellee
                                                    briefs due (.1); e-mail to and e-mail from D. Felder re:
                                                    page limit exceeded and Debtors' filing Motion to Extend
                                                    the Page Limits; review of and revise appellee's main
                                                    Brief (2.2).

WRG     PLAN AND DISCLOSURE           MCH  05/25/11 E-mail to and e-mail from D. Felder re: sign-off Briefs      3.80  1,23
        STATEMENT                                   and drafts of Lender and Insurance Briefs (3x) (.2);
                                                    review of and revise Main Brief, Lender Brief and
                                                    Insurance Brief (3.4); e-mail to Debtors' counsel (2x) re:
                                                    sign-off (.1); e-mail from D. Felder re: approval to
                                                    sign-off on Main Brief, Lender Brief and Insurance Brief
                                                    (2x) (.1).
                                                                                                     ------      ------
                                                                                                       6.20       2,01
                                                                                                     ------      ------
                                                                                                      25.10      10,99
                                                                                                     ------      ------
Total records this group:   7

                                                                                                     ------      ------
                                                                                                      31.10      12,94
                                                                                                     ======      ======
31 records printed.
```