# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## MAY 1, 2011 THROUGH
## MAY 31, 2011

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    100493

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/05/11 | Facsimile | 20.00 |
| 05/05/11 | Photocopies | 0.50 |
| 05/23/11 | Check No.: 45871 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 110.00 |
| 05/27/11 | Check No.: 45920 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| | Subtotal for COSTS only: 05/31/11 | $135.50 |