EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
JUNE 1, 2011 THROUGH
JUNE 30, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                          File   WRG-AUS/JCP
                                   Invoice number   100494
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 06/30/11      $9,821.50
         Subtotal for COSTS only: 06/30/11          $7.00
                                              -------------
  CURRENT PERIOD FEES AND COSTS: 06/30/11      $9,828.50
                                              -------------

                        PAY THIS AMOUNT        $9,828.50
                                              =============
```

*************************************************************

Please send remittance copy with payment.  Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number   100494

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.9 | 427.50 |
| FEE/EMPLOYMENT APPLICATIONS | 1.1 | 181.50 |
| PLAN AND DISCLOSURE STATEMENT | 17.3 | 8,037.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.3 | 1,092.50 |
| CASE ADMINISTRATION | 0.5 | 82.50 |
| Subtotal for FEES only: 06/30/11 | 22.1 | $9,821.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 19.30 | 19.30 | 9,167.50 | 0.00 | 0.00 |
| 325.00 | MCH | 1.20 | 1.20 | 390.00 | 0.00 | 0.00 |
| 165.00 | CAH | 1.60 | 1.60 | 264.00 | 0.00 | 0.00 |
| Totals | | 22.10 | 22.10 | 9,821.50 | 0.00 | 0.00 |

```
Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 100494 to 100494
```

|         |                              | Act | Trans    |                                                                                                                     | Billable |  Billable |    |
|---------|------------------------------|-----|----------|---------------------------------------------------------------------------------------------------------------------|----------|-----------|----|
| Cl code | Grouping code description    | Emp | Date     | Transaction description                                                                                             | Hours    | Dollars   | Gr Cd |
| WRG     | CASE ADMINISTRATION          | CAH | 06/17/11 | Check on Pro Hac vices; phone conference with court to get Orrick electronic notifications; then e-mail info and form to D. Fullem. | 0.50     | 82.50     | Ca |
|         |                              |     |          |                                                                                                                     | -----    | ------    |    |
|         |                              |     |          |                                                                                                                     | 0.50     | 82.50     |    |
|         |                              |     |          |                                                                                                                     | -----    | ------    |    |
|         |                              |     |          |                                                                                                                     | 0.50     | 82.50     |    |
|         |                              |     |          |                                                                                                                     | -----    | ------    |    |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/09/11 | E-mail from counsel for Debtors' Reply to Libby Claimants' Objection to Debtors' Motion to File Consolidated Brief with enclosure and review of same (.1); phone conference with paralegal for Mediator re: BNSF mediation and attendance at same (1.3); review of Mediator's Notice of Completion of Mediation (.1); review of ECF Notification re: "So Ordering" Bank Lender Group's Pro Hac Motion (3x) (.1); review of ECF Notification re: "So Ordering" Garlock Sealing's (.1). | 1.70 | 807.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 06/21/11 | Review of Bank Lenders' Notice of Supplemental Authority with enclosure (.1); review of 6/16/11 General Opinion (.1); review of Debtors' Motion to Enter into Consent Decree re: Walpole, Massachusetts Superfund Site (.1); review of Debtors' Motion to Authorize Participation in Auction (.1); review of Debtors' Motion for Protective Order re: same (.1); review of miscellaneous pleadings (.1). | 0.60 | 285.00 | |
| | | | | | ----- | --------- | |
| | | | | | 2.30 | 1,092.50 | |
| | | | | | ----- | --------- | |
| | | | | | 2.30 | 1,092.50 | |
| | | | | | ----- | --------- | |

Total records this group: 2

|         |                           | Act | Trans    |                                                                                                                                                                                          | Billable | Billable | Gr |
| Cl code | Grouping code description | Emp | Date     | Transaction description                                                                                                                                                                  | Hours    | Dollars  | Cd |
