EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
JUNE 1, 2011 THROUGH
JUNE 30, 2011

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100494

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

```
06/29/11 Check No.: 46215 - Megan C. Haney - parking
         reimbursement.                                        7.00
                                                         -------------
              Subtotal for COSTS only: 06/30/11              $7.00
                                                         -------------
```