IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 11/30/11 at 4:00 pm |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF October 31, 2011

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **October 1, 2011 - October 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$23,757.30** |
| Amount of Expense Reimbursement sought | **$0.30** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of October 2011. This is the eighteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |
| 07/01/2011-07/31/2011 | September 1, 2011 | $13,182.75 | $1.34 |
| 08/01/2011-08/31/2011 | September 30, 2011 | $18,852.75 | $19.77 |
| 09/01/2011-09/30/2011 | October 14, 2011 | $27,924.75 | $14.70 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 41.90 | $23,757.30 |

Total Fees: $23,757.30

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $23,757.60 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (October 1, 2011-October 31, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: November 10, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn          November 7, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: I. GRACE Trademarks                    Invoice#: 685362
**Our File Number:** 63812/0003
Client Reference: 100063                    PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|  |  | **Hours** |
|---|---|---|
| 10/10/2011 | Rynkiewicz, John P | 1.58 |
| | Review emails and open issues in settlement; review USPTO records and I-Grace applics. | |
| 10/11/2011 | Rynkiewicz, John P | 1.75 |
| | Review changes, work on revised settlement agreement. | |
| 10/14/2011 | Rynkiewicz, John P | 1.75 |
| | Revise and work on final settlement issues in US opposition. | |
| 10/19/2011 | Rynkiewicz, John P | 1.25 |
| | Work on revised settlement; review opposing counsel emails and revisions. | |
| 10/25/2011 | Rynkiewicz, John P | 1.92 |
| | Review I-Grace settlement and changes/revisions; review issues and work on finalizing settlement agreement; draft new language/sections. | |

Total Hours................ 8.25

Fees through 10/31/2011.................................. $4,677.75


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 8.25 | $4,677.75 |
| Fees through 10/31/2011............... | | 8.25 | $4,677.75 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    November 7, 2011

**RE: I. GRACE Trademarks**                                    **Invoice#: 685362**
**Our File Number: 63812/0003**
**Client Reference: 100063**                                   **PAGE:   2**

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 2,126.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |
| 674218 | 07/15/2011 | 217.72 |
| 678869 | 08/31/2011 | 4,536.00 |
| 681372 | 09/29/2011 | 7,274.61 |
| 682893 | 10/13/2011 | 7,648.83 |
| Prior Balance Due........................................................ | | $27,894.01 |

Fees this Invoice.............................................................    $4,677.75
Total Due this Invoice....................................................    $4,677.75
Prior Balance Due (from above)..................................    27,894.01
**TOTAL DUE**................................................................    **$32,571.76**

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        666 5th Avenue
        New York, New York 10103
        Attention: Yoannis Cepeda
        Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 685362
Total Amount Due: $32,571.76

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                    November 7, 2011
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel


RE: General                                             Invoice#: 685356
Our File Number: 63812/0001
Client Reference: 100062                                PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                                                                                  | Hours |
|------------|----------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/07/2011 | Rynkiewicz, John P                                                                                                                | 2.75  |
|            | Review GRACE general matters, issues; search USPTO for  WR Grace GRACE marks; browse third party filings; check GRACE in Class 1. |       |
| 10/31/2011 | Rynkiewicz, John P                                                                                                                | 1.33  |
|            | Month-end review of Grace matters, deadlines,issues.                                                                              |       |

Total Hours................  4.08

Fees through 10/31/2011.....................................    $2,313.36

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Rynkiewicz, John P | $567.00  | 4.08  | $2,313.36  |
| Fees through 10/31/2011............... | | 4.08 | $2,313.36 |

\*--------------------COSTS ADVANCED THROUGH 10/31/2011--------------------\*

Duplicating                                                   $0.30

Total Costs through 10/31/2011.........................    $0.30

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 628636   | 03/31/2010 | $440.43    |
| 628637   | 03/31/2010 | 1,690.79   |
| 637193   | 06/30/2010 | 3,978.07   |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.

