EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
JULY 1, 2011 THROUGH
JULY 31, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   100495

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

| | |
|---|---:|
| Subtotal for FEES only: 07/31/11 | $2,376.50 |
| Subtotal for COSTS only: 07/31/11 | $0.90 |
| CURRENT PERIOD FEES AND COSTS: 07/31/11 | $2,377.40 |
| PAY THIS AMOUNT | $2,377.40 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  100495

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 2.8 | 1,330.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.6 | 285.00 |
| LITIGATION | 1.9 | 530.50 |
| FEE/EMPLOYMENT APPLICATIONS | 1.2 | 198.00 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| Subtotal for FEES only: 07/31/11 | 6.7 | $2,376.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 4.10 | 4.10 | 1,947.50 | 0.00 | 0.00 |
| 165.00 | CAH | 2.60 | 2.60 | 429.00 | 0.00 | 0.00 |
| Totals | | 6.70 | 6.70 | 2,376.50 | 0.00 | 0.00 |

```
WRG-AUS                                 LEGALMASTER MIRC for Transactions                              11/8/2011  Pg 1
                                                       -Fees-

Sorts:    Grouping code       (Paginate)
          Client code
          Actual employee code (Subtotal)
          Transaction date
Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 100495 to 100495

Grp                                          Act  Trans                                                  Billable   Billable   Gr
Cd   code  Grouping code description         Emp  Date     Transaction description                       Hours      Dollars    Cd
WRG  CC1   CASE ADMINISTRATION               CAH  07/26/11 Download docket and pleadings to create service list;
                                                           create same.                                      0.20      33.00   Ca
                                                                                                          ------    -------
                                                                                                            0.20      33.00
                                                                                                          ------    -------
                                                                                                            0.20      33.00
                                                                                                          ------    -------

Total records this group:  1
```

| Cl code | Cl code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/06/11 | Letter from BNSF mediator re: bill with enclosure; review of same. | 0.10 | 47.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/07/11 | Review of Debtors' Motion to Settle California's Property Damage Claims; review of Settlement Agreement and proposed Order; review of Notice of Filing of Proposed Order Affirming Confirmation Order with enclosure; review of proposed Order. | 0.30 | 142.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/12/11 | Review of Amended Notice of Hearing re: settlement of California Property Damage Claims. | 0.10 | 47.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 07/19/11 | Review of Order Appointing Settlement of Blackburn (Walpole, MA) Superfund Site; review of ECF Notification re: "SO Ordering" Libby Claimants' Motion to Exceed Page Limit. | 0.10 | 47.50 | |
| | | | | | ----- | ------ | |
| | | | | | 0.60 | 285.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.60 | 285.00 | |
| | | | | | ----- | ------ | |

Total records this group:  4

WRG-AUS                              LEGALMASTER MIRC for Transactions                              11/8/2011 Pg 3
                                                    -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 07/26/11 | Download Pro Hac Motions and print for John C. Phillips, Jr. to sign for Wyron, Frankel and MaHaley. | 0.40 | 66.00 | Li |
| WRG | LITIGATION | CAH | 07/26/11 | Scan and send Pro Hac Motions to Parcels to pay fee. | 0.20 | 33.00 | |
| WRG | LITIGATION | CAH | 07/27/11 | Draft Certificate of Service for each Pro Hac Motions (3); scan and file Pro Hac Motions (3). | 0.60 | 99.00 | |
| | | | | | ----- | ------ | |
| | | | | | 1.20 | 198.00 | |
| | | | | | ----- | ------ | |
| WRG | LITIGATION | JCP | 07/11/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 07/20/11 | E-mail from and e-mail to Debbie Felder re: no filing today; review of miscellaneous pleadings. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 07/22/11 | Review of Debtors' Fourteenth Quarterly Report of Asset Sales; review of Debtors' Fourteenth Quarterly Report re: Settlements; e-mail from counsel for Debtors re: Amended Agenda for 7/25/11 Hearing; e-mail from counsel for Debtors re: Second Amended Agenda canceling 7/25/11 Hearing; e-mail from CourtCall canceling reservation for 7/25/11 Hearing. | 0.40 | 190.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.70 | 332.50 | |
| | | | | | 1.90 | 530.50 | |
| | | | | | ----- | ------ | |

Total records this group:   6

WRG-AUS                              LEGALMASTER MIRC for Transactions                                      11/8/2011 Pg 4
                                                    -Fees-

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/19/11 | Download and file Certificate of No Objection for Orrick's May Fee Application. | 0.30 | 49.50 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/11 | Download and file April, May and June Monthly Fee Application for Lincoln Partners; e-mail docket numbers to D. Fullem. | 0.60 | 99.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/11 | Download and file June Monthly Fee Application for Orrick Herrington; e-mail docket numbers to D. Fullem. | 0.30 | 49.50 | |
| | | | | 1.20 | 198.00 | |
| | | | | 1.20 | 198.00 | |

Total records this group: 3

WRG-AUS                                       LEGALMASTER MIRC for Transactions                                    11/8/2011  Pg 5
                                                           -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/01/11 | Review of Notice of Filing of Appellee's confirmed Main Brief. | 0.10 | 47.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/05/11 | Review of Appellee's Notice of Filing Conformed Brief; cursory review of same (.5). | 0.60 | 285.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/08/11 | letter from counsel for Debtor to Judge Buckwalter re: summary of pending appeals with enclosure; review of summary. | 0.10 | 47.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/15/11 | Review of Libby Claimants' Motion to Exceed Page Limitation for Opening Brief. | 0.10 | 47.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/18/11 | Review of Agenda for 7/25/11 Hearing; e-mail to paralegal re: arranging Court Call participation in same; e-mail from Court Call confirming registration for same; e-mail from and e-mail to Debbie Felder re: 7/20/11 filing; e-mail from Heather Quinn re: same. | 0.20 | 95.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/11 | Review of multiple ECF notifications re: due date for various briefs; e-mail from Orrick re: same; review of BNSF's Appeal from 1/22/11 Order (.7). | 0.80 | 380.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/23/11 | Review of Appellant's 2nd Notice of Supplemental Authority with enclosure; review of General Growth Properties Opinion; letter from counsel for Bank Lender to Judge Buckwalter re: proposed Order affirming Confirmation paying a default interest rate with enclosure; review of same. | 0.50 | 237.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/26/11 | Review of and execute 3 Orrick Pro Hac Motions (Mahaley, Frankel and Wyron); conference with Celeste A. Hartman re: filing same; e-mail from counsel for Debtor (2x) re: filing Plan Proponents' Response to Appellant's 2nd Notice of Supplemental Authority with enclosure; review of same; e-mail from counsel for Personal Injury Committee approving same; e-mail from local counsel for Personal Injury Committee approving same; e-mail from Rick Wyron approving same; e-mail to counsel for Debtors approving same. | 0.40 | 190.00 | |
| | | | | | ----- | -------- | |
| | | | | | 2.80 | 1,330.00 | |
| | | | | | ----- | -------- | |
| | | | | | 2.80 | 1,330.00 | |
| | | | | | ----- | -------- | |
| Total records this group: 8 | | | | | 6.70 | 2,376.50 | |
| | | | | | ===== | ======== | |

22 records printed.