EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
JULY 1, 2011 THROUGH
JULY 31, 2011

Phillips, Goldman & Spence, P.A.

Page    2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100495

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

07/27/11 Photocopies                                              0.90
                                                            -------------
         Subtotal for COSTS only: 07/31/11                        $0.90
                                                            -------------