IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware　　:
　　　　　　　　　　　: ss
New Castle County　　:

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

　　　1.　　I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

　　　2.　　I am familiar with the work performed on behalf of David T. Austern as PI Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

　　　3.　　I have reviewed *Eighty-Seventh Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of August 1, 2011 through August 31, 2011* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN C. PHILLIPS, JR., ESQUIRE (#110)
　　　　　　　　　　　　　　　　　　　　Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 11th DAY OF NOVEMBER 2011

_____
Notary Public
My commission expires: 1/6/2012

KIMBERLY A. PARKS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 6, 2012