EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
AUGUST 1, 2011 THROUGH
AUGUST 31, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   100496

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:   01-01139 (RLB)

```
        Subtotal for FEES only: 08/31/11      $3,710.00
        Subtotal for COSTS only: 08/31/11       $211.86
                                             -----------
CURRENT PERIOD FEES AND COSTS:  08/31/11     $3,921.86
                                             -----------

                   PAY THIS AMOUNT           $3,921.86
                                             ===========
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100496

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.1 | 676.50 |
| LITIGATION | 1.4 | 417.00 |
| CASE ADMINISTRATION | 0.6 | 99.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 5.3 | 2,517.50 |
| Subtotal for FEES only: 08/31/11 | 11.4 | $3,710.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 5.90 | 5.90 | 2,802.50 | 0.00 | 0.00 |
| 165.00 | CAH | 5.50 | 5.50 | 907.50 | 0.00 | 0.00 |
| Totals | | 11.40 | 11.40 | 3,710.00 | 0.00 | 0.00 |

WRG-AUS                              LEGALMASTER MIRC for Transactions                              11/8/2011  Pg 1
                                                 -Fees-

Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date
Ranges:
  Include "Client code" from WRG to WRG
  Exclude "Billable $" from 0.00 to 0.00
  Include "Invoice Number" from 100496 to 100496

                                         Act  Trans                                              Billable  Billable  Gr
Cl code Grouping code description        Emp  Date   Transaction description                     Hours     Dollars   Cd
WRG     CASE ADMINISTRATION               CAH  08/14/11 Update e-mails service list.              0.60       99.00   Ca
                                                                                                 ------    -------
                                                                                                  0.60       99.00
                                                                                                 ------    -------
                                                                                                  0.60       99.00
                                                                                                 ======    =======

Total records this group:  1

WRG-AUS                                    LEGALMASTER MIRC for Transactions                                  11/8/2011   Pg 2
                                                        -Fees-

| C1 code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/22/11 | Review of CNA's Motion to File Consolidated Brief in response to Libby Claimants' and BNSF's briefs objecting to CNA settlement. | 0.10 | 47.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/23/11 | Review of Debtors' Motion for Order of Return of and Destruction of Documents Filed Under Seal; review of Debtors' Motion to File Consolidated Briefing in responses to Libby Claimants' and BNSF's briefs opposing CNA Stipulation. | 0.20 | 95.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/26/11 | E-mail from counsel for Debtors re: Plan Proponents' Brief in support of CNA settlement with enclosure; review of same (2.2); e-mail from Rick Wyron approving same; e-mail from and e-mail to counsel for Debtors' re: approving same. | 2.30 | 1,092.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/29/11 | Review of Order Granting CNA's Motion to File Consolidated Brief; review of Order Granting Debtors' Motion to File Consolidated Brief. | 0.20 | 95.00 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 08/31/11 | Review of Order Scheduling Omnibus Hearing Dates for 2012 and 2013; review of CNA's Consolidated Brief in support of CNA Settlement (2.4). | 2.50 | 1,187.50 | |
|  |  |  |  |  | ----- | ----- | |
|  |  |  |  |  | 5.30 | 2,517.50 | |
|  |  |  |  |  | ----- | ----- | |
|  |  |  |  |  | 5.30 | 2,517.50 | |
|  |  |  |  |  | ----- | ----- | |

Total records this group:   5

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                              11/8/2011  Pg 3
                                                         -Fees-

        Cl code  Grouping code description            Act  Trans                                              Billable  Billable  Gr
                                                      Emp  Date    Transaction description                    Hours    Dollars   Cd

WRG     LITIGATION                                    CAH  08/15/11 Download and print Pro Hac Motions for Orrick attorneys.    0.20    33.00   Li
WRG     LITIGATION                                    CAH  08/15/11 Review of e-mail from John C. Phillips, Jr. re: ECF          0.10    16.50
                                                                    notifications.
WRG     LITIGATION                                    CAH  08/16/11 Complete DED registration for 3 Orrick attorneys for ECF     0.50    82.50
                                                                    notifications; e-mail to D. Fullem.
                                                                                                                ------   ------
                                                                                                                 0.80    132.00
                                                                                                                ------   ------
WRG     LITIGATION                                    JCP  08/05/11 Review of Order authorizing Service of Acquisition Order.    0.10    47.50
WRG     LITIGATION                                    JCP  08/15/11 Review of 3 ECF notifications "So Ordering" Frankel,         0.20    95.00
                                                                    Wyron and Mahaley Pro Hac Motions; e-mail to Celeste A.
                                                                    Hartman (3x) forwarding same and requesting preparation
                                                                    of ECF registration forms.
WRG     LITIGATION                                    JCP  08/16/11 Review of 3 ECF registrations (Frankel, Wyron and Mahaley)   0.20    95.00
                                                                    and approve same; e-mail from Deb Fullem re: signing and
                                                                    filing same.
WRG     LITIGATION                                    JCP  08/18/11 Review of Agenda for 8/29/11 canceling same.                 0.10    47.50
                                                                                                                                 0.60   285.00
                                                                                                                ------   ------
                                                                                                                 1.40   417.00
                                                                                                                ------   ------

Total records this group: 7
```

```
WRG-AUS                                    LEGALMASTER MIRC for Transactions                                11/8/2011  Pg 4
                                                         -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/01/11 | Code June bill to comply with local rules. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/11/11 | Download March, April, May and June Fee Applications for D. Austern and file same; e-mail to D. Fullem when complete. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/11/11 | Review of e-mail from D. Fullem and download filings; file same. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/11 | Review of e-mails from D. Fullem and download and file Certificate of No Objection for Austern's 21st, 22nd and 23rd Fee Application and Orrick's 65th Fee Application; e-mail information to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/11 | E-mail to and phone conference with D. Fullem re: 26th Quarterly Fee Application for Austern. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/11 | Download and file 26th and 27th Quarterly Fee Applications for D. Austern; file Orrick's 22nd Quarterly Fee Application and Lincoln's 8th Quarterly Fee Application; e-mail results to D. Fullem. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/11 | Work on Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/11 | Download and file Orrick's July Fee Application and file and e-mail to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/11 | Review of e-mail from D. Fullem and e-mail from Tanya L. Birdsell re: fee application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/29/11 | Conference with John C. Phillips, Jr. and work on revisions to Fee Applications. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/30/11 | Work on revisions to pre-bills. | 0.20 | 33.00 | |

Total records this group:  11

```
                                                                                            -----       --------
                                                                                             4.10        676.50
                                                                                             4.10        676.50
                                                                                             4.10        676.50
                                                                                            11.40      3,710.00
                                                                                           ======      ========
```

24 records printed.