# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## AUGUST 1, 2011 THROUGH
## AUGUST 31, 2011

Phillips, Goldman & Spence, P.A.

Page 2

November 8, 2011

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  100496

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/01/11 | Long distance phone charges | 2.85 |
| 08/01/11 | On-line docket research | 14.88 |
| 08/14/11 | Photocopies | 12.50 |
| 08/19/11 | Check No.: 46601 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 181.63 |
| | Subtotal for COSTS only: 08/31/11 | $211.86 |