EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
SEPTEMBER 1, 2011 THROUGH
SEPTEMBER 30, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 10, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File     WRG-AUS/JCP
Invoice number   100499

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 09/30/11       $1,297.50
                                              --------------
   CURRENT PERIOD FEES AND COSTS: 09/30/11     $1,297.50
                                              --------------

                       PAY THIS AMOUNT         $1,297.50
                                              ==============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

November 10, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100499

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 1.1 | 267.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.0 | 950.00 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| LITIGATION | 0.1 | 47.50 |
| Subtotal for FEES only: 09/30/11 | 3.4 | $1,297.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 2.40 | 2.40 | 1,140.00 | 0.00 | 0.00 |
| 165.00 | CAH | 0.70 | 0.70 | 115.50 | 0.00 | 0.00 |
| 140.00 | TLB | 0.30 | 0.30 | 42.00 | 0.00 | 0.00 |
| Totals | | 3.40 | 3.40 | 1,297.50 | 0.00 | 0.00 |

WRG-AUS                                                      LEGALMASTER MIRC for Transactions                                              11/10/2011   Pg 1
                                                                          -Fees-

Sorts:   Grouping code           (Paginate)
         Client code
         Actual employee code    (Subtotal)
         Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 100499 to 100499

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 09/16/11 | Respond to e-mail inquiry by D. Fullem. | 0.20 | 33.00 | Ca |
|  |  |  |  | ---- | ----- |  |
|  |  |  |  | 0.20 | 33.00 |  |
|  |  |  |  | ---- | ----- |  |
|  |  |  |  | 0.20 | 33.00 |  |
|  |  |  |  | ---- | ----- |  |

Total records this group: 1

WRG-AUS                                    LEGALMASTER MIRC for Transactions                          11/10/2011  Pg 2
                                                         -Fees-

| Cl code | Cl code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/12/11 | Review of BNSF's Motion to File Reply Brief in support of Objection to CNA settlement with enclosure; review of CNA's Reply Brief. | 0.50 | 237.50 | Co |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/16/11 | E-mail from Rick Wyron authorizing approval of Plan Proponents' Notice of Supplemental Authority with enclosure and review of Notice; preliminary review of authority (in re: Washington Mutual 9/13/11 Opinion - 139 pages) (.6); e-mail to local counsel doe Debtors authorizing filing of Notice (.1); e-mail from counsel for Debtor re: not filing same (.1); e-mail from R. Wyron approving not filing same (.1). | 0.90 | 427.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/22/11 | Review of Agenda for 9/26/11 Hearing. | 0.10 | 47.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/22/11 | Review of ECF Notification re: "So Ordering" Libby Claimants' Motion to File Consolidated Reply Brief; review of ECF Notification re: "So Ordering" BNSF's Motion to File Reply Brief, | 0.10 | 47.50 | |
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 09/30/11 | Letter from counsel for Montana re: settlement between Montana and Libby Claimants and requesting meeting re: settlement between Montana and Debtors with enclosure; review of Petition for Establishment of Libby Mine Claimants' Qualified Settlement and Fund Trust with exhibits; review of Order approving Settlement. | 0.40 | 190.00 | |
|  |  |  |  |  | ----- | ------ | |
|  |  |  |  |  | 2.00 | 950.00 | |
|  |  |  |  |  | ----- | ------ | |
|  |  |  |  |  | 2.00 | 950.00 | |
|  |  |  |  |  | ----- | ------ | |

Total records this group: 5

WRG-AUS                                    LEGALMASTER MIRC for Transactions                                    11/10/2011 Pg 3
                                                          -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/26/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | Li |
| | | | | | ---- | ----- | |
| | | | | | 0.10 | 47.50 | |
| | | | | | ---- | ----- | |
| | | | | | 0.10 | 47.50 | |
| | | | | | ---- | ----- | |

Total records this group:   1

WRG-AUS                                                LEGALMASTER MIRC for Transactions                                          11/10/2011  Pg 4
                                                                       -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/01/11 | Review of e-mail from D. Fullem; download and file Certificates of No Objection for Austern's March, April, May and June; e-mail docket numbers back to her. | 0.50 | 82.50 | fa |
|  |  |  |  |  | ----- | ----- |  |
|  |  |  |  |  | 0.50 | 82.50 |  |
|  |  |  |  |  | ----- | ----- |  |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/26/11 | Review of and approve Certificate of No Objection re: Austern's July 2011 Fee Application. | 0.10 | 47.50 |  |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/27/11 | Review of and approve Towers Watson's August 2011 Fee Application; review of and approve Orrick's August 2011 Fee Application. | 0.20 | 95.00 |  |
|  |  |  |  |  | ----- | ----- |  |
|  |  |  |  |  | 0.30 | 142.50 |  |
|  |  |  |  |  | ----- | ----- |  |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 09/26/11 | E-file CNO re: 69th Monthly Interim Fee Application of David T. Austern, Future Claimants' Representative. | 0.10 | 14.00 |  |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 09/27/11 | E-file 58th Monthly Interim Fee Application for Towers Watson, Actuarial Consultants to David T. Austern, Asbestos PI Future Claimants' Representative; e-file 67th Monthly Interim Fee Application for Orrick, Herrington & Sutcliff LLP, Bankruptcy Counsel for David T. Austern, Asbestos PI Future Claimants' Representative. | 0.20 | 28.00 |  |
|  |  |  |  |  | ----- | ----- |  |
|  |  |  |  |  | 0.30 | 42.00 |  |
|  |  |  |  |  | 1.10 | 267.00 |  |
|  |  |  |  |  | ----- | ----- |  |

Total records this group:    5

12 records printed.                                                                                                                    3.40      1,297.50
                                                                                                                                     =====     =========