# EXHIBIT A

## July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27919 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27920 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

## September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 27921 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.