# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: December 2, 2011**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR NORTON ROSE OR LLP'S FIFTY-EIGHTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# NORTON ROSE

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1122378 |
| Date: | November 8, 2011 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

100035

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose OR LLP / S.E.N.C.R.L., s.r.l.
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrose.com
nortonrose.com

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

Attention:   Richard C. Finke
             Assistant General Counsel Litigation

| | |
|---|---|
| For professional services rendered and disbursements incurred for the period ending October 31, 2011. | |
| FEES | $1,692.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 47.27 |
| NET | $1,739.27 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,739.27 |
| TOTAL IN US FUNDS | $1,739.27 |

**Payable upon receipt**

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza,
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-C
Swift Code # ROYCCAT2
Include invoice number on transfer order

# NORTON ROSE

W.R. GRACE & CO.                                                                                         01016442-0001

RE: **Chapter 11 Proceedings, General Matters**

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/10/11 | Orestes Pasparakis | Following-up on emails regarding claims issues. | 0.40 | $320.00 |
| 17/10/11 | Penny Adams | Reviewing accounts for month of September. | 0.20 | $42.00 |
| 20/10/11 | Penny Adams | Drafting 57th Monthly Fee Application (0.70); corresponding with R. Finke with respect to same (0.30). | 1.00 | $210.00 |
| 21/10/11 | Teresa Walsh | Reviewing and swearing 57th Monthly Fee Application. | 0.30 | $180.00 |
| 21/10/11 | Penny Adams | Attending to correspondence and discussions regarding 57th Monthly Fee Application (0.20); reviewing and revising same (0.30). | 0.50 | $105.00 |
| 24/10/11 | Penny Adams | Finalizing 57th Monthly Fee Application (0.20); attending to correspondence with Fee Auditor and others with respect to same (0.30). | 0.50 | $105.00 |
| 25/10/11 | Penny Adams | Drafting 19th Quarterly Interim Application. | 1.00 | $210.00 |
| 26/10/11 | Teresa Walsh | Reviewing Final Fee Auditor's Report on the Interim Quarterly Fee Application by Norton Rose, from April 1, 2011 to June 30, 2011. | 0.20 | $120.00 |
| 31/10/11 | Orestes Pasparakis | Reviewing inquiries from Crown counsel (0.20); following-up with U.S. counsel (0.30). | 0.50 | $400.00 |
| | | **TOTAL FEES** | | **$1,692.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 44.10 |
| External DB Search/Quicklaw | 3.17 |
| | $47.27 |

INVOICE: 1122378