# EXHIBIT A

## Fifty-Fifth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #27497 under case no. 01-01139. Also available upon request from Norton Rose OR LLP.