# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| October 13, 2011 | INVOICE:     245197 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 09/30/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/25/11 | Emergency assistance with new insurance company insolvency filing. | W001 | HEG | 3.20 |
| 09/01/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues (1.90); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.60 |
| 09/01/11 | Analyzed insurance policies and settlements re: appeal issues and payment issues. | W001 | IF | 1.70 |
| 09/01/11 | Review correspondence from Court clerk re: appellate oral argument (.10); email R. Chung and R. Horkovich re: same (.20); perform research re: appellate judges assigned to case (.80). | W001 | KES | 1.10 |
| 09/01/11 | Work on insolvent claims. | W001 | MG | 2.30 |
| 09/02/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. (1.40); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.70 |
| 09/02/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.40 |
| 09/02/11 | Work on insolvent claims. | W001 | MG | 2.40 |
| 09/06/11 | Review and revise time and expense entries (1.20); review changes and make additional revisions which took longer (.90); draft monthly fee application (1.20). | W011 | AHP | 3.30 |
| 09/06/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 0.90 |
| 09/06/11 | Analyzed insurance policies and settlement agreements re:  payment issues. | W001 | IF | 1.10 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 13, 2011 | | INVOICE: | | 245197 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/06/11 | Additional research re: biographies or appellate judges assigned to hear case (1.10); prepare communication to R. Horkovich and R. Chung re: same (.20). | W001 | KES | 1.30 |
| 09/06/11 | Work on insolvent claims and prepare for meeting. | W001 | MG | 2.80 |
| 09/06/11 | Attention to issues in connection with Integrity appeal oral argument. | W001 | RYC | 0.30 |
| 09/07/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.40 |
| 09/07/11 | Research request re: insolvent entity payment to Grace identity. | W001 | HEG | 0.90 |
| 09/07/11 | Attention to London Market payment issues. | W001 | IF | 0.30 |
| 09/07/11 | Analyzed insurance policies re: appeal issues. | W001 | IF | 0.80 |
| 09/07/11 | Work on insolvent claims and prepare for meeting re: same. | W001 | MG | 3.10 |
| 09/08/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.90 |
| 09/08/11 | Review proof of claim submission and prepare summary review for attorneys for upcoming Scheme visit. | W001 | HEG | 0.80 |
| 09/08/11 | Analyzed insurance policies and settlement agreements re: payment issues. | W001 | IF | 0.80 |
| 09/08/11 | Emails with R. Horkovich re: identification of counsel for oral argument (.20); prepare letter re: same and file with clerk's office (.40). | W001 | KES | 0.60 |
| 09/08/11 | Work on insolvent claims and prepare for meeting re: same. | W001 | MG | 2.30 |
| 09/08/11 | Updating and review of case materials. | W001 | NJB | 1.00 |
| 09/09/11 | Analyzed insurance policies and settlement agreements re: appeal issues and payment issues. | W001 | IF | 1.20 |
| 09/09/11 | Work on insolvent claims and prepare for meeting re: same. | W001 | MG | 2.40 |
| 09/12/11 | Prepare for meeting with Scheme Managers. | W001 | HEG | 0.80 |
| 09/12/11 | Prepared and analyzed information re: claims. | W001 | IF | 0.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 13, 2011 | | INVOICE: | | 245197 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/12/11 | Prepared for meeting and studied information re: claims against insolvent scheme. | W001 | MG | 2.40 |
| 09/13/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues (1.10); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.40 |
| 09/13/11 | Attended Scheme Managers meeting re: proof of claim submission. | W001 | HEG | 0.80 |
| 09/13/11 | Analyzed insurance policies re: payment issues. | W001 | IF | 0.60 |
| 09/13/11 | Preparation and meeting re: claims. | W001 | IF | 1.10 |
| 09/13/11 | Meeting and digest information re: claims against insolvent UK scheme (2.20); email re: same (.20). | W001 | MG | 2.40 |
| 09/13/11 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 09/13/11 | Preparation and analysis for meeting with insolvent foreign insurance company. | W001 | RYC | 0.30 |
| 09/14/11 | Finalize time and expense entries, monthly application and exhibits. | W011 | AHP | 1.00 |
| 09/14/11 | Analysis re: claims against insolvent UK scheme (2.60); create multiple allocation scenarios re: same (2.70). | W001 | MG | 5.30 |
