Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Sep-11 | BR | Review of Grace 10-Q for the second quarter of 2011. | 2.70 | $ 625.00 | $ 1,687.50 |
| 02-Sep-11 | BR | Continued review of Grace 10-Q for the second quarter of 2011. | 1.90 | $ 625.00 | $ 1,187.50 |
| 02-Sep-11 | BR | Financial analysis in connection with Grace's 10-Q for the second quarter of 2011. | 2.90 | $ 625.00 | $ 1,812.50 |
| 03-Sep-11 | BR | Review of Davison strategic plan in preparation for conference call with management and financial advisors to discuss the same. | 3.40 | $ 625.00 | $ 2,125.00 |
| 03-Sep-11 | BR | Continued review of Davison strategic plan in preparation for conference call with management and financial advisors to discuss the same. | 3.10 | $ 625.00 | $ 1,937.50 |
| 04-Sep-11 | BR | Financial analysis in connection with the Davison strategic plan. | 2.70 | $ 625.00 | $ 1,687.50 |
| 04-Sep-11 | BR | Review of Grace Construction Products' strategic plan in preparation for conference call with management and financial advisors. | 3.50 | $ 625.00 | $ 2,187.50 |
| 04-Sep-11 | BR | Continued review of Grace Construction Products' strategic plan in preparation for conference call with management and financial advisors. | 2.90 | $ 625.00 | $ 1,812.50 |
| 05-Sep-11 | BR | Financial analysis in connection with Grace Construction Products' strategic plan. | 3.10 | $ 625.00 | $ 1,937.50 |
| 05-Sep-11 | BR | Document and note review in preparation for conference call with management, lawyers and financial advisors at request of Debtor. | 0.90 | $ 625.00 | $ 562.50 |
| 06-Sep-11 | BR | Conf call with Debtor management, attorneys and financial advisors to discuss potential business transactions. | 0.70 | $ 625.00 | $ 437.50 |
| 06-Sep-11 | BR | Tel C w/ J Sinclair to discuss issues related to subject of the conference call. | 0.50 | $ 625.00 | $ 312.50 |
| 06-Sep-11 | BR | Review of presentation materials circulated by management. | 0.30 | $ 625.00 | $ 187.50 |
| 08-Sep-11 | BR | Conf call with ACC and FCR attorneys and financial advisors to discuss outstanding issues. | 0.70 | $ 625.00 | $ 437.50 |
| 19-Sep-11 | BR | Review of overview of Project Plate distributed by management in anticipation of conference call to discuss the same. | 0.80 | $ 625.00 | $ 500.00 |
| 26-Sep-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| | | Total Bradley Rapp | 30.20 | | $ 18,875.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Sep-11 | JS | Commence review of 4-Year Strategic Plan 2011-2014 of Grace sent by Blackstone 8/31/11 for valuation and monitoring. | 3.20 | $625.00 | $ 2,000.00 |
| 01-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 01-Sep-11 | JS | Continue review of 4-Year Strategic Plan and revisions from Hudson La Force, CFO, for valuation and monitoring. | 1.70 | $625.00 | $ 1,062.50 |
| 01-Sep-11 | JS | Call with ACC counsel (Inselbuch) to discuss business transaction for purposes of advising ACC counsel. | 0.20 | $625.00 | $ 125.00 |
| 01-Sep-11 | JS | Call with FCR financial advisor (Radecki) to discuss business transaction. | 0.10 | $625.00 | $ 62.50 |
| 02-Sep-11 | JS | Review, analyze additional financial information on business transaction of Grace for purposes of advising ACC counsel. | 1.40 | $625.00 | $ 875.00 |
| 02-Sep-11 | JS | Conference call with ACC counsel (Lockwood) to discuss business transaction for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 02-Sep-11 | JS | Review notes, analyze recovery analysis and Disclosure Statement in preparation for conference call with Grace on 9/6/11 regarding business plan. | 2.90 | $625.00 | $ 1,812.50 |
| 02-Sep-11 | JS | Draft questions for conference call with Grace on 9/6/11 regarding business plan. | 1.20 | $625.00 | $ 750.00 |
