**EXHIBIT B**

**W. R. Grace & Co.**
**Summary**
**April 1 through April 30, 2011**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| AGUIRRE RIVERA, FEDERICO | 0.60 | $240.00 | $144.00 |
| **Puerto Rico - Property Tax** | 0.60 | | $144.00 |
| | | | |
| GORDON, JARED H | 3.70 | $680.00 | $2,516.00 |
| BROOKS, THOMAS J | 5.10 | $480.00 | $2,448.00 |
| **Project EDDY** | 8.80 | | $4,964.00 |
| | | | |
| HEIKKINEN, DEBRA L | 0.50 | $680.00 | $340.00 |
| WALKER, DEBORAH | 2.00 | $680.00 | $1,360.00 |
| LAGARDE, STEPHEN A | 2.00 | $570.00 | $1,140.00 |
| KEENAN, JOHN R | 2.00 | $680.00 | $1,360.00 |
| CHURI, PRIYA BHARAT | 1.80 | $480.00 | $864.00 |
| **Payroll Tax** | 8.30 | | $5,064.00 |
| | | | |
| GORDON, JARED H | 0.40 | 680.00 | $272.00 |
| BROOKS, THOMAS J | 1.60 | 480.00 | $768.00 |
| **Administration** | 2.00 | | $1,040.00 |
| | | | |
| **Subtotal** | 19.70 | | $11,212.00 |
| **Expenses** | | | $0.00 |
| **Total Deloitte Tax LLP Fees for April 2011** | | | $11,212.00 |