EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**April 1 through April 30, 2011**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 4/14/2011 | AGUIRRE RIVERA, FEDER | Puerto Rico | Joe Bahorich | Follow up on the information requested for the property tax returns. | 0.30 | $240.00 | $72.00 |
| 4/27/2011 | AGUIRRE RIVERA, FEDER | Puerto Rico | Joe Bahorich | Follow up on the information requested to the Personal Property Tax Return. | 0.30 | $240.00 | $72.00 |
| 4/29/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forga | Review IRS reasonable cause penalty abatement letter; TC-D. Walker (WNT) with comments | 0.50 | $680.00 | $340.00 |
| 4/28/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forga | Review and comment IRS reasonable cause penalty abatement letter;TC- Debra Heikkinen re: IRS reasonable cause penalty abatement letter | 2.00 | $680.00 | $1,360.00 |
| 4/19/2011 | LAGARDE, STEPHEN A | Payroll Tax | Carol Finke & John Forga | reasonable cause letter (Deb Walker) | 1.00 | $570.00 | $570.00 |
| 4/29/2011 | LAGARDE, STEPHEN A | Payroll Tax | Carol Finke & John Forga | reasonable cause letter (Deb Walker) | 1.00 | $570.00 | $570.00 |
| 4/28/2011 | KEENAN, JOHN R | Payroll Tax | Carol Finke & John Forga | Assist Deb Walker with reasonable case submission. | 1.00 | $680.00 | $680.00 |
| 4/29/2011 | KEENAN, JOHN R | Payroll Tax | Carol Finke & John Forga | Review second draft of reasonable cuae submission and propose changes; review finanical draft; etc. | 1.00 | $680.00 | $680.00 |
| 4/19/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forga | WR Grace - Conversations w/ S. Lagarde regarding closure letter, Payroll Related for Deb H and Deb W. | 0.50 | $480.00 | $240.00 |
| 4/22/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forga | Scorecard summary and prep | 0.30 | $480.00 | $144.00 |
| 4/29/2011 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forga | Reasonable Cause letter for Deb H | 1.00 | $480.00 | $480.00 |
| 4/26/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | call with Dave Libow and foreign offices (Belgium, Switzerland, Spain) regarding request | 1.00 | $480.00 | $480.00 |
| 4/27/2011 | GORDON, JARED H | Project EDDY | David Libow | eddy - discussions with jim brooks and emails with debra/david | 0.70 | $680.00 | $476.00 |
| 4/28/2011 | GORDON, JARED H | Project EDDY | David Libow | coordination with foreign office and ICE desks; disc with jim brooks | 1.00 | $680.00 | $680.00 |
| 4/30/2011 | GORDON, JARED H | Project EDDY | David Libow | review of documents provided by David Libow and calls to set up foreign teams | 0.50 | $680.00 | $340.00 |
| 4/26/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | Project EDDY call | 0.80 | $480.00 | $384.00 |
| 4/28/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | meeting with Jared; correspondence with foreign offices; correspondence with client regarding documents | 1.70 | $480.00 | $816.00 |
| 4/29/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | meetings with Jared; correspondence with Scott for sample emails; draft sample emails; schedule call to discuss | 1.60 | $480.00 | $768.00 |
| 4/21/2011 | GORDON, JARED H | Project EDDY | David Libow | Eddy coordination with foreign offices | 1.50 | $680.00 | $1,020.00 |
| 4/21/2011 | GORDON, JARED H | Administration | David Libow | bank court fee applic | 0.40 | $680.00 | $272.00 |
| 4/21/2011 | BROOKS, THOMAS J | Administration | David Libow | review and update bankruptcy ct exhibits and applications per discussion with Jared | 1.60 | $480.00 | $768.00 |
|  |  |  |  |  | 19.70 |  | $11,212.00 |