**EXHIBIT D**

**W.R. Grace & Co.**
**Expenses Detail**
**April 1 through April 30, 2011**

| Date | Name | Description | Related Expenses |
|------|------|-------------|------------------|
|      | Expenses for April 2011 |  | $0.00 |