**EXHIBIT B**

**W. R. Grace & Co.**
**Summary**
**May 1 through May 31, 2011**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| SIMPSON, ELIZABETH | 2.00 | $570.00 | $1,140.00 |
| DALLAS, EDWARD JOHN HENRY | 1.50 | $400.00 | $600.00 |
| GORDON, JARED H | 8.95 | $680.00 | $6,086.00 |
| BROOKS, THOMAS J | 5.80 | $480.00 | $2,784.00 |
| **Project EDDY** | 18.25 | | $10,610.00 |
| MENDEZ, MADELINE | 2.00 | $70.00 | $140.00 |
| HEIKKINEN, DEBRA L | 1.80 | $680.00 | $1,224.00 |
| WALKER, DEBORAH | 3.00 | $680.00 | $2,040.00 |
| BERMAN, HOWARD J | 0.50 | $680.00 | $340.00 |
| SAPIR, ERIC A | 1.30 | $290.00 | $377.00 |
| **Payroll Tax** | 8.60 | | $4,121.00 |
| BROOKS, THOMAS J | 0.50 | $480.00 | $240.00 |
| REED, VALERIE R | 1.00 | $70.00 | $70.00 |
| GORDON, JARED H | 0.70 | $680.00 | $476.00 |
| **Administration** | 2.20 | | $786.00 |
| **Subtotal** | 29.05 | | $15,517.00 |
| **Expenses** | | | $22.37 |
| **Total Deloitte Tax LLP Fees for May 2011** | | | $15,539.37 |