EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2011

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 5/3/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | TC-C. Finke re IRS audit requirements; f/u with Howard Berman (Tax Controversy) regarding audit issue | 0.50 | $680.00 | $340.00 |
| 5/17/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | TC-J Forgach re WRG's costs and possible reimbursement from AON, discussions with Deb Walker (WNT) on the follow email to J Forgach w/requested data | 1.00 | $680.00 | $680.00 |
| 5/31/2011 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Signatory discussion with C. Finke | 0.30 | $680.00 | $204.00 |
| 5/5/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Reasonable cause memo research, review and comment | 0.50 | $680.00 | $340.00 |
| 5/12/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Reasonable cause memo research, review and comment | 1.00 | $680.00 | $680.00 |
| 5/17/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | discussions with Deb Heikkinen on the follow email to J Forgach w/requested data | 0.50 | $680.00 | $340.00 |
| 5/20/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Reasonable cause memo research, review and comment | 0.50 | $680.00 | $340.00 |
| 5/31/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Reasonable cause memo research, review and comment | 0.50 | $680.00 | $340.00 |
| 5/4/2011 | BERMAN, HOWARD J | Payroll Tax | Carol Finke & John Forgach | Communication with client concerning IRS ability to request taxpayer to provide information that already should be within the possession of the IRS. | 0.50 | $680.00 | $340.00 |
| 5/5/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | email correspondence to Debra Heikkinen | 0.50 | $70.00 | $35.00 |
| 5/12/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | Type and finalize communications to Carol Finke; send shipment overnight. | 1.00 | $70.00 | $70.00 |
| 5/17/2011 | MENDEZ, MADELINE | Payroll Tax | Carol Finke & John Forgach | communications preparation | 0.50 | $70.00 | $35.00 |
| 5/3/2011 | SAPIR, ERIC A | Payroll Tax | Carol Finke & John Forgach | Research regarding IRS Summons on the client for personal tax returns of employees. Analysis performed and write-up submitted for review. | 1.30 | $290.00 | $377.00 |
| 5/2/2011 | GORDON, JARED H | Project EDDY | David Libow | emails and conf call with david libow and debra poole to coordinate foreign offices; dissemination of data requests to ICE desks | 1.90 | $680.00 | $1,292.00 |
| 5/3/2011 | GORDON, JARED H | Project EDDY | David Libow | conf call and global coordination of eddy logistics | 0.70 | $680.00 | $476.00 |
| 5/4/2011 | GORDON, JARED H | Project EDDY | David Libow | information requests, coordination with belgium; comments on el | 1.70 | $680.00 | $1,156.00 |
| 5/5/2011 | GORDON, JARED H | Project EDDY | David Libow | eddy conf calls with frank noehmer and paul daschenko and f/u calls with david libow and debra poole | 1.00 | $680.00 | $680.00 |
| 5/9/2011 | GORDON, JARED H | Project EDDY | David Libow | proj eddy discussions and conf calls | 1.00 | $680.00 | $680.00 |
| 5/10/2011 | GORDON, JARED H | Project EDDY | David Libow | proj eddy discussions and conf calls | 0.40 | $680.00 | $272.00 |
| 5/16/2011 | GORDON, JARED H | Project EDDY | David Libow | proj eddy discussions and conf calls | 0.25 | $680.00 | $170.00 |
| 5/19/2011 | GORDON, JARED H | Project EDDY | David Libow | proj eddy discussions and conf calls | 1.00 | $680.00 | $680.00 |
| 5/23/2011 | GORDON, JARED H | Project EDDY | David Libow | proj eddy discussions and conf calls | 1.00 | $680.00 | $680.00 |
| 5/16/2011 | DALLAS, EDWARD JOHN HENRY | Project EDDY | David Libow | call + looking at uk accounts | 1.50 | $400.00 | $600.00 |
| 5/2/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | meetings with Jared to discuss logistics with respect to EDDY Belgium family entities | 2.20 | $480.00 | $1,056.00 |
| 5/2/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | call with client regarding Target | 1.00 | $480.00 | $480.00 |
| 5/3/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | compile and email data requests and EL to Deloitte Belgium; correspondence update regarding status to team | 1.60 | $480.00 | $768.00 |
| 5/3/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | call with Deloitte Belgium, Deloitte Spain and Deloitte Switzerland to coordinate engagement | 0.50 | $480.00 | $240.00 |
| 5/5/2011 | BROOKS, THOMAS J | Project EDDY | David Libow | call with client (Frank Noehmer) to discuss data room | 0.50 | $480.00 | $240.00 |
| 5/17/2011 | SIMPSON, ELIZABETH | Project EDDY | David Libow | review of accounts and info request re: UK | 2.00 | $570.00 | $1,140.00 |
| 5/27/2011 | REED, VALERIE R | Administration | David Libow | bankr fee applications | 0.30 | $70.00 | $21.00 |
| 5/31/2011 | REED, VALERIE R | Administration | David Libow | bankr fee applications | 0.70 | $70.00 | $49.00 |
| 5/31/2011 | GORDON, JARED H | Administration | David Libow | bankr fee applications | 0.70 | $680.00 | $476.00 |
| 5/16/2011 | BROOKS, THOMAS J | Administration | David Libow | forward support for applications to OGC and Jared | 0.20 | $480.00 | $96.00 |
| 5/17/2011 | BROOKS, THOMAS J | Administration | David Libow | correspond with Jared with respect to OGC's request for documentation | 0.30 | $480.00 | $144.00 |
| | | | | | 29.05 | | $15,517.00 |