EXHIBIT D

| W. R. Grace & Co. | | | | | |
|---|---|---|---|---|---|
| Expenses | | | | | |
| May 1 through May 31, 2011 | | | | | |
| | | | | | |
| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
| 5/16/2011 | GORDON, JARED H | Project EDDY | Dave Libow | UPS Courier Fees onl -1 PKG | $8.56 |
| 5/3/2011 | GORDON, JARED H | Project EDDY | Dave Libow | Conference Call | $11.42 |
| 5/24/2011 | BROOKS, THOMAS J | Project EDDY | Dave Libow | Conference Call | $2.39 |
| | | | | | $22.37 |