EXHIBIT B

W. R. Grace & Co.
Summary
June 1 through June 30, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| HUYKE, FRANCES ANN | 0.40 | $40.00 | $16.00 |
| VILLATE, RICARDO J | 1.00 | $415.00 | $415.00 |
| **Puerto Rico - Property Tax** | 1.40 | | $431.00 |
| GORDON, JARED H | 9.30 | $680.00 | $6,324.00 |
| **Project EDDY** | 9.30 | | $6,324.00 |
| GORDON, JARED H | 11.80 | $680.00 | $8,024.00 |
| BROOKS, THOMAS J | 2.60 | $480.00 | $1,248.00 |
| **Project Roma** | 14.40 | | $9,272.00 |
| WALKER, DEBORAH | 0.50 | $680.00 | $340.00 |
| **Payroll Tax** | 0.50 | | $340.00 |
| NGUYEN, HOANG OANH THI | 0.50 | $290.00 | $145.00 |
| GORDON, JARED H | 0.40 | $680.00 | $272.00 |
| **Administration** | 0.90 | | $417.00 |
| Subtotal | 26.50 | | $16,784.00 |
| Expenses | | | $5.17 |
| Total Deloitte Tax LLP Fees    June 1 through June 30, 2011 | | | $16,789.17 |