EXHIBIT C

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2011

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 6/7/2011 | VILLATE, RICARDO J | Puerto Rico | Joe Bahorich | Review related to property tax returns | 1.00 | $415.00 | $415.00 |
| 6/21/2011 | HUYKE, FRANCES ANN | Puerto Rico | Joe Bahorich | typing, approval, filing - billing | 0.40 | $40.00 | $16.00 |
| 6/6/2011 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Closing agreement review | 0.50 | $680.00 | $340.00 |
| 6/24/2011 | BROOKS, THOMAS J | Project Roma | David Libow | meeting to discuss Roma | 0.50 | $480.00 | $240.00 |
| 6/1/2011 | GORDON, JARED H | Project EDDY | David Libow | Calls with client to discuss foreign office coordination | 1.00 | $680.00 | $680.00 |
| 6/2/2011 | GORDON, JARED H | Project EDDY | David Libow | project eddy structuring / questions / coordination / costs | 0.50 | $680.00 | $340.00 |
| 6/7/2011 | GORDON, JARED H | Project EDDY | David Libow | project eddy structuring / questions / coordination / costs | 1.60 | $680.00 | $1,088.00 |
| 6/13/2011 | GORDON, JARED H | Project EDDY | David Libow | belgian withholding tax question - internal conf calls and discussions with dave libow | 1.60 | $680.00 | $1,088.00 |
| 6/14/2011 | GORDON, JARED H | Project EDDY | David Libow | eddy status conf calls with daschenko, libow, deloitte team and frank noehmer | 1.20 | $680.00 | $816.00 |
| 6/17/2011 | GORDON, JARED H | Project EDDY | David Libow | discussions with dave libow on fin 48 risks re eddy and belgian withholding tax risk | 0.70 | $680.00 | $476.00 |
| 6/20/2011 | GORDON, JARED H | Project EDDY | David Libow | Follow up review of FIN 48 risks | 0.70 | $680.00 | $476.00 |
| 6/23/2011 | GORDON, JARED H | Project EDDY | David Libow | eddy follow-up including review of draft report prepared by Deloitte Belgium | 1.00 | $680.00 | $680.00 |
| 6/30/2011 | GORDON, JARED H | Project EDDY | David Libow | eddy follow-up regarding preliminary comments from foreign offices | 1.00 | $680.00 | $680.00 |
| 6/27/2011 | GORDON, JARED H | Project Roma | David Libow | Conf Call on Financial/Tax coordination w/F. Noehmer | 0.50 | $680.00 | $340.00 |
| 6/28/2011 | GORDON, JARED H | Project Roma | David Libow | Coordination calls with foreign offices and M&A team | 1.00 | $680.00 | $680.00 |
| 6/28/2011 | GORDON, JARED H | Project Roma | David Libow | Project Maxi Update call w/A. Mori | 0.50 | $680.00 | $340.00 |
| 6/29/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with dave libow on project roma | 0.50 | $680.00 | $340.00 |
| 6/30/2011 | GORDON, JARED H | Project Roma | David Libow | Further coordination calls with M&A team | 0.60 | $680.00 | $408.00 |
| 7/5/2011 | GORDON, JARED H | Project Roma | David Libow | Review of documents associated with Project Roma | 1.90 | $680.00 | $1,292.00 |
| 7/6/2011 | GORDON, JARED H | Project Roma | David Libow | Correspondence with foreign offices and M&A team | 0.70 | $680.00 | $476.00 |
| 7/7/2011 | GORDON, JARED H | Project Roma | David Libow | Review of documents associated with Project Roma | 2.10 | $680.00 | $1,428.00 |
| 7/8/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with client and M&A team regarding coordination | 1.30 | $680.00 | $884.00 |
| 7/19/2011 | GORDON, JARED H | Administration | David Libow | engagement management/ bankruptcy app | 0.40 | $680.00 | $272.00 |
| 6/27/2011 | BROOKS, THOMAS J | Project Roma | David Libow | calls with client and DD team as well as meeting with Jared regarding Project Roma and other Grace related matters including risk management | 1.60 | $480.00 | $768.00 |
| 6/28/2011 | BROOKS, THOMAS J | Project Roma | David Libow | meeting with Jared to discuss Grace billing and Project Roma matters | 0.50 | $480.00 | $240.00 |
| 6/21/2011 | GORDON, JARED H | Project Roma | David Libow | disc re proj roma with client | 1.30 | $680.00 | $884.00 |
| 6/23/2011 | GORDON, JARED H | Project Roma | David Libow | Project roma - further coordination and calls with foreign offices and M&A team in NY | 0.90 | $680.00 | $612.00 |
| 6/24/2011 | GORDON, JARED H | Project Roma | David Libow | Project roma - further coordination and calls with foreign offices and M&A team in NY | 0.50 | $680.00 | $340.00 |
| 6/21/2011 | NGUYEN, HOANG OANH THI | Administration | David Libow | Finished Updating schedules for 10th interim Fee application | 0.50 | $290.00 | $145.00 |
| | | | | | 26.50 | | $16,784.00 |