EXHIBIT D

| W. R. Grace & Co. | | | | | |
|---|---|---|---|---|---|
| Expenses Detail | | | | | |
| June 1 through June 30, 2011 | | | | | |
| | | | | | |
| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
| 6/25/2011 | GORDON, JARED H | Project EDDY | Dave Libow | Conference call | $1.64 |
| 6/27/2011 | GORDON, JARED H | Project EDDY | Dave Libow | Conference call | $3.53 |
| | | | | | $5.17 |