**EXHIBIT B**

W. R. Grace & Co.
Summary
July 1 through July 31, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| VILLATE, RICARDO J | 3.00 | $415.00 | $1,245.00 |
| Puerto Rico - Closing Agreement | 3.00 | | $1,245.00 |
| GORDON, JARED H | 0.40 | $680.00 | $272.00 |
| BROOKS, THOMAS J | 1.70 | $480.00 | $816.00 |
| Administration | 2.10 | | $1,088.00 |
| GORDON, JARED H | 6.00 | $680.00 | $4,080.00 |
| MOLISHUS, ANN D | 0.30 | $70.00 | $21.00 |
| Project Roma | 6.30 | | $4,101.00 |
| Subtotal | 11.40 | | $6,434.00 |
| Expenses | | | $11.05 |
| Total Deloitte Tax LLP Fees    July 1 through July 31, 2011 | | | $6,445.05 |