EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2011

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 7/7/2011 | VILLATE, RICARDO J | Puerto Rico - Closing Agreement | Joe Bahorich | Review and coordination associated with closing agreement | 1.00 | $415.00 | $415.00 |
| 7/8/2011 | VILLATE, RICARDO J | Puerto Rico - Closing Agreement | Joe Bahorich | Review and coordination associated with closing agreement | 1.00 | $415.00 | $415.00 |
| 7/14/2011 | VILLATE, RICARDO J | Puerto Rico - Closing Agreement | Joe Bahorich | Review and coordination associated with closing agreement | 1.00 | $415.00 | $415.00 |
| 7/20/2011 | MOLISHUS, ANN D | Project Roma | David Libow | scanning & filing documents | 0.30 | $70.00 | $21.00 |
| 7/5/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with Dave Libow, foreign offices, and M&A team regarding coordination and protocol | 1.90 | $680.00 | $1,292.00 |
| 7/6/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with Dave Libow, foreign offices, and M&A team regarding coordination and protocol | 0.70 | $680.00 | $476.00 |
| 7/7/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with Dave Libow, foreign offices, and M&A team regarding coordination and protocol | 2.10 | $680.00 | $1,428.00 |
| 7/8/2011 | GORDON, JARED H | Project Roma | David Libow | Discussions with Dave Libow, foreign offices, and M&A team regarding coordination and protocol | 1.30 | $680.00 | $884.00 |
| 7/19/2011 | GORDON, JARED H | Administration | David Libow | bankruptcy app review | 0.40 | $680.00 | $272.00 |
| 7/20/2011 | BROOKS, THOMAS J | Administration | David Libow | prep for next bankruptcy application | 1.70 | $480.00 | $816.00 |
| | | | | | 11.40 | | $6,434.00 |