**EXHIBIT D**

| W. R. Grace & Co. | | | | | |
| --- | --- | --- | --- | --- | --- |
| Expenses Detail | | | | | |
| July 1 through July 31, 2011 | | | | | |
| | | | | | |
| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
| 7/5/2011 | GORDON, JARED | Project Roma | David Libow | Conference Call | $4.75 |
| 7/5/2011 | GORDON, JARED | Project Roma | David Libow | Conference Call | $0.58 |
| 7/6/2011 | GORDON, JARED | Project Roma | David Libow | Conference Call | $5.72 |
| | | | | | $11.05 |