EXHIBIT B

**W. R. Grace & Co.**
Summary
Aug 1 through Aug 31, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.80 | $680.00 | $544.00 |
| BROOKS, THOMAS J | 0.70 | $570.00 | $399.00 |
| **Administration** | 1.50 | | $943.00 |
| | | | |
| REINA, AMY A | 1.50 | $570.00 | $855.00 |
| SHURIN, ALEXANDER SANDY | 5.50 | $400.00 | $2,200.00 |
| LOPEZ SALAS, ERANDI | 7.00 | $290.00 | $2,030.00 |
| **Belgian Stock Option** | 14.00 | | $5,085.00 |
| | | | |
| GORDON, JARED H | 3.00 | $680.00 | $2,040.00 |
| BROOKS, THOMAS J | 3.70 | $570.00 | $2,109.00 |
| LIEW, LI MEI | 2.00 | $570.00 | $1,140.00 |
| NG, LINDA LIAN TAT | 2.10 | $680.00 | $1,428.00 |
| **De Neef Integration** | 10.80 | | $6,717.00 |
| | | | |
| GORDON, JARED H | 1.10 | $680.00 | $748.00 |
| BROOKS, THOMAS J | 0.30 | $570.00 | $171.00 |
| **Philippines Service Center Agreement** | 1.40 | | $919.00 |
| | | | |
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| **Russia - VAT** | 0.50 | | $340.00 |
| | | | |
| **Subtotal** | 28.20 | | $14,004.00 |
| **Expenses** | | | $5.23 |
| **Total Deloitte Tax LLP Fees** | Aug 1 through Aug 31, 2011 | | $14,009.23 |