EXHIBIT C

W. R. Grace & Co.
Hourly Detail
Aug 1 through Aug 31, 2011

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 8/1/2011 | GORDON, JARED H | Administration | David Libow | engagement logistics - de neef integration / stock options / bankr. Fee appl. | 0.6 | $680.00 | $408.00 |
| 8/1/2011 | GORDON, JARED H | Administration | David Libow | Bankruptcy fee application | 0.2 | $680.00 | $136.00 |
| 8/30/2011 | BROOKS, THOMAS J | Administration | David Libow | Bankruptcy fee application | 0.7 | $570.00 | $399.00 |
| 8/8/2011 | REINA, AMY A | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested by John Forgach | 0.5 | $570.00 | $285.00 |
| 8/9/2011 | REINA, AMY A | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested by John Forgach | 1.0 | $570.00 | $570.00 |
| 8/4/2011 | SHURIN, ALEXANDER SANDY | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested by John Forgach. | 1.0 | $400.00 | $400.00 |
| 8/5/2011 | SHURIN, ALEXANDER SANDY | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested by John Forgach. | 0.3 | $400.00 | $100.00 |
| 8/8/2011 | SHURIN, ALEXANDER SANDY | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested by John Forgach. | 2.3 | $400.00 | $900.00 |
| 8/9/2011 | SHURIN, ALEXANDER SANDY | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested | 1.5 | $400.00 | $600.00 |
| 8/10/2011 | SHURIN, ALEXANDER SANDY | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested | 0.5 | $400.00 | $200.00 |
| 8/5/2011 | LOPEZ SALAS, ERANDI | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested | 3.0 | $290.00 | $870.00 |
| 8/8/2011 | LOPEZ SALAS, ERANDI | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested | 1.0 | $290.00 | $290.00 |
| 8/9/2011 | LOPEZ SALAS, ERANDI | Belgian Stock Option | John Forgach | Belgian stock option taxation. Employee communication requested | 3.0 | $290.00 | $870.00 |
| 8/25/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Conf. call w/Carol Finke & follow up regarding integration of DeNeef | 1.1 | $680.00 | $748.00 |
| 8/25/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | call with Carol and Jared re: integration of DeNeef entities in HK | 2.1 | $570.00 | $1,197.00 |
| 8/31/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | call with Jared Gordon and Singapore ICE; email correspondence | 1.6 | $570.00 | $912.00 |
| 8/30/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Integration - DeNeef Singapore & Hong Kong | 0.9 | $680.00 | $612.00 |
| 8/30/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Call - Integration of DeNeef Hong Kong w/Grace Hong Kong | 0.5 | $680.00 | $340.00 |
| 8/31/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Call - integration DeNeef Singapore with Grace Singapore | 0.5 | $680.00 | $340.00 |
| 8/31/2011 | LIEW, LI MEI | De Neef Integration | Carol Finke | DT Philadelphia re: WR Grace - review documenation and | 2.0 | $570.00 | $1,140.00 |
| 8/30/2011 | NG, LINDA LIAN TAT | De Neef Integration | Carol Finke | Review e-mails from Carol Finke and Debra Poole and the | 2.1 | $680.00 | $1,428.00 |
| 8/22/2011 | GORDON, JARED H | Philippines Service Center Agreement | Carol Finke | Philippines Service Center Agreement correspondence with Carol | 0.3 | $680.00 | $204.00 |
| 8/23/2011 | GORDON, JARED H | Philippines Service Center Agreement | Carol Finke | Philippines Service Center Agreement correspondence with | 0.3 | $680.00 | $204.00 |
| 8/26/2011 | GORDON, JARED H | Philippines Service Center Agreement | Carol Finke | Philippines correspondence with Carol | 0.5 | $680.00 | $340.00 |
| 8/25/2011 | BROOKS, THOMAS J | Philippines Service Center Agreement | Carol Finke | prepare IWRF for Philippines | 0.3 | $570.00 | $171.00 |
| 8/31/2011 | GORDON, JARED H | Russia - VAT | Carol Finke | PE issue emails with Carol | 0.5 | $680.00 | $340.00 |
| | | | | | 28.20 | | $14,004.00 |