EXHIBIT D

W. R. Grace & Co.
Expenses Detail
Aug 1 through Aug 31, 2011

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 08/25/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Conference Call | $0.08 |
| 08/25/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Conference Call | $2.92 |
| 08/30/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Conference Call | $1.25 |
| 08/31/2011 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Conference Call | $0.98 |
| | | | | Total | $5.23 |