EXHIBIT B

W. R. Grace & Co.
Summary
Sep 1 through Sep 30, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| **Project Roma** | 0.50 | | $340.00 |
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| **De Neef Integration** | 0.50 | | $340.00 |
| GORDON, JARED H | 0.25 | $680.00 | $170.00 |
| CHIRAMBO, SHEREEN | 3.50 | $400.00 | $1,400.00 |
| KRYLOV, ALEXANDER | 1.70 | $570.00 | $969.00 |
| **Russia - VAT** | 5.45 | | $2,539.00 |
| **Subtotal** | 6.45 | | $3,219.00 |
| **Expenses** | | | $0.00 |
| **Total Deloitte Tax LLP Fees** | Sep 1 through Sep 30, 2011 | | $3,219.00 |