EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| | W. R. Grace & Co. | | | | | | |
| | Hourly Detail | | | | | | |
| | Sep 1 through Sep 30, 2011 | | | | | | |
| 9/19/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Conf. Call & Engagement letter | 0.5 | $680.00 | $340.00 |
| 9/6/2011 | GORDON, JARED H | De Neef Integration | Carol Finke | Conf. Call with Nancy Finke Re: Integration of HK and Singapore | 0.5 | $680.00 | $340.00 |
| 9/1/2011 | GORDON, JARED H | Russia - VAT | Carol Finke | PV matter | 0.3 | $680.00 | $170.00 |
| 9/1/2011 | CHIRAMBO, SHEREEN | Russia - VAT | Carol Finke | Research re purchase, use and sale of Demo unit. Drafting email. | 1.5 | $400.00 | $600.00 |
| 9/6/2011 | CHIRAMBO, SHEREEN | Russia - VAT | Carol Finke | Russia desk - email to Carol | 0.3 | $400.00 | $120.00 |
| 9/6/2011 | CHIRAMBO, SHEREEN | Russia - VAT | Carol Finke | Research on questions raised by Carol | 1.0 | $400.00 | $400.00 |
| 9/6/2011 | CHIRAMBO, SHEREEN | Russia - VAT | Carol Finke | Drafting email with answers to Carol | 0.5 | $400.00 | $200.00 |
| 9/6/2011 | CHIRAMBO, SHEREEN | Russia - VAT | Carol Finke | Brief discussion and reply to follow up email from Carol | 0.2 | $400.00 | $80.00 |
| 9/1/2011 | KRYLOV, ALEXANDER | Russia - VAT | Carol Finke | Import of demo-unit to Russia; review of correspondence and flowchart, contact Moscow, review and sending of email. | 1.2 | $570.00 | $684.00 |
| 9/6/2011 | KRYLOV, ALEXANDER | Russia - VAT | Carol Finke | Additional question re demo unit, internal disc, review of email to Carol. | 0.5 | $570.00 | $285.00 |
| | | | | | 6.45 | | $3,219.00 |