EXHIBIT D

W. R. Grace & Co.
Expenses Detail
Sep 1 through Sep 30, 2011

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| | | | | Total | $0.00 |