# EXHIBIT "B"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                July 1, 2011    to    Jul 31 2011

                                                           Inv   #:          40428

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--------------------------------|-------|--------|
| B14 | Case Administration - | 11.80 | 3,323.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 210.00 |
| B18 | Fee Applications, Others - | 0.90 | 163.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.90 | 315.00 |
| B25 | Fee Applications, Applicant - | 1.30 | 295.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.00 | 700.00 |
| B36 | Plan and Disclosure Statement - | 2.00 | 640.00 |
| B37 | Hearings - | 1.00 | 350.00 |
| B45 | Professional Retention Issues - | 0.10 | 35.00 |
| | **Total** | **20.60** | **$6,031.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 290.00 | 1.40 | 406.00 |
| Regina Matozzo | 200.00 | 4.90 | 980.00 |
| Theodore J. Tacconelli | 350.00 | 12.50 | 4,375.00 |
| Legal Assistant - KC | 150.00 | 1.80 | 270.00 |
| **Total** | | **20.60** | **$6,031.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                      **$230.22**

Invoice #:     40428

Page   2

August 29, 2011

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jul-01-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Supply and Steel Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Conformed Brief by Appellees | 0.10 | TJT |
| Jul-03-11 | *Hearings* - Review Amended Agenda for 7/6 hearing | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: K&E 39 Interim Period with attachments | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BHF 39th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review order granting 39th Interim Period fee applications | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: R. Hill First Quarterly Fee App | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Concrete Sealant Inc. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review agreed order consolidating Libby and BNSF appeals re: CNA settlement order | 0.10 | TJT |
| Jul-05-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 6/28 | 0.10 | TJT |
| | *Case Administration* - Review case management memo re: week ending 7-1-11 | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 7/1/11;   memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/1 | 0.10 | TJT |
| | *Case Administration* - Review amended and restated 2019 by the David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for GEICO | 0.10 | TJT |
| Jul-06-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Master Fund, LLC dated 6/30 | 0.10 | TJT |
| | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| Jul-07-11 | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Kenneth Technology | 0.10 | TJT |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

