**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

1. **Case Administration – 15537 – 7.5 hours ($1,747.50)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 4.5 hours ($1,252.50)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 1.7 hours ($517.50)**

    This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended omnibus hearings, as well as the oral argument with respect to the confirmation appeal.

4. **Plan & Disclosure Statement – 15554 – 11.1 hours ($5,827.50)**

    The Applicant prepared a memorandum summarizing issues regarding the oral argument on the confirmation appeal for the Creditors' Committee.

6. **Creditors' Committee – 15539 – 3.5 hours ($922.50)**

During the Application Period, the Applicant conferred with PD claimants and committee members with respect to the status of case and all related issues.

7. **Fee Application of Others – 15545 –1.0 hours ($225.00)**

During the Application Period, the Applicant followed up regarding outstanding fees to third party professionals and prepared and submitted statement of fees for third party professional.

8. **Debtors' Business Operations – 15538 – 19.0 hours ($9,258.00)**

The Applicant reviewed documents relating to a proposed transaction.

9**.** **Claims Analysis, Objection, Resolution & Estimation– 15545 – 5.6 hours ($3,015.00)**

The Applicant reviewed the motion to settle the California PD claims and attended a telephone conference regarding certain proposals advanced by the Debtors.  Further, the Applicant conducted research relating to such proposals.