**EXHIBIT C**


**Bilzin Sumberg**
ATTORNEYS AT LAW

August 23, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   196525

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH July 31, 2011

### CLIENT SUMMARY

**BALANCE AS OF- 07/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $695.00 | $1,761.77 | $2,456.77 |
| **.15538 -** 02 - Debtors' Business Operations | $7,630.50 | $0.00 | $7,630.50 |
| **.15543 -** 07 - Applicant's Fee Application | $112.50 | $0.00 | $112.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $495.00 | $0.00 | $495.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $5,407.50 | $0.00 | $5,407.50 |
| *Client Total* | *$14,340.50* | *$1,761.77* | *$16,102.27* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|-------------------|-------|---------|-------------|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Sakalo, Jay M | 19.80 | $525.00 | $10,395.00 |
| Mendoza, Andres G | 6.80 | $435.00 | $2,958.00 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Flores, Luisa M | 0.40 | $225.00 | $90.00 |
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*    **$14,340.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|--------------------------------|----------|
| Airfare | $522.40 |
| Fares, Mileage, Parking | $44.00 |
| Long Distance Telephone | $13.68 |
| Lodging | $884.32 |
| Meals | $101.24 |
| Mileage | $22.30 |
| Miscellaneous Costs | $36.95 |
| Pacer - Online Services | $93.92 |
| Parking | $30.00 |
| Postage | $3.96 |
| Copies | $9.00 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$1,761.77** |

**TOTAL BALANCE DUE THIS PERIOD**    **$16,102.27**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/05/11 | JMS | 0.60 | 315.00 | Email to committee regarding cancelation of hearing and follow up emails regarding oral argument on confirmation appeal. |
| 07/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/18/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 07/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 07/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |

**PROFESSIONAL SERVICES**                                                      $695.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 06/27/11 | Mileage Mileage from home to Miami Airport - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 22.30 |
| 06/28/11 | Meals Breakfast - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 7.55 |
| 06/28/11 | Meals Dinner - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 42.02 |
| 06/28/11 | Meals Snack - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 2.89 |
| 06/28/11 | Lodging Lodging - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 884.32 |
| 06/28/11 | Miscellaneous Costs U.S. Airways/Seat change - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 30.00 |
| 06/28/11 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 05/25/11-06/24/11; DATE: 6/24/2011  -  Acct. 5306220025395504 | 522.40 |
| 06/29/11 | Fares, Mileage, Parking Cap to airport-(Trip to Philadelphia) - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 34.00 |
| 06/29/11 | Fares, Mileage, Parking Cap to courthouse - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 10.00 |
| 06/29/11 | Meals Snack - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 2.99 |
| 06/29/11 | Meals Dinner - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 8.63 |
| 06/29/11 | Meals VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 37.16 |
| 06/29/11 | Miscellaneous Costs Laundry - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 6.95 |
| 06/29/11 | Parking Airport Parking - VENDOR: JAY M. SAKALO; INVOICE#: 06/29/2011-JMS; DATE: 6/29/2011  -  Clients-15537 | 30.00 |
| 06/30/11 | Pacer - Online Services Searches 04/01/11 through  06/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22011; DATE: 6/30/2011  -  Acct.-  RB0120 | 15.92 |
| 06/30/11 | Pacer - Online Services Searches 04/01/11 to 06/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22011; DATE: 6/30/2011  -  Acct.-  RB0120 | 78.00 |
| 07/01/11 | Long Distance Telephone (310)743-1849; 2 Mins. | 1.52 |
| 07/07/11 | Long Distance Telephone (512)476-4394; 2 Mins. | 1.52 |
| 07/14/11 | Postage | 3.96 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 5

| Date | Description | Amount |
|---|---|---|
| 07/26/11 | Long Distance Telephone (803)943-8094; 14 Mins. | 10.64 |
| 07/05/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/05/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/13/11 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 07/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/13/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/21/11 | Copies 11 pgs @ 0.10/pg | 1.10 |

**TOTAL COSTS ADVANCED** $1,761.77

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |
| **TOTAL** | *2.50* | | **$695.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $522.40 |
| Fares, Mileage, Parking | $44.00 |
| Long Distance Telephone | $13.68 |
| Lodging | $884.32 |
| Meals | $101.24 |
| Mileage | $22.30 |
| Miscellaneous Costs | $36.95 |
| Pacer - Online Services | $93.92 |
| Parking | $30.00 |
| Postage | $3.96 |
| Copies | $9.00 |
| **TOTAL** | **$1,761.77** |

