**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>July 1, 2011 through September 30, 2011</u>

1. Asbestos: Claims Analysis & Evaluation – 1.0 ($700.00)

    - The applicant reviewed the summary of the appellate arguments, responses and commentary.