## EXHIBIT "C"

# HR&A                                        INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

---

August 7, 2011
Invoice No. HRA20110807

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz &
Associates, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co., et al.  For the month of July,
2011.

### FEES

Francine F. Rabinovitz
1.00 hours @ $ 700 per hour                    $    700.00

Total Fees:                     $    700.00

### PRIOR BALANCE DUE

02/12/09 Invoice $ 1,500.00
03/10/09 Invoice      62.50
04/07/09 Invoice     125.00                     $ 1,687.50

TOTAL DUE:                     $ 2,387.50

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

JULY, 2011 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>       <u>TIME</u>   <u>TASK</u>

07/21/11   1.00   Read summary of appellate arguments, responses
                  and commentary.
TOTAL:     1.00

# HR&A Hourly Rate Quotation*
### FY 2011- 2012

Hourly rates for the named individuals and other HR&A staff are as follows:

**Partners (Hamilton, Rabinovitz)** .............................................. $ 700

**Managing Directors (Sims)** ................................................ 650

**Principals** ............................................................. 400

**Directors** ............................................................. 350

**Managers** ............................................................. 325

**Senior Analysts** ........................................................ 250

**Analysts** ............................................................. 200

**Research Associates** ..................................................... 100

\* The outlined rates are guaranteed through June 30, 2012.  Depositions, mediations, SEC expertization, arbitration hearing or trial testimony hours are billed at time and one-half.