# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

EIN 51-0352711

---

**Canadian ZAI Claimants**  
c/o Yves Lauzon  
Lauzon Belanger inc.  
286, rue St-Paul Quest, bureau 100  
Montreal Quebec H2Y 2A3  
Canada

**Date:** 10/3/2011  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 19013

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2011 | KEH | E-mail correspondence with 'accounts.payable_psc@grace.com' regarding correspondence with Fee Auditor's office about wire fees on our WRGrace Fee Applications - requesting payment to The Hogan Firm be made via check instead of via wire. | 0.20 | 190.00 | 38.00 |
| 09/01/2011 | KEH | E-mail correspondence with Bobbi Ruhlander regarding the fee auditor's final report. | 0.10 | 190.00 | 19.00 |
| 09/01/2011 | DKH | E-mail correspondence with Bobbi Ruhlander that the Hogan Firm will be included in the combined final report regarding applications for which we have de minimis or no issues. | 0.20 | 400.00 | 80.00 |
| 09/01/2011 | KEH | Review and meet with Daniel Hogan regarding objection deadline on fee applications pursuant to L.R. 9006-1 | 0.20 | 190.00 | 38.00 |
| 09/02/2011 | KEH | E-mail correspondence with Cindy Yates - received WR Grace wire $7,439.51 CAD in payment of our June, 2011 account; post to WRGrace payment spreadsheet and locate CNO for June account for transmittal. | 0.50 | 190.00 | 95.00 |
| 09/07/2011 | KEH | Review September 2, 2011, email from Cindy Yates regarding payment of Scarfone Hawkins' June fee application; revise WRGrace payment spreadsheet accordingly. | 0.30 | 190.00 | 57.00 |
| 09/09/2011 | DKH | E-mail correspondence with David Thompson concerning the timing of a decision on the appeal in Grace. Reviewed course of appeal and likely timing of resolution of appeal. | 0.50 | 400.00 | 200.00 |
| 09/13/2011 | DKH | E-mail correspondence with David Thompson regarding the timing of the resolution of the appeals. | 0.20 | 400.00 | 80.00 |
| 09/15/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting time/expense statement for August 2011; save to file and print for review. | 0.30 | 190.00 | 57.00 |
| 09/15/2011 | DKH | E-mail correspondence with Careen Hannouche transmitting the fee details for the month of August 2011 for LBL. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/19/2011 | KEH | E-mail correspondence with 'Cindy Yates' regarding availability of Scarfone Hawkins' August 2011 time/expense statement. | 0.20 | 190.00 | 38.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/2011 | KEH | E-mail correspondence with 'Cindy Yates', re: time/expense statement for Scarfone Hawkins | 0.10 | 190.00 | 19.00 |
| 09/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Fortieth Quarter Project Category Summary [related to 9/26/11 Agenda Item No. 4 - Various Docket Numbers] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 09/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fortieth Period [related to 9/26/11 Agenda Item No. 4 - Various Docket Numbers] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 09/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Fortieth Period (related document(s)[27620]). | 0.40 | 400.00 | 160.00 |
| 09/21/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Hearing re: Notice of Agenda of Matters Scheduled for Hearing on September 26, 2011, at 9:00 A.M. before the Honorable Judith K. Fitzgerald in Wilmington, Delaware. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | KEH | E-file CNO for Lauzon Belanger Lesperance's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Lauzon Belanger Lesperance's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Scarfone Hawkins' 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Scarfone Hawkins' 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for The Hogan Firm's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for The Hogan Firm's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011 (related document(s)[27533]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursment of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011 (related document(s)[27382]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011 (related document(s)[27381]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the Sixteenth Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of the U.S. Trustee | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the Sixth Quarterly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of The United States Trustee. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with James.Luckey@ricoh-usa.com - confirming receipt of hand deliveries. | 0.10 | 190.00 | 19.00 |
| 09/22/2011 | DKH | E-mail correspondence with Melanie M. White concerning the formula error and attaching the revised spreadsheet. Reviewed same. | 0.80 | 400.00 | 320.00 |
| 09/22/2011 | KEH | E-mail correspondence with Service Parties for service of the Certificate of No Objection Regarding the Seventeenth Monthly Application of The Hogan Firm [Docket No. 27644], Scarfone Hawkins LLP [Docket No. 27645], and Lauzon Belanger Lesperance [Docket No. 27646]. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the Sixth Quarterly Application of The Hogan Firm. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | Meeting with DKHogan for review of CNOs for 17th Monthly Fee Applications and 6th Quarterly Applications. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Meeting with DKHogan, re: 40th Quarter Project Category Summary; review same and identify errors in "cummulative through 40th Quarter". | 1.40 | 190.00 | 266.00 |
| 09/22/2011 | KEH | Prepare CNO for Lauzon Belanger Lesperance's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Lauzon Belanger Lesperance's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Scarfone Hawkins' 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Scarfone Hawkins' 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for The Hogan Firm's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/2011 | KEH | Prepare CNO for The Hogan Firm's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursment of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed discrepancies found in Fee auditor spreadsheet concerning cumulative fees. | 0.80 | 400.00 | 320.00 |
| 09/22/2011 | DKH | Reviewed docket for objections to Seventeenth Monthly fee applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belange. | 0.40 | 400.00 | 160.00 |
| 09/22/2011 | DKH | Reviewed docket for objections to Sixth Quarterly Applications for Compensation. | 0.40 | 400.00 | 160.00 |
| 09/22/2011 | DKH | Telephone conversation with Bobbie Ruhlander concerning discrepancies found on fee spreadsheets. | 0.20 | 400.00 | 80.00 |
| 09/22/2011 | DKH | Telephone conversation with Jamie O'Neil concerning discrepancies found on fee spreadsheets. | 0.20 | 400.00 | 80.00 |
| 09/22/2011 | DKH | Telephone conversation with Melanie M. White concerning discrepancies found on fee spreadsheets. | 0.30 | 400.00 | 120.00 |
| 09/23/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Settlement (Claims Nos. 8378, 8379 & 8380). Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 09/23/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order (MODIFIED) Providing for the Return of Certain Pleadings and an Order Filed Under Seal to Debtors' Counsel for Destruction. | 0.30 | 400.00 | 120.00 |
| 09/26/2011 | KEH | Begin breakdown of category codes for The Hogan Firm's time /expense statement for August 2011. | 0.30 | 190.00 | 57.00 |
| 09/26/2011 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for August 1, 2011 – August 31, 2011. Reviewed same. | 0.60 | 400.00 | 240.00 |
| 09/26/2011 | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP's Monthly time/expense statement for August 1, 2011 – August 31, 2011; review and save to file. | 0.30 | 190.00 | 57.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2011 | KEH | E-mail correspondence with Daniel Hogan regarding 40th Quarter Cummulative for The Hogan Firm, Scarfone Hawkins & Lauzon Belanger Lesperance. | 0.20 | 190.00 | 38.00 |
| 09/26/2011 | DKH | Noted discrepancies on LBL and SH cumulative spreadsheet totals. Attempted to reconcile. | 1.00 | 400.00 | 400.00 |
| 09/26/2011 | KEH | Reviewed THF's numbers on 40th Qtr Project Category Summary and they match our payment spreadsheet; LBL is over by $61,492.84; and SH is under by $51,050.61 according to our records. E-mail correspondence with Daniel Hogan regarding differences with 40th Quarter Project Category Summary. | 0.60 | 190.00 | 114.00 |
| 09/27/2011 | DKH | Compared cumulative totals through 40th interim period against our spreadsheet. | 0.60 | 400.00 | 240.00 |
| 09/27/2011 | DKH | E-mail correspondence with Melanie White concerning LBL and Scarfone Hawkins cumulative total discrepancies. | 0.20 | 400.00 | 80.00 |
| 09/27/2011 | KEH | Meeting with Daniel Hogan regarding payments from W.R. Grace and spreadsheet for same. | 0.40 | 190.00 | 76.00 |
| 09/27/2011 | KEH | Meeting with DKHogan re: WRGrace 40th Quarter Project Category Summary - review same and compare to WRGrace payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| 09/27/2011 | DKH | Telephone conversation with Melanie White resolving the cumulative spreadsheet discrepancy. | 0.30 | 400.00 | 120.00 |
| 09/29/2011 | DKH | E-mail correspondence with Jan Baer concerning Rust and Deanna Boll. | 0.20 | 400.00 | 80.00 |
| 09/29/2011 | DKH | E-mail correspondence with Janet Baer concerning Rust. | 0.10 | 400.00 | 40.00 |
| 09/29/2011 | DKH | E-mail correspondence with Matt Moloci concerning issues related to Rust Environmental and Deanna Boll's successor. | 0.30 | 400.00 | 120.00 |
| 09/30/2011 | GP | Calculate breakdown of August Fees for LBL, SH and complete breakdown for THF for the 18th Monthly Fee Applications. | 1.00 | 190.00 | 190.00 |
| 09/30/2011 | KEH | E-mail correspondence with Daniel Hogan regarding confirmation of payment from WRGrace. | 0.10 | 190.00 | 19.00 |
| 09/30/2011 | KEH | E-mail correspondence with Grace Accounts Payable regarding wire for January 2011 Holdback fees for The Hogan Firm in the amount of $3,538.80; revise WRGrace payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| | | **Total Fees** | **26.90** | | **$7,988.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 09/01/2011 | Postage to Fee Auditor and WRGrace (2 @ 2.48) - 17th Monthly Fee Application. | 4.96 |
| 09/07/2011 | IKON Office Solutions- 17th Monthly Fee Apps | 19.70 |
| 09/28/2011 | IKON Office Solutions- CNOs 17th Monthly & 6th Qtrly | 10.90 |
| 09/30/2011 | WSFS Bank Incoming wire fee (WRGrace) January 2011 Holdback | 15.00 |
| | **Total Expenses** | **$50.56** |

**TOTAL NEW CHARGES**                                                                   **$8,038.56**

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Current Fees | 7,988.00 |
| Current Expenses | 50.56 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,038.56** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**