# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
September 30, 2011  
OUR FILE NO: 05L121

**Scarfone Hawkins LLP**  
B A R R I S T E R S   A N D   S O L I C I T O R S  
ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(September 1, 2011 – September 30, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09 /01/11 | *receipt Karen Harvey emails re: wire transfer of funds* | DT | $525.00 | 0.10 | $52.50 |
| 09 /01/11 | *receipt Bobbi Ruhlander email and Karen Harvey response re wire transfer expense* | DT | $525.00 | 0.10 | $52.50 |
| 09 /01/11 | *Emails from Bobbi Ruhlander and Karen Harvey concerning bank wire charges included in fee applications* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /01/11 | *Email from Cindy Yates regarding receipt of Grace payment to The Hogan Firm* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /02/11 | *memo to Cindy Yates re: wire transfer of funds* | DT | $525.00 | 0.10 | $52.50 |
| 09 /02/11 | *Emails from Cindy Yates and Sue McCormick regarding receipt, application and payment out to Lauzon Belanger of funds received from Grace in respect of June, 2011 fee applications; review* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /06/11 | *discuss with Matt Moloci, letter to Dan Hogan re: status of US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 09 /06/11 | *receipt Careen Hannouche email confirming receipt of wire transfer* | DT | $525.00 | 0.10 | $52.50 |
| 09 /06/11 | *receipt of and respond to class member inquiries, memos to and from Matt Moloci, memos to and from Anna-Marie Gibbs re: class member inquiries* | DT | $525.00 | 0.35 | $183.75 |
| 09 /06/11 | *Email from Careen Hannouche confirming receipt of wire transfer in part reimbursement for one-half Hogan's June, 2011 fee application* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /06/11 | *Email inquiry from CDN ZAI PD claimant Larry Harris; emails to and from David Thompson and Anna-Marie Gibbs regarding reply to Harris* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /07/11 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.10 | $52.50 |
| 09 /09/11 | *Email inquiry from David Thompson to Dan Hogan requesting status of U.S. proceedings* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /13/11 | *emails to and from Keith Ferbers re: Raven Thundersky claim* | DT | $525.00 | 0.25 | $131.25 |
| 09 /13/11 | *emails to and from Dan Hogan re: timing of US appeals* | DT | $525.00 | 0.10 | $52.50 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09 /13/11 | Emails from Dan Hogan and David Thompson regarding status of U.S. proceedings and update | MGM | $450.00 | 0.10 | $45.00 |
| 09 /19/11 | Emails from and to Cindy Yates and Karen Harvey regarding August 2011 time, disbursements and fee application | MGM | $450.00 | 0.10 | $45.00 |
| 09 /20/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 09 /20/11 | emails to and from Karen Harvey re: August account | DT | $525.00 | 0.10 | $52.50 |
| 09 /22/11 | Emails from Karen Harvey with attached certificates of no objection regarding 17th Monthly Fee Applications for July 2011 | MGM | $450.00 | 0.10 | $45.00 |
| 09 /26/11 | receipt CNO from Karen Harvey, receipt of and respond to class member inquiries | DT | $525.00 | 0.40 | $210.00 |
| 09 /26/11 | receipt Careen Hannouche email and letter, memo to Cindy Yates, review Dan Hogan account | DT | $525.00 | 0.25 | $131.25 |
| 09 /26/11 | prepare sub file for meeting in Montreal, gather and assemble relevant documents, memo to file, etc. | DT | $525.00 | 1.00 | $525.00 |
| 09 /26/11 | email to Careen Hannouche regarding timing of Wednesday meeting in Montreal, memo to Matt Moloci re: flight timing arrangements | DT | $525.00 | 0.10 | $52.50 |
| 09 /26/11 | further emails to and from Careen Hannouche re: timing of meeting in Montreal, etc. | DT | $525.00 | 0.25 | $131.25 |
| 09 /26/11 | discuss with Matt Moloci, preliminary preparations for meeting in Montreal with co-counsel | DT | $525.00 | 0.35 | $183.75 |
| 09 /26/11 | Emails to David Thompson regarding Montreal meeting and travel arrangements; email from Cindy Yates to Karen Harvey with attached draft Fee Application of SH LLP for August 2011; review; emails to and from Cindy Yates, Karen Harvey and David Thompson | MGM | $225.00 | 0.10 | $45.00 |
| 09 /26/11 | Review documents and issues in preparation for Montreal meeting concerning claims administration procedure and protocol; conferences with David Thompson | MGM | $450.00 | 0.30 | $135.00 |
| 09 /27/11 | letter to Don Pinchin, memo to file, discuss with MGM, prepare for meeting in Montreal with co-counsel | DT | $525.00 | 0.50 | $262.50 |
| 09 /27/11 | 12:30 pm - 2:00 pm - travel to airport from Hamilton re: meeting in Montreal with co-counsel, Pinchin Environmental and representatives of Collectiva | DT | $262.50 | 1.50 | $393.75 |
| 09 /27/11 | 2:00 pm - 3:00 pm - wait time at airport | DT | $262.50 | 1.00 | $262.50 |
| 09 /27/11 | 3:00 pm - 4:15 pm - flight from Toronto to Montreal | DT | $262.50 | 1.25 | $328.13 |
| 09 /27/11 | 4:15 pm - 5:15 pm - travel from Pierre Elliott Trudeau Airport to Hotel Nelligan | DT | $262.50 | 1.00 | $262.50 |
| 09 /27/11 | 6:30 pm - 8:00 pm - meeting with Matt Moloci to review documents including Pinchin emails, prepare for meeting with co-counsel, representatives of Collectiva and Pinichin, review and discuss approach and strategy | DT | $525.00 | 1.50 | $787.50 |
| 09 /27/11 | (12:30 - 14:00); travel to Toronto airport with David Thompson | MGM | $225.00 | 1.50 | $337.50 |
| 09 /27/11 | (14:00 - 15:00); wait at airport; conference with David Thompson regarding claims administration protocol | MGM | $225.00 | 1.00 | $225.00 |
| 09 /27/11 | (15:00 - 16:15); flight from Toronto to Montreal | MGM | $225.00 | 1.25 | $281.25 |

| | | | | | |
|---|---|---|---|---|---|
| 09 /27/11 | (16:15 - 17:15); travel from Montreal airport to Hotel Nelligan | MGM | $225.00 | 1.00 | $225.00 |
| 09 /27/11 | (18:30 - 20:00); conference with David Thompson; review documents and correspondence relating to settlement, claims administration protocol and prior meetings and discussions | MGM | $450.00 | 1.50 | $675.00 |
| 09 /28/11 | 8:30 am - 9:30 am - meet with Matt Moloci, review documents, discuss and consider Pinchin involvement and approach, prepare for meeting with co-counsel | DT | $525.00 | 1.00 | $525.00 |
| 09 /28/11 | 9:30 am - 1:15 pm - meeting at the offices of Lauzon Belanger Lesperance - David Thompson, Matt Moloci, Michel Belanger, Don Pinchin, Anna Viterti and Fanny from Collectiva | DT | $525.00 | 3.74 | $1,963.50 |
| 09 /28/11 | 1:30 pm - 2:00 pm - cab from the offices of Lauzon Belanger to Pierre Elliott Trudeau Airport | DT | $262.50 | 0.50 | $131.25 |
| 09 /28/11 | 2:00 pm - 3:00 pm - wait time at airport | DT | $262.50 | 1.00 | $262.50 |
| 09 /28/11 | 3:00 pm - 4: 15 pm - flight from Pierre Elliott Trudeau Airport, Montreal to Pearson International Airport, Toronto | DT | $262.50 | 1.25 | $328.13 |
| 09 /28/11 | 4:15 pm - 6:00 pm - return travel to office in Hamilton | DT | $262.50 | 1.75 | $459.38 |
| 09 /28/11 | (08:30 - 09:30); conference with David Thompson; further review of claims administration protocol and issues raised by Don Pinchin in email report | MGM | $450.00 | 1.00 | $450.00 |
| 09 /28/11 | (09:30 - 13:15); meeting at Lauzon Belanger Lesperance with Michel Belanger, Anna Vitere and Fanny of Collectiva and Don Pinchin of Pinchin Environmental; review various issues, documents, statistics and CDN ZAI PD claims forms for development of claims administration protocol | MGM | $450.00 | 3.74 | $1,683.00 |
| 09 /28/11 | (13:30 - 14:00); cab from Lauzon Belanger Lesperance to Pierre Elliott Trudeau Airport | MGM | $225.00 | 0.50 | $112.50 |
| 09 /28/11 | (14:00 - 15:00); wait time at Montreal airport | MGM | $225.00 | 1.00 | $225.00 |
| 09 /28/11 | (15:00 - 16:15); flight from Montreal to Toronto | MGM | $225.00 | 1.25 | $281.25 |
| 09 /28/11 | (16:15 – 17:30); travel from Toronto airport to Oakville | MGM | $225.00 | 1.75 | $393.75 |
| 09 /29/11 | follow-ups on Montreal meeting, etc., letter to Don Pinchin, memo to file, etc. | DT | $525.00 | 0.35 | $183.75 |
| 09 /29/11 | follow-up email to Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 09 /29/11 | memos to and from Matt Moloci re: meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 09 /29/11 | receipt email from Rust, memos to and from Matt Moloci, emails to and from Matt Moloci and Michel Belanger | DT | $525.00 | 0.25 | $131.25 |
| 09 /29/11 | Conference with David Thompson in follow-up to Montreal meeting concerning CDN ZAI PD Claims administration procedure and protocol; emails to and from Kathy Becker, Jan Baer, Orestes Pasparakis, Dan Hogan, David Thompson and Michel Belanger regarding Rust Consulting claims documents, photographs and samples | MGM | $450.00 | 0.80 | $360.00 |
| 09 /30/11 | memos to and from Matt Moloci, etc., receipt Orestes Pasparakis email, discuss with Matt Moloci, receipt Michel Belanger email | DT | $525.00 | 0.25 | $131.25 |

| | | | | | |
|---|---|---|---|---|---|
| 09/30/11 | *follow-up email to Michel Belanger in follow-up to meeting* | DT | $525.00 | 0.10 | $52.50 |
| 09/30/11 | *review dockets for period September 1, 2011 to September 30, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Co.* | LC | $120.00 | 5.00 | $600.00 |
| | | | SUB-TOTAL | 43.73 | $15,104.64 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 9.25 | $262.50 | $2,428.14 | $315.66 |
| DAVID THOMPSON | DT | 11.89 | $525.00 | $6,242.25 | $811.49 |
| MATTHEW G. MOLOCI | MGM | 9.25 | $225.00 | $2,081.25 | $270.56 |
| MATTHEW G. MOLOCI | MGM | 8.34 | $450.00 | $3,753.00 | $487.89 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | 43.73 | | $15,104.64 | $1,963.60 |
| **TOTAL FEES AND TAXES:** | | | | | $17,068.24 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 09/01/2011-09/30/2011 | Postage - September 1, 2011 – September 30, 2011 | | $2.59 | $0.38 | $2.97 |
| 09/01/2011-09/30/2011 | Long Distance Calls – Various calls from September 1, 2011 – September 30, 2011 | | $7.82 | $1.02 | $8.84 |
| 09/27/2011 | David Thompson – Travel Expense – Accommodations for David Thompson and Matt Moloci – Hotel Nelligan - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $545.22 | $70.89 | $616.11 |
| 09/27/2011 09/28/2011 | David Thompson - Travel Expense – Air Canada Flight to Montreal for David Thompson and Matt Moloci – Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $1,436.90 | $186.80 | $1,623.70 |
| 09/27/2011 | David Thompson –Travel Expense – Lunch at T1 Bar, Toronto Airport - (2 people - David Thompson and Matt Moloci - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $30.09 | $3.91 | $34.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 09/27/2011 | Matt Moloci –Travel Expense  – Taxi from airport in Montreal  to Hotel Nelligan for David Thompson and Matt Moloci  - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $53.10 | $6.90 | $60.00 |
| 09/27/2011 | Matt Moloci –Travel Expense  – Dinner at Gibby's Restaurant (2 people - David Thompson and Matt Moloci ($180.07) - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $100.00 | $13.00 | $113.00 |
| 09/28/2011 | Matt Moloci –Travel Expense  – Breakfast  at Verses Restaurant (2 people - David Thompson and Matt Moloci  - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $33.79 | $4.39 | $38.18 |
| 09/28/2011 | Matt Moloci –Travel Expense  – Taxi from office of Lauzon Belanger to Montreal airport - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $39.82 | $5.18 | $45.00 |
| 09/28/2011 | Matt Moloci –Travel Expense  – Lunch at Moe's Deli at Montreal Airport (2 people - David Thompson and Matt Moloci ($170.00) - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $38.94 | $5.06 | $44.00 |
| 09/27/2011 09/28/2011 | Matt Moloci - Travel Expense  – Parking at Toronto Airport – Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $48.67 | $6.33 | $55.00 |
| **TOTAL DISBURSEMENTS:** | | | **$2,336.94** | **$303.86** | **$2,640.80** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$19,709.04** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.