# EXHIBIT A

**LAUZON BÉLANGER LESPÉRANCE**
AVOCATS • ATTORNEYS

October 24, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(September 1st 2011 to September 30th 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | Amount |
|---|---|---|---|---|---|
| 2011-09-06 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-09-15 | CH | Email to Karen Harvey re: fee details August 2011 | 0.25 | 285.00 | 71.25 |
| 2011-09-26 | CH | Email to class member's attorney re: update on claim | 0.33 | 285.00 | 94.05 |
| 2011-09-26 | CH | Review of claim sampling | 2.00 | 285.00 | 570.00 |
| 2011-09-27 | CH | Meeting with Mr. Bélanger and Collectiva re: claims process | 2.50 | 285.00 | 712.50 |
| 2011-09-27 | MB | Review of documents : distribution Protocol and Rust's database; | 3.00 | 450.00 | 1,350.00 |
| 2011-09-27 | MB | Meeting with Collectiva and Ms. Hannouche; | 2.50 | 450.00 | 1,125.00 |
| 2011-09-28 | MB | Meeting with Mrs. Thompson, Moloci, Pinchin and Ms. Vetere; | 5.00 | 450.00 | 2,250.00 |
| 2011-09-29 | CH | Review of email from Mr. Moloci et Deanna Boll and Kathy Davis (Rust Consulting) re: access to original claims | 0.25 | 285.00 | 71.25 |
| 2011-09-29 | MB | Draft of the summary of the meeting with Mrs. Pinchin, Thompson, Moloci and Collectiva; | 2.00 | 450.00 | 900.00 |
| | | **OUR FEES :** | **18.00** | | **$7,192.50** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 12.50 | $5,625.00 |
| CH | 285.00 | 5.50  | $1,567.50 |

**DISURSEMENTS**

| | |
|---|---:|
| Fax | 0.15 |
| Photocopies (15 x .10¢) | 1.50 |
| **TOTAL DISBURSEMENTS** | **1.65** |
| | |
| **TOTAL FEES AND DISBURSEMENTS** | **$7,194.15** |
| G.S.T. 5% | 359.71 |
| Q.S.T. 8.5% | 642.08 |
| | |
| **TOTAL** | **$ 8,195.94** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001