# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


November 08, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10536


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/2/2011 | AL | Research PACER for all applicants with fee applications for the 38th interim (1.3); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Stroock (3.0); draft detailed spreadsheet with all researched information (1.4) | 5.70 | 256.50 |
| 10/3/2011 | AL | Update database with Scholer's July electronic detail | 0.20 | 9.00 |
|  | BSR | research regarding London hotel rates (1.7); update charts with current hotel rates (1.1); email to Doreen Williams re same (.2); email to Warren Smith re same (.3) | 3.30 | 940.50 |
|  | BSR | research regarding hotel rates in other major U.S. cities | 1.90 | 541.50 |
|  | JAW | detailed review of Blackstone's July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| 10/4/2011 | JAW | detailed review of Campbell & Levine's August 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Norton Rose OR's August 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | DTW | Research Chicago hotel rates (2.1). | 2.10 | 346.50 |
|  | DTW | Telephone call with  B. Ruhlander re hotel trigger rates (.2); begin draft of memo re Chicago rates (.9); research re 4 1/2 and 5 star Chicago hotels (.2). | 1.30 | 214.50 |
|  | JAW | detailed review of Beveridge & Diamond's August 2011 fee application (0.80); draft summary of same (0.40) | 1.20 | 186.00 |

214 698-3868

W.R. Grace & Co.                                                                                                          Page    2

|              |     |                                                                                                                                                                                                                                        | Hours | Amount   |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/4/2011    | JAW | detailed review of Kramer Levin's August 2011 fee application (0.50); draft summary of same (0.10)                                                                                                                                                     | 0.60  | 93.00    |
|              | JAW | detailed review of Kaye Scholer's August 2011 fee application (0.40); draft summary of same (0.20)                                                                                                                                                     | 0.60  | 93.00    |
|              | JAW | detailed review of Foley Hoag's August 2011 fee application (0.40); draft summary of same (0.10)                                                                                                                                                       | 0.50  | 77.50    |
|              | AL  | Update database with Steptoe's June (.2) July (.1) and August (.2) fee applications; Pitney's July electronic detail (.2); Scholar's August electronic detail (.1); Hogan's August electronic detail (.1); Lauzon's August electronic detail (.1); Scarfone's August electronic detail (.2) | 1.20  | 54.00    |
|              | JAW | detailed review of Charter Oak's August 2011 fee application (0.10); draft summary of same (0.10)                                                                                                                                                      | 0.20  | 31.00    |
|              | JAW | detailed review of Steptoe & Johnson's August 2011 fee application (1.00); draft summary of same (0.10)                                                                                                                                                | 1.10  | 170.50   |
|              | JAW | detailed review of Steptoe & Johnson's June 2011 fee application (0.10); draft summary of same (0.10)                                                                                                                                                  | 0.20  | 31.00    |
|              | JAW | detailed review of Steptoe & Johnson's July 2011 fee application (0.10); draft summary of same (0.10)                                                                                                                                                  | 0.20  | 31.00    |
|              | JAW | detailed review of Towers Watson's August 2011 fee application (0.10); draft summary of same (0.10)                                                                                                                                                    | 0.20  | 31.00    |
|              | JAW | detailed review of Bilzin Sumberg's August 2011 fee application (0.20); draft summary of same (0.20)                                                                                                                                                   | 0.40  | 62.00    |
|              | JAW | detailed review of PwC's Supplement July 2011 fee application (0.30); draft summary of same (0.10)                                                                                                                                                     | 0.40  | 62.00    |
|              | JAW | detailed review of Ferry Joseph's August 2011 fee application (0.30); draft summary of same (0.20)                                                                                                                                                     | 0.50  | 77.50    |
|              | JAW | detailed review of Alan Rich's September 2011 fee application (0.30); draft summary of same (0.20)                                                                                                                                                     | 0.50  | 77.50    |
|              | JAW | detailed review of Reed Smith's August 2011 fee application (0.40); draft summary of same (0.10)                                                                                                                                                       | 0.50  | 77.50    |
|              | JAW | detailed review of Saul Ewing's August 2011 fee application (0.30); draft summary of same (0.10)                                                                                                                                                       | 0.40  | 62.00    |
|              | BSR | research regarding hotel rates in other major U.S. cities (2.7); finish chart re same (1.2); email to Doreen Williams re same (.1)                                                                                                                     | 4.00  | 1,140.00 |

W.R. Grace & Co. Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/4/2011 | AL | Receive and review CNO from M. White (.1); update database with same (.2); electronic filing with the court of WHSA's CNO (.3) | 0.60 | 27.00 |
| | AL | Update database with Reed's August fee application (.2); Bilzin's August fee application (.2); Ferry's August fee application (.2); Scholer's July fee application (.2); PWC's August fee application (.2); PWC's August fee application (.2); PWC's (Global) July fee application (.2); Fragomen's January through March Interim fee application (.1); Fragomen's April through June Interim fee application (.1); Campbell's August fee application (.2); AKO's August fee application (.2); Charter's August fee application (.2); Caplin's August fee application (.2); Steptoe's June (.1) July (.1) and August (.1) electronic detail | 2.70 | 121.50 |
| 10/5/2011 | DTW | Continue research for Chicago hotel rates (.8); continue memo re same (.7); prepare comparison of all rates (.6); detailed email to B. Ruhlander explaining same (.4); telephone call with B. Ruhlander re same (.1); make changes to memos per B. Ruhlander suggestions (.2); several telephone calls with B. Ruhlander re expedia rating system and research re same (.5); additional call with B. Ruhlander re miscellaneous cities (.2); research re same (.6); memo and email re same (.3). | 4.40 | 726.00 |
| | BSR | Receive and review research from Doreen Williams re Chicago hotel rates (.3); telephone conferences (2) with Doreen Williams re same (.2) | 0.50 | 142.50 |
| | BSR | Draft updated hotel rate survey letter (7.2); telephone conferences (3) with Warren Smith re additional research needed (.5); telephone conferences (2) with Doreen Williams re additional research needed (.2); review results of Doreen Williams' research on other miscellaneous cities (.2); email to Warren Smith re same (.1); email to Warren Smith re status of letter (.1) | 8.30 | 2,365.50 |
| | JAW | detailed review of Caplin & Drysdale's August 2011 fee application (0.70); draft summary of same (0.10) | 0.80 | 124.00 |
| | JAW | detailed review of Stroock & Stroock's August 2011 fee application (1.30); draft summary of same (0.10) | 1.40 | 217.00 |
| | JAW | detailed review of Bear Higgin's August 2011 fee application (1.10) | 1.10 | 170.50 |
| | JAW | detailed review of Anderson Kill's August 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Receive and review email from Phillips re July through September 2009 monthly electronic copies (.1); draft email to B.Ruhlander re same (.1); update database with Phillips' July (.2) August (.2) and September (.1) 2009 monthly electronic copies; Receive and review email from J. Wehrmann re 41st and 42nd interims (.1); update database with Capstone's June fee and expense summary (.2); Pitney's June fee and expense summary (.2); Blackstone's July fee and expense summary (.1) | 1.30 | 58.50 |
| 10/6/2011 | BSR | research regarding Washington DC meal prices | 0.70 | 199.50 |

W.R. Grace & Co.            Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/6/2011 | AL | Receive and review email from B. Ruhlander re Phillips Goldman & Spence July through September fee applications (.1); Research Pacer re same (.3); draft email to B. Ruhlander re review of same (.1); update database with Phillips' July through September interim electronic detail (.1); update database with Pitney's July fee application (.2); Scholer's August fee application (.2); update database with Phillips' July (.2) August (.2) and September (.2) fee applications; draft email to B. Ruhlander re same (.1); receive and review email from B. Ruhlander re Phillips'July through September interim (.1); update database with same (.2) | 2.00 | 90.00 |
| | BSR | telephone conference with Celeste Hartman re Dec. 2011 hearing deadlines; email 2011 omnibus hearing schedule to Celeste Hartman | 0.10 | 28.50 |
| | BSR | Draft letter with updated hotel survey results (1.6); telephone conference with Warren Smith re results of research on smaller cities (.1) | 1.70 | 484.50 |
| | BSR | multiple telephone conferences with Warren Smith and Melanie White re updating meal survey (.3); review previous meal survey charts and spreadsheets and forward same to Melanie White (.3) | 0.60 | 171.00 |
| | BSR | research regarding Chicago meal prices (3.0); update chart and spreadsheet with current information (1.0) | 4.00 | 1,140.00 |
| | BSR | Receive and review most recent version of hotel rate survey letter | 0.30 | 85.50 |
| | BSR | research regarding New York City meal prices (2.5); update chart and spreadsheet re same (1.0) | 3.50 | 997.50 |
| | BSR | Receive and review updated charts and spreadsheets re meal prices in Dallas, Los Angeles, and San Francisco | 1.20 | 342.00 |
| | MW | Telephone calls with B. Ruhlander and W. Smith regarding research for Meal Expense Caps (.2); conduct research re same for Dallas, Texas (2.9); draft spreadsheet re same (.5); research meal charges for Washington DC (3.0); draft spreadsheet and update memo re same (.6). | 7.20 | 1,116.00 |
| | AL | Receive and review email from B. Ruhlander re Caplin's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Caplin's 41Q FR (.1); Receive and review email from B. Ruhlander re version 2 Caplin's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of version 2 of Caplin's 41Q FR (.1); update database with Woodcock's August fee application (.2) | 1.00 | 45.00 |
| | JAW | continued detailed review of Bear Higgin's August 2011 fee application (1.20); draft summary of same (0.10) | 1.30 | 201.50 |
| | DTW | Two telephone calls with B. Ruhlander re meal expense research (.1). | 0.10 | 16.50 |
| 10/7/2011 | AL | Update database with Hogan's July electronic detail (.1); Lauzon's July electronic detail (.1); Scarfone's July electronic detail (.1); Campbell's July electronic detail (.1); Charter's July electronic detail (.2); AKO's July electronic detail (.1); Caplin's July electronic detail (.2); Bilzin's July | 3.00 | 135.00 |

W.R. Grace & Co.                                                                                                                   Page     5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | electronic detail (.1); PWC's July electronic detail (.1); PWC (Darex) July electronic detail (.1); PWC (Global Reconstructuring Project) April through July interim electronic detail (.2); telephone conference with B. Ruhlander re same (.1); Hamilton's July electronic detail (.1); receive and review email from Alan Rich re August fee application (.1); update database with Alan Rich's August electronic detail (.1) and fee application (hard copy) (.2); Orrick's April fee application (.2); Orrick's May fee application (.2); Orrick's June fee application (.2); Orrick's July fee application (.2); Reed's July fee application (.2) | | |
| 10/7/2011 | AL | Receive and review email from Alan Rich re September electronic detail (.1); update database with same (.1); update database with Alan Rich's September fee application (.2); Towers' August fee application (.2); Orrick's August fee application (.2); Beveridge's August fee application (.2); Fragomen's May fee application (.1); Fragomen's March fee application. (.2); Fragomen's June fee application (.2); telephone conference with B. Ruhlander re same (.1); Norton's August fee application (.2); Kramer's August fee application (.2); Ewing's August fee application (.2); Orrick's August electronic detail (.1); Tower's August 2011 electronic detail (.1); telephone conference with B. Ruhlander re same (.1) | 2.50 | 112.50 |
| | MW | Telephone calls with B. Ruhlander regarding continued research for Meal Expense Caps (.2); research meal charges for San Francisco (2.5) and Los Angeles, CA (2.7); update memo and spreadsheet with same (.9). | 6.10 | 945.50 |
| | JAW | detailed review of Orrick Herrington's August 2011 fee application (3.80); draft summary of same (0.50) | 4.30 | 666.50 |
| | DTW | Review draft letter re hotel and meal research and recommendations (.2); two telephone calls with M. White re draft copy of hotel recommendation letter and addition to same (.4). | 0.60 | 99.00 |
| | BSR | Draft portions of letter to judges on updated meal caps and hotel trigger rates (1.8); telephone conferences with Warren Smith and Melanie White re same (.1); exchange emails with Warren Smith and Melanie White re transmittal of letter (.2) | 2.10 | 598.50 |
| | BSR | Draft memo and spreadsheet containing results of meal survey for Washington DC | 1.20 | 342.00 |
| 10/10/2011 | AL | Update database with Lauzon's August fee application (.2); Scarfone's August fee application (.2); Scarfone's August fee application (.2) | 0.60 | 27.00 |
| | MWS | Receive and review letter to judges regarding updated expense survey; review revised expense guidelines. | 0.20 | 57.00 |
| | BSR | Draft e-mail to applicants re new meal and expense guidelines (including review and updating of email service list) | 0.70 | 199.50 |

W.R. Grace & Co. Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2011 | MW | draft monthly invoice of WHSA for September 2011 (2.7); preliminary review of same (.3); send to J. Wehrmann for review (.1); draft email to W. Smith re revisions to same (.1); revise fee application to reflect changes (.3); finalize same for service (.1). | 3.60 | 558.00 |
| | AL | Continue Researching PACER for all applicants with fee applications for the 37th interim (1.7); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Orrick, Day Pitney, Alan Rich, Saul Ewing, Stroock, Steptoe, Swidler and Towers (2.4); draft detailed spreadsheet with all researched information (1.5) | 5.60 | 252.00 |
| | BSR | prepare draft e-mail to send to applicants concerning new meal caps and hotel trigger rates (.3); telephone conference with Warren Smith and review email from Warren Smith re same (.1) | 0.40 | 114.00 |
| | AL | Revise WHSA's Monthly fee application | 0.50 | 22.50 |
| 10/11/2011 | JAW | detailed review of PwC's August 2011 fee application (4.90) | 4.90 | 759.50 |
| | AL | Continue Researching PACER for 39th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (4.8); continue drafting detailed spreadsheet with all above information (1.7); confer with M. White re same (.2) | 6.70 | 301.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Fragomen (1.2), Goodwin (1.3), Hamilton (1.0), The Hogan Firm (2.0); update database with revised chart and send to J. Wehrmann (.1). | 5.70 | 883.50 |
| | BSR | Receive and review Caplin & Drysdale's response to initial report (41Q) and email to Rita Tobin re same | 0.20 | 57.00 |
| | BSR | Draft final report re Caplin & Drysdale's 41st interim fee application (1.0); email to Warren Smith re same (.1) | 1.10 | 313.50 |
| | AL | Update database with K&E's August electronic detail (.1); K&E's August fee application (.2); receive and review email from B. Ruhlander re Caplin's 41Q IR response (.1); update database with same (.1) | 0.50 | 22.50 |
| 10/12/2011 | BSR | Draft revision to final report re Caplin & Drysdale's 41st and email to Warren Smith re same | 0.30 | 85.50 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/12/2011 | JAW | draft summary of Hogan Firm's August 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | draft summary of Scarfone Hawkins' August 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | draft summary of Day Pitney's July 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | draft summary of Lauzon Belanger's August 2011 fee application 0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | draft summary of PwC's August 2011 fee application(0.90) | 0.90 | 139.50 |
| | AL | Research PACER for all applicants with fee applications for the 39th interim (1.5); research fee and expense amounts requested, final report docket numbers and Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Stroock (2.1); draft detailed spreadsheet with all researched information (1.8) | 5.40 | 243.00 |
| | JAW | draft summary of Kaye Scholer's August 2011 fee application (0.40); draft summary of same (0.20) | 0.60 | 93.00 |
| | BSR | Draft e-mail to Rita Tobin re Caplin & Drysdale final report (41Q) | 0.10 | 28.50 |
| | BSR | research docket for pertinent pleadings and applications | 1.00 | 285.00 |
| | AL | Receive and review approved WHSA monthly fee application from M. White (.1); update database with same (.2); electronic filing with the court of WHSA's monthly fee application (.4); prepare same for service (.1) | 0.80 | 36.00 |
| | AL | Receive and review email from W. Smith re approval of Caplin's 41Q FR (.1); update database with same (.1); prepare same for electronic filing (.2); electronic filing with court of Caplin's 41Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.60 | 27.00 |
| | WHS | detailed review of, and revisions to, 41st - Final Report re Caplin & Drysdale | 0.30 | 88.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Holme Roberts (1.1), Janet Baer (1.4) update database with revised spreadsheet (.1). | 2.70 | 418.50 |
| 10/13/2011 | BSR | research server for quarterly applications not yet received (41Q) | 0.30 | 85.50 |
| | AL | Update database with Woodock's July through September electronic detail | 0.20 | 9.00 |
| | BSR | Continued detailed review of Phillips Goldman & Spence's quarterly fee application and monthly fee applications for the 41st interim period | 1.50 | 427.50 |

W.R. Grace & Co.                                                                                                       Page     8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/13/2011 | BSR | detailed review of Fragomen's May 2011 and quarterly application for the 41st interim period | 2.10 | 598.50 |
|  | AL | Research PACER for all applicants with fee applications for the 41st interim (1.5); research fee and expense amounts requested, final report docket numbers and Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter (1.4) | 2.90 | 130.50 |
|  | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Hilsoft (1.8) and Pachulski (2.0); update database with revised spreadsheet (.1). | 4.00 | 620.00 |
| 10/14/2011 | AL | Continue Researching PACER for 41st interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington and Pachulski (3.2); continue drafting detailed spreadsheet with all above information (1.3); confer with M. White re same (.2) | 4.70 | 211.50 |
|  | MW | research PACER for 40th interim fee applications, final reports and orders re Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Deloitte, Ferry Joseph, Foley Hoag, Hamilton, Hilsoft, Holme Roberts, K&E, Kramer, Latham, LAS and Fragomen (4.9) | 4.90 | 759.50 |
|  | BSR | review of Beveridge & Diamond's June 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | JAW | draft summary of Kirkland & Ellis' August 2011 fee application (8.10) | 8.10 | 1,255.50 |
|  | BSR | Draft final report re Norton Rose (41Q) | 2.50 | 712.50 |
|  | BSR | Draft omnibus final report for the 41st interim period | 2.30 | 655.50 |
|  | BSR | review of Capstone's June 2011 monthly fee application and fee and expense summary re same | 1.00 | 285.00 |
|  | BSR | review of Day Pitney's June 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | e-mails to various applicants re quarterly applications not yet received | 0.30 | 85.50 |
|  | BSR | review of Duane Morris 41st interim fee application and fee summary re same | 0.30 | 85.50 |
|  | AL | Update database with Capstone's April through June electronic detail (.1); Nelson's September electronic detail (.1); Blackstone's August electronic detail (.1); Sanders' September electronic detail (.1); Nelson's September fee application (.2); Blackstone's August fee application (.2); Capstone's | 1.20 | 54.00 |

W.R. Grace & Co.                                                                                                    Page    9

|            |     |                                                                                                                                                                                                                                                                                                                                                                                         | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | April through June fee application (.2); Sanders' September fee application (.2)                                                                                                                                                                                                                                                                                                        |       |          |
| 10/15/2011 | AL  | Continue Researching PACER for 41st interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (2.4); continue drafting detailed spreadsheet with all above information (1.0); confer with M. White re same (.2) | 3.50  | 157.50   |
| 10/16/2011 | MW  | Draft prior period paragraphs to be included in final final reports for the 24th interim applications of Foley Hoag (.5), Hamilton (.6), Hilsoft (.5), Kirkland & Ellis (.6), Klett (.4), Holme Roberts (.5), Richardson (.3), Scott Law (.4), Steptoe Johnson (.6), Stroock Stroock (.7), Swidler (.3), Tersigni (.5), Woodcock Washburn (.5), Nelson Mullins (.5), PDC (.6), Pachulski (.6), PWC (.4) and Reed Smith (.5) | 9.50  | 1,472.50 |
|            | AL  | Finish drafting prior period paragraphs to be included in final final reports for the 21st interim applications of Foley Hoag (.5), Hamilton (.4), Hilsoft (.5), Kirkland & Ellis (.5), Klett (.4), Holme Roberts (.5), Richardson (.3), Scott Law (.4), Steptoe Johnson (.4), Stroock Stroock (.5), Swidler (.3), Tersigni (.5), Woodcock Washburn (.5), Nelson Mullins (.5), PDC (.6), Pachulski (.6), PWC (.4) and Reed Smith (.5). | 8.30  | 373.50   |
| 10/17/2011 | JAW | detailed review of Alexander Sander's September 2011 fee application (0.40); draft summary of same (0.3)                                                                                                                                                                                                                                                                                | 0.70  | 108.50   |
|            | JAW | detailed review of Woodcock Washburn's August 2011 fee application (0.40); draft summary of same (0.1)                                                                                                                                                                                                                                                                                  | 0.50  | 77.50    |
|            | JAW | detailed review of Blackstone's August 2011 fee application (0.40); draft summary of same (0.1)                                                                                                                                                                                                                                                                                         | 0.50  | 77.50    |
|            | JAW | detailed review of Nelson Mullins' September 2011 fee application (0.60); draft summary of same (0.2)                                                                                                                                                                                                                                                                                   | 0.80  | 124.00   |
|            | JAW | Draft summary of K&E's August 2011 fee application (0.70).                                                                                                                                                                                                                                                                                                                              | 0.70  | 108.50   |
|            | BSR | Multiple telephone conferences with Warren Smith re filed fee applications of Phillips Goldman Spence (.2); multiple telephone conferences with Celeste Hartman re same (.3)                                                                                                                                                                                                            | 0.50  | 142.50   |
|            | BSR | Draft final report re Norton Rose OR for the 41st interim period                                                                                                                                                                                                                                                                                                                        | 0.40  | 114.00   |
| 10/18/2011 | JAW | detailed review of Phillips Goldman's November 2009 fee application (0.40); draft summary of same (0.10)                                                                                                                                                                                                                                                                                | 0.50  | 77.50    |
|            | AL  | Receive and review email from W. Smith re approval of Norton's 41Q FR (.1); update database with same (.2); electronic filing with the court of same (.3); prepare same for service (.1)                                                                                                                                                                                                | 0.70  | 31.50    |

W.R. Grace & Co.                                                                                                          Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/18/2011 BSR | Draft e-mail to James Wehrmann re prioritizing Phillips Goldman & Spence fee applications | | 0.10 | 28.50 |
| BSR | Draft e-mail to Duane Morris re mathematical error on time entry in 41st interim fee application | | 0.10 | 28.50 |
| BSR | review of Capstone's 41st interim fee application (monthly fee applications previously reviewed) | | 0.20 | 57.00 |
| BSR | Receive and review fee and expense summaries for Phillips Goldman & Spence's October, November, and December 2009 monthly fee applications (.1); review of PG&S quarterly application for the same period and email to James Wehrmann re same (.2) | | 0.30 | 85.50 |
| AL | Receive and review email from Phillips' re October through December 2009 interim electronic detail (.1); update database with same (.1); telephone conference with B. Ruhlander re same (.1); update database with Casner's August electronic detail (.1); Casner's August fee application (.2); receive and review email from J. Wehrmann re 35th interim fee summaries (.1); update database with Phillips' October (.1) November (.2) and December (.1) fee and expense summaries; Capstone's July (.1) and August (.2) electronic detail | | 1.30 | 58.50 |
| BSR | Draft omnibus final report for the 41st interim period | | 3.30 | 940.50 |
| BSR | Draft e-mail to Norton Rose re final report (41Q) | | 0.10 | 28.50 |
| AL | Draft prior period paragraphs to be included in final final reports for the 22nd interim applications of Stroock Stroock (.7), Swidler (.3), Tersigni (.5), Woodcock Washburn (.7), Nelson Mullins (.5), PDC (.6), Pachulski (.8), PWC (.5) and Reed Smith (.5). | | 5.10 | 229.50 |
| WHS | detailed review of FR Norton 41Q 4-6.11. | | 0.20 | 59.00 |
| JAW | detailed review of Kaye Scholer's September 2011 fee application (1.10); draft summary of same (0.20) | | 1.30 | 201.50 |
| JAW | detailed review of Phillips Goldman's October 2009 fee application (0.50); draft summary of same (0.30) | | 0.80 | 124.00 |
| JAW | detailed review of Phillips Goldman's December 2009 fee application (0.50); draft summary of same (0.20) | | 0.70 | 108.50 |
| 10/19/2011 BSR | research docket for fee applications not yet received | | 0.90 | 256.50 |
| AL | Update database with Kaye's September fee application (.2); Scholer's September electronic detail (.2); Phillip's October (.2) November (.1) and December (.1) 2009 electronic detail; receive and review email from J. Wehrmann re 41st and 42nd fee and expense summaries (.1); update database with Septoe's July (.1) Towers' August (.1) Bilzin's August (.1) PWC (Supplemental) July (.1) Ferry's August (.2) Reed's August (.2) Saul's August (.2) Norton's August (.1) Campbell's August (.1) Charter's August | | 5.60 | 252.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | (.1) Foley's August (.1) Scholer's July (.1) Kramer's August (.2) Beveridge's August (.1) Caplin's August (.1) Stroock's August (.2) AKO's August (.2) Baer's August (.2) Orrick's August (.1) PWC's August (.1) Lauzon's August (.1) Pitney's July (.1) Scarfone's August (.2) Hogan's August (.1) Scholer's August (.1) K&E's August (.2) Septoe's June (.1) fee summaries; telephone conference with B. Ruhlander re Phillip's 2009 monthly fee applications (.1); update database with Phillip's October (.2) November (.2) and December (.2) fee applications; receive and review email from B. Ruhlander re Norton's 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Norton's 41Q FR (.1) |  |  |
| 10/19/2011 | BSR | telephone conference with Celeste Hartman re status of outstanding fee applications (.1); telephone conference with Warren Smith re same (.1); review email from Warren Smith to Jan Baer re same and review of email from Jan Baer re message from Jack Phillips of PGS (.1) | 0.30 | 85.50 |
| 10/20/2011 | AL | Draft prior period paragraphs to be included in final final reports for the 22nd interim applications of Foley Hoag (.7), Hamilton (.6), Hilsoft (.5), Kirkland & Ellis (.8), Klett (.4), Holme Roberts (.5), Richardson (.4), Scott Law (.4), Steptoe Johnson (.6) | 4.90 | 220.50 |
|  | AL | Update database with Casner's August fee application (.2); Capstone's July fee application (.2); Capstone's August fee application (.2); | 0.60 | 27.00 |
| 10/21/2011 | AL | Draft prior period paragraphs to be included in final final reports for the 22nd interim applications of Andrews Kurth (.5), Baker & McKenzie (.6), BMC (.4), Beveridge (.5), Bilzin (.6), Blackstone (.5), Buchanan (.4), Campbell & Levine (.5), Caplin Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.5) | 7.90 | 355.50 |
|  | AL | Update database with Beveridge's April through June fee application | 0.20 | 9.00 |
|  | JAW | detailed review of Casner & Edward's August 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Capstone's August 2011 fee application (1.90); draft summary of same (0.10) | 2.00 | 310.00 |
|  | JAW | detailed review of Capstone's July 2011 fee application (2.10); draft summary of same (0.20) | 2.30 | 356.50 |
| 10/22/2011 | MW | Draft prior period paragraphs to be included in final final reports for the 24th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & Levine (.8), Caplin Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.6) | 8.50 | 1,317.50 |
|  | AL | Begin researching PACER for all applicants with final reports for the 22nd interim (1.7); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction | 7.10 | 319.50 |

W.R. Grace & Co.             Page   12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | recommendations, order docket numbers and dates and all amounts approved (4.1); draft detailed spreadsheet for the 22nd interim period (1.3) | | |
| 10/24/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Venable's 37 interim (0.3); draft final fee chart for 37 Interim for Venable's reflecting same (0.2) | 0.50 | 77.50 |
| | AL | Update database with Phillips' January (.1) February (.2) March (.1) and interim (.2) electronic detail; BMC's April (.1) May (.1) June (.2) and interim (.1) electronic detail; Phillip's April (.1) May (.1) and June (.2) electronic detail; Norton's September fee detail (.1); Phillip's April through June interim electronic detail (.1); BMC's April (.2) May (.2) and June (.2) fee applications; Phillip's January (.2) February (.2) March (.2) April (.2) May (.2) and June (.2) 2010 fee applications; telephone conference with J. Wehrmann re same (.1) | 3.50 | 157.50 |
| | JAW | Researched Pacer for and reviewed fee auditor reports and the orders of the Court regarding the 38th-40th interims in preparation for updating spreadsheet of all professional fees and expenses requested (2.7) | 2.70 | 418.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Woodcock's 38 - 40 interims (0.4); draft final fee chart for 38 - 40 Interims for Woodcock reflecting same (0.3) | 0.70 | 108.50 |
| | AL | Update database with Saul's September electronic detail (.1); Kramer's September electronic detail (.2); Orrick's September electronic detail (.2); receive and review email form J. Wehrmann re 36th, 37, 40th, 41st and 42nd interim fee periods (.1); update database with Norton's September (.1) Scholer's September (.2) Capstone's July (.1) Casner's August (.1) Capstone's August (.1) Sander's September (.1) Woodcock's August (.1) Blackstone's August (.1) Nelson's September (.2) BMC's April (.2) BMC's May (.1) BMC's June (.1) Phillips' October 2009 (.2) Phillips' November 2009 (.1) Phillips' December 2009 (.1) Phillips' May 2010 (.1) Phillips' June 2010 (.1) Phillips' February 2010 (.1) Phillips' March 2010 (.2)  and Phillips' April 2010 (.1) fee and expense summaries; update database with Fragomen's July (.1) August (.2) and September (.1) electronic detail | 3.50 | 157.50 |
| 10/25/2011 | JAW | detailed review of Norton Rose's September 2011 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| | JAW | detailed review of Phillips Goldman's June 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Phillips Goldman's February 2010 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | detailed review of Phillips Goldman's April 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/25/2011 | JAW | detailed review of Phillips Goldman's March 2010 fee application (0.40); draft summary of same (0.40) | 0.80 | 124.00 |
|  | JAW | detailed review of Phillips Goldman's January 2010 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of BMC Group's June 2011 fee application (1.10); draft summary of same (0.10) | 1.20 | 186.00 |
|  | JAW | detailed review of BMC Group's April 2011 fee application (1.60); draft summary of same (0.10) | 1.70 | 263.50 |
|  | JAW | detailed review of Phillips Goldman's May 2010 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
|  | JAW | detailed review of BMC Group's May 2011 fee application (1.80); draft summary of same (0.10) | 1.90 | 294.50 |
|  | AL | Update database with Norton's September fee application (.2); Phillips' October through December 2009 interim fee application (.2); update database with BMC's April through June fee application (.2); Phillips' January through March 2010 fee application (.2); telephone conference with B. Ruhlander re same (.1); update database with PWC's August CNO (.1) | 1.00 | 45.00 |
| 10/26/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Protiviti's 39 interim (0.2); draft final fee chart for 39 interim for Proviti reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | Draft e-mail to A. Lopez attaching prepared fee application summaries (0.3) | 0.30 | 46.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Kramer's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Kramer reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Lauzon's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Lauzon reflecting same (0.2) | 0.50 | 77.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: LAS' 38-40 interims (0.7); draft final fee chart for 38-40 interims for LAS reflecting same (0.4) | 1.10 | 170.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Lincoln Partner's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Lincoln Partners reflecting same (0.2) | 0.40 | 62.00 |

W.R. Grace & Co.                        Page    14

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Ogilivy's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Ogilivy reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Orrick's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Orrick reflecting same (0.2) | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Pachulski's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Pachulski reflecting same (0.2) | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: PwC's 38-40 interims (0.4); draft final fee chart for 38-40 interims for PwC reflecting same (0.3) | 0.70 | 108.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Reed Smith's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Reed Smith reflecting same (0.2) | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Alan Rich's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Alan Rich reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Judge Sanders' 38-40 interims (0.2); draft final fee chart for 38-40 interims for Judge Sanders reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Saul Ewing's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Saul Ewing reflecting same (0.2) | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Scarfone Hawkins' 38-40 interims (0.3); draft final fee chart for 38-40 interims for Scarfone Hawkin reflecting same (0.2) | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Steptoe's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Steptoe reflecting same (0.2) | 0.40 | 62.00 |

W.R. Grace & Co. Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/26/2011 JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Stroock's 38th, 39th & 40th interims (1.9); draft final fee chart for 38-40 interims for Stroock reflecting same (1.6) | | 3.50 | 542.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Tower's 38 interim (1.3); draft final fee chart for 38 interim for Tower reflecting same (1.2) | | 2.50 | 387.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Kirkland's 38-40 interims (2.0); draft final fee chart for 38-40 interims for Kirkland reflecting same (1.2) | | 3.20 | 496.00 |
| BSR | Draft e-mail to Warren Smith re omnibus final report for the 41st interim period | | 0.10 | 28.50 |
| 10/27/2011 JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Campbell's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Campbell reflecting same (0.2) | | 0.50 | 77.50 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Hogan Firm's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Hogan Firm reflecting same (0.2) | | 0.40 | 62.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Austern's 39-40 interims (0.8); draft final fee chart for 39-40 interims for Austern reflecting same (0.2) | | 1.00 | 155.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Baer's 38-40 interims (0.5); draft final fee chart for 38-40 interims for Baer reflecting same (0.5) | | 1.00 | 155.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Baker's 38 interim (1.2); draft final fee chart for 38 interim for Baker reflecting same (0.8) | | 2.00 | 310.00 |
| JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Bilzin's 38-40 interims (0.7); draft final fee chart for 38-40 interims for Bilzin reflecting same (0.5) | | 1.20 | 186.00 |

W.R. Grace & Co.                                                                                                           Page    16

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/27/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Blackstone's 38-40 interims (1.0); draft final fee chart for 38-40 interims for Blackstone reflecting same (0.8) | 1.80 | 279.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: BMC's 38-40 interims (0.2); draft final fee chart for 38-40 interims for BMC reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Fragoman's 38-39 interims (0.2); draft final fee chart for 38-39 interims for Fragomen reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Caplin's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Caplin reflecting same (0.2) | 0.50 | 77.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Capstone's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Capstone reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Casner's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Casner reflecting same (0.2) | 0.50 | 77.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Charer Oak's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Charter Oaks reflecting same (0.2) | 0.50 | 77.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Day's 38-40 interims (0.2); draft final fee chart for 38-40 interims for Day reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Duane Morris' 38-40 interims (0.5); draft final fee chart for 38-40 interims for Duane Morris reflecting same (0.2) | 0.70 | 108.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Ferry's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Ferry reflecting same (0.2) | 0.50 | 77.50 |

W.R. Grace & Co.                                                                                                              Page    17

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/27/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Foley's 38-40 interims (0.3); draft final fee chart for 38-40 interims for Foley reflecting same (0.2) | 0.50 | 77.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Anderson's 38-40 interims (2.0); draft final fee chart for 38-40 interims for Anderson reflecting same (2.2) | 4.20 | 651.00 |
|  | AL | Update database with Fragomen's July (.2) August (.2) and September (.2) fee applications; Kramer's September fee application (.2); Towers' September electronic detail (.1); Scarfone's September electronic detail (.1) | 1.00 | 45.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Holme's 36-40 interims (0.4); draft final fee chart for 36-40 interims for Holme reflecting same (0.2) | 0.60 | 93.00 |
| 10/28/2011 | AL | Receive and review email from Reed re electronic detail (.1); update database with Reed's September electronic detail (.1) | 0.20 | 9.00 |
|  | JAW | Office conference with M White regarding spreadsheet for the applicants Deloitte & Touche and PwC (0.5) | 0.50 | 77.50 |
|  | JAW | detailed review of Fragomen's September 2011 fee application (0.10); draft summary of same (0.20). | 0.30 | 46.50 |
|  | JAW | detailed review of Fragomen's August 2011 fee application (0.20); draft summary of same (0.30). | 0.50 | 77.50 |
|  | JAW | detailed review of Fragomen's July 2011 fee application (0.30); draft summary of same (0.20). | 0.50 | 77.50 |
|  | JAW | detailed review of Kramer Levin's September 2011 fee application (0.60); draft summary of same (0.30). | 0.90 | 139.50 |
|  | JAW | detailed review of Saul Ewing's September 2011 fee application (0.30); draft summary of same (0.20). | 0.50 | 77.50 |
|  | MW | Research PACER for objections or responses to monthly fee application of WHS&A (.8); draft CNO for September fee application (.6). | 1.40 | 217.00 |
|  | MW | Office conference with J. Wehrmann re final period chart (.5); draft multiple revision to spreadsheet regarding Deloitte & Touche, Deloitte Tax and Deloitte FAS (1.1); draft revisions to all PWC entities (1.7); update database with finalized version (.1) | 3.40 | 527.00 |
| 10/29/2011 | BSR | review of Beveridge & Diamond's 41st quarterly fee application (monthlies previously reviewed) (.2) and add to omnibus final report for the 41st interim period (.1) | 0.30 | 85.50 |

W.R. Grace & Co.                                                   Page   18

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/29/2011 | BSR | detailed review of Phillips Goldman & Spence's fee applications (quarterly and monthlies) covering the period of January through June 2010, as well as fee and expense summaries re same | 2.90 | 826.50 |
|  | BSR | research docket to determine if all applicants have been included in omnibus final report (41Q) | 0.30 | 85.50 |
|  | BSR | detailed review of BMC's 41st quarterly fee application, monthly applications for the period, and fee and expense summaries re same (.3); add BMC to omnibus final report for the 41st interim period (.1) | 0.40 | 114.00 |
|  | BSR | review of Steptoe's quarterly application (41Q), June 2011 monthly fee application, and fee and expense summary re same (.1); download June 2011 monthly from Pacer (.1); add Steptoe to omnibus final report for the 41st interim period (.1) | 0.30 | 85.50 |
| 10/31/2011 | WHS | detailed review of omnibus final report 41Q 4-6.11 | 0.60 | 177.00 |
|  | MW | Confer with J. Wehrmann re 38th-40th interim final info chart (.1); revise spreadsheet for all 38th interim applicants to include docket numbers, filing dates and amounts applied for (3.2); draft email to J. Wehrmann with updated chart (.1). | 3.40 | 527.00 |
|  | AL | Update database with Stroock's September electronic detail (.1); Baer's September fee application (.2); Casner's September fee application (.2); Foley's September fee application (.2); Stroock's September fee application (.2) | 0.90 | 40.50 |
|  | BSR | telephone conference with Anthony Lopez re 41st and 42nd interim fee applications (.1); review status of filed fee applications for the 42nd interim period (.3) | 0.40 | 114.00 |
|  | BSR | Draft e-mail to various applicants regarding omnibus final report for the 41st interim period | 0.20 | 57.00 |
|  | BSR | Begin drafting omnibus final report for the 41st interim period (2.6); email to Warren Smith re same (.1); telephone conference with Warren Smith re same (.1) | 2.80 | 798.00 |
|  | BSR | Continued review of Phillips Goldman & Spence's quarterly and monthly fee applications for the periods of January through June 2011, as well as fee and expense summaries re same (.4); add applications to the omnibus final report for the 41st interim period (.2) | 0.60 | 171.00 |
|  | AL | Receive and review email from B. Ruhlander re Omnibus 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Omnibus 41Q FR (.1); update database with Phillip's April through June 2010 fee application (.2); Reed's September fee application (.2); Fragomen's July through September fee application (.2); Bilzin's September fee application (.2); Ferry's September fee application (.2) | 1.40 | 63.00 |

W.R. Grace & Co.             Page 19

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2011 | AL | receive and review email from W. Smith re approval of Omnibus 41Q FR (.1); update database with same (.1); electronic filing with the court of Omnibus 41Q FR (.3); prepare same for service (.2); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |
| | AL | Update database with Bilzin's September electronic detail (.1); Ferry's September electronic detail (.1) | 0.20 | 9.00 |
| | | **For professional services rendered** | **336.00** | **$48,595.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 10/31/2011 | PACER Charges | 547.04 |
| | PACER Charges | 10.96 |
| | PACER Charges | 3.28 |
| | PACER Charges | 33.52 |
| | Third party copies & document prep/setup. | 762.09 |
| | **Total additional charges** | **$1,356.89** |
| | **Total amount of this bill** | **$49,951.89** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 107.60 | 45.00 | $4,842.00 |
| Bobbi S. Ruhlander | 62.20 | 285.00 | $17,727.00 |
| Doreen Williams | 8.50 | 165.00 | $1,402.50 |
| James A. Wehrmann | 96.00 | 155.00 | $14,880.00 |
| Mark W Steirer | 0.20 | 285.00 | $57.00 |
| Melanie White | 60.40 | 155.00 | $9,362.00 |
| Warren H Smith | 1.10 | 295.00 | $324.50 |