## **EXHIBIT A**

**Assett Disposition (.20 Hours; $ 181.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $905 | 181.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/11 | PVL | 905.00 | 0.20 | Rv emails and slides re strat. plan |

**Total Task Code .02    .20**


**Case Administration (2.40 Hours; $ 1,935.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $1,000 | 1,300.00 |
| Peter Van N. Lockwood | .10 | $905 | 90.50 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update. (.2). |
| 09/06/11 | EI | 1,000.00 | 0.20 | Schedule call (.1); memo to R. Horkovich re: settlement (.1). |
| 09/08/11 | EI | 1,000.00 | 0.70 | Conference call with R. Frankel, PVNL and financial advisors re: Grace business plan (.7). |
| 09/09/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 09/16/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 09/19/11 | EI | 1,000.00 | 0.20 | Telephone conference with B. Horkovich re: insurance settlement questions (.2). |
| 09/26/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 09/27/11 | PVL | 905.00 | 0.10 | Rv claims settlement notice |

{D0214300.1 }

| 09/30/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
|---|---|---|---|---|
| 09/30/11 | EI | 1,000.00 | 0.20 | Read mail on Montana (.2). |

**Total Task Code .04    2.40**


**Fee Applications, Applicant (5.40 Hours; $ 2,580.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.30 | $545 | 2,343.50 |
| Eugenia Benetos | 1.10 | $215 | 236.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/11 | EB | 215.00 | 1.10 | Prepare fee and expense report for fee application schedule. |
| 09/14/11 | RCT | 545.00 | 1.20 | Address fee issues (1.2). |
| 09/19/11 | RCT | 545.00 | 0.80 | Address fee and expense matters (.8). |
| 09/19/11 | RCT | 545.00 | 0.90 | Review exhibits (.9). |
| 09/23/11 | RCT | 545.00 | 1.20 | Review monthly fee application (1.2). |
| 09/30/11 | RCT | 545.00 | 0.20 | Review Fee Application Schedule for October 2011 (.2). |

**Total Task Code .12    5.40**


**Fee Applications, Others (.90 Hours; 581.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Rita C. Tobin | .70 | $545 | 381.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/11 | EI | 1,000.00 | 0.20 | Telephone conference with J. Sinclair re: debtor payment (.2). |
| 09/14/11 | RCT | 545.00 | 0.70 | Address payment issues and committee expense issues (7). |

**Total Task Code .13**     **.90**


**Plan & Disclosure Statement (6.40 Hours; $ 5,653.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.00 | $905 | 5,430.00 |
| Ann C. McMillan | .10 | $625 | 62.50 |
| Jeffrey A. Liesemer | .30 | $535 | 160.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/11 | PVL | 905.00 | 0.70 | Teleconference Sinclair |
| 09/06/11 | PVL | 905.00 | 0.40 | Tcn Shelnitz, Donley, Baer, Frankel, Wyron et al |
| 09/08/11 | PVL | 905.00 | 0.90 | Teleconference Hurford (.2); tcn Frankel, Wyron, Radecki, Sinclair, EI et al (.7) |
| 09/09/11 | PVL | 905.00 | 0.20 | Rv BNSF and Libby Cls. reply briefs re CNA appeal |
| 09/12/11 | PVL | 905.00 | 0.30 | Rv emails |
| 09/15/11 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to plan issues. |
| 09/19/11 | PVL | 905.00 | 0.40 | Rv Montana/Libby settlement agmt and motion |
| 09/20/11 | PVL | 905.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron |
| 09/21/11 | PVL | 905.00 | 0.20 | Rv emails and reply |
| 09/22/11 | PVL | 905.00 | 1.00 | Tcn Shelnitz, Finke, Paul, Frankel & Wyron |
| 09/27/11 | PVL | 905.00 | 0.90 | Tcn Shelnitz, Paul, Baer, Frankel & Wyron |
| 09/29/11 | ACM | 625.00 | 0.10 | Teleconference claimant re status of case. |

{D0214300.1 }

| 09/30/11 | PVL | 905.00 | 0.10 | Rv emails and reply |

**Total Task Code .17**     **6.40**


**Relief & Stay Proceedings (.20 Hours; $ 181.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $905 | 181.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/21/11 | PVL | 905.00 | 0.20 | Rv Intrawest lift stay motion |


**Total Task Code .18**     **.20**


**Fee Auditor Matters (4.00 Hours; $ 2,180.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.00 | $545 | 2,180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/11 | RCT | 545.00 | 0.90 | Ref. Fee Ex initial report (.3); obtain info to respond to report (.6). |
| 09/07/11 | RCT | 545.00 | 0.60 | Follow up on Fee Auditor questions (.6). |
| 09/12/11 | RCT | 545.00 | 0.40 | Work on fee auditor response (.4). |
| 09/27/11 | RCT | 545.00 | 0.70 | Address fee auditor issues (.7). |
| 09/28/11 | RCT | 545.00 | 1.10 | Review email/email fee auditor re: response due (.1); work on fee examiner response (1.0); |
| 09/29/11 | RCT | 545.00 | 0.30 | Work on fee auditor response (.3). |


**Total Task Code .32**     **4.00**

{D0214300.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 14.08 |
| Conference Call Services | 7.12 |
| Long Distance-Equitrac In-House | 0.08 |
| Xeroxing | 5.30 |
| **Total:** | **$ 26.58** |