## EXHIBIT B

### Asset Disposition (.20 Hours; $ 181.00)

Services rendered in this category pertain to the allocation, management and control of the Debtor's assets.

**Total Task Code .02          .20**

### Case Administration (2.40 Hours; $ 1,935.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          2.40**

### Fee Applications, Applicant (5.40 Hours; $ 2,580.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          5.40**

### Fee Applications, Others (.90 Hours; $ 581.50)

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .90**

### Plan & Disclosure Statement (6.40 Hours; $ 5,653.00)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          6.40**

{D0213615.1 }

- 2 -

**Relief from Stay Proceedings (.20 Hours; $ 181.00)**

    Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18   .20**


**Fee Auditor Matters (4.00 Hours; $ 2,180.00)**

    Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32   4.00**