## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 14.08 |
| Conference Call Services | 7.12 |
| Long Distance-Equitrac In-House | 0.08 |
| Xeroxing | 5.30 |
| **Total:** | **$ 26.58** |