**Client Number:   4642**          **Grace Asbestos Personal Injury Claimants**                                      Page: 1
**Matter       000**                **Disbursements**                                                                 10/20/2011

Print Date/Time: 10/20/2011  2:17:14PM
Attn:
Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 9/30/2011

**Matter       000**
**Disbursements**

Bill Cycle:    Monthly         Style:     i1         Start:   4/16/2001   Last Billed :   9/26/2011              13,655

               $4,806.34
Client Retainers Available              Committed to Invoices:      $0.00       Remaining:        $4,806.34

                                        $3,918,726.75
                        Total Expenses Billed To Date       Billing Empl:        0120     Elihu  Inselbuch
                                                            Responsible Empl:    0120     Elihu  Inselbuch
                                                            Alternate Empl:      0120     Elihu  Inselbuch
                                                            Originating Empl:    0120     Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | --------- ACTUAL --------- | | --------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 14.08 | 0.00 | 14.08 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 0.40 | 0.00 | 0.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 7.12 | 0.00 | 7.12 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.98 | 0.00 | 4.98 |
| **Total Fees** | | | **0.00** | **26.58** | **0.00** | **26.58** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | --------- ACTUAL --------- | | --------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2749346 | Photocopy | E | 08/24/2011 | 0242 SAN | | 0.00 | $0.40 | | 0.00 | $0.40 | 0.40 |
| 2750076 | Photocopy | E | 09/06/2011 | 0999 C&D | | 0.00 | $2.40 | | 0.00 | $2.40 | 2.80 |
| 2745622 | Federal Express  -Delivery to M.Brushwood, 8/22/11  (EI) | E | 09/15/2011 | 0120 EI | | 0.00 | $14.08 | | 0.00 | $14.08 | 16.88 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 10/20/2011 |

Print Date/Time: 10/20/2011  2:17:14PM

Attn:

Invoice #

| | | | | | | JAL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2745510 | Premiere Global Services -Teleconference Svc., 7/2011 (JAL) | | E | 09/16/2011 | 0317 | | 0.00 | $7.12 | 0.00 | $7.12 | 24.00 |
| | | | | | | C&D | | | | | |
| 2752978 | Photocopy | | E | 09/23/2011 | 0999 | | 0.00 | $2.50 | 0.00 | $2.50 | 26.50 |
| | | | | | | C&D | | | | | |
| 2752306 | Equitrac - Long Distance to 13369269145 | | E | 09/29/2011 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 26.58 |
| **Total Expenses** | | | | | | | | $26.58 | | $26.58 | |
| | | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | | 26.58 | | 26.58 | |
| | Matter Total | | | | | | 0.00 | 26.58 | 0.00 | 26.58 | |
| | Prebill Total Fees | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $26.58 | | $26.58 | |
| | Prebill Total | | | | | | 0.00 | $26.58 | 0.00 | $26.58 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 386,845.50 | 77,369.10 |
| 82,245 | 07/26/2011 | 158,259.25 | 31,651.85 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,942.68 | 32,942.68 |
| | | 797,141.93 | 174,804.56 |