IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: December 5, 2011 @ 4 p.m.** |
| | ) | **Hearing Date:  To be determined** |
| | ) | |

**FORTY-SECOND INTERIM FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND
ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS
<u>FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | <u>Campbell & Levine, LLC</u> |
| Authorized to Provide Professional Services to: | <u>The Official Committee of Asbestos Personal Injury Claimants</u> |
| Date of retention: | <u>July 18, 2001, *nunc pro tunc* to June 16, 2001</u> |
| Period for which compensation and reimbursement is sought: | <u>July 1, 2011 through September 30, 2011</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>$ 37,207.00</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$ 4,345.79</u> |
| Total amount of holdback fees sought for applicable period: | <u>$ 7,441.40</u> |

This is an: _____ monthly ___**X**___ interim _____ final application.

{D0214246.1 }

**Monthly Interim Fee Applications for June 1, 2011 through September 30, 2011**:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/31/2011 D.I. 27537 | July 2011 | $9,963.60 (80% of $12,454.50 | $1,126.02 | Pending | Pending |
| 9/29/2011 D.I. 27691 | August 2011 | $9,780.00 (80% of $12,225.00 | $2,474.49 | Pending | Pending |
| 11/11/2011 D.I. 27928 | September 2011 | $10,022.00 (80% of $12,527.50 | $745.28 | Pending | Pending |

**Interim Fee Applications:**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |
| 1/10/02 (Second Interim) | 7/1/01 through 9/30/01 | $53,863.00 | $6,363.58 | $53,863.00 | $6,363.58 |
| 1/31/02 (Third Interim) | 10/1/01 through 12/31/01 | $32,084.50 | $8,052.31 | $32,084.50 | $8,052.31 |
| 5/28/02 (Fourth Interim) | 1/1/02 through 3/31/02 | $35,484.00 | $6,577.30 | $35,387.50 | $6,577.30 |
| 8/6/02 (Fifth Interim) | 4/1/02 through 6/30/02 | $60,308.00 | $5,102.20 | $60,299.00 | $5,102.20 |
| 11/13/02 (Sixth Interim | 7/1/02 through 9/30/02 | $51,576.50 | $4,807.61 | $51,756.50 | $4,807.61 |
| 2/4/03 (Seventh Interim) | 10/1/02 through 12/31/02 | $42,179.00 | $24,050.40 | $42,179.00 | $24,050.40 |
| 5/15/03 (Eighth Interim) | 1/1/03 through 3/31/03 | $42,089.00 | $2,715.85 | $42,089.00 | $2,715.85 |
| 8/13/03 (Ninth Interim) | 4/1/03 through 6/30/03 | $35,912.00 | $1,980.82 | $35,912.00 | $1,980.82 |
| 11/14/03 (Tenth Interim) | 7/1/03 through 9/30/03 | $44,918.50 | $2,388.68 | $44,918.50 | $2,388.68 |
| 2/13/04 (Eleventh Interim) | 10/1/04 through 12/31/04 | $47,623.75 | $8,004.05 | $47,623.75 | $8,004.05 |
| 5/14/04 (Twelfth Interim) | 1/1/04 through 3/31/04 | $ 42,051.00 | $ 4,567.73 | $ 42,051.00 | $ 4,567.73 |

| | | | | | |
|---|---|---|---|---|---|
| 8/16/04 (Thirteenth Interim) | 4/1/04 through 6/30/04 | $ 49,657.00 | $ 2,608.86 | $ 49,657.00 | $ 2,608.86 |
| 11/15/04 (Fourteenth Interim) | 7/1/04 through 9/30/04 | $ 57,699.00 | $ 4,325.19 | $ 57,699.00 | $ 4,325.19 |
| 2/14/05 (Fifteenth Interim) | 10/1/04 through 12/31/04 | $ 70,965.00 | $ 6,325.46 | $ 70,965.00 | $ 6,325.46 |
| 5/13/05 (Sixteenth Interim) | 1/1/05 through 3/31/05 | $ 74,942.00 | $ 6,554.54 | $74,942.00 | $6,554.54 |
| 8/12/05 (Seventeenth Interim) | 4/1/05 through 6/31/05 | $ 85,015.00 | $ 15,344.73 | $85,015.00 | $15,344.73 |
| 11/15/05 (Eighteenth Interim) | 7/1/05 through 9/30/05 | $ 109,641.50 | $ 9,956.24 | $109,641.50 | $9,956.24 |
| 2/14/06 (Nineteenth Interim) | 10/1/05 through 12/31/05 | $ 108,413.50 | $ 31,219.94 | $108,413.50 | $31,219.94 |
| 5/15/06 (Twentieth Interim) | 1/1/06 through 3/31/06 | $ 92,452.00 | $ 3,156.83 | $92,452.00 | $3,156.83 |
| 8/14/06 (Twenty-first Interim) | 4/1/06 through 6/30/06 | $ 113,396.00 | $ 3,317.10 | $113,396.00 | $3,317.10 |
| 11/14/06 (Twenty-second Interim) | 7/1/06 through 9/30/06 | $140,576.00 | $13,000.72 | $140,576.00 | $13,000.72 |
| 2/15/07 (Twenty-third Interim) | 10/1/06 through 12/31/06 | $ 150,009.00 | $ 21,242.03 | $150,009.00 | $21,242.03 |
| 5/15/07 (Twenty-fourth Interim) | 1/1/07 through 3/31/07 | $ 187,144.50 | $ 24,440.01 | $149,715.60 | $24,440.01 |
| 8/14/07 (Twenty-Fifth Interim) | 4/1/07 through 6/30/07 | $ 185,803.00 | $ 32,629.23 | $185,803.00 | $32,629.23 |
| 11/15/07 (Twenty-Sixth Interim) | 7/1/07 through 9/30/07 | $ 133,826.00 | $ 29,271.75 | $133,826.00 | $29,271.75 |
| 2/15/08 (Twenty-Seventh Interim) | 10/1/07 through 12/31/07 | $ 129,621.00 | $ 19,145.87 | $129,621.00 | $19,145.87 |
| 5/15/08 (Twenty-Eighth Interim) | 1/1/08 through 3/31/08 | $173,741.00 | $35,383.07 | $173,741.00 | $35,383.07 |
| 8/14/08 (Twenty-Ninth Interim) | 4/1/08 through 6/30/08 | $107,278.00 | $9,519.46 | $107,278.00 | $9,519.46 |
| 11/17/08 (Thirtieth Interim) | 7/1/08 through 9/30/08 | $ 67,306.50 | $ 6,221.38 | $67,306.50 | $6,221.38 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2/13/09 (Thirty-First Interim) | 10/1/08 through 12/31/08 | $ 104,970.00 | $ 8,123.36 | $ 104,970.00 | $ 8,123.36 |
| 5/13/09 (Thirty-Second Interim) | 1/1/09 through 3/31/09 | $ 112,640.00 | $ 16,815.39 | $ 112,640.00 | $ 16,815.39 |
| 8/13/09 (Thirty-Third Interim) | 4/1/09 through 6/30/09 | $ 148,695.50 | $ 16,218.71 | $ 148,695.50 | $ 16,218.71 |
| 11/16/09 (Thirty-Fourth Interim) | 7/1/09 through 9/30/09 | $ 189,711.00 | $ 59,538.35 | $ 189,711.00 | $ 59,538.35 |
| 2/12/10 (Thirty-Fifth Interim) | 10/1/09 through 12/31/09 | $ 93,635.50 | $ 15,199.97 | $93,635.50 | $15,199.97 |
| 5/14/10 (Thirty-Sixth Interim) | 1/1/10 through 3/31/10 | $ 61,6850 | $6,976.62 | $ 61,6850 | $6,976.62 |
| 8/13/10 (Thirty-Seventh Interim) | 4/1/10 through 6/30/10 | $ 44,448.00 | $ 4,089.35 | $ 44,448.00 | $ 4,089.35 |
| 11/18/10 (Thirty-Eighth Interim) | 7/1/10 through 9/30/10 | $37,149.00 | $3,301.36 | $37,149.00 | $3,301.36 |
| 2/15/2011 (Thirty-Ninth Interim) | 10/1/10 through 12/31/10 | $32,033.00 | $1,799.77 | $32,033.00 | $1,799.77 |
| 5/15/2011 (Fortieth Interim) | 1/1/11 through 3/31/10 | $54,692.00 | $7,059.74 | $54,692.00 | $7,059.74 |
| 8/16/2011 (Forty-First Interim) | 4/1/11 through 6/30/10 | $44,341.50 | $4,632.79 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR THE PERIOD JULY 1, 2011 TO SEPTEMBER 30, 2011**
**CAMPBELL & LEVINE, LLC-DELAWARE**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Marla R. Eskin (MRE), Member, since 2002 | 0.70 | $415.00 | $315.00 |
| Mark T. Hurford (MTH), Member, since 2006 | 62.70 | $360.00 | $23,512.50 |
| Bernard G. Conaway (BGC), Member, since 2009 | 0.00 | $375.00 | $0.00 |
| Kathleen Campbell Davis (KCD), Member, since 2002 | 4.60 | $340.00 | $1,725.00 |

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Ayesha Chacko (AC), Associate since 2008 | 0.00 | $205.00 | $0.00 |
| Gaurav Patel (PG) Paralegal, since 2011 | 0.00 | $90.00 | $0.00 |
| Katherine L. Hemming (KH) Paralegal, since 2004 | 0.00 | $110.00 | $0.00 |
| Matthew Brushwood (MB), Paralegal, since 2008 | 21.10 | $100.00 | $2,637.50 |
| Santae Boyd (SB), Paralegal, since 2008 | 40.90 | $100.00 | $4,499.00 |
| Freddie Koenig-Leuck (FKL) Legal Assistant, Since 2010 | 5.80 | $85.00 | $493.00 |
| **Total/average** | **135.80** | | **$33,182.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JULY 1, 2011 TO SEPTEMBER 30, 2011**
<u>**CAMPBELL & LEVINE, LLC-PITTSBURGH**</u>

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 2.80 | $475.00 | $1,400.00 |
| David B. Salzman (DBS), Member, since 1981 | 0.00 | $475.00 | $0.00 |
| Stanley Levine (SEL), Member, since 1981 | 0.00 | $475.00 | $0.00 |
| Philip E. Milch (PEM), Member, since 1991 | 5.20 | $415.00 | $2,340.00 |
| Erik Sobkiewicz (ES), Associate since 2001 | 0.00 | $375.00 | $0.00 |
| Fred Rapone (FR), Associate, since 2007 | 0.00 | $300.00 | $0.00 |
| Michelle Kennedy (MK), Paralegal | 1.90 | $135.00 | $285.00 |

| | | | |
|---|---:|---:|---:|
| Shirley A. Brown (SB), Paralegal, since 2007 | 0.00 | $115.00 | $0.00 |
| Joshua A. Tabor, (JAT), Legal Assistant | 0.00 | $85.00 | $0.00 |
| **Total/average** | **9.90** | | **$4,025.00** |
| **Grand Total/average** | **145.70** | | **$37,207.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 7/1/11 through 9/30/11 | Total Fees for the Period 7/1/11 through 9/30/11 |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | $150.00 |
| Asset Disposition | 1 | $262.50 |
| Business Operations | 14 | $5,287.50 |
| Case Administration | 1 | $375.00 |
| Claims Administration and Objections (Asbestos) | 2 | $675.00 |
| Claims Administration and Objections (Non-Asbestos) | 2 | $825.00 |
| Committee Administration | 40 | $11,626.50 |
| Employee Benefits/Pensions | 1 | $187.50 |
| Employment Applications (Applicant) | 1 | $262.50 |
| Employment Applications (Others) | 0 | $0.00 |
| Fee Applications (Applicant) | 11 | $2,449.50 |
| Fee Applications (Others) | 64 | $11,116.00 |
| Financing | 0 | $0.00 |
| Hearings | 3 | $1,087.50 |
| Litigation | 2 | $600.00 |
| Plan and Disclosure Statement | 5 | $2,002.50 |
| Relief from Stay Proceedings | 1 | $300.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |

| | | | |
|---|---|---:|---:|
| Valuation | | 0 | $0.00 |
| ZAI Science Trial | | 0 | $0.00 |
| Retention Issues | | 0 | $0.00 |
| Others | | 0 | $0.00 |
| **Grand totals** | | **145.70** | **$37,207.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Interim Period |
|---|:---:|---:|
| In-House Reproduction ($.10 per page) | | $327.40 |
| Outside Reproduction & Courier Service | Parcels | $3,701.85 |
| Outside Reproduction & Courier Service | IKON | $0 |
| Outside Reproduction & Courier Service | Digital Legal | $0.00 |
| Outside Courier Service | Tri State | $0 |
| Outside Reproduction | Counsel Press | $0 |
| Facsimile | | $0 |
| Travel | | $119 |
| Working Meals | | $0 |
| Long Distance Telephone Calls | AT&T | $0 |
| Postage | | $0.88 |
| Transcript | J&J Transcribers, Inc. | $0.00 |
| Transcript | Wilcox & Fetzer | $0 |
| Transcript | Freedom Reporting, Inc. | $0 |
| Transcript | LegaLink, Inc. | $0 |
| Transcript | Court Reporter | $0 |
| Courtcall | | $0.00 |
| PACER | | $196.56 |
| Research | Westlaw | $0 |
| Overnight Courier | Federal Express | $0 |
| Deposition | Shorter Productions | $0 |
| Filing Fees | U.S. District Court | $0 |
| Document Fees | U.S. Bankruptcy Court | $0 |
| Conference Call | Copper Conferencing | $0.00 |

| Computer Services | PC Networks | $0 |
|---|---|---|
| **Total:** | | **$4,345.79** |

                        CAMPBELL & LEVINE, LLC

                        */s/ Mark T. Hurford*
                        Marla R. Eskin (I.D. #2989)
                        Mark T. Hurford (I.D. #3299)
                        Kathleen Campbell Davis (I.D. #4229)
                        800 North King Street, Suite 300
                        Wilmington, DE  19899
                        (302) 426-1900

                        *Delaware and Associated Counsel for the*
                        *Official Committee of Asbestos Personal Injury*
                        *Claimants*

Dated: November 14, 2011