**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                     08/31/2011
Wilmington  DE                                      ACCOUNT NO:        3000-01D
                                                    STATEMENT NO:              89

Asset Analysis and Recovery

PREVIOUS BALANCE                                                        $150.00

BALANCE DUE                                                            $150.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:              123 |

Asset Disposition


PREVIOUS BALANCE                                                    $74.80

BALANCE DUE                                                          $74.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011
ACCOUNT NO:     3000-03D
STATEMENT NO:          110

Business Operations

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $3,892.50 |
| 08/16/2011 | | | | |
| MTH | Correspondence and communications re destruction of evaluation materials; reviewing and addressing issues re same | | 3.40 | 1,275.00 |
| 08/17/2011 | | | | |
| MTH | Review correspondence from JB re document destruction | | 0.10 | 37.50 |
| 08/25/2011 | | | | |
| MTH | Review correspondence from RH re conference call | | 0.10 | 37.50 |
| 08/26/2011 | | | | |
| MTH | Participating in conference call with Debtor representatives | | 0.80 | 300.00 |
| MTH | Telephone conference with R. Wyron re conference call | | 0.30 | 112.50 |
| MTH | Reviewing materials from R. Higgins re conference call | | 0.40 | 150.00 |
| 08/31/2011 | | | | |
| MTH | Begin reviewing correspondence and documents re Grace strategic plan | | 0.50 | 187.50 |
| | FOR CURRENT SERVICES RENDERED | | 5.60 | 2,100.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.60 | $375.00 | $2,100.00 |

TOTAL CURRENT WORK                                                            2,100.00

BALANCE DUE                                                                      $5,992.50

W.R. Grace

Business Operations

Page: 2
08/31/2011
ACCOUNT NO:        3000-03D
STATEMENT NO:            110

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    123 |

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,328.77 |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 08/04/2011 |  |  |  |  |  |
| | MTH | Multiple correspondence to and from DF re research and review; reviewing information re same. | | 0.80 | 300.00 |
| | | FOR CURRENT SERVICES RENDERED | | 0.80 | 300.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $375.00 | $300.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 300.00 |

| | |
|---|---|
| BALANCE DUE | $1,628.77 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011
ACCOUNT NO:    3000-05D
STATEMENT NO:    123

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $2,969.60 |
| | | | HOURS | |
| 08/25/2011 | | | | |
| MTH | Review correspondence from DF re pending matters and response to same | | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 75.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $375.00 | $75.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 75.00 |
| BALANCE DUE | | $3,044.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011
ACCOUNT NO:        3000-06D
STATEMENT NO:             123

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                        -$291.30

CREDIT BALANCE                                                                          -$291.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
08/31/2011

| | |
|---|---|
| ACCOUNT NO: | 3000-07D |
| STATEMENT NO: | 123 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $12,294.04 |
| 08/01/2011 | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 08/02/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Reviewing correspondence from claimant representative re 2019's; correspondence re same; discussion with SC re same | 0.20 | 75.00 |
| 08/03/2011 | | | | |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 08/04/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 08/05/2011 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 08/08/2011 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| 08/09/2011 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| 08/10/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| 08/11/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
|  | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| 08/12/2011 |  |  |  |  |
|  | KCD | Review weekly memos; e-mails re: same | 0.30 | 112.50 |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| 08/15/2011 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 15.00 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | SMB | Prepare Pro Hac Motion for Peter Lockwood re: District Court | 0.20 | 22.00 |
|  | MTH | Reviewing daily memos for the week of August 8 | 0.30 | 112.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 08/16/2011 |  |  |  |  |
|  | MK | Telephone call w/MTH re: file organization matters. | 0.70 | 105.00 |
|  | FKL | Review recently filed pleadings and electronic filing notices: draft and distribute Daily Memo | 0.10 | 8.50 |
|  | PEM | Review memo re: pleading filed. | 0.10 | 45.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 08/17/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 08/18/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | PEM | Review memo re: pleading filed. | 0.10 | 45.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| **08/19/2011** | | | | |
| | PEM | Review weekly recommendation memorandum. | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 300.00 |
| | MTH | Telephone conference with asbestos personal injury claimant re case status | 0.20 | 75.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **08/21/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.10 | 50.00 |
| **08/22/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **08/23/2011** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **08/24/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **08/25/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Reviewing correspondence from PVNL re signed pro hac; reviewing and signing same; reviewing and signing correspondence to Judge Buckwalter re same | 0.30 | 112.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Prepare and file Motion for Admission Pro Hac Vice of Peter Lockwood in District Court case; e-mail confirmation of same | 0.30 | 33.00 |
| | SMB | Prepare correspondence to Judge Buckwalter re: courtesy copy of Pro Hac Motion of Peter Lockwood | 0.10 | 11.00 |
| **08/26/2011** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| | PEM | Review weekly recommendation memorandum | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 44.00 |

Page: 4
W.R. Grace                                                                              08/31/2011
                                                    ACCOUNT NO:        3000-07D
                                                    STATEMENT NO:           123

Committee, Creditors, Noteholders, Equity Holders

|       |                                                                                              | HOURS |          |
|-------|----------------------------------------------------------------------------------------------|-------|----------|
| MTH   | Prepare weekly recommendation memo; reviewing correspondence from SB to Committee re same    | 0.90  | 337.50   |
| MTH   | Review daily memo                                                                            | 0.10  | 37.50    |
| **08/27/2011** | | | |
| DAC   | Review counsel's weekly memo                                                                 | 0.20  | 100.00   |
| **08/29/2011** | | | |
| FKL   | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH   | Review daily memo                                                                            | 0.10  | 37.50    |
| **08/30/2011** | | | |
| FKL   | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| PEM   | Review memo re: pleadings filed                                                              | 0.10  | 45.00    |
| MTH   | Review daily memo                                                                            | 0.10  | 37.50    |
| **08/31/2011** | | | |
| FKL   | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH   | Review daily memo                                                                            | 0.10  | 37.50    |
| SMB   | Review, retrieve, and distribute recently filed pleadings                                    | 0.20  | 22.00    |
|       | FOR CURRENT SERVICES RENDERED                                                                | 12.00 | 3,234.00 |

RECAPITULATION

| TIMEKEEPER              | HOURS | HOURLY RATE | TOTAL     |
|-------------------------|-------|-------------|-----------|
| Douglas A. Campbell     | 0.70  | $500.00     | $350.00   |
| Philip E. Milch         | 1.30  | 450.00      | 585.00    |
| Michele Kennedy         | 1.00  | 150.00      | 150.00    |
| Santae M. Boyd          | 2.00  | 110.00      | 220.00    |
| Mark T. Hurford         | 4.30  | 375.00      | 1,612.50  |
| Kathleen Campbell Davis  | 0.30  | 375.00      | 112.50    |
| Freddie Koenig-Leuck    | 2.40  | 85.00       | 204.00    |

TOTAL CURRENT WORK                                                                     3,234.00

BALANCE DUE                                                                            $15,528.04

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011
ACCOUNT NO:      3000-08D
STATEMENT NO:           122

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                     -$763.90

HOURS

08/04/2011
    MTH        Review correspondence from DF re Orders previously entered; review re
               same and correspondence to DF re same                              0.50            187.50
               FOR CURRENT SERVICES RENDERED                                       0.50            187.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 0.50 | $375.00 | $187.50 |

TOTAL CURRENT WORK                                                                                    187.50

CREDIT BALANCE                                                                                       -$576.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2011

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-10D
STATEMENT NO:              123

Employment Applications, Others

PREVIOUS BALANCE                                                                              $881.70

BALANCE DUE                                                                                        $881.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
08/31/2011

ACCOUNT NO:        3000-11D
STATEMENT NO:              121

Expenses

PREVIOUS BALANCE                                                                         $6,719.75

| | | |
|---|---|---:|
| 06/28/2011 | MTH parking for hearing in Philadelphia re: confirmation appeals | 17.00 |
| 06/29/2011 | MTH parking for hearing in Philadelphia re: confirmation appeals | 17.00 |
| 06/29/2011 | MTH mileage reimbursement for driving to Philadelphia hearing re: confirmation appeals | 85.10 |
| 08/01/2011 | Scanning - July | 3.30 |
| 08/01/2011 | Copying - July | 2.20 |
| 08/01/2011 | Printing - July | 68.90 |
| 08/01/2011 | Parcels - copy/service - Fee Applications (2) | |
| 08/01/2011 | Parcels - hand delivery - Fee Applications | 45.00 |
| 08/01/2011 | Pacer charges for the month of July | 42.56 |
| 08/02/2011 | Parcels - copy/service - Fee Applications (4) (7/27/11) | 71.06 |
| 08/02/2011 | Parcels - copy/service - Fee Application | 102.62 |
| 08/02/2011 | Parcels - hand delivery - Fee Application | 45.00 |
| 08/11/2011 | Parcels - copy/service - (13) Bankruptcy Court copies | 30.60 |
| 08/15/2011 | Parcels - copy/service - Fee Applications | 911.79 |
| 08/15/2011 | Parcels - copy/service - Fee Applications | 965.26 |
| 08/25/2011 | Parcels - copy/service - (4) Certificate of No Objection | 50.82 |
| 08/25/2011 | Parcels - hand delivery - Pro Hac to District Court with return receipt | 15.00 |
| 08/25/2011 | Postage - Pro Hac Motion - Peter Lockwood | 0.88 |
| 08/31/2011 | Photocopying - August, 2011 | 0.40 |
| | TOTAL EXPENSES | 2,474.49 |
| | TOTAL CURRENT WORK | 2,474.49 |
| | BALANCE DUE | $9,194.24 |

Page: 2

W.R. Grace

08/31/2011

ACCOUNT NO:      3000-11D

STATEMENT NO:          121

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington DE | ACCOUNT NO:  3000-12D |
|  | STATEMENT NO:        121 |

Fee Applications, Applicant

PREVIOUS BALANCE                                                                   $3,499.30

|  |  | HOURS |  |
|---|---|---|---|
| **08/01/2011** | | | |
| MTH | Reviewing finalized C&L June Monthly Fee Application for filing and service | 0.20 | 75.00 |
| MB | Finalize and e-file C&L June fee application | 0.40 | 50.00 |
| MTH | Review correspondence from TBB re Saul Ewing and Kramer Levin fee applications | 0.10 | 37.50 |
| **08/02/2011** | | | |
| PEM | Review July prebill for Pgh time | 0.10 | 45.00 |
| **08/04/2011** | | | |
| MTH | Review correspondence from KH re Scarfone fee application | 0.10 | 37.50 |
| **08/05/2011** | | | |
| MTH | Reviewing pre-bill | 0.60 | 225.00 |
| **08/15/2011** | | | |
| MTH | Reviewing C&L Interim Fee Application for filing | 0.30 | 112.50 |
| MB | Prepare C&L April to June 2011 interim fee application (.7); Finalize and e-file application (.4) | 1.10 | 137.50 |
| **08/25/2011** | | | |
| MTH | Reviewing docket and reviewing and signing CNO for C&L fee application | 0.20 | 75.00 |
| MB | Review docket, draft and file certificate of no objection for Campbell & Levine June 2011 fee application | 0.30 | 37.50 |
| **08/30/2011** | | | |
| MB | Review email from DS re: July bill(.1); Prepare C&L July fee application (.4) | 0.50 | 62.50 |

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:           121

Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/31/2011 |  |  |  |  |
| MB | Finalize and e-file C&L application |  | 0.40 | 50.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 4.30 | 945.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $450.00 | $45.00 |
| Matthew Brushwood | 2.70 | 125.00 | 337.50 |
| Mark T. Hurford | 1.50 | 375.00 | 562.50 |

TOTAL CURRENT WORK                                                945.00

BALANCE DUE                                                    $4,444.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

08/31/2011

ACCOUNT NO:        3000-13D
STATEMENT NO:            108

Fee Applications, Others

PREVIOUS BALANCE                                                                                      $12,765.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/2011 | | | | |
| | MTH | Reviewing finalized AKO June Monthly Fee Application for service and filing | 0.20 | 75.00 |
| | KCD | Discussion with MTH re: redaction of confidential time entries | 0.10 | 37.50 |
| | MTH | Reviewing C&D June Fee Application and related time entries; telephone conference with R. Tobin re June fee application; telephone conference with PVNL re same; additional discussion with R. Tobin re June fee application; correspondence to R. Tobin and PVNL re same | 0.70 | 262.50 |
| | MB | Review email from G. Sinclair re: June bill(.1); Prepare Charter Oak June fee application (.5); Finalize and e-file application (.4) | 1.00 | 125.00 |
| | MB | Finalize and e-file AKO June fee application | 0.40 | 50.00 |
| | MTH | Reviewing C&D fee application; discussion with RT re same; discussion with PVNL re same; correspondence to RT re same | 0.70 | 262.50 |
| 08/02/2011 | | | | |
| | MB | Review email from E. Benetos re: C&D June fee application (.1); Update C&D June fee application (.3); Finalize and e-file application (.4) | 0.80 | 100.00 |
| | MTH | Review correspondence from MS re K&E fee application for June | 0.10 | 37.50 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from EB re C&D fee application | 0.20 | 75.00 |
| 08/03/2011 | | | | |
| | MB | Review and respond to e-mail from A. Peltine re: June fee application | 0.20 | 25.00 |
| 08/05/2011 | | | | |
| | MB | Update fee application tracking chart with previously filed applications and CNO's | 0.30 | 37.50 |
| | MTH | Review correspondence from JB re Blackstone fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from KH (x3) re various fee applications | 0.20 | 75.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |

Page: 2
W.R. Grace                                                              08/31/2011
                                                    ACCOUNT NO:        3000-13D
                                                    STATEMENT NO:           108

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review May 2011 application of Capstone Advisory Group, LLC (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Casner & Edwards LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Alan B. Rich, Esq. (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Seitz Van Ogtrop & Green, P.A. (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Alexander M. Sanders, Jr. (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Saul Ewing LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2010 through March 2011 application of Deloitte Tax LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Kirkland & Ellis LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of Casner & Edwards LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Scarfone Hawkins LLP (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Ferry Joseph & Pearce, P.A. (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of Baer Higgins Fruchtman LLC (.1); prepare weekly recommendation memorandum | 0.20 | 22.00 |
| 08/12/2011 | | | | |
| | SMB | Review April through June 2011 application of Reed Smith LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Pricewaterhousecoopers LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of Duane Morris LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Duane Morris LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review March 2011 application of David T. Austern (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of David T. Austern (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of David T. Austern (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of David T. Austern (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of Saul Ewing LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| SMB | Review June 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of The Hogan Firm (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Scarfone Hawkins (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April though June 2011 application of Lauzon Belanger Lesperance (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June application of Alan B. Rich, Esquire (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Alexander M. Sanders, Jr. (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Foley Hoag LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Blackstone Advisory Partners LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of R. Karl Hill (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review May 2011 application of Day Pitney LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Warren H. Smith & Associates, P.C. (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Holme Roberts & Owen LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Nelson Mullins Riley & Scarborough LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); Update Weekly Recommendation Memo (.1) | 0.20 | 22.00 |
| 08/15/2011 | | | |
| MTH | Reviewing C&D Interim Fee Application for filing | 0.20 | 75.00 |
| MTH | Reviewing AKO Interim Fee Application for filing | 0.20 | 75.00 |
| MB | Review email from E. Benetos re: C&D April to June 2011 interim fee application (.1); Update C&D interim fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
| MB | Review email from A. Peltine re: AKO April to June 2011 interim fee application (.1); Update AKO interim fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
| MB | Prepare Charter Oak April to June 2011 interim fee application (.6); Finalize and e-file application (.4) | 1.00 | 125.00 |
| MTH | Review correspondence from YS re Quarterly fee application of PWC | 0.10 | 37.50 |
| 08/16/2011 | | | |
| MTH | Review correspondence from DKW re fee application for Pachulski Stang | 0.10 | 37.50 |
| MTH | Review correspondence from AP re AKO fee application | 0.10 | 37.50 |

Page: 4
08/31/2011
ACCOUNT NO:        3000-13D
STATEMENT NO:            108

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **08/18/2011** |  |  |  |  |
|  | MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 37.50 |
|  |  |  |  |  |
| **08/19/2011** |  |  |  |  |
|  | MTH | Review correspondence from DF (x 4) re fee applications and CNOs for FCR and representatives | 0.30 | 112.50 |
|  | SMB | Review July 2011 application of Schiff Hardin LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April 2010 application of Venable LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review May 2010 application of Venable LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Ferry Joseph & Pearce, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of David T. Austern (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Lincoln Partners Advisors LLC (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2011 application of David T. Austern (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review  June 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Pricewaterhousecoopers LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Warren H. Smith & Associates P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2011 application of Woodcock & Washburn LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Bilzin Sumberg Baena Price & Axelrod LP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  |  |  |  |  |
| **08/22/2011** |  |  |  |  |
|  | MTH | Review correspondence from JB re Norton Rose fee application | 0.10 | 37.50 |
|  |  |  |  |  |
| **08/24/2011** |  |  |  |  |
|  | MB | E-mail to professionals re: June 2011 application certificates of no objection | 0.10 | 12.50 |
|  | MTH | Review correspondence from TBB re CNO | 0.10 | 37.50 |

Page: 5
08/31/2011
ACCOUNT NO:    3000-13D
STATEMENT NO:    108

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/25/2011 | | | | |
| | MTH | Reviewing docket and reviewing and signing CNO for C&D fee application | 0.20 | 75.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Charter Oak fee application | 0.20 | 75.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for AKO fee application | 0.20 | 75.00 |
| | MB | Review docket, draft and file certificate of no objection for Caplin & Drysdale June 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Anderson Kill and Olick June 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Charter Oak June 2011 fee application | 0.30 | 37.50 |
| 08/26/2011 | | | | |
| | SMB | Review January through March 2011 application of Woodcock & Washburn LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Norton Rose OR LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from WWW re reply brief | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re Kramer Levin CNO | 0.10 | 37.50 |
| 08/30/2011 | | | | |
| | MB | Review email from E. Benetos re: C&D July fee application (.1); Update C&D July fee application (.3) | 0.40 | 50.00 |
| | MB | Review email from G. Sinclair re: July bill(.1); Prepare Charter Oak July fee application (.5) | 0.60 | 75.00 |
| | MB | Review email from A. Peltine re: AKO July fee application (.1); Update AKO July fee application (.3) | 0.40 | 50.00 |
| | MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 37.50 |
| 08/31/2011 | | | | |
| | MB | Finalize and e-file C&D application | 0.40 | 50.00 |
| | MB | Finalize and e-file AKO application | 0.40 | 50.00 |
| | MB | Finalize and e-file Charter Oak application | 0.40 | 50.00 |
| | MTH | Reviewing correspondence (x3) from K. Harvey re fee applications | 0.20 | 75.00 |
| | MTH | Reviewing AKO fee application for July | 0.20 | 75.00 |
| | MTH | Reviewing Charter Oak July fee application | 0.20 | 75.00 |
| | MTH | Reviewing C&D July fee application | 0.20 | 75.00 |
| | | FOR CURRENT SERVICES RENDERED | 25.20 | 4,333.50 |

Page: 6
08/31/2011
ACCOUNT NO:          3000-13D
STATEMENT NO:                108

W.R. Grace

Fee Applications, Others

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 11.10 | $110.00 | $1,221.00 |
| Matthew Brushwood | 8.70 | 125.00 | 1,087.50 |
| Mark T. Hurford | 5.30 | 375.00 | 1,987.50 |
| Kathleen Campbell Davis | 0.10 | 375.00 | 37.50 |

TOTAL CURRENT WORK                                              4,333.50

BALANCE DUE                                              $17,099.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              08/31/2011
Wilmington  DE                                ACCOUNT NO:        3000-14D
                                              STATEMENT NO:              82

Financing

PREVIOUS BALANCE                                                    $30.00

BALANCE DUE                                                         $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
|  | STATEMENT NO:    123 |

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $10,427.45 |

| 08/17/2011 | | | | |
|---|---|---|---|---|
| MTH | Reviewing preliminary agenda and correspondence re same | | 0.30 | 112.50 |
| MTH | Reviewing and revising pro hac Motion for PVNL for CNA appeal and correspondence to PVNL re same | | 0.20 | 75.00 |
| 08/18/2011 | | | | |
| MTH | Reviewing Notice of Agenda and correspondence to PVNL, RH re same | | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 262.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $375.00 | $262.50 |

TOTAL CURRENT WORK                 262.50

BALANCE DUE                 $10,689.95

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              08/31/2011
Wilmington  DE                                    ACCOUNT NO:        3000-16D
                                                  STATEMENT NO:            108

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                   -$1,980.00

CREDIT BALANCE                                                     -$1,980.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                        08/31/2011
Wilmington  DE                                ACCOUNT NO:        3000-17D
                                              STATEMENT NO:           108

Plan and Disclosure Statement

|  |  | PREVIOUS BALANCE | | $12,453.90 |
|---|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| 08/03/2011 | | | | |
| | MTH | Review correspondence from DF re Order entered; reviewing information re same; reviewing correspondence from SC re same; correspondence to DF re same | 0.30 | 112.50 |
| 08/26/2011 | | | | |
| | MTH | Reviewing brief on Libby Appeal and multiple correspondence and communications re same | 1.50 | 562.50 |
| 08/29/2011 | | | | |
| | MTH | Correspondence re Debtors' conference call | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.10 | 787.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.10 | $375.00 | $787.50 |

|  | TOTAL CURRENT WORK | 787.50 |
|---|---|---|
|  | BALANCE DUE | $13,241.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:              108 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                     -$212.70

CREDIT BALANCE                                                                          -$212.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    08/31/2011
Wilmington  DE                                        ACCOUNT NO:      3000-20D
                                                      STATEMENT NO:          107

Tax Litigation

PREVIOUS BALANCE                                                         $468.80

BALANCE DUE                                                             $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011
ACCOUNT NO:        3000-21D
STATEMENT NO:              99

Travel-Non-Working

PREVIOUS BALANCE                                                                      $937.50

BALANCE DUE                                                                           $937.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 08/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
| | STATEMENT NO:              112 |

Valuation


PREVIOUS BALANCE                                                                    $1,185.00


BALANCE DUE                                                                         $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          08/31/2011
Wilmington  DE                              ACCOUNT NO:        3000-23D
                                            STATEMENT NO:              112

ZAI Science Trial

PREVIOUS BALANCE                                                $1,203.30

BALANCE DUE                                                     $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2011

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-02 Asset Disposition | | | | | |
| 74.80 | 0.00 | 0.00 | 0.00 | 0.00 | $74.80 |
| 3000-03 Business Operations | | | | | |
| 3,892.50 | 2,100.00 | 0.00 | 0.00 | 0.00 | $5,992.50 |
| 3000-04 Case Administration | | | | | |
| 1,328.77 | 300.00 | 0.00 | 0.00 | 0.00 | $1,628.77 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,969.60 | 75.00 | 0.00 | 0.00 | 0.00 | $3,044.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -291.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$291.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,294.04 | 3,234.00 | 0.00 | 0.00 | 0.00 | $15,528.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -763.90 | 187.50 | 0.00 | 0.00 | 0.00 | -$576.40 |
| 3000-10 Employment Applications, Others | | | | | |
| 881.70 | 0.00 | 0.00 | 0.00 | 0.00 | $881.70 |
| 3000-11 Expenses | | | | | |
| 6,719.75 | 0.00 | 2,474.49 | 0.00 | 0.00 | $9,194.24 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,499.30 | 945.00 | 0.00 | 0.00 | 0.00 | $4,444.30 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,765.90 | 4,333.50 | 0.00 | 0.00 | 0.00 | $17,099.40 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 10,427.45 | 262.50 | 0.00 | 0.00 | 0.00 | $10,689.95 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$1,980.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 12,453.90 | 787.50 | 0.00 | 0.00 | 0.00 | $13,241.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -212.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$212.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 937.50 | 0.00 | 0.00 | 0.00 | 0.00 | $937.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 68,034.41 | 12,225.00 | 2,474.49 | 0.00 | 0.00 | $82,733.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.