**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                  09/30/2011
Wilmington  DE                                    ACCOUNT NO:        3000-01D
                                                  STATEMENT NO:              90

Asset Analysis and Recovery

PREVIOUS BALANCE                                                        $150.00

BALANCE DUE                                                             $150.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 09/30/2011 |
|  | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:      124 |

Asset Disposition

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $74.80 |
| 09/14/2011 | | | |
| MTH | Review correspondence from RH re project plate | 0.50 | 187.50 |
| 09/19/2011 | | | |
| MTH | Review correspondence from JB re Project plate | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 0.60 | 225.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $375.00 | $225.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 225.00 |
| BALANCE DUE | $299.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:    111 |

Business Operations

|  |  |
|---|---|
| PREVIOUS BALANCE | $5,992.50 |

| Date | Timekeeper | Description | HOURS | Amount |
|---|---|---|---|---|
| 09/02/2011 | | | | |
| | MTH | Review correspondence from JS re information re strategic plan | 0.30 | 112.50 |
| 09/06/2011 | | | | |
| | MTH | Telephone conference with Debtors and various professionals re strategic plan; Telephone conference with J. Sinclair re same; Telephone conference with D. Felder re same; begin drafting correspondence to PVNL re same | 1.60 | 600.00 |
| | MTH | Correspondence to and from DF re conference call | 0.10 | 37.50 |
| 09/07/2011 | | | | |
| | MTH | Review correspondence from RH re conference call | 0.10 | 37.50 |
| 09/08/2011 | | | | |
| | MTH | Telephone conference with PVNL re strategic plan | 0.30 | 112.50 |
| 09/09/2011 | | | | |
| | MTH | Conference call re strategic plan | 0.50 | 187.50 |
| 09/12/2011 | | | | |
| | MTH | Review correspondence from RH re program | 0.10 | 37.50 |
| | MTH | Reviewing CNO re Destruction Motion | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 3.10 | 1,162.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.10 | $375.00 | $1,162.50 |

Page: 2
09/30/2011

W.R. Grace

ACCOUNT NO:        3000-03D
STATEMENT NO:              111

Business Operations

| | | |
|---|---|---:|
| | TOTAL CURRENT WORK | 1,162.50 |
| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -1,410.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -30.00 |
| | TOTAL PAYMENTS | -1,440.00 |
| | BALANCE DUE | $5,715.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011

ACCOUNT NO:    3000-04D
STATEMENT NO:          124

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,628.77 |
| 09/22/2011 | | | | |
| MTH | Reviewing correspondence from claimant to Court re case status and response to same | | 0.10 | 37.50 |
| 09/27/2011 | | | | |
| MTH | Multiple correspondence to SC re service lists; discussion re same | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 75.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $375.00 | $75.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 75.00 |

| | | |
|---|---|---|
| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -20.00 |
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -252.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -330.50 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -63.00 |
| | TOTAL PAYMENTS | -665.50 |
| | BALANCE DUE | $1,038.27 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:        3000-05D
STATEMENT NO:              124

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $3,044.60 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -18.00 |
| | BALANCE DUE | $3,026.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-06D |
|  | STATEMENT NO:          124 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | -$291.30 |
|  |  | HOURS |  |
| 09/06/2011 |  |  |  |
| MTH | Correspondence and communications with lead counsel and JS re Grace project | 0.50 | 187.50 |
| 09/09/2011 |  |  |  |
| MTH | Reviewing various documents re Grace strategic plan | 1.50 | 562.50 |
|  | FOR CURRENT SERVICES RENDERED | 2.00 | 750.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.00 | $375.00 | $750.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 750.00 |
| BALANCE DUE | $458.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
</table>

W.R. Grace
Wilmington DE

Page: 1
09/30/2011

ACCOUNT NO:    3000-07D
STATEMENT NO:    124

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                        $15,528.04

| | | HOURS | |
|---|---|---|---|
| **09/01/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| SMB | Prepare and file 2019 of Cooney & Conway; e-mail confirmation of same | 0.30 | 33.00 |
| SMB | Review, review and distribute Order entering Pro Hac Motion of Peter Lockwood | 0.10 | 11.00 |
| **09/02/2011** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| PEM | Review weekly recommendation memorandum re; pending motions and matters. | 0.10 | 45.00 |
| FKL | Review recently filed pleadings and electronic filing notice; draft and distribute Daily Memo | 0.30 | 25.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence review of motion SC to Committee re same | 0.80 | 300.00 |
| **09/06/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **09/07/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 37.50 |

Page: 2
09/30/2011
ACCOUNT NO:      3000-07D
STATEMENT NO:      124

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| **09/08/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **09/09/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Telephone conference re case status and pending matters | 0.40 | 150.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | DAC | Review counsel's memo | 0.20 | 100.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| **09/12/2011** | | | | |
| | MTH | Telephone conference with J. Renebaum re status of case | 0.30 | 112.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **09/13/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | SMB | Prepare and file Verified Statement Pursuant to Fed.R.Bankr.P. 2019 of Edward O. Moody | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **09/14/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **09/15/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo for 9/15 | 0.10 | 37.50 |
| | MTH | Review daily memo for 9/14 | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **09/16/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memo | 0.60 | 225.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
|  | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| 09/19/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | MB | Update weekly memo e-mail distribution list | 0.10 | 12.50 |
|  | MTH | Emails re Committee correspondence and distributions | 0.10 | 37.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 09/20/2011 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 09/21/2011 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | SMB | Coordinate logistics for hearing on September 26, 2011 at 9:00 a.m.; e-mail confirmation of same to Peter Lockwood | 0.30 | 33.00 |
|  | SMB | Coordinate logistics for hearing on September 26, 2011 at 9:00 a.m.; e-mail confirmation of same to Mark Hurford | 0.30 | 33.00 |
| 09/22/2011 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
|  | FKL | Review recently filed pleadings and  electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
| 09/23/2011 |  |  |  |  |
|  | PEM | Review weekly recommendation memo re: pending motions and matters | 0.10 | 45.00 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | MTH | Review daily memo | 0.10 | 37.50 |
|  | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 1.00 | 375.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
|  | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| 09/26/2011 |  |  |  |  |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and |  |  |

Page: 4
09/30/2011

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              124

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | | distribute Daily Memo | 0.10 | 8.50 |
| MTH | | Review daily memo | 0.10 | 37.50 |
| | | | | |
| **09/27/2011** | | | | |
| PEM | | Review memo re: pleadings filed. | 0.10 | 45.00 |
| FKL | | Review recently filed pleadings and electronic filing notices; draft and | | |
| | | distribute Daily Memo | 0.10 | 8.50 |
| MTH | | Review daily memo | 0.10 | 37.50 |
| | | | | |
| **09/28/2011** | | | | |
| FKL | | Review recently filed pleadings and electronic filing notices; draft and | | |
| | | distribute Daily Memo | 0.20 | 17.00 |
| SMB | | Review several notice of change of addresses filed; update 2002 service | | |
| | | list accordingly | 0.10 | 11.00 |
| | | | | |
| **09/29/2011** | | | | |
| MTH | | Review daily memo | 0.10 | 37.50 |
| FKL | | Review recently filed pleadings and electronic filing notices; draft and | | |
| | | distribute Daily Memo | 0.20 | 17.00 |
| | | | | |
| **09/30/2011** | | | | |
| MK | | Review committee events calendar. | 0.10 | 15.00 |
| MTH | | Review daily memo for 9/30 | 0.10 | 37.50 |
| MTH | | Review daily memo for 9/29 | 0.10 | 37.50 |
| MTH | | Review daily memo for 9/28 | 0.10 | 37.50 |
| MTH | | Prepare weekly recommendation memos | 1.00 | 375.00 |
| DAC | | Review counsel's weekly memorandum | 0.20 | 100.00 |
| SMB | | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | | Review correspondence from SC to Committee re weekly | | |
| | | recommendation memo | 0.10 | 37.50 |
| FKL | | Review recently filed pleadings and electronic filing notices; draft and | | |
| | | distribute Daily Memo | 0.30 | 25.50 |
| | | FOR CURRENT SERVICES RENDERED | 15.20 | 4,023.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $500.00 | $500.00 |
| Philip E. Milch | 0.90 | 450.00 | 405.00 |
| Michele Kennedy | 0.40 | 150.00 | 60.00 |
| Santae M. Boyd | 2.90 | 110.00 | 319.00 |
| Matthew Brushwood | 0.10 | 125.00 | 12.50 |
| Mark T. Hurford | 6.50 | 375.00 | 2,437.50 |
| Freddie Koenig-Leuck | 3.40 | 85.00 | 289.00 |

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:             124

Committee, Creditors, Noteholders, Equity Holders


TOTAL CURRENT WORK                                                        4,023.00


| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -3,446.00 |
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -1,956.80 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -992.80 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -928.70 |
| | TOTAL PAYMENTS | -7,324.30 |
| | BALANCE DUE | $12,226.74 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  | |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-08D |
| | STATEMENT NO:              123 |

Employee Benefits/Pension

| | PREVIOUS BALANCE | -$576.40 |
|---|---|---|

| | | |
|---|---|---|
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -60.00 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -82.50 |
| | TOTAL PAYMENTS | -142.50 |
| | CREDIT BALANCE | -$718.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:      3000-09D
STATEMENT NO:            55

Employee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/08/2011 |  |  |  |  |
|  | MTH | Reviewing CNO for C&L fee application; reviewing docket re same | 0.20 | 75.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 0.20 | 75.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $375.00 | $75.00 |

TOTAL CURRENT WORK                                                75.00


BALANCE DUE                                                        $75.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
09/30/2011

W.R. Grace
Wilmington  DE                                          ACCOUNT NO:        3000-10D
                                                        STATEMENT NO:           124

Employment Applications, Others

PREVIOUS BALANCE                                                      $881.70

BALANCE DUE                                                          $881.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-11D |
|  | STATEMENT NO:              122 |

Expenses

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $9,194.24 |

| Date | Description | Amount |
|---|---|---|
| 09/01/2011 | Copying/Printing - August | 99.00 |
| 09/01/2011 | Scanning - August | 0.20 |
| 09/01/2011 | Parcels - hand delivery - Fee Applications (8/31/11) | 40.00 |
| 09/01/2011 | Parcels - copy/service - Fee Applications (8/31/11) | 223.48 |
| 09/08/2011 | Parcels - copy/service - (4) Certificates of No Objection | 39.38 |
| 09/22/2011 | Parcels - copy/service - Certificates of No Objection | 43.78 |
| 09/22/2011 | Parcels - copy/service - Certificates of No Objection | 40.00 |
| 09/29/2011 | Parcels - copy/service - Fee Applications | 206.14 |
| 09/30/2011 | Printing - September | 50.00 |
| 09/30/2011 | Scanning - September | 3.30 |
|  | TOTAL EXPENSES | 745.28 |
|  | TOTAL CURRENT WORK | 745.28 |

| Date | Description | Amount |
|---|---|---|
| 09/02/2011 | Payment - Thank you. (June, 2011 - 100% Expenses) | -583.84 |
| 09/09/2011 | Payment - Thank you. (May, 2011 - 100% Expenses) | -3,190.46 |
|  | TOTAL PAYMENTS | -3,774.30 |
|  | BALANCE DUE | $6,165.22 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
| | STATEMENT NO:    122 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| **PREVIOUS BALANCE** | | | $4,444.30 |
| **09/02/2011** | | | |
| PEM | Review August prebill for Pgh time | 0.10 | 45.00 |
| **09/08/2011** | | | |
| MB | Review docket, prepare, finalize and efile C&L certificate of no objection for April through June 2011 interim application | 0.40 | 50.00 |
| **09/09/2011** | | | |
| MTH | Reviewing pre-bill | 0.50 | 187.50 |
| **09/22/2011** | | | |
| MB | Prepare C&L CNO for July 2011 fee application | 0.30 | 37.50 |
| SMB | Finalize and address filing and service of CNO of Campbell & Levine, LLC July Fee Application | 0.20 | 22.00 |
| MTH | Reviewing docket; reviewing CNO for filing and service | 0.20 | 75.00 |
| **09/23/2011** | | | |
| MTH | Review correspondence from D.M. re fee application | 0.10 | 37.50 |
| **09/28/2011** | | | |
| MB | Review email from DS re: August bill(.1); Prepare C&L August fee application (.4) | 0.50 | 62.50 |
| **09/29/2011** | | | |
| MTH | Reviewing C&L fee application for filing and service | 0.30 | 112.50 |
| MB | Finalize and e-file application C&L August 2011 fee application (.4) | 0.40 | 50.00 |
| | FOR CURRENT SERVICES RENDERED | 3.00 | 679.50 |

Page: 2

W.R. Grace

09/30/2011

ACCOUNT NO:    3000-12D

STATEMENT NO:    122

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $450.00 | $45.00 |
| Santae M. Boyd | 0.20 | 110.00 | 22.00 |
| Matthew Brushwood | 1.60 | 125.00 | 200.00 |
| Mark T. Hurford | 1.10 | 375.00 | 412.50 |
| TOTAL CURRENT WORK | | | 679.50 |

| | | |
|---|---|---|
| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -390.00 |
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -616.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -275.50 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -157.50 |
| | TOTAL PAYMENTS | -1,439.00 |
| | BALANCE DUE | $3,684.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                   09/30/2011
Wilmington  DE                                                ACCOUNT NO:        3000-13D
                                                             STATEMENT NO:              109

Fee Applications, Others

|  | PREVIOUS BALANCE | | $17,099.40 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/2011 |  |  |  |  |
|  | MTH | Review correspondence from DF re Austern CNOs (four) | 0.10 | 37.50 |
|  | MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |
| 09/02/2011 |  |  |  |  |
|  | SMB | Review July 2011 application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Baer Higgins Fruchtman LLC (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of David T. Austern (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Ferry Joseph & Peace P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Stroock Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Casner & Edwards LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of The Hogan Firm (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Lauzon Belanger Lesperance (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Scarfone Hawkins LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Pricewaterhousecoopers LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review May through July 2011 application of Pricewaterhousecoopers LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Bilzin Sumberg Baena Price & Axelrod |  |  |

Page: 2
W.R. Grace                                                                                                09/30/2011
                                                                         ACCOUNT NO:        3000-13D
                                                                         STATEMENT NO:           109

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Hamilton Rabinovitz & Alschuler, Inc. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Alan B. Rich (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TBB re CNO for Kramer and Saul Ewing fee application | 0.10 | 37.50 |
| **09/06/2011** |  |  |  |
| MTH | Review correspondence from PB re K&E fee application | 0.10 | 37.50 |
| MTH | Review correspondence from PB re KS fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re KL fee application | 0.10 | 37.50 |
| **09/07/2011** |  |  |  |
| MTH | Review correspondence from YS re CNO for PWC fee application | 0.10 | 37.50 |
| **09/08/2011** |  |  |  |
| MTH | Reviewing CNO for C&D fee application; reviewing docket and reviewing correspondence  with C&D re same | 0.20 | 75.00 |
| MTH | Reviewing CNO for AKO fee application; reviewing docket and reviewing correspondence with AKO re same | 0.20 | 75.00 |
| MTH | Reviewing CNO for AKO fee application; reviewing docket and reviewing correspondence with AKO re same | 0.20 | 75.00 |
| MB | E-mail to professionals re: interim certificate of no objection's | 0.10 | 12.50 |
| MB | Review docket, prepare, finalize and efile AKO certificate of no objection for April through June 2011 interim application | 0.40 | 50.00 |
| MB | Review docket, prepare, finalize and efile C&D certificate of no objection for April through June 2011 interim application | 0.40 | 50.00 |
| MB | Review docket, prepare, finalize and efile Charter Oak certificate of no objection for April through June 2011 interim application | 0.40 | 50.00 |
| SMB | Review July 2011 application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Blackstone Advisory Partners L.P. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Kirkland & Ellis LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Kaye Scholer LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |
| MTH | Review correspondence from MB to professionals re fee applications | 0.10 | 37.50 |
| **09/12/2011** |  |  |  |
| MB | Update fee application tracking chart with previously filed applications and certificate of no objection's | 0.30 | 37.50 |

Page: 3
W.R. Grace                                                                                    09/30/2011
                                                                    ACCOUNT NO:          3000-13D
                                                                    STATEMENT NO:              109

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 37.50 |
| 09/13/2011 |  |  |  |  |
|  | MTH | Review correspondence from LO re draft fee and expense chart with recommendations | 0.10 | 37.50 |
| 09/14/2011 |  |  |  |  |
|  | MTH | Review correspondence from DP re Beveridge fee application (68th) | 0.10 | 37.50 |
|  | MTH | Review correspondence from DP re Beveridge monthly (69th) | 0.10 | 37.50 |
| 09/15/2011 |  |  |  |  |
|  | MTH | Review correspondence from DF re Orrick fee application | 0.10 | 37.50 |
| 09/16/2011 |  |  |  |  |
|  | SMB | Review August 2011 application of Warren H. Smith & Associates, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Woodcock Washburn LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Hon. Alexander M. Sanders, Jr. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Kirkland & Ellis LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2011 application of Beveridge & Diamond, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Beveridge & Diamond, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from PC re draft fee order exhibit; correspondence to and from MB re same; reviewing same; response to same | 0.30 | 112.50 |
| 09/19/2011 |  |  |  |  |
|  | MTH | Correspondence to and from MB re as filed COC re fee order | 0.10 | 37.50 |
| 09/21/2011 |  |  |  |  |
|  | MTH | Review correspondence from KAJB re Day Pitney fee application | 0.10 | 37.50 |
| 09/22/2011 |  |  |  |  |
|  | MB | E-mail to professionals re: July 2011 CNO's | 0.10 | 12.50 |
|  | MB | Prepare C&D CNO for July 2011 fee application | 0.30 | 37.50 |
|  | MB | Prepare AKO CNO for July 2011 fee application | 0.30 | 37.50 |
|  | MB | Prepare Charter Oak CNO for July 2011 fee application | 0.30 | 37.50 |
|  | SMB | Finalize and address filing and service of CNO of Caplin & Drysdale, Chartered July Fee Application | 0.20 | 22.00 |
|  | SMB | Finalize and address filing and service of CNO of Charter Oak July Fee Application | 0.20 | 22.00 |
|  | SMB | Finalize and address filing and service of CNO of Anderson Kill July Fee |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | Application | 0.20 | 22.00 |
| MTH | Reviewing docket, reviewing and signing CNO for AKO fee application, correspondence re same | 0.20 | 75.00 |
| MTH | Reviewing docket, reviewing and signing CNO for Charter Oak fee application, correspondence re same | 0.20 | 75.00 |
| MTH | Reviewing docket, reviewing and signing CNO for C&D fee application, correspondence re same | 0.20 | 75.00 |
| MTH | Review correspondence from KH re three CNO's filed | 0.10 | 37.50 |
| MTH | Review correspondence from MB re various CNO's to be filed | 0.10 | 37.50 |
| MTH | Review correspondence from KH re three CNO's filed | 0.10 | 37.50 |
| MTH | Review correspondence from DKW re fee application for Blackstone | 0.10 | 37.50 |
| **09/23/2011** |  |  |  |
| SMB | Review July 2011 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through July 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **09/26/2011** |  |  |  |
| MTH | Review correspondence from DF re CNO for fee application | 0.10 | 37.50 |
| **09/27/2011** |  |  |  |
| MB | Email to E. Benetos re: Caplin & Drysdale August 2011 application | 0.10 | 12.50 |
| **09/28/2011** |  |  |  |
| MTH | Review correspondence from PB re Foley fee application | 0.20 | 75.00 |
| MTH | Review correspondence from TBB re Kramer Levin CNO | 0.10 | 37.50 |
| MTH | Review correspondence from PB re Baer fee application | 0.20 | 75.00 |
| MTH | Review correspondence from TBB re Saul Ewing CNO | 0.10 | 37.50 |
| MTH | Review correspondence from D.M. re SSL fee application | 0.20 | 75.00 |
| MB | Email to G. Sinclair re: Caplin & Drysdale August 2011 application | 0.10 | 12.50 |
| MB | Review email from E. Benetos re: C&D August fee application (.1); Update C&D August fee application (.3) | 0.40 | 50.00 |
| MB | Review email from A. Peltine re: AKO August fee application (.1); Update AKO August fee application (.3) | 0.40 | 50.00 |
| **09/29/2011** |  |  |  |
| MTH | Reviewing C&D fee application for filing and service | 0.30 | 112.50 |
| MTH | Reviewing AKO fee application for filing and service | 0.30 | 112.50 |
| MTH | Reviewing Charter Oak fee application for filing and service | 0.20 | 75.00 |
| MTH | Review correspondence from MS re Beveridge fee application | 0.10 | 37.50 |
| MTH | Review correspondence from MS re Norton fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 37.50 |
| MTH | Review correspondence from YS re two fee applications, three CNO's | 0.10 | 37.50 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from JBL re Reed Smith fee application |  | 0.10 | 37.50 |
| MTH | Review correspondence from MB to notice parties re fee applications filed |  | 0.10 | 37.50 |
| MTH | Review correspondence from MB to fee auditor re fee applications filed |  | 0.10 | 37.50 |
| MB | Email to G. Sinclair re: Caplin & Drysdale August 2011 application |  | 0.10 | 12.50 |
| MB | Finalize and e-file application C&L August 2011 fee application (.4) |  | 0.40 | 50.00 |
| MB | Review email from G. Sinclair re: August bill(.1); Prepare Charter Oak August fee application (.5); Finalize and e-file application (.4) |  | 1.00 | 125.00 |
| MB | Finalize and e-file application C&L August 2011 fee application (.4) |  | 0.40 | 50.00 |

09/30/2011

|  |  |  |  |  |
|---|---|---|---|---|
| MTH | Review correspondence from DF re Tower Watson fee application |  | 0.10 | 37.50 |
| MTH | Review correspondence from DF re Orrick fee application |  | 0.10 | 37.50 |
| SMB | Review August 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review July 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Towers Watson (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review March 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review May 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review June 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review January through March 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review August 2011 application of Stroock, Stroock & Lavan LLP (.1); |  |  |  |

Page: 6
09/30/2011

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    109

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Baer, Higgins Fruchtman LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DW re KS fee application | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 21.70 | 4,112.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 10.00 | $110.00 | $1,100.00 |
| Matthew Brushwood | 5.50 | 125.00 | 687.50 |
| Mark T. Hurford | 6.20 | 375.00 | 2,325.00 |

TOTAL CURRENT WORK                                                    4,112.50

| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -1,696.00 |
|---|---|---|
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -4,030.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -1,247.70 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -859.60 |
| | TOTAL PAYMENTS | -7,833.30 |
| | BALANCE DUE | $13,378.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          09/30/2011
Wilmington  DE                              ACCOUNT NO:       3000-14D
                                            STATEMENT NO:              83

Financing

PREVIOUS BALANCE                                                    $30.00

BALANCE DUE                                                         $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:    3000-15D
STATEMENT NO:        124

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $10,689.95 |
| 09/13/2011 | | | | |
| MTH | Review correspondence from PC re preliminary agenda | | 0.10 | 37.50 |
| 09/20/2011 | | | | |
| MTH | Telephone conference with JON re Agenda for hearing, pending matters; hearing preparations; correspondence to and from PVNL re same; correspondence to SC re same | | 0.60 | 225.00 |
| 09/21/2011 | | | | |
| MTH | Discussion with JON re September hearing; correspondence to PVNL and RH re same; correspondence to RW re same | | 0.20 | 75.00 |
| MTH | Reviewing multiple correspondence from SC re September hearing | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 1.00 | 375.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $375.00 | $375.00 |

| | TOTAL CURRENT WORK | | 375.00 |
|---|---|---|---|

| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -3,772.00 |
|---|---|---|
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -120.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -375.10 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -701.50 |
| | TOTAL PAYMENTS | -4,968.60 |

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:              124

Hearings

BALANCE DUE                                                $6,096.35

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:      3000-16D
STATEMENT NO:           109

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | -$1,980.00 |
| 09/15/2011 |  |  |  |
| MTH | Review correspondence from DF re deposition transcript and response to same | 0.20 | 75.00 |
| 09/30/2011 |  |  |  |
| MTH | Review correspondence from KM re settlement correspondence and documents related thereto | 0.70 | 262.50 |
|  | FOR CURRENT SERVICES RENDERED | 0.90 | 337.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $375.00 | $337.50 |

|  |  |  |  |
|---|---|---|---|
| TOTAL CURRENT WORK |  |  | 337.50 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) |  | -195.00 |
| CREDIT BALANCE |  |  | -$1,837.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:     3000-17D
STATEMENT NO:          109

Plan and Disclosure Statement

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $13,241.40 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/09/2011 | | | | |
| | MTH | Correspondence to and from EI re status; telephone call re same | 0.60 | 225.00 |
| 09/16/2011 | | | | |
| | MTH | Reviewing draft filing re Washington Mutual Opinion for Judge Buckwalter; reviewing correspondence from PVNL and correspondence to JON re same | 0.30 | 112.50 |
| 09/21/2011 | | | | |
| | MTH | Discussion with MRE re case status | 0.10 | 37.50 |
| 09/22/2011 | | | | |
| | MTH | Reviewing Orders entered on Reply briefs | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 412.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $375.00 | $412.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 412.50 |

| | | |
|---|---|---|
| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -2,610.00 |
| 09/09/2011 | Payment - Thank you. (May, 2011 - 80% Fees) | -4,346.00 |
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -562.50 |
| 09/30/2011 | Payment - Thank you. March 2011 - (20% Fees) | -588.00 |
| | TOTAL PAYMENTS | -8,106.50 |

Page: 2
09/30/2011
W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              109

Plan and Disclosure Statement

BALANCE DUE                                                                $5,547.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2011 |
| Wilmington DE | ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 109 |

Relief from Stay Proceedings

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | -$212.70 |

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 09/20/2011 | | | | |
| | MTH | Reviewing Intrawest Stay Relief Motion and correspondence to PVNL re thoughts re same | 0.30 | 112.50 |
| 09/21/2011 | | | | |
| | MTH | Reviewing Intrawest Stay Relief Motion and correspondence to and from PVNL re same | 0.50 | 187.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.80 | 300.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 0.80 | $375.00 | $300.00 |

| | |
|---|---:|
| TOTAL CURRENT WORK | 300.00 |

| | | |
|---|---|---:|
| 09/30/2011 | Payment - Thank you. February 2011 (20% Fees) | -45.00 |
| | BALANCE DUE | $42.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2011
ACCOUNT NO:     3000-20D
STATEMENT NO:         108

Tax Litigation

PREVIOUS BALANCE                                                          $468.80

BALANCE DUE                                                              $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  09/30/2011
Wilmington  DE                                               ACCOUNT NO:        3000-21D
                                                             STATEMENT NO:              100

Travel-Non-Working

PREVIOUS BALANCE                                                                      $937.50

09/02/2011     Payment - Thank you. (June, 2011 - 80% Fees)                           -690.00
09/30/2011     Payment - Thank you. February 2011 (20% Fees)                           -79.00
               TOTAL PAYMENTS                                                         -769.00

               BALANCE DUE                                                            $168.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-22D |
|  | STATEMENT NO: | 113 |

Valuation


PREVIOUS BALANCE                                                                    $1,185.00


BALANCE DUE                                                                          $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:              113 |

ZAI Science Trial


PREVIOUS BALANCE                                                                    $1,203.30

BALANCE DUE                                                                          $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    09/30/2011
Wilmington  DE                                                  ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 |
| 3000-02 Asset Disposition | | | | | |
| 74.80 | 225.00 | 0.00 | 0.00 | 0.00 | $299.80 |
| 3000-03 Business Operations | | | | | |
| 5,992.50 | 1,162.50 | 0.00 | 0.00 | -1,440.00 | $5,715.00 |
| 3000-04 Case Administration | | | | | |
| 1,628.77 | 75.00 | 0.00 | 0.00 | -665.50 | $1,038.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,044.60 | 0.00 | 0.00 | 0.00 | -18.00 | $3,026.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -291.30 | 750.00 | 0.00 | 0.00 | 0.00 | $458.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,528.04 | 4,023.00 | 0.00 | 0.00 | -7,324.30 | $12,226.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -576.40 | 0.00 | 0.00 | 0.00 | -142.50 | -$718.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | $75.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 881.70 | 0.00 | 0.00 | 0.00 | 0.00 | $881.70 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 9,194.24 | 0.00 | 745.28 | 0.00 | -3,774.30 | $6,165.22 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,444.30 | 679.50 | 0.00 | 0.00 | -1,439.00 | $3,684.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 17,099.40 | 4,112.50 | 0.00 | 0.00 | -7,833.30 | $13,378.60 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-15 Hearings | | | | | |
| 10,689.95 | 375.00 | 0.00 | 0.00 | -4,968.60 | $6,096.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,980.00 | 337.50 | 0.00 | 0.00 | -195.00 | -$1,837.50 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 13,241.40 | 412.50 | 0.00 | 0.00 | -8,106.50 | $5,547.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -212.70 | 300.00 | 0.00 | 0.00 | -45.00 | $42.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 937.50 | 0.00 | 0.00 | 0.00 | -769.00 | $168.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 82,733.90 | 12,527.50 | 745.28 | 0.00 | -36,721.00 | $59,285.68 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.