# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| August 15, 2011 | INVOICE:   244171 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 07/31/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/01/11 | Analysis of selected insurance policies re: appeals issues of insurance companies (2.90); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 3.20 |
| 07/01/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.60 |
| 07/01/11 | Prepare and send follow up letter to appellate clerk re: request for briefing in cases similar to proceedings. | W001 | KES | 0.40 |
| 07/01/11 | Work on scheme claim and draft email re: same. | W001 | MG | 3.80 |
| 07/01/11 | Updated case indices and review files with records. | W001 | NJB | 1.00 |
| 07/04/11 | Review and revise time and expense entries. | W011 | AHP | 2.20 |
| 07/05/11 | Begin preparing monthly fee application (1.20); begin preparing interim fee application (.60). | W011 | AHP | 1.80 |
| 07/05/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 1.30 |
| 07/05/11 | Analyzed insurance policies re: issues raised on appeal by insurance companies. | W001 | IF | 1.80 |
| 07/05/11 | Work on scheme claim and emails re: same. | W001 | MG | 3.80 |
| 07/06/11 | Proof and revise current draft and continue preparing interim fee application. | W011 | AHP | 1.80 |
| 07/06/11 | Analyzed insurance policies re: issues insurance companies raised on appeal. | W001 | IF | 1.90 |
| 07/06/11 | Work on scheme claim and emails re: same. | W001 | MG | 3.20 |
| 07/06/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 15, 2011 | | INVOICE: | | 244171 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/06/11 | Research and prepare response in connection with multiple defenses raised by insolvent insurance company. | W001 | RYC | 2.30 |
| 07/07/11 | Review and revise latest set of changes (.80); continue preparing monthly (1.30); continue preparing interim (.70). | W011 | AHP | 2.80 |
| 07/07/11 | Analysis of selected insurance policies re: follow form, insurance company appeals issues, and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (.20). | W001 | GFF | 1.10 |
| 07/07/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.80 |
| 07/07/11 | Work on scheme claim and explore possibility of estimating effect of trigger adjustment. | W001 | MG | 3.60 |
| 07/07/11 | Continue research and prepare response in connection with multiple defenses raised by insolvent insurance company. | W001 | RYC | 1.40 |
| 07/08/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.30 |
| 07/08/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.70 |
| 07/08/11 | Work on scheme claim and emails re: same. | W001 | MG | 3.20 |
| 07/08/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 4.40 |
| 07/08/11 | Attention to CUAL settlement discussions. | W001 | RMH | 0.40 |
| 07/08/11 | Revise allocation and post-bankruptcy recovery analysis in connection with insolvent insurance companies. | W001 | RYC | 2.40 |
| 07/12/11 | Continue working on 41st/24th quarterly interim application and exhibits. | W011 | AHP | 2.60 |
| 07/12/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 2.10 |
| 07/12/11 | Work on scheme claim and emails with scheme representatives. | W001 | MG | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

August 15, 2011                                   INVOICE:            244171

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/12/11 | Attention to request from OIC for scheme support. | W001 | RMH | 0.30 |
| 07/13/11 | Continue preparing initial draft of 41st/24th quarterly interim application. | W011 | AHP | 2.20 |
| 07/13/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues (.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.10 |
| 07/13/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.80 |
| 07/14/11 | Analysis of selected insurance policies re: follow form and appeals issues from insurance companies. | W001 | GFF | 2.20 |
| 07/14/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.80 |
| 07/14/11 | Work on scheme claim and explore possibility of estimating effect of trigger adjustment. | W001 | MG | 4.30 |
| 07/15/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.10 |
| 07/15/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 3.30 |
| 07/15/11 | Work on scheme claim and explore possibility of estimating effect of trigger adjustment. | W001 | MG | 3.70 |
| 07/15/11 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 07/17/11 | Review and comment upon interim fee application. | W011 | RYC | 0.40 |
| 07/18/11 | Finalize and release monthly fee application and exhibits thereto. | W011 | AHP | 1.20 |
| 07/18/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 3.80 |
| 07/18/11 | Work on response in connection with multiple defenses raised by insolvent insurance company. | W001 | RYC | 1.30 |
| 07/19/11 | Review internal auditor request and proposed response. | W011 | AHP | 0.30 |
| 07/19/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                   MATTER:      100055.WRG01

August 15, 2011                                   INVOICE:          244171

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/19/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 1.90 |
| 07/19/11 | Reviewed materials and information re: C.A.M.A.T. POC and settlement discussion preparation. | W001 | IF | 1.10 |
| 07/19/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.60 |
| 07/19/11 | Prepare for settlement meeting with scheme representatives. | W001 | MG | 3.20 |
| 07/20/11 | Review correspondence and pleadings, update monitoring chart as necessary. | W011 | AHP | 1.40 |
| 07/20/11 | Update interim application. | W011 | AHP | 0.60 |
| 07/20/11 | Analysis of selected insurance policies re: "follow form" and insurance company appeals issues. | W001 | GFF | 1.40 |
| 07/20/11 | Preparation for and attendance at meeting with UK Scheme Administrators regarding POC vs. CAMAT. | W001 | HEG | 2.20 |
| 07/20/11 | Reviewed information re: C.A.M.A.T. settlement offer. | W001 | IF | 0.70 |
| 07/20/11 | Analyzed insurance policies re: appeal issues raised by insurance companies. | W001 | IF | 2.10 |
| 07/20/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.20 |
| 07/20/11 | Settlement meeting with scheme representatives. | W001 | MG | 2.20 |
| 07/20/11 | Continue preparation of response in connection with multiple defenses raised by insolvent insurance company. | W001 | RYC | 1.20 |
| 07/21/11 | Continued review of correspondence and pleadings. | W011 | AHP | 0.70 |
| 07/21/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 0.90 |
| 07/21/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 1.80 |
| 07/21/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

August 15, 2011                                INVOICE:        244171

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/22/11 | Draft and revise insurance policy data spreadsheets (.20); Analysis of selected insurance policies re: follow form and insurance company appeals issues (1.20). | W001 | GFF | 1.40 |
| 07/22/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 1.70 |
| 07/22/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 3.80 |
| 07/22/11 | Continue preparation of response in connection with multiple defenses raised by insolvent insurance. | W001 | RYC | 1.00 |
| 07/25/11 | Finalize quarterly interim application/exhibits and forward to local counsel. | W011 | AHP | 1.20 |
| 07/25/11 | Analysis of selected reimbursement agreements re: post-confirmation payment issues. | W001 | GFF | 1.60 |
| 07/25/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.80 |
| 07/25/11 | Handle issues re: briefing request (.20); call with court clerk re: same (.20); prepare letter to clerk for receipt of requested briefing (.20). | W001 | KES | 0.60 |
| 07/25/11 | Work on insurance company inquiry re: lump sum settlement. | W001 | MG | 2.20 |
| 07/25/11 | Work on insurance scheme claims. | W001 | MG | 2.10 |
| 07/25/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.20 |
| 07/25/11 | Attention to negotiations with CAMAT. | W001 | RMH | 0.50 |
| 07/25/11 | Review and analysis in connection with potential settlements in connection with reimbursement agreements (.80).  Work on opposition to multiple defenses raised by insolvent insurance company (2.00). | W001 | RYC | 2.80 |
| 07/26/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.80 |
| 07/26/11 | Analyzed insurance policies re:  issues raised on appeal. | W001 | IF | 1.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 15, 2011 | | INVOICE: | | 244171 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/26/11 | Work on insurance scheme claims. | W001 | MG | 1.80 |
| 07/26/11 | Work on insurance company inquiry re: lump sum settlement. | W001 | MG | 2.40 |
| 07/26/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 2.10 |
| 07/26/11 | Consider alternative responses to historically unavailable coverage from insolvent insurance companies. | W001 | RYC | 1.30 |
| 07/27/11 | Analyzed insurance policies re: appeal issues. | W001 | IF | 1.40 |
| 07/27/11 | Follow up on request for briefing in similar matter on appeal. | W001 | KES | 0.20 |
| 07/27/11 | Work on insurance scheme claims. | W001 | MG | 2.80 |
| 07/27/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 1.70 |
| 07/28/11 | Analysis of selected reimbursement agreements re: post-confirmation payment issues (1.70); analysis of selected insurance policies re: follow form issues and insurance company appeals issues (.70). | W001 | GFF | 2.40 |
| 07/28/11 | Analyzed insurance policies re: appeal issues. | W001 | IF | 1.40 |
| 07/28/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.70 |
| 07/28/11 | Work on insurance scheme claims. | W001 | MG | 3.60 |
| 07/29/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.40 |
| 07/29/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.20 |
| 07/29/11 | Analyzed insurance policies re: appeal issues. | W001 | IF | 1.90 |
| 07/29/11 | Work on new cash flow and settlement analysis with new claim valuations. | W001 | MG | 1.80 |

**TOTAL FEES:** $84,983.50

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE           MATTER:        100055.WRG01

August 15, 2011                          INVOICE:            244171

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

**FEE SUMMARY**

|                      | RATE    | HOURS  | TOTALS     |
|----------------------|---------|--------|------------|
| Arline H Pelton      | 250.00  | 18.80  | 4,700.00   |
| Glenn F Fields       | 345.00  | 25.50  | 8,797.50   |
| Harris E Gershman    | 275.00  | 2.20   | 605.00     |
| Izak Feldgreber      | 295.00  | 29.30  | 8,643.50   |
| Kenneth E. Sharperson| 530.00  | 1.20   | 636.00     |
| Mark Garbowski       | 590.00  | 87.40  | 51,566.00  |
| Nicholas J Balsdon   | 215.00  | 1.00   | 215.00     |
| Robert M Horkovich   | 895.00  | 1.20   | 1,074.00   |
| Robert Y Chung       | 595.00  | 14.70  | 8,746.50   |
| **TOTAL FEES:**      |         |        | **$84,983.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| August 15, 2011 | INVOICE: | 244171 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001        Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 25.50 | 8,797.50 |
| Harris E Gershman | 2.20 | 605.00 |
| Izak Feldgreber | 29.30 | 8,643.50 |
| Kenneth E. Sharperson | 1.20 | 636.00 |
| Mark Garbowski | 87.40 | 51,566.00 |
| Nicholas J Balsdon | 1.00 | 215.00 |
| Robert M Horkovich | 1.20 | 1,074.00 |
| Robert Y Chung | 13.70 | 8,151.50 |
| **TOTAL:** | **161.50** | **$79,688.50** |

**ACTIVITY CODE: W011        Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 18.80 | 4,700.00 |
| Robert Y Chung | 1.00 | 595.00 |
| **TOTAL:** | **19.80** | **$5,295.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| August 15, 2011 | INVOICE: | 244171 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 07/31/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 07/01/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 755556952 Tracking Number: 797264591474 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: STACEY CORTEZ, APPELLATE DIVISION, RICHARD J HUGHES JUSTICE CENT, TRENTON, NJ, 08625, US | E107 | 12.16 |
| 07/22/11 | LIBRARY & LEGAL RESEARCH WESTLAW - June 1, 2011 through June 30, 2011 | E106 | 24.57 |
| 07/22/11 | LIBRARY & LEGAL RESEARCH WESTLAW -  June 1, 2011 through June 30, 2011 | E106 | 251.00 |
| 07/25/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 757852116 Tracking Number: 795008903920 Reference: 100055 WRG01 05 134     Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: SUPERIOR COURT OF NEW JERSEY, ATTN    STACEY CORTEZ, APPELLATE DIVISION , TRENTON, NJ, 08625, US | E107 | 12.05 |

**TOTAL COSTS:** **$299.78**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

August 15, 2011                                INVOICE:           244171

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 24.21 |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 275.57 |
| | **TOTAL COSTS:** | **$299.78** |
| | **TOTAL DUE:** | **$85,283.28** |