# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 14, 2011                                INVOICE:          244768

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 08/31/11

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 2.10 |
| 08/01/11 | Analyzed insurance policies re: appeal issues. | W001 | IF | 1.60 |
| 08/02/11 | Draft and revise insurance policy data spreadsheets (.30); analysis of selected insurance policies re: insurance company appeals issues (1.40). | W001 | GFF | 1.70 |
| 08/02/11 | Analyzed insurance policies re: payment issues. | W001 | IF | 0.80 |
| 08/02/11 | Work on new cash flow and settlement analysis. | W001 | MG | 2.30 |
| 08/03/11 | Review and revise time and expense entries, requesting backup for expenses. | W011 | AHP | 2.20 |
| 08/03/11 | Analysis of selected reimbursement agreements re: post-confirmation payment issues (1.40); analysis of selected insurance policies re: insurance company appeals issues (.90). | W001 | GFF | 2.30 |
| 08/03/11 | Analyzed insurance policies re: payment issues. | W001 | IF | 1.80 |
| 08/03/11 | Work on insurance scheme claims. | W001 | MG | 2.20 |
| 08/03/11 | Work on new cash flow and settlement analysis. | W001 | MG | 2.10 |
| 08/03/11 | Research re: past positions taken with insurance companies in connection with pending coverage issues with insolvent insurance carriers. | W001 | RYC | 3.40 |
| 08/04/11 | Review and proof changes. | W011 | AHP | 0.90 |
| 08/04/11 | Analysis of selected reimbursement agreements re: post-confirmation payment issues. | W001 | GFF | 1.70 |
| 08/04/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 14, 2011                                 INVOICE:           244768

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/04/11 | Work on insurance scheme claims. | W001 | MG | 0.80 |
| 08/05/11 | Reviewed and updated W.R. Grace Insurance Company's settlement demand letters binder. | W001 | CKN | 2.00 |
| 08/05/11 | Analysis of selected reimbursement agreements re: post-confirmation payment issues. | W001 | GFF | 0.80 |
| 08/05/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.80 |
| 08/05/11 | Continue research re: past positions taken with insurance companies in connection with pending coverage issues with insolvent insurance carriers. | W001 | RYC | 1.70 |
| 08/06/11 | Review and synthesize various responses to insurance defendants into single overall response for remaining insurance portfolio responses. | W001 | RYC | 1.60 |
| 08/08/11 | Draft monthly fee application. | W011 | AHP | 1.40 |
| 08/08/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 2.70 |
| 08/08/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.30 |
| 08/08/11 | Work on overall combined responses to insurance defendants based upon prior analysis. | W001 | RYC | 1.00 |
| 08/09/11 | Draft overall combined response to insurance company defenses based upon prior responses. | W001 | RYC | 0.80 |
| 08/10/11 | Analyzed coverage in place agreements re: payment issues. | W001 | IF | 1.30 |
| 08/10/11 | Confer with counsel for major insurance company regarding potential settlement (.60). Attention to potential settlement with major insurance company. Confer with Mr. Inselbuch (1.90). Attention to CAMAT settlement (.90). | W001 | RMH | 3.40 |
| 08/11/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 0.90 |
| 08/11/11 | Emails re: solvent scheme claim. | W001 | MG | 0.50 |
| 08/11/11 | Continue drafting overall combined response to insurance company defenses based upon prior responses. | W001 | RYC | 0.70 |
| 08/12/11 | Reviewed reimbursement agreements re: payment issues. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 14, 2011 | INVOICE: | 244768 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/14/11 | Work on combined response to insurance company defenses. | W001 | RYC | 1.40 |
| 08/15/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.40 |
| 08/15/11 | Work on payment stream analysis. | W001 | MG | 3.60 |
| 08/15/11 | Work on insurance scheme claims. | W001 | MG | 2.80 |
| 08/15/11 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 08/16/11 | Finalize and release monthly fee application with time and expense entries. | W011 | AHP | 1.20 |
| 08/16/11 | Analyzed coverage in place agreements re: payment issues. | W001 | IF | 1.90 |
| 08/16/11 | Work on payment stream analysis. | W001 | MG | 3.30 |
| 08/17/11 | Review correspondence and pleadings, update monitoring chart as necessary. | W011 | AHP | 0.80 |
| 08/17/11 | Analyzed insurance policies re: insurance company appeal issues. | W001 | IF | 1.80 |
| 08/17/11 | Work on insurance scheme claims. | W001 | MG | 2.20 |
| 08/17/11 | Attention to settlement with and funding by CAMAT. | W001 | RMH | 0.40 |
| 08/18/11 | Work on insurance scheme claims. | W001 | MG | 2.50 |
| 08/18/11 | Updating of new materials and reviewing files to send to records. | W001 | NJB | 1.00 |
| 08/19/11 | Work on payment stream analysis and calculate new NPV for settlement. | W001 | MG | 2.20 |
| 08/19/11 | Edit plan proponents' response to Libby claimants' and BSNF's appeal of Bankruptcy Court approval of settlement with CNA. | W001 | RMH | 4.70 |
| 08/21/11 | Review and comment on CNA's response to Libby's and BNSF's appeal of Bankruptcy Court order approving settlement with CNA. | W001 | RMH | 2.20 |
| 08/22/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.10 |
| 08/22/11 | Reviewed  insurance policies re:  appeal issues. | W001 | IF | 1.40 |
| 08/22/11 | Work on insurance scheme claims. | W001 | MG | 1.80 |
| 08/22/11 | Work on payment stream analysis. | W001 | MG | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

September 14, 2011                                          INVOICE:         244768

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/23/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.40 |
| 08/23/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 0.90 |
| 08/23/11 | Work on payment stream analysis. | W001 | MG | 2.40 |
| 08/23/11 | Work on insurance scheme claims. | W001 | MG | 1.70 |
| 08/23/11 | Attention to Midland claim. | W001 | RMH | 0.20 |
| 08/24/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 0.80 |
| 08/24/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.40 |
| 08/24/11 | Work on payment stream analysis. | W001 | MG | 2.20 |
| 08/25/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.10 |
| 08/25/11 | Analyzed insurance policies re:  appeal issues raised by insurance companies. | W001 | IF | 1.40 |
| 08/25/11 | Helped prepare information for Proof of Claim for Centennial Insurance Company Bar Date per R. Chung and M. Garbowski request. | W001 | IF | 1.10 |
| 08/25/11 | Work on payment stream analysis. | W001 | MG | 2.20 |
| 08/25/11 | Attention to NYLB insolvent company Bar Date (.40); research re: same (.80); work on issues re: Proof of Claim (.80). | W001 | MG | 2.00 |
| 08/25/11 | Attention to need to file proof of claim regarding Atlantic Mutual coverage. | W001 | RMH | 0.40 |
| 08/25/11 | Draft proof of claim, cover letter,  prepare supporting evidence in connection with Centennial Insurance Company Rehabilitation Order and make inquiries with New York Liquidation Bureau. | W001 | RYC | 3.80 |
| 08/26/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 2.60 |
| 08/26/11 | Conference with Pansy Satnarine of NYLB to discuss status of claim and filing requirement. | W001 | IF | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                  EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

September 14, 2011                                 INVOICE:           244768

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/26/11 | Attention to NYLB and insolvent company Bar Date (.20); research re: same (.60); work on issues re: Proof of Claim (.60). | W001 | MG | 1.40 |
| 08/26/11 | Finalize proof of claim, explanatory letter, and supporting evidence in connection with Centennial Insurance Company Rehabilitation Order. | W001 | RYC | 3.20 |
| 08/29/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 0.80 |
| 08/29/11 | Analyzed insurance policies and settlement agreements re:  payment issues. | W001 | IF | 1.40 |
| 08/29/11 | Work on insurance scheme claims. | W001 | MG | 2.20 |
| 08/29/11 | Review edits to response to appeal of CNA settlement by Libby and BNSF. | W001 | RMH | 0.30 |
| 08/30/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 2.60 |
| 08/30/11 | Analyzed insurance policies re:  appeal issues. | W001 | IF | 1.80 |
| 08/30/11 | Work on settlement analysis and payment schedule. | W001 | MG | 2.20 |
| 08/30/11 | Follow-up review of issues in connection with proof of claim with liquidation of Centennial Insurance Company. | W001 | RYC | 0.80 |
| 08/31/11 | Analysis of selected insurance policies re: follow form issues and insurance company appeals issues (.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.10 |
| 08/31/11 | Analyzed insurance policies and settlement agreements re: appeal issues. | W001 | IF | 1.70 |
| 08/31/11 | Work on settlement analysis and payment schedule. | W001 | MG | 2.40 |
| 08/31/11 | Communication with two major insurers regarding conversion of insurance coverage reimbursement agreement. | W001 | RMH | 1.00 |

**TOTAL FEES:**                                    **$70,419.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

September 14, 2011                                INVOICE:        244768

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| | **FEE SUMMARY** | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 250.00 | 6.50 | 1,625.00 |
| Corina K Nastu | 230.00 | 2.00 | 460.00 |
| Glenn F Fields | 345.00 | 22.80 | 7,866.00 |
| Izak Feldgreber | 295.00 | 30.10 | 8,879.50 |
| Mark Garbowski | 590.00 | 48.80 | 28,792.00 |
| Nicholas J Balsdon | 215.00 | 1.00 | 215.00 |
| Robert M Horkovich | 895.00 | 12.60 | 11,277.00 |
| Robert Y Chung | 595.00 | 19.00 | 11,305.00 |
| **TOTAL FEES:** | | | **$70,419.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 14, 2011                                INVOICE:          244768

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                      | HOURS   | TOTALS       |
|----------------------|---------|--------------|
| Corina K Nastu       | 2.00    | 460.00       |
| Glenn F Fields       | 22.80   | 7,866.00     |
| Izak Feldgreber      | 30.10   | 8,879.50     |
| Mark Garbowski       | 48.80   | 28,792.00    |
| Nicholas J Balsdon   | 1.00    | 215.00       |
| Robert M Horkovich   | 12.60   | 11,277.00    |
| Robert Y Chung       | 18.40   | 10,948.00    |
| **TOTAL:**           | **135.70** | **$68,437.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                    | HOURS  | TOTALS      |
|--------------------|--------|-------------|
| Arline H Pelton    | 6.50   | 1,625.00    |
| Robert Y Chung     | 0.60   | 357.00      |
| **TOTAL:**         | **7.10** | **$1,982.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

September 14, 2011                                                  INVOICE:          244768

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| COSTS through 08/31/11 | |
|---|---|

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|---|---|---|
| 08/24/11 | FILING   OR   WITNESS   FEES   -   VENDOR:  E125 ADMINISTRATIVE  OFFICE  OF  PA  COURTS Collateral acct | 4.75 |
| **TOTAL COSTS:** | | **$4.75** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| FE | FILING OR WITNESS FEES | 4.75 |
| | **TOTAL COSTS:** | **$4.75** |

**TOTAL DUE:**                                   **$70,424.25**