## EXHIBIT A

**Asset Disposition (.70 Hours; $ 633.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $905 | 633.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/31/2011 | PVL | 905.00 | 0.50 | Rv Grace strat. plan and materials |
| 9/2/2011 | PVL | 905.00 | 0.20 | Rv emails and slides re strat. plan |

**Total Task Code .02    .70**

**Business Operations (34.50 Hours; $ 18,939.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $1,000 | 400.00 |
| Peter Van N. Lockwood | .80 | $905 | 724.00 |
| Jeffrey A. Liesener | 33.30 | $535 | 17,815.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2011 | PVL | 905.00 | 0.10 | Rv Baer email re TDCC acq. |
| 7/1/2011 | JAL | 535.00 | 0.20 | Drafted e-mail to M. Hurford re: Project Larch. |
| 7/1/2011 | JAL | 535.00 | 0.20 | Reviewed e-mail from Debtors re: Project Larch. |
| 7/1/2011 | JAL | 535.00 | 0.50 | Drafted and revised memo to EI re: Project Larch. |
| 7/8/2011 | JAL | 535.00 | 0.10 | E-mail to J. Baer re: Project Larch. |
| 7/8/2011 | JAL | 535.00 | 0.20 | Reviewed e-mail from J. Baer re: Project Larch. |
| 7/13/2011 | PVL | 905.00 | 0.40 | Rv TDCC docs. (.2); cn JAL re same (.2) |

PAGE

- PA

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 7/13/2011 | JAL | 535.00 | 2.90 | Review and analysis of draft documents relating to Project Larch. |
| 7/13/2011 | JAL | 535.00 | 0.90 | Conf. call w/debtor, committees, and FCRs re: Project Larch. |
| 7/13/2011 | JAL | 535.00 | 0.20 | Tele. call w/PVNL re: Project Larch issues. |
| 7/13/2011 | JAL | 535.00 | 0.10 | E-mail to J. Sinclair re: Project Larch. |
| 7/14/2011 | JAL | 535.00 | 0.10 | E-mail to R. Wyron and D. Felder re: Project Larch. |
| 7/14/2011 | JAL | 535.00 | 0.90 | Review and analysis of materials re: Project Larch. |
| 7/14/2011 | JAL | 535.00 | 2.10 | Drafted and revised memo to J. Baer and R. Higgins re: Project Larch. |
| 7/18/2011 | JAL | 535.00 | 0.30 | Conf. call w/committees and FCRs re: Project Larch. |
| 7/18/2011 | JAL | 535.00 | 0.40 | Tele. call w/J. Sinclair re: Project Larch. |
| 7/18/2011 | EI | 1,000.00 | 0.20 | J. Cooney inquiry re: timetables (.1); Project Larch status inquiry (.1). |
| 7/18/2011 | JAL | 535.00 | 0.90 | Tele. conf. w/counsel for interested parties re: Project Larch. |
| 7/18/2011 | JAL | 535.00 | 0.20 | Reviewed e-mail from R. Wyron re: Project Larch issues. |
| 7/18/2011 | JAL | 535.00 | 0.10 | Tele. call w/Wyron re: Project Larch issues. |
| 7/18/2011 | JAL | 535.00 | 0.40 | Follow up conf. call w/counsel for Debtors and FACR re: Project Larch. |
| 7/18/2011 | JAL | 535.00 | 2.20 | Drafted and revised memo to EI and PVNL re: issues relating to Project Larch. |
| 7/18/2011 | JAL | 535.00 | 0.50 | Second conf. call w/interested parties re: Project Larch. |
| 7/18/2011 | JAL | 535.00 | 0.20 | Reviewed e-mail from R. Wyron re: Project Larch issues. |
| 7/19/2011 | JAL | 535.00 | 0.10 | E-mail to EI re: Project Larch. |

{D0214335.1}   1

PAGE

- PA

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 7/19/2011 | JAL | 535.00 | 0.10 | E-mail exchange w/M. Hurford re: upcoming hearing on Project Larch. |
| 7/19/2011 | JAL | 535.00 | 0.20 | Reviewed e-mail from J. Sinclair re: Project Larch. |
| 7/19/2011 | EI | 1,000.00 | 0.20 | Project Larch status (.1); read JAL report (.1). |
| 7/20/2011 | JAL | 535.00 | 0.30 | Tele. call w/D. Felder re: Project Larch issues. |
| 7/20/2011 | JAL | 535.00 | 0.30 | E-mail exchanges w/J. Baer re: Project Larch issues. |
| 7/20/2011 | JAL | 535.00 | 2.50 | Review and analysis of materials relating to Project Larch. |
| 7/20/2011 | JAL | 535.00 | 0.10 | Second tele. call w/D. Felder re: Project Larch issues. |
| 7/20/2011 | JAL | 535.00 | 0.30 | Conf. call w/Committees and FCRs re: Project Larch. |
| 7/20/2011 | JAL | 535.00 | 1.40 | Drafting and revisions to proposed language re: Project Larch. |
| 7/20/2011 | JAL | 535.00 | 0.10 | E-mail exchanges w/D. Felder re: Project Larch. |
| 7/20/2011 | JAL | 535.00 | 0.20 | E-mail exchanges w/J. Sinclair re; Project Larch. |
| 7/21/2011 | JAL | 535.00 | 0.10 | Reviewed comments of A. Krieger re: Project Larch documents. |
| 7/21/2011 | JAL | 535.00 | 1.90 | Reviewed and commented on revised Project Larch documents. |
| 7/21/2011 | JAL | 535.00 | 0.20 | Reviewed comments by UCC, the PI FCR, and the PD FCR re: Project Larch documents. |
| 7/21/2011 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to Project Larch issues. |
| 7/21/2011 | JAL | 535.00 | 0.90 | Review and comments on redrafts of Project Larch documents. |
| 7/21/2011 | JAL | 535.00 | 0.10 | E-mail to PVNL re: hearing on Project Larch motion. |
| 7/22/2011 | JAL | 535.00 | 0.10 | Reviewed e-mail from R. Higgins re: Project Larch matter. |

PAGE

- PA

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 7/22/2011 | JAL | 535.00 | 0.80 | Review and analysis of materials relating to Project Larch. |
| 7/22/2011 | JAL | 535.00 | 0.10 | E-mail to PVNL re: Project Larch. |
| 7/26/2011 | PVL | 905.00 | 0.20 | Rv Sinclair email re op. results |
| 7/29/2011 | PVL | 905.00 | 0.10 | Rv emails |
| 8/1/2011 | JAL | 535.00 | 1.00 | Drafted and revised update memo on Project Larch. |
| 8/10/2011 | JAL | 535.00 | 1.90 | Drafting and revisions of memo re: Project Larch confidentiality matter. |
| 8/10/2011 | JAL | 535.00 | 0.10 | Tele. call w/PVNL re: Project Larch confidentiality matter. |
| 8/10/2011 | JAL | 535.00 | 0.10 | Tele. call w/EI re: Project Larch confidentiality matter. |
| 8/10/2011 | JAL | 535.00 | 0.10 | Second tel. call w/EI re: Larch confidentiality matter. |
| 8/11/2011 | JAL | 535.00 | 0.20 | E-mail exchanges w/EB re: Project Larch confidentiality matters. |
| 8/15/2011 | JAL | 535.00 | 0.60 | Drafted and revised memo re Project Larch confidentiality matter |
| 8/15/2011 | JAL | 535.00 | 0.50 | Follow up on destruction of Larch materials |
| 8/16/2011 | JAL | 535.00 | 1.00 | Follow up on destruction of Larch materials pursuant to confidentiality agreement. |
| 8/16/2011 | JAL | 535.00 | 0.10 | Tele. call w/JR re: destruction of Larch materials. |
| 8/16/2011 | JAL | 535.00 | 0.50 | Drafted and revised memo to EI and PVNL re: destruction of Larch Evaluation Materials. |
| 8/16/2011 | JAL | 535.00 | 0.10 | Tele. call w/M. Hurford re: destruction of Larch materials. |
| 8/17/2011 | JAL | 535.00 | 3.40 | Follow up e-mails and phone calls re: destruction of Project Larch materials per confidentiality agreement. |

{D0214335.1}            1

PAG

E

- PA

**Total Task Code .03        34.50**

**Case Administration (17.00 Hours; $ 12,755.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 8.60 | $1,000 | 8,600.00 |
| Peter Van N. Lockwood | 1.30 | $905 | 1,176.50 |
| Trevor W. Swett | .60 | $710 | 426.00 |
| Rita C. Tobin | 3.50 | $545 | 1,907.50 |
| Eugenia Benetos | 3.00 | $215 | 645.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2011 | EI | 1,000.00 | 0.10 | Read JAL memo (.1). |
| 7/1/2011 | PVL | 905.00 | 0.40 | Rv KH memo (.1); draft memo for ACC (.3) |
| 7/3/2011 | EI | 1,000.00 | 0.10 | Read JAL report (.1). |
| 7/5/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel records re EI update (.2) |
| 7/11/2011 | TWS | 710.00 | 0.30 | E-mails to JPW and BSB to follow up on S. Kazan information request and follow up |
| 7/11/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel records re EI update (.2) |
| 7/18/2011 | PVL | 905.00 | 0.10 | Rv 4 misc. filings and email |
| 7/18/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 7/19/2011 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| 7/25/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 7/26/2011 | EI | 1,000.00 | 0.10 | Telephone call to PVNL re: appellate status (.1). |

{D0214335.1 }        1

PAGE

- PA

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 7/26/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 7/28/2011 | EI | 1,000.00 | 0.50 | Telephone conference with PVNL, R. Frankel re: Libby status (.5). |
| 8/1/2011 | PVL | 905.00 | 0.10 | Rv 9 misc. filings |
| 8/1/2011 | EI | 1,000.00 | 0.20 | Project Larch status (.1); set up Frankel meeting (.1). |
| 8/4/2011 | EI | 1,000.00 | 0.10 | Telephone conference with J. Rice re: status (.1). |
| 8/5/2011 | EI | 1,000.00 | 1.30 | Conference R. Frankel, R. Wyron and J. Donley to prepare for meeting Monday (1.1); reviewed R. Wyron outline re: same (.2). |
| 8/5/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 8/8/2011 | EI | 1,000.00 | 2.20 | Meeting in D.C. with Debtor, FCR and insurers of BNSF to discuss global resolution (2.2). |
| 8/9/2011 | EI | 1,000.00 | 1.20 | Memo to Committee (x Libby) (1.0); telephone conference with PVNL re: same (.2). |
| 8/9/2011 | PVL | 905.00 | 0.20 | Rv 14 misc. filings |
| 8/10/2011 | EI | 1,000.00 | 0.30 | Telephone conference with R. Horkovich re: Allstate negotiations (.2); telephone conference with PVNL re: same (.1). |
| 8/11/2011 | EB | 215.00 | 3.00 | Continue review of correspondence re: Project. |
| 8/12/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (.2) |
| 8/16/2011 | EI | 1,000.00 | 0.50 | R. Frankel memo re: mediation status and response (.3); Larch matters (.2). |
| 8/17/2011 | TWS | 710.00 | 0.30 | Compliance with confidentiality order - review and dispose of materials |
| 8/17/2011 | RCT | 545.00 | 1.10 | Review Liesemer emails re: confid. Order and respond (.3); double-check files re: confid. Order (.8). |

{D0214335.1 }    1

PAGE - PA

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 8/18/2011 | EI | 1,000.00 | 0.30 | Memos with R. Frankel re: mediation (.3). |
| 8/24/2011 | PVL | 905.00 | 0.10 | Rv 10 misc. filings. |
| 8/26/2011 | PVL | 905.00 | 0.10 | Rv 4 misc filings |
| 8/26/2011 | EI | 1,000.00 | 0.10 | Telephone conference with J. Rice re: mediation issues (.1). |
| 8/30/2011 | EI | 1,000.00 | 0.30 | Telephone conference with R. Frankel re: Grace inquiry and mediation status (.3). |
| 8/30/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 9/2/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update. (.2). |
| 9/6/2011 | EI | 1,000.00 | 0.20 | Schedule call (.1); memo to R. Horkovich re: settlement (.1). |
| 9/8/2011 | EI | 1,000.00 | 0.70 | Conference call with R. Frankel, PVNL and financial advisors re: Grace business plan (.7). |
| 9/9/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 9/16/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 9/19/2011 | EI | 1,000.00 | 0.20 | Telephone conference with B. Horkovich re: insurance settlement questions (.2). |
| 9/26/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 9/27/2011 | PVL | 905.00 | 0.10 | Rv claims settlement notice |
| 9/30/2011 | EI | 1,000.00 | 0.20 | Read mail on Montana (.2). |
| 9/30/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |

PAG

E

- PA

**Total Task Code .04        17.00**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.50 Hours; $ 452.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $905 | 452.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/11/2011 | PVL | 905.00 | 0.10 | Rv motion re CA PD settlement |
| 7/22/2011 | PVL | 905.00 | 0.40 | Rv cert. and decl. re TDCC acq. motion and emails re same |

**Total Task Code .05        .50**

**Committee, Creditors', Noteholders' or Equity Holders' (1.50 Hours; $ 511.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Kevin C. Maclay | .10 | $535 | 53.50 |
| Eugenia Benetos | 1.20 | $215 | 258.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2011 | EB | 215.00 | 0.60 | Update draft minutes binder re: conference call minutes. |
| 7/5/2011 | KCM | 535.00 | 0.10 | Review memo to ACC |
| 7/5/2011 | EI | 1,000.00 | 0.20 | Edited memo to Committee (.2). |
| 8/8/2011 | EB | 215.00 | 0.60 | Work on schedule re: draft minutes and prepare EI's folder for conference call. |

{D0214335.1 }        1

PAGE - PA

**Total Task Code .07        1.50**

**Fee Applications, Applicant (32.00 Hours; $ 14,206.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 22.20 | $545 | 12,099.00 |
| Eugenia Benetos | 9.80 | $215 | 2,107.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/5/2011 | RCT | 545.00 | 0.20 | Review fee app schedule for July (.2) |
| 7/8/2011 | RCT | 545.00 | 0.80 | Address fee and payment issues (.8) |
| 7/13/2011 | RCT | 545.00 | 0.80 | Review prebills (.8) |
| 7/14/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 7/15/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 7/18/2011 | RCT | 545.00 | 1.20 | Review and revise exhibits (1.2) |
| 7/18/2011 | RCT | 545.00 | 0.70 | Address fee issues (.7) |
| 7/19/2011 | RCT | 545.00 | 0.80 | Review revised exhibit (.6); email APB re same (.2) |
| 7/26/2011 | EB | 215.00 | 1.10 | Work on fee application. |
| 7/28/2011 | RCT | 545.00 | 0.80 | Address fee and expense issues (.8). |
| 7/29/2011 | RCT | 545.00 | 0.20 | Address fee issue (.2). |
| 7/29/2011 | RCT | 545.00 | 0.20 | Review fee application schedules, August 2011 (.2) |
| 8/1/2011 | RCT | 545.00 | 0.70 | T/C local counsel re time entry changes (.4); emails to PVNL/EB re same (.3) |

{D0214335.1 }        1

PAGE - PA

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 8/2/2011 | RCT | 545.00 | 1.80 | Review Exhibit A and revise (1.5); conference EB re revised Exhibit (.3) |
| 8/2/2011 | RCT | 545.00 | 0.80 | Address expense issues re interim fee app (.8) |
| 8/2/2011 | EB | 215.00 | 0.60 | T/C with APB re: Exhibit A and T/C with RCT. |
| 8/8/2011 | EB | 215.00 | 0.20 | Query re: payments for Grace. |
| 8/9/2011 | RCT | 545.00 | 1.80 | Review interim fee application (1.8) |
| 8/9/2011 | EB | 215.00 | 1.50 | Work on interim fee application and work on exhibit D. |
| 8/9/2011 | RCT | 545.00 | 0.20 | Queries re exhibit formats (.2) |
| 8/10/2011 | RCT | 545.00 | 1.40 | Address fee issues (1.4) |
| 8/10/2011 | RCT | 545.00 | 1.30 | Address issues re exhibit prep. and revisions to same (1.3) |
| 8/10/2011 | EB | 215.00 | 0.60 | Review correspondence re: Project. |
| 8/11/2011 | RCT | 545.00 | 1.00 | Review prebills (1.0) |
| 8/16/2011 | RCT | 545.00 | 1.00 | Review exhibits (1.). |
| 8/16/2011 | EB | 215.00 | 1.00 | Perform review of spreadsheet and update and review payment summaries. |
| 8/17/2011 | EB | 215.00 | 1.00 | Work on project re: JAL. |
| 8/18/2011 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 8/22/2011 | RCT | 545.00 | 1.00 | Review monthly fee summary (1.0). |
| 8/22/2011 | EB | 215.00 | 1.50 | Work on monthly fee application. |
| 8/31/2011 | RCT | 545.00 | 0.20 | Review fee application schedules for September (.2). |
| 9/6/2011 | EB | 215.00 | 1.10 | Prepare fee and expense report for fee application schedule. |
| 9/14/2011 | RCT | 545.00 | 1.20 | Address fee issues (1.2). |

{D0214335.1 }   1

| Date | | | | | |
|---|---|---|---|---|---|
| 9/19/2011 | RCT | 545.00 | 0.80 | | Address fee and expense matters (.8). |
| 9/19/2011 | RCT | 545.00 | 0.90 | | Review exhibits (.9). |
| 9/23/2011 | RCT | 545.00 | 1.20 | | Review monthly fee application (1.2). |
| 9/30/2011 | RCT | 545.00 | 0.20 | | Review Fee Application Schedule for October 2011 (.2). |

**Total Task Code .12     32.00**

## Fee Applications, Others (.90 Hours; $ 581.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Rita C. Tobin | .70 | $545 | 381.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/1/2011 | EI | 1,000.00 | 0.20 | Telephone conference with J. Sinclair re: debtor payment (.2). |
| 9/14/2011 | RCT | 545.00 | 0.70 | Address payment issues and committee expense issues (7). |

**Total Task Code .13     .90**

## Litigation and Litigation Consulting (10.10 Hours; $ 2,874.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .80 | $535 | 428.00 |
| James P. Wehner | .90 | $535 | 481.50 |
| Kevin C. Maclay | .30 | $535 | 160.50 |
| Kate G. Henningsen | 4.10 | $240 | 984.00 |
| Sara Joy DelSavio | 2.70 | $205 | 553.50 |
| Zachary D. Orsulak | 1.30 | $205 | 266.50 |

{D0214335.1 }     1

PAGE - PA

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2011 | KCM | 535.00 | 0.10 | Review memo re Grace hearing |
| 7/11/2011 | JAL | 535.00 | 0.10 | Review e-mail from PVNL re: confirmation appeal issues. |
| 7/11/2011 | JAL | 535.00 | 0.10 | Confer w/KGH re: confirmation appeal issue. |
| 7/11/2011 | JAL | 535.00 | 0.10 | E-mail to PVNL re: confirmation appeal issue. |
| 7/12/2011 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to issues on confirmation appeal. |
| 7/12/2011 | KGH | 240.00 | 1.30 | Look into 3rd Circuit procedure for appeal briefs. |
| 7/12/2011 | ZDO | 205.00 | 1.30 | Review case files, targeting select deposition transcripts (e.g. David Weill; 8/24/09). |
| 7/13/2011 | KGH | 240.00 | 1.20 | Look into 3rd Circuit procedure for appeal briefs. |
| 7/13/2011 | JAL | 535.00 | 0.20 | Office conf. w/KGH re: appeal-related issues. |
| 7/14/2011 | KGH | 240.00 | 0.60 | Draft and send email about 3rd Circuit procedure. |
| 7/14/2011 | JPW | 535.00 | 0.90 | Review hearing transcripts |
| 7/15/2011 | SJD | 205.00 | 2.70 | Organize database materials and files per JPW (1.3); perform research regarding document productions per TWS (1.4) |
| 7/18/2011 | KGH | 240.00 | 1.00 | Research 3rd Circuit procedure for appeal briefs and send email re same. |
| 8/10/2011 | KCM | 535.00 | 0.20 | Review memo to ACC re potential settlements and related correspondence |

**Total Task Code .16        10.10**

**Plan & Disclosure Statement (25.60 Hours; $ 20,366.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0214335.1 }        1

PAGE

- PA

| | | | |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $1,000 | 1,400.00 |
| Peter Van N. Lockwood | 18.80 | $905 | 17,014.00 |
| Ann C. McMillan | .20 | $625 | 125.00 |
| Jeffrey A. Liesemer | 2.00 | $535 | 1,070.00 |
| Kate G. Henningsen | 2.90 | $240 | 696.00 |
| Mollie E. Gelburd | .30 | $205 | 61.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2011 | KGH | 240.00 | 2.90 | Complete drafting memo on district court hearing. |
| 7/1/2011 | PVL | 905.00 | 0.20 | Rv emails and reply re draft affirmance order |
| 7/1/2011 | MEG | 205.00 | 0.30 | Organize and update internal files with past estimation documents. |
| 7/6/2011 | JAL | 535.00 | 0.10 | Review of materials relating to plan issues and next steps. |
| 7/6/2011 | JAL | 535.00 | 0.60 | Drafted and revised memo re: plan issues and developments. |
| 7/11/2011 | PVL | 905.00 | 1.40 | Rv O'Neill ltr to J. Buckwalter (.1); tcn Frankel and Wyron (1.3) |
| 7/12/2011 | PVL | 905.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron |
| 7/13/2011 | PVL | 905.00 | 0.40 | Teleconference Finke |
| 7/14/2011 | PVL | 905.00 | 0.20 | Rv email (.1); rv corresp. (.1) |
| 7/14/2011 | JAL | 535.00 | 0.40 | Review and analysis of materials relating to confirmation issues. |
| 7/19/2011 | PVL | 905.00 | 0.10 | Teleconference Eskin |
| 7/21/2011 | PVL | 905.00 | 0.50 | Rv Lenders proposed order (.1); rv emails and reply (.2); rv BNSF app. brief re CMA appeal (.2) |
| 7/22/2011 | PVL | 905.00 | 1.10 | Rv Libby Cls. app. br. re CNA appeal (.9); rv Bank Lenders' suppl. authority (.2) |

{D0214335.1 }    1

PAGE - PA

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 7/26/2011 | PVL | 905.00 | 0.40 | Tcn Shelnitz, Donley, Frankel, et al (.3); teleconference EI (.1) |
| 7/27/2011 | PVL | 905.00 | 1.10 | Tcn Esayian, Frankel, Wyron, Mehaley & Felder |
| 7/28/2011 | PVL | 905.00 | 1.00 | Teleconference Frankel (.1); tcns Frankel & Wyron (.6); tcn Frankel, Wyron and EI (.3) |
| 8/2/2011 | PVL | 905.00 | 0.70 | Teleconference Wyron |
| 8/2/2011 | EI | 1,000.00 | 1.40 | Conference with R. Frankel re: appeals and mediation (1.3); telephone call to PVNL re: same (.1). |
| 8/9/2011 | JAL | 535.00 | 0.20 | Reviewed memo from EI re: issues relating to pending appeals |
| 8/9/2011 | PVL | 905.00 | 0.60 | Rv EI memo (.1); teleconference EI (.5) |
| 8/10/2011 | PVL | 905.00 | 0.10 | Teleconference EI |
| 8/11/2011 | PVL | 905.00 | 0.80 | Rv Wyron memo (.1); rv draft response to Libby and BNSF briefs re CNA appeal (.7) |
| 8/12/2011 | ACM | 625.00 | 0.10 | Teleconference claimant re status of case. |
| 8/12/2011 | PVL | 905.00 | 0.10 | Rv emails. |
| 8/18/2011 | PVL | 905.00 | 0.10 | Rv emails. |
| 8/21/2011 | PVL | 905.00 | 1.50 | Rv revised draft PPs brief re CNA appeal (.4); rv CNA draft resp. br. re CNA appeal (1.1). |
| 8/22/2011 | PVL | 905.00 | 0.10 | Rv email. |
| 8/23/2011 | PVL | 905.00 | 0.30 | Tcn Paul. |
| 8/23/2011 | JAL | 535.00 | 0.20 | Voice message from A. Paul re: confirmation issues. |
| 8/24/2011 | JAL | 535.00 | 0.20 | Tele. call w/A. Paul re: confirmation developments. |
| 8/25/2011 | PVL | 905.00 | 0.30 | Rv revised draft PP brief re CNA appeal |

{D0214335.1}    1

PAGE - PA

| Date | Prof | Rate | Hours | Description |
|---|---|---|---|---|
| 8/26/2011 | PVL | 905.00 | 0.70 | Rv emails and reply (.1); rv revised draft PP resp. brief re CNA appeal (.4); rv Blackstone discussion materials (.2) |
| 9/2/2011 | PVL | 905.00 | 0.70 | Teleconference Sinclair |
| 9/6/2011 | PVL | 905.00 | 0.40 | Tcn Shelnitz, Donley, Baer, Frankel, Wyron et al |
| 9/8/2011 | PVL | 905.00 | 0.90 | Teleconference Hurford (.2); tcn Frankel, Wyron, Radecki, Sinclair, EI et al (.7) |
| 9/9/2011 | PVL | 905.00 | 0.20 | Rv BNSF and Libby Cls. reply briefs re CNA appeal |
| 9/12/2011 | PVL | 905.00 | 0.30 | Rv emails |
| 9/15/2011 | JAL | 535.00 | 0.30 | Review and analysis of materials relating to plan issues. |
| 9/19/2011 | PVL | 905.00 | 0.40 | Rv Montana/Libby settlement agmt and motion |
| 9/20/2011 | PVL | 905.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron |
| 9/21/2011 | PVL | 905.00 | 0.20 | Rv emails and reply |
| 9/22/2011 | PVL | 905.00 | 1.00 | Tcn Shelnitz, Finke, Paul, Frankel & Wyron |
| 9/27/2011 | PVL | 905.00 | 0.90 | Tcn Shelnitz, Paul, Baer, Frankel & Wyron |
| 9/29/2011 | ACM | 625.00 | 0.10 | Teleconference claimant re status of case. |
| 9/30/2011 | PVL | 905.00 | 0.10 | Rv emails and reply |

**Total Task Code .17        25.60**

**Relief from Stay Proceedings (.20 Hours; $ 181.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $905 | 181.00 |

{D0214335.1}        1

PAGE - PA

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/21/2011 | PVL | 905.00 | 0.20 | Rv Intrawest lift stay motion |

**Total Task Code .18    .20**

**Travel – Non-Working  (6.50 Hours; $ 3,250.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.50 | $500 | 3,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/8/2011 | EI | 500.00 | 6.50 | Travel to and from D.C. for meeting (6.5). |

**Total Task Code .21    6.50**

**Fee Auditor Matters (4.50 Hours; $ 2,452.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.50 | $545 | 2,452.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/12/2011 | RCT | 545.00 | 0.50 | Review Fee Auditors final report (.5) |
| 9/1/2011 | RCT | 545.00 | 0.90 | Ref. Fee Ex initial report (.3); obtain info to respond to report (.6). |
| 9/7/2011 | RCT | 545.00 | 0.60 | Follow up on Fee Auditor questions (.6). |
| 9/12/2011 | RCT | 545.00 | 0.40 | Work on fee auditor response (.4). |

{D0214335.1 }    1

PAGE - PA

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 9/27/2011 | RCT | 545.00 | 0.70 | Address fee auditor issues (.7). |
| 9/28/2011 | RCT | 545.00 | 1.10 | Review email/email fee auditor re: response due (.1); work on fee examiner response (1.0); |
| 9/29/2011 | RCT | 545.00 | 0.30 | Work on fee auditor response (.3). |

**Total Task Code .32        4.50**

{D0214335.1 }              1