**EXHIBIT B**

**Asset Disposition (.70 Hours; $ 633.50)**

  Services rendered in this category pertain to the allocation, management and control of the Debtor's assets.

**Total Task Code .02**    .70


**Business Operation (34.50 Hours; $ 18,939.50)**

  Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**    34.50


**Case Administration (17.00 Hours; $ 12,755.00)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    17.00


**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 452.50)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    .50


**Committee, Creditors', Noteholders' or Equity Holders' (1.50 Hours; $ 511.50)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**    1.50

**Fee Applications, Applicant (32.00 Hours; $ 14,206.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        32.00

**Fee Applications, Others (.90 Hours; $ 581.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**        .90

**Litigation and Litigation Consulting (10.10 Hours; $ 2,874.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16**        10.10

**Plan & Disclosure Statement (25.60 Hours; $ 20,366.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**        25.60

**Relief from Stay Proceedings (.20 Hours; $ 181.00)**

      Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18**        .20

**Travel Non-Working (6.50 Hours; $ 3,250.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**        6.50

- 3 -

**Fee Auditor Matters (4.50 Hours; $ 2,452.50)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**      **4.50**