## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $59.53 |
| Air & Train Transportation | $1,855.00 |
| Meals Related to Travel | $35.49 |
| Travel Expenses - Ground Transportation | $129.70 |
| Local Transportation – DC | $38.00 |
| Conference Call Services | $7.12 |
| Database Research | $788.53 |
| Xeroxing | $8.00 |
| Postage & Air Freight | $0.88 |
| Long Distance-Equitrac In-House | $7.55 |
| NYO Long Distance Telephone | $60.76 |
| **Total** | **$2,990.56** |

{D0214340.1 }