**Client Number:   4642**                    **Grace Asbestos Personal Injury Claimants**                                                                     Page: 1

**Matter      000**                                **Disbursements**                                                                                         8/22/2011

                                                                                                                   Print Date/Time: 08/22/2011 11:34:30AM
Attn:
                                                                                                                                              Invoice #

                                                    PREBILL / CONTROL   REPORT


                                                                            Trans Date Range:  1/1/1950  to: **7/31/2011**

**Matter      000**
**Disbursements**

Bill Cycle:     Monthly         Style:      i1       Start:    4/16/2001    Last Billed :    7/26/2011

                                     $4,806.34
Client Retainers Available                       Committed to Invoices:          $0.00       Remaining:        $4,806.34


                                                     $3,915,762.77
                                 Total Expenses Billed To Date            Billing Empl:        0120     Elihu  Inselbuch
                                                                          Responsible Empl:    0120     Elihu  Inselbuch
                                                                          Alternate Empl:      0120     Elihu  Inselbuch
                                                                          Originating Empl:    0120     Elihu  Inselbuch


**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|------|----------|------|-------|--------|-------|--------|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,274.26 | 0.00 | 966.26 |
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 10.55 | 0.00 | 10.55 |
| 0827 | KGH | Kate G Henningsen | 0.00 | 976.23 | 0.00 | 668.23 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 792.76 | 0.00 | 792.76 |
| **Total Fees** | | | **0.00** | **3,053.80** | **0.00** | **2,437.80** |


**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|----------|-------------|-----------|------------|-----------|------|-------|--------|------|-------|--------|------------|
| 2711589 | Equitrac - Long Distance to 12126923642 | E | 07/01/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2711647 | Peter Van N. Lockwood -Coach One-Way Train Fare from Philadelphia, PA, re: Hearing, 6/29/11 | E | 07/01/2011 | 0020 PVL | | 0.00 | $213.00 | | 0.00 | $213.00 | 213.04 |
| 2711669 | Federal Express -Delivery to M.Brushwood, 6/17/11 | E | 07/05/2011 | 0120 EI | | 0.00 | $10.55 | | 0.00 | $10.55 | 223.59 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

(EI; Split b/w clients 4642 & 5334)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2714749 | Equitrac - Long Distance to 19174450518 | E | 07/05/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 223.63 |
| 2718570 | Business Card -ADA Travel Reconciliation, re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 263.63 |
| 2718571 | Business Card -ADA Travel Reconciliation, re: First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $392.00 | 0.00 | $238.00 | 501.63 |
| 2718572 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Exchanging First Class Train Fare to/from Philadelphia, PA, 6/28/11  (PVNL; Coach $238.00) | E | 07/08/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 541.63 |
| 2719055 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, 6/29/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $48.00 | 0.00 | $48.00 | 589.63 |
| 2719056 | Petty Cash -Snack while on travel to/from Philadelphia, PA, 6/29/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $15.26 | 0.00 | $15.26 | 604.89 |
| 2719070 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, 6/28/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $30.00 | 0.00 | $30.00 | 634.89 |
| 2719071 | Petty Cash -Meal while on travel to/from Philadelphia, PA, 6/28/11  (PVNL) | E | 07/12/2011 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 641.89 |
| 2719211 | Equitrac - Long Distance to 14105314355 | E | 07/12/2011 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 641.93 |
| 2719251 | Equitrac - Long Distance to 12126923642 | E | 07/12/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 642.01 |
| 2719335 | Equitrac - Long Distance to 14105314355 | E | 07/13/2011 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 643.37 |
| 2719344 | Equitrac - Long Distance to 19143721874 | E | 07/13/2011 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 643.45 |
| 2719135 | Equitrac - Long Distance to 19143721874 | E | 07/14/2011 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 643.61 |

C&D

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2722353 | Equitrac - Long Distance to 19143721874 | E | 07/18/2011 | 0999 | | 0.00 | $1.15 | 0.00 | $1.15 | 644.76 |
| 2722728 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00) | E | 07/21/2011 | 0020 | PVL | 0.00 | $409.00 | 0.00 | $255.00 | 899.76 |
| 2722729 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00) | E | 07/21/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 939.76 |
| 2722730 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (KGH; Coach $255.00) | E | 07/21/2011 | 0827 | KGH | 0.00 | $40.00 | 0.00 | $40.00 | 979.76 |
| 2722731 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/29/11  (KGH; Coach $255.00) | E | 07/21/2011 | 0827 | KGH | 0.00 | $409.00 | 0.00 | $255.00 | 1,234.76 |
| 2722732 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/29/11  (PVNL; Coach $255.00; Change in return travel) | E | 07/21/2011 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,274.76 |
| 2722733 | Business Card -ETA Travel Reconciliation for Svc., re: First Class Train Fare to/from Philadelphia, PA, 6/28/11  (KGH; Coach $255) | E | 07/21/2011 | 0827 | KGH | 0.00 | $409.00 | 0.00 | $255.00 | 1,529.76 |
| 2722734 | Business Card -ETA Travel Reconciliation for Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 6/28/11  (KGH; Coach $255) | E | 07/21/2011 | 0827 | KGH | 0.00 | $40.00 | 0.00 | $40.00 | 1,569.76 |
| 2724004 | Equitrac - Long Distance to 12123199240 | E | 07/28/2011 | 0999 | C&D | 0.00 | $1.28 | 0.00 | $1.28 | 1,571.04 |
| 2726197 | Petty Cash -Lunch meal while on travel to/from Philadelphia, PA, re: Hearing, 6/28/11 - 6/29/11 (KGH) | E | 07/29/2011 | 0827 | KGH | 0.00 | $13.23 | 0.00 | $13.23 | 1,584.27 |
| 2726198 | Petty Cash -Cab Fares while on travel to/from Philadelphia, PA, re: Hearing, 6/28/11 - 6/29/11 (KGH) | E | 07/29/2011 | 0827 | KGH | 0.00 | $14.00 | 0.00 | $14.00 | 1,598.27 |
| 2726199 | Petty Cash -Exchange Train Fare Fee for First Class while on travel to/from Philadelphia, PA, | E | 07/29/2011 | 0827 | KGH | 0.00 | $51.00 | 0.00 | $51.00 | 1,649.27 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

re: Hearing, 6/28/11 - 6/29/11

| | | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2726580 | Pacer Service Center -Database Research Svc., 4/1/11 - 6/30/11 | | E | 07/29/2011 | 0999 | | 0.00 | $776.64 | 0.00 | $776.64 | 2,425.91 |
| | | | | | | C&D | | | | | |
| 2726665 | Database Research - Westlaw by KGH on 7/12 | | E | 07/31/2011 | 0999 | | 0.00 | $11.89 | 0.00 | $11.89 | 2,437.80 |
| **Total Expenses** | | | | | | | | $3,053.80 | | | |
| | | | | | | | 0.00 | | 0.00 | $2,437.80 | |
| | Matter Total Fees | | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | | 3,053.80 | | 2,437.80 | |
| | Matter Total | | | | | | 0.00 | 3,053.80 | 0.00 | 2,437.80 | |
| | | | | | | | | | | | |
| | Prebill Total Fees | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $3,053.80 | | $2,437.80 | |
| | Prebill Total | | | | | | 0.00 | $3,053.80 | 0.00 | $2,437.80 | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

Trans Date Range:  1/1/1950  to: **8/31/2011**

**Matter      000**
**Disbursements**

Bill Cycle:       Monthly           Style:       i1           Start:    4/16/2001    Last Billed :    8/22/2011

                                     $4,806.34
Client Retainers Available                  Committed to Invoices:          $0.00        Remaining:        $4,806.34

                                              $3,918,200.57
                        Total Expenses Billed To Date         Billing Empl:         0120     Elihu  Inselbuch
                                                              Responsible Empl:     0120     Elihu  Inselbuch
                                                              Alternate Empl:       0120     Elihu  Inselbuch
                                                              Originating Empl:     0120     Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 609.78 | 0.00 | 399.78 |
| 0410 | MDA | Mark D Allison | 0.00 | 20.82 | 0.00 | 20.82 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 105.58 | 0.00 | 105.58 |
| **Total Fees** | | | **0.00** | **736.18** | **0.00** | **526.18** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2743807 | Local Transportation - DC - EI Cab while in Washington re attending meeting. | E | 08/09/2011 | C&D 0999 | | 0.00 | $38.00 | | 0.00 | $38.00 | 38.00 |
| 2731469 | Equitrac - Long Distance to 12123199240 | E | 08/14/2011 | C&D 0999 | | 0.00 | $2.84 | | 0.00 | $2.84 | 40.84 |
| 2733233 | Elihu Inselbuch -One-Way First Class Train Fare for Travel to DC from NY, re: client mtg., 8/8/11 (Coach $186) | E | 08/16/2011 | EI 0120 | | 0.00 | $291.00 | | 0.00 | $186.00 | 226.84 |
| | | | | EI | | | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2733234 | Elihu Inselbuch -One-Way First Class Train Fare for Travel from DC to NY, re: client mtg., 8/8/11 (Coach $162) | E | 08/16/2011 | 0120 | | 0.00 | $267.00 | 0.00 | $162.00 | 388.84 |
| 2733567 | Federal Express -Delivery to M.Hartford, 7/27/11 (EI) | E | 08/18/2011 | 0120 | EI | 0.00 | $14.08 | 0.00 | $14.08 | 402.92 |
| 2738017 | Photocopy | E | 08/22/2011 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 405.62 |
| 2738325 | Federal Express -Delivery to M.Brushwood, 8/9/11 (MDA) | E | 08/24/2011 | 0410 | MDA | 0.00 | $20.82 | 0.00 | $20.82 | 426.44 |
| 2738975 | Equitrac - Long Distance to 13128623120 | E | 08/24/2011 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 426.84 |
| 2738336 | Elite Limousine Plus Inc. -Car Svc. to Penn Station, 8/8/11  (EI) | E | 08/25/2011 | 0120 | EI | 0.00 | $37.70 | 0.00 | $37.70 | 464.54 |
| 2739382 | NYO Long Distance Telephone - Conference call onJune 30, 2011 | E | 08/31/2011 | 0999 | C&D | 0.00 | $60.76 | 0.00 | $60.76 | 525.30 |
| 2740042 | Postage | E | 08/31/2011 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 526.18 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $736.18 |  | $526.18 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees | 0.00 | | 0.00 |
| Matter Total Expenses | 736.18 | | 526.18 |
| Matter Total | 0.00 | 736.18 | 0.00 | 526.18 |
| | | | |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $736.18 | | $526.18 |
| Prebill Total | 0.00 | $736.18 | 0.00 | $526.18 |

| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter    000** | **Disbursements** | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

## PREBILL / CONTROL   REPORT

Trans Date Range:  1/1/1950  to: **9/30/2011**

**Matter    000**
**Disbursements**

Bill Cycle:    Monthly          Style:    i1          Start:   4/16/2001    Last Billed :   9/26/2011

|  | $4,806.34 |  |  |  |  |
|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

| | $3,918,726.75 | | | |
|---|---|---|---|---|
| | Total Expenses Billed To Date | Billing Empl: | 0120 | Elihu  Inselbuch |
| | | Responsible Empl: | 0120 | Elihu  Inselbuch |
| | | Alternate Empl: | 0120 | Elihu  Inselbuch |
| | | Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 14.08 | 0.00 | 14.08 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 0.40 | 0.00 | 0.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 7.12 | 0.00 | 7.12 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.98 | 0.00 | 4.98 |
| **Total Fees** | | | **0.00** | **26.58** | **0.00** | **26.58** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2749346 | Photocopy | E | 08/24/2011 | SAN 0242 | | 0.00 | $0.40 | | 0.00 | $0.40 | 0.40 |
| 2750076 | Photocopy | E | 09/06/2011 | C&D 0999 | | 0.00 | $2.40 | | 0.00 | $2.40 | 2.80 |
| 2745622 | Federal Express  -Delivery to M.Brushwood, | E | 09/15/2011 | EI 0120 | | 0.00 | $14.08 | | 0.00 | $14.08 | 16.88 |

| Client Number: 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | Disbursements | | | | | | 8/22/2011 |

Print Date/Time: 08/22/2011 11:34:30AM

Attn:

Invoice #

8/22/11 (EI)

| | | | | | | JAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2745510 | Premiere Global Services -Teleconference Svc., 7/2011 (JAL) | E | 09/16/2011 | 0317 | | | 0.00 | $7.12 | 0.00 | $7.12 | 24.00 |
| | | | | | | C&D | | | | |
| 2752978 | Photocopy | E | 09/23/2011 | 0999 | | | 0.00 | $2.50 | 0.00 | $2.50 | 26.50 |
| | | | | | | C&D | | | | |
| 2752306 | Equitrac - Long Distance to 13369269145 | E | 09/29/2011 | 0999 | | | 0.00 | $0.08 | 0.00 | $0.08 | 26.58 |

**Total Expenses**

                                                                $26.58
                                                                                        $26.58
                                                0.00                    0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 26.58 | | 26.58 |
| Matter Total | 0.00 | 26.58 | 0.00 | 26.58 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $26.58 | | $26.58 |
| Prebill Total | 0.00 | $26.58 | 0.00 | $26.58 |