085/31/2011;IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |
| | : | |
| | : | **Objection Date: December 5, 2011 @ 4 p.m.** |

**NOTICE OF FORTY-SECOND INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2011 through September 30, 2011

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $77,203.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $2,990.56

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $51,129.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $2,963.98

Total Amount of Holdback Fees Sought for applicable period:  $26,074.30

{D0214334.1 }

## EXHIBIT D

### CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
### CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO
### THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
### FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; /Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 08/31/2011; D.I. 27538 | 07/01/2011 through 07/31/2011 | $25,196.00 (80% of 31,495.00) | $2,437.80 | $25,196.00 (80% of 31,495.00) | $2,437.80 |
| 09/29/2011; D.I. 27694 | 08/01/2011 through 08/31/2011 | $25,933.20 (80% of 32,416.50) | $526.18 | $25,933.20 (80% of $32,416.50 | $526.18 |
| 11/14/2011; D.I. 27942 | 09/01/2011 through 09/30/2011 | $10,633.60 (80% of $13,292.00) | $26.58 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September 2011 Hours | Cumulative July to September 2011 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.2 | $ 13,487.00 |
| Asset Disposition | .7 | 633.50 | 8.8 | 5,366.00 |
| Business Operations | 34.5 | 18,939.50 | 63.2 | 36,013.50 |
| Case Administration | 17.0 | 12,755.00 | 5,598.2 | 1,761,206.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .5 | 452.50 | 1,876.5 | 786,519.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.5 | 511.50 | 137.7 | 88,429.00 |
| Employee Benefits/Pension | .0 | .00 | 20.5 | 14,068.50 |
| Employment | .0 | .00 | 62.3 | 18,649.50 |

{D0214334.1 }

| | | | | |
|---|---|---|---|---|
| Applications, Applicant Employment Applications, Others | .0 | .00 | 84.2 | 41,523.00 |
| Fee Applications, Applicant | 32.0 | 14,206.00 | 786.4 | 263,535.00 |
| Fee Applications, Others | .9 | 581.50 | 123.0 | 48,404.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 10.1 | 2,874.00 | 28,111.3 | 12,612,112.00 |
| Plan & Disclosure Statement | 25.6 | 20,366.50 | 5,741.1 | 3,463,223.50 |
| Relief from Stay Proceedings | .2 | 181.00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 6.5 | 3,250.00 | 1,838.2 | 483,777.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 4.5 | 2,452.50 | 187.4 | 94,848.00 |
| **Totals** | **134.0** | **$77,203.50** | **45,355.3** | **20,179,245.75** |

**CUMULATIVE EXPENSE SUMMARY/**

| Expense Category (Examples) | Total Expenses For The Period 7/1/11 – 9/30/11 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 788.53 | $ 405,091.39 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 59.53 | 24,930.14 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | 1,855.00 | 221,448.74 |
| Meals Related to Travel | 35.49 | 30,517.84 |
| Travel Expenses – Hotel Charges | .00 | 129,037.74 |
| Travel Expenses – Ground Transportation | 129.70 | 85,854.86 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | 38.00 | 6,945.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 8.00 | 116,076.45 |
| Postage | .88 | 6,980.95 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | 7.55 | 2,576.17 |
| NYO Long Distance Telephone | 60.76 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | 7.12 | 7.12 |
| **TOTAL** | **$ 2,990.56** | **$ 3,918,753.23** |

CAPLIN & DRYSDALE

Dated: November 14, 2011

*/s/Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125

*National Counsel for Official Committee
Of Asbestos Personal Injury Claimants*

{D0214334.1 }