# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>) |

**AFFIDAVIT OF MARC R. PAUL IN SUPPORT OF**
**DEBTORS APPLICATION FOR ORDER AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF BAKER & MCKENZIE AS SPECIAL**
**COUNSEL FOR THE DEBTORS NUNC PRO TUNC TO NOVEMBER 1, 2011**

| | |
|---|---|
| CITY OF WASHINGTON ) | |
|  ) ss. | |
| DISTRICT OF COLUMBIA ) | |

Marc R. Paul, after being duly sworn according to law, deposes and says:

1. I am a partner with the law firm of Baker & McKenzie ("Baker"), which maintains offices for the practice of law at 815 Connecticut Ave NW # 900, Washington D.C.,

---

[1] The Debtors are: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DC 20006-4004, and other locations in the United States and throughout the world. I am an attorney at law, duly admitted and in good standing to practice law in the District of Columbia. I am in good standing in all of the states and courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction.

2. I submit this declaration in support of the Debtors' *Application for Order Authorizing the employment and retention of Baker & McKenzie as Special Counsel for the Debtors Nunc Pro Tunc to November 1, 2011* (the "Application"),[2] seeking authorization for the Debtors to retain Baker as special counsel to the Debtors in connection with their chapter 11 cases.

3. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein. To the best of my knowledge based upon the inquiries described below, the following statements are true.

## SERVICES TO BE PROVIDED BY BAKER

4. At this time, Baker represents the Debtors on a number of matters and has been retained and compensated by the Debtors pursuant to this Court's *Order Pursuant to 11 U.S.C. §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business*, dated May 3, 2001 (the "OCP Order").

5. Subject to further order of the Court, the Debtors anticipate that Baker will continue to represent the Debtors in connection with the matters on which it has been retained under the OCP Order, in addition to representing the Debtors in connection with possible transactions involving the disposition of certain of the Debtors' assets and businesses (the "New Matter"). The Debtors have requested the employment and retention of Baker to render the following professional services (the "Representative Matters"):

---

[2] Capitalized terms used but not defined herein shall have the meanings asserted in the Application.

2

  a. certain proposed sales and purchases of assets in the U.S. and non-U.S. jurisdictions, including drafting documents, effectuating due diligence, participating in negotiations and providing other services in support of possible transactions;

  b. antitrust and competition law compliance, strategy and filings in the U.S. and foreign jurisdictions;

  c. advice regarding certain aspects of the Debtors' non-US subsidiaries, including advice relating to corporate formalities and commercial arrangements; and

  d. certain tax matters in the U.S. and in non-U.S. jurisdictions.

6. Baker will not duplicate the services that other firms may provide to the Debtors. Baker and such firms have and will continue to function cohesively to ensure that legal services provided to the Debtors by each firm are not duplicative. While certain aspects of Baker's representation will necessarily involve both Baker and the Debtors' restructuring counsel, Baker will not serve as restructuring counsel to the Debtors.

## BAKER'S QUALIFICATIONS

7. Baker is particularly well suited to serve as the Debtors' special counsel. Baker is one of the world's largest law firms with approximately 4,000 attorneys in 72 offices in 42 countries. Baker's knowledge, resources and international reach permit it to deliver high quality legal services throughout the world with fluency, consistency, confidence and sensitivity for cultural, social and legal practice differences outside of the U.S. Baker has extensive expertise in virtually all aspects of the law that may arise in the Representative Matters.

8. Baker has previously represented the Debtors and certain of their affiliates and subsidiaries in other matters. As a result of its previous engagements with the Debtors, Baker has considerable knowledge concerning the Debtors' businesses and assets and has the requisite familiarity to provide efficient services related to any potential transactions and other matters

that will require Baker's services. Were the Debtors required to retain different counsel regarding the matters in which Baker currently represents them, the Debtors would have to expend significant resources in helping new counsel become familiar with such matters.

### TERMS OF RETENTION & COMPENSATION

9.  In accordance with section 330(a) of the Bankruptcy Code, Baker intends to charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered (and seek reimbursement of actual and necessary out-of-pocket expenses). Baker will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

10. Effective June 30, 2011, the hourly rates charged by Baker (in the U.S.) for each of the above referenced services to be provided on an hourly basis are:

| **Billing Category** | **Range** |
| --- | --- |
| US Partners | $500-1,000 per hour |
| US Of Counsel | $400-850 per hour |
| US Associates | $295-600 per hour |
| US Trainees/Paralegals | $100-275 per hour |

11. The hourly rates set forth above are Baker's standard rates charged to clients, and the specific compensation arrangement provided for in their engagement letter is consistent with and typical of arrangements entered into by Baker and other comparable law firms with respect to rendering similar services of this nature for clients such as the Debtors.

12. Baker's current hourly rates for associates and partners outside of the United States, depending on the jurisdiction, vary from $200 to $1200. These rates are consistent with hourly rates charged by professionals for similar services in the jurisdictions in which the

4

services are provided. U.S. dollar values assigned to billing rates for attorneys outside of the U.S. may fluctuate based upon applicable exchange rates.

13. With respect to the New Matter, Baker has agreed to provide the Debtors a fifteen percent (15%) discount on its standard hourly rates.

14. These applicable hourly rates as may be agreed to by the Debtors and Baker are subject to periodic adjustments to reflect economic and other conditions. The rates set forth above are at a level designed to compensate Baker fairly for the work of its attorneys and legal assistants and to cover fixed and routine overhead expenses.

15. It is Baker's policy to charge its clients in all areas of service for all other expenses incurred in connection with the client's account. The expenses charged to clients include, among other things, telephone, toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, couriers, postage, and non ordinary overhead expenses such as overtime for secretaries and other staff. Baker will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Baker's other clients.

### BAKER'S LACK OF ADVERSE INTERESTS

16. Baker has no other connection with the Debtors, their creditors, the United States Trustee, or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth herein and on Exhibit 1 hereto. Insofar as I have been able to ascertain based on the information currently available to me, neither I, Baker, nor any partner, counsel, or associate thereof, represents any interest adverse to the Debtors in the matters upon which Baker is to be engaged.

17. Baker submitted and checked against its computer conflict database of present and former clients and adverse parties an extensive list of parties-in-interest and other persons and entities related to the Debtors and these chapter 11 cases. This inquiry revealed that:

a. Baker attorneys currently represent, on matters unrelated to the Representative Matters, a party that may be adverse to the Debtors with respect to the Representative Matters. Specifically, Baker represents affiliates of Akzo Nobel regarding corporate transactional, merger and acquisition, regulatory and commercial matters in various non-U.S. countries, none of which have any connection to the Debtors. Baker and the Debtors have sought waivers from Akzo Nobel regarding Baker's representation of the Debtors and expect that such waivers will be obtained in advance of the hearing on the Application.

b. Baker attorneys currently represent, on matters unrelated to the Representative Matters, a party that may be adverse to the Debtors on matters unrelated to the Representative Matters. Specifically, Baker advises affiliates of Sealed Air Corporation regarding various commercial matters in Australia, none of which have any material connection to the Debtors.

c. Baker currently represents or has relationships with certain other parties in interest (the "Potentially Interested Parties") or their affiliates arising from matters unrelated to these chapter 11 cases and/or the Representative Matters, or otherwise not materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders thereof. A list of these Potentially Interested Parties is set forth on Exhibit 1 hereto.

18. The conflicts database maintained by Baker includes every matter in which the firm is now or has been engaged over at least the past five years and, in each instance, the

identity of related parties and adverse parties. It is Baker's policy that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflicts database the information necessary to check each new matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.

19. Baker has not shared, nor agreed to share, any compensation that it has received or may receive with another party or person, other than with the partners, associates, contract attorneys or paraprofessionals that may be associated with Baker, nor has it shared or agreed to share in any compensation another person or party has received or may receive.

20. Baker will submit interim and final applications for compensation in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing revised Procedures for Interim Compensation And Reimbursement of Expenses for Professionals And Official Committee Members*, dated April 17, 2002, and such other and further orders of the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Marc R. Paul

SWORN AND SUBSCRIBED
before me this 14th day of November 2011
_____

My Commission Expires:
November 14, 2012

Katherine Ann Swall
Notary Public in and for
The District of Columbia

7

**EXHIBIT 1**

ABN Amro
Aetna Casualty & Surety
Aggregate Industries
AIG
Air Products
Alcoa, Inc.
Allen & Overy
Allstate Insurance Company
AMB Property LP
Amerada Hess
American Appraisal Associates, Inc.
American International Group, Inc.
American Reinsurance Co.
American United Life Insurance Co.
Amicon Ireland Limited
Anchorage Advisors LLC
Angus Chemical Company
AON Risk Services Inc of NY
AQR Capital Management LLC
Arizona Chemical Co.
Arthur Andersen
Ashland Chemical Company
Aspen Technology, Inc.
Autozone, Inc.
Avenue Capital
Avenue Investments
Badger Meter, Inc.
Baker Botts, LLP
Bank Hapaolim
Bank of America NA
Bank of New York
Bank of Nova Scotia
Bankers Trust Company
Barclays Bank PLC
Barclays Global Investors
Barnes & Thornburg
BASF Corp.
Baupost Group LLC, The
Bayer Corp.
Bear Stearns & Co.
BlackRock Inc.
Blackstone Group, The
Blank Rome LLP
Boise Cascade
BP Chemicals
BP Energy

BP International Ltd.
Buchanan Ingersoll PC
Burlington Northern Santa Fe Railroad
Cahill Gordon & Reindel
Cargill
Certain Underwriters at Lloyd's London
CFS
Chalmette Refining LLC
Chase Manhattan Bank, The
Ciba Specialty Chemicals Corp.
Citgo
Citadel Investment Group
Citibank, N.A.
Citigroup
Citigroup Special Situations
CNA Insurance
Coco's
Colgate
Commerzbank AG
Conoco
Continental Insurance Co.
Covington & Burling
Cozen O'Connor
Credit Lyonnais
Credit Suisse Securities (USA) LLC
Crown Cork & Seal Company, Inc.
CS First Boston
Cummings & Lockwood
Deloitte & Touche LLP
Delta Partners
Deutsche Asset Management Americas
Dexco Polymers Us 19170-8101
    Philadelphia Pa
Dickstein, Shapiro, & Morin
Dow Chemical Company
Dresdner Bank AG
DuPont
DuPont Dow Elastics Co.
E.I. Dupont De Nemours & Co.
Eastman Chemical Company
Elkem
Employers Mutual Casualty Co.
Engelhard Corporation
Entergy
Ernst & Young
Euler Hermes ACI

European General
Everest Reinsurance Company
ExxonMobil Chemical Company
Federal Insurance Company
Finnegan, Henderson, Farabow, Garrett, & Dunner
Fireman's Fund Insurance Co.
First State Ins Co.
First Union Bank
FMR LLC
Fortress Investment Group LLC
Fragomen, Del Rey & Bernsen PC
Gamma Holding, NV
GEICO
Genentech
General Electric Capital Corp.
General Mills
General Motors Acceptance Corp.
Georgia Pacific Corp.
Goodyear Tire & Rubber Co.
Grace Construction Products Ltd
Grant Thornton
Great Lakes Chemical Corporation
Greif Inc.
Haftpflichtverband
Hale & Dorr
Hampshire Chemical Corp.
Hartford Financial Services Group, Inc.
Hartford Insurance
Henkel Corporation
Hercules Inc.
Hi-Tech
Hinckley, Allen & Snyder LLP
Holme, Roberts & Owen, LLP
Honigman, Miller, Schwartz and Cohan
Howard & Howard
Howrey Simon Arnold & White
HSBC/MarineMidland
Huntsman Corp.
Huntsman Petrochemical Corp.
Hydro-Quebec
IMC
Intercat Inc.
International Paper
International Partners
J.M. Huber Corporation

J.P. Morgan Chase & Co.
KCS
Kirkpatrick & Lockhart LLP
KPMG Legal
LaSalle National Bank - Trust #100609
Latham & Watkins
Lehman
Lyondell Chemical
Macquarie Bank Ltd.
Marathon Ashland
MARS, Inc.
Massachusetts Mutual Life Insurance Co.
Merchandising Corp.
Merrill Lynch & Co. Inc.
Mobil Oil
Molycorp
Morgan Stanley & Co. Inc.
Morgan Stanley Senior Funding Inc.
Motiva
Nestor-BNA
Nortel Networks Inc.
Northbrook Ins Co
Northern Trust Bank
Northern Trust Investments NA
Occidental Chemical Corporation
Oppenheimer Asset Management Inc.
Pacific Life Insurance Company
PacifiCorp
Paragon Steakhouse Restaurants, Inc.
Patton Boggs LLP
Perkins Coie
Phelps Dodge Corp.
Phillips Electronics
Phillips Petroleum Company
Pier 1 Imports
Pillsbury Winthrop LLP
Pillsbury Winthrop Shaw Pittmann
Pilot
Pioneer
Polymer Ventures
PPG Industries, Inc.
Proskauer Rose LLP
Prudential Insurance Company of America
Quadrangle Group LLC
QVT Financial LP
Reed Smith

Reichhold Chemicals, Inc.
Rohm & Haas
Royal Bank of Scotland
Royal Insurance Co
Sandoz Ltd.
SAP America, Inc.
Schneider National, Inc.
Scotts Company
Sealed Air Corp.
Sempra Energy
Shell Chemical Co.
Sherwin Williams
Silgan Container Corp.
Silver Point Capital
Solvay Polymers
St. Paul Companies, Inc.
State Street Global Advisors
Stepan Co.
Sun Chemical
Sun Refining & Marketing Co.
Swiss Reinsurance
T.H.E.M. of New Jersey
Thomson & Thomson
Tiger Management LLC
Tosco
Toyota Motor Credit
Travelers Casualty and Surety Company
Travelers Insurance Co.
Trustees of Princeton University
Twin City Fire Ins Co
UBS O'Connor LLC
Union Carbide Corp.
United States Gypsum Company
United States Mineral Products
Vinson & Elkins
Wachovia Bank
Wal-Mart Stores, Inc.
Wausau Insurance Co
Weatherford International, Inc.
Weatherford US, Inc.
Weil Gotshal & Manges
Wellington Management Co. LLP
Wells Fargo Bank Minnesota, NA
Wendy's
WESCO Distribution, Inc.
White & Case
Whitecap, Inc.
Winston & Strawn
Winterthur Swiss Ins. Co.
York Capital Management
Zuckerman Spaeder LLP
Zurich Insurance Co