Exhibit V
Page 2 of 3

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| Kuhn, Lisa | 4/3/2001 | Meals | Dinner - Clyde's of Columbia | 47.22 |
| Kuhn, Lisa | 4/17/2001 | Meals | Starbucks - Breakfast | 4.31 |
| Kuhn, Lisa | 4/17/2001 | Meals | CPK - Lunch | 9.94 |
| Kuhn, Lisa | 4/17/2001 | Meals | Bennigans - Dinner | 11.84 |
| Kuhn, Lisa | 4/18/2001 | Meals | Breakfast (cafeteria) | 2.70 |
| Kuhn, Lisa | 4/18/2001 | Meals | Lunch (cafeteria) | 5.50 |
| Puschaver, Timothy | 4/2/2001 | Meals | out-of-town meal | 15.32 |
| Puschaver, Timothy | 4/2/2001 | Meals | out-of-town meal | 23.46 |
| Puschaver, Timothy | 4/3/2001 | Meals | out-of-town meal w/ S. Saunders | 21.63 |
| Puschaver, Timothy | 4/3/2001 | Meals | out-of-town meal | 18.15 |
| Puschaver, Timothy | 4/4/2001 | Meals | out-of-town meal | 7.99 |
| Puschaver, Timothy | 4/17/2001 | Meals | out-of-town meal | 8.56 |
| Puschaver, Timothy | 4/17/2001 | Meals | out-of-town meal w/ P. Hansen | 76.21 |
| Puschaver, Timothy | 4/18/2001 | Meals | out-of-town meal | 7.67 |
| Puschaver, Timothy | 4/18/2001 | Meals | out-of-town meal w/ P. Hansen, J. Forgach, M. Piergrossi | 87.55 |
| Puschaver, Timothy | 4/19/2001 | Meals | out-of-town meal | 6.85 |
| Puschaver, Timothy | 4/19/2001 | Meals | out-of-town meal w/ P. Hansen | 30.30 |
| Puschaver, Timothy | 4/20/2001 | Meals | out-of-town meal | 5.88 |
| Puschaver, Timothy | 4/23/2001 | Meals | out-of-town meal | 19.23 |
| Puschaver, Timothy | 4/24/2001 | Meals | out-of-town meal | 7.98 |
| Puschaver, Timothy | 4/25/2001 | Meals | out-of-town meal | 8.59 |
| Puschaver, Timothy | 4/25/2001 | Meals | out-of-town meal w/ P. Hansen | 88.97 |
| Puschaver, Timothy | 4/26/2001 | Meals | out-of-town meal | 8.86 |
| Puschaver, Timothy | 4/27/2001 | Meals | out-of-town meal | 17.83 |
| Puschaver, Timothy | 4/30/2001 | Meals | out-of-town meal | 5.63 |
| Saunders, Stephen | 4/2/2001 | Meals | Lunch | 7.00 |
| Saunders, Stephen | 4/2/2001 | Meals | Breakfast | 5.00 |
| Saunders, Stephen | 4/3/2001 | Meals | Lunch | 7.00 |
| Saunders, Stephen | 4/3/2001 | Meals | Breakfast | 5.00 |
| Saunders, Stephen | 4/4/2001 | Meals | Dinner | 35.00 |
| **Total Meals** | | | | $ 1,172.69 |

**OTHER TRANSPORTATION**

| | | | | |
|---|---|---|---|---|
| Behnke, Tom | 4/5/2001 | Other Transportation | Parking at O'Hare | 46.00 |
| Behnke, Tom | 4/5/2001 | Other Transportation | Rental car | 129.52 |
| Behnke, Tom | 4/17/2001 | Other Transportation | Parking at O'Hare | 23.00 |
| Hansen, Paul | 4/20/2001 | Other Transportation | Denver Airport parking | 60.00 |
| Hansen, Paul | 4/20/2001 | Other Transportation | Rental Car | 239.38 |
| Hansen, Paul | 4/23/2001 | Other Transportation | Taxi from BWI to Hotel in Columbia | 30.00 |
| Hansen, Paul | 4/27/2001 | Other Transportation | Denver Airport parking | 50.00 |
| Kuhn, Lisa | 4/3/2001 | Other Transportation | Cab from airport to hotel | 32.00 |
| Kuhn, Lisa | 4/3/2001 | Other Transportation | Cab from Chicago office to airport | 38.00 |
| Kuhn, Lisa | 4/17/2001 | Other Transportation | Rental Car in Boca | 47.92 |
| Kuhn, Lisa | 4/18/2001 | Other Transportation | Parking at O'Hare | 56.00 |
| Kuhn, Lisa | 4/18/2001 | Other Transportation | Rental Car in Baltimore | 76.49 |
| Puschaver, Timothy | 4/4/2001 | Other Transportation | Rental Car | 145.02 |
| Puschaver, Timothy | 4/4/2001 | Other Transportation | Parking at DIA | 44.00 |
| Puschaver, Timothy | 4/27/2001 | Other Transportation | Parking at DIA | 60.00 |
| Puschaver, Timothy | 4/27/2001 | Other Transportation | Rental Car | 205.93 |
| Saunders, Stephen | 4/2/2001 | Other Transportation | Parking | 14.00 |
| Saunders, Stephen | 4/3/2001 | Other Transportation | Gas | 22.29 |
| Saunders, Stephen | 4/4/2001 | Other Transportation | Parking | 54.00 |
| Saunders, Stephen | 4/4/2001 | Other Transportation | Taxi | 7.50 |
| Saunders, Stephen | 4/6/2001 | Other Transportation | Gas | 21.39 |
| Saunders, Stephen | 4/11/2001 | Other Transportation | Gas | 24.07 |
| Saunders, Stephen | 4/12/2001 | Other Transportation | Train from Grace to Philly | 77.00 |
| Seamon, Phil | 4/2/2001 | Other Transportation | R/T Amtrak WIL-BWI #7168499890 | 124.00 |
| Seamon, Phil | 4/2/2001 | Other Transportation | Cab to client from train | 35.00 |
| Seamon, Phil | 4/2/2001 | Other Transportation | Cab from client to train | 35.00 |
| Seamon, Phil | 4/2/2001 | Other Transportation | Parking at train station in Wilmington | 6.00 |
| **Total Other Transportation** | | | | $ 1,703.51 |

**SUNDRY**

| | | | | |
|---|---|---|---|---|
| Andersen, Sarah | 04/12/2001 | Sundry | Post office box rental fee | $ 172.00 |
| Behnke, Tom | 4/17/2001 | Sundry | Tips | 2.00 |
| Hansen, Paul | 4/9/2001 | Sundry | Office supplies | 7.49 |
| Hansen, Paul | 4/13/2001 | Sundry | Cell phone -- AT&T | 75.42 |
| Hansen, Paul | 4/20/2001 | Sundry | Misc tips | 5.00 |
| Hansen, Paul | 4/27/2001 | Sundry | Misc tips | 5.00 |

Exhibit V
Page 3 of 3

| Professional | Date | Category | Expense Description | | Amount |
|---|---|---|---|---|---|
| Puschaver, Timothy | 4/3/2001 | Sundry | Communication Charges | | 113.25 |
| Saunders, Stephen | 4/1/2001 | Sundry | Software package for client work (Word Perfect to interface w/ K&E) | | 229.93 |
| Saunders, Stephen | 4/9/2001 | Sundry | Communications | | 126.00 |
| Total Sundry | | | | $ | 736.09 |
| | | | | | |
| Total: | | | | $ | 15,915.10 |
| | | | | | |
| Less: Voluntary Reduction | | | | | (5,468.79) |
| | | | | | |
| Net Reimbursable Expenses: | | | | $ | 10,446.32 |

*Tab B — Month ending May 31, 2001*
*Current period and cumulative total*

| W. R. Grace & Co. | | | | | | Exhibit I |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| Engagement Summary by Professional | | | | | | Page 1 of 1 |
| For the Month Ended May 31, 2001 & Post-Petition-Cumulative | | | | | | |

| Professional | Title | Rate | Current Period | | Cumulative Totals | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| | | | Hours | Fees | Hours | Fees |
| Alcock, Michael | Project Assistant | $  160 | 0.0 | $        - | 4.0 | $       640.00 |
| Hansen, Paul | Manager | 430 | 165.0 | 70,950.00 | 244.3 | 105,049.00 |
| MacCahery, Barbara | Administrative Assistant | 85 | 0.0 | - | 2.1 | 178.50 |
| Puschaver, Timothy | Associate | 210 | 133.2 | 27,972.00 | 237.2 | 49,812.00 |
| Rajcevich, Mark | Associate | 210 | 49.0 | 10,290.00 | 49.0 | 10,290.00 |
| Saunders, Stephen | Associate | 210 | 147.5 | 30,975.00 | 234.7 | 49,287.00 |
| Seamon, Philip | Partner | 570 | 0.0 | - | 4.1 | 2,337.00 |
| Zambrano, Ivelise | Associate | 210 | 0.0 | - | 6.0 | 1,260.00 |
| **Total BRS** | | | **494.7** | **$  140,187.00** | **781.4** | **$  218,853.50** |
| Andersen, Sarah | Associate | 165 | 181.0 | $   29,865.00 | 295.5 | $   48,757.50 |
| Behnke, Tom | Director | 375 | 148.3 | 55,612.50 | 251.1 | 94,162.50 |
| Bushing, Jodi | Associate | 165 | 172.2 | 28,413.00 | 271.7 | 44,830.50 |
| Busse, Carl | Associate | 165 | 4.5 | 742.50 | 8.5 | 1,402.50 |
| Kuhn, Lisa | Manager | 290 | 189.9 | 55,071.00 | 314.4 | 91,176.00 |
| Leigh, Amy T. | Associate | 165 | 0.0 | - | 13.0 | 2,145.00 |
| Montague, Tony | Manager | 295 | 6.7 | 1,976.50 | 6.7 | 1,976.50 |
| Sait, Abrar | Associate | 210 | 2.0 | 420.00 | 2.0 | 420.00 |
| Turissini, David | Associate | 165 | 103.4 | 17,061.00 | 107.4 | 17,721.00 |
| Ubelhor, Julia | Associate | 165 | 168.0 | 27,720.00 | 329.0 | 54,285.00 |
| Vallerie, James E. | Manager | 290 | 10.0 | 2,900.00 | 18.6 | 5,394.00 |
| Voglund, Megan | Associate | 165 | 1.5 | 247.50 | 1.5 | 247.50 |
| Woods, Kristy | Associate | 165 | 1.0 | 165.00 | 1.0 | 165.00 |
| **Total Claims Management ("CM")** | | | **988.5** | **$  220,194.00** | **1620.4** | **$  362,683.00** |
| **Total BRS and CM Fees** | | | **1483.2** | **$  360,381.00** | **2401.8** | **$  581,536.50** |
| Less:  Travel Time Adjustment | | | | (9,970.00) | | (21,892.00) |
| **Total Adjusted Fees** | | | **1483.2** | **$  350,411.00** | **2401.8** | **$  559,644.50** |
| Expenses | | | | $   19,669.77 | | $   35,584.87 |
| Less: Travel Expense Adjustment | | | | (5,553.56) | | (11,022.35) |
| **Total Adjusted Expenses** | | | | **$   14,116.21** | | **$   24,562.53** |
| **TOTAL FEES AND EXPENSES** | | | | **$   364,527.21** | | **$   584,207.03** |

| W. R. Grace & Co. | | | Exhibit II |
| --- | --- | --- | --- |
| *Engagement Summary by Task Code* | | | Page 1 of 1 |
| *For the Month Ended May 31, 2001 & Post-Petition Cumulative* | | | |

## SUMMARY OF PROFESSIONAL FEES - CURRENT PERIOD

| TASK | Hours | Fees | Voluntary Reductions | Net Fees |
| --- | --- | --- | --- | --- |
| BAR - Bar Date Planning and Coordination | 3.9 | $    1,462.50 | $        - | $    1,462.50 |
| DM - Document Management | 31.2 | 6,552.00 | - | 6,552.00 |
| FA - Preparation of Fee Application | 31.5 | 6,615.00 | - | 6,615.00 |
| GD - General Duties | 6.5 | 1,365.00 | - | 1,365.00 |
| NO - Notice Processing and Correspondence | 1.2 | 450.00 | - | 450.00 |
| SS - Schedules and Statements of Financial Affairs | 1347.4 | 323,996.50 | - | 323,996.50 |
| TRA - Travel | 61.5 | 19,940.00 | (9,970.00) | 9,970.00 |
| TOTALS: | 1483.2 | $  360,381.00 | $  (9,970.00) | $  350,411.00 |

## SUMMARY OF PROFESSIONAL FEES - CUMULATIVE TOTALS

| TASK | Hours | Fees | Voluntary Reductions | Net Fees |
| --- | --- | --- | --- | --- |
| BAR - Bar Date Planning and Coordination | 3.9 | $    1,462.50 | $        - | $    1,462.50 |
| DM - Document Management | 37.8 | 8,005.50 | - | 8,005.50 |
| FA - Preparation of Fee Application | 46.5 | 10,051.00 | - | 10,051.00 |
| FD - First Day Related Issues | 36.3 | 8,899.00 | - | 8,899.00 |
| GD - General Duties | 15.1 | 3,171.00 | - | 3,171.00 |
| IR - Respond to Information Requests | 0.5 | 105.00 | - | 105.00 |
| MOR - Monthly Operating Reports | 1.1 | 473.00 | - | 473.00 |
| NO - Notice Processing and Correspondence | 334.0 | 60,611.50 | - | 60,611.50 |
| SS - Schedules and Statements of Financial Affairs | 1787.2 | 444,974.00 | - | 444,974.00 |
| TRA - Travel | 139.4 | 43,784.00 | (21,892.00) | 21,892.00 |
| TOTALS: | 2401.8 | $  581,536.50 | $  (21,892.00) | $  559,644.50 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 1 of 10

BAR - Bar Date Planning and Coordination - Assisting the Debtors and counsel with bar date notice preparation.  This category includes all time associated with the bar date, including development of a creditor notice program, developing computer programs to effectuate the planned notice, generating service lists, assistance with selection of a claims agent, assisting with the development of claims docketing protocols and resolution of claims processing issues from an oversight function.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Behnke, Tom | $   375 | 3.9 | $   1,462.50 | 3.9 | $   1,462.50 |
| Net Professional Fees and Hours: | | 3.9 | $   1,462.50 | 3.9 | $   1,462.50 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 2 of 10

DM - Document Management - Retention, organization and consolidation of pertinent documents generated by parties in this Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $ 430 | 0.0 | $ - | 1.5 | $ 645.00 |
| MacCahery, Barbara | 85 | 0.0 | - | 2.1 | 178.50 |
| Puschaver, Timothy | 210 | 16.4 | 3,444.00 | 19.4 | 4,074.00 |
| Saunders, Stephen | 210 | 14.8 | 3,108.00 | 14.8 | 3,108.00 |
| Net Professional Fees and Hours: | | 31.2 | $ 6,552.00 | 37.8 | $ 8,005.50 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 3 of 10

FA - Preparation of Fee Application - Preparation of monthly interim fee applications for submission to the Court to facilitate payment of fees and expenses incurred throughput this Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $ 430 | 0.0 | $ - | 1.3 | $ 559.00 |
| Puschaver, Timothy | 210 | 22.7 | 4,767.00 | 36.4 | 7,644.00 |
| Saunders, Stephen | 210 | 8.8 | 1,848.00 | 8.8 | 1,848.00 |
| Net Professional Fees and Hours: | | 31.5 | $ 6,615.00 | 46.5 | $ 10,051.00 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 4 of 10

| FD - First Day Related Issues - Follow-up and provide additional information related to First Day filings. |
| --- |

| Professional | Rate | Current Period | | Cumulative Totals | |
| --- | --- | --- | --- | --- | --- |
| | | Hours | Fees | Hours | Fees |
| Alcock, Michael | $ 160 | 0.0 | $ - | 4.0 | $ 640.00 |
| Puschaver, Timothy | 210 | 0.0 | - | 4.1 | 861.00 |
| Saunders, Stephen | 210 | 0.0 | - | 18.1 | 3,801.00 |
| Seamon, Philip | 570 | 0.0 | - | 4.1 | 2,337.00 |
| Zambrano, Ivelise | 210 | 0.0 | - | 6.0 | 1,260.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 36.3 | $ 8,899.00 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 5 of 10

GD – General Duties – General organizational, administrative and operational matters required and necessary in providing services to the Debtors in this Chapter 11 case not specifically defined in other categories.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Puschaver, Timothy | $   210 | 3.9 | $   819.00 | 10.4 | $   2,184.00 |
| Saunders, Stephen | 210 | 2.6 | 546.00 | 4.7 | 987.00 |
| Net Professional Fees and Hours: | | 6.5 | $   1,365.00 | 15.1 | $   3,171.00 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 6 of 10

IR - Respond to Information Requests - Accumulate, coordinate and distribute at the direction of Debtor personnel information requested by interested parties to the Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Puschaver, Timothy | $ 210 | 0.0 | $ - | 0.5 | $ 105.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 0.5 | $ 105.00 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 7 of 10

| MOR - Monthly Operating Reports - Advise in the preparation of Debtors' Monthly Operating Reports to be filed with the Court in accordance with bankruptcy guidelines. |
| --- |

| Professional | Rate | Current Period | | Cumulative Totals | |
| --- | --- | --- | --- | --- | --- |
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $ 430 | 0.0 | $ - | 1.1 | $ 473.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 1.1 | $ 473.00 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 8 of 10

NO - Notice Processing and Correspondence - Develop computer programs to accumulate creditors for bankruptcy notice purposes. Includes running programs, eventing creditors, creating service lists and preparation of mailing specifications for the notice agent. Additionally, the Applicant assists counsel in developing notice requirements and assists the notice agent in meeting mailing time deadlines. Assistance is provided for significant mailings, such as the notice of creditors of commencement, and for smaller notice mailings.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Andersen, Sarah | $ 165 | 0.0 | $ - | 56.1 | $ 9,256.50 |
| Behnke, Tom | 375 | 1.2 | 450.00 | 25.9 | 9,712.50 |
| Bushing, Jodi | 165 | 0.0 | - | 97.0 | 16,005.00 |
| Busse, Carl | 165 | 0.0 | - | 4.0 | 660.00 |
| Kuhn, Lisa | 290 | 0.0 | - | 0.5 | 145.00 |
| Leigh, Amy T. | 165 | 0.0 | - | 13.0 | 2,145.00 |
| Ubelhor, Julia | 165 | 0.0 | - | 137.5 | 22,687.50 |
| Net Professional Fees and Hours: | | 1.2 | $ 450.00 | 334.0 | $ 60,611.50 |

W. R. Grace & Co.                                                          Exhibit III
*Task Code Summary by Professional*                                       Page 9 of 10
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

> SS - Schedules and Statements of Financial Affairs - Assistance in the preparation of Debtors' Schedules of Assets and Liabilities, and Statement of Financial Affairs for submission to the Court following inception of this Chapter 11 case and in accordance with bankruptcy guidelines.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Andersen, Sarah | $ 165 | 181.0 | $ 29,865.00 | 239.4 | $ 39,501.00 |
| Behnke, Tom | 375 | 136.2 | 51,075.00 | 199.3 | 74,737.50 |
| Bushing, Jodi | 165 | 172.2 | 28,413.00 | 174.7 | 28,825.50 |
| Busse, Carl | 165 | 4.5 | 742.50 | 4.5 | 742.50 |
| Hansen, Paul | 430 | 140.5 | 60,415.00 | 198.4 | 85,312.00 |
| Kuhn, Lisa | 290 | 183.9 | 53,331.00 | 293.4 | 85,086.00 |
| Montague, Tony | 295 | 6.7 | 1,976.50 | 6.7 | 1,976.50 |
| Puschaver, Timothy | 210 | 76.2 | 16,002.00 | 127.9 | 26,859.00 |
| Rajcevich, Mark | 210 | 43.0 | 9,030.00 | 43.0 | 9,030.00 |
| Sait, Abrar | 210 | 2.0 | 420.00 | 2.0 | 420.00 |
| Saunders, Stephen | 210 | 117.3 | 24,633.00 | 177.9 | 37,359.00 |
| Turissini, David | 165 | 103.4 | 17,061.00 | 107.4 | 17,721.00 |
| Ubelhor, Julia | 165 | 168.0 | 27,720.00 | 191.5 | 31,597.50 |
| Vallerie, James E. | 290 | 10.0 | 2,900.00 | 18.6 | 5,394.00 |
| Voglund, Megan | 165 | 1.5 | 247.50 | 1.5 | 247.50 |
| Woods, Kristy | 165 | 1.0 | 165.00 | 1.0 | 165.00 |
| Net Professional Fees and Hours: | | 1,347.4 | $ 323,996.50 | 1,787.2 | $ 444,974.00 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit III
Page 10 of 10

TRA - Travel - Travel time to and from client location in excess of normal daily commute (non-working).

| Professional | Rate | Current Period Hours | Current Period Fees | Cumulative Totals Hours | Cumulative Totals Fees |
|---|---|---|---|---|---|
| Behnke, Tom | $ 375 | 7.0 | $ 2,625.00 | 22.0 | $ 8,250.00 |
| Hansen, Paul | 430 | 24.5 | 10,535.00 | 42.0 | 18,060.00 |
| Kuhn, Lisa | 290 | 6.0 | 1,740.00 | 20.5 | 5,945.00 |
| Puschaver, Timothy | 210 | 14.0 | 2,940.00 | 38.5 | 8,085.00 |
| Rajcevich, Mark | 210 | 6.0 | 1,260.00 | 6.0 | 1,260.00 |
| Saunders, Stephen | 210 | 4.0 | 840.00 | 10.4 | 2,184.00 |
| Total: | | 61.5 | $ 19,940.00 | 139.4 | $ 43,784.00 |
| Less: Voluntary Reduction* | | | (9,970.00) | | (21,892.00) |
| Net Professional Fees and Hours: | | 61.5 | $ 9,970.00 | 139.4 | $ 21,892.00 |

*Reimbursement sought for for fees related to travel time has been reduced by 50%*

W. R. Grace & Co.
*Expense Summary*
*For the Month Ended May 31, 2001 & Post-Petition Cumulative*

Exhibit IV
Page 1 of 1

**CURRENT PERIOD:**

| Category | Total Expenses |
|---|---|
| Airline | $    8,544.78 |
| Hotel | 5,853.90 |
| Meals | 1,906.48 |
| Other Transportation | 2,562.34 |
| Sundry | 802.27 |
| Total All Expenses | $    19,669.77 |
| Less: Voluntary Reduction* | (5,553.56) |
| Net Expenses: | $    14,116.21 |

*Reimbursement sought for for expenses related to travel has been reduced by 50%*

**CUMULATIVE TOTALS :**

| Category | Total Expenses |
|---|---|
| Airline | $    17,778.84 |
| Hotel | 8,922.65 |
| Meals | 3,079.17 |
| Other Transportation | 4,265.85 |
| Sundry | 1,538.36 |
| Total All Expenses | $    35,584.87 |
| Less: Voluntary Reduction* | (11,022.35) |
| Net Expenses: | $    24,562.53 |

*Reimbursement sought for for expenses related to travel has been reduced by 50%*

Exhibit V
Page 1 of 3

W. R. Grace & Co.
*Expense Detail by Category*
*For the Month Ended May 31, 2001*

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| **AIRLINE** | | | | |
| Behnke, Tom | 5/13/2001 | Airline | Airfare Chicago to Baltimore | $ 134.61 |
| Behnke, Tom | 5/15/2001 | Airline | Airfare Baltimore to Chicago | 133.33 |
| Behnke, Tom | 4/17/2001 | Airline | Airfare difference (see receipt) for ticket from West Palm to Chicago | 133.10 |
| Hansen, Paul | 4/30/2001 | Airline | Denver/Baltimore/Denver | 621.15 |
| Hansen, Paul | 5/6/2001 | Airline | Denver/Baltimore | 484.51 |
| Hansen, Paul | 5/6/2001 | Airline | Baltimore/Denver | 622.86 |
| Hansen, Paul | 5/14/2001 | Airline | Denver/Baltimore/Denver | 1,297.86 |
| Hansen, Paul | 5/20/2001 | Airline | Denver/Baltimore/Denver | 1,236.00 |
| Kuhn, Lisa | 5/15/2001 | Airline | United to BWI | 267.71 |
| Puschaver, Timothy | 4/30/2001 | Airline | Airfare Denver-Baltimore-Denver | 1,201.86 |
| Puschaver, Timothy | 5/14/2001 | Airline | Airfare Denver-Baltimore roundtrip | 1,068.10 |
| Puschaver, Timothy | 5/20/2001 | Airline | Airfare Denver-Baltimore | 907.96 |
| Rajcevich, Mark | 5/11/2001 | Airline | Flight from Baltimore to Chicago | 301.12 |
| Rajcevich, Mark | 5/7/2001 | Airline | Flight from Chicago to Baltimore | 134.61 |
| Total Airline | | | | $ 8,544.78 |
| **HOTEL** | | | | |
| Behnke, Tom | 5/15/2001 | Hotel | Hotel in Columbia, MD | $ 267.70 |
| Hansen, Paul | 4/30/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/1/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/2/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/3/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/6/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/7/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/8/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/9/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/10/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/14/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/15/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/16/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/17/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/20/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/21/2001 | Hotel | Columbia | 133.10 |
| Hansen, Paul | 5/22/2001 | Hotel | Columbia | 133.10 |
| Kuhn, Lisa | 5/15/2001 | Hotel | Hilton in Columbia, MD | 266.20 |
| Puschaver, Timothy | 4/20/2001 | Hotel | Hilton Columbia while at client | 532.40 |
| Puschaver, Timothy | 5/3/2001 | Hotel | Hilton Columbia while at client | 508.20 |
| Puschaver, Timothy | 5/18/2001 | Hotel | Hilton Columbia while at client site | 532.40 |
| Puschaver, Timothy | 5/24/2001 | Hotel | Hilton Columbia while at client site | 532.40 |
| Rajcevich, Mark | 5/7/2001 | Hotel | Hotel Stay at Marriott Residence Inn | 162.34 |
| Rajcevich, Mark | 5/11/2001 | Hotel | Hotel Stay at Hilton Columbia from 5/08-5/10 | 420.28 |
| Saunders, Stephen | 5/3/2001 | Hotel | Hotel at Client | 502.38 |
| Total Hotel | | | | $ 5,853.90 |
| **MEALS** | | | | |
| Behnke, Tom | 5/14/2001 | Meals | Dinner w/ L.Kuhn, P.Hansen, T.Puschaver, S.Saunders and S.Schwartz | $ 246.46 |
| Behnke, Tom | 5/14/2001 | Meals | Out-of-town lunch | 5.89 |
| Behnke, Tom | 5/14/2001 | Meals | Breakfast | 5.23 |
| Behnke, Tom | 5/15/2001 | Meals | Dinner | 6.34 |
| Hansen, Paul | 5/1/2001 | Meals | Breakfast | 7.00 |
| Hansen, Paul | 5/1/2001 | Meals | Dinner w/ T. Puschaver & S. Saunders | 48.69 |
| Hansen, Paul | 5/2/2001 | Meals | Breakfast | 8.00 |
| Hansen, Paul | 5/2/2001 | Meals | Dinner w/T. Puschaver & J. Forgach | 91.05 |
| Hansen, Paul | 5/3/2001 | Meals | Breakfast | 6.00 |
| Hansen, Paul | 5/3/2001 | Meals | Dinner | 37.00 |
| Hansen, Paul | 5/4/2001 | Meals | Breakfast | 14.02 |
| Hansen, Paul | 5/7/2001 | Meals | Breakfast | 8.00 |
| Hansen, Paul | 5/7/2001 | Meals | Dinner w/M. Rajcevich | 65.00 |
| Hansen, Paul | 5/7/2001 | Meals | Dinner w/M. Rajcevich (on hotel bill) | 23.00 |

Exhibit V
Page 2 of 3

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| Hansen, Paul | 5/8/2001 | Meals | Breakfast | 6.00 |
| Hansen, Paul | 5/8/2001 | Meals | Dinner w/M. Rajcevich & S. Saunder | 81.24 |
| Hansen, Paul | 5/9/2001 | Meals | Breakfast | 7.00 |
| Hansen, Paul | 5/9/2001 | Meals | Dinner w/M. Rajcevich & S. Saunder | 78.09 |
| Hansen, Paul | 5/10/2001 | Meals | Breakfast | 8.00 |
| Hansen, Paul | 5/10/2001 | Meals | Dinner w/M. Rajcevich | 58.31 |
| Hansen, Paul | 5/11/2001 | Meals | Breakfast | 32.17 |
| Hansen, Paul | 5/15/2001 | Meals | Breakfast | 8.00 |
| Hansen, Paul | 5/15/2001 | Meals | Dinner w/T. Puschaver | 94.43 |
| Hansen, Paul | 5/16/2001 | Meals | Breakfast | 7.00 |
| Hansen, Paul | 5/16/2001 | Meals | Dinner w/T. Puschaver & J. Forgach | 90.73 |
| Hansen, Paul | 5/17/2001 | Meals | Breakfast | 8.00 |
| Hansen, Paul | 5/17/2001 | Meals | Dinner w/T. Puschaver & S. Saunders | 47.66 |
| Hansen, Paul | 5/18/2001 | Meals | Dinner w/T. Puschaver | 13.55 |
| Hansen, Paul | 5/18/2001 | Meals | Breakfast | 21.08 |
| Hansen, Paul | 5/21/2001 | Meals | Breakfast | 7.00 |
| Hansen, Paul | 5/22/2001 | Meals | Breakfast | 3.00 |
| Hansen, Paul | 5/22/2001 | Meals | Lunch w/T. Puschaver & S. Saunders | 34.74 |
| Hansen, Paul | 5/23/2001 | Meals | Breakfast | 7.50 |
| Kuhn, Lisa | 5/14/2001 | Meals | Lunch | 5.35 |
| Kuhn, Lisa | 5/15/2001 | Meals | Breakfast | 5.75 |
| Puschaver, Timothy | 5/1/2001 | Meals | out-of-town meal | 8.16 |
| Puschaver, Timothy | 5/1/2001 | Meals | out-of-town meal | 11.40 |
| Puschaver, Timothy | 5/2/2001 | Meals | out-of-town meal | 7.71 |
| Puschaver, Timothy | 5/3/2001 | Meals | out-of-town meal | 8.22 |
| Puschaver, Timothy | 5/14/2001 | Meals | out-of-town meal | 7.84 |
| Puschaver, Timothy | 5/15/2001 | Meals | out-of-town meal | 9.24 |
| Puschaver, Timothy | 5/16/2001 | Meals | out-of-town meal | 9.05 |
| Puschaver, Timothy | 5/17/2001 | Meals | out-of-town meal | 7.27 |
| Puschaver, Timothy | 5/18/2001 | Meals | out-of-town meal | 2.00 |
| Puschaver, Timothy | 5/21/2001 | Meals | out-of-town meal | 7.84 |
| Puschaver, Timothy | 5/22/2001 | Meals | out-of-town meal | 2.83 |
| Puschaver, Timothy | 5/22/2001 | Meals | out-of-town meal w/ P. Hansen & S. Saunders | 175.43 |
| Puschaver, Timothy | 5/23/2001 | Meals | out-of-town meal | 21.33 |
| Puschaver, Timothy | 5/24/2001 | Meals | out-of-town meal | 8.31 |
| Rajcevich, Mark | 5/7/2001 | Meals | Breakfast | 8.46 |
| Rajcevich, Mark | 5/8/2001 | Meals | Breakfast | 8.23 |
| Rajcevich, Mark | 5/9/2001 | Meals | Breakfast | 6.54 |
| Rajcevich, Mark | 5/10/2001 | Meals | Breakfast | 7.42 |
| Rajcevich, Mark | 5/11/2001 | Meals | Breakfast | 8.23 |
| Rajcevich, Mark | 5/9/2001 | Meals | Dinner | 18.00 |
| Saunders, Stephen | 5/3/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 5/3/2001 | Meals | Meal at Client | 17.05 |
| Saunders, Stephen | 5/3/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 5/2/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 5/2/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 5/1/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 5/1/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/27/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/27/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/27/2001 | Meals | Meal at Client | 35.00 |
| Saunders, Stephen | 4/26/2001 | Meals | Meal at Client | 29.30 |
| Saunders, Stephen | 4/26/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/26/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/25/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/25/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/24/2001 | Meals | Meal at Client | 23.00 |
| Saunders, Stephen | 4/24/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/24/2001 | Meals | Meal at Client (p.hansen and t. puschaver) | 42.18 |
| Saunders, Stephen | 4/20/2001 | Meals | Meal at Client | 23.50 |
| Saunders, Stephen | 4/20/2001 | Meals | Meal at Client | 5.50 |
| Saunders, Stephen | 4/19/2001 | Meals | Meal at Client | 24.00 |
| Saunders, Stephen | 4/19/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/19/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/18/2001 | Meals | Meal at Client | 24.00 |
| Saunders, Stephen | 4/18/2001 | Meals | Meal at Client | 3.00 |
| Saunders, Stephen | 4/18/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/17/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/17/2001 | Meals | Meal at Client | 3.00 |

Exhibit V
Page 3 of 3

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| Saunders, Stephen | 4/17/2001 | Meals | Meal at Client | 47.41 |
| Saunders, Stephen | 4/16/2001 | Meals | Meal at Client | 6.00 |
| Saunders, Stephen | 4/16/2001 | Meals | Meal at Client | 5.75 |
| **Total Meals** | | | | **$ 1,906.48** |

**OTHER TRANSPORTATION**

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| Behnke, Tom | 5/15/2001 | Other Transportation | Parking at O'Hare | $ 54.00 |
| Behnke, Tom | 5/15/2001 | Other Transportation | Rental Car | 147.78 |
| Hansen, Paul | 4/30/2001 | Other Transportation | Taxi - BWI to Hotel in Columbia | 28.00 |
| Hansen, Paul | 5/4/2001 | Other Transportation | Denver Airport parking | 56.00 |
| Hansen, Paul | 5/11/2001 | Other Transportation | Rental Car | 345.94 |
| Hansen, Paul | 5/11/2001 | Other Transportation | Rental Car - Gas | 23.29 |
| Hansen, Paul | 5/11/2001 | Other Transportation | Denver Airport parking | 62.00 |
| Hansen, Paul | 5/18/2001 | Other Transportation | Rental Car | 243.38 |
| Hansen, Paul | 5/18/2001 | Other Transportation | Denver Airport parking | 60.00 |
| Hansen, Paul | 5/22/2001 | Other Transportation | Taxi - Grace office in Columbia to BWI | 30.00 |
| Hansen, Paul | 5/23/2001 | Other Transportation | Denver Airport parking | 42.00 |
| Kuhn, Lisa | 5/15/2001 | Other Transportation | Parking at O'Hare | 46.00 |
| Puschaver, Timothy | 4/20/2001 | Other Transportation | Parking at DIA while at client | 60.00 |
| Puschaver, Timothy | 5/4/2001 | Other Transportation | Hertz rental car while at client | 236.31 |
| Puschaver, Timothy | 5/3/2001 | Other Transportation | Taxi to BWI airport while at client | 36.00 |
| Puschaver, Timothy | 5/3/2001 | Other Transportation | parking at DIA while at client site | 48.00 |
| Puschaver, Timothy | 5/18/2001 | Other Transportation | Parking at DIA while at client site | 60.00 |
| Puschaver, Timothy | 5/24/2001 | Other Transportation | Hertz rental car while at client | 222.24 |
| Puschaver, Timothy | 5/28/2001 | Other Transportation | Parking at DIA while at client site | 108.00 |
| Rajcevich, Mark | 5/7/2001 | Other Transportation | Taxi from Home to Airport | 40.00 |
| Rajcevich, Mark | 5/11/2001 | Other Transportation | Taxi from Airport to Home | 45.00 |
| Rajcevich, Mark | 5/7/2001 | Other Transportation | Taxi from Baltimore Airport to WR Grace | 40.00 |
| Saunders, Stephen | 5/4/2001 | Other Transportation | Gas at Client | 21.00 |
| Saunders, Stephen | 5/1/2001 | Other Transportation | Gas at Client | 23.00 |
| Saunders, Stephen | 4/27/2001 | Other Transportation | Gas at Client | 21.95 |
| Saunders, Stephen | 4/25/2001 | Other Transportation | Gas at Client | 22.00 |
| Saunders, Stephen | 4/23/2001 | Other Transportation | Gas at Client | 13.00 |
| Saunders, Stephen | 4/22/2001 | Other Transportation | Rental Car | 307.05 |
| Saunders, Stephen | 4/20/2001 | Other Transportation | Gas at Client | 20.00 |
| Saunders, Stephen | 4/18/2001 | Other Transportation | Gas at Client | 23.40 |
| Saunders, Stephen | 4/16/2001 | Other Transportation | Train to Client from Philly | 77.00 |
| **Total Other Transportation** | | | | **$ 2,562.34** |

**SUNDRY**

| Professional | Date | Category | Expense Description | Amount |
|---|---|---|---|---|
| Andersen, Sarah | 05/08/2001 | Sundry | P.O. Box rental fee for client returned mail | $ 172.00 |
| Behnke, Tom | 3/31/2001 | Sundry | March long distance calling card calls | 2.73 |
| Behnke, Tom | 4/30/2001 | Sundry | April cell phone calls | 86.56 |
| Hansen, Paul | 5/4/2001 | Sundry | Misc tips | 4.00 |
| Hansen, Paul | 5/11/2001 | Sundry | Misc tips | 6.00 |
| Hansen, Paul | 5/18/2001 | Sundry | Misc tips | 5.00 |
| Hansen, Paul | 5/13/2001 | Sundry | AT&T - Cell Phone | 103.22 |
| Hansen, Paul | 5/23/2001 | Sundry | Misc tips | 5.00 |
| Hansen, Paul | 4/29/2001 | Sundry | Telephone call while on vacation in Mexico | 25.41 |
| Kuhn, Lisa | 5/4/2001 | Sundry | Cellular phone charges while traveling to Grace | 80.00 |
| Puschaver, Timothy | 5/1/2001 | Sundry | April communication charges | 112.54 |
| Rajcevich, Mark | 5/11/2001 | Sundry | Miscellaneous Tips for the week 3/07-3/11 | 20.00 |
| Rajcevich, Mark | 5/11/2001 | Sundry | Incidentals for the week 3/07-3/11 | 15.00 |
| Rajcevich, Mark | 5/10/2001 | Sundry | Office Supplies | 38.81 |
| Saunders, Stephen | 4/7/2001 | Sundry | Cell phone charges at client | 126.00 |
| **Total Sundry** | | | | **$ 802.27** |

| | | | | |
|---|---|---|---|---|
| **Total:** | | | | $ 19,669.77 |
| Less: Voluntary Reduction | | | | (5,553.56) |
| **Net Reimbursable Expenses:** | | | | **$ 14,116.21** |

*Tab C – Month ending June 30, 2001*
*Current period and cumulative total*

W. R. Grace & Co.                                                           Exhibit I
*Engagement Summary by Professional*                                        Page 1 of 1
For the Month Ended June 30, 2001 & Post-Petition Cumulative

| Professional | Title | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees |
| Alcock, Michael | Project Assistant | $   160 | 0.0 | $        - | 4.0 | $      640.00 |
| Hansen, Paul | Manager | 430 | 0.0 | - | 244.3 | 105,049.00 |
| MacCahery, Barbara | Administrative Assistant | 85 | 0.0 | - | 2.1 | 178.50 |
| Puschaver, Timothy | Associate | 210 | 0.0 | - | 237.2 | 49,812.00 |
| Rajcevich, Mark | Associate | 210 | 0.0 | - | 49.0 | 10,290.00 |
| Saunders, Stephen | Associate | 210 | 0.0 | - | 234.7 | 49,287.00 |
| Seamon, Philip | Partner | 570 | 0.0 | - | 4.1 | 2,337.00 |
| Zambrano, Ivelise | Associate | 210 | 0.0 | - | 6.0 | 1,260.00 |
| **Total BRS** | | | 0.0 | $        - | 781.4 | $ 218,853.50 |
| Andersen, Sarah | Associate | 165 | 53.0 | $ 8,745.00 | 348.5 | $ 57,502.50 |
| Behnke, Tom | Director | 375 | 4.1 | 1,537.50 | 255.2 | 95,700.00 |
| Bushing, Jodi | Associate | 165 | 3.0 | 495.00 | 274.7 | 45,325.50 |
| Busse, Carl | Associate | 165 | 0.0 | - | 8.5 | 1,402.50 |
| Kuhn, Lisa | Manager | 290 | 14.9 | 4,321.00 | 329.3 | 95,497.00 |
| Leigh, Amy T. | Associate | 165 | 0.0 | - | 13.0 | 2,145.00 |
| Montague, Tony | Manager | 295 | 0.0 | - | 6.7 | 1,976.50 |
| Sait, Abrar | Associate | 210 | 0.0 | - | 2.0 | 420.00 |
| Turissini, David | Associate | 165 | 0.0 | - | 107.4 | 17,721.00 |
| Ubelhor, Julia | Associate | 165 | 0.0 | - | 329.0 | 54,285.00 |
| Vallerie, James E. | Manager | 290 | 0.0 | - | 18.6 | 5,394.00 |
| Voglund, Megan | Associate | 165 | 0.0 | - | 1.5 | 247.50 |
| Woods, Kristy | Associate | 165 | 0.0 | - | 1.0 | 165.00 |
| **Total Claims Management ("CM")** | | | 75.0 | $ 15,098.50 | 1695.4 | $ 377,781.50 |
| **Total BRS and CM Fees** | | | 75.0 | $ 15,098.50 | 2476.8 | $ 596,635.00 |
| Less:  Travel Time Adjustment | | | | - | | (21,892.00) |
| **Total Adjusted Fees** | | | 75.0 | $ 15,098.50 | 2476.8 | $ 574,743.00 |
| Expenses | | | | $    368.77 | | $   35,953.64 |
| Less: Travel Expense Adjustment | | | | (37.76) | | (11,060.11) |
| **Total Adjusted Expenses** | | | | $    331.01 | | $   24,893.54 |
| **TOTAL FEES AND EXPENSES** | | | | $ 15,429.51 | | $  599,636.54 |

| W. R. Grace & Co. | Exhibit II |
|---|---|
| *Engagement Summary by Task Code* | Page 1 of 1 |
| *For the Month Ended June 30, 2001 & Post-Petition Cumulative* | |

### SUMMARY OF PROFESSIONAL FEES – CURRENT PERIOD

| TASK | Hours | Fees | Voluntary Reductions | Net Fees |
|---|---|---|---|---|
| BAR - Bar Date Planning and Coordination | 1.1 | $      412.50 | $        - | $      412.50 |
| DM - Document Management | 0.0 | - | - | - |
| FA - Preparation of Fee Application | 0.0 | - | - | - |
| GD - General Duties | 0.0 | - | - | - |
| NO - Notice Processing and Correspondence | 3.0 | 705.00 | - | 705.00 |
| SS - Schedules and Statements of Financial Affairs | 70.9 | 13,981.00 | - | 13,981.00 |
| TRA - Travel | 0.0 | - | - | - |
| **TOTALS:** | **75.0** | **$  15,098.50** | **$        -** | **$  15,098.50** |

### SUMMARY OF PROFESSIONAL FEES – CUMULATIVE TOTALS

| TASK | Hours | Fees | Voluntary Reductions | Net Fees |
|---|---|---|---|---|
| BAR - Bar Date Planning and Coordination | 5.0 | $    1,875.00 | $        - | $    1,875.00 |
| DM - Document Management | 37.8 | 8,005.50 | - | 8,005.50 |
| FA - Preparation of Fee Application | 46.5 | 10,051.00 | - | 10,051.00 |
| FD - First Day Related Issues | 36.3 | 8,899.00 | - | 8,899.00 |
| GD - General Duties | 15.1 | 3,171.00 | - | 3,171.00 |
| IR - Respond to Information Requests | 0.5 | 105.00 | - | 105.00 |
| MOR - Monthly Operating Reports | 1.1 | 473.00 | - | 473.00 |
| NO - Notice Processing and Correspondence | 337.0 | 61,316.50 | - | 61,316.50 |
| SS - Schedules and Statements of Financial Affairs | 1858.1 | 458,955.00 | - | 458,955.00 |
| TRA - Travel | 139.4 | 43,784.00 | (21,892.00) | 21,892.00 |
| **TOTALS:** | **2476.8** | **$  596,635.00** | **$ (21,892.00)** | **$  574,743.00** |

W. R. Grace & Co.                                                           Exhibit III
*Task Code Summary by Professional*                                        Page 1 of 10
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

BAR - Bar Date Planning and Coordination - Assisting the Debtors and counsel with bar date notice preparation.  This category includes all time associated with the bar date, including development of a creditor notice program, developing computer programs to effectuate the planned notice, generating service lists, assistance with selection of a claims agent, assisting with the development of claims docketing protocols and resolution of claims processing issues from an oversight function.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Behnke, Tom | $   375 | 1.1 | $   412.50 | 5.0 | $   1,875.00 |
| Net Professional Fees and Hours: | | 1.1 | $   412.50 | 5.0 | $   1,875.00 |

W. R. Grace & Co.                                                                                    Exhibit III
*Task Code Summary by Professional*                                                     Page 2 of 10
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

> DM - Document Management - Retention, organization and consolidation of pertinent documents generated by parties in this
> Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $   430 | 0.0 | $          - | 1.5 | $        645.00 |
| MacCahery, Barbara | 85 | 0.0 | - | 2.1 | 178.50 |
| Puschaver, Timothy | 210 | 0.0 | - | 19.4 | 4,074.00 |
| Saunders, Stephen | 210 | 0.0 | . - | 14.8 | 3,108.00 |
| Net Professional Fees and Hours: | | 0.0 | $          - | 37.8 | $     8,005.50 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 3 of 10

FA - Preparation of Fee Application - Preparation of monthly interim fee applications for submission to the Court to facilitate payment of fees and expenses incurred throughput this Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $ 430 | 0.0 | $ - | 1.3 | $ 559.00 |
| Puschaver, Timothy | 210 | 0.0 | - | 36.4 | 7,644.00 |
| Saunders, Stephen | 210 | 0.0 | - | 8.8 | 1,848.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 46.5 | $ 10,051.00 |

W. R. Grace & Co.                                            **Exhibit III**
*Task Code Summary by Professional*                          Page 4 of 10
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

FD - First Day Related Issues - Follow-up and provide additional information related to First Day filings.

| Professional | Rate | Current Period | | Cumulative Totals | |
| | | Hours | Fees | Hours | Fees |
|---|---|---|---|---|---|
| Alcock, Michael | $  160 | 0.0 | $    - | 4.0 | $    640.00 |
| Puschaver, Timothy | 210 | 0.0 | - | 4.1 | 861.00 |
| Saunders, Stephen | 210 | 0.0 | - | 18.1 | 3,801.00 |
| Seamon, Philip | 570 | 0.0 | - | 4.1 | 2,337.00 |
| Zambrano, Ivelise | 210 | 0.0 | - | 6.0 | 1,260.00 |
| Net Professional Fees and Hours: | | 0.0 | $    - | 36.3 | $   8,899.00 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 5 of 10

> GD - General Duties - General organizational, administrative and operational matters required and necessary in providing services to the Debtors in this Chapter 11 case not specifically defined in other categories.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Puschaver, Timothy | $ 210 | 0.0 | $        - | 10.4 | $    2,184.00 |
| Saunders, Stephen | 210 | 0.0 | - | 4.7 | 987.00 |
| Net Professional Fees and Hours: | | 0.0 | $        - | 15.1 | $    3,171.00 |

*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

IR - Respond to Information Requests - Accumulate, coordinate and distribute at the direction of Debtor personnel information requested by interested parties to the Chapter 11 case.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Puschaver, Timothy | $ 210 | 0.0 | $ - | 0.5 | $ 105.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 0.5 | $ 105.00 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 7 of 10

MOR - Monthly Operating Reports - Advise in the preparation of Debtors' Monthly Operating Reports to be filed with the Court in accordance with bankruptcy guidelines.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Hansen, Paul | $ 430 | 0.0 | $ - | 1.1 | $ 473.00 |
| Net Professional Fees and Hours: | | 0.0 | $ - | 1.1 | $ 473.00 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 8 of 10

| NO - Notice Processing and Correspondence - Develop computer programs to accumulate creditors for bankruptcy notice purposes. Includes running programs, eventing creditors, creating service lists and preparation of mailing specifications for the notice agent. Additionally, the Applicant assists counsel in developing notice requirements and assists the notice agent in meeting mailing time deadlines. Assistance is provided for significant mailings, such as the notice of creditors of commencement, and for smaller notice mailings. |
|---|

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Andersen, Sarah | $ 165 | 0.0 | $ - | 56.1 | $ 9,256.50 |
| Behnke, Tom | 375 | 1.0 | 375.00 | 26.9 | 10,087.50 |
| Bushing, Jodi | 165 | 2.0 | 330.00 | 99.0 | 16,335.00 |
| Busse, Carl | 165 | 0.0 | - | 4.0 | 660.00 |
| Kuhn, Lisa | 290 | 0.0 | - | 0.5 | 145.00 |
| Leigh, Amy T. | 165 | 0.0 | - | 13.0 | 2,145.00 |
| Ubelhor, Julia | 165 | 0.0 | - | 137.5 | 22,687.50 |
| Net Professional Fees and Hours: | | 3.0 | $ 705.00 | 337.0 | $ 61,316.50 |

**W. R. Grace & Co.**
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 9 of 10

SS - Schedules and Statements of Financial Affairs - Assistance in the preparation of Debtors' Schedules of Assets and Liabilities, and Statement of Financial Affairs for submission to the Court following inception of this Chapter 11 case and in accordance with bankruptcy guidelines.

| Professional | Rate | Current Period | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| Andersen, Sarah | $   165 | 53.0 | $    8,745.00 | 292.4 | $    48,246.00 |
| Behnke, Tom | 375 | 2.0 | 750.00 | 201.3 | 75,487.50 |
| Bushing, Jodi | 165 | 1.0 | 165.00 | 175.7 | 28,990.50 |
| Busse, Carl | 165 | 0.0 | - | 4.5 | 742.50 |
| Hansen, Paul | 430 | 0.0 | - | 198.4 | 85,312.00 |
| Kuhn, Lisa | 290 | 14.9 | 4,321.00 | 308.3 | 89,407.00 |
| Montague, Tony | 295 | 0.0 | - | 6.7 | 1,976.50 |
| Puschaver, Timothy | 210 | 0.0 | - | 127.9 | 26,859.00 |
| Rajcevich, Mark | 210 | 0.0 | - | 43.0 | 9,030.00 |
| Sait, Abrar | 210 | 0.0 | - | 2.0 | 420.00 |
| Saunders, Stephen | 210 | 0.0 | - | 177.9 | 37,359.00 |
| Turissini, David | 165 | 0.0 | - | 107.4 | 17,721.00 |
| Ubelhor, Julia | 165 | 0.0 | - | 191.5 | 31,597.50 |
| Vallerie, James E. | 290 | 0.0 | - | 18.6 | 5,394.00 |
| Voglund, Megan | 165 | 0.0 | - | 1.5 | 247.50 |
| Woods, Kristy | 165 | 0.0 | - | 1.0 | 165.00 |
| Net Professional Fees and Hours: | | 70.9 | $    13,981.00 | 1,858.1 | $    458,955.00 |

W. R. Grace & Co.
*Task Code Summary by Professional*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit III
Page 10 of 10

| TRA – Travel – Travel time to and from client location in excess of normal daily commute (non-working). |
| --- |

| Professional | Rate | Current Period | | Cumulative Totals | |
| --- | --- | --- | --- | --- | --- |
| | | Hours | Fees | Hours | Fees |
| Behnke, Tom | $ 375 | 0.0 | $ - | 22.0 | $ 8,250.00 |
| Hansen, Paul | 430 | 0.0 | - | 42.0 | 18,060.00 |
| Kuhn, Lisa | 290 | 0.0 | - | 20.5 | 5,945.00 |
| Puschaver, Timothy | 210 | 0.0 | - | 38.5 | 8,085.00 |
| Rajcevich, Mark | 210 | 0.0 | - | 6.0 | 1,260.00 |
| Saunders, Stephen | 210 | 0.0 | - | 10.4 | 2,184.00 |
| Total: | | 0.0 | $ - | 139.4 | $ 43,784.00 |
| Less: Voluntary Reduction* | | | - | | (21,892.00) |
| Net Professional Fees and Hours: | | 0.0 | $ - | 139.4 | $ 21,892.00 |

*\* Reimbursement sought for for fees related to travel time has been reduced by50%*

**W. R. Grace & Co.**
*Expense Summary*
*For the Month Ended June 30, 2001 & Post-Petition Cumulative*

Exhibit IV
Page 1 of 1

**CURRENT PERIOD:**

| Category | Total Expenses |
|---|---|
| Airline | $      - |
| Hotel | 221.76 |
| Meals | - |
| Other Transportation | 75.52 |
| Sundry | 71.49 |
| Total All Expenses | $      368.77 |
| Less: Voluntary Reduction* | (37.76) |
| Net Expenses: | $      331.01 |

*\* Reimbursement sought for for expenses related to travel has been reduced by 50%*

**CUMULATIVE TOTALS :**

| Category | Total Expenses |
|---|---|
| Airline | $      17,778.84 |
| Hotel | 9,144.41 |
| Meals | 3,079.17 |
| Other Transportation | 4,341.37 |
| Sundry | 1,609.85 |
| Total All Expenses | $      35,953.64 |
| Less: Voluntary Reduction* | (11,060.11) |
| Net Expenses: | $      24,893.54 |

*\* Reimbursement sought for for expenses related to travel has been reduced by 50%*

Exhibit V
Page 1 of 1

W. R. Grace & Co.
*Expense Detail by Category*
*For the Month Ended June 30, 2001*

| Professional | Date | Category | Expense Description | | Amount |
|---|---|---|---|---|---|
| **AIRLINE** | | | | | |
| Total Airline | | | | $ | - |
| **HOTEL** | | | | | |
| Behnke, Tom | 5/25/01 | Hotel | Hotel for David Seigel (Grace General Counsel) | $ | 221.76 |
| Total Hotel | | | | $ | 221.76 |
| **MEALS** | | | | | |
| Total Meals | | | | $ | - |
| **OTHER TRANSPORTATION** | | | | | |
| Behnke, Tom | 5/24/01 | Other Transportation | Limo for Barb Summerson O'Hare to office | $ | 75.52 |
| Total Other Transportation | | | | $ | 75.52 |
| **SUNDRY** | | | | | |
| Behnke, Tom | 4/30/01 | Sundry | April calling card calls | $ | 11.25 |
| Behnke, Tom | 5/11/01 | Sundry | May cell phone calls | | 60.24 |
| Total Sundry | | | | $ | 71.49 |
| | | | | | |
| Total: | | | | $ | 368.77 |
| Less: Voluntary Reduction | | | | | (37.76) |
| Net Reimbursable Expenses: | | | | $ | 331.01 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER (i) APPROVING THE PAYMENT OF PROFESSIONAL FEES AND
EXPENSES AND (ii) AUTHORIZING THE EMPLOYMENT AND RETENTION
OF PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT ACCOUNTANTS
AND AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION**

Upon consideration of the application (the "Application")[2] of the above captioned

debtors and debtors in possession (collectively, the "Debtors") for the entry of an order authorizing

the Debtors to (i) pay the reasonable professional fees and expenses of PwC and (ii) employ and

retain PwC in the ordinary course of business as independent accountants and auditors to the

Debtors; and upon the affidavit of Philip N. Seamon (the "Affidavit"); and the Court being satisfied,

based on the representations made in the Application and the Affidavit, that the Debtors may retain

PwC in the ordinary course of business; and that the employment of PwC is necessary and would

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Application.

~~be in the best interests of the Debtors, their creditors and the Debtors' estates; and it being found that~~

PwC's services performed and expenses incurred since the Petition Date, particularly in connection

with the preparation of the Schedules, have provided a substantial contribution to the Debtors'

estates; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b); and

it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334;

and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized and directed to pay the reasonable fees

and expenses of PwC in the amount of $1,138,636.54 as administrative expenses of the Debtors'

estates; and it is further

ORDERED that the Debtors are authorized, in the ordinary course of business, to

employ and retain PwC as independent accountants, auditors, tax and business consultants on the

terms set forth in the Application; and it is further

ORDERED that PwC will provide such accounting, audit, tax and other business

services as PwC and the Debtors shall deem appropriate and feasible in order to advise the Debtors

in the course of the Chapter 11 Cases, including but not limited to the following:

a.     <u>Accounting and Audit Services</u>.

    i.     Audit the financial statements of the Debtors as may be required from time to time, and advise and assist in the preparation and filing of financial statements and disclosure documents required by the Securities and Exchange Commission including Forms 10-Q as required by applicable law or as requested by the Debtors;

  ii.  Audit any benefit plans as may be required by the Department of Labor or the Employee Retirement Income Security Act, as amended;

  iii. Review the unaudited quarterly financial statements of the Debtors as required by applicable law or as requested by the Debtors; and

  iv. Perform other audit related services for the Debtors as may be necessary or desirable.

b.  **Tax Services**.

  i.  Review and assist in preparing and filing tax returns;

  ii.  Advise and assist the Debtors regarding tax planning issues, including calculating net operating loss carry forwards and the tax consequences of any proposed plans of reorganization, and assist in preparing any Internal Revenue Service ("IRS") ruling requests regarding the future tax consequences of alternative reorganization structures;

  iii. Assist the Debtors in preparing for and undergoing existing and future IRS examinations; and

  iv. Rendering any and all other tax assistance as may be requested from time to time.

ORDERED that PwC may render additional general business consulting and other related accounting and support services deemed appropriate and necessary by the Debtors for the benefit of their estates; and it is further

ORDERED that PwC shall be compensated by the Debtors for its reasonable fees and expenses in the ordinary course of business without further order of the Court; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions and execute such other documents as may be necessary to implement the relief granted herein; and it is further

~~ORDERED that this Court retains jurisdiction with respect to all matters arising from~~

or related to the implementation of this Order.

Dated: _____ , 2002


_____
Judith K. Fitzgerald
United States Bankruptcy Judge

4