**EXHIBIT F**

**Summary of Professionals**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 985.52 | 6.0 | $ 5,913.12 |
| George Baccash | Audit Partner | 20+ | Integrated Audit | $ 618.80 | 4.0 | $ 2,475.20 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.79 | 29.0 | $ 23,106.91 |
| John Newstead | Tax Partner | 20+ | Integrated Audit | $ 688.34 | 2.0 | $ 1,376.68 |
| Dave Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 2.2 | $ 961.14 |
| Jody Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 32.6 | $ 13,392.08 |
| Justin Bray | Audit Senior Manager | 9 | Integrated Audit | $ 434.98 | 68.8 | $ 29,926.62 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 2.7 | $ 853.82 |
| Todd Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 4.0 | $ 1,248.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 33.0 | $ 7,893.60 |
| Pavel Katslak | Audit Senior Associate | 4 | Integrated Audit | $ 257.81 | 81.9 | $ 21,114.64 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 234.95 | 6.4 | $ 1,503.68 |
| Alexandra Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 148.0 | $ 35,712.40 |
| William Beck | Audit Senior Associate | 4 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Kathryn Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 58.3 | $ 10,513.82 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 115.0 | $ 20,739.10 |
| Veronica Joelle Flores | Tax Associate | 1 | Integrated Audit | $ 161.20 | 23.5 | $ 3,788.20 |
| Marcel Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.8 | $ 88.50 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 180.34 | 53.3 | $ 9,612.12 |
| Diego de Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.1 | $ 393.70 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.5 | $ 444.50 |
| Gonzalo Palacios | Project Specialist | 1 | Integrated Audit | $ 127.00 | 7.0 | $ 889.00 |
| Juan C Perez Juaniquina | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 38.94 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 127.00 | 1.3 | $ 158.75 |
| Luis Benitez Amatti | Project Specialist | 1 | Integrated Audit | $ 127.00 | 4.8 | $ 603.25 |
| Maria Simeone Neira | Project Specialist | 1 | Integrated Audit | $ 127.00 | 8.5 | $ 1,079.50 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 127.00 | 3.8 | $ 476.25 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | $ 127.00 | 5.0 | $ 635.00 |
| Timothy Schmidt | Audit Intern | 1 | Integrated Audit | $ 63.50 | 23.2 | $ 1,473.20 |
| Totals | | | | | 734.8 | $ 198,635.38 |