IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM OCTOBER 1 – OCTOBER 31, 2010
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JK 188720 v1
2850487-000001 12/29/2010

**Appendix B**

## OCTOBER 2010 FEES FOR KEITH KENNEDY

| Date | Hours | Description |
|------|-------|-------------|
| 10/5 | 2.0 | Continue to monitor legislation in House Science and Technology committee regarding development of rare earth mining industry in the US |
| 10/7 | 2.0 | Monitor National Defense Authorization Act regarding language on rare earth |
| 10/12 | 2.0 | Follow FY11 appropriations with regard to Grace |
| 10/13 | 2.0 | Continue to follow FY 11 appropriations |
| 10/20 | 2.0 | Continue to monitor legislation in House Science and Technology committee regarding development of rare earth mining industry in the US |
| 10/27 | 1.0 | Monitor National Defense Authorization Act regarding language on rare earth |

WJK 188720 v1
2850487-000001 12/29/2010

## OCTOBER 2010 EXPENSES FOR KEITH KENNEDY

**W.R. Grace Expenses**
**Client #2850487-000001**
Itemized and summarized through 10/31/2010

| Description | Date | Amount |
|---|---|---|
| Computer Research | 9/29/2010 | $2.40 |
| Computer Research | 9/30/2010 | $0.48 |
| Photo Reproduction Charge | 10/4/2010 | $3.20 |
| | | |
| **Itemized Totals** | | **$6.08** |

| Summarized: | Amount |
|---|---|
| Computer Research | $2.88 |
| Photo Reproduction Charge | $3.20 |
| | |
| **Summarized Totals** | **$6.08** |

W JK 188720 v1
2850487-000001 12/29/2010