# EXHIBIT V

## Expunged Intercompany Claims

# Exhibit V – Expunged Intercompany Claims

| Claim Number | Claimant | Case Name | Asserted Liability | Plan Class |
|---|---|---|---|---|
| s110697 | CCHP, INC. | W.R. GRACE & CO.-CONN. | $21,142,487.00 | 5 |
| s110699 | AMICON, INC. | W.R. GRACE & CO.-CONN. | $57,347,491.00 | 5 |
| s110784 | CCHP, INC. | W.R. GRACE & CO.-CONN. | $4,188,828.93 | 5 |
| s110785 | CC PARTNERS | W.R. GRACE & CO.-CONN. | $180,470,668.00 | 5 |
| s110786 | LITIGATION MANAGEMENT, INC | W.R. GRACE & CO.-CONN. | $95,132,946.00 | 5 |
| s110726 | GRACE A-B II INC. | W.R. GRACE & CO.-CONN. | $1,515,653.00 | 5 |
| s110727 | GRACE H-G II INC. | W.R. GRACE & CO.-CONN. | $350.00 | 5 |
| s110728 | COALGRACE II, INC. | W.R. GRACE & CO.-CONN. | $55,915.00 | 5 |
| s110729 | GRACOAL, INC. | W.R. GRACE & CO.-CONN. | $10,987,492.00 | 5 |
| s110720 | GEC MANAGEMENT CORPORATION | W.R. GRACE & CO.-CONN. | $564,441,552.00 | 5 |
| s110724 | GRACE OFFSHORE COMPANY | W.R. GRACE & CO.-CONN. | $4,704,828.00 | 5 |
| s110725 | COALGRACE, INC. | W.R. GRACE & CO.-CONN. | $66,889.00 | 5 |
| s110716 | CREATIVE FOOD 'N FUN COMPANY | W.R. GRACE & CO.-CONN. | $2,982,481.00 | 5 |
| s110718 | GRACE A-B INC. | W.R. GRACE & CO.-CONN. | $1,658,494.00 | 5 |
| s110708 | GRACE H-G INC. | W.R. GRACE & CO.-CONN. | $122.00 | 5 |
| s110711 | G C MANAGEMENT, INC. | W.R. GRACE & CO.-CONN. | $20,384.00 | 5 |
| s110713 | DEL TACO RESTAURANTS, INC. | W.R. GRACE & CO.-CONN. | $7,971,571.00 | 5 |
| s110705 | GRACE TARPON INVESTORS, INC. | W.R. GRACE & CO.-CONN. | $10,284,719.00 | 5 |
| s110706 | G C LIMITED PARTNERS I, INC. | W.R. GRACE & CO.-CONN. | $890.00 | 5 |
| s110707 | L B REALTY, INC. | W.R. GRACE & CO.-CONN. | $140,582,585.00 | 5 |
| s110745 | W.R. GRACE & CO.-CONN. | A-1 BIT & TOOL CO.,INC. | $328,985.00 | 5 |
| s110746 | GEC MANAGEMENT CORPORATION | A-1 BIT & TOOL CO.,INC. | $790,008.00 | 5 |
| s110736 | W.R. GRACE & CO.-CONN. | ALEWIFE BOSTON LTD. | $2,143,370.00 | 5 |
| s110734 | W.R. GRACE & CO.-CONN. | ALEWIFE LAND CORPORATION | $4,630,646.00 | 5 |
| s110740 | W.R. GRACE & CO.-CONN. | CB BIOMEDICAL, INC. | $26,718,257.00 | 5 |
| s110738 | GN HOLDINGS, INC. | CCHP, INC. | $8,155,890.00 | 5 |
| s110759 | CREATIVE FOOD 'N FUN COMPANY | DEL TACO RESTAURANTS, INC. | $20,530,824.00 | 5 |
| s110756 | W.R. GRACE & CO.-CONN. | ECARG, INC. | $1,230,583.00 | 5 |
| s110768 | COALGRACE, INC. | GEC MANAGEMENT CORPORATION | $5,230,310.00 | 5 |
| s110769 | COALGRACE II, INC. | GEC MANAGEMENT CORPORATION | $52,525.00 | 5 |
| s110770 | GRACOAL II, INC. | GEC MANAGEMENT CORPORATION | $132,652,251.00 | 5 |
| s110771 | GRACOAL, INC. | GEC MANAGEMENT CORPORATION | $134,514,424.00 | 5 |
| s110772 | GRACE PETROLEUM LIBYA INCORPORAT | GEC MANAGEMENT CORPORATION | $48,873,654.00 | 5 |
| s110794 | W.R. GRACE & CO.-CONN. | GEC MANAGEMENT CORPORATION | $14,135,725.00 | 5 |
| s110737 | W.R. GRACE & CO.-CONN. | GN HOLDINGS, INC. | $65,973,062.00 | 5 |
| s110762 | GEC MANAGEMENT CORPORATION | GRACE A-B INC. | $847,895.00 | 5 |
| s110775 | GEC MANAGEMENT CORPORATION | GRACE A-B II INC. | $639,984.00 | 5 |
| s110749 | W.R. GRACE & CO.-CONN. | GRACE CULINARY SYSTEMS, INC. | $26,687,366.00 | 5 |
| s110750 | GRACE HOTEL SERVICES CORPORATION | GRACE CULINARY SYSTEMS, INC. | $12,637.00 | 5 |
| s110751 | MONROE STREET, INC. | GRACE CULINARY SYSTEMS, INC. | $914,440.00 | 5 |
| s110778 | W.R. GRACE & CO.-CONN. | GRACE DRILLING COMPANY | $797,509.00 | 5 |

# Exhibit V – Expunged Intercompany Claims

| Claim Number | Claimant | Case Name | Asserted Liability | Plan Class |
|---|---|---|---:|:---:|
| s110779 | GEC MANAGEMENT CORPORATION | GRACE DRILLING COMPANY | $80,336,737.00 | 5 |
| s110742 | W.R. GRACE & CO.-CONN. | GRACE ENVIRONMENTAL, INC. | $7,288,586.00 | 5 |
| s110755 | GEC MANAGEMENT CORPORATION | GRACE H-G INC. | $2,509,761.00 | 5 |
| s110776 | GEC MANAGEMENT CORPORATION | GRACE H-G II INC. | $5,404.00 | 5 |
| s110752 | W.R. GRACE & CO.-CONN. | GRACE HOTEL SERVICES CORPORATION | $5,144,752.00 | 5 |
| s110774 | GEC MANAGEMENT CORPORATION | GRACE OFFSHORE COMPANY | $20,455,492.00 | 5 |
| s110780 | W.R. GRACE & CO.-CONN. | GRACE PETROLEUM LIBYA INCORPORAT | $1,465,748.00 | 5 |
| s110765 | W.R. GRACE & CO.-CONN. | GRACE VENTURES CORP. | $86,611.00 | 5 |
| s110741 | W.R. GRACE & CO.-CONN. | GRACE WASHINGTON, INC. | $8,877,077.00 | 5 |
| s110777 | W.R. GRACE & CO.-CONN. | GRACOAL II, INC. | $2,173,833.00 | 5 |
| s110763 | W.R. GRACE & CO.-CONN. | HOMCO INTERNATIONAL, INC. | $962,069.00 | 5 |
| s110764 | GEC MANAGEMENT CORPORATION | HOMCO INTERNATIONAL, INC. | $58,619,163.00 | 5 |
| s110754 | GRACE DRILLING COMPANY | L B REALTY, INC. | $19,613.00 | 5 |
| s110743 | W.R. GRACE & CO.-CONN. | LITIGATION MANAGEMENT, INC | $440,776,547.00 | 5 |
| s110747 | W.R. GRACE & CO.-CONN. | MONOLITH ENTERPRISES INCORPORATE | $1,115,276.00 | 5 |
| s110748 | GRACE CULINARY SYSTEMS, INC. | MONOLITH ENTERPRISES INCORPORATE | $1,301,988.00 | 5 |
| s110753 | W.R. GRACE & CO.-CONN. | MONROE STREET, INC. | $4,264,964.00 | 5 |
| s110739 | W.R. GRACE & CO.-CONN. | CC PARTNERS | $27,783,022.00 | 5 |

Count: 59
Total: $2,262,603,333.93