# EXHIBIT VI

## Surviving Intercompany Claims

# Exhibit VI – Surviving Intercompany Claims

All Surviving Intercompany Claims will be assumed by W.R. Grace & Co.-Conn.

| Claim Number | Claimant | Case Name | Asserted Liability | Plan Class |
|---|---|---|---|---|
| s110733 | LITIGATION MANAGEMENT, INC | W.R. GRACE & CO. | $13,500,000.00 | 5 |
| s110735 | GRACE MANAGEMENT SERVICES, INC | ALEWIFE LAND CORPORATION | $162,402.00 | 5 |
| s110761 | GLOUCESTER NEW COMMUNITIES COMP | CREATIVE FOOD 'N FUN COMPANY | $33,157.00 | 5 |
| s110767 | GRACE ENERGY CORPORATION | GEC MANAGEMENT CORPORATION | $402,940,982.00 | 5 |
| s110757 | LITIGATION MANAGEMENT, INC | GRACE INTERNATIONAL HOLDINGS, INC. | $50,309,133.00 | 5 |
| s110792 | LITIGATION MANAGEMENT, INC | GRACE INTERNATIONAL HOLDINGS, INC. | $339,970,578.00 | 5 |

**Count:** 6
**Total:** $806,916,252.00