IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Trivalent Chromium)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                           October 27, 2011
Attn: Lydia B. Duff                                         Client/Matter #  01246-014988
7500 Grace Drive                                            Invoice # 144533
Columbia, MD  21044                                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/06/11 | P. Marks | L120 | 0.30 | Review status of research with L. Selba. |
| 09/06/11 | L. Selba | L110 | 0.30 | Follow-up re Michigan FOIA request documents. |
| 09/07/11 | P. Marks | L120 | 0.30 | Check emails re status; email L. Duff re same. |
| 09/08/11 | L. Selba | L110 | 0.80 | Begin preparing document compiling information explaining the term "nearly exclusively". |
| 09/09/11 | P. Marks | L120 | 0.20 | Conference with L. Selba re research. |
| 09/09/11 | L. Selba | L120 | 3.00 | Complete "nearly exclusive" research and additional research re chromium testing methodologies; communications with P. Marks re same. |
| 09/13/11 | L. Selba | L120 | 1.00 | Conference with P. Marks re 9/16 meeting with Grace; revise email to L. Duff re "nearly exclusively" and testing methodologies research. |
| 09/16/11 | P. Marks | L110 | 3.10 | Prepare for and attend conference with Grace team and L. Selba re data collected and polyolefin plant process that generates waste; develop next steps and tasks with L. Selba re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  144533
                                                             October 27, 2011
                                                             PAGE   2

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 09/16/11 | L. Selba | L120 | 3.10 | Prepare for conference with L. Duff and P. Marks re trivalent chromium; travel to, attend, and travel from conference. |
| 09/20/11 | L. Selba | L110 | 0.50 | Prepare letter to Maryland Department of Environment (MDE) re authority of MDE to issue a trivalent chromium exclusion determination without rule making. |
| 09/22/11 | P. Marks | L120 | 0.60 | Coordination with client and State re meeting to discuss petition. |
| 09/22/11 | P. Marks | L110 | 0.50 | Telephone conference with MDE. |
| 09/22/11 | L. Selba | L110 | 0.30 | Telephone conference with Michigan Department of Environment re FOIA request. |
| 09/23/11 | L. Selba | L110 | 0.80 | Assemble and organize documents. |
| 09/26/11 | L. Selba | L120 | 1.30 | Prepare letter re MDE authorization to issue trivalent chromium exclusion. |
| 09/28/11 | L. Selba | L110 | 1.80 | Prepare letter re State authorization to issue informal determination re trivalent chromium exclusion. |
| 09/29/11 | L. Selba | L110 | 8.00 | Prepare letter re MDE authority to issue trivalent chromium exclusion; prepare framework for petition for trivalent chromium exclusion. |
| 09/30/11 | L. Selba | L110 | 3.00 | Prepare letter to E. Hammerberg re authorization of MDE to issue trivalent chromium exclusion and Grace's draft petition for exclusion of trivalent chromium; email P. Marks re same. |

                                    **Total Hours :**              28.90

                                    **Total Fees :**          $8,275.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144533  
October 27, 2011  
PAGE   3

## Time Summary :

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 5.00 | $460.00 | $2,300.00 |
| L. Selba | Associate | 23.90 | $250.00 | $5,975.00 |
| | | | Total Fees: | $8,275.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 19.10 | $5,531.00 |
| L120 | 9.80 | $2,744.00 |
| Total L100 | 28.90 | $8,275.00 |
| Total Fees : | 28.90 | $8,275.00 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| 004 | Duplicating | $9.20 |
| 006 | Commercial Duplicating | $305.40 |
| | Total Disbursements : | $314.60 |
| | **TOTAL DUE :** | **$8,589.60** |

# EXHIBIT B

## (7B)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

| | |
|---|---|
| W. R. Grace & Co.<br>Attn: Lydia B. Duff<br>7500 Grace Drive<br>Columbia, MD  21044 | October 27, 2011<br>Client/Matter #   01246-014991<br>Invoice # 144534<br>Federal ID# 52-1247549 |

For Legal Services Rendered Through 09/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**7B**

09/13/11   T. Richichi        C100            0.30   Final revisions to NAICS memorandum.

                                   **Total Hours :**          0.30

                                   **Total Fees :**        $172.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144534
October 27, 2011
PAGE   2

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| T. Richichi | Principal | 0.30 | $575.00 | $172.50 |

|  | **Total Fees:** | | | **$172.50** |
|---|---|---|---|---|

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 0.30 | $172.50 |
| Total | 0.30 | $172.50 |

|  | **Total Fees :** | **0.30** | **$172.50** |
|---|---|---|---|

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | **$172.50** |
|---|---|---|

# EXHIBIT C

(Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

| | |
|---|---|
| W. R. Grace & Co. - Conn | October 27, 2011 |
| Attn: Lydia B. Duff, Esq. | Client/Matter #  01246-012629 |
| 7500 Grace Drive | Invoice # 144532 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 09/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>
<u>100035</u>

Disbursements:

| | |
|---|---|
| Copying | 22.40 |
| Postage | 4.60 |
| **Total Disbursements :** | **$27.00** |
| **TOTAL DUE :** | **$27.00** |