UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 01-1139    ● BK   ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
Order Denying Motions For Access To 2019 Statements, Denying Motions To Intervene And Denying Motions To Reopen Certain closed Cases.

Docket Number: 27740            Date Entered: 10/7/11

Item Transmitted:   ● Notice of Appeal          ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal  ○ Cross Appeal
Docket Number: 27749             Date Filed: 10/12/11

*Appellant/Cross Appellant:
Garlock Sealing Technologies LLC

*Appellee/Cross Appellee
W.R. Grace & Co., ET AL.

Counsel for Appellant:
Gregory W. Werkheiser
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Counsel for Appellee:
Laura Davis Jones
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

Additional Notes:
_____

11/16/11                              By: Julie Johnston
Date                                      Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: 11-83
7/6/06