**EXHIBIT B – Part 1**

**Compensation by Project Category:**
**July 1, 2011 – September 30, 2011;**

**and**

**Monthly Fee Application for the Period from:**
**July 1, 2011 – July 31, 2011**

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JULY 1, 2011 - SEPTEMBER 30, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 3.3 | $    2,415.50 |
| 0013 | Business Operations | 135.0 | 100,357.00 |
| 0014 | Case Administration | 51.5 | 11,589.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.1 | 71.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 53.6 | 38,580.00 |
| 0018 | Fee Application, Applicant | 29.0 | 11,459.50 |
| 0019 | Creditor Inquiries | 3.9 | 3,076.50 |
| 0020 | Fee Application, Others | 5.2 | 1,709.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 143.00 |
| 0036 | Plan and Disclosure Statement | 25.5 | 19,132.50 |
| | | | |
| | **TOTAL** | **307.3** | **$ 188,534.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **September 19, 2011 at 4:00 p.m.** |
| | ) | **Hearing date: To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Twenty-Fourth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period July 1, 2011 through July 31, 2011, seeking compensation in the amount of $63,076.00 and reimbursement for actual and necessary expenses in the amount of $1,373.39.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 19, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 8/30/2011

Docket No: 27526

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: August 30, 2011
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
              kpasquale@stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | September 19, 2011 at 4:00 p.m. |
| | ) | Hearing date:  To be scheduled only if objections |
| | ) | are timely filed and served. |

### ONE HUNDRED AND TWENTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2011 – July 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$63,076.00     (80%: $50,460.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,373.39** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |

10

WR GRACE & CO
ATTACHMENT B
JULY 1, 2011 - JULY 31, 2011

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 3.7 | $ 995 | $    3,681.50 | 41 |
| Pasquale, Kenneth | 6.1 | 895 | 5,459.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 69.9 | 715 | 49,978.50 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Azelby, Colleen | 2.5 | 85 | 212.50 | 1 |
| Magzamen, Michael | 0.7 | 320 | 224.00 | 9 |
| Mohamed, David | 17.6 | 200 | 3,520.00 | 21 |
|  |  |  |  |  |
| **Total** | **100.5** |  | **$   63,076.00** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2011 - JULY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 3.3 | $ 2,415.50 |
| 0013 | Business Operations | 48.8 | 36,186.00 |
| 0014 | Case Administration | 16.9 | 3,453.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.1 | 71.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 17.6 | 12,840.00 |
| 0018 | Fee Application, Applicant | 8.0 | 3,435.00 |
| 0019 | Creditor Inquiries | 1.5 | 1,252.50 |
| 0020 | Fee Application, Others | 0.1 | 71.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 143.00 |
| 0036 | Plan and Disclosure Statement | 4.0 | 3,208.00 |
| | | | |
| | **Total** | 100.5 | $ 63,076.00 |

# STROOCK

## INVOICE

| DATE | August 12, 2011 |
|---|---|
| INVOICE NO. | 542666 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/18/2011 | Review Debtors' motion for approval of settlement of PD Claims of California, Department of General Services. | Krieger, A. | 0.3 |
| 07/21/2011 | Attend to proposed settlement of California's Department of General Services PD Claims and preparation of Committee memorandum thereon (2.4); memorandum to R. Finke requesting supporting information (.2). | Krieger, A. | 2.6 |
| 07/22/2011 | Memoranda from Debtors' counsel re: response to information request on General Services PD Claims settlement. | Krieger, A. | 0.2 |
| 07/26/2011 | Review memo to Committee re: PD Claim settlement. | Kruger, L. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 715 | $ 2,216.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,415.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,415.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2011 | Attend to updated financial information and memoranda with Capstone re: same. | Krieger, A. | 0.4 |
| 07/06/2011 | Review information re: potential acquisition. | Kruger, L. | 0.3 |
| 07/06/2011 | Review information re: potential acquisition. | Pasquale, K. | 0.8 |
| 07/07/2011 | Exchanged multiple memoranda with Capstone re: Project Larch (.6); review Larch information and conference call Capstone re: financial information and related matters (.6). | Krieger, A. | 1.2 |
| 07/08/2011 | Memorandum to LK, KP re: discussion with Capstone regarding financial information and Larch status (.6); t/c and email Jan Baer re: status and objection deadline (.1); attend to email from Debtors' counsel re: status of Project Larch (.1); o/c L. Kruger and o/c KP re: same and potential objection (.4); emails with Capstone re: Larch meeting (.1). | Krieger, A. | 1.3 |
| 07/08/2011 | Review financial reports re: Project Larch. | Kruger, L. | 0.2 |
| 07/08/2011 | Review financial info re: Project Larch and emails re: same (.3); confer A. Krieger re: same (.3). | Pasquale, K. | 0.6 |
| 07/11/2011 | Attend to pleadings re: Project Larch and relevant case law. | Krieger, A. | 2.6 |
| 07/12/2011 | Preparation for 7/13 Project Larch update call (1.4); attend to SPA and related documentation (1.9); memoranda with Capstone re: same (.1); memoranda with Debtors' counsel re: SPA (.2). | Krieger, A. | 3.6 |
| 07/13/2011 | Review SPA (2.8); review related materials (1.4); memoranda with Capstone re: Project Larch (.2); conference call Capstone re: SPA | Krieger, A. | 8.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and other outstanding information requests (.4); t/c and memorandum to Debtors' counsel re: extension of response/objection deadline (.2); review Q1 2011 results (.1); conference call with Debtors and other parties' representatives re: Project Larch (.9); follow up conference call Capstone (.4); memorandum re: Larch status (1.3); multiple memoranda with Capstone re: transaction documents to review (.3). | | |
| 07/13/2011 | Review Larch related documents and memo. | Kruger, L. | 0.4 |
| 07/14/2011 | Memoranda with Capstone re: transaction documents schedules to review (.2); memoranda to Debtors' counsel re: request to receive transaction documents (.3). | Krieger, A. | 0.5 |
| 07/14/2011 | Review Capstone memo to Committee re: Larch. | Kruger, L. | 0.5 |
| 07/15/2011 | Prepare memorandum for Debtors' representatives re: comments and questions on the SPA terms and provisions (3.8); review ancillary transaction agreement (.9); memorandum with Debtors' counsel re: Certificate of Counsel and proposed form of order to be submitted to Court (.2); memoranda with Debtors' counsel re: transaction documents (.1). | Krieger, A. | 5.0 |
| 07/16/2011 | Review transaction agreement. | Krieger, A. | 1.4 |
| 07/17/2011 | Review another transaction agreement. | Krieger, A. | 1.2 |
| 07/18/2011 | Preparation for and conference call with representatives for all parties re: proposed Larch acquisition and comments regarding the terms of the SPA (1.1); follow up memoranda with Capstone (.3); memoranda to LK, KP re: Larch conference call (.4); memoranda with other creditor representatives (.4); additional conference call with representatives for all parties re: bid process, bid and COC and order (.5); follow-up conference call representatives for all creditor parties (.3). | Krieger, A. | 3.0 |
| 07/18/2011 | Review memo from AK re: Larch conference call (.2); o/c with AK re: results of her calls with | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | parties re: bid procedures (.2); review draft memo to Committee re: Larch update (.2). | | |
| 07/18/2011 | Review emails and documentation re: Project Larch and confer AK re: same. | Pasquale, K. | 0.8 |
| 07/19/2011 | Attend to Project Larch materials and draft objection to preserve rights (3.8); attend to proposed certificate of counsel and form of order (1.2); memoranda with M. Lastowski re: objection (.1). | Krieger, A. | 5.1 |
| 07/19/2011 | Review draft of Larch objection to preserve rights. | Kruger, L. | 0.3 |
| 07/20/2011 | Attend to proposed COC and order and prepare memorandum to all parties' representatives re: comments thereon (1.4); exchanged memoranda with KP re: comments (.2); exchanged memoranda with M. Lastowski re: filing inquiry (.2); attend to ACC, PI FCR comments (.3); attend to additional financials (.2); prepare for and conference call with representatives for all parties (.8); attend to further revised proposed COC order and memorandum to Debtors' counsel re: same (1.2). | Krieger, A. | 4.3 |
| 07/20/2011 | Review proposed Larch order (.4) and confer AK re: same (.2). | Pasquale, K. | 0.6 |
| 07/21/2011 | Further email to Debtors' counsel re: comments on revised proposed Larch COC and order (.6); attend to comments from other parties-in-interest (.2); attend to further revised forms of COC and order and t/c Debtors' counsel re: additional comments on forms of COC and order circulated (.6); memorandum to LK, KP re: status of COC and order and memorandum from Debtors' counsel re: 7/25/11 hearing information (.3); memoranda with Capstone re: status of transaction including bid amount (.3); preparation for hearing (1.2). | Krieger, A. | 3.2 |
| 07/21/2011 | Emails re: Larch order and review revised documents. | Pasquale, K. | 0.5 |
| 07/22/2011 | Memoranda from and with Debtors' counsel re: bid authority (.2); memorandum with Capstone | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: same (.1); conference call Capstone re: Larch information (.2); attend to "as filed" forms of the COC and supplemental Rohen Affidavit (.4); attend to Larch materials (.7). | | |
| 07/26/2011 | Attend to articles re: Project Larch (.3); attend to articles re: Grace's earnings (.2). | Krieger, A. | 0.5 |
| 07/26/2011 | Review articles re: Project Larch (.1); review articles re: Grace earnings (.1). | Kruger, L. | 0.2 |
| 07/29/2011 | Attend to memorandum from Debtors' counsel re: status of Project Larch and memorandum to LK, KP re: same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 43.0 | $ 715 | $ 30,745.00 |
| Kruger, Lewis | 2.5 | 995 | 2,487.50 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,186.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 36,186.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2011 | Obtain and circulate recently docketed pleadings in main case (.5); obtain pleadings and court transcripts re: appeals case no. 11-199 (.7). | Mohamed, D. | 1.2 |
| 07/05/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 07/06/2011 | O/cs DM re: transcripts of District Court appellate agreements. | Krieger, A. | 0.2 |
| 07/06/2011 | Obtain and circulate recently docketed pleadings in main case (.7); prepare documents for attorney review (1.4). | Mohamed, D. | 2.1 |
| 07/07/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain and circulate recent pleadings re appeals case docket no. 11-199 (.5). | Mohamed, D. | 1.1 |
| 07/08/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/11/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/12/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/13/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1); obtain transcripts for attorney review (.3). | Mohamed, D. | 0.8 |
| 07/14/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 07/15/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.9); monitor appeals case docket | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | no. 11-199 (.1). | | |
| 07/18/2011 | Obtain and circulate recently docketed pleadings in main case (.5); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |
| 07/19/2011 | O/c DM re: court call arrangements for 7/25/11 hearing. | Krieger, A. | 0.1 |
| 07/19/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain documents for attorney review (.8); schedule A. Krieger to appear telephonically at 7/25/11 hearing (.1). | Mohamed, D. | 1.3 |
| 07/20/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 07/22/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/22/2011 | Memorandum MM re: cancel telephone appearance at 7/25/11 hearing (.1); memoranda with local counsel re: 7/25/11 hearing (.1). | Krieger, A. | 0.2 |
| 07/25/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.5 |
| 07/26/2011 | Obtain and circulate all relevant pleadings to working group. | Azelby, C. | 0.4 |
| 07/27/2011 | Obtain and circulate recently docketed pleadings in main case (.5); prepare pleadings for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 07/28/2011 | Attend to multiple notices re: equity transfers. | Krieger, A. | 0.2 |
| 07/28/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain pleadings re appeals case docket no. 11-199 for attorney review (.4). | Mohamed, D. | 1.1 |
| 07/29/2011 | Obtain and circulate recently docketed pleadings in main case (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Azelby, Colleen | 2.5 | $ 85 | $ 212.50 |
| Krieger, Arlene G. | 0.7 | 715 | 500.50 |
| Mohamed, David | 13.7 | 200 | 2,740.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,453.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,453.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|----------------------------------------------------------|
|    | 699843  0015                                             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2011 | Memorandum with Debtors' counsel re: proposed settlement with Fosroc. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|-------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 71.50 |
|-----------------------|---------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2011 | Respond to Committee member's inquiry re: foreign subsidiary transaction (.3); attend to memorandum for the Committee re: Consent Agreement with US and Massachusetts regarding the Blackburn Site (1.0). | Krieger, A. | 1.3 |
| 07/05/2011 | Review memo re: consent decree. | Kruger, L. | 0.2 |
| 07/05/2011 | Review draft memo re: consent decree. | Pasquale, K. | 0.3 |
| 07/06/2011 | Review draft memo re: settlement. | Pasquale, K. | 0.3 |
| 07/14/2011 | Attend to Capstone draft memorandum to the Committee re: proposed acquisition (1.9); o/c Janine Dolan re: same (.4); memoranda to Capstone re: insert for Committee memorandum (.9). | Krieger, A. | 3.2 |
| 07/18/2011 | Draft memorandum for the Committee re: update on Larch transaction (1.6); memorandum for Capstone re: Committee memorandum (.2). | Krieger, A. | 1.8 |
| 07/19/2011 | Committee memorandum re: Project Larch (.3); memorandum to Committee member re: confirmation issues on appeal by various appellants (.2). | Krieger, A. | 0.5 |
| 07/21/2011 | Prepare draft limited objection to Larch motion re: preservation of Committee's rights. | Krieger, A. | 3.8 |
| 07/22/2011 | Review, revise draft limited objection to Larch motion re: preservation of Committee's rights (.8); prepare memorandum for the Committee re: proposed PD Claims Settlement (California Department of General Services) (2.1). | Krieger, A. | 2.9 |
| 07/25/2011 | Attend to Debtors' counsel's additional supporting information for proposed | Krieger, A. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | California, General Services claims settlement, the District Court's decision on appeal and revise memorandum to include same. | | |
| 07/26/2011 | Memorandum for the Committee re: PD claims settlement. | Krieger, A. | 0.3 |
| 07/27/2011 | Review draft memo re: PD settlement. | Pasquale, K. | 0.2 |
| 07/29/2011 | Memorandum for the Committee re: status of potential acquisition. | Krieger, A. | 0.2 |
| 07/29/2011 | Review memo re: status of Larch from Debtors' counsel and AK memo re: same (.1); review memo to Committee re: same (.1). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 16.4 | $ 715 | $ 11,726.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,840.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,840.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2011 | Review and revise June Fee Detail. | Magzamen, M. | 0.7 |
| 07/14/2011 | O/c DM re: June 2011 fee statement. | Krieger, A. | 0.1 |
| 07/14/2011 | Prepare draft of SSL's one hundred and twenty-third monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 07/18/2011 | Attend to Stroock's June 2011 fee statement. | Krieger, A. | 1.0 |
| 07/18/2011 | Review revised draft of SSL's one hundred and twenty-third monthly fee application. | Mohamed, D. | 0.7 |
| 07/28/2011 | Finalize SSL one hundred and twenty-third monthly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 07/29/2011 | Attend to time for preparation of 41st quarterly fee application. | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.4 | $ 715 | $ 2,431.00 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 3.9 | 200 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,435.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,435.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/18/2011 | Attend to Debtors' counsel's response to creditor inquiry on claim status. | Krieger, A. | 0.1 |
| 07/19/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.4 |
| 07/20/2011 | Attend to memoranda re: issues over creditors claim. | Krieger, A. | 0.2 |
| 07/20/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/26/2011 | Memorandum to KP re: communications over creditors' claims. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,252.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,252.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/26/2011 | Attend to other professionals fee statements. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 71.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/11/2011 | Review COC regarding order on NRD Consent Decree and memoranda with Debtors' counsel re: comment thereon. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 143.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 143.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 34.95 |
| Local Transportation | 290.43 |
| Long Distance Telephone | 17.04 |
| O/S Information Services | 278.32 |
| Travel Expenses - Transportation | 721.00 |
| Travel Expenses - Meals | 31.65 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,373.39 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2011 | Attend to Plan Proponents proposed District Court order affirming confirmation order. | Krieger, A. | 0.1 |
| 07/08/2011 | Attend to Grace's summary of pending appeals for District Court. | Krieger, A. | 0.1 |
| 07/08/2011 | Review proposed confirmation order and emails re: same. | Pasquale, K. | 0.2 |
| 07/19/2011 | Review proposed competing confirmation order for District Court and memoranda thereon. | Krieger, A. | 0.5 |
| 07/19/2011 | Review memo to Committee re: confirmation issues on appeal (.1); review competing confirmation orders and memos for same (.3). | Kruger, L. | 0.4 |
| 07/19/2011 | Review PW proposed order and emails re: same. | Pasquale, K. | 0.3 |
| 07/20/2011 | Attend to revised proposed confirmation order and email lenders' counsel thereon. | Krieger, A. | 0.8 |
| 07/22/2011 | Attend to supplemental authority filing re: Gropper decision and communicate with lenders' counsel regarding same. | Krieger, A. | 0.8 |
| 07/22/2011 | Review draft notice re: Gropper supplemental GG opinion, and review opinion. | Pasquale, K. | 0.5 |
| 07/28/2011 | Attend to Plan Proponents' reply to Committee's and bank lender group's second supplemental authority filing. | Krieger, A. | 0.1 |
| 07/28/2011 | Review Plan Proponents' response to bank lender group and Committee's second supplemental authority filing. | Kruger, L. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 715 | $ 1,716.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,208.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,208.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 63,076.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |
| TOTAL BILL | $ 64,449.39 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
JULY 1, 2011 - JULY 31, 2011

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 3.7 | $ 995 | $    3,681.50 |
| Pasquale, Kenneth | 6.1 | 895 | 5,459.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 69.9 | 715 | 49,978.50 |
| | | | |
| **Paraprofessionals** | | | |
| Azelby, Colleen | 2.5 | 85 | 212.50 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 17.6 | 200 | 3,520.00 |
| | | | |
| **Total** | 100.5 | | $   63,076.00 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2011 - JULY 31, 2011**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 34.95 |
| Local Transportation | | 290.43 |
| Long Distance Telephone | | 17.04 |
| O/S Information Services | | 278.32 |
| Travel Expenses - Transportation | | 721.00 |
| Travel Expenses - Meals | | 31.65 |
| | | |
| **TOTAL** | | **$ 1,373.39** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | August 8, 2011 |
|------|----------------|
| INVOICE NO. | 542666 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195833880 on 06/28/2011 | 11.03 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 Tracking #:1Z10X8270195867693 on 06/28/2011 | 7.78 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197472678 on 06/28/2011 | 8.36 |
| 07/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827271; DATE: 07/02/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270197930100 on 06/28/2011 | 7.78 |
| **Outside Messenger Service Total** | | **34.95** |
| **Local Transportation** | | |
| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA (A. Krieger, K. Pasquale) | 43.52 |
| 07/06/2011 | VENDOR: NYC Taxi; Invoice#: 930842; Invoice Date: 07/01/2011; | 41.72 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Voucher #: 1113526413; Arlene Krieger 06/27/2011 21:26 from MANHATTAN NY to MANHATTAN NY | |
| 07/12/2011 | VENDOR: NYC Taxi; Invoice#: 931400; Invoice Date: 07/08/2011; Voucher #: 704784; Arlene Krieger 06/28/2011 08:00 from MANHATTAN NY to MANHATTAN NY | 38.39 |
| 07/12/2011 | VENDOR: NYC Taxi; Invoice#: 931400; Invoice Date: 07/08/2011; Voucher #: 633901; Arlene Krieger 06/29/2011 07:00 From MANHATTAN NY to MANHATTAN NY | 38.39 |
| 07/21/2011 | VENDOR: Royal Dispatch Services, Inc.; INVOICE#: 673204; DATE: 7/8/2011 K Pasquale 6/29/11 Raymond PL WE to Summit, NJ | 128.41 |
| | **Local Transportation Total** | **290.43** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 07/01/2011 | EXTN.795475, TEL.2672997041, S.T.11:54, DUR.00:01:24 | 0.56 |
| 07/03/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-070311; DATE: 7/3/2011 - Teleconference    06-30-2011 | 10.91 |
| 07/06/2011 | EXTN.795475, TEL.2152411000, S.T.11:15, DUR.00:01:11 | 0.56 |
| 07/06/2011 | EXTN.795475, TEL.2152411000, S.T.10:31, DUR.00:05:48 | 1.67 |
| 07/08/2011 | EXTN.795544, TEL.3128364022, S.T.10:29, DUR.00:00:50 | 0.28 |
| 07/13/2011 | EXTN.795544, TEL.3128364022, S.T.12:21, DUR.00:00:40 | 0.28 |
| 07/21/2011 | EXTN.795544, TEL.3128364047, S.T.16:46, DUR.00:09:08 | 2.78 |
| | **Long Distance Telephone Total** | **17.04** |

**O/S Information Services**

| | | |
|------|-------------|--------|
| 07/29/2011 | Pacer Search Service on 6/15/2011 | 278.32 |
| | **O/S Information Services Total** | **278.32** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA | 511.00 |
| 07/12/2011 | VENDOR(EE): AKRIEGER: 06/28/11 - 06/28/11; DATE: 07-12- | 210.00 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2011; Charge for travel to and from Philadelphia on 6/28/11 for first day of confirmation arguments before District Judge Buckwalter | |
| | **Travel Expenses - Transportation Total** | **721.00** |

**Travel Expenses - Meals**

| 07/05/2011 | VENDOR(EE): KPASQUALE: 06/28/11 - 06/29/11; DATE: 07-05-2011; Court hearings in Philadelphia, PA  (A. Krieger, K. Pasquale) | 31.65 |
| | **Travel Expenses - Meals Total** | **31.65** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 34.95 |
| Local Transportation | 290.43 |
| Long Distance Telephone | 17.04 |
| O/S Information Services | 278.32 |
| Travel Expenses - Transportation | 721.00 |
| Travel Expenses - Meals | 31.65 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,373.39 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM