**<u>EXHIBIT B – Part 2</u>**

**<u>Monthly Fee Application for the Period from</u>:**
**<u>August 1, 2011 – August 31, 2011</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **October 18, 2011 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Twenty-Fifth

Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period August 1, 2011 through

August 31, 2011, seeking compensation in the amount of $56,731.00 and reimbursement for

actual and necessary expenses in the amount of $1,133.86.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 18, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: _9/28/2011_

Docket No: _27675_

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: September 28, 2011
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
              kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | October 18, 2011 at 4:00 p.m. |
|  | ) | Hearing date: To be scheduled only if objections |
|  | ) | are timely filed and served. |

**ONE HUNDRED AND TWENTY-FIFTH MONTHLY FEE APPLICATION OF
STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2011 – August 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$56,731.00     (80%: $45,384.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,133.86** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

6

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |

10

**WR GRACE & CO**
**ATTACHMENT B**
**AUGUST 1, 2011 - AUGUST 31, 2011**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 4.1 | $ 995 | $  4,079.50 | 41 |
| Pasquale, Kenneth | 3.9 | 895 | 3,490.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 55.4 | 715 | 39,611.00 | 26 |
| Nygard, James | 4.4 | 715 | 3,146.00 | 9 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Azelby, Colleen | 0.8 | 85 | 68.00 | 1 |
| Braun, Danielle | 0.4 | 290 | 116.00 | 1 |
| Magzamen, Michael | 1.5 | 320 | 480.00 | 9 |
| Mohamed, David | 28.7 | 200 | 5,740.00 | 21 |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total** | **99.2** |  | **$ 56,731.00** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2011 - AUGUST 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0013 | Business Operations | 49.0 | $ 36,369.00 |
| 0014 | Case Administration | 20.3 | 4,349.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 4.9 | 3,503.50 |
| 0018 | Fee Application, Applicant | 15.9 | 6,517.00 |
| 0019 | Creditor Inquiries | 1.0 | 769.00 |
| 0020 | Fee Application, Others | 3.0 | 1,115.00 |
| 0036 | Plan and Disclosure Statement | 5.1 | 4,108.50 |
| | | | |
| | Total | 99.2 | $ 56,731.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 23, 2011 |
| INVOICE NO. | 544571 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2011, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/09/2011 | Attend to order re: Project Larch. | Krieger, A. | 0.1 |
| 08/11/2011 | Attend to identification of Project Larch materials to be destroyed and o/cs DM re: same. | Krieger, A. | 1.8 |
| 08/12/2011 | Attend to Project Larch materials to be destroyed. | Krieger, A. | 1.9 |
| 08/15/2011 | Attend to identification and destruction of Larch materials and memoranda as requested by Debtors and memorandum for LK, KP re: same. | Krieger, A. | 5.9 |
| 08/16/2011 | Attend to identification and destruction of Larch materials as requested. | Krieger, A. | 2.9 |
| 08/18/2011 | Review and purge remaining files (.1); | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to J. Baer re: destruction of evaluation materials (1.4). | | |
| 08/18/2011 | E-mails AK, KP re: destruction of evaluation materials (.3); destruction of materials (.3). | Kruger, L. | 0.6 |
| 08/23/2011 | Attend to Debtors' motion seeking return of Project Larch pleadings filed under seal so they can be destroyed. | Krieger, A. | 0.1 |
| 08/25/2011 | Exchanged memoranda with Capstone re: 8/26/11 conf. call with Debtors' representatives and representatives for other parties-in-interest re: Debtors' new proposal. | Krieger, A. | 0.2 |
| 08/26/2011 | Conference call with representatives for the Company and Committees, FCR representatives re: Grace proposal (.6); and follow-up t/c Capstone re: same (.4); memoranda with LK, KP re: proposal (1.2); attend to proposal and legal implications of same (.6); emails and o/c J. Nygard re: proposal (.7); attend to issues raised by Grace's proposal (2.1). | Krieger, A. | 5.6 |
| 08/26/2011 | Review e-mails from AK re: context of t/c with Grace re: proposal (.3); review legal consideration in Grace proposal (.4). | Kruger, L. | 0.7 |
| 08/29/2011 | Preparation of follow-up information requests re: proposal (2.1); o/c LK re: proposal (.2); attend to Plan provisions relating to proposal (.9); attend to case law (1.6). | Krieger, A. | 4.8 |
| 08/29/2011 | O/c with A. Krieger re: proposal (.2); review POR re: impact of proposal (.4); review e-mails re: proposal (.2). | Kruger, L. | 0.8 |
| 08/29/2011 | Review AK emails re: Grace proposal. | Pasquale, K. | 0.3 |
| 08/30/2011 | Attend to issues raised by proposal and case law (6.4); emails with Capstone re: conference call to discuss (.2); o/c and emails with J. Nygard re: proposal (.5). | Krieger, A. | 7.1 |
| 08/30/2011 | Review plan materials relating to proposal (.3); confs. w/ A. Krieger re: same (.2). | Nygard, J. | 0.5 |
| 08/31/2011 | Review case law relevant to proposal (1.8); | Krieger, A. | 7.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference call JN, Capstone re: claims proposal and follow-up o/c JN and email to Capstone (1.5); attend to revised information request and forward same to Debtors' counsel (.9); attend to Capstone's report on the Company's second quarter operations (1.4); attend to strategic plan presentation from Debtors' counsel and o/c LK re: same and proposal (1.8). | | |
| 08/31/2011 | Review WRG strategic plan; conference K. Pasquale re: same (.9); o/c with A. Krieger re: strategic plan and proposal (.4); review proposal (.4). | Kruger, L. | 1.7 |
| 08/31/2011 | Confs. w/ A. Krieger, R. Frezza and J. Dolan re: proposal (1.5); review and revise proposed information list (.6); review relevant case law and statutory requirements re: proposal (1.8). | Nygard, J. | 3.9 |
| 08/31/2011 | Review WRG strategic plan document (.9); confer LK re: same (.3). | Pasquale, K. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 39.3 | $ 715 | $ 28,099.50 |
| Kruger, Lewis | 3.8 | 995 | 3,781.00 |
| Nygard, James O. | 4.4 | 715 | 3,146.00 |
| Pasquale, Kenneth | 1.5 | 895 | 1,342.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,369.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 36,369.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 08/02/2011 | Obtain and circulate recently docketed pleadings in main case (.9); prepare documents for attorney review (.5). | Mohamed, D. | 1.4 |
| 08/03/2011 | Obtained and distribute filed pleadings. | Azelby, C. | 0.4 |
| 08/04/2011 | Obtained and distribute filed pleadings. | Azelby, C. | 0.4 |
| 08/05/2011 | Obtained and distribute filed pleadings. | Braun, D. | 0.2 |
| 08/08/2011 | Obtain and circulate recently docketed pleadings in main case (.7); review case file documents (.7); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.5 |
| 08/09/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.7). | Mohamed, D. | 1.3 |
| 08/10/2011 | Attend to notices re: equity dispositions. | Krieger, A. | 0.2 |
| 08/10/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 08/11/2011 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (1.5). | Mohamed, D. | 1.7 |
| 08/12/2011 | Obtain and circulate recently docketed pleadings in main case (.6); research case docket and obtain certain pleadings for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/15/2011 | Monitor appeals case docket no. 11-199 (.1); prepare documents for attorney review (.8). | Mohamed, D. | 0.9 |
| 08/16/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review documents in preparation for shredding (.6). | Mohamed, D. | 1.0 |
| 08/17/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain certain documents for attorney review (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 08/18/2011 | Attn to case file documents to be destroyed (1.2); obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.6). | Mohamed, D. | 2.3 |
| 08/19/2011 | Review docket and update team re: status. | Braun, D. | 0.2 |
| 08/23/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 08/24/2011 | Obtain and circulate recently docketed pleadings in main case (.3); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 08/25/2011 | Attend to Fee Auditor's Statement regarding 40th quarterly fee applications. | Krieger, A. | 0.1 |
| 08/25/2011 | Oc w/ A. Krieger re: Grace request for audit (.1); review letter and initiate response to fee audit request (.2). | Magzamen, M. | 0.3 |
| 08/25/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 08/26/2011 | O/c M. Magzamen re: audit letter received from Grace requesting information and D. Azrilen email. | Krieger, A. | 0.2 |
| 08/26/2011 | Obtain and circulate recently docketed pleadings in main case (.5); research case docket and obtain documents for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/29/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 08/30/2011 | Attend to certificate of counsel re: 2012 and 2013 omnibus hearing dates. | Krieger, A. | 0.1 |
| 08/30/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 08/31/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Azelby, Colleen | 0.8 | $ 85 | $ 68.00 |
| Braun, Danielle E. | 0.4 | 290 | 116.00 |
| Krieger, Arlene G. | 0.6 | 715 | 429.00 |
| Magzamen, Michael | 0.3 | 320 | 96.00 |
| Mohamed, David | 18.2 | 200 | 3,640.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,349.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,349.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/10/2011 | Attend to J. Baer email re: Project Larch and prepare memorandum for the Committee re: same. | Krieger, A. | 1.9 |
| 08/11/2011 | Prepare follow-up memorandum of the Committee re: Project Larch memoranda (.2); memoranda with Capstone re: Larch materials (.2). | Krieger, A. | 0.4 |
| 08/16/2011 | Memoranda with the Committee re: destruction of Larch materials. | Krieger, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.9 | $ 715 | $ 3,503.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,503.50 |
|----|----|

| TOTAL FOR THIS MATTER | $ 3,503.50 |
|----|----|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2011 | Review and revise July fee detail. | Magzamen, M. | 1.1 |
| 08/08/2011 | Review July expenses. | Magzamen, M. | 0.1 |
| 08/08/2011 | Prepare draft of SSL's one hundred and twenty-fourth monthly fee application for attorney review. | Mohamed, D. | 1.2 |
| 08/09/2011 | Attend to 41st quarterly fee application. | Krieger, A. | 1.6 |
| 08/10/2011 | Preparation of 41st quarterly fee application. | Krieger, A. | 2.4 |
| 08/11/2011 | Attend to preparation of 41st quarterly fee application (1.5); exchanged memoranda with DM re: same (.1). | Krieger, A. | 1.6 |
| 08/11/2011 | Review and revise draft of SSL forty-first quarterly fee application for attorney review. | Mohamed, D. | 1.2 |
| 08/12/2011 | O/c DM re: preparation of July 2011 fee statement (.1); memorandum to accounting re: payment status (.1). | Krieger, A. | 0.2 |
| 08/15/2011 | Review and revise SSL's one hundred and twenty-fourth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/16/2011 | Revise SSL forty-first quarterly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/17/2011 | Finalize SSL's forty-first quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 08/23/2011 | Attend to July 2011 fee statement. | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/23/2011 | Review changes made to SSL one hundred and twenty-fourth monthly fee application. | Mohamed, D. | 0.6 |
| 08/30/2011 | Finalize SSL's one hundred and twenty fourth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.2 | $ 715 | $ 4,433.00 |
| Magzamen, Michael | 1.2 | 320 | 384.00 |
| Mohamed, David | 8.5 | 200 | 1,700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,517.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,517.00 |
|-----------------------|-----------|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/11/2011 | Telephone conference creditor re: case status. | Pasquale, K. | 0.3 |
| 08/19/2011 | Creditor inquiry re: case status, appellate arguments. | Krieger, A. | 0.3 |
| 08/29/2011 | Respond to creditor inquiry re: status. | Krieger, A. | 0.2 |
| 08/30/2011 | Email from Capstone re: creditor information request and attend to response. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 715 | $ 500.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 769.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 769.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others<br>699843  0020 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2011 | Finalize Capstone's eighty-eight monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.0 |
| 08/09/2011 | Attend to multiple fee applications, notices, certifications. | Krieger, A. | 0.6 |
| 08/19/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 08/22/2011 | Review other professionals fee applications. | Krieger, A. | 0.1 |
| 08/23/2011 | Attend to other professionals fee applications. | Krieger, A. | 0.1 |
| 08/30/2011 | Attend to fee applications, notices of other professionals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 715 | $ 715.00 |
| Mohamed, David | 2.0 | 200 | 400.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,115.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,115.00 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Long Distance Telephone | $ 2.79 |
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,133.86 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/09/2011 | Attend to appellant, BNSF's, brief on appeal to the District Court from CNA Settlement approval order. | Krieger, A. | 0.8 |
| 08/15/2011 | Attend to memoranda re: new post-petition interest discussions and scenarios. | Krieger, A. | 0.6 |
| 08/15/2011 | Telephone conferences A. Rosenberg re: potential settlement and issues (.2); review and analyze prior Capstone work re: same (.7); email Capstone re: same (.2). | Pasquale, K. | 1.1 |
| 08/16/2011 | Attend to post-petition interest analysis and related materials in preparation for 8/17/11 conference call. | Krieger, A. | 0.9 |
| 08/16/2011 | Review Capstone PPI analysis. | Kruger, L. | 0.3 |
| 08/16/2011 | Review Capstone revised PPI spreadsheet (.3) and telephone conferences A. Rosenberg re: same (.2). | Pasquale, K. | 0.5 |
| 08/17/2011 | Conference with KP, Capstone, A. Rosenberg re: post-petition interest computations. | Krieger, A. | 0.4 |
| 08/17/2011 | Conference call with A. Rosenberg, Capstone, AK re: PPI calculations (.3); emails re: same (.2). | Pasquale, K. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 715 | $ 1,930.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 2.1 | 895 | 1,879.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,108.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,108.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 56,731.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |
| TOTAL BILL | $ 57,864.86 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**AUGUST 1, 2011 - AUGUST 31, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 4.1 | $ 995 | $  4,079.50 |
| Pasquale, Kenneth | 3.9 | 895 | 3,490.50 |
|  | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 55.4 | 715 | 39,611.00 |
| Nygard, James | 4.4 | 715 | 3,146.00 |
|  | | | |
|  | | | |
| **Paraprofessionals** | | | |
| Azelby, Colleen | 0.8 | 85 | 68.00 |
| Braun, Danielle | 0.4 | 290 | 116.00 |
| Magzamen, Michael | 1.5 | 320 | 480.00 |
| Mohamed, David | 28.7 | 200 | 5,740.00 |
|  | | | |
| **Total** | **99.2** | | **$ 56,731.00** |

# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
AUGUST 1, 2011 - AUGUST 31, 2011

| | |
|---|---|
| Local Transportation | $      2.79 |
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |
| | |
| TOTAL | $ 1,133.86 |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | September 23, 2011 |
| INVOICE NO. | 544571 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Long Distance Telephone** | | |
| 08/21/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-082111; DATE: 8/21/2011 - Teleconference  08-17-2011 | 2.79 |
| | **Long Distance Telephone Total** | **2.79** |
| **Court Reporting Services** | | |
| 08/16/2011 | VENDOR: Chase Card Services; INVOICE#: 081611; DATE: 8/16/2011 - visa charge 7/12/11 Veritext Holding Corp re: certified transcripts of 6.28, 6.29 11-199 Garlock v Grace | 327.82 |
| | **Court Reporting Services Total** | **327.82** |
| **Travel Expenses - Transportation** | | |
| 08/03/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE NYP PHL NYP on 06/28/2011 | 300.00 |
| 08/03/2011 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 06/28/2011 | 32.25 |
| | **Travel Expenses - Transportation Total** | **332.25** |
| **Westlaw** | | |
| 08/29/2011 | Duration 1; by Krieger, Arlene G. | 273.00 |
| 08/30/2011 | Duration 0; by Krieger, Arlene G. | 198.00 |
| | **Westlaw Total** | **471.00** |

# STROOCK

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Long Distance Telephone | $ 2.79 |
| Court Reporting Services | 327.82 |
| Travel Expenses - Transportation | 332.25 |
| Westlaw | 471.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,133.86 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM