# EXHIBIT B – Part 3

## Monthly Fee Application for the Period from:
## September 1, 2011 – September 30, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **November 17, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Strook & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Twenty-Sixth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period September 1, 2011 through September 30, 2011, seeking compensation in the amount of $68,727.00 and reimbursement for actual and necessary expenses in the amount of $1,025.63.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 17, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 10/28/2011

Docket No: 27847

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: October 28, 2011
     Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
    kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: |
| | ) | November 17, 2011 at 4:00 p.m. |
| | ) | Hearing date: To be scheduled only if objections |
| | ) | are timely filed and served. |

## ONE HUNDRED AND TWENTY-SIXTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011</u>

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2011 – September 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$68,727.00    (80%: $54,981.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,025.63** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I. 8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

6

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164,870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |

**WR GRACE & CO**
**ATTACHMENT B**
**SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011**

| | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 4.3 | $ 995 | $  4,278.50 | 41 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 | 20 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene G. | 79.0 | 715 | 56,485.00 | 26 |
| Nygard, James | 4.9 | 715 | 3,503.50 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| Magzamen, Michael | 0.2 | 320 | 64.00 | 9 |
| Mohamed, David | 18.4 | 200 | 3,680.00 | 21 |
| | | | | |
| | | | | |
| **Total** | 107.6 | | $ 68,727.00 | |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 37.2 | $ 27,802.00 |
| 0014 | Case Administration | 14.3 | 3,787.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 31.1 | 22,236.50 |
| 0018 | Fee Application, Applicant | 5.1 | 1,507.50 |
| 0019 | Creditor Inquiries | 1.4 | 1,055.00 |
| 0020 | Fee Application, Others | 2.1 | 523.00 |
| 0036 | Plan and Disclosure Statement | 16.4 | 11,816.00 |
| | | | |
| | Total | 107.6 | $ 68,727.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | October 10, 2011 |
| INVOICE NO. | 546740 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2011, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2011 | Attend to case law re: proposal (.7); attend to strategic plan and e-mail to JN re: same (2.9); t/c Capstone re: comments on its report on Grace's 2nd quarter operations (.3). | Krieger, A. | 3.9 |
| 09/01/2011 | Review DE cases re: proposal issues. | Nygard, J. | 0.8 |
| 09/02/2011 | Attend to issues and case law re: proposal (2.9); attend to strategic plan (1.3). | Krieger, A. | 4.2 |
| 09/05/2011 | Attend to case law re: proposal (2.1); memorandum to Capstone, JN re: 9/6/11 conference call with representatives for the Debtors and other parties (.1). | Krieger, A. | 2.2 |
| 09/06/2011 | Preparation for conference call with Grace representatives re: proposal and t/c Capstone re: same (.7); conference call with representatives for all parties re: proposal and follow-up conference call LK and R. Frezza (1.3); o/c JN re substance of conference call with Debtors' representatives and outstanding issues (.9); attend to case law re: proposal and | Krieger, A. | 7.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | related pleadings (4.5). | | |
| 09/06/2011 | Preparation for and conference call with all parties re: proposal (.8); conference call with A. Krieger and R. Frezza (.3). | Kruger, L. | 1.1 |
| 09/06/2011 | Confs. w/ A. Krieger re: issues surrounding proposal. | Nygard, J. | 0.9 |
| 09/07/2011 | Consider legal issues in proposal. | Kruger, L. | 0.6 |
| 09/08/2011 | Review Capstone draft of Committee memo re: proposal (.7); o/c with A. Krieger re: Committee memo and conference call to discuss proposal (.3); review memo to Committee re: proposal and conference call to discuss (.2); review of issues (.3). | Kruger, L. | 1.5 |
| 09/09/2011 | Conference call representatives for Grace and other parties-in-interest re: business operations. | Krieger, A. | 0.5 |
| 09/09/2011 | Review Capstone/Stroock memo re: proposal (.4); o/c with A. Krieger re: same (.3). | Kruger, L. | 0.7 |
| 09/09/2011 | Review and revise memo to Committee (1.7); confs. w/ A. Krieger and B. Frezza re: same (1.0). | Nygard, J. | 2.7 |
| 09/11/2011 | Attend to response points re: proposal and relevant case law. | Krieger, A. | 2.1 |
| 09/12/2011 | Case law review re: proposal (3.1); memorandum from Debtors' counsel re: Motion status and office conference L. Kruger, K. Pasquale re: same (.3); office conference L. Kruger re: T. Weschler article (.1); attend to materials re: proposal (.6); attend to materials re: Project Plate (.2). | Krieger, A. | 4.3 |
| 09/14/2011 | Review recent decision re: interest and possible impact on Grace. | Kruger, L. | 0.4 |
| 09/15/2011 | Conference call with Debtors and other parties' representatives re: Project Plate (.8); follow-up conference call with Capstone re: Project Plate (.3). | Krieger, A. | 1.1 |
| 09/16/2011 | Attend to issues and case law re: possible sale of business. | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 28.5 | $ 715 | $ 20,377.50 |
| Kruger, Lewis | 4.3 | 995 | 4,278.50 |
| Nygard, James O. | 4.4 | 715 | 3,146.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,802.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 27,802.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2011 | Attend to internal billing inquiry/audit letter from Debtors, exchanged multiple e-mails with accounting and prepare response thereto. | Krieger, A. | 1.3 |
| 09/02/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/07/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research and obtain documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 09/12/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 09/13/2011 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3); research re: hearing transcripts (.4). | Mohamed, D. | 2.1 |
| 09/14/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 09/16/2011 | Memoranda with DM re: proposed 40th quarterly fee and expense schedule. | Krieger, A. | 0.1 |
| 09/16/2011 | Obtain and circulate recently docketed pleadings in main case (.3); research case docket re plan/disclosure statement and obtain for attorney review (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 09/19/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research re: case docket (.3); monitor appeals case docket no. | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 11-199 (.1). | | |
| 09/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 09/21/2011 | Exchanged memoranda with DM re: 9/26/11 hearing. | Krieger, A. | 0.2 |
| 09/21/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1); schedule A. Krieger to appear telephonically at 9/26/11 hearing (.1). | Mohamed, D. | 0.5 |
| 09/22/2011 | Memoranda to DM and KP re: 9/26/11 hearing. | Krieger, A. | 0.2 |
| 09/22/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 09/23/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/26/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 09/28/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/29/2011 | Review case file documents. | Mohamed, D. | 1.5 |
| 09/30/2011 | Obtain and circulate recently docketed pleadings in main case (.4); prepare documents for attorney review (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 715 | $ 1,287.00 |
| Mohamed, David | 12.5 | 200 | 2,500.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,787.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,787.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2011 | Prepare legal portion of memorandum for the Committee re: proposal (7.8); review Capstone draft of Committee memorandum (.4). | Krieger, A. | 8.2 |
| 09/08/2011 | Review Capstone draft of Committee memorandum re: proposal (2.2); extended t/c R. Frezza re: same (1.1); prepare legal portion of Committee memorandum (1.2); o/cs LK re: Committee memorandum and conference call to discuss proposal (.3); t/c C. Freedgood re: Committee call (.2); memoranda with the Committee re: conference call to discuss proposal (.6); attended to revised memoranda with Capstone re: memorandum for the Committee re: proposal (1.2); outline issues (1.7). | Krieger, A. | 8.5 |
| 09/09/2011 | Review revised Committee memorandum and extended t/cs R. Frezza re: same (2.7); prepare revised material for the Committee memorandum (.8); separate o/cs LK, KP and JN re: Committee memorandum (1.1); attend to additional changes to memorandum (1.9); conference call R. Frezza, JN re: proposal and Committee memorandum (.7). | Krieger, A. | 7.2 |
| 09/12/2011 | Preparation for conference call with the Committee (.8); office conference L. Kruger, K. Pasquale re: Committee call (.2); memoranda to R. Frezza, JN re: Committee call (.2); Committee call re: motion, other matters and follow-up office conference L. Kruger, JN re: same (.6); memorandum to the Committee re: advice regarding the proposal (.3); memoranda with Committee member (.1) | Krieger, A. | 2.2 |
| 09/12/2011 | Conf. call w/ committee re: proposal. | Nygard, J. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/28/2011 | Attend to claims settlement and Committee memorandum thereon (1.8); memorandum to R. Higgins: re: information request (.2); t/c R. Higgins re: Neutocrete background and issues and settlement proposal and notes thereon (1.1). | Krieger, A. | 3.1 |
| 09/30/2011 | Draft memorandum re: Neutocrete Settlement. | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 30.6 | $ 715 | $ 21,879.00 |
| Nygard, James O. | 0.5 | 715 | 357.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,236.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,236.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/13/2011 | Review and revise August bill. | Magzamen, M. | 0.2 |
| 09/19/2011 | Prepare draft of SSL's one hundred and twenty-fifth monthly fee application for attorney review. | Mohamed, D. | 1.3 |
| 09/22/2011 | Attend to August 2011 fee statement and o/c DM re: same. | Krieger, A. | 0.6 |
| 09/26/2011 | Finalize August 2011 fee statement. | Krieger, A. | 0.3 |
| 09/27/2011 | Review revised draft of SSL's one hundred and twenty-fifth monthly fee application. | Mohamed, D. | 0.8 |
| 09/28/2011 | Finalize SSL's one hundred and twenty-fifth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.9 | $ 715 | $ 643.50 |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 4.0 | 200 | 800.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,507.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,507.50 |
|-----------------------|------------|

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2011 | Memoranda with Capstone re: creditor inquiry re: transcripts. | Krieger, A. | 0.1 |
| 09/09/2011 | T/cs trade creditor re: status, District Court argument. | Krieger, A. | 0.4 |
| 09/13/2011 | Obtain information in response to Creditor inquiry and memorandum to Capstone re: same (.4); attend to materials re: business divestiture (.2). | Krieger, A. | 0.6 |
| 09/23/2011 | Telephone conferences bank lender re: confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 715 | $ 786.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,055.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,055.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/13/2011 | Attend to other Professionals' Fee Applications. | Krieger, A. | 0.2 |
| 09/23/2011 | Finalize Capstone's eighty-ninth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |
| Mohamed, David | 1.9 | 200 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 523.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 523.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 155.95 |
| Long Distance Telephone | 36.74 |
| Duplicating Costs-in House | 2.00 |
| Postage | 0.44 |
| Westlaw | 830.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,025.63 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement
699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/02/2011 | Attend to CNA appellate brief. | Krieger, A. | 0.8 |
| 09/13/2011 | Attend to CNA's brief on appeal of order approving settlement agreement, BNSF reply brief. | Krieger, A. | 2.0 |
| 09/14/2011 | Review recent Confirmation Opinion addressing post-petition interest issues and prepare Committee memorandum thereon (6.4); office conference L. Kruger re: same (.2); exchanged memoranda with Capstone: Opinion and impact (.4). | Krieger, A. | 7.0 |
| 09/15/2011 | Review recent opinion for application to Grace issues (2.4); exchanged memoranda with Capstone re: impact (.2). | Krieger, A. | 2.6 |
| 09/16/2011 | Attend to recent post-petition interest decisions and issues (2.9); attend to requested plan information (.6). | Krieger, A. | 3.5 |
| 09/20/2011 | Review recent decision re: PPI interest issues. | Pasquale, K. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 15.9 | $ 715 | $ 11,368.50 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,816.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 11,816.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 68,727.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |
| TOTAL BILL | $ 69,752.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 4.3 | $ 995 | $   4,278.50 |
| Pasquale, Kenneth | 0.8 | 895 | 716.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 79.0 | 715 | 56,485.00 |
| Nygard, James | 4.9 | 715 | 3,503.50 |
|  |  |  |  |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 320 | 64.00 |
| Mohamed, David | 18.4 | 200 | 3,680.00 |
|  |  |  |  |
| **Total** | 107.6 |  | $ 68,727.00 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2011 - SEPTEMBER 30, 2011**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 155.95 |
| Long Distance Telephone | | 36.74 |
| Duplicating Costs-in House | | 2.00 |
| Postage | | 0.44 |
| Westlaw | | 830.50 |
| | | |
| TOTAL | $ | 1,025.63 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | October 10, 2011 |
| INVOICE NO. | 546740 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dave Klauder Wilmington, DE on 7/28/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to David Siegal Columbia, MD on 7/28/11 | 8.25 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dawn Marra Wilmington, DE on 7/28/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Bobbi Ruthlander Dallas, TX 7/28/11 | 10.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Bobbi Ruthlander Esq. Dallas, TX on 8/2/11 | 10.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dave Klauder Esq. Wilmington, DE on 8/2/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to Dawn Marra Wilmington, DE on 8/2/11 | 7.68 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827321; DATE: 8/6/2011 D. Mohamed to David Siegal Columbia, MD on 8/2/11 | 8.25 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Dave Klauder, Esq. Wilmington DE on 8-17-2011 | 11.52 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Dawn S. Marra  Wilmington DE  on 8-17-2011 | 11.52 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to Bobbi Ruhlander, Esq. Dallas TX on 8-17-2011 | 17.89 |
| 09/07/2011 | VENDOR: UPS; INVOICE#: 10X827341; DATE: 9/7/2011 D. Mohamed to David B. Siegal  Columbia  MD on 8-17-2011 | 11.52 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to David Siegal Columbia, MD on 8/30/11 | 8.25 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Dave Klauder Esq. Wilmington, DE on 8/30/11 | 7.68 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Dawn Marra Wilmington, DE on 8/30/11 | 7.68 |
| 09/20/2011 | VENDOR: UPS; INVOICE#: 10X827361; DATE: 9/3/2011 D. Mohamed to Bobbi Ruhlander Esq. Dallas, TX on 8/30/11 | 10.89 |
| | **Outside Messenger Service Total** | **155.95** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/08/2011 | EXTN.795544, TEL.2015877123, S.T.12:16, DUR.00:00:01 | 0.28 |
| 09/09/2011 | EXTN.795588, TEL.2019680001, S.T.16:17, DUR.00:11:35 | 3.34 |
| 09/09/2011 | EXTN.795544, TEL.2015877123, S.T.10:40, DUR.00:56:53 | 15.85 |
| 09/18/2011 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-091811; DATE: 9/18/2011  -  Teleconference        09-12-2011 | 5.87 |
| 09/28/2011 | EXTN.795544, TEL.3128364047, S.T.15:01, DUR.00:40:38 | 11.40 |
| | **Long Distance Telephone Total** | **36.74** |

**Duplicating Costs-in House**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/29/2011 | | 2.00 |
| | **Duplicating Costs-in House Total** | **2.00** |

**Postage**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01/2011 | Postage Charged on 09/01/2011 17:50 | 0.44 |
| | **Postage Total** | **0.44** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Westlaw** | | |
| 09/02/2011 | Duration 8; by Krieger, Arlene G. | 365.50 |
| 09/09/2011 | Duration 0; by Krieger, Arlene G. | 33.00 |
| 09/16/2011 | Duration 8; by Krieger, Arlene G. | 432.00 |
| **Westlaw Total** | | **830.50** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 155.95 |
| Long Distance Telephone | 36.74 |
| Duplicating Costs-in House | 2.00 |
| Postage | 0.44 |
| Westlaw | 830.50 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,025.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM