# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2011 - SEPTEMBER 30, 2011**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 12.1 | $ 995 | $   12,039.50 |
| Pasquale, Kenneth | 10.8 | 895 | 9,666.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 204.3 | 715 | 146,074.50 |
| Nygard, James | 9.3 | 715 | 6,649.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Azelby, Colleen | 3.3 | 85 | 280.50 |
| Braun, Danielle | 0.4 | 290 | 116.00 |
| Magzamen, Michael | 2.4 | 320 | 768.00 |
| Mohamed, David | 64.7 | 200 | 12,940.00 |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** | **307.3** |  | **$ 188,534.00** |