# EXHIBIT D

NY 73637743v1

WR GRACE & CO
DISBURSEMENT SUMMARY
JULY 1, 2011 - SEPTEMBER 30, 2011

| | |
|---|---:|
| Outside Messenger Service | $ 190.90 |
| Local Transportation | 293.22 |
| Long Distance Telephone | 53.78 |
| Duplicating Costs-in House | 2.00 |
| O/S Information Services | 278.32 |
| Postage | 0.44 |
| Travel Expenses - Transportation | 1,053.25 |
| Travel Expenses - Meals | 31.65 |
| Court Reporting Services | 327.82 |
| Westlaw | 1,301.50 |
| | |
| **TOTAL** | **$ 3,532.88** |

NY 73637743v1