# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 14, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## SEVENTEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2011, through July 31, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $   11,632.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        226.85 |

This is Applicant's Seventeenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | Pending | Pending |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 | $ 1,176.26 | Pending | Pending |

**Fee Detail by Professional for the Period of July 1, 2011, through July 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 19.20 | $ 7,680.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 19.30 | $ 3,667.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 1.50 | $ 285.00 |
| **Grand Total** | | | **40.00** | **$ 11,632.00** |
| Blended Rate | | | | $ 290.80 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of July 1, 2011, through July 31, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 4.10 | $ 1,556.00 |
| 11 - Fee Applications, Applicant | 12.70 | $ 3,379.00 |
| 12 - Fee Applications, Others | 20.40 | $ 5,682.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.30 | $ 120.00 |
| 24 – Other | 2.50 | $ 895.00 |
| **TOTAL** | **40.00** | **$ 11,632.00** |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Expense Summary for the Period July 1, 2011, through July 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house (178 @ .10) | 17.80 |
| Overnight Delivery | Federal Express | 0.00 |
| Outside Copy & Serve | IKON Office Solutions | 14.05 |
| Bank Fees | WSFS Bank | 195.00 |
| **TOTAL** | | **$ 226.85** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2011, through July 31, 2011, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 14, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2] Applicant's Invoice for July 1, 2011, through July 31, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2011, through July 31, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $11,632.00 and actual and necessary expenses in the amount of $226.85 for a total allowance of $11,858.85; Actual Interim Payment of $9,305.60 (80% of the allowed fees) and reimbursement of $226.85 (100% of the allowed expenses) be authorized for a total payment of $9,532.45; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

Daniel K. Hogan is attached hereto as **Exhibit B**.


Dated: August 31, 2011                        Respectfully submitted,

                                   By:     */s/ Daniel K. Hogan*
                                          Daniel K. Hogan (DE Bar No. 2814)
                                          THE HOGAN FIRM
                                          1311 Delaware Avenue
                                          Wilmington, Delaware 19806
                                          Telephone: 302.656.7540
                                          Facsimile: 302.656.7599
                                          Email: dkhogan@dkhogan.com

                                          **Counsel to Representative Counsel
                                          for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*
*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

August 01, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
              *WRGrace Chapter 11 Bankruptcy*

         *Our File No. 060124-01*
Invoice #  18107

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals from April 1, 2011 through June 30, 2011.  Reviewed for Canadian Representative Counsel. | 0.60 400.00/hr | 240.00 |
| 7/11/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time/expense summary for the month of June 2011; save to file and print for review. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting time summary for the month of June 2011 for Lauzon Belanger Lesperance. | 0.50 400.00/hr | 200.00 |
| 7/12/2011 | GP | Revise June Bill for LBL and Calculate breakdown of fees for LBL 16th Monthly Fee App (June 1, 2011-June 30, 2011). | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for THF's 14th Monthly Fee Application for the Period April 1, 2011, to April 30, 3011. | 0.50 190.00/hr | 95.00 |

Canadian ZAI Claimants                          *8/1/2011*   *18107*        Page    2

|  |  |  | __Hrs/Rate__ | __Amount__ |
|---|---|---|---|---|
| 7/12/2011 | KEH | Prepare CNO for SH's 14th Monthly Fee Application for the Period April 1, 2011, to April 30, 3011. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare CNO for LBL's 14th Monthly Fee Application for the Period April 1, 2011, to April 30, 3011. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with Gabrielle Palagruto transmitting LBL's time/expense summary and requesting revision to summary and category breakdown. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditors combined final report regarding applications for which they have de minimis or no issues - filed with the court July 12, 2011; save to file and print for review. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence from Grace Accounts Payable transmitting payment advice for 7/13/2011 deposit regarding holdback for The Hogan Firm's November and December 2010 fee applications; review and post payment of same to spreadsheet (did not pay October 2010?) | 0.50 190.00/hr | 95.00 |
|  | DKH | Reviewed coding of LBL's June invoice. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications with No Fee Or Expense Issues for the Fortieth Interim Period. | 0.50 400.00/hr | 200.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander transmitting fee auditor's combined final report regarding applications for which we have de minimis or no issues. | 0.10 400.00/hr | 40.00 |
|  | DKH | Received and reviewed Grace Remittance Advice for payment of invoice.  Compared and applied to spreadsheet. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed docket for objections to the Fourteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed docket for objections to  the Fourteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed docket for objections to the Fourteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants                                    *8/1/2011*    *18107*        Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2011 | KEH | Meeting with Daniel Hogan, re: CNOs for THF, LBL & SH's 14th Monthly Fee Application for the period April 1, 2011, to April 30, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | Received payment from 'accounts.payable-na@grace.com' in the amount of $5,366.40 for the holdback on The Hogan Firms November and December 2010 fee applications - holdback for the October 2010 application, in the amount of $2,060.00, was not paid; review of same and post to WRGrace Payment Spreadsheet. | 0.60 190.00/hr | 114.00 |
| | KEH | E-file Certificate of No Objection Regarding the Fourteenth Monthly Applications of The Hogan Firm. | 0.30 190.00/hr | 57.00 |
| | KEH | E-file Certificate of No Objection Regarding the Fourteenth Monthly Applications of Lauzon Belanger Lesperance. | 0.30 190.00/hr | 57.00 |
| | KEH | Certificate of No Objection Regarding the Fourteenth Monthly Applications of Scarfone Hawkins. | 0.30 190.00/hr | 57.00 |
| | KEH | Email to IKON Office Solutions transmitting the Certificate of No Objection Regarding the Fourteenth Monthly Applications of The Hogan Firm, Lauzon Belanger Lesperance & Scarfone Hawkins for hand delivery to the United States Trustee's Office. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the Fourteenth Monthly Application of The Hogan Firm [Docket No. 27247], Scarfone Hawkins LLP [Docket No. 27249], and Lauzon Belanger Lesperance [Docket No. 27248], filed July 13, 2011. | 0.30 190.00/hr | 57.00 |
| | KEH | Confirmation of WSFS deposit in the amount of $5,366.40 from Daniel Hogan; post to account. | 0.20 190.00/hr | 38.00 |
| | KEH | Telephone call with WSFS wire department to request outgoing international funds transfer to Scarfone Hawkins in the amount of $5,366.40 - THF Holdback for November & December 2010. | 0.30 190.00/hr | 57.00 |
| | DKH | Reviewed bank account for evidence of receipt of Grace payments. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed payment history to determine why holdback for the October 2010 application was not paid. | 0.30 400.00/hr | 120.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants                                                    *8/1/2011*    *18107*        Page    4

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. |  |  |
| 7/13/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2011, to April 30, 2011. | 0.30 400.00/hr | 120.00 |
| 7/14/2011 | KEH | E-mail correspondence from Careen Hannouche, re: wire transfer from Grace yesterday in the amount of $1982,75 - need confirmation of what payment is for.  Also, have not received the wire transfers for LBL's February and March applications. | 0.10 190.00/hr | 19.00 |
|  | KEH | Review SH applications and WRG Payment Spreadsheet regarding wire received by Scarfone Hawkins; E-mail correspondence with 'Careen Hannouche' detailing payment information - holdback for October, November, and December 2010; will check with Grace AP regarding February and March payments. | 0.60 190.00/hr | 114.00 |
|  | KEH | E-mail correspondence with Cindy Yates re: receipt of payment in the amount of $4,669.75 from Grace for SH holdback for October, November and December, 2010; review, breakdown, and post to WRG Payment Spreadsheet. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with accounts.payable-na@grace.com transmitting uncontested applications and requesting status of payment for Lauzon Bélanger Lespérance's February and March, 2011, Monthly Fee Applications. | 0.30 190.00/hr | 57.00 |

Canadian ZAI Claimants                                    *8/1/2011*    *18107*        Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2011 | DKH | Reviewed the holdbacks for LBL and the receipt of a recent payment to determine nature of discrepancy. | 0.40<br>400.00/hr | 160.00 |
| 7/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/25/2011 at 09:00 AM. | 0.30<br>400.00/hr | 120.00 |
| 7/19/2011 | KEH | Received and reviewed agenda for WRGrace hearing scheduled for July 25, 2011. | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Matt Moloci regarding the status of the appeals. | 0.20<br>400.00/hr | 80.00 |
| | DKH | Reviewed docket for indication of the status of the appeals in the district court; reviewed Debtors proposed order. | 0.60<br>400.00/hr | 240.00 |
| | DKH | Reviewed docket for objections to the Fifteenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30<br>400.00/hr | 120.00 |
| | DKH | Reviewed docket for objections to the Fifteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30<br>400.00/hr | 120.00 |
| | DKH | Reviewed docket for objections to the Fifteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30<br>400.00/hr | 120.00 |
| 7/20/2011 | KEH | Prepare Certificate of No Objection Regarding the Fifteenth Monthly Applications of The Hogan Firm for the Period May 1, 2011, to May 31, 2011 | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare Certificate of No Objection Regarding the Fifteenth Monthly Application of Scarfone Hawkins for the Period May 1, 2011, to May 31, 2011 | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare Certificate of No Objection Regarding the Fifteenth Monthly Application of Lauzon Belanger Lesperance for the Period May 1, 2011, to May 31, 2011 | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-file Certificate of No Objection Regarding the Fifteenth Monthly Application of The Hogan Firm for the Period May 1, 2011, to May 31, 2011 | 0.30<br>190.00/hr | 57.00 |

Canadian ZAI Claimants                                    *8/1/2011*    *18107*         Page    6

|            |     |                                                                                                                                                                                                                                                                    | *Hrs/Rate*       | *Amount* |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 7/20/2011  | KEH | E-file Certificate of No Objection Regarding the Fifteenth Monthly Application of Lauzon Belanger Lesperance for the Period May 1, 2011, to May 31, 2011                                                                                                                | 0.30 190.00/hr   | 57.00    |
|            | KEH | E-file Certificate of No Objection Regarding the Fifteenth Monthly Application of Scarfone Hawkins for the Period May 1, 2011, to May 31, 2011                                                                                                                          | 0.30 190.00/hr   | 57.00    |
|            | KEH | Meeting with DKHogan, re: the CNOs Regarding the Fifteenth Monthly Applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance for the Period May 1, 2011, to May 31, 2011                                                                         | 0.20 190.00/hr   | 38.00    |
|            | KEH | Email to IKON Office Solutions transmitting the Certificates of No Objection Regarding the Fifteenth Monthly Application of THF, SH, & LBL for hand delivery to the U.S. Trustee's Office.                                                                               | 0.20 190.00/hr   | 38.00    |
|            | KEH | Telephone call to WSFS wire department to initiate a wire to Scarfone Hawkins' account in the amount of $5,366.40 - payment for holdback on The Hogan Firm's monthly fee applications for November and December of 2010.                                                 | 0.30 190.00/hr   | 57.00    |
|            | DKH | E-mail correspondence with Charmaine Wilson concerning the timing of the distributions.                                                                                                                                                                                | 0.10 400.00/hr   | 40.00    |
|            | DKH | E-mail correspondence with wires@wsfsbank.com. Reviewed receipt of holdback payment for November and December 2010.                                                                                                                                                    | 0.20 400.00/hr   | 80.00    |
|            | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011.     | 0.30 400.00/hr   | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30 400.00/hr   | 120.00   |
|            | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011.                 | 0.30 400.00/hr   | 120.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for                                                                             | 0.30 400.00/hr   | 120.00   |

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| | | Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | | |
| 7/20/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fifteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2011, to May 31, 2011. | 0.30 400.00/hr | 120.00 |
| 7/21/2011 | KEH | E-mail correspondence from Cindy Yates confirming receipt of wire transfer in the amount of $5,366.40 - holdback on The Hogan Firm's monthly fee applications for November and December of 2010. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence from O'Neil, Christi, WRG Accounts Payable Dept., re: holdback for the October 2010 application in the amount of $2,060.00 is being processed. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Careen Hannouche, re: wire transfer from WR Grace on July 19th in the amount of $6,213.20 - payment of LBLs February and March 2011 Applications; review and post to WRG Payment Spreadsheet. | 0.30 190.00/hr | 57.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning the receipt by LBL of holdback payments for February and March 2011 Applications. | 0.20 400.00/hr | 80.00 |
| | DKH | E-mail correspondence with Matt Moloci transmitting the Debtors' Proposed Order Affirming the Confirmation Order and updating him on the status of the appeals. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning argument on July 12 for the appeal. | 0.20 400.00/hr | 80.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Sale re: Debtors' Fourth Quarterly Report of Asset Sales from April 1, 2011 through June 30, 2011 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. | 0.30 400.00/hr | 120.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Settlement re: Debtors' fourth Quarterly Report of Settlements from April 1, 2011 through April 30, 2011 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims | 0.40 400.00/hr | 160.00 |

Canadian ZAI Claimants                                    *8/1/2011*    *18107*        Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | and Causes of Action Brought by or Against the Debtors in a Judicial Administrative Arbitral or other Action or Proceeding. Filed by W.R. Grace & Co., et al. |  |  |
| 7/22/2011 | KEH | E-mail correspondence from Grace Accounts Payable regarding a wire transfer in the amount of $10,350.15 for 7/25/2011. | 0.10 190.00/hr | 19.00 |
|  | DKH | Received and reviewed Grace Remittance Advice for application to invoices. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/25/2011 at 09:00 AM. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel [Filed Under Seal] Regarding Order, Amended As Attached Hereto, Authorizing, But Not Requiring, The Debtors To Participate In A Competitive Auction, And If Selected As The Winning Bidder Thereafter Consummate A Proposed Acquisition-Hearing 7/25/11 - Agenda Item #2 (related document(s) [27114] Filed by W.R. Grace & Co., et al. | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Second Amended Notice of Agenda of Matters Scheduled for Hearing on July 25, 2011, at 9:00 a.m. Before the Honorable Judith K. Fitzgerald in Wilmington, Delaware [HEARING CANCELLED] (related document(s)[27259], [27279] Filed by W.R. Grace & Co., et al. | 0.30 400.00/hr | 120.00 |
| 7/25/2011 | KEH | E-mail correspondence from Grace Accounts Payable regarding a wire transfer in the amount of $2,060.00 for 7/26/2011. | 0.10 190.00/hr | 19.00 |
|  | KEH | Review applications and post wire amounts, $10,350.15 (THF 4/2011) & $2,060.00 (THF 10/2010 Holdback) to WRG Payment Spreadsheet. | 0.60 190.00/hr | 114.00 |
|  | KEH | Meeting with Dan Hogan, re: letter from W.R. Grace Team Accounts Payable Analysis and instructions for response to same. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence to Martijn Asselbergs, WRG AP Analysis Team, attaching our spreadsheet regarding payments received from W.R. Grace for the 2011 monthly fee applications of The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins LLP, i.e., amount of the invoice, the date and amount paid, and the total owed to date; complete information as requested. | 0.40 190.00/hr | 76.00 |
|  | DKH | Reviewed Grace Remittance Advice for application to invoices. | 0.30 400.00/hr | 120.00 |

Canadian ZAI Claimants                                                            *8/1/2011*     *18107*          Page    9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/25/2011 | DKH | Reviewed our spreadsheet regarding payments received from W.R. Grace for the 2011 monthly fee applications of The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins LLP. Reviewed request by Grace for information relative to our spreadsheet. | 0.70 400.00/hr | 280.00 |
| 7/26/2011 | KEH | E-mail correspondence with Daniel Hogan, re: need to confirm deposits from WRGrace to WSFS Trust Account. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Careen Hannouche regarding wire transfer in the amount of $6,354.11 on July 25th - need confirmation of what is being paid. | 0.10 190.00/hr | 19.00 |
|  | KEH | Review WRG Payment Spreadsheet regarding LBL fee applications; email to Careen Hannouche - payment is for the April 1 – April 30, 2011 Fee Application: $5,346.72 (80%) Fees and $1,007.39 Expenses. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Daniel Hogan confirming wire transfers are completed to WSFS Bank Trust Account. | 0.20 190.00/hr | 38.00 |
|  | DKH | Reviewed our online banking system for evidence of receipt of payment. | 0.30 400.00/hr | 120.00 |
| 7/27/2011 | GP | Calculate breakdown of June fees for THF. | 1.00 190.00/hr | 190.00 |
|  | KEH | Telephone call with Debbie at WSFS Bank to initiate two international wire transfers to Scarfone Hawkins LLP: (1) $10,350.15 for THF April 2011 Fee Application; (2) $2,060.00 for THF October 2010 Holdback. | 0.40 190.00/hr | 76.00 |
|  | KEH | Preparation of The Hogan Firm's 16th Monthly Fee Application for the period June 1, 2011, through June 30, 2011. | 1.40 190.00/hr | 266.00 |
|  | KEH | Preparation of Lauzon Belanger Lesperance's 16th Monthly Fee Application for the period June 1, 2011, through June 30, 2011. | 0.90 190.00/hr | 171.00 |
|  | KEH | Preparation of Scarfone Hawkins LLP's 16th Monthly Fee Application for the period June 1, 2011, through June 30, 2011 (need time/expense statement). | 0.60 190.00/hr | 114.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates regarding status of payment from Grace for SHs April 2011 Fee Application ($16,452.77); Also, status of SH's time/expense statement for June. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with David Thompson, re: received payment on July 26 from Grace - should have time/expense statement to us next week; update WRG Payment Spreadsheet. | 0.30 190.00/hr | 57.00 |

Canadian ZAI Claimants                                    *8/1/2011*      *18107*         Page   10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/27/2011 | KEH | E-mail correspondences with 'Careen Hannouche' transmitting LBLs 16th Monthly Fee Application for review and certification for execution. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondences with wires@wsfsbank.com; reviewed attached wire transfer confirmation. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with David Thompson concerning payment received from Grace. | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with David Thompson concerning status of June time/expense statement for Scarfone Hawkins. | 0.20 400.00/hr | 80.00 |
|  | DKH | Reviewed and revised LBL's 16th Monthly Fee Application. Reviewed certification and exhibits. | 0.80 400.00/hr | 320.00 |
| 7/28/2011 | KEH | Finalize exhibits and prepare for electronic filing of The Hogan Firm's 16th Monthly Fee Application for the Period June 1, 2011, through June 30, 2011; e-file same. | 0.50 190.00/hr | 95.00 |
|  | KEH | Finalize exhibits and prepare for electronic filing of Lauzon Belanger Lesperance's 16th Monthly Fee Application for the Period June 1, 2011, through June 30, 2011; e-file same. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification for LBL's 16th monthly fee application; attach to file. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting, for service, the Sixteenth Monthly Application of The Hogan Firm, filed July 28, 2011, Docket No. 27327. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Service Parties transmitting, for service, the Sixteenth Monthly Application of Lauzon Bélanger Lespérance, filed July 28, 2011, Docket No. 27328. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Sixteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 27327 | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Sixteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 27328. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander' regarding Scarfone Hawkins time/expense statement for their 16th monthly fee application - application to be filed next week and will mail all three applications (THF, LBL & SH) at that time. | 0.10 190.00/hr | 19.00 |

Canadian ZAI Claimants                                    *8/1/2011*    *18107*         Page  11

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/28/2011 | KEH | E-mail correspondence to IKON Office Solutions transmitting the Sixteenth Monthly Applications of The Hogan Firm and Lauzon Belanger Lesperance for hand delivery to the US Trustee. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification.  Reviewed same. | 0.20 400.00/hr | 80.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed several emails concerning the Notice of Disposition of Equity Securities Filed by York Capital Management L.P. | 0.30 400.00/hr | 120.00 |
|  | DKH | Reviewed and revised Monthly Application for Compensation (Sixteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011; reviewed and signed certification and reviewed exhibits. | 1.30 400.00/hr | 520.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Sixteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Sixteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2011 to June 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 400.00/hr | 120.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning status of fee application and individual entry. | 0.20 400.00/hr | 80.00 |
|  | DKH | Research entry of time relative to inquiry by Matt Moloci. | 0.40 400.00/hr | 160.00 |
|  | DKH | E-mail correspondence To Matt Moloci explaining entry in invoice relative to inquiry. | 0.20 400.00/hr | 80.00 |
|  | DKH | Emails from and to Matt Moloci to clarify issue raised concerning The Hogan Firm 16th Monthly Fee Application. | 0.30 400.00/hr | 120.00 |
| 7/29/2011 | DKH | E-mail correspondence with Karen Harvey. Received and reviewed Grace Remittance Advice.  Checked online account for receipt of payment. | 0.30 400.00/hr | 120.00 |
|  |  | *For professional services rendered* | 40.00 | *$11,632.00* |

Canadian ZAI Claimants                                    *8/1/2011*      *18107*          Page   12

### Additional Charges :

|  |  | *Amount* |
|---|---|---:|
| 7/20/2011 | WSFS - Wire Transfer Charges: Incoming wire ($15.00) and outgoing wire ($45.00 - International) | 60.00 |
|  | IKON Office Solutions- 15th Mo CNO | 5.35 |
| 7/25/2011 | WSFS Bank Incoming Wire Transfer Fee | 15.00 |
| 7/26/2011 | WSFS Bank Incoming Wire Transfer Fee | 15.00 |
| 7/27/2011 | WSFS Bank Outgoing Wire Fee - $10,350.15 to Scarfone Hawkins LLP | 45.00 |
|  | WSFS Bank Outgoing Wire Fee - $2,060.00 to Scarfone Hawkins LLP | 45.00 |
| 7/29/2011 | Photocopies - 16th Monthly Applications/CNOs-14th & 15th | 17.80 |
|  | IKON Office Solutions- WIL11070121 | 8.70 |
| 8/1/2011 | WSFS Bank incoming wire fee - (wire amount $10,624.11) | 15.00 |

|  |  |  |
|---|---|---:|
| | ***Total additional charges*** | *$226.85* |
| | ***Total amount of this bill*** | *$11,858.85* |
| | ***Previous balance*** | *$17,683.26* |
| | **Accounts receivable transactions** | |
| 8/2/2011 | Payment - Thank You. Check No. 9878822 | *($17,683.26)* |
| | ***Total payments and adjustments*** | *($17,683.26)* |
| | **Balance due** | **$11,858.85** |

****TERMS: DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

As of June 1, 2011, Daniel K. Hogan's Hourly Rate Increased

Canadian ZAI Claimants                                    *8/1/2011*      *18107*          Page   13

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Daniel K. Hogan | 19.20 | 400.00 | $7,680.00 |
| Gabrielle Palagruto | 1.50 | 190.00 | $285.00 |
| Karen E. Harvey | 19.30 | 190.00 | $3,667.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                     : ss
COUNTY OF NEW CASTLE :

       I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

       1.     I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

       2.     The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

       3.     I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

       4.     I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

       I verify under penalty of perjury that the foregoing is true and correct.

                                              _____

                                            Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 31st day of August, 2011

_____
Notary Public
My Commission Expires: _____