# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 4, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**NINETEENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | September 1, 2011, through September 30, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 7,988.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 35.56 |

This is Applicant's Nineteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 | $ 1,176.26 | $ 13,205.60 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | Pending | Pending |

**Fee Detail by Professional for the Period of September 1, 2011, through September 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 13.70 | $ 5,480.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 12.20 | $ 2,318.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 1.00 | $190.00 |
| **Grand Total** | | | **26.90** | **$ 7,988.00** |
| Blended Rate | | | | $ 296.95 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of September 1, 2011, through September 30, 2011**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 3.10 | $ 1,114.00 |
| 11 - Fee Applications, Applicant | 8.20 | $ 2,272.00 |
| 12 - Fee Applications, Others | 7.50 | $ 2,076.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 8.10 | $ 2,526.00 |
| **TOTAL** | **26.90** | **$ 7,988.00** |

\

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

Page | 3

**Monthly Expense Summary for the Period September 1, 2011, through September 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | 0.00 |
| Postage | U.S. Postal Service | 4.96 |
| Outside Copy & Serve | IKON Office Solutions | 30.60 |
| Bank Fees | WSFS Bank ($15.00) | 0.00 |
| **TOTAL** | | **$ 35.56** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for September 1, 2011, through September 30, 2011, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 4, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2] Applicant's Invoice for September 1, 2011, through September 30, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period September 1, 2011, through September 30, 2011, an allowance be made to The Hogan Firm for compensation in the amount of $7,988.00 and actual and necessary expenses in the amount of $35.56 for a total allowance of $8,023.56; Actual Interim Payment of $6,390.40 (80% of the allowed fees) and reimbursement of $35.56 (100% of the allowed expenses) be authorized for a total payment of $6,425.96; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: November 14, 2011                  Respectfully submitted,

By:    */s/ Daniel K. Hogan*
       Daniel K. Hogan (DE Bar No. 2814)
       THE HOGAN FIRM
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone: 302.656.7540
       Facsimile: 302.656.7599
       Email: dkhogan@dkhogan.com

**Counsel to Representative Counsel
for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

EIN 51-0352711

---

**Canadian ZAI Claimants**  
c/o Yves Lauzon  
Lauzon Belanger inc.  
286, rue St-Paul Quest, bureau 100  
Montreal Quebec H2Y 2A3  
Canada

**Date:** 10/3/2011  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 19013

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2011 | KEH | E-mail correspondence with 'accounts.payable_psc@grace.com' regarding correspondence with Fee Auditor's office about wire fees on our WRGrace Fee Applications - requesting payment to The Hogan Firm be made via check instead of via wire. | 0.20 | 190.00 | 38.00 |
| 09/01/2011 | KEH | E-mail correspondence with Bobbi Ruhlander regarding the fee auditor's final report. | 0.10 | 190.00 | 19.00 |
| 09/01/2011 | DKH | E-mail correspondence with Bobbi Ruhlander that the Hogan Firm will be included in the combined final report regarding applications for which we have de minimis or no issues. | 0.20 | 400.00 | 80.00 |
| 09/01/2011 | KEH | Review and meet with Daniel Hogan regarding objection deadline on fee applications pursuant to L.R. 9006-1 | 0.20 | 190.00 | 38.00 |
| 09/02/2011 | KEH | E-mail correspondence with Cindy Yates - received WR Grace wire $7,439.51 CAD in payment of our June, 2011 account; post to WRGrace payment spreadsheet and locate CNO for June account for transmittal. | 0.50 | 190.00 | 95.00 |
| 09/07/2011 | KEH | Review September 2, 2011, email from Cindy Yates regarding payment of Scarfone Hawkins' June fee application; revise WRGrace payment spreadsheet accordingly. | 0.30 | 190.00 | 57.00 |
| 09/09/2011 | DKH | E-mail correspondence with David Thompson concerning the timing of a decision on the appeal in Grace. Reviewed course of appeal and likely timing of resolution of appeal. | 0.50 | 400.00 | 200.00 |
| 09/13/2011 | DKH | E-mail correspondence with David Thompson regarding the timing of the resolution of the appeals. | 0.20 | 400.00 | 80.00 |
| 09/15/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting time/expense statement for August 2011; save to file and print for review. | 0.30 | 190.00 | 57.00 |
| 09/15/2011 | DKH | E-mail correspondence with Careen Hannouche transmitting the fee details for the month of August 2011 for LBL. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/19/2011 | KEH | E-mail correspondence with 'Cindy Yates' regarding availability of Scarfone Hawkins' August 2011 time/expense statement. | 0.20 | 190.00 | 38.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/2011 | KEH | E-mail correspondence with 'Cindy Yates', re: time/expense statement for Scarfone Hawkins | 0.10 | 190.00 | 19.00 |
| 09/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Fortieth Quarter Project Category Summary [related to 9/26/11 Agenda Item No. 4 - Various Docket Numbers] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 09/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fortieth Period [related to 9/26/11 Agenda Item No. 4 - Various Docket Numbers] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 09/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Fortieth Period (related document(s)[27620]). | 0.40 | 400.00 | 160.00 |
| 09/21/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Hearing re: Notice of Agenda of Matters Scheduled for Hearing on September 26, 2011, at 9:00 A.M. before the Honorable Judith K. Fitzgerald in Wilmington, Delaware. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | KEH | E-file CNO for Lauzon Belanger Lesperance's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Lauzon Belanger Lesperance's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Scarfone Hawkins' 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for Scarfone Hawkins' 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for The Hogan Firm's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | KEH | E-file CNO for The Hogan Firm's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.30 | 190.00 | 57.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011 (related document(s)[27533]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursment of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011 (related document(s)[27382]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011 (related document(s)[27381]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the Sixteenth Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of the U.S. Trustee | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the Sixth Quarterly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of The United States Trustee. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with James.Luckey@ricoh-usa.com - confirming receipt of hand deliveries. | 0.10 | 190.00 | 19.00 |
| 09/22/2011 | DKH | E-mail correspondence with Melanie M. White concerning the formula error and attaching the revised spreadsheet. Reviewed same. | 0.80 | 400.00 | 320.00 |
| 09/22/2011 | KEH | E-mail correspondence with Service Parties for service of the Certificate of No Objection Regarding the Seventeenth Monthly Application of The Hogan Firm [Docket No. 27644], Scarfone Hawkins LLP [Docket No. 27645], and Lauzon Belanger Lesperance [Docket No. 27646]. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the Sixth Quarterly Application of The Hogan Firm. | 0.20 | 190.00 | 38.00 |
| 09/22/2011 | KEH | Meeting with DKHogan for review of CNOs for 17th Monthly Fee Applications and 6th Quarterly Applications. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Meeting with DKHogan, re: 40th Quarter Project Category Summary; review same and identify errors in "cummulative through 40th Quarter". | 1.40 | 190.00 | 266.00 |
| 09/22/2011 | KEH | Prepare CNO for Lauzon Belanger Lesperance's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Lauzon Belanger Lesperance's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Scarfone Hawkins' 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for Scarfone Hawkins' 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | KEH | Prepare CNO for The Hogan Firm's 17th Monthly Fee Application for the period July 1, 2011, through July 31, 2011. | 0.50 | 190.00 | 95.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/2011 | KEH | Prepare CNO for The Hogan Firm's 6th Quarterly Fee Application for the period April 1, 2011, through June 30, 2011. | 0.50 | 190.00 | 95.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Seventeenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2011, to July 31, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursment of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed and revised Certificate of No Objection Regarding the Sixth Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2011, to June 30, 2011. | 0.30 | 400.00 | 120.00 |
| 09/22/2011 | DKH | Reviewed discrepancies found in Fee auditor spreadsheet concerning cumulative fees. | 0.80 | 400.00 | 320.00 |
| 09/22/2011 | DKH | Reviewed docket for objections to Seventeenth Monthly fee applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belange. | 0.40 | 400.00 | 160.00 |
| 09/22/2011 | DKH | Reviewed docket for objections to Sixth Quarterly Applications for Compensation. | 0.40 | 400.00 | 160.00 |
| 09/22/2011 | DKH | Telephone conversation with Bobbie Ruhlander concerning discrepancies found on fee spreadsheets. | 0.20 | 400.00 | 80.00 |
| 09/22/2011 | DKH | Telephone conversation with Jamie O'Neil concerning discrepancies found on fee spreadsheets. | 0.20 | 400.00 | 80.00 |
| 09/22/2011 | DKH | Telephone conversation with Melanie M. White concerning discrepancies found on fee spreadsheets. | 0.30 | 400.00 | 120.00 |
| 09/23/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Settlement (Claims Nos. 8378, 8379 & 8380). Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 09/23/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order (MODIFIED) Providing for the Return of Certain Pleadings and an Order Filed Under Seal to Debtors' Counsel for Destruction. | 0.30 | 400.00 | 120.00 |
| 09/26/2011 | KEH | Begin breakdown of category codes for The Hogan Firm's time/expense statement for August 2011. | 0.30 | 190.00 | 57.00 |
| 09/26/2011 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for August 1, 2011 – August 31, 2011. Reviewed same. | 0.60 | 400.00 | 240.00 |
| 09/26/2011 | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP's Monthly time/expense statement for August 1, 2011 – August 31, 2011; review and save to file. | 0.30 | 190.00 | 57.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2011 | KEH | E-mail correspondence with Daniel Hogan regarding 40th Quarter Cummulative for The Hogan Firm, Scarfone Hawkins & Lauzon Belanger Lesperance. | 0.20 | 190.00 | 38.00 |
| 09/26/2011 | DKH | Noted discrepancies on LBL and SH cumulative spreadsheet totals. Attempted to reconcile. | 1.00 | 400.00 | 400.00 |
| 09/26/2011 | KEH | Reviewed THF's numbers on 40th Qtr Project Category Summary and they match our payment spreadsheet; LBL is over by $61,492.84; and SH is under by $51,050.61 according to our records.E-mail correspondence with Daniel Hogan regarding differences with 40th Quarter Project Category Summary. | 0.60 | 190.00 | 114.00 |
| 09/27/2011 | DKH | Compared cumulative totals through 40th interim period against our spreadsheet. | 0.60 | 400.00 | 240.00 |
| 09/27/2011 | DKH | E-mail correspondence with Melanie White concerning LBL and Scarfone Hawkins cumulative total discrepancies. | 0.20 | 400.00 | 80.00 |
| 09/27/2011 | KEH | Meeting with Daniel Hogan regarding payments from W.R. Grace and spreadsheet for same. | 0.40 | 190.00 | 76.00 |
| 09/27/2011 | KEH | Meeting with DKHogan re: WRGrace 40th Quarter Project Category Summary - review same and compare to WRGrace payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| 09/27/2011 | DKH | Telephone conversation with Melanie White resolving the cumulative spreadsheet discrepancy. | 0.30 | 400.00 | 120.00 |
| 09/29/2011 | DKH | E-mail correspondence with Jan Baer concerning Rust and Deanna Boll. | 0.20 | 400.00 | 80.00 |
| 09/29/2011 | DKH | E-mail correspondence with Janet Baer concerning Rust. | 0.10 | 400.00 | 40.00 |
| 09/29/2011 | DKH | E-mail correspondence with Matt Moloci concerning issues related to Rust Environmental and Deanna Boll's successor. | 0.30 | 400.00 | 120.00 |
| 09/30/2011 | GP | Calculate breakdown of August Fees for LBL, SH and complete breakdown for THF for the 18th Monthly Fee Applications. | 1.00 | 190.00 | 190.00 |
| 09/30/2011 | KEH | E-mail correspondence with Daniel Hogan regarding confirmation of payment from WRGrace. | 0.10 | 190.00 | 19.00 |
| 09/30/2011 | KEH | E-mail correspondence with Grace Accounts Payable regarding wire for January 2011 Holdback fees for The Hogan Firm in the amount of $3,538.80; revise WRGrace payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| | | **Total Fees** | **26.90** | | **$7,988.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 09/01/2011 | Postage to Fee Auditor and WRGrace (2 @ 2.48) - 17th Monthly Fee Application. | 4.96 |
| 09/07/2011 | IKON Office Solutions- 17th Monthly Fee Apps | 19.70 |
| 09/28/2011 | IKON Office Solutions- CNOs 17th Monthly & 6th Qtrly | 10.90 |
| 09/30/2011 | WSFS Bank Incoming wire fee (WRGrace) January 2011 Holdback | 15.00 |
| | **Total Expenses** | **$50.56** |

**TOTAL NEW CHARGES** $8,038.56

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Current Fees | 7,988.00 |
| Current Expenses | 50.56 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,038.56** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE :
: ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this __14th__ day of November, 2011

Notary Public
My Commission Expires: _____