**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING SEVENTH QUARTERLY APPLICATION**
**OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR JULY 1, 2011, THROUGH SEPTEMBER 30, 2011**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger Lespérance and Scarfone Hawkins LLP ("Representative Counsel"), filed its Seventh Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period from July 1, 2011, through September 30, 2011 ("Seventh Quarterly Application"). The Court has reviewed the Seventh Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Seventh Quarterly Application, and any hearing on the Seventh Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Seventh Quarterly Application. Accordingly, it is

ORDERED that the Seventh Quarterly Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $34,274.00 as compensation and $705.37 as reimbursement of expenses, for a total of $34,979.37 for services rendered and disbursements incurred by The Hogan Firm for the period July 1, 2011, through September 30, 2011, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                                                  Judith K. Fitzgerald
                                                  United States Bankruptcy Judge