# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 14, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**SEVENTEENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2011, through July 31, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   7,597.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $      989.49 |

This Applicant's Seventeenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

Docket No. 27534
Filed 08/31/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | Pending | Pending |

**Fee Detail by Professional for the Period of July 1, 2011, through July 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 11.10 | $ 5,827.50 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 2.60 | $ 1,170.00 |
| Cindy Yates | Law Clerk, 26 Yrs., 1985 | $120.00 | 5.00 | $ 600.00 |
| **Grand Total** | | | **18.70** | **$ 7,597.50** |
| Blended Rate | | | | $ 406.28 |
| Blended Rate (excluding Law Clerk time) | | | | $ 510.77 |

**Monthly Compensation by Matter Description for the Period of July 1, 2011, through July 31, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 9.10 | $ 4,650.00 |
| 11 - Fee Applications, Applicant | 8.15 | $ 2,208.75 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.70 | $ 345.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 0.75 | $ 393.75 |
| **TOTAL** | **18.70** | **$ 7,597.50** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

**Monthly Expense Summary for the Period July 1, 2011, through July 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Courier Charge | | 0.00 |
| Travel – Meals | | 0.00 |
| Long Distance Calls | | $ 1.60 |
| Harmonized Sales Tax (HST) 13% | | $ 987.89 |
| **TOTAL** | | **$ 989.49** |

      PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2011, through July 31, 2011, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

      PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 14, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[3] Applicant's Invoice for July 1, 2011, through July 31, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2011, through July 31, 2011, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $7,597.50 and actual and necessary expenses in the amount of CDN $989.49 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $8,586.99; Actual Interim Payment of CDN $6,078.00 (80% of the allowed fees) and reimbursement of CDN $989.49 (100% of the allowed expenses) be authorized for a total payment of CDN $7,067.49; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: August 31, 2011               Respectfully submitted,

                         By:   */s/ Daniel K. Hogan*
                               Daniel K. Hogan (DE Bar No. 2814)
                               THE HOGAN FIRM
                               1311 Delaware Avenue
                               Wilmington, Delaware 19806
                               Telephone: 302.656.7540
                               Facsimile: 302.656.7599
                               Email: dkhogan@dkhogan.com


                               **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

| | |
|---|---|
| W.R. GRACE & CO., et al.<br>CDN ZAI CLASS ACTION | U.S. FEE APPLICATION<br>DATE:<br>July 31, 2011<br>OUR FILE NO: 05L121 |

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH<br>14TH FLOOR<br>P.O. BOX 926, DEPOT #1<br>HAMILTON, ONTARIO<br>L8N 3P9 | TELEPHONE<br>905-523-1333<br><br>TELEFAX<br>905-523-5878 |

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(July 1, 2011 – July 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07 /02/11 | Email from Careen Hannouche confirming receipt of wire transfer and part payment toward fee applications | MGM | $450.00 | 0.10 | $45.00 |
| 07 /05/11 | receipt of and respond to class member inquiries re: status of settlement and U.S. Court approval of plan of re-organization | DT | $525.00 | 0.25 | $131.25 |
| 07 /06/11 | receipt of and respond to several class member inquiries via email all re: status of settlement and distribution of funds | DT | $525.00 | 0.25 | $131.25 |
| 07 /06/11 | memo to file regarding meeting with Don Pinchin and Collectiva with representative counsel | DT | $525.00 | 0.10 | $52.50 |
| 07 /06/11 | review Sandra McCash memo, letter to Careen Hannouche and Michel Belanger regarding meeting with Don Pinchin, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07 /11/11 | emails to and from Keith Ferbers re: status of U.S. appeals | DT | $525.00 | 0.10 | $52.50 |
| 07 /11/11 | follow-up email to Michel Belanger and Careen Hannouche re: meeting with Don Pinchin and Collectiva | DT | $525.00 | 0.25 | $131.25 |
| 07 /11/11 | receipt of and respond to class member inquiries re: status of settlement and U.S. appeals | DT | $525.00 | 0.25 | $131.25 |
| 07 /11/11 | Email from David Thompson to Michel Belanger and Careen Hannouche regarding proposed meeting with Don Pinchin for CDN ZAI PD claims administration and expertise | MGM | $450.00 | 0.10 | $45.00 |
| 07 /12/11 | receipt Careen Hannouche email, letter to Careen Hannouche, memo to MGM, consider meeting dates proposed, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07 /12/11 | Email reply from Careen Hannouche regarding proposed meeting with Don Pinchin for CDN ZAI PD claims administration and expertise | MGM | $450.00 | 0.10 | $45.00 |
| 07 /13/11 | receipt Karen Harvey email re: holdback monies, receipt Cindy Yates memo, receipt Sue McCormick memo | DT | $525.00 | 0.25 | $131.25 |
| 07 /13/11 | receipt Karen Harvey and James Luckey emails, receipt Certification of No Objection, memo to MGM | DT | $525.00 | 0.25 | $131.25 |
| 07 /13/11 | receipt of and reply to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07 /14/11 | emails to and from Karen Harvey and James Luckey, memos to and from Cindy Yates re: receipt of holdback for late 2010, | DT | $525.00 | 0.35 | $183.75 |

| | | | | | |
|---|---|---|---|---|---|
| | email to Karen Harvey to confirm receipt, follow-up with bookkeeping to apply funds | | | | |
| 07/14/11 | receipt of and respond to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/15/11 | receipt of and respond to class member inquiries, memo to file re: follow-up information on website | DT | $525.00 | 0.25 | $131.25 |
| 07/17/11 | Email from Don Pinchin with report regarding preliminary review of sample of CDN ZAI PD claims documents with comments for consideration; review and consider | MGM | $450.00 | 0.20 | $90.00 |
| 07/18/11 | discuss with Matt Moloci, email to Careen Hannouche re: meeting in Toronto | DT | $525.00 | 0.25 | $131.25 |
| 07/18/11 | receipt and review Don Pinchin email, discuss with Matt Moloci, letter to Michel Belanger and Careen Hannouche re: claims administration criteria | DT | $525.00 | 0.40 | $210.00 |
| 07/18/11 | receipt of and respond to various inquiries from class members as to status of settlement, US appeal, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/18/11 | Email reply to Don Pinchin to arrange teleconference for review and discuss CDN ZAI PD claims administration; conference with Thompson regarding meeting with Lauzon Belanger, Collective and Pinchin; further telephone voice message from David Thompson regarding claims administration and next steps | MGM | $450.00 | 0.20 | $90.00 |
| 07/19/11 | memo to Matt Moloci re: involve Yonatan Rozenszajn in developing claims administration process with Collectiva and Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 07/19/11 | memos to and from MGM, receipt MGM email to Dan Hogan all re: July 12th hearing | DT | $525.00 | 0.25 | $131.25 |
| 07/19/11 | receipt Careen Hannouche email, memo to Matt Moloci, receipt Moloci memo, letter to Don Pinchin, letter to Hannouche | DT | $525.00 | 0.40 | $210.00 |
| 07/19/11 | Emails to and from David Thompson regarding CDN ZAI PD claims administration next steps and proposed meetings with Lauzon, Belanger and Don Pinchin; conference with Thompson; further emails from and to Thompson and Careen Hannouche regarding proposed meeting | MGM | $450.00 | 0.20 | $90.00 |
| 07/19/11 | Emails to and from David Thompson regarding status of U.S. appeal; email to Dan Hogan requesting update | MGM | $450.00 | 0.10 | $45.00 |
| 07/20/11 | follow-up email to Careen Hannouche | DT | $525.00 | 0.10 | $52.50 |
| 07/20/11 | further consider Don Pinchin email and suggestions for Claims Administration process, memo to file for points to discuss with Careen Hannouche, Michel Belanger and Collectiva | DT | $525.00 | 1.00 | $525.00 |
| 07/20/11 | receipt CNO from Karen Harvey, receipt James Luckey email, receipt Karen Harvey email re: wire transfer of holdback monies, memo to CY, memo to MGM | DT | $525.00 | 0.35 | $183.75 |
| 07/21/11 | receipt CY memo re: receipt of holdback monies via wire transfer and processing of same | DT | $525.00 | 0.10 | $52.50 |
| 07/21/11 | receipt Dan Hogan email and order, receipt Matt Moloci email, letter to Keith Ferbers, review order, etc. | DT | $525.00 | 0.40 | $210.00 |
| 07/21/11 | Emails to and from David Thompson regarding status of accounts, fee applications and payments; review and reconcile | MGM | $450.00 | 0.10 | $45.00 |
| 07/21/11 | Email from Dan Hogan with attached Notice of Filing of Proposed Order Affirming Confirmation; review; emails to and from Hogan regarding U.S. proceedings and hearing on July 12th | MGM | $450.00 | 0.30 | $135.00 |
| 07/21/11 | Emails to and from David Thompson regarding scheduling of meeting for CDN ZAI PD claims administration with Lauzon | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Belanger and Don Pinchin | | | | |
| 07/22/11 | receipt Careen Hannouche email re meeting | DT | $525.00 | 0.10 | $52.50 |
| 07/25/11 | receipt of and respond to class member inquiries re: status of appeals and Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 07/25/11 | receipt Keith Ferbers' email re: status of US appeals | DT | $525.00 | 0.10 | $52.50 |
| 07/25/11 | receipt Karen Harvey email re: wire transfer of funds | DT | $525.00 | 0.25 | $131.25 |
| 07/25/11 | Email report from Karen Harvey with attached fee application schedule in response to Grace accounts payable audit request | MGM | $450.00 | 0.10 | $45.00 |
| 07/25/11 | Emails from David Thompson to Keith Ferbers and Ferbers reply with report regarding status of U.S. proceedings and report from Dan Hogan | MGM | $450.00 | 0.10 | $45.00 |
| 07/26/11 | receipt of and respond to class member inquiries re: status of settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/26/11 | receipt Don Pinchin email, memo to Matt Moloci, letter to Michel Belanger and Careen Hannouche all re meeting in Montreal for claims administration process session | DT | $525.00 | 0.75 | $393.75 |
| 07/26/11 | memos to and from Matt Moloci, follow-up with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 07/26/11 | emails to and from Don Pinchin, email to Michel Belanger, memo to Matt Moloci, memo to clerk to check flight options, all for August 30th meeting in Montreal | DT | $525.00 | 0.75 | $393.75 |
| 07/26/11 | Emails from and to Sue McCormick and David Thompson regarding receipt and application of wire transfer of fee application payment from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 07/26/11 | Emails from and to David Thompson and Don Pinchin regarding proposed meeting with Lauzon, Belanger in Montreal, expertise and fees for further development of claims administration procedure and protocol; conference with Thompson | MGM | $450.00 | 0.30 | $135.00 |
| 07/26/11 | Email from possible CDN ZAI PD claimant Jacqueline Quesnel; conference with David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 07/27/11 | receipt Karen Harvey emails, memo to Sue, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/27/11 | receipt of and respond to class member inquiries as to status of settlement and US appeals | DT | $525.00 | 0.35 | $183.75 |
| 07/27/11 | emails to and from Karen Harvey, emails to and from Sue McCormick, memos to and from Matt Moloci, all re: follow-up on holdback payment and preparation of June monthly fee account | DT | $525.00 | 0.40 | $210.00 |
| 07/27/11 | further emails to and from Karen Harvey re: wire transfer of funds | DT | $525.00 | 0.10 | $52.50 |
| 07/27/11 | further emails to and from Karen Harvey, receipt Matt Moloci and Sue McCormick memos, etc. | DT | $525.00 | 0.25 | $131.25 |
| 07/27/11 | Emails from Karen Harvey, David Thompson and Sue McCormick regarding Grace payment of Hogan Law Firm April fee application and bank wire to SH LLP | MGM | $450.00 | 0.10 | $45.00 |
| 07/28/11 | Email from Careen Hannouche regarding scheduling of proposed meeting; emails from and to David Thompson regarding scheduling and arrangements; email from Thompson to Don Pinchin regarding meeting | MGM | $450.00 | 0.20 | $90.00 |

| 07/29/11 | Email from Careen Hannouche confirming availability for August 30th meeting at Lauzon, Belanger regarding CDN ZAI PD claims administration; email to Cindy Yates regarding monthly fee application for June 2011 | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 07/29/11 | review dockets for period July 1, 2011 to July 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of July 1, 2011 to July 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | SUB-TOTAL | 18.70 | $7,597.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 11.10 | $525.00 | $5,827.50 | $757.58 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.60 | $450.00 | $1,170.00 | $152.10 |
| LAW CLERK Cindy Yates 30 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | **18.7** | | **$7,597.50** | **$987.68** |
| **TOTAL FEES AND TAXES:** | | | | | **$8,585.18** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 07/01/11 07/31/11 | Long Distance Calls – Various calls from July 1, 2011 – July 31, 2011 | | $1.60 | $0.21 | $1.81 |
| **TOTAL DISBURSEMENTS:** | | | **$1.60** | **$0.21** | **$1.81** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$8,586.99** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for $.10
per page for photocopies.**

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO      :
                                                     : ss
CITY OF HAMILTON             :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 31st day of August, 2011.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.