# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 4, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**NINETEENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | September 1, 2011, through September 30, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   15,104.64 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $    4,604.40 |

This Applicant's Nineteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 | $ 851.59 |

**Fee Detail by Professional for the Period of September 1, 2011, through September 30, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 11.89 | $ 6,242.25 |
| David Thompson – Travel | | $262.50 | 9.25 | $ 2,428.14 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 8.34 | $ 3,753.00 |
| Matthew G. Moloci - Travel | | $225.00 | 9.25 | $ 2,081.25 |
| Cindy Yates | Law Clerk, 25 Yrs. | $120.00 | 5.00 | $ 600.00 |
| **Grand Total** | | | **43.73** | **$ 15,104.64** |
| Blended Rate | | | | $ 345.41 |
| Blended Rate (excluding Law Clerk time) | | | | $ 374.51 |

**Monthly Compensation by Matter Description for the Period of September 1, 2011, through September 30, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 18.43 | $ 9,102.75 |
| 11 - Fee Applications, Applicant | 6.00 | $ 1,087.50 |
| 12 – Fee Applications, Others | 0.10 | $ 45.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 18.50 | $ 4,509.39 |
| 24 - Other | 0.70 | $ 360.00 |
| **TOTAL** | **43.73** | **$ 15,104.64** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

**Monthly Expense Summary for the Period September 1, 2011, through September 30, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 2.59 |
| Courier Charge | | 0.00 |
| Travel – Meals | Lunch at T1 Bar – DT & MGM<br>Dinner at Gibby's – DT & MGM<br>Breakfast at Verses – DT & MGM<br>Lunch – Moe's Deli – DT & MGM | 30.09<br>100.00<br>33.79<br>38.94 |
| Travel – Accommodations | Hotel Nelligan – DT & MGM | 545.22 |
| Travel – Airline | Air Canada – DT & MGM | 1,436.90 |
| Travel – Taxi & Parking | | 141.59 |
| Long Distance Calls | | 7.82 |
| Harmonized Sales Tax (HST) 13% | | 2,267.46 |
| **TOTAL** | | **$ 4,604.40**[3] |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for September 1, 2011, through September 30, 2011, (this "Monthly Fee Statement")[4] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 4, 2011, at 4:00 p.m. (prevailing Eastern

---

[3] Applicant's receipts for expenses incurred for April 1, 2011, through April 30, 2011, are attached hereto as **Exhibit A.**

[4] Applicant's Invoice for September 1, 2011, through September 30, 2011, is attached hereto as **Exhibit B.**

Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period September 1, 2011, through September 30, 2011, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $15,104.64 and actual and necessary expenses in the amount of CDN $ $4,604.40 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $19,709.04; Actual Interim Payment of CDN $12,083.71 (80% of the allowed fees) and reimbursement of CDN $4,604.40 (100% of the allowed expenses) be authorized for a total payment of CDN $16,688.11; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit C**.

Dated: November 14, 2011    Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

| | | |
|---|---|---|
| W.R. GRACE & CO., et al.<br>CDN ZAI CLASS ACTION | | U.S. FEE APPLICATION<br>DATE:<br>September 30, 2011<br>OUR FILE NO: 05L121 |

**Scarfone Hawkins LLP**
B A R R I S T E R S  A N D  S O L I C I T O R S

| | |
|---|---|
| ONE JAMES STREET SOUTH<br>14TH FLOOR<br>P.O. BOX 926, DEPOT #1<br>HAMILTON, ONTARIO<br>L8N 3P9 | TELEPHONE<br>905-523-1333<br><br>TELEFAX<br>905-523-5878 |

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(September 1, 2011 – September 30, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09 /01/11 | *receipt Karen Harvey emails re: wire transfer of funds* | DT | $525.00 | 0.10 | $52.50 |
| 09 /01/11 | *receipt Bobbi Ruhlander email and Karen Harvey response re wire transfer expense* | DT | $525.00 | 0.10 | $52.50 |
| 09 /01/11 | *Emails from Bobbi Ruhlander and Karen Harvey concerning bank wire charges included in fee applications* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /01/11 | *Email from Cindy Yates regarding receipt of Grace payment to The Hogan Firm* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /02/11 | *memo to Cindy Yates re: wire transfer of funds* | DT | $525.00 | 0.10 | $52.50 |
| 09 /02/11 | *Emails from Cindy Yates and Sue McCormick regarding receipt, application and payment out to Lauzon Belanger of funds received from Grace in respect of June, 2011 fee applications; review* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /06/11 | *discuss with Matt Moloci, letter to Dan Hogan re: status of US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 09 /06/11 | *receipt Careen Hannouche email confirming receipt of wire transfer* | DT | $525.00 | 0.10 | $52.50 |
| 09 /06/11 | *receipt of and respond to class member inquiries, memos to and from Matt Moloci, memos to and from Anna-Marie Gibbs re: class member inquiries* | DT | $525.00 | 0.35 | $183.75 |
| 09 /06/11 | *Email from Careen Hannouche confirming receipt of wire transfer in part reimbursement for one-half Hogan's June, 2011 fee application* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /06/11 | *Email inquiry from CDN ZAI PD claimant Larry Harris; emails to and from David Thompson and Anna-Marie Gibbs regarding reply to Harris* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /07/11 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.10 | $52.50 |
| 09 /09/11 | *Email inquiry from David Thompson to Dan Hogan requesting status of U.S. proceedings* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /13/11 | *emails to and from Keith Ferbers re: Raven Thundersky claim* | DT | $525.00 | 0.25 | $131.25 |
| 09 /13/11 | *emails to and from Dan Hogan re: timing of US appeals* | DT | $525.00 | 0.10 | $52.50 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09 /13/11 | *Emails from Dan Hogan and David Thompson regarding status of U.S. proceedings and update* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /19/11 | *Emails from and to Cindy Yates and Karen Harvey regarding August 2011 time, disbursements and fee application* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /20/11 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 09 /20/11 | *emails to and from Karen Harvey re: August account* | DT | $525.00 | 0.10 | $52.50 |
| 09 /22/11 | *Emails from Karen Harvey with attached certificates of no objection regarding 17th Monthly Fee Applications for July 2011* | MGM | $450.00 | 0.10 | $45.00 |
| 09 /26/11 | *receipt CNO from Karen Harvey, receipt of and respond to class member inquiries* | DT | $525.00 | 0.40 | $210.00 |
| 09 /26/11 | *receipt Careen Hannouche email and letter, memo to Cindy Yates, review Dan Hogan account* | DT | $525.00 | 0.25 | $131.25 |
| 09 /26/11 | *prepare sub file for meeting in Montreal, gather and assemble relevant documents, memo to file, etc.* | DT | $525.00 | 1.00 | $525.00 |
| 09 /26/11 | *email to Careen Hannouche regarding timing of Wednesday meeting in Montreal, memo to Matt Moloci re: flight timing arrangements* | DT | $525.00 | 0.10 | $52.50 |
| 09 /26/11 | *further emails to and from Careen Hannouche re: timing of meeting in Montreal, etc.* | DT | $525.00 | 0.25 | $131.25 |
| 09 /26/11 | *discuss with Matt Moloci, preliminary preparations for meeting in Montreal with co-counsel* | DT | $525.00 | 0.35 | $183.75 |
| 09 /26/11 | *Emails to David Thompson regarding Montreal meeting and travel arrangements; email from Cindy Yates to Karen Harvey with attached draft Fee Application of SH LLP for August 2011; review; emails to and from Cindy Yates, Karen Harvey and David Thompson* | MGM | $225.00 | 0.10 | $45.00 |
| 09 /26/11 | *Review documents and issues in preparation for Montreal meeting concerning claims administration procedure and protocol; conferences with David Thompson* | MGM | $450.00 | 0.30 | $135.00 |
| 09 /27/11 | *letter to Don Pinchin, memo to file, discuss with MGM, prepare for meeting in Montreal with co-counsel* | DT | $525.00 | 0.50 | $262.50 |
| 09 /27/11 | *12:30 pm - 2:00 pm - travel to airport from Hamilton re: meeting in Montreal with co-counsel, Pinchin Environmental and representatives of Collectiva* | DT | $262.50 | 1.50 | $393.75 |
| 09 /27/11 | *2:00 pm - 3:00 pm - wait time at airport* | DT | $262.50 | 1.00 | $262.50 |
| 09 /27/11 | *3:00 pm - 4:15 pm - flight from Toronto to Montreal* | DT | $262.50 | 1.25 | $328.13 |
| 09 /27/11 | *4:15 pm - 5:15 pm - travel from Pierre Elliott Trudeau Airport to Hotel Nelligan* | DT | $262.50 | 1.00 | $262.50 |
| 09 /27/11 | *6:30 pm - 8:00 pm - meeting with Matt Moloci to review documents including Pinchin emails, prepare for meeting with co-counsel, representatives of Collectiva and Pinichin, review and discuss approach and strategy* | DT | $525.00 | 1.50 | $787.50 |
| 09 /27/11 | *(12:30 - 14:00); travel to Toronto airport with David Thompson* | MGM | $225.00 | 1.50 | $337.50 |
| 09 /27/11 | *(14:00 - 15:00); wait at airport; conference with David Thompson regarding claims administration protocol* | MGM | $225.00 | 1.00 | $225.00 |
| 09 /27/11 | *(15:00 - 16:15); flight from Toronto to Montreal* | MGM | $225.00 | 1.25 | $281.25 |

| | | | | | |
|---|---|---|---|---|---|
| 09 /27/11 | (16:15 - 17:15); travel from Montreal airport to Hotel Nelligan | MGM | $225.00 | 1.00 | $225.00 |
| 09 /27/11 | (18:30 - 20:00); conference with David Thompson; review documents and correspondence relating to settlement, claims administration protocol and prior meetings and discussions | MGM | $450.00 | 1.50 | $675.00 |
| 09 /28/11 | 8:30 am - 9:30 am - meet with Matt Moloci, review documents, discuss and consider Pinchin involvement and approach, prepare for meeting with co-counsel | DT | $525.00 | 1.00 | $525.00 |
| 09 /28/11 | 9:30 am - 1:15 pm - meeting at the offices of Lauzon Belanger Lesperance - David Thompson, Matt Moloci, Michel Belanger, Don Pinchin, Anna Viterti and Fanny from Collectiva | DT | $525.00 | 3.74 | $1,963.50 |
| 09 /28/11 | 1:30 pm - 2:00 pm - cab from the offices of Lauzon Belanger to Pierre Elliott Trudeau Airport | DT | $262.50 | 0.50 | $131.25 |
| 09 /28/11 | 2:00 pm - 3:00 pm - wait time at airport | DT | $262.50 | 1.00 | $262.50 |
| 09 /28/11 | 3:00 pm - 4: 15 pm - flight from Pierre Elliott Trudeau Airport, Montreal to Pearson International Airport, Toronto | DT | $262.50 | 1.25 | $328.13 |
| 09 /28/11 | 4:15 pm - 6:00 pm - return travel to office in Hamilton | DT | $262.50 | 1.75 | $459.38 |
| 09 /28/11 | (08:30 - 09:30); conference with David Thompson; further review of claims administration protocol and issues raised by Don Pinchin in email report | MGM | $450.00 | 1.00 | $450.00 |
| 09 /28/11 | (09:30 - 13:15); meeting at Lauzon Belanger Lesperance with Michel Belanger, Anna Vitere and Fanny of Collectiva and Don Pinchin of Pinchin Environmental; review various issues, documents, statistics and CDN ZAI PD claims forms for development of claims administration protocol | MGM | $450.00 | 3.74 | $1,683.00 |
| 09 /28/11 | (13:30 - 14:00); cab from Lauzon Belanger Lesperance to Pierre Elliott Trudeau Airport | MGM | $225.00 | 0.50 | $112.50 |
| 09 /28/11 | (14:00 - 15:00); wait time at Montreal airport | MGM | $225.00 | 1.00 | $225.00 |
| 09 /28/11 | (15:00 - 16:15); flight from Montreal to Toronto | MGM | $225.00 | 1.25 | $281.25 |
| 09 /28/11 | (16:15 – 17:30); travel from Toronto airport to Oakville | MGM | $225.00 | 1.75 | $393.75 |
| 09 /29/11 | follow-ups on Montreal meeting, etc., letter to Don Pinchin, memo to file, etc. | DT | $525.00 | 0.35 | $183.75 |
| 09 /29/11 | follow-up email to Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 09 /29/11 | memos to and from Matt Moloci re: meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 09 /29/11 | receipt email from Rust, memos to and from Matt Moloci, emails to and from Matt Moloci and Michel Belanger | DT | $525.00 | 0.25 | $131.25 |
| 09 /29/11 | Conference with David Thompson in follow-up to Montreal meeting concerning CDN ZAI PD Claims administration procedure and protocol; emails to and from Kathy Becker, Jan Baer, Orestes Pasparakis, Dan Hogan, David Thompson and Michel Belanger regarding Rust Consulting claims documents, photographs and samples | MGM | $450.00 | 0.80 | $360.00 |
| 09 /30/11 | memos to and from Matt Moloci, etc., receipt Orestes Pasparakis email, discuss with Matt Moloci, receipt Michel Belanger email | DT | $525.00 | 0.25 | $131.25 |

| 09/30/11 | follow-up email to Michel Belanger in follow-up to meeting | DT | $525.00 | 0.10 | $52.50 |
|---|---|---|---|---|---|
| 09/30/11 | review dockets for period September 1, 2011 to September 30, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Co. | LC | $120.00 | 5.00 | $600.00 |
|  |  |  | SUB-TOTAL | 43.73 | $15,104.64 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 9.25 | $262.50 | $2,428.14 | $315.66 |
| DAVID THOMPSON | DT | 11.89 | $525.00 | $6,242.25 | $811.49 |
| MATTHEW G. MOLOCI | MGM | 9.25 | $225.00 | $2,081.25 | $270.56 |
| MATTHEW G. MOLOCI | MGM | 8.34 | $450.00 | $3,753.00 | $487.89 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** |  | 43.73 |  | $15,104.64 | $1,963.60 |
| **TOTAL FEES AND TAXES:** |  |  |  |  | $17,068.24 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 09/01/2011-09/30/2011 | Postage - September 1, 2011 – September 30, 2011 |  | $2.59 | $0.38 | $2.97 |
| 09/01/2011-09/30/2011 | Long Distance Calls – Various calls from September 1, 2011 – September 30, 2011 |  | $7.82 | $1.02 | $8.84 |
| 09/27/2011 | David Thompson – Travel Expense – Accommodations for David Thompson and Matt Moloci – Hotel Nelligan - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva |  | $545.22 | $70.89 | $616.11 |
| 09/27/2011 09/28/2011 | David Thompson - Travel Expense – Air Canada Flight to Montreal for David Thompson and Matt Moloci – Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva |  | $1,436.90 | $186.80 | $1,623.70 |
| 09/27/2011 | David Thompson –Travel Expense – Lunch at T1 Bar, Toronto Airport - (2 people - David Thompson and Matt Moloci - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva |  | $30.09 | $3.91 | $34.00 |

| Date | Description | | Amount | Tax | Total |
|---|---|---|---|---|---|
| 09/27/2011 | Matt Moloci –Travel Expense – Taxi from airport in Montreal to Hotel Nelligan for David Thompson and Matt Moloci - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $53.10 | $6.90 | $60.00 |
| 09/27/2011 | Matt Moloci –Travel Expense – Dinner at Gibby's Restaurant (2 people - David Thompson and Matt Moloci ($180.07) - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $100.00 | $13.00 | $113.00 |
| 09/28/2011 | Matt Moloci –Travel Expense – Breakfast at Verses Restaurant (2 people - David Thompson and Matt Moloci - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $33.79 | $4.39 | $38.18 |
| 09/28/2011 | Matt Moloci –Travel Expense – Taxi from office of Lauzon Belanger to Montreal airport - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $39.82 | $5.18 | $45.00 |
| 09/28/2011 | Matt Moloci –Travel Expense – Lunch at Moe's Deli at Montreal Airport (2 people - David Thompson and Matt Moloci ($170.00) - Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $38.94 | $5.06 | $44.00 |
| 09/27/2011 09/28/2011 | Matt Moloci - Travel Expense – Parking at Toronto Airport – Class Counsel meeting in Montreal with Lauzon Belanger, Pinchin Environmental and Collectiva | | $48.67 | $6.33 | $55.00 |
| **TOTAL DISBURSEMENTS:** | | | **$2,336.94** | **$303.86** | **$2,640.80** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$19,709.04** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

# EXHIBIT B

...

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO  :
: ss
CITY OF HAMILTON  :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 14 day of November, 2011.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.