# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: December 8, 2011 at 4:00 p.m.**
**Hearing Date: March 28, 2011 at 9:00 a.m.**

### THIRTY-EIGHTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *July 1, 2011 through and including September 30, 2011* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 49,894.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 2,308.18* |

This is a(n):    _    monthly        **X**    interim application

KL2 2702307.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 09/06/2011 D.I. 27560 July 1, 2011 – July 30, 2011 | $27,311.00 | $1,499.88 | $28,810.88 | $21,848.80 | $1,499.88 | 09/28/2011 D.I. 27678 |
| 09/29/2011 D.I. 27689 August 1, 2011 – August 31, 2011 | $14,729.00 | $574.70 | $15,303.70 | $11,783.20 | $574.70 | 10/24/2011 D.I. 27820 |
| 10/26/2011 D.I. 27829 Sept. 1, 2011 – Sept. 30, 2011 | $7,854.00 | $233.60 | $8,087.60 | $0 | $0 | Not yet filed |
| **Total** | **$49,894.00** | **$2,308.18** | **$52,202.18** | **$33,632.00** | **$2,074.58** | |

Current Period Unpaid:   Fees       $16,262.00
                         Expenses   $   233.60
                         **Total**  **$16,495.60**

Prior Periods Unpaid:    Fees       $18,380.50
                         Expenses   $   321.80
                         **Total**  **$18,702.30**

**TOTAL DUE:**           **$35,197.90**

## SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH SEPTEMBER 30, 2011

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |

KL2 2702307.1

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| July 1, 2006 September 30, 2006 | $147,269.00 $4,500.72 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00 $14,195.38 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00 $15,286.40 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $-0- |
| April 1, 2007 June 30, 2007 | $187,246.00 $19,482.62 | $ 186,592.23 $ 19,482.62 | $ 186,592.23 $ 19,482.62 | $-0- |
| July 1, 2007 September 30, 2007 | $208,619.50 $9,223.40 | $ 205,265.50 $ 9,223.40 | $ 205,265.50 $ 9,223.40 | $-0- |
| October 1, 2007 December 31, 2007 | $398,236.50 $76,834.62 | $ 394,987.81 $ 76,834.62 | $ 394,987.81 $ 76,834.62 | $-0- |
| January 1, 2008 March 31, 2008 | $247,502.75 $9,033.91 | $ 247,502.75 $ 9,033.91 | $ 247,108.84 $ 9,033.91 | $-0- |
| April 1, 2008 June 30, 2008 | $240,744.75 $11,571.63 | $ 240,744.75 $ 11,571.63 | $ 240,744.75 $ 11,571.63 | $-0- $-0- |
| July 1, 2008 September 30, 2008 | $271,548.00 $6,211.59 | $ 271,548.00 $ 6,211.59 | $ 271,548.00 $ 6,211.59 | $-0- $-0- |
| October 1, 2008 December 31, 2008 | $207,976.00 $9,026.63 | $206,706.00 $8,976.63 | $206,706.00 $8,976.63 | $-0- $-0- |
| January 1, 2009 March 31, 2009 | $197,550.00 $5,059.19 | $197,494.00 $5,059.19 | $197,494.00 $5,059.19 | $-0- $-0- |
| April 1, 2009 June 30, 2009 | $215,996.50 $5,645.60 | $215,996.50 $5,645.60 | $215,996.50 $5,645.60 | $-0- $-0- |
| July 1, 2009 September 30, 2009 | $170,241.50 $20,322.43 | $169,905.50 $20,322.43 | $170,227.30 $20,322.43 | ($321.80) $-0- |
| October 1, 2009 December 31, 2009 | $68,306.75 $3,366.52 | $68,306.75 $3,366.52 | $68,306.75 $3,366.52 | $-0- $-0- |
| January 1, 2010 March 31, 2010 | $47,226.50 $2,139.19 | $47,226.50 $2,139.19 | $47,226.50 $1,817.39 | $-0- $321.80 |
| April 1, 2010 June 30, 2010 | $14,079.00 $650.36 | $14,079.00 $650.36 | $14,079.00 $650.36 | $-0- $-0- |
| July 1, 2010 September 30, 2010 | $5,229.00 $131.96 | $5,229.00 $131.96 | $5,229.00 $131.96 | $-0- $-0- |
| October 1, 2010 December 31, 2010 | $16,846.00 $247.86 | $16,846.00 $247.86 | $16,846.00 $247.86 | $-0- $-0- |
| January 1, 2011 March 31, 2011 | $54,094.50 $2,044.81 | $54,094.50 $2,044.81 | $54,094.50 $2,044.81 | $-0- $-0- |

KL2 2702307.1

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2011<br>June 30, 2011 | $91,902.50<br>$2,143.07 | $-0-<br>$-0- | $73,522.00<br>$2,143.07 | $18,380.50<br>$-0- |
| **July 1, 2011<br>September 30, 2011** | **$49,894.00<br>$2,308.18** | **$-0-<br>$-0-** | **$33,632.00<br>$2,074.58** | **$16,262.00<br>$   233.60** |
| **TOTAL** | **$4,728,593.75<br>$   295,930.08** | **$4,571,228.29<br>$  290,720.73** | **$4,678,310.18<br>$  294,850.18** | **$34,642.50<br>$   555.40** |

KL2 2702307.1

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Bentley, Philip | $830.00 | 29.60 | 24568.00 |
| Blabey, David E. | $670.00 | 5.90 | 3953.00 |
| Blabey, David E. | $655.00 | 32.20 | 21091.00 |
| Friedman, Joshua | $470.00 | 0.60 | 282.00 |
| **Total** | | **68.30** | **$49,894.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|------------------|----------------------------|---------------------------|
| Case Administration | 1.00 | 563.00 |
| Creditor Committee | 4.90 | 3702.50 |
| Reorganization Plan | 53.00 | 39440.00 |
| Fee Applications, Applicant | 4.40 | 2897.00 |
| Bankruptcy Motions | 5.00 | 3291.50 |
| **Total** | **68.30** | **$49,894.00** |

6

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period 07/01/11 through 09/30/11 |
|---|---|
| Messenger/Courier | 27.77 |
| Cab Fares | 7.00 |
| Long Distance Tel | 43.97 |
| Document Retrieval | 107.12 |
| Research Services | 14.00 |
| Westlaw On-Line Research | 1418.22 |
| Meals/T&E | 22.00 |
| Out of Town Travel | 340.25 |
| Other Fees | 327.85 |
| **Total** | **$2,308.18** |

7

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the

Amended Administrative Order, Kramer Levin respectfully requests that, for the period **July 1,**

**2011 through September 30, 2011**, it be allowed the total amount of fees of **$49,894.00** and

disbursements of **$2,308.18**, and that the Debtor be directed to pay all outstanding unpaid

amounts.


Dated: November 18, 2011                              KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                        By:   /s/ David E. Blabey, Jr.
                                                Philip Bentley
                                                David E. Blabey, Jr.
                                                1177 Avenue of the Americas
                                                New York, New York 10022
                                                (212) 715-9100

                                                Counsel to the Official Committee of
                                                Equity Security Holders

KL2 2702307.1