# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 24, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

## EIGHTEENTH MONTHLY APPLICATION
## OF LAUZON BÉLANGER LESPÉRANCE
## AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:  Lauzon Bélanger Lespérance[1]

Authorized to Provide
Professional Services to:  Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants")

Date of Retention:  March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:  August 1, 2011, through August 31, 2011

Amount of compensation sought
as actual, reasonable and necessary:  CDN $   957.90

Amount of expense reimbursement
(includes Goods & Services Tax and
Quebec Sales Tax) sought as actual,
reasonable and necessary:  CDN $   141.42

This is Applicant's Eighteenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Docket No. 27717
Filed 10/04/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 $ 3,228.69 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 $ 422.94 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 $ 1,236.84 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 $ 1,023.75 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $2,503.44 $ 625.86 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 $ 440.80 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | $ 1,393.84 $ 348.46 | $ 224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $ 4,248.75 | $ 550.52 | $ 3,399.00 $ 849.75 | $ 550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $ 1,952.65 | $ 251.40 | $1,562.12 $ 390.53 | $ 251.40 |
| 01/28/2011 Dkt. #26133 | December 1, 2010 – December 31, 2010 | $ 3,712.35 | $ 517.63 | $ 2,969.88 $ 742.47 | $ 517.63 |
| 03/08/2011 Dkt. #26513 | January 1, 2011 – January 31, 2011 | $ 8,152.00 | $ 1,236.19 | $ 6,521.60 | $ 1,236.19 |
| 04/01/2011 Dkt. #26701 | February 1, 2011 – February 28, 2011 | $ 2,680.45 | $ 374.39 | $ 2,144.36 | $ 374.39 |
| 05/10/2011 Dkt. #26919 | March 1, 2011 – March 31, 2011 | $ 3,931.95 | $ 548.89 | $ 3,145.56 | $ 548.89 |
| 06/10/2011 Dkt. #27067 | April 1, 2011 – April 30, 2011 | $ 6,683.40 | $ 1,007.39 | $ 5,346.72 | $ 1,007.39 |
| 06/30/2011 Dkt. #27195 | May 1, 2011 – May 31, 2011 | $ 3,325.35 | $ 469.55 | $ 2,660.28 | $ 469.55 |
| 07/28/2011 Dkt. #27328 | June 1, 2011 – June 30, 2011 | $ 1,874.70 | $ 266.53 | $ 1,499.76 | $ 266.53 |
| 08/31/2011 Dkt. #27533 | July 1, 2011 – July 31, 2011 | $ 986.70 | $161.46 | Pending | Pending |

**Fee Detail by Professional for the Period of August 1, 2011, through August 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $450.00[2] | .33 | $ 148.50 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 2.84 | $ 809.40 |
| **Grand Total** | | | **3.17** | **$ 957.90** |
| Blended Rate | | | | $ 302.18 |

**Monthly Compensation by Matter Description for the Period of August 1, 2011, through August 31, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 0.83 | $ 291.00 |
| 11 - Fee Applications, Applicant | 1.25 | $ 356.25 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 1.09 | $ 310.65 |
| **TOTAL** | **3.17** | **$ 957.90** |

---

[2] On March 1, 2011, Michel Bélanger's hourly rate increased.

3

**Monthly Expense Summary for the Period August 1, 2011, through August 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
| --- | --- | --- |
| Facsimile transmittals | 41 x .15 | 6.15 |
| Photocopies (In-house) | 9 x .10 | .90 |
| Conference Calls | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 48.25 |
| Quebec Sales Tax (Q.S.T.) | | 86.12 |
| **TOTAL** | | **$ 141.42** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2011, through August 31, 2011, (this "Monthly Fee Statement")[3] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 24, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[3] Applicant's Invoice for August 1, 2011, through August 31, 2011, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period August 1, 2011, through August 31, 2011, an allowance be made to LBL for compensation in the amount of CDN $957.90 and actual and necessary expenses in the amount of CDN $141.42 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $1,099.32; Actual Interim Payment of CDN $766.32 (80% of the allowed fees) and reimbursement of CDN $141.42 (100% of the allowed expenses) be authorized for a total payment of CDN $907.74; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

|  |  |
|---|---|
| Dated: October 4, 2011 | Respectfully submitted, |

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

September 16, 2011

RE :   W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(August 1st 2011 to August 31st 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2011-08-03 | CH | Email to Karen Harvey re: confirmation of payment | 0.25 | 285.00 | 71.25 |
| 2011-08-04 | CH | Email to Cindy Yates re: confirmation wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-08-05 | CH | Review of quarterly application | 0.42 | 285.00 | 119.70 |
| 2011-08-09 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-08-16 | MB | Review of emails from David Thompson and Matt Moloci re: meeting of September; | 0.33 | 450.00 | 148.50 |
| 2011-08-22 | CH | Email to Matt Moloci re: Orestes' email about hearing date for extension of stay | 0.25 | 285.00 | 71.25 |
| 2011-08-24 | CH | Letter to David Thompson re: portion of the Hogan Firm's fees | 0.25 | 285.00 | 71.25 |
| 2011-08-24 | CH | Email to Karen Harvey re: fee summary July 2011 | 0.33 | 285.00 | 94.05 |
| 2011-08-26 | CH | Letter to Justice Picard re: extension of stay | 0.25 | 285.00 | 71.25 |
| 2011-08-29 | CH | Review of 17 Monthly Fee Application | 0.33 | 285.00 | 94.05 |
| 2011-08-29 | CH | Email to Karen Harvey re: approval of 17th monthly fee application | 0.17 | 285.00 | 48.45 |
| 2011-08-31 | CH | Email to Karen Harvey re: confirmation of wire transfer re June 2011 application. | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES** | **3.17** | | **$ 957.90** |

TIME SUMMARY BY LAWYER

- 2 -

| | | | | |
|---|---|---|---|---|
| MB | 450.00 | 0.33 | $ 148.50 | |
| CH | 285.00 | 2.84 | $ 809.40 | |

**DISBURSEMENTS**

| | |
|---|---|
| Fax (41 x .15¢) | 6.15 |
| Photocopies (9 x .10¢) | 0.90 |
| **TOTAL DISBURSEMNENTS** | **7.05** |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **964.95** |
| G.S.T. 5% | 48.25 |
| Q.S.T. 8.5% | 86.12 |
| **TOTAL** | **$ 1,099.32** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC   :
                               : ss
CITY OF MONTREAL   :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1.    I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2.    On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.    On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.    Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3.    I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

4.    I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

*Careen Hannouche*

SWORN AND SUBSCRIBED
Before me this 3rd day of October, 2011.

*Denise Guérin* #170779
Notary Public
My Commission Expires: 2012, July 24

[Seal: COMMISSAIRE À L'ASSERMENTATION — DENISE GUÉRIN #170 779 — POUR LE QUÉBEC]

2