LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

October 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Daniel PREGO

Invoice #: 11.40918316

Initation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

|  |  |
|---|---|
| Total Disbursements | $0.00 |
| Please Remit | $250.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For Billing inquiries, please call 305-774-5800.

EXHIBIT A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

October 31, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Larisa CIOACA**                                                                 Invoice #: 11.40918317

Initation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| **Total Legal Fees** | $250.00 |

**Disbursements**

|  |  |
|---|---|
| **Total Disbursements** | $0.00 |
| **Please Remit** | $250.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

October 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Karla VELEZ CEDENO

Invoice #: 11.40918318

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $160.25 |
| **Please Remit** | $2,785.25 |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

Additional Comments:

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

October 31, 2011

FOR PROFESSIONAL SERVICES RENDERED

RE: Swapnil KULKARNI

Invoice #: 11.40918315

Preparation of cap-subject petition for temporary nonimmigrant classification as a professional in H-1B status with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications and educational background. Preparation, including prevailing wage determination, and filing of certified Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of Form I-129 and Supplements and of detailed support letter setting forth a description of the professional level position to be performed by the beneficiary, background of the U.S. employer entity and specific requirements for the position, including a full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for final review and signature. Final preparation and submission of petition to the appropriate USCIS Service Center.

|   |   |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| Education Evaluation Fees | $225.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | **$2,700.50** |
| **Please Remit** | **$4,550.50** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

October 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Larisa CIOACA**

Invoice #: 11.40918314

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.

**Total Legal Fees**       $2,000.00

**Disbursements**

Miscellaneous expenses       $80.00

**Total Disbursements**       $80.00

**Please Remit**       $2,080.00

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

30-October-2011

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00208607

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 373352

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 311.06

Invoice Total: (USD)   311.06

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS)<br><br>For our professional services rendered to Youcef Boudeffa in connection with his extension of work and residence authorization - case cancelled - 25% of total legal fee | 296.25 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 14.81 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: YOUCEF BOUDEFFA

|  |  |
|---:|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 11 Apr 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-October-2011

FOR PROFESSIONAL SERVICES RENDERED

Employee: DIRK STRASSNER

Fragomen Invoice Number: IN-US00208611

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 410047

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 1,897.91

Invoice Total: (USD)    1,897.91

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - SINGAPORE) | |
| Assistance provided in respect of the application of an Employment Pass on behalf of Dirk Strassner. | 900.00 |
| Assistance provided in respect of the simultaneous application of three dependant passes. | 300.00 |
| Fragomen fee for Translation services | 150.00 |
| Transportation=SGD 13.20 | 10.13 |
| Agency Traslation=SGD 112.40 | 86.29 |
| Government fees paid on your behalf=SGD 370 | 284.05 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Employee: DIRK STRASSNER

Fragomen Reference Number: IN-US00208611

|  | Fee/Disbursement |
|---|---|
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 67.50 |
| Foreign Tax | 99.94 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: DIRK STRASSNER

| | |
|---:|:---|
| Comments: | |
| Application Approval Date: | 10 Aug 2011 |
| Application File Date: | 03 Aug 2011 |
| Authorizing Manager: | |
| Case Initiation Date: | 11 Jul 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 3 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | GERMANY |