# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 13, 2011 at 4:00 p.m.**<br>**Hearing Date: March 28, 2011 at 9:00 a.m.** |

## TENTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2011 through September 30, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $29,770.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $359.80 |
| This is a(n): | _x_ interim ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLS/Wilm 63859v1

**Prior Monthly Applications for the period July 1, 2011 through September 30, 2011:**

| Date Filed and <u>Docket No.</u> | Time Period | Requested Fees/ Expenses | Approved Fees/ Expenses | <u>CNO/ Docket No.</u> |
|---|---|---|---|---|
| September 2, 2011 [27556] | July 1, 2011 through July 31, 2011 | $11,115.00 $94.44 | $8,892.00 $94.44 | 9/28/11 [27676] |
| September 29, 2011 [27688] | August 1, 2011 through August 31, 2011 | $10,712.00 $149.46 | $8,569.60 $149.46 | 10/21/11 [27802] |
| October 26, 2011 [27828] | September 1, 2011 through September 30, 2011 | $7,943.00 $115.90 | $6,354.40 $115.90 | 11/17/11 [27990] |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $650 | 38.0 | $24,700.00 |
| Tracy B. Buck Legal Assistant | $195 | 26.0 | $5,070.00 |
| **TOTAL** | | 64.0 | $29,770.00 |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.9 | $585.00 |
| Case Administration | 24.7 | $15,600.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 1.0 | $650.00 |
| Fee Applications/Applicant | 16.9 | $4,296.50 |
| Fee Applications/ Others | 14.0 | $4,413.50 |
| Hearings | 0.3 | $195.00 |
| Plan and Disclosure Statement | 6.2 | $4,030.00 |
| **TOTAL** | **64.0** | **$29,770.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| Expense Category | Total Expenses |
|---|---:|
| Docket Entry | $24.16 |
| Federal Express | $215.64 |
| Messenger Service | $22.50 |
| Photocopying | $97.50 |
| **TOTAL** | **$359.80** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Saul Ewing LLP respectfully requests that, for the period July 1, 2011 through September 30, 2011, it be allowed the total amount of fees of $29,770.00 and expenses in the total amount of $359.80.

**SAUL EWING LLP**

By: _____
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: November 22, 2011