**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2011 | 1.8 | $378.00 | Analysis of asbestos settlements for 2nd Qtr SEC reporting (1.0); analysis of b-Linx re asbestos settlements (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 1.0 | $210.00 | DRTT analysis and b-Linx audit (.6); revise b-Linx per audit results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 1.5 | $315.00 | Analysis of Dkt 27231 re distribution related info for data islands |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 0.6 | $126.00 | Prep spreadsheet of distribution related data for California State asbestos claims for data upload (.4); prep email to G Kruse re updates to State of California claims (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/19/2011 | 0.1 | $19.50 | Transfers: Email exchange with M Araki re KCMo handling of claims transfers |
| | WRG Asbestos Claims Total: | | | 5.0 | $1,048.50 | |

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 7/1/2011 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos 27160, 27163-27174, 27175-27177, 27180, 27182, 27184-27186 |
| BRIANNA TATE - CAS | | $45.00 | 7/1/2011 | 0.2 | $9.00 | Review Court docket Nos. 227188-27200 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/1/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 7/1/2011 | 0.1 | $6.50 | Ntc Transfer Claim: review return mail (NCO); prep email transmitting to L Shippers for action |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2011 | 0.8 | $168.00 | Analysis of S Cohen email re Ntcs of Dktg on Appeal (.1); analysis of S Cohen email re claim 2114 docket items (.2); analysis of S Cohen email re 2nd Qtr summaries for SEC reporting (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2011 | 2.0 | $420.00 | Begin analysis of files re 2nd Qtr SEC reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2011 | 1.0 | $210.00 | Prep ART reports for SEC reporting (.4); analysis of reports (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/2/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 37188, 27190, 27192-27196, 27199, 27200 |
| BRIANNA TATE - CAS | | $45.00 | 7/5/2011 | 0.3 | $13.50 | Review Court docket Nos. 227201-27215 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/5/2011 | 0.1 | $4.50 | Telephone with Mrs. John Antonicelli at (631) 475-5537 / RE: status of her husband's stock. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/5/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/5/2011 | 0.4 | $44.00 | Revise transfer notice templates to reflect current BMC business and mailing addresses per communication from M. John. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2011 | 2.3 | $483.00 | Continue analysis of files re 2nd Qtr SEC reporting |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/5/2011 | 0.3 | $58.50 | Email exchanges with M Araki re claims transfer and proof of service protocols (.1); review claims transfer and proof of service documents and call to M Araki re same (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/6/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27201-27209, 27211-27212, 27214-27215 |

# BMC Group
   WR GRACE
   Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 7/6/2011 | 0.2 | $9.00 | Review Court docket Nos. 27216-27224 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/6/2011 | 0.1 | $4.50 | Telephone with Jennifer Mehan at (904) 798-3700 / RE: how to obtain copies of claim. Referred to Kathy Davis w/Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Analyze Court docket no. 27213 (.1), forward email to M. Araki to determine if updates should be performed in the claims database (.1) |
| MABEL SOTO - CAS | | $45.00 | 7/6/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Concrete Sealants re: dkt 27149 |
| MABEL SOTO - CAS | | $45.00 | 7/6/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Superior Supply re: dkt 27161 |
| MABEL SOTO - CAS | | $45.00 | 7/6/2011 | 0.1 | $4.50 | Prepare documents for service: Courtesy Notices CRG re: dkts 27149 & 27161 |
| MABEL SOTO - CAS | | $45.00 | 7/6/2011 | 0.1 | $4.50 | Prepare document for service: Amended Courtesy Notice Perry Scale re: dkt 27148 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2011 | 0.3 | $63.00 | Analysis of L Shippers email re COA for attnys for One Beacon (.1); review b-Linx (.1); prep email to L Shippers re approval to process COA on all One Beacon claims (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/6/2011 | 0.2 | $39.00 | Claims Transfers: Review transfer notice re Concrete Sealants claim to Claims Recovery Group forwarded to NoticeGroup for production and service (.1); coordinate appropriate handling (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/6/2011 | 0.2 | $39.00 | Claims Transfers: Review transfer notice re Superior Supply & Steel claim to Claim Recovery Group forwarded to NoticeGroup for production and service (.1); coordinating appropriate handling (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/6/2011 | 0.2 | $39.00 | Claims Transfers: Review transfer notice re Perry Scale Company claim to Claim Recovery Group forwarded to NoticeGroup for production and service (.1); coordinating appropriate handling (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/7/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27219-27224 |
| BRIANNA TATE - CAS | | $45.00 | 7/7/2011 | 0.2 | $9.00 | Review Court docket Nos. 27225-27233 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/7/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/7/2011 | 1.6 | $336.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/7/2011 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit results (.7) |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/8/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27225-27229, 27232-27233 |
| BRIANNA TATE - CAS | | $45.00 | 7/8/2011 | 0.1 | $4.50 | Review Court docket Nos. 27234 to categorize docket entry. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/8/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/8/2011 | 0.5 | $55.00 | Prepare spreadsheet (.2), forward to data group to perform address updates (.2) and verify completion pursuant to Notice of Substitution of Counsel (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2011 | 1.5 | $315.00 | Analysis of S Cohen email and attach re 2nd Qtr SEC draft info (.5); analysis of docket re pleadings and settlements for 2nd Qtr (1.0) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2011 | 0.2 | $42.00 | Analysis of L Shippers email re substitution of counsel for One Beacon in b-Linx data and noticing system (.1); review b-Linx data to confirm (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 7/8/2011 | 0.2 | $9.00 | Loading COA's Postage for previous month, complete and print pdf on production billing |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/9/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 27234 |
| BRIANNA TATE - CAS | | $45.00 | 7/11/2011 | 0.1 | $4.50 | Review Court docket Nos. 27235-27237 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/11/2011 | 0.1 | $4.50 | Telephone with Linda Lyman at (203) 259-2306 / RE: status of the case. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/11/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 1.5 | $315.00 | Analysis of DRTT and pleadings re appeal of confirmation order and related pleadings |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 3.0 | $630.00 | Prep email to R Higgins re 2nd Qtr SEC review in process (.1); complete 2nd Qtr SEC review process (2.3); prep email to R Higgins re revised SEC insert for 2nd Qtr, list of settled claims and sales for reports (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 0.2 | $42.00 | Prep email to L Gardner/WR Grace re enviro claims worksheet update (.1); analysis of L Gardner email re availability for updated report (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/11/2011 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/11/2011 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/12/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27235-27237 |
| BRIANNA TATE - CAS | | $45.00 | 7/12/2011 | 0.1 | $4.50 | Review Court docket Nos. 27238-27241 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/12/2011 | 0.1 | $4.50 | Telephone with Barbara Rocker at (251) 456-5880 / RE: status of the case and distributions. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/12/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2011 | 0.5 | $105.00 | Analysis of R Higgins email re 2nd Qtr SEC info rec'd and NY Hillside claim status (.1); analysis of B Ruhlander email re pleading filed (.1); analysis of L Gardner email re environmental schedule to review/update (.1); prep email to S Cohen re L Gardner prior reports (.1); prep email to L Gardner re prior report use (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2011 | 0.5 | $105.00 | Analysis of L Gardner email re sample prior report (.1); analysis of files re prior reports from L Gardner (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2011 | 0.6 | $126.00 | Prep email to S Cohen re R Higgins info re NY Hillside status (.1); analysis of S Cohen response re NY Hillside (.1); analysis of S Cohen email re dkt 27049 and 27031 (.2); prep email to S Cohen re dkt 27049 and 27031 (.1); analysis of S Cohen email re bi-monthly status (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 7/12/2011 | 0.3 | $58.50 | Review 3 courtesy notices of transfer re claims of Gwendolyn Scott-Adams, Fox Rothschild and Covington & Burling to TRC Master Fund forwarded to NoticeGroup for production and service (.2); coordinating appropriate handling (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/12/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 7/13/2011 | 0.1 | $4.50 | Review Court docket Nos. 27242-27245 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/13/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 0.6 | $126.00 | Analysis of L Gardner email re sample report (.1); add'l analysis of files re prior reports (.4); prep response to L Gardner with sample report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 0.4 | $84.00 | Analysis of bi-monthly updates from team (.2); prep bi-monthly update to T Feil (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/13/2011 | 0.1 | $19.50 | Email to T Feil re status report; review status report memo from M Araki |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/14/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27242-27245 |
| BRIANNA TATE - CAS | | $45.00 | 7/14/2011 | 0.1 | $4.50 | Review Court docket Nos. 27246-27251 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/14/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/14/2011 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit results (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/15/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27246-27251 |
| BRIANNA TATE - CAS | | $45.00 | 7/15/2011 | 0.1 | $4.50 | Review Court docket No. 27252 to categorize docket entry. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/15/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2011 | 0.7 | $147.00 | Analysis of S Cohen emails and files transmitting updates to Rust Consulting for claims and transfers |
| BRIANNA TATE - CAS | | $45.00 | 7/18/2011 | 0.1 | $4.50 | Review Court docket Nos. 27253, 27255, 27256 & 27258 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/18/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/19/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27253, 27256, 27258 |
| BRIANNA TATE - CAS | | $45.00 | 7/19/2011 | 0.1 | $4.50 | Review Court docket No. 27259 to categorize docket entry. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/19/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JULIE JUNG - CAS | | $65.00 | 7/19/2011 | 0.1 | $6.50 | Prepare Transfer Notices for service per Lauri Shippers request |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/19/2011 | 0.3 | $33.00 | Revise transfer notice template to reflect current BMC addresses (.2), forward to M. Araki for review (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2011 | 0.2 | $42.00 | Analysis of L Shippers email re notice of transfers and certificates of service (.1); prep email to M John re transfers and certificates of service (.1) |
| BRIANNA TATE - CAS | | $45.00 | 7/20/2011 | 0.2 | $9.00 | Review Court docket Nos. 27260-27268 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/20/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2011 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 7/21/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27262-27268 |
| BRIANNA TATE - CAS | | $45.00 | 7/21/2011 | 0.1 | $4.50 | Review Court docket Nos. 27269-27273 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/21/2011 | 0.1 | $4.50 | Telephone with Party at (914) 509-5000 / RE: copy of claims register sent to him in a workable format; requested he submit request in writing; party declined. |
| BRIANNA TATE - CAS | | $45.00 | 7/21/2011 | 0.1 | $4.50 | Telephone with Joseph Podesta of Tannor Partners at (914) 514-8300 / RE: request for copy of the claims register in Excel format. Forwarded info on to Maraki. |
| BRIANNA TATE - CAS | | $45.00 | 7/21/2011 | 0.2 | $9.00 | Forwarded claims register request from Joseph Podesta w/Tannor Partners to MAraki for further review (.1); followup re:same (.1). |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/21/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2011 | 0.2 | $42.00 | Analysis of B Tate email re Tanner Partners request for claims register in Excel (.1); telephone from J Podesta/Tanner Partners re claims register in excel request (.1) |
| BRIANNA TATE - CAS | | $45.00 | 7/22/2011 | 0.1 | $4.50 | Review Court docket Nos. 27274-27278 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/22/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 7/22/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice Sheldon Solow re: dkt 27276 |
| MABEL SOTO - CAS | | $45.00 | 7/22/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice UBS AG re: dkt 27276 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2011 | 0.2 | $42.00 | Analysis of email from S Fritz re draft inv (.1); prep email to S Fritz re confirmation (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/22/2011 | 0.1 | $19.50 | Reviewing notice of claim transfer re Sheldon H. Solow forwrded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/22/2011 | 0.1 | $19.50 | Reviewing notice of claim transfer re USA AG, Stamford Branch forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/25/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27270-27275, 27277-27278 |
| BRIANNA TATE - CAS | | $45.00 | 7/25/2011 | 0.2 | $9.00 | Review Court docket Nos. 27279-27287 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 7/25/2011 | 0.1 | $4.50 | Telephone with Christian Kelly at (914) 239-3891 / RE: how to obtain copies of claims. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/25/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/25/2011 | 0.3 | $40.50 | Call w/ M Araki re: anticipated schedule for service for common shareholders of notice, discussed the Master Shareholder file from transfer agent, DTC Security Position Report for DTC Nominees and Broadridge requirements for job set to ensure notice goes to beneficial holders of record |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/25/2011 | 0.2 | $27.00 | Communication w/ B Weiland re: anticipated service to common shareholders and BMC WR Grace project manager contact information |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/25/2011 | 0.5 | $67.50 | Review of court docket notice of transfer common shares (.4), communication w/ M Araki confirming BMC does not have to track (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/25/2011 | 0.2 | $22.00 | Telephone with Jonnette at (585) 813-8553 / RE: Inquiry re: distribution timeline; explained Plan was not yet confirmed therefore date is unknown. Provided BMC website address for further info. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/25/2011 | 0.1 | $11.00 | Send follow-up email to M. Araki to confirm proofs of transfer related to transfer notices no longer require notarization. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2011 | 0.6 | $126.00 | Analysis of B Weiland email re shareholder mailing (.1); telephone to K Martin re B Weiland email, timeline for shareholder info update (.2); analysis of docket re recent equity notices filed re shares traded (.1); prep email to K Martin re same and impact on data for service (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2011 | 0.6 | $126.00 | Prep email to J Doherty/RRD re potential service to shareholders (.1); prep email to B Weiland re shareholder service and update of shareholder database for service, timing (.3); analysis of B Weiland email re est page count for proposal (.1); prep email to J Doherty re quotes for est # of pages/parties (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/26/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27281-27283, 27285-27287 |
| BRIANNA TATE - CAS | | $45.00 | 7/26/2011 | 0.2 | $9.00 | Review Court docket Nos. 27288-27299 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/26/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/26/2011 | 0.3 | $40.50 | Communication w/ M Araki re: Broadridge and DTC SPR fees for preparing estimate for service to common shareholders |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2011 | 1.3 | $273.00 | Analysis of several B Weiland emails re shareholder lists, service, more info (.3); prep email to K Martin re costs for updated shareholder lists, Broadridge estimate (.2); analysis of emails from J Doherty re estimates (.4); prep email to B Weiland re est costs based on info to date (.2); analysis of B Weiland email re printing vs xeroxing costs (.1); prep email to J Doherty re printing vs xeroxing costs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2011 | 1.2 | $252.00 | Analysis of corresp re March 2009 shareholder data file requests (.6); analysis of corresp re Broadridge fees for solicitation (.3); prep email to K Martin re shareholder data file results (.1); analysis of K Martin email re est for Broadridge costs (.1); prep email to K Martin re prior Broadridge costs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2011 | 0.2 | $42.00 | Analysis of S Cohen and K Martin emails re work status updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/26/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/27/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 27288, 27291-27299 |
| BRIANNA TATE - CAS | | $45.00 | 7/27/2011 | 0.1 | $4.50 | Telephone with Leo Tesgiles at (847) 587-0389 / RE: distribution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/27/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2011 | 0.5 | $105.00 | Telephone to B Weiland/K&E re add'l info and telephone to K Martin re estimate (.1); analysis of B Weiland email re add'l info on mailing (.1); prep email to J Doherty re B Weiland inquiry re staple vs saddle stitch, revisions to estimate (.1); prep email to B Weiland re add'l info request, estimate so far (.1); analysis of J Doherty email re drop to Broadridge (.1) |
| BRIANNA TATE - CAS | | $45.00 | 7/28/2011 | 0.2 | $9.00 | Review Court docket Nos. 27300-27313 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/28/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/28/2011 | 0.4 | $54.00 | Call w/ M Araki re: Shareholder notice planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/28/2011 | 0.7 | $147.00 | Telephone from J Doherty re revised estimated print costs (.2); prep email to J Doherty re new estimated and minimum # of pages for small envelope mailing (.1); telephone to B Weiland's office re add'l questions (.1); analysis of J Doherty emails re Broadridge drop costs, print vs xerox, smaller envelopes (3x) (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/28/2011 | 1.5 | $315.00 | Analysis of Court docket re case status, case planning |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/29/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27300-27313 |
| BRIANNA TATE - CAS | | $45.00 | 7/29/2011 | 0.2 | $9.00 | Review Court docket Nos. 27314-27331 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2011 | 0.5 | $105.00 | Analysis of status of estimate for B Weiland, info needed to fine tune estimate |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/30/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 27321-27331 |
| | WRG Case Administration Total: | | | 48.1 | $8,225.50 | |

## July 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 7/8/2011 | 0.5 | $55.00 | Update change of name at request of L shippers |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/8/2011 | 0.1 | $9.50 | Review and respond to correspondence with data consultant regarding the updating of creditor address records. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/14/2011 | 1.5 | $225.00 | Update distribution rate and interest types for selected claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/15/2011 | 1.2 | $180.00 | Generate updated Active and Inactive claims report (.6). Export to Excel (.5) and forward to S Cohen (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/27/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| | WRG Data Analysis Total: | | | 4.3 | $579.50 | |

## July 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2011 | 1.9 | $399.00 | Analysis of asbestos settlements re add'l parties for notice re distribution payments (.9); prep distribution special instructions worksheet re asbestos add'l notice parties at distribution (1.0) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2011 | 3.0 | $630.00 | Analysis of Blackstone worksheet re interest updates, claims for 2nd Qtr |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2011 | 2.0 | $420.00 | Analysis of enviro claim settlements with add'l distribution requirements (1.3); update distribution tracking re add'l noticing reqts (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2011 | 2.5 | $525.00 | Analysis of Blackstone worksheet re interest updates, claims, transfers and splits |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2011 | 1.0 | $210.00 | Revise enviro notice worksheet re distribution related notifications for enviro claim payments per environmental settlements |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2011 | 1.7 | $357.00 | Analysis of environmental settlements re required add'l notifications upon distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2011 | 1.5 | $315.00 | Analysis of distribution module (.5); analysis of Court docket re orders requiring add'l service (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2011 | 2.0 | $420.00 | Analysis of Blackstone interest data re updates and enviro info |
| | | WRG Distribution Total: | | 15.6 | $3,276.00 | |

## July 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2011 | 1.4 | $294.00 | Finalize Jan, Feb, Mar and 40th Qtrly fee apps (.6); prep email to M John re fee apps for review/signing (.1); prep excel extracts for Fee Examiner for Jan, Feb, Mar and 40th Qtrly (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2011 | 0.4 | $84.00 | Prep email to L Oberholzer re 40 Qtrly fee app filing (.1); prep email to B Ruhlander re 40 Qtrly fee app and files for Examiner (.2); analysis of L Oberholzer email re filings (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 0.3 | $63.00 | Analysis of email from B Ruhlander re question on two time entries (.1); prep response re time entries and clarification for B Ruhlander (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/12/2011 | 0.2 | $39.00 | Review email and documents from Bobbi Ruhlander re re status of fee auditor's final report re applications |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2011 | 1.0 | $210.00 | Prepare draft billing detail reports Apr, May 11 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/30/2011 | 1.5 | $315.00 | Analysis of Apr 11 billing report for prof reqts and Court imposed categories (.8); revise Apr 11 entries for fee app compliance (.7) |
| | | WRG Fee Applications Total: | | 4.8 | $1,005.00 | |

## July 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/1/2011 | 0.8 | $88.00 | Analyze docket numbers 27097 to 27187 and related docket entries (.3); update claims database (.4); email correspondence with M.Araki re: additional analysis, possible updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/1/2011 | 1.9 | $209.00 | Analyze claims data (.6); prepare email to A Wick re claims data (.2); prepare Q2 reports (1.0); prepare email to M Araki re Q2 reports (.1) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/5/2011 | 3.9 | $819.00 | Analyze claim transfers for transfer audit (2.5); revise claims transfer master spreadsheet (1.4) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/5/2011 | 0.1 | $11.00 | Follow up with A. Rexnord of CRG re: undeliverable address provided on Notice of Transfer for transferor. |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/6/2011 | 3.0 | $630.00 | Continue to analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.0) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/6/2011 | 2.3 | $483.00 | Continue to analyze claim transfers for transfer audit (1.5); revise claims transfer master spreadsheet (.8) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the Notice Group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Update address in the claims database pursuant to current contact information provided by Claims Recovery Group for certain transferor. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Prepare one amended transfer notice (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/6/2011 | 0.2 | $22.00 | Investigate return mail item related to transfer notice (.1), contact Claims Recovery Group to request current address for transferor (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2011 | 2.0 | $420.00 | Analysis of R Higgins email re concordance data site for employees (.1); prep email to R Higgins re possible data sources (.1); analysis of R Higgins response re database (.1); research files and correspondence re employee claims data sent to WR Grace (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/7/2011 | 0.3 | $63.00 | Email from R Higgins re concordance data (.1); prep email to R Higgins re concordance file/corresp review results (.2) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/8/2011 | 3.5 | $735.00 | Analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2011 | 0.7 | $147.00 | Analysis of NY Hillside Order re claim vs prior orders and impact on SEC reporting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: recently filed Motion and request for related docket information |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/11/2011 | 3.9 | $819.00 | Continue to analyze claim transfers for transfer audit (2.2); revise claims transfer master spreadsheet (1.7) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/11/2011 | 0.2 | $22.00 | Communication with J. Osborne re: workbook to be utilized for audit of defective notices of transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 0.8 | $168.00 | Analysis of J Osborne email re status of transfer audit project (.2); review work in process (.4); prep response to J Osborne re audit (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2011 | 0.3 | $63.00 | Email to/from L Shippers re Marblegate amended transfer (.2); prep email to J Baer re Marblegate amended transfer not yet filed (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/11/2011 | 0.2 | $22.00 | Review Court docket per L.Gardner request re: Blackburn and Union Privileges Superfund Site Motion (.1); email correspondence with L.Gardner re: docket information (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/11/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: allowed environmental claims and possible claim database updates required pursuant to recently filed Motions/Orders |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/12/2011 | 3.2 | $672.00 | Continue to analyze claim transfers for transfer audit (1.8); revise claims transfer master spreadsheet (1.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/12/2011 | 0.6 | $66.00 | Analyze docket numbers 26921 to 27241 (.4); audit claim database updates performed (.1); email correspondence with L.Gardner re: docket entries related to Blackburn and Union Privileges Superfund Site Motion (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/12/2011 | 0.1 | $11.00 | Additional email correspondence with L.Gardner re: recent docket entries |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/13/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: analysis of recent docket entries performed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/14/2011 | 2.5 | $525.00 | Analysis of enviro claim settlements re distribution related info for data islands, special tracking (2.0); update distribution special tracking data (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/14/2011 | 0.3 | $63.00 | Analysis of J Baer email re claim 6054-Novak Grp (.1); research b-Linx (.1); prep email to J Baer re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/15/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); discussion, email correspondence with A.Wick, L.Shippers re: reporting requirements (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/15/2011 | 0.2 | $22.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with H.Hancock at Rust Consulting re: analysis and reports (.1) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/18/2011 | 3.4 | $714.00 | Analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/18/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/18/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/18/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/18/2011 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/18/2011 | 0.2 | $22.00 | Analyze Amended Transfer Notice asserted by Marblegate Special Opportunity Master Fund (.1), forward email to M. Araki to confirm transfer should be processed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2011 | 0.7 | $147.00 | Analysis of J Baer email re issues with Walpole order entered and claim amt correction (.2); analysis of L Gardner email re updated enviro claims worksheet, distribution related issues (.4); prep email to L Gardner re special tracking on add'l distribution related reqts commenced (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2011 | 0.4 | $84.00 | Analysis of L Shippers email re amended Marblegate transfer filed (.1); analysis of amended transfer docs (.1); prep email to L Shippers re approval to process (.1); prep email to J Baer re amended Marblegate transfer received (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2011 | 2.3 | $483.00 | Analysis of L Gardner updated enviro worksheet (1.3); compare L Gardner data to b-Linx (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2011 | 1.4 | $294.00 | Analysis of pleadings re enviro claims to verify b-Linx and L Gardner reports |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/19/2011 | 3.5 | $735.00 | Continue to analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/19/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/19/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/19/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/19/2011 | 0.1 | $11.00 | Prepare one transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2011 | 4.0 | $840.00 | Continue analysis of L Gardner updated enviro worksheet (1.0); analysis of b-Linx re enviro claims (1.5); analysis of pleadings re enviro claims (1.5) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/20/2011 | 3.0 | $630.00 | Continue to analyze claim transfers for transfer audit (1.8); revise claims transfer master spreadsheet (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2011 | 2.0 | $420.00 | Continue analysis of L Gardner updated enviro spreadsheet (.8); analysis of b-Linx re enviro claims (.7); analysis of pleadings re enviro claims (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/20/2011 | 0.8 | $88.00 | Analyze docket numbers 24295 to 27261 (.4); audit claim updates (.2); update claims database (.1); email correspondence with L.Gardner (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/20/2011 | 0.1 | $11.00 | Additional email correspondence with L.Gardner, M.Araki re: recent docket entries and required analysis, claim database updates |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/21/2011 | 3.2 | $672.00 | Continue to analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/21/2011 | 0.4 | $44.00 | Review listing of duplicate transfers provided by J. Galyen to verify related claims are not transferred by more than one agent. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2011 | 1.0 | $210.00 | Analysis of S Cohen emails (2) re dkts 27252 and 27260 re possible dupes, impact on claims (.2); analysis of dockets 27252 and 27260 and related plds (.5); prep email to S Cohen re results of analysis (.1); prep email to J Baer/R Higgins re duplicate orders entered (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2011 | 0.5 | $105.00 | Analysis of J Osborne email re status of claims transfer audit project (.2); prep email to J Osborne re transfers w/out claim numbers (.1); analysis of J Osborne email re transfers w/out claim numbers (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2011 | 2.0 | $420.00 | DRTT review and b-Linx audit (.9); revise b-Linx per audit results (1.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/21/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: recently filed Orders and communication with J.Baer required |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/22/2011 | 2.4 | $504.00 | Continue to analyze claim transfers for transfer audit (1.4); revise claims transfer master spreadsheet (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/22/2011 | 0.2 | $22.00 | Analyze Court docket no. 27274, verify no updates in the noticing system or claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/22/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/22/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/22/2011 | 0.2 | $22.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/22/2011 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2011 | 2.6 | $546.00 | Continue analysis of L Gardner updated enviro spreadsheet (.8); analysis of interest tool re rates (1.0); analysis of related pleadings re interest rates (.8) |

# BMC Group
WR GRACE
Monthly Invoice:

## July 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2011 | 1.6 | $336.00 | Continue analysis of L Gardner updated enviro worksheet (.6), related claims data in b-Linx (.6) and pleadings (.4) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/26/2011 | 2.5 | $525.00 | Analyze claim transfers for transfer audit (1.5); revise claims transfer master spreadsheet (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2011 | 1.8 | $378.00 | Continue L Gardner updated enviro worksheet analysis, b-Linx data and pleadings affecting enviro claims |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/27/2011 | 2.0 | $420.00 | Continue to analyze claim transfers for transfer audit (1.0); revise claims transfer master spreadsheet (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/27/2011 | 0.8 | $88.00 | Analyze listing of duplicate transfers filed related to same claim to confirm claims are not transferred by more than one transferee, per request from J. Osborne. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/27/2011 | 3.1 | $341.00 | Analyze listing of defective notices of transfer to identify impacted claims nos., per request from J. Osborne. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/27/2011 | 2.5 | $275.00 | Continue to analyze listing of defective notices of transfer to identify impacted claims nos., per request from J. Osborne. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2011 | 2.0 | $420.00 | Analysis of files and correspondence re claims issues, resolutions, open items (1.0); revise tracking worksheet re open claims issues, status (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2011 | 1.6 | $336.00 | DRTT analysis and b-linx audit (.8); revise b-Linx per audit results (.8) |
| ELLEN DORS - REC_TEAM | | $110.00 | 7/28/2011 | 0.8 | $88.00 | Analyze and review docket activity for 8 filed Notice of Transfers (.3); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.5). |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/28/2011 | 1.3 | $273.00 | Continue to analyze claim transfers for transfer audit (.8); revise claims transfer master spreadsheet (.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/28/2011 | 2.9 | $319.00 | Continue to analyze listing of defective notices of transfer to identify impacted claims nos., per request from J. Osborne. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/28/2011 | 1.2 | $132.00 | Continue to analyze listing of defective notices of transfer to identify impacted claims nos., per request from J. Osborne. |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 7/29/2011 | 1.2 | $252.00 | Continue to analyze claim transfers for transfer audit (.7); revise claims transfer master spreadsheet (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2011 | 2.5 | $525.00 | Continue L Gardner enviro worksheet analysis vs Blackstone data, interest tool, b-Linx and pleadings |
| | WRG Non-Asbestos Claims Total: | | | 96.2 | $18,142.00 | |
| | | | July 2011 Total: | 174.0 | $32,276.50 | |

# BMC Group
WR GRACE
Monthly Invoice:

|  |  |  |
|---|---|---|
| Grand Total: | 174.0 | $32,276.50 |

# BMC Group
## WR GRACE
## Professional Activity Summary
### Date Range: 7/1/2011 thru 7/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 0.1 | $19.50 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 4.9 | $1,029.00 |
| Total: | | 5.0 | $1,048.50 |
| **WRG Case Administration** | | | |
| CAS | | | |
|     Julie Jung | $65.00 | 0.1 | $6.50 |
|     Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
|     Airgelou Romero | $95.00 | 2.5 | $237.50 |
|     Brianna Tate | $45.00 | 3.9 | $175.50 |
|     James Myers | $65.00 | 0.1 | $6.50 |
|     Mabel Soto | $45.00 | 0.6 | $27.00 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 0.3 | $49.50 |
|     Myrtle John | $195.00 | 1.5 | $292.50 |
| CONSULTANT | | | |
|     Kevin Martin | $135.00 | 1.7 | $229.50 |
| REC_TEAM | | | |
|     Ellen Dors | $110.00 | 4.0 | $440.00 |
|     Lauri Shippers | $110.00 | 1.7 | $187.00 |
|     Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 31.0 | $6,510.00 |
| Total: | | 48.1 | $8,225.50 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 2.7 | $405.00 |
| SR_ANALYST | | | |
|     Anna Wick | $110.00 | 1.5 | $165.00 |
|     Jacqueline Conklin | $95.00 | 0.1 | $9.50 |
| Total: | | 4.3 | $579.50 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 15.6 | $3,276.00 |
| Total: | | 15.6 | $3,276.00 |
| **WRG Fee Applications** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 4.6 | $966.00 |
| Total: | | 4.8 | $1,005.00 |

## BMC Group
### WR GRACE
### Professional Activity Summary
### Date Range: 7/1/2011 thru 7/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| SR_CONSULTANT | | | |
| Julia Osborne | $210.00 | 42.3 | $8,883.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.8 | $88.00 |
| Lauri Shippers | $110.00 | 14.4 | $1,584.00 |
| Steffanie Cohen | $110.00 | 5.4 | $594.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 33.3 | $6,993.00 |
| Total: | | 96.2 | $18,142.00 |
| Grand Total: | | 174.0 | $32,276.50 |