**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110731**
**Expense Summary**

**Period Ending 7/31/2011**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $722.10 |
| Noticing Production | $3.52 |
| Website Hosting | $250.00 |
| **Total** | **$2,175.62** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110731-1 | 7/31/2011 | $3.52 |
| | Total | $3.52 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 7/31/2011
**Reference #:**  021-20110731-1
**Notes:**  Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 8 Pieces | $3.52 |
| | | | | **Total Due:** | **$3.52** |

*Invoice Due Upon Receipt*                                                        *Page 1 of 1*

EXHIBIT 2