**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 8/1/2011 | 0.2 | $9.00 | Review Court docket Nos. 27332-27339 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/1/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 8/2/2011 | 0.3 | $13.50 | Review Court docket Nos. 27340-27357 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/2/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/3/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27345-27357 |
| BRIANNA TATE - CAS | | $45.00 | 8/3/2011 | 0.2 | $9.00 | Review Court docket Nos. 27358-27366 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/3/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/3/2011 | 0.2 | $42.00 | Prep email to J Doherty re status of updated estimates (.1); analysis of J Doherty email re updated estimates (.1) |
| BRIANNA TATE - CAS | | $45.00 | 8/4/2011 | 0.2 | $9.00 | Review Court docket Nos. 27367-27373 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/4/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 8/4/2011 | 0.1 | $4.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/4/2011 | 0.7 | $147.00 | Telephone with M John re S Scarlis/Blackstone spreadsheet analysis, process for review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/4/2011 | 1.3 | $273.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/5/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27360-27362, 27364-27373 |
| BRIANNA TATE - CAS | | $45.00 | 8/5/2011 | 0.1 | $4.50 | Review Court docket Nos. 27374-27380 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/5/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2011 | 0.4 | $84.00 | Telephone with M John re Blackstone claims analysis project |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/6/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27274-27375 |
| BRIANNA TATE - CAS | | $45.00 | 8/8/2011 | 0.2 | $9.00 | Review Court docket Nos. 27381-27389 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 8/8/2011 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE:  status of the case. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/8/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MIKE BOOTH - MANAGER | | $165.00 | 8/8/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/8/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/9/2011 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 27381-27389 |
| BRIANNA TATE - CAS | | $45.00 | 8/9/2011 | 0.1 | $4.50 | Review Court docket Nos. 27390-27395 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/9/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2011 | 0.3 | $63.00 | Telephone with M John re transfers and certs of service (.2); prep email to L Shippers re revised transfer notices (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2011 | 0.5 | $105.00 | Prep email to J Osborne re status of transfer audit (.1); analysis of J Osborne email re transfer audit status, est completion (.1); prep email to T Feil re case status update (.2); analysis of case status updates from Grace Team (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 8/9/2011 | 0.2 | $9.00 | Loading COA's Postage for previous month, complete and print pdf on production billing |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/9/2011 | 0.2 | $39.00 | Claims Transfer:  Call with M Araki re appropriate handling of certain claims transfer (.1); review spreadsheet and transfers; review confirmation email from M Araki to claims processing clerk re transfers (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/9/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 8/10/2011 | 0.1 | $4.50 | Review Court docket Nos. 27396-27400 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/10/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.2 | $22.00 | Draft email to power tools re: completed transfer not logging in the b-Linx application. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.4 | $44.00 | Prepare two Proofs of Service related to transfer notices (.3), forward to notice group for filing (.1). |
| MABEL SOTO - CAS | | $45.00 | 8/10/2011 | 0.1 | $4.50 | Prepare document for service:  Amended Transfer Notice Sheldon Solow re: dkt 27276 |
| MABEL SOTO - CAS | | $45.00 | 8/10/2011 | 0.1 | $4.50 | Prepare document for service:  Amended Transfer Notice USB AG re: dkt 27276 |
| MABEL SOTO - CAS | | $45.00 | 8/10/2011 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer Notices re: dkts 27276 and 27257 |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/11/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27392-27395, 27398-273400 |
| BRIANNA TATE - CAS | | $45.00 | 8/11/2011 | 0.2 | $9.00 | Review Court docket Nos. 27401-27409 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/11/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 8/11/2011 | 0.3 | $40.50 | Call w/ M Araki re: production, DTC SPR and data upload timeline for Shareholder notice and planning |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/11/2011 | 0.1 | $11.00 | Telephone with Creditor at (334) 875-8500 /  RE: Inquiry re: expected date for distributions. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/11/2011 | 0.4 | $84.00 | Analysis of info re service estimate (.2); prep email to B Weiland re service estimate costs (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/12/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 27403, 27407-27409 |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/12/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/15/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/15/2011 | 0.8 | $168.00 | Prep email to Data Grp re FTP site for Scarlis/Blackstone file (.1); analysis of email from G Kruse re FTP site (.1); prep email to A Schlesinger, P Harrison re initial analysis of claims in Scarlis spreadsheet (.1); telephone from A Schelsinger/B Jaffe re initial BMC analysis of claims in Scarlis spreadsheet (.3); telephone with M John re Blackstone/Scarlis project (.2) |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/16/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| BRIANNA TATE - CAS | | $45.00 | 8/17/2011 | 0.7 | $31.50 | Review Court docket Nos. 27410-27448 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/17/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/17/2011 | 0.9 | $189.00 | Conf call with S Scarlis, J Baer, A Schlesinger, B Jaffe, R Finke re initial review of BMC analysis, planning for continued project and future calls (.6); prep email to A Schlesinger re L Gardner enviro spreadsheet (.1); telephone with A Schlesinger re followup call (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/17/2011 | 0.7 | $147.00 | Analysis of files re de minimus nonasbestos claims (.5); prep email to S Cohen re de minimus nonasbestos claims info (.1); analysis of S Cohen email re de minimus nonasbestos claims info rec'd (.1) |
| BRIANNA TATE - CAS | | $45.00 | 8/18/2011 | 0.2 | $9.00 | Review Court docket Nos. 27449-27451 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 8/18/2011 | 0.1 | $4.50 | Telephone with Nathan at (215) 772-1500 / RE: where to send an updated claim. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/18/2011 | 0.1 | $11.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/19/2011 | 1.0 | $95.00 | Audit categorization updates related to Court Docket Nos 27410-27421, 27422-27436, , 27437-27444, 24776-27448, 27450-27451 |
| BRIANNA TATE - CAS | | $45.00 | 8/19/2011 | 0.1 | $4.50 | Review Court docket Nos. 27452, 27453, 27485-27487, to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/19/2011 | 0.1 | $11.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 8/19/2011 | 0.2 | $9.00 | Prepare documents for service: Transfer/Courtesy/Defective Notices Longacre Master Fund re: dkts 27454 - 27464, 27466 - 27484 |
| MABEL SOTO - CAS | | $45.00 | 8/19/2011 | 0.2 | $9.00 | Prepare documents for service: Transfer/Courtesy/Defective Notices Avenue TC Fund re: dkts 27454 - 27464, 27466 - 27484 |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/20/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27453, 27485-27487 |
| BRIANNA TATE - CAS | | $45.00 | 8/22/2011 | 0.1 | $4.50 | Review Court docket Nos. 27488-27493 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/22/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2011 | 0.8 | $168.00 | Prep email to M John re Blackstone GL review project (.4); analysis of M John response and add'l questions (.2); prep reply to M John re clarification to GL project (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/22/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/22/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/23/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27488-27498 |
| BRIANNA TATE - CAS | | $45.00 | 8/23/2011 | 0.1 | $4.50 | Review Court docket Nos. 27494-27498 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/23/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2011 | 0.3 | $63.00 | Prep email to B Weiland/K&E re status of shareholder mailing, approval for shareholder updates (.1); telephone from B Weiland re status of shareholder mailing, postponed (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/23/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 8/24/2011 | 0.1 | $4.50 | Review Court docket Nos. 27499-27502 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/24/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/24/2011 | 0.3 | $63.00 | Telephone from R Finke re partial distribution (.1); prep email to team re case status and partial distribution (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/25/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27494-27501, 27503 |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/25/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/25/2011 | 1.5 | $315.00 | Analysis of Court docket re case status |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/26/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 0.8 | $168.00 | Analysis of M Booth emails (3) re M Hill inquiry via webpage re tobacco claimant in case (.3); prep emails to M Booth re response (.2); prep email to G Kruse re research M Hill client name (.1); analysis of G Kruse research results (.1); prep email to R Higgins/J Baer re M Hill inquiry and research results for handling (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/26/2011 | 0.1 | $16.50 | Review and draft escalation response to project team re: inquiry from Shook, Hardy & Bacon pertaining to tobacco litigation. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/30/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2011 | 0.4 | $84.00 | Telephone to A Wick re ART reports and distrib class info (.2); telephone to G Kruse re dist class data, amt table and project status (.1); prep email to J Doherty/RRD re service of motion re prepayment (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2011 | 0.3 | $63.00 | Prep email to Project Managers re motion to set record date in other cases (.1); analysis of responses and distribution record date motion (.1); prep email to R Higgins re distribution record date motion (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2011 | 0.1 | $19.50 | Review Notices of 26th and 27th quarterly interim fee application of David Austern; forward to case clerk for archiving |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2011 | 0.1 | $19.50 | Review Notice of 8th quarterly interim application of Lincoln Partners; forward to case clerk for archiving |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2011 | 0.1 | $19.50 | Review Notice of 22nd quarterly interim application of Orrick Herrington; forward to case clerk for archiving |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2011 | 0.2 | $39.00 | Review email exchanges re Motion for setting distribution record date |
| TERRI MARSHALL - MANAGER | | $185.00 | 8/30/2011 | 0.1 | $18.50 | Review M Araki email re distribution record date motion; respond with information, then call M Araki to discuss. |
| ELLEN DORS - REC_TEAM | | $110.00 | 8/31/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |

WRG Case Administration Total:    25.5    $3,758.00

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/1/2011 | 0.8 | $120.00 | Review of Blackstone claims reconciliation spreadsheet and grouping of creditors with multiple claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/1/2011 | 1.2 | $180.00 | Run initial name match of Blackstone creditor list against b-Linx claims (.6). Verify match counts of Active and Inactive claims (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/2/2011 | 1.2 | $180.00 | Generate list of of all non-asbestos active and inactive claims (.6). Prep for comparison against Blackstone claims reconciliation (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/2/2011 | 1.5 | $225.00 | Match Blackstone creditor list to active and inactive bLinx claims to pull in matching claim numbers based on name comparisons |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/2/2011 | 1.3 | $195.00 | Generate report of Blackstone creditor list with matching BMC claim detail (.8). Export to Excel (.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/4/2011 | 0.5 | $75.00 | Assist M Araki with extraction of updated Blackstone spreadsheet to update format of worksheet to apply custom search filters. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 8/5/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 8/8/2011 | 0.1 | $11.00 | Run Case activity filed claims, creditor, objection counts |
| ANNA WICK - SR_ANALYST | | $110.00 | 8/15/2011 | 0.1 | $11.00 | Run Case activity filed claims, creditor, objection counts |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/15/2011 | 0.3 | $45.00 | Upload claims reconciliation review report to FTP site and create link for counsel download. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/22/2011 | 1.2 | $180.00 | Generate updated monthly active and inactive claims report (.7). Export to Excel (.4) and forward to S Cohen for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/26/2011 | 0.6 | $90.00 | Research b-Linx and Rust PI databases for any claims filed by Ernest J Robirts as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/29/2011 | 1.7 | $255.00 | Review of Blackstone distribution worksheet and prep for comparison against b-Linx claims for generation of change report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/29/2011 | 1.2 | $180.00 | Generate listing of current active claims for review and match against Blackstone worksheet. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/29/2011 | 1.1 | $165.00 | Author query criteria to compare Blackstone claimant name, type and status data against current b-Linx data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/29/2011 | 0.9 | $135.00 | Author query criteria to compare Blackstone claimant current and estimated amount data against current b-Linx data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/29/2011 | 1.1 | $165.00 | Author query criteria to compare Blackstone claimant distribution calculation data against current b-Linx data. |
| ANNA WICK - SR_ANALYST | | $110.00 | 8/30/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 8/30/2011 | 0.1 | $11.00 | Confer with M Araki on preparing report filtered by distribution class |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 0.5 | $75.00 | Generate listing of claims with a distribution class of Admin (.2). Export Excel (.2)  and forward to M Araki (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 0.7 | $105.00 | Generate listing of claims with a distribution class of Priority Tax (.4). Export Excel (.2) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 0.4 | $60.00 | Generate listing of claims with a distribution class of Secured (.2). Export to Excel (.1) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 0.7 | $105.00 | Generate listing of claims with a distribution class of Unsecured (.4). Export Excel (.2) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 1.8 | $270.00 | Run updated distribution report (.8). Combine both active and inactive claims data and prep for comparison against Blackstone data (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/30/2011 | 1.2 | $180.00 | Generate change report of Blackstone claims report against active and inactive claims in b-Linx (.4). Flag changed claims and list new value if changed (.4). Export to Excel (.3) and forward to M Araki for review (.1). |
| | WRG Data Analysis Total: | | | 21.3 | $3,137.50 | |

## August 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2011 | 1.5 | $315.00 | Analysis of S Scarlis email re reconciliation of BMC to Grace AP, spreadsheet of claims to review/discuss (.4); analysis of spreadsheet (1.0); prep email to J Baer/R Higgins re analysis of spreadsheet (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2011 | 0.4 | $84.00 | Telephone from P Harrison and A Schlesinger/Blackstone re amts used for comparison in spreadsheet, spreadsheet backup (.2); prep email to G Kruse re claim/sched numbers into S Scarlis spreadsheet (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2011 | 3.0 | $630.00 | Analysis of S Scarlis spreadsheet vs BMC data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2011 | 3.3 | $693.00 | Analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.0); prep notes re discrepancies to be addressed (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2011 | 2.5 | $525.00 | Continue analysis of S Scarlis spreadsheet vs BMC data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2011 | 3.4 | $714.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.3); prep notes re discrepancies to be addressed (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2011 | 0.7 | $147.00 | Analysis of email from G Kruse re spreadsheet with claim/sched #s for creditors in question on S Scarlis spreadsheet (.1); analysis of G Kruse results (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/3/2011 | 2.2 | $462.00 | Telephone to A Schlesinger and P Harrison re questions re S Scarlis spreadsheet prepped by Blackstone (.2); continue analysis of spreadsheet vs BMC data (1.8); prep email to J Baer/R Higgins re status of review of S Scarlis worksheet (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/3/2011 | 3.5 | $735.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.0); prep notes re discrepancies to be addressed (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/4/2011 | 2.5 | $525.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/4/2011 | 3.3 | $693.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.0); prep notes re discrepancies to be addressed (1.3) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/4/2011 | 1.0 | $210.00 | Prep spreadsheet and resources for M John review of S Scarlis spreadsheet |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/4/2011 | 0.5 | $97.50 | Call with M Araki to review claims analysis and reconciliation of Grace AP to BMC variance report prepared by Blackstone |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/4/2011 | 2.5 | $487.50 | Review and analysis of claims, compare spreadsheet information to claims data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2011 | 1.5 | $315.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2011 | 3.5 | $735.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.2); prep notes re discrepancies to be addressed (1.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/5/2011 | 1.8 | $351.00 | Continue review and analysis of claims in Blackstone variance report to compare information to b data (1.0); update variance report to reflect claims data analysis results (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2011 | 3.0 | $630.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (1.7); prep notes re discrepancies to be addressed (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2011 | 1.0 | $210.00 | Continue S Scarlis spreadsheet analysis |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/8/2011 | 0.6 | $117.00 | Telephone with M Araki re review of Blackstone variance report to date, further refining of analysis results |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2011 | 1.7 | $357.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2011 | 4.5 | $945.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.5); prep notes re discrepancies to be addressed (2.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/9/2011 | 2.6 | $507.00 | Continue review and analysis of claims in Blackstone variance report to compare information to b data (1.6); update variance report to reflect claims data analysis results (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/10/2011 | 4.7 | $987.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (3.0); prep notes re discrepancies to be addressed (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/10/2011 | 1.8 | $378.00 | Continue S Scarlis spreadsheet analysis |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/10/2011 | 2.0 | $390.00 | Continue review and analysis of claims in Blackstone variance report to compare information to b data (1.3); update variance report to reflect claims data analysis results (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/11/2011 | 1.8 | $378.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/11/2011 | 4.5 | $945.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.8); prep notes re discrepancies to be addressed (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2011 | 2.0 | $420.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2011 | 4.8 | $1,008.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (2.7); prep notes re discrepancies to be addressed (2.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/14/2011 | 2.2 | $462.00 | Continue S Scarlis spreadsheet analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/14/2011 | 5.0 | $1,050.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from S Scarlis spreadsheet (3.0); prep notes re discrepancies to be addressed (2.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 8/15/2011 | 0.2 | $39.00 | Review and respond to email communication from M Araki re status of distribution analysis (.1); call to M Araki re same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/17/2011 | 2.3 | $483.00 | Analysis of b-Linx and related pleadings vs Blackstone spreadsheet (1.3); prep list of discrepancies to be reviewed (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/17/2011 | 1.8 | $378.00 | Analysis of B Jaffe updated spreadsheet (1.2); transfer updated info from S Scarlis spreadsheet to B Jaffe version (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/18/2011 | 1.6 | $336.00 | Analysis of updated Blackstone spreadsheet from B Jaffe |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/18/2011 | 4.5 | $945.00 | Continue analysis of b-Linx and related pleadings for claims analyzed from Blackstone spreadsheet (2.8); prep notes re discrepancies to be addressed (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2011 | 2.0 | $420.00 | Continue Blackstone GL project analysis vs b-Linx data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2011 | 3.0 | $630.00 | Continue Blackstone GL project analysis vs b-Linx data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2011 | 1.6 | $336.00 | Prep notes re discrepancies to be addressed per Blackstone GL analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/24/2011 | 1.0 | $210.00 | Telephone from A Schlesinger re review of last Blackstone spreadsheet (.5); conf call S Scarlis, R Finke, A Schlesinger, B Jaffe re GL reconciliation, continuing review (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/24/2011 | 2.3 | $483.00 | Prep ART report re current active claims list (.5); analysis of current active claims list vs prior Blackstone datafile (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/24/2011 | 4.8 | $1,008.00 | Revise Blackstone datafile to update with current active claims data (2.5); analysis of b-Linx, interest tool and data re add'l info for updated Blackstone datafile (2.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/24/2011 | 0.2 | $42.00 | Prep email to A Schlesinger re updated Blackstone spreadsheet, revisions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/25/2011 | 2.5 | $525.00 | Continue Blackstone GL project analysis vs b-Linx data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 1.6 | $336.00 | Analysis of J Baer email re claims for research (.1); research 9 claims from J Baer (1.0); prep email to J Baer re research results (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 0.6 | $126.00 | Telephone from A Schlesinger and B Jaffe/Blackstone re review of updated Blackstone spreadsheet |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 3.0 | $630.00 | Revise Blackstone spreadsheet per call (1.0); continue GL project analysis vs b-Linx data (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 0.5 | $105.00 | Prep email to G Kruse re comparison of current data to latest Blackstone spreadsheet to isolate revisions (.1); prep email to J Baer/R Higgins re BOA claim 17718, related pleadings and issue for attorney review (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2011 | 2.5 | $525.00 | Continue Blackstone GL project analysis vs b-Linx data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2011 | 3.1 | $651.00 | Analysis of R Higgins email re Ntc List of Claimants for prepayment motion (.4); prep ART reports re subcategories requested (1.0); analysis of reports (1.3); telephone to R Higgins re tweaking reports and info re amounts (.2); telephone to R Higgins re Mtn to Set Record Date (.1); analysis of R Higgins email re possible scenario for subsequent payments (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2011 | 3.5 | $735.00 | Analysis of G Kruse report re data for R Higgins estimate for prepayment motion (2.0); revise G Kruse report to accommodate requested categories and sub-categories (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2011 | 2.8 | $588.00 | Analysis of G Kruse comparison data of current to Blackstone report (1.4); revise Blackstone report re updated info (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 1.4 | $294.00 | Analysis of email from B Jaffe re Blackstone database, Town of Acton claim (.1); research b-Linx and docket re Town of Acton claim and interest info, analysis of settlement (.5); revise interest tool re interest rate claim 4384 (.2); revise Blackstone spreadsheet re claim 4384 interest (.2); prep email to B Jaffe re interest rate for Town of Acton (.2); prep email to J Baer/R Higgins re interest commence date and pleadings for review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 3.4 | $714.00 | Continue analysis of G Kruse comparison of Blackstone data to current b-Linx report (2.0); update Blackstone report with revised data (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 0.8 | $168.00 | Prep email to B Jaffe re copy of Blackstone spreadsheet used (.1); analysis of B Jaffe response and data (.6); prep email to B Jaffe re revised data in process (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 4.8 | $1,008.00 | Analysis of G Kruse comparison of Blackstone data to current b-Linx report (2.5); update Blackstone report with revised data (1.5); prep list of interest revisions to be made (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 1.5 | $315.00 | Revise Blackstone claims database and finalize (1.4); prep email to B Jaffe, R Higgins, J Baer, A Schlesinger re revised database (.1) |
| | | | WRG Distribution Total: | 136.6 | $28,533.00 | |

## August 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2011 | 1.5 | $315.00 | Continue analysis of Apr 11 billing report for prof reqts and Court-imposed categories (.7); revise Apr 11 billing entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/15/2011 | 2.3 | $483.00 | Continue analysis of Apr 11 billing report for prof reqts and Court imposed categories (.5); revise Apr 11 billing entries for fee app compliance (.3); analysis of May 11 billing report for prof reqts and Court imposed categories (.8); revise May 11 billing entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2011 | 2.0 | $420.00 | Continue analysis of May 11 billing report for prof reqts and Court imposed categories (1.1); continue to revise May 11 billing entries for fee app compliance (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2011 | 2.0 | $420.00 | Continue analysis of May 11 billing report for prof reqts and Court imposed categories (.7); revise May 11 billing entries for fee app compliance (.8); prep Jun 11 draft billing detail report (.5) |
| | | | WRG Fee Applications Total: | 7.8 | $1,638.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2011 | 0.4 | $84.00 | Prep email to L Gardner re Zhagrus claim issues from S Scarlis spreadsheet, note re possible reduction in est allowed (.2); analysis of L Gardner response re remove reduction in est allowed, allow at full amt (.1); revise b-Linx re new est allowed per L Gardner email (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/2/2011 | 0.6 | $66.00 | Analyze docket numbers 27278 to 27344 and related docket entries (.3); audit claims database updates (.2); email correspondence with M.Araki re: additional analysis, possible updates required (.1) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/9/2011 | 3.4 | $714.00 | Analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/9/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for Court documents related to Minnesota Pollution Control Agency claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/9/2011 | 0.2 | $22.00 | Research pending docket entries and claim information per L.Gardner request re: Minnesota Pollution Control Agency claim |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/10/2011 | 2.2 | $462.00 | Continue to analyze claim transfers for transfer audit (1.2); revise claims transfer master spreadsheet (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/10/2011 | 0.3 | $33.00 | Create amended transfer notice to correct amount of claim transfer (.2), forward to the notice group for service (.1) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/11/2011 | 3.4 | $714.00 | Continue to analyze claim transfers for transfer audit (2.0); revise claims transfer master spreadsheet (1.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/11/2011 | 0.5 | $55.00 | Analyze 12 Change of Address Requests filed on the docket to confirm related notice of transfer is filed (.4), forward to M. Araki to review (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/11/2011 | 0.1 | $11.00 | Audit Court docket no. 27197, confirm no updates in the claims database are required. |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/12/2011 | 1.5 | $315.00 | Continue to analyze claim transfers for transfer audit (.9); revise claims transfer master spreadsheet (.6) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/15/2011 | 0.1 | $11.00 | Analyze Court docket nos. 27404, 27405, and 27406, verify no further updates in the claims database are required. |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/16/2011 | 3.9 | $819.00 | Analyze claim transfers for transfer audit (2.5); revise claims transfer master spreadsheet (1.4) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/16/2011 | 2.0 | $420.00 | Analyze amended scheduled claims to compare against transferred claims |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/16/2011 | 0.2 | $22.00 | Confirm transfer of claim no. 18508 is completed in the database as a result of database update performed by A. Wick. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2011 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.6); revise b-Linx per audit results (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/16/2011 | 0.5 | $55.00 | Audit categorization updates related to docket numbers 27269 to 27402 (.4); flag pleadings for further action and follow up by M.Araki (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## August 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/17/2011 | 4.0 | $840.00 | Analyze amended scheduled claims against transferred claims (3.0); review for any needed splits (1.0) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 8/17/2011 | 4.0 | $840.00 | Analyze claim transfers for transfer audit (2.0); create spreadsheet of final audit results (2.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/17/2011 | 0.5 | $55.00 | Research archived correspondence, claim detail reports per M.Araki request (.4); email correspondence with M.Araki re: research results, files located (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/19/2011 | 0.8 | $88.00 | Analysis of Court docket re: thirty new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/19/2011 | 0.8 | $88.00 | Analysis of b-Linx re: thirty claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/19/2011 | 2.6 | $286.00 | Revise b-Linx re: thirty claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/19/2011 | 1.8 | $198.00 | Prepare thirty transfer notices (1.6), forward to the notice group for service (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/19/2011 | 0.2 | $33.00 | Multiple discussions with L Shippers re: recently filed Notice of Transfers (Docket range 27454 - 27484) and required data base updates rel: same. |
| MIKE BOOTH - MANAGER | | $165.00 | 8/19/2011 | 0.1 | $16.50 | Discussion with S Cohen re: newly filed Notices of Transfer of Claim and required analysis, database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/19/2011 | 0.1 | $11.00 | Discussion with M.Booth re: newly filed Notices of Transfer of Claim and required analysis, database updates |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 8/22/2011 | 1.1 | $121.00 | Prepare 24 Proofs of Service related to transfer notices (1.0), forward to notice group for filing (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2011 | 0.5 | $105.00 | Analysis of S Cohen emails re claims affected by orders and transfers updates to Rust Consulting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/22/2011 | 0.4 | $44.00 | Initialize preparation and analysis of monthly reports (.2); discussion, email correspondence, discussion with G.Kruse, L.Shippers re: reporting requirements (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/22/2011 | 0.2 | $22.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with H.Hancock at Rust Consulting re: analysis and reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2011 | 0.7 | $147.00 | Analysis of R Higgins email re New Hampshire tax claim (.1); research b-Linx re NH tax claim and docket re pleadings (.2); prep email to R Higgins re research results (.1); prep email to C Finke re confirmation of NH amount (.1); analysis of C Finke email re confirmation (.1); revise b-Linx re NH amt per C Finke (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2011 | 0.6 | $126.00 | Analysis of R Higgins email re Wisconsin tax claim (.1); analysis of b-Linx and docket, notes and emails (.4); prep email to R Higgins re research results and docs for review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/31/2011 | 1.4 | $294.00 | Analysis of Court docket re case status (1.3); prep email to L Shippers re Marblegate transfer deadline passed (.1) |
| | WRG Non-Asbestos Claims Total: | | | 41.9 | $7,665.50 | |
| | August 2011 Total: | | | 233.1 | $44,732.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | Grand Total: | 233.1 | $44,732.00 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

### WR GRACE

Professional Activity Summary

Date Range: 8/1/2011 thru 8/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.1 | $4.50 |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.4 | $228.00 |
| Brianna Tate | $45.00 | 3.1 | $139.50 |
| Mabel Soto | $45.00 | 0.8 | $36.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.5 | $82.50 |
| Myrtle John | $195.00 | 0.7 | $136.50 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.3 | $40.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 4.4 | $484.00 |
| Lauri Shippers | $110.00 | 0.7 | $77.00 |
| Steffanie Cohen | $110.00 | 0.6 | $66.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.6 | $2,436.00 |
| | Total: | 25.5 | $3,758.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 19.9 | $2,985.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.3 | $143.00 |
| Jacqueline Conklin | $95.00 | 0.1 | $9.50 |
| | Total: | 21.3 | $3,137.50 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 10.2 | $1,989.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 126.4 | $26,544.00 |
| | Total: | 136.6 | $28,533.00 |
| **WRG Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 7.8 | $1,638.00 |
| | Total: | 7.8 | $1,638.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 8/1/2011 thru 8/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| SR_CONSULTANT | | | |
| Julia Osborne | $210.00 | 24.4 | $5,124.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 8.6 | $946.00 |
| Steffanie Cohen | $110.00 | 2.6 | $286.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.0 | $1,260.00 |
| Total: | | 41.9 | $7,665.50 |
| Grand Total: | | 233.1 | $44,732.00 |

EXHIBIT 1