**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_110831
Expense Summary

| Period Ending 8/31/2011 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $722.10 |
| | Noticing Production | $5.84 |
| | Website Hosting | $250.00 |
| | Total | $2,177.94 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

### WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20110831-1 | 8/31/2011 | $5.84 |
| | Total | $5.84 |

EXHIBIT 2



information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 8/31/2011
**Reference #:** 021-20110831-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 4 Pieces | $5.84 |
| | | | | **Total Due:** | **$5.84** |

*Invoice Due Upon Receipt*                                                                 *Page 1 of 1*

EXHIBIT 2