**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Lixn per audit results (.8) |
| | WRG Asbestos Claims Total: | | | 2.0 | $420.00 | |

## September 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 9/1/2011 | 0.9 | $40.50 | Review Court docket Nos. 27504- 27540 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/1/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/2/2011 | 0.8 | $76.00 | Audit categorization updates related to Court Docket Nos 27504-27514, 27516-27517, 27518-27529, 27532-27533-27534, 27536-27540 |
| BRIANNA TATE - CAS | | $45.00 | 9/2/2011 | 0.3 | $13.50 | Review Court docket Nos. 27541-27554 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/2/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/3/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27541-27554 |
| BRIANNA TATE - CAS | | $45.00 | 9/6/2011 | 0.1 | $4.50 | Review Court docket Nos. 27555- 27559 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/6/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/6/2011 | 0.2 | $39.00 | Email exchange with M Araki re status of claims review and analysis, and re OCP retention |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/6/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/7/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27555-27559 |
| BRIANNA TATE - CAS | | $45.00 | 9/7/2011 | 0.1 | $4.50 | Review Court docket Nos. 27560- 27563 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/7/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 0.5 | $105.00 | Analysis of M Scott email re revisions to distribution agmt (.1); prep email to TAF re requested revisions (.1); analysis of T Feil email re approval (.2); prep email to M Scott re requested revisions approved (.1) |
| BRIANNA TATE - CAS | | $45.00 | 9/8/2011 | 0.1 | $4.50 | Review Court docket Nos. 27564- 27567 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/8/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 0.4 | $84.00 | Conf call B Jaffe, J Baer, R Higgins, A Schlesinger, S Scarlis re work in process, planning (.2); telephone from B Jaffe re claims with no est amt (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 0.2 | $42.00 | Analysis of email from M Scott re add'l revisions/info re distribution agmt and budget (.1); prep email to T Feil re requested revisions (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 9/8/2011 | 0.2 | $9.00 | Loading COA's Postage for previous month, complete and print pdf on production billing |
| BRIANNA TATE - CAS | | $45.00 | 9/9/2011 | 0.2 | $9.00 | Review Court docket Nos. 27568- 27576 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/9/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/12/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27568-27576 |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| ELLEN DORS - REC_TEAM | $110.00 | 9/12/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | $45.00 | 9/13/2011 | 0.8 | $36.00 | Review Court docket Nos. 27577-27609 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | $110.00 | 9/13/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/13/2011 | 0.6 | $126.00 | Conf call with B Jaffe, R Higgins, S Scarlis, A Schesinger, J Baer re status of claims reconciliation, prepayment motion, substantive consolidation project, balance sheet file |
| AIRGELOU ROMERO - CAS | $95.00 | 9/14/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27608-27609 |
| BRIANNA TATE - CAS | $45.00 | 9/14/2011 | 0.1 | $4.50 | Review Court docket Nos. 27610-27613 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | $110.00 | 9/14/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/14/2011 | 0.2 | $22.00 | Discussion with M. Booth re: status of multiple Change of Address requests filed by transfer agents. |
| MIKE BOOTH - MANAGER | $165.00 | 9/14/2011 | 0.2 | $33.00 | Discussion with S Cohen re: status of multiple Change of Address requests filed by transfer agents. |
| AIRGELOU ROMERO - CAS | $95.00 | 9/15/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27610-27613 |
| BRIANNA TATE - CAS | $45.00 | 9/15/2011 | 0.1 | $4.50 | Review Court docket Nos. 27614-27616 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | $110.00 | 9/15/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/15/2011 | 1.0 | $210.00 | Conf call A Schlesinger, B Jaffe, S Scarlis, T Dyer, R Higgins, J Baer re subst consolidation data and info needed, planning |
| AIRGELOU ROMERO - CAS | $95.00 | 9/16/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27615-27616 |
| ELLEN DORS - REC_TEAM | $110.00 | 9/16/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/16/2011 | 0.1 | $11.00 | Telephone with Ken Churchill Jr. at (414) 774-2155 / RE: Called re: status of Class Action. Confirmed he had filed a POC in the BK and explained no distribution date is known at this time. Recommended he call the claims administrator for claim status. |
| BRIANNA TATE - CAS | $45.00 | 9/19/2011 | 0.1 | $4.50 | Review Court docket No. 27617 to categorize docket entry. |
| ELLEN DORS - REC_TEAM | $110.00 | 9/19/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | $65.00 | 9/19/2011 | 0.1 | $6.50 | Project Plate: Review & respond to email from M Araki requesting creation of Mail File for service by Pachulski; prep email as directed. |
| JAMES MYERS - CAS | $65.00 | 9/19/2011 | 0.1 | $6.50 | Project Plate: Review & respond to email from M Araki advising date of mailing change to Oct 2011; update Noticing System accordingly |
| AIRGELOU ROMERO - CAS | $95.00 | 9/20/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27617 |
| BRIANNA TATE - CAS | $45.00 | 9/20/2011 | 0.1 | $4.50 | Review Court docket Nos. 27618-27621 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | $110.00 | 9/20/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/20/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |

## BMC Group
WR GRACE
Monthly Invoice:

### September 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 0.5 | $105.00 | Analysis of R Higgins email re status of Blackstone review (.1); prep email to R Higgins re draft Project Plate notice list for review (.2); analysis of R Higgins email re draft Project Plate notice list and comments (.2); |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 0.5 | $105.00 | Prep bi-monthly status update to T Feil (.3); analysis of updates from team (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/20/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/21/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27618-27620 |
| BRIANNA TATE - CAS | | $45.00 | 9/21/2011 | 0.1 | $4.50 | Review Court docket Nos. 27622-27627 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 9/21/2011 | 0.1 | $4.50 | Telephone with Anthony Cook at (570) 824-5918 / RE: status of the case. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/21/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 9/22/2011 | 0.1 | $4.50 | Review Court docket Nos. 27628-27631 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/22/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2011 | 0.5 | $105.00 | Prep emails to T Feil re requested revisions from client re distribution agmt (.2); prep email to M John re other professional review project (.1); analysis of J Baer email re DH Litter schedule amendment research (.1); prep email to J Baer/R Higgins re update to Blackstone reconciliation project (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/22/2011 | 2.3 | $448.50 | Analysis of b-Linx re claims/scheds for attnys (1.3); reviewing possible OCP claims (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/23/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27622-27630 |
| BRIANNA TATE - CAS | | $45.00 | 9/23/2011 | 0.2 | $9.00 | Review Court docket Nos. 27632 - 27651 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/23/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2011 | 0.3 | $63.00 | Analysis of email from B Jaffe re analysis of data files and timing (.1); analysis of J Baer email re professional claims analysis (.1); prep email to J Baer re professional analysis (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/24/2011 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 27632-27651 |
| BRIANNA TATE - CAS | | $45.00 | 9/26/2011 | 0.2 | $9.00 | Review Court docket Nos. 27652-27663 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/26/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/27/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27655, 27660-27663 |
| BRIANNA TATE - CAS | | $45.00 | 9/27/2011 | 0.1 | $4.50 | Review Court docket Nos. 27664-27666 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/27/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 9/27/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Flow Controls re: dkt 27656 |
| MABEL SOTO - CAS | | $45.00 | 9/27/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Acme Industrial Piping re: dkt 27657 |

# BMC Group
## WR GRACE
### Monthly Invoice:

## September 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MABEL SOTO - CAS | | $45.00 | 9/27/2011 | 0.1 | $4.50 | Prepare document for service: Courtesy Notice Ast Acme Coatings re: dkt 27658 |
| MABEL SOTO - CAS | | $45.00 | 9/27/2011 | 0.1 | $4.50 | Prepare documents for service: Courtesy Notices CRG re: dkts 27656, 27657 & 27658 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2011 | 0.4 | $84.00 | Analysis of R Higgins email re project list (.2); telephone to/from J McFarland re client contact for BMC (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/28/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27664-27666 |
| BRIANNA TATE - CAS | | $45.00 | 9/28/2011 | 0.1 | $4.50 | Review Court docket Nos. 27667, 27669-27671 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 9/28/2011 | 0.1 | $4.50 | Telephone with Frank Lam at (512) 314-4465 / RE: how to get info on schedule records. He will contact Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/28/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2011 | 0.7 | $147.00 | Analysis of email from R Higgins re subst consolidation exhibits (.1); analysis of email from T Feil re 2 docs rec'd at NY office (.1); prep email to R Higgins re subst consolidation exhibit prep (.1); prep emails (2) to G Kruse re updates to multiple claims for conditional expunge flags per audit results (.4) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/29/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 27667 |
| BRIANNA TATE - CAS | | $45.00 | 9/29/2011 | 0.2 | $9.00 | Review Court docket Nos. 27672-27679 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 9/29/2011 | 0.1 | $4.50 | Telephone with Unknown at (215) 771-1500 / RE: how to amend a claim. Let him know that he would need to send the claim to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 9/29/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice Gulf Atlantic re: dkt 27668 |
| MABEL SOTO - CAS | | $45.00 | 9/29/2011 | 0.1 | $4.50 | Prepare document for service: Transfer Notice LSI re: dkt 27668 |
| MABEL SOTO - CAS | | $45.00 | 9/29/2011 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 27668 |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/29/2011 | 0.2 | $39.00 | Review email exchanges and transfer notice notices re Gulf Atlantic Properties forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/30/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 27672-27679 |
| BRIANNA TATE - CAS | | $45.00 | 9/30/2011 | 0.5 | $22.50 | Review Court docket Nos. 27680-27693 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/30/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| | WRG Case Administration Total: | | | 22.7 | $2,984.00 | |

## September 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/6/2011 | 0.3 | $45.00 | Conf call with M Araki to review custom undisputed claims reports requested by counsel. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/6/2011 | 0.5 | $75.00 | Review of current report queries for undisputed claims report (.3). Verify counts of claims for last report run (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.2 | $180.00 | Author undisputed amounts data source for custom reports. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.3 | $195.00 | Author report query and report template for undisputed claims allowed. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.0 | $150.00 | Author report query and report template for undisputed claims allowed. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.0 | $150.00 | Author order and stipulation data source for custom reports. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.1 | $165.00 | Author report query and report template for undisputed Tax claims allowed. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.3 | $195.00 | Author report query and report template for allowed scheduled claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.3 | $195.00 | Author report query and report template for allowable claims listing the approving party. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.1 | $165.00 | Author report query and report template for allowable Tax claims listing the approving party. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.1 | $165.00 | Run all custom undisputed claims reports (.6). Review PDF reports (.4) and forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.4 | $210.00 | Update undisputed reports data and template as per M Araki audit/review (.4). Rerun custom reports (.6). Review PDF reports (.3) and forward updated drafts to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/7/2011 | 1.3 | $195.00 | Generate Excel versions of all custom report data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/8/2011 | 1.4 | $210.00 | Combine tax and non-tax undisputed allowed claims custom reports (.5). Add claim type data (.2). Rerun and prep PDF reports as per M Araki (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/8/2011 | 1.0 | $150.00 | Combine undistputed claims custom report and add claim type data (.5). Rerun and prep PDF reports as per M Araki (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/8/2011 | 1.3 | $195.00 | Combine tax and non-tax allowable claims custom reports and add claim type data (.6). Rerun and prep PDF reports as per M Araki (.7). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/8/2011 | 1.0 | $150.00 | Generate updated undisputed report data Excel file. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/9/2011 | 1.2 | $180.00 | Update undisputed Allowable claims report data and template as per M Araki (.7). Rerun report and prep PDF report (.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/9/2011 | 1.4 | $210.00 | Generate listing of all active claims (.4). Pull in plan class and distribution analysis data (.5). Export to Excel (.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/12/2011 | 1.4 | $210.00 | Update plan class and distribution class for selected claims (.4). Rerun active claims report (.5), export to Excel (.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/15/2011 | 1.2 | $180.00 | Generate updated monthly Active and Inactive claims report (.7). Export to Excel (.4) and forward to S Cohen for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/16/2011 | 0.3 | $45.00 | Add new cliam flag to b-Linx review flags as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/16/2011 | 1.1 | $165.00 | Update claims register source data. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/16/2011 | 0.8 | $120.00 | Generate claims register of entire claims population sorted by claim nbr (.8) and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/16/2011 | 0.9 | $135.00 | Generate claims register of entire claims population sorted by claimant name (.8) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/19/2011 | 2.2 | $330.00 | Research creditor database for govt agencies in selected states (1.0). Generate draft list (1.0) and forward to M Arkai for review (.2). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/19/2011 | 0.8 | $120.00 | Compare listing of Taxing Authorities to current list of govt agencies (.7) and forward matched to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/19/2011 | 0.7 | $105.00 | Upload new govt agency parties to creditor matrix as per counsel. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/19/2011 | 1.4 | $210.00 | Generate final draft of govt agencies listing (.6). Dedupe list and add additional notices (.5), export to Excel (.2) and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/20/2011 | 0.2 | $30.00 | Review of case status and upcoming case events as per M Araki project update. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/28/2011 | 1.2 | $180.00 | Add claim flags and objection records for selected JPM and Century Indemnity claims as per M Araki review. |
| ANNA WICK - SR_ANALYST | | $110.00 | 9/30/2011 | 1.0 | $110.00 | SQL database maintanance (.4),update stored procedures and views (.2), add fields to existing tables (.2). Test stored procedures and triggers (.2). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/30/2011 | 1.2 | $180.00 | Generate revised claims register report of all claims sorted by name (.8); review report to verify revisions captured (.3); forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/30/2011 | 1.1 | $165.00 | Generate revised claims register report of all claims sorted by claim number (.8); review report to verify revisions captured (.2) and forward to M Araki for review (.1). |
| | WRG Data Analysis Total: | | | 36.7 | $5,465.00 | |

## September 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/1/2011 | 0.8 | $168.00 | Conf call with B Jaffe, J Baer, R Higgins, S Scarlis re partial distribution, bridge values, R Higgins report request re bridge analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/1/2011 | 3.8 | $798.00 | Telephone to B Jaffe re review of Blackstone data v8a, distribution class key (.8); continue prep R Higgins distribution review project (3.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/1/2011 | 1.8 | $378.00 | Revise Blackstone spreadsheet per B Jaffe telecon (1.7); prep email to B Jaffe re revised Blackstone spreadsheet (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/1/2011 | 2.5 | $525.00 | Prep draft exhibit of claimants/info for partial distribution per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/2/2011 | 3.0 | $630.00 | Continue analysis of b-Linx, Blackstone data re prep of draft exhibit for partial distribution per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 0.5 | $105.00 | Analysis of B Jaffe email re US EPA claim and updated amts (.2); analysis of L Gardner report re EPA amts (.2); prep email to B Jaffe re results of review (.1) |


# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 0.3 | $63.00 | Analysis of R Higgins email re custom report for eligible claims to be paid (.2); prep email to R Higgins re Undisputed Exhibit report revised to fit custom reqts (.10 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 0.5 | $105.00 | Analysis of B Jaffe email re bridge report for conf call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 1.0 | $210.00 | Conf call with A Schlesinger, B Jaffe, S Scarlis, R Higgins, J Baer, B Dockman re eligible claims list, bridge analysis, reconciliation, issues to be addressed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 0.5 | $105.00 | Telephone from B Jaffe re bridge numbers, review and reconciling issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 0.3 | $63.00 | Telephone from R Higgins re revision to Undisputed Claims report for Eligible Claims report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2011 | 1.0 | $210.00 | Revise interest tool and b-Linx re claims discussed on conf call (.7); revise Blackstone v9a re claims discussed (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 2.8 | $588.00 | Analysis of R Higgins email re revisions to employee open claims report (.5); revise report re PBGC, SERP claims; analysis of b-Linx re VSP claims and other employee claims remaining (1.0); revise open report re open employee claims (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 1.0 | $210.00 | Analysis of G Kruse email re draft Eligible/Ineligible reports (.1); analysis of draft reports (.5); prep email to G Kruse re revisions to draft reports (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 0.1 | $21.00 | Analysis of B Jaffe email re revisions to data for bridge calculations received |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 1.1 | $231.00 | Analysis of G Kruse email re revised draft Eligible/Ineligible reports (.1); analysis of revised reports (.7); prep email to G Kruse re revise reports re allowed de minimus tax claims (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2011 | 0.9 | $189.00 | Analysis of G Kruse email re revised Eligible/Ineligible reports, data file (.2); analysis of revised reports (.5); prep email to R Higgins and J Baer re reports for review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 1.3 | $273.00 | Continue analysis of open employee claims (.6); revise report for R Higgins (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 1.3 | $273.00 | Analysis of R Higgins email re revisions to Allowed/Allowable reports to reflect claim type (.1); prep email to G Kruse re revisions (.2); analysis of G Kruse email re revised reports (.1); analysis of revised reports (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 2.3 | $483.00 | Continue employee open report revisions (1.2); emails to/from R Higgins re types of claims covered under VSP order (.1); analysis of VSP order from R Higgins (.2); revise employee open report (.7); prep email to R Higgins et al re revised open employee claims report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 0.5 | $105.00 | Analysis of R Higgins email re lender claims allowed (.1); prep email to R Higgins re confirmation of claim numbers to allow (.1); prep email to G Kruse re revision to allowable report (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2011 | 0.9 | $189.00 | Analysis of G Kruse email re revised Allowed/Ineligible reports (.1); analysis of reports (.7); prep email to R Higgins et al re revised reports (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2011 | 1.3 | $273.00 | Analysis of R Higgins email re revising JP Morgan claims 9159 and 9168 (.2); revise b-Linx per R Higgins request (.2); prep email to G Kruse re revision to data and re-running Eligible/Ineligible reports (.1); revise spreadsheet export of Allowed/Ineligible data re JP Morgan data change (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2011 | 0.7 | $147.00 | Revise calc summary of allowed/ineligible claims re JP Morgan revision (.3); revise Blackstone data file (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2011 | 1.6 | $336.00 | Telephone to B Jaffe re multi-bucket creditors and review of summary (.1); analysis of summary calculations (.8), revise open unsec'd re data issues (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/12/2011 | 0.8 | $168.00 | Emails to/from G Kruse re distribution classes and data on report, data in system but programming correction (.3); analysis of revised reports (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/12/2011 | 1.4 | $294.00 | Analysis of eligibile/ineligible data re reconciliation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2011 | 3.8 | $798.00 | Continue claims reconciliation review - bridge amts/Blackstone reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2011 | 2.0 | $420.00 | Continue claims reconcilaition review - bridge amts/Blackstone reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/14/2011 | 4.2 | $882.00 | Continue analysis of summary vs bridge amts to reconcile |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/14/2011 | 3.9 | $819.00 | Analysis of ineligible claims data re reconciliation to bridge report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2011 | 2.5 | $525.00 | Continue analysis of bridge vs eligible/ineligble and reconciliation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2011 | 2.0 | $420.00 | Further analysis of bridge vs eligible/ineligible and reconciliation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 0.8 | $168.00 | Conf call with A Schlesinger, B Jaffe, R Higgins, S Scarls re claims bridge |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 1.2 | $252.00 | Telephone with B Jaffe re par value and reports for reconciling (.4); analysis of B Jaffe email re claims breakdown summary and bridge (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 0.3 | $63.00 | Analysis of S Scarlis email re post retirement benefit amts for 2008 and 2010 annual amts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 4.5 | $945.00 | Analysis of 9/12 active claims report re calculation of summary for comparison against Blackstone bridge numbers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 3.4 | $714.00 | Continue analysis and prep of summary for comparison to Blackstone bridge numbers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 0.3 | $63.00 | Analysis of R Higgins email to S Scarlis re post-retiree benefit info for Blackstone numbers (.1); prep email to R Higgins re need for individual info for BMC data (.10; analysis of R Higgins response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 1.5 | $315.00 | Prep reconciliation review sheet for B Jaffe review (1.3); prep email to B Jaffe re reconciliation data to review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2011 | 0.7 | $147.00 | Analysis of email from B Jaffe re review of reconciliation (.1); telephone with B Jaffe re review of reconciliation, Blackstone detail (.3); telephone from B Jaffe re Summary Actual vs Est totals and calculations (.3) |

# BMC Group
## WR GRACE
Monthly Invoice:

## September 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2011 | 0.6 | $126.00 | Prep email to R Higgins re status of Blackstone reconciliation review, call with B Jaffe and plan (.2); analysis of B Jaffe email re Blackstone bridge backup data for comparison (.3); prep email to B Jaffe re claim count differences (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2011 | 3.0 | $630.00 | Analysis of B Jaffe spreadsheet vs BMC datafile (2.0); telephone with B Jaffe re data issues with Blackstone file, review of spreadsheets and reconciliation (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2011 | 4.5 | $945.00 | Analysis of B Jaffe backup detail data vs BMC current data to meet bridge amts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2011 | 2.7 | $567.00 | Prep reconciling spreadsheet and summary of Blackstone bridge and BMC current data (2.5); prep email to B Jaffe re reconciling spreadsheet and summary (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2011 | 1.0 | $210.00 | Analysis of B Jaffe email re revised macro Blackstone file (.3); telephone from B Jaffe re review of BMC reconcile to new Blackstone macro file (.7) |
| | | WRG Distribution Total: | | 76.9 | $16,149.00 | |

## September 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 2.0 | $420.00 | Analysis of Jun 11 billing report for prof reqts and Court imposed categories (1.1); revise Jun 11 billing entries for fee app compliance (.9) |
| | | WRG Fee Applications Total: | | 2.0 | $420.00 | |

## September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2011 | 0.7 | $77.00 | Analyze transfer notices filed by Marblegate Special Opportunities Master Fund to determine transfer status of claim 18508-A, per request from M. Araki. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2011 | 0.3 | $33.00 | Inactivate claim 18508-A per request from M Araki and import transfer data to 18508. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/1/2011 | 0.6 | $126.00 | Analysis of L Shippers email re Marblegate transfer processing (.1); prep response re processing transfer (.1); telephone with J Osborne re transfer audit results (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/1/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, L.Shippers re: transferred claim and additional analysis, claims database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/2/2011 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit results (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/2/2011 | 0.4 | $44.00 | Analyze docket numbers 27290 to 27549 (.3); update claims database (.1) |

# BMC Group
## WR GRACE
### Monthly Invoice:

## September 2011 -- WRG Non-Asbestos Claims

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 1.8 | $378.00 | Analysis of fee app orders re professionals (.5); analysis of b-Linx re claims/scheds for professionals (.5).; prep report for J Baer review (.5); analysis of docket re OCP lists (.3) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 0.8 | $168.00 | Prep email to M John re analysis of OCP lists and b-Linx re claims/scheds (.3); prep spreadsheet and data for MJ use (.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 0.3 | $63.00 | Prep email to R Higgins, J Baer, S Scarlis re Mass Dept of Revenue Order (.1); analysis of email from R Higgins re claim 15370 paid in full (.1); revise b-Linx re same (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 0.1 | $21.00 | Prep email to S Scarlis, B Jaffe re L Gardner enviro report |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 1.2 | $252.00 | Prep ART report re tax claims under $10,000 (1.0); prep email to R Higgins, S Scarlis, B Jaffe re report (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 2.5 | $525.00 | Prep ART report for R Higgins of open claims, schedules and intercompany (2.2); prep email to R Higgins, S Scarlis, B Jaffe re same (.3) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 1.1 | $231.00 | Telephone to G Kruse re new reports requested by R Higgins (.2); prep memo to G Kruse re requested reports (.5); prep add'l emails to G Kruse re further requests re reports (.4) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/6/2011 | 0.4 | $84.00 | Analysis of b-Linx and docket re St Paul stips (.3); prep email to R Higgins/J Baer re same (.1) |
| MYRTLE JOHN - MANAGER | $195.00 | 9/6/2011 | 0.1 | $19.50 | Email from and to M Araki re GL review project |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/7/2011 | 1.3 | $273.00 | Analysis of R Higgins email re de minimus tax claims to allow (.3); revise b-Linx re allowed de minimus tax claims (1.0) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/8/2011 | 0.4 | $44.00 | Analyze Court docket no. 27561 (.2), revise appropriate entries in the claims database pursuant to the request for removal from service (.2). |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/8/2011 | 0.3 | $63.00 | Prep email to Rust Consulting re claim 13548 claimant name issue (.1); prep email to R Higgins re VSP claims not on Zaremby lists (.1); prep email to R Higgins et al re Zaremby VSP lists (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/9/2011 | 1.3 | $273.00 | Analysis of R Higgins email re substantive consolidation info/reports (.3); telephone to R Higgins (2x) re clarifications to request (.2); prep ART reports re data availability; review (.8) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/9/2011 | 1.5 | $315.00 | Analysis of ART reports re substantive consolidation project |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/11/2011 | 3.5 | $735.00 | Work on R Higgins project re substantive consolidation data, spreadsheet and summary |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/11/2011 | 1.2 | $252.00 | Prep ART reports re conditional expunge, claims inactive by order |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/11/2011 | 2.8 | $588.00 | Continue work on R Higgins project re substantive consolidation |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/12/2011 | 4.0 | $840.00 | Continue R Higgins subst consolidation project: prep summary (1.3); prep detail reports for WRG-Conn and WRG Co (2.5); prep email to R Higgins/J Baer re reports (.2) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/14/2011 | 0.5 | $55.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2011 | 1.1 | $121.00 | Revise b-Linx to finalize 24 claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2011 | 0.2 | $22.00 | Revise transfer tracking worksheet re: 24 claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2011 | 0.5 | $55.00 | Analyze 29 Change of Address requests filed on the docket by transfer agent, confirm all are related to previously transferred claims. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/15/2011 | 0.1 | $11.00 | Confirm transfer tracking spreadsheet is current, per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2011 | 0.5 | $105.00 | Analysis of j Baer email re KPMG as creditor (.1); analysis of b-Linx, scheds and BDN re KPMG (.3); prep email to J Baer re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/15/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); discussion, email correspondence, discussion with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 2.6 | $546.00 | Analysis of ART report re claims inactive by order re conditional expunge audit (1.5); revise b-Linx re conditional expunge flags (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 0.6 | $126.00 | Analysis of b-Linx re State of Georgia tax order (.2); prep email to R Higgins/J Baer re order (.1); analysis of S Cohen emails to Rust re updated claims/transfer data (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2011 | 2.5 | $525.00 | Continue analysis of inactive by order re conditional expunge audit (1.5); revise b-Linx re conditional expunge flags (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/16/2011 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with H.Hancock, K.Davis at Rust Consulting re: analysis and reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/16/2011 | 0.1 | $11.00 | Update claims database per M.Araki request re: additional noticing party associated with claim 14037 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2011 | 5.7 | $1,197.00 | Analysis of R Higgins email re taxing authorities for Projedt Plate motion (.3); prep ART reports re taxing authorities for states requested (.8); analyze reports (2.0); prep data file for R Higgins (2.4); prep email to R Higgins re research results (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/19/2011 | 0.2 | $22.00 | Analyze Court docket no. 27614, verify additional noticing parties will not be added at this time since list of represented parties is unavailable. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 1.0 | $210.00 | Analysis of R Higgins email re add'l govt notice parties for Project Plate motion (.2); analysis of R Higgins email re motion language re service on govt agencies (.2); emails to R Higgins re confirmation of state notice parties to include DE (.1); analysis of P Cuniff email re add'l taxing authorities (.1); email to P Cuniff re Middlesex County MA not VA (.1); email to G Kruse re noticing database analysis (.2); analysis of P Cuniff email re add'l attny generals (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 2.1 | $441.00 | Analysis of G Kruse email re database search re gov't agencies (.2); analysis of database and mark records for inclusion (1.7); prep email to G Kruse re add'l parties from counsel, taxing authorities (.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 0.5 | $105.00 | Analysis of S Cohen emails re USG Corp est amt and L Gardner info request (.1); analysis of b-Linx re same (.2); prep email to S Cohen re USG Corp est amts (.1); analysis of S Cohen email re C Greco email from archives requesting est amt change (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 1.0 | $210.00 | Analysis of b-Linx re review of taxing authorities, state service addresses |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 2.0 | $420.00 | Analysis of b-Linx re various derivations of names/codes for service party list |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 1.8 | $378.00 | Analysis of revised reports from G Kruse re Project Plate parties (1.3); prep email to G Kruse re add'l revisions (.2); emails to/from J Myers/Ntc Grp re mail file for population and dedupe (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 0.4 | $84.00 | Analysis of R Higgins email re Project Plate motion project on hold, add'l research to be conducted (.2); analysis of K Makowski email re add'l research and service planning (.1); prep email to K Makowski re undeliverable govt addresses (.10 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 0.4 | $84.00 | Analysis of J Baer email re GAAC transfer and language to address when transfer filed (.2); prep email to Cassman re GAAC transfer request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2011 | 1.3 | $273.00 | Analysis of G Kruse email re final list for Project Plate and attny review (.2); analysis of final version of list (1.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/19/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for research, documentation re: claim 12990 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/19/2011 | 0.3 | $33.00 | Research status of claim 12990 per L.Gardner request (.2); prepare copies of related Court documents (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/19/2011 | 0.3 | $33.00 | Update claims database per email correspondence with M.Araki re: amount record updates originally performed per C.Greco request |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2011 | 0.3 | $33.00 | Review assignment of claim forwarded by M. Araki related to claim of Gulf Atlantic Properties (.1); research docket to verify no Notice of Transfer has been filed by assignee to date (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2011 | 0.5 | $105.00 | Telephone from Ray at Catholic Diocese of Little Rock re Longacre attempted claim purchase, referred to S Baena (.2); telephone from G Lowy re Samson claim 18520 (.1); analysis of b-Linx re Samson claim 18520 (.1); prep email to G Lowy re Samson claim 18520 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/20/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, L.Shippers re: transferred claim and related docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2011 | 2.4 | $504.00 | Analysis of J Baer email re DH Litter Co schedule amend (.1); research b-Linx, folders and files (2.0); prep email to J Baer re research results (.2); analysis of J Baer response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2011 | 1.7 | $357.00 | Prep ART report re conditional expunged claims & related orders (.4); analysis of b-Linx and DRTT re add'l claims for conditional expunge group (.8); revise b-Linx re conditional expunge add'l claim flags (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2011 | 1.5 | $315.00 | Analysis of R Higgins emails (2) re subst consolidation reports for motion (.5); analysis of requested data and review BMC tools for sources (1.0) |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2011 | 2.0 | $420.00 | Analysis of ART re reports to prep for R Higgins subst consol exhibits (.6); prep ART report of conditional expunged claims and claims expunged by order (.4); analysis of reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2011 | 3.0 | $630.00 | Analysis of claims expunged by order vs conditional expunge report re missing claims (2.0); revise b-Linx re conditional expunge audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2011 | 0.2 | $42.00 | Prep email to M John re J Baer list of add'l professionals to review re claims (.1); analysis of M John email re status of project (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/26/2011 | 4.6 | $897.00 | Review (.1) and respond (.1) to email from M Araki re OCP claims research and analysis; review various OCP lists (2.0); review active claims information and update spreadsheet re claims data (2.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.2 | $22.00 | Revise creditor's address in the claims database pursuant to current information provided by transferee. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.5 | $55.00 | Revise b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.3 | $33.00 | Prepare three transfer notices (.2), forward to the notice group for service (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2011 | 0.1 | $11.00 | Analyze Court docket nos. 27652 and 27653, verify no updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2011 | 3.0 | $630.00 | Analysis of J Baer email re service research re Intrawest and affiliates (.2); research Ntc Commencement, bar date service, POCs, and scheds re Intrawest and affiliates (2.7); prep email to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2011 | 0.3 | $63.00 | Telephone call with M John re analysis of professional review, claims located and transfers to be retreived for counsel |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2011 | 3.0 | $630.00 | Continue analysis of claims expunged by order vs conditional expunge report re missing claims (2.0); revise b-Linx re conditional expunge audit (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/27/2011 | 2.3 | $448.50 | Continued analysis of active OCP claims and schedules in b-Linx (1.3); update spreadsheet re claims data (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/28/2011 | 0.2 | $22.00 | Analyze Notice of Transfer filed related to claim of Gulf Atlantic Properties (.1), notify M. Araki assignment has been filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2011 | 0.4 | $84.00 | Analysis of emails from J Baer and L Esayian re add'l detail info on Intrawest research (.1); prep email to J Baer/L Esayian re detail research results (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2011 | 3.5 | $735.00 | Prep ART report re claim flags - multiple cases/multi claims (.5); analysis of reports (.7); analysis of S Herrschaft notes re multiple claims (.3); prep list of add'l 200 conditional expunge claims for G Kruse data update (1.4); analysis of b-Linx re updates performed by G Kruse (.3); prep revised conditional expunge claims report for subst consol exhibits (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2011 | 5.0 | $1,050.00 | Prep subst consolidation worksheets for 50 companies listed in R Higgins emails |

## BMC Group
WR GRACE
Monthly Invoice:

### September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2011 | 4.0 | $840.00 | Add conditional expunged claims data to subst consolidation worksheets (2.0); reformat worksheets to reflect interco asset and liability debts per R Higgins request (2.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/28/2011 | 1.4 | $273.00 | Continued analysis of OCP claims and schedules in b-Linx (.8); update spreadsheet re claims data (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/28/2011 | 2.5 | $487.50 | Follow up analysis of OCP claims (2.2); call with M Araki to review analysis and coordinate additional updates (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/28/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, L.Shippers re: recently filed Notice of Transfer of Claim |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2011 | 0.2 | $22.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2011 | 0.1 | $11.00 | Prepare one transfer notice, forward to the notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2011 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, forward to notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2011 | 3.8 | $798.00 | Continue prep subst consolidation workbook for R Higgins with interco asset/liability and conditional expunge info (2.3); prep separate workbooks for WRG Co and WRG Conn to accompany subs workbook (1.3); prep email to R Higgins/J Baer re 3 workbooks for subs consol project (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2011 | 1.5 | $315.00 | Prep ART report of active claims (.4); analysis of ART report to verify all active claims listed on subst consolidation workbook (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2011 | 1.8 | $378.00 | Analysis of Blackstone intercompany summary vs subst consolidation workbook to verify all interco asset and liabilities listed (1.0); revise subst consolidation workbook as necessary (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2011 | 0.9 | $189.00 | Analysis of emails from R Higgins and J Baer re supp Hanmar/Hankin POCs (.2); prep email to K Becker/Rust re supp Hankin/Hanmar POCs (.1); analysis of K Becker email re supp Hanmar/Hankin POCs (.1); analysis of J Baer email re Samson transfer (.1); analysis of emails from R Higgins and K Makowski re project plate status and planning (.3); prep emails to K Makowski re project plate status (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/29/2011 | 3.2 | $624.00 | Further analysis and updates to OCP list (1.6), add transferee information (.8); review and copy OCP proofs of claims (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/29/2011 | 0.1 | $19.50 | Email exchanges with M Araki re status of OCP claims analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2011 | 0.5 | $105.00 | Emails with R Higgins re call to discuss subst consol workbooks (.1); telephone to R Higgins re review of subst consol workbooks (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2011 | 2.2 | $462.00 | Analysis of email from R Higgins re subst consol tax report to prep for C Finke (.1); prep subst consol tax report (2.0); prep email to R Higgins, J Baer, C Finke re subst consol tax report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2011 | 0.4 | $84.00 | Emails to (.2)/from (.2) K Becker/Rust re supp Hanmar/Hankin POCs and availability of images for client/counsel |

# BMC Group

WR GRACE

Monthly Invoice:

## September 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| | | WRG Non-Asbestos Claims Total: | | 113.3 | $22,690.00 | |
| | | September 2011 Total: | | 253.6 | $48,128.00 | |

# BMC Group
WR GRACE
Monthly Invoice:

|  | Grand Total: | 253.6 | $48,128.00 |

# BMC Group
## WR GRACE
## Professional Activity Summary
### Date Range: 9/1/2011 thru 9/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.0 | $420.00 |
| Total: | | 2.0 | $420.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.7 | $256.50 |
| Brianna Tate | $45.00 | 4.7 | $211.50 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Mabel Soto | $45.00 | 0.7 | $31.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 2.7 | $526.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 4.2 | $462.00 |
| Lauri Shippers | $110.00 | 0.3 | $33.00 |
| Steffanie Cohen | $110.00 | 0.2 | $22.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.6 | $1,386.00 |
| Total: | | 22.7 | $2,984.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 35.7 | $5,355.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.0 | $110.00 |
| Total: | | 36.7 | $5,465.00 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 76.9 | $16,149.00 |
| Total: | | 76.9 | $16,149.00 |
| **WRG Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.0 | $420.00 |
| Total: | | 2.0 | $420.00 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 14.2 | $2,769.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 6.8 | $748.00 |
| Steffanie Cohen | $110.00 | 2.1 | $231.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 90.2 | $18,942.00 |
| Total: | | 113.3 | $22,690.00 |

# BMC Group
## WR GRACE
### Professional Activity Summary
Date Range: 9/1/2011 thru 9/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| Grand Total: | | 253.6 | $48,128.00 |