**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110930**
**Expense Summary**

| Period Ending | 9/30/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $2.64 |
| | | Pacer | $7.84 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,182.58** |

EXHIBIT 2

bmcgroup
information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

### Noticing Production Reference Summary and Detail

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20110930-1 | 9/30/2011 | | $2.64 |
| | | Total | $2.64 |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 9/30/2011
**Reference #:** 021-20110930-1
**Notes:** Postage charges misc mailing.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 6 Pieces | $2.64 |
| | | | | **Total Due:** | **$2.64** |

*Invoice Due Upon Receipt*                              Page 1 of 1

EXHIBIT 2