**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110731**
**Expense Summary**

| Period Ending 7/31/2011 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $722.10 |
| | Noticing Production | $3.52 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,175.62** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20110731-1 | 7/31/2011 | $3.52 |
| | Total | $3.52 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 7/31/2011
**Reference #:** 021-20110731-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | | Total |
|---|---|---|---|---|---|---|
| Other | Transfer | | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 8 Pieces | | $3.52 |
| | | | | | **Total Due:** | **$3.52** |

*Invoice Due Upon Receipt*                                       *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110831**
**Expense Summary**

**Period Ending** 8/31/2011

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $722.10 |
| Noticing Production | $5.84 |
| Website Hosting | $250.00 |
| **Total** | **$2,177.94** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20110831-1 | 8/31/2011 | $5.84 |
| | Total | $5.84 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 8/31/2011
**Reference #:**       021-20110831-1
**Notes:**             Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 4 Pieces | $5.84 |
| | | | | **Total Due:** | **$5.84** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_110930**
**Expense Summary**

| Period Ending | 9/30/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $2.64 |
| | | Pacer | $7.84 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,182.58** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20110930-1 | 9/30/2011 | $2.64 |
| | Total | $2.64 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 9/30/2011
**Reference #:** 021-20110930-1
**Notes:** Postage charges misc mailing.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 6 Pieces | $2.64 |
| | | | | **Total Due:** | **$2.64** |