| WRG     | LITIGATION                | JCP | 06/01/11 | Review of miscellaneous pleadings.                                                                                                                                                       | 0.10     | 47.50    | Li |
| WRG     | LITIGATION                | JCP | 06/02/11 | Review of 7 ECF notifications "So Ordering" Arrowood's Pro Hac Motion and Travelers' 2 Pro Hac Motions; review of Claim Settlement Notice re: Curtis Bay; review of Grace's 4 Pro Hac Motions. | 0.30     | 142.50   |    |
| WRG     | LITIGATION                | JCP | 06/06/11 | Review of Bank Lender Group's Pro Hac Motion.                                                                                                                                            | 0.10     | 47.50    |    |
| WRG     | LITIGATION                | JCP | 06/07/11 | Review of ECF Notification re: "So Ordering" Debtors' Pro Hac Motion (4x); review of PC FCR's Pro Hac Motion; e-mail from paralegal for mediator re: 6/9/11 mediation.                    | 0.30     | 142.50   |    |
| WRG     | LITIGATION                | JCP | 06/10/11 | Review of Garlock Sealings Pro Hac Motion; review of Equity Committee's Pro Hac Motion.                                                                                                  | 0.10     | 47.50    |    |
|         |                           |     |          |                                                                                                                                                                                          | -----    | -------  |    |
|         |                           |     |          |                                                                                                                                                                                          | 0.90     | 427.50   |    |
|         |                           |     |          |                                                                                                                                                                                          | -----    | -------  |    |
|         |                           |     |          |                                                                                                                                                                                          | 0.90     | 427.50   |    |
|         |                           |     |          |                                                                                                                                                                                          | -----    | -------  |    |

Total records this group:   5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/07/11 | Respond to e-mail from D. Fullem re: filing of Employment Declaration tomorrow. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/08/11 | Download and file 15th Amended Declaration in support of Orrick Herrington's retention and relate it back to preceding Declaration then e-mail to D. Fullem with docket number. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/16/11 | Download and file Certificate of No Objection for Orrick April Fee Application; e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/27/11 | Review e-mail from D. Fullem; download and file Orrick's May Fee Application and e-mail docket no. to D. Fullem. | 0.30 | 49.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.10 | 181.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.10 | 181.50 | |
| | | | | | ----- | ------- | |

Total records this group:   4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/08/11 | Review of Garlock's Pro Hac Motion (.1); review of miscellaneous pleadings (.1); review of Libby Claimants' Objection to Debtors' Motion to File a Consolidated Reply Brief (.1); e-mail from counsel for Debtors re: Plan Proponents' reply to same with enclosure (.1); review of same (.1); e-mail from Rick Wyron approving same (.1); e-mail to local counsel for Debtors authorizing filing of same (.1); e-mail from counsel for Debtors re: converting same to reply for Debtors only (.1); review of ECF Notification re: "So Ordering" Bank Lender Group's Pro Hac Motions (.1); review of ECF Notification re: "So Ordering" PD FCR's Pro Hac Motion (.1); review of Bank Lender Group's two new pro hac motions (.1); review of Garlock Sealing's Motion for Leave to File Reply to Appellee's Main Brief with enclosure (.1); review of Garlock's Reply Brief (.3 hrs); letter from counsel for Garlock Sealing to Judge Buckwalter's secretary forwarding a copy of Garlock's Motion for Leave (.1). | 1.50 | 712.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/15/11 | Review of review of ECF Notification re: "So Ordering" Garlock Sealing's Pro Hac Motion (.1); review of review of ECF Notification re: "So Ordering" Equity Committee's Pro Hac Motion (.1); review of three ECF Notifications re: Maryland Casualty Appeal (.1); review of three ECF Notifications re: designation of records by Arrowood (.1); review of three ECF Notifications re: designation of record by PI FCR (.1); review of Joint Motion of Bank Lender Group and Creditors' Committee for Leave to File Reply Brief to Appellees' Bank Lender Brief and to exceed page limit with enclosure (.1); review of Creditors' Committee and Bank Lender Group's Joint Reply Brief and proposed Order (1.1 hrs); e-mail from counsel for Debtors re: 6/20/11 Hearing rescheduled and 6/28/11 oral argument re: appeal (.1). | 1.80 | 855.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/16/11 | Review of over 75 ECF notifications re: appeals filed by BNSF, Canada, Maryland Casualty, Libby Claimants, Anderson Memorial Hospital, AXA, GEICO, Montana and designations of the record and counter-designations, by all of the foregoing and the Plan Proponents and Arrowood (.9 hr); review of ECF notification (3x) re: Orders granting leave to file (.1). | 1.00 | 475.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/17/11 | Review of Debtors' Objection to Bank Lenders' and Creditors' Committee's Joint Motion to File Reply Brief on Bank Lender Issues and to Exceed page Limit (.1); review of BNSF's Motion to File Reply Brief to Briefs Filed by Plan Proponents and CNA with enclosure (.1); review of BNSF's Reply Brief (.4); letter from Libby Claimants to Judge Buckwalter forwarding "key documents" referred to in appellate briefing (.1); review of Judge Buckwalter's 6/16/11 Order Denying Libby Claimants' Objection to Debtors' Consolidated Brief and Granting Motion to File 20 page Reply (.1). | 0.80 | 380.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/22/11 | Review of miscellaneous pleadings (.1); review of Libby Claimants' 6/21/11 Reply Appellate Brief (.3); e-mail from counsel for Libby Claimants' (2x) re: Joint Motion to Consolidate Appeals and Set Briefing Schedule with enclosure (.1); review of same (.1); e-mail to Orrick re: approving same (.1); e-mail from counsel for Debtors approving same (.1); e-mail from local counsel for Personal Injury Committee approving same (.1); e-mail from Debbie Felder re: same (.1); e-mail from Peri Mahaley approving same (.1); e-mail from counsel for Libby approving same (.1); e-mail from local counsel for Equity Committee approving same (.1); review of Anderson Memorial's Pro Hac Motion (.1). | 1.40 | 665.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/23/11 | Review of miscellaneous pleadings and Orders; review of 6/22/11 Order Granting BNSF's Motion for Leave to File Reply Brief; review of as filed Joint Motion to Consolidate Cases; e-mail from counsel for Debtors re: 6/28/11 Appeal Oral Argument. | 0.40 | 190.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/25/11 | Review of Order Allowing BNSF to File a Reply Brief; review of Canada's Motion to File Limited Joinder to BNSF's Reply Brief with enclosure; review of Canada's Limited Joinder; review of Montana's Motion to File Limited Joinder to BNSF's Reply Brief with enclosure; review of Montana's Limited Joinder. | 0.30 | 142.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/27/11 | Review of Order granting Canada's Motion to File Limited Joinder to BNSF's Reply Brief; review of Order granting Anderson Memorial's Pro Hac Motion; review of Order granting Montana's Motion to File Limited Joinder to BNSF's Reply Brief; review of BNSF's Pro Hac Motion. | 0.30 | 142.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/28/11 | Review of ECF Notification re: "So Ordering" Joint Motion to Consolidate (.4); travel to and from Philadelphia, PA (billed at 1/2 time)(1.0 hrs); Court appearance re: Appeal Oral Argument (6.0 hrs); conference with Megan C. Haney re: covering 6/29/11 hearing re: same (.5); review of Unsecured Creditors' pro hac motion (.1). | 8.00 | 3,800.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/29/11 | Review of Agenda for 7/6/11 Hearing; conference with paralegal re: signing JCP up for CourtCall re: same. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/29/11 | E-mail from and e-mail to Rick Wyron re: no need to attend 6/29/11 hearing; e-mail to Megan C. Haney re: same; review of executed Order consolidating appeals; review of three ECF notifications granting pro hac motion. | 0.30 | 142.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/30/11 | Review of CourtCall confirmation for 7/6/11 Hearing; review of CourtCall cancellation of 7/6/11 Hearing. | 0.10 | 47.50 | |
| | | | | | ------ | --------- | |
| | | | | | 16.10 | 7,647.50 | |
| | | | | | ------ | --------- | |
| WRG | PLAN AND DISCLOSURE STATEMENT | MCH | 06/28/11 | E-mail to and e-mail from John C. Phillips, Jr. re: attendance at 6/29/11 Hearing. | 0.10 | 32.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | MCH | 06/29/11 | Travel to and from Philadelphia for attendance at Hearing (billed at 1/2 time) (1.0); e-mail from Tanya L. Birdsell re: no need to attend hearing as per Rick Wyron (.1). | 1.10 | 357.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.20 | 390.00 | |
| | | | | | ------ | --------- | |
| | | | | | 17.30 | 8,037.50 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars Gr Cd |
|  |  |  |  | ------ | --------- |
| Total records this group: 14 |  |  |  |  |  |
|  |  |  |  | ------ | --------- |
|  |  |  |  | 22.10 | 9,821.50 |
|  |  |  |  | ====== | ========= |

26 records printed.