November 7, 2011

RE: General
**Our File Number:** 63812/0001
**Client Reference:** 100062

**Invoice#:** 685356

**PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 3,879.62 |
| 681371 | 09/29/2011 | 4,297.86 |
| 682892 | 10/13/2011 | 2,035.53 |

Prior Balance Due........................................................................ $34,926.28

Fees this Invoice........................................................................ $2,313.36
Costs this Invoice........................................................................ $0.30
Total Due this Invoice.................................................................. $2,313.66
Prior Balance Due (from above)................................................... 34,926.28
**TOTAL DUE**........................................................................ **$37,239.94**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 685356
Total Amount Due: $37,239.94

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

November 7, 2011

**RE:** Power Grace
**Our File Number:** 63812/0019
**Client Reference:** 100067

Invoice#: 685364

PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| | | Hours |
|---|---|---|
| 10/04/2011 | Rynkiewicz, John P | 2.00 |
| | Review prior communication, status and issues in multiple POWER GRACE oppositions in India. | |
| 10/17/2011 | Rynkiewicz, John P | 1.50 |
| | Review issues, status in two Indian trademark oppositions. | |
| 10/21/2011 | Rynkiewicz, John P | 1.83 |
| | Review Grace email, letter from Indian agents regarding multiple POWER GRACE oppositions;  review Counterstatements; review series of prior communications, issues; research Grace Class 1 and Class 2 activities; work on replies to agent's inquireis re both oppositions. | |
| 10/25/2011 | Rynkiewicz, John P | 1.25 |
| | Review issues, status and deadlines in Indian oppositions to POWER GRACE applics. | |
| 10/31/2011 | Rynkiewicz, John P | 3.75 |
| | Review Grace email and Counterstatements from Indian counsel; review two detailed Answers and prepare arguments, comments and replies to Claims by Applicant in Indian applics. for Class 1 and for Class 2 oppositions; research. | |

Total Hours................. 10.33

Fees through 10/31/2011...................................   $5,857.11

# KAYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                              November 7, 2011

RE: Power Grace                                            Invoice#: 685364
**Our File Number:** 63812/0019
**Client Reference:** 100067

                                                          PAGE:   2

---

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|                        | Rate       | Hours  | Fees       |
|------------------------|-----------:|-------:|-----------:|
| Rynkiewicz, John P     | $567.00    | 10.33  | $5,857.11  |
| Fees through 10/31/2011.............. | | 10.33 | $5,857.11 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|----------:|
| 623147   | 01/28/2010 | $396.27   |
| 628641   | 03/31/2010 | 340.20    |
| 639774   | 07/28/2010 | 65.77     |
| 643963   | 09/09/2010 | 444.53    |
| 647688   | 10/18/2010 | 340.20    |
| 650338   | 11/04/2010 | 85.05     |
| 660989   | 02/28/2011 | 3,169.53  |
| 664051   | 03/31/2011 | 349.27    |
| 666739   | 04/30/2011 | 1,297.05  |
| 669553   | 05/31/2011 | 728.03    |
| 672309   | 06/27/2011 | 105.89    |
| 682894   | 10/13/2011 | 1,321.11  |
| Prior Balance Due........................ | | $8,642.90 |

| | |
|---|---:|
| Fees this Invoice........................................................... | $5,857.11 |
| Total Due this Invoice.................................................... | $5,857.11 |
| Prior Balance Due (from above)................................... | 8,642.90 |
| **TOTAL DUE**............................................................... | **$14,500.01** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 685364
Total Amount Due: $14,500.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

November 7, 2011

RE: Special Counsel
**Our File Number: 63812/0108**
Client Reference: 100071

Invoice#: 685365

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| Date | | Hours |
|---|---|---|
| 10/14/2011 | Rynkiewicz, John P | 0.25 |
| | Prepare Special IP Counsel bills and send to Delaware firm for filing with court; emails; review prior submissions. | |
| 10/20/2011 | Rynkiewicz, John P | 0.33 |
| | Review time, reports and Special Counsel billings, invoices and correspondence. | |

Total Hours................ 0.58

Fees through 10/31/2011...................................... $328.86

\*-----------------------TIME AND FEE SUMMARY-----------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.58 | $328.86 |
| Fees through 10/31/2011............... | | 0.58 | $328.86 |

\*-----------------------OUTSTANDING BALANCE-----------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                   November 7, 2011

**RE:** Special Counsel                                         **Invoice#:** 685365
**Our File Number:** 63812/0108
**Client Reference:** 100071                                    **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 328.86 |
| 681374 | 09/29/2011 | 521.64 |
| 682895 | 10/13/2011 | 238.14 |
| Prior Balance Due............................................... | | $4,875.46 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $328.86 |
| Total Due this Invoice................................................ | $328.86 |
| Prior Balance Due (from above)................................ | 4,875.46 |
| **TOTAL DUE**............................................................ | **$5,204.32** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 685365
Total Amount Due: $5,204.32

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

November 7, 2011

RE: Trademark Watches
**Our File Number:** 63812/0111

Invoice#: 685366
PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| | | Hours |
|---|---|---|
| 10/07/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Corsearch Federal Watching Notice (GRACE) - dtd Oct. 7, 2011; assess marks for confusion and advise Grace re same. | |
| 10/12/2011 | Rynkiewicz, John P | 1.33 |
| | Review multiple watches, notices, issues and marks of concern; review series of prior communications re marks to watch and monitor closer. | |
| 10/20/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Corsearch Watch Report dtd 10/18/11; assess marks for confusion and oppositions. | |
| 10/26/2011 | Rynkiewicz, John P | 1.42 |
| | Review Grace email and Corsearch TM Watch Report dated Oct 25, 2011; assess marks, confusion; review 2 GRACE and GRACE HOTELS marks; research and check on former Grace businesses in related fields; note issues of concern. | |

Total Hours................. 4.25

Fees through 10/31/2011................................... $2,409.75

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.25 | $2,409.75 |
| Fees through 10/31/2011............... | | 4.25 | $2,409.75 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                          November 7, 2011

RE: Trademark Watches                                Invoice#: 685366
Our File Number: 63812/0111                          PAGE:    2

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 1,842.75 |
| 681377 | 09/29/2011 | 1,746.36 |
| 682905 | 10/13/2011 | 4,156.11 |

Prior Balance Due...................................................................    $12,782.45


Fees this Invoice...................................................................    $2,409.75
Total Due this Invoice...............................................................    $2,409.75
Prior Balance Due (from above).......................................................    12,782.45
**TOTAL DUE**........................................................................    **$15,192.20**

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 685366
Total Amount Due: $15,192.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    November 7, 2011
          7500 Grace Drive
          Columbia, Maryland 21044
          Attn: Robert A. Maggio, Esq.

RE: Potential Trademark Oppositions                         Invoice#: 685367
Our File Number: 63812/0112                                    PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

---

|  |  | Hours |
|---|---|---|
| 10/11/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Isern agent letter and Grace email re potential foreign opposition of GRACE FILMS GRACE & Design  Appln. No. 2997524; assess confusion, issues; review translation. | |
| 10/14/2011 | Rynkiewicz, John P | 1.83 |
|  | Review files and conduct overview of multiple potential oppositions in US and abroad; check status, issues and options. | |

Total Hours................. 2.33

Fees through 10/31/2011.................................... $1,321.11

*-------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.33 | $1,321.11 |
| Fees through 10/31/2011............... | | 2.33 | $1,321.11 |

*-----------------------------OUTSTANDING BALANCE-----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 1,513.89 |
| 664054 | 03/31/2011 | 633.91 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    November 7, 2011

RE: Potential Trademark Oppositions                        Invoice#: 685367
Our File Number: 63812/0112                                  PAGE:    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 470.61 |
| 681381 | 09/29/2011 | 3,923.64 |
| 682906 | 10/13/2011 | 1,559.25 |
| Prior Balance Due............................................................ | | $10,980.71 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,321.11 |
| Total Due this Invoice................................................... | $1,321.11 |
| Prior Balance Due (from above).................................... | 10,980.71 |
| **TOTAL DUE**............................................................ | **$12,301.82** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 685367
Total Amount Due: $12,301.82

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                November 7, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: Grace of New York                              Invoice#: 685368
Our File Number: 63812/0113                        PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                              | Hours |
|------------|------------------------------------------------------------------------------|-------|
| 09/08/2011 | Rynkiewicz, John P                                                            | 0.75  |
|            | Review application, status and issues.                                       |       |
| 10/06/2011 | Rynkiewicz, John P                                                            | 1.50  |
|            | Review issues, status of applic; assess options and issues in GRACE name protection effort. |       |
| 10/13/2011 | Rynkiewicz, John P                                                            | 1.25  |
|            | Review USPTO applic. issues and options.                                     |       |

Total Hours................. 3.50

Fees through 10/31/2011....................................   $1,984.50


*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                     | Rate    | Hours | Fees      |
|---------------------|---------|-------|-----------|
| Rynkiewicz, John P  | $567.00 | 3.50  | $1,984.50 |
| Fees through 10/31/2011............... | | 3.50 | $1,984.50 |


*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 674224   | 07/15/2011 | $491.02  |
| 678874   | 08/31/2011 | 708.75   |
| 681384   | 09/29/2011 | 521.64   |
| 682907   | 10/13/2011 | 283.50   |
| Prior Balance Due........................................................ | | $2,004.91 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    November 7, 2011

RE: Grace of New York                                           Invoice#: 685368
Our File Number: 63812/0113                                     PAGE:   2

Fees this Invoice................................................................ $1,984.50
Total Due this Invoice...................................................... $1,984.50
Prior Balance Due (from above)......................................  2,004.91
**TOTAL DUE**................................................................ $3,989.41

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    666 5th Avenue
    New York, New York 10103
    Attention: Yoannis Cepeda
    Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 685368
Total Amount Due: $3,989.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                     November 7, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: BELL GRACE                              Invoice#: 685369
Our File Number: 63812/0114                    PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                               | Hours |
|------------|-------------------------------------------------------------------------------|-------|
| 10/03/2011 | Rynkiewicz, John P                                                            | 1.50  |
|            | Review status and opposition deadline; check PTO records and prior Grace correspondence re same. | |
| 10/20/2011 | Rynkiewicz, John P                                                            | 1.75  |
|            | Review BELL GRACE application, opposition deadline; assess options.           |       |
|            | Total Hours.................                                                   | 3.25  |
|            | Fees through 10/31/2011....................................    $1,842.75       |       |

\*----------------------------TIME AND FEE SUMMARY----------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Rynkiewicz, John P | $567.00  | 3.25  | $1,842.75  |
| Fees through 10/31/2011............... | | 3.25 | $1,842.75 |

\*---------------------------OUTSTANDING BALANCE---------------------------\*

| Invoice# | Date       | Amount      |
|----------|------------|-------------|
| 674225   | 07/15/2011 | $472.87     |
| 678875   | 08/31/2011 | 708.75      |
| 681386   | 09/29/2011 | 425.25      |
| 682908   | 10/13/2011 | 283.50      |
| Prior Balance Due........................................................ | | $1,890.37 |

KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                    November 7, 2011

RE: BELL GRACE                                 Invoice#: 685369
Our File Number: 63812/0114                    PAGE:   2

Fees this Invoice...................................................................   $1,842.75
Total Due this Invoice..........................................................   $1,842.75
Prior Balance Due (from above)...............................................   1,890.37
**TOTAL DUE**.....................................................................   **$3,733.12**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 685369
Total Amount Due: $3,733.12

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive                                    November 7, 2011
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

RE: Dorazio Enterprises                          Invoice#: 685372
Our File Number: 63812/0115                          PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| | | Hours |
|---|---|---|
| 10/18/2011  Rynkiewicz, John P | | 2.25 |
| Review GRACE trademark matter, issues, and options. | | |
| | Total Hours................ | 2.25 |
| Fees through 10/31/2011.................................... | | $1,275.75 |

*---------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.25 | $1,275.75 |
| Fees through 10/31/2011............... | | 2.25 | $1,275.75 |

*----------------------------------OUTSTANDING BALANCE----------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 682909 | 10/13/2011 | $2,931.39 |
| Prior Balance Due........................................................ | | $2,931.39 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $1,275.75 |
| Total Due this Invoice................................................... | $1,275.75 |
| Prior Balance Due (from above)....................................... | 2,931.39 |
| **TOTAL DUE**........................................................... | $4,207.14 |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0115
Invoice Number: 685372
Total Amount Due: $4,207.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                               November 7, 2011
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** Davison Silica                                      **Invoice#:** 685376
**Our File Number:** 63812/3001
**Client Reference:** 100074                                **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|  |  | **Hours** |
|---|---|---|
| 10/04/2011 | Rynkiewicz, John P | 1.75 |

Review GRACE marks covering silica and related products of Davison;
assess whether core goods of Davison are covered under DAVISON and
GRACE DAVISON marks; review GRACE DAVISON regs. in Canada
and status.

|  | Total Hours................. | 1.75 |
|---|---|---|
|  | Fees through 10/31/2011.................................... | $992.25 |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.75 | $992.25 |
| Fees through 10/31/2011............... | | 1.75 | $992.25 |


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $208.25 |
| 628646 | 03/31/2010 | 75.98 |
| 628647 | 03/31/2010 | 113.40 |
| 637201 | 06/30/2010 | 476.65 |
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 311.85 |
| 647696 | 10/18/2010 | 161.03 |

# KAYE SCHOLER LLP

TO:  W.R. Grace & Co.-Conn.                                    November 7, 2011

RE: Davison Silica                                             Invoice#: 685376
Our File Number: 63812/3001
Client Reference: 100074                                       PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 650356 | 11/04/2010 | 161.03 |
| 672314 | 06/27/2011 | 311.85 |
| 678876 | 08/31/2011 | 425.25 |
| 682914 | 10/13/2011 | 850.50 |
| Prior Balance Due............................................................... | | $3,209.19 |

| | |
|---|---|
| Fees this Invoice............................................................... | $992.25 |
| Total Due this Invoice...................................................... | $992.25 |
| Prior Balance Due (from above)........................................ | 3,209.19 |
| **TOTAL DUE**.................................................................... | **$4,201.44** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 685376
Total Amount Due: $4,201.44

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                          November 7, 2011
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel


**RE: Davison FCC**                                  Invoice#: 685378
**Our File Number: 63812/3002**
**Client Reference: 100075**                         PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| | | Hours |
|---|---|---|
| 10/17/2011 | Rynkiewicz, John P | 0.33 |
| | Check on ENCORE response/arguments; review USPTO records and examiner status. | |
| 10/24/2011 | Rynkiewicz, John P | 1.00 |
| | Review ENCORE filing and USPTO status; review approval and successful req for recon; assemble documents and advise/send to Grace with USPTO records regarding same. | |
| | Total Hours................. | 1.33 |
| | Fees through 10/31/2011.................................... | $754.11 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.33 | $754.11 |
| Fees through 10/31/2011............... | | 1.33 | $754.11 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.

November 7, 2011

RE: Davison FCC
**Our File Number:** 63812/3002
**Client Reference:** 100075

**Invoice#:** 685378

**PAGE:**   2

═══════════════════════════════════════════════════════════

\*--------------------COSTS ADVANCED THROUGH 10/31/2011--------------------\*

| | |
|---|---|
| Duplicating | $3.10 |

10/03/2011   Filing Fees/Court Fees                                           100.00
             VENDOR: COMMISSIONER OF PATENTS AND
             TRADEMARKS; INVOICE#: 100311; DATE:
             10/3/2011
             85/058,073 - Ex parte appeal, per class.

             Total Costs through 10/31/2011.........................   $103.10


Fees this Invoice.....................................................................   $754.11

Costs this Invoice...................................................................   $103.10

**Total Due this Invoice**...........................................................   $857.21

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     666 5th Avenue
     New York, New York 10103
     Attention: Yoannis Cepeda
     Telephone: 212.559.1980

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: W.R. Grace Trademarks
     Our File Number: 63812/3002
     Invoice Number: 685378
     Total Amount Due: $857.21

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.