| 09/14/11 | Participate in meeting in connection with pending claim. | W001 | RYC | 0.40 |
| 09/15/11 | Research and discuss proposed responses to Scheme Managers and updated information request re: proof of claim. | W001 | HEG | 0.80 |
| 09/15/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 0.90 |
| 09/15/11 | Analysis re: claims against insolvent UK scheme (2.20); create multiple allocation scenarios re: same (2.30); draft email summary for same (.30). | W001 | MG | 4.80 |
| 09/16/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.40 |
| 09/16/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 13, 2011 | | INVOICE: | | 245197 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/16/11 | Work on insolvent UK scheme claim. | W001 | MG | 2.70 |
| 09/19/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.70 |
| 09/19/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.20 |
| 09/19/11 | Work on insolvent UK scheme claim. | W001 | MG | 2.70 |
| 09/19/11 | Work on payment stream analysis. | W001 | MG | 1.80 |
| 09/19/11 | Attention to demand and settlement discussions (.80). Attention to revision of demand on insurance coverage reimbursement to insurance companies (.60). | W001 | RMH | 1.40 |
| 09/20/11 | Draft and revise insurance policy data spreadsheets (1.30); Analysis of selected insurance policies re: follow form issues and insurance company appeals issues (.30). | W001 | GFF | 1.60 |
| 09/20/11 | Work on new allocations for certain coverage-in-place companies. | W001 | MG | 2.80 |
| 09/20/11 | Work on new allocations for certain coverage-in-place companies. | W001 | MG | 3.60 |
| 09/21/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.10 |
| 09/21/11 | Communication with R. Chung re: case status and case strategy in connection with Integrity appeal. | W001 | KES | 0.60 |
| 09/21/11 | Work on payment stream analysis. | W001 | MG | 2.20 |
| 09/21/11 | Emails re: insolvent claim and allocation re: same. | W001 | MG | 1.80 |
| 09/22/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.20 |
| 09/22/11 | Prepare follow up letter to appellate court re: briefing in similar appeal before liquidation court to determine whether similar issues exist in our appeal. | W001 | KES | 0.60 |
| 09/22/11 | Work on new allocations for certain coverage-in-place companies. | W001 | MG | 3.40 |
| 09/23/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 13, 2011 | | INVOICE: | | 245197 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/23/11 | Leave message for potential expert re: In re Integrity oral argument. | W001 | KES | 0.30 |
| 09/23/11 | Work on insolvent UK scheme claim. | W001 | MG | 2.80 |
| 09/23/11 | Review and analysis of potential oral argument matters in connection with Integrity claim. | W001 | RYC | 0.50 |
| 09/26/11 | Analyzed insurance policies and settlement agreements re:  appeal and payment issues. | W001 | IF | 1.30 |
| 09/26/11 | Work on insolvent UK scheme claim. | W001 | MG | 2.60 |
| 09/26/11 | Work on payment stream analysis. | W001 | MG | 3.20 |
| 09/27/11 | Analysis of selected insurance policies re: insurance company appeals issues (1.10); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.40 |
| 09/27/11 | Analyzed insurance policies and settlement agreements re:  appeal issues and payment issues. | W001 | IF | 1.20 |
| 09/27/11 | Telephone call with potential consultant to assist with NJ Appellate Division oral argument (.50); e-mail re: same to R. Horkovich and R. Chung (.20). | W001 | KES | 0.70 |
| 09/27/11 | Work on insolvent UK scheme claim. | W001 | MG | 2.40 |
| 09/27/11 | Work on payment stream analysis. | W001 | MG | 2.70 |
| 09/28/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 1.30 |
| 09/28/11 | Analyzed insurance policies and settlement agreements re:  appeal issues and payment issues. | W001 | IF | 1.40 |
| 09/28/11 | Work on revised payment stream analysis. | W001 | MG | 3.70 |
| 09/28/11 | Work on new allocations for coverage-in- place companies with specific variable annual discount rates for NPV. | W001 | MG | 3.20 |
| 09/28/11 | Attention to NPV discount to be applied to settlements with insurance coverage reimbursement insurance companies. | W001 | RMH | 0.40 |
| 09/29/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.40 |
| 09/29/11 | Analyzed insurance policies and settlement agreements re:  appeal issues and payment issues. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 13, 2011                                   INVOICE:              245197

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/29/11 | Work on new allocations for coverage-in-place companies with specific variable annual discount rates for NPV. | W001 | MG | 3.10 |
| 09/29/11 | Work on revised payment stream analysis. | W001 | MG | 3.80 |
| 09/30/11 | Analyzed insurance policies and settlement agreements re:  appeal issues and payment issues. | W001 | IF | 1.60 |
| 09/30/11 | Call with consultant re: retention and tasks to perform with regard to assistance with oral argument. | W001 | KES | 0.70 |
| 09/30/11 | Work on new allocations for coverage -in- place companies with specific variable annual discount rates for NPV. | W001 | MG | 3.30 |

**TOTAL FEES:**                                                  **$71,255.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 13, 2011                                                INVOICE:           245197

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 250.00 | 4.30 | 1,075.00 |
| Glenn F Fields | 345.00 | 18.70 | 6,451.50 |
| Harris E Gershman | 275.00 | 7.30 | 2,007.50 |
| Izak Feldgreber | 295.00 | 24.20 | 7,139.00 |
| Kenneth E. Sharperson | 530.00 | 5.90 | 3,127.00 |
| Mark Garbowski | 590.00 | 82.00 | 48,380.00 |
| Nicholas J Balsdon | 215.00 | 1.00 | 215.00 |
| Robert M Horkovich | 895.00 | 1.80 | 1,611.00 |
| Robert Y Chung | 595.00 | 2.10 | 1,249.50 |
| **TOTAL FEES:** |  |  | **$71,255.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| October 13, 2011 | INVOICE: 245197 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001   Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 18.70 | 6,451.50 |
| Harris E Gershman | 7.30 | 2,007.50 |
| Izak Feldgreber | 24.20 | 7,139.00 |
| Kenneth E. Sharperson | 5.90 | 3,127.00 |
| Mark Garbowski | 82.00 | 48,380.00 |
| Nicholas J Balsdon | 1.00 | 215.00 |
| Robert M Horkovich | 1.80 | 1,611.00 |
| Robert Y Chung | 1.50 | 892.50 |
| **TOTAL:** | **142.40** | **$69,823.50** |

**ACTIVITY CODE: W011   Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 4.30 | 1,075.00 |
| Robert Y Chung | 0.60 | 357.00 |
| **TOTAL:** | **4.90** | **$1,432.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

October 13, 2011                                   INVOICE:    245197

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

**COSTS through 09/30/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/25/11 | LOCAL TRAVEL Cab from 1251 6 AVE to BEDFORD HILLS; WC for HARRIS GERSHMAN on 08/25/11; voucher 163564; Invoice# 2698675 (from office to home). | E109 | 144.14 |
| 08/26/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 761621383 Tracking Number: 797457130475 Reference: 100055 wrg01 01 587    Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peri Mahaley, Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC, 20005, US | E107 | 9.53 |
| 08/26/11 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 761621383 Tracking Number: 795126489214 Reference: 100055 wrg01 01 587    Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 N La Salle Dr Ste 3500, CHICAGO, IL, 60654, US | E107 | 13.05 |
| 09/01/11 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 6.20 |
| 09/07/11 | COURT CALL REFUND INV#3826010 | E112 | (30.00) |
| 09/07/11 | COURT CALL REDUND INV#3826015 | E112 | (30.00) |
| 09/08/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 763186084 Tracking Number: 795165851160 Reference: 100055 WRG01 05 134    Billing Note:  From: Kenneth E Sharpers on, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: Joseph Orlando, Superior Court of New Jersey, Appellate Division , TRENTON, NJ, 08625, US | E107 | 8.84 |

**TOTAL COSTS:**                                                                 **$121.76**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

October 13, 2011                                               INVOICE:            245197

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 31.42 |
| LT | LOCAL TRAVEL | 144.14 |
| TE | AP - TELEPHONE - | (60.00) |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 6.20 |
|  | **TOTAL COSTS:** | **$121.76** |

**TOTAL DUE:**                                                              **$71,377.26**