| 02-Sep-11 | JS | Conference call with ACC counsel (Hurford) to discuss business transaction for purposes of advising ACC counsel. | 0.70 | $625.00 | $ 437.50 |
| 06-Sep-11 | JS | Review, revise questions for conference call with Grace on 9/6/11 regarding business plan. | 0.30 | $625.00 | $ 187.50 |
| 06-Sep-11 | JS | Conference call of financial advisers with Grace (La Force, Shelnitz and Filon) and Blackstone (O'Connell) to further discuss business plan. | 0.70 | $625.00 | $ 437.50 |
| 06-Sep-11 | JS | Call with Rapp to discuss conference call with Grace and the business transaction. | 0.50 | $625.00 | $ 312.50 |
| 06-Sep-11 | JS | Call with ACC counsel (Hurford) to discuss conference call with Grace and the business transaction. | 0.20 | $625.00 | $ 125.00 |
| 06-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 08-Sep-11 | JS | Review materials attendant to the business plan in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor on 9/8/11. | 2.80 | $625.00 | $ 1,750.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 08-Sep-11 | JS | Conference call with ACC counsel (Inselbuch and Lockwood), FCR counsel (Frankel), FCR financial adviser (Radecki) to discuss business plan. | 0.60 | $625.00 | $ 375.00 |
| 08-Sep-11 | JS | Further review and analysis of 4-Year Strategic Plan (2011-2014) in preparation for conference call with Company and Blackstone on 9/9/11 to discuss same for valuation and monitoring. | 2.70 | $625.00 | $ 1,687.50 |
| 09-Sep-11 | JS | Draft questions for conference call on 9/9/11 with Company and Blackstone in regard to 4-Year Strategic Plan for valuation and monitoring. | 1.40 | $625.00 | $ 875.00 |
| 09-Sep-11 | JS | Conference call with financial advisers, Company (La Force) and Blackstone (O'Connell) to review 2011-2014 Strategic Plan for valuation and monitoring. | 0.40 | $625.00 | $ 250.00 |
| 09-Sep-11 | JS | Review, revise P. Cramp's draft of guideline companies market multiple valuation of Grace for purposes of advising ACC counsel. | 0.80 | $625.00 | $ 500.00 |
| 09-Sep-11 | JS | Review, analyze Grace debt pro-forma for POR exit financing for credit rating and pricing including the deferred payment obligation to the Asbestos Trust for valuation. | 3.50 | $625.00 | $ 2,187.50 |
| 12-Sep-11 | JS | Further revisions to the Grace market multiple valuation for purposes of advising ACC counsel. | 1.10 | $625.00 | $ 687.50 |
| 14-Sep-11 | JS | Review, analyze Project Plate 363 Sale materials in preparation for call with Company on 9/15/11. | 1.80 | $625.00 | $ 1,125.00 |
| 15-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 15-Sep-11 | JS | Draft questions regarding Project Plate in preparation for conference call with Company. | 0.60 | $625.00 | $ 375.00 |
| 15-Sep-11 | JS | Conference call regarding Project Plate sale with Company and Blackstone (O'Connell). | 0.70 | $625.00 | $ 437.50 |
| 15-Sep-11 | JS | Write memorandum to ACC counsel (Inselbuch and Lockwood) regarding valuation of Grace for purposes of advising ACC counsel. | 2.20 | $625.00 | $ 1,375.00 |
| 19-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 26-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 28-Sep-11 | JS | Develop present value schedule of payments to Grace by Allstate Insurance and Munich Reinsurance for Robert Horkovich, insurance advisor to ACC, for purposes of advising Harkovich at his request. | 1.70 | $625.00 | $ 1,062.50 |
| | | Total James Sinclair | 36.90 | | $ 23,062.50 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 01-Sep-11 | PC | Review Discussion Materials from call on 8/26 for due diligence. | 0.60 | $345.00 | $ 207.00 |
| 02-Sep-11 | PC | Commence review of strategic plan. | 4.70 | $345.00 | $ 1,621.50 |
| 06-Sep-11 | PC | Conference call with Company and Financial Advisors to discuss business transactions. | 0.70 | $345.00 | $ 241.50 |
| 08-Sep-11 | PC | Call with ACC counsel and Lincoln (Radecki) regarding business | 0.70 | $345.00 | $ 241.50 |
| 08-Sep-11 | PC | Update market multiple valuation at request of J. Sinclair. Continue to review Strategic Plan. | 4.80 | $345.00 | $ 1,656.00 |
| 09-Sep-11 | PC | Complete market multiple valuation, send to J. Sinclair. | 3.10 | $345.00 | $ 1,069.50 |
| 12-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $345.00 | $ 517.50 |
| 15-Sep-11 | PC | Conference call with Grace, Blackstone and financial advisors to discuss Project Plate. | 0.70 | $345.00 | $ 241.50 |
| 15-Sep-11 | PC | Review Project Plate materials in preparation for call with Grace. | 0.40 | $345.00 | $ 138.00 |
| 19-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $345.00 | $ 552.00 |
| 26-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $345.00 | $ 483.00 |
| 28-Sep-11 | PC | Review credit ratings of Allstate and Munich Reinsurance Co at request of J. Sinclair. | 0.30 | $345.00 | $ 103.50 |
| | | Total Peter Cramp | 20.50 | | $ 7,072.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| | | Gibbons Sinclair - Senior Analyst | | | |
| 28-Sep-11 | GS | Draft August 2011 Monthly Fee Statement. | 0.90 | $290.00 | $ 261.00 |
| 29-Sep-11 | GS | Review and revise August 2011 Monthly Fee Statement. | 0.30 | $290.00 | $ 87.00 |
| | | Total Gibbons Sinclair | 1.20 | | $ 348.00 |
| | | **TOTAL** | 88.80 | | $ 49,358.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Sep-11 | JS | Commence review of 4-Year Strategic Plan 2011-2014 of Grace sent by Blackstone 8/31/11 for valuation and monitoring. | 3.20 | $ 625.00 | $ 2,000.00 |
| 01-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 01-Sep-11 | JS | Continue review of 4-Year Strategic Plan and revisions from Hudson La Force, CFO, for valuation and monitoring. | 1.70 | $ 625.00 | $ 1,062.50 |
| 01-Sep-11 | PC | Review Discussion Materials from call on 8/26 for due diligence. | 0.60 | $ 345.00 | $ 207.00 |
| 02-Sep-11 | BR | Financial analysis in connection with Grace's 10-Q for the second quarter of 2011. | 2.90 | $ 625.00 | $ 1,812.50 |
| 02-Sep-11 | PC | Commence review of strategic plan. | 4.70 | $ 345.00 | $ 1,621.50 |
| 06-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 08-Sep-11 | JS | Further review and analysis of 4-Year Strategic Plan (2011-2014) in preparation for conference call with Company and Blackstone on 9/9/11 to discuss same for valuation and monitoring. | 2.70 | $ 625.00 | $ 1,687.50 |
| 08-Sep-11 | PC | Update market multiple valuation at request of J. Sinclair. Continue to review Strategic Plan. | 4.80 | $ 345.00 | $ 1,656.00 |
| 09-Sep-11 | JS | Draft questions for conference call on 9/9/11 with Company and Blackstone in regard to 4-Year Strategic Plan for valuation and monitoring. | 1.40 | $ 625.00 | $ 875.00 |
| 09-Sep-11 | JS | Conference call with financial advisers, Company (La Force) and Blackstone (O'Connell) to review 2011-2014 Strategic Plan for valuation and monitoring. | 0.40 | $ 625.00 | $ 250.00 |
| 09-Sep-11 | JS | Review, revise P. Cramp's draft of guideline companies market multiple valuation of Grace for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 09-Sep-11 | JS | Review, analyze Grace debt pro-forma for POR exit financing for credit rating and pricing including the deferred payment obligation to the Asbestos Trust for valuation. | 3.50 | $ 625.00 | $ 2,187.50 |
| 09-Sep-11 | PC | Complete market multiple valuation, send to J. Sinclair. | 3.10 | $ 345.00 | $ 1,069.50 |
| 12-Sep-11 | JS | Further revisions to the Grace market multiple valuation for purposes of advising ACC counsel. | 1.10 | $ 625.00 | $ 687.50 |
| 12-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 345.00 | $ 517.50 |
| 15-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 15-Sep-11 | JS | Write memorandum to ACC counsel (Inselbuch and Lockwood) regarding valuation of Grace for purposes of advising ACC counsel. | 2.20 | $ 625.00 | $ 1,375.00 |
| 19-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 19-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 26-Sep-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 26-Sep-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 345.00 | $ 483.00 |
| 28-Sep-11 | JS | Develop present value schedule of payments to Grace by Allstate Insurance and Munich Reinsurance for Robert Horkovich, insurance advisor to ACC, for purposes of advising Harkovich at his request. | 1.70 | $ 625.00 | $ 1,062.50 |
| 28-Sep-11 | PC | Review credit ratings of Allstate and Munich Reinsurance Co at request of J. Sinclair. | 0.30 | $ 345.00 | $ 103.50 |
| | | Total Asset Analysis and Recovery | 42.50 | | $ 21,522.50 |
| Case Administration | | | | | |
| 02-Sep-11 | BR | Review of Grace 10-Q for the second quarter of 2011. | 2.70 | $ 625.00 | $ 1,687.50 |
| 02-Sep-11 | BR | Continued review of Grace 10-Q for the second quarter of 2011. | 1.90 | $ 625.00 | $ 1,187.50 |
| 05-Sep-11 | BR | Document and note review in preparation for conference call with management, lawyers and financial advisors at request of Debtor. | 0.90 | $ 625.00 | $ 562.50 |
| 06-Sep-11 | BR | Tel C w/ J Sinclair to discuss issues related to subject of the conference call. | 0.50 | $ 625.00 | $ 312.50 |
| 06-Sep-11 | BR | Review of presentation materials circulated by management. | 0.30 | $ 625.00 | $ 187.50 |
| 19-Sep-11 | BR | Review of overview of Project Plate distributed by management in anticipation of conference call to discuss the same. | 0.80 | $ 625.00 | $ 500.00 |
| 26-Sep-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Case Administration | 7.20 | | $ 4,500.00 |
| **Fee Applications (Applicant)** | | | | | |
| 28-Sep-11 | GS | Draft August 2011 Monthly Fee Statement. | 0.90 | $ 290.00 | $ 261.00 |
| 29-Sep-11 | GS | Review and revise August 2011 Monthly Fee Statement. | 0.30 | $ 290.00 | $ 87.00 |
| | | Total Fee Applications (Applicant) | 1.20 | | $ 348.00 |
| **Asset Disposition** | | | | | |
| 01-Sep-11 | JS | Call with ACC counsel (Inselbuch) to discuss business transaction for purposes of advising ACC counsel. | 0.20 | $625.00 | $ 125.00 |
| 01-Sep-11 | JS | Call with FCR financial advisor (Radecki) to discuss business transaction. | 0.10 | $625.00 | $ 62.50 |
| 02-Sep-11 | JS | Review, analyze additional financial information on business transaction of Grace for purposes of advising ACC counsel. | 1.40 | $625.00 | $ 875.00 |
| 02-Sep-11 | JS | Conference call with ACC counsel (Lockwood) to discuss business transaction for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 02-Sep-11 | JS | Review notes, analyze recovery analysis and Disclosure Statement in preparation for conference call with Grace on 9/6/11 regarding business plan. | 2.90 | $625.00 | $ 1,812.50 |
| 02-Sep-11 | JS | Draft questions for conference call with Grace on 9/6/11 regarding business plan. | 1.20 | $625.00 | $ 750.00 |
| 02-Sep-11 | JS | Conference call with ACC counsel (Hurford) to discuss business transaction for purposes of advising ACC counsel. | 0.70 | $625.00 | $ 437.50 |
| 03-Sep-11 | BR | Review of Davison strategic plan in preparation for conference call with management and financial advisors to discuss the same. | 3.40 | $ 625.00 | $ 2,125.00 |
| 03-Sep-11 | BR | Continued review of Davison strategic plan in preparation for conference call with management and financial advisors to discuss the same. | 3.10 | $ 625.00 | $ 1,937.50 |
| 04-Sep-11 | BR | Financial analysis in connection with the Davison strategic plan. | 2.70 | $ 625.00 | $ 1,687.50 |
| 04-Sep-11 | BR | Review of Grace Construction Products' strategic plan in preparation for conference call with management and financial advisors. | 3.50 | $ 625.00 | $ 2,187.50 |
| 04-Sep-11 | BR | Continued review of Grace Construction Products' strategic plan in preparation for conference call with management and financial advisors. | 2.90 | $ 625.00 | $ 1,812.50 |
| 05-Sep-11 | BR | Financial analysis in connection with Grace Construction Products' strategic plan. | 3.10 | $ 625.00 | $ 1,937.50 |
| 06-Sep-11 | JS | Review, revise questions for conference call with Grace on 9/6/11 regarding business plan. | 0.30 | $625.00 | $ 187.50 |
| 06-Sep-11 | JS | Conference call of financial advisers with Grace (La Force, Shelnitz and Filon) and Blackstone (O'Connell) to further discuss business plan. | 0.70 | $625.00 | $ 437.50 |
| 06-Sep-11 | JS | Call with Rapp to discuss conference call with Grace and the business transaction. | 0.50 | $625.00 | $ 312.50 |
| 06-Sep-11 | JS | Call with ACC counsel (Hurford) to discuss conference call with Grace and the business transaction. | 0.20 | $625.00 | $ 125.00 |
| 06-Sep-11 | BR | Conf call with Debtor management, attorneys and financial advisors to discuss potential business transactions. | 0.70 | $ 625.00 | $ 437.50 |
| 06-Sep-11 | PC | Conference call with Company and Financial Advisors to discuss business transactions. | 0.70 | $345.00 | $ 241.50 |
| 08-Sep-11 | JS | Review materials attendant to the business plan in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor on 9/8/11. | 2.80 | $625.00 | $ 1,750.00 |
| 08-Sep-11 | JS | Conference call with ACC counsel (Inselbuch and Lockwood), FCR counsel (Frankel), FCR financial adviser (Radecki) to discuss business plan. | 0.60 | $625.00 | $ 375.00 |
| 08-Sep-11 | BR | Conf call with ACC and FCR attorneys and financial advisors to discuss outstanding issues. | 0.70 | $ 625.00 | $ 437.50 |
| 08-Sep-11 | PC | Call with ACC counsel and Lincoln (Radecki) regarding business | 0.70 | $345.00 | $ 241.50 |
| 14-Sep-11 | JS | Review, analyze Project Plate 363 Sale materials in preparation for call with Company on 9/15/11. | 1.80 | $625.00 | $ 1,125.00 |
| 15-Sep-11 | JS | Draft questions regarding Project Plate in preparation for conference call with Company. | 0.60 | $625.00 | $ 375.00 |
| 15-Sep-11 | JS | Conference call regarding Project Plate sale with Company and Blackstone (O'Connell). | 0.70 | $625.00 | $ 437.50 |
| 15-Sep-11 | PC | Conference call with Grace, Blackstone and financial advisors to discuss Project Plate. | 0.70 | $345.00 | $ 241.50 |
| 15-Sep-11 | PC | Review Project Plate materials in preparation for call with Grace. | 0.40 | $345.00 | $ 138.00 |
| | | Total Asset Disposition | 37.90 | | $ 22,987.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
|      |       | **TOTAL**   | 88.80 |           | $ 49,358.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2011 through September 30, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 30.20 | $ 625.00 | $ 18,875.00 |
| James Sinclair - Senior Managing Director | 36.90 | $ 625.00 | $ 23,062.50 |
| Peter Cramp - Associate | 20.50 | $ 345.00 | $ 7,072.50 |
| Gibbons Sinclair - Senior Analyst | 1.20 | $ 290.00 | $ 348.00 |
| Total Professional Hours and Fees | 88.80 | | $ 49,358.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2011 through September 30, 2011

| Date | Description of Item | Amount |
|---|---|---|
| 8-Sep-11 | Online Research - Thomson Financial I/B/E/S (Alacra) | $108.00 |
| 28-Sep-11 | Online Research - Bonds Online | $35.00 |
|  | Total Expenses September 1, 2011 through September 30, 2011 | $143.00 |