|         |                                                                                                                                                      |      |     |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|
|         | district court and adversary proceedings, memos to T. Tacconelli re: same                                                                             |      |     |
|         | *Case Administration* - Review Notice of Address change for F. Maurer Co.0.10                                                                         |      | TJT |
|         | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order authorizing Debtors to enter into Consent Decree with EPA and MassDEP                          | 0.10 | TJT |
| Jul-16-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings dated 7/5                                        | 0.10 | TJT |
| Jul-18-11 | *Case Administration* - Review notice of agenda re: 725 2011 hearing                                                                                | 0.10 | LLC |
|         | *Plan and Disclosure Statement* - Review docket entries re: availability of transcripts of oral argument for appeals of confirmation order            | 0.10 | TJT |
|         | *Case Administration* - Review forwarded notice of change of address re: 2002 service list                                                            | 0.10 | KC  |
| Jul-19-11 | *Case Administration* - Review case management memo re: week ending 7/15/11                                                                         | 0.10 | LLC |
|         | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 5/20/11 fee app for filing                                                 | 0.10 | LLC |
|         | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same   | 0.40 | RM  |
|         | *Case Administration* - Review main docket re: status for week ending 7/15/11; memo to T. Tacconelli and L. Coggins re: same                          | 0.20 | RM  |
|         | *Plan and Disclosure Statement* - Research transfer of insurance rights                                                                               | 0.10 | RM  |
|         | *Case Administration* - Review case status memo for week ending 7/15                                                                                  | 0.10 | TJT |
|         | *Hearings* - Review agenda for 7/25 hearing                                                                                                           | 0.10 | TJT |
|         | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2011 fee application                                                        | 0.10 | KC  |
|         | *Fee Applications, Others* - Draft CNO and COS to Bilzin's May 2011 fee application; to LLC for review                                                | 0.20 | KC  |
|         | *Fee Applications, Others* - Prepare CNO and COS to Bilzin's 119th monthly fee app for May 2011 for efiling; efile and service of same                | 0.30 | KC  |
| Jul-20-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM  |
|         | *Case Administration* - Review Daily Memos                                                                                                            | 0.10 | TJT |
|         | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors                                                      | 0.10 | TJT |
|         | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Libby Motion to Extend Page Limits re: appeal no. 11-207                                             | 0.10 | TJT |
|         | *Plan and Disclosure Statement* - Teleconference with committee member re: confirmation oral argument and related issues                              | 0.20 | TJT |
|         | *Professional Retention Issues* - Review corrected order re: retention of R. Karl Hill for PDFCR                                                       | 0.10 | TJT |
|         | Fee Applications, Applicant -   Begin June 2011 bill review in preparation for monthly fee application; to T. Tacconelli for review of same            | 0.20 | KC  |
| Jul-21-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC                                                            | 0.10 | LLC |
|         | *Case Administration* - Review Daily Memos                                                                                                            | 0.10 | TJT |
|         | *Case Administration* - Review Notice of Withdrawal of Appearance by Gamma Holding                                                                    | 0.10 | TJT |
|         | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: confirmation status                                               | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review BNSF's Opening Brief re: Appeal 11-207 | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Proposed Order by Bank Lender Group and prepare correspondence to J. Sakalo re: same | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review docket re: objections to May 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS to May 2011 monthly fee application | 0.20 | KC |
| Jul-22-11 | *Case Administration* - Review amended notice of agenda re: 7/25/11 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Email from KC re: status of upcoming bills and fee app | 0.10 | LLC |
| | *Case Administration* - Review 40th Quarterly report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re: Notice of filing Amended Order under seal re: Debtor's Motion to Authorize Participation in Competitive Bid Auction | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review Bilzin Memorandum re: Confirmation order appeals | 0.50 | TJT |
| | *Hearings* - Review amended agenda for 7/25 hearing | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 7/25 hearing | 0.30 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 7/25 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. O'Neill re; 7/25 hearing | 0.10 | TJT |
| | *Fee Applications, Others* -  E-mail to L. Flores and LLC re: Bilzin June 2011 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare CNO and COS of May 2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Jul-23-11 | *Case Administration* - Review 40th Quarterly report of Asset Sales | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Filing Supplemental Authority by BLG/USCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Supplemental Authority submitted by BLG/USCC | 0.60 | TJT |
| | *Hearings* - Review second amended agenda for 7/25 | 0.10 | TJT |
| | *Hearings* - Review correspondence from Court Call to re: cancellation of appearance for 7/25 hearing | 0.10 | TJT |
| Jul-25-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: status of case and upcoming closed door hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/22/11;  memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 7/22 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph and Pearce's June prebill | 0.50 | TJT |
| Jul-26-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

|          |                                                                                                      |       |     |
|----------|------------------------------------------------------------------------------------------------------|-------|-----|
|          | *Case Administration* - Review Daily Memos                                                           | 0.10  | TJT |
|          | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Opening Brief re: appeal no. 11-207           | 0.90  | TJT |
| Jul-27-11 | *Case Administration* - Review Notice of Address Change for Alonso & Carus Iron Works               | 0.10  | TJT |
|          | *Plan and Disclosure Statement* - Review Appellants Response to 2nd Notice of Supplemental Authority  | 0.10  | TJT |
| Jul-28-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to TJT re: same | 0.40 | RM |
|          | *Case Administration* - Review Daily Memos                                                           | 0.10  | TJT |
|          | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors      | 0.10  | TJT |
|          | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mangt., LP dated 7/27 | 0.10 | TJT |
|          | *Case Administration* - Review redacted order authorizing Debtors to Participate in Competitive Auction | 0.10 | TJT |
| Jul-29-11 | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi Strategy Master Fund dated 7/27 | 0.10 | TJT |
| Jul-30-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors     | 0.10  | TJT |
|          | *Case Administration* - Review certificate of counsel re: proposed order re: Acquisition by Debtors During Competitive Auction to Remain Under Seal | 0.10 | TJT |
|          | *Case Administration* - Review 28th Supplemental Affidavit of Disinterestedness by K&E              | 0.10  | TJT |
|          | *Case Administration* - Review Debtor's Post-Confirmation Quarterly Report                           | 0.30  | TJT |
|          | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi Strategy Fund dated 7/27 | 0.10 | TJT |
|          | Totals                                                                                               | 20.60 |     |

## DISBURSEMENTS

|          |                                                                                      |          |
|----------|--------------------------------------------------------------------------------------|----------|
| Jul-14-11 | Cost Advance -   First State Deliveries - hand deliveries 6/28; 6/29/11              | 52.50    |
| Jul-19-11 | Photocopy Cost                                                                        | 4.20     |
| Jul-22-11 | Photocopy Cost                                                                        | 0.60     |
|          | Photocopy Cost                                                                        | 1.10     |
|          | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (TJT) Account # FJ0093        | 19.12    |
| Jul-23-11 | Photocopy Cost                                                                        | 1.10     |
| Jul-25-11 | Cost Advance - First State Deliveries - hand delivery 6/30/11                        | 7.50     |
|          | Cost Advance -  Lexis Nexis - Legal research June   (Account # 1402RF; Inv # 1106379638) | 41.85    |
|          | Cost Advance -   Lexis Nexis - Legal research May   (Account # 1402RF; Inv # 1106379638) | 57.25    |
| Jul-29-11 | Cost Advance - First State Deliveries - hand deliveries   7/19/11                    | 45.00    |
|          | Totals                                                                                | $230.22  |
|          | **Total Fees & Disbursements**                                                        | **$6,261.22** |

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                                  Aug 1, 2011    to      Aug   31, 2011

Inv   #:          40677

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 16.80 | 4,277.00 |
| B18 | Fee Applications, Others - | 3.30 | 635.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 70.00 |
| B25 | Fee Applications, Applicant - | 5.10 | 881.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.40 | 490.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 230.00 |
| B37 | Hearings - | 0.10 | 35.00 |
| | **Total** | **27.90** | **$6,618.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 290.00 | 2.70 | 783.00 |
| Regina Matozzo | 200.00 | 8.70 | 1,740.00 |
| Theodore J. Tacconelli | 350.00 | 8.10 | 2,835.00 |
| Legal Assistant - KC | 150.00 | 8.40 | 1,260.00 |
| **Total** | | **27.90** | **$6,618.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    **$138.16**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Aug-01-11 | *Case Administration* - Review case management memo re: week ending 7-29-2011 | 0.10 | LLC |
| | *Fee Applications, Others* - Email from and to KC re: status of Bilzin fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 7/29 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund, LP dated 7/27 | 0.10 | TJT |
| Aug-02-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review 9th Amended 2019 Statement by Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review order authorizing Debtors to serve Acquisition Order | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings LLC dated 7/27 | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: holdback check received; updated payments received tracking chart accordingly | 0.20 | KC |
| | *Case Administration* - Review forwarded notice of withdrawal of appearance and notice of address change; review 2002 service list | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisons to June invoice and prepare as exhibit A to June 2011 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft June 2011 monthly fee application, notice and COS; to LLC for review | 0.30 | KC |
| Aug-03-11 | *Fee Applications, Applicant* - Review June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund LP dated 7/27 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare June 2011 monthly fee app for efiling; efile, serve same | 0.30 | KC |
| Aug-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Merrill Lynch Investment Solutions dated 7/27 | 0.10 | TJT |
| Aug-05-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review correspondence from Debtor's accounts | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | receivable dept. | | |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mgt. dated 7/29 | 0.10 | TJT |
| Aug-06-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi-Strategy Fund dated 7/29 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review docket in Libby/BNSF Appeal 11-207 | 0.10 | TJT |
| Aug-08-11 | *Case Administration* - Review case management memo re: week ending 8-5-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with KC re: retrieval of certain pre-efiling docket entries | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: various upcoming case issues | 0.20 | LLC |
| | *Case Administration* - E-mail from L. Flores re: certain WRGrace pleadings | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/5/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/5 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi-Strategy Master Fund, LP dated 7/29 | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: payment recieved; review and update payment tracking chart re: same | 0.20 | KC |
| | *Case Administration* -   Call from L. Flores at Bilzin re: document retrieval request from July 2011; retrieve and review forwarded e-mail from her re: same | 0.20 | KC |
| | *Case Administration* -   Discuss document retrieval request of Luisa Flores at Bilzin with TT and LLC; call/ e-mail to Parcels; call to Luisa Flores at Bilzin to confirm request | 0.20 | KC |
| | *Case Administration* -   Call from Luisa Flores at Bilzin to cancel request for July 2001 document and call to Parcels to cancel same | 0.10 | KC |
| | *Case Administration* - E-mail from L. Flores with attached documents from July 2011 | 0.10 | KC |
| Aug-09-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 7/29 | 0.10 | TJT |
| Aug-10-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Merrill Lynch Investment Solutions dated 7/29 | 0.10 | TJT |
| | *Fee Applications, Others* - Retrieve e-mail from L. Flores re: Bilzin's June 2011 monthly fee application; e-mail to L. Flores re: same | 0.10 | KC |
| | *Fee Applications, Others* -   Download and review Bilzin June 2011 monthly fee application; revise notice and prepare COS of same; to LLC for review | 0.10 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-11-11 | *Fee Applications, Others* - Review Bilzin June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Intent to Purchase Equity Securities by York Managed Holdings dated 8/2 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin June 2011 fee application for efiling; efile and service of same | 0.30 | KC |
| Aug-12-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by Jorvik Multi Strategy Fund dated 8/4 | 0.10 | TJT |
| Aug-13-11 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Capital Mgt. dated 8/4 | 0.10 | TJT |
| Aug-15-11 | *Case Administration* - Confer with KC re: status of matter and upcoming issues | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Managed Holdings, LLC dated 8/4 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*   - Review Certificate of No Objection re: debtor's Motion to Approve Settlement with State of California Dept. of General Services | 0.10 | TJT |
| | *Case Administration* - Discussion with LLC re: preparation of final fee apps | 0.20 | KC |
| | *Fee Applications, Applicant* -   Begin preparation of 41st Quarterly Fee app for April, May, June 2011 and related documents | 0.50 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: 41st quarterly fee application and cost issue relating to June 2011 monthly fee application | 0.20 | KC |
| Aug-16-11 | *Fee Applications, Applicant* - Review 41st quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 8/13/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | Plan and Disclosure Statement - Review transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Event Driven Fund dated 8/4 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*   Review order approving Debtor's Motion to Approve Settlement with State of California Dept. of General Services | 0.10 | TJT |
| | *Fee Applications, Others* - Email from L. Flores with attachment of Bilzin quarterly fee application for April, May, June 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to 41st Quarterly Fee app (April- June 2011), to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 41st Quarterly Fee app (April-June 2011) for filing; efile; coordinate service of same | 0.40 | KC |
| Aug-17-11 | *Case Administration* - Review case management memo re: week ending 8-12-2011 | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 8/12 | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 Statement by Barron & Budd | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Multi-Strategy Master Fund dated 8/4 | 0.10 | TJT |
| | *Fee Applications, Others* - Download emailed attachment of Bilzin Quarterly fee app for April May and June 2011; review same; draft cos, notice; prepare invoices as exhibit c of same; to LLC for review | 0.50 | KC |
| Aug-18-11 | *Fee Applications, Others* - Review Bilzin 41st Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/5 | 0.10 | TJT |
| | *Hearings* - Review Agenda for 8/29 Hearing | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare documents, e-file 41st Quarterly Fee Application of Bilzin for April-June 2011; coordinate service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft copy of amended certificate of service of 41st Quarterly fee application for April- June 2011; efile same | 0.20 | KC |
| | *Fee Applications, Applicant* - Email to Anthony at Blue Marble with attachment of notice for service of 41st Quarterly fee application for April- June 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Calls from and to Anthony at Blue Marble re: issues with service of 41st Quarterly fee app for April- June 2011; Discussion with LLC re: same | 0.20 | KC |
| Aug-19-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Case Administration* - Review 4/18 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/5 | 0.10 | TJT |
| Aug-20-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Master Fund dated 8/8 | 0.10 | TJT |
| Aug-22-11 | *Case Administration* - Review case management memo re: week ending 8-19-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/19/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/19 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opportunity Fund dated 8/8 | 0.10 | TJT |
| Aug-23-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

|  | same | | |
|---|---|---|---|
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion for Return and Destruction of Documents | 0.10 | TJT |
|  | *Case Administration* - Review Amended 2019 Statement filed by RL & C | 0.10 | TJT |
|  | *Case Administration* - Review CNA's Motion for Consolidated Brief re: Appeal No. 11-207 | 0.30 | TJT |
| Aug-24-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*    -Review Debtor's Motion for Consolidated Brief re: Appeal No. 11-207 | 0.10 | TJT |
| Aug-25-11 | *Case Administration* - Review fee auditor's report re: fee applications with no issues and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with KC re: upcoming fee application for HRA | 0.10 | LLC |
|  | *Fee Applications, Others* - Review e-mail from L. Flores re: HRA July 2011 fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: June 2011 fee app for filing | 0.10 | LLC |
|  | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Fund dated 8/9 | 0.10 | TJT |
|  | *Fee Applications, Others* -Discussion with LLC re: HRA fee application sent as attachment from L. Flores, forward same to LLC for review | 0.10 | KC |
|  | *Fee Applications, Applicant* -   Review docket for objections to June 2011 monthly fee application; draft Certificate of No Objection, COS of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revisions to Certificate of No Objection of June 2011 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare June 2011 fee application for filing; efile and service of same | 0.20 | KC |
| Aug-26-11 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Disposition of Equity Securities by York Credit Opp. Master Fund dated 8/9 | 0.10 | TJT |
| Aug-29-11 | *Case Administration* - Review case management memo re: week ending 8-26-2011 | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with KC re: status of Bilzin and HRA upcoming fee applications | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review July 2011 fee application for filing | 0.10 | LLC |
|  | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 8/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*    - Research transfer of insurance rights, confer with TJT | 0.40 | RM |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce July pre bill | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)*    -Review Plan Proponents Answering Brief re: CNA Settlement appeal 11-207 | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*    - Confer with R. Matozzo re: research re: Transfer of Insurance Rights to PI Trust | 0.20 | TJT |
| | *Fee Applications, Others* - Email to L. Flores re: attachments of July monthly fee app/ notice and summary | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin review and draft of invoice for July 2011 fees for monthly fee application; | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to July 2011 invoice | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft July 2011 fee application, notice and cos; to LLC for review | 0.30 | KC |
| Aug-30-11 | *Case Administration* - Review certificate of counsel re: 2012-2013 Omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/26 | 0.10 | TJT |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel re: Omnibus Hearing dates and deadlines for 2012 and 2013 | 0.10 | TJT |
| | *Fee Applications, Others* - Download fee application invoice and summary re: Bilzin July 2011 monthly fee application | 0.20 | KC |
| | *Fee Applications, Others* -Prepare fee application notice of Bilzin's July 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Download fee application summary and invoice re: Hamilton Rabinovita & Alschuler, Inc July 2011 fee application | 0.20 | KC |
| | *Fee Applications, Others* - Revise notice of Hamilton Rabinovitz & Alschuler Inc. August 2011 fee application; prepare cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of July 2011 monthly fee application | 0.20 | KC |
| Aug-31-11 | *Fee Applications, Others* - Review HRA July 2011 fee app for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin July 2011 fee app for filing | 0.20 | LLC |
| | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: Order re: Omnibus Hearing dates and deadlines for 2012 and 2013 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Fee Auditor re: Docket No. 27184 | 0.10 | TJT |
| | *Case Administration* -   Review 2012 and 2013 omnibus hearing dates and filing and objection deadlines | 0.20 | KC |
| | *Case Administration* - Discussion with TJT re: 2012 and 2013 omnibus hearing dates and filing and objection deadlines/ email copy of same to L. Flores/ Bilzin | 0.10 | KC |
| | *Fee Applications, Applicant* - Docket review re: approved fees/ expenses; calculations in preparation for final fee app | 0.30 | KC |

|  |  | Totals | 27.90 |

### DISBURSEMENTS

| Date | Description | | Amount |
|------|-------------|--|-------:|
| Aug-02-11 | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (RSM) Account # FJ0091 | | 5.76 |
|  | Cost Advance - Pacer Service Center - 4/1/11 - 6/30/11 (RM) Account # FJ0497 | | 61.20 |
| Aug-03-11 | Photocopy Cost | | 3.60 |
| Aug-10-11 | Photocopy Cost | | 1.20 |
| Aug-11-11 | Photocopy Cost | | 3.80 |
| Aug-15-11 | Photocopy Cost | | 1.30 |
| Aug-16-11 | Photocopy Cost | | 13.40 |
|  | Cost Advance - | First State Deliveries - hand delivery | 7.50 |
| Aug-17-11 | Photocopy Cost | | 1.30 |
|  | Photocopy Cost | | 0.90 |
|  | Photocopy Cost | | 0.80 |
|  | Photocopy Cost | | 1.20 |
|  | Photocopy Cost | | 0.90 |
|  | Cost Advance - | First State Deliveries - hand delivery | 7.50 |
| Aug-22-11 | Cost Advance - | First State Deliveries - hand delivery 8/3/11 | 7.50 |
| Aug-25-11 | Photocopy Cost | | 0.70 |
| Aug-29-11 | Photocopy Cost | | 0.70 |
| Aug-30-11 | Photocopy Cost | | 0.90 |
|  | Photocopy Cost | | 3.00 |
|  | Cost Advance - | First State Deliveries - hand delivery 8/30/11 | 7.50 |
| Aug-31-11 | Cost Advance - | First State Deliveries - hand delivery 8/25/11 | 7.50 |
|  | Totals | | $138.16 |

**Total Fees & Disbursements**                              **$6,756.16**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                           Sept. 1, 2011  to      Sept. 30, 2011

Inv  #:          41065

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|------|---|-------|--------|
| B14 | Case Administration - | 15.80 | 3,934.00 |
| B18 | Fee Applications, Others - | 4.00 | 670.00 |
| B25 | Fee Applications, Applicant - | 3.20 | 622.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 840.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 80.00 |
| B37 | Hearings - | 0.20 | 70.00 |
| B41 | Relief from Stay Litigation - | 0.60 | 210.00 |
| | **Total** | **26.60** | **$6,426.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 290.00 | 1.90 | 551.00 |
| Regina Matozzo | 200.00 | 6.60 | 1,320.00 |
| Theodore J. Tacconelli | 350.00 | 9.20 | 3,220.00 |
| Legal Assistant - KC | 150.00 | 8.90 | 1,335.00 |
| **Total** | | **26.60** | **$6,426.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                          **$192.50**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Sep-01-11 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CNA Answering Brief re: Libby/BNSF Appeal of CNA settlement re: appeal no. 11-207 | 1.60 | TJT |
| | *Fee Applications, Others* - Revision to Bilzin's 121 monthly fee application for July 2011; prepare documents for filing; efile and service of same | 0.40 | KC |
| | *Fee Applications, Others* - Review docket re: objections to June 2011 fee applications | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO/ cos to Bilzin 2011 fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Hamilton Rabinovitz July 2011 fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* -   Efile and service of Certificate of No Objection to Bilzin's 120th monthly fee application for June 2011 | 0.20 | KC |
| Sep-02-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| Sep-04-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BH&F quarterly fee app for January-March | 0.10 | TJT |
| | *Case Administration* - Review Order re: hearing dates and deadlines for 2012 omnibus hearings and note deadlines | 0.50 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-06-11 | *Case Administration* - Review case management memo re; week ending 9-2-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 9/2/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for Week ending 9/2 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal by Contrarian Capital Trade | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update check receivable chart | 0.20 | KC |
| Sep-07-11 | *Fee Applications, Others* - Review certificate of no objection re: 41st quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 41st quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

|  |  |  |  |
|---|---|---|---|
|  | same |  |  |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review request for removal from mailing list and 2002 service list re: same | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO/ COS of Bilzin 41st Quarterly fee application (April 2011-June 2011) | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's 41st quarterly fee application (April 2011- June 2011) | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to 41st Quarterly fee app (April 2011- June 2011) | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft CNO/ COS of 41st Quarterly fee application (April. 2011- June 2011) | 0.20 | KC |
| Sep-08-11 | *Case Administration* -   Review Daily Memos | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare certificate of no objection of Bilzin's 41st quarterly fee application for filing, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection of 41st quarterly fee application for filing, efile and service of same | 0.20 | KC |
| Sep-09-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Sep-10-11 | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-12-11 | *Case Administration* - Review case management memo re: week ending 9-9-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 9/5/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 9/9 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for Abbey Drum Co. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review BASF Motion for Leave to File Reply Brief re: CNA settlement appeal 11-207 | 0.40 | TJT |
|  | *Case Administration* - Review of docket and certain Orders re: fees and costs in preparation for final fee apps | 1.00 | KC |
| Sep-13-11 | *Case Administration* - Review numerous notice of address changes and e-mail to KC re: same | 0.20 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from L. Oberholzer re: 40th Interim Period Fee and Expense Chart | 0.10 | TJT |
|  | *Case Administration* - Review 40th Interim Period Fee and Expense Chart, memo to  K. Callahan | 0.20 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for AEC, Inc. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Libby' Motion for Leave to File Reply Brief re: CNA settlement appeal 11-207 | 0.40 | TJT |
|  | *Case Administration* - Emails from LLC (2) with attachments of notices of address change; review 2002 service list re: changes to same | 0.20 | KC |

|  | | | |
|---|---|---|---|
|  | *Fee Applications, Others* -   Memo from TJT re: fees and expenses for Bilzin 40th Quarterly fee period; review of same | 0.10 | KC |
|  | *Fee Applications, Applicant* - Memo from TJT re: fees and expenses for Bilzin 40th Quarterly fee period; review of same | 0.10 | KC |
| Sep-14-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review 2019 Statement filed by E Moody | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for Air Products and Chemicals | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion for Return of Certain Documents | 0.10 | TJT |
| Sep-15-11 | *Case Administration* - Review Notice of Change of Address for American Wick Drain Corp. | 0.10 | TJT |
|  | *Case Administration* -   Continued review of docket for Orders approving fees/ costs in preparation for final fee apps | 1.00 | KC |
| Sep-16-11 | *Case Administration* - Review correspondence from P. Cuniff re: 40th Interim Period fee and expense chart | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address by Anderson Ind. Gen Contractors | 0.10 | TJT |
| Sep-17-11 | *Case Administration* - Review 40th Interim Period fee and expense chart | 0.20 | TJT |
|  | *Case Administration* - Review Notice of Change of Address by Andon Specialties | 0.10 | TJT |
| Sep-19-11 | *Case Administration* - Review certificate of counsel filed by Debtors re: 40th Interim Period category summary fee and expense chart, review same, confer with K. Callahan re: same | 0.40 | TJT |
| Sep-20-11 | *Case Administration* - Review order approving fee apps for 40th period and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: July 2011 monthly fee app | 0.10 | LLC |
|  | *Case Administration* - Review certificate of counsel filed by Debtors re: proposed order re: 40th Interim Period Quarterly fee apps | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review Motion for Relief from Stay filed by Intrawest with attachments, confer with R. Miller | 0.60 | TJT |
|  | *Fee Applications, Applicant* - Review docket re: objections to July 2011 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to July 2011 monthly fee application and cos to same; to LLC for review | 0.20 | KC |
| Sep-21-11 | *Case Administration* - Review case management memo re: week ending 9-16-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 9/16/11; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 9/16 | 0.10 | TJT |
|  | *Case Administration* - Review Order re: 40th   Interim Period Quarterly Fee Apps | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare CNO re: July 2011 fee app for filing; efile and service of same | 0.30 | KC |
| Sep-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

|  | | | |
|---|---|---|---|
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review letter from B. Johnson requesting status and 2002 service list | 0.10 | TJT |
|  | *Case Administration* - Review letter from Clerk to B. Johnson enclosing 2002 service list | 0.10 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re: 9/26 hearing | 0.10 | TJT |
|  | *Hearings* - Review Agenda for 9/26 | 0.10 | TJT |
|  | *Case Administration* - Memo from T. Tacconelli re: received payment; update payment tracking chart re: same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Begin preparation for August 2011 monthly fee app;begin preparation of pre bill statement as exhibit to same | 0.20 | KC |
| Sep-23-11 | *Fee Applications, Others* - Review CNO re: July 2011 fee app of Bilzin Sumberg | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: HRA July 2011 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Modified Order re: Debtor's Motion to Return Certain Documents | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to HRA's July 2011 fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's July 2011 fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO to Bilzin July 2011 fee application; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Others* - Draft Certificate of No Objection to HRA July 2011 fee application; to LLC for review | 0.20 | KC |
| Sep-24-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review four miscellaneous correspondence Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Sep-26-11 | *Case Administration* - Review case management memo re: week ending 9-23-2011 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 9/26/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 9/23 | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare CNO to Bilzin's July 2011 fee application for filing; efile and service of same | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare CNO to HRA's July 2011 fee application for filing, efile and service of same | 0.10 | KC |
|  | *Fee Applications, Others* - Email from and to L. Flores re: Bilzin August 2011 fee app; download attachments of same | 0.20 | KC |
| Sep-27-11 | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce August pre bill | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revisions to August 2011 invoice/ preparation as Exhibit A to August 2011 monthly fee application | 0.20 | KC |
| Sep-28-11 | *Case Administration* - Review notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional change of address notice and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review further notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from KC re: billing issues for client | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin August 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: BH&F April - June 2011 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Crescent Electric Supply Co. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry Joseph & Pearce August pre bill | 0.10 | TJT |
| | *Case Administration* - Retrieve (3) Notices of Change of Address from LLC; review 2002 service list re: same | 0.20 | KC |
| | *Fee Applications, Others* - Revisions to Bilzin's Notice of August 2011 fee application; draft COS of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare August 2011 fee app for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Final preparation of invoice as Exhibit A to August fee application for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft monthly fee application, notice and cos for August 2011 | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare August 2011 fee app for filing | 0.10 | KC |
| Sep-29-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Efile and service of Bilzin's August 2011 fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile and service of August 2011 fee application | 0.30 | KC |
| Sep-30-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Du Pont Dow Elastomers | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address; review 2002 service list re: same | 0.10 | KC |

Totals                                      26.60

## DISBURSEMENTS

| | | |
|---|---|---|
| Sep-01-11 | Photocopy Cost | 4.20 |
| | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.40 |
| Sep-02-11 | Cost Advance - First State Deliveries - hand deliveries 9/1/11 | 52.50 |
| Sep-08-11 | Photocopy Cost | 7.00 |
| | Cost Advance -   First State Deliveries - hand deliveries 9/8/11 | 45.00 |
| Sep-20-11 | Photocopy Cost | 0.70 |
| Sep-21-11 | Photocopy Cost | 0.60 |
| Sep-26-11 | Photocopy Cost | 8.40 |
| | Cost Advance -   First State Deliveries - 6 hand deliveries 9/26/11 | 45.00 |
| Sep-27-11 | Photocopy Cost | 1.00 |
| Sep-28-11 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.90 |
| Sep-29-11 | Photocopy Cost | 6.80 |
| | Cost Advance -   First State Deliveries - hand delivery 9/21/11 | 7.50 |
| Sep-30-11 | Cost Advance -   First State Deliveries - hand delivery 9/29/11 | 7.50 |

Totals                                    $192.50

**Total Fees & Disbursements**                **$6,618.50**