**CURRENT BALANCE DUE THIS MATTER** $2,456.77

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


ATTORNEYS AT LAW

September 20, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  199203

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2011

### CLIENT SUMMARY

BALANCE AS OF- 08/31/11

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $520.00 | $224.22 | $744.22 |
| .15538 - 02 - Debtors' Business Operations | $600.00 | $0.00 | $600.00 |
| .15543 - 07 - Applicant's Fee Application | $750.00 | $0.00 | $750.00 |
| .15544 - 08 - Hearings | $517.50 | $0.00 | $517.50 |
| .15545 - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $682.50 | $0.00 | $682.50 |
| .17781 - 30 - Fee Application of Others | $225.00 | $0.00 | $225.00 |
| *Client Total* | *$3,295.00* | *$224.22* | *$3,519.22* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 2.80 | $525.00 | $1,470.00 |
| Snyder, Jeffrey I | 1.00 | $375.00 | $375.00 |
| Flores, Luisa M | 3.60 | $225.00 | $810.00 |
| Varela, Ana Carolina | 3.20 | $200.00 | $640.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$3,295.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $179.00 |
| Long Distance Telephone | $5.32 |
| Copies | $39.90 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$224.22** |

**TOTAL BALANCE DUE THIS PERIOD    $3,519.22**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 08/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
|---|---|---|---|---|
| 08/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/03/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1); print [27359](.1). |
| 08/04/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/05/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/10/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/17/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/18/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon |
| 08/23/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity; email Jay Sakalo thereon and email pleadings to Jay Sakalo (.2). |
| 08/24/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity review pleadings and email Jay Sakalo thereon (.1) |
| 08/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |
| 08/31/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon (.1). |

**PROFESSIONAL SERVICES**                                                    $520.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 4

## COSTS ADVANCED

| | | |
|---|---|---:|
| 06/29/11 | Airfare Travel from Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/11-07/26/11; DATE: 7/26/2011 - Acct. 5306220025395504 | 179.00 |
| 08/08/11 | Long Distance Telephone (302)575-1555; 1 Mins. | 0.76 |
| 08/08/11 | Long Distance Telephone (302)575-1555; 5 Mins. | 3.80 |
| 08/31/11 | Long Distance Telephone (202)339-8514; 1 Mins. | 0.76 |
| 08/02/11 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/05/11 | Copies 142 pgs @ 0.10/pg | 14.20 |
| 08/10/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/10/11 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/10/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/11 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 08/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/02/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/02/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/02/11 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 08/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/02/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/02/11 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED**                                                              **$224.22**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.60 | $200.00 | $520.00 |
| *TOTAL* | *2.60* | | *$520.00* |

### MATTER SUMMARY OF COSTS ADVANCED

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Airfare | $179.00 |
| Long Distance Telephone | $5.32 |
| Copies | $39.90 |
| **TOTAL** | **$224.22** |

**CURRENT BALANCE DUE THIS MATTER**                                         **$744.22**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 08/18/11 | JMS | 0.30 | 157.50 | Email exchange with J. Baer regarding destruction of Project Larch documents. |
| 08/25/11 | JIS | 0.10 | 37.50 | Confer with J. Sakalo re: conference call on business issue. |
| 08/26/11 | JIS | 0.10 | 37.50 | Confer with J. Sakalo re: proposal to prepay unsecured claims, stock buy back, etc. |
| 08/31/11 | JMS | 0.70 | 367.50 | Telephone conference with R. Wyron regarding claims payments and related issues. |

**PROFESSIONAL SERVICES**                                                                                    $600.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $525.00 | $525.00 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| *TOTAL* | *1.20* | | *$600.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                             $600.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | Init | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/05/11 | JIS | 0.30 | 112.50 | Review and revise July prebill. |
| 08/09/11 | LMF | 0.80 | 180.00 | Prepare notice of fees and summary of fees for month of June 2011 and submit to local counsel for filing and service. |
| 08/10/11 | JIS | 0.10 | 37.50 | Attention to 41st quarterly interim fee application. |
| 08/15/11 | JIS | 0.40 | 150.00 | Review and revise 41st quarterly interim fee application and email to L. Flores thereon. |
| 08/19/11 | LMF | 0.70 | 157.50 | Prepare notice and summary for July fees and submit to local counsel for filing and service. |
| 08/23/11 | LMF | 0.50 | 112.50 | Prepare notice and summary and submit to local counsel for filing. |

PROFESSIONAL SERVICES $750.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Snyder, Jeffrey I | 0.80 | $375.00 | $300.00 |
| Flores, Luisa M | 2.00 | $225.00 | $450.00 |
| *TOTAL* | *2.80* | | *$750.00* |

CURRENT BALANCE DUE THIS MATTER $750.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 07/21/11 | LMF | 0.60 | 135.00 | Assist with obtaining agenda, review of agenda with project assistant and assist with courtcalls for all professionals. |
| 07/21/11 | ACV | 0.60 | 120.00 | Organize Court Calls and email confirmations. |
| 07/22/11 | JMS | 0.50 | 262.50 | Emails to Committee regarding hearing agenda and telephonic appearances (.3); follow up email with D. Speights and M. Dies thereon (.2). |

**PROFESSIONAL SERVICES**                                                        $517.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $525.00 | $262.50 |
| Flores, Luisa M | 0.60 | $225.00 | $135.00 |
| Varela, Ana Carolina | 0.60 | $200.00 | $120.00 |
| *TOTAL* | *1.70* | | *$517.50* |

**CURRENT BALANCE DUE THIS MATTER**                                              $517.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
ATTORNEYS AT LAW

October 18, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  200734

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH October 18, 2011

## CLIENT SUMMARY

**BALANCE AS OF- 10/18/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $532.50 | $66.78 | $599.28 |
| **.15538 -** 02 - Debtors' Business Operations | $1,027.50 | $0.00 | $1,027.50 |
| **.15539 -** 03 - Creditors Committee | $922.50 | $0.00 | $922.50 |
| **.15543 -** 07 - Applicant's Fee Application | $390.00 | $0.00 | $390.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $1,837.50 | $0.00 | $1,837.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $420.00 | $0.00 | $420.00 |
| ***Client Total*** | ***$5,130.00*** | ***$66.78*** | ***$5,196.78*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593        www.bilzin.com

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Sakalo, Jay M | 5.00 | $525.00 | $2,625.00 |
| Snyder, Jeffrey I | 1.30 | $375.00 | $487.50 |
| Flores, Luisa M | 4.10 | $225.00 | $922.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     *$5,130.00*

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Archival/Retrieval Services | $56.40 |
| Long Distance Telephone | $9.88 |
| Copies | $0.50 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | *$66.78* |

**TOTAL BALANCE DUE THIS PERIOD**     $5,196.78

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 09/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 09/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/18/11 | JIS | 0.30 | 112.50 | (09/08/2011) Conference with J. Sakalo regarding proposal to pay claims and repurchase shares. |

**PROFESSIONAL SERVICES**                                                                 $532.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 08/08/11 | Archival/Retrieval Services | 56.40 |
| 09/08/11 | Long Distance Telephone (415)989-1800; 13 Mins. | 9.88 |
| 09/13/11 | Copies 5 pgs @ 0.10/pg | 0.50 |

**TOTAL COSTS ADVANCED**                                                                 $66.78

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| *TOTAL* | *2.40* | | *$532.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Archival/Retrieval Services | $56.40 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Long Distance Telephone | $9.88 |
| Copies | $0.50 |
| **TOTAL** | **$66.78** |

**CURRENT BALANCE DUE THIS MATTER**                                   $599.28

**Atty – SLB**
**Client No.: 74817/15538**

### RE: 02 - Debtors' Business Operations

| 09/06/11 | JMS | 0.90 | 472.50 | Attend call on motion to pay claims and share buyback. |
| 09/08/11 | JMS | 0.30 | 157.50 | Conference with Jeffrey Snyder regarding proposal to pay claims and repurchase shares. |
| 09/09/11 | JIS | 0.50 | 187.50 | Conference call regarding financial projections, sources and uses of cash, etc. |
| 09/12/11 | JMS | 0.20 | 105.00 | Email from R. Higgins regarding share program and internal emails regarding same. |
| 09/19/11 | JMS | 0.20 | 105.00 | Email from J. Baer regarding Project Plate. |

**PROFESSIONAL SERVICES**                                                                    $1,027.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | $525.00 | $840.00 |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| *TOTAL* | *2.10* | | *$1,027.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                $1,027.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 08/05/11 | LMF | 1.40 | 315.00 | Research to determine availability of documents requested by D. Speights. |
| 08/08/11 | LMF | 1.80 | 405.00 | Attend to reviewing documents and assist committee member with same. |
| 09/06/11 | SLB | 0.30 | 202.50 | Email from and to T. Brandi regarding status of case (.3). |

PROFESSIONAL SERVICES                                                           $922.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Flores, Luisa M | 3.20 | $225.00 | $720.00 |
| *TOTAL* | *3.50* | | *$922.50* |

CURRENT BALANCE DUE THIS MATTER                                                 $922.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 09/15/11 | JIS | 0.50 | 187.50 | Review and revise August prebill. |
| 09/20/11 | LMF | 0.30 | 67.50 | Follow up with accounting for revised August statement. |
| 09/26/11 | LMF | 0.60 | 135.00 | Prepare notices and summary and submit statement of fees and costs to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                    $390.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 0.90 | $225.00 | $202.50 |
| *TOTAL* | *1.40* | | *$390.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          $390.00



Page 8

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| | | | | |
|---|---|---|---|---|
| 09/07/11 | JMS | 2.60 | 1,365.00 | Research regarding payment of claims prior to confirmation. |
| 09/20/11 | SLB | 0.70 | 472.50 | Telephone call from Catholic Archdiocese regarding status of plan and PD Claims (.7). |

PROFESSIONAL SERVICES                                                        $1,837.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.70 | $675.00 | $472.50 |
| Sakalo, Jay M | 2.60 | $525.00 | $1,365.00 |
| *TOTAL* | *3.30* | | *$1,837.50* |

CURRENT BALANCE DUE THIS MATTER                                             $1,837.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 09/08/11 | JMS | 0.80 | 420.00 | Telephone conference with T. Brandi regarding status of plan confirmation and related issues. |

**PROFESSIONAL SERVICES** $420.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $525.00 | $420.00 |
| *TOTAL* | *0.80* | | *$420.00* |

**CURRENT BALANCE DUE THIS MATTER** $420.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP